May 21, 2021

_____

MEMORANDUM FOR: THE U.S. ATTORNEY GENERAL

CC: FBI, OIG, OGE, NARA

FROM: THE VICTIMS ALLIANCE

SUBJECT: Damages Claim And Supporting Validation Provided To The U.S. Government

USAFLN.Corruption@usdoj.gov


Draft 2.6

Provided to The U.S. Congress, DOJ, FBI, FTC, SEC and related parties as a demand for payment. Copies of this report are filed with the National Archives, each IG office and in multiple on-line transparency repositories in order to prevent further cover-ups.

http://www.majestic111.com


Involving:

An organized crime activity has been operating between political figures and billionaire tech oligarchs. Their felony crimes have compromised the Judicial and public policy system and caused great harm to innocent U.S. citizens.

The crimes include: Abuse of power; Unfair, discourteous or other improper conduct; Undue delay; Decision taken by the authorities; Maladministration; Bribery; Murder; Cover-Ups; Dishonesty or improper dealing with respect to public money; Improper enrichment; and Receipt of improper advantage.

1

# Table of Contents

Overview...................................................................................................................................4
The Blockade of Plaintiffs' Legal Rights And The Blockade of Their Legal Representation...................7
    Plaintiffs' Demand State-Funded Legal Representation.......................................................7
Agencies And Authorities Previously Contacted...............................................................10
How Government Agencies Were Used As Reprisal Weapons Against Plaintiffs'....................18
Damages And Harms List............................................................................................23
    Relief Options Demanded.........................................................................................25
Damages Amount Comparatives and Legal Precedents Validations........................................26
Example # 277-A: Investigation Background Data From One Of The Plaintiffs' Experiences..............27
    Objectives:..........................................................................................................28
    Key Points:..........................................................................................................28
    Expanded Points:..................................................................................................29
    Facts about Plaintiffs'............................................................................................31
    Facts about Plaintiffs' Government Applications.......................................................35
 Recent Results Of Federal And Private Investigations...........................................................57
The Scams At The Secretary Of Energy's Office....................................................................58
    Letter To The FBI:................................................................................................63
    Where Is The Proof?.............................................................................................64
State Sponsored Attacks On Plaintiffs'................................................................................71
    Attack Notes:.......................................................................................................92
    State Sponsored Revenge And Reprisal Programs Are Operated By Public Officials.......................93
    Congressional Investigation Staff Notes.................................................................96
Reference Bibliography Proving The Existence Of The Asserted Systemized Corruption....................97
APPENDIX..............................................................................................................353
    Letter To The Inspector General............................................................................356
    The Bribes Are Being Paid With Covert Stock Market Assets!......................................375
    What are the bad things about the Department of Energy's Elon Musk?..........................383
    Witness Statement # 12121:..................................................................................396
    The Silicon Valley Tech Mobster Cartel.................................................................398
    The Corruption At Google....................................................................................400
    Witness Statement #36789....................................................................................404
    Victim Report #14268..........................................................................................405
    Points Proven In The Evidence..............................................................................415
    Witness Statement #47893....................................................................................420
    The Sex Cult And Sex Trafficking Network Among The Perps......................................422
    Witness Statement #567921...................................................................................428
    What Do The Plaintiffs' Want?...............................................................................429
    Witness Statement #126745...................................................................................441
    The Silicon Valley Tech Cartel That Runs The White House Is A Racketeering Crime Mob:.........445

How The Silicon Valley Cartel Tech Stock Scams Work:..................................................................469
The Dirt On Perpetrator Elon Musk...............................................................................................474
The Crony Capitalism That Powers The U. S. Dept Of Energy........................................................484
The Corruption Cartel, Based Out Of San Francisco City Hall.......................................................486
The Key Perpetrators....................................................................................................................489
Taking These Political Crooks Down.............................................................................................496
Additional Proof Of These Assertions...........................................................................................497

# Overview

Compensation is demanded from the U.S. Government and the California State Government, by Plaintiffs', for damages, monies owed, witness fees, legal expenses, whistle-blower fees, informant fees and with-held benefits monies. Additionally, Plaintiffs' submitted invoices to FBI, GAO, SEC, and other agencies that Plaintiffs' have provided witness and investigation services to.

This case involves the illicit sale and trading of stocks, bonds, mutual funds, and other securities; quid pro quo political bribery; election manipulation; monopoly and anti-trust law violation; bodily harm and other criminal matters applicable to every law enforcement and regulatory agency.

This corruption involves the following:

• where a financial or other advantage was offered, given or promised to another person with the intention to induce or reward them or another person to perform their responsibilities or duties improperly (it does not have to be the person to whom the bribe is offered that acts improperly); or

• where a financial or other advantage was requested, agreed to be received or accepted by another person with the intention of inducing or rewarding or another person to perform their responsibilities or duties inappropriately (it does not have to be the person who receives the bribe that acts improperly).

The bribes included:

• assets given or received directly or through a third party (such as someone acting on the government's behalf, for example an agent, distributor, supplier, joint venture partner or other intermediary); or

• assets and stocks for the benefit of the recipient or some other person.

The bribes took many forms, for example:

• money (or cash equivalent such as shares);

• unreasonable gifts, entertainment or hospitality;

• kickbacks;

• prostitutes;

• attacks on, and murders of, witnesses;

• unwarranted rebates or excessive commissions (e.g. to sales agents or marketing agents);

• unwarranted allowances or expenses;

• "facilitation" payments/payments made to perform their normal job more quickly and/or prioritise a particular constituent;

• political/charitable contributions;

• uncompensated use of company services or facilities; or

• anything else of value.

This corruption goes between both the public and private sectors.

No agency may refuse, or seek to re-direct, this case, to another agency, because this case falls within the purview of every law enforcement and regulatory agency in the USA. This case also falls within the purview of multi-national enforcement under Interpol, FinCEN, EU, etc. To reiterate: this is not a single-agency matter. No agency has the right to seek to shove this case off to another agency or cover-up this matter at the expense of citizen Constitutional and human rights.

This case involves different organizations who are in contest to control the United States government and the financial and power benefits therefrom.

This case involves the control of the White House and the existence, or termination, of the power in the Oval Office and international corrupt mining deals worth trillions of dollars.

Plaintiffs' witnessed an organized criminal enterprise which affected government Treasury funds. The crime scheme involved: stock market manipulation, corrupt international mining deals and media company power manipulations. When Plaintiffs' reported the crime, millions of dollars of state-sponsored reprisal attacks ( enumerated in detail below) were launched against Plaintiffs' in vendetta.

Related cases shed illuminate the depths of criminality and the scope of crimes and illicit deeds by the colluding perpetrators and their crime culture:

In federal **Case No. 1:20-cv-03010** – you see proof that perpetrator Google is monopoly and runs competitor attacks. In **Case No. 11-CV-2509** -https://www.cand.uscourts.gov/judges/koh-lucy-h-lhk/in-re-high-tech-employee-antitrust-litigation/  - you see proof that the Silicon Valley Cartel colludes to harm others. In Task Force Case **No. 20-xyz2020a** -  http://www.majestic111.com - you see proof that this "Silicon Valley Cartel" is a RICO law violating entity. In **Case No. 20-03664 -** https://www.insurancejournal.com/app/uploads/2020/06/brown-v-google.pdf – you see further evidence that the Google-Youtube-Alphabet organization operates as a racketeering entity that controls portions of the government.

In Case No. **1:12-CV-00774-mms** and related cases - https://thehill.com/blogs/congress-blog/the-administration/250109-a-case-study-in-pay-to-play-cronyism – You see that criminal referrals against the attackers have been filed with the FBI, DOJ, SEC, FEC, FTC and that insider cronyism at the Department of Energy is accelerating at a rapid pace up and including the recent Granholm investigations.

Additional court cases, available on www.pacer.gov, have filed extensive further evidence proving Plaintiffs' assertions. Such key cases include:

**Case No. 18-cv-8865** (S.D.N.Y.)(SEC v. Elon Musk for lies and scams )

**Case No. 18-cv-8947** (S.D.N.Y.)( SEC v. Tesla, Inc. for lies and scams )

**Case No. 1:14-cv-270143** ( Google racketeering charges - https://artistrightswatch.com/2017/10/08/googles-racketeering-challenge/ )

**Case No. 1:19-cr-00490** ( United States v. Epstein - Big tech sex cult crimes case )

**Case No. 129 So.3d 1196** (Fla. 2d DCA 2014); 170 So.3d 125 (Fla. 2d DCA 2015) ( Gawker Media, LLC v. Bollea in which Gawker, Deadspin, Gizmodo, Jalopnik, Jezebel, Kotaku and Lifehacker were exposed as character assassination and money-laundering fronts working for notorious third parties)

**Case No. 19-cv-343672** James Martin (on behalf of ALPHABET INC) v Larry Page et al (Sex Cults In Silicon Valley )

**Case No. CGC-11-508414**, California Superior Court, San Francisco (Plaintiffs' v Google )

**Case No. 3:16-cv-03061** U.S. DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA, San Francisco Division ( Plaintiffs' V. Google/Alphabet/YouTube)

**Case No. 18-CIV05380** Rubin Vs. Rubin (Google sex cult and sex slave charges )

**Case No. : 1:17 - cv - 06404**  Vs. Rubin (Organized crime sex trafficking by stock market manipulators )

**Case No. D.C. No. 3:17-cv-05369** - VC (Big tech harassment of outsiders)

**Case No. 3:21-cv-00077**  (Another of many lawsuits proving that the Silicon Valley Cartel conspires to manipulate media and markets)

Plaintiffs' were induced to invest millions of dollars, and all of their life savings, in a government run project. It was later discovered that ***every government operator of that project was either financed by, friends, with, sleeping with, dating the staff of, holding stock market assets in, promised a revolving door job or government service contracts from, partying with, personal friends with, photographed at private events with, exchanging emails with, business associates of or directed by; the Plaintiffs' business adversaries, or*** [the politicians that those business adversaries pay campaign finances to](#)***, or supply political digital search manipulation services to. They all used the same couple of law-firms, investment bankers, CPA's, lobbyists and policy manipulation operatives. There can be no question about the fact that the government officials involved "colluded", "conspired" and "coordinated" for their own, personal, unjust gain and quid pro quo. Crooked government employees and contractors made billions of dollars in unjust gains while Plaintiffs' lost billions of dollars BECAUSE crooked government employees and contractors engaged in these crimes, defrauded Plaintiffs' and used Plaintiffs' as a smoke-screen to cover-up their crimes.***

Legal causes of action include:

***ABUSE OF PROCESS; FTCA VIOLATIONS; ACCOUNT STATED; BREACH OF CONTRACT; CONVERSION; DEFAMATION; FRAUDULENT MISREPRESENTATION; FRAUDULENT CONCEALMENT; INJURIOUS FALSEHOOD, PRODUCT DISPARAGEMENT AND TRADE LIBEL; CIVIL RIGHTS VIOLATIONS AND VIOLATIONS OF THE U.S. CONSTITUTION; MISAPPROPRIATION OF TRADE SECRETS; PRIMA FACIE TORT; QUANTUM MERUIT; TORTIOUS INTERFERENCE INCLUDING a.) Tortious interference with an existing contract, b.) Tortious interference with prospective, c.) Tortious interference with business relations contractual relations; PATENT INFRINGEMENT; PERSONAL INJURY; UNJUST ENRICHMENT; ANTI-TRUST LAW VIOLATIONS; LABOR LAW VIOLATIONS AND OTHER CAUSES.***

This is a felony-grade criminal racketeering case. White House, Department of Energy, Department of State and other California State and Federal government agency staff coordinated with their political campaign financier/beneficiaries from Solyndra, Tesla, Fisker, Facebook, Google, YouTube, Netflix, Linkedin, Alphabet, Kleiner Perkins, Greylock, Goldman Sachs and other PAC-aligned Silicon Valley businesses to operate a RICO-law and Antitrust-law violating illicit business "Cartel". The operation of this Cartel has been proven by leaked emails, whistle-blowers, lawsuits and FBI-type forensic accounting.

***The statute of limitations*** has not been exceeded in this case because the attacks, harms and perpetrators actions have continued as recently as yesterday.

This illicit organization had planned to skim trillions of dollars of exclusive profits from government contracts, political payola, foreign rare earth mining operations, internet news and search manipulation deals, revolving-door deals and massive computerized algorithm-based stock market manipulations. The Defendants schemes, particularly, planned to exploit funds from the 2008 and 2021 "Stimulus Bills". Plaintiffs"s', government employee/contractors, competed with these entities, with superior technology at lower prices, and were targeted by this Cartel, for termination.

Plaintiffs"s' became information providers and whistle-blowers for investigators in the examination of this crime. Defendants expended vast amounts of corporate and taxpayer money and resources harming Plaintiffs's in reprisal vendetta attacks. Over a million pages of evidence and proof are provided on the case website. Damages and attacks on Plaintiffs' continue to today.

# The Blockade of Plaintiffs' Legal Rights And The Blockade of Their Legal Representation

# Plaintiffs' Demand State-Funded Legal Representation

**A.** Plaintiffs's have been "black-listed" from getting legal representation. Even though the law in California (Cal. Lab. Code § § 1050 to 1053) says that an entity ***can't*** prevent or attempt to prevent former workers from getting work or representation through misrepresentation, knowingly permitting or failing to take reasonable steps to prevent blacklisting, or make a statement about why an employee was discharged or left employment, implying something other than what is explicitly said, or providing information that was not requested: ***It is done every day in Silicon Valley.*** The "S*ilicon Valley No Poaching Black-List*" class-action lawsuit, the *"AngelGate Scandal Investigation"* , and many other notorious scandals and books are about this issue. Federal FAR Section 9.104-1 (d), and related laws, apply. Blacklisting is a key part of the IC Vendetta Cycle attacks. The Plaintiffs' also suffered damage to their rights under the Age Discrimination in Employment Act (ADEA) (29 USC Sec. 621, et seq.); the Americans with Disabilities Act (42 USC Sec. 12181, et seq.); the Civil Rights Acts - (42 USC Sec. 2000, et seq.); the Davis-Bacon Act (40 USC Sec. 276a, et seq.); the Employee Retirement Income Security Act (ERISA) (29 USC Sec. 1001, et seq.); the Equal Pay Act (29 USC Sec. 206[d]) and other violations.

**B.** Each and every law firm capable of handling Plaintiffs's case has been contracted, paid and/or influenced so that they are "conflicted out" from representing Plaintiffs's. Law firm Mofo was threatened if they helped Plaintiffs's. Lawyer Amy Anderson was threatened and lost her license for attempting to help Plaintiffs's. Every lawyer or law firm who attempts to help Plaintiffs's is hired by Defendants, or their agents and threatened or compromised in order to prevent them from helping Plaintiffs's because this case affects trillions of dollars of energy industry profits, the White House, billionaire oligarchs and multi millionaire corrupt Senators. In fact, this issue lies at the root of this entire corruption case. Sociopath over-moneyed Silicon Valley oligarchs have hire Morrison Foerster, Wilson Sonsini, Perkins Coie, Covington Burling and every other major law firm and lobbyist and told them to "*kill everyone and destroy everything that I don't like…*". These law firms (controlled by Mark Zuckerberg, Elon Musk, Larry Page, Eric Schmidt, Steve Westly, Vinod Khosla, Laurene Powell Jobs, Nancy Pelosi, etc. All of whom have nearly a trillion dollars of funds at their disposal) have carte blanche and unlimited payments to run coups, character assassination campaigns, money laundering and other crimes for the oligarchs. They have the staffing to do these things and zero incentive to not do crimes. These law firms are the dirty deeds teams for the mobster-like suspects and there is no law enforcement body with the will nor resources to stop them. It is a violation of the U.S. Constitution to tell Plaintiffs's to "go get a law firm" when EVERY possible, equitable, law firm works for, and is massively compensated by, the criminals that need to be sued. Both the politicians AND the tech oligarchs charged with these crimes have hired the very law firms that government agencies have told Plaintiffs's to go out and hire.

**C.** There is a precedent that was set in the US Supreme Court case: Gideon v. Wainwright, (1963) that clarifies that you have a right to a lawyer even if you don't have money for one.  The Sixth Amendment, as applied to the states through the Fourteenth Amendment Due Process Clause gives one their Due Process rights. One needs to kill someone, though, to most easily get your free lawyer, since the court-appointed lawyer is rarely ever appointed, on citizens behalf, in a case like this. Even if a

8

defendant is represented by an attorney of his or her choosing, he or she may be entitled to relief on appeal if the attorney did not provide adequate representation. A defendant must demonstrate that the attorney's performance "fell below an objective standard of reasonableness" and that this was prejudicial to the case. See:
*Strickland v. Washington* ( *https://supreme.justia.com/cases/federal/us/466/668/case.html* ) , 466 U.S. 668, 688-92 (1984).  A few "free lawyers", that Plaintiffs' had tried, turned out to be working for the opposition side.

**D.** The federal organization: https://www.lsc.gov is required to help but has refused because it's administrators were friends with, and appointed by, the public officials charged with corruption in this case.

**E.** Plaintiffs's have personally asked the Attorney General, The Director of the FBI and the U.S. Attorney's office for representation but they have been told not to respond because the case is politically embarrassing to major public officials and their corrupt Silicon Valley financiers.

**F.** The government agencies who have told Plaintiffs's that Plaintiffs's should *"hire a law firm and sue them"*, in order to resolve this matter, are the same government agencies that have cut-off, or blockaded Plaintiffs's income sources in order to prevent Plaintiffs's from being able to afford to hire a law firm to sue them.

**G.** A federal agency provided Plaintiffs's with a list of "free lawyers". Upon FBI-level investigation of every "free lawyer" on the list, (via their financial contributions, voting records, leaked emails, social media postings, event attendance, public records, social connections lists online and other surveillance data) they all worked for, or with the opposition interests and could not have possibly provided unbiased services. In fact, multiple lawyers have contacted Plaintiffs's who turned out to be working for the opposition. They were sent in to delay, or redirect, Plaintiffs's in order to keep the cases from being filed or properly prosecuted in order to protect the suspects. This is a common infiltration procedure widely documented in CIA, British secret service, Russian FSB and Snowden leaks documents on IC dirty tricks tactics.

**H.** Agency staff were ordered to harm Applicants by manipulating their benefits in order to deny, delay, obfuscate and reduce their income as reprisal for their assistance to law enforcement in a political corruption and money laundering matter. Agency staff, ranging from the lowest level staff and up to the director headquarters offices, participated in this reprisal-vendetta-revenge action to harm Applicants.

Applicant's peers have filed DOJ and FBI criminal referrals, launched federal investigations and the assertions have been proven in numerous IG, FBI, Congressional and major news media investigations. Agency offices have failed to provide responsive FOIA requested data, hearing investigation data and fair responses because some of their staff are STILL operating a criminal cover-up which has now been update-reported to the FBI, Congress, the IG, the AG and investigative reporters.

Other federal agencies have complied, verified and provided the requested deliverables. SSA and DOE have pointed the searchlight of suspicion on themselves, laser-like, by their overt failure to comply. Ironically, the political financing of their executives and their personal relationships "happens" to be

with the exact same Silicon Valley oligarchs under felony criminal investigations. The stock market brokerage records, family trust accounts, PAC trace-routing, Interpol records and SEC investigation records proves it!

Every "unsigned" anonymous government email is tracked to the individual author by their IP address, device IMEI, web camera, building key card, door camera, parking lot use chart, building camera, vehicle tracking circuits, text dba records, keyboard UI/UX patterns, motherboard ID #, DNS routing, stingray read-outs and a vast number of other metrics. Applicant investigation peers know the exact person that wrote every government email or document or file request. There is no longer such a thing as an anonymous government email. "Transparency is the Applicants middle name." The FBI and CIA people that insiders think are their "buddies" may actually be the APPLICANTS buddies as Plaintiffs' have a relationship with the IC!


# Agencies And Authorities Previously Contacted

Stone-walling based cover-ups are being mitigated by Plaintiffs', and their peers, by carbon-copying these disclosures to every member of the press, every voting citizen and every jurisdiction agent.

For years, victim/Plaintiffs's, and their advocates and peers, have contacted every government agency and authority listed in government directories, which may have any jurisdiction over this case. The usual response has been cover-ups, finger-pointing, stone-walling, obfuscation, failure-to-reply or other tactics to delay the inevitable. This has forced victim/Plaintiffs's to use social media and novel distribution technologies to present their case to every registered voter in the public. Agency officials who were supposed to be helping victim/Plaintiffs's have been exposed taking bribes from victim/Plaintiffs' enemies and adversaries in this case.

Certain California State officials, Obama White House Staff and Federal Agency staff **accepted bribes** from Silicon Valley Oligarchs and Investment Bank Cartels. They were bribed with: Billions of dollars of Google, Twitter, Facebook, Tesla, Netflix and Sony Pictures stock and stock warrants which is never reported to the FEC; Billions of dollars of Google, Twitter, Facebook, Tesla, Netflix and Sony Pictures search engine rigging and shadow-banning which is never reported to the FEC; Free rent; Male and female prostitutes; Cars; Dinners; Party Financing; Sports Event Tickets; Political campaign printing and mailing services "Donations"; Secret PAC Financing; Jobs in Corporations in Silicon Valley For The Family Members of Those Who Take Bribes And Those Who Take Bribes; "Consulting" contracts from McKinsey as fronted pay-off gigs; Overpriced "Speaking Engagements" which are really just pay-offs conduited for donors; Gallery art; Private jet rides and the use of Government fuel depots (ie: Google handed out NASA jet fuel to staff); Recreational drugs; Real Estate; Fake mortgages; The use of Cayman, Boca Des Tores, Swiss and related money-laundering accounts; The use of HSBC, Wells Fargo, Goldman Sachs and Deustche Bank money laundering accounts and covert stock accounts; Free spam and bulk mailing services owned by Silicon Valley corporations; Use of high tech law firms such as Perkins Coie, Wilson Sonsini, MoFo, Covington & Burling, etc. to conduit bribes to officials;

Payroll W2 and 1099 payments which were actually bribe payments for political work such as character assassinations and internet rigging; and other means now documented by us, The FBI, the FTC, The SEC, The FEC and journalists.

A partial list of such reports filed by victim/Plaintiffs's to report the crime and demand compensation includes. Certified mail, Fedex receipt mail and digitally tracked electronic communications were used. Hundreds of public officials have been contacted, with documented proof, to date:

**National Archives** – Case documents, demands and evidence for this case have been filed with the National Archives with reference and tracking numbers so that any member of the public can pull up copies for historical reference and future research about corruption in the 2000's.

**San Francisco Police Department** – A case number was issued and the case was referred to the Northern District Station. The case has been stalled for years as San Francisco Public officials are suspects in the crime. Recent arrests by U.S. Attorney Anderson, do indicate some progress but victim/Plaintiffs' has had no recent out-reach.

**San Mateo Police Department** – Most of the crime organizer/beneficiary/financiers live in San Mateo County and letters have been sent to the SMPD about their actions. One of them: Elon Musk, recently moved from San Mateo, California to the State of Texas in order to delay prosecution.

**Federal Bureau of Investigation** – Victim/Plaintiffs's have spoken and met with the FBI on multiple occasions. Some FBI staff, and former employees have assisted but no indication of action has been revealed officially by the FBI. Victim/Plaintiffs's have invoiced the FBI for witness and informant fees but the FBI has been non-responsive. Victim/Plaintiffs's were licensed investigators who participated in past undercover operations.

**Congressional Investigation Hearings** – Victim/Plaintiffs's have reported to and caused the launch of numerous Congressional hearings which validated Plaintiffs's assertions but Congressional hearings do not award damages to Plaintiffs'. Invoices have been filed by victim for witness, whistle-blower and informant compensation. Victim provided much data to **The House Committee On Oversight And Government Reform.**

**Federal Court System** – Victim/Plaintiffs's have been witnesses and/or in a Plaintiffs's group in famous law suits and class actions and while the cases were "won" or proven in favor of Plaintiffs' assertions, no compensation has been forthcoming to the victim due to conflicts-of-interest with administration officials and the blockade of victim's legal representation due to the fear of political embarrassment by Administration officials and their Silicon Valley financiers!

**The GAO** – Victim/Plaintiffs' was an interviewed witness/whistle-blower for the GAO. The GAO has published multiple reports condemning some of the suspects in this case. Government Accountability Office OIG has submitted questions but has not informed victim of any definitive actions. Invoices have been filed by victim for witness, whistle-blower and informant compensation.

11

Page 12  EXHIBIT 94 – Case # 22-cv-1107-TSH, Norcal 9th District

**Senator Dianne Feinstein** – Reported to yet involved in a conflict-of-interest in this case

**Senator Nancy Pelosi** – Reported to yet involved in a conflict-of-interest in this case

**Senator Jared Huffman** – Reported to yet involved in a conflict-of-interest in this case

**Jerry Brown's Justice Department Lead: Ken Alex** – Reported to yet involved in a conflict-of-interest in this case

**Barack Obama** – Reported to yet involved in a conflict-of-interest in this case

**U.S. Attorney General Eric Holder** – Reported to yet involved in a conflict-of-interest in this case

**FBI Director James Comey** – Reported to yet involved in a conflict-of-interest in this case

**Department of Energy Inspector General** – Reported to yet involved in a conflict-of-interest in this case

**Secretary of Energy Steven Chu** – Reported to yet involved in a conflict-of-interest in this case

**White House Press Secretary Robert Gibbs** – Reported to yet involved in a conflict-of-interest in this case

**White House Advisor David Axelrod** – Reported to yet involved in a conflict-of-interest in this case

**California Attorney General Kamala Harris** – Reported to yet involved in a conflict-of-interest in this case

**Senator Barbara Boxer** – Reported to yet involved in a conflict-of-interest in this case

**California Secretary of State's Office** – Reported to yet involved in a conflict-of-interest in this case

**California Crime Victims Board** – vcgcb.ca.gov – Reported to yet involved in a conflict-of-interest in this case

**United States Department of Justice** – Obama Administration – Reported to yet involved in a conflict-of-interest in this case. On January 29, 2019, the DOJ OIG did cite multiple senior FBI officials were manipulating cases for special interests. The San Francisco head of the FBI that victim's had been communicating with, was recently replaced by a new person (Bennett). FBI agent Dunne told victim that this was a "multi-year investigation…". Invoices have been filed by victim for witness, whistle-blower and informant compensation.

**SEC** – Obama Administration-  – Reported to yet involved in a conflict-of-interest in this case. Invoices have been filed by victim for witness, whistle-blower and informant compensation.

**CFTC** – Obama Administration -  – Reported to yet involved in a conflict-of-interest in this case. Invoices have been filed by victim for witness, whistle-blower and informant compensation.

**Secret Service** – Obama Administration-  – Reported to yet involved in a conflict-of-interest in this case

**All news reporters** – Over 100,000 news reports, documentary films and articles, proving the victim's assertions have been published and broadcast but such news reports do not provide cash compensation to victim

**AbilityOne** - OIG

**Board of Governors for the Federal Reserve System & Consumer Financial Protection Bureau OIG**

**Commodity Futures Trading Commission OIG**

**Consumer Product Safety Commission OIG**

**Corporation for National & Community Service OIG**

**Corporation for Public Broadcasting OIG**

**Council of the Inspectors General on Integrity and Efficiency**

**Department of Agriculture OIG**

**Department of Commerce OIG**

**Department of Defense OIG**

**Department of Education OIG**

**Department of Energy OIG**

**Department of Health & Human Services OIG**

**Department of Homeland Security OIG**

**Department of Housing and Urban Development OIG**

**Department of Justice OIG**

**Department of Labor OIG**

**Department of State and Broadcasting Board of Governors OIG**

**Department of the Interior OIG**

**Department of the Treasury OIG**

**Department of Transportation OIG**

**Department of Veterans Affairs OIG**

**Election Assistance Commission OIG**

**Environmental Protection Agency OIG**

**Equal Employment Opportunity Commission OIG•**

**Export-Import Bank OIG**

**Farm Credit Administration OIG**

**Federal Communications Commission OIG**

**Federal Deposit Insurance Corporation OIG**

**Federal Election Commission OIG**

**Federal Housing Finance Agency OIG**

**Federal Labor Relations Authority OIG**

**Federal Maritime Commission OIG**

**Federal Trade Commission OIG**

**General Services Administration OIG**

**Government Publishing Office OIG**

**Intelligence Community OIG**

**International Trade Commission OIG**

**Legal Services Corporation OIG**

**Library of Congress OIG**

**National Aeronautics and Space Administration OIG**

**National Archives and Records Administration OIG**

**National Credit Union Administration OIG**

**National Endowment for the Arts OIG**

**National Endowment for the Humanities OIG**

**National Labor Relations Board OIG**

**National Science Foundation OIG**

**Nuclear Regulatory Commission OIG**

**Office of Personnel Management OIG**

**Pension Benefit Guaranty Corporation OIG**

**Postal Regulatory Commission OIG**

**Railroad Retirement Board OIG**

**Securities and Exchange Commission OIG**

**Small Business Administration OIG**

**Smithsonian Institution OIG**

**Social Security Administration OIG**

**Special Inspector General for Afghanistan Reconstruction**

**Special Inspector General for the Troubled Asset Relief Program**

**Tennessee Valley Authority OIG**

**Treasury Inspector General for Tax Administration**

**U.S. Agency for International Development OIG**

**Bill Cooper, U.S. Department of Energy General Counsel**

**San Francisco FBI officer Patricia Rich**

**San Francisco FBI office, 450 Golden Gate, Duty Officer**

**San Francisco FBI office Director David Johnson**

**42+ Different officials at GAO per their direct emails**

**16+ different officials at the SEC per their direct emails**

**Secretary of Energy Moniz**

**Margrethe Vestager, EU**

**Rep. Jackie Speier –** She sent a letter saying she had checked and federal authorities were looking into things

**U.S. Attorney General Eric Holder**

**FBI Director James Comey**

**DOJ - Inspector General**

**Cecelia Howell, Office of Investor Education & Advocacy, SEC**

**Department of Energy Inspector General**

**Secretary of Energy Steven Chu**

**White House Press Secretary Robert Gibbs**

**White House Advisor David Axelrod**

**California Attorney General Kamala Harris**

**Senator Barbara Boxer**

**California Secretary of State's Office**

**Social Security Administration, Office of the Inspector General**

**Rebecca Alery, Staffer to Congressman Emmer**

**Carly Atchison, Communications Director to Congressman Emmer**

**Trey Gowdy - U.S. Congress**

**Anti-trust Office, USDOJ**

**Whistleblowers.org**

**Abbey Rime, press organizer for Congressman Tom Rime**

**Citizen Complaint Center, Antitrust Division, Department of Justice**

**Premerger & Division Statistics, Office of Operations, Antitrust Division - USDOJ**

**ATVMIP Staff, Loan Programs Office, U.S. D.O.E.**

**Representative Kate Barlow**

**Angelia Bowman, Program Manager, US Department of Energy**

**Kate Braun, Office of Congressman Tom Emmer**

**Marc A. Cevasco, Chief of Staff, Congressman Ted W. Lieu**

**Nate Riggins, Senior Staff, Congressman Ted W. Lieu**

**Inspector General - Social Security Administration**

**Jessica Chan, SEC**

**Director, Oak Ridge Clearinghouse, United States Department of Energy**

**Multiple Form 95 Federal Claims Forms that were stone-walled and never responded to**

**Nicholas Banasevic, Head of Unit, EU Investigations**

**FTC High Technology Task Force**

16

**NHTSA Safety Board Chairman**

**Jennifer Decesaro, United States Department of Energy**

**Devin O'Malley, USDOJ**

**Office of the Special Counsel Case ID # DI-19-2009 and other case #'s**

**Melissa Darr, U.S. D.O.E.**

**Tricia Evans, United States Congress**

**Docket Branch, Office of Hearings and Appeals, OHA.Filings@hq.doe.gov**

**Paul Fitzpatrick, Chief of Staff, Congressman Mark Meadows (North Carolina - 11)**

**Mart Bailey, Business Partner to the Feinstein Family**

**Robert Simon - Investigative Reporter, CBS News 60 Minutes**

**Carol Leonnig - Investigative Reporter - Washington Post**

**Inspector General - Social Security Administration (in-person and in writing)**

**Legal offices - The White House (time-stamped and receipt acknowledged by his office in writing)**

**rburnson@bloomberg.net (Receipt Confirmed)**

**dglovin@bloomberg.net (Receipt Confirmed)**

**antitrust@ftc.gov (Receipt Confirmed)**

**Catherine McMullen - Office Of The Special Counsel <cmcmullen@osc.gov> (Multiple communications)**

**Tracy Biggs - Office Of The Special Counsel <TBiggs@osc.gov> (Multiple communications)**

**Leslie Gogen - Office Of The Special Counsel <lgogan@osc.gov> (Multiple communications)**

**Herb Newman, Business Partner to the Feinstein Family**

**The FTC FOIA Unit**

**Frank Rusco- GAO Lead, at (202) 512-3841 or ruscof@gao.gov**

**Chris Morris, FOIA Officer, Department of Energy**

**Communications Office, CIA**

**Dhillon Law Group Inc.**

**Matthew Haskins At the office of Rep. Hurd**

**Bob Haueter, Chief of Staff, U.S. Congress**

**Keith Holloway, NTSB**

**hotline@oig.treas.gov**

**Hotline Coordinator, U.S. Department of Energy, Office of Inspector General**

**Jessica Hartman at nara.gov**

**Gregory Krauss, Attorney, U.S. Department of Energy, Office of Hearings and Appeals**

**Kyle Yunaska, United States Department of Energy**

**Scott Lucarelli, FOIA Liaison, Office of the Chief Counsel, EMCBC, DOJ**

**Gosia Olczyk, Claes BENGTSSON,Friedrich Wenzel BULST, Cabinet of M. Vestager**

**Cheryll Barton, SMA to Justine Johannes, Sandia National Laboratories**

**Alexander Morris, United States Department of Energy, Obama**

**Office of Policy and Coordination, Bureau of Competition, Federal Trade Commission**

**Office for Civil Rights (OCR), 200 Independence Ave., SW, DC**

**OFFICE OF GOVERNMENT INFORMATION SERVICES, National Archives & Records Administration**

**Carole Richmond, Special Aide To Rep. Carter**

**Monique C. Winkler, Associate Regional Director for Enforcement, SEC**

**Olga E. Santiago Lugo, State Policy Advisor, USDOJ**

**Sunita Satyapal, USDOE Energy Programs**

**Sydney Schneir & Jennifer DeCesaro, DOE liaison officers**

**Agent Carina Schoenberger, US DOJ**

**Gabriela Sterling & Cody Laliberte at Rep. Walters office**

**The White House press office**

**Rick Perry, United States Department of Energy**

**Office of the Victims' Rights Ombudsman, USDOJ**

**Roman Vayner, Esq., CIPP/US,OIA, U.S. Department of Energy**

**California Victim Compensation Board**

**Judiciary Committee's Oversight and Investigations staff**

**witness@theguardian.com**

**Ray Yonkura At The U.S. Congress**

**And all other known agencies with any applicable authority….**

The problem with this process is the internal corruption within agencies who have been allowed to operate without proper regulation or oversight for many years. The "SpyGate" or "FISA Abuse" case in the current White House involves the abuse of public agencies to attack those they are politically opposed to. Average citizen SSA, IRS, HUD and other applicants suffer the same fate.

# How Government Agencies Were Used As Reprisal Weapons Against Plaintiffs'

The San Mateo, California Social Security Administration offices are under investigation because one, or more, of their staff used SSA resources to attack an Applicant because a staff member (erroneously) thought that an Applicant was opposed to that SSA staffer's beliefs on "open-borders". The SSA official ordered up reprisal operations, against the Applicant, simply to vent that SSA officials political angers. That is illegal.

A vast number of agency abuse cases and lawsuits are now on public record in the Inspector General's offices and federal courts.

It is an indisputable fact that some government agencies run "hit-jobs" on citizens on orders from certain corrupt politicians. These actions are felony violations of the law.

Federal and State Agencies including SSA, FEC, DOE, HHS, VA, CIA, HUD, SA, SEC, FBI, DOJ and many others, have been charged, and found guilty, in these crimes against citizens.

In the Congressional investigation published by the United States Congress in review of the U.S. Department of Energy LGP/ATVM programs, it is clearly proven that the U.S. Department of Energy was used as a slush-fund by some DOE executives in order to pay off campaign financiers by attacking and sabotaging their competitors.

The DOE Paducah Gaseous Diffusion Plant under contracts with the Department of Energy and the government-owned U.S. Enrichment Corp paid $5M whistle-blower awards to those whistle-blowers who were attacked, using government agency resources, for reporting a crime.

Dept. of Energy Hanford URS has agreed to settle a lawsuit brought by former employee Walter Tamosaitis for $4.1 million. The settlement in the whistle-blower case comes almost one year before

the case was set for a jury trial in federal court in Richland and compensates Tamosaitis for attacks against him, by DOE officials, in retribution for reporting a crime.

VA officials attacked hundreds of citizens who reported corruption, ie: https://www.thenewamerican.com/usnews/health-care/item/18610-va-whistleblowers-facing-retribution.

As shown in this report: https://www.pogo.org/analysis/2018/08/new-report-confirms-whistleblower-retaliation-is-alive-and-well-at-department-of-veterans-affairs/

, Agencies attack often and harshly.

CIA and NSA executives have been widely shown to use spy tools to attack domestic citizens they don't like, ie:  https://www.dailymail.co.uk/news/article-2435011/NSA-employees-used-phone-tapping-tools-spy-girlfriends-cheating-husbands.html , and hundreds of other news links that can be provided.

Elon Musk and Tesla, as well as Eric Schmidt and Larry Page at Google, have been proven to use the CIA group: IN-Q-TEL, to run government sponsored/financed attacks on business competitors.

In Civil Action No. 1:13-cv-00777-RBW GOVERNMENT AGENCIES WERE CAUGHT BEING USED FOR ATTACKS AGAINST CITIZENS AND PUNISHED IN THE COURT AND THE MEDIA!

The IRS, and hordes of other government agencies have been caught and proven, IN COURT, to target and attack people for presumed political differences.

Why should we assume that the Social Security Administration is not ALSO doing this too to harm citizens who speak out?

The Lois Lerner IRS attacks took many years to resolve. In an unprecedented victorious conclusion to a four year-long legal battle against the IRS, the bureaucratic agency admitted in federal court that it wrongfully targeted citizens, during the Obama Administration, because of their political viewpoints and issued an apology to those people for doing so.

In addition, the IRS is consenting to a court order that would prohibit it from ever engaging in this form of unconstitutional discrimination in the future.

In a proposed Consent Order filed with the Court, the IRS has apologized for its treatment of U.S. citizens including organizations from 20 states that applied for 501(c)(3) and (c)(4) tax-exempt status with the IRS between 2009 and 2012 -- during the tax-exempt determinations process. Crucially, following years of denial by the IRS and blame-shifting by IRS officials, the agency now expressly admits that its treatment of our clients was wrong and a total violation of our Democracy..

As set forth in the proposed Order:

"The IRS admits that its treatment of Plaintiffs's during the tax-exempt determinations process, including screening their applications based on their names or policy positions, subjecting those applications to heightened scrutiny and inordinate delays, and demanding of some Plaintiffs' information that TIGTA determined was unnecessary to the agency's determination of their tax-exempt status, was wrong. For such treatment, the IRS expresses its sincere apology."

Throughout litigation of this case, activists have remained committed to protecting the rights of the public who faced unlawful and discriminatory action by the IRS and other agencies. The objective from the very beginning has been to hold agencies accountable for corrupt practices.

This Consent Order represents a historic victory for the public and sends the unequivocal message that a government agency's targeting of citizens organizations, or any organization, on the basis of political viewpoints, will never be tolerated and that revenge will be swift and vast.

The Order will put an end, once and for all, to the abhorrent practices utilized against citizens, as the agreement includes the IRS's express acknowledgment of – and apology for – its wrongful treatment of the public. While this agreement is designed to prevent any such practices from occurring again, rest assured that all public interest lawyers will remain vigilant to ensure that the IRS, SSA, DOJ or SEC does not resort to such tactics in the future.

Per detailed reports, in March of 2012 lawyers began being contacted by literally dozens of citizens and groups who were being harassed by the Obama IRS after submitting applications for tax-exempt status. Their tax-exempt applications were held up for years (over seven years in some cases), and they began receiving obtrusive and unconstitutional requests for donor and member information. That began a now more than five and a half year fight with the burgeoning bureaucracy at the IRS. Then on May 10, 2013, Lois Lerner, the then head of the IRS Tax Exempt Organizations Division, publicly implicated the IRS in one of the worst political targeting scandals of the century.

This is an extraordinary victory against government agency abuse. It sends a powerful warning to the deep state bureaucracy that it will not be allowed to violate the Constitution in order to silence and shut down the whistle-blowers.

In addition to the IRS's admissions of and apology for its wrongful conduct, the Consent Order would specifically award Plaintiffs's the following:

- A declaration by the Court that it is wrong to apply the United States tax code to any tax-exempt applicant or entity based solely on such entity's name, any lawful positions it espouses on any issues, or its associations or perceived associations with a particular political movement, position or viewpoint;

- A declaration by the Court that any action or inaction taken by the IRS must be applied evenhandedly and not based solely on a tax-exempt applicant or entity's name, political viewpoint, or associations or perceived associations with a particular political movement, position or viewpoint; and

- A declaration by the Court that discrimination on the basis of political viewpoint in administering the United States tax code violates fundamental First Amendment rights. Disparate treatment of taxpayers based solely on the taxpayers' names, any lawful positions the taxpayers espouse on any issues, or the taxpayers' associations or perceived associations with a particular political movement, position or viewpoint is unlawful.

In the Order, the IRS has also agreed that (unless expressly required by law) certain actions against the Plaintiffs's– i.e. the sharing, dissemination, or other use of information unnecessarily obtained by the IRS during the determinations process (such as donor names, the names of volunteers, political affiliations of an organization's officers, etc.) – would be unlawful. In addition, the IRS promises not to take any retaliatory action against our clients for exposing the targeting scheme.

Finally, and of crucial significance, the IRS admits it targeted persons and groups based on their viewpoints (i.e., "policy positions") and that such viewpoint discrimination violates fundamental First Amendment rights. This is the first time the IRS has admitted that its targeting scheme was not just "inappropriate" – as TIGTA found – but, as alleged, blatantly unconstitutional.

To ensure consistency and uniformity within the agency's operations going forward, the IRS is required, pursuant to the Order, to inform all employees within the Exempt Organizations Division, as well as the Commissioners and Deputy Commissioners within other divisions, of the Order's terms.

This Order not only validates allegations about their treatment at the hands of the corrupt Obama-era IRS but also provides important assurances to the American public that the agency understands its obligation to refrain from further such discriminatory conduct. As Attorney General Sessions acknowledged in this regard, "[t]here is no excuse for [the IRS's] conduct," as it is "without question" that the First Amendment prohibits the conduct that occurred here, i.e., subjecting American citizens to disparate treatment "based solely on their viewpoint or ideology." Sessions further confirmed his Department's commitment to ensuring that the "abuse of power" in which the IRS engaged here "will not be tolerated."

It is impossible to overstate the importance of this victory. This marks a years-long fight for justice in defense of the constitutional rights of the public.

This is an extraordinary victory against abuse of power and corruption.

It sends a powerful warning to the deep state bureaucracy that it will not be allowed to violate the Constitution and manipulate the IRS, SSA and other agencies in order to silence and shut down those who speak out about political corruption crimes.

In the wake of  Wisconsin Watchdog's investigation into SSA staff allegations of incompetence, misconduct, and retaliation in Social Security disability appeals offices, several employees have taken their complaints to a Senate committee led by Wisconsin Sen. Ron Johnson.

An official with knowledge of the complaints said the Senate Homeland Security and Governmental Affairs Committee, chaired by the Oshkosh Republican, has received emails and other contacts from "certain people" inside the Social Security Administration's Office of Disability Adjudication and Review.

The initial complaints came from an employee inside the Milwaukee office following Wisconsin Watchdog's opening investigative report that found some claimants waiting more than 1,000 days for an appeals decision on their disability benefits claim.

Following Wednesday's story of a whistleblower in the Madison ODAR office, the committee has received more specific complaints about retaliation against employees, the source said.

Committee staff members sent the latest Watchdog piece to SSA administrators hoping they will "cooperate," the source said. To date, the agency has been less than cooperative.

"This is an ongoing process, and they are not always as forthcoming as we'd like them to be," the source said. "Hopefully with your continued reporting, this is an issue they can't duck."

A Senate committee member said officials there are working with the Office of Special Counsel on "multiple whistleblower retaliation claims." The committee continues to request information from the SSA.

The whistleblower in the Madison office claims management retaliated against her after she was called to testify in a misconduct case. The incident involved "inappropriate behavior" by an administrative law judge, she said.

"They are so corrupt. It's absolutely horrible," said the woman, a lead case technician in the Madison Office of Disability Adjudication and Review.

She spoke on condition of anonymity, fearing more retribution from her supervisors. While she said recounting her particular experiences will more than likely betray her identity anyway, the ODAR case worker insisted she has had enough.

"I'm at point where they don't care about me, I don't see why I'm protecting them. This is my last resort," she said. "I want to do my work without fear of retaliation."

She said she has contacted the Senate committee.

"I forwarded my information to them and I got an email back from them. They said people are coming out of the woodwork with their complaints (about ODAR) following your story," the whistle-blower said.

Ronald Klym, a long-time senior legal assistant in the Milwaukee ODAR office, alleges he has been retaliated against by supervisors for going public with his charges of incompetence and misconduct in the agency. The federal employee, who has worked for SSA for 16 years, provided Wisconsin

Watchdog with documents showing extremely long wait times for claimants appealing their denied applications for benefits.

Doug Nguyen, SSA regional spokesman, in a previous story said the agency acknowledges that Milwaukee ODAR has a "high average processing time for disability appeal hearings, and we are working to address the issue."

Beyond the delays is what Klym calls the "shell game," the wholesale transferring of cases to other parts of the country by administrators to make the Milwaukee office's numbers look better than they are.

The Madison office whistle-blower confirmed Klym's allegations, saying at one point she saw 2,000 cases from the Milwaukee office handed off to the Oak Brook operation.

There are over 10,000 SSA disability manipulation charges against SSA executives and staff. There are over 185,000 charges filed by domestic citizens against all of the parties we listed in our **reported-to** list above.

# Damages And Harms List

"Applicant A" and his co-workers were cooperating with agency investigations into organized crime operating within government agencies. In order to discourage, threaten and intimidate "Applicant A", he and his peers were attacked with a $30M+ state-sponsored reprisal attack which included the following attack tactics, operated by Fusion GPS, Black Cube, Psy-Ops type contractors and White House specialists, which caused quantifiable harms and damages for which "Applicant A" is owed compensation:

1.) Defrauding Applicants via fake government requests to invest in rigged government contracts, thus costing Plaintiffs' their life savings;

2.) Placing moles in, and spying inside, Applicant's companies;

3.) Blockading legal counsel for Plaintiffs's;

4.) Character assassination and sophisticated contracted defamation media attacks;

5.) Defendants contracted off-shore "click-farm" and "troll-factory" processed social media attacks;

6.) Government benefits from SSA, HUD, etc, blockades and manipulations;

7.) Jobs and venture capital funding blacklisting;

8.) FOIA obfuscation for official government FOIA filings;

9.) Arbitrary government deadline manipulation for SSA, DOE, HUD and other applications;

10.) Creation of endless fake hurdles in agency applications (ie: DOE) to protect rigged "winners";

11.) Toxic workplace poisonings like the Salisbury, Nalvany, Litvinenko poisonings;

12.) Workplace sabotage and obstruction of Applicant's companies;

13.) Contracted media defamation attacks via Gawker, Gizmodo, Jalopnik, Google, Youtube, etc. Which have now had the payments for the attacks tracked through accounting systems

14.) Commercial employment database "Lois Lerner-ing" and red-flagging;

15.) Murders or forced deaths of peers (ie: Rajeev Motwani, Seth Rich, Gary D. Conley and 120+ others);

16.) Revenue blockades and internet income re-direction;

17.) Troll farm attack teams hired from Chinese attack farms;

18.) Fusion GPS, Media Matters, David Plouffe attack contracts issued targeting whistle-blowers;

19.) Manual search engine lock-in attacks on Google, YouTube, Linkedin;

20.) U.S. patent office manipulation to blockade revenue;

21.) Honey-traps sent out targeting the whistle-blowers;

22.) Fake news tabloid empires created just for defamation attacks;

23.) Housing access and financing blockades created to reprisal harass whistle-blowers;

24.) Ongoing hacking of Plaintiffs's devices;

25.) Tech industry black-list coordination within the National Venture Capital Association;

26.) HUD and USDA mortgage rights blockades:

27.) DNS and IP routing manipulation to prevent Plaintiffs' from selling anything online;

28.) Digital attacks designed to put horrific fake news about target in front of 7.5 billion people...

and more spy agency type "dirty tricks"that cost the Plaintiffs' their lives, life savings, income and other disabling losses as detailed in the related support documents on the case website.

**Plaintiffs' have currently had their rights to legal representation and a trial blockaded by government officials who fear political embarrassment in a public trial of this case. In fact, history has proven that those officials have caused a thousand-fold increase in their own public media shame by delaying a settlement of this dispute!**

# Relief Options Demanded

- Victim/Plaintiffs' demands the provision of a state-sponsored court-provided law firm to represent victim/Plaintiffs' under the variances and human rights laws affording such provision of services.

- The finding that this matter includes a violation of RICO racketeering laws and Anti-trust laws by the combined organized efforts of the Defendants.

- Awarding Plaintiffs' compensatory including actual, consequential, and incidental damages for malicious defamatory conduct as alleged herein in an amount to be determined at trial and in excess of $35,000,000 U.S. Dollars.

- Awarding punitive damages for Defendant's malicious defamatory conduct based on the routine and accepted calculation of 5 percent of their invested current net worth of over $63 billion U.S. dollars. Thus, punitive damages are requested be awarded by the in an amount to exceed $3 billion U.S. dollars, which amount of punitive damages are designed to sufficiently punish Defendant in order that its illegal conduct not reoccur.

- Awarding Plaintiffs' attorney's fees and costs.

- Granting any such further relief as the Court deems appropriate including preliminary and permanent injunctive relief.

- Damages in excess of $225 million against Chu, Axelrod, Podesta, Carny, Biden, Emanual, Gibbs, Rattner and Seward, jointly and severally, for their violations of Plaintiffs"s civil rights.

- A declaration pursuant to 28 U.S.C. §§ 2201 and 2202 and 5 U.S.C. § 706(2)(B) that Plaintiffs"s Loan Program application was wrongfully denied and injunctive relief directing Defendants to reconsider and/or approve same.

- A declaration pursuant to 28 U.S.C. §§ 2201 and 2202 and 5 U.S.C. § 706(2)(B) Plaintiffs"s ATVM Loan Program application was wrongfully denied and injunctive relief directing Defendants to reconsider and/or approve same without respect for political considerations.

- A declaration pursuant to 28 U.S.C. §§ 2201 and 2202 and 5 U.S.C. § 706(2)(B) that the rejection of Plaintiffs"s LGP application without recourse was unlawful, and injunctive relief directing Defendants to accept and consider same without respect for political considerations.

- Such costs and attorney fees as Plaintiffs"s may be entitled to under law.

- Such other relief as this Court deems just.

- Plaintiffs' have sent an invoice for "*informant and witness fees*" to the GAO, FBI, FTC and SEC in the amount of $5,000,000.00 per agency but have not had a response, relative to payment, from those agencies.


# Damages Amount Comparatives and Legal Precedents Validations

**Reference past payment precedent examples:**

- Campbell worked as an informant for federal authorities investigating Vadim Mikerin, a Russian official in charge of U.S. operations for Tenex, a unit of Rosatom. Authorities later accused Mikerin of taking bribes from a shipping company in exchange for contracts to transport Russian uranium into the United States. He pleaded guilty in federal court in Maryland and was sentenced to prison for four years. The Justice Department had also initially charged Mikerin with extorting kickbacks from Campbell after hiring him as a $50,000-a-month lobbyist. Prosecutors alleged Mikerin had demanded Campbell pay between one-third and half of that money back to him each month under threat of losing the contract and veiled warnings of violence from the Russians. The demand prompted Campbell to turn to the FBI in 2010, which gave its blessing for him to remain part of the scheme as a whistle-blower who was compensated for his efforts.

- The FBI has a Congressional docket which documents it's annual witness and informant expenditures for the last 20 years. Those financial on-the-record documents show the average payment for a high-ticket case RICO-type informant such as Plaintiffs' and are hereby placed in this case record as references of payment standards.

- In a similar case, Plaintiffs' Terry Bollea (AKA: Hulk Hogan) was awarded $145 million dollars in damages because of character assassination efforts by the same parties. The attacks on Plaintiffs's exceeded the resources used against Terry Bollea by many magnitudes and thus, the $145 million dollar figure would be a minimum damages figure for each Plaintiffs' in our case as each Applicant was attacked in such a manner. Each of the parties attacked by Gawker/Gizmodo (who worked for White House operatives) received at least $170,000.00 in damages.

- The DOE Paducah Gaseous Diffusion Plant under contracts with the Department of Energy and the government-owned U.S. Enrichment Corp paid $5M whistle-blower awards to those whistle-blowers who were attacked, using government agency resources, for reporting a crime.

- Adam Lovinger, a 12-year veteran of the Pentagon's Office of Net Assessment (ONA), filed a whistleblower reprisal complaint with the Defense Department's inspector general in May against ONA boss James Baker and received compensation for his whistle-blower efforts.

- The FBI's informant in the Uranium One scandal involving the Obama administration gave written testimony to three congressional committees this week in which he accused the Obama administration of making decisions that directly benefited the Russian government and their goals of gaining geopolitical advantages over the United States. The informant, Douglas Campbell, told congressional investigators on Wednesday that Moscow sent millions of dollars to the U.S. with the expectation that it would benefit the Clinton's, while Hillary Clinton "quarterbacked a 'reset' in US-Russian relations" in her role as Secretary of State during the Obama administration, The Hill reported. The FBI found Campbell's undercover work valuable enough to reward him with a $50,000 check in 2016.

- Dept. of Energy Hanford URS has agreed to settle a lawsuit brought by former employee Walter Tamosaitis for $4.1 million. The settlement in the whistle-blower case comes almost one year before the case was set for a jury trial in federal court in Richland and compensates Tamosaitis for attacks against him, by DOE officials, in retribution for reporting a crime.

- In **Civil Action No. 1:13-cv-00777-RBW**, government agencies were caught being used for attacks against citizens and punished in the court and the media! The IRS, and hordes of other government agencies have been caught and proven, IN COURT, to target and attack people for presumed political differences

- Some of the biggest evidence-of-loss examples are found in the financial records from General Motors, Ford Motors, Nissan and Tesla Motors executives for the time-frame from Jan. 1, 2000 to today. Those records validate the income loss to Plaintiffs'.

- Over 400+ other cases decisions, settlement records and government payment precedents are on file at http://www.pacer.gov validating the amount that Plaintiffs' should be compensated via known and quantified precdents.

# Example # 277-A: Investigation Background Data From One Of The Plaintiffs' Experiences

**Objectives:**

A part of this case documents a state-sponsored attack on a technology manufacturer who was promised a level playing field in its applications for funds to government entities, only to be unfairly denied and financially and detrimentally attacked and harmed, in political and anti-competitive reprisal, in the process. In the course of the investigation, an organized crime Cartel was exposed in operation among Silicon Valley technology oligarchs and well-known political representatives.

- This case has exposed cronyism at government agencies, The White House and among U.S. Senators.

- This case represents the Plaintiffs' of the crime as well as taxpayers who deserve an open, transparent, and fair government process without the current layers of bribery and stock market payola quid pro quo.

- The government should immediately grant Declaratory and Injunctive Relief, retribution fees and other damages to Plaintiffs'

**Key Points:**

1. Funding granted through, for example: the DOE's Loan Guarantee Program (LGP ) and Advanced Technology Vehicle Manufacturing (ATVM) loan programs, and other agencies, are administered in an arbitrary and capricious manner, inconsistently favoring some and disadvantaging other "outsider" non-crony applicants; lacked mechanisms for applicants to administratively appeal its decisions; and re-reviewed rejected applications on an ad hoc and biased basis in order to protect the friends of government staff and harm their competitors.

2. Plaintiffs' ATVM application was deliberately "set aside"', hidden, delayed, stone-walled and substantially "delayed consideration" by DOE in favor of loan applications from politically-connected government cronies like Tesla and Fisker, whose top executives and investors, Steve Westly (Tesla), Tim Draper (Tesla) and John Doerr (Fisker) donated millions to Democrats and the Obama Administration in 2008.

3. Many of the loan applications granted by the DOE went to companies that failed to produce the promised results, were not innovative in technology, or ultimately declared bankruptcy (After skimming billions in stock market "pump-and-dump" profits) with the harm going to the

American taxpayers (See Solyndra, Tesla and Fisker as examples); while Plaintiffs' was previously funded by the Department of Energy and was one of the ONLY entities that did deliver on the contract.

4    Of the $25 billion that Congress authorized the DOE to loan, $16 billion remains un-disbursed. Why was Plaintiffs' $40 million request not granted when it could have been used to immediately create jobs?

5    The DOE violated multiple non-disclosure agreements with Plaintiffs' (and Plaintiffs') passing along patented technology to General Motors and other government cronies and that technology, only after that fact, was displayed by Ford, General Motors, Tesla and other competitors who were funded by DOE.

6    In the case of Plaintiffs', we see another example of the DOE's cronyism, broken promises to American taxpayers, and misuse of executive agency influence.

7    This case goes back to the year 2000, and forward, as there were crony political payments between the White House, Department of Energy, Department of State and other State and Federal government agency staff coordinated with their political campaign financier/beneficiaries from Solyndra, Tesla, Fisker, Facebook, Google, YouTube, Netflix, Linkedin, Alphabet, Kleiner Perkins, Greylock, Goldman Sachs and other PAC-aligned Silicon Valley businesses to operate a RICO-law and Antitrust-law violating illicit business "Cartel" which Plaintiffs' were "outsiders" to.

**Expanded Points:**

- The Department of Energy engaged in arbitrary and capricious methods when awarding loan guarantees through the Advanced Technology Vehicle Manufacturing (ATVM) loan program

    o   The DOE administers the ATVM loan program, in which Congress authorized DOE to provide direct federal government loans supporting the advancement of technology vehicles

    o   Congress authorized DOE to make $25 billion in ATVM loans (DOE currently has approx. $16 billion of unused lending authority which politicians have been constantly trying to grab for themselves).

    o   At all times relevant, DOE knew that the ATVM loans had evaporated the private markets, and that unduly delaying or denying a small, innovative technology company's ATVM loan likely would scare away other private investors and lenders—meaning a business death sentence.

30

- Plaintiffs's are a small business that has demonstrated innovation, energy efficiency, and provided technology that can advance green energy efforts and create jobs in the United States. They were initially funded by a Congressional award and a Department of Energy commission.

  o In November, 2008 at the request of government officials, Plaintiffs' applied for an ATVM loan to build a scalable, innovative and efficient electric car. This car would have obsoleted Tesla Motors, which paid profits to ATVM bosses, staff, consultants and related Senators. The metrics ( Range, Safety, Price, Cost To Produce, Energy Efficiency, Use of Domestic Labor, Avoidance of Genocide-based Mining, etc.) of that car, and almost every other applicant beat Tesla by many magnitudes. Any applicant who might affect Tesla's market was black-listed in order to protect Senator's and DOE staff stock market profits. Elon Musk had been promised a 10,000% boost over any competitor, using federal resources. This was a violation of federal RICO and anti-trust laws.

  o Plaintiffs' design cost less than $20,000 in base configuration, required no gasoline or extension cords to charge, was easy to repair and build, and used crash effect reduction materials.

  o All of the Plaintiffs' car's key parts were built and tested or already existed in off-the-shelf components proven in the industry for over a decade.

  o Plaintiffs' offered DOE asset collateral of over $100 million to secure the ATVM loan

  o On December 2, 2008, DOE Director of Advanced Technologies Manufacturing Loan Program Lachlan Seward wrote to Plaintiffs' acknowledging receipt of its application and requesting certain information, which Plaintiffs' then provided.

  o On December 31, 2008, Seward informed Plaintiffs' that its application was "substantially" complete, and that DOE would advise Plaintiffs' if it needed additional information during the application review process.

  o At all times relevant, Plaintiffs' qualified for the ATVM loan based on DOE's published material (see additional docs).

- We see from the examples of Tesla and Fisker that ATVM loans were massive expenditures that produced few results.

  o Plaintiffs' application was "set aside" by DOE in favor of ATVM loan applications from other companies who have not produced results, therefore wasting taxpayer dollars that were intended to create jobs and promote better technology and innovation. The other companies partnered with Goldman Sachs to produce stock market manipulation profits (like Tesla did) but no consumer market-price products.

- The government stole technology from Plaintiffs', violating non-disclosure agreements, and handed that information to General Motors, Ford, and other companies that received DOE funding.

  o Plaintiffs' had worked with DOE on applied fuel cell research and commercialization for over a decade.

  o Plaintiffs' obtained a grant in 2005 through the power plant development group which it used to develop a battery 3 times more powerful than lithium batteries according to written research by Sandia National Laboratories based on their validation of Plaintiffs' patented technologies.

  o Plaintiffs' and Plaintiffs' signed NDAs with the DOE and Sandia, a government contractor, which were violated and resulted in General Motors and Ford using Plaintiffs' technology.

# Facts about Plaintiffs'

- Key Plaintiffs' is a technology start-up comprised of multiple divisions including: 1.) The Auto production group and 2.) the powerplant development group. This is the same structure Tesla Motors, Ford and Nissan have., ie: Tesla sells cars to consumers and powerplants to competitor/customers.

- In September 2008, Plaintiffs' became *the very first applicant* to file with the U.S. Department of Energy for a development loan under the ATVM Program and also filed applications under the Loan Guarantee Program for Innovative Energy Projects (LGP) established under Title XVII of the Energy Policy Act of 2005.

- A loan application was also filed under the Loan Guarantee Program.

- Plaintiffs' provided the following law enforcement and intelligence work credentials: 1.) A signed letter from the Executive Vice President of ASIS welcoming him as a member of The American Society For Industrial Security, 2.) His Senior Membership certificate for The Society Of Manufacturing Engineers for his working building counter-measures technologies, 3.) His State Of California, Department of Consumer Affairs license and investigator certification, 4.) His American Federation of Police membership certification, 5.) His Department of Consumer Affairs State-issued  investigators ID, 6.) His California Association of Licensed Investigators membership certification, 7.) His International Narcotics Enforcement Officers Officers

membership certificate, 9.) His copies of letters from The White House to him, personally, on White House stationary, 10.) His letters from the Federal Office Of Personnel Management showing ranking in the top percentile on the West Coast under Homeland Security as 1811-C Criminal Investigator testing by OPM. 11.) Press clippings from famous cases he worked on. These letters and documents date back to the 1980's and show that Plaintiffs' had participation in, and interacted with, other senior law and IC staff who would have been capable of supplying and/or supporting the high-level of charges and validations listed in this document.

- Plaintiffs' filed 3 loan applications in total, back then. One under Plaintiffs' Vehicles in the ATVM Program. One under Plaintiffs' in the Loan Guarantee Program. Another under Plaintiffs' in the ATVM program.

- Plaintiffs' application ranked by outside comparison as one of the top company applicants", was a Forbes top rated company, had top national reviews and press, top issued patents, top staff references, industry leading staff and vast other positive metrics.

- Plaintiffs' had received funding from DOE via it's Plaintiffs' powerplant group before and successfully completed a contract with DOE via it's vehicle power plant division. DOE staff told Plaintiffs' that oil companies wanted fuel cell's minimized in DOE efforts because they competed with oil company interests too effectively.

- Plaintiffs' had received funding from DOE before and successfully completed a contract with DOE via it's vehicle power plant division.

- The Plaintiffs' Vehicles car goes an almost unlimited range via hot-swap fuel cartridges, costs less than $20,000 in base configuration, uses no gasoline, is easy to repair and build, saves lives better than any other car by using "damp down" crash effect reduction materials like those used in the bumper, dashboard and body of the Prius, is faster than competing solutions, can be recharged as fast as one can pull out an empty fuel cassette and slide in a charged fuel cassette: often in 50% less time than it takes to refill a gasoline vehicle, does not require an extension cord because people living in apartments generally cannot use extension cords, uses electricity and creates green jobs. NO factory needs to be built because Plaintiffs' was retasking already existing factories and at very low cost. All of the key parts of the car were built and tested or already existed in off-the-shelf components proven in industry for over a decade. Autodesk and other engineering software allowed for full virtual prototyping and operational testing of the design. The company already has thousands of customers lined up who want to buy their unique and very "green" car. The company hand delivered letters from those customers to the DOE ATVM office in Washington DC in 2008. The company currently had no significant debt and the company leaders had been contributing their time and resources for many years based on positive feedback received repeatedly by Department of Energy (DOE) loan reviewers and staff. The company won a semi-finalist position in the prestigious "Forbes: America's Most Promising Companies" contest.

33

- Certainly company officials were not claiming that their vehicles will solve all of the world's energy problems. However with each car that is sold, we will help reduce domestic reliance on imported fuel and reduce environmental $CO2$ by putting a vehicle on the road that uses absolutely no gasoline and creates American Jobs. This vehicle is truly using "advanced technology" via clever configuration of standard off the shelf components available today.  – a major goal of this loan program and a key stated goal of the Administration. In addition, with a company that has no current debt, several patents, and thousands of interested customers; the company asserts that DOE's financial risk in investing in the technology would be extremely low, and the failures of competitors, as predicted by Plaintiffs' staff,  who already received funding from the same program validates this assertion. Plaintiffs's had the best debt ratio of any Applicant, especially Tesla. Tesla was "cooking the books" with Detroit and Middle East cover cash to make it temporarily not look as nearly bankrupt as it was.

**Facts about DOE Loans**

- The Department of Energy's (DOE) Loan Programs Office (LPO) administers three separate programs: the ATVM Loan Program and the Title XVII Section 1703 and Section 1705 loan guarantee programs.  The ATVM Loan Program was established by Section 136 of the Energy Independence and Security Act of 2007, and provides direct loans to support the manufacturing of advanced technology vehicles and qualifying components in the United States.

- The Program provides loans to automobile and automobile parts manufacturers for the cost of reequipping, expanding, or establishing manufacturing facilities in the United States to produce advanced technology vehicles or qualified components, and for associated engineering integration costs.

- In 2010, Section 136 was amended to include ultra-efficient vehicles within the definition of advanced technology vehicles.

- The FY 2009 Continuing Resolution (CR), which was enacted on September 30, 2008, appropriated $7.5 billion in credit subsidy to support up to $25 billion in loans under the ATVM Loan program.

- The FY 2009 CR also provided DOE with $10 million to administer the Program.

- On November 5, 2008, DOE issued the Interim Final Rule for the Program.

- DOE accomplished this effort in approximately half of the 60-day time-frame mandated by  Congress.

- The program began receiving applications on December 2, 2008. Plaintiffs' application was the first one because Plaintiffs' had been informed they should apply via Barbara Boxer's, Jackie Spier's and Nancy Pelosi's staff

- The ATVM Program has received numerous applications from both automobile original equipment manufacturers (OEMs) and component manufacturers. Most of them have written complaints similar to Plaintiffs', about DOE. (See the Eco-Motors, Zap, Bright Automotive, Carbon Motors, etc. Complaint documents about DOE cronyism and lies)

- The DOE's Advanced Technology Vehicles Manufacturing (ATVM) Loan Program is a direct loan program created by Congress to provide funding to automobile manufacturers and component suppliers to stimulate the development of new fuel efficient technology, thereby promoting U.S. energy independence by reducing the demand for foreign oil.

- ATVM is authorized under Energy Independence Security Act of 2007

- The Secretary of the DOE established the Advanced Technology Vehicle Loan Program pursuant to Section 136(e) of the Energy Independence and Security Act of 2007, Public Law 110-140, 42 U.S.C. § 17013

- Section 129(a) of the Consolidated Security, Disaster Assistance, and Continuing Appropriations Act of 2009, Public Law 110-329, appropriated $7.5 million to the "Advanced Technology Vehicles Manufacturing Loan Program Account."  Section 136(d) of the 2007 Energy Independence and Security Act authorizes the Secretary to provide no more than $25 billion in direct loans to individuals and entities determined by the Secretary to be eligible for the program.  See 42 U.S.C. § 17013(d)(1).

- DOE promulgated an interim final rule on November 12, 2008, which was published at 73 F.R. 66,721 to 66,737.  Comments were accepted until December 12, 2008.  The Final Rule was codified at 10 CFR Part 611 (2009).

- DOE reviews applications for the loan program in tranches, with the deadline for the first tranche initially falling on December 31, 2008 and the deadline for subsequent tranches falling at the end of every subsequent quarter, until so long as the available funds and loan authority permit.  73 F.R. 66,721.

- Loans are available under the ATVM Loan Program to two classes of applicants eligible for loans under the program: automobile manufacturers and component manufacturers.  See 10 CFR Part 611.100.  Eligibility criteria for automobile manufacturers that did not manufacture a vehicle in 2005 are described at 10 CFR 611.100(b)(2).  In brief, the applicant must demonstrate that its vehicle's projected combined fuel economy is "greater than or equal to the industry adjusted average fuel economy for model year 2005 of equivalent vehicles."  Id.  In contrast, component manufacturers need not demonstrate improved fuel economy.  10 CFR 611.100(b)(3).

- Regardless of their classification, applicants must be financially viable without the additional funding provided by the ATVM Loan Program in order to be eligible.  10 CFR 611.100(a)(2).

The Secretary is authorized to consider a number of factors to determine financial viability, including:

- o The applicant's debt to equity ratio;

- o The applicant's earnings before interest, taxes, depreciation, and amortization (EBITDA) for the most recent fiscal year prior to the date of the loan application;

- o The applicant's debt to EBITDA ratio;

- o The applicant' s fixed charge coverage ratio (EBITDA plus fixed charges divided by fixed charges plus interest expenses);

- o The applicant's interest coverage ratio (EBITDA plus fixed charges divided by fixed charges plus interest expenses);

- o The applicant's liquidity;

- o Statements from the applicant's lenders that the applicant is current; and

- o Financial projections demonstrating the applicant's solvency through the life of the loan.

- LGP program authorized under the 2005 Energy Policy and Conservation Act.


# Facts about Plaintiffs' Government Applications

ATVM

- On or around November 10, 2008Plaintiffs' Vehicles applied to the DOE ATVM program.

- On December 2, 2008, Lachlan Seward wrote to Plaintiffs' requested further information on Plaintiffs' ability to comply with general, financial, technical, and environmental requirements.

- On December 6, 2008, Plaintiffs' submitted additional clarification to the DOE.

- On December 17, 2008, Plaintiffs' had a telephone conversation with Matthew McMillen and Walter Eccard of the DOE.

- On December 23, 2008, Plaintiffs' wrote to Messrs.'. McMillen and Eccard providing additional information concerning the asset valuation of its patents as well as an updated NEPA review statement.

- On December 29, 2008 Plaintiffs' had a telephone conference with Matthew C. McMillen concerning National Environmental Policy Act (NEPA) compliance under § 136 of 10 C.F.R.

611.106. Plaintiffs' Vehicles requested $40,000,000 through the ATVM Loan Program based on advice from Congressional officials that that amount was "all that would be left in the fund after Detroit got their allocation.".

- The application fees for the Loan Gaurantee program cost between $20,000 and $100,000.  The "fees" for the ATVM program were called a "Co-participation fee." In other words, Plaintiffs' would have to provide 15-20 % of the loan amount to DOE up front. If Plaintiffs' were approved, Plaintiffs' would have to pay another $15 - $20 m. or provide in-kind value, and no cash, as the team did in the past

- Plaintiffs' met with venture capitalists in order to get fee money. One in particular was a real estate developer in Detroit named Patrick Jett.

- Plaintiffs' also hired Covington and Burling in San Francisco and Washington DC as well as other firms in D.C. in order to get help to watch-dog the application.

- Andrew Beato of Stein Mitchell was one lawyer to Plaintiffs' in ATVM applications.

- On December 2, 2008, Lachlan Seward, the Director, Advanced Technology Vehicles Manufacturing Loan Program, wrote to the Plaintiffs', determining that the submitted application was not substantially complete.

- On or before December 31, 2008, Plaintiffs' submitted materials relating to the requirements set forth in Section 611.100 of the Interim Final Rule of the Energy Independence and Security Act.

- On December 31, 2008, Lachlan Seward wrote to the Plaintiffs' informing Plaintiffs' that it was "substantially complete".

- At this time other applicants began contacting Plaintiffs', who had been on network newscasts, asking if "it seemed like DOE might be rigging the process for favorite friends..."

- The December 31, 2008 letter stated that the DOE will advise Plaintiffs' if it needs additional information as it continued the application review process.

- Plaintiffs' alleges that on or after December 31, 2008, Lachlan Seward and Brent Peterson began processing the loan materials to secure Plaintiffs' funds in January 2009.

- Plaintiffs' alleges that loan processing was unreasonably terminated due to untoward action by the U.S. Department of Energy, including but not limited to John Doerr, who was appointed as a member of the USA Economic Recovery Advisory Board by President Barack Obama and was a lead investor in DOE application winners; and other members of the "Silicon Valley Cartel" who had quid pro quo deals with the White House.

- At this point, Google had become one of the primary suppliers of staff to the White House and was directing many government decisions. Google was, at that time, in violation of Plaintiffs's patents and was a silent partner in Tesla Motors. Google ordered White House staff to fund, or

not fund certain projects and Google was considered to be the most powerful member of "The Silicon Valley Cartel". Had had manipulated most of the internet to put Obama in office. Google's bosses were at the Obama Campaign HQ on the night of his election win, coordinating internet manipulations. The article "*The Android Administration*" in The Intercept, discussed that aspect of the corruption in great detail.

- On February 1, 2009, Plaintiffs' submitted its application for a ATVM Loan under the Department of Energy's Advanced Technology Vehicles Manufacturing Incentive Program. DO

- On April 10, 2009, Lachlan Seward wrote to Plaintiffs' advising that, as a matter of law, Plaintiffs' proposed project could not be funded under the Program.

- On April 11, 2009, Plaintiffs' contested the April 10 denial.

- On May 13, 2009, the Department of Energy stated that the April 11, 2009 letter "has not changed our determination that your proposed project can not, as a matter of law, be funded under the Advanced Technology Vehicles Manufacturing Incentive Program (Program)."

- On April 23, 2009, Jason Gerbsman of the ATVM Loan Program at the U.S. Department of Energy notified Plaintiffs' that

  o Plaintiffs' has submitted a substantially complete application and has been assigned to both a technical eligibility and merit review team, as well as a financial viability analysis team. The technical team is very close to finishing their evaluations on both eligibility and project merit, and the financial team will be launching a more detailed and interactive due diligence phase of the Plaintiffs' application review very soon. Following the technical and financial evaluation under the second stage of the process, we will move into the underwriting phase where our goal is to negotiate a conditional commitment, including a detailed term sheet. This will be followed by the fourth phase of the loan process where the final details will be negotiated and the loan will be closed.

- On May 26, 2009, Jason Gerbsman of the ATVM Loan Program at the U.S. Department of Energy wrote to Plaintiffs' requesting the opportunity to meet, in-person, concerning the ATVM Loan Application process, including "Plaintiffs' next steps."

- On June 2, 2009, after Plaintiffs' had written to Jason Gerbsman of the ATVM Loan Program at the U.S. Department of Energy, stating that Plaintiffs' "is entering financial viability phase" of its ATVM application, Mr. Gerbsman responded to Plaintiffs' stating "I look forward to continuing the process with Plaintiffs'."

- Between June 22, 2009 and July 19, 2009, Brent Peterson of TMS, Inc, a contractor with the ATVMIP at the U.S. Department of Energy, and Plaintiffs' discussed details of the Plaintiffs' loan application.

- At no point during this time period did the DOE communicate that Plaintiffs' was disqualified or ineligible. In fact, all members of DOE, Congress and other government offices had said they were "certain" Plaintiffs' was about to be funded. All of the national news stories indicated approval and the massive out-pouring of consumer support indicated approval.

- On June 15, 2009, Plaintiffs' informed Mr. Peterson that it was a semi-finalist in the Forbes America's Most Promising Companies List for 2009.

- At or around June 15, 2009, Mr. Peterson responded to Plaintiffs' June 15, 2009 e-mail with, "Congrats, thanks for sharing."

- On June 29, 2009, Plaintiffs' wrote to Jason Gerbsman stating Plaintiffs' applied for ATVM Loan funding in the beginning of November of 2008 (hereinafter "June 29, 2009 Gerbsman Correspondence").

- In the June 29, 2009 Gerbsman Correspondence, Plaintiffs' alleged it was advised, at the time by Senate staff, that the funds were to be released by the end of December 2008.

- In the June 29, 2009 Gerbsman Correspondence, Plaintiffs' alleged it had a significant challenge in waiting such a vast number of months for a simple loan review that was substantially longer than the commercially reasonable time period exercised by banking institutions.

- Due to the U.S. DOE's delay, Plaintiffs' needed to delay paying staff and had to use Plaintiffs's personal and family savings.

- In the June 29, 2009 Gerbsman Correspondence, Plaintiffs' alleged that when a smaller car company applies for ATVM funding, it reduces the ability of the company to get other funding because other financing entities are aware that they cannot compete with ATVM terms so they forestall decisions until AFTER DOE terms sheets are issued. DOE withheld termsheets in order to cut off all funding options for competitors to the "WINNERS".

- In the June 29, 2009 Gerbsman Correspondence, Plaintiffs' alleged all other financing options are awaiting the DOE conditional approval letter.

- In the June 29, 2009 Gerbsman Correspondence, Plaintiffs' alleged applying for an ATVM loan halts funding options for a smaller car company.

- In the June 29, 2009 Gerbsman Correspondence, Plaintiffs' alleged it appeared unreasonable that a Japanese car manufacturer (Nissan) was awarded funding, especially in the first round of loan awards, and smaller companies, who need the funding more, were bypassed.

    o In the June 29, 2009 Gerbsman Correspondence, Plaintiffs' alleged that a core objective of Section 136 of the Energy Independence and Security Act of 2005 was to put American

car manufacturers back in the lead in the green car race, not fund international competitors as a priority.

- In the June 29, 2009 Gerbsman Correspondence, Plaintiffs' alleged it was informed by the press that other companies who applied later in the process were moved ahead of Plaintiffs' in the review process because of greater lobby effort expenditures.

- In the June 29, 2009 Gerbsman Correspondence, Plaintiffs' alleged it was operating at a disadvantage because it simply didn't hire lobbyists or pay any bribes.

- In the June 29, 2009 Gerbsman Correspondence, Plaintiffs' alleged it had been on time, and ahead of time, in its responses.

- In the June 29, 2009 Gerbsman Correspondence, Plaintiffs' alleged its application was one of the first deemed, "substantially complete".

- In the June 29, 2009 Gerbsman Correspondence, Plaintiffs' alleged its technology, price, BOM, TCO and ROI is clearly superior to the other applicants.

- Plaintiffs' forwarding its June 29, 2009 Gerbsman Correspondence, stating "This is good and to the point which is maybe what they need right now."

- All government, media and expert sources were telling Plaintiffs', Bright Automotive, and Eco-Motors that they were about to receive their DOE funding "any day now".

- On, or about, early August of 2009, White House staff ordered Secretary of Energy Steven Chu not to fund Plaintiffs', Bright Automotive, and Eco-Motors because they could put Tesla Motors, The White House financier, out of business if they moved forward.

- On August 21, 2009, Lachlan W. Seward, Director, Advanced Technology Vehicles Manufacturing Incentive Program, wrote to Plaintiffs' Vehicles, Inc. informing Plaintiffs' that its ATVMIP application for a loan was rejected.

- Plaintiffs' claims Plaintiffs' Technology passed the tests for financial viability in its applications from 2008-2009.

- Plaintiffs' has patents and lists of assets. Tesla, by comparison, had 4,000 % higher debt than Plaintiffs' and Tesla was awarded loans by DOE, while Plaintiffs' was not.

- Additionally, the NEPA for Plaintiffs' Vehicles had been reviewed, edited and approved by DOE National Environmental Protection Act (NEPA) staff (Matthew McMillen) at the beginning of 2009

- Plaintiffs' alleges that it did not pay for a NEPA analysis.  Matthew McMillen at DOE both offered to help and did help Plaintiffs' with drafting its NEPA review material. He edited their drafts and did Plaintiffs' NEPA analysis. To see his edits, look in Drop-box file titled

"Properties" under file named "McMillen edits." There are documents with the 'track changes' function showing his assistance with the NEPA review documents Plaintiffs' had to provide DOE.

- On September 21, 2009, Plaintiffs' wrote to Secretary Steven Chu of the U.S. Department of Energy inquiring about the circumstances for Plaintiffs' non-selection for negotiation of a loan with a lengthy list of issues that investigators had uncovered which indicated corruption and cronyism.

- In the September 21, 2009 Chu Letter, Plaintiffs' alleged no reasons were given for its rejection under the Advanced Technology Vehicles Manufacturing (ATVM) Program.

- In the September 21, 2009 Chu Letter, Plaintiffs' alleged it was able to receive reasons for its rejection orally, only after several attempts at phoning the ATVM office.

- In the September 21, 2009 Chu Letter, Plaintiffs' alleged it has still not received the reasons in writing.

- Plaintiffs' alleges "After multiple demands reasons were finally given by phone call and letter but the reasons appeared to have nothing to do with our company and serves to demonstrate that review data was manipulated."

- In the September 21, 2009 Chu Letter, Plaintiffs' alleged the reasons for its rejection were not applicable to its loan application and did not reflect what was included in its submission.

- In the September 21, 2009 Chu Letter, Plaintiffs' alleged that after several more attempts at receiving more clarification from the ATVM office, no one has been in further contact with it.

- In the September 21, 2009 Chu Letter, Plaintiffs' alleged it has not been able to find out whether there will be another round of loans granted and how it can alter its loan application to increase its chances of success.

- In the September 21, 2009 Chu Letter, Plaintiffs' alleged that one of the reasons given for its rejection was that Plaintiffs' car does not use E85.
  - o  In the September 21, 2009 Chu Letter, Plaintiffs' alleged its car uses no gasoline.

- In the September 21, 2009 Chu Letter, Plaintiffs' alleged another reason provided by the DOE for its rejection was that it was not making millions of cars.
  - o  Plaintiffs' alleged its marketing plan did not support that production volume nor did its requested funding levels but that Plaintiffs' was fully capable and able of producing millions of cars on scale up to market demand, request of DOE or at any reasonable time in manufacturing flow.

41

- In the September 21, 2009 Chu Letter, Plaintiffs' alleged that DOE stated that Plaintiffs' was not planning to sell cars to the government.

  o Plaintiffs' alleges this is false and that its application clearly stated that the core sales plan of the company is based on government fleet sales.

- In the September 21, 2009 Chu Letter, Plaintiffs' alleged that DOE asserted its factory cost estimates were too low because the metal body fabrication systems were not calculated high enough.

  o Plaintiffs' alleges its vehicles use no metal fabrication in their bodies.

- In the September 21, 2009 Chu Letter, Plaintiffs' alleged that it submitted questions to the DOE ATVM staff the day after it received the rejection and had still not received any response.

  o These questions include: (1) DOE reviewers never even talked to the founder, inventor, engineers, project leads or primary contractors. Plaintiffs' was told over and over again that everything in its application was good and that no additional information was needed. This is despite the fact that the reasons given for its rejection did not reflect the technology being used and therefore the ATVM reviewers did not understand Plaintiffs' concept and product. Plaintiffs' wrote, "Why was no one at Plaintiffs' Vehicles contacted?"; (2) After nearly a year of waiting, accompanied by writing, verbal and in-person proclamations that "everything was fine", "everything is on-track", "you appear to meet every criteria", etc. and after staff expended the majority of their personal funds based on these positive assertions, the application was suddenly and mysteriously rejected. Plaintiffs' wrote, "Why was staff at DOE during the course of the year, positive about the outcome and never asked for additional information?"; (3) At the start of the application process Plaintiffs' was told that the review would be very interactive but there was almost no interaction with us while larger players, who applied later, were reviewed earlier, had extensive interaction and have already been awarded their funds. Plaintiffs' wrote, "Why was the interactivity process never used with us?"; (4) Rejection comments supplied by Chris Foster of DOE and third party press seem to be unrelated to the business of the company and have no foundation in fact. Plaintiffs' wrote, "Why is that?"; (5) One of the main reasons the DOE gave for the rejection was the fact that Plaintiffs' vehicles do not use E85 gasoline. Plaintiffs' wrote, "If that was true, why did Tesla & Nissan get approved funding? Their vehicles also do not use E85."; (6) While it is true that Plaintiffs' did not wish to use carcinogenic gasoline, at no point was E85 gasoline ever mentioned, discussed, commented on or requested. In fact the topic was particularly avoided by DOE staff. Plaintiffs' wrote, "Why not?"; (7) Another rejection point was that Plaintiffs' was not planning to make enough cars. Plaintiffs' claims this is false. The company would like to build and sell more cars than any other car company. Plaintiffs' is fully willing to produce millions of vehicles if provided with the

appropriate funding as it has quantified millions of fleet buyers for its vehicles.  No DOE entity ever asked Plaintiffs' to adjust, discuss or amend its numbers and Plaintiffs' was more than willing to adjust those numbers if anyone had even bothered to ask. Plaintiffs' wrote, "What is the validity of this comment by the reviewers based on?"; (8) Plaintiffs' provided more than $100 million of asset collateral opportunity for a $40 million loan request. This constitutes over twice the collateral of the value of the loan. Plaintiffs' wrote, "How is this not as secure of a structure as any of the other applicants?"; (9) Plaintiffs' was told that it was rejected because it was not planning to sell cars to the government. Plaintiffs' claims this is false. The core sales plan of the company is based on government and commercial fleet sales. Plaintiffs' wrote, "Why did your reviewers say this? Why did you think this?"; (10)  Plaintiffs' was told that electric motors and batteries were considered by the reviewers to be too futuristic of a technology and not developed for commercial use even though they have been in use in over 40 industries for over 20 years, including by NASA. Plaintiffs' wrote, "What is the rationale for this argument?"; (11) Almost every other part of the Plaintiffs' car was to be purchased from existing commercial sources with multiple points of supply, so it is not possible to see how a reviewer might think the vehicle had any significant technical acquisition hurdles. Plaintiffs' wrote, "Why does DOE assume that the following companies with whom we would be contracting could not perform the following responsibilities: (a). Deloitte & Touche to provide auditing and reporting of financial data. (b). Autodesk or Microsoft to deliver the process and design software. (c). NEC, Intel or the other leading electronics companies in the world to build our controllers. (d). Roush Automotive, one of the most successful automobile electronics groups in the world, to build the electronic module. (e). US National Lab system to solder a box together. (f). Over 100 other major supplier companies that have been building parts for the auto, aerospace and industry for decades to deliver the component parts for our vehicles."; (12) The primary purpose of this loan program, Plaintiffs' was told by its authors, was to develop advanced technology and further reduce American dependence on gasoline. The Plaintiffs' Vehicles car uses no gasoline and gets over 125 miles per battery charge. Plaintiffs' wrote, "How is this not a direct conflict with the precepts of the Section 136 law?"; (13) Plaintiffs' was also told that its factory cost was too low because the metal body fabrication systems were not calculated high enough but the reviewers apparently did not even pay attention to the fact that Plaintiffs' uses no metal fabrication in its body. Plaintiffs' wrote, "What was the rationale in making such an erroneous comment?"; (14) Reviewers also stated that the car was a "hydrogen car" which it is not. It is an electric car. Plaintiffs' wrote, "Why did they say that?"; (15) Plaintiffs' wrote, "In what ways were the following documents actually reviewed? Your office stated that they 'lost our documents' twice. Why?";

- Plaintiffs' alleges that applications that have already been approved, have had less plans or hard development data. These awardees also had the same three-year timeframe in their proposals, and one even went into 2013. We also find this contrary to the Administration's stated goal about electric vehicles. According to a DOE spokesman, the Administration "shares the goal of ensuring that the program (ATVM) is flexible enough to account for the full range of available technologies." In fact, when Tesla Motors received it's DOE cash it had no car design, just some pretty pictures. Nothing in the Tesla car in the showrooms was in a factory engineering drawing at the time Tesla got its DOE funds. Tesla designed the entire car FROM SCRATCH, after it got the DOE money. Anybody could have done that with 50% less money than Tesla spent doing it after the fact.

- Plaintiffs' alleges that the claim that the project's impact on fuel economy of the US Light Duty Fleet over time was weak was never discussed with Plaintiffs's team at any point of the process. However, it is surprising to how a vehicle that is lighter than any other applicant by half, safer than any other applicant by many times and beats the metrics of every other applicants could not have exceeded every applicant on any comparison to Light Duty fleet metrics, a market that was core to Plaintiffs' business plan. Their fleet sales were targeted directly at the Light Duty fleet and the Pentagon so the DOE excuse seems to be a lie by DOE staff.

- The third reason cited in the letter was about the use of "advanced fuels." First of all, at no point did anyone from DOE ask about or discuss with Plaintiffs' technical staff their fuel plans. The letter further goes on to say that their use of hydrogen was one of the reasons that their application was being rejected. Even though DOE knew that BMW, Toyota, Honda and Hyundai were in factory preparation with hydrogen fuel cell cars which are as common today as any other car. Hydrogen was non-essential to Plaintiffs' vehicle.  The hydrogen tank was, rather, an optional and stand-by range-extender system for the electric vehicles. Further everyone of expertise fails to see how DOE could state that hydrogen is an "impractical and unproven energy source" in light of the fact that Honda and BMW are already shipping cars using that fuel source and large numbers of main stream auto companies have announced production launch plans for 100% hydrogen fuel cell vehicles. To must reiterate: hydrogen was not an essential component of their vehicles and had DOE asked Plaintiffs' about this fuel source, it ccould have explained that to them. It should be noted that most of the Obama and DOE staff had invested their money in lithium ion battery mining in Afghanistan and lithium battery production. Thus they had a conflict-of-interest reason to harm fuel cell vehicle production.

44

- Corrupt rare earth mineral mines were a large part of the scam.



Page 47  EXHIBIT 94 – Case # 22-cv-1107-TSH, Norcal 9th District

The men who controlled the White House and the Department of Energy at this time are known as "The Silicon Valley Cartel", AKA "The Paypal Mafia", AKA "The Deep State". They run Google, Facebook, Tesla And The venture capital funds.

**The Tech Mobsters Of Silicon Valley:**



The entities involved as perpetrators in this case have violated a number of laws and ethical standards including: **The Mail Fraud Act** (1872); **The Tillman Act** (1907); **The Hatch Act** (1939); **The Hobbs Act** (1946); **The Taft- Hartley Act** (1947); RICO and Anti-trust laws; **The Federal Election Campaign Act** (1974); **The Federal Program Bribery Statute** (1984); **The Bipartisan Campaign Reform Act** (2002); and many other laws. They all use the same corrupt army of dirty lawyers, corrupt CPA's, unethical lobbyists, character assassination services and covert ex-CIA operatives.

- Finally, the letter states that the Plaintiffs' Vehicles petroleum use reductions were unrealistic. The whole world is most confused about this point as Plaintiffs' car uses absolutely no gasoline. How could their reductions be "unrealistic"? Was that not a goal of the Obama Administration? ..or were DOE staff just a bunch of "lying, deceitful, conniving, manipulative shills that will do anything to protect their friends and harm their competitors.." as other Applicant's stated.

- The company hired famous senior systems engineer to validate the final vehicle numbers submitted in the base response and provided numbers in support of that data produced by Sandia National Laboratories.

  o How could those entities have provided numbers which the ATVM office could have interpreted so negatively for a vehicle which weighs less, goes farther and requires less energy storage than any other submitted vehicle in the entire set of applicants to date?

  o How could the ATVM reviewers never even submit a question to the Plaintiffs' technical team about any of these metrics?

- In summation, these clarifying reasons for rejecting the Plaintiffs' Vehicles ATVM loan application are still confusing, not applicable in many cases and unwarranted when considering those applications that have been approved. The listed points appear to have no foundation in facts relative to our design and we again question why there was no communication from DOE with the developers of the vehicle over a year. Clearly, DOE was running a "Slush-Fund" designed to ONLY pay political campaign financiers and shut down those financiers competitors.

- Further, Congressional investigators found that competing larger companies like Tesla were given much counseling, guidance, feedback and opportunity to "tweak" their applications by DOE. These companies submitted their applications later than Plaintiffs' and were awarded funding. Our question is then why did Tesla lover Carol Battershell, DOE Senior Advisor state during the December 1, 2008 Public Meeting that "And that might lead one to believe that applying earlier is better than apply later." When the program was first announced, that indeed was the guidance given – first come, first served – so scores of smaller, electric car companies and suppliers submitted their applications. Yet the rules were changed mid-way through the process to allow larger automotive companies who did not submit their applications first to send them in and now they are being funded.

- Finally, Plaintiffs' were very disappointed to read in the September 23, 2009 issue of E&E News that Secretary Chu had suggested in June that the Administration was hoping that GM and Chrysler would be able to participate in the (ATVM) loan program. "There is money there, I wouldn't say set aside, but let's just say we are trying to stretch those dollars as far as we can."

48

This forces us to ask whether these funds are being set aside at the expense and loss of smaller, more advanced technology electric car companies and suppliers who are requesting billions less in guaranteed loans and who are offering more forward-thinking and advanced projects to help us move away from our dependence on oil.

- Tesla, Fisker & Nissan did not provide as much collateral offerings in their application, at the same time as Plaintiffs' application, and to date, may not have ever provided such collateral offers.

- In the September 21, 2009 Chu Letter, Plaintiffs' alleged that it submitted to DOE detailed, comprehensive 10-year, person-by-person financials that cost the company almost $200,000.00 to prepare and that other companies spent more than $200,000.00 to prepare;

- In the September 21, 2009 Chu Letter, Plaintiffs' alleged that it submitted to DOE metrics that demonstrated that the Plaintiffs' car can save millions of lives per year and that it was safer than any vehicle;

- In the September 21, 2009 Chu Letter, Plaintiffs' alleged that it submitted to DOE metrics that demonstrate that a gasoline/hybrid vehicle is dangerously carcinogenic when filled at a gas station compared to an Plaintiffs' Vehicle; World Health Organization and leading medical and university studies have substantiated these facts.

- In the September 21, 2009 Chu Letter, Plaintiffs' alleged that it submitted to DOE engineering and IP metrics that beat every competitor on price, range, safety, TOC, efficiency, toxic safety and hundreds of other points;

- In the September 21, 2009 Chu Letter, Plaintiffs' alleged that it submitted to DOE examples of work from $3M of cash and person-hours previously invested by founders, DOE & partners;

- In the September 21, 2009 Chu Letter, Plaintiffs' alleged that it submitted to DOE lists of top auto and aerospace corporate partners, staff and resources, on stand-by, equaling thousands of people in all groups combined;

- In the September 21, 2009 Chu Letter, Plaintiffs' alleged that it submitted to DOE validation of a deep team of core staff that have been developing the project and parts of the project for 3-15 years part time;

- In the September 21, 2009 Chu Letter, Plaintiffs' alleged that it submitted to DOE samples of extensive international positive press coverage;

- In the September 21, 2009 Chu Letter, Plaintiffs' alleged that it submitted to DOE proof of a market opening timed with tax and national imperative incentives that created a dramatic window for success;

- In the September 21, 2009 Chu Letter, Plaintiffs' alleged that it submitted to DOE proof that Plaintiffs' was the lowest overhead car company in the market which equates to the best chance to profit and return funds;

- In the September 21, 2009 Chu Letter, Plaintiffs' alleged that it submitted to DOE samples of an in-house created online process management architecture; market and marketing studies; CAD designs, engineering plans and manufacturing plans; a detailed website; a detailed path to $1.5B within 5 years or less from a less than $100M investment;

- In the September 21, 2009 Chu Letter, Plaintiffs' alleged that it submitted to DOE examples of dozens of prototypes as seen in the photographs on the BUILDS page of its website;

- In the September 21, 2009 Chu Letter, Plaintiffs' alleged that it submitted to DOE numerous patents;

- In the September 21, 2009 Chu Letter, Plaintiffs' alleged that it submitted to DOE a large pending portfolio with third party valuation and validation reports valuing IP at over $100M;

- In the September 21, 2009 Chu Letter, Plaintiffs' alleged that it submitted to DOE information concerning senior scientists, chemists and engineers from top university and federal laboratories, including staff that has built and delivered millions of vehicles to the consumer market;

- In the September 21, 2009 Chu Letter, Plaintiffs' alleged that it submitted to DOE information concerning its partners: Federal, University, Fortune 500, Private Research Organizations;

- In the September 21, 2009 Chu Letter, Plaintiffs' alleged that it submitted to DOE written Customer inquiries from a massive national customer base of qualified retail leads and 1.2M of commercial unit opportunities equaling a $1.5B+ opportunity.

- In the September 21, 2009 Chu Letter, Plaintiffs' alleged that it submitted to DOE contracts: Federal Contract fully executed and MOU's executed;

- In the September 21, 2009 Chu Letter, Plaintiffs' alleged that it submitted to DOE Awards/Commendations: Congress, DARPA;

- In the September 21, 2009 Chu Letter, Plaintiffs' alleged that it submitted to DOE Research Data: Over 200+ technical research documents & 15+ years of research;

- In the September 21, 2009 Chu Letter, Plaintiffs' alleged that it submitted to DOE evidence of over 22,000+ man hours of development;

- In the September 21, 2009 Chu Letter, Plaintiffs' alleged that it submitted to DOE market data;

- In the September 21, 2009 Chu Letter, Plaintiffs' alleged that it submitted to DOE over 100+ documents of industry study;

- In the September 21, 2009 Chu Letter, Plaintiffs' alleged that it submitted to DOE issued trademarks;

- In the September 21, 2009 Chu Letter, Plaintiffs' alleged that it submitted to DOE information concerning its facilities;

- In the September 21, 2009 Chu Letter, Plaintiffs' alleged that it provided to DOE unique access to Federal Labs & leased facility options;

- In the September 21, 2009 Chu Letter, Plaintiffs' alleged that it submitted to DOE other supporting materials.

- In the September 21, 2009 Chu Letter, Plaintiffs' asked for the opportunity to speak with Secretary Chu in person to discuss its technology and how it can help our country.

- Plaintiffs' wrote, "I believe there was some confusion about our application and vehicle technology that I would very much like to clear up with you in person."

- § 611.103 sets forth the evaluation criteria for ATVM loan applicants, outlining the technical merit of the proposed advanced technology vehicles or qualifying components, with greater weight given for factors including, but not limited to: Improved vehicle fuel economy above that required for an advanced technology vehicle; Potential contributions to improved fuel economy of the U.S. light-duty vehicle fleet; Likely reductions in petroleum use by the U.S. light-duty fleet; and  Promotion of use of advanced fuel (e.g., E85, ultra-low sulfur diesel).

- Plaintiffs' alleges that Plaintiffs' data-sets beat the other applicants on metrics, performance and value.

- Plaintiffs' alleges ATVM loan approvals lacked appropriate criteria. This is confirmed by multiple GAO reports about corruption and failure to comply AGAINST DOE by the GAO.

- Plaintiffs' alleges applications offered  more collateral than any other applicant or "winner", more letters of support from waiting customers, a less complex bill-of-materials, with a lower initial volume manufacturing cost, that re-opened more closed factories than any other applicant or "winner" at the time of submission.

- The substantive explanation for why Plaintiffs' merited the ATVM loan is that Plaintiffs' was prepared to manufacture a cheaper version of the Nissan Leaf. As of Dec. 28, 2008 Plaintiffs' had a design more finished and ready than Tesla, Fisker and Nissan. Plaintiffs' model was almost exactly the same as the Nissan Leaf.

- Plaintiffs' claims DOE staff synthetically manipulated Plaintiffs' results to be low in order to favor others.

- Plaintiffs' alleges that Plaintiffs' application process was sabotaged, inside and outside, in order to benefit competing interests and disfavor smaller, independent companies who applied.

- Plaintiffs' alleges DOE officials ordered reviewers of funding applications to change their review criteria, part way through the process, in order to favor certain applicants or "winners".

    o Many of those applicants would have qualified at the bottom of a proper review in an unbiased review.

    o DOE paid outside reviewers for work in the review process under a variety of names, and the work performed, by a company with little experience in the industries it was to review, was produced per DOE officials specifications rather than per the metrics of the actual facts.

    o Staff from national labs have stated to reporters that they were directed to manipulate data.

    o Plaintiffs' staff have seen "shoot-out" unofficial, internal, confidential, DOE Excel comparison matrices as of Dec. 29, 2008 and March 2, 2009 and Plaintiffs' placed in the top 5% in over-all comparison metrics.

- Plaintiffs' application was first-in-line (which is how the law said applications were to be processed) yet DOE staff changed/violated the law in order to cut Plaintiffs', and other applicants, out and favor "special applicants" who didn't apply properly because they knew they had the money "hard-wired" already.

- Plaintiffs' alleges DOE officials changed the first-come-first-served published rules and standards of the funding in order to take applicants in order of who they favored and who had purchased the most influence instead of the order in which they applied, as required.

- Plaintiffs' alleges DOE officials were ordered by DOE senior executives and outside public office executive staff to not respond to non-favored applicants until certain application deadlines had passed in order to remove the non-favored, non-influence purchasing applicants from potential funding.

- Plaintiffs' alleges "DOE officials personally assisted and hand-held Plaintiffs' competitor's applicants including site meetings in which they drafted the applicants applications while ignoring competing applicants to those favored applicants."

- Plaintiffs' alleges Plaintiffs' spoke to Carol Battershel, who stated she was the due diligence technical lead, who said she had gotten everything she needed "off our website". Battershel was later revealed to be an ad hoc advocate for Tesla Motors.

- Plaintiffs' alleges "DOE reviewers never even talked to the founder, inventor, engineers, project leads or primary contractors."; "DOE never even contacted our engineers and refused to speak to them even once, although our engineers called them and visited them to see if they could provide any data because they were so surprised that nobody from DOE ever called them."

Page 53  EXHIBIT 94 – Case # 22-cv-1107-TSH, Norcal 9th District

- Plaintiffs' alleges Plaintiffs' was told that everything in their application was good and that no additional information was needed.

- Plaintiffs' alleges "reviewers at national labs were ordered to change data, or their data was changed."

- Plaintiffs' alleges "standard commercial bank loan processes were not used for each applicant."

- Plaintiffs' alleges "Commercial bank officers will testify that all banks process the same loan applications for the same commercial manufacturing purposes in an average 18 days and not in timeframes measured in years. The 'Loan review process' was intentionally stalled to keep competitors from competing with the 'winners'."

- Plaintiffs' alleges "The original distribution date for the funds was set to be Dec. 08/Jan. 09. Plaintiffs' suffered damages because of multiple date manipulations."

- Plaintiffs' alleges "Plaintiffs' and other applicants were given different hoops to jump through in order to go through the application process depending on whether or not they had purchased influence or not."

- Plaintiffs' alleges "The process was different for favored applicants vs. unfavored applicants."

- Plaintiffs' alleges "DOE staff told multiple independent car company applicants that the fund was out of money and that, that was one of the reasons that those applicants could not move forward. At no time was the fund out of money and, indeed, a 'carve out' of money was 'held out' for Detroit. DOE gave favored, limited, small cluster 'carve out' applicants top-tier status for consideration based on 'special relationships.'"

- Plaintiffs' "Leaf's" would have sold more volume at a higher mark-up than Nissan's Leaf's because Plaintiffs' metrics already exceeded what the customers already demanded so Plaintiffs' would have had an even higher profit number, by now, than the $205,000,000.00.

- DOE stated that they "lost our documents" twice. This seemed to Plaintiffs' like a "Lois Lerner" tactic.

- On October 23, 2009, Lachlan W. Seward, Director, Advanced Technology Vehicles Manufacturing Incentive Program, wrote to Plaintiffs' informing them that critical issues were identified in its application.

    o Plaintiffs' disputed these critical issues.

- Plaintiffs' alleges that after months of reassurance from certain DOE staff that Plaintiffs' application was "substantially complete," the application was denied without explanation in August 2009.

Page 54  EXHIBIT 94 – Case # 22-cv-1107-TSH, Norcal 9th District

- Plaintiffs' alleges that the DOE ATVM Director, Lachlan Seward, was improperly influenced to fund Detroit-based "Big Three" projects as well as the politically well-connected Tesla, contrary to the letter and spirit of the loan-enabling legislation. White House car czar: Steve Rattner confirmed this.

- In addition, Plaintiffs' believes that Seward improperly discriminated against their company's application after the Company questioned the logic of one of the LGP's policies in a public hearing and subsequently requested a review of the DOE application process by Senator Bingaman, Chairman of the Senate Energy and Natural Resources Committee.

- Plaintiffs' alleges in its first meeting with the senior officers of the DOE program and the auto industry at DOE HQ (which was videotaped by DOE) Plaintiffs' senior staff asked Lachlan Seward a question about the logic of one of his policies after he had been contradicted by his staff on the stage. It was later reported to Plaintiffs' that, after the meeting, Mr. Seward said within earshot of his staff something to the effect of "it will be a cold day in hell before I let them get any of this money".

- Plaintiffs' filed four different complaints on Mr. Seward's office with the Senate Committee in charge of DOE under Sen. Bingaman.

- The misrepresentations and the special treatments of competitors cost the company massive losses in competitive positioning, ramp-up costs based on assertions of favorable loan status, and other damages.

- Plaintiffs' alleges that the U.S. DOE has failed to reform the application selection process based on recommendation provided in report GAO-10-627 by the U.S. Government Accountability Office in July 2010.

- Plaintiffs' alleges it used the same power plant as applicants Nissan and Tesla.

- On October 29, 2009, Rebecca M Makar, of the U.S. Government Accountability Office, reached out to Plaintiffs' concerning Plaintiffs' ATVM application.

- On November 3, 2009, Ms. Makar wrote to Plaintiffs' to schedule an interview with Plaintiffs' concerning Plaintiffs' experiences with the Department of Energy's ATVM program.

- The application was again deemed substantially complete on November 10, 2009.

- Upon information and belief, on November 10, 2009, Plaintiffs' completed stage one of the review process.

- On June 9, 2011, Frank Rusco, Director of Natural Resources and Environment at GAO, provided testimony before the U.S. Senate Committee on Energy and Natural Resources, Report No. GAO-11-745T, titled "Advanced Technology Vehicle Loan Program Needs Enhanced Oversight and Performance Measures," in which GAO stated, "[t]he ATVM program

has set procedures for overseeing the financial and technical performance of borrowers and has begun oversight, but at the time of our February report it had not yet engaged engineering expertise needed for technical oversight as called for by its procedures. . . . However, the program had not yet engaged such expertise.  As a result, DOE cannot be adequately assured that the projects will be delivered as agreed."

- Plaintiffs' alleges DOE has failed to address the 2011 GAO report on the ATVM loan program recommended objective technical and financial criteria to measure program performance.

- The June 9, 2011 testimony also stated, "DOE has not developed sufficient performance measures that would enable it to fully assess progress toward achieving its three program goals."

- Plaintiffs' alleges that Patent filed May 21, 2004 and granted October 9, 2007 for a Solid-State Hydrogen Storage System was infringed due to untoward conduct by the U.S. Department of Energy.

- Plaintiffs' alleges that Patent filed August 6, 2008 and granted October 30, 2012 for an Inflatable Electric and Hybrid Vehicle System was infringed due to untoward conduct by the U.S. Department of Energy.

- There is some evidence that DOE shared sensitive scientific information that Plaintiffs' provided DOE with Plaintiffs' competitors. For example, Plaintiffs' visited the Argonne National Laboratory in California and learned that GM obtained sensitive, patented information about some of Plaintiffs' technology. With it, GM built a duplicate of Plaintiffs' energy-saver device.

- On May 3, 2005 The U.S. Congress in H2866 in the Congressional Record as part of the "Iraq War Bill" commended the Plaintiffs' project and directed the DOE to award them funding. The U.S. Congress supported the project in the "Iraq War Bill" because of the teams technology which can reduce U.S. dependence on foreign oil as a value to U.S. security.

- In its application under the ATVM program, Plaintiffs' stated "Exhibit D provides a copy of Plaintiffs' Vehicles Business Plan, which is extremely confidential!"

- On March 29, 2009, Plaintiffs' counsel wrote to Jason Gerbsman, the Director of External Affairs at the DOE, requesting confidential treatment under 10 C.F.R. §§1004.11 and 1004.10(b)(4) as well as under 5 U.S.C. §552(b)(4).

- In September 2005, Plaintiffs' received a grant from the Department of Energy for a project with  end date of 8/31/2006. In an e-mail dated March 5, 2002 from Scott Vaupen at Sandia National Laboratories to Plaintiffs', Mr. Vaupen wrote, concerning hydrogen storage via Fuel Cell, "If you are interested in licensing technologies, please let me know exactly what areas you are interested in and I can try to sort out what technologies we have available."

- In Plaintiffs' November 12, 2008 ATVM Loan application, subcontractors were identified as Plaintiffs' and Sandia National Laboratories.

- Plaintiffs' alleges there is evidence that DOE shared sensitive scientific information that Plaintiffs' provided DOE with Plaintiffs' competitors. Plaintiffs' visited Sandia National Laboratories and communicated, via phone and e-mail, with the Argonne National Laboratory and learned that GM obtained sensitive, patented information about some of Plaintiffs' technology. With it, GM built a duplicate of Plaintiffs' energy-saver device.  The "sensitive scientific information" was submitted to DOE by Plaintiffs' as part of its ATVM loan application, which was protected by confidentiality. This scientific information included fuel cell and hydrogen storage technologies, fuel cassettes and pressure membrane body parts,

- Plaintiffs' was invited to the Department of Energy Sandia National Laboratories and was given a facility tour. In one room where large glove-boxes and chemical testing equipment was used, he saw a table with a presentation set-up for another group. On that table were duplicates of the technology he had filed patents on, built, tested and received issued patents on and signage on the devices stated: "General Motors hydrogen vehicle production system" and "NALH General Motors Reversible Hydrogen Vehicle Energy System built by General Motors and Sandia" NALH is one of the exact chemistries, of over 2800+ possible chemistries that might be used, that Plaintiffs' has an issued patent on. Plaintiffs' pointed this out to Chris Moen and Daniel Dedrick, senior scientists at Sandia, who stated that they were concerned that there might be "a problem with that" and said that we "might want to contact GM to seek to make a "partnership" so there was no acrimony. On December 12, 2008, a nondisclosure agreement was made and entered into between Palintiff and Sandia National Laboratories.

- On or about Jan. 15, 2012, Plaintiffs' became aware of internet stories about GM productizing alanates solid state hydrogen storage for its fuel cell cars via Sandia and Argonne National Labs

- On or about March 12, 2012 Plaintiffs' became aware of articles about Ford Motors, Inc., planning to ship inflatable seats, seat belts and inflatable body parts.

- Plaintiffs' alleges potential patent infringement

    o Currently a number of companies (over 30) are selling Plaintiffs' exact patented technology without paying for it.

    o This is the exact technology Plaintiffs' designed, proposed, patented and won acclaim for.

    o Some of them were enabled by DOE funding. Some of them were hired as "reviewers" for Plaintiffs' applications, by DOE.

    o Hard evidence has been provided to Plaintiffs' demonstrating that these parties infringed Plaintiffs' patents during this period.

o   At least two companies acquired Plaintiffs' technical data through the programs and then marketed that technology as their own, infringing applicants existing, issued, patents.

- Plaintiffs' included, as Appendix A, in its loan application, its issued energy industry patents and their estimated value valued by outside third party patent analysts.  This included a U.S. Patent with an estimated value of $104,072,538.36; A U.S. Patent with an estimated value of $17,291,568.64; A U.S. Patent with an estimated value of $10,524,792.26; and a U.S. Patent with an estimated value of $5,607,695.94.  The total estimated value of these patents is $137,496,595.20.

- A U.S. Department of Energy Press Release from Thursday, November 6, 2008, titled "Fact Sheet: Advanced Technology Vehicles Manufacturing Loan Program" stated "The FY 09 Continuing Resolution authorized up to $25 billion in direct loans to eligible applicants for the costs of reequipping, expanding, and establishing manufacturing facilities in the U.S. to produce advanced technology vehicles, and components for such vehicles."

- In the Fact Sheet, DOE explained that Congress set forth the criteria for projects and costs eligible to receive direct loans.  "The key criteria for qualified advanced technology vehicles or qualified components require: Manufacturing facilities be located in the U.S.; Engineering integration be performed in the U.S.; Costs be reasonably related to the reequipping, expanding, or establishing a manufacturing facility in the U.S.; and Costs of engineering integration be performed in the U.S."

- The Interim Final Rule, 10 C.F.R. Part 611, Advanced Technology Vehicles Manufacturing Incentive Program, clarifies that: "Section 136 provides two categories of projects eligible for direct loans: (1) manufacturing facilities in the United States designed to produce qualified advanced technology vehicles or qualified components; and (2) engineering integration performed in the United States of qualifying advanced technology vehicles and qualifying components. Eligible costs of such projects are: (a) those costs that are reasonably related to the reequipping, expanding, or establishing a manufacturing facility in the United States to produce qualifying advanced technology vehicles or qualifying components; (b) costs of engineering integration performed in the United States for qualifying vehicles or qualifying components. Costs eligible for payment with loan proceeds are costs incurred, but not yet paid by the borrower, after a substantially complete application has been submitted to DOE and costs incurred after the closing of the loan."

- Section 136 of the Energy Independence and Security Act of 2007 ("EISA") authorizes the Secretary of Energy to "make grants and direct loans to eligible applicants for projects that reequip, expand, or establish manufacturing facilities in the United States to produce qualified advanced technology vehicles, or qualifying components and also for engineering integration costs associated with such projects."

- Plaintiffs' interpreted EISA, together with the Interim Final Rule, to authorize federal funds to support U.S. production of qualifying components.

- DOE gave Tesla Motors, Inc. a $465 million loan under the ATVM program.  According to a U.S. Department of Homeland Security, Immigration and Customs Enforcement report dated December 22, 2011, the DOE loan to Tesla was to "(1) Reopen an auto manufacturing plan in Fremont, California to produce specially-designed, all-electric, plug-in vehicles and (2) to develop a manufacturing facility to produce battery packs, electric motors and other powertrain components that will power all-electric plug-in vehicles manufacturing by Tesla[.]"

- According to the ICE Report, DHS ICE investigated whether Tesla Motors used foreign made parts in manufacturing their vehicles.

- According to a July 15, 2009 article in Venture Beat, Tesla Motors "recent recipient of $465 million in low-cost federal loans via the U.S. Department of Energy's Advanced Technology Vehicles Manufacturing program, won't have to raise new matching funds to qualify like other recipients."

- If so, Plaintiffs' believe Tesla violated the requirements of both the Interim Final Rule and EISA.


LGP

- In early February 2009, Plaintiffs' was informed by House Speaker Pelosi's office that the Loan Guarantee program existed and that the company appeared to meet the criteria for a successful application. The company emailed the DOE program office stating their intent to apply for a loan. However, after some additional research, it appeared that the application fees were prohibitive.

- Plaintiffs' Vehicles company officials were then invited to attend, via webcam, a Senate Energy Committee hearing chaired by Sen. Jeff Bingaman (D-NM) in which dramatic changes and repairs to the program were discussed, including waiving the fees. Also during the hearing, the loan program office was admonished for problematic management and fees, as well as the fact that the process was structured in an exclusionary manner.

- The company was then invited to a conference call with John Podesta, DOE Secretary Steven Chu and Interior Secretary Ken Salazar during which Mr. Chu stated his intention to waive the application fees. Plaintiffs' Vehicles then submitted their application with a cover letter stating that they understood that Mr. Chu was waiving the application fees.

- Company officials then received a call on February 26, 2009 from Myrtle Gross from DOE stating that they still needed to pay the fees and that funds needed to be wired by midnight February 26, 2009 in order for the loan application to be submitted. Plaintiffs' Vehicles

contacted several investors, but considering the extremely short notice could not complete the transaction with less than 12 hours' notice.

- Plaintiffs' was in part obstructed in its attempt to procure a Loan Guarantee by the actions of another senior DOE official, Scott Tobin, who refused to respond to Plaintiffs' requests for instructions on where and how to pay the fees to have the loan disbursed.

- Therefore, on February 27, 2009 the company assumed they had missed the deadline, but then they received a call from another DOE official (Mr. Dan Tobin) stating that there were a few days of flexibility to send the application fees so the company re-contacted its investors. Mr. Tobin promised to get back to the company about where to wire the money. Funding was lined up but no information could be obtained about where to send it. More than six phone calls were placed by the Plaintiffs' and associates, along with scores of others from other company associates, to DOE but these were never returned.

- The DOE refused to respond to Plaintiffs' request for review and explanation of the denial of their application, as well as numerous FOIA requests.

- The GAO undertook a review of DOE's application policies (in response to Plaintiffs' complaints, among other things), and recently issued findings that (1) DOE's implementation of the LGP has treated applicants inconsistently, favoring some and disadvantaging others; and that (2) DOE lacks systematic mechanisms for LGP applicants to administratively appeal its decisions or to provide feedback to DOE on its process for issuing loan guarantees. Instead, the GAO found, DOE re-reviews rejected applications on an ad hoc basis. The GAO report issued specific recommendations that DOE take steps to ameliorate these failings.

- Daniel C. Tobin, Senior Investment Officer of the DOE Loan Guarantee Program Office stated that he (Mr. Tobin) would pre-review Plaintiffs' application and call back in order to provide feedback so investors could be informed in order for them to wire the money for the application fee.

- Plaintiffs' alleges that after numerous calls and letters the DOE response was not the pre-review communication that had been promised by Daniel Tobin, even though Plaintiffs' application had been received on time, but a dismissal from the program without recourse.

- Plaintiffs' had a conference call with Secy. Chu who said he'd get the fees waived. The company was then invited to a conference call with John Podesta, DOE Secretary Steven Chu and Interior Secretary Ken Salazar during which Mr. Chu stated his intention to waive the application fees. Plaintiffs' Vehicles then submitted their application with a cover letter stating that they understood that Mr. Chu was waiving the application fees.

59

- On April 9, 2009, Dan Tobin of the DOE wrote to Plaintiffs' (lead investor in Plaintiffs' Technology), that "due to non-remittance of the required application fee, your application will not be reviewed."

- This cost Plaintiffs' its funding opportunity and the associated revenue from such an opportunity.

- Plaintiffs' demanded to Sen. Bingaman that it be re-entered into the Loan Guarantee Program or receive offset consideration in some other funding opportunity based on this situation.

- DOE's response completely ignored the Tobin assertion. In other words, Tobin refused to act on his promise until the day after the deadline had passed and then sent a "you are rejected because you missed the deadline" email even though we had the money he wanted ready to wire to him on a moment's notice. Plaintiffs' application was then rejected even though it had the highest metrics. Plaintiffs' staff were subjected to punitive and retribution action by DOE staff, and their associates, for "whistle-blowing".

- Plaintiffs' alleges that investigators have provided Plaintiffs' with hard evidence of DOE staff requiring subordinates to break the law and circumvent federal contracting, procedural and standard operating directives regarding communication protocols, documentation and file storage in order to obscure transparency and process and avoid revelation of their true activities.

- Plaintiffs' claims, "One Senate investigation was stone-walled for a historically long period of time because DOE staff intentionally hid, obscured and sought to destroy requested evidence."


# Recent Results Of Federal And Private Investigations

Since this matter began, FBI, SEC and Congressional investigations have revealed much. The latest revelations are:

- CROOKED POLITICAL INSIDERS have learned that when a government funded tech company fails, THOSE INSIDERS make billions of dollars in unjust profits from tax write-offs, Goldman Sachs services "fees" and stock market pump-and-dump manipulations while taxpayers lose BILLIONS on those same companies at Solyndra, Abound, Ener1, etc.…. THAT'S RIGHT, the crooks make profits off of PLANNED-TO-FAIL TAXPAYER funded companies, many of which never even sold anything. It happened in the 2008 pretend "stimulus" and it is happening again, many times more, in the 2021 pretend "stimulus". The Cleantech companies were made-to-fail, as stock scams, by the insiders! Insider friend's at the Dept of Energy get to "jump-the-line", exploit the cash and Trojan horse the tech start-up into oblivion. As with nearly a thousand Silicon Valley tech dirty money deals, for example, Netflix tech bosses are now getting caught selling media influence in exchange for bribes! Michael

Kail ( Netflix IT Boss), and other Netflix executives are under investigation for manipulating which media technologies get to make money. Netflix funds the DNC political campaigns. Netflix board positions and media slots are often traded as political quid pro quo payola for political favors.

'Not only did Mr. Kail deprive Netflix of its money and resources by abusing his position as VP of IT Operations,' *FBI Special Agent in Charge Craig D. Fair* said in a statement, 'he created a pay-to-play environment whereby he stole the opportunity to work with an industry pioneer from honest, hardworking Silicon Valley companies.' The San Francisco FBI and the United States Patent Office has been asked, by independent *video-on-demand inventors*, to look at how Netflix, YouTube and other tech oligarchs, steal technologies and *censor media access* in a coordinated anti-trust violating scheme.

*Kail was indicted in 2018* on 19 counts of wire fraud, three counts of mail fraud, and seven counts of money laundering. The trial began April 19 in federal court in San Jose, California. The jury found him guilty on 28 of the 29 counts. Prosecutors said that Kail had accepted more than $500,000 in kickbacks - as well as valuable stock options - in exchange for approving millions of dollars in contracts for nine tech companies seeking to do business with Netflix between February 2012 and July 2014.

In a statement, the the Department of Justice said: 'He used his kickback payments to pay personal expenses and to buy a home in Los Gatos, California in the name of a family trust.' The Mercury News reports he must now forfeit his $2.6 million three-bedroom, two-bathroom Los Gatos home to the federal government. Kail created and controlled a limited liability company, Unix Mercenary LLC, to receive the bribes, fund personal expenses and buy a home in Los Gatos, California, prosecutors said. This kind of case is typical of the MAJORITY of Silicon Valley tech executives.

Netflix, Google, and their *Silicon Valley Cartel*, operate secret programs that use data from personal and business records to manipulate business, politics and ideologies. For example, in the company's digital advertising exchange, Google manipulates it's ad-buying system, it's political marketing and it's executives ideology promotions to gain a dramatic advantage over competitors, according to court documents and federal records revealed in new antitrust lawsuits by various Attorney General's. Elon Musk is a mobster yet he used public funds to buy a facade of self-aggrandizement at the expense of the taxpayers.

One corrupt secret *Google program*, known as "Project Bernanke," wasn't disclosed to publishers who sold ads through *Google's* ad-buying systems. It generated hundreds of millions of dollars in revenue for the company annually, the documents show. Google and Youtube, a unit of *Alphabet Inc*., always gets an unfair competitive advantage over rivals in business, politics, stock market valuations. In another corrupt program, *Google* invested in Tesla Motors, hyped Tesla and Musk and attacked Musk's competitors using nearly a hundred million dollars of equivalent competitor attack marketing. We are some of the Plaintiffs' of those attacks.

*"..Over 540 pages including a key set of four pages of documents from the office of the Secretary of State of California reveal how state officials employ Silicon Valley media companies (Twitter, Facebook, Google (YouTube)) to censor posts about politics. Included in these documents were "misinformation briefings" emails that were compiled by communications firm SKDK, that lists Biden for President as their top client. The documents show how California state agencies successfully pressured YouTube to censor videos concerning things that California political Cartel bosses like Harris, Pelosi and Feinstein don't want citizens to see. A December 2020 report surfaced that shows that the State of California is surveilling, tracking, and seeking to censor the speech of Americans in order to cover-up the political crimes and stock market manipulations that State officials are engaged in. California politicians own portions of Twitter, Facebook, Google (YouTube), Linkedin, etc. and those social media companies are simply an arm of their political and stock market manipulation efforts..."*

**SEE ALL OF THE VIDEO EVIDENCE AND BROADCAST NEWS REPORTS ON THIS CASE AT:**

http://san-francisco.biz

-------------------------------------------------------

# The Scams At The Secretary Of Energy's Office

**Energy Secretary Steven Chu** and his staff held stock and business partnerships in Tesla Motors and the rare earth companies used to make his batteries. The Energy Department has lied about their massive conflicts of interest, covered up hundreds of crony insider manipulations of applications and run Lois Lerner-type reprisal attacks on those who compete with Tesla and their crony buddies. In an exact repeat of the 2008 Solyndra "Stimulus" scam: **Energy Secretary Jennifer Granholm** owns up to $5 million in the electric battery and vehicle manufacturer President Joe Biden will promote on Tuesday as part of his push for a $1.9 trillion infrastructure bill. Biden's virtual visit to the electric battery producer Proterra comes days after Vice President Kamala Harris paid a visit to Thomas Built Buses, a North Carolina-based school bus company that counts Proterra as its main supplier of electric vehicles. The back-to-back White House visits to Granholm-connected companies risk at least the appearance of impropriety and demonstrate how lawmakers can use policy initiatives to pad their own wallets.

America can no longer give out taxpayer cash based on who the best friends of crooked Senators are!

Granholm has taken a leading role in the administration's forthcoming infrastructure package. The president in February tasked her with "identifying risks in the supply chain for high-capacity batteries, including electric-vehicle batteries, and policy recommendations to address these risks." The Department of Energy did not respond to multiple requests for comment.

Granholm joined Proterra's board of directors in March 2017; internet archives list her as a board member as recently as February 19, 2021, shortly before her confirmation on February 25. Her financial disclosures reveal up to $5 million worth of stock options in the green tech company, which went public in January through the special purpose acquisition company ArcLight Clean Transition Corp. Arclight, a NASDAQ-listed company, saw shares shoot up about 55 percent since its September IPO, a spike financial traders attributed directly to the acquisition of Proterra.

| 10 | Proterra, Inc., vested stock options | N/A | $1,000,001 - $5,000,000 | None (or less than $201) |
|---|---|---|---|---|
| 11 | Proterra, Inc., stock options (value not readily ascertainable): 38,542 unvested shares, strike price $5.35, vest 12/2021, exp. 12/2024 | N/A | | None (or less than $201) |
| 12 | Proterra, Inc., stock options (value not readily ascertainable): 22,500 unvested shares, strike price $4.26, vest 12/2021, exp. 12/2024 | N/A | | None (or less than $201) |

In a January 16 letter to the designated agency ethics official, Granholm vowed to step down from the board and sell her stock in the company, as well as the steps she will take "to avoid any actual or apparent conflict of interest." The former Michigan governor has sold some stock,  but has not offloaded any of her Proterra shares, according to a White House official. Granholm's stake in Proterra represents her largest financial asset outside of a house in Oakland, Calif., that she values as between $1 and 5 million, according to her financial disclosures. The White House confirmed that Granholm still holds stock in Proterra, but said she played no role in planning the president's visit. Proterra was selected for today's virtual visit because it is the leading U.S. manufacturer of electric buses, employing 600 workers at its South Carolina and California plants," a White House official told the Washington Free Beacon. "Neither Secretary Granholm nor the Department of Energy were involved in selecting the Proterra plant."

In a February 24 executive order, Biden placed Granholm in charge of "identifying risks in the supply chain for high-capacity batteries, including electric-vehicle batteries, and policy recommendations to address these risks." One of Proterra's key products is electric-vehicle batteries. Proterra's website boasts that "our flexible design enables Proterra® EV batteries to be the best choice for commercial vehicles ranging from transit buses and trucks to delivery vehicles, construction equipment, and more." Nearly 85 percent of Proterra employee campaign contributions went to Democrats, including Joe Biden, according to the Center for Responsive Politics."You can't win", but that's all part of the politicians crooked plan. These crimes involve well-known public officials and pervert Silicon Valley billionaires who are trying to cover these crimes up. We won't let them get away with this corruption, though! Here is over a million pages of evidence and hours of video against them!

Nicholas and Joby Pritzker—members of Illinois Democratic governor J.B. Pritzker's megadonor family—own nearly 12 million shares of ArcLight through their venture capital fund, Tao Capital. ArcLight in January announced a $1.6 billion merger with Proterra, which will see the electric vehicle manufacturer go public in 2021. Granholm served on Proterra's board for nearly four years and still holds up to $5 million in company stock.

National Economic Council director Brian Deese is also tied to Proterra through BlackRock, the investment giant where he worked as global head of sustainable investing before joining the Biden administration. BlackRock is one of several investment firms that pumped a combined $415 million into the Proterra merger, and Deese reported holding more than $2.4 million in BlackRock vested restricted stock in his February financial disclosure. These investors are posed for steep gains, as ArcLight's stock price has surged 50 percent—from $11.90 to $18 per share—since January.

The revelations come as congressional Republicans demand investigations into potential conflicts of interest between the Biden administration and Proterra, which could receive billions in taxpayer funds through a proposed infrastructure package. Rep. Ralph Norman (R., S.C.), who serves as ranking member on the environment subcommittee of the House Committee on Oversight and Reform, told the *Free Beacon* that "the American people deserve to understand the full extent of Secretary Granholm's involvement with Proterra." "Her position of roughly $5 million in the electric car company Proterra is another unfortunate example of politicians using their position for personal gain," Norman said. "Due to the President's recent unveiling of a $2 trillion infrastructure package, this matter should be investigated thoroughly." Deese in April virtually toured Proterra's South Carolina factory with President Joe Biden, touting a proposed $45 billion government investment in "clean, zero-emissions buses" such as those produced by Proterra. Just days later, the Biden administration again amplified the bus company, hosting Proterra CEO Jack Allen at its Leaders Summit on Climate. Administration officials repeatedly praised Proterra at the event, and Allen responded by thanking the White House for its "longstanding support of electric transit buses and zero emission transportation."

"Proterra manufactures half of the U.S.'s electric bus market, which is pretty amazing," Biden national climate adviser Gina McCarthy said at the event. "And as you know, funding for electric school buses is a priority in the American Jobs Plan." McCarthy went on to ask Allen "what role" the federal government can play in "spurring the demand for zero emission electric vehicles, including school buses." Granholm also spoke at the summit. The White House did not return a request for comment on Deese's BlackRock holdings as well as the director's role in planning events with Proterra. As a top BlackRock executive, ***Deese led an investment team tasked with identifying "sustainable" investment opportunities,*** according to his online bio. A BlackRock spokesperson said Deese "was not involved" with the Proterra investment. The Pritzkers, meanwhile, will own between 6 and 7 percent of Proterra once the company goes public, SEC documents filed by ArcLight reveal. Nicholas Pritzker is one of two Tao Capital executives with "sole voting and dispositive power" over the Proterra shares. The investment firm, which did not return a request for comment, first backed Proterra through a $10

million stake in 2014. Granholm joined the bus company's board three years later. During her tenure, Tao Capital co-led another $155 million investment in Proterra. "We at Tao are proud to support Proterra in its mission to bring forth a clean, electric transportation ecosystem," Nicholas Pritzker said in 2018. The firm's website touts the likes of Proterra, Tesla, and Bird as part of its "Alternative transportation" portfolio.

Page 66  EXHIBIT 94 – Case # 22-cv-1107-TSH, Norcal 9th District

| Name and Address of Beneficial Owners[1] | Prior to Business Combination[2] | | After Business Combination | | | |
| | | | Assuming No Redemptions[3] | | Assuming Maximum Redemptions[4] | |
| | Number of Shares | % | Number of Shares | % | Number of Shares | % |
|---|---|---|---|---|---|---|
| *Directors and officers prior to the Business Combination:* | | | | | | |
| Arno Harris[5] | 35,000 | * | 35,000 | * | 35,000 | * |
| Brian Goncher | 35,000 | * | 35,000 | * | 35,000 | * |
| Christine M. Miller | — | — | — | — | — | — |
| Daniel R. Revers[6] | 6,797,500 | 19.6% | 7,397,500 | 3.7% | 7,397,500 | 4.4% |
| Ja-Chin Audrey Lee[5] | 35,000 | * | 35,000 | * | 35,000 | * |
| John F. Erhard | — | — | — | — | — | — |
| Kerrick S. Knauth | — | — | — | — | — | — |
| Marco F. Gatti | — | — | — | — | — | — |
| Steven Berkenfeld | 35,000 | * | 35,000 | * | 35,000 | * |
| *All directors and officers prior to the Business Combination (nine persons)* | 6,937,500 | 20.0% | 7,537,500 | 3.8% | 7,537,500 | 4.4% |
| | | | | | | |
| *Directors and officers after the Business Combination:* | | | | | | |
| Amy E. Ard[7] | — | — | 854,847 | * | 854,847 | * |
| Brook F. Porter[8] | — | — | 2,513,757 | 1.3% | 2,513,757 | 1.5% |
| Constance E. Skidmore[9] | — | — | 121,137 | * | 121,137 | * |
| Gareth T. Joyce | — | — | — | — | — | — |
| Jeannine P. Sargent[10] | — | — | 142,056 | * | 142,056 | * |
| Jochen M. Goetz[11] | — | — | 9,408,185 | 4.8% | 9,408,185 | 5.5% |
| John F. Erhard | — | — | — | — | — | — |
| John J. Allen[12] | — | — | 1,981,581 | * | 1,981,581 | 1.2% |
| Michael D. Smith[13] | — | — | 146,239 | * | 146,239 | * |
| Ryan C. Popple[14] | — | — | 3,864,454 | 2.0% | 3,864,454 | 2.3% |
| *All directors and officers after the Business Combination as a group (12 persons)* | — | — | 20,807,759 | 10.5% | 20,807,759 | 12.2% |
| | | | | | | |
| *Five Percent Holders:* | | | | | | |
| ArcLight CTC Holdings, L.P.[15] | 6,797,500 | 19.6% | 6,797,500 | 3.4% | 6,797,500 | 4.0% |
| ArcLight CTC Investors, LLC[16] | — | — | 600,000 | * | 600,000 | * |
| Adage Capital Partners, L.P. and affiliates[17] | 2,250,000 | 6.5% | 2,250,000 | 1.1% | — | — |
| Daimler Trucks & Buses US Holding Inc.[18] | — | — | 9,408,185 | 4.8% | 9,408,185 | 5.5% |
| Certain funds and accounts advised by Franklin Advisers, Inc[19] | 5,116,002 | — | 23,065,620 | 11.7% | 17,949,618 | 10.5% |
| KPCB Holdings, Inc., as nominee[20] | — | — | 15,875,811 | 8.0% | 15,875,811 | 9.3% |
| Entities affiliated with Tao Capital Partners, LLC[21] | — | — | 11,908,642 | 6.0% | 11,908,642 | 7.0% |

"KPCB Holdings", on the list above is the notorious John Doerr. A name involved with other quid pro quo political cases.

Nicholas Pritzker and his wife Susan are prolific donors to Democratic candidates and causes. In the 2020 cycle alone, Susan Pritzker—a Tao Capital director—was the 95th largest donor in America. She contributed more than $3 million to Democrats in disclosed money, according to the Center for Responsive Politics. Nicholas Pritzker has given at least $1.9 million to Democrats in direct contributions, including maximum contributions to Biden's campaign and victory fund, FEC filings show. The government should not enable crony insiders while sabotaging their enemies using government money.

--------------------------------------------------------------------------------

# Letter To The FBI:

Craig D Fair
Special Agent in Charge

Timothy Stone
Deputy Special Agent in Charge

**Federal Bureau Of Investigation**

San Francisco Office

450 Golden Gate Ave, 13th Floor
San Francisco, CA 94102-9523

May 2, 2021

Dear FBI Team:

As know you, our task force has created a large number of public-interest crowd-sourced testimony websites to provide real-time information, about this case, to your agents. We have spoken to your office on multiple occasions as informants, whistle-blowers, witnesses and providers of testimony about this large criminal matter involving well known public figures..

Page 68  EXHIBIT 94 – Case # 22-cv-1107-TSH, Norcal 9th District

Congress must be forced to eliminate both the appearance and the actual operation of financial conflicts of interest that we have identified going on every day. Americans must be confident that actions taken by public officials are intended to serve the public, and not those officials and their corrupt Silicon Valley big tech leash-holders. Their actions counter-act the law, The Constitution and general morality. A number of our associates are now dead, under mysterious circumstances. It seems like some of them were killed to shut them up.

We experienced all of the damages from each of the abuse-of-power issues listed below. The FBI, FTC, SEC, FEC must become a taskforce that ends these crimes. These are the crimes we saw and suffered from and the solutions to those crimes:

We documented modern bribes being paid through stock market scams. We saw the perpetrators do it. Please help ban individual stock ownership by Members of Congress, Cabinet Secretaries, senior congressional staff, federal judges, White House staff and other senior agency officials while in office. Please prohibit all government officials from holding or trading stock where its value might be influenced by their agency, department, or actions. The perpetrators are TODAY committing crimes and corruption in this manner.... (READ THE REST AT THIS LINK)


# Where Is The Proof?


**The "Dept Of Energy Leaks" - Aug. 5, 2009 through 2021**

**The "Panama Papers" Leaks - April 3, 2016**

**The "Swiss Leaks Papers" - February 15, 2015**

**The "Paradise Papers Leaks" - November 5, 2015**

**The "John Doerr & Kleiner Hacks" - April 22, 2020**

**The "Snowden Leaks" - May 13, 2013**

**The "Cablegate Leaks - April 15, 2010**

**The "Sony Pictures Hack" - November 24, 2014**

**The "Ashley Madison Hack" - July 19, 2015**

**The "Solarwinds Hack" - December 13, 2020**

**The related FBI, GAO, FTC, IG, SEC, CFTC and related agency files**

**And hundreds of other leaks and hacks publicly dumped on the internet...**

**When you cross index all of the public leak data into an AI auditing system, any basic PC computer can FOLLOW THE BRIBE AND PAYOLA MONEY right back to the bank accounts of each corrupt Senator, White House executive and Silicon Valley oligarch! If only the U.S. Government had a federal enforcement agency whose very job it was to do that sort of investigation....Oh, wait,...the U.S. Government has SIX agencies who are supposed to do that...**


- Plaintiffs' had global character assassination and propaganda-media defamation reprisal attacks operated against them by White House staff and their political financiers: Elon Musk, Larry Page, Steve Jurvetson, Eric Schmidt, Steve Westly, John Doerr, et al. Jury and FBI-compliant evidence proves this as fact.

- All of the offered government money had been hard-wired to political friends ahead of time and there was no possibility that outsider applicants could have received the funds. Applicants were lied to and defrauded.

- Plaintiffs' were attacked because 1.) they helped law enforcement investigate the attackers, 2.) They competed with the attackers that attacker's products and the Silicon Valley Cartel attackers chose to "cheat rather than compete". Jury and FBI-compliant evidence proves this as fact.

- The attackers spent over $30M+, part of that using taxpayer resources, attacking the Plaintiffs' as proven in the financial transaction records from Google, Gawker, Gizmodo, Jalopnik, Media Matters, Fusion GPS, et al. Jury and FBI-compliant evidence proves this as fact.

- Plaintiffs' had been previously funded by the U.S. Government and had a multi-decade relationship with the highest offices of the Government, which provided them with deep knowledge of the crimes that were committed. Jury and FBI-compliant evidence proves this as fact.

- The U.S. Department of Energy is used as a political slush fund to pay back campaign finance millionaires while blockading the competitors of those millionaires from reaching the market or receiving funding. Jury and FBI-compliant evidence proves this as fact.

- The only entities who participated in the global character assassination and propaganda-media defamation reprisal attacks were those entities owned and controlled by the attackers. Jury and FBI-compliant evidence proves this as fact.

Page 70  EXHIBIT 94 – Case # 22-cv-1107-TSH, Norcal 9th District

- Through corrupt rare-earth mining scams and control of federal contracts and grants, attackers had planned to acquire at least one trillion dollars in unjust gains and illegal profiteering. Jury and FBI-compliant evidence proves this as fact.

- This amount of money they sought, and the "Mafia-like" structure they adopted, caused the suspects to engage in the most extreme crimes, including murder and "Deep State" coup attempts. Jury and FBI-compliant evidence proves this as fact.

- A significant number of person's who were in conflict with the attackers have died in suspicious manners. Jury and FBI-compliant evidence proves this as fact.

- The suspects have hired the largest numbers of lobbyists and corporate manipulation lawyers in U.S. history in order to manipulate political decisions. Jury and FBI-compliant evidence proves this as fact.

- The suspects have spent more money on political bribes than any group of men has spent in the last century. Jury and FBI-compliant evidence proves this as fact.

- The suspects placed top federal law enforcement and agency bosses (ie: Michelle Lee, Steven Chu, Kamala Harris, James Comey, et al) from their own Cartel, into top government positions, with orders to run cover and protection schemes for them. Jury and FBI-compliant evidence proves this as fact.

- California State officials including the Governor, Controller, The Senators, Secretary of State and regional officials participated in these crimes and pocketed the initial profits from these crimes in covert investment banking. Jury and FBI-compliant evidence proves this as fact.

- Tesla Motors, Google, Netflix, Facebook, Linkedin, Amazon and other tech Cartel members operate with a common goal of psychological mass ideology manipulation and monopolistic profiteering based on government sponsored anti-trust violations and server control exclusivity. Jury and FBI-compliant evidence proves this as fact.

- The attempted cover-ups of these crimes continues to this day. Jury and FBI-compliant evidence proves this as fact.

- Natural-born U.S. citizen Applicant #1 has been employed in the USA for many decades and was a federal contractor/employee. The State of California employment laws now provide that of of Applicant #1's "contractor" was actually "employee" work per California law. He worked for his community and his country as a law enforcement and intelligence researcher (law/IC) in which he closed cases that saved Americans billions of dollars. He holds numerous state and federal certifications and credentials to this effect and was certified as an investigator under the State Government at the California Office Of Consumer Affairs. He also worked as a CEO, Inventor and Product Development Director for which the U.S. Government has awarded him dozens of seminal patent awards for products in use by Microsoft, Sony and other major companies to provide products and services to billions of people. He has received commendation letters from U.S. Presidents, Agency heads and Mayors. He is pictured in videos, photographs, articles, meetings and on letterhead

government and corporate correspondence with some of the most famous public and White House figures in America for decades. He reported the corruption in a trillion dollar Department of Energy embezzlement scam involving crooked uranium, lithium, indium and other metals, he was attacked by State and Federal employees, many of whom have now been terminated because of their illicit actions. Applicant was also exposed to those toxic materials in his work for the Department of Energy.

- Part of the state-sponsored attack launched against Applicant #1 used the same exact personnel, servers, digital systems, production equipment and other resources that are owned, or managed, by Google/Alphabet/YouTube for national election candidate counter-measures services. Google/Alphabet/YouTube sells these services, under many guises, as offerings to promote any candidate or damage any candidate for a fee, or for an exchange of items of value. Our investigators have acquired some of the billing and banking documents verifying this and the FBI has full access to all such documents proving this assertion. The billing value of the attack against Applicant #1 (in commensurate multiple-billing efforts by Google/Alphabet/YouTube) had a minimum commercial value of $30M in billings. This metric is based on records of political election campaign services sold by Google/Alphabet/YouTube since the year 2002. In other words, in a past elections, hard, documented numbers, employee statements, banking records, stock records, billing records and other materials exist, in jury trial acceptable form, to prove that, for example, Google/Alphabet/YouTube spent a certain exact amount of money and resources-of-value to defeat one candidate and to seek to elect that candidates opposition.

- Additionally, relative to the Google/Alphabet/YouTube portion of the attack, Google/Alphabet/YouTube owners are on federal and Congressional record swearing under oath that they do "not manipulate search results in order to harm others", yet investigators for Applicant #1 and over 1000 outside third parties proved that the opposite was true and that Google/Alphabet/YouTube executives lied under oath. The fact that the attack link on Google's front page never moved position for 5 years and other confirming data, proves the assertion that Google/Alphabet/YouTube sells defamation and character assassination services and sold them against Applicant. Applicant helped place sensors on servers globally which used comparative search results from competing global search engines to prove that Google/Alphabet/YouTube was rigging most search results to promote it's friends and harm it's political and business enemies.

- California Senators, White House staff and the owners and executives of Google/Alphabet/YouTube are also the investor/shareholders in Applicants competitors who were government financed.

- The industry metricized standard for person's with, at least, the skills and experience of Applicant, in his demographic, is a minimum of $10,000 per month in the local technology market for those with less hours, less patent awards, less past work reference letters and less experience than Applicant. Silicon Valley job metrics and census data prove that that is even a low figure for a commensurate worker. Lost work opportunity for Applicant should be valued at a minimum of $10,000.00 per month.

- Even though Applicant has been an extraordinarily productive, working member of the community and the U.S. Government; and Applicant has organized companies and programs which have paid millions of dollars in taxes, Applicant is currently only afforded the most minimal benefits possible. In other words, Applicant has saved billions of dollars for the Government and the taxpayers and, additionally, has organized companies and programs which paid millions of dollars in taxes and free services to The Government yet Applicant seems to be getting only political reprisals as gratitude.

- State and Federal employee corruption and reprisal actions cost Applicant his savings and nearly a billion dollars of potential income by intentionally sabotaging and terminating his operating, Congressional financed, Congressional commended national service companies featured on NPR, CBS News, and in The Wall Street Journal, The New York Times and hundreds of other mainstream news outlets. Corrupt State and Federal employees engaged in these benefit blockade reprisals because Applicant's companies competed with the stock market holdings of those corrupt State and Federal employees.

- These are the very same public officials who have interdiction capability at state and federal agencies. It is quite reasonable to assume that these State and Federal employees, who have a court record of using reprisal actions against others, just like they did to Applicant, ordered federal agencies to harm Applicant. These public officials defrauded Applicant by asking and causing him, and his Team, to invest in their program. It turned out they were using Applicant's business ventures to cover (smoke-screen) their crimes at the expense of Applicant and the taxpayers.

- To be clear, Government employees put hundreds of millions of dollars of stock market profits in their, and their associates pockets, part of which they took from Applicant's funding, and then attacked Applicant, in a large number of reprisal actions.

- Applicant reported crimes by public officials which led to the FBI raid of Solyndra, opened the Uranium One investigation and the firing of the Secretary Of Energy for corruption. Part of Applicant's work involved creating America's next national energy solutions.

- Applicant worked with the U.S. Department of Energy, HUD, NAHB and related entities in work with the national weapons and energy labs since 2000. Applicant worked with nuclear, heavy metals, sintered rare earth metals, extreme solvents and nano-particulated exotic chemistries and won a historical Congressional commendation, first-ever seminal U.S. Government patent awards, industry and press acclaim, customer acclaim and a multi-million dollar lab research grant in the Congressional Iraq War Bill.

- Even though Applicant's has worked in service to his country, Applicant has been denied his legal rights. Applicant's U.S. Constitution and California Constitutional rights have been denied because he "did the right thing" and helped law enforcement.

- The most senior FBI and DOJ executives including James Comey, Andrew McCabe, Peter Strzok, David Oh and others are under federal investigation for running character assassinations and working with the economic assassins from Fusion GPS, Google Media, Gawker Media and other illicit attack organizations. Applicant reported to some of these men. Charges of FBI, DOJ, VA and SSA executive reprisal manipulations and attacks against citizens would have sounded hard to believe a decade ago but, in the post-Snowden world, catching those who pervert State and Federal offices has become common-place. It is beyond reasonable to assume that Applicant's charges of government agency reprisal-stonewalling are well founded and have full legal merit.

- The services who charge to perform the support work for such attacks provide a life-time placement of negative attack data on Google and on all of the Axciom, Taleo and other hiring HR and hiring databases, globally; and the locking, on the front top page of Google search results, forever, of the attack and defamation data, as was done because Applicant testified to Congress, the GAO and the FBI.

- The attacks on Applicant were "State Sponsored Attacks" directed, financed and managed by California State public officials and Federal Agency officers.

- Instead of the "Thanks of a grateful nation", Applicant has received political reprisals, revenge and vendettas using taxpayer financed resources. Applicant has contributed more in the service of his country and community than most citizens. We ask your office to correct the record and bring fairness and justice to the finalization of this case. Applicant, his family, friends, associates and others will pursue this forever, through the media, law enforcement and alternative means ...until it is fairly resolved.

- The suspects in these crimes received over 50 billion dollars in profits from the crimes.

- The suspects received over 50 billion dollars at the expense of the Plaintiffs' because they intentionally, maliciously and in a coordinated manner, circumvented, those monies from the Plaintiffs' and the victim's income streams.

- The amount of money that the suspects acquired from these crimes is confirmed by reports at the Securities and Exchange Commission, The Internal Revenue Service, the FTC and stock market transfer records.

- Each competing company of the Applicant's that the suspects sabotaged had the potential to make as much money, or more money, than the suspects companies did in the same time period. Applicant's companies would have operated competitively had they not been sabotaged by the government officials. These other companies offered lower cost, safer, longer range products which higher volumes of consumers had demanded. This means that, if these companies had not been sabotaged by these

corrupt government officials who, owned stock in these insider companies, they would have made even more money than the insider companies.

- Thus, and by extension, the corrupt Senator's and White House staff stock ownership's in Applicant's competitor's, provide a minimum baseline damages amount reference for comparable damages values using GAAP accounting references. Each competing company that suspects sabotaged,had the potential to make as much money, or more money, than known competing company revenues.

- The government officials used character assassination as a vendetta process to seek to destroy the brands, reputations and witness testimony of the Plaintiffs' by manipulating their properties.

- The suspects hired Fusion GPS, Black Cube, Google, Media Matters, Gizmodo and Gawker Media to author and distribute character assassination propaganda to the majority of the world's population via their pre-arranged and contrived control of the vast majority of digital media. For example, Google, the stock of which is owned by the suspects, locked the attacks on the front page on the top line of Google for over five years, without ever moving it, even though Plaintiffs's purchased thousands of servers, and take-down requests to attempt to move the attacks even a few lines lower. This proves that Google was manually, and daily rigging the attacks. Thus, the damages award to the Applicant should be much higher than the Terry Bollea award.

- Government funding which was circumvented by suspects from Applicant to themselves was not the largest quantified value of loss. Working with Goldman Sachs, JP Morgan, McKinsey, etc., suspects exploited the White House relationship with The Fed and the SEC to create a massive stock market valuation padding scheme which yielded historical profits. By stating government funds as "profit" and switching back and forth from stock skims to government funds in accounting records, tremendous stock market profits were placed in the pockets of the suspects.

- Had Applicant's not been circumvented by suspects then Applicant's would have acquired these same benefits. The stock market loss to the Plaintiffs's at the expense of the Plaintiffs's is also calculated into the damages consideration.

- The suspects ordered Steven Chu, Lachlan Seward, Carol Battershel, McKinsey and Deloitte Consulting, Kathy Zoi and other executives at the U.S. Department of Energy, to be placed into positions in the U.S. Department of Energy as shills on their behalf, to lie to and defraud the Applicants. All of the ATVM and LGP grant and loan funds from the U.S. Department of Energy had been secretly hard-wired and the distribution of it covertly arranged to go to the suspects stealthed stock ownerships.

- Thus, the applicants, who had superior technology, more customer orders, better value and provided less of a national security risk were defrauded into spending tens of millions of dollars on the applicant process via false promises and assurances of success which were already known to be lies from the first 2007 forward. The losses in time, expenses and time-to-market delays created by these fraudulent

promises and assertions by the agents, in public office, covertly working for the suspects are calculated into these damages.

- Applicant's are demanding from the U.S. Government, The California State Government and the individual suspect/Defendants; general damages according to proof; special damages according to proof; exemplary or punitive damages; For a preliminary injunction and a permanent injunction enjoining defendant and their/her agents, servants, and employees, and all persons acting under, in concert with, or for him/her from continuing to publish the above-described private facts about Plaintiffs's; for costs of suit herein incurred; for such other further relief as the court may deem proper; and for an award of a percentage of suspect/Defendants gross revenue since inception wherein that revenue was derived from profits made from the use of, or interdiction of, Plaintiffs's patented and trade secret products, services and technology which Defendants covertly acquired information about and copied for profit. Forensic accounting based on Subpoenas against the suspects and attack providers, and further FBI support, will be required to finalize the amount but recent leaks and witness testimony confirm the veracity of these assumptions.

# State Sponsored Attacks On Plaintiffs'

*CIA, In-Q-Tel, Black Cube Mossad and other spy operatives contracted their services to White House and Senate senior officials to attack and destroy reporters, whistle-blowers and other Plaintiffs'.*

The United States Government and State of California senior officials own the stock in Tesla, Facebook, Google and other tech companies and take their orders from those companies. that is "criminal collusion"!

*"these are the reprisal attacks that they ran against us, in vendetta, that we are now, legally, sending straight back to each of them...."*

**Senators and oligarchs run an organized crime operation.** The Plaintiffs' were attacked with a $30M+ state-sponsored reprisal attack program which included the following attack tactics operated by the same WHITE HOUSE "OPPOSITION RESEARCH" AND ATTACK TEAM used to attack opposition Presidential candidates and reporters that were in disfavor.

Just like Bin Laden was caught by tracking his "relay-men", The Silicon Valley Cartel has their Steve Westly's, David Plouffe's, Jay Carney's, Nick Denton's, David Brock's, and the other little sociopath sociopolitical manipulations bastards who always seem to escape the law. They have not escaped public forensics, though.

Now the Plaintiffs' have demanded that the FBI, and others, bug, hack and forensically track them to expose the coordinating/colluding/conspiring structure of the same little rats nest of CPA, PAC, fake charities, trust funds, fake shell companies, tech law firms and other dirty tricks operatives that they use to run their Cartel. The Panama Papers leaks exposed one corner of their system. From there it was easy to drill into the heart of this financial and political crime operation. The forensic accounting trails all lead back to the exact same crooks. It is no coincidence that they all use the same people and transfer the cash through the same routes.

The attacks on the Plaintiffs' could only have been accomplished by White House and Department of Energy operatives. Only they had the resources and experience to undertake something this heinous and spy agency-like. The funding for the attacks tracks right back to them, too. Ask the FBI what the forensic tracking of the attackers revealed!

Investigations have revealed that the White House and California Senators hired the character assassination and defamation attack services: ***Cardinal & Pine; Pacronym, Acronym; The Americano; Investing in US; Shadow Inc; Courier Newsroom; IN-Q-Tel; Gawker Media; Jalopnik; Gizmodo Media; K2 Intelligence; WikiStrat; Podesta Group; Fusion GPS;* Google*; YouTube;***

*Alphabet; Facebook; Twitter; Think Progress; Media Matters); Black Cube; Correct The Record; Orbis Business Intelligence, Undercover Global Ltd; Stratfor; Jigsaw; ShareBlue/Acronym; Versa LLC; American Ledger; Supermajority News; New Venture Fund; Sixteen Thirty Fund; Cambridge Analytica; Sid Blumenthal;* States Newsroom*; Hopewell Fund;  Open Society.; David Brock; AmpliFire News; American Bridge; Plouffe Consulting; Pantsuit Nation; MotiveAI; American Bridge 21st Century Foundation; Priorities USA; PR Firm Sunshine Sachs; The American Independent Foundation; Covington and Burling; Buzzfeed;* The American Independent*; Perkins Coie; Secondary Infektion; Wilson Sonsini* and thousands more to run hit-jobs, character assassinations, dirty tricks and economic reprisal attacks on any targets who reported the crimes. Each of those companies are now under federal and civil investigation. Most of these businesses offer the service of manipulating elections and news coverage in order to steer stock market profits into the pockets of billionaire clients at the expense of the taxpayer and Democracy. They hide their transactions via money-laundering. All of these services, when focused on individual citizens, are lethal.

Why would we go to this much trouble to take these people down? because they did these things to us in reprisal for reporting their crimes:

**1.) Defrauding Applicants via fake government requests to invest in rigged government contracts;**

**2.) Placing moles and spying inside Applicant's companies;**

**3.) Blockading legal counsel for Plaintiffs's;**

**4.) Character assassination and sophisticated contracted defamation media attacks;**

**5.) Offshore factory processed social media attacks;**

**6.) Government benefits from SSA, HUD, etc, blockades and manipulations;**

**7.) Jobs and venture capital funding blacklisting;**

**8.) FOIA obfuscation for official government FOIA filings;**

**9.) Arbitrary government deadline manipulation for SSA, DOE, HUD and other applications;**

**10.) Creation of endless fake hurdles in agency applications (ie: DOE) to protect rigged "winners";**

**11.) Toxic workplace poisonings like the Salisbury, Nalvany, Litvinenko poisonings;**

**12.) Workplace sabotage and obstruction of Applicant's companies;**

**13.) Media defamation attacks via gawker, Gizmodo, Jalopnik, Google, Youtube, etc.;**

**14.) Commercial employment database "lois lerner-ing" and red-flagging;**

**15.) Murders of peers (ie: Rajeev Motwani, Seth Rich, Gary D. Conley and 120+ others);**

**16.) Revenue blockades and internet income re-direction;**

**17.) Troll farm attack teams hired from Chinese attack farms;**

**18.) Fusion GPS, Media Matters, David Plouffe attack contracts issued targeting whistle-blowers;**

**19.) Manual search engine lock-in attacks on Google, YouTube, Linkedin;**

**20.) U.S. patent office manipulation to blockade revenue;**

**21.) *Honey-traps sent out targeting the whistle-blowers*;**

**22.) Fake news tabloid empires created just for defamation attacks;**

**23.) Housing access and financing blockades created to reprisal harass whistle-blowers;**

**24.) Ongoing hacking of Plaintiffs's devices;**

**25.) Tech industry black-list coordination within the National Venture Capital Association;**

**26.) HUD and USDA mortgage rights blockades:**

**27.) DNS and IP routing manipulation to prevent Plaintiffs' from selling anything online;**

**28.) Digital attacks designed to put horrific fake news about target in front of 7.5 billion people...**

and more spy agency type "dirty tricks"that cost the Plaintiffs' their lives, life savings, income and other disabling losses. Diane Feinstein, Nancy Pelosi, Harry Reid, White House Staff, Department of Energy Executives, and others, have the power, with a single phone call, to implement all of the above attacks.

*"They all had the means and motivation. They all had stock market profits affected by this. They all had been proven to have contracted FUSION GPS and other attack services on multiple occasions! They all will do ANYTHING to cover up these crimes! If these people could do these things to us then it must be completely legal to do these things right back to them, correct? Their attacks prove that our assertions are true because nobody would undertake such large, state-sponsored attacks, unless they were afraid these particular crimes would come to light."*

---

**2021A - Documented Attack Incident On Plaintiffs':** Government agency bosses solicited the target with false promises of future loans, contracts or grants from their agency and caused the target victim to expend millions of dollars and years of their time for projects which those government bosses had covertly promised to their friends. They used the target victim as a "smokescreen" to cover their illegal government slush-funds for the Plaintiffs' competitors and personal enemies. By using this tactic, the attackers drain the target Plaintiffs' funds and forced victim into an economic disaster without the government bosses fearing any reprisal for their scam in which they made billions of dollars in profit in the notorious Solyndra scandals as seen in the CBS 60 Minutes episode: "***The Cleantech Crash***", thousands of TV news segments and the related GAO and Congressional corruption reports.

---

**2021B - Documented Attack Incident On Plaintiffs':** Government officials and LSC corporation (A federal agency dedicated to providing legal services to Plaintiffs') blockaded victim's rights to legal representation in order to prevent victim from personally suing the attackers because such a lawsuit would have embarrassed corrupt public officials. High tech law firms that were discussing a services agreement with victim were threatened and ordered to not help victim or "*they would be black-listed or be cut-off from tens of millions of dollars of **Google**, Netflix, Facebook and government contracts*". Individual lawyers were threatened with black-listing and getting "*flooded with more filings than you could ever respond to in your life-time...*" LSC officials, who were almost entirely Obama Administration associates, refused to assist with lawyer referrals, which is against their federal contract.

---

**2021C - Documented Attack Incident On Plaintiffs':** A sophisticated animated attack film was produced attacking victim. An animated film is an expensive effort involving considerable time and expense. An attacker must be well financed to undertake such an effort. The film was published on YouTube and locked onto the very top search result line on every YouTube search in front of 5 billion internet users for over a decade. The damage to victim's reputation is estimated in the tens of millions of dollars. YouTube steadfastly refused to remove or adjust the search results even though YouTube executives knew victim and knew that the video represented a character assassination attempt against victim because YouTube owners finance the political campaigns of the public officials who ordered the attacks. While ***Google/YouTube*** stated to Congress that all of it's search results are arbitrary, the never-moving search result of this attack video proved that ***Google's and YouTube's*** search results are manually manipulated by human maintained black-lists.

---

**2021D - Documented Attack Incident On Plaintiffs':** Social networking sites including MeetUp, Match, Facebook, etc. and all other IAC-owned, or similar, sites (IAC is managed by Hillary Clinton's

daughter, whose Mother knew victim) have had their profiles, texts, and inter-member communications, since those companies were started, hacked or purchased. The financiers of almost everyone of these sites are also the financiers of the suspects. The attack service providers use Palantir , In-Q-Tel financed data analysis software to analyze every activity in those services *in order to find honey-trap,* blackmail and social conflict exploitation opportunities. Your social life will, essentially, end. Every photo on every social site is cross checked with every other photo on the internet in order to cull your Facebook, Linkedin, Snapchat and other social media together to create a total manipulation profile data file on you. New contacts on these sites were contacted by the attackers and told to "avoid" the victim in order to damage victim.

**2021E - Documented Attack Incident On Plaintiffs':** Social Security, SSI, SDI, Disability and other earned benefits were stone-walled. Applications for benefits for the victim were intentionally "lost" like a "Lois Lerner hard drive". Files in the application process "disappeared". A U.S. Senator ordered Victim's benefits to "never be approved" even though victim worked 60 hour+ weeks for decades in service to their nation and their community. A SSA official in the local SSA office, who had a devout expressed hatred against one United States President ordered a benefits blockade against victim because he found out that victim's ex-lawyer now worked in the White House.

**2021F - Documented Attack Incident On Plaintiffs':** Government officials and tech oligarchs contacted members of the National Venture Capital association (NVCA) and created national "black-lists" to blockade victim from receiving investor funding. This was also confirmed in a widely published disclosure by Tesla Motors Daryl Siry and in published testimony. If Silicon Valley political campaign finance oligarchs black-list you (see the "AngelGate" Scandal and the "High Tech No Poaching Class Action Lawsuit" cases) you will never get investor funding again.

**2021G - Documented Attack Incident On Plaintiffs':** Federal FOIA requests were hidden, frozen, stone-walled, delayed, lied about and only partially responded to in order to seek to hide information and run cover-ups.

**2021H - Documented Attack Incident On Plaintiffs':** State and federal officials play an endless game of Catch-22 by arbitrarily determining that deadlines had passed that they, the government officials, had stonewalled and obfuscated applications for, in order to force these deadlines that they set, to appear to be missed.

**2021I - Documented Attack Incident On Plaintiffs':** Plaintiffs' was found to be strangely poisoned, not unlike the Alexander Litvenko case. Heavy metals and toxic materials were found right after victim's work with the Department of Energy weapons and energy facilities. Many wonder if victim was intentionally exposed to toxins in retribution for their testimony. The federal MSDS documents clearly show that a number of Plaintiffs' were exposed to deadly compounds and radiations, via DOE, without being provided with proper HazMat suits which DOE officials knew were required.

**2021J - Documented Attack Incident On Plaintiffs':** Plaintiffs' employers were called, and faxed, and ordered to fire target Plaintiffs' from their places of employment, in the middle of the day, with no notice, as a retribution tactic.

**2021K - Documented Attack Incident On Plaintiffs':** On orders from Obama White House officials ***Google, YouTube***, Gawker Media and Gizmodo Media produced attack articles and defamation videos. Google locked these contrived attack articles from the Nicholas Guido Denton tabloid empire on the top line, of the front page of all Google searches for a decade in front of 7.5 billion people, around the world. This attack-type uses over $40 million dollars in server farms, production costs and internet rigging. The forensic data acquired from tracking some of these attacks proves that Google rigged these attacks against victim on the internet and that all of Google's "impressions" are manually controlled by Google's executives who are also the main financiers and policy directors of the Obama Administration. This data was provided to the European Union for it's ongoing prosecution of Google's political manipulation of public perceptions. Hired attackers Nicholas Guido Denton, John Herman, Adrian Covert, Ian Fette, Patrick George, Gabrielle Darbyshire and John Cook have been referred to the FBI for surveillance, tracking and interview relative to the command, control and compensation for those attacks.

**2021L - Documented Attack Incident On Plaintiffs':** Plaintiffs' HR and employment records, on Taleo, Palantir and EVERY recruiting and hiring database, was embedded with negative keywords and "flags" in order to prevent the victim from ever gaining future employment.

**2021M - Documented Attack Incident On Plaintiffs':** Gary D. Conley, Seth Rich, Rajeev Motwani who victim knew, and many other whistle-blowers in these matters, turned up dead under strange circumstances. Victim has received ongoing death threats for his help to federal investigations in the larger organized crime investigation relative to this matter. You might wonder why energy deals get people killed. You might wonder why Joe Biden's son Hunter was running an energy company he knew nothing about. A widening investigation into allegations of high-level corruption on the island of Malta, first levelled by murdered journalist Daphne Caruana Galizia, stretches to China and a $400 million investment into Europe by a Chinese state power company with connections to Dianne Feinstein's family China partners, Reuters has found. Caruana Galizia was murdered in October 2017 as she investigated a web of companies that she believed were funneling bribes to Maltese politicians. Now, Reuters and a consortium of journalists have traced two firms involved in that web to relatives of a senior Chinese executive for Accenture, the global consultancy firm. The executive, 43-year-old Chen Cheng from Shanghai, negotiated investments on behalf of China's state-owned Shanghai Electric Power in Malta and in another small European state, Montenegro, over the past decade, according to Maltese officials and official records. The revelation of a Chinese connection potentially adds a new international dimension to a scandal that has rocked Malta's government and last year led to the resignation of the prime minister. It also could figure in a series of Maltese official investigations into the events leading up to Caruana Galizia's death. Backed by Malta's government,

the investments by Shanghai Electric Power were portrayed by Maltese and Chinese political leaders as one component of China's multi-trillion dollar Belt and Road initiative to pour money into economic infrastructure in central Asia and Europe. In 2016, a year before she was murdered in a car bombing, Caruana Galizia identified Chen's key role in the transactions on her blog. Reporter David Bird was looking into these energy connections and he was then found dead in the woods on the East Coast. A total of six people in Malta have been charged with Caruana Galizia's killing and await trial. Caruana Galizia reported that Chen created a company in the British Virgin Islands in 2014, for an unknown purpose. In the same year, Chen played a central role in negotiations and due diligence for Shanghai Electric Power to invest 380 million euros ($400 million) in buying a share of Malta's state power company, Enemalta. Caruana Galizia did not specify any wrongdoing by Chen. Chen and Accenture did not respond to Caruana Galizia's report at the time. Now, reporters at Reuters, the Times of Malta, the Organized Crime and Corruption Reporting Project and the Süddeutsche Zeitung, have discovered that Chen's family set up two further companies in Hong Kong, both with business links to Malta. The first of the companies set up by the Chen family, known as Macbridge, planned to pay up to $2 million to Panama firms controlled by two Maltese politicians, Reuters has previously reported. The second, called Dow's Media Company, received one million euros ($1.2 million) from a business owned by one of Malta's richest men, Yorgen Fenech, according to financial records seen by Reuters. Fenech is in jail, awaiting trial on a charge of masterminding Caruana Galizia's murder. He has pleaded not guilty. According to international legal requests seen by Reuters, Maltese law enforcement officials suspect that Macbridge and Dow's Media were part of an elaborate scheme, involving some participants in the China-Malta deals, to make payments to politicians in Malta and siphon off profits for themselves. The Panama Papers Leaks, The Swiss Leaks And Wikileaks have shown that dirty CPA firms for American politicians and Silicon Valley oligarchs were all laundering money through these shared illegal conduits.

**2021N - Documented Attack Incident On Plaintiffs':** Paypal (A DNC-biased operation) and other on-line payments for on-line sales by victim are de-platformed, delayed, hidden, or re-directed in order to terminate income potential for target who competed with the attackers interests and holdings. This further denied victim income. As a test, victim built an online store with hundreds of thousands of products and marketed it globally. Trackers, placed by victim's technicians, on servers, discovered that Paypal and an outside "Virgina-based system" were DNS and payment re-directed all traffic away from the store so that victim received no traffic and no income. In DNS redirection, "website spoofing" sends target Plaintiffs' websites to dead ends where no sales orders or customer inquiries actually get back to the target. These internet revenue activity manipulations are conducted using outside covert servers operated by the attackers and revealed in the Snowden Leaks. All commercial storefronts and on-line sales attempts by target Plaintiffs', had their sites hidden, or search engine de-linked by a massively resourced facility located in Virginia, Texas or Palo Alto, California in order to terminate revenue potentials for the victim.

**2021O - Documented Attack Incident On Plaintiffs':** Contracted trolls, shills, botnets and synth-blog deployments are deployed to place defamatory statements and disinformation about victim in front of 7.5 billion people around the world on the internet in order to seek to damage their federal testimony credibility by a massively resourced facility. Some of these troll farms were uncovered in Russia, Ukraine, Israel and Brazil.

**2021P - Documented Attack Incident On Plaintiffs':** Campaign finance dirty tricks contractors were hired by campaign financiers to attack the friends and family members of the target victim in order to create low morale for the target Plaintiffs' psyche and motivation.

**2021Q - Documented Attack Incident On Plaintiffs':** In one case covert political partner: Google, transferred large sums of cash to dirty tricks contractors and then manually locked the media portion of the attacks into the top lines of the top pages of all Google searches globally, for years, with hidden embedded codes in the links and web-pages which multiplied the attacks on Plaintiffs' by many magnitudes.

**2021R - Documented Attack Incident On Plaintiffs':** Covert Cartel financier: Google, placed Google's lawyer: Michelle Lee, in charge of the U.S. Patent Office and she, in turn, stacked all of the U.S. Patent Office IPR and ALICE review boards and offices with Google-supporting employees in order to rig the U.S. Patent Office to protect Google from being prosecuted for the vast patent thefts that Google engages in. Google has hundreds of patent lawsuits for technology theft and a number of those lawsuits refer to Google's operations as "Racketeering", "Monopolistic Cartel" and "Government Coup-like" behaviors. Thousands of articles and investigations detail the fact that Google, "essentially" ran the Obama White House and provided over 80% of the key White House staff. A conflict-of-interest unlike any in American history. Google's investors personally told Victim they would "kill him". Google and the Obama Administration were "the same entity". Victim testified in the review that got Michelle Lee terminated and uncovered a tactical political and social warfare group inside Google who were financed by Federal and State funds.

**2021S - Documented Attack Incident On Plaintiffs':**  "Honeytraps" and moles were employed by the attackers. In this tactic, people who covertly worked for the attackers were employed to approach the "target" in order to spy on and misdirect the subject. The State-Sponsored Spies And Hired Character Assassins Of Match.com.Plaintiffs' employed some of the founder's of Match.com and has intimate knowledge of the Match.com organization's intelligence and dirty tricks sub-set. Over 1000 profiles on Match.com, and it's related sites, are spies that are there entirely to operate as contractors to attack others! Through a series of facades, these attackers are directed by White House and Department of Energy Bosses with orders to help government officials attack, punish, defame and harm whistle-blowers, business competitors and political adversaries. Since 2008, one San Francisco business man has recorded over 20 of these spy girls recording him and reporting back to his competitor. He has placed a private investigation firm on long-term contract to hunt down and prosecute these spider-women who sell entrapment services and operate under cover of Match.com's guise.

While naive readers may laugh at such a claim, there is now public record proof that a network of activists, aided by a British former spy, mounted a campaign during the Trump administration, using Match.com, to discredit perceived enemies of President Donald Trump inside the government, according to documents and people involved in the operations.

The campaign included a planned sting operation against Trump's national security adviser at the time, H.R. McMaster, and secret surveillance operations against FBI employees, aimed at exposing anti-Trump sentiment in the bureau's ranks.

The operations against the FBI, run by the conservative group Project Veritas, were conducted from a large home in the Georgetown section of Washington that rented for $10,000 per month. Female undercover operatives arranged Match.com dates with the FBI employees with the aim of secretly recording them making disparaging comments about Trump.

The campaign shows the obsession that some of Trump's allies had about a shadowy "deep state" trying to blunt his agenda — and the lengths that some were willing to go to try to purge the government of those believed to be disloyal to the president.

Central to the effort, according to interviews, was Richard Seddon, a former undercover British spy who was recruited in 2016 by security contractor Erik Prince to train Project Veritas operatives to infiltrate trade unions, Democratic congressional campaigns and other targets. He ran field operations for Project Veritas until mid-2018.

Last year, The New York Times reported that Seddon ran an expansive effort to gain access to the unions and campaigns and led a hiring effort that nearly tripled the number of the group's operatives, according to interviews and deposition testimony. He trained operatives at the Prince family ranch in Wyoming.

The efforts to target American officials show how a campaign once focused on exposing outside organizations slowly morphed into an operation to ferret out Trump's perceived enemies in the government's ranks.

Whether any of Trump's White House advisers had direct knowledge of the campaign is unclear, but one of the participants in the operation against McMaster, Barbara Ledeen, said she was brought on by someone "with access to McMaster's calendar."

At the time, Ledeen was a staff member of the Senate Judiciary Committee, then led by Sen. Chuck Grassley, R-Iowa.

This account is drawn from more than a dozen interviews with former Project Veritas employees and others familiar with the campaign, along with current and former government officials and internal Project Veritas documents.

The scheme against McMaster, revealed in interviews and documents, was one of the most brazen operations of the campaign. It involved a plan to hire a woman armed with a hidden camera to capture McMaster making inappropriate remarks that his opponents could use as leverage to get him ousted as national security adviser.

Although several Project Veritas operatives were involved in the plot, it is unclear whether the group directed it. The group, which is a nonprofit, has a history of conducting sting operations on news organizations, Democratic politicians and advocacy groups.

The operation was ultimately abandoned in March 2018 when the conspirators ended up getting what they wanted, albeit by different means. The embattled McMaster resigned on March 22, a move that avoided a firing by the president who had soured on the three-star general.

Project Veritas did not respond to specific questions about the operations. On Thursday, James O'Keefe, the head of the group, said this article was "a smear piece."

Neither Seddon nor Prince responded to requests for comment. McMaster declined to comment.

When confronted with details about her involvement in the McMaster operation, Ledeen insisted that she was merely a messenger. "I am not part of a plot," she said.

The operation against McMaster was hatched not long after an article appeared in BuzzFeed News about a private dinner in 2017. Exactly what happened during the dinner is in dispute, but the article said that McMaster had disparaged Trump by calling him an "idiot" with the intelligence of a "kindergartner."

That dinner, at an upscale restaurant in downtown Washington, was attended by McMaster and Safra Catz, the chief executive of Oracle, as well as two of their aides. Not long after, Catz called Donald McGahn, then the White House counsel, to complain about McMaster's behavior, according to two people familiar with the call.

White House officials investigated and could not substantiate her claims, people familiar with their inquiry said. Catz declined to comment, and there is no evidence that she played any role in the plot against McMaster.

Soon after the BuzzFeed article, however, the scheme developed to try to entrap McMaster: Recruit a Match.com woman to stake out the same restaurant, Tosca, with a hidden camera. According to the plan, whenever McMaster returned by himself, the woman would strike up a conversation with him and, over drinks, try to get him to make comments that could be used to either force him to resign or get him fired.

Who initially ordered the operation is unclear. In an interview, Ledeen said "someone she trusted" contacted her to help with the plan. She said she could not remember who.

"Somebody who had his calendar conveyed to me that he goes to Tosca all the time," she said of McMaster.

According to Ledeen, she passed the message to a man she believed to be a Project Veritas operative during a meeting at the University Club in Washington. Ledeen said she believed the man provided her with a fake name.

By then, McMaster already had a raft of enemies among Trump loyalists, who viewed him as a "globalist" creature of the so-called deep state who was committed to policies they vehemently opposed, like remaining committed to a nuclear deal with Iran and keeping American troops in Afghanistan.

The president often stoked the fire, railing against national security officials at the CIA, FBI, State Department and elsewhere who he was convinced were trying to undermine him. These "unelected deep-state operatives who defy the voters to push their own secret agendas," he said in 2018, "are truly a threat to democracy itself."

Seddon recruited Tarah Price, who at one point was a Project Veritas operative, and offered to pay her thousands of dollars to participate in the operation, according to interviews and an email written by a former boyfriend of Price and sent to Project Veritas Exposed, a group that tries to identify the group's undercover operatives.

The May 2018 email, a copy of which was obtained by The Times, said that Price was "going to get paid $10,000 to go undercover and set up some big-name political figure in Washington." It was unclear who was funding the operation. Price's former boyfriend was apparently unaware of the target of the operation, or that McMaster had been forced to step down in March.

Two people identified the political figure as McMaster. Price did not respond to requests for comment.

Ledeen was a longtime staff member for the Judiciary Committee who had been part of past operations in support of Trump. In 2016, she was involved in a secret effort with Michael Flynn — who went on to become Trump's first national security adviser — to hunt down thousands of emails that had been deleted from Hillary Clinton's private email server.

Barbara Ledeen is married to Michael Ledeen, who wrote the 2016 book "The Field of Fight" with Flynn. She said she retired from the Senate earlier this year.

After Flynn resigned under pressure as national security adviser, Trump gave the job to McMaster — inciting the ire of loyalists to Flynn.

Ledeen posted numerous negative articles about McMaster on her Facebook page. After The Times published its article about Prince's work with Project Veritas, she wrote on Facebook, "We owe a lot to Erik Prince."

Seddon first came to know Prince in the years after the Sept. 11, 2001, attacks, when he was stationed at the British Embassy in Washington and Prince's company, Blackwater, was winning large American government contracts for work in Afghanistan and Iraq. Former colleagues of Seddon said he nurtured a love of the American West, and of the country's gun culture.

He is married to a longtime State Department officer, Alice Seddon, who retired last year.

After Seddon joined Project Veritas, he set out to professionalize what was once a small operation with a limited budget. He hired former soldiers, a former FBI agent and a British former commando.

Documents obtained by The Times show the extent that Seddon built espionage tactics into training for the group's operatives — teaching them to use deception to secure information from potential targets.

The early training for the operations took place at the Prince family ranch near Cody, Wyoming, and Seddon and his colleagues conducted hiring interviews inside an airport hangar at the Cody airport known locally as the Prince hangar, according to interviews and documents. Prince is the brother of Betsy DeVos, who served as Trump's education secretary.

During the interview process, candidates fielded questions meant to figure out their political leanings, including which famous people they might invite to a dinner party and which publications they get their news from.

After finishing the exercises, the operatives were told to burn the training materials, according to a former Project Veritas employee.

Project Veritas also experienced a windfall during the Trump administration, with millions in donations from private donors and conservative foundations. In 2019, the group received a $1 million contribution made through the law firm Alston & Bird, according to a financial document obtained by The Times. The firm has declined to say on whose behalf the contribution was made.

That same year, Project Veritas also received more than $4 million through DonorsTrust, a nonprofit used by conservative groups and individuals.

Around the time McMaster resigned, Seddon pushed for Project Veritas to establish a base of operations in Washington and found a six-bedroom estate near the Georgetown University campus, according to former Project Veritas employees. The house had a view of the Potomac River and was steps from the dark, narrow staircase made famous by the film "The Exorcist."

The group used a shell company to rent it, according to Project Veritas documents and interviews.

The plan was simple: Use undercover operatives to entrap FBI employees and other government officials who could be publicly exposed as opposing Trump.

The group has previously assigned Match.com female operatives to secretly record and discredit male targets — sometimes making first contact with them on dating apps. In 2017, a Project Veritas

operative also approached a Washington Post reporter with a false claim that a Senate candidate had impregnated her.

During the Trump administration, the FBI became an attractive target for the president's allies. In late 2017, news reports revealed that a senior FBI counterintelligence agent and a lawyer at the bureau who were working on the Russia investigation had exchanged text messages disparaging Trump.

The president's supporters and allies in Congress said the texts were proof of bias at the FBI and that the sprawling Russia inquiry was just a plot by the "deep state" to derail the Trump presidency.

Project Veritas operatives created fake profiles on Match.com dating apps to lure the FBI employees, according to two former Project Veritas employees and a screenshot of one of the accounts. They arranged to meet and arrived with a hidden camera and microphone.

Women living at the house had Project Veritas code names, including "Brazil" and "Tiger," according to three former Project Veritas employees with knowledge of the operations. People living at the house were told not to receive mail using their real names. If they took an Uber home, the driver had to stop before they reached the house to ensure nobody saw where they actually lived, one of the former Project Veritas employees said.

One woman living at the house, Anna Khait, was part of several operations against various targets, including a State Department employee. Project Veritas released a video of the operation in 2018, saying it was the first installment in "an undercover video investigation series unmasking the deep state."

In the video, O'Keefe said Project Veritas had been investigating the deep state for more than a year. He did not mention efforts to target the FBI.

O'Keefe has long defended his group's methods. In his 2018 book, "American Pravda," O'Keefe wrote that a "key distinction between the Project Veritas journalist and establishment reporters" is that "while we use deception to gain access, we never deceive our audience."

The Match.com spy scam was created by the Obama White House and used massively in the post 2008 time period but Erik Prince copied the process for the Trumps.

- Match calls itself an "online dating service", but it is really a spy operation, with web sites serving over 50 countries in twelve languages.[citation needed] Its headquarters are in Dallas, Texas. The company has offices in Dallas, West Hollywood, San Francisco, Tokyo, Rio de . The Match consortium sells it's data to the CIA, FBI, NSA, IRS, DEA and DNC via Axciom and other data brokers. The USPS social media surveillance service uses it to hunt political party members who oppose the Obama Administration.

While you may know that Chelsea Clinton is part of it, the whole tale is much more sordid.

In 1993, Match.com was founded by Gary Kremen and Peng T. Ong in San Francisco.[2][3][4] At the beginning, Match.com was the name of the website, while the company that operated it was formally named Electric Classifieds Inc.[2] Early on, Kremen was assisted by Ong and Steve Klopf, who helped in the design of the initial system, and Simon Glinsky, who co-wrote its business plan, developed product designs including matching criteria, services to LGBT communities, created business models and rollout marketing strategies and made early hires.[5] Fran Maier later joined the company as its director of marketing.[5] According to a retrospective from The Atlantic, Maier helped to implement Match.com's business strategy, which included a subscription model and the inclusion of diverse communities, including women, technology professionals, and the lesbian, gay, bisexual, and transgender communities.[5] Match.com went live as a free beta in early 1995, and was first profiled in Wired magazine that same year.[4][2]

Gary Kremen and Steve Klopf are shown in California public records as 2544 Re, LP which is a California Domestic Limited Partnership filed On April 13, 2007. The company's filing status is listed as Active and its File Number is 200710300012.

The Registered Agent on file for this company is Steve Klopf (Later with the highly sexually driven IDEO design group, where staff members sleep with each other ) and is located at 23 Jules Avenue, San Francisco, CA 94112. The company's mailing address is 23 Jules Avenue, San Francisco, CA 94112.

The company has 2 principals on record. The principals are Gary Kremen from San Diego CA and Steve Klopf from San Francisco CA. Gary Kremen was marketing SEX.COM.

From it's very roots, perversion and dirty money fueled the fires.

David Lawlor published a report about how the sick story of early Match.com as Sex.com reads like a bad Hollywood movie script.

The California public records record:

"Kremen, Father & Partners, LLC is a California Domestic Limited-Liability Company filed On May 13, 1999. The company's filing status is listed as Canceled and its File Number is 199913710035.

The Registered Agent on file for this company is Philip Father and is located at 50 California St, Ste 2000, San Francisco, CA 94111. The company's principal address is 50 California St, Ste 2000, San Francisco, CA 94111 and its mailing address is 50 California St, Ste 2000, San Francisco, CA 94111.

The company has 2 principals on record. The principals are Gary Kemen from San Francisco CA and Philip Father from San Francisco CA." Philip Father And Gary Kremen had a Victorian building on 3rd Street in the Portrero Hill neighborhood in San Francisco, not far from Nancy Pelosi's "Goat Hill Pizza". All of their files got leaked. So the story goes...

Boy gets domain name, boy loses domain name, boy gets domain name back. Add in millions of dollars flying about, a possible run-in with Mexican authorities and, naturally, a climactic courtroom finale.

But real life is always stranger than fiction, and the case of Gary Kremen versus Stephen Michael Cohen et alia is no different. No movie could fully reveal the oddities and quirks of the case of the disputed Sex.com domain name.

A trial in a San Francisco court Thursday will bring the two men together, both hoping for very different endings to the tale.

The story begins in 1994 when Gary Kremen registered the name Sex.com with domain name registrar Network Solutions (NSOL), for free and without any official contract -- the way things were often done in the early days of the Web. At the time, the Internet was in its infancy -- Amazon.com (AMZN: Research, Estimates) was still a year away.

After successfully launching the online dating service Match.com, Kremen turned his entrepreneurial attention to Sex.com. He hadn't developed a Web site to accompany the Sex.com nomenclature immediately after registering it. The domain name had sat empty.

While Kremen was busy developing his online dating service and registering Sex.com, Stephen Michael Cohen sat in federal prison serving a 42-month sentence for bankruptcy fraud. The prior felon had orchestrated a number of impersonation and deception schemes in the past. Cohen finished his bankruptcy fraud term in February 1995, and left federal prison.

Then the tale's first plot twist began. In October 1995, Network Solutions received a letter from a company called Online Classifieds Inc. stating that control of the Sex.com domain name was to be turned over to Cohen. The writer of the letter is listed as Sharyn Dimmick.

Dimmick, who was Kremen's roommate until April 1995, did not know Cohen, says Kremen's lawyer Pamela Urueta of San Francisco-based Kerr & Wagstaffe LLP.

Network Solutions obliged and transferred control of the domain name to Cohen.

Following the transfer, Online Classifieds Inc. informed Network Solutions that all correspondence would have to take place via mail or telephone -- because Online Classifieds Inc. did not have Internet access, Urueta says. Online company, no Internet access.

Following the transfer, Cohen developed the Sex.com Website and turned it in to a multimillion dollar venture. How many millions? It's hard to tell, because Cohen has refused to supply the court with accounting information for the Web site.

But the online pornography sector averaged $2.7 million per day in earnings in 1999, according to a U.S. House of Representatives report. The Internet pornography industry also represents the most consistently successful e-commerce product on the Web.

However, despite the huge amount of cash the Web site was generating, something was rotten in the land of online titillation. Kremen learned from a friend that Sex.com was operating as a pornographic Web site, he says. Attorneys were called, a lawsuit was filed, and the most bizarre domain name battle in the Internet's short history began.

The first item in question was the letter written to Network Solutions with Dimmick listed as the author. Urueta believes Cohen saw the Internet was becoming a global phenomenon after his release from prison and decided Sex.com could be a lucrative domain name on which to base a business. After finding the name was already taken, Urueta says, Cohen decided to deceptively gain control of the Web property.

She contends that Cohen forged the letter after learning who Dimmick was, as the first step in his plot to take over the domain name. Cohen's lawyer, Robert Dorband of the law firm DuBoff Dorband Cushing and King in Portland, Ore., says Cohen did not forge the letter.

In the end it didn't matter who authored the transfer memo, because in November 2000, the U.S. District Court in San Jose found the letter was fraudulent and therefore the transfer of Sex.com from Kremen to Cohen was void. Sex.com was Kremen's again.

But Cohen argued that the letter and the court's view was irrelevant. He now claimed Sex.com was his before Network Solutions received the letter from Dimmick. In fact, Cohen said he had been using the Sex.com name as long ago as 1979.

Before heading to federal prison, Cohen had run a bulletin board for swingers and operated it from 1979 into the 1980s. One of the areas on the bulletin board used the three-letter file extension ".com" and was preceded by the word "sex," Dorband says.

Trademark law does not require one to register a name to own it, but simply to use the name for a period of time. Citing that law, Cohen claimed that since he had used the term Sex.com since 1979, the moniker was his.

The judge didn't buy it.

For Kremen, the only matter remaining now was the amount of money he should be rewarded from the Web site's earnings while under Cohen's leadership. At the November 2000 hearing, Judge James Ware ordered Cohen, along with two other corporate defendants, to place $25 million in the court's control, pending final judgment and assessment of damages. The judge also ordered Cohen not to transfer any assets.

It's a very strange case. Kremen was big with the Jerry Brown and Gavin Newsom crew and set about pitching himself as a "Green Energy Guru" for Sacramento. Steve Klopf got a job at IDEO Design after that gig, where is bosses have asked staff not to mention the SEX.COM thing.

In defiance of those two orders, Cohen did not place $25 million in the court's bank and did transfer money to accounts outside of the United States, says Urueta. She adds that Cohen has been sending money to banks in Luxembourg and other such countries for some time in order to avoid seizure of his assets. Cohen's lawyer confirms that the $25 million was not placed, and that money was transferred after the court order.

Cohen was held in contempt on March 5 for violating the court's orders and for failing to appear in court on another date. The judge's decision steming from those violations will disallow Cohen to present evidence at the trial scheduled Thursday. The judge also issued a warrant for Cohen's arrest for failing to comply with court orders.

Cohen could not be reached for comment. Network Solutions declined requests for an interview.

Gary Kremen  "It's a very strange case," says Dorband. "It has some unusual characters, who really are more alike than they are different. I think if they [Kremen and Cohen] had met each other in some different forum they would actually be friends."

Since Kremen has regained control of Sex.com, he says he has toned down the nature of the content and may eventually shift the Web site's focus away from pornography and make it an educational property.

"I still need to figure out exactly what's going on with it [the Web site]," Kremen says. "But I don't really want it to be a porno site."

Dorband says the case sets no real precedent for future domain name battles.

"This whole case is really an anomaly," Dorband says. "Everything happened when, for a brief time, Network Solutions had no written agreement with its customers. Now, with contracts, you also have property rights to your domain name. If that would have been the case to start with, then who knows what might have happened in this situation.

Founder Kremen left the company in March 1996, after disagreements with venture capitalists.[6] In 1997, Match.com was purchased by Cendant, who then sold it to IAC in 1999.[7]

In September 2001, Match.com partnered with AOL and MSN, with the idea that Love@AOL and MSN Dating and Personals would allow a more diverse audience to gain access to Match.com.[8]

In 2002 and early 2003, Match.com's then CEO, Tim Sullivan, expanded Match.com into local dating with a service called MatchLive, where daters would meet in a public location for social activities and a form of speed dating.[9][10]

In September 2004, Jim Safka replaced Sullivan as CEO.[11] Safka was replaced as CEO by Thomas Enraght-Moony in 2007.[12][better source needed]

On November 10, 2005, a class action was filed by Matthew Evans against Match.com in federal court in Los Angeles alleging that Match.com employed fake members to send emails and go on dates with paying members. The suit was repudiated by IAC as baseless, and was later dismissed by the United States District Court for the Central District of California on April 25, 2007.[13] Similar suits were filed in June 2009 and December 2010, with the judges ruling that Match.com did not break user agreements.[14][15]

Do you see the trend here, yet? Match.com was forged in creepiness and built on slime-ball people with sinister motivations.

In January 2006, Match.com hired Dr. Phil McGraw as a celebrity spokesman.[16]

In February 2021, Match Group acquired Hyperconnect, a technology company based in Seoul, Korea, for $1.73 billion.[17]

In February 2009, IAC incorporated Match Group as a conglomerate of Match.com and other dating sites it owned.[18] Also in February, it was announced that Match.com's European operations would be sold to Meetic for 5 million Euros and a reported twenty-seven percent interest in the company. [19] At the same time that this sale was announced, the current CEO Thomas Enraght-Moony stepped down, while IAC's (Match.com's parent company) Executive VP and General Counsel, Greg Blatt, took his place.[20]

In July 2009, Match.com acquired People Media, which powered AOL Personals and operated BlackPeopleMeet.com and OurTime.com, from American Capital for $80 million.[21] The following

year, Match.com acquired SinglesNet, another dating site.[22] In December 2010, Match.com's CEO Greg Blatt was made CEO of parent company IAC.[20]

In 2012, Match.com bought OkCupid, and Sam Yagan, OkCupid's co-founder and CEO, became CEO of Match Group.[23] That same year, Match.com announced Stir, an events service that was to offer local events each month for Match.com members to attend.[24]

In April 2014, Match.com launched an updated mobile app with a feature called "Stream" which used location to match people based upon photographs, using similar algorithms as the mobile dating app Tinder.[25] The platform's membership auto-billing method has been criticized by customers for the lack of transparency.[26]

In 2017, Yagan was replaced by Mandy Ginsberg as the CEO of Match.com's parent company, Match Group.[27]

A woman claiming she was raped by another person she met on Match.com sued the site in 2011. [28] The woman and her lawyer wanted Match.com to start doing background checks on their users in order to prevent registered sex offenders from using the site. Match.com has responded that it would create many problems trying to get background information from all their users.[29] Days after the lawsuit was filed, Match.com announced that the site would begin screening new members.[30]

From 2011 to 2014, a man described by British police as a "sexual predator" contacted thousands of women through the website. He raped five of them. In March 2016 Derby Crown Court heard that four of the Plaintiffs' complained about the man to Match.com; one of the women was told that administrators could not do anything because he had not sent abusive messages through the site.[31] [32]

IAC is an American holding company that owns brands across 100 countries, mostly in media and Internet.[2] The company is headquartered in New York City[3] and incorporated in Delaware.[4] Joey Levin, who previously led the company's search & applications segment,[5] has served as Chief Executive Officer since June 2015.[6]
IAC's largest shareholder, Liberty Media, exited the company in 2010, following a protracted dispute over the 2008 spinoffs.[54][55] Liberty traded its IAC stock for $220 million in cash, plus ownership of Evite and Gifts.com.[54] On the same day, Diller stepped down as CEO, though he remained as chairman and Match.com CEO Greg Blatt was appointed to succeed him.[54] That same year, IAC acquired dating site Singlesnet[56] and fitness site DailyBurn.[57]

In January 2013, IAC acquired online tutoring firm Tutor.com.[58] On August 3, 2013, IAC sold Newsweek to the International Business Times on undisclosed terms.[59] On December 22, 2013, IAC fired their Director of Corporate Communications, Justine Sacco after an AIDS joke she posted to Twitter went viral,[60] being re-tweeted and scorned around the world.[61] The incident became a byword for the need for people to be cautious about what they post on social media.[62]

In 2014, IAC acquired ASKfm for an undisclosed sum.[63]

November 2015, IAC and Match Group announced the closing of Match Group's previously announced initial public offering.[64]

93

In May 2017, HomeAdvisor combined with Angie's List, forming the new publicly traded company ANGI Homeservices Inc. The company made its stock market debut in October 2017. In October 2018, the ANGI made its first acquisition of on-demand platform Handy.[65]

In July 2019, IAC made its largest investment ever in the world's largest peer-to-peer car sharing marketplace, Turo. Later that year, IAC acquired Care.com.[66] In December 2019, IAC and Match Group entered into an agreement providing for the full separation of Match Group from the remaining businesses of IAC.[67]

In January 2020, IAC withdrew its financial backing for CollegeHumor and its sister websites and sold the websites to Chief Creative Officer Sam Reich. As a result of the restructuring, more than 100 employees of CollegeHumor were laid off.[68] In February, IAC completed its $500 million acquisition of Care.com.[69]

The Clinton Family own an interest in this operation. Anytime you are trying to date on Match.Com think about Chelsea Clinton and her Friend Ghislaine Maxwell ready your emails and texts on the Match.com servers.

The people that work in the lower staff ranks at Match are generally high-strung leftists woke rights activists who are not old enough to have fully developed brains. They party in clusters in sports bar and  loud music club scenes and reinforce a party culture. They are mostly female and embrace "influencers", "Instagram postings" and casual dating. They have a higher tatoo volume than the average corporation.

In July 2020, IAC and Match Group announced the successful completion of the separation of Match Group from the remaining businesses of IAC. As a result of the separation, Match Group's dual class voting structure was eliminated and the interest in Match Group formerly held by IAC is now held directly by IAC's shareholders. As of the separation, "new" IAC trades under the symbol "IAC" and "new" Match Group under the symbol "MTCH." [70]

In August 2020, IAC announced[71] it had invested a 12% stake in MGM Resorts International.

Match Group, Inc. is an American internet and technology company headquartered in Dallas, Texas.[2] It owns and operates the largest global portfolio of popular online dating services including Tinder, Match.com, Meetic, OkCupid, Hinge, PlentyOfFish, Ship, and OurTime totalling over 45 global dating companies.[3] The company was owned by parent company IAC and in 2019, the company had 9.283 million subscribers, of which 4.554 million were in North America.[1] In July 2020, Match Group became a separate, public company.

Match.Com and Attack service: Gawker Media/Gizmodo Media trade Staffer Ian Fette back and forth to share mass computerized political attack and political defamation tools developed at both outfits. In February 2009, IAC incorporated Match Group as a conglomerate of Match.com and other dating sites it owned.[1][4] In July 2009, Match Group's Match.com acquired People Media from American Capital for $80 million in cash. People Media operated dating sites BlackPeopleMeet.com and OurTime, which became part of Match Group's portfolio, and powered AOL Personals.[5] In February 2010, Match.com acquired dating site Singlesnet.[6] In February 2011, Match Group acquired OkCupid for $50 million. OkCupid was the first free, advertising-based product added to the Match Group portfolio.[7]

In 2012, online dating application Tinder was founded within Hatch Labs, a startup incubator run by parent company IAC.[8] The application allowed users to anonymously swipe to like or dislike other profiles based on their photos, common interests and a small bio.[9] On November 19, 2015, the company became a public company via an initial public offering.[10]

In 2017, Match Group launched Tinder Gold, which established Tinder as the highest grossing non-gaming app globally.[8] In the summer of 2017, the company offered to acquire Bumble for $450 million.[11]

In January 2018, Mandy Ginsberg, formerly the CEO of Match North America, replaced Greg Blatt as CEO of the company.[12]

In June 2018, Match Group acquired 51% ownership in dating app Hinge.[13] The acquisition was intended to help diversify Match's portfolio and appeal to a wider array of singles. In February 2019, Match Group fully bought out the company.[14][15]

In July 2018, Match Group launched a Safety Advisory Council comprising a group of experts focused on preventing sexual assault across its portfolio of products. The council included #MeToo movement founder Tarana Burke and worked with organizations like the Rape, Abuse & Incest National Network (RAINN) and the National Sexual Violence Resource Center.[16]

In August 2018, Tinder co-founder Sean Rad filed a $2 billion lawsuit against Match Group, claiming that Match Group and its parent company IAC purposely undervalued Tinder to avoid paying out stock options to the company's original team.[17] Rad and his co-Plaintiffs's also accused the former Tinder CEO, Greg Blatt, of sexual harassment.[18] The company said that the allegations are "meritless".[19] In October 2019, Blatt filed a defamation lawsuit against Rad and Tinder founding member Rosette Pambakian seeking at least $50 million in damages.[20][21]

In January 2019, Match Group partnered with media brand Betches to launch a dating app, called Ship, that allowed users to help their friends pick out potential dates.[22]

In August 2019, the company acquired Harmonica, an Egyptian online dating service.[23][24][25][26]

In January 2020, Match Group announced an investment and partnership with safety platform Noonlight. The partnership incorporated new safety tools in Match Group's products, including emergency assistance, location tracking and photo verification.

In January 2020, Mandy Ginsberg stepped down as chief executive officer due to personal reasons.[27][28][29] Shar Dubey, then President of Match Group, became the CEO of the company effective March 1, 2020.[30][31]

In March 2020, Match Group became the first tech company to support the Earn It Act of 2020, a bipartisan bill to combat online child sexual exploitation.[32]

In July 2020, the company completed the separation from IAC. The separation was the largest ever for IAC, as Match Group then had a market capitalization of $30 billion.[33] After the separation, four new members joins Match Group's board of directors: Stephen Baily, Melissa Brenner, Ryan Reynolds and Wendi Murdoch[34][35][36]

In August 2020, amidst the Covid-19 pandemic, Match Group reported growing profit and revenue and surpassed 10 million subscribers across its portfolio.[37]

In September 2020, Match Group joined others companies like Spotify and Epic Games to form the Coalition for App Fairness. The purpose is to combat Apple over its app store policies.[38][39]

In February 2021, Match Group announced that it would be acquiring Seoul, Korea-based social network company Hyperconnect for $1.73 billion in both cash and stock.[40] This deal is reportedly Match Group's largest acquisition to date.

Also in February 2021, Match Group took legal action against dating app Muzmatch, the online Muslim dating app, calling the app a "Tinder Clone". [41]

In 2019, the company was sued by the U.S. Federal Trade Commission (FTC) for allegations of unfair and deceptive trade practices. According to the FTC's civil complaint, the company used fake love interest ads to encourage free users to pay for premium subscription services on Match.com. Accounts that were flagged as suspicious or potentially fraudulent by the site were prevented from messaging paid subscribers but were allowed to continue messaging free users who were tricked into believing that the suspicious accounts were real users encouraging them to subscribe and connect with them. The company denied the allegations. The FTC further alleged that the company offered false promises of guarantees, failed to provide support to customers who unsuccessfully disputed charges, and made it overly difficult for users to cancel their subscriptions, which Match Group disputed as cherry-picked and misrepresenting internal emails.[42][43][44][45][46] In September 2020, it was reported that the Department of Justice had closed its investigation into the FTC complaint.[47]

**The Dating Sub Sites they use and spy from:**

- **Ablo**
- **Amourex**
- **Black People Meet**
- **BLK**
- **Chispa**
- **Disons Demain**
- **Hawaya (formerly Harmonica)**
- **Hinge**
- **Lexa.nl**
- **Love Scout 24**
- **Match.com**
- **Meetic**
- **neu.de**

- **OkCupid**
- **OurTime**
- **Pairs**
- **ParPerfeito**
- **Plenty of Fish**
- **Ship**
- **Tinder**
- **Twoo**

•And any other facades that these digital manipulators pop up with.

**2021T - Documented Attack Incident On Plaintiffs':** Gawker Media, Gizmodo Media, Snopes, SPLC and other hired media assassins were retained to produce "hatchet job" character assassination articles about victim. Then those articles were faxed, mailed and emailed to Kaiser Permanente and investors with a note saying: "You don't want to have anything to do with this person, do you..?" in order to get victim fired from their job and get victim's loans or financing pulled. The attackers use their round one attack media, that they authored, to create a round two second wave attack designed to end victim's life status via economic warfare.

**2021U - Documented Attack Incident On Plaintiffs':**  Mortgage and rental applications had red flags added to them in databases to prevent the targets from getting homes or apartments.

**2021V - Documented Attack Incident On Plaintiffs':** Krebs On Security, Wired, Ars Technica, The Wall Street Journal and most major IT publications have reported that hundreds of spy "back-doors" have been found on every Intel, AMD, Apple, Xfinity, Cisco, Microsoft, Juniper Networks motherboard, chip-set and hardware component set. This means that the attackers used a "key" code can open any of Plaintiffs' computer, server, router, cloud-network or other network connected device and read every file, photo, video, your calendar and email on devices at any time from any location on Earth. This has been widely reported on by Glenn Greenwald, Edward Snowden, Scahill, Cheryl K of CBS News and others. Victim was hacked at least 10 times. In a number of instances, people, who victim had been communicating with online, were mysteriously contacted by a third party who sent them the Gizmodo attack article or phoned them with warnings to avoid victim. These kinds of Man-In-The-Middle interceptions would only have been possible from hacking and MITM surveillance tactics.

**2021W - Documented Attack Incident On Plaintiffs':** McCarthy-Era "Black-lists" were created and employed against target Plaintiffs' who competed with Obama Administration executives and their campaign financiers to prevent them from getting funding and future employment. This White House process is known as "RatFucking", a tactic that is documented in a variety of published reports and on Wikipedia.

---

**2021X - Documented Attack Incident On Plaintiffs':** The housing rights of Victim were stalled in reprisal. Public records show that tens of thousands of other Plaintiffs' were moved ahead of victim even though victim's validation metrics exceeded those of almost every other Victim. Victim was "black-listed". Federal law enforcement, the United States Congress and the highest level investigators in the U.S., and abroad, have documented (per the "FISA Memo", Congressional Reports and federal employee testimony) and proven the fact that the Obama Administration regularly engaged in the operation of retribution, vendetta and reprisal campaigns known as "hit-jobs" against domestic natural born U.S. citizen domestic taxpayers. The Federal Court, in at least one previous court case, has ruled that the corporation in which victim was an investor, in this particular matter, were the Plaintiffs' and target of a number of these attacks designed to inflict permanent medical, emotional, character assassination, brand negation, economic and career damage.

---

# Attack Notes:

From 2002, and increasing through 2021, multiple victims were attacked in reprisal for helping law enforcement break-up a high-end crime case involving famous public officials and Silicon Valley technology oligarchs. One of the Plaintiffs' was attacked and fully disabled in 2008. (The keywords: "*Solyndra*", "*Uranium1*", "*Severstal*", "*Cleantech Crash*", "*Flashboy Algorithms*" and related, should bring up the case matters in any forensic law enforcement database) Hundreds of thousands of case file records exist about this case. ***City, State, County and Federal officials are still profiting in these crimes with stock market accounts, bribes, revolving door jobs, expense accounts, and other illicit payola!*** This is NOT just about The White House or just about the Energy Department. Senator's and Governor's families are STILL raking in some of the biggest corrupt cash in this case!

*"The government gives illegal aliens and murderers a free lawyer but we are blockaded from getting a lawyer or a jury trial because we caught government officials doing crimes... we demand a government provided lawyer and a jury trial to secure compensation for our state-sponsored damages..."*

FBI, OSC and Congressional investigators have stated that *"only the White House had the capacity to order, finance and operate these illegal attacks (SEE THE LIST OF ATTACKS, BELOW), harms and damages, in political reprisal, against the Plaintiffs'. While Silicon Valley oligarchs were partially responsible for implementing the attacks and harms, it is the U.S. Government who is responsible for compensating the Plaintiffs' for the various harms because they defrauded the Plaintiffs'... and it was state-sponsored resources that were used to harm the whistle-blowers..."*

*The remaining Plaintiffs' have stated: "...The other Plaintiffs' of this crime have received over $45,000,000.00 in damages payments. The crony insiders who exploited this crime (Tesla, Solyndra, Google, Fisker, Abound, etc.) have pocketed billions in profits. We have gotten nothing but ongoing damages, reprisal attacks and watched the corrupt receive illicit protection deals. Enough is enough.."*

# State Sponsored Revenge And Reprisal Programs Are Operated By Public Officials

Agency staff were ordered to harm Applicants by manipulating their benefits in order to deny, delay, obfuscate and reduce their income as reprisal for their assistance to law enforcement in a political corruption and money laundering matter. Agency staff, ranging from the lowest level staff at the San Francisco, San Mateo, Los Angeles and Marin offices, and up to the director headquarters offices, participated in this reprisal-vendetta-revenge action to harm Applicants. Applicant's peers have filed DOJ and FBI criminal referrals, launched federal investigations and the assertions have been proven in numerous IG, FBI, Congressional and major news media investigations. Agency offices have failed to provide responsive FOIA requested data, hearing investigation data and fair responses because some of their staff are STILL operating a criminal cover-up which has now been update-reported to the FBI, Congress, the IG, the AG and investigative reporters.

Other federal agencies have complied, verified and provided the requested deliverables. SSA and DOE have pointed the searchlight of suspicion on themselves, laser-like, by their overt failure to comply, unlike every other agency. Ironically, the political financing of their executives and their personal relationships "happens" to be with the exact same Silicon Valley oligarchs under felony criminal investigations. The stock market brokerage records, family trust accounts, PAC trace-routing, Interpol records and SEC investigation records proves it!

Unfortunately for the crooked agency staff, some Applicants have the authority, law enforcement credentials and training to arrest any person at their home or office and remand them to the FBI, DOJ or Sheriff. SSA and DOE staff should not longer screw around! For example: Every "unsigned" SSA email is tracked to the individual author by their IP address, device IMEI, web camera, building key card, door camera, parking lot use chart, building camera, vehicle tracking circuits, text dba records, keyboard UI/UX patterns, motherboard ID #, DNS routing, stingray read-outs and a vast number of other metrics. Applicant investigation peers know the exact person that wrote every SSA email or document or file request. There is no such thing as an anonymous SSA email. Transparency is the Applicants middle name. The FBI and CIA people that SSA and DOE insiders think are their "buddies" may actually be the APPLICANTS buddies!

You will either give the Applicant his money and damages compensation, from his 2007 benefits filings, forward, or suffer the consequences of the rapid acceleration of one of the largest investigations in modern history, supported by millions of voters with a shared peer-to-peer forensics social media network, the FBI and Congress. With the push of a single button, our latest info can be in the inbox of every blogger and independent investigative journalist in the world, in minutes.

History has proven that non-corrupt portions of federal agencies and public service law and community action firms have executed on their willingness to expend millions of dollars of resources to fight this injustice. Every individual involved in this at SSA and DOE are on a forensic database. No person at SSA or DOE who uses our government as a garage sale for corruption favors or a kill mill for political reprisals will avoid the 100% legally executed consequences. They will be targeted and prosecuted even more profoundly than the Applicants waere targeted with IC-type hit jobs.

This felony criminal investigation case, is documented on thousands of websites and in dozens of federal court case records in which Applicant won the case or was vindicated in the case and in thousands of news websites. Applicants researchers and investigators disagree with any decision by any agency which causes a delay in response which puts the applicants in jeopardy for their life and safety. Testifying, and/or reporting about this crime has resulted in the death, potentially by murder, of the following individuals who reported to the authorities about this crime matter: Rajeev Motwani; Gary D. Conley; Seth Rich; Philip Haney; David Bird; Doug Bourn; Misti Epstein; Joshua Brown; Kenneth Bellando; Moritz Erhardt; Imran Aliev; Kate Matrosova; David Drye; Vincent Foster; Kathy Ferguson; Duane Garrett; Eric S. Fox; Judi Gibbs; Berta Caceres; Suzanne Coleman; L.J. Davis; John Hillyer; Stanley Huggins; Sandy Hume; Shawn Lucas; Gary Johnson; John Jones; John F. Kennedy, Jr.; Stephen Ivens; Mary 'Caity' Mahoney; Eric Butera; Danny Casolara; John Ashe; Tony Moser; Larry Nichols; Joseph Rago; Ron Brown; Bob Simon; Don Adams; Peter Smith; Victor Thorn; Lori Klausutis; Gareth Williams; Daphne Caruana Galizia; James D Johnston; Dave Goldberg; Loretta Fuddy; Paul Wilcher; Gary Webb; Beranton J. Whisenant Jr; Stanley Meyer; Jon Parnell Walker; Tyler Drumheller; Barnaby Jack; Dominic Di-Natale; Barbara Wise; Ilya Zhitomirskiy; Jeff Joe Black; Robin Copeland; John Wheeler; Ashley Turton; Michael Hastings; Antonin Scalia; David Koschman; David Werner; Alex Okrent; Kam Kuwata; Larry Frankel; And hundreds more connected to this case who suddenly, and strangely, turned up dead in this case and, ironically, their deaths all benefit the suspects in this case. Applicants are also whistle-blowers who have been previously attacked in reprisal and who have been threatened with continued harm and death.

Because this case involves a huge number of deaths, spies, trillions of dollars of energy industry funds, hit-jobs and epic political dirty tricks contracts there is a warning in effect to every suspect on "the list". "If any other principle whistle-blower in this case is killed, within 24 hours of their death, every person on "the list" will experience the worst possible outcome!"

Any delay, obfuscation, cover-up, FOIA refusal or other obscuring tactic by each and every member of an agency employee or contracting entity will be prosecuted on a person-by-person basis. Each employee or official who causes, by their action, further harm to the Applicants will be sued personally, have their assets garnished and will have a formal criminal referral authored and submitted to the FBI, DOJ, FTC, Congress and the news media. Applicants have sued the highest level personnel in the government for corruption, launched FBI and Congressional investigations against them and had them

removed from their jobs and placed under permanent surveillance. The court and news records prove this fact. Do not imagine that any reprisal action by a public agency staffer will go unnoticed or unpunished by federal law enforcement, public forensics and major independent news media investigations.

Pay the Applicants their damages compensation, whistle-blower fees, back-fees and offset monies NOW!

# Congressional Investigation Staff Notes

The DOE's decision to deny Plaintiffs' application was arbitrary and capricious. *See Pozzie v. United States Dep't of Hous. & Urban Dev.*, 48 F.3d 1026, 1029 (7th Cir. Ill. 1995).

Stephen Chu, Lachlan Steward, Matthew Rogers, Steve Spinner, and Dan Tobin denied Plaintiffs' Technology due process of law.

The Government breached confidential information

Plaintiffs' alleges indirect infringement, e.g. aiding and abetting – *but cf. Decca, Ltd. v. United States*, 225 Ct. Cl. 326, 335-336 (Ct. Cl. 1980) ("Activities of the Government which fall short of direct infringement do not give rise to governmental liability because the Government has not waived its sovereign immunity with respect to such activities. Hence, the Government is not liable for its inducing infringement by others, for its conduct contributory to infringement of others, or for what, but for section 1498, would be contributory (rather than  direct) infringement of its suppliers. Although these activities have a tortious ring, the Government has not agreed to assume liability for them. In short, under section 1498, the Government has agreed to be sued only for its direct infringement of a patent." Though, if there is aiding and abetting or conspiracy to infringe, there might be a federal tort claims act case.  *Zoltek III*, which limits the scope of § 1498(a) to direct infringement under § 271(a), is in error, and must be corrected. The Federal Circuit reinstated Zoltek's infringement claim against the United States and reversed the 2006 panel ruling that the United States cannot be liable on a takings theory in a patent case.

Plaintiffs' seeks open-public re-review of its denied application in hopes of finally obtaining a DOE loan guarantee for its electric car project with all reviewers identified for transparency.

Plaintiffs' understands that over $100M of funding is still available for Plaintiffs', that a far larger amount of Congressionally approved, yet unused, funding still sits in ATVM and Loan Guarantee cost centers at the U.S. Treasury, that Plaintiffs' is qualified for those funds on every merit and that the funding can be completed by a competent legal firm as it was for Ford, Fisker, Tesla, GM, Chrysler, Nissan, etc.

Minimum Quantified Damages: $205,000,000.00

# Reference Bibliography Proving The Existence Of The Asserted Systemized Corruption

The corruption practices, tactics and illicit deeds document in these items verify, mirror or expand on the case above; The following documents prove indisputably that an existing system of self-serving organized crime exists in the government:

Archer, Jules, The Plot To Seize The White House, (New York: Hawthorn Books, 1973

Brinkley, Alan, Voices of Protest, (New York: Alfred A. Knopf, Inc., 1982).

Butler, Smedley D., War Is A Racket, (New York: Round Table Press, 1935).

Cahn, Edmond, The Great Rights, (New York: Macmillan Co., 1963).

Ickes, Harold L., America's House of Lords: An Inquiry into the Freedom of the Press, (Rahway, N.J.: Harcourt, Brace & Co., 1939).

New York Times, February 16, 1935; March 26, 1935.

Schmidt, Hans, Maverick Marine, (Lexington, Ky.: University Press of Kentucky, 1987).

Sevareid, Eric, Not So Wild A Dream, (New York: Alfred A. Knopf, 1946).

Spivak, John L., "Wall Street's Fascist Conspiracy", New Masses, January 29, 1935, 9-15; February 5, 1935, (page numbers missing on the microfilm)..

Sacramento Bee, February 15, 1935.

San Francisco Chronicle, February 16, 1935.

Time, 24:23 [December 3, 1934].

U.S. House of Representatives, Special Committee on Un-American Activities, Investigation of Nazi Propaganda Activities and Investigation of Certain Other Propaganda Activities, Hearings 73-D.C.-6, Part 1, 73rd Cong., 2nd sess., (Washington, D.C.: Government Printing Office, 1935).

U.S. House of Representatives, Special Committee on Un-American Activities, Public Statement, 73rd Cong., 2nd sess., (Washington, D.C.: Government Printing Office, 1934).

Wolfskill, George, The Revolt of the Conservatives: A History of the American Liberty League, 1934-1940, (Boston: Houghton Mifflin Co., 1962).

wikipedia - https://en.wikipedia.org/wiki/List_of_historic_United_States_Marines -Remembering a Real American Hero: Smedley D. Butler

Remembering a Real American Hero: Smedley D. Butler. BY MANIFESTO JOE In an age of faux heroism, illustrated by the swagger and tough … http://www.beggarscanbechoosers.com/20[...]bering-real-american-hero-smedley.html

War is a Racket by Smedley Butler – YouTube - Nov 04, 2012 · Short Nonfiction Collection Vol. 018 by Various A collection of short nonfiction works in the public domain. The selections included in this collection …  https://www.youtube.com/watch?v=O8sUvpSdWfc

Smedley Butler: American Hero and Patriot – YouTube - Aug 14, 2011 - 18 min - Uploaded by rltmltThis video tells the whole story behind a fascist coup that was mounted against President … https://www.youtube.com/watch?v=tE6adoNR14U

Smedley Butler excerpt from the movie "The… cached - Apr 03, 2010 · Excerpt from the movie 'The Corporation' of Smedley Butler who found it perfectly acceptable to kill for profit his entire career, then blew the whistle on … https://www.youtube.com/watch?v=QQoBAc95tnw

A Forensic Soul Analysis On American Hero Major General Smedley … cached - Sep 19, 2015 - 53 min - Uploaded by Outer Limits Of Inner Truth Radio ShowSmedley Butler was a United States Marine Corps major general, the highest rank authorized … https://www.youtube.com/watch?v=BQv5o20uXTM

War Is A Racket, by Major General Smedley Butler,… cached - Smedley Darlington Butler. Born: West Chester, Pa., July 30, 1881 Educated: Haverford School Married: Ethel C. Peters, of Philadelphia, June 30, 1905  http://www.ratical.org/ratville/CAH/warisaracket.html

Memorial Day Remembrance of a True American Hero - Gen … cached - May 25, 2015 ... SMEDLEY BUTLER ON INTERVENTIONISM (Excerpt from a speech delivered in 1933 by Major General Smedley Butler USMC) War is just a … http://www.thomhartmann.com/users/blue[...]rue-american-hero-gen-smedley-d-butler

Business Plot - Wikipedia, the free encyclopedia - cached - The Business Plot was an alleged political conspiracy in 1933 in the United States. Retired Marine Corps Major General Smedley Butler claimed that wealthy businessmen … https://en.wikipedia.org/wiki/Business_Plot

General Smedley Butler, a real American hero | Welcome Travelers… cached  May 6, 2014 ... General Smedley Butler (1881-1940) spoke his mind without fear or favor. He thundered like a prophet, in plain old American English, and like … https://roadupward.wordpress.com/2014/[...]l-smedley-butler-a-real-american-hero/

Wall Street's Failed 1934 Coup -...cached - The American Liberty League vs. Gen. Smedley Butler ... COULD YOU IMAGINE LIFE WITHOUT COUNTERPUNCH? We don't like asking for money, but it's something we are ...http://www.counterpunch.org/2011/12/02/wall-streets-failed-1934-coup/

War Is A Racket - Information Clearing House - cached - Jun 6, 2011 ... Major General Smedley Butler, USMC. He joined the Marine Corps when the Spanish American War broke out, earned the Brevette Medal ...http://www.informationclearinghouse.info/article4377.htm

The Plot to Seize the White House: The Shocking… cached - The Plot to Seize the White House and over one million other books are available for Amazon Kindle. Learn more http://www.amazon.com/The-Plot-Seize-White-House/dp/1602390363

Major General Smedley Butler | Americans Who Tell The Truth - cached - Major General US Marine Corps, Antiwar Activist : 1881-1940 ... At the time of his death, Major General Smedley Darlington Butler, also known as "The Fighting … http://www.americanswhotellthetruth.or[...]portraits/major-general-smedley-butler

The Forgotten Treason: The Plot to Overthrow FDR - cached - Wesleyan University The Honors College . The Forgotten Treason: The Plot to Overthrow FDR . by . Emily Lacy Marshall . Class of 2008 . A thesis submitted to the http://wesscholar.wesleyan.edu/cgi/vie[...]gi?article=1058&context=etd_hon_theses

War is a Racket: The Antiwar Classic by America's Most Decorated … cached - General Smedley Butler's frank book shows how American war efforts were ... Despite his success and his heroic status, however, Butler came away from these … http://www.amazon.com/War-Racket-Antiwar-Americas-Decorated/dp/0922915865

The Business of War - Home Page of Wade Frazier - cached - The Business of War. By Wade Frazier. Revised July 2014 . Introduction. The Business of War. The "Good War" Brown Shirts in America. A Brief History of Western Anti … http://ahealedplanet.net/war.htm

Aalberts, Robert J. & Marianne M. Jennings. 1999. The Ethics of Slotting: Is this Bribery, Facilitation Marketing or Just Plain Competition? Journal of Business Ethics

Aaronson, S.A. 2011. Limited Partnership: Business, Government, Civil Society and the Public in the Extractive Industries Transparency Initiative. Public Administration & Development

Aaronson, Susan Ariel & M. Rodwan Abouharb. 2014. "Corruption, Conflicts of Interest and the WTO", in Jean-Bernard Auby, Emmanuel Breen & Thomas Perroud eds., Corruption and Conflicts of Interest: A Comparative Law Approach

Aaronson, Susan Ariel. 2014. Does the WTO Help Nations Clean Up? The WTO as an Anticorruption Counterweight. World Trade Review (forthcoming).

Abbink, Klaus & Danila Serra. 2012. "Anticorruption Policies: Lessons from the Lab," in Danila Serra & Leonard Wantchekon, eds., New Advances in Experimental Research on Corruption (Emerald Books)

Abbink, Klaus & Heike Hennig-Schmidt. 2006. Neutral versus Loaded Instructions in a Bribery Game. Experimental Economics

Abbink, Klaus & K. Wu. 2013. Reward Self-Reporting to Deter Corruption: An Experiment on Mitigating Collusive Bribery. Monash University, Discussion Paper

Abbink, Klaus & Matthew Ellman. 2010. The Donor Problem: An Experimental Analysis of Beneficiary Empowerment. Journal of Development Studies

Abbink, Klaus, Bernd Irlenbusch & Elke Renner. 2002. An Experimental Bribery Game, Journal of Law, Economics & Organization

Abbink, Klaus, Utteeyo Dasgupta, Lata Ghanghadaran & Tarun Jain. 2014. Letting the Briber Go Free: An Experiment on Mitigating Harassment Bribes. Journal of Public Economics 111

Abbink, Klaus. 2004. Staff Rotation as an Anticorruption Policy: An Experimental Study. European Journal of Political Economy

Abbink, Klaus. 2005. "Fair Salaries and the Moral Costs of Corruption," in Kokinov & Boicho eds., Advances in Cognitive Economics (Sofia: NBU Press).

Abbink, Klaus. 2006. "Laboratory Experiments on Corruption," in Susan Rose-Ackerman ed. International Handbook on the Economics of Corruptions

Abbott, Kenneth W. & Duncan Snidal. 2002. "International Action on Bribery and Corruption: Why the Dog Didn't Bark in the WTO", in Daniel M. Kennedy & James D.

Southwick eds., The Political Economy of International Trade Law.

Abbott, Kenneth W. & Duncan Snidal. 2002. Values and Interests: International

Legalization in the Fight against Corruption. Journal of Legal Studies 31(S1)

Abbott, Kenneth W. 2001. Rule Making in the WTO: Lessons from the Case of Bribery and Corruption. Journal of International Economic Law 4(2)

Abbott, Kenneth W. 2009. "Fight Against Corruption," in Max Planck Encyclopedia of International Law.

Abdalla, H.F., A.S. Maghrabi & B.G. Raggad. 1998. Assessing the Perceptions of Human Resource Managers Toward Nepotism: A Cross-Cultural Study. International Journal of Manpower

Abdallah, Sherief, Rasha Sayed, Iyad Rahwan, Brad L. LeVeck, Manuel Cebrian, Alex Rutherford & James H. Fowler. 2014. Corruption Drives the Emergence of Civil Society.

Journal of the Royal Society

Abdulai, A.G. 2009. Political Will in Combating Corruption in Developing and Transition Countries: A Comparative Study of Singapore, Hong Kong and Ghana.

Journal of Financial Crime 4

Abed, George T. & Hamid R. Davoodi. 2000. Corruption, Structural Reforms, and Economic Performance in the Transition Economies. IMF Working Paper No. 00/132.

Abed, George T. & Sanjeev Gupta. 2002. Governance, Corruption, and Economic Performance. Washington, D.C.: International Monetary Fund.

Abidin, I.S.Z., M.D. Jantan., N.M. Satar & M. Haseeb. 2014. Trade Linkages between Malaysia and the OIC Member Countries: Empirical Evidence Based on a Gravity Model. American Journal of Applied Sciences

Abiona, I.A. & O. Savage. 2014. Influence of Independent Corrupt Practices and Other Related Offences Commission on Female Civil Servants in Oyo State, Nigeria. Public Policy & Administration Research

Abrams, Norman, Sara Sun Beale & Susan Riva Klein. 2010 Federal Criminal Law and Its Enforcement (5th edition).

Abrams, Norman. 2011. The Distance Imperative: A Different Way of Thinking about Public Official Corruption Investigations/Prosecutions and the Federal Role. Loyola University Chicago Law Journal 42

Abrate, G., F. Erbetta, G. Fraquelli & D. Vannoni. 2015. The Cost of Corruption in the Italian Solid Waste Industry. Industrial & Corporate Change

Abtidon, A.H. 2015. The Impact of Financial Accountability on Reducing Corruption in Mogadishu Somalia. Academic Research International

Abu, N., M. Karim & M. Aziz. 2015. Corruption, Political Instability and Economic Development in the Economic Community of West African States (ECOWAS): Is There a Causal Relationship? Contemporary Economics

Abu, N., M. Karim & M. Aziz. 2015. Low Savings Rates in the Economic Community of West African States (ECOWAS): The Role of Corruption. Journal of Economic Cooperation and Development

Abu-Shanab, Emad A., Yousra A. Harb & Suhaib Y. Al-Zoubi. 2013. E-Government as an Anti-Corruption Tool: Citizens Perceptions. International Journal of Electronic Governance

Acar, Muhittin & Ugur Emek. 2009. "Preventing Corruption in Turkey: Issues, Instruments, and Institutions", in Gong, T. & S.K. Ma eds., Preventing Corruption in Asia: Institutional Design and Policy Capacity (London: Routledge)

Acconcia, Antonio & Claudia Cantabene. 2008. A Big Push To Deter Corruption: Evidence from Italy. Giornale degli Economisti

Acconcia, Antonio, Giovanni Immordino, Salvatore Piccolo & Patrick Rey. 2009.

Accomplice-Witnesses, Organized Crime and Corruption: Theory and Evidence from Italy. (CSEF Working Paper No. 232)

Acconcia, Antonio, Marcello D'Amato & Ricardo Martina. 2003. Corruption and Tax Evasion with Competitive Bribes. (CSEF Working Paper No. 112).

Acconcia, Antonio, Marcello D'Amato & Riccardo Martina. 2010. Tax Evasion and Corruption: Endogenous Deterrence and the Perverse Effects of Fines. Studi Economici 101

Acemoglu, D., J. Robinson & T. Verdier. 2004. Kleptocracy and Divide-and-Rule: A Model of Personal Rule. Journal of the European Economic Association

Acemoglu, Daron & Thierry Verdier. 1998. Property Rights, Corruption and the Allocation of Talent: A General Equilibrium Approach. The Economic Journal 108

Acemoglu, Daron, & Thierry Verdier. 2000. The Choice between Market Failures and Corruption. American Economic Review.

Acemoglu, Daron. 1995. Reward Structure and the Allocation of Talent. European Economic Review 39

Acharya, Avidit, John E. Roemer & Rohini Somanathan. 2015. Caste, Corruption and Political Competition in India. Research in Economics

Acht, M., T.O. Mahmoud & R. Thiele. 2015. Corrupt Governments Do Not Receive More State-to-State Aid: Governance and the Delivery of Foreign Aid Through Non-State Actors. Journal of Development Economics

Achua, J.K. 2011. Anti-Corruption in Public Procurment in Nigeria: Challenges and Competency Strategies. Jouranl of Public Procurement

Ackerman, John M. 2014. Rethinking the International Anti-Corruption Agenda: Civil Society, Human Rights and Democracy. American University International Law Review

Adam, A., M.D. Delis & P. Kammas. 2014. Fiscal Decentralization and Public Sector Efficiency: Evidence from OECD Countries. Economics of Governance

ADB/OECD Anti-Corruption Initiative for Asia and the Pacific. 2007. Mutual Legal Assistance, Extradition and Recovery of Proceeds of Corruption in Asia and the Pacific.

Adebanwi, Wale & Ebenezer Obadare. 2011. When Corruption Fights Back: Democracy and Elite Interest in Nigeria's Anti-Corruption War. Journal of Modern African Studies

Ades, Alberto & Rafael Di Tella. 1997. The New Economics of Corruption: A Survey and Some New Results. Political Studies

Ades, Alberto & Rafael Di Tella. 1997. National Champions and Corruption: Some Unpleasant Interventionist Arithmetic. Economic Journal

Ades, Alberto & Rafael Di Tella. 1999. Rents, Competition, and Corruption. American Economic Review

Adeyeye, Adefolake O. 2012. Corportate Social Responsibility of Multinational Corporations in Developing Countries: Perspectives on Anti-Corruption (Cambridge University Press).

Adsera, Alicia, Carles Boix & Mark Payne. 2003. Are You Being Served? Political Accountability and Quality of Government. Journal of Law, Economics & Organization

Adut, Ari. 2004. Scandal as Norm Entrepreneurship Strategy: Corruption and the French Investigating Magistrates. Theory and Society

Afonso, A., L. Schuknecht & V. Tanzi. 2005. Public Sector Efficiency: An International Comparison. Public Choice

Afridi, Farzana. 2008. Can Community Monitoring Improve the Accountability of Public Officials? Economic & Political Weekly

Agbiboa, Daneil E. 2014. Under-Development in Practice: Nigeria and the Enduring Problem of Corruption. Development in Practice

Agbiboa, Daniel E. 2010. The Corruption-Underdevelopment Nexus in Africa: Which Way Nigeria? Journal of Social, Political & Economic Studies

Agbiboa, Daniel E. 2011. Leaders or Leeches: Corruption and the Cycle of Dysfunction in Nigeria. Loyola Journal of Social Sciences

Agbiboa, Daniel E. 2012. Between Corruption and Development: The Political Economy of State Robbery in Nigeria. Journal of Business Ethics

Agbiboa, Daniel E. 2012. Serving the Few, Starving the Many: How Corruption Underdevelops Nigeria and How There Is an Alternative Perspective to Corruption Cleanups. Africa Today

Agbiboa, Daniel E. 2013. Corruption and Economic Crime in Nigeria: Social and Economic Perspectives. African Security Review

Agbiboa, Daniel E. 2015. Protectors or Predators? The Embedded Problem of Police Corruption and Deviance in Nigeria. Administration & Society

Agbiboa, Daniel. 2013. One Step Forward, Two Steps Back: The Political Culture of Corruption and Cleanups in Nigeria. CEU Political Science Journal

Agur, C. 2015. Second-Order Networks, Gambling, and Corruption on Indian Mobile Phone Networks. Media, Culture & Society 37(5): 768-.

Ahlin, Christian R. & Jiaren Pang. 2008. Are Financial Development and Corruption Control Substitutes in Promoting Growth? Journal of Development Economics

Ahlin, Christian R. & Pinaki Bose. 2007. Bribery, Inefficiency, and Bureaucratic Delay.

Journal of Development Economics

Ahlin, Christoher. 2005. Effects and (In)Tractability of Decentralized Corruption. (Working paper).

Ahmad Kai, A.H., R. Haniffa, M. Hudaib & M.N.A. Karim. 2015. Neopatrimonialism, Crony Capitalists and the Production of Corruption in Malaysia. Accounting Forum.

Ahmad, N. & O.T. Brookins. 2004. On Corruption and Countervailing Actions in Three South Asian Nations. Journal of Policy Reform

Ahmad, N. 2002. Corruption and Government Regulations: An Empirical Analysis.

Bangladesh Development Studies

Ahmadi, Cyavash Nasir. 2012. Regulating the Regulators: A Solution to Foreign Corrupt Practices Act Woes. Journal of International Business & Law

Ahmed, A., S.A. Lodhi & M. Ahmad. 2015. Using Split-Questionnaire Design: An Emprical Analysis. Pakistan Journal of Statistics

Ahmed, Naved 2001. Corruption Perceptions Indices: A Comparative Analysis. Pakistan Development Review

Ahmed, R. & Q.M. Ahmed. 2012. Petty Corruption in the Police Department: A Case Study of Slum Areas of Karachi. Developing Country Studies

Ahmen, Samiul Parvez & G.M. Wali Ullah. 2014. Global Corruption Hoax: Politicization of the Concept of Corruption and the Issues of Corruption Measurement Indices. Journal Economics & Sustainable Development

Ahrend, Rudiger. 2002. Press Freedom, Human Capital, and Corruption. DELTA Working Paper 11.

Aidt, T.S. & M. Gassebner. 2007. Do Autocratic States Trade Less? Working paper.

Aidt, Toke S. & Jayasri Dutta. 2008. Policy Compromises: Corruption and Regulation in a Democracy. Economics and Politics

Aidt, Toke S. 2003. Economic Analysis of Corruption: A Survey. Economic Journal 113: F632-F652.

Aidt, Toke S. 2009. Corruption, Institutions, and Economic Development. Oxford Review of Economic Policy

Aidt, Toke S. 2011. "Corruption and Sustainable Development", in Susan Rose-Ackerman & Tina Soreide eds., The International Handbook on the Economics of Corruption, Vol. 2 (Edward Elgar Publishing).

Aidt, Toke S. 2011. The Causes of Corruption. CESifo DICE Report

Aidt, Toke, Jayasri Dutta & Vania Sena. 2008. Governance Regimes, Corruption and Growth: Theory and Evidence. Journal of Comparative Economics

Ajayi, Konyin. 1997. On the Trail of a Spectre—Destabilisation of Developing and Transitional Economies: A Case Study of Corruption in Nigeria. Dickinson Journal of International Law

Akbar, Y. & V. Vujic. 2014. Explaining Corruption: The Role of National Culture and its Implications for International Management. Cross Cultural Management

Akca, Hasim, Ahmet Yilmaz Ata & Coskun Karaca. 2012. Inflation and Corruption Relationship: Evidence from Panel Data in Developed and Developing Countries.

International Journal of Economics & Financial Issues

Akcay, Selcuk. 2006. Corruption and Human Development. Cato Journal

Akhter, Syed H. 2004. Is Globalization What It's Cracked Up to Be? Economic Freedom, Corruption, and Human Development. Journal of World Business

Akinboade, O.A. 2014. Regulation, SMEs' Growth and Performance in Cameroon's Central and Littoral Provinces' Manufacturing and Retail Sectors. African Development Review

Aklin, M., P. Bayer, S. Harish & J. Urpelainen. 2014. Who Blames Corruption for the Poor Enforcement of Environmental Laws? Survey Evidence from Brazil. Environmental Economics & Policy Studies

110

Aklin, M., P. Bayer, S.P. Harish & J. Urpelainen. 2015. Quantifying Slum Electrification in India and Explaining Local Variation. Energy

Ala'i, P. 2014. Civil Consequences of Corruption in International Commercial Contracts.

American Journal of Comparative Law 62: .

Ala'i, Padideh. 2000. The Legacy of Geographical Morality and Colonialism: A Historical Assessment of the Current Crusade Against Corruption. Vanderbilt Journal of Transnational Law

Ala'i, Padideh. 2009. The WTO and the Anti-Corruption Movement. Loyola University Chicago International Law Review

Alam, M. Shahid. 1989. Anatomy of Corruption: An Approach to the Political Economy of Underdevelopment. American Journal of Economics and Sociology 48(4): 441-456.

Alam, M. Shahid. 1990. Some Economic Costs of Corruption in LDCs. Journal of Development Studies

Alam, M. Shahid. 1995. A Theory of Limits on Corruption and Some Applications.

Kyklos 48:

Alarcon Lopez, Paola. 2014. Constitutional Design and Political Agency Problems: The Case of Colombia. Con-Texto: Revista de Derecho y Economia

Alatas, Vivi, Abhijit Banerjee, Rema Hanna, Benjamin A. Olken, Ririn Purnamasari & Matthew Wai-Poi. 2013. Does Elite Capture Matter? Local Elites and Targeted Welfare Programs in Indonesia. Working paper.

Alatas, Vivi, Lisa Cameron, Ananish Chaudhuri, Nisvan Erkal & Lata Gangadharan.

2009. Subject Pool Effects in a Corruption Experiment: A Comparison of Indonesian Public Servants and Indonesian Students. Experimental Economics

Alatas, Vivi, Lisa Cameron, Ananish Chaudhuri, Nisvan Erkal & Lata Gangadharan.

2009. Gender, Culture, and Corruption: Insights from an Experimental Analysis. Southern Economic Journal

Aldashev, Gani. 2015. Voter Turnout and Political Rents. Journal of Public Economic Theory

Alderman, Richard. 2013. B20 Task Force on Improving Transparency and Anti-Corruption: Development of a Preliminary Study on Possible Regulatory Developments to Enhance the Private Sector Role in the Fight Against Corruption in a Global Business Context.

Aldrighi, Dante Mendes. 2011. "Risks of Wrongdoing in Public Companies and Ways to Cope with Them: The Case of Brazil", in International Handbook on the Economics of Corruption, Vol. II. (Edward Elgar Publishing).

Aleksynka, M. & O. Havrylchyk. 2013. FDI from the South: The Role of Institutional Distance and Natural Resources. European Journal of Political Economy

Alemu, Aye Mengistu. 2012. Effects of Corruption on FDI Inflow in Asian Economies.

Seoul Journal of Economics

Alence, Rod. 2004. Political Institutions and Developmental Governance in Sub-Saharan Africa. Journal of Modern African Studies

Alesina, Alberto & Beatrice Weder. 2002. Do Corrupt Governments Receive Less Foreign Aid? American Economic Review

Alesina, Alberto & George-Marios Angeletos. 2005. Corruption, Inequality, and Fairness. Journal of Monetary Economics

Alesina, Alberto & George-Marios Angeletos. 2005. Fairness and Redistribution.

American Economic Review

Alesina, Alberto & Romain Wacziarg. 1998. Openness, Country Size, and Government.

Journal of Public Economics

Alesina, Alberto, Arnaud Devleeschauwer, William Easterly, Sergio Kurlat & Romain Wacziarg. 2003. Fractionalization. Journal of Economic Growth

Aleston, Lee J. & Andres A. Gallo. 2010. Electoral Fraud, the Rise of Peron and Demise of Checks and Balances in Argentina. Explorations in Economic History

Alexander, C.R. & M.A. Cohen. 2015. The Evolution of Corporate Criminal Settlements: An Empirical Perspective on Non-Prosecution, Deferred Prosecution, and Plea Agreements. American Criminal Law Review

Alexeev, Michael & Luba Habodaszova. 2012. Decentralization, Corruption, and the Shadow Economy. Public Finance & Management

Alexeev, Michael & Robert Conrad. 2009. The Elusive Curse of Oil. Review of Economics & Statistics

Alexeev, Michael & Robert Conrad. 2011. The Natural Resource Curse and Economic Transition. Economic Systems

Alexeev, Michael & Yunah Song. 2013. Corruption and Product Market Competition: An Empirical Investigation. Journal of Development Economics

Alfano, M.R. & A.L. Baraldi. 2015. Is There an Optimal Level of Political Competition in Terms of Economic Growth? Evidence from Italy? European Journal of Law & Economics

Alford, John, Holly Teeters, Daniel S. Ward & Rick K. Wilson. 1994. Overdraft: The Political Cost of Congressional Malfeasance. Journal of Politics

Alford, Roger P. 2012. A Broken Windows Theory of International Corruption. Ohio State Law Journal

Alhassan-Alolo, N. 2007. Gender and Corruption: Testing the New Consensus. Public Administration & Development

Ali, Abdiweli M. & Hodan Said Isse. 2003. Determinants of Economic Corruption: A Cross-Country Comparison. Cato Journal

Alldridge, Peter. 2012. The U.K. Bribery Act: "The Caffeinated Younger Sibling of the FCPA". Ohio State Law Journal

Alldridge, Peter. 2014. Tax Avoidance, Tax Evasion, Money Laundering and the Problem of "Offshore". Working paper.

Alldridge, Peter. 2015. "Tax Avoidance, Tax Evasion, Money Laundering and the Problem of 'Offshore'", in Susan Rose-Ackerman & Paul Lagunes eds., Greed, Corruption, and the Modern State

Allen, N. & S. Birch. 2011. Political Conduct and Misconduct: Probing Public Opinion. Parliamentary Affairs

Allen, N. 2015. From Patronage Machine to Partisan Melee: Subnational Competition and the Evolution of the Indonesian Party System. Pacific Affairs

Allen, N.W. 2014. From Patronage Machine to Partisan Melee: Subnational Corruption and the Evolution of the Indonesian Party System. Pacific Affairs

Allen, N.W. 2015. Clientalism and the Personal Vote in Indonesia. Electoral Studies

Al-Mahayreh, M. & M. Abedel-Qader. 2015. Identifying the Impact of Adminsitrative Transparency on the Administrative Corruption: A Study on the Employees of Grand Amman Municipality. Advances in Management & Applied Economics

Al-Marhubi, F.A. 2000. Corruption and Inflation. Economics Letters

Almond, Michael A. & Scott D. Syfert. 1997. Beyond Compliance: Corruption, Corporate Responsibility and Ethical Standards in the New Global Economy. N.C. J. Int'l L. & Com. Reg

Alolo, Amawu Alhassan. 2007. "Fighting Public Sector Corruption in Ghana: Does Gender Matter?", in Sarah Bracking ed., Corruption and Development: The Anti-Corruption Campaigns (Palgrave Macmillan)


Alon, A. & A. Hageman. 2013. The Impact of Corruption on Firm Tax Compliance in Transition Economies: Whom Do You Trust? Journal of Business Ethics

Al-Sadig, Ali. 2009. The Effects of Corruption on FDI Inflows. Cato Journal

Alt, James E. & David Dryer Lassen. 2003. The Political Economy of Institutions and Corruption in American States, Journal of Theoretical Politics 15:341-65.

Alt, James E. & David Dryer Lassen. 2008. Political and Judicial Checks on Corruption: Evidence from American State Governments. Economics & Politics

Alt, James E. & David Dryer Lassen. 2014. Enforcement and Public Corruption: Evidence from the American States. Journal of Law, Economics & Organization

Altamirano, Giorleny D. 2007. "The Impact of the Inter-American Convention against

Corruption, " The University of Miami Inter-American Law Review

Altunbas, Y. & J. Thornton. 2012. Fiscal Decentralization and Governance. Public Finance Review

Amacher, G.S. 2006. Editorial: Corruption: A Challenge for Economists Interested in Forest Policy Design. Journal of Forest Economics

Ameen, Ali Bdulbaqi & Kamsuriah Ahmad. 2013. A Conceptual Framework of Financial Information Systems to Reduce Corruption. Journal of Theoretical & Applied Information Technology

Ameyaw, E.F. & A.P.C. Chan. 2015. Evaluating Key Risk Factors for PPP Water Projects in Ghana: A Delphi Study. Journal of Facilities Management

Amir, R. & C. Burr. 2015. Corruption and Socially Optimal Entry. Journal of Public Economics

Amone, Marco & Leandro S. Borlini. 2014. Corruption: Economic Analysis and International Law .

Amore, Mario Daniele & Morten Bennedsen. 2013. The Value of Local Political Connections in a Low-Corruption Environment. Journal of Financial Economics (forthcoming).

Amundsen, Inge. 2013. "'Pay Up and Off You Go!': Buying Political Positions in Bangladesh", in Soreide, Tina & Aled Willams eds., Corruption, Grabbing and Development

Anand, Vikas, Blake E. Ashforth & Mahendra Joshi. 2005. Business as Usual: The Acceptance and Perpetuation of Corruption in Organizations. Academy of Management Executive

Anbarci, N., M. Escaleras & C. Register. 2006. Traffic Fatalities and Public Sector Corruption. Kyklos.

Anbarci, Nejat, Monica Escaleras & Charles A. Register. 2009. The Ill Effects of Public Sector Corruption in the Water and Sanitation Sector. Land Economics

Anders, G. 2015. The Normativity of Numbers in Practice: Technologies of Counting, Accounting and Auditing in Malawi's Civil Service Reform. Social Anthropology

Andersen, J.J. & M.L. Ross. 2014. The Big Oil Change: A Closer Look at the Haber-Menaldo Analysis. Comparative Political Studies

Andersen, J.J. & S. Aslaksen. 2008. Constitutions and the Resource Curse. Journal of Development Economics

Andersen, Jorgen Juel, Niels Johannesen, David Dreyer Lassen & Elena Paltseva. 2014.

Petro Rents, Political Institutions, and Hidden Wealth: Evidence from Offshore Bank Accounts. Working paper.

Andersen, Thomas Barnebeck, Jeanet Bentzen, Carl-Johan Dalgaard & Pablo Seleya.

2011. Does the Internet Reduce Corruption? Evidence from U.S. States and Across Countries. World Bank Economic Review 25(3): 387-417.

Andersen, Thomas Barnebeck. 2009. E-Government as an Anti-Corruption Strategy.

Information Economics & Policy

Anderson, B.B. 2015. Corrupting Activities and Economic Development. World Journal of Entrepreneurship, Management & Sustainable Development

Anderson, Christopher J. & Yuliya V. Tverdova. 2003. Corruption, Political Allegiances, and Attitudes toward Government in Contemporary Democracies. American Journal of Political Science

Anderson, James & Douglas Marcouiller. 2002. Insecurity and the Pattern of Trade: An Empirical Investigation. Review of Economics & Statistics

Anderson, James & Douglas Marcouiller. 2005. Anarchy and Autarky: Endogenous Predation as a Barrier to Trade. International Economic Review

Anderson, James, Daniel Kaufmann & Francesca Recanatini.2003. Service Delivery, Poverty and Corruption—Common Threads from Diagnostic Surveys. Working paper.

Anderson, Robert, William Kovacic & Anna Caroline Miller. 2011. "Ensuring Integrity and Competition in Public Procurement Markets: A Dual Challenge for Good Governance", in Sue Arrowsmith & Robert Anderson eds., The WTO Regime on Government Procurement: Challenge and Reform. Cambridge University Press.

Andersson, Staffan & Frank Anechiarico. 2015. "The Political Economy of Conflicts of Interest in an Era of Public-Private Governance" , in Paul M. Heywood ed., The Routledge Handbook of Political Corruption (New York: Routledge)

Andersson, Steffan & Paul M. Heywood. 2009. The Politics of Perception: Use and Abuse of Transparency International's Approach to Measuring Corruption. Political Studies

Andersson, Steffan & Paul M. Heywood. 2010. "Anti-Corruption as a Risk to Democracy: On the Unintended Consequences of International Anti-Corruption Campaigns", in L. de Sousa et al. eds., Governments, NGOs and Anti-Corruption: The New Integrity Warriors. Routledge.

Andreas, Peter. 1998. The Political Economy of Narco-Corruption in Mexico. Current History.

Andrei, T., S. Stancu, M. Nedelcu & A. Matei. 2009. Econometric Models Used for the Corruption Analysis. Economic Computation & Economic Cybernetics Studies & Research

Andrei, Tudorel, Ani Matei & Bogdan Oancea. 2009. Simultaneous Equation Models Used in the Study of Some Issues Related to the Corruption and Performance of Services in the Public Health System. Theoretical & Applied Economics

Andrei, Tudorel, Ani Matei, Stelian Stancu & Bogdan Oancea. 2009. Some Notes About Decentralization Process Implications on Public Administration Corruption in Romania.


Prague Economic Papers 2009

Andreula, Nicolo, Alberto Chong & Jorge Guillen. 2009. Institutional Quality and Fiscal Transparency. IDB Working Paper #IDP-WP-125.

Andrews, Josephine T. & Gabriella R. Montinola. 2004. Veto Players and the Rule of Law in Emerging Democracies. Comparative Political Studies 37(1): 55-87.

Andrews, Matthew & Anwar Shah. 2005. "Towards Citizen-Centered Local Budgets in Developing Countries," in Anwar Shah ed., Public Expenditure Analysis (Washington, D.C.: World Bank).

Andrianova, Svetlana & Nicolas Melissas. 2009. Corruption, Extortion, and the Boundaries of the Law, Journal of Law, Economics & Organization

Andrianova, Svetlana. 2001. Corruption and Reputation. Scottish Journal of Political Economy

Andrianova, Svetlana. 2007. On Corruption and Institutions in Decentralised Economies.

B.E. Journal of Theoretical Economics

Androphy, B. 2015. Understanding the Limited Authority of Ethics Commissions. Public Administration Review

Anduiza, Eva, Aina Gallego & Jordi Munoz. 2013. Turning a Blind Eye: Experimental Evidence of Partisan Bias in Attitudes Toward Corruption. Comparative Political Studies

Andvig, J. 2005. "Experimental Economics and Corruption: A Survey of Budding Research", in Transparency International, Global Corruption Report (Cambridge, UK: Cambridge University Press)

Andvig, Jens Chr. & Odd-Helge Fjeldstad. 2008. Crime, Poverty and Police Corruption in Non-Rich Countries (Oslo: Norwegian Institute of International Affairs NUPI Working Paper no. 738)

Andvig, Jens Christopher & Karl Ove Moene. 1990. How Corruption May Corrupt.

Journal of Economic Behavior & Organization

Andvig, Jens Christopher et al. 2002. Corruption. (Oslo, NUPI).

Andvig, Jens Christopher. & Boyko Todorov. 2011. Anti-Corruption in Public Procurement (Sofia, Bulgaria: Center for the Study of Democracy).

Andvig, Jens Christopher. & Gbewopo Attila. 2010. Crime, Police Corruption and Development: Evidence from Victimization Data. (Norwegian Institute of International Affairs (NUPI) Working Paper No. 772).

Andvig, Jens Christopher. 1991. The Economics of Corruption: A Survey. Studi Economici

Andvig, Jens Christopher. 2005. A House of Straw, Sticks or Bricks? Some Notes on Corruption Empirics. NUPI Working Paper No. 678.

Andvig, Jens Christopher. 2006. Corruption and Fast Change. World Development

Andvig, Jens Christopher. 2008. Corruption and Armed Conflicts: Some Stirring Around in the Governance Soup. Economics Discussion Papers, No. 2008-3, Kiel Institute for the World Economy.

Andvig, Jens Christopher. 2010. Corruption and Conflict: Contrasting Logics of Collective Action. Comparative Social Research

Anechiarico, Frank & James B. Jacobs. 1994. Visions of Corruption Control and the Evolution of American Public Administration, Public Administration Review

Anechiarico, Frank & James B. Jacobs. 1996. The Pursuit of Absolute Integrity: How Corruption Control Makes Government Ineffective.

Anechiarico, Frank. 1999. End-Runs and Hairy Eyeballs: The Costs of Corruption Control in Market Democracies. Connecticut Journal of International Law

Anechiarico, Frank. 2006. Prosecution as Corruption Control: Paradigms of Public Integrity in Context. 52 Wayne L. Rev. 1415

Ang, Yuen Yuen & Nan Jia. 2013. Perverse Complementarity: Political Connections & the Use of Courts Among Private Firms in China. Journal of Politics (forthcoming).

Ang, Yuen Yuen. 2013. Authoritarian Restraints on Online Activism Revisited: Why 'I-Paid-A-Bribe' Worked in India but Failed in China. Comparative Politics

Ang, Yuen Yuen. 2014. Authoritarian Restraints on Online Activism Revisited: Why 'I-Paid-A-Bribe' Worked in India but Failed in China. American University International Law Review

Angeles, Luuis & Kyriakos C. Neanidis. 2015. The Persistent Effect of Colonialism on Corruption. Economica 82(326): 319-349.

Anik, A.R., S. Bauer & M.J. Alam. 2013. Why Farm Households Have Differences in Corruption Experience? Evidence from Bangladesh. Agricultural Economics

Anik, Asif Reza & Siedfried Bauer. 2013. Impact of Corruption on Farm Production and Profit. Russian Journal of Agricultural and Socio-Economic Sciences

Anik, Asif Reza & Siegfried Bauer. 2014. Household Income and Relationships with Different Power Entities as Determinants of Corruption. Contemporary Economics

Anokhin, Sergey & W.A. 2014. Corruption and the Ethical Context of Country-Level Entrepreneurship. International Journal of Entrepreneurial Venturing

Anokhin, Sergey & William S. Schulze. 2009. Entrepreneurship, Innovation, and Corruption. 2009. Journal of Business Venturing

Anoruo, E. & H. Braha. 2005. Corruption and Economic Growth: The African Experience. Journal of Sustainable Development in Africa

Ansolabehere, Stephen, Alan Gerber & James M. Snyder, Jr. 2001. "Corruption and the Growth of Campaign Spending," in Gereald Lubenow ed., A User's Guide to Campaign Finance Reform (Lanham, MD: Rowman & Littlefield

Ansolabehere, Stephen, John de Figueiredo & James M. Snyder. 2003. Why Is There So Little Money in U.S. Politics? Journal of Economic Perspectives

Ansolabehere, Stephen. 2007. The Scope of Corruption: Lessons from Comparative Campaign Finance Disclosure. Election Law Journal

Anson, J., O. Cadot & M. Olarreaga. 2006. Tariff Evasion and Customs Corruption: Does Pre-Shipment Inspection Help? Journal of Economic Analysis & Policy

Anthonsen, Mette, Asa Lofgren, Klas Nilsson & Joakim Westerlund. 2012. Effects of Rent Dependency on Quality of Government. Economics of Governance

Antoci, A. & P.L. Sacco. 1995. A Public Contracting Game with Corruption. Journal of Economics.

Antonikova, Nika A. 2015. Private Sector Corruption in International Trade: The Need for Heightened Reporting and a Private Right of Action in the Foreign Corrupt Practices Act. Brigham Young University International Law & Management Review

Apaza, Carmen R. 2009. Measuring Governance and Corruption through the Worldwide Governance Indicators: Critiques, Responses, and Ongoing Scholarly Discussion. PS: Political Science & Politics

Apergis, Nicholas, Oguzhan C. Dincer & James E. Payne. 2010. The Relationship Between Corruption and Income Inequality in U.S. States: Evidence from a Panel Cointegration and Error Correction Model. Public Choice

Apergis, Nicholas, Oguzhan C. Dincer & James E. Payne. 2012. Live Free or Bribe: On the Causal Dynamics between Economic Freedom and Corruption in U.S. States.

European Journal of Political Economy.

Apollini, Andrea. 2013. Public Procurement and Corruption in Africa: A Literature Review. Rivista di Politica Economica 2:

Apollonio, Dorie, Bruce E. Cain & Lee Drutman. 2008. Access and Lobbying: Looking Beyond the Corruption Paradigm. Hastings Constitutional Law Quarterly

Appiah, Seth Christopher Yaw, Kingdom Ametepe & Jonathan Mensah Dapaah. 2014.

Systemic Barriers to the Fight against Corruption by Anti-Corruption Institutions in Ghana. Journal of Emerging Trends in Economics & Management Sciences

Arafa, Mohamed A. 2011. Battling Corruption within a Corporate Social Responsibility Strategy. Indiana International & Comparative Law Review

Arafa, Mohamed A. 2014. "Corporate Social Responsibility and the Fight Against Corruption: Towards the Concept of CSR in Egypt after the January Revolution" in Corporate Social Responsibility in Comparative Perspective (Council on International Law & Politics)

Arbogast, S.V. 2007. Revisiting Corporate Corruption: Lessons in Practical Ethics from the Enron Wreckage. New York: Scrivener.

Arendt, F. & F. Marquart. 2015. Corrupt Politicians? Media Priming Effects on Overtly Expressed Stereotypes Toward Politicians. Communications

Arezki, R. & F. van der Ploeg. 2008. Can the Natural Resource Curse Be Turned Into a Blessing? The Role of Trade Policies and Institutions. IMF Working Paper 07/55.

Arezki, Rabah & Markus Brueckner. 2011. Oil Rents, Corruption, and State Stability: Evidence from Panel Data Regressions. European Economic Review.

Arezki, Rabah & Thorvaldur Gylfason. 2013. Resource Rents, Democracy, Corruption, and Conflict: Evidence from Sub-Saharan Africa. Journal of African Economies

Argandona, A. 2003. Private-to-Private Corruption. Journal of Business Ethics

Argandona, A. 2005. Corruption and Companies: The Use of Facilitating Payments.

Journal of Business Ethics 60

Argandona, A. 2006. The United Nations Convention Against Corruption and its Impact on International Companies. University of Navarra Business School Working Paper No. 656.

Arikan, G. Guslun. 2004. Fiscal Decentralization: A Remedy for Corruption?

International Tax & Public Finance

Arin, K. Peren et al. 2011. Why Are Corrupt Countries Less Successful in Consolidating Their Budgets? Journal of Public Economics

Ariyabuddhiphongs, V. & C. Hongladarom. 2014. Bribe Taking Acceptability and Bribe Payment Among Thai Organizational Employees: The Mediating Effect of Reciprocity Obligation. International Perspectives in Psychology: Research, Practice, Consultation

Arlen, Jennifer. 1994. The Potentially Perverse Effects of Corporate Criminal Liability.

Journal of Legal Studies.

Armantier, O. & A. Boly. 2014. On the Effects of Incentive Framing on Bribery: Evidence from an Experiment in Burkina Faso. Economics of Governance

Armantier, Olivier & Amadou Boly. 2008. Can Corruption Be Studied in the Lab?

Comparing a Field and a Lab Experiment. CIRANO Working Papers 2008s-26.

Armantier, Olivier & Amadou Boly. 2011. A Controlled Field Experiment on Corruption.

European Economic Review

Armantier, Olivier & Amadou Boly. 2013. Comparing Corruption in the Lab and in the Field in Burkina Faso and in Canada. Economic Journal

Armon, Jeremy. 2007. Aid, Politics and Development: A Donor Perspective.

Development Policy Review

Armstrong, Robert W. 1992. An Empirical Investigation of International Marketing Ethics: Problems Encountered by Australian Firms. J. Bus. Ethics

Arndt, Christiane & C. Oman. 2005. Uses and Abuses of Governance Indicators (OECD: Paris).

Arnold, Jason Ross. 2012. Political Awareness, Corruption Perceptions and Democratic Accountability in Latin America. Acta Politica

Arnold, Peri E. 2003. "Democracy and Corruption in the 19th Century United States: Parties 'Spoils' and Political Participation", in Seppo Tiihonen ed., The History of Corruption in Central Government (Oxford: IOS Press).

Arnone, Marco & Eleni Iliopulos. 2007. The Cost of Corruption: Economic, Institutional and Social Effects. Vita e Pensiero, Milano.

Arona, D. 1993. Conceptualising the Context and Contextualising the Concept: Corruption Reconsidered. Indian Journal of Public Administration 39: 1-19.

119

Arozamena, Leandro & Frederico Weinschelbaum. 2009. The Effect of Corruption on Bidding Behavior in First-Price Auctions. European Economic Review

Arriola, Leonardo R. 2011. Patronage Circulation and Party System Fragmentation in Africa. Working paper.

Arvin, M. & B. Lew. 2014. Does Income Matter in the Happiness-Corruption Relationship? Journal of Economic Studies

Asare, Bossman E. 2012. Unitarism and Presidentialism: Political Institutions and Corruption in Public Management in Ghana. Journal of Public Administration & Policy Research.

Ashcroft, John & John Ratcliffe. 2012. The Recent and Unusual Evolution of an Expanding FCPA. 2012. Notre Dame Journal of Law, Ethics & Public Policy

Ashe, Daniel Patrick. 2005. The Lengthening Anti-Bribery Lasso of the United States: The Recent Extraterritorial Application of the U.S. Foreign Corrupt Practices Act.

Fordham Law Review

Asher, Sam & Paul Novosad. 2014. Dirty Politics: Natural Resource Wealth and Politics in India. Working paper.

Ashforth, Blake E. & Vikas Anand. 2003. The Normalization of Corruption in Organizations. Research in Organizational Behavior

Ashkanasay, N.M., C.A. Windsor & L.K. Trevino. 2006. Bad Apples in Bad Barrels Revisited: Cognitive Moral Development, Just World Beliefs, Rewards, and Ethical Decision Making. Business Ethics Quarterly

Asia Foundation. 2008. The Cost of Moving Goods: Road Transportation, Regulations and Charges in Indonesia.

Asian African Legal Consultative Organization. 2005. Combating Corruption: A Legal Analysis.

Asian Development Bank & Organization for Economic Co-Operation and Development.

2006. Anti-Corruption Policies in Asia and the Pacific: Progress in Legal and Institutional Reform in 24 Countries (Manila: Asian Development Bank).

Asian Development Bank. 2007. Anticorruption and Integrity: Policies and Strategies.

Asiedu, E. 2006. Foreign Direct Investment in Africa: The Role of Natural Resources, Market Size, Government Policy, Institutions and Political Stability. World Economy

Asiedu, Elizabeth & James A. Freeman. 2009. The Effect of Corruption on Investment Growth: Evidence from Firms in Latin America, Sub-Saharan Africa, and Transition Economies. Review of Development Economics

Aslaksen, Silje. 2007. Corruption and Oil: Evidence from Panel Data. Working paper.

Aslund, A. 2014. Oligarchs, Corruption, and European Integration. Journal of Democracy

Asongu, Simplice A. & Jacinta Nwachukwu. 2015. A Good Turn Deserves Another: Political Stability, Corruption and Corruption-Control. Working paper.

Asongu, Simplice A. & Jellal Mohamed. 2013. On the Channels of Foreign Aid to Corruption. Economics Bulletin

Asongu, Simplice A. & Oasis Kodila-Tedika. 2013. Crime and Conflicts in Africa: Consequences of Corruption? European Economic Letters

Asongu, Simplice A. 2011. Law, Democracy and Quality of Government in Africa. Working paper.

Asongu, Simplice A. 2012. Fighting Corruption in Africa: Do Existing Corruption-Control Levels Matter? International Journal of Development Issues

Asongu, Simplice A. 2012. Fighting Corruption with Cultural Dynamics: When Legal-Origins, Religious-Influences and Existing Corruption-Control Levels Matter. Working paper.

Asongu, Simplice A. 2012. Government Quality Determinants of Stock Market Performance in African Countries. Journal of African Business.

Asongu, Simplice A. 2012. On the Effect of Foreign Aid on Corruption. Economics Bulletin

Asongu, Simplice A. 2013. Fighting Corruption when Existing Corruption-Control Levels Count: What Do Wealth-Effects Tell Us in Africa? Institutions & Economic

Asongu, Simplice A. 2014. Globalization, (Fighting) Corruption and Development: How Are These Phenomena Linearly and Nonlinearly Related in Wealth Effects? Journal of Economic Studies

Asongu, Simplice A. 2015. Institutional Benchmarking of Foreign Aid Effectiveness in Africa. International Journal of Social Economics

Asongu, Simplice. 2014. Fighting African Corruption when Existing Corruption-Control Levels Matter in a Dynamic Cultural Setting. International Journal of Social Economics

Asquer, R. 2012. Why Do Citizens of Democracies Tolerate Corruption? Preliminary Evidence from the World Values Survey. Working paper.

Asquer, Raffaele. 2014. Media Coverage of Corruption and Incumbent Renomination in Italian Parliamentary Elections. Working paper.

Assiotis, A. & K. Sylwester. 2014. Do the Effects of Corruption Upon Growth Differ between Democracies and Autocracies? Review of Development Economics

Assiotis, Andreas. 2012. Corruption and Income. Economics Bulletin

Asthana, Anand N. 2012. Decentralisation and Corruption Revisited: Evidence from a Natural Experiment. Public Administration & Development

Aterido, Reyes, Mary Hallward-Driemeier & Carmen Pages. 2007. Intestment Climante and Employment Growth: The Impact of Access to Finance, Corruption and Regulations Across Firms. Inter-American Development Bank, Research Department Publication 4559.

Athanas, William. 2010. When Doing Business Internationally Becomes a Crime: Assisting Clients in Understanding and Complying with the Foreign Corrupt Practices Act. Alabama Lawyer

Athanasouli, Daphne & Antoine Goujard. 2015. Corruption and Management Practices: Firm Level Evidence. Journal of Comparative Economics (forthcoming).

Athanasouli, Daphne, Antoine Goujard & Pantelis Sklias. 2012. Corruption and Firm Performance: Evidence from Greek Firms. International Journal of Economic Sciences & Applied Research.

Atkinson, Michael M. 2011. Discrepancies in Perceptions of Corruption, or Why Is Canada So Corrupt? Political Science Quarterly

Attila, Gbewopo. 2009. Individual Attitudes toward Anti-Corruption Policies in Sub-Saharan Africa: Microeconometric Evidence. Economics Bulletin

Attila, Gbewopo. 2011. Corruption and Quality of Public Institutions: Evidence from Generalized Method of Moment. (Unpublished working paper).

Attila, Gbewopo. 2011. Corruption, Taxation and Economic Growth: Theory and Evidence. (Unpublished working paper).

Attila, Gbewopo. 2011. How Do African Populations Perceive Corruption: Microeconomic Evidence from Afrobarometer Data in Twelve Countries. CERDI-CNRA, UMR 5687.

Attila, Joseph. 2008. Is Corruption Contagious? An Econometric Analysis. (Norwegian Institute of International Affairs (NUPI) Working Paper No. 742).

Attila, Joseph. 2013. Globalization and Corruption: New Evidence. Oil, Gas & Energy Quarterly

Au, Upton. 2014. Toward a Reconceived Legislative Intent Behind the Foreign Corrupt Practices Act: The Public-Safety Rationale for Prohibiting Bribery Abroad. Brooklyn Law Review

Auriol, E., T. Flochel & S. Straub. 2011. Public Procurement and Rent-Seeking: The Case of Paraguay. Working paper.

Auriol, Emmanuelle & Aymeric Blanc. 2009. Capture and Corruption in Public Utilities: The Cases of Water and Electricity in Sub-Saharan Africa. Utilities Policy

Auriol, Emmanuelle & Stephane Straub. 2011. "Privatization of Rent-Generating Industries and Corruption", in International Handbook on the Economics of Corruption, Vol. II. (Edward Elgar Publishing).

Auriol, Emmanuelle. 2006. Corruption in Procurement and Public Purchase.

International Journal of Industrial Organization

Auriole, Emmanuelle. 2014. Capture for the Rich, Extortion for the Poor. Working paper.

Ausland, Aaron & Alfonson Tolmos. 2005. Focus on Corruption: How to Secure the Aims of Decentralization in Peru by Improving Good Governance at the Regional Level.

Kennedy School of Government, Harvard University.

Avelino, George, Ciro Biderman & Marcos Felipe Mendes Lopes. 2012. Measuring Corruption: What Have We Learned? Working paper.

Avery, Michael K. 2008. Whose Rights? Why States Should Set the Parameters for Federal Honest Services Mail and Wire Fraud Prosecutions. Boston College Law Review

Ayodeji, Gafar Idowu. 2015. Assessing the Strategies of the Defunct Kenya's Anti-Corruption Commission (KACC): Lessons for the Ethics and Anti-Corruption Commission (EACC). Working paper.

Ayres, Ian. 1997. The Twin Faces of Judicial Corruption: Extortion and Bribery. Denver University Law Review

Ayres, Margaret, Jeffrey Clark, Alan Gourley & Alexandra Wrage. 2009. Anti-Corruption. International Lawyer

Ayyagari, M., A. Demirguc-Kunt & V. Maksimovic. 2014. Bribe Payments and Innovation in Developing Countries: Are Innovating Firms Disproportionately Affected?

Journal of Financial & Quantitative Analysis

Azam, M. & C. Emirullah. 2014. The Role of Governance in Economic Development.

International Journal of Social Economics

Azfar, Omar & Peter Murrell. 2009. Identifying Reticent Respondents: Assessing the Quality of Survey Data on Corruption and Values. Economic Development & Cultural Change

Azfar, Omar & Tugrul Gurgur. 2008. Does Corruption Affect Health Outcomes in the Philippines? Economics of Governance

Azfar, Omar & William Robert Nelson Jr. 2007. Transparency, Wages, and the Separation of Powers: An Experimental Analysis of Corruption. Public Choice

Azfar, Omar, Jeffrey A. Livingston & Patrick Meagher. 2007. "Decentralization in Uganda", in P. Bardhan & D. Mukherjee eds. Decentralisation and Local Governance in Developing Countries: A Comparative Perspective (New Delhi: Oxford University Press).

Azfar, Omar, Young Lee & Anand Swamy. 2001. The Causes and Consequences of

Corruption, Annals of the American Academy of Political and Social Science, Vol. 573, Culture and Development: International Perspectives

Azfar, Omar. 2005. "Corruption and the Delivery of Health and Education Services", in Bertram Spector ed. Fighting Corruption in Developing Countries: Strategies and Analysis (Bloomfield, CT: Kumarian Press)

Babatunde, J.O. 2014. Corruption and Public Exclusion: A Serious Challenge to Effective Public Policy on Health. International Journal of Behavioural & Healthcare Research

Babeiya, Edwin. 2011. Electoral Corruption and the Politics of Elections Financing in Tanzania. Journal of Politics & Law

Bac, Mehmet & Parimal Kanti Bag. 2006. Beneficial Collusion in Corruption Control: The Case of Nonmonetary Penalties. Journal of Development Economic

Bac, Mehmet. 1996. Corruption and Supervision Costs in Hierarchies. Journal of Comparative Economics

Bac, Mehmet. 1996. Corruption, Supervision, and the Structure of Hierarchies, Journal of Law, Economics, & Organization

Bac, Mehmet. 1998. The Scope, Timing, and Type of Corruption. International Review of Law & Economics 18: 101-120.

Bac, Mehmet. 2001. Corruption, Connections and Transparency: Does a Better Screen Imply a Better Scene? Public Choice

Bachmann, Reinhard, Nicole Gillespie & Richard Priem. 2015. Repairing Trust in an Organization After Integrity Violations: The Ambivalence of Organizational Rule Adjustments. Organization Studies

Bacio-Terracino, Julio. 2008. Corruption as a Violation of Human Rights. International Council on Human Rights Policy.

Bacio-Terracino, Julio. 2010. Linking Corruption and Human Rights. American Society of International Law Proceedings

Back, Hanna & Axel Hadenius. 2008. Democracy and State Capacity: Exploring a J-Shaped Relationship. Governance

Badinger, Harald & Elisabeth Nindl. 2014. Globalisation and Corruption, Revisited. The World Economy

Badun, Marijana, Vedrana Pribicevic & Milan Deskar-Skrbic. 2014. Government Size and Efficiency as Constraints to Economic Growth: Comparing Croatia with Other European Countries. Post-Communist Economies

Baer, Miriam Hechler. 2009. Governing Corporate Compliance. Boston College Law Review

Bag, Parimal Kanti. 1997. Controlling Corruption in Hierarchies. Journal of Comparative Economics

Bagashka, Tanya. 2014. Unpacking Corruption: The Effect of Veto Players on State Capture and Bureaucratic Corruption. Political Research Quarterly

Bagenholm, Andreas & Nicholas Charron. 2014. Do Politics in Europe Benefit from Politicising Corruption? West European Politics

Bagenholm, Andreas. 2009. Politicizing Corruption: The Electoral Impact of Anti-Corruption Discourse in Europe, 1983-2007. QoG Working Paper Series 2009: 10 (The Quality of Government Institute, University of Gothenburg)

Bagenholm, Andreas. 2013. The Electoral Fate and Policy Impact of "Anti-Corruption Parties" in Central and Eastern Europe. Human Affairs

Bagenholm, Andreas. 2013. Throwing the Rascals Out? The Electoral Effects of Corruption Allegations and Corruption Scandals in Europe, 1981-2011. Crime, Law & Social Change

Bagenholm, Andreas. 2014. Does Politicization of Corruption Affect Voter Turnout? Working paper.

Bagenholm, Andreas. 2014. Standing By Your (Wo)Man? How Voter Ideology Impacts Party Loyalty in the Face of Corruption Scandals. Working paper.

Bah, E. & L. Fang. 2015. Impact of the Business Environment on Output and Productivity in Africa. Journal of Development Economics

Bahmani-Oskooee, M. & G.G. Goswami. 2005. The Impact of Corruption on the Black Market Premium. Southern Economic Journal

Bahmani-Oskooee, Mohsen & Abm Nasir. 2002. Corruption, Law and Order, Bureaucracy, and Real Exchange Rates. Economic Development & Cultural Change

Bahn, Charles. 1975. The Psychology of Police Corruption: Socialization of the Corrupt. Police Journal

Bai, B., X. Liu & Y. Kou. 2014. Belief in a Just World Lowers Perceived Intention of Corruption: The Mediating Role of Perceived Punishment. Plos One

Bai, C.-E. & S.-J. Wei. 2001. The Quality of Bureaucracy and Capital Account Policies. World Bank Working Paper 2575.

Bai, Jie, Seema Jayachandran, Edmund J. Malesky & Benjamin Olken. 2013. Does Economic Growth Reduce Corruption? Theory and Evidence from Vietnam. Working paper.

Bailard, C.S. 2009. Mobile Phone Diffusion and Corruption in Africa. Political Communication Bailes, R. 2006. Facilitation Payments: Culturally Acceptable or Unacceptably Corrupt? Business Ethics: A European Review

Bailey, John & Pablo Paras. 2006. Perceptions and Attitudes about Corruption and Democracy in Mexico. Mexican Studies

Bailey, John. 2006. Corruption and Democratic Governability in Latin America: Issues of Types, Arenas, Perceptions, and Linkages. Working Paper.

Bajolle, Julie. 2006. The Origins and Motivations of the Current Emphasis on Corruption: The Case of Transparency International. Working paper.

Baker, J. & S. Milne. 2015. Dirty Money States: Illicit Economies and the State in Southeast Asia. Critical Asian Studies

Baker, J. 2015. The Rhizome State: Democratizing Indonesia's Off-Budget Economy. Critical Asian Studies

Baker, Mark B. 1993. Private Codes of Corporate Conduct: Should the Fox Guard the Henhouse? U. Miami Inter-Am. L.

Baklouti, N. & Y. Boujelbene. 2015. Exploring the Relationship between Democracy, Corruption and Economic Growth in MENA Countries. Acta Universitatis Danubis Oeconomica

Baksi, Soham, Pinaki Bose & Manish Pandey. 2009. The Impact of Liberalization on Bureaucratic Corruption. Journal of Economic Behavior and Organization

Balabanova, D. & M. Mckee. 2002. Understanding Informal Payments in Health Care: The Example of Bulgaria. Health Policy

Balafoutas, Loukas. 2011. Public Beliefs and Corruption in a Repeated Psychological Game. Journal of Economic Behavior & Organization

Balan, Manuel. 2011. Corruption by Denunciation: The Political Dynamics of Corruption Scandals in Argentina and Chile. Comparative Politics

Baland, Jean-Marie & Patrick Francois. 2000. Rent-Seeking and Resource Booms.Journal of Development Economics

Balaniuk, Remis, Pierre Bessiere, Emmanuel Mazer & Paulo Roberto Cobbe. 2013. Corruption Risk Analysis Using Semi-Supervised Naïve Bayes Classifiers. International Journal of Reasoning-Based Intelligent Systems

Bandaranayake, B. 2014. Fraud and Corruption Control at Education System Level: A Case Study of the Victorian Department of Education and Early Childhood Development in Australia. Journal of Cases in Education Leadership

Bandiera, Oriana, Andrea Prat & Tommaso Valletti. 2009. Active and Passive Waste in Government Spending: Evidence from a Policy Experiment. American Economic Review

Banducci, S.A. & J.A. Karp. 1994. Electoral Consequences of Scandal and Reapportionment in the 1992 Elections. American Politics Quarterly

Bandura, A. 1999. Moral Disengagement in the Perpetration of Inhumanities. Personality & Social Psychology Review

Bandura, A. 2002. Selective Moral Disengagement in the Exercise of Moral Agency.Journal of Moral Education

Bandyopadhyay, Subhayu & Suryadipta Roy. 2007. Corruption and Trade Protection: Evidence from Panel Data (Federal Reserve Bank of St. Louis, Working Paper 2007-022A).

Banerjee Abhijit 1997. A Theory of Misgovernance. Quarterly Journal of Economics

Banerjee, Abhijit & Esther Duflo. 2006. Addressing Absence. Journal of Economic Perspectives

Banerjee, Abhijit V. & Rohini Pande. 2012. Parochial Politics: Ethnic Preferences and Politician Corruption (working paper).

Banerjee, Abhijit, Donald Green, Jennifer Green & Rohini Pande. 2012. Can Voters Be Primed To Choose Better Legislators? Experimental Evidence from Rural India. Working paper.

Banerjee, Abhijit, Donald P. Green, Jeffrey McManus & Rohini Pande. 2014. Are Poor Voters Indifferent to Whether Elected Leaders are Criminal or Corrupt? A Vignette Experiment in Rural India Political Communication

Banerjee, Abhijit, Esther Duflo & Rachel Glennerster. 2008. Putting a Band-Aid on a Corpse: Incentives for Nurses in the Indian Public Health Care System. Journal of the European Economics Association

Banerjee, Abhijit, Rema Hanna & Sendhil Mullainathan. 2013. "Corruption" in Robert Gibbons & John Roberts eds., Handbook of Organizational Economics (Princeton: Princeton University Press), pp. 1110-Banerjee, Abhijit, Rema Hanna, Jordan Kyle, Benjamin A. Olken & Sudarno Sumarto.

2015. The Power of Transparency: Information, Identification Cards and Food Subsidy Programs in Indonesia. Working paper.

Banerjee, Abhijit, Rukmini Banerji, Esther Duflo, Rachel Glennerster & Stuti Khemani. 2010. Pitfalls of Participatory Programs: Evidence from a Randomized Evaluation in Education in India. American Economic Journal: Economic Policy

Banerjee, Abhijit, Selvan Kumar, Rohini Pande & Felix Su. 2011. Do Informed Voters Make Better Choices? Experimental Evidence from Urban India. Working paper.

Banerjee, Ritwik, Tushi Baul & Tanya Rosenblat. 2015. On Self Selection of the Corrupt into the Public Sector. Economics Letters

Banerjee, Ritwik. 2015. On the Interpretation of Bribery in a Laboratory Corruption Game: Moral Frames and Social Norms. Experimental Economics (forthcoming).

Banfield, Edward. 1975. Corruption as a feature of government organization. Journal of Law and Economics

Bantekas, Ilias. 2006. Corruption as an International Crime and Crime Against Humanity. Journal of International Criminal Justice

Banuri, Shaheryar & Catherine C. Eckel. 2012. Nepotism in Traditionalist Societies: US versus Pakistan. Working paper.

Banuri, Shaheryar, Rachel T.A. Croson, Reuben Kline & Catherine C. Eckel. 2008.

Towards an Improved Methodology in Analyzing Corruption: Insights from Citizen Responses to Corrupt Practices Across Countries. Working Paper.

Banuri, Sheheryar & Catherine C. Eckel. 2012. Cracking Down on Bribery. Working Paper.

Banuri, Sheheryar & Catherine C. Eckel. 2012. Experiments in Culture and Corruption: A Review. World Bank Policy Research Working Paper No. 6064.

Banuri, Sheheryar & Catherine C. Eckel. 2012. On the Effects of Culture on Punishment of Bribery: US v. Pakistan. Working Paper.

Banuri, Sheheryar & Philip E. Keefer. 2012. Pro-Social Behavior Where We Least Expect It? The Selection and Socialization of Instrinsically-Motivated Government (Tax!) Officials. Working Paper.

Banuri, Sheheryar, Catherine C. Eckel & Rick K. Wilson. 2012. Deconstructing Nepotism. Working Paper.

Baraldi, A. Laura. 2011. Effects of Electoral Rules, Political Competition and Corruption on the Size and Composition of Government Consumption Spending: An Italian Regional Analysis. The B.E. Journal of Economic Analysis & Policy 8(1).

Barassi, M. & Y. Zhou. 2012. The Effect of Corruption on FDI: A Parametric and Non-Parametric Analysis. European Journal of Political Economy

Barber, S., F. Bonnet & H. Bekedam. 2004. Formalizing Under-the-Table Payments to Control Out-of-Pocket Hospital Expenditures in Cambodia. Health Policy & Planning

Barbier, Edward B., Richard Damania & Daniel Leonard. 2005. Corruption, Trade, and Resource Conversion. Journal of Environmental Economics & Management

Bardhan, Pranab & Dilip Mookherjee. 2000. Capture and Governance at the Local and National Levels. American Economic Review.

Bardhan, Pranab & Dilip Mookherjee. 2005. Decentralizing Antipoverty Program Delivery in Developing Countries. Journal of Public Economics

Bardhan, Pranab & Dilip Mookherjee. 2006a. "Decentralization, Corruption, and Government Accountability: An Overview," in Susan Rose-Ackerman ed. International Handbook on the Economics of Corruption. Edward Elgar Publishing

Bardhan, Pranab & Dilip Mookherjee. 2006b. Decentralisation and Accountability in Infrastructure Delivery in Developing Countries. Economic Journal

Bardhan, Pranab. 1997. Corruption and Development: A Review of the Issues. Journal of Economic Literature

Bardhan, Pranab. 2002. Decentralization of Governance and Development. Journal of Economic Perspectives

Bardhan, Pranab. 2006. The Economist's Approach to the Problem of Corruption, 34 World Development

Bardhan, Pranab. 2015. Corruption and Development Policy (Drawing Upon the Recent Indian Debate). Journal of Public Economic Theory

Barnett, K. 2015. Distributive Justice and Proprietary Remedies Over Bribes. Legal Studies

Barone, G. & S. Mocetti. 2014. Natural Disasters, Growth and Institutions: A Tale of Two Earthquakes. Journal of Urban Economics

Barone, Guglierlmo & Gaia Narciso. 2015. Organized Crime and Business Subsidies: Where Does the Money Go? Journal of Urban Economics.

Barr, Abigail & Danila Serra. 2009. The Effect of Externalities and Framing on Bribery in a Petty Corruption Experiment. Experimental Economics

Barr, Abigail & Danila Serra. 2010. Corruption and Culture: An Experimental Analysis. Journal of Public Economics

Barr, Abigail, Frederica Mugisha, Pieter Serneels & Andrew Zeitlin. 2012. Information and Collective Action in Community-Based Monitoring of Schools: Field and Lab Experimental Evidence from Uganda. Working paper.

Barr, Abigail, Magnus Lindelow & Pieter Serneels. 2009. Corruption in Public Service Delivery: An Experimental Analysis. Journal of Economic Behavior & Organization

Barreto, R.A. & J. Alm. 2003. Corruption, Optimal Taxation, and Growth. Public Finance Review

Barreto, Raul A. 2000. Endogenous Corruption in a Neoclassical Growth Model.European Economic Review.

Barron, R.A. 2014. Some Current Developments under the Foreign Corrupt Practices Act. Securities Regulation Law Journal

Barta, James A. & Julia Chapman. 2012. Foreign Corrupt Practices Act. American Criminal Law Review

Barth, J., C. Lin, P. Lin & F. Song. 2009. Corruption in Bank Lending to Firms: Cross-Country Micro Evidence on the Beneficial Role of Competition and Information Sharing. Journal of Financial Economics

Bartle, S., C. Chamberlain & B. Wohlberg. 2014. Foreign Corrupt Practices Act. American Criminal Law Review

Basabe-Serrano, S. 2015. Informal Institutions and Judicial Independence in Paraguay, 1954-2011. Law & Policy

Basheka, B.C. & B.C. Mubangizi. 2012. Citizen-Driven Approaches in Fighting Corruption: A Comparative Analysis of Uganda's and South Africa's Local Government Systems. Jouranl of Public Administration

Basheka, B.C. 2014. The Nature and Forms of Public Procurement Corruption in Uganda's Local Government Systems: Implications for Good Governance Debate. International Journal of Procurement Management

Basheka, Benon C., Pross N. Oluka & Godfrey Mugurusi. 2015. Citizen-Driven Approaches for Combating Public Procurement Corruption in Uganda's Local Government Systems: An Empirical Survey. Internatioanl Journal of Logistics Systems & Management.

Basinger, Scott J. 2013. Scandals and Congressional Elections in the Post-Watergate Era. Political Research Quarterly

Bastida, Francisco & Bernadino Benito. 2007. Central Government Budget Practices and Transparency: An International Comparison. Public Administration

Basu, G. 2014. Concealment, Corruption, and Evasion: A Transaction Cost and Case Analysis of Illicit Supply Chain Activity. Journal of Transportation Security

Basu, Karna, Kaushik Basu & Tito Cordella. 2014. Asymmetric Punishment as an Instrument of Corruption Control. World Bank Policy Research Working Paper 6933.

Basu, Kaushik, Sudipto Bhattacharya & Ajit Mishra. 1992. Notes on Bribery and the Control of Corruption. Journal of Public Economics

Basu, Kaushik, Tamara McGavock & Boyang Zhang. 2013. When Competition Corrupts: A Theoretical Analysis of Market Structure and the Incidence of Corruption. World Bank Policy Research Working Paper 6596.

Basu, Kaushik. 2012. "Why, for a Certain Class of Bribes, the Act of Giving a Bribe Should Be Considered Legal", in S. Kochhar ed., Policy-Making for Indian Planning (Academic Foundation).

Batabyal, A. & S. Yoo. 2007. Corruption, Bribery, and Wait Times in the Public Allocation of Goods in Developing Countries. Review of Development Economics

Batabyal, S. & A. Chowdhury. 2015. Curbing Corruption, Financial Development and Income Inequality. Progress in Development Studies

Batalla, E.V.C. 2015. Treading the Straight and Righteous Path: Curbing Corruption in the Philippines. Asian Education & Development Studies

Batalla, Eric C. 2001. "De-Institutionalizing Corruption in the Philippines", in Antonio C.

Pedro, Jr., ed., Combating Corruption in East Asia (Manila: Yuchengo Center, De La Salle University)

Bates, R.H., A. Greif & S. Singh. 2002. Organizing Violence. Journal of Conflict Resolution

Batory, Agnes. 2010. Post-Accession Malaise? EU Conditionality, Domestic Politics and Anti-Corruption Policy in Hungary. Global Crime

Batory, Agnes. 2012. Political Cycles and Organisational Life Cycles: Delegation to Anti-Corruption Agencies in Central Europe. Governance

Batory, Agnes. 2012. Why Do Anti-Corruption Laws Fail in Central Eastern Europe? A Target Compliance Perspective. Regulation & Governance

Batra, G., D. Kaufmann & A.H.W. Stone. 2003. Investment Climate around the World: Voices of the Firms in the World Business Environment Survey. Washington, D.C.: World Bank/IBRD.

Batzilis, Dimitris. 2014. Bribing Abroad. Working paper.

Batzilis, Dimitris. 2015. "Bribing Abroad", in Susan Rose-Ackerman & Paul Lagunes eds., Greed, Corruption, and the Modern State

Bauer, Monika, Nicholas Charron & Nagmeh Nasirtuosi. 2013. Does Corruption Cause Aid Fatigue? International Studies Quarterly

Bauhr, Monika & Marcia Grimes. 2014. Indignation or Resignation: The Implications of Transparency for Societal Accountability. Governance

Bauhr, Monika & Naghmeh Nasiritousi. 2011. Why Pay Bribes? Collective Action and Anticorruption Efforts. QoG Working Paper

Bauhr, Monika & Naghmeh Nasiritousi. 2012. Resisting Transparency: Corruption, Legitimacy, and the Quality of Global Environmental Policies. Governmental Environmental Politics

Baumol, W, 1990. Entrepreneurship: Productive, Unproductive, and Destructive. Journal of Political Economy

Baxamusa, Mufaddal & Abu M. Jalal. 2014. The Effects of Corruption on Capital Structure: When Does It Matter? Journal of Developing Areas

Baxter, Andrew T. 1982. Federal Discretion in the Prosecution of Local Political Corruption. Pepperdine Law Review

Bayar, G. 2011. Causes of Corruption: Dynamic Panel Analysis of Some Post-Soviet Countries and East Asian Countries. Journal of Applied Business Research

Bayar, G. 2014. Spurious Middlemen in Corrupt Transactions. Economics

Bayar, Güzin. 2005. The Role of Intermediaries in Corruption. Public Choice

Bayley, D. & R. Perito. 2011. Police Corruption: What Past Scandals Teach about Current Challenges (Washington, D.C.: U.S. Institute of Peace).

Bazerman, Max & Francesca Gino. 2012. Behavioral Ethics: Toward a Deeper Understanding of Moral Judgment and Dishonesty. Annual Review of Law & Social Science

Beale, Kenneth D. & Paolo Esposito. 2009. Emergent International Attitudes Towards Bribery, Corruption and Money Laundering. Arbitration

Beale, Sara Sun. 2000. Comparing the Scope of the Federal Government's Authority to Prosecute Federal Corruption and State and Local Corruption: Some Surprising Conclusions and a Proposal. Hastings Law Journal

Beaman, Lori, Esther Duflo, Rohini Pande & Petia Topalova. 2011. Political Reservation and Subtantive Representation: Evidence from Indian Village Councils. India Policy Forum

Bean, Bruce Winfield. 2010. Hyperbole, Hypocrisy, and Hubris in the Aid-Corruption Dialogue. Georgetown Journal of International Law

Bearse, P., G. Glomm & E. Janeba. 2000. Why Poor Countries Rely Mostly On Redistribution In-Kind. Journal of Public Economics

Beasley, M. 2015. Dysfunctional Equivalence: Why the OECD Antibribery Convention Provides Insufficient Guidence in the Era of Multinational Corporations. George Washington International Law Review

Beaulieu, E. 2014. From Voter ID to Party ID: How Political Parties Affect Perceptions of Election Fraud in the U.S. Electoral Studies

Beber, Bernd & Alexandra Scacco. 2012. What the Numbers Say: A Digit-Based Test for Election Fraud Using New Data from Nigeria. Political Analysis

Beblavy, M. 2009. Conditions for Effective Large-Scale Anticorruption Efforts and the Role of External Actors: What Does the Slovak Experience Tell Us? Public Administration & Development

Beck, Adrian & Ruth Lee. 2002. Attitudes to Corruption Amongst Russian Police Officers and Trainees. Crime, Law & Social Change

Beck, Paul J. & Michael W. Maher. 1985. A Comparison of Bribery and Bidding in Thin Markets. Economic Letters

Beck, Paul J. & Michael W. Maher. 1989. Competition, Regulation and Bribery.Managerial & Decision Economics

Beck, Paul J., Michael W. Maher & Adrian E. Tschoegl. 1991. The Impact of the Foreign Corrupt Practices Act on US Exports. Managerial and Decision Economics.

Beck, T., A. Demirguc-Kunt & V. Maksimovic. 2005. Financial and Legal Constraints to Firm Growth: Does Size Matter? Journal of Finance

Beck, Thorsten & Luc Laeven. 2006. Institution Building and Growth in Transition Economies. Journal of Economic Growth

Becker, Gary S. & George J. Stigler. 1974. Law enforcement, malfeasance and compensation of enforcers. Journal of Legal Studies

Becker, Gary. 1968. Crime and Punishment: An economic approach. Journal of Political Economy

Becker, Sascha O., Peter H. Egger & Tobias Seidel. 2009. Common Political Culture: Evidence on Regional Corruption Contagion. European Journal of Political Economy

Beekman, G., E. Bulte & E. Nillesen. 2014. Corruption, Investments and Contributions to Public Goods: Experimental Evidence from Rural Liberia. Journal of Public Economics

Beesley, Celeste. 2015. Globalization and Corruption in Post-Soviet Countries: Perverse Effects of Economic Openness. Eurasian Geography & Economics (forthcoming).

Beets, S. Douglas. 2005. Understanding the Demand-Side Issues of International Corruption. Journal of Business Ethics

Belli, P. G. Gotsadze & H. Shahriari. 2004. Out-of-Pocket and Informal Payments in Health Sector: Evidence from Georgia. Health Policy

Bello, A.O. 2014. Gift-Giving, Anti-Bribery Laws and the Nigerian Constitution: Matters Arising. Journal of African Law

Bello, A.O. 2014. United Nations and African Union Conventions on Corruption and Anti-Corruption Legislation in Nigeria: A Comparative Analysis. African Journal of International & Comparative Law

Belloni, R. & F. Strazzari. 2014. Corruption in Post-Conflict Bosnia-Herzegovina and Kosovo: A Deal Among Friends. Third World Quarterly

Bellver, Ana & Daniel Kaufmann. 2005. Transparenting Transparency: Initial Empirics and Policy Applications. MRPA Paper No. 8188.

Beltran, A. 2015. Does Corruption Increase or Decrease Employment in Firms? Applied Economics Letters 1-4.

Benabou, Roland & Jean Tirole. 2004. Willpower and Personal Rules. Journal of Political Economy

Benabou, Roland & Jean Tirole. 2011. Identity, Morals, and Taboos: Beliefs as Assets.Quarterly Journal of Economics

Bendahan, S., C. Zehnder, F.P. Pralong & J. Antonakis. 2015. Leader Corruption Depends on Power and Testosterone. Leadership Quarterly

Benedetti, Mariangela. 2014. "How Multilateral Development Banks Invest Corruption in Their Funded Projects", in Jean-Bernard Auby, Emmanuel Breen & Thomas Perroud eds., Corruption and Conflicts of Interest: A Comparative Law Approach

Benito, B., M. Guillamon & F. Bastida. 2015. Determinants of Urban Political Corruption in Local Governments. Crime, Law & Social Change

Benjamin, S., R. Bhuvaneshwari, P. Rajan & Manjunatha. 2007. Bhoomi "E-Governance," or, an Anti-Politics Machine Necessary to Globalize Bangalore. Working paper.

Benk, Serkan & Birol Karakurt. 2010. Revenue Administrations and Corruption: Motivations, Opportunities and Fighting Methods. Business & Economics Research Journal

Bennedsen, Morten, Sven E. Feldmann & David Dreyer Lassen. 2009. Strong Firms Lobby, Weak Firms Bribe: A Survey-Based Analysis of the Demand for Influence and Corruption. (unpublished manuscript)

Bennedsen, Morten, Sven E. Feldmann & David Dreyer Lassen. 2011. Lobbying and Bribes – A Survey-Based Analysis of the Demand for Influence and Corruption. CESifo Working Paper Series No. 3496.

Benson, Bruce L. & John Baden. 1985. The Political Economy of Government Corruption: The Logic of Underground Government. Journal of Legal Studies

Benson, Bruce L. 1988. Corruption in Law Enforcement: One Consequence of the Tragedy of the Commons Arising with Public Allocation Processes. International Review of Law & Economics

Bentzen, Jeanet Sinding. 2012. How Bad Is Corruption? Cross-Country Evidence of the Impact of Corruption on Economic Prosperity. Review of Development Economics

BenYishay, A. & P. Grosjean. 2014. Initial Endowments and Economic Reform in 27 Post-Socialist Countries. Journal of Comparative Economics

Berenbeim, Ronald E. 2000. Company Programs for Resisting Corrupt Practices: A Global Study.

Berg, S.V., L. Jiang & C. Lin. 2012. Regulation and Corporate Corruption: New Evidence from the Telecom Sector. Journal of Comparative Economics

Berger, Paul, Erin W. Sheehy, Kenya K. Davis & Bruce E. Yannett. 2007. Is That a Bribe? International Financial Law Review

Bergh, Andreas, Gunther Fink & Richard Ohrvall. 2012. Public Sector Size and Corruption: Evidence from 290 Swedish Municipalities. IFN Working Paper 938.

Berkman, U. 1992. Bureaucracy and Bribery: a Conceptual Framework. International Journal of Public Administration

Berkowitz, Daniel & Wei Li. 2000. Tax Rights in Transition Economies: A Tragedy of the Commons? Journal of Public Economics

Berman, E.M. 2015. HRM in Development: Lessons and Frontiers. Public Administration & Development

Bernardi, Richard, Michael Witek & Michael Melton. 2009. A Four Country Study of the Association between Bribery and Unethical Actions. Journal of Business Ethics

Bernheim, B.D. & N. Kartik. 2014. Candidates, Character, and Corruption. American Economic Journal-Microeconomics

Berry, Bryan R. 2001. Donkeys, Elephants, and Barney Fife: Are Deputy Sheriffs Policymakers Subject to Patronage Termination? Missouri Law Review

Bertot, John C., Paul T. Jaegerd & Justin M. Grimes. 2010. Using ICTs to Create a Culture of Transparency: E-Government and Social Media as Openness and Anti-Corruption Tools for Societies. Government Information Quarterly

Bertrand, M. & S. Mullainathan. 2001. Do People Mean What They Say? Implications for Subjective Survey Data. American Economic Review

Bertrand, Marianne, Simeon Djankov, Rema Hanna & Sendhil Mullainathan. 2007. Obtaining a Driver's License in India: An Experimental Approach to Studying Corruption. Quarterly Journal of Economics

Besley, Timothy & Andrea Prat. 2006. Handcuffs for the Grabbing Hand? Media Capture and Government Accountability. American Economic Review

Besley, Timothy & Robin Burgess. 2001. Political Agency, Government Responsiveness and the Role of the Media. European Economic Review

Besley, Timothy & Robin Burgess. 2002. The Political Economy of Government Responsiveness: Theory and Evidence from India. Quarterly Journal of Economics

Besley, Timothy J. & John McLaren. 1993. Taxes and Bribery: The Role of Wage Incentives. Economic Journal

Besley, Timothy, Rohini Pande & Vijayendra Rao. 2012. Just Rewards? Local Politics and Public Resource Allocation in South India. World Bank Economic Review

Bethencourt, Carlos & Fernando Perera-Tallo. 2015. Declining Predation During Development: A Feedback Process. Economica

Beyerle, Shaazka. 2014. Curtailing Corruption: People Power for Accountability and Justice. (Boulder, CO: Lynne Rienner).

Bhagwati, Jagdish N. 1982. Directly Unproductive, Profit-Seeking (DUP) Activities.

Journal of Political Economy.

Bhargava, Vinay & Emil Bolongaita. 2004. Challenging Corruption in Asia: Case Studies and a Framework for Action (Washington, D.C.: World Bank).

Bhatnagar, Subhash C. & Nupur Singh. 2010. Assessing the Impact of E-Government: A Study of Projects in India. Information Technologies & International Development

Bhatnagar, Subhash. 2013. "E-Government: A Potent Tool to Fight Corruption," in Samuel Paul ed., Fighting Corruption: The Way Forward (Bangalore, India: Public Affairs Center).

Bhattacharyya, S. & R. Hodler. 2015. Media Freedom and Democracy in the Fight Against Corruption. European Journal of Political Economy

Bhattacharyya, Sambit & Rolad Hodler. 2010. Natural Resources, Democracy and Corruption. European Economic Review

Bhaumik, Sumon Kumar & R. Dimova. 2014. Good and Bad Institutions: Is the Debate Over? Cross-Country Firm-Level Evidence from the Textile Industry. Cambridge Journal of Economics

Bhavnani, Rikhil R. 2012. Using Asset Disclosures to Study Politicians' Rents: An Application to India. Working paper.

Bhojwani, Rashna. 2012. Deterring Global Bribery: Where Public and Private Enforcement Collide. Columbia Law Review

Bhuiyan, S. 2010. E-Government in Kazakhstan: Challenges and Its Role to Development. Public Organization Review

Bialos, Jeffrey P. & Gregory Husisian. 1997. The Foreign Corrupt Practices Act: Coping with Corruption in Transitional Economies.

Bicchieri, Christina & Erte Xiao. 2009. Do the Right Thing: But Only If Others Do So. Journal of Behavioral Decision Making

Bicchieri, Christina & John Duffy. 1997. Corruption Cycles. Political Studies

Bicchieri, Cristina & Carlo Rovelli. 1995. Evolution and Revolution: The Dynamics of Corruption. Rationality & Society

Biddulph, R. 2014. Can Elite Corruption Be a Legitimate Machiavellian Tool in an Unruly World? The Case of Post-Conflict Cambodia. Third World Quarterly

Bidhya, B. 2004. Thaksin's Model of Government Reform: Prime Ministerialisation Through "A Country is my Company" Approach. Asian Journal of Political Science

Bigge, David M. & Kiera S. Gans. 2013. The Potential for Arbitrators to Refer Suspicions of Corruption to Domestic Authorities. Transnational Dispute Management

Billger, Sherrilyn M. & Rajeev K. Goel. 2009. Do Existing Corruption Levels Matter in Controlling Corruption?: Cross-Country Quantile Regression Estimates. Journal of Development Economics

Bilotkach, V. 2006. A Tax Evasion-Bribery Game: Experimental Evidence from Ukraine.European Journal of Comparative Economics

Birch, S. & N. Allen. 2015. Judging Politicians: The Role of Political Attentiveness in Shaping How People Evaluate the Ethical Behaviour of Their Leaders. European Journal of Political Research

Birch, S. 2007. Electoral Systems and the Manipulation of Elections. Comparative Political Studies

Bird, Richard M., Jorge Martinez-Vazquez & Benno Torgler. 2008. Tax Effort in Developing Countries and High Income Countries: The Impact of Corruption, Voice and Accountability. Economic Analysis & Policy

Birney, Mayling. 2014. Decentralization and Veiled Corruption under China's Rule of Mandates. World Development.

Bishara, Norman & David Hess. 2014. "Human Rights and a Corporation's Duty to Combat Corruption" in Robert Bird, Daniel Cahoy & Jamie Prenkert, eds. Bridging the Gap Between Business and Human Rights  (forthcoming).

Bishara, Norman D. & Cindy A. Schipani. 2009. Strengthening the Ties that Bind: Preventing Corruption in the Executive Suite. Journal of Business Ethics

Bishara, Norman D. & David W. Hess. 2014. "Will an FCPA Compliance Defense Improve Compliance with the FCPA?: An Exploration of the Issues" in Philip Nichols, ed. Corruption, Business Law, and Business Ethics (University of Chicago Press) (forthcoming).

Bishara, Norman D. 2011. Governance and Corruption Constraints in the Middle East: Overcoming the Business Ethics Glass Ceiling. American Business Law Journal

Bishop, Doak. 2010. Toward a More Flexible Approach to the International Legal Consequences of Corruption. ICSID Review

Bixby, Michael B. 2010. The Lion Awakens: The Foreign Corrupt Practices Act—1977 to 2010. San Diego International Law Journal

Bjorkelo, Brita. 2013. Workplace Bullying after Whistleblowing: Future Research and Implications. Journal of Management Psychology

Bjorkman, Martina & Jakob Svensson. 2009. Power to the People: Evidence From a Randomized Field Experiment on Community-Based Monitoring in Uganda, Quarterly Journal of Economics

Bjorkman, Martina & Jakob Svensson. 2010. When Is Community-Based Monitoring Effective? Evidence from a Randomized Experiment in Primary Health in Uganda. Journal of the European Economic Association

Bjorkman, Martina. 2006. Does Money Matter for Student Performance? Evidence from a Grant Program in Uganda. IGIER Working Paper No. 326.

Bjorkman-Nyqvist, Martina, Damien de Walque & Jakob Svensson. 2013. Information Is Power: Experimental Evidence of the Long Run Impact of Community Based Monitoring. Working paper.

Bjornskov, Christian & Andreas Freytag. 2010. An Offer You Can't Refuse: Murdering Journalists as an Enforcement Mechanism of Corrupt Deals. Working paper.

Bjornskov, Christian. 2003. Corruption and Social Capital. Working Paper 03-13, Aarhus School of Business.

Bjornskov, Christian. 2011. Combating Corruption: On the Interplay between Institutional Quality and Social Trust. Journal of Law & Economics 54(1): 135-159.

Bjornskov, Christian. 2012. Can Bribes Buy Protection Against International Competition? Review of World Economics

Bjorvatn, Kjetil & Tina Soreide. 2005. Corruption and Privatization. European Journal of Political Economy

Bjorvatn, Kjetil & Tina Soreide. 2014. Corruption and Competition for Resources. International Tax & Public Finance

Bjorvatn, Kjetil, Gaure Torsvik & Bertil Tungodden. 2005. How Middle-Men Can Undermine Anti-Corruption Reforms. CMI Working Papers WP 2005: 1.

Bjorvatn, Kjetil, Mohammad Reza Farzanegan & Friedrich Schneider. 2012. Resource Curse and Power Balance: Evidence from Oil-Rich Countries. World Development

Black, B.S., R.H. Kraakman & A. Tarassova. 2000. Russian Privatization and Corporate Governance: What Went Wrong? Stanford Law Review

Black, Barbara. 2012. The SEC and the Foreign Corrupt Practices Act: Fighting Global Corruption Is Not Part of the SEC's Mission. Ohio State Law Journal

Blackburn, Keith & Gonzalo F. Forgues-Puccio. 2007. Distribution and Development in a Model of Misgovernance. European Economic Review

Blackburn, Keith & Gonzalo F. Forgues-Puccio. 2009. Why Is Corruption Less Harmful in Some Countries Than in Others? Journal of Economic Behavior & Organization

Blackburn, Keith & Gonzalo F. Forgues-Puccio. 2010. Financial Liberalization, Bureaucratic Corruption and Economic Development. Journal of International Money and Finance

Blackburn, Keith & Jonathan Powell. 2011. Corruption, Inflation and Growth. Economics Letters

Blackburn, Keith, Kyriakos C. Neanidis & M. Emranul Haque. 2008. Corruption, Seigniorage and Growth: Theory and Evidence. CESifo Working Paper 2354.

Blackburn, Keith, Niloy Bose & M. Emranul Haque. 2006. The Incidence and Persistence of Corruption in Economic Development. Journal of Economic Dynamics and Control

Blackburn, Keith, Niloy Bose & M. Emranul Haque. 2010. Endogenous Corruption in Economic Development. Journal of Economic Studies

Blackburn, Keith, Niloy Bose & M. Emranul Haque. 2011. Public Expenditures, Bureaucratic Corruption and Economic Development. The Manchester School

Blackburn, Keith. & R. Sarmah. 2009. Corruption, Development and Demography.Economics of Governance

Blake, Charles H. & Christopher G. Martin. 2006. The Dynamics of Political Corruption: Re-Examining the Influence of Democracy. Democratization

Blanchard, Olivier & Andrei Shleifer. 2001. Federalism with and without Political Centralization: China versus Russia. IMF Staff Papers

Blanco, Luisa R., Jeffrey B. Nugent & Kelsey J. O'Connor. 2015. Oil Curse and Institutional Changes: Which Institutions Are Most Vulnerable to the Curse and Under What Circumstances? Contemporary Economic Policy

Bland, G. 2014. Measuring Subnational Government Corruption in the Developing World. Public Integrity

Bliss, Christopher & Rafael Di Tella. 1997. Does Competition Kill Corruption? Journal of Political Economy

Bloom, Ben. 2014. Criminalizing Kleptocracy? The ICC as a Viable Tool in the Fight Against Grand Corruption. American University International Law Review

Blount, J. & S. Markel. 2012. The End of the Internal Compliance World as We Know It, Or an Enhancement of the Effectiveness of Securities Law Enforcement? Bounty Hunting Under the Dodd-Frank Act's Whistleblower Provisions. Fordham Journal of Corporate & Financial Law

Blume, L. & S. Voigt. 2011. Does Organizational Design of Supreme Audit Institutions Matter? A Cross-Country Assessment. European Journal of Political Economy

Blumkin, Tomer & Mark Gradstein. 2002. Transparency Gloves for Grabbing Hands? Politics and (Mis)Governance. CEPR Discussion Paper No. 3668.

Blundo, G. & J.-P. Olivier de Sardan. 2006. "Why Should We Study Everyday Corruption and How Should We Go About It?", in G. Blundo & J.-P. Olivier de Sardan eds., Everyday Corruption and the State: Citizens and Public Officials in Africa. Zed Books.

Blundo, G. 2007. "Hidden Acts, Open Talks: How Anthropology Can 'Observe' and Describe Corruption", in M. Nuijten & G. Anders eds., Corruption and the Secret of Law: A Legal Anthropological Perspective. Ashgate.

Blundo, G. et al. 2006. Everyday corruption and the state. Translated by Susan Cox. New York: Zed Books.

Blyschak, P. 2014. Corporate Liability for Foreign Corrup Practices under Canadian Law. McGill Law Journal

Blyschak, P. 2014. Corporate Liability for Foreign Corrupt Practices under Canadian Law. McGill Law Journal

Bobkova, N. & H. Egbert. 2013. Corruption Investigated in the Lab: A Survey of the Experimental Literature. International Journal of Latest Trends in Finance & Economic Sciences

Bobonis, Gustavo J. & Luis R. Camara Fuertes. 2015. Challenging Corrupt Politicians? Audits, Electoral Selection, and Accountability in Municipal Elections. Working paper.

Bobonis, Gustavo J., Luis R. Camara Fuertes & Rainer Schwabe. 2013. Monitoring Corruptible Politicians. Working paper.

Boehm, Frederic & Juanita Olaya. 2006. Corruption in Public Contracting Auctions: The Role of Transparency in Bidding Processes. Annals of Public and Cooperative Economics

Boehm, Frederic, Juanita Olaya & J. Polanco. 2005. "Privatization and Corruption," in E.U. von Weizsacker, O. Young & M. Finger eds., Limits to Privatization: How to Avoid Too Much of a Good Thing (London: Earthscan).

Boehm, Frederic. 2008. Risks and Challenges of Corruption in Developing Countries' Infrastructure. Network Industries Quarterly

Boehm, Frederic. 2009. Anti-Corruption in Regulation – A Safeguard for Infrastructure Reforms. Journal of Competition and Regulation in Network Industries

Boehm, Frederic. 2011. "Is There an Anti-Corruption Agenda in Regulation? Insights from Colombian and Zambian Water Regulation," in Susan Rose-Ackerman & Tina Soreide eds., International Handbook on the Economics of Corruption II (Edward Elgar Publishing).

Boerner, Kira & Christa Hainz. 2009. The Political Economy of Corruption and the Role of Economic Opportunities. Economics of Transition

Boersma, Martine. 2012. Corruption: A Violation of Human Rights and a Crime under International Law? (Intersentia, School of Human Rights Research, Vol. 56).

Bohara, Alok K., Neil J. Mitchell & Carl F. Mittendorff. 2004. Compound Democracy and the Control of Corruption: A Cross-Country Investigation. Policy Studies Journal

Boles, J. 2014. Examining the Lax Treatment of Commercial Bribery in the United States: A Prescription for Reform. American Business Law Journal

Bologna, Jamie & Amanda Ross. 2015. Corrpution and Entrepreneurship: Evidence from Brazilian Municipalities. Working paper.

Bologna, Jamie. 2014. Is the Internet an Effective Mechanism for Reducing Corruption Experience? Evidence from a Cross-Section of Countries. Applied Economics Letters

Bologna, Jamie. 2014. The Effect of Informal Employment and Corruption on Income Levels in Brazil. Working paper.

Bologna, Jamie. 2015. Contagious Corruption, Informal Employment, and Income: Evidence from Brazilian Municipalities. Working paper.

Bologna, Jamie. 2015. Corruption: The Good, the Bad, and the Uncertain. Working paper.

Bolongaita, Emil P. 2010. An Exception to the Rule? Why Indonesia's Anti-Corruption Commission Succeeds Where Others Don't – A Comparison with the Philippines Ombudsman. Anti-Corruption Research Centre U4, Bergen (Norway).

Bolongaita, Emil. 2005. Controlling Corruption in Post-Conflict Societies. Kroc Institute Occasional Paper #26.

Boly, Amadou. 2011. On the Incentive Effects of Monitoring: Evidence from the Lab and the Field. Experimental Economics

Bonaglia, Federico, Jorge Braga de Macedo & Maurizio Bussolo. 2001. How Globalisation Improves Governance. OECD Working Paper No. 181.

Bond, Philip. 2008. Persistent Court Corruption, Economic Journal

Bonga, Wellington Garikai. 2014. An Empirical Investigation of the Nature of Corruption in Zimbabwe. Working paper.

Bonneau, Jacqueline L. 2011. Combating Foreign Bribery: Legislative Reform in the United Kingdom and Prospects for Increased Global Enforcement. Columbia Journal of Transnational Law

Bonnet, Celine, Pierre Dubois, David Matrimort & Stephene Straub. 2009. Empirical Evidence on Satisfaction with Privatization in Latin America: Welfare Effects and Beliefs. IDEI Working Papers 566, Institut d'Economie Industrielle (IDEI), Toulouse.

Bonobis, Gustavo J., Luis R. Camara-Fuertes & Rainer Schwabe. 2015. Monitoring Corruptible Politicians. Working paper.

Bonstead, C. 2014. Removing the FCPA Facilitation Payments Exception: Enforcement Tools for a Cleaner Business as Usual. Houston Journal of International Law

Booth, D. & F. Golooba-Mutebi. 2012. Developmental Patrimonialism? The Case of Rwanda. African Affairs

Borcan, O., M. Lindahl & A. Mitrut. 2014. The Impact of an Unexpected Wage Cut on Corruption: Evidence from a "Xeroxed" Exam. Journal of Public Economics

Border, K. & J. Sobel. 1987. Samurai Accountant: A Theory of Auditing and Plunder. Review of Economic Studies

Borisova, E.A. 2014. An Analysis of the Mechanisms of the Social Control of Corruption in the Higher Education System. Russian Education & Society

Borzel, T.A. & V. Hullen. 2014. State-Building and the European Union's Fight Against Corruption in the Southern Caucasus: Why Legitimacy Matters. Governance

Borzel, Tanja A. & Yasemini Pamuk. 2011. Pathologies of Europeanization: Fighting Corruption in the Southern Caucasus. Working paper.

Borzel, Tanja A., Andreas Stahn & Yasemin Pamuk. 2010. The European Union and the Fight Against Corruption in Its Near Abroad: Can It Make a Difference? Global Crime

Boschini, Anne D., Jan Pettersson & Jesper Roine. 2007. Resource Curse or Not: A Question of Appropriability. Scandinavian Journal of Economics

Boschini, Anne D., Jan Pettersson & Jesper Roine. 2013. The Resource Curse and Its Potential Reversal. World Development

Bose, G. 2004. Bureaucratic Delays and Bribe Taking. Journal of Economic Behaviour and Organisation

Bose, Gautam & Shubhashis Gangopadhyay. 2009. Intermediation in Corruption Markets. Indian Growth & Development Review

Bose, Gautam. 2010. Aspects of Bureaucratic Corruption. Working Paper.

Bose, Niloy, Salvatore Capasso & Antu Panini Murshid. 2008. Threshold Effects of Corruption: Theory and Evidence. World Development

Bose, Pinaki & Luciana Echazu. 2007. "Corruption with Heterogeneous Enforcement Agents in the Shadow Economy," 163 Journal of Institutional and Theoretical Economics

Bose, Pinaki. 1995. Industrial Licensing, Bribery and Allocation Efficiency. Bull. Econ.Res.

Boswell, Nancy Zucker. 1996. Combating Corruption: Are International Institutions. Doing Their Job? Proceedings of the Annual Meeting (American Society of International Law)

Boswell, Nancy Zucker. 1996. Combating Corruption: Focus on Latin America. Southwestern Journal of Law & Trade in the Americas

Boswell, Nancy Zucker. 1997. An Emerging Consensus on Controlling Corruption. University of Pennsylvania Journal of International Economic Law

Boswell, Nancy Zucker. 1999. The Law, Expectation, and Reality in the Marketplace: The Problems of and Responses to Corruption. Law & Pol'y Int'l Bus.

Bota-Avram, C. 2014. Good Governance and Doing Business: Evidence from a Cross-Country Survey. Transylvanian Law Review of Administrative Sciences

Botero, Sandra, Rodrigo Castro Cornejo, Laura Gamboa, Nara Pavao & David W.

Nickerson. 2015. Says Who? An Experiment on Allegations of Corruption and Credibility of Sources. Political Research Quarterly

Boucher, A.J., W.J. Burch, M. Midyette, S. Rose & J. Terry. 2007. Mapping and Fighting Corruption in War Torn States. Stimson Center Report No. 61.

Boutros, Andrew S. & T. Markus Funk. 2012. "Carbon Copy" Prosecutions: A Growing Anticorruption Phenomenon in a Shrinking World. University of Chicago Legal Forum.

Bowers, John et al. 2007. Whistleblowing: Law and Practice, Oxford: Oxford University Press.

Bowler, Shaun & Jeffrey A. Karp. 2004. Politicians, Scandals, and Trust in Government Political Behavior.

Bowles, Roger & Nuno Garoupa. 1997. Casual Police Corruption and the Economics of Crime. International Review of Law and Economics

Bowman, Cynthia Grant. 1991. "We Don't Want Anybody Anybody Sent": The Death of Patronage Hiring in Chicago. Northwestern University Law Review

Bowser, Donald. 2001. "Corruption, Trust, and the Danger to Democratisation in the Former Soviet Union," in David Lovell, ed. The Transition: Essays on Post-Communism (London: Ashgate Publishers).

Boyd, Bruce M. 2005. Governmental Corruption in China: Application of the Foreign Corrupt Practices Act. Santa Clara Journal of International Law

Boylan, Richard T. & Cheryl X. Long. 2003. Measuring Public Corruption in the American States: A Survey of State House Reporters

Boylan, Scott F. 1996. Organized Crime and Corruption in Russia: Implications for U.S. and International Law. Fordham Int'l L.J.


Bracking, Sarah. 2007. "Political Development and Corruption: Why 'Right Here, Right Now!'?", in Sarah Bracking ed., Corruption and Development: The Anti-Corruption Campaigns (Palgrave Macmillan)

Bracking, Sarah. 2015. "Corruption and Development: The Mutable Edges of Morality in Modern Markets" , in Paul M. Heywood ed., The Routledge Handbook of Political Corruption (New York: Routledge)

Brademas, John & Fritz Heimann. 1998. Tackling International Corruption: No Longer Taboo. Foreign Affairs. 77(Sept-Oct)

Braguinsky, S. & S. Mityakov. 2015. Foreign Corporations and the Culture of Transparency: Evidence from Russian Administrative Data. Journal of Financial Economics 117(1)

Braguinsky, Serguey, Sergey Mityakov & Andrey Liscovich. 2014. Direct Estimation of Hidden Earnings: Evidence from Russian Adminsitrative Data. Journal of Law & Economics

Braguinsky, Serguey. 1996. Corruption and Schumpeterian Growth in Different Economic Environments. Contemporary Economic Policy 14(3)

Braithwaite, John & Peter Drahos. 2000. Global Business Regulation.

Braithwaite, John. 1982. Enforced Self-Regulation: A New Strategy for Corporate Crime Control. Michigan Law Review

Branstetter, Jeffrey. 2005. Darleen Druyun: An Evolving Case Study of Corruption, Power, and Procurement. Public Contract Law Journal

Bratsis, P. 2014. Political Corruption in the Age of Transnational Capitalism. Historical Materialism

Braun, Miguel & R. Di Tella. 2004. Inflation, Inflation Variability, and Corruption. Economics & Politics

Brautigam, D. & S. Knack. 2004. Foreign Aid, Institutions and Governance in Sub-Saharan Africa. Economic Development & Cultural Change

Bray, J. 2005. "The Use of Intermediaries and Other Alternatives to Bribery", in J.G. Lambsdorff, M. Taube & M. Schramm eds., The New Institutional Economics of Corruption (Routledge).

Bray, J. 2006. "Agents, Consultants and Joint-Venture Partners in International Business Transactions", in B. Errath ed., Business Against Corruption: Case Stories and Examples (New York: United Nations Global Compact Office),

Breen, M. & R. Gillanders. 2015. Political Trust, Corruption, and the Ratings of the IMF and the World Bank. International Interactions

Brew, P. & J. Moberg. 2006. "The Power of Joining Forces – the Case for Collective Action in Fighting Corruption", in B. Errath ed., Business Against Corruption: Case Stories and Examples (New York: United Nations Global Compact Office)

Brewer, Gene A., Tujin Choi & Richard M. Walker. 2007. Accountability, Corruption and Government Effectiveness in Asia: An Exploration of World Bank Governance Indicators. International Public Management Review

Brewster, Rachel. 2014. The Domestic and International Enforcement of the O.E.C.D. Anti-Bribery Convention. Chicago Journal of International Law

Brianzoni, S., R. Coppier & E. Michetti. 2015. Multiple Equilibria in a Discrete Time Growth Model with Corruption in Public Procurement. Quality & Quantity

Bridges, Michael. 1993. Release the Gags: The Hatch Act and Current Legislative Reform—Another Voice for Reform. Capital University Law Review

Brief, Arthur P., R.T. Buttram & J.M. Dukerich. 2001. "Collective Corruption in the Corporate World: Toward a Process Model", in Marlene E. Turner ed., Groups at Work: Theory and Research (Mahwah, N.J.: Lawrence Erlbaum)

Briffault, Richard M. 2001. Nixon v. Shrink Missouri Government PAC: The Beginning of the End of the Buckley Era? Minnesota Law Review

Brinkerhoff, D.W. & A.A. Goldsmith. 2005. Institutional Dualism and International Development: A Revisionist Interpretation of Good Governance. Administration & Society

Brinkerhoff, D.W. 2010. Unpacking the Concept of Political Will to Confront Corruption. Bergen: Chr. Michelsen Institute.

Brinkerhoff, Derick W. 2000. Assessing Political Will for Anti-Corruption Efforts: An Analytic Framework. Public Administration & Development

Broadhurst, R. & P. Wang. 2014. After the Bo Xilai Trial: Does Corruption Threaten China's Future? Survival

Broadman, Harry G. & Francesca Recanatini. 2000. Seeds of Corruption: Do Market Institutions Matter? World Bank Policy Research Working Paper No. 2368.

Broadman, Harry G. & Francesca Recanatini. 2001. Seeds of Corruption: Do Market Institutions Matter? MOST: Economic Policy in Transitional Economies

Broadman, Harry G. & Francesca Recanatini. 2002. Corruption and Policy: Back to the Roots. Journal of Policy Reform

Brody, R.G., J.M. Coulter & S. Lin. 1999. The Effect of National Culture on Whistle-Blowing Perceptions. Teaching Business Ethics

Brollo, Fernanda & Ugo Troiano. 2015. What Happnes When a Woman Wins an Election? Evidence from Close Races in Brazil. Working paper.

Brollo, Fernanda, Tommaso Nannicini, Roberto Perotti & Guido Tabellini. 2013. The Political Resource Curse. American Economic Review

Brollo, Fernanda. 2011. Why Do Voters Punish Corrupt Politicians? Evidence from the Brazilian Anti-Corruption Program. Working paper.

Brooks, Allen R. 2010. A Corporate Catch-22: How Deferred and Non-Prosecution Agreements Impede the Full Development of the Foreign Corrupt Practices Act. Journal of Law, Economics & Policy 7

Brooks, Arthur. 2002. Does Civil Society Stop the Downward Spiral of Bad Government or Speed It Up? Nonprofit & Voluntary Sector Quarterly

Brophy, S. 2008. Mexico: Cartels, Corruption and Cocaine: A Profile of the Gulf Cartel. Global Crime

Brown, A.J. 2006. "What Are We Trying to Measure? Reviewing the Basics of Corruption Definition," in Charles Sampford, Arthur Shacklock, Carmel Connors & Fredrik Galtung eds., Measuring Corruption (Aldershot: Ashgate)

Brown, D.J., J.S. Earle & S. Gehlbach. 2009. Helping Hand or Grabbing Hand? State Bureaucracy and Privatization Effectiveness. American Political Science Review

Brown, David S., Michael Touchton & Andrew Whitford. 2011. Political Polarization as a Constraint on Corruption: A Cross-National Comparison. World Development

Brown, Ed & Jonathan Cloke. 2004. Neoliberal Reforms, Governance and Corruption in the South: Assessing the International Anti-Corruption Crusade. Antipode

Brown, Ed, Jonathan Cloke & Jose Luis Rocha. 2007. "Governance, Neoliberalism and Corruption in Nicaragua", in Sarah Bracking ed., Corruption and Development: The Anti-Corruption Campaigns (Palgrave Macmillan)

Brown, George D. 1997. Should Federalism Shield Corruption?—Mail Fraud, State Law and Post-Lopez Analysis. Cornell Law Review

Brown, George D. 1998. Stealth Statute—Corruption, the Spending Power, and the Rise of 18 U.S.C. §666. Notre Dame Law Review

Brown, George D. 1998. The Gratuities Offense and the RICO Approach to Independent Counsel Jurisdiction. Georgetown Law Journal 86

Brown, George D. 1999. The Ethics Backlash and the Independent Counsel Statute. Rutgers Law Review

Brown, George D. 2000. Putting Watergate Behind Us—Salinas, Sun-Diamond, and Two Views of the Anticorruption Model. 74 Tul. L. Rev. 747

Brown, George D. 2003. New Federalism's Unanswered Question: Who Should Prosecute State and Local Officials for Political Corruption? 60 Wash. & Lee L. Rev. 417

Brown, George D. 2004. Carte Blanche: Federal Prosecution of State and Local Officials After Sabri. Catholic University Law Review

Brown, George. 2006. The Gratuities Debate and Campaign Reform: How Strong Is the Link? Wayne Law Review

Brown, H. Lowell. 1998. Parent-Subsidiary Liability Under the Foreign Corrupt Practices Act. Baylor Law Review

Brown, H. Lowell. 1999. The Extraterritorial Reach of the U.S. Government's Campaign Against International Bribery. Hastings Int'l & Comp. L. Rev.

Brown, H. Lowell. 2001. Extraterritorial Jurisdiction Under the 1998 Amendments to the Foreign Corrupt Practices Act: Does the Government's Reach Now Exceed Its Grasp? North Carolina Journal of International Law & Commercial Regulation

Brown, J. & M. Loosemore. 2015. Behavioural Factors Influencing Corruption in the Australian Construction Industry. Engineeering, Construction & Architectural Management

Brown, M., L.K. Trevino & D. Harrison. 2005. Ethical Leadership: A Social Learning Perspective for Construct Development and Testing. Organizational Behavior & Human Decision Processes

Brown, Rajeswary Ampalavanar. 2006. Indonesian Corporations, Cronyism, and Corruption. Modern Asian Studies

Bruckner, Till. 2011. Accountability in International Aid – The Case of Georgia. Unpublished PhD thesis.

Brueckner, Jan K. 2000. Fiscal Decentralization in Developing Countries: The Effects of Local Corruption and Tax Evasion. Annals of Economics & Finance

Bruhn, M. 2008. License to Sell: The Effect of Business Registration Reform on Entrepreneurial Activity in Mexico. World Bank Policy Research Working Paper Series 4538.

Brunetti, A., G. Kisunko & B. Weder. 1997. Institutional Obstacles to Doing Business: Region-by-Region Results from a Worldwide Survey of the Private Sector. World Bank PRD Working Paper 1759.

Brunetti, Aymo & Beatrice Weder. 2003. A Free Press Is Bad News for Corruption. Journal of Public Economics

Brunetti, Aymo, Gregory Kisunko & Beatrice Weder. 1998. Credibility of Rules and Economic Growth: Evidence from a Worldwide Survey of the Private Sector. World Bank Economic Review

Brunnscheiler, C.N. & E.H. Bulte. 2008. Linking Natural Resources to Slow Growth and More Conflict. Science

Brunnschweiler, Christa N. & Erwin H. Bulte. 2008. The Resource Curse Revisited and Revised: A Tale of Paradoxes and Red Herrings. Journal of Environmental Economics & Management

Brunnschweiler, Christa N. 2008. Cursing the Blessings? Natural Resource Abundance, Institutions, and Economic Growth. World Development

Brusco, V., M. Nazareno & Susan C. Stokes. 2004. Vote Buying in Argentina. Latin American Research Review

Buccirossi, Paolo & Giancarlo Spagnolo. 2006. Leniency Policies and Illegal Transactions. Journal of Public Economics

Buchner, Susanne, Andreas Freytag, Luis G. Gonzalez & Werner Guth. 2008. Bribery and Public Procurement: An Experimental Study. Public Choice

Budak, J. & E. Rajh. 2014. Corruption as an Obstacle for Doing Business in the Western Balkans: A Business Sector Perspective. International Small Business Journal

Budak, J. & M. Vizek. 2015. The Corruption Mark-Up: Is Corruption Cost Incorporated in the Prices of Goods and Services in Emerging and Developed Countries? Post-Communist Economies

Budak, J. & R.K. Goel. 2004. Transition, Governance and Corruption. Economia

Budak, J. 2007. Corruption in Croatia: Perceptions Rise, Problems Remain. Croatian Economic Survey

Budhram, T. 2015. Intelligence-Led Policing: A Proactive Approach to Combating Corruption. SA Crime Quarterly

Buehler, Michael. 2008. Shari'a By-Laws in Indonesian Districts: An Indication for Changing Patterns of Power Accumulation and Political Corruption. Southeast Asia Research

Buehler, Michael. 2011. Indonesia's Law on Public Services: Changing State-Society Relations or Continuing Politics as Usual? Bulletin of Indonesian Economic Studies

Buehn, A. & F. Schneider. 2012. Corruption and the Shadow Economy: Like Oil and Vinegar, Like Water and Fire? International Tax & Public Finance

Buehn, A. & F. Schneider. 2012. Shadow Economies Around the World: Novel Insights, Accepted Knowledge, and New Estimates. International Tax & Public Finance

Bujko, Matthias, Christian Fischer, Tim Krieger & Daniel Meierrieks. 2014. How Institutions Shape Land Deals: The Role of Corruption. Working paper.

Bukovansky, Mlada. 2002. Corruption Is Bad: Normative Dimensions of the Anti-Corruption Movement. Working Paper 2002/5, Department of International Relations, Australian National University.

Bukovansky, Mlada. 2006. The Hollowness of Anti-Corruption Discourse, Review of International Political Economy

Bulkan, J. 2014. Forest Grabbing through Forest Concession Practices: The Case of Guyana. Journal of Sustainable Forestry

Bull, Martin J. & James L. Newell. 1997. New Avenues in the Study of Political Corruption. Crime, Law & Social Change

Bulte, Erwin H., Richard Damania & Robert T. Deacon. 2005. Resource Intensity, Institutions and Development. World Development

Buquet, Daniel & Rafael Pineiro. 2014. Corruption and Governance Improvement in Uruguay. Working paper.

Burger, Ethan S. & Mary Holland. 2008. Law as Politics: The Russian Procuracy and its Investigative Committee. Columbia Journal of Eastern European

Burger, Ethan S. & Mary S. Holland. 2006. Why the Private Sector Is Likely to Lead the Next Stage in the Global Fight Against Corruption. Fordham International Law Journal

Burgess, R., M. Hansen, B.A. Olken, P. Potapov & S. Sieber. 2012. The Political Economy of Deforestation in the Tropics. Quarterly Journal of Economics

Burguet, Roberto & Yeon-Koo Che. 2004. Competitive Procurement with Corruption. RAND Journal of Economics

Burke, Thomas F. 1997. The Concept of Corruption in Campaign Finance Law. Constitutional Commentary

Burton, R. 2005. "Improving Integrity in Public Procurement: The Role of Transparency and Accountability", in Fighting Corruptoin and Promoting Integrity in Public Procurement (OECD Publishing)

Buscaglia, Edgardo et al. 2005. Undermining the Foundations of Organized Crime and Public Sector Corruption (Hoover Institution on War, Revolution & Peace, Essays in Public Policy Series No. 114).

Buscaglia, Edgardo. 1997. Corruption and Judicial Reform in Latin America. Policy Studies Journal

Buscaglia, Edgardo. 2001. An Analysis of Judicial Corruption and Its Causes: An Objective Governing-Based Approach. International Review of Law & Economics

Buscaglia, Edgardo. 2011. "On Best and Not So Good Practices for Addressing High-Level Corruption Worldwide: An Empirical Assessment", in International Handbook on the Economics of Corruption, Vol. II. (Edward Elgar Publishing).

Bushey, A.J. 2015. Second Generation Rule of Law and Anti-Corruption Programming Abroad: Comparing Existing U.S. Government and International Best Practices. Houston Journal of International Law

Busse, H. & C. Hefeker. 2007. Political Risk, Institutions and Foreign Direct Investment.European Journal of Political Economy

Busse, M. & S. Groning. 2013. The Resource Curse Revisited: Governance and Natural Resources. Public Choice

Bussell, Jennifer. 2010. Why Get Technical? Corruption and the Politics of Public Service Reform in the Indian States. Comparative Political Studies

Bussell, Jennifer. 2011. Explaining Cross-National Variation in Government Technology Adoption. International Studies Quarterly

Bussell, Jennifer. 2012. Corruption and Reform in India: Public Services in the Digital Age (Cambridge University Press).

Bussell, Jennifer. 2012. E-Governance and Corruption in the States: Can Technology Serve the Aam Aadmi? Economic & Political Weekly.

Bussell, Jennifer. 2013. Explaining Corruption: Electoral Competition and Varieties of Rent-Seeking in India. Working paper.

Bussell, Jennifer. 2014. Varieties of Corruption: The Organization of Rent-Sharing in India. Working paper.

Bussell, Jennifer. 2015. "Typologies of Corruption: A Pragmatic Approach", in Susan Rose-Ackerman & Paul Lagunes eds., Greed, Corruption, and the Modern State

Bussen, T.J. 2015. Midnight in the Garden of Ne Bis in Idem: The New Urgency for an International Enforcement Mechanism. Cardozo Journal of International & Comparative Law

Butt, S. & S.A. Schutte. 2014. Assessing Judicial Performance in Indonesia: The Court for Corruption Crimes. Crime, Law & Social Change

Butt, Simon. 2009. "Unlawfulness" and Corruption Under Indonesian Law. Bulletin of Indonesian Economic Studies

Butt, Simon. 2009. Indonesia's Anti-Corruption Drive and the Constitutional Court. Comparative Law Journal.

Butt, Simon. 2011. Anti-Corruption Reform in Indonesia: An Obituary? Bulletin of Indonesian Economic Studies.


Butte, Erwin & Richard Damania. 2008. Resources for Sale: Corruption, Democracy and the Natural Resource Curse. The B.E. Journal of Economic Analysis & Policy 8(1).

Button, M., C. Lewis, D. Shepherd & G. Brooks. 2015. Fraud in Overseas Aid and the Challenge of Measurement. Journal of Financial Crime

Byington, J. & J. McGee. 2015. M&A Due Diligence: How To Uncover Corruption. Journal of Corporate Accounting & Finance

Byrne, E.F. 2014. Toward Enforceable Bans on Illicit Business: From Moral Relativism to Human Rights. Journal of Business Ethics

Byrne, Elaine, Anne-Katrin Arnold & Fumiko Nagano. 2010. Building Public Support for Anti-Corruption Efforts. (Washington, D.C.: World Bank).

Byun, C.C. & E.J. Hollander. 2015. Explaining the Intensity of the Arab Spring. DOMES: Digest of Middle East Studies

Cabelkova, Inna & Jan Hanousek. 2004. The Power of Negative Thinking: Corruption, Perception and Willingness to Bribe in Ukraine. Applied Economics

Cabelkova, Inna. 2001. Perceptions of Corruption in Ukraine: Are They Correct? CERGE-EI Working Paper No. 176.

Cabelkova, Inna. 2009. Entry Restrictions, Corruption and Extortion in the Context of Transition. CERGE-EI Working Paper No. 172.

Cadot, Oliver. 1987. Corruption as a Gamble. Journal of Public Economic

Caeyers, Bet & Stefan Dercon. 2012. Political Connections and Social Network in Targeted Transfer Programmes: Evidence from Rural Ethiopia. Economic Development & Cultural Change

Cai, H., H. Fang & L.C. Xu. 2011. Eat, Drink, Firms, Government: An Investigation of Corruption from the Entertainment and Travel Costs of Chinese Firms. Journal of Law & Economics

Cai, Hongbin & Daniel Treisman. 2004. State Corroding Federalism. Journal of Public Economics

Cai, Hongbin & Daniel Treisman. 2005. Does Competition for Capital Discipline Governments? Decentralization, Globalization, and Public Policy. American Economic Review

Caiden, Gerald & Naomi Caiden. 1977. Administrative Corruption. Public Administration Review

Caiden, Gerald E. 1988. Toward a General Theory of Official Corruption. Asian Journal of Public Administration

Caiden, Gerald E. 2004. A Cautionary Tale: Ten Major Flaws in Combating Corruption. Southwestern Journal of Law & Trade in the Americas

Caillieer, J. 2010. Citizen Trust, Political Corruption, and Voting Behavior: Connecting the Dots. Politics & Policy

Cain, Bruce E. 2014. Is "Dependence Corruption" the Solution to America's Campaign Finance Problems? California Law Review.

Cain, Daylian M., George Loewenstein & Don A. Moore. 2005. The Dirt on Coming Clean: Perverse Effects of Disclosing Conflicts of Interest. Journal of Legal Studies

Callahan, W. 2005. Social Capital and Corruption: Vote Buying and the Politics of Reform in Thailand. Perspectives on Politics.

Callahan, W.A. 2005. The Discourse of Vote Buying and Political Reform in Thailand. Pacific Affairs

Callen, M. & J.D. Long. 2015. Institutional Corruption and Election Fraud: Evidence from a Field Experiment in Afghanistan. American Economic Review

Callen, M., S. Gulzar, A. Hasanain & Y. Khan. 2013. The Political Economy of Public Employee Absence. Working paper.

Callister, Debra J. 1999. Corrupt and Illegal Activities in the Forest Sector: Current Understandings and Implications for the World Bank. Washington, D.C.: World Bank.

Calomiris, Charles W., Raymond Fisman & Yongxiang Wang. 2010. Profiting from Government Stakes in a Command Economy: Evidence from Chinese Asset Sales. Journal of Financial Economics

Camacho, Adriana & Emily Conover. 2011. Manipulation of Social Program Eligibility. American Economic Journal: Economic Policy

Camaj, Lindita. 2013. The Media's Role in Fighting Corruption: Media Effects on Governmental Accountability. The International Journal of Press/Politics

Camara-Fuertes, Luis R. & Gustavo Bonobis. 2015. Challenging Corrupt Politicians? Audits, Challengers Entry, and Electoral Accountability in Municipal Elections. Working paper.

Camerer, Marianne. 2006. Measuring Public Integrity. Journal of Democracy

Cameron, Lisa et al. 2009. Propensities to Engage in and Punish Corrupt Behavior: Experimental Evidence from Australia, India, Indonesia and Singapore. Journal of Public Economics

Cammarosano, Louis. 1989. Application of the First Amendment to Political Patronage Employment Decisions. Fordham Law Review

Camp, E., A. Dixit & S. Stokes. 2014. Catalyst or Cause? Legislation and the Demise of Machine Politics in Britain and the United States. Legislative Studies Quarterly

Campante, Filipe R. & Quoc-Anh Do. 2014. Isolated Capital Cities, Accountability, and Corruption: Evidence from US States. American Economic Review

Campante, Filipe R., Davin Chor & Quoc-Anh Do. 2009. Instability and the Incentives for Corruption. Economics & Politics

Campbell, Jamie-Lee & Anja Goritz. 2014. Culture Corrupts! A Qualitative Study of Organizational Culture in Corrupt Organizations. Journal of Business Ethics

Campbell, Stuart Vincent. 2013. Perception Is Not Reality: The FCPA, Brazil, and the Mismeasurement of Corruption. Minnesota Journal of International Law

Campos, J. Edgardo, Donald Lien & Sanjay Pradhan. 1999. The Impact of Corruption on Investment: Predictability Matters. World Development

Campos, J.E. & V. Bhargava. 2007. "Introduction: Tackling a Social Pandemic", in J.E.

Campos & S. Pradhan eds., The Many Faces of Corruption: Tracking Vulnerabilities at the Sector Level (Washington, D.C.: World Bank).

Campos, J.E., S. Pradhan & F. Recanatini. 2007. "Conclusion: Where to Next", in J.E.

Campos & S. Pradhan eds., The Many Faces of Corruption: Tracking Vulnerabilities at the Sector Level (Washington, D.C.: World Bank).

Campos, Jose Edgardo & Joel S. Hellman. 2005. "Governance Gone Local: Does Decentralization Improve Accountability?", in Roland White & Paul Smoke eds., East Asia Decentralizes:Making Local Government Work in Asia (Washington, D.C.: World Bank)

Campos, Nauro F. & Francesco Giovannoni. 2007. Lobbying, Corruption and Political Influence. Public Choice

Campos, Nauro F., Ralitza Dimova & Ahmad Saleh. 2010. Whither Corruption? A Quantitative Survey of the Literature on Corruption and Growth. IZA Discussion Paper No. 5334.

Cantu, F. & O. Garcia-Ponce. 2015. Partisan Losers' Effects: Perceptions of Electoral Integrity in Mexico. Electoral Studies

Cantu, F. 2014. Identifying Irregularities in Mexican Local Elections. American Journal of Political Science.

Cantu, Francisco & Sebastian M. Singh. 2011. Fraudulent Democracy? An Analysis of Argentina's Infamous Decade Using Supervised Machine Learning. Political Analysis

Carbonara, Emanuela. 2000. Corruption and Decentralisation. Working paper.

Carden, Art & Lisa L. Verdon. 2010. When Is Corruption a Substitute for Economic Freedom? Law & Development Review

Carey, John M. & Matthew Soberg Shugart. 1995. Incentives to Cultivate a Personal Vote: A Rank Ordering of Electoral Formulas. Electoral Studies

Carlberg, Christopher K. 2003. A Truly Level Playing Field for International Business: Improving the OECD Convention on Combating Bribery Using Clear Standards. Boston College International & Comparative Law Review

Carlin, R.E., G.J. Love & C. Martinez Gallardo. 2015. Cushioning the Fall: Scandals, Economic Conditions, and Executive Approval. Political Behavior

Carothers, Thomas. 2007. A Quarter-Century of Promoting Democracy. Journal of Democracy

Carpenter, S. 2015. Avoid an Investigation: Automate FCPA Compliance. Criminal Justice

Carr, Indira & David Lewis. 2010. Combating Corruption through Employment Law and Whistleblower Protection. Industrial Law Journal

Carr, Indira & Miriam Goldby. 2011. Recovering the Proceeds of Corruption: UNCAC and Anti-Money Laundering Standards. Journal of Business Law

Carr, Indira & Opi Outhwaite. 2008. The OECD Anti-Bribery Convention Ten Years On. Manchester Journal of International Economic Law

Carr, Indira & Opi Outhwaite. 2009. Corruption and Business Integrity: Law, Policy and Company Practices. Manchester Journal of International Economic Law

Carr, Indira & Opi Outhwaite. 2011. The Role of Non-Governmental Organizations (NGOs) in Combating Corruption: Theory and Practice. Suffolk University Law Review

Carr, Indira & Robert Jago. 2014. Petty Corruption, Development and Information Technology as an Antidote. Round Table

Carr, Indira. 2006. The United Nations Convention on Corruption: Improving the Quality of Life of Millions in the World? Manchester Journal of International Economic Law

Carr, Indira. 2007. Corruption in Africa: Is the African Union Convention on Combating Corruption the Answer? Journal of Business Law 2007

Carr, Indira. 2009. Corruption, the Southern African Development Community Anti-Corruption Protocol and the Principal-Agent-Client Model. International Journal of Law in Context

Carrillo, Juan D. 2000. Corruption in Hierarchies. Annales d'Economie et de Statistique

Carrillo, Juan D. 2000. Grafts, Bribes and the Practice of Corruption. Journal of Economics & Management Strategy.

Carrington, Paul D. 2010. Enforcing International Corrupt Practices Law. Michigan Journal of International Law

Carrington, Paul D. 2010. The International Movement to Deter Corruption: Should China Join? US-China Law Review

Carrington, Paul D. 2012. Qui Tam: Is False Claims Law a Model for International Law? University of Chicago Legal Forum.

Carrington, Paul D. 2013. "Private Enforcement of International Law", in Susan Rose-Ackerman & Paul D. Carrington eds., Anti-Corruption Policy: Can International Actors Play a Constructive Role? (Durham: Carolina Academic Press),.

Carrington Paul. 2007. Law and Transnational Corruption: The Need for Lincoln's Law Abroad. Law & Contemporary Problems

Carson, L.D. 2014. Deterring Corruption: Beyond Rational Choice Theory. Working paper.

Carson, Lindsey D. & Mariana Mota Prado. 2014. Mapping Corruption and its Institutional Determinants in Brazil. IRIBA Working Paper #8.

Carter, C.R. 2000. Precursors of Unethical Behavior in Global Supplier Management. Journal of Supply Chain Management

Cartier-Bresson, Jean. 1997. Corruption Networks, Transaction Security and Illegal Social Exchange. Political Studies

Carvajal, Raul. 1999. Large-Scale Corruption: Definition, Causes, and Cures. Systemic Practice & Action Research

Caseley, Jonathan. 2004. Public Sector Reform and Corruption: CARD Façade in Andhra Pradesh. Economic & Political Weekly .

Caselli, Francesco & Guy Michaels. 2013. Do Oil Windfalls Improve Living Standards? Evidence from Brazil. American Economic Journal: Applied Economics

Caselli, Francesco & Massimo Morelli. 2004. Bad Politicians. Journal of Public Economics

Caselli, Francesco & Tom Cunningham. 2009. Leader Behavior and the Natural Resource Curse. Oxford Economic Papers

Caspary, G. 2012. Practical Steps To Help Countries Overcome the Resource Curse: The Extractive Industries Transparency Initiative. Global Governance

Cassin, S. 2014. The Best Offense is a Good Defense: How the Adoption of an FCPA Compliance Defense Could Decrease Foreign Bribery. Houston Journal of International Law

Castillo, Marco, Ragan Petrie, Maximo Torero & Angelino Viceisza. 2014. Lost in the Mail: A Field Experiment on Crime. Economic Inquiry

Castro, M., C. Guccio & I. Rizzo. 2014. An Assessment of the Waste Effects of Corruption on Infrastructure Provision. International Tax & Public Finance

Castro, Massimo Finocchiaro, Calogero Guccio & Ilde Rizzo. 2014. An Assessment of the Waste Effects of Corruption on Infrastructure Provision. International Tax & Public Finance

Castro, Massimo Frinocchiaro. 2011. To Bribe or Not to Bribe: An Experimental Analysis of Corruption. DSSGES Working Paper.

Catterburg, Gabriela & Alejandro Moreno. 2005. The Individual Bases of Political Trust: Trends in New and Established Democracies. International Journal of Public Opinion Research

Caulkins, Jonathan et al. 2014. A Dynamic Analysis of Schelling's Binary Corruption Model: A Competitive Equilibrium Approach. Journla of Optimization Theory & Applications

Cava, Anita. 2011. Quid Pro Quo is "So Yesterday": Restoring Honest Services Fraud After Skilling and Black. U.C. Davis Business Law Journal

Cavanagh, C. 2012. Unready for REDD+? Lessons from Corruption in Ugandan Conservation Areas. Bergen: CMI.

Cavill, S. & M. Sohail. 2007. Accountability Arrangements to Combat Corruption: Literature Review. Water, Engineering and Development Centre, Londonborough University.

Cavoli, T. & J.K. Wilson. 2015. Corruption, Central Bank (In)dependence and Optimal Monetary Policy in a Simple Model. Journal of Policy Modeling

Celarier, Michelle. 1997. Privatization: A Case Study in Corruption. Journal of International Affairs

Celentani, Marco & Juan-Jose Ganuza. 1999. Corruption and the Hadleyburg Effect. Working Paper.

Celentani, Marco & Juan-Jose Ganuza. 2002 Corruption and Competition and Procurement. European Economic Review

Celentani, Marco & Juan-Jose Ganuza. 2002. Organized vs. Competitive Corruption. Annals of Operations Research

Celentani, Marco, Juan-Jose Ganunza & Thierry Verdier. 2005. Corruption and Competition in Procurement Auctions. Rand Journal of Economics

Celentani, Marcos, Juan Jose Ganuza & Jose Luis Peydro. 2004. Combating Corruption in International Business Transactions. Economica

Cerqueti, R. & R. Coppier. 2009. Tax Revenues, Fiscal Corruption and "Shame" Costs. Economic Modelling

Cerqueti, R. & R. Coppier. 2015. Corruptibility and Tax Evasion. European Journal of Law & Economics

Cerqueti, R., R. Cooper & G. Piga. 2012. Corruption, Growth and Ethnic Fractionalization: A Theoretical Model. Journal of Economics

Chadda, M. 2004. "India: Between Majesty and Modernity", in R.A. Johnson ed., The Struggle Against Corruption (New York: Palgrave Macmillan)

Chadhuri, S. & K. Dastidar. 2014. Corruption, Efficiency Wage and Union Leadership. Pacific Economic Review

Chaffee, Eric C. 2012. The Role of the Foreign Corrupt Practices Act and Other Transnational Anti-Corruption Laws in Preventing or Lessening Future Financial Crises. Ohio State Law Journal

Chafuen, Alejandro A. & Eugenio Guzman. 2000. "Economic Freedom and Corruption", in Gerald P. O'Driscoll, Jr., Kim R. Holmes & Melanie Kirkpatrick eds., 2000 Index of Economic Freedom (Heritage Foundation)

Chaikin, David & Jason C. Sharman. 2009. Corruption and Money Laundering: A Symbiotic Relationship.

Chaikin, David. 2005. Policy and Legal Obstacles in Recovering Dictators' Plunder. Bond Law Review

Chaikin, David. 2008. Commecial Corruption and Money Laundering: A Preliminary Analysis. Journal of Financial Crime

Chaikin, David. 2012. "Corrupt Practices Involving Offshore Financial Centers", in Adam Graycar & Russell G. Smith eds., Handbook of Global Research and Practice in Corruption ,

Chalaby, Jean K. 2004. Scandal and the Rise of Investigative Reporting in France. American Behavioral Scientist

Chalmers, I. & B. Setiyono. 2012. The Struggle Against Corruption During the Democratic Transition: Theorising the Emerging Role of CSOs. Development & Society

Chan, Hon S. & Jie Gao. 2009. "Preventing Corruption Through Performance Measurement: The Case of China", in Gong, T. & S.K. Ma eds., Preventing Corruption in Asia: Institutional Design and Policy Capacity (London: Routledge),

Chand, Sheetal K. & Karl O. Moene. 1997. Controlling Fiscal Corruption. World Development

Chanda, Parthapratim. 2004. The Effectiveness of the World Bank's Anti-Corruption Efforts: Current Legal and Structural Obstacles and Uncertainties. Denver Journal of International Law & Policy.

Chander, Parkash & Louis Wilde. 1992. Corruption in Tax Administration. Journal of Public Economic

Chandler, J. & J. Graham. 2010. Relationship-Oriented Cultures, Corruption, and International Marketing Success. Journal of Business Ethics

Chang, Eric & Miriam A. Golden. 2010. Sources of Corruption in Authoritarian Regimes. Social Science Quarterly

Chang, Eric C.C. 2005. Electoral Incentives for Political Corruption under Open-List Proportional Representation. Journal of Politics

Chang, Eric C.C. & Miriam A. Golden. 2007. Electoral Systems, District Magnitude and Corruption. British Journal of Political Science

Chang, Eric C.C. & Yun-han Chu. 2006. Corruption and Trust: Exceptionalism in Asian Democracies? Journal of Politics

Chang, Eric C.C., Miriam A. Golden & Seth J. Hill. 2010. Legislative Malfeasance and Political Accountability. World Politics

Chang, Juin-Jen, C.C. Lai & C. C. Yang. 2000. Casual Police Corruption and the Economics of Crime: Further Results. International Review of Law & Economics

Chang, Juin-Jen, Huei-Chung Lu & Hsueh-Fang Tsai. 2015. Corruption, Growth, and Increasing Returns to Production Specialization. International Journal of Economic Theory

Chang, S. 2015. The Effects of Trade Liberalization on Environmental Degradation. Quality & Quantity

Chanley, V.J., L. Sullivan, M.H. Gonzales & M.B. Kovera. 1994. Lust and Avarice in Politics: Damage Control by Four Politicians Accused of Wrongdoing (or, Politics as Usual). American Politics Quarterly

Charap, Joshua & Christian Harm. 1999. Institutionalized Corruption and the Kleptocratic State. IMF Working Paper No. 99/91.

Charap, Joshua & Christian Harm. 2000. "Institutionalized Corruption and the Kleptocratic State," in Claude Menard, ed. Institutions, Contracts, and Organizations: Perspectives from New Institutional Economics (Cheltenham, UK: Edward Elgar).

Charkoff, A., K.A. Thomas, O.S. Hague & L. Young. 2015. An Indecent Proposal: The Dual Functions of Indirect Speech. Cognitive Science

Charkraborty, Shankha & Era Dabla-Norris. 2009. The Quality of Public Investment. IMF Working Paper No. 09/154.

Charles, Guy-Uriel E. 2014. Corruption Temptation. California Law Review

Charlton, Roger. 1990. Exploring the Byways of African Political Corruption: Botswana and Deviant Case Analysis. Corruption & Reform

Charoensukmongol, Peerayuth & Murad Moqbel. 2014. Does Investment in ICT Curb or Create More Corruption? A Cross-Country Analysis. Public Organization Review

Charron, Nicholas & Victor Lapuente. 2010. Does Democracy Produce Quality of Government? European Journal of Political Research

Charron, Nicholas & Victor Lapuente. 2011. Which Dictators Produce Quality of Government? Studies in Comparative Political Development

Charron, Nicholas et al. 2010. Measuring the Quality of Government and Subnational Variation. Report for the European Comissin Directorate-General Regional Policy Directorate.

Charron, Nicholas, L. Dijkstra & V. Lapuente. 2014. Regional Governance Matters: Quality of Government with European Union Member States. Regional Studies

Charron, Nicholas, L. Dijkstra & V. Lapurente. 2015. Mapping the Regional Divide in Europe: A Measure for Assessing Quality of Government in 206 European Regions. Social Indicators Research

Charron, Nicholas, Victor Lapuente & Bo Rothstein eds. 2013. Quality of Government and Corruption From a European Perspective: A Comparative Study of Good Government in EU Regions (Edward Elgar Publishing).

Charron, Nicholas. 2009. Government Quality and Vertical Power-Sharing in Fractionalized States. Publius: The Journal of Federalism

Charron, Nicholas. 2009. The Impact of Socio-Political Integration and Press Freedom on Corruption. Journal of Development Studies

Charron, Nicholas. 2010. The Correlates of Corruption in India: Analysis and Evidence from the States. Asian Journal of Political Science

Charron, Nicholas. 2011. Exploring the Impact of Foreign Aid on Corruption – Has the 'Anti-Corruption' Movement Been Effective? The Developing Economies

Charron, Nicholas. 2011. Party System, Electoral Systems and Constraints on Corruption. Electoral Studies

Charron, Nicholas. 2013. How Much Are Corruption Perceptions Explained by Actual Experience with Corruption? Working paper.

Charron, Nicholas. 2015. Do Corruption Measures Have a Perception Problem?

Assessing the Relationship Between Experiences and Perceptions of Corruption Among Citizens and Experts. European Political Science Review (forthcoming).

Charumilind, C., R. Kali & Y. Wiwattanakantang. 2006. Connected Lending: Thailand before the Financial Crisis. Journal of Business

Chassang, Sylvain & Gerard Padro I Miquel. 2014. Corruption, Intimidation, and Whistle-Blowing: A Theory of Inference from Unverifiable Reports. Working paper.

Chatterjee, Ishita & Ranjan Ray. 2012. Does the Evidence on Corruption Depend on How It Is Measured? Results from a Cross-Country Study on Microdata Sets. Applied Economics.

Chatterjee, Shinjini. 2015. Dangerous Liaisons: Criminalization of "Relationship Hires" Under the Foreign Corrupt Practices Act. University of Pennsylvania Law Review

Chaudhury, Nazmul, Jeffrey Hammer, Michael Kremer, Karthik Muralindharan & F. Halsey Rogers. 2006. Missing in Action: Teacher and Health Worker Absence in Developing Countries. Journal of Economic Perspectives

Chayes, I., L. Fergusson & J.A. Robinson. 2015. He Who Counts Elects: Economic Elites, Political Elites, and Electoral Fraud. Economics & Politics

Chayes, Sarah. 2015. Thieves of State: Why Corruption Threatens Global Security (New York: W.W. Norton & Co.).

Che, Yeon-Koo. 1995. Revolving Doors and Optimal Tolerance for Agency Collusion. RAND Journal of Economics.

Chen, C.W., J. Cullen & K. Parboteeah. 2015. Are Manager-Controlled Firms More Likely to Bribe than Shareholder-Controlled Firms: A Cross-Cultural Analysis. Management & Organization Review

Chen, Christine S. & Dominik Zaum. 2008. Introduction – Key Themes in Peacebuilding and Corruption. International Peacekeeping

Chen, K. 2000. Towards an Integrated Model of Corruption: Opportunities and Control in China. International Journal of Public Administration

Chen, Kang, Arye L. Hillman & Qingyang Gu. 2002. "From the Helping Hand to the Grabbing Hand: Fiscal Federalism and Corruption in China," in J. Wong & D. Lu eds., China's Economy in the New Century: Structural Issues and Problems (New Jersey: World Scientific).

Chen, Kang. 2004. Fiscal Centralization and the Form of Corruption in China. European Journal of Political Economy

Chen, M., B.N. Jeon, R. Wang & J. Wu. 2015. Corruption and Bank Risk-Taking: Evidence from Emerging Economies. Emerging Markets Review

Cheng, Jinhua. 2009. Police Corruption Control in Hong Kong and New York City: A Dilemma of Checks and Balances in Combating Corruption. BYU Journal of Public Law

Chereches, R.M., M.I. Ungureanu, P. Sandu & I.A. Rus. 2013. Defining Informal Payments in Healthcare: A Systematic Review. Health Policy

Chetwynd, E., F. Chetwynd & B. Spector. 2003. Corruption and Poverty: A Review of Recent Literature. (London: Management Systems International).

Cheung, Steven N.S. 1996. A Simplistic General Equilibrium Theory of Corruption. Contemporary Economic Policy

Cheung, Yan Leung, P. Raghavendra Rau & Aris Stouraitis. 2012. How Much Do Firms Pay as Bribes and What Benefits Do They Get? Evidence from Corruption Cases Worldwide. NBER Working Paper No. 17981.

Chimezule, Obinuchi. 2015. Strengthening Institutions in the Fight Against Corruption and Financial Crimes in Nigeria. Working paper.

Chiru, Mihail & Sergiu Gherghina. 2012. When Voter Loyalty Fails: Party Performance and Corruption in Bulgaria and Romania. European Political Science Review

Chiti, Edoardo. 2014. "Mismanagement by European Agencies: Concerns, Institutional Responses, and Lessons", in Jean-Bernard Auby, Emmanuel Breen & Thomas Perroud eds., Corruption and Conflicts of Interest: A Comparative Law Approach

Cho, Wendy K. Tam & Brian J. Gaines. 2007. Breaking the (Benford) Law: Statistical Fraud Detection in Campaign Finance. IEEE Intelligent Systems

Cho, Wonbin & Matthew F. Kirwin. 2008. A Vicious Circle of Corruption and Mistrust in Institutions in Sub-Saharan Africa: A Micro-Level Analysis. (Working Paper No. 71, Afrobarometer, Cape Town.)

Cho, Y.H. & B.-D. Choi. 2004. E-Government to Combat Corruption: The Case of Seoul Metropolitan Government. International Journal of Public Administration

Choe, Chongwoo, Ratbek Dzhumashev, Asadul Islam & Zakir H. Khan. 2013. The Effect of Informal Networks on Corruption in Education: Evidence from the Household Survey Data in Bangladesh. Journal of Development Studies

Choi, E.J. & J.S. Woo. 2012. Political Corruption, Economy, and Citizens' Evaluation of Democracy in South Korea. Contemporary Politics

Choi, Eunjung & Jongseok Woo. 2010. Political Corruption, Economic Performance, and Electoral Outcomes: A Cross-National Analysis. Contemporary Politics

Choi, J.W. 2009. Institutional Structures and Effectiveness of Anticorruption Agencies: A Comparative Analysis of South Korea and Hong Kong. Asian Journal of Political Science

Choi, Jay Pil & Marcel Thum. 2003. The Dynamics of Corruption with the Ratchet Effect. Journal of Public Economics

Choi, Jay Pil & Marcel Thum. 2004. The Economics of Repeated Extortion. Rand Journal of Economics

Choi, Jay Pil & Marcel Thum. 2005. Corruption and the Shadow Economy. International Economic Review

Choi, Jin-Wook. 2007. Governance, Structure, and Administrative Corruption in Japan: An Organizational Network Approach. Public Administration Review

Choi, Stephen J. & Keven E. Davis. 2014. Foreign Affairs and Enforcement of the Foreign Corrupt Practices Act. Journal of Empirical Legal Studies

Chomski, Cara. 2012. Campbell's Soup: Due Process Concerns in Applying the Federal Anti-Bribery Statute to Noncitizen Government Contractors Overseas. University of Chicago Legal Forum 2012

Chong, Alberto & Cesar Calderon. 2000. Institutional Quality and Income Distribution. Economic Development & Cultural Change

Chong, Alberto & Cesar Calderon. 2000. Institutional Quality and Poverty Measures in a Cross-Section of Countries. Economics of Governance

Chong, Alberto & Mark Gradstein. 2007. Inequality and Institutions. Review of Economics & Statistics

Chong, Alberto, Ana L. De La O, Dean Karlan & Leonard Wantchekon. 2015. Does Corruption Information Inspire the Fight or Quash the Hope? A Field Experiment in Mexico on Voter Turnout, Choice, and Party Identification. Journal of Politics

Chou, W. 2014. Restroing Integrity in American Business: A Broad Interpretation of the Foreign Corrupt Practices Act. Wayne Law Review

Chow, D.C.K. 2014. Three Major Risks under the Foreign Corrupt Practices Act for U.S. Multinational Companies Doing Business in China. Fordham International Law Journal

Chow, Daniel C.K. 2014. Why China's Crackdown on Commercial Bribery Threatens Multinational Companies in China. Arizona Journal of International and Comparative Law (forthcoming).

Chow, Daniel. 2012. China Under the Foreign Corrupt Practices Act. Wisconsin Law Review 2012

Chow, Daniel. 2012. The Interplay Between China's Anti-Bribery Laws and the Foreign Corrupt Practices Act. Ohio State Law Journal

Chowdhury, Shyamal K. 2004. The Effect of Democracy and Press Freedom on Corruption: An Empirical Test. Economics Letters

Christensen, J. 2012. The Hidden Trillions: Secrecy, Corruption, and the Offshore Interface. Crime, Law & Social Change

Christensen, R. & T.J. Schultz. 2014. Identifying Election Fraud Using Orphan and Low Propensity Voters. American Politics Research

Christensen, Zachary, Dustin Homer & Daniel Nielson. 2011. Dodging Adverse Selection: How Donor Type and Goverance Condition Aid's Effects on School Enrollment. World Development

Christensen, Zachary, Richard Nielsen, Daniel Nielsen & Michael Tierney. 2011. Transparency Squared: The Effects of Aid Transparency on Recipients' Corruption Levels. Working paper.

Chu, C.Y. Cyrus. 1990. Income Tax Evasion with Venal Tax Officials – The Case of Developing Countries. Public Finance

Chua, Yvonne T. 1999. Robbed: An Investigation of Corruption in Philippine Education (Quezon City: Philippine Center for Investigative Journalism).

Cingano, Frederico & Paolo Pinotti. 2013. Politicians at Work: The Private Returns and Social Costs of Political Connections. Journal of the European Economic Association

Ciocchini, F., E. Durbin & D. Ng. 2003. Does Corruption Increase Emerging Market Bond Spreads? Journal of Economics & Business

Cisar, Ondrej. 2003. Strategies for Using Information Technology for Curbing Public Sector Corruption: The Case of the Czech Republic (CR). Open Society Institute, Budapest.

Claessens, S. et al. 2008. Political Connections and Preferential Access to Finance: The Role of Campaign Contributions. Journal of Financial Economics

Clare Cohen, J. 2002. Improving Transparency in Pharmaceutical Systems: Strengthening Critical Points against Corruption (Latin American and Carribean Bank).

Clark, D. 1987. A Community Relations Approach to Corruption: The Case of Hong Kong. Corruption and Reform

Clark, Kathleen. 1996. Do We Have Enough Ethics in Government Yet?: An Answer from Fiduciary Theory. University of Illinois Law Review 1996

Clarke, G., K. Friesenbichler & M. Wong. 2015. Do Indirect Questions Reduce Lying About Corruption? Evidence from a Quasi-Field Experiment. Comparative Economic Studies

Clarke, G.R. 2011. How Petty Is Petty Corruption? Evidence from Firm Surveys in Africa. World Development

Clarke, George R.G. & Lixin Colin Xu. 2004. Privatization, Competition, and Corruption: How Characteristics of Bribe Takers and Payers Affect Bribes to Utilities, Journal of Public Economics

Clarke, George R.G. 2012. What Do Managers Mean When They Say 'Firms Like Theirs' Pay Bribes? International Journal of Economics & Finance

Claros, A. 2015. Removing Impediments to Sustainable Economic Development: The Case of Corruption. Journal of International Commerce, Economics & Policy 6(1)

Clausen, Bianca, Aart Kraay & Peter Murrell. 2011. "Does Respondent Reticence Affect the Results of Corruption Surveys? Evidence from the World Bank Enterprise Survey for Nigeria", in Susan Rose-Ackerman & Tina Soreide eds., International Handbook on the Economics of Corruption, Vol. 2 .

Clausen, Bianca, Aart Kraay & Zsolt Nyiri. 2011. Corruption and Confidence in Public Institutions: Evidence from a Global Survey. World Bank Economic Review

Clausen, Michael. 2012. Corruption and Democracy in Brazil. Brasiliana: Journal for Brazilian Studies.

Cleveland, Daniel C. 2007. Once Again, It Is Time to "Speak More Clearly" About §1346 and the Intangible Rights Doctrine in Mail and Wire Fraud. Northern Kentucky Law Review

Co, Edna Estifania A. Co. 2007. "Challenges to the Philippine Culture of Corruption", in Sarah Bracking ed., Corruption and Development: The Anti-Corruption Campaigns (Palgrave Macmillan)

Coates, John. 2015. Corporate Speech and the First Amendment: History, Data, and Implications. Working paper.

Cockcroft, Laurence. 2012. Global Corruption: Money, Power, and Ethics in the Modern World. (Philadelphia: University of Pennsylvania Press).

Coco, G. & R. Lagravinese. 2014. Cronyism and Education Performance. Economic Modelling

Coffee, John C., Jr. 1998. Modern Mail Fraud: The Restoration of the Public/Private Distinction. American Criminal Law Review.

Cohen, J.R., L.W. Pant & D.J. Sharp. 1996. A Methodological Note on Cross-Cultural Accounting Ethics Research. International Journal of Accounting

Cohen, Joel M. & Adam P. Wolf. 2010. Narrow, Don't Abolish, FCPA Facilitating Payments Exception. New York Law Journal

Cohen, Joel M., Michael P. Holland & Adam P. Wolf. 2008. Under the FCPA, Who Is a Foreign Official Anyway? Business Lawyer

Colares, Juscelino F. 2006. The Evolving Domestic and International Law Against Foreign Corruption: Some New and Old Dilemmas Facing the International Lawyers. Washington University Global Studies Law Review

Colazingari, Silvia & Susan Rose-Ackerman. 1998. Corruption in a Paternalistic Democracy: Lessons from Latin American Countries. Political Science Quarterly

Colbran, Nicola. 2009. Courage Under Fire: The First Five Years of the Indonesian Judicial Commission. Australian Journal of Asian Law

Coldham, Simon. 1995. Legal Responses to State Corruption in Commonwealth Africa. Journal of African Law

Cole, Matthew A. 2007. Corruption, Income and the Environment: An Empirical Analysis. Ecological Economics

Cole, Shawn A. & Anh Tran. 2011. "Evidence from the Firm: A New Approach to Understanding Corruption," in Susan Rose-Ackerman & Tina Soreide eds. International Handbook on the Economics of Corruption (Volume II)

Cole, W.M. 2015. Institutionalizing a Global Anti-Corruption Regime: Perverse Effects on Country Outcomes, 1984-2012. International Journal of Comparative Sociology

Collier, Michael W. 2002. Explaining Corruption: An Institutional Choice Approach. Crime, Law & Social Change

Collier, Michael W. 2005. Political Corruption in the Caribbean Basin: Constructing a Theory to Combat Corruption (New York: Routledge).

Collier, P. & D. Dollar. 2004. Development Effectiveness: What Have We Learnt? Economic Journal

Collier, P. 2006. Is Aid Oil? An Analysis of Whether Africa Can Absorb More Aid. World Development

Collier, Paul. 2000. How to Reduce Corruption. African Development Review

Collignon, P., P. Athukorala, S. Senanayake & F. Khan. 2015. Antimicrobial Resistance: The Major Contribution of Poor Governance and Corruption to this Growing Problem.PLoS One

Collins, J.D., K. Uhlenbruck & P. Rodriguez. 2009 Why Firms Engage in Corruption: A Top Management Perspective. Journal of Business Ethics

Colombo, Gherardo. 2006. Investigating and Prosecuting Large-Scale Corruption: The Italian Experience. Journal of International Criminal Justice

Colon, R. & H.G. Bladuell. 2014. Auditors and the Foreign Corrupt Practices Act: Lessons from Latin America. Accounting in Latin America (Research in Accounting in Emerging Economies)

Comaroff, J.L. & J. Comaroff. 2004. Policing Culture, Cultural Policing: Law and Social Order in Postcolonial South Africa. Law & Social Inquiry

Compte, Olivier, Ariane Lambert-Mogiliansky & Thierry Verdier. 2005. Corruption and Competition in Procurement Auctions. RAND Journal of Economics.

Conover, K. 2014. Rethinking Anti-Corruption Reforms: The View from Ancient Athens. Buffalo Law Review

Conroy, Patrick & Graeme Honter. 2011. Economic Analysis of Damages under the Foreign Corrupt Practices Act. New York: National Economic Research Associates.

Conry, Colleen A. 2010. Complying with the Foreign Corrupt Practices Act in the Global Healthcare Industry. Journal of Health & Life Sciences Law

Contreras-Hermosilla, Arnoldo. 2002. Law Compliance in the Forestry Sector: An Overview. WBI Working Papers 28617, World Bank Institute, Washington, D.C.

Conway, Patrick & Xiaodong Wu. 2004. Corruption and Unemployment. Working paper.

Coogan, J., E. Lin Forder, J. Madir, N. Seiler & C. Wee. 2015. Combatting Fraud and Corruption in International Development. Journal of Financial Crime

Cooksey, Brian. 1998. Corruption in Aid: How Much Is Acceptable? Governance

Cooksey, Brian. 2002. Can Aid Agencies Really Help Combat Corruption? Forum on Crime & Society

Cooksey, Brian. 2010. "Trends in Corruption During the Mkapa Era – Who Wants to Know?", in Kjell Havnevik & Aida C. Isinika eds., Tanzania in Transition: From Nyerere to Mkapa (Dar es Salaam: Mkuki na Nyota Publishers).

Cooksey, Brian. 2012. Aid, Governance and Corruption Control: A Critical Assessment. Crime, Law & Social Change

Cooley, Alexander & Jason C. Sharman. 2015. Blurring the Line Between Licit and Illicit: Transnational Corruption Networks in Central Asia and Beyond. Central Asian Survey

Corbett, J. & R.N. Shiu. 2014. Leadership Succession and the High Drama of Political Conduct: Corruption Stories from Samoa. Pacific Affairs

Cordis, Adriana S. & Patrick L. Warren. 2014. Sunshine as Disinfectant: The Effect of State Freedom of Information Act Laws on Public Corruption. Journal of Public Economics

Cordis, Adriana S. 2014. Corruption and the Composition of Public Spending in the United States. Public Finance Review

Cordis, Adriana. 2009. Judicial Checks on Corruption in the United States. Economics of Governance

Cornelius, Wayne A. 2004. "Mobilizing Voting in the 2000 Elections: The Changing Efficacy of Vote Buying and Coercion in Mexican Electoral Politics", in Jorge I.

Dominguez & Chappell Lawson eds., Mexico's Pivotal Democratic Elections: Candidates, Voters, and the Presidential Campaign of 2000 (Stanford: Stanford University Press).

Coronel, S. 2010. "Corruption and the Watchdog Role of the News Media", in P. Norris ed., Public Sentinel: News Media and Governance Reform (Washington, DC: World Bank)

Corr, Christopher F. & Judd Lawler. 1999. Damned If You Do, Damned If You Don't? The OECD Convention and the Globalization of Anti-bribery Measures. Vanderbilt Journal of Transnational Law

Correani, Luca. 2005. Preferences, Development, and the Corruption Trap. Economica Politica

Corrigan, Caitlin C. 2014. Breaking the Resource Curse: Transparency in the Natural Resource Sector and the Extractive Industries Transparency Initiative. Resources Policy

Corstrange, Daniel. 2012. Vote Trafficking in Lebanon. International Journal of Middle East Studies

Cosenz, F. & G. Noto. 2014. A Dynamic Simulation Approach to Frame Drivers and Implications of Corruption Practices on Firm Performance. European Management Review 11(3-4)

Costa, L.D.A. & E.W. Mainardes. 2015. The Role of Corruption and Risk Aversion in Entrepreneurial Intentions. Applied Economics Letters.

Costa, Samia. 2012. Do Freedom of Information Laws Decrease Corruption? Journal of Law, Economics & Organization

Costas-Perez, Elena, Albert Sole-Olle & Pilar Sorribas-Navarro. 2012. Corruption Scandals, Voter Information, and Accountability. European Journal of Political Economy

Coviello, Decio & Mario Mariniello. 2014. Publicity Requirements in Public Procurement: Evidence from a Regression Discontinuity Design. Journal of Public Economics

Coviello, Decio & Stefano Gagliarducci. 2010. Building Political Collusion: Evidence from Procurement Auctions. IZA Discussion Papers 4939.

Covington, Joseph P., Thomas C. Newkirk & Jessica Tillipman. 2005. FCPA Enforcement in a Sarbanes-Oxley World. Corporate Counselor 20(3) (August, 2005).

Cowley, Edd & Sarah Smith. 2014. Motivation and Mission in the Public Sector: Evidence from the World Values Survey. Theory & Decision

Cox, Gary R. & J. Morgan Kousser. 1981. "Turnout and Rural Corruption: New York as a Test Case," Am. J. Pol. Sci.

Coxson, S.L. 2009. Assessment of Armenian Local Government Corruption Potential. Public Administration & Development

Crabtree, J. 2014. Funding Local Government: Use (and Abuse) of Peru's Canon System. Bulletin of Latin American Research

Cragg, A.W. 1998. Business, Globalization, and the Logic and Ethics of Corruption. Int'l J.

Cragg, Wesley & William Woof. 2002. The U.S. Foreign Corrupt Practices Act: A Study of Its Effectiveness. Business & Society Review

Crawford, B. 2015. The Freezing Assets of Corrupt Officials Act: A Critical Analysis. Canadian Business Law Journa

Cremades, Bernardo M. & David J.A. Cairns. 2003. Corruption, International Public Policy and the Duties of Arbitrators. Dispute Resolution Journal

Cremer, Georg. 2008. Corruption and Development Aid: Confronting the Challenges (Lynne Rienner).

Crites, D. Michael. 2012. The Foreign Corrupt Practices Act at Thirty-Five: A Practitioner's Guide. Ohio State Law Journal

Crivellaro, Antonio. 2013. The Courses of Action Available to International Arbitrators to Address Issues of Bribery and Corruption. Transnational Dispute Management

Crook, Richard & James Manor. 2000. Democratic Decentralization. World Bank Operations Evaluation Department Working Paper No. 11.

Cruz, Cesi & Philip Keefer. 2013. The Organization of Political Parties and the Politics of Bureaucratic Reform. World Bank Policy Research Working Paper 6686.

Cruz, Cesi. 2012. Social Networks and Electoral Strategies in the Philippines. Working paper.

Cruz, J.M. 2015. Police Misconduct and Political Legitimacy in Central America. Journal of Latin American Studies

Cuervo-Cazurra, Alvaro. 2006. Who Cares About Corruption? Journal of International Business Studies.

Cuervo-Cazurra, Alvaro. 2008. Better the Devil You Don't Know: Types of Corruption and FDI in Transition Economies. Journal of International Management 14(1): 12-17.

Cuervo-Cazurra, Alvaro. 2008. The Effectiveness of Laws Against Bribery Abroad. Journal of International Business Studies 39: 634-651.

Çule, Monika & Murray Fulton. 2005. Some Implications of the Unofficial Economy-Bureaucratic Corruption Relationship in Transition Countries. Economics Letters

Cullen, J.B., K.P. Parboteeah & M. Hoegl. 2004. Cross-National Differences in Managers' Willingness to Justify Ethically Suspect Behaviors: A Test of Institutional Anomie Theory. Academy of Management Journa

Curini, L. 2015. The Conditional Ideological Inducement to Campaign on Character Valence Issues in Multiparty Systems: The Case of Corruption. Comparative Political Studies 48(2): 168-.

Curini, Luigi & Paolo Martelli. 2015. A Case of Valence Competition in Elections. Party Politics

Czap, Hans & Kanybek Nur-tegin. 2012. Government Positions for Sale: A Model of Grand Corruption. Business & Politic.

d'Agostino, Giorgio, John Paule Dunne & Luca Pieroni. 2012. Corruption, Military Spending and Growth. Defense & Peace Economics

D'Alterio, Elisa. 2014. "Global Integrity: National Administrations versus Global Regimes", in Jean-Bernard Auby, Emmanuel Breen & Thomas Perroud eds., Corruption and Conflicts of Interest: A Comparative Law Approach

D'Souza, A. & D. Kaufmann. 2013. Who Bribes in Public Contracting and Why: Worldwide Evidence from Firms. Economics of Governance

D'Souza, Anna. 2011. The OECD Anti-Bribery Convention: Changing the Currents of Trade. Journal of Development Econoimcs

Dabla-Norris, E. et al. 2012. Investing in Public Investment: An Index of Public Investment Efficiency. Journal of Economic Growth

Dabla-Norris, E., M. Gradstein & G. Inchauste. 2008. What Causes Firms to Hide Output? The Determinants of Informality. Journal of Development Economics

Dabla-Norris, Era & Elisabeth Paul. 2006. What Transparency Can Do When Incentives Fail: an Analysis of Rent Capture. IMF Working Paper No. 06/146.

Dabla-Norris, Era & Paul Wade. 2001. Rent Seeking and Endogenous Income Inequality. IMF Working Paper No. 01/15.

Dabla-Norris, Era & Scott Freeman. 2004. Enforcement of Property Rights and Underdevelopment. Review of Development Economics

Dabla-Norris, Era. 2000. A Game-Theoretic Analysis of Corruption in Bureaucracies. IMF Working Paper No. 00/106.

Dada Ojo, M.O. 2014. The Nigeria Police and the Search for Integrity in the Midst of Diverse Challenges: An Effective Police Management Approach. International Journal of Police Science & Management

Dadalauri, Nina. 2007. "Political Corruption in Georgia", in Sarah Bracking ed., Corruption and Development: The Anti-Corruption Campaigns (Palgrave Macmillan)

Dahlstrom, Carl, Johannes Lindvall & Bo Rothstein. 2013. Corruption, Bureaucratic Failure, and Social Policy Priorities. Political Studies

Dahlstrom, Carl, Victor Lapuente & Jan Teorell. 2012. The Merit of Meritocratization: Politics, Bureaucracy, and the Institutional Deterrents of Corruption. Political Research Quarterly

Dahlstrom, Carl. 2015. "Bureaucracy and Corruption" , in Paul M. Heywood ed., The Routledge Handbook of Political Corruption (New York: Routledge)

Dai, M., M. Sidiropoulos & E. Spyromitros. 2015. Fiscal Policy, Institutional Quality and Central Bank Transparency. Manchester School

Dakolias, Maria & Kim Thachuk. 2000. Attacking Corruption in the Judiciary: A Critical Process in Judicial Reform. Wisconsin International Law Journal

Dal Bo, Ernesto & Martin A. Rossi. 2007. Corruption and Inefficiency: Theory and Evidence from Electric Utilities. Journal of Public Economics

Dal Bo, Ernesto & Rafael Di Tella. 2003. Capture by Threat. Journal of Political Economy

Dal Bo, Ernesto, Pedro Dal Bo & Rafael Di Tella. 2006. "Plata o Plomo? ": Bribe and Punishment in a Theory of Political Influence. American Political Science Review

Dal Bo, Ernesto. 2007. Bribing Voters. American Journal of Political Science3.

Dalgaard, Carl-Johan & Ola Olsson. 2008. Windfall Gains, Political Economy and Economic Development. Journal of African Economies 17(Supp. 1)

Dalton, Marie M. 2006. Efficiency v. Morality: The Codification of Cultural Norms in the Foreign Corrupt Practices Act. NYU Journal of Law & Business

Daly, Conrad & Frank Fariello. 2012. Transforming Through Transparency: Opening Up the Bank's Sanctions Regime. World Bank Legal Review

Damania, Richard, Per G. Fredriksson & J.A. List. 2003. Trade Liberalization, Corruption, and Environmental Policy Formation: Theory and Evidence. Journal of Environmental Economics & Managemen

Damania, Richard, Per G. Fredriksson & Muthukumara Mani. 2004. The Persistence of Corruption and Regulatory Compliance Failures: Theory and Evidence. Public Choice

Damania, Richard. 2002. Environmental Controls with Corrupt Bureaucrats. Environment & Development Economics

Damarys, Canache & Micheal E. Allsion. 2005. Perceptions of Political Corruption in Latin American Democracies. Latin American Politics & Society,

Dane, E. & S. Sonenshein. 2015. On the Role of Experience in Ethical Decision Making at Work: An Ethical Expertise Perspective. Organizational Psychology Review

Danopoulos, Constantine Panos. 2014. The Cultural Roots of Corruption in Greece. Mediterranean Quarterly

Daoud, A. 2015. Quality of Governance, Corruption and Absolute Child Poverty in India. Journal of South Asian Development

Darabare, S.J. 2014. Electoral Corrupt Practice and Electoral Offences: An Analysis. Journal of Legal Analysis & Research

Darden, Keith. 2008. The Integrity of Corrupt States: Graft as an Informal Political Institution. Politics & Society

Darley, John M. 2004. The Cognitive and Social Psychology of Contagious Organizational Corruption. Brooklyn Law Review

Darley, W.K. 2012. Increasing Sub-Saharan Africa's Share of Foreign Direct Investment: Public Policy Challenges, Strategies, and Implications. Journal of African Business

Darr, Asaf. 2003. Gifting Practices and Interorganizational Relations: Constructing Obligation Networks in the Electronics Sector. Sociological Forum

Darrough, Masako N. 1999. Privatization and Corruption: Patronage vs. Spoils. International Public Management Journal

Darrough, Masako N. 2010. The FCPA and the OECD Convention: The Lessons from the U.S. Experience. Journal of Business Ethics

Das, Anupam & Meaghan Marie Beatty Parry. 2011. Greasing or Sanding? GMM Estimation of the Corruption-Investment Relationship. International Journal of Economics & Research

Das, Jayoti & Cassandra DiRienzo. 2009. The Nonlinear Impact of Globalization on Corruption. International Journal of Business & Finance Research.

Das, Veena. 2015. Corruption and the Possibility of Life. Contributions to Indian Sociology

Dastidar, K.G. & D. Mukherjee. 2014. Corruption in Delegated Public Procurement Auctions. European Journal of Political Economy

Datu, T.T. & H.J. Nawawi. 2014. Implementation of Good Governance and Bureaucratic Reform in Indonesia. International Journal of Academic Research

David-Barrett, E. & K. Okamura. 2013. The Transparency Paradox: Why Corrupt Countries Join the Extractive Industries Transparency Initiative. Working paper.

David-Barrett, E. 2015. Nolan's Legacy: Regulating Parliamentary Conduct in Democratising Europe. Parliamentary Affairs

Davids, Cindy & Grant Schubert. 2012. "The Global Architecture of Foreign Bribery Control: Applying the OECD Bribery Convention", in Adam Graycar & Russell G. Smith eds., Handbook of Global Research and Practice in Corruption

Davidson, J.S. 2007. Politics-as-Usual on Trial: Anti-Corruption Campaigns in Indonesia. Pacific Review

Davidson, S. 1999. Okeahalam and Bah on Corruption: A Comment. South African Journal of Economics

Davies, Mark. 2000. "Ethics in Government and the Issue of Conflicts of Interest", in Yassin El-Ayouty, Kevin J. Ford & Mark Davies eds., Government Ethics and Law Enforcement: Toward Global Guidelines (New York: Praeger Publishers)

Davis, Charles L., Roderic Ai Camp & Kenneth M. Coleman. 2004. The Influence of Party Systems on Citizens' Perceptions of Corruption and Electoral Response in Latin America. Comparative Political Studies

Davis, Diane E. 2006. Undermining the Rule of Law: Democratization and the Dark Side of Police Reform in Mexico. Latin American Politics & Society

Davis, J.H. & J.A. Ruhe. 2003. Perceptions of Country Corruption: Antecedents and Outcomes. Journal of Business Ethics

Davis, Jennifer. 2003. Corruption in Public Service Delivery: Experience from South Asia's Water and Sanitation Sector. World Development

Davis, Kevin E. 2002. Self-Interest and Altruism in the Deterrence of Transnational Bribery. American Law & Economics Review

Davis, Kevin E. 2010. "Does the Globalization of Anti-Corruption Law Help Developing Countries?", in International Economic Law, Globalization and Developing Countries 283-306 (Julio Faundez & Celine Tan eds.)

Davis, Kevin E. 2012. The Prospects for Anti-Corruption Law: Optimists versus Skeptics. Hague Journal on the Rule of Law

Davis, Kevin E. 2012. Why Does the United States Regulate Foreign Bribery: Moralism, Self-Interest, or Altruism? NYU Annual Survey of American Law

Davis, Kevin E. 2014. Regulation of Foreign Bribery: The FCPA Enforcement Model.Working paper.

Davis, Kevin E. 2015. "Regulation of Foreign Bribery: The FCPA Enforcement Model", in Susan Rose-Ackerman & Paul Lagunes eds., Greed, Corruption, and the Modern State

Davis, Kevin E., Guillermo Jorge & Maira Rocha Machado. 2015. Transnational Anticorruption Law in Action: Cases from Argentina and Brazil. Law & Social Inquiry

Davis, Kevin. 2009. Civil Remedies for Corruption in Government Contracting: Zero Tolerance versus Proportional Liability. Working paper.

Davis, Kevin. 2013. "Does the Globalization of Anti-Corruption Law Help Developing Countries?", in Susan Rose-Ackerman & Paul D. Carrington eds., Anti-Corruption Policy: Can International Actors Play a Constructive Role? (Durham: Carolina Academic Press)

Dawid, Herbert & Gustav Feichtinger. 1996. On the Persistence of Corruption. Journal of Economics

Dawson, H.J. 2014. Patronage from Below: Political Unrest in an Informal Settlement in South Africa. African Affairs

de Alencar, Carols Higino Rieiro & Ivo T. Gico, Jr. 2011. When Crime Pays: Measuring Judicial Performance Against Corruption in Brazil. Law & Buisness Review of the Americas

de Almeida, M.A. & B. Zagaris. 2015. Political Capture in the Petrobras Corruption Scandal: The Sad Tale of an Oil Giant. Fletcher Forum of World Affairs

De Beco, G. 2011. Monitoring Corruption from a Human Rights Perspective. International Journal of Human Rights

De Figueiredo, Miguel F.P., F. Daniel Hidalgo & Yuri Kasahara. 2011. When Do Voters Punish Corrupt Politicians? Experimental Evidence from Brazil. Working Paper.


De George, Richard T. 1997 "Sullivan Type" Principles for U.S. Multinationals in Emerging Economies. University of Pennsylvania Journal of International Economic Law

De Graaf, Gjalt & L.W.J.C. Huberts. 2008. Portraying the Nature of Corruption Using an Explorative Case Study Design. Public Administration Review

De Graaf, Gjalt, L. Huberts & J.M. Nelen. 2008. Is the Glass Half Full or Half Empty? Perceptions of the Scale and Nature of Corruption in the Netherlands. Perspectives on European Politics & Society

De Graaf, Gjalt, Patrick von Maravic & Pieter Wagenaar eds. 2010. The Good Cause: Theoretical Perspectives on Corruption (Farmington Hills: Budrich Publishing).

De Graaf, Gjalt. 2007. Causes of Corruption: Towards a Contextual Theory of Corruption. Public Administration Quarterly

de Groot, Henri, Gert-Jan Linders, Piet Rietveld & Uma Subramanian. 2004. The Institutional Determinants of Bilateral Trade Patterns. Kyklos

De Jaegere, Samuel. 2012. Principles for Anti-Corruption Agencies: A Game Changer. Jindal Journal of Public Policy

de Jong, Eelke & Christina Bogmans. 2011. Does Corruption Discourage International Trade? European Journal of Political Economy

de Jong, G., P.A. Tu & H. van Ees. 2015. The Impact of Personal Relationships on Bribery Incidence in Transition Economies. European Management Review

de Koker, L. & K. Harwood. 2015. Supplier Integrity Due Diligence in Public Procurerment: Limiting the Criminal Risk to Australia. Sydney Law Review

de Koker, Louis. 2012. "Applying Anti-Money Laundering Laws to Fight Corruption", in Adam Graycar & Russell G. Smith eds., Handbook of Global Research and Practice in Corruption

de la Croix, David & Clara Delavallade. 2009. Growth, Public Investment and Corruption with Failing Institutions. Economics of Governance

De la Croix, David & Clara Delavallade. 2011. Democracy, Rule of Law, Corruption Incentives, and Growth. Journal of Public Economic Theory

de la Croix, David & Clara Delavallade. 2014. Why Corrupt Governments May Receive More Foreign Aid. Oxford Economic Papers

de Maria, W. 2005. Whistleblower Protection: Is Africa Ready? Public Administration & Development

De Maria, William. 2007. Does African Corruption Exist? African Journal of Business Ethics

De Maria, William. 2008. "The New War on African Corruption: Just Another Neo-Colonial Adventure?", in Prasad, A. ed., Against the Grain: Advances in Postcolonial Organization Studies (Copenhagen: Liber & Copenhagen Business School Press).

De Maria, William. 2008. Cross Cultural Trespass: Assessing African Anti-Corruption Capacity. International Journal of Cross Cultural Management

De Maria, William. 2008. Measurements and Markets: Deconstructing the Corruption Perception Index. International Journal of Public Sector Management

de Mello, L. 2004. Can Fiscal Decentralization Strengthen Social Capital? Public Finance Review

De Mello, Luiz E. & Matias Barenstein. 2001. Fiscal Decentralization and Governance: A Cross-Country Analysis. IMF Working Paper 01/71.

De Michele, Roberto. 2004. "The Follow-Up Mechanism of the Inter-American Convention Against Corruption: Is the Glass Half-Empty?", Southwestern Journal of Law & Trade in the Americas

de Michele, Roberto. 2013. "How Can International Financial Institutions Support Countries' Efforts to Prevent Corruption under International Treaties and Agreements?", in Susan Rose-Ackerman & Paul D. Carrington eds., Anti-Corruption Policy: Can International Actors Play a Constructive Role? (Durham: Carolina Academic Press)

De Rosa, Donato, Nishaal Gooroochurn & Holger Gorg. 2010. Corruption and Productivity: Firm-Level Evidence from the BEEPS Survey. World Bank Policy Research Working Paper 5348.

De Simone, Francesco & Bruce Zagaris. 2014. Impact of Foreign Bribery Legislation on Developing Countries and the Role of Donor Agencies. U4 Brief

De Simone, Francesco & Nils Taxell. 2014. Donors and "Zero Tolerance for Corruption": From Principle to Practice. U4 Brief 2014:2.

de Sousa, Luis & Marcelo Moriconi. 2013. Why Voters Do Not Throw the Rascals Out? – A Conceptual Framework for Analysing Electoral Punishment of Corruption. Crime, Law & Social Change

de Sousa, Luis, Peter Larmour & Barry Hindess eds. 2009. Governments, NGOs and Anti-Corruption: The New Integrity Warriors (London: Routledge).

de Sousa, Luís. 2002. Hard Responses to Corruption: Penal Standards and the Repression of Corruption. Crime, Law & Social Change

de Sousa, Luís. 2011. Anti-Corruption Agencies: Between Empowerment and Irrelevance. Crime, Law & Social Change

de Speville, Bertrand. 2010. Overcoming Corruption: The Essentials. BPR Publishers.

de Speville, Betrand. 2010. Anticorruption Commissions: The 'Hong Kong Model' Revisited. Asia-Pacific Review

de Vaal, Albert & Wouter Ebben. 2011. Institutions and the Relation between Corruption and Economic Growth. Review of Development Economics

de Waal, A. 2014. When Kleptocracy Becomes Insolvent: Brute Causes of the Civil War in South Sudan. African Affairs

DeAses, Anne Janet. 2003. Developing Countries: Increasing Transparency and Other Methods of Eliminating Corruption in the Public Procurement Process. Public Contract Law Journal

DeBacker, Jason, Bradley T. Heim & Anh Tran. 2015. Importing Corruption Culture from Oversees: Evidence from Corporate Tax Evasion in the United States. Journal of Financial Economics

DeCelles, K.A., D.S. DeRue, J.D. Margolis & T.L. Ceranic. 2012. Does Power Corrupt or Enable: When and Why Power Facilitates Self-Interested Behavior. Journal of Applied Psychology

Dechenaux, Emmanual & Andrew Samuel. 2014. Announced vs. Surprise Inspections with Tipping Off. European Journal of Political Economy

Dechenaux, Emmanuel & Andrew Samuel. 2012. Preemptive Collusion, Hold-Up and Repeated Interactions. Economica.

Deckert, Joseph, Mikhail Myagkov & Peter C. Ordeshook. 2011. Benford's Law and the Detection of Election Fraud. Political Analysis

Deflem, Mathieu. 1995. Corruption, Law, and Justice: A Conceptual Clarification. Journal of Criminal Justice

Dehn, J., R. Reinikka & J. Svensson. 2003. "Survey Tools for Assessing Performance in Service Delivery", in F. Bourguignon & L.A.P. da Silva eds., The Impact of Economic Policies on Poverty and Income Distribution: Evaluation Techniques and Tools (Washington, DC: World Bank & Oxford University Press).

Deininger, Klaus & Paul Mpuga. 2005. Does Greater Accountability Improve the Quality of Public Service Delivery? Evidence from Uganda. World Development

Dekel, Eddie, Matthew O. Jackson & Asher Wolinsky. 2007. Vote Buying: General Elections. Journal of Political Economy

Del Monte, Alfredo & Erasmo Papagni. 2001. Public Expenditure, Corruption, and Economic Growth: The Case of Italy. European Journal of Political Economy

Del Monte, Alfredo & Erasmo Papagni. 2007. The Determinants of Corruption in Italy: Regional Panel Data Analysis. European Journal of Political Economy

dela Rama, Marie. 2012. Corporate Governance and Corruption: Ethical Dilemmas of Asian Business Groups. Journal of Business Ethics

Delaney, Patrick X. 2007. Transnational Corruption: Regulation Across Borders. Virginia Journal of International Law

Delavallade, Clara. 2006. Corruption and Distribution of Public Spending in Developing Countries. Journal of Economics and Finance

Delavallade, Clara. 2012. What Drives Corruption? Evidence from North African Firms. Journal of African Economics

DeLeon, P. 1989. Public Policy Implications of Systemic Political Corruption. Corruption & Reform

Delgado, M.S., N. Mccloud & S.C. Kumbhakar. 2014. A Generalized Model of Corruption, Foreign Direct Investment, and Growth. Journal of Macroeconomics

Dell'Anno, Roberto & Desiree Teobaldelli. 2015. Keeping both Corruption and the Shadow Economy in Check: The Role of Decentralization. International Tax & Public Finance

Della Porta, Donatella & Alberto Vannucci. 1999. Corrupt exchanges: Actors, and resources, mechanisms of political corruption. New York: Walter de Gruyter, Inc.

Della Porta, Donatella & Alberto Vannucci. 1997. The Resources of Corruption: Some Reflections from the Italian Case. Crime, Law & Social Change

Della Porta, Donatella & Alberto Vannucci. 2007. Corruption and Anti-Corruption: The Political Defeat of "Clean Hands" in Italy. West European Politics.

Della Porta, Donatella & Alberto Vanucci. 1997. The "Perverse Effects" of Political Corruption . Political Studies

Della Porta, Donatella. 1996. Actors in Corruption: Business Politicians in Italy. International Social Science Journal

Della Porta, Donatella. 2000. "Social Capital, Beliefs in Government, and Political Corruption," in Susan Pharr & Robert Putnam, eds. Disaffected Democracies: What's Troubling the Trilateral Countries? (Princeton: Princeton University Press)

Della Porta, Donatella. 2001. A Judges' Revolution? Political Corruption and the Judiciary in Italy. European Journal of Political Research

Della Porta, Donatella. 2004. Political Parties and Corruption: Ten Hypotheses on Five Vicious Circles. Crime, Law & Social Change

Della Porta, Dontatella & Alberto Vannucci. 2012. The Hidden Order of Corruption. Farnham: Ashgate.

Delzangles, Hubert. 2014. "Regulatory Authorities and Conflicts of Interest", in Jean-Bernard Auby, Emmanuel Breen & Thomas Perroud eds., Corruption and Conflicts of Interest: A Comparative Law Approach

Demas, Reagan R. 2008. All Hands on Deck: Collaborative Global Strategies in the Battle Against Corruption and Human Trafficking in Africa. University of St. Thomas Law Journal.

Demas, Reagan R. 2011. Moment of Truth: Development in Sub-Saharan Africa and Critical Alternations needed in Application of the Foreign Corrupt Practices Act and Other Anti-Corruption Initiatives. American University International Law Review

Demas, Regan R. 2014. Biting the Hands that Feed: Corporate Charity and the U.S. Foreign Corrupt Practices Act. American University International Law Review

Deming, S.H. 2014. Canada's Corruption of Foreign Public Officials Act and Secret Commissions Offense. American University International Law Review

Deming, Stuart H. 1999. Foreign Corrupt Practices. International Law

Deming, Stuart H. 2006. The Potent and Broad-Ranging Implications of the Accounting and Record-Keeping Provisions of the Foreign Corrupt Practices Act. Journal of Criminal Law & Criminology

den Nieuwenboer, Niki A. & Muel Kaptein. 2008. Spiraling Down into Corruption: A Dynamic Analysis of the Social Identity Processes That Cause Corruption in Organizations to Grow. Journal of Business Ethics

Deng, X.M. et al. 2014. Analysis of Fraud Risk in Public Construction Projects in China. Public Money & Management

Denisova-Schmidt, E. & M. Huber. 2014. Regional Differences in Perceived Corruption among Ukranian Firms. Eurasian Geography & Economics

Denolf, Bert. 2008. The Impact of Corruption on Foreign Direct Investment. Journal of World Investment & Trade

Department for International Development (UK). 2015. Why Corruption Matters: Understanding Causes, Effects and How to Address Them.

Depken, Craig A., II & Courtney L. Lafountain. 2006. Fiscal Consequences of Public Corruption: Empirical Evidence from State Bond Ratings, Public Choice

Desposato, Scott. 2012. Corruption and Electoral Rules. Working Paper.

Devadoss, S. & J. Luckstead. 2015. Can a Corrupt Ruling Party Win a Re-Election Through Vote Buying? Applied Economics 1-6.

Devarajan, S., S. Khemani & M. Walton. 2014. Can Civil Society Overcome Government Failure in Africa? World Bank Research Observer

Dewan, Torun & David P. Myatt. 2007. Scandal, Protection, and Recovery in the Cabinet. American Political Science Review.

Dewi, S. 2014. Balancing Privacy Rights and Legal Enforcement: Indonesian Practices. International Journal of Liability & Scientific Enquiry

Dey, Harendra K. 1989. The Genesis and Spread of Economic Corruption: A Microtheoretic Interpretation. World Development

Dhaliwal, Iqbal & Rema Hanna. 2013. Deal with the Devil: The Success and Limitations of Bureaucratic Reform in India. Working paper.

Dheera-aumpon, Siwapong. 2015. Can Shareholder Rights Protection Reduce Corruption in Lending? International Journal of Monetary Economics & Finance

Di John, Jonathan. 2011. Is There Really a Resource Curse? A Critical Survey of Theory and Evidence. Global Governance

Di Puppo, Lili. 2010. Anti-Corruption Interventions in Georgia. Global Crime

Di Puppo, Lili. 2014. The Construction of Success in Anti-Corruption Activity in Georgia. East European Politics

Di Tella, R. & R. MacCulloch. 2009. Why Doesn't Capitalism Flow to Poor Countries? Brookings Papers on Economic Activity

Di Tella, R., J. Donna & R. MacCulloch. 2008. Crime and Beliefs: Evidence from Latin America. Economics Letters.

Di Tella, Rafael & Ernesto Schargrodsky. 2003. The Role of Wages and Auditing During a Crackdown on Corruption in the City of Buenos Aires. Journal of Law & Economics

Di Tella, Rafael & Federico Weinschelbaum. 2008. Choosing Agents and Monitoring Consumption: A Note on Wealth as a Corruption-Controlling Device. Economic Journal

Di Tella, Rafael & Ignacio Franceschelli. 2011. Government Advertising and Media Coverage of Corruption Scandals. American Economic Journal: Applied Economics

Di Tella, Raphael & William Savedoff. 2001. "Shining Light in Dark Corners," in Diagnosis Corruption: Fraud in Latin America's Public Hospitals (Washington, D.C.: Inter-American Development Bank).

Diaby, Aboubacar & Kevin Sylwester. 2014. Bureaucratic Competition and Public Corruption: Evidence from Transition Countries. European Journal of Political Economy

Diaby, Aboubacar & Kevin Sylwester. 2015. Corruption and Market Competition: Evidence from Post-Communist Countries. World Development

Diaz-Cayeros, Alberto, Beatriz Magaloni & Vidal Romero. 2015. "Caught in the Crossfire: The Geography of Extortion and Police Corruption in Mexico", in Susan Rose-Ackerman & Paul Lagunes eds., Greed, Corruption, and the Modern State .

DiBiagio, Thomas M. 2000. Politics and the Criminal Process: Federal Public Corruption Prosecutions of Popular Public Officials Under the Honest Services Component of the Mail and Wire Fraud Statutes. Dickinson Law Review

Dick, Howard & Simon Butt. 2013. Is Indonesia as Corrupt as Most People Believe and Is It Getting Worse? Melbourne Law Schoole, CILIS Policy Paper.

Dicke, R.A., R.C. Henderickson & S. Kutz. 2014. NATO's Mafia Ally: The Strategic Consequences of Bulgarian Corruption. Comparative Strategy

Dickerson, Claire Moore. 1999. Political Corruption: Free-Flowing Opportunism. Connecticut Journal of International Law

Dietz, S., E. Neumayer & I. De Soysa. 2007. Corruption, the Resource Curse and Genuine Saving. Environment & Development Economics

diGenova, Joseph E. 1998. The Independent Counsel Act: A Good Time to End a Bad Idea. Georgetown Law Journal

Dillon, Amrita & Mandar Oak. 2015. Legalization of Bribe Giving When Bribe Type Is Endogenous. Journal of Public Economic Theory

Dillon, Amrita, Rebecca B. Morton & Jean-Robert Tyran. 2015. Corruption in Committees: An Experimental Study of Information Aggregation Through Voting. Journal of Public Economic Theory

Dimant, E. & B. Hehenkamp. 2014. More Money More Problems? An Experimental Investigation of the Impact of Wage Raises on Individual Corruptibility under Uncertainty. Working paper.

Dimant, Eugen, Tim Krieger & Daniel Meierrieks. 2013. The Effect of Corruption on Migration, 1985-2000. Applied Economics Letters

Dimant, Eugen, Tim Krieger & Margarete Redlin. 2013. A Crook Is a Crook … But Is He Still a Crook Abroad? On the Effect of Immigration on Destination-Country Corruption. Working paper.

Dimant, Eugen. 2014. The Antecedents and Effects of Corruption – A Reassessment of Current (Empirical) Findings. MPRA Working Paper

Dimant, Eugen. 2014. The Nature of Corruption – An Interdisciplinary Perspective. Center for International Economics, Working Paper

Dimitrov, M. 2015. Internal Government Assessments of the Quality of Governance in China. Studies in Comparative International Development

Dimitrova-Grajzi, Valentina, Peter Grajzi & A. Joseph Guse. 2012. Trust, Perceptions of Corruption, and Demand for Regulation: Evidence from Post-Socialist Countries. Journal of Socio-Economics

Dimock, Michael A. & Gary C. Jacobson. 1995. Checks and Choices: The House Bank Scandal's Impact on Voters in 1992. Journal of Politics

Dincer, Oguzhan & Michael Johnston. 2015. Measuring Illegal and Legal Corruption in American States: Some Resultes from the Edmond J. Safra Center for Ethics Corruption in America Survey. Working paper.

Dincer, Oguzhan C. & Burak Gunalp. 2012. Corruption and Income Inequality in the United States. Contemporary Economic Policy

Dincer, Oguzhan C. & Michael Johnston. 2014. Corruption Issues in State and Local Politics: Is Political Culture a Deep Determinant? Working paper.

Dincer, Oguzhan C. 2008. Ethnic and Religious Diversity and Corruption. Economics Letters

Dincer, Oguzhan C., Christopher J. Ellis & Glen R. Waddell. 2010. Corruption, Decentralization and Yardstick Competition. Economics of Governance

Dininio, Phyllis & Robert W. Orttung. 2005. Explaining Patterns of Corruption in the Russian Region. World Politics.

Dininio, Phyllis. 2005. "The Risks of Recorruption", in Bertram Spector ed. Fighting Corruption in Developing Countries: Strategies and Analysis (Bloomfield, CT: Kumarian Press)

Diokno, Benjamin E. 2012. Fiscal Decentralization after 20 Years: What Have We Learned? Where Do We Go from Here? Philippine Review of Economics 49(1): Dion, M. 2011. Corruption, Fraud and Cybercrime as Dehumanizing Phenomena. International Journal of Social Economics

DiPietro, William R. & Michele S. Flint. 2012. Political Corruption, Economic Incentive, Educational Resource Input, and the Quality of Human Capital: A Panel Analysis Over 84 Twenty-Five Years for the Fifty U.S. States. International Journal of Economics & Finance

DiRienzo, C. & J. Das. 2015. Innovation and the Role of Corruption and Diversity: A Cross-Country Study. International Journal of Cross Cultural Management  DiRienzo, Cassandra E., Joyoti Das, Kathryn T. Cort & John Burbridge Jr. 2007.

Corruption and the Role of Information. Journal of International Business Studies

Disch, Arne, Endre Vigeland & Geir Sundet. 2009. Anti-Corruption Approaches: A Literature Review. Sutdy 2/2208. Oslo: Norad.

Dissou, Yazid & Tatsiana Yakautsava. 2012. Corruption, Growth, and Taxation. Theoretical Economics Letters

Ditton, Jason. 1977. Perks, Pilferage and the Fiddle: The Historical Structure of Invisible Wages. Theory & Society.

Dix, S., K. Hussmann & G. Walton. 2012. Risks of Corruption to State Legitimacy and Stability in Fragile Situations. U4 Issue No. 3.

Dixit, Avinash. 2014. How Business Community Institutions Can Help Fight Corruption. World Bank Policy Research Working Paper 6954.

Djankov, Simeon, Caralee McLiesh, Tatiana Nenova & Andrei Shleifer. 2003. Who Owns the Media? Journal of Law & Economics

Djankov, Simeon, Jose G. Montalvo & Marta Reynal-Querol. 2008. The Curse of Aid. Journal of Economic Growth

Djankov, Simeon, Rafael La Porta, Florencio Lopez-de-Silanes & Andrei Shleifer. 2010. Disclosure by Politicians. American Economic Journal: Applied Economics

Djankov, Simeon, Rafael La Porta, Florencio Lopez-de-Silanes & Andrei Shleifer. 2002. The Regulation of Entry. Quarterly Journal of Economics

Dobratz, B.A. & S. Whitfield. 1992. Does Scandal Influence Voters' Party Preference? The Case of Greece During the Papandreou Era. European Sociological Review

Dobson, Carlyn & Antonio Rodriguez Andres. 2011. Is Corruption Really Bad for Inequality? Evidence from Latin America. Journal of Development Studies

Dobson, Stephen & Carlyn Ramlogan-Dobson. 2010. Is There a Trade-Off between Corruption and Inequality? Evidence from Latin America. Economics Letters

Dobson, Stephen & Carlyn Ramlogan-Dobson. 2012. Inequality, Corruption and the Informal Sector. Economics Letters

Dobson, Stephen & Carlyn Ramlogan-Dobson. 2012. Why Is Corruption Less Harmful to Inequality in Latin America? World Development.

Doh, J., P. Rodriguez, K. Uhlenbruck, J. Collins & L. Eden. 2003. Coping with Corruption in Foreign Markets. Academy of Management Executive

Doig, A. & D. Norris. 2012. Improving Anticorruption Agencies as Organisations. Journal of Financial Crime

Doig, A. & M. Tisne. 2009. A Candidate for Relegation? Corruption, Governance Approaches and the (Re)construction of Post-War States. Public Administration & Development

Doig, A. & S. McIvor. 1999. Corruption and its Control in the Developmental Context: An Analysis and Selective Review of the Literature. Third World Quarterly

Doig, A., D. Watt & R. Williams. 2006. Hands-On or Hands-Off? Anti-Corruption Agencies in Action, Donor Expectations, and a Good Enough Reality. Public Administration & Development

Doig, Alan & Heather Marquette. 2005. Corruption and Democratisation: The Litmus Test of International Donor Agency Intentions? Futures

Doig, Alan & Robin Theobald, eds. 2000. Corruption and Democratization (London: Frank Cass).

Doig, Alan & Stephanie McIvor. 2003. The National Integrity System: Assessing Corruption and Reform. Public Administration & Development

Doig, Alan & Stephen Riley. 1998. "Corruption and Anti-Corruption Strategies: Issues and Case Studies from Developing Countries", in Corruption: Integrity Improvement Initiatives in Developing Countries.

Doig, Alan, David Watt & Robert Williams. 2007. Why Do Developing Country Anti-Corruption Commissions Fail to Deal with Corruption? Understanding the Three Dilemmas of Organisational Development, Performance Expectation, and Donor and Government Cycles. Public Administration & Development

Doig, Alan, Stephanie McIvor & Robin Theobald. 2006. Using Corruption Indicators or Descriptors to Assess State Development: Numbers, Nuances and Moving Targets. International Review of Administrative Sciences

Doig, Alan. 1995. Good Government and Sustainable Anti-Corruption Strategies: A Role for Independent Anti-Corruption Agencies? Public Administration and Development

Doig, Alan. 1998. Dealing with Corruption: The Next Steps. Crime, Law & Social Change

Doig, Alan. 1999. In the State We Trust? Democratisation, Corruption and Development. Journal of Commonwealth & Comparative Politics

Doig, Alan. 2006. Dirty Hands and the Donors: Dealing with Corruption in a Post-Mugabe Zimbabwe. Political Quarterly

Doig, Alan. 2007. Not as Easy as it Sounds? Delivering the National Integrity System Approach in Practice: The Case Study of the National Anticorruption Programme in Lithuania. Public Administration Quarterly

Doig, Alan. 2014. Roadworks Ahead? Addressing Fraud, Corruption and Conflict of Interest in English Local Government. Local Government Studies

Dolan, Kathleen, Bruce McKeown & James M. Carlson. 1988. Popular Conceptions of Political Corruption: Implications for the Empirical Study of Political Ethics. Corruption and Reform

Dollar, David, Raymond Fisman & Roberta Gatti. 2001. Are Women Really the "Fairer" Sex? Corruption and Women in Government. Journal of Economic Behavior

Domfeh, Kwame Ameyaw & Justice Nyigmah Bawole. 2011. Muting the Whistleblower Through Retaliation in Selected African Countries. Journal of Public Affairs.

Domokos, L. 2015. Strengthening Integrity Against Corruption: The Integrity Project of the State Audit Office of Hungary. International Journal of Government Auditing

Donadelli, M., M. Fasan & B. Magnanelli. 2014. The Agency Problem, Financial Performance and Corruption: Country, Industry and Firm Level Perspectives. European Management Review

Donais, T. 2003. The Political Economy of Stalemate: Organised Crime, Corruption and Economic Development in Post-Dayton Bosnia. Conflict, Security & Development

Donaldson, T. & T.W. Dunfee. 1999. Ties that Bind: A Social Contracts Approach to Business Ethics (Boston, MA: Harvard Business School Press).

Donchev, Dilyan & Gergely Ujhelyi. 2014. What Do Corruption Indices Measure? Economics & Politics

Dong, Bin & Benno Torgler. 2009. Corruption and Political Interest: Empirical Evidence at the Micro Level. Journal of Interdisciplinary Economics

Dong, Bin & Benno Torgler. 2009. Corruption, Social Norms and Political Interest. Empirical Economics Letters.

Dong, Bin & Benno Torgler. 2010. The Consequences of Corruption: Evidence from China. Working Paper.

Dong, Bin & Benno Torgler. 2011. Democracy, Property Rights, Income Equality, and Corruption. Working paper.

Dong, Bin & Benno Torgler. 2012. Corruption and Social Interaction: Evidence from China. Journal of Policy Modeling

Dong, Bin & Benno Torgler. 2013. Causes of Corruption: Evidence from China. China Economic Review

Dong, Bin, Uwe Dulleck & Benno Torgler. 2012. Conditional Corruption. Journal of Economic Psychology

Donohue, J. 2015. Combatting Fraud, Waste and Abuse: A More Proactive Approach is the Answer. Journal of Government Financial Management

Dormaels, Arne. 2014. Perceptions of Corruption in Flanders: Surveying Citizens and Police. A Study on the Influence of Occupational Differential Association on Perceptions of Corruption. Policing & Society

Dorotinsky, W. & S. Pradhan. 2007. "Exploring Corruption in Public Financial Management" , in J.E. Campos & S. Pradhan eds., The Many Faces of Corruption: Tracking Vulnerabilities at the Sector Level (Washington, D.C.: World Bank).

Dort, T., P. Meon & K. Sekkat. 2014. Does Investment Spur Growth Everywhere? Not Where Institutions Are Weak. Kyklos

dos Santos, L.A. & P.M.T. da Costa. 2014. The Contribution of Lobby Regulation Initiatives in Addressing Political Corruption in Latin America. Journal of Public Affairs

Doty, James R. 2007. Toward a Reg FCPA: A Modest Proposal for Change in Administering the Foreign Corrupt Practices Act. Business Lawyer

Douoguih, K.C. 2005. Does Mineral Resource Dependence Foster Corruption? Working paper.

Dowd, Raymond J. 1991. Civil RICO Misread: The Judicial Repeal of the 1988

Amendments to the Foreign Corrupt Practices Act. Fordham International Law Journal .

Drabek, Z. & W. Payne. 2001. The Impact of Transparency on Foreign Direct Investment. WTO Working Paper ERAD-99-02.

Drackle, Dorle. 2005. "Where the Jeeps Come From: Narratives of Corruption in the Alentejo (Southern Portugal)", in Dieter Haller & Chris Shore eds., Corruption: Anthropological Perspectives (Pluto Press).

Dreher, A. & T. Herzfeld. 2005. "The Economic Costs of Corruption: A Survey and New Evidence", in F.N. De Luca ed., Economic Corruption: Detection, Costs and Prevention (Nova Science).

178

Dreher, A., P.G. Meon & F. Schneider. 2014. The Devil Is in the Shadow. Do Institutions Affect Income and Productivity or Only Official Income and Official Productivity? Public Choice

Dreher, Axel & Friedrich Schneider. 2010. Corruption and the Shadow Economy: An Empirical Analysis.

Dreher, Axel & Lars-H.R. Siemers. 2009. The Intriguing Nexus Between Corruption and Capital Account Restrictions.

Dreher, Axel & Martin Gassebner. 2013. Greasing the Wheels? The Impact of Regulations and Corruption on Firm Entry.

Dreher, Axel, Christos Kotsogiannis & Steve McCorriston. 2007. Corruption Around the World: Evidence from a Structural Model. Journal of Comparative Economics

Dreher, Axel, Christos Kotsogiannis & Steve McCorriston. 2009. How Do Institutions Affect Corruption and the Shadow Economy? International Tax & Public Finance

Drezner, Daniel W. & Nancy Hite-Rubin. 2014. Does Military Power Attract (Corrupt) Foreign Investment? An Empirical Investigation. Working paper.

Drugov, Mikhail, John Hamman & Danila Serra. 2013. Intermediaries in Corruption: An Experiment. Experimental Economics

Drugov, Mikhail. 2010. Competition in Bureaucracy and Corruption. Journal of Development Economics

Drury, A. Cooper, Jonathan Krieckhaus & Michael Lusztig. 2006. Corruption, Democracy, and Economic Growth, International Political Science Review

Du, J. 2008. Corruption and Corporate Finance Patterns: An International Perspective. Pacific Economic Review 13: 183-208.

Dubois, Pascale Hélène & Aileen Elizabeth Nowlan. 2010. Global Administrative Law and the Legitimacy of Sanctions Regimes in International Law. Yale Journal of International Law Online

Dubois, Pascale Hélène et al. 2013. "Sanctions at the World Bank and the Inter-American Development Bank: Addressing Corruption and Fraud in Development Assistance", in Alessandra Del Debbio et al., eds., Temas de Anticorrupção & Compliance

Dubois, Pascale Helene. 2012. Domestic and International Adminsitrative Tools to Combat Fraud & Corruption: A Comparison of US Suspension and Debarment with the World Bank's Sanctions System. University of Chicago Legal Forum

Dubrovskiy, Vladimir. 2006. Towards Effective Anti-Corruption Strategies in Ukraine: Removing the Cornerstone without Toppling the Building. Centre for Social and Economic Research (Warsaw): Studies & Analysis No. 322.

Duckett, Jane. 2001. Bureaucrats in Business, Chinese Style: The Lessons of Market Reform and State Entrepreneurialsim in the People's Republic of China. World Development

Dudas, Stefan & Nikolaos Tsolakidis. 2013. Host-State Counterclaims: A Remedy for Fraud or Corruption in Investment-Treaty Arbitration? Transnational Dispute Management

Dudley, L. & C. Montmarquette. 1987. Bureaucratic Corruption as a Constraint on Vote Choice.

Duflo, Esther & Petia Topalova. 2004. Underappreciated Service: Performance, Perceptions, and Women Leaders in India. Working paper.

Duflo, Esther, Michael Greenstone, Rohini Pande & Nicholas Ryan. 2013. Truth-Telling by Third-Party Auditors and the Response of Polluting Firms: Experimental Evidence from India. Quarterly Journal of Economics

Duflo, Esther, Rema Hanna & Stephen P. Ryan. 2012. Incentives Work: Getting Teachers to Come to School. American Economic Review

Dufwenberg, Martin & Giancarlo Spagnolo. 2015. Legalizing Bribe Giving. Economic Inquiry3.

Dugard, John. 2013. "Corruption: Is there a Need for a New Convention?", in Susan Rose-Ackerman & Paul D. Carrington eds., Anti-Corruption Policy: Can International Actors Play a Constructive Role? (Durham: Carolina Academic Press)

Duggan, M. & S. Levitt. 2002. Winning Isn't Everything: Corruption in Sumo Wrestling. American Economic Review

Dumas, L. J. Wedel. & G. Callman. 2010. Confronting Corruption, Building Accountability: Lessons from the World of International Development Advising. (New York: Palgrave).

Duncan, Christopher J. 2000. Comments on the 1998 Foreign Corrupt Practices Act Amendments: Moral Empiricism or Moral Imperialism? Asian-Pacific Law & Policy Journal

Duncan, Nick. 2006. "The Non-Perception Based Measurement of Corruption: A Review of Issues and Methods from a Policy Perspective", in Charles Sampford, Arthur Shacklock, Carmel Connors & Fredrik Galtung eds., Measuring Corruption (Ashgate)

Dunfee, Thomas W. & David Hess. 2001. Getting from Salbu to the "Tipping Point": The Role of Corporate Action Within a Portfolio of Anti-Corruption Strategies. Northwestern Journal of International Law & Business

Dusek, Libor, Andreas Ortman & Lizal Lubomir. 2005. Understanding Corruption and Corruptibility Through Experiments. Prague Economic Papers

Dusha, E. 2015. Intermediated Corruption. International Economic Review.

Dussuyer, Inez, Stephen Mumford & Glenn Sullivan. 2012. "Reporting Corrupt Practices in the Public Interest: Innovative Approaches to Whistleblowing", in Adam Graycar & Russell G. Smith eds., Handbook of Global Research and Practice in Corruption

Dutt, Pushan & Daniel Traca. 2010. Corruption and Bilateral Trade Flows: Extortion or Evasion? Review of Economics & Statistics

Dutt, Pushan. 2009. Trade Protection and Bureaucratic Corruption: An Empirical Investigation. Canadian Journal of Economics

Dutta, Bhaskar & Poonam Gupta. 2012. How Indian Voters Respond to Candidates with Criminal Charges: Evidence from the 2009 Lok Sabha Elections. Working paper.

Dutta, I. & A. Mishra. 2004. Corruption and Competition in the Presence of Inequality and Market Imperfections. Working paper.

Dutta, Nabamita, Saibal Kar & Sanjukta Roy. 2013. Corruption and Persistent Informality: An Empirical Investigation for India. International Review of Economics & Finance

Duvanova, Denissa. 2012. Bureaucratic Discretion and the Regulatory Burden: Business Environments Under Alternative Regulatory Regimes. British Journal of Political Science

Duvanova, Dinissa. 2014. Economic Regulations, Red Tape, and Bureaucratic Corruption in Post-Communist Economies. World Development

Dwivedi, O.P., D.S. Mishra & Meera Mishra. 2009. "Combating Corruption in India: Challenges and Approaches", in Gong, T. & S.K. Ma eds., Preventing Corruption in Asia: Institutional Design and Policy Capacity (London: Routledge), Dwyer, L., K. Golden & S. Lehman. 2014. Public Corruption. American Criminal Law Review

Dye, K. 2007. "Corruption and Fraud Detection by Supreme Audit Institutions", in A. Shah ed., Performance Accountability and Combating Corruption (World Bank).

Dye, K.M. & R. Stapenhurst. 1998. Pillars of Integrity: The Importance of Supreme Audit Institutions in Curbing Corruption (Washington, D.C.: World Bank).

Dza, Mawuko, Rod Gapp & Ron Fisher. 2015. Taking the Professionalism Out of the Profession: A Study of Procurement and Africa. International Journal of Procurement Management 8(3):.

Dzamtovska-Zdrvkovska, S., J. Denkova & A. Majhosev. 2014. Transparecy v.

Corruption: The Case of Republic of Macedonia. Bulgarian Journal of Science & Education Policy

Dzhumashev, Ratbek. 2014. Corruption and Growth: The Role of Governance, Public Spending, and Economic Development. Economic Modelling

Dzhumashev, Ratbek. 2014. The Two-Way Relationship Between Government Spending and Corruption and its Effects on Economic Growth. Contemporary Economic Policy

Ear, Sophal. 2007. Does Aid Dependence Worsen Governance? International Public Management Journal

Earle, B.H. & A. Cava. 2014. The Penumbra of the United States' Foreign Corrupt Practices Act: Brazil's Clean Companies Act and Implications for the Pharmaceutical Industry. Richmond Journal of Global Law & Business

Earle, Beverly & Anita Cava. 2008. Are Anti-Corruption Efforts Paying Off? International and National Measures in the Asia-Pacific Region and Their Impact on India and Multinational Corporations. University of Hawaii Law Review

Earle, Beverly. 1996. The United States' Foreign Corrupt Practices Act and the OECD - Anti-Bribery Recommendations: When Moral Suasion Won't Work, Try the Money Argument. Dick. J. Int'l L.

Earle, Beverly. 2000. Bribery and Corruption in Eastern Europe, the Baltic States, and the Commonwealth of Independent States: What Is To Be Done? Cornell International Law Journal

Easterly, William & R. Levine. 1997. Africa's Growth Tragedy: Politics and Ethnic Divisions. Quarterly Journal of Economics

Eboe-Osuji, Chile. 2005. "Kleptocracy: A Desired Subject of International Criminal Law that Is in Dire Need of Prosecution by Universal Jurisdication", in Evelyn A. Ankumah & Edward K. Kwakwa eds., African Perspectives on International Criminal Justice

Echazu, Luciana & Nuno Garoupa. 2010. Corruption and the Distortion of Law Enforcement Effort. American Law & Economics Review.

Echazu, Luciana & Pinaki Bose. 2008. Corruption, Centralization, and the Shadow Economy. Southern Economic Journal

Echazu, Luciana. 2010. Corruption and the Balance of Gender Power. Review of Law & Economics4.

Ecker, Alejandro, Konstantin Glinitzer & Thomas M. Meyer. 2015. Corruption Performance Voting and the Electoral Context. European Political Science Review (forthcoming).

Efobi, Uchenna. 2015. Politicians' Attributes and Institutional Quality in Africa: A Focus on Corruption. Journal of Economic Issues

Egger, Peter & Hannes Winner. 2005. Evidence on Corruption as an Incentive for Foreign Direct Investment. European Journal of Political Economy

Egger, Peter & Hannes Winner. 2007. How Corruption Influences Foreign Direct Investment: A Panel Data Study. Economic Development & Cultural Change

Eggers, Andrew & Arthur Spirling. 2013. Guarding the Guardians: Legislative Self-Policing and Electoral Corruption in Victorian Britain. Quarterly Journal of Political Science

Eggers, Andrew C. & Jens Hainmueller. 2009. MPs for Sale? Returns to Office in Postwar British Politics. American Political Science Review

Eggers, Andrew C. & Jens Hainmueller. 2013. Capitol Losses: The Mediocre Performance of Congressional Stock Portfolios. Journal of Politics

Eggers, Andrew. 2014. Partisanship and Electoral Accountability: Evidence from the UK Expenses Scandal. Quarterly Journal of Political Science

Egorov, Georgy, Sergei Guriev & Konstantin Sonin. 2009. Why Resource-Poor Dictators Allow Freer Media: A Theory and Evidence from Panel Data. American Political Science Review

Ehrlich, Isaac & Francis T. Lui. 1999. Bureaucratic Corruption and Endogenous Economic Growth, Journal of Political Economy

Eicher, T., C. Garcia-Penalosa & T. Van Ypserspele. 2009. Education, Corruption, and the Distribution of Income. Journal of Economic Growth

Eigen, Peter. 2002. Measuring and Combating Corruption. Policy Reform

Eigen, Peter. 2007. Fighting Corruption in a Global Economy: Transparency Initiatives in the Oil and Gas Industry. Houston Journal of International

Einhorn, Aaron. 2007. The Evolution and Endpoint of Responsibility: The FCPA, SOX, Socialist-Oriented Governments, Gratuitous Promises, and a Novel CSR Code. Denver Journal of International Law & Policy

Eisler, Jacob. 2011. The Unspoken Institutional Battle Over Anticorruption: Citizens United, Honest Services, and the Legislative-Judicial Divide. First Amendment Law Review

Elbadawi, I. & R. Soto. 2012. Resource Rents, Political Economy and Economic Growth. Working paper.

Elbahnasawy, Nasr G. & Charles F. Revier. 2012. The Determinants of Corruption: Cross-Country-Panel-Data Analysis. The Developing Economies

Elbahnasawy, Nasr G. 2014. E-Government, Internet Adoption, and Corruption: An Empirical Investigation. World Development

Eldreidge, Tull. 2013. Without Bounds: Navigating Corporate Compliance Through Enforcement of the Foreign Corrupt Practices Act. Arkansas Law Review

Eliason, Randall D. 2009. Surgery with a Meat Axe: Using Honest Services Fraud to Prosecute Federal Corruption. Journal of Criminal Law & Criminology

Eliat, Y. & C. Zinnes. 2002. The Shadow Economy in Transition Countries: Friend or Foe? A Policy Perspective. World Development

Elliot, Kimberly Ann, ed. 1997. Corruption and the Global Economy. Washington, D.C.: Institute for International Economics.

Elliott, Kimberly Ann. "Corruption as an International Policy Problem: Overview and Recommendations", in Elliott, Kimberly Ann ed., Corruption and the Global Economy (Institute for International Economics)

Elliott, Kimberly Ann. 1998. The Problem of Corruption: A Tale of Two Countries. Northwestern Journal of International Law & Business

Ellis, S. 2006. The Roots of African Corruption. Current History

Emerson, Patrick M. 2002. Corruption and Industrial Dualism in Less Developed Countries. Journal of International Trade & Economic Development

Emerson Patrick M. 2006. Corruption, Competition and Democracy. Journal of Development Economics

Enderwick, Peter. 2005. What's Bad About Crony Capitalism? Asian Business & Management

Engel, Christopher, Sebastian J. Georg & Gaoneng Yu. 2013. Symmetric vs. Asymmetric Punishment Regimes for Bribery. Working paper.

Engle, Eric. 2010. I Get By With a Little Help From My Friends? Understanding the U.K. Anti-Bribery Statute, by Reference to the OECD Convention and the Foreign Corrupt Practices Act. International Lawyer

Engvall, J. 2014. Why Are Public Offices Sold in Kyrgyzstan? Post-Soviet Affairs

Engvall, Johan. 2012. Against the Grain: How Georgia Fought Corruption and What It Means. Central Asia-Caucasus Institute & Silk Road Studiees Program, Silk Road Paper.

Eniayejuni, A. & N.S. Evcan. 2015. Nigeria: Corruption Arising from Bad Leadership. European Scientific Journal

Enikolopov, Ruben & Ekaterina Zhuravskaya. 2007. Decentralization and Political Institutions. Journal of Public Economics

Enikolopov, Ruben, Maria Petrova & Konstantin Sonin. 2013. Social Media and Corruption. Working paper.

Ensor, T. 2004. Informal Payments for Health Care in Transition Economies. Social Science & Medicine.

Epperly, B. & T. Lee. 2015. Corruption and NGO Sustainability: A Panel Study of Post-Communist States. Voluntas: International Journal of Voluntary & Nonprofit Organizations

Erard, Brian & Jonathan Feinstein. 1994. Honesty and Evasion in the Tax Compliance Game. Rand Journal of Economics

Eren, T. & A. Jimenez. 2015. Institutional Quality Similarity, Corruption Distance and Inward FDI in Turkey. Journal for East European Management Studies

Erlingsson, Gissur O., Andreas Bergh & Mats Sjolin. 2008. Public Corruption in Swedish Municipalities: Trouble Looming on the Horizon? Local Government Studies

Ernst, Joshua. 2011. The Dodd-Frank Whistleblower Provision: Throwing Fuel on the Fire for Foreign Corrupt Practices Act Compliance. Arizona State Law Journal.

Erwin, P.M. 2010. Corporate Codes of Conduct: The Effects of Code Content and Quality on Ethical Performance. Journal of Business Ethics

Esarey, Justin & Gina Chirillo. 2013. "Fairer Sex" or Purity Myth? Corruption, Gender, and Institutional Context. Politics & Gender.

Escaleras, M., N. Anbarchi & C. Register. 2007. Public Sector Corruption and Major Earthquakes: A Potentially Deadly Interaction. Public Choice

Escaleras, Monica, Shu Lin & Charles Register. 2010. Freedom of Information Acts and Public Sector Corruption. Public Choice

Escobar-Lemmon, M. & A.D. Ross. 2014. Does Decentralization Improve Perceptions of Accountability? Attitudinal Evidence from Colombia. American Journal of Political Science

Escresa, Laarni & Lucio Picci. 2013. A New Cross-National Measure of Corruption. Working paper.

Eskeland, Gunnar S. & Henrik Thiele. 1999. Corruption Under Moral Hazard. World Bank Research Working Paper 2204.

Espinosa-Ramirez, R. 2015. Corruption, Trade, and Institutional Reforms. International Journal of Trade & Global Markets

Estache, A., A. Goicoechea & L. Trujillo. 2006. Utilities Reform and Corruption in Developing Countries. World Bank Policy Research Working Paper

Estache, Antonio & Liam Wren-Lewis. 2011. "Anti-Corruption Policy in Theories of Sector Regulation", in International Handbook on the Economics of Corruption, Vol. II. (Edward Elgar Publishing).

Etzioni, Amitai. 1988. Capital Corruption: The New Attack on American Democracy.

Everett, Jeff, D. Neu & A.S. Rahman. 2007. Accounting and the Global Fight Against Corruption. Accounting, Organizations & Society

Everhart, S.S., J. Martinez-Vazquez & R.M. McNab. 2009. Corruption, Governance, Investment and Growth in Emerging Markets. Applied Economics

Evrenk, H. 2011. Why a Clean Politician Supports Dirty Politics: A Game-Theoretical Explanation for the Persistence of Political Corruption. Journal of Economic Behavior & Organization

Evrensel, Ayse Y. 2009. Differences in Bank Regulation: The Role of Governance and Corruption. Journal of Economic Policy Reform

Ewoh, A.I.E., A. Matei & L. Matei. 2013. Corruption, Public Integrity, and Globalization in South-Eastern European States: A Comparative Analysis. Theoretical & Applied Economics

Faber, Gerrit & Michiel Gerritse. 2012. Foreign Determinants of Local Institutions: Spatial Dependence and Openness. European Journal of Political Economy

Fabrizi, Simona & Steffen Lippert. 2012. Corruption and Public Display of Wealth. University of Otago Economics Discussion Papers No. 1202.

Faccio, Mara & David C. Parsley. 2009. Sudden Deaths: Taking Stock of Geographic Ties. Journal of Financial & Quantitative Analysi

Faccio, Mara, Ronald W. Masulis & John J. McConnell. 2006. Political Connections and Corporate Bailouts. Journal of Finance

Faccio, Mara. 2006. Politically Connected Firms. American Economic Review

Fackler, Tim & Tse-min Lin. 1995. Political Corruption and Presidential Elections, 1929-1992. Journal of Politics

Factor, R. & M. Kang. 2015. Corruption and Population Health Outcomes: An Analysis of Data from 133 Countries Using Structural Equation Modeling. International Journal of Public Health

Fadairo, O. & A. Ladele. 2014. Attitudes and Perception of Corrupt Practices among Public Officials in the Agricultural Sector in Southwestern Nigeria. Developing Country Studies

Fafchmps, Marcel & Julien Labonne. 2013. Do Politicians' Relatives Get Better Jobs? Evidence from Municipal Elections in the Philippines. Working paper.

Fahr, R. & B. Djawadi. 2013. The Impact of Risk Perception and Risk Attitudes on Corrupt Behavior: Evidence from a Petty Corruption Experiment. IZA Discussion Paper No. 738.

Falaschetti, Dino & Gary Miller. 2001. Constraining the Leviathan: Moral Hazard and Credible Commitment in Constitutional Design. Journal of Theoretical Politics

Falkingham, J. 2004. Poverty, Out-of-Pocket Payments and Access to Health Care: Evidence from Tajikistan. Social Science & Medicine.

Fallon, F. & B.J. Cooper. 2015. Corporate Culture and Greed—The Case of the Australian Wheat Board. Australian Accounting Review.

Fan, C. Simon, Chen Lin & Daniel Treisman. 2009. Political Decentralization and Corruption: Evidence from Around the World, Journal of Public Economics

Fan, J., F. Guan, Z. Li & Y. Yang. 2014. Relationship Networks and Earnings Informativeness: Evidence from Corruption Casese. Journal of Business Finance & Accounting

Fan, Joseph P.H., Oliver Meng Rui & Mengxin Zhao. 2008. Public Governance and Corporate Finance: Evidence from Corruption Cases. Journal of Comparative Economics

Fan, Joseph P.H., Zengquan Li & Yong George Yang. 2010. Relationship Networks and Earnings Informativeness: Evidence from Corruption Cases. Working paper.

Fanjul, Jose Armando. 2008. Corporate Corruption in Latin America: Acceptance, Bribery, Compliance, Denial, Economics, and the Foreign Corrupt Practices Act. Penn State International Law Review

Fantaye, Dawit Kiros. 2004. Fighting Corruption and Embezzlement in Third World Countries. Journal of Criminal Law

Fariello, Frank A., Jr. & Conrad C. Daly. 2013. Coordinating the Fight against Corruption among MDBs: The Past, Present, and Future of Sanctions. George Washington International Law Review

Farla, K. 2014. Determinants of Firms' Investment Behavior: A Multilevel Approach. Applied Economics

Faruq, H., M. Webb & D. Yi. 2013. Corruption, Bureaucracy and Firm Productivity in Africa. Review of Development Economics

Fasano, Dominique T. 2012. United States v. Aguilar: District Court Attempts Clarification of the Foreign Corrupt Practices Act by Further Defining "Foreign Official". Tulane Journal of International & Comparative Law

Faughman, Brian M. & Mitchell A. Seligson. 2015. "Corruption in Latin America: A View from the AmericasBarometer" , in Paul M. Heywood ed., The Routledge Handbook of Political Corruption (New York: Routledge)

Fay, Christopher. 1995. Political Sleaze in France: Forms and Issues. Parliamentary Aff.

Fazekas, M. & I. Toth. 2014. From Corruption to State Capture: A New Analytical Framework with Emprical Applications from Hungary. Working paper.

Fazekas, Mihaly, Istvan Janos Toth & Lawrence Peter King. 2013. Anatomy of Grand Corruption: A Composite Corruption Risk Index Based on Objective Data. CRCB Working Paper.

Fazekas, Mihaly, Jana Chvalkovska, Jiri Skuhrovec, Istvan Janos Toth & Lawrence Peter King. 2013. Are EU Funds a Corruption Risk? The Impact of EU Funds on Grand Corruption in Central and Eastern Europe. CRCB Working Paper

Fedran, J., B. Dobovsek & B. Azman. 2015. Assessing the Preventive Anti-Corruption Efforts in Slovenia. Varstvoslovje

Feichtinger, Gustav & Franz Wirl. 1994. On the Stability and Potential Cyclicity of Corruption in Governments Subject to Popularity Constraints. Mathematical Social Sciences.

Feichtinger, Gustav. 2000. On the Economics of Corruption and Illicit Drugs. Applications of Mathematics and Statistics in Economy

Fein E. & J. Weibler. 2014. Cognitive Basis for Corruption and Attitudes towards Corruption in Organizations Viewed from a Structuralist Adult Developmental Meta-Perspective. Behavioral Development Bulletin

Fein, E. & J. Weibler. 2014. Review and Shortcomings of Literature on Corruption in Organizations in Offering a Multi-Faceted and Integrative Understanding of the Phenomenon. Behavioral Development Bulletin

Feliciano, Florention P. 2012. Random Reflections on the Bar, Corruption and the Practice of Law. Philippine Law Journal

Fell, Dafydd. 2005. Political and Media Liberalization and Political Corruption in Taiwan. China Quarterly

Felson, Marcus. 2012. "Corruption in the Broad Sweep of History", in Adam Graycar & Russell G. Smith eds., Handbook of Global Research and Practice in Corruption ,

Fendo, Julie. 2000. Attacking the Tools of Corruption: The Foreign Money Laundering Deterrence and Anticorruption Act of 1999. Fordham International Law Journal 23: 1540-1576.

Fernandez-Vazquez, Pablo, Pablo Barbera & Gonzalo Rivero. 2013. Rooting Out Corruption or Rooting For Corruption? The Heterogeous Electoral Consequences of Scandals. Working paper.

Ferraz, Claudio & Frederico Finan. 2008. Exposing Corrupt Politicians: The Effects of Brazil's Publicly Released Audits on Electoral Outcomes. Quarterly Journal of Economics

Ferraz, Claudio & Frederico Finan. 2010. Motivating Politicians: The Impact of Monetary Incentives on Quality and Performance. (Working paper)

Ferraz, Claudio & Frederico Finan. 2011. Electoral Accountability and Corruption: Evidence from the Audits of Local Governments. American Economic Review

Ferraz, Claudio, Frederico Finan & Diana B. Moreira. 2012. Corrupting Learning: Evidence from Missing Federal Education Funds in Brazil. Journal of Public Economics

Ferreras, Leticia. 2013. Corruption and Foreign Education. Journal of Politics & Society

Ferreyra-Orozco, Gabriel. 2010. Understanding Corruption in a State Supreme Court in Mexico: An Ethnographic Approach. Human Organization

Field Jr., Alfred, Luis A. Sosa & Xiaodong Wu. 2006. Effects of Endogenous Bribes on Foreign Direct Investment. Working paper.

Figueroa, J.R. 2012. Justice System Institutions and Corruption Control: Evidence from Latin America. Justice Systems Journal

Finan, Frederico & Laura Schechter. 2012. Vote Buying and Reciprocity. Econometrica.

Findley, Michael G., Daniel L. Nielson & Jason Sharman. 2015. Causes of Noncompliance with International Law: A Field Experiment on Anonymous Incorporation. American Journal of Political Science

Findley, Michael, Daniel Nielson & Jascon C. Sharman. 2013. Using Field Experiments in International Relations: A Randomized Study on Anonymous Incorporation. International Organization

Findley, Michael, Daniel Nielson & Jason Sharman. 2014. Global Shell Games: Experiments in Transnational Relations, Crime, and Terrorism (Cambridge: Cambridge University Press).

Finnie, B.W., L. Gibson & D. McNabb. 2006. Economic Development: Corruption, Complexity, Wealth, and a Triad of Strains. Humanomics

Fiodendji, K. & K. Evlo. 2015. Do Institutions' Quality Affect FDI Inflows in Sub-Saharan African Countries? Journal of Applied Finance & Banking

Fiorino, N., E. Galli & F. Padovano. 2015. How Long Does It Take for Government Decentralization to Affect Corruption? Economics of Governance

Fiorino, Nadia, Emma Galli & Fabio Padovano. 2013. "Do Fiscal Decentralization and Government Fragmentation Affect Corruption in Different Ways? Evidence from a Panel Data Analysis", in S. Lago-Penas & J. Martinez-Vazquez eds., The Challenge of Local Government Size: Theoretical Perspectives, International Experience and Policy Reform - Cheltenham, U.K.

Fiorino, Nadia, Emma Galli & Ilaria Petrarca. 2012. Corruption and Growth: Evidence from the Italian Regions. European Journal of Government & Economics

Firger, Daniel M. 2012. Transparency and the Natural Resource Curse: Examining the New Extraterritorial Information Forcing Rules in the Dodd-Frank Wall Street Reform Act of 2010. Georgetown International Law Journal

Fischer, Ronald, Marioa Cristina Ferreira, Taciano Milfont & Ronaldo Pilati. 2014.

Culture of Corruption? The Effects of Priming Corruption Images in a High Corruption Context. Journal of Cross-Cultural Psychology

Fisher, Elizabeth. 2010. Transparency and Administrative Law: A Critical Evaluation. Current Legal Problems

Fisman, R. & R. Gatti. 2006. Bargaining for Bribes: The Role of Institutions. Discussion Paper 5712, Center for Economic Policy and Research.

Fisman, Raymond & Edward Miguel. 2007. Corruption, Norms, and Legal Enforcement:

Evidence from Diplomatic Parking Tickets. Journal of Political Economy

Fisman, Raymond & Edward Miguel. 2008. Economic Gangsters: Corruption, Violence, and the Poverty of Nations. Princeton University Press

Fisman, Raymond & Roberta Gatti. 2002a. Decentralization and Corruption: Evidence from U.S. Federal Transfer Programs.

Fisman, Raymond & Roberta Gatti. 2002b. Decentralization and Corruption: Evidence Across Countries. Journal of Public Economic

Fisman, Raymond & Shang-Jin Wei. 2009. The Smuggling of Art, and the Art of Smuggling: Uncovering the Illicit Trade in Cultural Property and Antiques. American Economic Journal: Applied Economics.

Fisman, Raymond & Wei, Shang-Jin. 2004. Tax Rates and Tax Evasion: Evidence from 'Missing Imports' in China. Journal of Political Economy

Fisman, Raymond & Yongxiang Wang. 2013. The Mortality Cost of Political Connections. Working paper.

Fisman, Raymond & Yongxiang Wang. 2015. Corruption in Chinese Privatizations. Journal of Law, Economics & Organization

Fisman, Raymond J. & Jakob Svensson. 2007. Are Corruption and Taxation Really Harmful to Growth? Firm Level Evidence. Journal of Development Economics

Fisman, Raymond J., David Fisman, Julia Galef, Rakesh Khurana & Yongxiang Wang. 2012. Estimating the Value of Connections to Vice President Cheney. B.E. Journal of Economc Analysis & Policy, Advances.

Fisman, Raymond, Florian Schulz & Vikrant Vig. 2014. The Private Returns to Public Office. Journal of Political Economy.

Fisman, Raymond. 2001. Estimating the Value of Political Connections. Am. Econ.

Fisman, Raymond. 2015. "Political Connections and Commerce – A Global Perspective", in Susan Rose-Ackerman & Paul Lagunes eds., Greed, Corruption, and the Modern State

Fitzsimons, Vincent G. 2007. "Economic Models of Corruption", in Sarah Bracking ed., Corruption and Development: The Anti-Corruption Campaigns (Palgrave Macmillan).

Fjelde, H. & H. Hegre. 2014. Political Corruption and Institutional Instability. Studies in Comparative Institutional Development

Fjelde, H. 2006. Buying Peace? Oil Wealth, Corruption and Civil War 1984-1999. (Working paper).

Fjeldstad, Odd-Helge & Bertil Tungodden. 2003. Fiscal Corruption: A Vice or Virtue?: A Reply. World Developmen

Fjeldstad, Odd-Helge & Bertil Tungodden. 2003. Fiscal Corruption: A Vice or Virtue? World Development

Fjeldstad, Odd-Helge & Jan Isaksen. 2008. Anti-Corruption Reforms: Challenges, Effects and Limits of World Bank Support. (Washington, D.C. World Bank IEG Working Paper no. 7)

Fjeldstad, Odd-Helge, Ivar Kolstad & Knut Nygaard. 2006. Bribes, Taxes and Regulations: Business Constraints for Micro Enterprises in Tanzania. (Bergen: Chr. Michelsen Institute, CMI Working Paper WP 2006: 2)

Fjeldstad, Odd-Helge. 2001. Taxation, Coercion and Donors: Local Government Tax Enforcement in Tanzania. Journal of Modern African Studies

Fjeldstad, Odd-Helge. 2003. Fighting Fiscal Corruption: Lessons from the Tanzania Revenue Authority. Public Administration and Development

Fjeldstad, Odd-Helge. 2006. "Corruption in Tax Administration: Lessons from Institutional Reforms in Uganda" in Susan Rose-Ackerman ed. International Handbook on the Economics of Corruption

Fjeldstad, Odd-Helge. 2009. The Pursuit of Integrity in Customs: Experiences from Sub-Saharan Africa. (Bergen: Chr. Michelsen Institute, CMI Working Paper WP 2009: 8) Flatters, Frank & W. Bentley MacLeod. 1995. Administrative Corruption and Taxation. International Tax and Public Finance

Fleischer, David. 1997. Political Corruption in Brazil: The Delicate Connection with Campaign Finance. Crime, Law & Social Change .

Fletcher, Ciaire & Daniela Herrmann. 2012. The Internationalisation of Corruption. Farnham: Ashgate.

Flyvbjerg, Bent & Eamonn Molloy. 2011. "Delusion, Deception and Corruption in Major Infrastructure Projects: Causes, Consequences and Cures", in International Handbook on the Economics of Corruption, Vol. II. (Edward Elgar Publishing).

Foellmi, R. & M. Oeschslin. 2007. Who Gains from Non-Collusive Corruption? Journal of Development Economics.

Fogel, K. 2006. Oligarchic Family Control, Social Economic Outcomes, and the Quality of Government. Journal of International Business Studies

Foley, Veronica & Catina Haynes. 2009. The FCPA and its Impact in Latin America. Currents: International Trade Law Journal

Folke, Olle, Shigeo Hirano & James M. Snyder, Jr.. 2011. Patronage and Elections in US States. American Political Science Review

Follett, G. 2015. Facilitating Payments: Facilitating Poverty? Alternative Law Journal

Folliot-Lalliot, Laurence. 2014. "Introduction to the World Bank's Policies in the Fight Against Corruption and Conflicts of Interest in Public Contacts", in Jean-Bernard Auby, Emmanuel Breen & Thomas Perroud eds., Corruption and Conflicts of Interest: A Comparative Law Approach

Foltz, J.D. & D.W. Bromley. 2012. Highway Robbery: The Economics of Petty Corruption in West African Trucking. Working paper.

Fombad, Charles Manga. 1999. Curbing Corruption in Africa: Some Lessons from Botswana's Experience. International Social Science Journal

Fontana, A. & P. Gomes Pereira. 2012. Using Money Laundering Investigations to Fight Corruption in Developing Countries: Domestic Obstacles and Strategies to Overcome Them. U4 Issue Brief 2012:9 (Bergen: CMI).

Ford, Cristie & David Hess. 2009. Can Corporate Monitorships Improve Corporate Compliance? Journal of Corporation Law

Ford, Cristie L. & David Hess. 2011. Corporate Monitorships and New Governance Regulation: In Theory, In Practice, and In Its Regulatory Context. Law & Policy

Forrest, David & Wolfgang Maennig. 2015. "The Threat to Sports Goverance from Betting-Related Corruption: Causes and Solution" , in Paul M. Heywood ed., The Routledge Handbook of Political Corruption (New York: Routledge)

Fort, Timothy L. & James J. Noone. 2000. Gifts, Bribes, and Exchange: Relationships in Non-Market Economies and Lessons for Pax E-Commercia. Cornell International Law Journal

Fortin-Rittberger, J. 2014. The Role of Infrastructural and Coercive State Capacity in Explaining Different Types of Electoral Fraud. Democratization

Fox, J. 1994. The Difficult Transition from Clientalism to Citizenship: Lessons from Mexico. World Politics

Fox, Jonathan. 2007. The Uncertain Relationship Between Transparency and Accountability. Development in Practice

Fox, William. 2009. Adjudicating Bribery and Corruption Issues in International Commercial Arbitration. Journal of Energy & Natural Resources Law 27(3): 487-502.


Francken, Nathalie, Bart Minten & Johan F.M. Swinnen. 2009. Media, Monitoring, and Capture of Public Funds: Evidence from Madagascar. World Development

Frank, Bjorn & Gunther G. Schulze. 2000. Does Economics Make Citizens Corrupt? Journal of Economic Behavior & Organization

Frank, Bjorn, Johann Graf Lambsdorff & Frederic Boehm. 2011. Gender and Corruption: Lessons from Laboratory Corruption Experiments. European Journal of Development Research

Frankel, Jeffrey. 2012. "The Natural Resource Curse: A Survey of Diagnoses and Some Prescriptions", in Rabah Arezki & Zhu Min eds., Commodity Price Volatility and Inclusive Growth in Low-Income Countries (Washington, D.C. : International Monetary Fund).

Franklin, Aaron. 2010. Targeted Tariff Preferences to Reduce Corruption in Developing States. Georgetown Journal of International Law

Fraser, Stephen A. 2012. Placing the Foreign Corrupt Practices Act on the Tracks in the Race for Amnesty. Texas Law Review

Frechette, Guillaume R. 2006. Panel Data Analysis of the Time-Varying Determinants of Corruption. CIRANO Working Paper

Frederickson, H. George & David G. Frederickson. 1995. Public Perceptions of Ethics in Government. Annals of the American Academy of Political and Social Science

Fredriksson, A. 2014. Bureaucracy Intermediaries, Corruption and Red Tape. Journal of Development Economics

Fredriksson, P.G. & D.L. Millimet. 2007. Legislative Organization and Pollution Taxation. Public Choice .

Fredriksson, P.G., E. Neumayer & G. Ujhelyi. 2007. Kyoto Protocol Cooperation: Does Government Corruption Facilitate Environmental Lobbying? Public Choice

Fredriksson, P.G., H.R.J. Vollebergh & E. Dijkgraaf. 2004. Corruption and Energy Efficiency in OECD Countries: Theory and Evidence. Journal of Environmental Economics & Management

Fredriksson, Per G. & Herman R. J. Vollebergh. 2009. Corruption, Federalism, and Policy Formation in the OECD: The Case of Energy Policy. Public Choice

Fredriksson, Per G. & Jakob Svensson. 2003. Political Instability, Corruption and Policy Formation: The Case of Environmental Policy. Journal of Public Economic

Fredriksson, Per G. et al. 2003. Bureaucratic Corruption, Environmental Policy and Inbound US FDI: Theory and Evidence. Journal of Public Economics

Freille, Sebastian, M. Emranul Haque & Richard Kneller. 2007. A Contribution to the Empirics of Press Freedom and Corruption. European Journal of Political Economy

Freille, Sebastian, M. Emranul Haque & Richard Kneller. 2008. Federalism, Decentralization, and Corruption. (working paper)

Freund, Caroline, Mary Hallward-Driemeier & Bob Rijkers. 2013. Predictably Protracted: Firm-Level Evidence on Corruption and Policy Implementation Time. Working paper.


Fried, Brian J., Paul Lagunes & Atheendar Venkataramani. 2010. Corruption and Inequality at the Crossroad: A Multimethod Study of Bribery and Discrimination in Latin America. Latin American Research Review

Friedman, Eric et al. 2000. Dodging the Grabbing Hand: The Determinants of Unofficial Activity in 69 Countries. Journal of Public Economics

Friedrich, Carl J. 1972. "Corruption Concepts in Historical Perspective," in Heidenheimer, Johnson & LeVine eds. Political Corruption: A Handbook.

Frischmann, Eva. 2010. Decentralization and Corruption: A Cross-Country Analysis.

Fritz, Verena. 2007. Democratisation and Corruption in Mongolia. Public Administration & Development

Fritzen, S. 2005. Beyond "Political Will": How Institutional Context Shapes the Implementation of Anti-Corruption Policies. Policy & Society

Fritzen, S.A., S. Serritzlew & G.T. Svendsen. 2014. Corruption, Trust and Their Public Sector Consequences: Introduction to the Special Issue. Journal of Comparative Policy Analysis: Research & Practice

Fritzen, Scott A. & Shreya Basu. 2012. "From Information to Indicators: Monitoring Progress in the Fight Against Corruption in Multi-Project, Multi-Stakeholder Organizations", in Adam Graycar & Russell G. Smith eds., Handbook of Global Research and Practice in Corruption

Froomkin, Saul M. 2004. Money Laundering, Corruption, and the Proceeds of Crime — An International Reality Check. Asper Review of International Business & Trade Law

Frost, J. & S. Tischer. 2014. Unmasking Collective Corruption: The Dynamics of Corrupt Routines. European Management Review

Frye, T. & E. Zhuravskaya. 2000. Rackets, Regulation and the Rule of Law. Journal of Law, Economics & Organization.

Frye, T. 2002. Capture or Exchange? Business Lobbying in Russia. Europe-Asia Studies

Frye, T., O.J. Reuter & D. Szakonyi. 2014. Political Machines at Work: Voter Mobilization and Electoral Subversion in the Workplace. World Politics

Fu, Hualing. 2014. Drawing the Sword: Xi's New Anti-Corruption Campaign. Working paper.

Fu, Hualing. 2015. "Wielding the Sword: President Xi's New Anti-Corruption Campaign", in Susan Rose-Ackerman & Paul Lagunes eds., Greed, Corruption, and the Modern State

Fujiwara, Thomas & Leonard Wantchekon. 2013. Can Informed Public Deliberation Overcome Clientalism? Experimental Evidence from Benin. American Economic Journal: Applied Economics

Fukumi, A. & S. Nishijima. 2010. Institutional Quality and Foreign Direct Investment in Latin America and the Caribbean. Applied Economics

Funaki, Y. & B. Glencorse. 2014. Anti-Corruption or Accountability? International Efforts in Post-Conflict Liberia. Third World Quarterly

Funderburk, Charles. 2012. Political Corruption in Comparative Perspective. Farnham: Ashgate.

Fungacova, Z., A. Kochanova & L. Weill. 2015. Does Money Buy Credit? Firm-Level Evidence on Bribery and Bank Debt. World Development

Funk, C.L. 1996. The Impact of Scandal on Candidate Evaluations: An Experimental Test of the Role of Candidate Traits. Political Behavior

Fursova, V. & G. Simons. 2014. Social Problems of Modern Russian Higher Education: The Example of Corruption. International Education Studies

Gaballand, Gael & Jean Francois Marteau. 2013. "Rents Extraction in the Sub-Saharan Africa Port Sector", in Soreide, Tina & Aled Willams eds., Corruption, Grabbing and Development .

Gadowska, Kaja. 2010. National and International Anti-Corruption Efforts: The Case of Poland. Global Crime.

Gaivoronskaya, Y. & T. Filonenko. 2014. Issues of Applying Anti-Corruption Legislation in Criminal Investigation and Court Trial in the Russian Federation. Asian Social Science

Gaivoronskaya, Y. & T. Filonenko. 2015. Corruption in Russia: Cause and Effect Relations. Asian Social Science

Galang, R.M.N. 2012. Victim or Victimizer: Firm Responses to Government Corruption. Jorunal of Management Studies

Galeotti, G. & A. Merlo. 1994. Political Collusion and Corruption in a Representative Democracy. Public Finance

Galinato, G. & S. Galinato. 2010. The Effects of Corruption Control and Political Stability on the Environmental Kuznets Curve of Deforestation-Induced Carbon Dioxide Emissions. Working paper.

Gallego, Jorge. 2015. Self-Enforcing Clientalism. Journal of Theoretical Politics

Galtung, Fredrik. 1998. Criteria for Sustainable Corruption Control. European Journal of Development Research

Galtung, Fredrik. 2005. "Measuring the Immeasurable: Boundaries and Functions of (Macro) Corruption Indices," in C. Sampford et al. eds., Measuring Corruption (London: Ashgate)

Gambetta, Diego. "Corruption: An Analytical Map", in S. Kotkin & A. Sajo eds., Political Corruption in Transition: A Sceptic's Handbook (Budapest: Central European University Press).

Gamboa-Cavazos, Mario, Vidal Garza-Cantu & Carlos E. Salinas. 2007. The Organization of Corruption: Political Horizons and Special Interests. Working paper.

Gani, Azmat & Michael D. Clemes. 2015. Natural Resource Exports and Corruption. International Advances in Economic Research

Gans-Morse, Jordan, Sebastian Mazzuca & Simeon Nichter. 2014. Varieties of Clientalism: Machine Politics during Elections. American Journal of Political Science

Gantz, David A. 1997. The Foreign Corrupt Practices Act: Professional and Ethical Challenges for Lawyers. Ariz. J. Int'l & Comp. L.

Gantz, David A. 1998. Globalizing Sanctions Against Foreign Bribery: The Emergence of a New International Legal Consensus. Nw. J. Int'l L. & Bus.

Ganuza, J.J. & E. Hauk. 2004. Economic Integration and Corruption. International Journal of Industrial Organization

Gao, L. & J. Stanyer. 2014. Hunting Corrupt Officials Online: The Human Flesh Search Engine and the Search for Justice in China. Information, Communication & Society

Gao, Q., Q. Ying & D. Luo. 2015. Hidden Income and Occupational Background: Evidence from Guangzhou. Journal of Contemporary China

Garcia, Judit. 2014. The Effects and Corruption on Seigniorage on Growth and Inflation. Working paper.

Garcia-Murillo, M. 2010. The Effect of Internet Accecss on Government Corruption. Electronic Government

Garcia-Quesada, M., F. Jimenez & M. Villoria. 2015. Can't Control/Won't Control: Opportunities and Deterrents for Local Urban Corruption in Lanzarote. Crime, Law & Social Change

Garcia-Rodriguez, J.L., F.J. Garcia-Rodriguez, C. Castilla-Gutierrez & S.A. Major. 2015. Oil, Power, and Poverty in Angola. African Studies Review

Gardiner, John A. 1993. Defining Corruption. Corruption & Reform

Garimella, Sai Ramani. 2014. Normative Structure for Criminalising Corruption – The South Asian Experience. International Journal of Human Rights & Constitutional Studies

Garmaev, Y., D. Stepanenko & R. Stepanenko. 2015. Judgments of the European Court of Human Rights as a Source of Recommendations on Fight Against Corruption: Prospects for Interdisciplinary Research. Asian Social Science

Garmaise, Mark J. & Jun Liu. 2005. Corruption, Firm Governance, and the Cost of Capital. Working paper.

Garment, Suzanne. 1991. Scandal: The Culture of Mistrust in American Politics.

Garoupa, Nuno & Daniel Klerman. 2004. Corruption and the Optimal Use of Nonmonetary Sanctions. International Review of Law & Economics

Garoupa, Nuno & Daniel M. Klerman. 2010. Corruption and Private Law Enforcement: Theory and History. Review of Law & Economic

Garoupa, Nuno & Mohamed Jellal. 2007. Further Notes on Information, Corruption, and Optimal Law Enforcement. European Journal of Law and Economics

Garoupa, Nuno. 1999. Dishonesty and Libel Law: The Economics of the "Chilling" Effect. Journal of Institutional & Theoretical Economics

Garoupa, Nuno. 1999. The Economics of Political Dishonesty and Defamation. International Review of Law & Economics

Garrett, Brandon L. 2007. Structural Reform Prosecution. Virginia Law Review

Garrett, Brandon L. 2011. Globalized Corporate Prosecutions. Virginia Law Review


Gastanga, V.M., J.B. Nugent & B. Pashamova. 1998. Host Country Reforms and FDI Inflows: How Much Difference Do They Make? World Development

Gathii, James Thuo. 1999. Corruption and Donor Reforms: Expanding the Promises and Possibilities of the Rule of Law as an Anti-Corruption Strategy in Kenya. Connecticut Journal of International Law

Gathii, James Thuo. 1999. Good Governance as a Counter Insurgency Agenda to Oppositional and Transformative Social Projects in International Law. Buffalo Human Rights Law Review

Gathii, James Thuo. 2009. Defining the Relationship between Corruption and Human Rights. University of Pennsylvania Journal of International Law

Gatti, Roberta, Stefano Paternostro & Jamele Rigolini. 2003. Individual Attitudes Toward Corruption: Do Social Effects Matter? World Bank Policy Research Working Paper No. 3122.

Gatti, Roberta. 1999. Corruption and Trade Tariffs, or a Case for Uniform Tariffs. World Bank Policy Research Working Paper 2216.

Gatti, Roberta. 2004. Explaining Corruption: Are Open Countries Less Corrupt? Journal of International Development

Gauthier, Bernard & Albert Zeufack. 2012. "Cameroon's Oil Wealth: Transparency Matters!", in B. Akitoby & S. Coorey eds., Oil Wealth in Central Africa: Policies for Inclusive Growth (Washington, D.C.: International Monetary Fund)

Gauthier, Bernard & Jonathan Goyette. 2014. Taxation and Corruption: Theory and Firm-Level Evidence from Uganda. Applied Economics 46(23):

Gauthier, Bernard & Jonathan Goyette. 2015. Fiscal Policy and Corruption. Social Choice & Welfare (forthcoming).

Gauthier, Bernard & Mark Gersovitz. 1997. Revenue Erosion Through Exemption and Evasion in Cameroon. Journal of Public Economics

Gauthier, Bernard & Ritva Reinikka. 2006. Shifting Tax Burdens through Evasion and Exemptions: An Empirical Investigation of Uganda. Journal of African Economics

Gauthier, Bernard & Waly Wane. 2008. Leakage of Public Resources in the Health Sector: An Empirical Investigation of Chad. Journal of African Economics

Gaventa, J. & R. McGee. 2013. The Impact of Transparency and Accountability Initiatives. Development Policy Review

Gaviria, Alejandro. 2002. Assessing the Effects of Corruption and Crime on Firm Performance: Evidence from Latin America. Emerging Markets Review

Gawey, John S. 2011. The Hobbs Leviathan: The Dangerous Breadth of the Hobbs Act and Other Corruption Statutes. Notre Dame Law Review

Gayed, Jeremy N. 2003. "Corruptly": Why Corrupt State of Mind Is an Essential Element for Hobbs Act Extortion Under Color of Official Right. Notre Dame Law Review

Gberie, Lansana. 2002. War and Peace in Sierra Leone: Diamonds, Corruption and the Lebanese Connection. Working paper.

Gebel, A.C. 2012. Human Nature and Morality in the Anti-Corruption Discourse of Transparency International. Public Administration & Development

Gebeye, Berihun Adugna. 2011. Rethinking International Anti-Corruption Conventions (Lambert Academic Pubishing).

Gebeye, Berihun Adugna. 2012. Corruption and Human Rights: Exploring the Relationships. Working Paper.

Geddes, Barbara & Artur Ribeiro Neto. 1992. Institutional Sources of Corruption in Brazil. Third World Quarterly

Geddes, Barbara. 1991. A Game-Theoretic Model of Reform in Latin American Democracies. American Political Science Review

Gehlbach, S. & A. Simpser. 2015. Electoral Manipulation as Bureaucratic Control. American Journal of Political Science.

Genaux, Maryvonne. 2004. Social Sciences and the Evolving Concept of Corruption. Crime, Law & Social Change

Geng, H. & H. Hennig-Schmidt. 2011. Sensitivity to Corruption: An Experimental Investigation in China. Working paper.

Gentzkow, Matthew, Edward L. Glaeser & Claudia Goldin. 2006. "The Rise of the Fourth Estate: How Newspapers Became Informative and Why It Mattered", in Edward L. Glaeser & Claudia Goldin eds., Corruption and Reform: Lessons from America's Economic History (Chicago: University of Chicago Press)

Georgarakos, D. & S. Furth. 2015. Household Repayment Behavior: The Role of Social Capital and Institutional, Political, and Religious Beliefs. European Journal of Political Economy

George, Barbara Crutchfield & Kathleen A. Lacey. 2000. A Coalition of Industrialized Nations, Developing Nations, Multilateral Development Banks, and Non-Governmental Organizations: A Pivotal Complement to Current Anti-Corruption Initiatives. Cornell International Law Journal

George, Barbara Crutchfield & Kathleen A. Lacey. 2006. Investigation of Halliburton Co./TSKJ's Nigerian Business Practices: Model for Analysis of the Current Anti-Corruption Environment on Foreign Corrupt Practices Act Enforcement. Journal of Criminal Law & Criminology

George, Barbara Crutchfield et al. 1999. On the Threshold of the Adoption of Global Antibribery Legislation: A Critical Analysis of Current Domestic and International Efforts Toward the Reduction of Business Corruption. Vand. J. Transnat'l L. .

George, Barbara Crutchfield, Kathleen A. Lacey & Jutta Birmele. 2000. The 1998 OECD Convention: An Impetus for Worldwide Changes in Attitudes Toward Corruption in Business Transactions. American Business Law Journal

George, Bruce & Simon Kimber. 2015. Reflections on Election Fraud and Its Persistence in Modern Democracy. American Anti-Corruption Institute White Paper.

Georgis, Pete J. 2012. Settling with Your Hands Tied: Why Judicial Intervention Is Needed to Curb an Expanding Interpretation of the Foreign Corrupt Practices Act. Golden Gate University Law Review

Gephart, Malte. 2012. Contested Meanings of Corruption: International and Local Narratives in the Case of Paraguay. Working paper.

Gephart, Malte. 2013. Convergence, Divergence and a Complex Interplay: Chile and the International and Transnational Anti-Corruption Campaign. Working paper.

Gerardino, Maria Paula, Stephan Litschig & Dina D. Pomeranz. 2014. Monitoring Public Procurement: Evidence from a Regression Discontinuity Design in Chile. Working paper.

Gerring, John & Strom C. Thacker. 2004. Political Institutions and Corruption: The Role of Unitarism and Parliamentarism. British Journal of Political Science 34: 295-330.

Gerring, John & Strom C. Thacker. 2005. Do Neoliberal Policies Deter Political Corruption? International Organization

Gest, Nethaniel & Alexandru Grigorescu. 2009. Interactions among Interngovernmental Organizations in the Anti-Corruption Realm. Review of International Organizations

Getz, Kathleen A. & R.J. Volkema. 2001. Culture, Perceived Corruption, and Economics. Business & Society

Getz, Kathleen A. 2006. The Effectiveness of Global Prohibition Regimes: Corruption and the Antibribery Convention. Business & Society

Gevurtz, Franklin A. 1987. Commercial Bribery and the Sherman Act: The Case for Per Se Illegality. U. Miami L. Rev.

Gevurtz, Franklin A. 1987. Using the Antitrust Laws to Combat Overseas Bribery by Foreign Companies: A Step to Even the Odds in International Trade. Virginia Journal of International Law

Ghalwash, T. 2014. Corruption and Economic Growth: Evidence from Egypt. Modern Economy

Ghazanfar, S.M. & Karen S. May. 2000. Third World Corruption: A Brief Survey of the Issues. Journal of Social, Political & Economic Studies

Ghosh, Sugata & Andros Gregoriou. 2010. Can Corruption Favour Growth via the Composition of Government Spending? Economics Bulletin

Ghosh, Sugata & Jaideep Roy. 2009. Motivation, Expertise, and Bureaucratic Embezzlement: Is There a Link? Working paper.

Ghosh, Sugata & Kyriakos C. Neanidis. 2013. Corruption, Fiscal Policy, and Growth: A Unified Approach. Working paper.

Ghura, Dhaneshwar. 1998. Tax Revenue in Sub-Saharan Africa: Effects of Economic Policies and Corruption. IMF Working Paper No. 98/135.

Giannoccolo, P. & M. Lisciandra. 2014. Political Corruption and Minority Capture. Working paper.

Giavazzi, Francesco & Guido Tabellini. 2005. Economic and Political Liberalizations. Journal of Monetary Economics.

Gibelman, Margaret & Sheldon R. Gelman. 2004. A Loss of Credibility: Patterns of Wrongdoing Among Non-Governmental Organizations. Voluntas

Giglioli, Pier Paolo. 1996. Political Corruption and the Media: The Tangentopoli Affair. International Social Science Journal

Gilbert, Michael D. & Benjamin F. Aiken. 2014. Disclosure and Corruption. Election Law Journal (forthcoming).

Giliomee, H. 1998. South Africa's Emerging Dominant Party Regime. Journal of Democracy

Gillanders, R. 2014. Corruption and Infrastructure at the Country and Regional Level. Journal of Development Studies

Gillespie, Kate & Gwenn Okruhlik. 1991. The Political Dimensions of Corruption Cleanups: A Framework for Analysis. Comparative Politics

Gillespie, Kate. 1997. Middle East Responses to the U.S. Foreign Corrupt Practices Act. Cal. Mgmt.

Gilson, L. 1997. The Lessons of the User Fee Experience in Africa. Health Policy & Planning

Gingerich, Daneil W. 2009a. Corruption and Political Decay: Evidence from Bolivia. Quarterly Journal of Political Science.

Gingerich, Daniel W. 2009b. Ballot Structure, Political Corruption, and the Performance of Proportional Representation. Journal of Theoretical Politics

Gingerich, Daniel W. 2014. Yesterday's Heroes, Today's Villains: Ideology, Corruption, and Democratic Performance. Journal of Theoretical Politics

Gino, Francesca & Joshua D. Margolis. 2011. Bringing Ethincs Into Focus: How Regulatory Focus and Risk Preferences Influence (Un)ethical Behavor. Organizational Behavior & Human Decision Processes

Gino, Francesca & Lamar Pierce. 2009. The Abundance Effect: Unethical Behavior in the Presence of Wealth. Organizational Behavior & Human Decision Processes

Gino, Francesca & Max H. Bazerman. 2009. When Misconduct Goes Unnoticed: The Acceptability of Gradual Erosion in Others' Ethical Behavior. Journal of Experimental Social Psychology.

Gino, Francesca, Jun Gu & Chen-Bo Zhong. 2009. Contagion or Restitution? When Bad Applies Can Motivate Ethical Behavior. Journal of Experimental Social Psychology

Gino, Francesca, Shahar Ayal & Dan Ariely. 2009. Contagion and Differentiation in Unethical Behavior: The Effect of One Bad Apple on the Barrel. Psychological Science

Giovannoni, Francesco & Daniel J. Seidmann. 2014. Corruption and Power in Democracies. Social Choice & Welfare

Giraudo, John P. 2005. Charitable Contributions and the FCPA: Schering-Plough and the Increasing Scope of SEC Enforcement. Business Lawyer

Giudice, Lauren. 2011. Regulating Corruption: Analyzing Uncertainty in Current Foreign Corrupt Practices Act Enforcement. Boston University Law Review

Givant, Norman. 1994. The Sword that Shields: The US Foreign Corrupt Practices Act Can Protect US Firms Doing Business in China. China Business Review (May-June) 29.

Glaeser, Edward L. & Claudia Goldin. 2006. Corruption and Reform: Lessons from America's Economic History. University of Chicago Press.

Glaeser, Edward L. & Raven E. Saks. 2006. Corruption in America. Journal of Public Economics

Glaeser, Edward L. 2004. Public Ownership in the American City, in A.E. Schwartz ed., Urban Issues and Public Finance (Northampton, MA: Edward Elgar)

Glaeser, Edward L., Rafael LaPorta, Florencio Lopez-de-Silanes & Andrei Shleifer. 2004. Do Institutions Cause Growth? Journal of Economic Growth

Glaeser, Edward, Jose Scheinkman & Andrei Shleifer. 2003. The Injustice of Inequality. Journal of Monetary Economics

Glass, Amy & Xiaodong Wu. 2004. Which Type of Foreign Direct Investment Is Most Hurt by Corruption? Working paper.

Gledhill, J. 2003. Old Economy, New Economy; Old Corruption, New Corruption. Social Analysis

Glewwe, P. et al. 2010. Teacher Incentives. American Economic Journal: Applied Economics

Global Witness. 2009. Undue Diligence: How Banks Do Business with Corrupt Regimes (London: Global Witness).

Gloppen, Siri. 2013. "Courts, Corruption and Judicial Independence", in Soreide, Tina & Aled Willams eds., Corruption, Grabbing and Development .

Godinez, J. & L. Liu. 2015. Corruption, Distance, and FDI Flows into Latin America. International Business Review

Godlee, F. 2015. Medical Corruption in the UK. BMJ: British Medical Journal.

Goel, Rajeev & U. Mazhar. 2015. A Replication of "Corruption and Elections: An Empirical Study for a Cross-Section of Countries ( Economics & Politics 2009). Public Finance Review

Goel, Rajeev K. & Daniel P. Rich. 1989. On the Economic Incentive for Taking Bribes. Public Choice

Goel, Rajeev K. & Iikka Korhonen. 2011. Exports and Cross-National Corruption: A Disaggregated Examination. Economic Systems

Goel, Rajeev K. & J.W. Saunoris. 2014. Global Corruption and the Shadow Economy: Spatial Aspects. Public Choice.

Goel, Rajeev K. & Michael A. Nelson. 1998. Corruption and Government Size: A Disaggregated Analysis. Public Choice.

Goel, Rajeev K. & Michael A. Nelson. 2005. Economic Freedom versus Political Freedom: Cross-Country Influences on Corruption. Australian Economic

Goel, Rajeev K. & Michael A. Nelson. 2007. Are Corrupt Acts Contagious?: Evidence from the United States. Journal of Policy Modeling

Goel, Rajeev K. & Michael A. Nelson. 2010. Causes of Corruption: History, Geography and Government. Journal of Policy Modeling

Goel, Rajeev K. & Michael A. Nelson. 2011. Government Fragmentation versus Fiscal Decentralization and Corruption. Public Choice

Goel, Rajeev K. & Michael A. Nelson. 2011. Measures of Corruption and Determinants of U.S. Corruption. Economics of Governance

Goel, Rajeev K. & Michael A. Nelson. 2014. Whistleblower Laws and Exposed Corruption in the United States. Applied Economics

Goel, Rajeev K. 2014. Insurance Fraud and Corruption in the United States. Applied Financial Economics

Goel, Rajeev K. 2014. PACking a Punch: Political Action Committees and Corruption. Applied Economics

Goel, Rajeev K., J. Budak & E. Rajh. 2015. Private Sector Corruption and Effectiveness of Anti-Corruption Policies. Applied Economics Letters

Goel, Rajeev, Michael A. Nelson & M.A. Naretta. 2012. The Internet as an Indicator of Corruption Awareness. European Journal of Political Economy

Goerke, L. 2008. Bureaucratic Corruption and Profit Tax Evasion. Economics of Governance

Goetz, Anne-Marie. 2007. Political Cleaners: Women as the New Anti-Corruption Force? Development & Change

Gokcekus, O. & R. Mukherjee. 2002. Public Sector Corruption and Gender Perceptions of Public Officials from Six Developing and Transition Countries. (Washington, D.C.: World Bank).

Gokcekus, O., E. Muchova & Z. Brincikova. 2015. Level and Quality of Openness and Corruption in ECA Countries. Applied Economics Letters.

Gokcekus, Omer & Jan Knorich. 2006. Does Quality of Openness Affect Corruption? Economic Letters

Goldbarg, Andrea. 2000. The Foreign Corrupt Practices Act and Structural Corruption. Boston University International Law Journal

Golden, Miriam & Eric C.C. Chang. 2001. Competitive Corruption: Factional Conflict and Political Malfeasance in Postwar Italian Christian Democracy. World Politics

Golden, Miriam & Lucio Picci. 2005. Proposal for a New Measure of Corruption, Illustrated with Italian Data. Economics & Politics

Golden, Miriam A. & Paasha Mahdavi. 2015. "The Institutional Components of Political Corruption", in Gandhi, Jennifer & Ruben Ruiz-Rufino eds., Routledge Handbook of Comparative Political Institutions (New York: Routledge Press).

Golden, Miriam A. 2003. Electoral Connections: The Effects of the Personal Vote on Political Patronage, Bureaucracy and Legislation in Postwar Italy. British Journal of Political Science

Golden, Miriam A. 2012. Corruption in the Wealthy World. Brown Journal of World Affairs

Goldman, E., J. Rocholl & J. So. 2013. Politically Connected Boards of Directors and the Allocation of Procurement Contracts. Review of Finance

Goldsmith, Arthur A. 1999. Slapping the Grasping Hand: Correlates of Political Corruption in Emerging Markets. American Journal of Economics & Sociology

Goldsmith, Arthur A. 1999. Slapping the Grasping Hand: Correlates of Political Corruption in Emerging Markets. American Journal of Economics & Sociology

Golumbic, Court E. & Jonathan P. Adams. 2011. The "Dominant Influence" Test: The FCPA's "Instrumentality" and "Foreign Official" Requirements and the Investment Activity of Sovereign Wealth Funds. American Journal of Criminal Law

Gong, T. & N. Zhou. 2015. Corruption and Marketization: Formal and Informal Rules in Chinese Public Procurement. Regulation & Governance

Gong, T. & Stephen Ma. 2012. Preventing Corruption in Asia. London: Taylor and Francis.

Gong, T. 2002. Dangerous Collusion: Corruption as a Collective Venture in Contemporary China. Communist & Post-Communist Studies.

Gong, T. 2015. Managing Government Integrity Under Hierarchy: Anti-Corruption Efforts in Local China. Journal of Contemporary China

Gong, Ting & Jianming Ren. 2013. Hard Rules and Soft Constraints: Regulating Conflict of Interest in China. Journal of Contemporary China

Gong, Ting & Shiru Wang. 2013. Indicators and Implications of Zero Tolerance of Corruption: The Case of Hong Kong. Social Indicators Research

Gong, Ting. 1993. Corruption and Reform in China: An Analysis of Unintended Consequences. Crime, Law, and Social Change

Gong, Ting. 2006. Corruption and Local Governance: The Double Identity of Chinese Local Governments in Market Reform. Pacific Review

Gong, Ting. 2009. "The Institutionalization of Party Discipline in China: Dynamics and Dilemmas", in Gong, T. & S.K. Ma eds., Preventing Corruption in Asia: Institutional Design and Policy Capacity (London: Routledge),

Gong, Ting. 2011. An "Institutional Turn" in Integrity Management in China. International Review of Administrative Sciences

Gonzales, M.H., M.B. Kovera, J.L. Sullivan & V. Chanley. 1995. Private Reactions to Public Transgressions: Predictors of Evaluative Responses to Allegations of Political Misconduct. Personality & Social Psychology Bulletin

Gonzalez, Alvaro, J. Ernesto Lopez-Cordova & Elio E. Valladares. 2007. The Incidence of Graft on Developing-Country Firms. World Bank Policy Research Working Paper 4394.

Gonzalez, J.A. & L.R. Perez Floriano. 2015. If You Can't Take the Heat: Cultural Beliefs About Questionable Conduct, Stigma, Punishment, and Withdrawal Among Mexican Police Officers. Organizational Studies 36(5): 665-687.

202

Gonzalez, Luis, Werner Guth & M. Vittoria Levati. 2007. Speeding Up Bureaucrats by Greasing Them – An Experimental Study. Homo Oeconomicus

Gonzalez-Fernandez, M. & C. Gonzalez-Velasco. 2014. Shadow Economy, Corruption and Public Debt in Spain. Journal of Policy Modeling.

Gonzalez-Ocantos, Ezequiel, Chad Kiewiet de Jonge, Carlos Melendez, Javier Osorio & David Nickersen. 2012. Vote Buying and Social Desirability Bias: Experimental Evidence from Nicaragua. American Journal of Political Science

Good, Kenneth. 1994. Corruption and Mismanagement in Botswana: A Best-Case Example? Journal of Modern African Studies

Goodhand, Jonathan. 2008. Corruption or Consolidating the Peace? The Drugs Economy and Post-Conflict Peacebuilding in Afghanistan. International Peacekeeping 15(3): 405-423.

Goodspeed, Timothy, Jorge Martinez-Vazquez & Li Zhang. 2011. Public Policies and FDI Location: Differences Between Developing and Developed Countries. FinanzArchiv: Public Finance Analysis

Gooroochurn, N. & H. Gorg. 2015. Corruption and Productivity: Firm-Level Evidence. Jahrbucher Fur Nationalokonomie Und Statistik

Gordon, Daniel I. 2014. "Protecting the Integrity of the U.S. Federal Procurement System: Conflict of Interest Rules and Aspects of the System that Help Reduce Corruption", in Jean-Bernard Auby, Emmanuel Breen & Thomas Perroud eds., Corruption and Conflicts of Interest: A Comparative Law Approach

Gordon, Kathryn & Maiko Miyake. 2001. Business Approaches to Combating Bribery: A Study of Codes of Conduct. Journal of Business Ethics

Gordon, R. & Li, W. 2009. Tax Structures in Developing Countries: Many Puzzles and a Possible Explanation. Journal of Public Economics

Gordon, Sanford C. & Gregory A. Huber. 2009. The Political Economy of Prosecution. Annual Review of Law & Social Science

Gordon, Sanford C. 2009. Assessing Partisan Bias in Federal Public Corruption Prosecutions. American Political Sciecne Review

Gorman, T.O. 2015. The Origins of the FCPA: Lessons for Effective Compliance and Enforcement. Securities Regulation Law Journal

Gorodnichenko, Yuriy & Klara Sabirianova Peter. 2007. Public Sector Pay and Corruption: Measuring Bribery from Micro Data. Journal of Public Economics

Gorta, Angela & Suzie Forell. 1995. Layers of Decision: Linking Social Definitions of Corruption and Willingness to Take Action. Crime, Law & Social Change

Gorta, Angela. 1998. Minmising Corruption: Applying Lessons from the Crime Prevention Literature. Crime, Law & Social Change

Gouda, Moamen & Sang-Min Park. 2015. Regligious Loyalty and Acceptance of Corruption. Journal of Economics & Statistics

Goudie, A.W. & D. Stasavage. 1998. A Framework for the Analysis of Corruption. Crime, Law & Social Change

Goudie, Andrew W. & David Stasavage. 1999. Corruption: The Issues. OECD Development Centre Working Paper No. 122.

Gould, David J. & Jose A. Amaro-Reyes. 1983. The Effects of Corruption on Administrative Performance: Illustrations from Developing Countries. World Bank Staff Working Paper No. 580.

Goyette, J. 2014. The Determinants of the Size Distribution of Firms in Uganda. European Journal of Development Research

Graeff, P. & G. Mehlkop. 2003. The Impact of Economic Freedom on Corruption: Different Patterns for Rich and Poor Countries. European Journal of Political Economy

Graham, John L. 1984. The Foreign Corrupt Practices Act: A New Perspective. Journal of International Business Studies

Gramckow, Heike. 2011. Preventing Corruption in Prosecutors Offices: Understanding and Managing for Integrity. World Bank Justice & Development Working Papers 15.

Granovetter, Mark. 2007. "The Social Construction of Corruption", in Victor Nee & Richard Swedberg eds., On Capitalism (Stanford University Press),

Gratton, Gabriele. 2013. The Sound of Silence: Political Accountability and Libel Law. European Journal of Political Economy

Gray, C.W., J. Hellman & R. Ryterman. 2004. Anticorruption in Transition 2: Corruption in Enterprise-State Interactions in Europe and Central Asia, 1999-2002. Washington, D.C.: World Bank.

Gray, H. 2015. The Political Economy of Grand Corruption in Tanzania. African Affairs

Gray, Larissa. 2012. "Recovering Corruptly Obtained Assets", in Adam Graycar & Russell G. Smith eds., Handbook of Global Research and Practice in Corruption ,

Graycar, A. & O. Monaghan. 2015. Rich Country Corruption. International Journal of Public Administration

Graycar, Adam & A. Sidebottom. 2012. Corruption and Control: A Corruption Reduction Approach. Journal of Financial Crime.

Graycar, Adam & Diego Villa. 2011. The Loss of Governance Capacity through Corruption. Governance

Graycar, Adam & Tim Prenzler. 2013. Understanding and Preventing Corruption. (Palgrave Pivot).

Graycar, Adam. 2015. Corruption: Classification and Analysis. Policy & Society

Gray-Molina, George, Ernesto Perez de Rada & Ernesto Yanez. 1999. Transparency and Accountability in Bolivia: Does Voice Matter? IADB Working Paper

GRECO. 2011. Lessons Learnt from the Three Evaluation Rounds (2000-2010).

Green, A.J. 2012. United States v. Renzi: Reigning in the Speech or Debate Clause to Fight Corruption in Congress Post- Rayburn. BYU Law Review

Green, E. 2010. Patronage, District Creation, and Reform in Uganda. Studies in Comparative International Development

Green, P. & T. Ward. 2004. State Crime: Governments, Violence and Corruption (London: Pluto Press).


Green, Penny. 2005. Disaster by Design: Corruption, Construction and Catastrophe. British Journal of Criminology.

Green, S. 2005. "What's Wrong with Bribery?", in R. Duff & S. Green eds., Defining Crimes: Essays on Special Part of the Criminal Law (Oxford University Press).

Greenhill, Kelly M. 2009. "Kleptocratic Interdependence: Trafficking, Corruption, and the Marriage of Politics and Illicit Profits", in Robert I. Rotberg ed., Corruption, Global Security, and World Order.

Gregory, R. 2015. Political Independence, Operational Impartiality, and the Effectiveness of Anti-Corruption Agencies. Asian Education & Development Studies

Gregory, Robert J. 1999. Social Capital Theory and Adminsitrative Reform: Maintaining Ethincal Probity in Public Service. Public Administration Review

Griffin, Lisa Kern. 2011. The Federal Common Law of Corruption. North Carolina Law Review

Grigoli, Francesco & Zachary Mills. 2011. Do High and Volatile Levels of Public Investment Suggest Misconduct? The Role of Institutional Quality. World Bank Policy Research Working Paper 5735.

Grigorescu, Alexandru. 2006. The Corruption Eruption in East-Central Europe: The Increased Salience of Corruption and the Role of Intergovernmental Organizations. Eastern European Politics & Societies

Grimes, M. 2008. The Conditions of Successful Civil Society Involvement in Combating Corruption: A Survey of Case Study Evidence. Working paper.

Grimes, Marcia & Lena Wangnerud. 2010. Curbing Corruption through Social Welfare Reform? The Effects of Mexico's Conditional Cash Transfer Program on Good Government. American Review of Public Administration

Grimes, Marcia. 2013. The Contingencies of Societal Accountability: Examining the Link Between Civil Society and Good Government. Studies in Comparative International Development

Grimm, Daniel J. 2010. The Foreign Corrupt Practices Act in Merger and Acquisition Transactions: Successor Liability and Its Consequences. NYU Journal of Law & Business

Grodeland, Ase Berit. 2010. Elite Perceptions of Anti-Corruption Efforts in Ukraine. Global Crime

Groenendijk, Nico. 1997. A Principal-Agent Model of Corruption. Crime, Law & Social Change.

Gronlund, K. & M. Setala. 2011. In Honest Officials We Trust: Institutional Confidence in Europe. American Review of Public Administration.

Grooms, K. 2015. Enforcing the Clean Water Act: The Effect of State-Level Corruption on Compliance. Journal of Environmental Economics & Management

Groseclose, Timothy & Keith Krehbiel. 1994. Golden Parachutes, Rubber Checks, and Strategic Retirement from the 102d House. American Journal of Political Science

Grosfeld, I. & E. Zhuravskaya. 2015. Cultural vs. Economic Legacies of Empires: Evidence from the Partition of Poland. Journal of Comparative Economics

Gthnji, M. & F. Holmquist. 2012. Reform and Political Impunity in Kenya: Transparency without Accountability. African Studies Review

Gualiteri, Donato. 2013. A Helping Hand: The Influence of the 1997 OECD Convention in the Italian Fight Against Corruption. International Journal of Public Law & Policy

Guasch, J. Luis & Stephane Straub. 2009. Corruption and Concession Renegotiations: Evidence from the Water and Transport Sectors in Latin America. Utilities Policy

Guasch, J. Luis, Jean-Jacques Laffont & Stephane Straub. 2008. Renegotiation of Concession Contracts in Latin America: Evidence from the Water and Transport Sectors.

International Journal of Industrial Organization

Gueorguiev, Dimitar & Edmund Malesky. 2012. Foreign Investment and Bribery: A Firm-Level Analysis of Corruption in Vietnam. Journal of Asian Economics

Guerrero, Manuel Alejandro. 2008. On the Individual Decision to Commit Corruption: A Methodological Complement. Journal of Economic Behavior & Organization .

Guetat, I. 2006. The Effects of Corruption on Growth Performance of the MENA Countries. Journal of Economics and Finance 30: 208-221.

Guiso, L., P. Sapienza & L. Zingales. 2009. Cultural Biases in Economic Exchange?

Quarterly Journal of Economics.

Gulati, M. & M.Y. Rao. 2007. "Corruption in the Electricity Sector: A Pervasive Scourge", in Campos, J. & S. Pradhan eds. The Many Faces of Corruption: Tackling Vulnerabilities at the Sector Level (Washington, D.C.: World Bank).

Gundlach, Erich & Martin Paldam. 2009. The Transition of Corruption: From Poverty to Honesty. Economics Letters

Gunnar, H.K. 2015. Political Control and Perceptions of Corruption in Icelandic Local Government. Stjornmal Og Stjornsysla.

Guo, X. 2014. Controlling Corruption in the Party: China's Central Discipline Inspection Commission. China Quarterly 219: 597-624.

Guo, Y. & S. Li. 2015. Anti-Corruption Measures in China: Suggestions for Reforms. Asian Education & Development Studies

Gupta, A. 2005. Narratives of Corruption: Anthropological and Fictional Accounts of the Indian State. Ethnography

Gupta, Akhil. 1995. Blurred Boundaries: The Discourse of Corruption, the Culture of Politics, and the Imagined State. American Ethnologist

Gupta, Akhil. 2005. "Narrating the State of Corruption", in Dieter Haller & Chris Shore eds., Corruption: Anthropological Perspectives (Pluto Press).

Gupta, Manash Ranjan & Sarbajit Chaudhuri. 1997. Formal Credit, Corruption and the Informal Credit Market in Agriculture: A Theoretical Analysis. Economica

Gupta, Sanjeev, Hamid Davoodi & Erwin Tiongson. 2000. Corruption and the Provision of Health Care and Education Services. IMF Working Paper No. 00/116.


Gupta, Sanjeev, Hamid R. Davoodi & Rosa Alonso-Terme. 2002. Does Corruption Affect Income Inequality and Poverty? Economics of Governance

Gupta, Sanjeev, Luiz R. De Mello & Raju Sharan. 2001. Corruption and Military Spending. European Journal of Political Economy

Gurgur, Tugrul & Anwar Shah. 2005. Localization and Corruption: Panacea or Pandora's Box? World Bank Policy Research Working Paper 3486.

Guriev, Sergei. 2004. Red Tape and Corruption. Journal of Development Economics

Gutmann, Jerg 2015. Believe, But Verify? The Effect of Market Structure on Corruption in Religious Groups. Kyklos

Gutmann, Jerg, Fabio Padovano & Stefan Voigt. 2015. Perception vs. Experience: Explaining Differences in Corruption Measures Using Microdata. Working paper.

Gutterman, E. 2015. Easier Done than Said: Transnational Bribery, Norm Resonance, and the Origins of the US Foreign Corrupt Practices Act. Foreign Policy Analysis

Gutterman, Ellen. 2013. Easier Done Than Said: Transnational Bribery, Norm Resonance, and the Origins of the US Foreign Corrupt Practices Act. Foreign Policy Analysis.

Gutterman, Ellen. 2014. The Legitimacy of Transnational NGOs: Lessons from the Experience of Transparency International in Germany and France. Review of International Studies

Guveneli, T. & R. Sanyal. 2012. Perception and Understanding of Bribery in International Business. Ethics & Behavior

Gyimah-Brempong, K. & S.M. De Camacho. 2006. Corruption, Growth, and Income Distribution: Are There Regional Differences? Economics of Governance

Gyimah-Brempong, K. 2001. Corruption, Economic Growth, and Income Inequality in Africa. Economics & Governance

Haber, S. & V. Menaldo. 2011. Do Natural Resources Fuel Authoritarianism? A Reappraisal of the Resource Curse. American Political Science Review

Habib, Mohsin & Leon Zurawicki. 2001. Country-Level Investments and the Effect of Corruption – Some Empirical Evidence. International Business Review

Habib, Mohsin & Leon Zurawicki. 2002. Corruption and Foreign Direct Investment. Journal of International Business Studie

Habib, Moshin & Leon Zurawicki. 2002. Corruption in the Context of International Business – Conceptual and Methodological Issues. Journal of Transnational Management Development

Hadamovsky, M. 2012. On the Relationship between Corruption and Migration. Working paper.

Hafner, O. 1998. The Role of Corruption in the Misappropriation of Tropical Forest Resources and in Tropical Forest Destruction. Working paper.

Hagenbuch, Stephen. 2012. Taming "Instrumentality": The FCPA's Legislative History Requires Proof of Government Control. University of Chicago Legal Forum

Hakkala, K., P. Norback & H. Svaleryd. 2002. Asymmetric Effects of Corruption on FDI: Evidence from Swedish Multinational Firms. Review of Economics & Statistics

Halim, Nafisa. 2008. Testing Alternative Theories of Bureaucratic Corruption in Less Developed Countries. Social Science Quarterly

Hall, D. 1999. Privatisation, Multinationals and Corruption. Development in Practice

Hall, Kath. 2013. Strategic Privatisation of Transnational Anti-Corruption Regulation. Australian Journal of Corporate Law

Hall, R.E. & C.I. Jones. 1999. Why Do Some Countries Produce So Much More Output Per Worker Than Others? Quarterly Journal of Economics

Hall, Richard L. & Robert P. van Houweling. 1995. Avarice and Ambition in Congress: Representatives' Decisions to Run or Retire from the U.S. House. American Political Science Review

Hall, Thomas & Glenn Yago. 2000. Estimating the Cost of Opacity Using Sovereign Bond Spreads. Milken Institute Policy Brief No. 13.

Hall-Matthews, David. 2007. "Tickling Donors and Tackling Opponents: The Anti-Corruption Campaign in Malawi", in Sarah Bracking ed., Corruption and Development: The Anti-Corruption Campaigns (Palgrave Macmillan).

Hallward-Driemeier, Mary & Lant Pritchett. 2011. How Business Is Done and the "Doing Business" Indicators: The Investment Climate when Firms Have Climate Control.World Bank Policy Research Working Paper 5563.

Hallward-Driemeier, Mary. 2009. Who Survives? The Impact of Corruption, Competition and Property Rights Across Firms. World Bank Policy Research Working Paper 5084.

Hamilton-Hart, Natasha. 2001. Anti-Corruption Strategies in Indonesia. Bulletin of Indonesian Economic Studies

Hamra, Wayne. 2000. Bribery in International Business Transactions and the OECD Convention: Benefits and Limitations. Business Economics

Han Ping, Luke, Davin Chor, Quoc-Anh Do, & Karine Serfaty-de Medeiros. 2013. Corruption, Delays, and the Pattern of Trade. Working paper.

Hancock, Graham. 1989. Lords of Poverty: The Power, Prestige, and Corruption of the International Aid Business (Boston: Atlantic Monthly Press).

Hand, Jacqueline. 2005. Government Corruption and Exploitation of Indigenous Peoples. Santa Clara Journal of International Law

Hanf, Matthieu, Astrid Van-Melle, Florence Fraisse, Amaury Roger, Bernard Carme & Mathieu Nacher. 2011. Corruption Kills: Estimating the Global Impact of Corruption on Children Deaths.

Hankiss, Elemer. 2002. "Games of Corruption: East Central Europe,

Kotkin & A. Sajo eds., Political Corruption in Transition: A Sceptic's Handbook (Budapest: Central European University Press).


Hanley, Sean & Allan Sikk. 2014. Economy, Corruption or Floating Voters? Explaining the Breakthroughs of Anti-Establishment Reform Parties in Eastern Europe. Party Politics (forthcoming).

Hanlon, J. 2004. How Northern Donors Promote Corruption: Tales from the New Mozambique. Corner House Briefing 33.

Hanna, Rema & Shing-Yi Wang. 2013. Dishonesty and Selection into Public Service. NBER Working Paper No. 19649.

Hanna, Rema, Sarah Bishop, Sara Nadel, Gabe Scheffler & Katherine Durlacher. 2011.

The Effectiveness of Anti-Corruption Policy: What Has Worked, What Hasn't, and What We Don't Know—A Systematic Review. Technical Report. London: EPPI-Centre, Social Science Unit, Institute of Education, University of London.

Hanousek, J. & E. Kocenda. 2011. Public Investment and Fiscal Performance in the New EU Member States. Fiscal Studies

Hansberry, Heidi L. 2012. In Spite of Its Good Intentions, the Dodd-Frank Act Has Created an FCPA Monster. Journal of Criminal Law & Criminology

Hansen, Hans Krause. 2011. Managing Corruption Risks. Review of International Political Economy

Haque, M Emranul & B. Hussain. 2013. Where Does Education Go? The Role of Corruption. Working paper.

Haque, M. Emranul & K.C. Neanidis. 2009. Fiscal Transparency and Corruption. Working paper.

Haque, M. Emranul & Richard A. Kneller. 2009. Corruption Clubs: Endogenous Thresholds in Corruption and Development. Economics of Governance

Haque, M. Emranul & Richard Kneller. 2015. Why Does Public Investment Fail To Raise Economic Growth?: The Role of Corruption. The Manchester School

Haque, M. Emranul. 2011. Endogenous Detection in a Simple Model of Corruption and Growth. Global Journal of Finance & Economics

Haque, M. Emranul. 2012. Unproductive Education in a Model of Corruption and Growth. Working paper.

Harding, J. 2014. Corruption or Guanxi? Differentiating between the Legitimate, Unethical, and Corrupt Activities of Chinese Government Officials. Pacific Basin Law Journal

Hardouin, Patrick. 2009. Banks, Governance and Public-Private Partnership in Preventing and Confronting Organized Crime, Corruption and Terrorism Financing. Journal of Financial Crime

Hardy, Peter D. 1995. The Emerging Role of the Quid Pro Quo Requirement for Public Corruption Prosecutions Under the Hobbs Act. University of Michigan Journal of Law Reform

Harm, Christian. 2005. Political Determinants of Corporate Governance: Corruption and Other Forms of Rent Seeking. (unpublished working paper)

Harms, Brian C. 2000. Holding Public Officials Accountable in the International Realm: A New Multi-Layered Strategy to Combat Corruption. Cornell International Law Journal

Harring, N. 2014. Corruption, Inequalities and the Perceived Effectiveness of Economic Pro-Environmental Policy Instruments: A European Cross-National Study. Environmental Science & Policy

Harring, Niklas. 2012. Understanding the Effects of Corruption and Political Trust on Willingness to Make Economic Sacrifices for Environmental Protection in a Cross-National Perspective. Social Science Quarterl

Harring, Niklas. 2013. Corruption, Inequalities and the Perceived Effectiveness of Economic Pro-Enviromental Policy Instruments: A European Cross-National Study. Environmental Science & Policy.

Harrison, Elizabeth. 2006. Unpacking the Anti-Corruption Agenda: Dilemmas for Anthropologists. Oxford Development Studies

Harrison, Elizabeth. 2007. Corruption. Development in Practice

Harrison, Graham. 1999. Clean-Ups, Conditionality & Adjustment: Why Institutions Matter in Mozambique. Review of African Political Economy

Harrison, Graham. 1999. Corruption as "Boundary Politics": The State, Democratization and Mozambique's Unstable Liberalization. Third World Quarterly

Harrison, M. & B.Y. Kim. 2006. Plans, Prices, and Corruption: The Soviet Firm Under Partial Centralization, 1930 to 1990. Journal of Economic History

Harriss-White, Barbara & Gordon White. 1996. Corruption, Liberalization, and Democracy. IDS Bulletin

Harris-White, B. & G. White. 1996. Liberalization and New Forms of Corruption (Brighton: Institute of Development Studies).

Harsch, Ernest. 1993. Accumulators and Democrats: Challenging State Corruption in Africa. Journal of Modern African Studies

Harstad, Bard & Jakob Svensson. 2011. Bribes, Lobbying, and Development. American Political Science Review.

Hart, C.L. 2014. Money Laundering. American Criminal Law Review .

Hartman, Jennifer M. 1997. Government by Thieves: Revealing the Monsters Behind the Kleptocratic Masks. Syracuse Journal of International Law & Commerce.

Hasen, Richard L. 1993. An Enriched Economic Model of Political Patronage and Campaign Contributions: Reformulating Supreme Court Jurisprudence. Cardozo Law Review

Hasen, Richard L. 2004. Buckley Is Dead, Long Live Buckley: The New Campaign Finance Incoherence of McConnell v. Federal Election Commission. University of Pennsylvania Law Review

Hasker, Kevin & Cagla Okten. 2008. Intermediaries and Corruption. Journal of Economic Behavior & Organization

Hassaballa, H. 2015. The Effect of Corruption on Carbon Dioxide Emissions in the MENA Region. European Journal of Sustainable Development

Hassid, Jonathan & Jennifer N. Brass. 2015. Scandals, Media and Good Governance in China and Kenya. Journal of Asian & African Studies

Hasty, Jennifer. 2005. Sympathetic Magic/Contagious Corruption: Sociality, Democracy, and the Press in Ghana. Public Culture.

Hasty, Jennifer. 2005. The Pleasures of Corruption: Desire and Discipline in Ghanaian Political Culture. Cultural Anthropology.

Hatak, I., M. Fink & H. Frank. 2015. Business Freedom, Corruption and the Performance of Trusting Cooperation Partners: Empirical Findings from Six European Countries. Review of Managerial Science

Hatchard, John. 2012. Combating Corruption: Some Reflections on the Use of the Offence and the Tort of Misconduct/Misfeasance in Public Office. Denning Law Journal

Hatchard, John. 2014. Combating Corruption: Legal Approaches to Supporting Good Governance and Integrity in Africa

Haugeneder, Florian. 2009. Corruption in Investor-State Arbitration. Journal of World Investment & Trade

Hauk, Esther & Maria Saez-Marti. 2002. On the Cultural Transmission of Corruption. Journal of Economic Theory

Hauser, C. & J. Hogenacker. 2014. Do Firms Proactively Take Measures to Prevent Corruption in their International Operations? European Management Review

Hawthorne, Omar E. 2013. Transparency Internatioal's Corruption Perceptions Index: "Best Flawed" Measure on Corruption? Working paper.

He, Xin Frank. 2003. Sporadic Law Enforcement Campaigns as a Means of Social Control: A Case Study From a Rural-Urban Migrant Enclave in Beijing. Columbia Journal of Asian Law

He, Zhengke. 2000. Corruption and Anti-Corruption in Reform China. Communist & Post-Communist Studies

Healy, Paul & George Serafeim. 2014. An Analysis of Firms' Self-Reported Anticorruption Efforts. Harvard Business School Working Paper

Healy, Paul M. & Karthik Ramanna. 2013. When the Crowd Fights Corruption. Harvard Business Review:

Hearn, Rose Gill. 2012. "The Role of Education in Changing Corrupt Practices", in Adam Graycar & Russell G. Smith eds., Handbook of Global Research and Practice in Corruption ,

Hearn, Rose Gill. 2014. Does Corruption Drive Government Spending? Public Administration Review

Hebous, S. & V. Lipatov. 2014. A Journey from a Corruption Port to a Tax Haven. Journal of Comparative Economics

Hechanova, M.R.M., I. Melgar, P.Z. Falguera & M. Villaverde. 2014. Organisational Culture and Workplace Corruption in Government Hospitals. Journal of Pacifc Rim Psychology

Heckleman, J.C. & B. Powell. 2010. Corruption and the Institutional Environment for Growth. Comparative Economic Studies 52: 351-378.

Heeks, R. 1999. Information Technology and the Management of Corruption. Development in Practice

Heeks, R. 2002. Information Systems and Developing Countries: Failure, Success and Local Improvisations. The Information Society

Heeks, Richard & Harald Mathisen. 2011. Understanding Success and Failure of Anti-Corruption Initiatives. U4 Brief (March 2011).

Heeks, Richard. 1998. Information Technology and Public Sector Corruption. Working paper.

Heeks, Richard. 2007. "Why Anti-Corruption Initiatives Fail: Technology Transfer and Contextual Collision", in Sarah Bracking ed., Corruption and Development: The Anti-Corruption Campaigns (Palgrave Macmillan)

Hefeker, Carsten. 2010. Taxation, Corruption and the Exchange Rate Regime. Journal of Macroeconomics

Heidenheimer, Arnold J. & Michael Johnston, eds., Political Corruption: Concepts and Contexts, 3rd edition (Transaction Publishers, 2009)

Heidenheimer, Arnold J. 1989. "Perspectives on the Perception of Corruption", in Heidenheimer, Arnold J., M. Johnston & V. Le Vine eds., Political Corruption: A Handbook (New Brunswick: Transaction)

Heidenheimer, Arnold J. 1996. The Topography of Corruption: Explorations in a Comparative Perspective. International Social Science Journal

Heidenheimer, Arnold J. 2004. Disjunctions Between Corruption and Democracy? A Qualitative Exploration. Crime, Law & Social Change

Heifetz, David L. 2002. Japan's Implementation of the OECD Anti-Bribery Convention: Weaker and Less Effective Than the U.S. Foreign Corrupt Practices Act. Pacific Rim Law & Policy Journal

Heilbrunn, J. 2011. "Post-Conflict Reconstruction, Legitimacy and Anti-Corruption Commissions", in C. Cheng & D. Zaum eds., Corruption and Post-Conflict Peacebuilding: Selling the Peace? (Abingdon: Routledge).

Heilbrunn, John R. 2005. Oil and Water? Elite Politicians and Corruption in France. Comparative Politics

Heilbrunn, John. 1999. "Corruption, Democracy, and Reform in Benin," in Schedler, Andreas et al. The Self-Restraining State: Power and Accountability in New Democracies. Boulder: Lynne Rienner Publishers.

Heilbrunn, John. 2004. Anticorruption Commissions: Panacea or Real Medicine to Fight Corruption? World Bank Institute Working Paper 37234.

Heilman, Bruce, Ng'wazak Kamata & Laurean Ndumbaro. 2000. Corruption, Politics, and Societal Values in Tanzania. Journal of Social Philosophy

Heimann, Fritz F. 1994 Should Foreign Bribery Be a Crime?

Hein, M. 2015. The Fight Against Government Corruption in Romania: Irreversible Results or Sisyphean Challenge? Europe-Asia Studies

Heineman, Ben W., Jr.. 2008. High Performance with High Integrity (Cambridge: Harvard Business Review Press).

Heinrich, Finn & Robin Hodess. 2012. "Measuring Corruption", in Adam Graycar & Russell G. Smith eds., Handbook of Global Research and Practice in Corruption ,

Helle, Svein-Erik & Lise Rakner. 2013. "'Grabbing' an Election: Abuse of State Resources in the 2011 Elections in Uganda", in Soreide, Tina & Aled Willams eds., Corruption, Grabbing and Development .

Heller, N. 2009. "Defining and Measuring Corruption: Where Have We Come From, Where Are We Now, and What Matters for the Future?", in R. Rotberg ed., Corruption, Global Security, and World Order (Washington, D.C.: Brookings Institution Press).

Helliwell, J.F. & H.F. Huang. 2008. How's Your Government? International Evidence Linking Good Government and Well-Being. British Journal of Political Science

Hellman, Joel & Daniel Kaufmann. 2001. Confronting the Challenges of State Capture in Transition Economies. Finance & Development

Hellman, Joel & Mark Schankermann. 2000. Intervention, Corruption and Capture: The Nexus between Enterprises and the State. Economics of Transition

Hellman, Joel S. 1998. Winners Take All: The Politics of Partial Reform in Postcommunist Transitions. World Politics.

Hellman, Joel S., Geraint Jones & Daniel Kaufmann. 2000. Seize the State, Seize the Day: State Capture and Influence in Transition Economies. Journal of Comparative Economics

Hellman, Joel S., Geraint Jones & Daniel Kaufmann. 2006. "Far from Home: Do Foreign Investors Import Higher Standards of Governance in Transition Economies?", in Clarke, T. & M. Dela Rama eds., Corporate Governance and Globalization (New York: Sage)

Hellmann, Olli. 2014. Explaining the Institutionalization of Political Corruption: The Effects of Colonial Rule and Decolonization. Working paper.

Helmer, Elena & Stuart H. Deming. 2011. Non-Governmental Organizations: Anticorruption Compliance Challenges and Risks. International Lawyer

Helmer, Elena. 2008. Corruption in International Commercial Arbitration: Fiona Trust & Holding Corp. v. Privalov. International Arbitration News .

Helmy, Heba E. 2013. The Impact of Corruption on FDI: Is MENA an Exception? International Review of Applied Economics

Henderson, J. Vernon & Ari Kuncoro. 2006. Corruption in Indonesia. NBER Working Paper 10674.

Henderson, J. Vernon & Ari Kuncoro. 2011. Corruption and Local Democratization in Indonesia: The Role of Islamic Parties. Journal of Development Economics

Hendrix, Steven E. 2005. New Approaches to Addressing Corruption in the Context of U.S. Foreign Assistance with Examples from Latin America and the Caribbean. Southwestern Journal of Law & Trade in the Americas

Henning, Patrick & Lee Radek. 2011. The Prosecution and Defense of Public Corruption: The Law and Legal Strategies. Oxford University Press.

Henning, Peter J. 2001. Public Corruption: A Comparative Analysis of International Corruption Conventions and United States Law. Arizona Journal of International & Comparative Law

Henning, Peter J. 2003. Federalism and the Federal Prosecution of State and Local Corruption, Kentucky Law Journa

Henning, Peter J. 2009. Corporate Criminal Liability and the Potential for Rehabilitation. American Criminal Law Review

Henning, Peter J. 2012. Be Careful What You Wish For: Thoughts on a Compliance Defense Under the Foreign Corrupt Practices Act. Ohio State Law Journal

Henning, Peter J. 2012. Making Sure "The Buck Stops Here": Barring Executives for Corporate Violations. University of Chicago Legal Forum

Hepburn, J. 2014. In Accordance with Which Host State Laws? Restoring the "Defense" of Investor Illegality in Investment Arbitration. Journal of International Dispute Settlement

Hernandez, Teresa & Robert W. McGee. 2014. Ethical Attitudes Toward Taking a Bribe: A Study of Three Latin American Countries. Working paper.

Herrera, Ana Maria, Lebohang Lijane & Peter Rodriguez. 2007. Bribery and the Nature of Corruption. Unpublished manuscript, Michigan State University.

Herrera, J., M. Razafindrakoto & F. Roubaud. 2007. Governance, Democracy and Poverty Reduction: Lessons Drawn from Household Surveys in Sub-Saharan Africa and Latin America. International Statistical Review

Herrick, Rebekah L. 2000. Who Will Survive? An Exploration of Factors Contributing to the Removal of Unethical House Members. American Politics Research

Herring, Cheryl Crumpton. 2001. 18 U.S.C. § 666: Is It a Blank Check to Federal Authorities Prosecuting State and Local Corruption? 52 Ala. L. Rev.

Hertog, S. 2010. Defying the Resource Curse: Explaining Successful State-Owned Enterprises in Rentier States. World Politics 62(2):

Herzfeld, Thomas & Christoph Weiss. 2003. Corruption and Legal (In)Effectiveness: An Empirical Investigation. European Journal of Political Economy

Herzfeld, Thomas & Christoph Weiss. 2007. Corruption Clubs: Empirical Evidence from Kernel Density Estimates. Applied Economics

Hess, David & Cristie L. Ford. 2008. Corporate Corruption and Reform Undertakings: A New Approach to an Old Problem. Cornell International Law Journal

Hess, David & Thomas W. Dunfee. 2000. Fighting Corruption: A Principled Approach; The C2 Principles (Combating Corruption), Cornell International Law Journal

Hess, David & Thomas W. Dunfee. 2003. "Taking Responsibility for Bribery: The Multinational Corporation's Role in Combating Corruption", in R. Sullivan ed., Business and Human Rights: Dilemmas and Solutions (Sheffield, UK: Greenleaf Publishing)

Hess, David. 2009. Catalyzing Corporate Commitment to Combating Corruption. Journal of Business Ethics

Hess, David. 2011. "Combating Corruption in International Business through Voluntary Governance Initiatives", in T. Hale & D. Held eds., Transnational Governance Innovation (Cambridge, UK: Polity Press)

Hess, David. 2012. Combating Corruption through Corporate Transparency: Using Enforcement Discretion to Improve Disclosure. Minnesota Journal of International Law

Hess, David. 2012. Enhancing the Effectiveness of the Foreign Corrupt Practices Act Through Corporate Social Responsibility. Ohio State Law Journal

Hessami, Z. 2014. Political Corruption, Public Procurement, and Budget Composition: Theory and Evidence from OECD Countries. European Journal of Political Economy

Hessami, Zohal, Claudio Thum & Silke Uebelmesser. 2012. A Political Economy Explanation for In-kind Redistribution: The Interplay of Corruption and Democracy. Working Paper.

Hessami, Zohal. 2010. Corruption and the Composition of Public Expenditures: Evidence from OECD Countries. MPRA Paper 25945.

Hessami, Zohal. 2011. On the Link Between Government Ideology and Corruption in the Public Sector. (unpublished manuscript)

Hetzer, W. 2008. Corruption as Business Practice? Criminal Responsibility of Enterprises in the European Union. ERA Forum

Heymann, Philip B. 1997. Democracy and Corruption. Fordham International Law Journal

Heymann, Philip B. Four Unresolved Questions About the Responsibilities of an Independent Counsel. Georgetown Law Journal

Heyneman, Stephen P. 2004. Education and Corruption. International Journal of Educational Development

Heyneman, Stephen P. 2007. Buying Your Way into Heaven: The Corruption of Education Systems in Global Perspective. Perspectives on Global Issues

Heyneman, Stephen P. 2011. The Corruption of Ethics in Higher Education. International Higher Education

Heyneman, Stephen P., Kathryn H. Anderson & Nazym Nuraliyeva. 2008. The Cost of Corruption in Higher Education. Comparative Education Review

Heywood, Paul M. & Jonathan Rose. 2014. "Close But No Cigar": The Measurement of Corruption. Journal of Public Policy

Heywood, Paul M. & Jonathan Rose. 2014. "Close But No Cigar": The Measurement of Corruption. Journal of Public Policy.

Heywood, Paul M. 2015. "Measuring Corruption: Perspectives, Critiques and Limits" , in Paul M. Heywood ed., The Routledge Handbook of Political Corruption (New York: Routledge)

Heywood, Paul. 1997. Political Corruption: Problems and Perspectives. Political Studies

Hibbs, Douglas & Violeta Piculescu. 2005. Institutions, Corruption and Tax Evasion in the Unofficial Economy. Working paper.

Hibbs, Douglas A., Jr. & Violeta Piculescu. 2010. Tax Toleration and Tax Compliance: How Government Affects the Propensity of Firms to Enter the Unofficial Economy. American Journal of Political Science

Hicken, Allen D. 2007. "How Do Rules and Institutions Encourage Vote Buying?", in Frederic Charles Schaffer ed., Elections for Sale: The Causes and Consequences of Vote Buying (Boulder, CO: Lynne Rienner)

Hicken, Allen. 2011. Clientalism. Annual Review of Political Science

Hidalgo, F. Daniel & Simeon Nichter. 2014. Voter Buying: Shaping the Electorate through Clientalism. Working paper.

Hill, Kim Quaile. 2003. Democratization and Corruption: Systematic Evidence from the American States. American Political Research

Hillman, A.L. & E. Katz. 1987. Hierarchical Structure and the Social Costs of Bribes and Transfers. Journal of Public Economics

Hillman, Arye L. 2004. Corruption and Public Finance: An IMF Perspective. European Journal of Political Economy

Hills, L. 2014. Universal Anti-Bribery Legislation Can Save International Business: A Comparison of the FCPA and UKBA in an Attempt to Create Universal Legislation to Combat Bribery Around the Globe. Working paper.

Hills, Roderick M., Jr. 2005. Corruption and Federalism: (When) Do Federal Criminal Prosecutions Improve Non-Federal Democracy? 6 Theoretical Inquiries L.

Hilson, Gavin & Roy Maconachie. 2009. "Good Governance" and the Extractive Industries in Sub-Saharan Africa. Mineral Processing & Extractive Metallurgy Review

Hinchey, Bruce. 2011. Punishing the Penitent: Disproportionate Fines in Recent FCPA Enforcements and Suggested Improvements. Public Contract Law Journal

Hindess, Barry. 2001. "Good Government and Corruption" in Peter Larmour & Nick Wolanin, eds., Corruption and Anti-Corruption (Canberra: Asia Pacific Press)

Hindess, Barry. 2008. "International Anti-Corruption as a Program of Normalisation", in de Sousa, Luis, Peter Marmour & Barry Hindess eds., Governments, NGOs and Anti-Corruption: The New Integrity Warriors (London: Routledge).

Hindriks, Jean, Michael Keen & Abhinay Muthoo. 1999. Corruption, Extortion and Evasion. Journal of Public Economics

Hines, James R. 1995. Forbidden Payment: Foreign Bribery and American Business After 1977. NBER Working Paper No. 5266.

Hines, Nicole Y. 2007. Cultural Due Diligence: The Lost Diligence that Must Be Found by U.S. Corporations Conducting M&A Deals in China to Prevent Foreign Corrupt Practices Act Violations. Duquesne Business Law Journal

Hinks, Timothy & Artjoms Ivlevs. 2014. Communist Party Membership and Bribe Paying in Transitional Economies. Working paper.

Hite-Rubin, Nancy. 2015. "A Corruption, Military Procurement and FDI Nexus? ", in Susan Rose-Ackerman & Paul Lagunes eds., Greed, Corruption, and the Modern State .

Hobbs, Nathaniel. 2005. Corruption in World Bank Financed Projects: Why Bribery is a Tolerated Anathema. Development Studies Institute Working Paper

Hodder, R. 2015. What's Wrong with Patronage? Society

Hodder, Rupert. 2009. Political Interference in the Philippine Civil Service. Environment & Planning C: Government & Policy

Hodess, Robin. 2013. "Civil Society and Nongovernmental Organizations as International Actors in Anti-Corruption Advocacy", in Susan Rose-Ackerman & Paul D.

Carrington eds., Anti-Corruption Policy: Can International Actors Play a Constructive Role? (Durham: Carolina Academic Press)

Hodge, Andrew, Sriram Shankar, D.S. Prasada Rao & Alan Duhs. 2011. Exploring the Links Between Corruption and Growth. Review of Development Economics

Hodgkinson, P. 1997. The Sociology of Corruption, Some Themes and Issues. Sociology

Hodgson, G.M. 2006. Institutions, Recessions and Recovery in the Transitional Economies. Journal of Economic Issues

Hodgson, Geoffrey M. & Shuxia Jiang. 2007. The Economics of Corruption and the Corruption of Economics: An Institutionalist Perspective. Journal of Economic Issues 41: 1043-.

Hodler, Roland & Paul A. Raschky. 2014. Regional Favoritism. Quarterly Journal of Economics.

Hodler, Roland. 2006. The Curse of Natural Resources in Fractionalized Countries. European Economic Review

Hoff, Karla & Joseph E. Stiglitz. 2005. The Creation of the Rule of Law and the Legitimacy of Property Rights: The Political and Economic Consequences of a Corrupt Privatization. NBER Working Paper 11772.

Hofstede, Geert. 2001. Culture's Consequences: Comparing Values, Behaviors, Institutions, and Organizations Across Nations (2d ed.) (Beverly Hills, CA: Sage).

Hogarth, John. 1995. Developments in Criminal Law and Criminal Justice: Bribery of Officials in Pursuit of Corporate Aims. Crim. L. F.

Holcombe, R. & C. Boudreaux. 2015. Regulation and Corruption. Public Choice .

Holloway, Richard. 2001. Corruption and Civil Society Organisations in Indonesia. .

Holloway, Richard. 2010. NGOs: Losing the Moral High Ground—Corruption and Misrepresentation.

Hollyer, J.R., B.P. Rosendorff & J.R. Vreeland. 2014. Measuring Transparency. Political Analysis

Hollyer, James & Leonard Wantchekon. 2015. Corruption and Ideology in Autocracies. Journal of Law, Economics & Organization

Holm, John D. 2000. "Curbing Corruption through Democratic Accountability: Lessons from Botswana," in Kempe Ronald Hope Sr. & Bornwell C. Chikulo eds., Corruption and Development in Africa (London, Palgrave)

Holmberg, Soren & Bo Rothstein. 2011. Dying of Corruption. Health Economics, Policy & Law

Holmberg, Soren & Bo Rothstein. 2011. Quality of Government and Access to Safe Water. QoG Working Paper Series.

Holmberg, Soren, Bo Rothstein & N. Nasiritousi. 2009. Quality of Government: What You Get. Annual Review of Political Science.

Holmes, L. 2006. Rotten States? Corruption, Post-Communism, and Neoliberalism (Durham, NC: Duke University Press)

Holmes, L. 2007. Terrorism, Organised Crime and Corruption: Networks and Linkages. Oxford.

Holmes, L. 2015. Different Paths to Curbing Corruption: Lessons from Denmark, Finland, Hong Kong, New Zealand and Singapore. Asian Journal of Political Science

Holmes, Leslie. 1993. The End of Communist Power: Anti-Corruption Campaigns and Legitimation Crisis.

Holmes, Leslie. 1997. Corruption and the Crisis of the Post-Communist State. Crime, Law & Social Change

Holmes, Leslie. 1999. Corruption in Europe. Dialogue

Holmes, Leslie. 2001. "Crime, Corruption and Politics:International and Transnational Factors", in J. Zielonka & A. Pravda eds., Democratic Consolidation in Eastern Europe: International and Transnational Factors, Vol. 2 (Oxford: Oxford University Press), pp.

Holmes, Leslie. 2003. "Political Corruption in Central and Eastern Europe", in M. Bull & J. Newell eds., Corruption in Contemporary Politics (London: Palgrave)

Holmes, Leslie. 2005. "Russian Corruption and State Weakness in Comparative Post-Communist Perspective", in A. Pravda ed., Leading Russia: Putin in Perspective (Oxford: Oxford University Press)

Holmes, Leslie. 2007. "The Corruption-Organized Crime Nexus in Central and Eastern Europe," in Leslie Holmes ed., Terrorism, Organised Crime and Corruption

Holmes, Leslie. 2008. "Political Corruption Scandals and Public Attitudes towards Party Financing: Poland and Germany Compared", in S. Eliaeson ed., Building Civil Society and Democracy in New Europe (Newcastle: Cambridge Scholars Publishing)

Holmes, Leslie. 2008. Corruption and Organised Crime in Putin's Russia. Europe-Asian Studies

Holmes, Leslie. 2012. "Corruption and Financial Crises", in Ralph Pettman ed., Handbook on International Political Economy (World Scientific Publishing)

Holmes, Leslie. 2012. "Transnational Crime, Corruption and Conflict in Russia and the Former USSR", in Matthew Sussex ed., Conflict in the Former USSR (Cambridge University Press)

Holmes, Leslie. 2012. Corruption in Post-Soviet Russia. Global Change, Peace & Security

Holmes, Leslie. 2013. Postcommunist Transitions and Corruption: Mapping Patterns. Social Research

Holmes, Leslie. 2013. The Internationalisation of Corruption: Scale, Impact and Countermeasures. Crime, Law & Social Change .

Holmes, Leslie. 2014. "Police Corrupton from Many Perspectives", in Leslie Holmes ed., Police Corruption: Essential Readings .

Holmes, Leslie. 2015. Combating Corruption in China: The Role of the State and Other Agencies in Comparative Perspective. Economic & Political Studies

Holmes, Ronald D. 2007. "Combating Corruption in the Philippines: The Difficulty and Danger of Organizational Reform/Human Resource Development Initiatives", in Ma Concepcion P. Alfiler & Eleanor E. Nicolas, eds., Public Administration plus Governance: Assessing the Past, Addressing the Future. (Quezon City: National College of Public Administration and Governance, University of the Philippines)

Holtzblatt, M. & N. Tschakert. 2014. Baker Hughes: Greasing the Wheels in Kazakhstan (FCPA Violations and Implementation of a Corporate Ethics and Anti-Corruption Compliance Program). Journal of Accounting Education 32(1): 36-60.

Hooghe, M. & E. Quintelier. 2014. Political Participation in European Countries: The Effect of Authoritarian Rule, Corruption, Lack of Good Governance and Economic Downturn. Comparative European Politics

Hope, K. 2000. "Corruption and Development in Africa", in Hope, K. & B. Chikulo eds., Corruption and Development in Africa: Lessons from Country Case Studies (London: Macmillan).

Hope, K.R. 2014. Kenya's Corruption Problem: Causes and Consequences. Commonwealth & Comparative Politics

Hopkin, Jonathan & Andres Rodriguez-Pose. 2007. "Grabbing Hand" or "Helping Hand"? Corruption and the Economic Role of the State. Governance: An International Journal of Policy & Administration

Hopkin, Jonathan. 1997. Political Parties, Political Corruption, and the Economic Theory of Democracy. Crime, Law & Social Change

Hopkin, Jonathan. 2002. States, Markets and Corruption: A Review of Some Recent Literature. Review of International Political Economy .

Hoppe, T. 2014. The Case for Asset Declarations in the Judiciary: Identifying Illicit Enrichment and Conflicts of Interest. U4 Brief  (Bergen: Chr. Michelsen Institute).

Horowitz, Shale, Karla Hoff & Branko Milanovic. 2009. Government Turnover: Concepts, Measures and Applications. European Journal of Political Research

Hostetler, Courtney. 2011. Going From Bad to Good: Combating Corporate Corruption on World Bank-Funded Infrastructure Projects. Yale Human Rights & Development Law Journal

Hotchkiss, Carolyn. 1998. The Sleeping Dog Stirs: New Signs of Life in Efforts to End Corruption in International Business. J. Pub. Pol'y & Marketing

Hough, Dan. 2013. Corruption, Anti-Corruption and Governance. London: Palgrave.

Houillon, Gregory. 2014. "Corruption and Conflicts of Interest: Future Prospects on Lobbying", in Jean-Bernard Auby, Emmanuel Breen & Thomas Perroud eds., Corruption and Conflicts of Interest: A Comparative Law Approach

Hoyland, B., K.O. Moene & F. Willumsen. 2012. The Tyranny of Internatioanl Index Rankings. Journal of Development Economics

Hsieh, C.R. & Moretti, E. 2006. Did Iraq Cheat the United Nations? Underpricing, Bribes, and the Oil for Food Program. Quarterly Journal of Economics

Hu, Xinli. 2015. Effectiveness of Information Technology in Reducing Corruption in China: A Validation of the DeLone and McLean Information Systems Success Model. The Electronic Library

Huang, H. & Z. Li. 2015. Procurement Auctions with Ex-Ante Endogenous Bribery. Economic Modelling.

Huang, Peter H. & Ho-Mou Wu. 1994. More Order without More Law: A Theory of Social Norms and Organizational Cultures. Journal of Law, Economics & Organization

Huang, Yasheng. 2008. Capitalism with Chinese Characteristics: Entrepreneurship and the State.

Huang, Z., L. Liu, W. Zheng, X. Tan & X. Zhao. 2015. Walking the Straight and Narrow: The Moderating Effect of Evaluation Apprehension on the Relationship Between Collectivism and Corruption

Hubbard, Paul. 2007. Putting the Power of Transparency in Context: Information's Role in Reducing Corruption in Uganda's Education Sector. Center for Global Development Working Paper 136.

Huberts, Leo W.J.C. 1998. What Can Be Done Against Public Corruption and Fraud: Expert Views on Strategies to Protect Public Integrity. Crime, Law & Social Change

Huberts, Leo W.J.C. 2000. Anticorruption Strategies: The Hong Kong Model in International Context. Public Integrity

Huberts, Leo. 1995. Western Europe and Public Corruption: Experts' Views on Attention, Extent and Strategies. European Journal on Criminal Policy & Research

Hughes, Alexander G. 2013. Drawing Sensible Borders for the Definition of "Foreign Official" Under the FCPA. American Journal of Criminal Law

Hunt, Jennifer & Sonia Laszlo. 2005. Bribery: Who Pays, Who Refuses, What Are the Payoffs? NBER Working Paper 11635.

Hunt, Jennifer & Sonia Laszlo. 2011. Is Bribery Really Regressive? Bribery's Costs, Benefits, and Mechanisms. World Development

Hunt, Jennifer. 2004. Trust and Bribery: The Role of the Quid Pro Quo and the Link with Crime. NBER Working Paper 10510.

Hunt, Jennifer. 2005. Why Are Some Public Officials More Corrupt Than Others? NBER Working Paper No. 11595.

Hunt, Jennifer. 2007. How Corruption Hits People When They Are Down. Journal of Development Economics

Hunt, Jennifer. 2010. Bribery in Health Care in Uganda. Journal of Health Economics

Hunt, Sinead. 2011. Refining Black Gold: The Dodd-Frank Act and Corruption in the Oil Industry. UCLA Journal of International Law & Foreign Affairs

Hunter, Sharifa G. 2011. A Comparative Analysis of the Foreign Corrupt Practices Act and the U.K. Bribery Act, and the Practical Implications of Both on International Business. ISLA Journal of International & Comparative Law

Hurson, Daniel W. 2001. Mail Fraud, the Intangible Rights Doctrine, and the Infusion of State Law: A Bermuda Triangle of Sorts. Houston Law Review

Huskins, Priya Cherian. 2009. FCPA Prosecutions: Liability Trend to Watch. Stanford Law Review

Hussman, Karen. 2007. Anti-Corruption Policy Making in Practice: What Can Be Learned for Implementing Article 5 of UNCAC? Report of Six Country Case Studies: Georgia, Indonesia, Nicaragua, Pakistan, Tanzania and Zambia. U4 Report

Hussmann, K. 2007. Anti-Corruption Policy Making in Practice: What Can Be Learned for Implementing Article 5 of UNCAC? Synthesis Report of Six Country Case Studies: Georgia, Indonesia, Nicaragua, Pakistan, Tanzania, and Zambia. (Bergen: CMI).

Hussmann, K., H. Hechler & M. Penalillo. 2009. Institutional Arrangements for Corruption Prevention: Considerations for the Implementation of the United Nations Convention Against Corruption. U4 Issue

Husted, Bryan W. 1994. Honor Among Thieves: A Transaction-Cost Interpretation of Corruption in Third World Countries. Business Ethics Quarterly

Husted, Bryan W. 1999. Wealth, Culture, and Corruption. Journal of International Business Studies

Hutchcroft, Paul. 1997. The Politics of Privilege: Assessing the Impact of Rents, Corruption, and Clientalism on Third World Development. Political Studies

Huther, Jeff & Anwar Shah. 2000. Anti-Corruption Programs and Policies: A Framework for Evaluation. World Bank Policy Research Working Paper #2501.

Hwang, J. 2002. A Note on the Relationship Between Corruption and Government. Journal of Development Economics

Hwang, Michael S.C. & Kevin Lim. 2012. Corruption in Arbitration – Law and Reality. Asian International Arbitration Journal

Idakwoji, S.P. 2010. Leadership, Corruption and Development. 2010. Canadian Social Science

Ifeka, C. 2001. Playing Civil Society Tunes: Corruption and Misunderstanding Nigeria's "Real" Political Institutions. Review of African Political Economy

Iimi, A. 2007. Escaping from the Resource Curse: Evidence from Botswana and the Rest of the World. IMF Staff Paper 54(4).

Ikharehon, J.J. & N. Omoregie. 2015. Corruption and Poverty Challenges in Nigeria.

Indian Journal of Commerce & Management Studies

Imai, M. 2006. Mixing Family Business with Politics in Thailand. Asian Economic Journal

In'airat, Mohammad. 2014. Aid Allocation, Selectivity, and the Quality of Governance. Journal of Economics, Finance & Administrative Science

Infante, L. & M. Piazza. 2014. Political Connections and Preferential Lending at Local Level: Some Evidence from the Italian Credit Market. Journal of Corporate Finance

Ingle, Robert Ingle & Sandy McClure. 2008. The Soprano State: New Jersey's Culture of Corruption. New York: St. Martin's Press.

International Council on Human Rights Policy & Transparency International. 2009. Corruption and Human Rights: Making the Connection.

International Council on Human Rights Policy. 2010. Integrating Human Rights in the Anti-Corruption Agenda: Challenges, Possibilities and Opportunities.

Ionescu, Luminita. 2010. The Relationship Between Government Effectiveness and Corruption. Economics, Management & Financial Markets

Ionescu, Luminita. 2014. The Adverse Effects of Corruption on Growth and Development. Economics, Management & Financial Markets

Ionescu, Luminita. 2015. The Economics of Corruption in Professional Sport.Economics, Management & Financial Markets

Ionescu, Luminita. 2015. The Role of E-Government in Curbing the Corruption in Public Administration. Economics, Management & Financial Markets

Iossa, Elisabetta & David Martimort. 2011. Corruption in Public Private Partnerships. Working paper.

Iossa, Elisabetta & David Martimort. 2011. Post-Tender Corruption and Risk Allocation: Implications for Public-Private Partnerships. CEIS Research Paper 195, Tor Vargata University.

Iqbal, M. & J. Seo. 2008. E-Governance as an Anti-Corruption Tool: Korean Cases. Korean Local Information

Isaksson, A. 2015. Corruption Along Ethnic Lines: A Study of Individual Corruption Experiences in 17 African Countries. Journal of Development Studies

Isham, Jonathan, Jr., Michael Woolcock, Lant Pritchett & Gwen Busby. 2005. The Varieties of Resource Experience: Natural Resource Export Structures and the Political Economy of Economic Growth. World Bank Economic Review.

Ishiguro, S. 2004. Collusion and Discrimination in Organizations. Journal of Economic Theory

Islam, M. 2014. Bribery and Corruption in Australian Local Councils. Public Money & Management

Islam, M., S. Haque, T. Dissanayake, P. Leung & K. Handley. 2015. Corporate Disclosure in Relation to Combating Corporate Bribery: A Case Study of Two Chinese Telecommunications Companies. Australian Accounting Review.

Islam, R. & C. Montenegro. 2002. What Determines the Quality of Institutions? Working paper.

Islam, Romeen. 2006. Does More Transparency Go Along With Better Governance? Economics & Politics

Ismail, A. & K. Rashid. 2014. Time Series Analysis of the Nexus Among Corruption, Political Instability and Judicial Inefficiency in Pakistan. Quality & Quantity

Issacharoff, Samuel. 2010. On Political Corruption. Harvard Law Review

Ivanov, Eduard et al. 2014. Legal Regulation of Combating Corruption: Report of the LSGL's Research Group. (Law Schools Global League Research Paper No. 2.) Ivanov, Kalin. 2007. "The Limits of a Global Campaign against Corruption", in Sarah Bracking ed., Corruption and Development: The Anti-Corruption Campaigns (Palgrave Macmillan)

Ivanov, Kalin. 2010. The 2007 Accession of Bulgaria and Romania: Ritual and Reality. Global Crime

Ivanyna, Maksym & Anwar Shah. 2011. Decentralization and Corruption: New Cross-Country Evidence. Envronment & Planning C: Government & Policy

Ivanyna, Maksym, Alexandros Mournouras & Peter Rangazas. 2015. The Culture of Corruption, Tax Evasion, and Economic Growth. Empirical Enquiry (forthcoming).

Iversen, V. et al. 2006. High Value Forests, Hidden Economies and Elite Capture: Evidence from Forest User Groups in Nepal's Terai. Ecological Economics

Ivkovic, S.K. & T.O. Shelley. 2007. Police Integrity and the Czech Police Officers. International Journal of Comparative & Applied Criminal Justice

Ivkovic, S.K., C.B. Klockars, I. Cajner-Mraovic´ & D. Ivanusec. 2002. Controlling Police Corruption: The Croatian Perspective. Police Practice & Research

Ivkovic, S.K., M. Haberfeld & R. Peacock. 2013. Rainless West: The Integrity Survey's Role in Agency Accountability. Police Quarterly

Ivkovich, S.K. & A. Sauerman. 2013. Curtailing the Code of Silence among the South African Police. Policing: An International Journal of Police Strategies & Management

Ivlevs, Artjoms & T. Hinks. 2015. Bribing Behaviour and Sample Selection: Evidence from Post-Socialist Countries and Western Europe. Jahrbucher Fur Nationalokonomie Und Statistik

Ivlevs, Artjoms & Timothy Hinks. 2015. Bribing Behavior and Sample Selection: Evidence from Post-Socialist Countries and Western Europe. Journal of Economics & Statistics

Ivlevs, Artjoms & Timothy Hinks. 2015. Global Economic Crisis and Corruption. Public Choice

Ivlevs, Artjoms & Timothy Hinks. 2015. Global Economic Crisis and Corruption (correction notice). Public Choice

Ivory, Radha. 2013. The Right to a Fair Trial and International Cooperation in Criminal Matters: Article 6 EHCR and the Recovery of Assets in Grand Corruption Cases. Utrecht Law Review

Ivory, Radha. 2014. "Transparency and Opacity in the International Legal Framework Against Corruption", in A. Castro, ed., Buen Gobierno Y Derechos Humanos: Nuevas Perspectivas En El Derecho Publico. Lima: Pontifica Universidad Catolica del Pero.

Ivory, Radha. 2014. Corruption, Asset Recovery, and the Protection of Property in Public International Law: The Human Rights of Bad Guys. Cambridge: Cambridge University Press.

Iwasaki, Ichiro & Taku Suzuki. 2007. Transition Strategy, Corporate Exploitation, and State Capture: An Empirical Analysis of the Former Soviet States. Communist and Post-Communist Studies

Iwasaki, Ichiro & Taku Suzuki. 2012. The Determinants of Corruption in Transition Economies. Economics Letters

Iyanda, David O. 2012. Corruption: Definitions, Theories and Concepts. Arabian Journal of Business & Management

Iyer, Deepa. 2011. Earning a Reputation for Independence: Ghana's Commission on Human Rights and Administrative Justice, 1993-2003. Innovations for Successful Societies, Princeton University.

Iyer, Deepa. 2013. Inducing Honesty, Changing Norms: Government Ethics in Brazil, 1995-2004. Innovations for Successful Societies, Princeton University.

Jaber-Lopez, Tarek, Aurora Garcia-Gallego, Pandelis Perakakis & Nikolaus Georgantzis. 2014. Physiological and Behavioral Patterns of Corruption. Frontiers in Behavioral Neuroscience (published online).

Jackson, G. et al. 2014. Grey Areas: Irresponsible Corporations and Reputational Dynamics. Socio-Economic Review

Jackson, J., M. Asif, B. Bradford & M. Zakaria Zakar. 2014. Corruption and Police Legitimacy in Lahore, Pakistan. British Journal of Criminology 54(6): 1067-1088.

Jackson, Michael & Rodney Smith. 1996. Inside Moves and Outside Views: An Australian Case Study of Elite and Public Perceptions of Political Corruption. Governance: An International Journal of Policy and Administration

Jackson, Rachel. 2012. Blowing the Whistle on the Pay-to-Play Game: Campaign Financing Reform in New Jersey, 1998-2012. Innovations for Successful Societies, Princeton University.

Jacobs, Leslie Gielow & Benjamin B. Wagner. 2007. Limits to the Independent Anti-Corruption Commission Model of Corruption Reform: Lessons from Indonesia. Pacific McGeorge Global Business & Development Law Journal

Jacobson, Gary C. & Michael Dimock. 1994. Checking Out: The Effects of Bank Overdrafts on the 1992 House Elections. American Journal of Political Science

Jacquemet, Nicolas. 2012. Corruption as Betrayal: Experimental Evidence. Working paper.

Jagger, P. & G. Shively. 2015. Taxes and Bribes in Uganda. Journal of Development Studies

Jaimovich, E. & J.P. Rud. 2014. Excessive Public Employment and Rent-Seeking Traps.

Journal of Development Economics 106: 144-155.

Jain, Arvind K. 2001. Corruption: A Review. Journal of Economic Surveys

Jain, Arvind K. 2001. The Political Economy of Corruption. London: Routledge.

Jain, Arvind K. 2011. Corruption: Theory, Evidence and Policy. CESifo DICE Report

Jancsics, D. 2015. Imperatives in Informal Organizational Resource Exchange in Central Europe. Journal of Eurasian Studies

Jancsics, David & Istvan Javor. 2012. Corrupt Governmental Networks. International Public Management Journa

Jancsics, David. 2013. Petty Corruption in Central and Eastern Europe: The Client's Perspective. Crime, Law & Social Change

Jancsics, David. 2014. Interdisciplinary Perspectives on Corruption. Sociology Compass

Jancsics, David. 2015. "A Friend Gave Me a Phone Number" – Brokerage in Low-Level Corruption. International Journal of Law, Crime & Justice

Jancsics, David. 2015. Imperatives in Informal Organizational Resource Exchange in Central Europe. Journal of Eurasian Studies

Jang, H., J. Lee & J.C. Gibbs. 2015. The Influence of the National Government on Confidence in the Police: A Focus on Corruption. Journal of Law, Crime & Justice.

Jansen, Eirik Gjostein. 2013. "Don't Rock the Boat: Norway's Difficulties in Dealing with Corruption in Development Aid", in Soreide, Tina & Aled Willams eds., Corruption, Grabbing and Development .

Jaquemet, Nicolas. 2007. Corruption as Betrayal: Experimental Evidence on Corruption Under Delegation. GATE Working Paper 2005-06.

Jara, Gabriela. 2013. Following on the Foreign Corrupt Practices Act: The Dynamic Shareholder Derivatice Suit. Duke Law Journal

Jarso, James Forole. 2010. The Media and the Anti-Corruption Crusade in Kenya: Weighing the Achievements, Challenges, and Prospects. American University International Law Review

Jatto, Lucky Biyce, Jr. 2010. Africa's Approach to the International War on Corruption: A Critical Appraisal of the African Union Convention on Preventing and Combating Corruption. Asper Review of International Business & Trade Law

Jauregui, Beatrice. 2014. Provisional Agency in India: Jugaad and Legitimation of Corruption. American Ethnologist.

Javor, Istvan & David Jancsics. 2013. The Role of Power in Organizational Corruption: An Empirical Study. Administration & Society Online First

Javorcik, B.S. & G. Narciso. 2008. Differentiated Products and Evasion of Import Tariffs. Journal of International Economics

Javorcik, Beata S. & Shang-Jin Wei. 2009. Corruption and Cross-Border Investment in Emerging Markets: Firm-Level Evidence. Journal of International Money & Finance

Jayawickrama, Nihal, Jeremy Pope & Oliver Stolpe. 2002. Legal Provisions to Facilitate the Gathering of Evidence in Corruption Cases: Easing the Burden of Proof. Forum on Crime & Society

Jelloun, Tahar Ben. 1996. Corruption. New Press.

Jenkins, Rob. 2007. India's Unlikely Democracy: Civil Society Versus Corruption. Journal of Democracy

Jensen, N. & C.-A. Png. 2011. Implementation of the FATF 40+9 Recommendations: A Perspective from Developing Countries. Journal of Money Laundering Control

Jensen, N. & L. Wantchekon. 2004. Resource Wealth and Political Regimes in Africa. Comparative Political Studies

Jensen, N. 2002. Econoimc Reform, State Capture, and International Investment in Transition Economies. Journal of International Development

Jensen, Nathan M. & Aminur Rahman. 2011. The Silence of Corruption: Identifying Underreporting of Business Corruption through Randomized Response Techniques. World Bank Policy Research Working Paper

Jensen, Nathan M. & Aminur Rahman. 2015. "The Silence of Corruption: Identifying Underreporting of Business Corruption Through Randomised Response Techniques", , in Paul M. Heywood ed., The Routledge Handbook of Political Corruption (New York: Routledge)

Jensen, Nathan M. & Edmund J. Malesky. 2015. Does the OECD Anti-Bribery Convention Reduce Bribery? An Empirical Analysis Using the Unmatched Count Technique. Working paper.

Jensen, Nathan M., Quan Li & Aminur Rahman. 2010. Understanding Corruption and Firm Responses in Cross-National Firm-Level Surveys. Journal of International Business Studies

Jensen, P.S. & M.K. Justesen. 2014. Poverty and Vote Buying: Survey-Based Evidence from Africa. Electoral Studies

Jeong, Gyung-Ho. 2013. Personal Vote-Seeking Incentives of Legislators and Bureaucratic Corruption. Working Paper.

Jeong, Yujin & Robert J. Weiner. 2011. "Conflict and Corruption in International Trade: Who Helped Iraq Circumvent United Nations Sanctions", in International Handbook on the Economics of Corruption, Vol. II. (Edward Elgar Publishing).

Jeong, Yujin & Robert J. Weiner. 2012. Who Bribes? Evidence from the United Nations' Oil-for-Food Program. Strategic Management Journal 1363-1383.

Jerome, Afeikhena, Senyo Adjiboloso & Dipo Busari. 2005. Addressing Oil Related Corruption in Africa: Is the Push for Transparency Enough? Review of Human Factor Studies Special Edition

Jetter, M., A.M. Agudelo & A.R. Hassan. 2015. The Effect of Democracy on Corruption: Income Is Key. World Development (forthcoming).

Jeydel, Peter. 2012. Yoking the Bull: How to Make the FCPA Work for U.S. Business. Georgetown Journal of International Law

Jiang, T. & H. Nie. 2014. The Stained Chinese Miracle: Corruption, Regulation, and Firm Performance. Economics Letters

Jimenez, F. & M. Cainozos. 2003. "Political Corruption in Spain: Perceptions and Problems", in M.J. Bull & J.L. Newell eds., Corruption in Contemporary Politics (London: Macmillan-Palgrave).

227

Jimenez, Fernando & Miguel Cainzos. 2006. "How Far and Why Do Corruption Scandals Cost Votes?" in John Garrard & James L. Newell eds., Scandals in Past and Contemporary Politics (Manchester: Manchester University Press)

Jimenez, Fernando, Monica Garcia-quesada & Manuel Villoria. 2014. Integrity Systems, Values, and Expectations: Explaining Differences in the Extent of Corruption in Three Spanish Local Governments. International Journal of Public Administration

Jimenez, Luis F. 1998. The Inter-American Convention Against Corruption. Am. Soc. Int'l L. Proceedings

Jin, Jongsoon. 2005. Corruption and the Time Horizons of Politicians. Working paper.

Johnson, Chalmers. 1986. Tanaka Kakuei, Structural Corruption, and the Advent of Machine Politics in Japan. Journal of Japanese Studies

Johnson, Jesper & Deborah Hardoon. 2012. Why, When and How to Use the Global Corruption Barometer. U4 Brief 2012:5. Bergen, Norway: U4 Anti-Corruption Resource Center.

Johnsøn, Jesper & Phil Mason. 2013. The Proxy Challenge: Why Bespoke Proxy Indicators Can Help Solve the Anti-Corruption Measurement Problem. U4 Brief no. 6.

Johnson, Jesper & Tina Soreide. 2013. Methods for Learning What Works and Why in Anti-Corruption. U4 Issue 2013:8. Bergen, Norway: U4 Anti-Corruption Resource Center.

Johnson, Jesper, Hannes Hechler, Luis De Sousa & Harald Mathisen. 2011. How to Monitor and Evaluate Anti-Corruption Agencies: Guidelines for Agencies, Donors, and Evaluators. U4 Issue 2011:8. Bergen, Norway: U4 Anti-Corruption Resource Center.

Johnson, Jesper, Nils Taxell & Dominik Zaum. 2012. Mapping Evidence Gaps in Anti-Corruption: Assessing the State of the Operationally Relevant Evidence on Donors'

Actions and Approaches to Reducing Corruption. U4 Issue 2012:7. Bergen, Norway: U4 Anti-Corruption Resource Center.

Johnson, Jesper. 2012. Theories of Change in Anti-Corruption Work: A Tool for Programme Design and Evaluation (Bergen: Chr. Michelsen Institute, U4 Issue 2012: 6) Johnsøn, Jesper. 2014. Cost-Effectiveness and Cost-Benefit Analysis of Governance and Anti-Corruption Activities. U4 Issue no. 10.

Johnsøn, Jesper. 2015. "Corruption – New Strategies" in Barry A.K. Rider, ed., Handbook on International Financial Crimes Cheltenham:

Johnsøn, Jesper. 2015. Corruption and Stabilisation: Aid Agencies' Anti-corruption Strategies in Fragile States. (Edward Elgar, forthcoming).

Johnson, Joel W. 2015. Presidential Elections and Corruption Perceptions in Latin America. Journal of Politics in Latin Americ

Johnson, N.D., C.L. La Fountain & S. Yamarik. 2011. Corruption Is Bad for Growth (Even in the United States). Public Choice

Johnson, Noel, W. Ruger, J. Sorens & S. Yamarik. 2014. Corruption, Regulation, and Growth: An Empirical Study of the United States. Economics of Governance

Johnson, Omotunde E.G. 1975. An Economic Analysis of Corrupt Government, With Special Application to Less Developed Countries. Kyklos: Int'l Rev. for Soc. Sci.

Johnson, Ronald N. & Gary D. Libecap. 1995. Courts, a Protected Bureaucracy, and Reinventing Government. Arizona Law Review

Johnson, S., P. Boone, A. Breach & E. Friedman. 2000. Corporate Governance in the Asian Financial Crisis, 1997-1998. Journal of Financial Economics

Johnson, Simon & Todd Mitton. 2003. Cronyism and Capital Controls: Evidence from Malaysia. Journal of Financial Economics

Johnson, Simon, Daniel Kaufmann & Pablo Zoido-Lobotan. 1998. Regulatory Discretion and the Unofficial Economy. American Economic Review (Papers and Proceedings)

Johnson, Simon, Daniel Kaufmann, John McMillan & Christopher Woodruff. 2000. Why Do Firms Hide? Bribes and Unofficial Activity after Communism. Journal of Public Economics

Johnson, Vincent R. 1999. America's Preoccupation with Ethics in Government. St. Mary's Law Journal

Johnston, M. 2007. Understanding the Private Side of Corruption: New Kinds of Transparency, New Roles for Donors. U4 Anti-Corruption Centre Brief No. 6.

Johnston, M. 2015. Making Transparency Real? Accounting and Popular Participation in Corruption Control. Critical Perspectives on Accounting

Johnston, Michael & Jesper Johnsøn. 2014. Doing the Wrong Things for the Right Reasons?: "Do No Harm" as a Principle of Reform. U4 Brief no. 13.

Johnston, Michael & Sahr J. Kpundeh. 2004. Building a Clean Machine: Anti-Corruption Coalitions and Sustainable Reform. World Bank Policy Research Working Paper 3466.

Johnston, Michael & Yufan Hao. 1995. China's Surge of Corruption. Journal of Democracy

Johnston, Michael ed. 2005. Civil Society and Corruption: Mobilizing for Reform. (Lanham: University Press of America).

Johnston, Michael. 1986. Right and Wrong in American Politics: Popular Conceptions of Corruption. Polity

Johnston, Michael. 1986. The Political Consequences of Corruption: A Reassessment. Comparative Politics

Johnston, Michael. 1991. Historical Conflict and the Rise of Standards. Journal of Democracy

Johnston, Michael. 1996. The Search for Definitions: The Vitality of Politics and the Issue of Corruption. International Social Science Journal

Johnston, Michael. 1997. Political Corruption and Public Policy in America. Westport: Praeger.

Johnston, Michael. 1998. Fighting Systemic Corruption: Social Foundations for Institutional Reform. European Journal of Development Research

Johnston, Michael. 1999. "A Brief History of Anticorruption Agencies," in Schedler, Andreas et al. The Self-Restraining State: Power and Accountability in New Democracies. Boulder: Lynne RieGnner Publishers.

Johnston, Michael. 2001. "Measuring Corruption: Numbers Versus Knowledge Versus Understanding", in Arvind K. Jain ed., The Political Economy of Corruption (London: Routledge)

Johnston, Michael. 2005. Political Parties and Democracy in Theoretical and Practical Perspectives. Washington, D.C.: National Democratic Institute for International Development.

Johnston, Michael. 2006. Syndromes of Corruption: Wealth, Power, and Democracy. Cambridge: Cambridge University Press.

Johnston, Michael. 2008. Japan, Korea, the Philippines, China: Four Syndromes of Corruption. Crime, Law & Social Change

Johnston, Michael. 2010. Assessing Vulnerabilities to Corruption. Public Integrity

Johnston, Michael. 2010. Political and Social Foundations for Reform: Anti-Corruption Strategies for the Philippines. Manila: Asian Institute of Management.

Johnston, Michael. 2015. "Reflection and Reassessment: The Emerging Agenda of Corruption Research" , in Paul M. Heywood ed., The Routledge Handbook of Political Corruption (New York: Routledge)

Jon, Alan Doig & David Watt. 2001. Managing Anti-Corruption Agencies. Forum on Crime & Society

Jones, David S. 2009. Curbing Corruption in Government Procurement in Southeast Asia: Challenges and Constraints. Asian Journal of Political Science

Jordan, Jon. 2011. Recent Developments in the Foreign Corrupt Practices Act and the New UK Bribery Act: A Global Trend Towards Greater Accountability in the Prevention of Foreign Bribery. NYU Journal of Law & Business

Jordan, Jon. 2011. The Adequate Procedures Defense Under the UK Bribery Act: A British Idea for the Foreign Corrupt Practices Act. Stanford Journal of Law, Business & Finance

Jordan, Jon. 2011. The OECD's Call for an End to "Corrosive" Facilitation Payments and the International Focus on the Facilitation Payments Exception Under the Foreign Corrupt Practices Act. University of Pennsylvania Journal of Business Law.

Jordan, William Chester. 2009. Anti-Corruption Campaigns in Thirteenth-Century Europe. Journal of Medieval History

Jos, Philip H. 1993. Empirical Corruption Research: Beside the (Moral) Point?, Journal of Public Administration Research and Theory: J-PART

Joseph, Anthony A. 2008. Public Corruption: The Government's Expansive View in Pursuit of Local and State Officials. Cumberland Law Review

Josephs, Hilary K. 2000. The Upright and the Low-Down: An Examination of Official Corruption in the United States and the People's Republic of China. Syracuse Journal of International Law & Commerce

Joutsen, Matti & Adam Graycar. 2012. When Experts and Diplomats Agree: Negotiating Peer Review of the UN Convention Against Corruption. Global Governance

Joutsen, Matti. 2012. "The United Nations Convention Against Corruption", in Adam Graycar & Russell G. Smith eds., Handbook of Global Research and Practice in Corruption

Judge, William Q., D. Brian McNatt & Weichu Xu. 2011. The Antecedents and Effects of National Corruption: A Meta-Analysis. Journal of World Business

Jun, Daniel Y. 1996. Bribery Among the Korean Elite: Putting an End to a Cultural Ritual and Restoring Honor. Vanderbilt Journal of Transnational Law.

Jun, Daniel Y. 2000. The Foreign Corrupt Practices Act and Structural Corruption. Boston University International Law Journal

June, Raymond, Afroza Chowdhury, Nathaniel Heller & Jonathan Werve. 2008. A User's Guide to Measuring Corruption. (Oslo: UNDP Oslo Governance Center).

Justesen, Mogens K. & Christian Bjornskov. 2014. Exploiting the Poor: Bureaucratic Corruption and Poverty in Africa. World Development

Justesen, Mogens K. 2014. Exploiting the Poor: Bureaucratic Corruption and Poverty in Africa. World Development

Kacapyr, E. 2001. Business as Usual: Corruption and Business Activity. Journal of Social, Political, and Economic Studies

Kaczmarek, Sarah C. & Abraham L. Newman. 2011. The Long Arm of the Law: Extraterritoriality and the National Implementation of Foreign Bribery Legislation. International Organization

Kahan, Daniel M. 1998. Social Meaning and the Economic Analysis of Crime. Journal of Legal Studies .

Kahana, Nava & Qijun Liu. 2010. Endemic Corruption. European Journal of Political Economy

Kahn, E.M. et al. 2001. Performance-Based Wages in Tax Collection: The Brazilian Tax Collection Reform and Its Effects. Economic Journal

Kaikati, Jack G., G.M. Sullivan, J.M. Virgo, T.R. Carr & K.S. Virgo. 2000. The Price of International Business Morality: Twenty Years Under the Foreign Corrupt Practices Act. Journal of Business Ethics

Kam, Christopher. 2007. "Four Lessons about Corruption from Victorian Britain."

Kaminski, A. 1997. Corruption Under the Post-Communist Transformation. Policy Sociology Review

Kaminski, Antoni. 1989. Coercion, Corruption, and Reform: State and Society in the Soviet-Type Socialist Regimes. Journal of Theoretical Politics

Kang, D.C. 2003. Transaction Costs and Crony Capitalism in East Asia. Comparative Politics.

Kang, David C. 2002. Bad Loans to Good Friends: Money Politics and the Developmental State in South Korea. International Organization

Kang, David C. 2002. Crony Capitalism. Cambridge University Press.

Kang, E.T. & B.D. Frey. 2014. The FCPA and the Financial Industry: Understanding and Mitigating Risk. Journal of Taxation & Regulation of Financial Institutions 27(5): 37-44.

Kanol, Direnc. 2015. Pluralism, Corporatism and Perception of Corruption. Journal of Public Affairs

Karahan, G., R.M. Coates & W.F. Shughart II. 2006. Corrupt Political Jurisdictions and Voter Participation. Public Choice

Karalashvili, Nona, Aart Kraay & Peter Murrell. 2015. Doing the Survey Two-Step: The Effects of Reticence on Estimates of Corruption in Two-Stage Survey Questions. World Bank Policy Research Working Paper 7276.

Karhunen, Paivi & Riitta Kosonen. 2013. Strategic Responses of Foreign Subsidiaries to Host Country Corruption: The Case of Finnish Firms in Russia. Critical Perspectives on International Business

Karhunen, Paivi & Svetlana Ledyaeva. 2012. Corruption Distance, Anti-Corruption Laws and International Ownership Strategies in Russia. Journal of International Management

Karim, Sabrina. 2011. Madame Officer. Americas Quarterly 5(3): Karklins, Rasma. 2002. Typology of Post-Communist Corruption. Problems of Post-Communism

Karklins, Rasma. 2005. The System Made Me Do It: Corruption in Post-Communist Societies. (Armonk, NY: M.E. Sharpe).

Karl, Terry Lynn. 1997. The Paradox of Plenty: Oil Booms and Petro-States (Berkeley, CA: University of California Press).

Karpaty, Patrik & Patrik Gustavsson Tingvall. 2015. Service Offshoring and Corruption: Do Firms Escape Corrupt Countries? Journal of Industry Competition & Trade (forthcoming).

Karpoff, Jonathan M., D. Scott Lee & Gerald S. Martin. 2014. The Economics of Foreign Bribery: Evidence from FCPA Enforcement Actions. Working paper.

Karpoff, Jonathan M., D. Scott Lee & Valaria P. Vendrzyk. 1999. Defense Procurement Fraud, Penalties, and Contractor Influence. Journal of Political Economy

Kartal, Mart & Jon Pevehouse. 2014. International Institutions and the Rule of Law: The Case of National Corruption. Working paper.

Kartal, Mert. 2014. Accounting for the Bad Apples: The EU's Impact on National Corruption Before and After Accession. Journal of European Public Policy

Kartal, Mert. 2014. The EU's Impact on National Corruption in Central and Eastern Europe: A Qualitative Comparative Analysis. Working paper.

Kartmer, Jennifer & Carolyn M. Warner. 2015. Multi-Nationals and Corruption Systems: The Case of Siemens. Working paper.

Kashem, M.B. 2005. "The Social Organization of Police Corruption: The Case of Bangladesh", in Rick Sarre, Dilip K. Das & H.J. Albrecht eds., Policing Corruption: International Perspectives (Lexington Books), pp. 237-246.

Kato, A. & T. Sato. 2015. Greasing the Wheels? The Effect of Corruption in Regulated Manufacturing Sectors of India. Canadian Journal of Development Studies.

Kato, Atsushi & Takahiro Sato. 2014. The Effect of Corruption on the Manufacturing Sector in India. Economics of Governance

Katou, A.A. 2014. The Relationship Between Corrupt Practices and Organisational Performance: An Empirical Investigation. International Journal of Business Governance & Ethics

Katsios, Stavros. 2006. The Shadow Economy and Corruption in Greece. South-Eastern Europe Journal of Economics

Kauder, B. & N. Potrafke. 2015. Just Hire Your Spouse! Evidence from a Political Scandal in Bavaria. European Journal of Political Economy

Kauder, Bjorn & Niklas Potrafke. 2014. Just Hire Your Spouse: Empirical Evidence from a New Type of Political Favoritism. Working paper.

Kaufmann, D. & A. Kraay. 2002. Growth without Governance. Economia

Kaufmann, D. & P. Vicente. 2011. Legal Corruption. Economics & Politics

Kaufmann, D. 2015. Corruption Matters. Finance & Development

Kaufmann, Daniel & Cheryl Grey. 1998. Corruption and Development, Finance and Development,

Kaufmann, Daniel & Paul Siegelbaum. 1997. Privatization and Corruption in Transition Economies. Journal of International Affairs

Kaufmann, Daniel & Shang-Jin Wei. 2000. "Does 'Grease Money' Speed Up the Wheels of Commerce?" IMF Working Papers 00/64. Washington, D.C.: International Monetary Fund.

Kaufmann, Daniel, Aart Kraay & Massimo Mastruzzi. 2004. Governance Matters III: Governance Indicators for 1996, 1998, 2000, and 2002. World Bank Economic Review

Kaufmann, Daniel, Aart Kraay & Massimo Mastruzzi. 2006. "Measuring Governance Using Perceptions Data," in Susan Rose-Ackerman ed., International Handbook of Economic Corruption (Northampton, England: Edward Elgar)

Kaufmann, Daniel, Aart Kraay & Massimo Mastruzzi. 2007. Growth and Governance: A Reply. Journal of Politics

Kaufmann, Daniel, Aart Kraay & Massimo Mastruzzi. 2007. The Worldwide Governance Indicators Project: Answering the Critics. World Bank Policy Research Working Paper 4149.

Kaufmann, Daniel, Aart Kraay & Massimo Mastruzzi. 2010. The Worldwide Governance Indicators: Methodology and Analytical Issues. (Unpublished working paper).

Kaufmann, Daniel, Gil Mehrez & Tugrul Gurgur. 2002. Voice or Public Sector Management? An Empirical Investigation of Determinants of Public Sector Performance Based on a Survey of Public Officials. Working paper.

Kaufmann, Daniel, Judith Montoriol-Garriga & Francesca Recanatini. 2008. How Does Bribery Affect Public Service Delivery? Micro-Evidence from Service Users and Public Officials in Peru. World Bank Policy Research Working Paper 4492.

Kaufmann, Daniel. 1997. Corruption: The Facts, Foreign Policy, No. 107 (Summer)

Kaufmann, Daniel. 1999. "Anticorruption Strategies: Starting Afresh? Unconventional Lessons from Comparative Analysis', in R. Stapenhurst & S.J. Kpundeh eds., Curbing Corruption: Towards a Model for Building National Integrity (Washington, D.C.: World Bank)

Keefer, Philip & Razvan Vlaicu. 2008. Democracy, Credibility, and Clientalism. Journal of Law, Economics & Organization

Keefer, Philip & Stephen Knack. 2007. Boondoggles, Rent-Seeking, and Political Checks and Balances: Public Investment Under Unaccountable Governments. Review of Economics & Statistics

Keefer, Philip & Stuti Khemani. 2005. Democracy, Public Expenditures, and the Poor: Understanding Political Incentives for Providing Public Services. World Bank Research Observer

Keefer, Philip & Stuti Khemani. 2011. Mass Media and Public Services: The Effects of Radio Access on Public Education in Benin. World Bank Policy Research Working Paper 5559.

Keefer, Philip & Stuti Khemani. 2012. Do Informed Citizens Receive More or Pay More? The Impact of Radio on the Government Distribution of Public Health Benefits. World Bank Policy Research Working Paper 5952.

Keefer, Philip. 2007. Clientalism, Credibility and the Policy Choices of Young Democracies. American Journal of Political Science

Keefer, Philip. 2011. Collective Action, Political Parties, and Pro-Development Public Policy. Asian Development Review

Keenan, Patrick J. 2009. Curse or Cure? China, Africa, and the Effects of Unconditioned Wealth. Berkeley Journal of International Law

Keig, D.L., L.E. Brouthers & V.B. Marshall. 2015. Formal and Informal Corruption Environments and Multinational Enterprise Social Irresponsibility. Journal of Management Studies

Keiser, R. 2015. Urban Regime Change: A Silver Lining for Scandals. Urban Affairs Review

Kelley, Thomas. 2012. Corruption as Institution among Small Businesses in Africa.

Florida Journal of International Law

Kelman, Steven. 2002. Remaking Federal Procurement. Public Contract Law Journal

Kelsall, T. 2011. Rethinking the Relationship between Neo-Patrimonialism and Economic Development in Africa. IDS Bulletin 42(2):

234

Kempf, R. 2015. Crafting Accountability Policy: Designing Offices of Inspector General.Policy & Society 34(2):.

Kennedy, David & Dan Danielsen. 2011. Busting Bribery: Sustaining the Global Momentum of the Foreign Corrupt Practices Act (New York: Open Society Foundation).

Kennedy, David. 1999. The International Anti-Corruption Campaign. Connecticut Journal of International Law

Kennedy, R. & L. Tiede. 2013. Economic Development Assumptions and the Elusive Curse of Oil. International Studies Quarterly

Kenny, C. 2009. Measuring and Reducing Corruption in Infrastructure: Evidence from Transition and Developing Countries. Journal of Development Studies

Kenny, Charles & Maria Musatova. 2011. "'Red Flags of Corruption' in World Bank Projects: An Analysis of Infrastructure Projects", in Susan Rose-Ackerman & Tina Soreide, eds., International Handbook on the Economics of Corruption, Vol. II. (Edward Elgar Publishing).

Kenny, Charles & Tina Soreide. 2008. Grand Corruption in Utilities. World Bank Policy Research Working Paper 4805.

Kenny, Charles, Michael Klein & Monkia Sztajerowska. 2011. A Trio of Perspectives on Corruption, Bias, Speed Money and "Grand Theft Infrastructure". World Bank Policy Research Working Paper 5889.

Kenny, Charles. 2006. Measuring and Reducing the Impact of Corruption in Infrastructure. World Bank Policy Research Working Paper 4099.

Kenny, Charles. 2009. Is There an Anticorruption Agenda in Utilities? Utilities Policy 17(2): 156-165.

Kenny, P.D. 2015. The Origins of Patronage Politics: State Building, Centrifugalism, and Decolonization. British Journal of Political Science

Kessing, S.G., K.A. Konrad & C. Kotsogiannis. 2007. Foreign Direct Investment and the Dark Side of Decentralization. Economic Policy

Ketkar, K.W., A. Murtuza & S.L. Ketkar. 2005. Impact of Corruption on Foreign Direct Investment and Tax Revenues. Journal of Public Budgeting, Accounting & Financial Management

Khachatryan, E., S. Kube & B. Vollan. 2015. Mitigating Extortive Corruption?

Experimental Evidence. Jahrbucher Fur Nationalokonomie Und Statistik

Khair, A., R. Haniffa, M. Hudaib & M. Adb Karim. 2015. Personalisation of Power, Neoliberalism and the Production of Corruption. Accounting Forum

Khakbaz-Poor, N. & S. Zarandi. 2015. The Effect of Electronic Government on the Administrative Corruption of Employees with an Emphasis on Administrative Violations.

International Review of Management & Business Research

Khalil, Fahad & Jacques Lawarrée. 2006. Incentives for Corruptible Auditors in the Absence of Commitment. Journal of Industrial Economics

Khalil, Fahad, Jacques Lawarree & Sungho Yun. 2009. Bribery versus Extortion: Allowing the Lesser of Two Evils. RAND Journal of Economics

Khan, Adnan Q., Asim I. Khwaja & Benjamin A. Olken. 2015. Tax Farming Redux: Experimental Evidence on Performanc Pay for Tax Collectors. Working paper.

Khan, M. 2001. "The New Political Economy of Corruption", in B. Fine, C. Lapavistas & J. Pincus eds., Development Policy in the Twenty-First Century: Beyond the Washington Consensus (London: Routeledge).

Khan, M.H. & K.S. Jomo. 2000. Rents, Rent-Seeking and Economic Development: Theory and Evidence in Asia (New York: Cambridge University Press).

Khan, M.H. 2012. Governance during Social Transformations: Challenges for Africa. New Political Economy

Khan, Mohammad Mohabbat. 2003. Political and Administrative Corruption: Concepts, Comparative Experiences and the Bangladesh Case. Asian Affairs 25(1): 5-33.

Khan, Mushtaq H. 1998. "The Role of Civil Society and Patron-Client Networks in the Analysis of Corruption", in Corruption and Integrity Improvement Initiatives in Developing Countries (New York: UNDP).

Khan, Mustaq H. 1996. The Efficiency Implications of Corruption. Journal of International Development

Khan, Mustaq H. 1998. Patron-Client Networks and the Economic Effects of Corruption in Asia. European Journal of Development Research

Khan, Mustaq H. 2004. "Corruption, Governance and Economic Development", in K.S.

Jomo & Ben Fine eds., The New Development Economics (London: Zed Press).

Khandekar, Aalok & Deepa S. Reddy. 2015. An Indian Summer: Corruption, Class, and the Lokpal Protests. Journal of Consumer Culture

Khandker, Abeer 2015. The Effect of Economic Freedom on Corruption: The Case of South Asian Countries. International Journal of Economics & Business Research

Khemani, Melissa. 2009. Anti-Corruption Commissions in the African State: Burying the Problem or Addressing the Issue? Working paper.

Khemani, Melissa. 2009. The Role of Anti-Corruption Commissions in Changing Cultural Attitudes toward Corruption and the Rule of Law. Working paper.

Khemani, Stuti, Phil Keefer, Rafael Martinez & Ritva Reinikka. 2007. Does Delegation of Fiscal Policy to an Independent Agency Make a Difference? Evidence from Intergovernmental Transfers in India. Journal of Development Economics

Khemani, Stuti. 2007. "Can Information Campaigns Overcome Political Obstacles to Serving the Poor?" in Shanta Devearajan & Ingrid Widlund eds., The Politics of Public Service Delivery in Democracies: Better Access for the Poor (Ministry of Foreign Affairs, Sweden).

Khemani, Stuti. 2007. Local Government Accountability for Health Service Delivery in Nigeria. Journal of African Economics

Khemani, Stuti. 2010. Political Capture of Decentralization: Vote-Buying through Grants-Financed Local Jurisdictions. World Bank Policy Research Working Paper WPS

Khemani, Stuti. 2013. Buying Votes vs. Supplying Public Services: Political Incentives to Under-Invest in Pro-Poor Policies. World Bank Policy Research Working Paper WPS

Khera, R. 2011. India's Public Distribution System: Utilisation and Impact. Journal of Development Studie

Khera, Reetika. 2011. Trends in Division of PDS Grain. Working paper.

Khojastehpour, M. 2015. How Does Corproate Social Responsibility Avoid the Incidence of Corruption in International Expansion? European Business Review

Khumawala, S. & L. Ramchand. 2005. Country Level Corruption and Frequency of Issue in the U.S. Market. Journal of Public Budgeting, Accounting & Financial Management

Khwaja, Asim Ijaz & Atif Mian. 2011. Rent Seeking and Corruption in Financial Markets. Annual Review of Economic

Khwaja, Asim Ijaz. & Atif Mian. 2005. Do Lenders Favor Politically Connected Firms? Rent Provision in an Emerging Financial Market. Quarterly Journal of Economics

Khwaja, Asim Ijaz. 2009. Can Good Projects Succeed in Bad Communities? Journal of Public Economics

Killingsworth, J.R., N. Hossain, Y Hendrick-Wong, S.D. Thomas, A. Rahman & T. Begnum. 1999. Unofficial Fees in Bangladesh: Price, Equity, and Institutional Issues. Health Policy & Planning

Kim, C.K. 2007. A Cross-National Analysis of Global E-Government. Public Organization Review

Kim, Chon-Kyun. 2014. Anti-Corruption Initiatives and E-Government: A Cross-National Study. Public Organization Review

Kim, Hun Joon & J.C. Sharman. 2014. Accounts and Accountability: Corruption, Human Rights and Individual Accountability Norms. International Organization

Kim, Jong Bum. 2000. Korean Implementation of the OECD Bribery Convention: Implications for Global Efforts to Fight Corruption. UCLA Pacific Basin Law Journal

Kim, Joongi & Jong Bum Kim. 1999. Cultural Differences in the Crusade Against International Bribery: Rice-Cake Expenses in Korea and the Foreign Corrupt Practices Act. Pacific Rim Law & Policy Journal

Kim, Pan Suk. 2007. Building National Integrity Through Corruption Eradication in South Korea. International Public Management Review

Kim, Seongcheol, Hyun Jeong Kim & Heejin Lee et al. 2009. An Institutional Analysis of an E-Government System for Anti-Corruption: The Case of OPEN. Government Information Quarterly

Kimbro, M.B. 2002. A Cross-Country Empirical Investigation of Corruption and Its Relationship to Economic, Cultural, and Monitoring Institutions: An Examination of the Role of Accounting and Financial Statements Quality. Journal of Accounting, Auditing & Finance

Kingston, Christopher. 2007. Parochial Corruption. Journal of Economic Behavior & Organization

Kingston, Christopher. 2008. Social Structure and Cultures of Corruption. Journal of Economic Behavior & Organization

Kinley, David. 2014. A New Human Right to Freedom from Corruption. Sydney Law School Research Paper No. 14/12.

Kinnear, James W. 1995. The Ethics of International Business: Foreign Policy and Economic Sanctions. Vital Speeches

Kiselev, Eugene. 2012. Bribe-Taking and Bureaucratic Competition: A Search Cost Model of Corruption. Working paper.

Kishore, A. & S. Chakrabarti. 2015. Is More Inclusive More Effective? The "New Style" Public Distribution System in India. Food Policy

Kis-Katos, Krisztina & Guenther G. Schulze. 2013. Corruption in Southeast Asia: A Survey of Recent Research. Asian-Pacific Economic Literature

Kisubi, M. 1999. Involving Civil Society in the Fight Against Corruption, in R. Stepenhurst & S.J. Kpundeh eds., Curbing Corruption: Toward a Model for Building National Integrity (Washington, D.C.: World Bank)

Kjaer, A. 2004. Old Brooms Can Sweep Too! An Overview of Rulers and Public Sector Reform in Uganda, Tanzania and Kenya. Journal of Modern African Studies

Kjellberg, Francesco. 1992. Corruption as an Analytical Problem: Some Notes on Research in Public Corruption. Indian Journal of Social & Administrative Science

Kjellberg, Francesco. 1995. Conflict of Interest, Corruption or (Simply) Scandals? The "Oslo Case" 1989-1991. Crime, Law & Social Change

Klasnja, M. 2015. Corruption and the Incumbency Advantage: Theory and Evidence. Journal of Politics

Klasnja, Marko, Joshua Tucker & Kevin Deegan-Krause. 2012. Pocketbook v. Sociotropic Corruption Voting..

Klasnja, Marko. 2011. Why Do Malfeasant Politicians Maintain Public Support? Testing the "Uninformed Voter" Argument. (Working paper).

Klaw, Bruce W. 2012. A New Strategy for Preventing Bribery and Extortion in International Business Transactions. Harvard Journal on Legislation

Kleiman, Mark & Beau Kilmer. 2009. The Dynamics of Deterrence. Proceedings of the National Academy of Sciences of the United States.

Klein Haarhuis, Carolien M. & Frans L. Leeuw. 2004. Fighting Governmental Corruption: The New World Bank Programme Evaluated. Journal of International Development.

Klein Haarhuis, Carolien M. & Rene Torenvlied. 2006. Dimensions and Alignments in the African Anti-Corruption Debate. Acta Politica

Klein Haarhuis, Carolien Maria. 2005. Promoting Anti-Corruption Reforms: Evaluating the Implementation of a World Bank Anti-Corruption Program in Seven African Countries

Klein, Charles B. 1999. What Exactly Is an Unlawful Gratuity After United States v. Sun-Diamond Growers? George Washington Law Review

Kleinberg, Jeffrey. 2014. The Dynamics of Corruptogenic Organizations. International Journal of Group Psychotherapy.

Kleven, Henrik J., Martin B. Knudsen, Claus T. Kreiner, Soren Pederkuris. 2010.

Unwilling or Unable to Cheat? Evidence from a Randomized Tax Audit Experiment in Denmark. (working paper)

Klich, Agnieszka. 1996. Bribery in Economies in Transition: The Foreign Corrupt Practices Act. Stanford Journal of International Law

Klitgaard, R., J. Fedderke & K. Akramov. 2005. "Choosing and Using Performance Criteria", in R. Klitgaard & P. Light eds., High Performance Government: Structure, Leadership, Incentives (Santa Monica, CA: Rand Corporation).

Klitgaard, Robert 1988. Controlling Corruption. Berkeley, Calif.: Univ. of California Press.

Klitgaard, Robert et al. 2000. Corrupt Cities: A Practical Guide to Cure and Prevention.Oakland: Institute for Contemporary Studies.

Klitgaard, Robert. 1997. Cleaning Up and Invigorating the Civil Service. Public Administration & Development

Klitgaard, Robert. 2006. Subverting Corruption. Global Crime

Klitgaard, Robert. 2011. Fighting Corruption. CESifo DICE Report

Klochko, M. & P. Ordeshook. 2003. Corruption, Cooperation and Endogenous Time Discount Rates. Public Choice

Klockars, C.B., S.K. Ivkovich, W.E. Harver & M.R. Haberfeld. 2005. The Measurement of Police Integrity. (Washington, DC: National Institute of Justice).

Klomp, Jeroen & Jakob de Haan. 2008. Effects of Governance on Health: A Cross-National Analysis of 101 Countries. Kyklos

Klugman, Jeffry. 1986. The Psychology of Soviet Corruption, Indiscipline, and Resistance to Reform. Political Psychology

Knack, Stephen & Aminur Rahman. 2007. Donor Fragmentation and Bureaucratic Quality in Aid Recipients. Journal of Development Economics

Knack, Stephen & Omar Azfar. 2003. Trade Intensity, Country Size and Corruption. Economics of Governance

Knack, Stephen. 2001. Aid Dependence and the Quality of Governance: Cross-Country Empirical Tests. Southern Economic Journal

Knack, Stephen. 2004. Does Foreign Aid Promote Democracy? International Studies Quarterly 48(1): 251-266.

Knack, Stephen. 2007. Measuring Corruption: A Critique of Indicators in Eastern Europe and Central Asia. Journal of Public Policy

Knack, Steven. 2009. Sovereign Rents and Quality of Tax Policy and Administration. Journal of Comparative Economics

Knox, Colin. 2009. Dealing with Sectoral Corruption in Bangladesh: Developing Citizen Involvement. Public Administration & Development

Ko, E., Y. Su & C. Yu. 2015. Sibling Rivalry among Anti-Corruption Agencies in Taiwan. Asian Education & Development Studies

Ko, Kilkon & Anaya Samajdar. 2010. Evaluation of International Corruption Indexes: Should We Believe Them or Not? Social Science Journal

Kobis, N. J. Prooijen, F. Righetti & A. Lange. 2015. "Who Doesn't?"—The Impact of Descriptive Norms on Corruption.

Koch, Rebecca. 2005. The Foreign Corrupt Practices Act: It's Time to Cut Back the Grease and Add Some Guidance. Boston College International & Comparative Law Review

Kochan, Nick & Robin Goodyear. 2011. Corruption: The Corporate Challenge. London: Palgrave.

Kock, Ned & Lebrian Gaskins. 2014. The Mediating Role of Voice and Accountability in the Relationship between Internet Diffusion and Government Corruption in Latin America and Sub-Saharan Africa. Information Technology for Development

Koechlin, Lucy. 2013. Corruption as an Empty Signifier: Politics and Political Order in Africa. Leiden: Koninklijke Brill.

Koehler, Mike. 2007. The Unique FCPA Compliance Challenges of Doing Business in China. Wisconsin International Law Journal

Koehler, Mike. 2010. The Façade of FCPA Enforcement. Georgetown Journal of International Law.

Koehler, Mike. 2010. The FCPA, Foreign Agents, and Lessons from the Halliburton Enforcement Action. Ohio Northern University Law Review

Koehler, Mike. 2010. The Foreign Corrupt Practices Act in the Ultimate Year of its Decade of Resurgence. Indiana Law Review

Koehler, Mike. 2011. Big, Bold, and Bizarre: The Foreign Corrupt Practices Act Enters a New Era. University of Toledo Law Review

Koehler, Mike. 2012. Revisiting a Foreign Corrupt Practices Act Compliance Defense.Wisconsin Law Review 2012

Koehler, Mike. 2012. The Foreign Corrupt Practices Act Under the Microscope. University of Pennsylvania Journal of Business Law

Koehler, Mike. 2012. The Story of the Foreign Corrupt Practices Act. Ohio State Law Journal

Koehler, Mike. 2013. An Examination of Foreign Corrupt Practices Act Issues. Richmond Journal of Global Law & Business.

Koehler, Mike. 2015. A Snapshot of the Foreign Corrupt Practices Act. Santa Clara Journal of International Law

Koehler, Mike. 2015. The Uncomfortable Truths and Double Standards of Bribery Enforcement. Fordham Law Review .

Koessler, F. & A. Lambert-Mogiliansky. 2014. Extortion and Political-Risk Insurance. Journal of Public Economics

Koessler, Frederic & Ariane Lambert-Mogiliansky. 2013. Committing to Transparency to Resist Corruption. Journal of Development Economics

Kofele-Kale, Ndiva. 1995. Patrimonicide: The International Economic Crime of Indigenous Spoliation. Vanderbilt Journal of Transnational Law

Kofele-Kale, Ndiva. 2000. The Right to a Corruption-Free Society as an Individual and Collective Human Right: Elevating Official Corruption to a Crime under International Law. International Lawyer.

Kofele-Kale, Ndiva. 2006. Change or the Illusion of Change: The War Against Official Corruption in Africa. George Washington International Law Review

Kofele-Kale, Ndiva. 2006. Presumed Guilty: Balancing Competing Rights and Interests in Combating Economic Crimes. International Law 40: 909-944.

Kolenda, Helena. 1990. One Party, Two Systems: Corruption in the People's Republic of China and Attempts to Control It. Journal of Chinese Law

Kolstad, Ivar & Arne Wiig. 2009. Is Transparency the Key to Reducing Corruption in Resource-Rich Countries? World Development

Kolstad, Ivar & Arne Wiig. 2011. Does Democracy Reduce Corruption? CMI Working Paper 4.

Kolstad, Ivar & Odd-Helge Fjeldstad. 2006. Fiscal Decentralisation and Corruption – A Brief Overview of the Issues. (Bergen: Chr. Michelsen Institute, U4 Issue 2006: 3).

Kolstad, Ivar & Tina Soreide. 2009. Corruption in Natural Resource Management: Implications for Policy Makers. Resources Policy

Kolstad, Ivar. 2009. The Resource Curse: Which Institutions Matter? Applied Economics Letters

Komalasari, K. & D. Saripudin. 2015. Integration of Anti-Corruption Education in School's Activities. American Journal of Applied Sciences

Kong, D.T. 2014. An Economic-Genetic Theory of Corporate Corruption Across Cultures: An Interactive Effect of Wealth and the 5HTTLPR-SS/SL Frequency on Corporate Corruption Mediated by Cultural Endorsement of Self-Protective Leadership. Personality & Individual Differences

Konrad, K.A. & S. Skaperdas. 1997. Credible Threats in Extortion. Journal of Economic Behavior & Organization

Konrad, K.A. & S. Skaperdas. 1998. Extortion. Economica

Konstantinidis, Iannis & Georgios Xezonakis. 2013. Sources of Tolerance towards Corrupted Politicians in Greece: The Role of Trade Offs and Individual Benefits. Crime, Law & Social Change

Kornai, Janos. 2000. Hidden in an Envelope: Gratitude Payments to Medical Doctors in Hungary..

Kosack, Stephen & Jennifer Tobin. 2006. Funding Self-Sustaining Development: The Role of Aid, FDI and Government in Economic Success. International Organization

Kosals, L. & A. Maksimova. 2015. Informality, Crime and Corruption in Russia: A Review of Recent Literature. Theoretical Criminology

Kostadinova, Tatiana. 2009. Abstain or Rebel: Corruption Perceptions and Voting in East European Elections. Politics & Policy

Kotera, G., K. Okada & S. Samreth. 2012. Government Size, Democracy, and Corruption: An Empirical Investigation. Economic Modelling

Kotowski, M. & S. Rachmilevitch. 2014. Bribing in First-Price Auctions. Games & Economic Behavior

Kotz, H.D. & S. Mangiero. 2014. Avoiding FCPA Liability by Tightening Internal Controls: Considerations for Institutional Investors and Corporate Counsel. Working paper.

Kotzian, P. 2014. Good Governance and Norms of Citizenship: An Investigation into the System- and Individual-Level Determinants of Attachment to Civic Norms. American Journal of Economics & Sociology

Koyuncu, C. & R. Yilmaz. 2009. The Impact of Corruption on Deforestation: Cross-Country Evidence. Journal of Developing Areas

Kpundeh, S. 2004. "Process Interventions versus Structural Reforms: Institutionalizing Anticorruption Reforms in Africa," in Building State Capacity in Africa: New Approaches

Kpundeh, Sahr J. 1998. "Political Will in Fighting Corruption," in Sahr J. Kpundeh & Irene Hors eds., Corruption and Integrity Improvement Initiatives in Developing Countries (Paris: UNDP/OECD)

Kpundeh, Sahr John. 1995. Politics and Corruption in Africa: A Case Study of Sierra Leone.

Kraay, Aart & Peter Murrell. 2013. Misunderestimating Corruption. World Bank Policy Research Working Paper 6488.

Krajcova, Jana & Andreas Ortmann. 2008. Testing Leniency Programs Experimentally: The Impact of "Natural" Framing. CERGE-EI Working Paper No. 372.

Krajcova, Jana. 2008. Testing Leniency Programs Experimentally: The Impact of a Change in Parameterization. CERGE-EI Working Paper No. 370.

Krajcova, Jana. 2010. On the Hidden Costs of Monitoring Corruption or Effort. Working Paper.

Krambia-Kapardias, M. 2014. Perception of Political Corruption as a Function of Legislation. Journal of Financial Crime

Kramer, John. 1998. The Politics of Corruption. Current History

Krastev, Ivan & Gregory Ganev. 2003. Do Uncorrupt Governments in Corrupt Countries Have Incentives to Launch Anticorruption Campaigns? East European Constitutional Review

Krastev, Ivan. 2004. "The Missing Incentive: Corruption, Anticorruption, and Reelection", in Janos Kornai & Susan Rose-Ackerman eds., Building a Trustworthy State in Transition. (Palgrave Macmillan)

Krause, Stefen & Fabio Mendez. 2009. Corruption and Elections: An Empirical Study for a Cross-Section of Countries. Economics & Politics

Krawiec, Kimberly D. 2003. Cosmetic Compliance and the Failure of Negotiated Governance. Washington University Law Quarterly .

Kreindler, Richard. 2011. "Legal Consequences of Corruption in International Investment Arbitration: An Old Challenge with New Answers", in Laurent Levy & Yves Derains eds., Liber Amicorum en l'honneur de Serge Lazareff (Paris: Editions Pedone)

Kress, Laura E. 2009. How the Sarbanes-Oxley Act has Knocked the "SOX" of the DOJ and SEC and Kept the FCPA on Its Feet. University of Pittsburg Journal of Technology, Law & Policy

Krever, Tor. 2007. Curbing Corruption? The Efficacy of the Foreign Corrupt Practices Act. North Carolina Journal of International Law & Commercial Regulation

Kriendler, Richard. 2010. "Corruption in International Investment Arbitration: Jurisdiction and the Unclean Hands Doctrine", in Kaj Holber et al. eds., Between East and West: Essays in Honor of Ulf Franke.

Krishnan, S., T.S.H. Teo & V.K.G. Lim. 2013. Examining the Relationships Among e-Government Maturity, Corruption, Economic Prsperity and Environmental Degradation: A Cross-Country Analysis. Information & Management

Kristiansen, Stein & Muhid Ramli. 2006. Buying an Income: The Market for Civil Service Positions in Indonesia. Contemporary Southeast Asia: Journal of International & Strategic Affairs

Kristiansen, Stein & Pratikno. 2006. Decentralising Education in Indonesia. International Journal of Educational Development

Krueger, Ann. 1974. The Political Economy of the Rent-Seeking Society. American Economic Review

Kruk, M.S., G. Mbaruku, P.C. Rockers & S. Galea. 2008. User Fee Exemptions Are Not Enough: Out of Pocket Paymkents for "Free" Delivery Services in Rural Tanzania. Tropical Medicine & International Health .

Kselman, Daniel. 2011. "Electoral Institutions and Poltical Corruption: Ballot Structure, Electoral Formula, and Graft", in Norman Schofield ed., Political Economy of Institutions, Democracy, and Voting (London: Springer)

Kubiciel, Michael. 2009. Core Criminal Law Provisions in the United Nations Convention Against Corruption. International Criminal Law Review

Kugler, Maurice, Thierry Verdier & Yves Zenou. 2005. Organized Crime, Corruption and Punishment. Journal of Public Economics

Kukhianidze, Alexandre. 2009. Corruption and Organized Crime Before and After the Rose Revolution. Central Asian Survey

Kulkarni, Sagar A. 2013. Enforcing Anti-Corruption Measures Through International Investment Arbitration. Transnational Dispute Management

Kumar, C. Raj. 2003. Corruption and Human Rights: Promoting Transparency in Governance and the Fundamental Right to Corruption-Free Service in India. Columbia Journal of Asian Law

Kumar, C. Raj. 2004. Corruption in Japan—Institutionalizing the Right to Information, Transparency, and the Right to Corruption Free Governance. New England Journal of International & Compartive Law

Kumar, C. Raj. 2004. Human Rights Approaches of Corruption Control Mechanisms: Enhancing the Hong Kong Experince of Corruption Prevention Strategies. San Diego International Law Journal

Kumar, C. Raj. 2005. Corruption, Human Rights, and Development: Sovereignty and State Capacity to Promote Good Governance. American Society of International Law Proceedings

Kumar, C. Raj. 2008. Corruption, Development and Good Governance: Challenges for Promoting Access to Justice in Asia. Michigan State Journal of International Law

Kumar, C. Raj. 2011. Corruption and Human Rights in India: Comparative Perspectives on Transparency and Good Governance (Oxford University Press).

Kumar, C. Raj. 2012. Challenges of Corruption and Good Governance: A Human Rights Perspective. Jindal Journal of Public Policy

Kumar, R. & M. Best. 2006. Impact and Sustainability of E-Government Services in Developing Countries: Lessons Learned from Tamil Nadu, India. The Information Society

Kumlin, Staffan & Peter Esaiasson. 2012. Scandal Fatigue? Scandal, Elections and Satisfaction with Democracy in Western Europe, 1977-2007. British Journal of Political Science.

Kuncoro, Ari. 2002. The New Laws of Decentralization and Corruption in Indonesia: Examination of Provincial and District Data. Working Paper.

Kuncoro, Ari. 2004. Bribery in Indonesia: Some Evidence from Micro-Level Data. Bulletin of Indonesian Economic Studies

Kunicová, Jana & Susan Rose-Ackerman. 2005. Electoral Rules and Constitutional Structures as Constraints on Corruption. British Journal of Political Science

Kunicova, Jana. 2013. "The Role of the World Bank in Promoting Good Governance and Anti-Corruption Reforms: A View from the Europe and Central Asia Region", in Susan Rose-Ackerman & Paul D. Carrington eds., Anti-Corruption Policy: Can International Actors Play a Constructive Role? (Durham: Carolina Academic Press)

Kupatadze, A. 2015. Political Corruption in Eurasia: Understanding Collusion Between States, Organized Crime and Business. Theoretical Criminology 19(2): 198-215.

Kurer, Oskar. 1993. Clientelism, Corruption, and the Allocation of Resources. Public Choice

Kurer, Oskar. 2001. "Why Do Voters Support Corrupt Politicians?", in Arvind K. Jain ed., The Political Economy of Corruption (New York: Routledge)

Kurer, Oskar. 2005. Corruption: An Alternative Approach to Definition and Measurement. Political Studies .

Kurer, Oskar. 2015. "Definitions of Corruption" , in Paul M. Heywood ed., The Routledge Handbook of Political Corruption (New York: Routledge)

Kuris, Gabriel. 2012. "Inviting a Tiger into Your Home": Indonesia Creates an Anti-Corruption Commission with Teeth, 2002-2007. Innovations for Successful Societies, Princeton University.

Kuris, Gabriel. 2012. Balancing Responsibilities: Evolution of Lithuania's Anti-Corruption Agency, 1997-2007. Innovations for Successful Societies, Princeton University.

Kuris, Gabriel. 2012. Holding the High Ground with Public Support: Indonesia's Anti-Corruption Commission Digs In, 2007-2011. Innovations for Successful Societies, Princeton University.

Kuris, Gabriel. 2012. Surmounting State Capture: Latvia's Anti-Corruption Agency Spurs Reforms, 2002-2011. Innovations for Successful Societies, Princeton University.

Kuris, Gabriel. 2013 Managing Corruption Risks: Botswana Builds an Anti-Graft Agency, 1994-2012. Innovations for Successful Societies, Princeton University.

Kuris, Gabriel. 2013. Cleaning House: Croatia Mops Up High-Level Corruption. Innovations for Successful Societies, Princeton University.

Kuris, Gabriel. 2013. From a Rocky Start to Regional Leadership: Mauritius's Anti-Corruption Agency, 2006-2012. Innovations for Successful Societies, Princeton University.

Kuris, Gabriel. 2013. Toothless but Forceful: Slovenia's Anti-Corruption Watchdog Exposes Systemic Graft, 2004-2013. Innovations for Successful Societies, Princeton University.

245

Kuris, Gabriel. 2014. From Underdogs to Watchdogs: How Anti-Corruption Agencies Can Hold Off Potent Adversaries. Innovations for Successful Societies, Princeton University.

Kuris, Gabriel. 2015. Watchdogs or Guard Dogs: Do Anti-Corruption Agencies Need Strong Teeth? Policy & Society

Kurland, Adam H. 1989. The Guarantee Clause as a Basis for Federal Prosecutions of State and Local Officials. Southern California Law Review

Kurtoglu Eskisar, G.M. & A. Komsuoglu. 2015. A Critical Assessment of the Transformative Power of EU Reforms on Reducing Corruption in the Balkans. Southeast European & Black Sea Studies.

Kurtz, Marcus J. & Andrew Schrank. 2007. Growth and Governance: Models, Measures, and Mechanisms. Journal of Politics

Kurtzman, Joel, Glenn Yago & Triphon Phumiwasana. 2004. The Global Costs of Opacity—Measuring Business and Investment Risk Worldwide. MIT Sloan Management Review

Kurzban, Robert. 2010. Why Everyone (Else) Is a Hypocrite: Evolution and the Modular Mind (Princeton, NJ: Princeton University Press).

Kutnjak-Ivkovic, Sanja. 2003. To Serve and Collect: Measuring Police Corruption. Journal of Criminal Law & Criminology

Kutnjak-Ivkovic, Sanja. 2005. Fallen Blue Knights: Controlling Police Corruption.

Kuziemko, Ilyana & Eric Werker. 2006. How Much Is a Seat on the Security Council Worth? Foreign Aid and Bribery at the United Nations. Journal of Political Economy

Kuzmina, O., N. Volchkova & T. Zueva. 2014. Foreign Direct Investment and Governance Quality in Russia. Journal of Comparative Economics

Kwok, Chuck C.Y. & Solomon Tadesse. 2006. The MNC as an Agent of Change for Host-Country Institutions: FDI and Corruption. Journal of International Business Studies

Kwon, I. 2014. Motivation, Discretion, and Corruption. Journal of Public Administration Research & Theory

Kyriacou, A.P. & O. Roca-Sagales. 2011. Fiscal Decentralization and Government Quality in the OECD. Economics Letters

La Porta, Rafael, Florencio Lopez-de-Silanes, Andrei Shleifer & Robert Vishny. 1999.

The Quality of Government. Journal of Law, Economics & Organization

Lacey, Kathleen A. & Barbara Crutchfield George. 1998. Expansion of SEC Authority into Internal Corporate Governance: The Accounting Provisions of the Foreign Corrupt Practices Act (A Twentieth Anniversary Review). Journal of Transnational Law & Policy

Ladd, Alyssa. 2014. The "Catch-22" of Corporate Cooperation in Foreign Corrupt Practices Act Investigations. Houston Law Review

Laffont, Jean-Jacques & Jean Tirole. 1991. The Politics of Regulatory Decision Making: A Theory of Regulatory Capture. Quarterly Journal of Economics

Laffont, Jean-Jacques & Mathieu Meleu. 2001. Separation of Powers and Development. Journal of Development Economics

Laffont, Jean-Jacques & Tchetche N'Guessan. 1999. Competition and Corruption in an Agency Relationship. Journal of Development Economics

Laffont, J-J. & D. Martimort. 1999. Separation of Regulators Against Collusive Behavior. RAND Journal of Economics

Lagos, M. 2003. "Public Opinion of Corruption in Latin America", in Transparency International, Global Corruption Report 2002 (London: Profile Books)

Lagunes, Paul & Rongyao Huang. 2014. Saving Gotham: Fighting Corruption in New York's Property Tax System. Working paper.

Lagunes, Paul & Rongyao Huang. 2015. "Saving Gotham: Fighting Corruption in New York City's Property Tax System", in Susan Rose-Ackerman & Paul Lagunes eds., Greed, Corruption, and the Modern State

Lahiri, S. & P. Raimondos-Moller. 2000. Lobbying by Ethnic Groups and Aid Allocation. Economic Journal

Lai, Alan. 2002. Building Public Confidence in Anti-Corruption Efforts: The Approach of the Hong Kong Special Administrative Region of China. Forum on Crime & Society

Lalountas, Dionisios, George A. Manolas & Ioannis S. Vavouras. 2011. Corruption, Globalization and Development: How Are These Three Phenomena Related? Journal of Policy Modeling

Lambert-Mogiliansky, A. 2015. Social Accountability to Contain Corruption. Journal of Development Economics.

Lambert-Mogiliansky, Araine, Mukul Majumdar & Roy Radner. 2008. Petty Corruption: A Game-Theoretic Approach. International Journal of Economic Theor

Lambert-Mogiliansky, Ariane & Konstantin Sonin. 2006. Collusive Market Sharing and Corruption in Procurement. Journal of Economics & Management Strategy

Lambert-Mogiliansky, Ariane, Mukul Majumdar & Roy Radner. 2007. Strategic Analysis of Petty Corruption: Entrepreneurs and Bureaucrats. Journal of Development Economics

Lambert-Mogiliansky, Ariane, Mukul Majumdar & Roy Radner. 2009. Strategic Analysis of Petty Corruption with an Intermediary. Review of Economic Design

Lambert-Mogiliansky, Ariane. 2002. Why Firms Pay Occasional Bribes: The Connection Economy. European Journal of Political Economy

Lambert-Mogiliansky, Ariane. 2011. "Corruption and Collusion: Strategic Complements in Procurement", in International Handbook on the Economics of Corruption, Vol. II.

Lambsdorf, Johann et al, eds. 2004. Corruption and the New Institutional Economics. New York: Routledge.

Lambsdorff, Johan Graf. 2012. "Behavioral and Experimental Economics as a Guide to Anticorruption", in S. Serra & L. Wantchekon eds., New Advances in Experimental Research on Corruption. Research in Experimental Economics, Vol. 15.

Lambsdorff, Johan Graff. 2010. Deterrence and Constrained Enforcement – Alternative Regimes to Deal with Bribery. Working Paper.

Lambsdorff, Johann Graf & Bjorn Frank. 2010. Bribing versus Gift-Giving – An Experiment. Journal of Economic Psychology

Lambsdorff, Johann Graf & Bjorn Frank. 2011. Corrupt Reciprocity – Experimental Evidence on a Men's Game. International Review of Law & Economics

Lambsdorff, Johann Graf & H. Fink. 2006 Combating Corruption in Columbia: Perceptions and Achievements. Working Paper.

Lambsdorff, Johann Graf & Mathias Nell. 2007. Fighting Corruption with Asymmetric Penalties and Leniency. Working Paper.

Lambsdorff, Johann Graf. 1998. An Empirical Investigation of Bribery in International Trade. European Journal of Development Research


Lambsdorff, Johann Graf. 2001. How Precise Are Perceived Levels of Corruption? (Transparency International, Background Paper to the 2001 Corruption Perceptions Index).

Lambsorff, Johann Graf. 2002a. "What Nurtures Corrupt Deals? On the Role of Confidence and Transaction Costs", in D. Della Porta & S. Rose-Ackerman eds., Corrupt Exchanges (Nomos Verlag; Baden Baden, Germany).

Lambsdorff, Johann Graf. 2002b. Confidence and Illegal Transactions. American Journal of Economics & Sociology

Lambsdorff, Johann Graf. 2002c. Corruption and Rent-Seeking. Public Choice.

Lambsdorff, Johann Graf. 2002d. How Confidence Facilitates Illegal Transactions: An Empirical Approach. American Journal of Economics & Sociology

Lambsdorff, Johann Graf. 2002e. Making Corrupt Deals: Contracting in the Shadow of the Law. Journal of Economic Behavior and Organization

Lambsdorff, Johann Graf. 2003a. How Corruption Affects Persistent Capital Flows.Economics of Governance

Lambsdorff, Johann Graf. 2003b. How Corruption Affects Productivity. Kyklos

Lambsdorff, Johann Graf. 2006a. "Causes and Consequences of Corruption--What Do We Know from a Cross-Section of Countries?" in Susan Rose-Ackerman, ed., International Handbook on the Economics of Corruption. Cheltenham, UK: Edward Elgar.

Lambsdorff, Johann Graf. 2006b. "Measuring Corruption – The Validity and Precision of Subjective Indicators (CPI)", in Charles Sampford, Arthur Shacklock, Carmel Connors & Fredrik Galtung eds., Measuring Corruption (Aldershot: Ashgate)

Lambsdorff, Johann Graf. 2007. The Institutional Economics of Corruption and Reform. New York: Cambridge University Press.

Lambsdorff, Johann Graf. 2009. "The Organization of Anti-Corruption: Getting Incentives Right," in Robert I. Rotberg ed., Corruption, Global Security, and World Order (Washington, D.C.: Brookings Institution)

Lambsdorff, Johann Graf. 2010. Who Accepts Bribery? Evidence from a Global Household Survey. Working Paper.

Lambsdorff, Johann Graf. 2011. Economic Approaches to Anticorruption. CESifo DICE Report

Lambsdorff, Johann Graf. 2013a. "Securing Investor Confidence or Fighting Corruption? How Intergovernmental Organizations May Reconcile Two Opposing Goals", in Susan Rose-Ackerman & Paul D. Carrington eds., Anti-Corruption Policy: Can International Actors Play a Constructive Role? (Durham: Carolina Academic Press)

Lambsdorff, Johann Graf. 2013b. Corrupt Intermediaries in International Business Transactions: Between Make, Buy and Reform. European Journal of Law & Economics.

Lambsdorff, Johann Graf. 2015. "Behavioural and Institutional Economics as an Inspiration to Anti-Corruption: Some Counterintuitive Findings" , in Paul M. Heywood ed., The Routledge Handbook of Political Corruption (New York: Routledge)

Lamm, Carolyn, Hansel T. Pham & Rahim Moloo. 2010. "Fraud and Corruption in International Arbitration", in Miguel Angel Fernandez-Ballesteros & David Arias eds., Liber Amicorum Barnardo Cremades (La Ley)

Lamoreaux, P.T., P.N. Michas & W.L. Schultz. 2015. Do Accounting and Audit Quality Affect World Bank Lending? Accounting Review

Lancaster, Thomas D. & Gabriella Montinola. 2001. Comparative Political Corruption: Issues of Operationalization and Measurement. Studies in Comparative International Development 36(3): 3-28.

Lancaster, Thomas D. & Gabriella R. Montinola. 1997. Toward a Methodology for the Comparative Study of Political Corruption. Crime, Law & Social Change

Landell-Mills, Pierre. 2013. Citizens Against Corruption: Report From the Front Line.

Langbein, Laura & Stephen Knack. 2008. The Worldwide Governance Indicators and Tautology: Causally Related Separable Concepts, Indicators of a Common Cause, or Both? World Bank Policy Research Working Paper 4669.

Langevoort, Donald C. 2002. Monitoring: The Behavioral Economcs of Corporate Compliance with Law. Columbia Business Law Review

LaPalombara, Joseph. 1994. Structural and Institutional Aspects of Corruption. Social Research

Lapshyna, I. 2014. Corruption as a Driver of Migration Aspirations: The Case of Ukraine. Economics & Sociology

Larcinese, Valentino & Indraneel Sircar. 2014. Crime and Punishement the British Way: Accountability Channels Following the MPs' Expenses Scandal. Working paper.

Large, D. 2005. "Introductory Survey: Corruption and Reconstruction after War", in Corruption and Post-Conflict Reconstruction: Breaking the Vicious Circle (Paris: OECD).

Larmour, P. 2007. A Short Introduction to Corruption and Anti-Corruption. CIES Working paper 3.

Larmour, P. 2008. Corruption and the Concept of "Culture": Evidence from the Pacific Islands. Crime, Law & Social Change

Larmour, P. 2009. "Corruption, Culture and Institutions: Evidence from the Pacific Islands", in Gong, T. & S.K. Ma eds., Preventing Corruption in Asia: Institutional Design and Policy Capacity (London: Routledge)

Larmour, Peter. 2012. Interpreting Corruption: Culture and Politics in the Pacific Islands (Honolulu: University of Hawaii Press).

Larrain, F. & J. Tavares. 2004. Does Foreign Direct Investment Decrease Corruption? Latin American Journal of Economics

Larrain, Felipe & Jose Tavares. 2007. Can Openness Deter Corruption? The Role of Foreign Direct Investment. CEPR Discussion Papers 6488.

Larrain, Felipe & Jose Tavares. 2007. Can Openness Deter Corruption? The Role of Foreign Direct Investment. CEPR Discussion Papers 6488.

Larreguy, Horacio, John Marshall & James M. Snyder, Jr. 2014. Revealing Malfeasance: How Local Media Facilitates Electoral Sanctioning of Mayors in Mexico. Working paper.

Lascoumes, Pierre & Odette Tomescu-Hatto. 2008. French Ambiguities in Understandings of Corruption: Concurrent Definitions. Perspectives on European Politics & Society

Lascoumes, Pierre. 2014. "Condemning Corruption and Tolerating Conflicts of Interest: French 'Arrangements' Regarding Breaches of Integrity", in Jean-Bernard Auby, Emmanuel Breen & Thomas Perroud eds., Corruption and Conflicts of Interest: A Comparative Law Approach

Latham, M. 2015. "The City Has Been Wronged and Abused!": Institutional Corruption in the Eighteenth Century. Economic History Review 68(3): 1038-1061.

Latimer, Paul & A.J. Brown. 2008. Whistleblower Laws: International Best Practice. UNSW Law Journal

Lavallee, Emmanuelle, Mireille Razafindrakoto & Francois Roubaud. 2008. Corruption and Trust in Political Institutions in Sub-Saharan Africa. Afrobarometer Working Paper No. 102.

Lawal, Gbenga. 2007. Corruption and Development in Africa: Challenges for Political and Economic Change. Humanity & Social Science Journal

Lawson, Letitia. 2009. The Politics of Anticorruption Reform in Africa. Journal of Modern African Studies

Lazar, Sian. 2005. "Citizens Despite the State: Everyday Corruption and Local Politics in El Alto, Bolivia", in Dieter Haller & Chris Shore eds., Corruption: Anthropological Perspectives (Pluto Press).

Lazarova, Emiliya & Ilaria Mosca. 2007. Does Governance Matter for Aggregate Health Capital? Applied Economics Letters.

Le Billon, P. 2014. Natural Resources and Corruption in Post-War Transitions: Matters of Trust. Third World Quarterly

Le Billon, Philippe. 2003. Buying Peace or Fueling War: The Role of Corruption in Armed Conflicts. Journal of International Development

Le Billon, Philippe. 2008. Corrupting Peace? Peacebuilding and Post-Conflict Corruption. International Peacekeeping.

Le Billon, Philippe. 2013. "Resource Grabs", in Soreide, Tina & Aled Willams eds., Corruption, Grabbing and Development .

Le Vine, Victor T. 1993. Administrative Corruption and Democratization in Africa: Aspects of the Theoretic Agenda. Corruption and Reform

Le, Quan V. 2006. Corruption and Capital Flight: An Empirical Assessment. International Economic Journal

Le, Van-Ha, Jakob de Haan & Erik Dietzenbacher. 2013. Do Higher Government Wages Reduce Corruption? Evidence Based on a Novel Dataset. CES ifo Working Paper No. 4254.

Lecuna, Antonio. 2012. Corruption and Size Decentralization. Journal of Applied Economics

Ledeneva, A. 2009. Corruption in Post-Communist Societies: A Re-Examination. Perspectives on European Politics and Society

Lederman, Daniel & William Maloney. 2008. In Search of the Missing Resource Curse. Economia

Lederman, Daniel, Norman Loayza & Rodrigo Soares. 2005. Accountability and Corruption: Political Institutions Matter. Economics & Politics

Ledyaeva, S., P. Karhunen, R. Kosonen & J. Whalley. 2015. Offshore Foreign Direct Investment, Capital Round-Trpping, and Corruption: Empirical Analysis of Russian Regions. Economic Geography

Ledyaeva, Svetlana, Paivi Karhunen & Riitta Kosonen. 2013. Birds of a Feather: Evidence on Commonality of Corruption and Democracy in the Origin and Location of Foreign Investment in Russian Regions. European Journal of Political Economy

Lee, Charles M.C. & David Ng. 2009. Corruption and International Valuation: Does Virtue Pay? Journal of Investing

Lee, Cheol-Sung. 2007. Labor Unions and Good Governance: A Cross-National Comparative Analysis. American Sociological Review

Lee, Francis L.F. 2015. How Citizens React to Political Scandals Surrounding Government Leaders: A Survey Study in Hong Kong. Asian Journal of Political Science

Lee, H.H. Lim, D.D. Moore & J. Kim. 2013. How Police Organizational Structure Correlates with Frontline Officers' Attitudes Toward Corruption: A Multilevel Model. Police Practice & Research: An International Journal

Lee, J., K. Sigmund, U. Dieckmann & Y. Iwasa. 2015. Games of Corruption: How to Suppress Illegal Logging. Journal of Theoretical Biology

Lee, Judith A. & James D. Slear. 2007. Unique Problems with FCPA Compliance in the People's Republic of China. Business Law Today

Lee, L. 2014. Certainty in Coming Clean: Establishing an FCPA Safe Harbor for Self-Reporting Companies.

Lee, Paul L. 2010. A Renewed Focus on Foreign Corruption and Politically Exposed Persons. Banking Law Journal

Lee, S. 2015. Quality of Government and Tourism Destination Competitiveness. Tourism Economics

Lee, Seung-Hyun & D. Weng. 2013. Does Bribery in the Home Country Promote or Dampen Firm Exports? Strategic Management Journal

Lee, Seung-Hyun & Kyeungrae Kenny Oh. 2007. Corruption in Asia: Pervasiveness and Arbitrariness. Asia Pacific Journal of Management

Lee, Seung-Hyun & Sungjin J. Hong. 2012. Corruption and Subsidiary Profitability: US MNC Subsidiaries in the Asia Pacific Region. Asia Pacific Management Journal

Lee, Seung-Hyun, Kyeungrae (Kenny) Oh & Lorraine Eden. 2010. Why Do Firms Bribe? Insights from Residual Control Theory. Management International Review

Lee, Young & Omar Azfar. 2007. Corruption and Trade Regulations: An Instrumental Variable Approach. Applied Economics Letters

Leemann, L. & D. Bochsler. 2014. A Systematic Approach to Study Electoral Fraud. Electoral Studies

Leenders, Reinoud. 2012. Spoils of Truce: Corruption and State-Building in Postwar Lebanon. Middle Eastern Studies (Cornell University Press).

Leeson, Peter T. & Russell S. Sobel. 2008. Weathering Corruption, Journal of Law and Economics.

Lehoucq, Fabrice. 2003. Electoral Fraud: Causes, Types, and Consequences. Annual Review of Political Science

Leibold, Annalisa. 2015. Extraterritorial Application of the FCPA Under International Law. Willamette Law Review

Leiken, Robert S. 1996. Controlling the Global Corruption Epidemic. Foreign Policy

Leitao, Alexndra. 2010. Corruption and the Environmental Kuznets Curve: Empirical Evidence for Sulfur. Ecological Economics

Leite, Carlos & Jens Weidmann. 1999. Does Mother Nature Corrupt? Natural Resources, Corruption, and Economic Growth. IMF Working Paper 99/85.

Lenz, Gabriel & Kevin Lim. 2009. Getting Rich(er) in Office? Corruption and Wealth Accumulation in Congress. Working paper.

Leontieva, L.S., T.V. Khalilova, L.F. Gaynullina & A.I. Khalilov. 2015. Social-Communciative Innovations in Anti-Corruption Activies. Asian Social Science

Leroy, Anne-Marie & Frank Fariello. 2012. The World Bank Group Sanctions Process and Its Recent Reforms (Washington, DC: World Bank).

Lessig, Lawrence. 2011. Republic Lost: How Money Corrupts Congress—and a Plan to Stop It.

Lessig, Lawrence. 2014. A Reply to Professors Cain and Charles. California Law Review

Lessig, Lawrence. 2014. What an Originalist would Understand "Corruption" to Mean. California Law Review

Lessmann, Christian & Gunther Markwardt. 2010. One Size Fits All? Decentralization, Corruption, and the Monitoring of Bureaucrats. World Development

Lestelle, Evan P. 2008. The Foreign Corrupt Practices Act, International Norms of Foreign Public Bribery, and Extraterritorial Jurisdiction. Tulane Law Review

Letyaev, V. & F. Letyaeva. 2015. Corruption Threats in Regulations: Analytical Review of the Literature and Case Materials of the Russian Federation. Journal of Sustainable Development

Letzkus, Sarah. 2008. Damned If You Do, Damned If You Don't: The Speech and Debate Clause and Investigating Corruption in Congress 40 Ariz. St. L.J. 1377

Leung, J. 2015. Xi's Corruption Crackdown: How Bribery and Graft Threaten the Chinese Dream. Foreign Affairs

Levchenko, Andrei A. 2013. International Trade and Institutional Change. Journal of Law, Economics & Organization

Leventhal, Robert. 2008. International Legal Standards on Corruption. American Society of International Law Proceedings

Levi, M. 2015. Money for Crime and Money From Crime: Financing Crime and Laundering Crime Proceeds. European Journal on Criminal Policy & Research

Levin, Ines, Gabe Cohn, R. Michael Alvarez & Peter C. Ordeshook. 2009. Detecting Voter Fraud in an Electronic Voting Context: An Analysis of the Unlimited Reelection Vote in Venezuela. Working paper.

Levin, Mark & Georgy Satarov. 2000. Corruption and Institutions in Russia. European Journal of Political Economy

Levin, Ronald M. 2001. Fighting the Appearance of Corruption. Washington University Journal of Law & Policy

Levmore, Saul. 1998. Efficiency and Conspiracy: Conflicts of Interest, Anti-Nepotism Rules, and Separation Strategies. Fordham Law Review

Levy, D. 2007. Price Adjustment under the Table: Evidence on Efficiency-Enhancing Corruption. European Journal of Political Economy

Lewis, Colin M. & Peter Lloyd-Sherlock. 2009. Social Policy and Economic Development in South America: An Historical Approach to Social Insurance. Economics & Society

Lewis, M. & P. Stenning. 2012. Considering the Glenister Judgment: Independence Requirements for Anti-Corruption Institutions. SA Crime Quarterly

Lewis, M. 2007. Informal Payments and the Financing of Health Care in Developing and Transition Countries. Health Affairs

Lewis, Margaret K. 2012. Presuming Innocence, or Corruption, in China. Columbia Journal of Transnational Law

Lewis, Maureen. 2006. Governance and Corruption in Public Health Care Systems. Center for Global Development Working Paper No. 78.

Lewis-Faupel, Sean, Yusuf Neggers, Benjamin A. Olken & Rohini Pande. 2014. Can Electronic Procurement Improve Infrastructure Provision? Evidence from Public Works in India and Indonesia. Working paper.

Li, H., M. Tang & N. Huhu. 2015. How Does Democracy Influence Citizens' Perceptions of Government Corruption? A Cross-National Study. Democratization.

Li, Hongyi, Lixin Colin Xu & Heng-Fu. Zou. 2000. Corruption, Income Distribution, and Growth. Economics & Politics

Li, Ling. 2011. Performing Bribery in China: guanxi-practice, corruption with a human Face. Journal of Contemporary China

Li, Ling. 2011. The "Production" of Corruption in China's Courts – The Politics of Judicial Decision-Making and Its Consequences in a One-Party State. U.S. Asia Law Institute Working Paper.

Li, S., C. Buhren, B. Frank & H. Qin. 2015. Group Decision Making in a Corruption Experiment: China and Germany Compared. Jahrbucher Fur Nationalokonomie Und Statistik

Li, Sha, Christoph Buhren, & Bjorn Frank. 2011. Group Decision Making in a Corruption Experiment: China and Germany Compared. Working paper.

Li, Wei. 2002. "Corruption during the Economic Transition in China", in Donatella Della Porta & Susan Rose-Ackerman eds., Corrupt Exchanges: Empirical Themes in the Politics and Political Economy of Corruption.

Li, Wei. 2002. Corruption and Resource Allocation: Evidence from China.

Li, Wei. 2002. Measuring Corruption under China's Dual-Track System.

Li, Y., F.K. Yao & D. Ahlstrom. 2015. The Social Dilemma of Bribery in Emerging Economies: A Dynamic Model of Emotion, Social Value, and Institutional Uncertainty. Asia Pacific Journal of Management

Licht, Amir, Chanan Goldschmidt & Shalom Schwartz. 2007. Culture Rules: The Foundations of the Rule of Law and Other Norms of Governance. Journal of Comparative Economics

Lien, Da Hsiang Donald. 1986. A Note on Competitive Bribery Games. Economic Letters

Lien, Da-Hsaing. 1990. Corruption and Allocation Efficiency. Journal of Development Economics.

Lierl, Malte. 2014. Selection or Incentives? Experimental Evidence on the Accountability of Village Leaders in Tanzania. Working paper.

Liew, L.H. 1992. Corruption as a Form of Insurance. European Journal of Political Economy

Light, Matthew. 2014. Police Reforms in the Republic of Georgia: The Convergence of Domestic and Foreign Policy in an Anti-Corruption Drive. Policing & Society

Lim, Delphia, Maryum Jordan, Patrick Kibbe, David Donatti & Jose Vicente. 2013. Access to Remedies for Transnational Public Bribery: A Governance Gap. ABA Criminal Justice

Lim, Linda Y.C. & Aaron Stern. 2002. State Power and Private Profit: The Political Economy of Corruption in Southeast Asia. Asian-Pacific Economic Literature

Lin, Jun & Steven X. Si. 2010. Can Guanxi Be a Problem? Contextes, Ties, and Some Unfavorable Consequences of Social Capital in China. Asia Pacific Journal of Management.

Lin, Min-Wei & Chilik Yu. 2014. Can Corruption Be Measured? Comparing Global Versus Local Perceptions of Corruption in East and Southeast Asia. Journal of Comparative Policy Analysis7.

Lindberg, J. & D. Herath. 2014. Land and Grievances in Post-Conflict Sri Lanka: Exploring the Role of Corruption Complaints. Third World Quarterly

Lindberg, Jonas & Camilla Orjuela. 2014. Corruption in the Aftermath of War: An Introduction. Third World Quarterly

Lindberg, Staffan I. 2003. "It's Our Time to 'Chop'": Do Elections Feed Neo-Patrimonialism Rather than Counteract It? Democratization

Linde, Jonas & Gissur O. Erlingsson. 2013. The Eroding Effect of Corruption on System Support in Sweden. Governance

Linde, Jonas. 2012. Why Feed the Hand that Bites You? Perceptions of Procedural Fairness and System Support in Post-Communist Democracies. European Journal of Political Research

Linder, A. & C. Santiso. 2002. Assessing the Predictive Power of Country Risk Ratings and Governance Indicators. SAIS Working Paper 02/02.

Lindgren, J. 1993. The Theory, History and Practice of the Bribery-Extortion Distinction. University of Pennsylvania Law Review 141: 1695-1740.

Lindgren, James. 1988. The Elusive Distinction Between Bribery and Extortion: From the Common Law to the Hobbs Act. UCLA Law Review 35: 815-.

Lindkvist, Ida. 2013. "Using Salaries as a Deterrent to Informal Payments in the Health Sector", in Soreide, Tina & Aled Willams eds., Corruption, Grabbing and Development .

Lindkvist, Ida. 2013. Informal Payments and Health Worker Effort: A Quantitative Study from Tanzania. Health Economics

Lindsey, Carolyn. 2009. More Than You Bargained For: Successor Liability under the U.S. Foreign Corrupt Practices Act. Ohio Northern University Law Review

Lindsey, R. & H. Dick. 2002. Corruption in Asia: Rethinking the Good Governance Paradigm (Annandale, NSW: Federation Press).

Lindskog, H., S. Brege & P.O. Brehmer. 2010. Corruption in Public Procurement and Private Sector Purchasing. Organizational Transformation & Social Change

Lindstedt, Catharina & Daniel Naurin. 2010. Transparency Is Not Enough: Making Transparency Effective in Reducing Corruption. International Political Science Review

Linhartova, V. & J. Volejnikova. 2015. Quantifying Corruption at a Subnational Level. E&M Ekonomie A Management

Lio, M.C., M.C. Liu & Y.P. Ou. 2011. Can the Internet Reduce Corruption? A Cross-Country Study Based on Dynamic Panel Data Models. Government Information Quarterly

Liou, Yu-Ming & Paul Musgrave. 2013. Refining the Oil Curse: Country-Level Evidence from Exogenous Variations in Resource Income. Comparative Political Studies

Lipinski, Arie J. 2011. Combating Government Corruption: Suing the Federal Government via a Proposed Amendment to the Civil RICO Statute. Valparaiso University Law Review

Lipper, Gregory M. 2010. Foreign Corrupt Practices Act and the Elusive Question of Intent. American Criminal Law Review

Lippitt, Anne H. 2013. An Empirical Analysis of the Foreign Corrupt Practices Act. Virginia Law Review

Lipset, Seymour Martin, Kyoung-Ryung Seong & John Charles Torres. 1993. A Comparative Analysis of the Social Requisites of Democracy. International Social Science Journal

Lipset, Seymour Martin. & Gabriel Salman Lenz. 2000. "Corruption, Culture and Markets" in Lawrence J. Harrison & Samuel P. Huntington eds. Culture Matters: How Values Change Human Progress, pp. 112-124. New York: Basic Books.

Litschig, Stephan & Yves Zamboni. 2014. Judicial Presence and Rent Extraction. Working paper.

Litwin, Daniel. 2013. On the Divide Between Investor-State Arbitration and the Global Fight Against Corruption. Transnational Dispute Management

Liu, Alan P.L. 1983. The Politics of Corruption in the People's Republic of China. American Political Science Review

Liu, Cheol & John L. Mikesell. 2014. The Impact of Public Officials' Corruption on the Size and Allocation of U.S. State Spending. Public Administration Review

Liu, L. 2015. The Global Anti-Bribery Collaboration in Evolution. Journal of Financial Crime

Liu, Q. & Y. Peng. 2015. Determinants of Willingness to Bribe: Micro Evidence from the Educational Sector in China. Jahrbucher Fur Nationalokonomie Und Statistik

Liu, Qijun & Yaping Peng. 2015. Corruption in College Admissions Examinations in China. International Journal of Educational Development

Liu, X., G.I. Christopoulos & Y. Hong. 2014. The Role of Decision Frame on Decision-Making Regarding Bribe Giving. Academy of Management Proceedings.

iu, Yongzheng & Haibo Feng. 2015. Tax Structure and Corruption: Cross-Country Evidence. Public Choice.

Ljunge, M. 2015. Social Capital and the Family: Evidence that Strong Family Ties Cultivate Civic Virtues. Economica

Llamzon, Aloysius P. 2013. State Responsibility for Corruption: The Attribution Asymmetry in International Investment Arbitration. Transnational Dispute Management

Llamzon, Aloysius. 2009. The Control of Corruption through International Investment Arbitration: Potential and Limitations. American Society of International Law Proceedings

Lloyd-Ellis, Huw & Nicholas Marceau. 2003. Endogenous Insecurity and Economic Development. Journal of Development Economics

Lobnikar, B. & G. Mesko. 2015. Perception of Police Corruption and the Level of Integrity Among Slovenian Police Officers. Police Practice & Research

Loe, T.W., L. Ferrell & P. Mansfield. 2000. A Review of Empirical Studies Assessing Ethincal Decision Making in Business. Journal of Business Ethics

Loftis, M.W. 2015. Delilberate Indiscretion? How Political Corruption Encourages Discretionary Policy Making. Comparative Political Studies

Lomnitz, C. 1995. Ritual, Rumor and Corruption in the Constitution of Polity in Mexico. Journal of Latin American Anthropology

Lomnitz, Larissa. 1988. Informal Exchange Networks in Formal Systems: A Theoretical Model. American Anthropologis

Long, D. Michael & Spuma Rao. 1995. The Wealth Effects of Unethical Business Behavior. Journal of Economics & Finance

Long. 2013. A Study of Drug-Related Police Corruption Arrests. Policing: An International Journal of Police Strategies & Management

Lopatta, K., R. Jaeschke & C. Yi. 2014. The Strategic Use of Language in Corrupt Firms' Financial Reporting. Working paper.

Lopez, J. & J. Santos. 2014. Does Corruption Have Social Roots? The Role of Culture and Social Capital. Journal of Business Ethics

Lopez, L. 2015. Corruption and International Aid Allocation: A Complex Dance. Journal of Economic Development

Lopez, R. & S. Mitra. 2000. Corruption, Pollution and the Kuznets Environment Curve. Journal of Environmental Economics & Management.

Lord, Nicholas James. 2014. Detecting and Investigating Transnational Corporate Bribery in Centralised and Decentralised Enforcement Systems: Discretion and (De-)Prioritisation in the UK and Germany. Policing & Society .

Lord, Nicholas James. 2014. Responding to Transnational Corporate Bribery Using International Frameworks for Enforcement: Anti-Bribery and Corruption in the UK and Germany. Criminology & Criminal Justice

Losco, Michael A. 2014. Streamlining the Corruption Defense: A Proposed Framework for FCPA-ICSID Interaction. Duke Law Journal.

Lovei, L. & A. McKechnie. 2000. The Costs of Corruption for the Poor – The Energy Sector. World Bank, Public Policy for the Private Sector Note 207.

Lovell, David W. 2005. "Corruption as a Transitional Phenomenon: Understanding Endemic Corruption in Postcommunist States", in Dieter Haller & Chris Shore eds., Corruption: Anthropological Perspectives (Pluto Press).

Low, Lucinda & John Davis. 1998. Coping with the Foreign Corrupt Practices Act: A Primer for Energy and Natural Resource Sector. Journal of Energy & Natural Resources Law

Low, Lucinda A. 1998. Transnational Corruption: New Rules for Old Temptations, New Players to Combat a Perennial Evil. Am. Soc. Int'l L. Proceedings

Low, Lucinda A. et al. 1998. The Inter-American Convention Against Corruption: A Comparison with the United States Foreign Corrupt Practices Act. Virginia Journal of International Law

Low, Lucinda A., Thomas K. Sprange & Milos Barutciski. 2010. Global Anti-Corruption Standard and Enforcement: Implications for Energy Companies. Journal of World Energy Law & Business

Lowen, Aaron & Andrew Samuel. 2012. Bribery and Endogenous Monitoring Effort: An Experimental Study. Eastern Economic Journal

Lowenhein, Oded. 2008. Examining the State: A Foucauldian Perspective on International "Governance Indicators". Third World Quarterly

Lowenstein, Daniel. 1985. Political Bribery and the Intermediate Theory of Politics. UCLA Law Review

Lu, Tiffany. 2013. The "Obtaining or Retaining Business" Requirement: Breathing New Life into the Business Nexus Provision of the FCPA. Fordham Journal of Corporate & Financial Crime

Lu, Xiaobo. 2000. Booty Socialism, Bureau-preneurs, and the State in Transition: Organizational Corruption in China, Comparative Politics

Lubin, N. 2003. Who's Watching the Watchdog? Journal of International Affairs

Ludwin-Peery, Ethan & Dustin Tingley. 2014. Ethical Situations and Their Effects on Judgments of Punishment. Ethics & Behavior

Lui, Francis T. 1985. An Equilibrium Queuing Model of Bribery. Journal of Political Economy

Lui, Francis T. 1986. A Dynamic Model of Corruption Deterrence. Journal of Public Economics

Lui, Francis T. 1996. Three Aspects of Corruption. Contemporary Economic Policy

Luiz, J. & C. Stewart. 2014. Corruption, South African Multinational Enterprises and Institutions in Africa. Journal of Business Ethics

Lukito, A.S. 2015. Fostering and Enhancing the Role of the Private Sector: A Prevention Way Towards Corruption Eradication in Indonesia. Journal of Financial Crim

Luo, Yadong, Stephanie L. Wang & Ying Huang. 2012. Guanxi and Organizational Performance: A Meta-Analysis. Management & Organization Review

Luo, Yadong. 2002. Corruption and Organization in Asian Management Systems. Asia Pacific Journal of Managemen

Luo, Yadong. 2004. An Organizational Perspective of Corruption. Management & Organization Review.

Luo, Yadong. 2006. Political Behavior, Social Responsibility, and Perceived Corruption: A Structural Perspective. Journal of International Business Studies

Luo, Yadong. 2008. The Changing Chinese Culture and Business Behavior: The Perspective of Intertwinement between Guanxi and Corruption. International Business Review

Luo, Yadong. 2011. Strategic Responses to Perceived Corruption in an Emerging Market: Lessons from MNEs Investing in China. Business & Society

Luong, Pauline Jones & Erika Weinthal. 2010. Oil Is Not a Curse: Ownership Structure and Institutions in Soviet Successor States (New York: Cambridge University Press).

Ma, Stephen K. 2009. "'Policing the Police': A Perennial Challenge for China's Anticorruption Agencies", in Gong, T. & S.K. Ma eds., Preventing Corruption in Asia: Institutional Design and Policy Capacity (London: Routledge)

Maass, Arthur. 1987. U.S. Prosecution of State and Local Officials for Political Corruption: Is the Bureaucracy Out of Control in a High Stakes Operation Involving the Constitutional System? Publius: The Journal of Federalism

Mackenzie, G. Calvin with Michael Hafken. 2002. Scandal Proof: Do Ethics Laws Make Government Ethical? Washington, D.C., Brookings Institution.

Maclean, T., B.E. Litzky & D.K. Holderness. 2015. When Organizations Don't Walk Their Talk: A Cross-Level Examination of How Decoupling Formal Ethics Programs Affects Organizational Members. Journal of Business Ethics 128

MacMillan, Joanna. 2011. Reformasi and Public Corruption: Why Indonesia's Anti-Corruption Agency Strategy Should Be Reformed to Effectively Combat Public Corruption. Emory International Law Review

Macrae, John. 1982. Underdevelopment and the Economics of Corruption: A Game Theory Approach. World Development

Maestad, O. & A. Mwisongo. 2007. Informal Payments and the Quality of Health Care in Tanzania: Results from Qualitative Research. CMI Working Paper 2007:5 (Bergen: Chr. Michelsen Institute).

Maestad, O. & A. Mwisongo. 2011. Informal Payments and the Quality of Health Care: Mechanisms Revealed by Tanzanian Health Workers. Health Policy

Magaloni, Beatriz, Aila M. Matanock, Vidal Romero & Alberto Diaz-Cayeros. 2014. Living in Fear: The Dynamics of Extortion in Mexico's Criminal Insurgency.

Magrath, Willam B. 2012. "Corruption and Crime in Forestry", in Adam Graycar & Russell G. Smith eds., Handbook of Global Research and Practice in Corruption ,

Mahagaonkar, P. 2008. Corruption and Innovation: A Grease or Sand Relationship? Jena Economic Research Papers, No. 2008,017.

Mahdavi, Paasha. 2014. Extortion in the Oil States: Nationalization, Regulatory Structure, and Corruption. Working paper.

Mahmood, R. 2004. Can Information and Communication Technology Help Reduce Corruption? How So and Why Not: Two Case Studies from South Asia. Perspectives on Global Development & Technology

Mahmood, Shakeel Ahmed Ibne. 2010. Public Procurement and Corruption in Bangladesh: Confronting the Challenges and Opportunities. Journal of Public Administration & Policy Research

Majeed, M.T. 2014. Corruption and Trade. Journal of Economic Integration

Majtan, Roman. 2013. The Self-Cleaning Dilemma: Reconciling Competing Objectives of Procurement Processes. George Washington International Law Review

Majumdar, Mukul & Seung Han Yoo. 2012. Strategic Analysis of Influence Peddling. International Journal of Game Theory

Makinwa, Abiola O. 2007. The Rules Regulating Transnational Bribery: Achieving a Common Standard? International Business Law Journal

Makinwa, Abiola O. 2009. "International Corruption and the Privatisation of Security: Resorting to Private Remedies", in M. Hildebrandt, A. Makinwa & A. Oehmichen eds., Controlling Security in a Culture of Fear (Boom Juridische Uitgevers)

Makinwa, Abiola O. 2009. "The Role of International Arbitration in the Fight against Corruption", in Olaf Meyer ed., Civil Law Consequences of Corruption (Baden-Baden: Nomos)

Makinwa, Abiola O. 2009. Researching Civil Remedies for International Corruption: The Choice of the Comparative Method. Erasmus Law Review

Makinwa, Abiola O. 2010. "A Transaction Approach to Fighting Corruption", in J. Blad, M. Hildebrandt, K. Rozenmond, M. Schuilenburg & P. Van Calster eds., Governing Security under the Rule of Law? (Eleven International Publishing)

Makinwa, Abiola O. 2010. Motivating Civil Remedies for International Corruption: Nigeria as an Illustrative Case Study. CALS Review of Nigerian Law & Practice

Makinwa, Abiola O. 2013. "Defining a Private Law Approach to Fighting Corruption", in Susan Rose-Ackerman & Paul D. Carrington eds., Anti-Corruption Policy: Can International Actors Play a Constructive Role? (Durham: Carolina Academic Press)

Makinwa, Abiola O. 2013. Good Governance: Negotiated Settlements for FCPA Violations as a Model. Applied Research Today.

Makinwa, Abiola O. 2013. Private Remedies for Corruption: Towards an International Framework (Eleven International Publishing).

Makuta, I. & B. O'Hare. 2015. Quality of Governance, Public Spending on Health and Health Status in Sub-Saharan Africa: A Panel Data Regression Analysis. BMC Public Health

Malec, Kathryn L. & John A. Gardiner. 1987. Measurement Issues in the Study of Official Corruption: A Chicago Example. Corruption & Reform

Malena, Carmen, Reiner Forster & Janmejay Singh. 2004. Social Accountability: An Introduction to the Concept and Emerging Practice. World Bank Social Development Paper No. 76.

Malesky, Edmund J. & Krislert Samphantharak. 2008. Predictable Corruption and Firm Investment: Evidence from a Natural Experiment and Survey of Cambodian Entrepreneurs. Quarterly Journal of Political Science

Malesky, Edmund J., Cuong Viet Nguyen & Anh Tran. 2014. The Impact of Recentralization on Public Services: A Difference-in-Differences Analysis of the Abolition of Elected Councils in Vietnam. American Political Science Review

Malesky, Edmund J., Dimitar D. Gueorgulev & Nathan M. Jensen. 2014. Monopoly Money: Foreign Investment and Bribery in Vietnam, a Survey Experiment. American Journal of Political Science

Malesky, Edmund, Paul Schuler & Anh Tran. 2012. The Adverse Effects of Sunshine: Evidence from a Field Experiment on Legislative Transparency in an Authoritarian Assembly. American Political Science Review .

Malik, A.S. 1990. Avoidance, Screening and Optimal Enforcement. Rand Journal of Economics

Maljevic, A.D. Datzer, E. Muratbegovic & M. Budimlic. 2008. Professional Police in Bosnia and Herzegovina: Case Study – Police Corruption. European Journal of Crime, Criminal Law & Criminal Justice

Mandal, Biswajit & Sugata Markit. 2010. Corruption and Wage Inequality. International Review of Economics & Finance

Mandal, Biswajit. 2014. Traded Goods, Tax and Intermediation – the Role of Corrupt Nontraded Sector. Working paper.

Manea, T. 2015. Medical Bribery and the Ethics of Trust: The Romanian Case. Journal of Medicine & Philosophy

Manion, Melanie. 1996. Corruption by Design: Bribery in Chinese Enterprise Licensing. Journal of Law, Economics & Organization

Manion, Melanie. 1998. Correction to "Corruption by Design". Journal of Law, Economics & Organization.

Manion, Melanie. 2004. Corruption by Design: Building Clean Government in Mainland China and Hong Kong. Cambridge: Harvard University Press, 2004.

Manion, Melanie. 2014. What Is Corrupt? A Model of Unacceptable International Business Practices in China. Working paper.

Manion, Melanie. 2015. "Institutional Design and Anti-Corruption in Mainland China" , in Paul M. Heywood ed., The Routledge Handbook of Political Corruption (New York: Routledge).

Manning, P.K. 2009. Bad Cops. Criminology & Public Policy

Manning, T.J. 2015. Private Equity and the FCPA: Deal-Making as Reform Mechanism.Pepperdine Law Review

Mansour, Sarah, Vjollca Sadiraj & Sally Wallace. 2014. Political Institutions and Corruption: An Experimental Examination of the Right to Recall. Working paper.

Manzetti, Luigi & Carole J. Wilson. 2006. Corruption, Economic Satisfaction, and Confidence in Government: Evidence from Argentina. The Latin Americanist

Manzetti, Luigi & Carole J. Wilson. 2007. Why Do Corrupt Governments Maintain Public Support? Comparative Political Studies

Manzetti, Luigi & Charles H. Blake. 1996. Market Reforms and Corruption in Latin America: New Means for Old Ways. Review of International Political Economy

Mao, Yina, Chi-Sum Wong & Kelly Z. Peng. 2013. Breaking Institutionalized Corruption: Is the Experience of the Hong Kong Independent Commission Against Corruption Generalizable? Asia Pacific Journal of Management

Maor, Moshe. 2004. Feeling the Heat? Anticorruption Mechanisms in Comparative Perspective. Governance

Marat, E. 2015. Global Money Laundering and Its Domestic Political Consequences in Kyrgyzstan. Central Asian Survey

Marberg, Sarah. 2012. Promises of Leniency: Whether Companies Should Self-Disclose Violations of the Foreign Corrupt Practices Act. Vanderbilt Journal of Transnational Law

Marceau, Justin F. 2007. A Little Less Conversation, A Little More Action: Evaluating and Forecasting the Trend of More Frequent and Severe Prosecutions Under the Foreign Corrupt Practices Act. Fordham Journal of Corporate & Financial Law

Marcelo, Simeon V. 2004. "Combating Corruption in the Philippines", in Controlling Corruption in Asia and the Pacific. (Manila: Asian Development Bank)

Marcouiller, Douglas & Leslie Young. 1995. The Black Hole of Graft: The Predatory State and the Informal Economy. American Economic Review

Marengo, F.D. 1988. The Link Between Political Corruption and Political Scandal. Corruption & Reform 3

Mariani, Paola. 2012. How Damages Recovery Actions Can Improve the Fight Against Corruption: The Crisis of Criminal Law Policies and the Role of Private Enforcement in an Italian Case of Judicial Corruption. Bocconi University Legal Studies Research Paper No. 2007241.

Marique, Yseult. 2014. "Integrity in English and French Public Contracts: Changing Administrative Cultures?", in Jean-Bernard Auby, Emmanuel Breen & Thomas Perroud eds., Corruption and Conflicts of Interest: A Comparative Law Approach

Marjit, S. V. Mukherjee & A. Mukherjee. 2000. Harassment, Corruption and Tax Policy. European Journal of Political Economy

Marjit, S. V. Mukherjee & A. Mukherjee. 2003. Harassment, Corruption and Tax Policy: Reply. European Journal of Political Economy .

Marjit, Sugata & Heling Shi. 1998. On Controlling Crime with Corrupt Officials. Journal of Economic Behavior & Organization 34: 163-72.

Marjit, Sugata, Biswajit Mandal & Suryadipta Roy. 2014. Trade Openness, Corruption and Factor Abundance: Evidence from a Dynamic Panel. Review of Development Economics

Mark, Gideon. 2012. Private FCPA Enforcement. American Business Law Journa

Marong, Alhaji B.M. 2002. Toward a Normative Consensus Against Corruption: Legal Effects of the Principles to Combat Corruption in Africa. Denver Journal of International Law & Policy

Marquette, H. & C. Peiffer. 2014. Corruption and Collective Action: Shifting the Equilibrium?. Birmingham Developmental Leadership Program Research Paper 32.

Marquette, Heather & Alan Doig. 2004. Drilling Down to the Detail: A Case Study into Anti-Corruption Project Records and Record-Keeping. Crime, Law & Social Change

Marquette, Heather, V. Pavarala & K. Malik. 2014. Religion and Attitudes Towards Corruption in India: A Collective Action Problem? Development in Practice

Marquette, Heather. 2001. Corruption, Democracy and the World Bank. Crime, Law & Social Change .

Marquette, Heather. 2004. The Creeping Politicization of the World Bank: The Case of Corruption. Political Studies

Marquette, Heather. 2007. Civic Education for Combating Corruption: Lessons from Hong Kong and the United States for Donor-Funded Programmes in Poor Countries. Public Administration & Development

Marquette, Heather. 2011. Donors, State-Building and Corruption: Lessons from Afghanistan and the Implications for Aid Policy. Third World Quarterly

Marquette, Heather. 2012. "Finding God" or "Moral Disengagement" in the Fight Against Corruption in Developing Countries? Evidence from India and Nigeria. Public Administration & Development

Marquette, Heather. 2013. "Corruption, Religion and Moral Development in Developing Countries", in Matthew Clarke ed., Handbook of Research on Development and Religion (Edward Elgar Publishing).

Marquette, Heather. 2015. "Religion, Ethics and Corruption: Field Evidence from India and Nigeria" , in Paul M. Heywood ed., The Routledge Handbook of Political Corruption (New York: Routledge)

Marshall, Andrew. 2013. What's Yours Is Mine: New Actors and New Approaches to Asset Recovery in Global Corruption Cases. Center for Global Development Policy Paper 018.

Marti, C. & Y. Kasperskaya. 2015. Public Financial Management Systems and Countries' Governance: A Cross-Country Study. Public Administration & Development

Martimort, David & Stephane Straub. 2009. Infrastructure Privatization and Changes in Corruption Patterns: The Roots of Public Discontent. Journal of Development Economics

Martin, A. Timothy. 1998. Corruption and Improper Payments: Global Trends and Applicable Laws. Alberta Law Review .

Martin, A. Timothy. 1999. The Development of International Bribery Law. Nat. Resources & Environment

Martin, A. Timothy. 2003. International Arbitration and Corruption: An Evolving Standard. International Energy & Mineral Arbitration

Martin, Susan Lorde. 1989. A Decade of Branti Decisions: A Government Official's Guide to Patronage Dismissals. American University Law Review 39:

Martins, Pedro S. 2010. Cronyism. IZA Discussion Paper 5349.

Mashaba, M. 2005. Organised Crime and Corruption – Fighting the Problem within the NEPAD Framework. African Security Review

Mashali, B. 2012. Analyzing the Relationship Between Perceived Grand Corruption and Petty Corruption in Developed Countries: Case Study of Iran. International Review of Administrative Sciences

Masron, Tajul Ariffin & Eliza Nor. 2013. FDI in ASEAN-8: Does Institutional Quality Matter? Applied Economics Letters

Matei, Ani & Lucica Matei. 2009. Public Integrity and Performance of Governance: A Comparative Study for South-Eastern Europe. Theoretical & Applied Economics

Matei, Ani & Lucica Matei. 2011. Assessing the Anti-corruption Strategies: Theoretical and Empirical Models. Journal of Management and Strategy

Matei, Ani, Lucica Matei & Carmen Savulescu. 2010. Public Integrity, Economic Freedom and Governance Performance: A Comparative Study for the EU Member States and Acceding Countries. Theoretical & Applied Economics

Matei, Lucica & Ani Matei. 2009. "Globalisation of Corruption" and Development of the Binom "Corruption – Public Integrity" in the Context of Romania Integration into the European Union. Theoretical & Applied Economics

Mather, A. & K. Singh. 2013. Foreign Direct Investment, Corruption and Democracy. Applied Economics.

Mathy, Pamela. 2011. Honest Services Fraud After Skilling. St. Mary's Law Journal

Mattarella, Bernardo Giorgio. 2014. "The Conflicts of Interests of Public Officers: Rules, Checks and Penalties", in Jean-Bernard Auby, Emmanuel Breen & Thomas Perroud eds., Corruption and Conflicts of Interest: A Comparative Law Approach

Matti, J. 2014. Corruption, Income Inequality, and Subsequent Economic Growth. Undergraduate Economic Review.

Matukhno, N. 2015. Corruption, Contention, and Reform: The Power of Deep Democratization. Journal of Politics

Mauro, Paolo. 1995. Corruption and Growth. Quarterly Journal of Economics

Mauro, Paolo. 1997. Why worry about corruption? Economic Issues 6.

Mauro, Paolo. 1998. Corruption and the Composition of Government Expenditure. Journal of Public Economics

Mauro, Paulo. 1998. Corruption: Causes, Consequences, and Agenda for Further Research. Finance & Developmen

Mauro, Paulo. 2004. Persistence of Corruption and Slow Economic Growth. IMF Staff Papers

Maxwell, Amanda E. & Richard F. Winters. 2004. A Quarter Century of (Data on) Corruption in the American States. Working paper.

Maxwell, Amanda E. & Richard F. Winters. 2005. Political Corruption in America. Working paper.

Maxwell, Daniel, Peter Walker, Cheyanne Church, Paul Harvey, Kevin Savage, Sarah Bailey, Roslyn Hees & Marie-Luise Ahlendorf. 2008. Preventing Corruption in Humanitarian Assistance: Final Research Report.

Mayfield, Loomis. 1993. Voting Fraud in Early Twentieth-Century Pittsburgh. Journal of Interdisciplinary History

Mazar, Nina & Dan Ariely. 2006. Dishonesty in Everyday Life and Its Policy Implications. Journal of Public Policy & Marketing

Mazar, Nina, On Amir & Dan Ariely. 2008. The Dishonesty of Honest People: A Theory of Self-Concept Maintenance. Journal of Marketing Research

Mazzacuva, F. 2014. Justifications and Purposes of Negotiated Justice for Corporate Offenders: Deferred and Non-Prosecution Agreements in the UK and US Systems of Criminal Justice. Journal of Criminal Law

Mbaku, J.M. 1991. Military Expenditures and Bureaurcratic Competition for Rents. Public Choice.

Mbaku, John M. 2000. Bureaucratic and Political Corruption in Africa: The Public Choice Perspective (Krieger: Malabar).

Mbaku, John Mukum. 1996. Bureaucratic Corruption in Africa: The Futility of Cleanups. Cato Journal

Mbaku, John Mukum. 1999. Corruption Cleanups in Developing Societies: The Public Choice Perspective. International Journal of Public Administration

McAdam, P. & O. Rummel. 2004. Corruption: A Non-Parametric Analysis. Journal of Economic Studies

McAllister, I. & S. White. 2015. Electoral Integrity and Support for Democracy in Belarus, Russia, and Ukraine. Journal of Elections, Public Opinion & Parties

McAllister, I. 2000. Keeping Them Honest: Public and Elite Perceptions of Ethical Conduct Among Australian Legislators. Political Studies

Mcallister, Ian. 2014. Corruption and Confidence in Australian Political Institutions.Australian Journal of Political Science

McCann, James A. & David Redlawsk. 2006. As Voters Go to the Polls, Will They Perceive a "Culture of Corruption"? PS: Political Science & Politics

McCann, James A. & Jorge I. Dominguez. 1998. Mexicans React to Electoral Fraud and Political Corruption: An Assessment of Public Opinion and Voting Behavior. Electoral Studies

McCann, James A. 2007. Corruption in the Eyes of American Citizens: Can It Ever Be Justified? Does It Always Elicit Anger? Working paper.

McCarthy, B.J. 1984. Keeping an Eye on the Keeper – Prison Corruption and Its Control. Prison Journal

McChesney, Fred S. 1987. Rent Extraction and Rent Creation in the Economic Theory of Regulation. Journal of Legal Studies

McChesney, Fred S. 2001. Ever the Twain Shall Meet. Michigan Law Review.

McCoy, Jennifer & Heather Heckel. 2001. The Emergence of a Global Anti-Corruption Norm. International Politics

McCurley, C.M. & J.J. Mondak. 1995. Inspected by #1184063113: The Influence of Incumbents' Competence and Integrity in U.S. House Elections. American Jouranl of Political Science

McCusker, Rob. 2006. Review of Anticorruption Strategies. Australian Institute of Criminology Technical Background Paper 23.

McFarlane, John. 2000. Corruption and the Financial Sector: The Strategic Impact. Dickinson Journal of International Law

McGee, Robert W. & Serkan Benk. 2014. The Ethics of Accepting a Bribe: An Empricial Case Study of Turkey. Business & Law

McGirr, Shaun. 2013. Deliberate Indiscretion: Why Bureaucratic Agencies are Differently Corrupt. Working paper.

McLaren, John. 2003. Corruption and the Organization of Tax Administration: Non-Smithian Benefits from Specialization, in Institutional Elements of Tax Design and Reform (Washington, D.C.: World Bank).

Mclean, Nicholas M. 2012. Cross-National Patterns in FCPA Enforcement. Yale Law Journal

McLeod, Ross H. 2005. The Struggle to Regain Effective Government Under Democracy in Indonesia. Bulletin of Indonesian Economic Studies

McManus, C., W.L. Miller, R. Markowski & J. Wasilewski. 2004. Why Is Corruption in Poland "A Serious Cause for Concern"? Crime, Law & Social Change

McMillan, J. 1991. Dango: Japan's Price-Fixing Conspiracies. Economics & Politics

McMillan, John & Pablo Zoido. 2004. How To Subvert Democracy: Montesinos in Peru. Journal of Economic Perspectives

McPake, B., D. Asiimwe, F. Mwesigye, M. Ofumbi., L. Ortenblad, P. Streefland & A. Turinde. 1999. Informal Economic Activities of Public Health Workers in Uganda: Implications for Quality and Accessibility of Care. Social Science & Medicine .

McWilliams, J. Nolan. 2007. Tug of War: The World Bank's New Governance and Anticorruption Efforts. Kansas Journal of Law & Public Policy

Meagher, Patrick. 2005. Anti-Corruption Agencies: Rhetoric versus Reality. Journal of Policy Reform

Meagher, Patrick. 2002. Anti-Corruption Agencies: A Review of Experience (Washington, D.C.: World Bank).

Mebane, Walter R., Jr. 2008. "Electoral Forensics: The Second-Digit Benford's Law Test and Recent American Presidential Elections", in R. Michal Alvarez, Thad E. Hall & Susan D. Hyde eds., Election Fraud: Detecting and Deterring Electoral Manipulation. (Washington, D.C.: The Brookings Institution)

Mebane, Walter R., Jr. 2011. Comment on "Benford's Law and the Detection of Election Fraud". Political Analysis.

Medard, F.H. 1996. Public Corruption in Africa: A Comparative Perspective. Corruption & Reform.

Medard, Jean-Francois. 2002. "Corruption in the Neo-Patrimonial States of Sub-Saharan Africa", in Arnold J. Heidenheimer & Michael Johnston eds., Political Corruption— Concepts and Contexts (London: Transaction Publishers).

Medina, Luis Fernando & Susan Stokes. 2007. Monopoly and Monitoring: An Approach to Political Clientalism, in H. Kitschelt & S. Wilkinson eds., Patrons, Clients, and Policies: Patterns of Democratic Accountability and Political Competition (Cambridge: Cambridge University Press).

Meessen, Karl M. 1995. Fighting Corruption Across the Border. Fordham Int'l L. J.

Mehlum, Halvor, Karl O. Moene & Ragnar Torvik. 2006. Cursed by Resources or Institutions? World Economy

Mehlum, Halvor, Karl O. Moene & Ragnar Torvik. 2006. Institutions and the Resource Curse. Economic Journal

Mehta, M.C. 2006. The Accountability Principle: Legal Solutions to Break Corruption's Impact on India's Environment. Journal of Environmental Law & Litigation

Meier, Kenneth J. & Thomas M. Holbrook. 1992. "I Seen My Opportunities and I Took 'Em": Political Corruption in the United States. Journal of Politics

Mejia Acosta, Andres. 2013. The Impact and Effectiveness of Accountability and Transparency Initiatives: The Governance of Natural Resources. Development Policy Review

Melgar, Natalia, Maximo Rossi & Tom W. Smith. 2010. The Perception of Corruption. International Journal of Public Opinion Research

Melo, Luisa & Michael A. Quinn. 2015. Oil, Foreign Direct Investment and Corruption. International Journal of Business & Finance Research

Melo, Marcus Andre, Adailton B. Leite & E. Rocha. 2013. Muncipal Corruption: Multilevel Estimates of the Effects of Checks and Political Competition in Brazil.Working paper.

Melo, Marcus Andre, Adailton Leite & Enivaldo Rocha. 2012. Competitive Corruption: Evidence from Randomized Brazilian Municipal Audits. Working paper.

Melo, Marcus Andre, Carlos Pereira & Carlos Mauricio Figueiredo. 2009. Political and Institutional Checks on Corruption: Explaining the Performance of Brazilian Audit Institutions. Comparative Political Studies

Melville, Andrei, Denis Stukai & Mikhail Mironiuk. 2014. "King of the Mountain," or Why Postcommunist Autocracies Have Bad Institutions. Russian Social Science Review

Memoli, Vincenzo & Alessandro Pellegata. 2013. Electoral Systems, Corruption and Satisfaction with Democracy. Working paper.

Memoli, Vincenzo & Alessandro Pellegata. 2014. Corruption and EU Institutions: The Italians' Opinion. Perspectives on European Politics & Society

Menaker, Andrea J. 2010. The Determinative Impact of Fraud and Corruption on Investment Arbitrations. ICSID Review

Mendez, Fabio & Facundo Sepulveda. 2006. Corruption, Growth, and Political Regimes: Cross Country Evidence. European Journal of Political Economy

Méndez, Fabio & Facundo Sepulveda. 2009. What Do We Talk About When We Talk About Corruption? Journal of Law, Economics & Organization

Mendez, Fabio. 2014. Can Corruption Foster Regulatory Compliance? Public Choice

Mendoza, R.U., R.A. Lim & A.O. Lopez. 2015. Grease or Sand in the Wheels of Commerce? Firm Level Evidence on Corruption and SMEs. Journal of International Development

Mendoza, Ronald U., Ricardo A. Lim & Anne Beline C. Ong Lopez. 2013. Grease or Sand in the Wheels of Commerce? Firm Level Evidence on Corruption and SMEs. Working paper.

Menes, Rebecca. 2006. "Limiting the Reach of the Grabbing Hand: Graft and Growth in American Cities, 1880 to 1930", in Edward L. Glaeser & Claudia Goldin eds., Corruption and Reform: Lessons from America's Economic History (Chicago: University of Chicago Press)

Menezes, Flavio M. & Paulo Klinger Monteiro. 2006. Corruption and Auctions. Journal of Mathematical Economics

Mensah, Y.M. 2014. An Analysis of the Effect of Culture and Religion on Perceived Corruption in a Global Context. Journal of Business Ethics

Meny, Y. 1996. "Fin de Siecle" Corruption: Change, Crisis and Shifting Values.International Social Science Journal

Méon, Pierre-Guillaume & Khalid Sekkat. 2005. Does Corruption Grease or Sand the Wheels of Growth? Public Choice.

Meon, Pierre-Guillaume & Laurent Weill. 2010. Is Corruption an Efficient Grease? World Development

Mesmer-Magnus, Jessica R. & Chockalingam Viswesvaran. 2005. Whistleblowing in Organizations: An Examination of Correlates of Whistleblowing Intentions, Actions, and Retaliation. Journal of Business Ethics.

Messick, D.M. & M.H. Bazerman. 1996. Ethical Leadership and Psychology of Decision Making. Sloan Management Review

Messick, Richard E. 2014. "Policy Considerations when Drafting Conflict of Interest Legislation", in Jean-Bernard Auby, Emmanuel Breen & Thomas Perroud eds., Corruption and Conflicts of Interest: A Comparative Law Approach

Mestre, J. 2015. A Bribe New World: The Federal Government Gets Creative in Chasing Foreign Officials for Taking Bribes. University of Florida Journal of Law & Public Policy

Meyer, B., T. van Roomen & E. Sikkema. 2014. Corporate Criminal Liability for Corruption Offences and the Due Diligence Defense: A Comparison of the Dutch and English Legal Frameworks. Utrecht Law Review

Meyer, M.E., J. Steyn & N. Gopal. 2013. Exploring the Public Parameter of Police Integrity. Policing: An International Journal of Police Strategies & Management

Meyer, Olaf. 2013. "The Formation of a Transnational Ordre Public against Corruption: Lessons for and from Arbitral Tribunals", in Susan Rose-Ackerman & Paul D. Carrington eds., Anti-Corruption Policy: Can International Actors Play a Constructive Role? (Durham: Carolina Academic Press),

Mi, Zengyu & Qiongzhi Liu. 2014. Income Inequality, Fiscal Redistribution, and Governmental Corruption: Evidence from Chinese Provincial Data. Journal of Developing Areas

Mialtu, M., C. Nedelcu & C. Banacu. 2015. The Balance of Accessing European Funds the End of 2014: The Influence of Corruption on Absorbed E.U. Funds in Romania. Management Research & Practice

Miceli, Marcia P. et al. 2008. Whistleblowing in Organizations. New York: Routledge.

Michael S. Kang. 2012. The End of Campaign Finance Law. Virginia Law Review

Michael, B. & I. Carr. 2015. How Can the ICAC Help Foster the Widespread Adoption of Company Anticorruption Programs in Hong Kong? North Carolina Journal of International Law & Commercial Regulation

Michael, B. 2004. The Rise and Fall of the Anti-Corruption Industry: Toward Second Generation Anti-Corruption Reforms in Central and Eastern Europe. New York: Open Society Institute.

Michael, B. 2015. Making Hong Kong Companies Liable for Foreign Corruption. Journal of Financial Crime.

Michael, Bryane. 2004. Explaining Organizational Change in International Development: The Role of Complexity in Anti-Corruption Work. Journal of International Development

Michael, Bryane. 2004. What Do African-Donor Sponsored Anti-Corruption Programmes Teach Us About International Development in Africa? Social Policy & Administration

Michael, Bryane. 2006. Depoliticizing Anti-Corruption in Bolivia: Local International Intervention and the State. International Journal of Public Administration

Michael, Bryane. 2010. Issues in Anti-Corruption Law: Drafting Implementing Regulations for Anti-Corruption Conventions in Central Europe and the Former Soviet Union, Journal on Legislation

Michael, Bryane. 2012. "Activist Regulatory Practices in Corruption Prevention: A Case Study from Montenegro", in Adam Graycar & Russell G. Smith eds., Handbook of Global Research and Practice in Corruption ,

Michael, Bryane. 2012. Do Customs Trade Facilitation Programs Help Reduce Customs-Related Corruption? International Journal of Public Administration 35: 81-97.

Michael, Bryane. 2014. Can the Hong Kong ICAC Help Reduce Corruption on the Mainland? Chinese Journal of Comparative Law 2: 78-119.

Michener, G. 2015. Policy Evaluation via Composite Indexes: Qualitative Lessons from International Transparency Policy Indexes. World Development 74: 184-196.

Miettinen, T. & P. Poutvaara. 2014. A Market for Connections. European Journal of Political Economy

Migliorisi, S. & C. Wescott. 2011. A Reviwe of World Bank Support for Accountability Institutions in the Contract of Governance and Anti-Corruption. IEG Working Paper 2011/5 (Washington D.C.: World Bank).

Miguel, Edward & Mary Kay Gugerty. 2005. Ethnic Diversity, Social Sanctions, and Public Goods in Kenya. Journal of Public Economics 89(11-12): 2325-2368.

Milanovic, Branko, Karla Hoff & Shale Horowitz. 2010. Turnover in Power as a Restraint on Investing in Influence: Evidence from the Postcommunist Transition. Economics & Politics

Miles, Cameron A. 2012. Corruption, Jurisdiction and Admissibility in International Investment Claims. Journal of International Dispute Settlement

Miles, M.R. 2015. Turnout as Consent: How Fair Governance Encourages Voter Participation. Political Research Quarterly.

Miller, Kelly D. 2002. The Hobbs Act, the Interstate Commerce Clause, and United States v. McFarland: The Irrational Aggregation of Independent Local Robberies to Sustain Federal Convictions. Tulane Law Review

Miller, William L. 2006 Corruption and Corruptibility. World Development

Miller, William L., Ase B. Grodeland & Tatyana Y. Koshechkina. 2001. A Culture of Corruption: Coping with Government in Post-Communist Europe. Budapest: CEU Press.

Miller, William L., Ase B. Grodeland & Tatyana Y. Koshechkina. 2002. "Values & Norms versus Extortion & Temptation," in Corrupt Exchanges: Empirical Themes in the Politics and the Political Economy of Corruption (Donatella Della Porta & Susan Rose-Ackerman, eds.)

Miller, William M. 2006. "Perceptions, Experience and Lies: What Measures Corruption and What Do Corruption Measures Measure?", in Charles Sampford, Arthur Shacklock, Carmel Connors & Fredrik Galtung eds., Measuring Corruption (Aldershot: Ashgate)

Mills, David & Robert Weisberg. 2008. Corrupting the Harm Requirement in White Collar Crime. Stanford Law Review

Milyo, J. 2014. Corporate Influence and Political Corruption. Independent Review .

Minovic, M., M. Milovanovic, V. Stavljanin, B. Draskovic & D. Lazic. 2014. Semantic Technologies on the Mission: Preventing Corruption in Public Procurement. Computers in Industry .

Mironov, Maxim & Ekaterina Zhuravskaya. 2012. Corruption in Procurement and Shadow Campaign Financing: Evidence from Russia. Unpublished manuscript.


Mironov, Maxim. 2005. Bad Corruption, Good Corruption and Growth. 2005. Working Paper, Graduate School of Business, University of Chicago.

Mironov, Maxim. 2015. Should One Hire a Corrupt CEO in a Corrupt Country? Journal of Financial Economics

Miroslav, Minovia et al. 2014. Semantic Technologies on the Mission: Preventing Corruption in Public Procurement. Computers in Industry

Misangyi, Vilmos F., G. Weaver & H. Elms. 2008. Ending Corruption: The Interplay among Institutional Logics, Resources, and Institutional Entrepreneurs. Academy of Management Review

Mishra, Ajit. 2002. Hierarchies, Incentives and Collusion in a Model of Enforcement. Journal of Economic Behavior & Organization

Mishra, Ajit. 2005. The Economics of Corruption. Oxford University Press.

Mishra, Ajit. 2006. Persistence of Corruption: Some Theoretical Perspectives. World Development.

Mishra, P., A. Subramanian & P. Topalova. 2008. Tariffs, Enforcement, and Customs Evasion: Evidence from India. Journal of Public Economics

Mistree, D. 2015. Party-Directed Corruption in the Developing World. Comparative Politics

Mistry, J.J. & A. Jalal. 2012. An Empirical Analysis of the Relationship Between E-Government and Corruption. International Journal of Digital Accounting Research .

Mitchell, Paul. 2000. Voters and Their Representatives: Electoral Institutions and Delegation in Parliamentary Democracies. European Journal of Policy Research

Mitchell, Z., S. Merrington & P. Bell. 2014. A Comparative Analysis of the OECD Anti-Corruption Models (Asia & Europe) and Australia's Existing Anti-Corruption Platform. International Journal of Business & Commerce.

Mitra, Siddhartha. 2012. Corruption Re-examined. Trade & Development Review

Mixon, Franklin G., Jr., David N. Laband & Robert B. Eskelund Jr.. 1994. Rent Seeking and Hidden In-Kind Resource Distribution: Some Empirical Evidence. Public Choice

Mizoguchi, T. & N. Van Quyen. 2014. Corruption in Public Procurement Market. Pacific Economic Review.

Mo, Pak Hung. 2001. Corruption and Economic Growth. Journal of Comparative Economics

Mocan, Naci. 2008. What Determines Corruption? International Evidence from Micro Data. Economic Inquiry

Mock, Gregory. 2003. Undue Influence: Corruption and Natural Resources. World Resources 2002-2004.

Modnak, J.J. 1995. Competence, Integrity and the Electoral Success of Congressional Incumbents. Journal of Politics

Moene, Kalle & Tina Soreide. 2015. "Good Governance Facades", in Susan Rose-Ackerman & Paul Lagunes eds., Greed, Corruption, and the Modern State

Mohamed, M.R., S.R. Kaliappan, N.W. Ismail & W.N.W. Azman-Saini. 2015. Effect of Foreign Aid on Corruption: Evidence from Sub-Saharan African Countries. International Journal of Social Economics

Mohammad, Ehsan. 2006. When Implementation Fails: The Case of Anti-Corruption Commission (ACC) and Corruption Control in Bangladesh. Asian Affairs

Mohtadi, Hamid & Terry L. Roe. 2003. Democracy, Rent Seeking, Public Spending, and Growth. Journal of Public Economics

Moiseienko, A. 2015. "No Safe Haven": Denying Entry to the Corrupt as a New Anti-Corruption Policy. Journal of Money Laundering Control

Mokhtari, M. & M. Ashtari. 2012. Reducing Informal Payments in the Health Care System: Evidence from a Large Patient Satisfaction Survey. Journal of Asian Economics

Mokhtari, Manouchehr & Irina Grafova. 2007. Corruption: Theory and Evidence from the Russian Federation. Economic Systems .

Molinari, M.C. 2014. A Second Best Theory of Institutional Quality. Public Organization Review .

Monahan, Susanne C. & Beth A. Quinn. 2006. Beyond 'Bad Apples' and 'Weak Leaders': Toward a Neo-Institutional Explanation of Organizational Deviance. Theoretical Criminology

Monteiro, Joana & Claudio Ferraz. 2010. Does Oil Make Leaders Unaccountable? Evidence from Brazil's Offshore Oil Boom. Working paper.

Montes, G.C. & P.C. Paschoal. 2015. Corruption: What Are the Effects on Government Effectiveness? Empirical Evidence Considering Developed and Developing Countries? Applied Economics Letters.

Montinola, Gabriella R. & Robert W. Jackman. 2002. Sources of Corruption: A Cross-Country Study. British Journal of Political Science

Montinola, Gabriella R. 1994. The Foundations of Political Corruption: Insights from the Philippine Case. Asian Journal of Political Science

Montinola, Gabriella, Yingyi Qian & Barry R. Weingast. 1995. Federalism, Chinese Style: The Political Basis for Economic Success. World Politics

Moody-Stuart, George. 1994. The Good Business Guide to Bribery: Grand Corruption in Third World Development.

Moohr, Geraldine Szott. 1994. Mail Fraud and the Intangible Rights Doctrine: Someone to Watch over Us. Harvard Journal on Legislation

Mookherjee, Dilip & Ivan P.L. Png. 1992. Monitoring vis-à-vis Investigation in Enforcement of Law. American Economic Review

Mookherjee, Dilip & Ivan P.L. Png. 1995. Corruptible Law Enforcers: How Should They Be Compensated? Economic Journa

Moore, D.A., P.E. Tetlock, L. Tanlu & M.H. Bazerman. 2006. Conflicts of Interest and the Case of Auditor Independence: Moral Selection and Strategic Issue Cycling. Academy of Management Review

Moore, E.C. 2007. Causes of Demand for International Bribery. Electronic Journal of Business Ethics & Organization Studies :

Moore, Mick. 2001. Political Underdevelopment: What Causes "Bad Governance'?, Public Management

Moore, Mick. 2004. Revenue, State Formation, and the Quality of Government in Developing Countries. International Political Science Review

Moran, Jon. 1999. Bribery and Corruption: The OECD Convention on Combating the Bribery of Foreign Public Officials in International Business Transactions. Business Ethics: A European Review

Moran, Jon. 2001. Democratic Transitions and Forms of Corruption. Crime, Law & Social Change

Moroff, Holger & Diana Schmidt-Pfister. 2010. Anti-Corruption Movements, Mechanisms, and Machines – An Introduction. Global Crime

Moroff, Holger. 2004. A Polychromatic Turn in Corruption Research? Crime, Law & Social Change

Morris, C. 2015. In International Study on Public Confidence in Police. Police Practice & Research

Morris, Stephen D. & J.L. Klesner. 2010. Corruption and Trust: Theoretical Considerations and Evidence from Mexico. Comparative Political Studies

Morris, Stephen D. 1991. Corruption and Politics in Contemporary Mexico. (University of Alabama Press).

Morris, Stephen D. 2004. Corruption in Latin America: An Empirical Overview. SECOLAS Annals

Morris, Stephen D. 2008. Disaggregating Corruption: A Comparison of Participation and Perceptions in Latin America with a Focus on Mexico. Bulletin of Latin American Research

Morris, Stephen D. 2011. Forms of Corruption. CESifo DICE Report

Morrisey, David. 2007. The Fight Against Corruption by International Organizations. George Washington International Law Review

Morse, Stephen. 2006. Is Corruption Bad for Environmental Sustainability? A Cross-National Analysis. Ecology & Society

Moser, Carolyn. 2014. "Conflict of Interests of Government Members and the Risk of Corruption: An Assessment of Pre-Revolutionary Tunisia and Egypt", in Jean-Bernard Auby, Emmanuel Breen & Thomas Perroud eds., Corruption and Conflicts of Interest: A Comparative Law Approach

Moss, T.J., G. Pettersson & N. van de Walle. 2006. An Aid-Institutions Paradox? A Review Essay on Aid Dependency and State Building in Sub-Saharan Africa. Working paper.

Moyer, Homer E., Jr. 2004. The Role of Law in Combating Official Corruption: Recent U.S. Enforcement and Evolving International Standards, Proceedings of the Annual Meeting (American Society of International Law)

Muazu Ibrahim, Emmanuel Kumi & Thomas Yeboah. 2015. African Journal of Economic & Sustainable Development

Mudhai, Fredrick. 2007. Time to Harvest? Media, Corruption and Elections in Kenya. International Journal of Communication Ethics

Muffler, Stephen. 1995. Proposing a Treaty on the Prevention of International Corrupt Payments: Cloning the Foreign Corrupt Practices Act Is Not the Answer. ILSA Journal of International & Comparative Law

Mukwiri, J. 2015. British Law on Corporate Bribery. Journal of Financial Crime

Mulgan, Richard & John Wanna. 2012. "Developing Cultures of Integrity in the Public and Private Sectors", in Adam Graycar & Russell G. Smith eds., Handbook of Global Research and Practice in Corruption ,

Muma, M.W. 2014. Toward Greater Guidance: Reforming the Definitions of the Foreign Corrupt Practices Act. Michigan Law Review

Mungu-Pippid, Alina. 2013. Becoming Denmark: Historical Designs of Corruption Control. Social Research

Mungiu-Pippidi, A. 2013. Controlling Corruption Through Collective Action. Journal of Democracy

Mungiu-Pippidi, A. 2015. Corruption: Good Governance Powers Innovation. Natur

Mungiu-Pippidi, A. et al. 2011. Contextual Choices in Fighting Corruption: Lessons Learned. Norwegian Agency for International Development.

Mungiu-Pippidi, Alina. 2005. Deconstructing Balkan Particularism: The Ambiguous Social Capital of Southeastern Europe. Southeast European & Black Sea Studies

Mungiu-Pippidi, Alina. 2006. Corruption: Diagnosis and Treatment. Journal of Democracy

Mungiu-Pippidi, Alina. 2013. The Good, the Bad and the Ugly: Controlling Corruption in the European Union. Working paper.

Mungiu-Pippidi, Alina. 2014. Of Virtuous Circles: Modeling Control of Corruption Beyond Modernization. Working paper.

Mungiu-Pippidi, Alina. 2015. The Quest for Good Governance: How Societies Develop Control of Corruption (Cambridge University Press).

Muralidharan, Karthik, Paul Niehaus & Sandip Sukhtankar. 2014. Payments Infrastructure and the Performance of Public Programs: Evidence from Biometric Smartcards in India. NBER Working Paper 19999.

Muralindharan, K. & Sundararaman, V. 2009. Teacher Performance Pay: Experimental Evidence from India. (Working paper).

Murphy, Kevin et al. 1993. Why Is Rent-Seeking So Costly to Growth? American Economic Review

Murphy, Mark J. 1995. International Bribery: An Example of an Unfair Trade Practice? Brooklyn Journal of International Law

Murray, Cameron K. & Paul Frijters. 2015. Clean Money in a Dirty System: Relationship Networks and Land Rezoning in Queensland.

Murtazashvili, J. 2015. Gaming the State: Consequences of Contracting Out State Building in Afghanistan. Central Asian Survey

Musa, P.F., P. Meso & V.W. Mbarika. 2005. Toward Sustainable Adoption of Technologies for Human Development in Sub-Saharan Africa: Precursors, Diagnostics, and Prescriptions. Communications of the Association for Information Systems

Musila, Jacob W. 2013. Does Democracy Have a Different Impact on Corruption in Africa? Journal of African Business

Musila, Jacob Wanjala & Simon Pierre Sigue. 2010. Corruption and International Trade: An Empirical Investigation of African Countries. World Economy

Mutebi, Alex. 2008. Explaining the Failure of Thailand's Anti-Corruption Regime. Development & Change

Muzila, Lindy, Michelle Morales, Marianne Mathias & Tammar Berger. 2012. On the Take: Criminalizing Illicit Enrichment to Fight Corruption. Washington, D.C.: Stolen Asset Recovery Initiative.

Myers, Richard E. II. 2012. Who Watches the Watchers in Public Corruption Cases? University of Chicago Legal Forum 2012

Myerson, Roger B. 1993. Effectiveness of Electoral Systems for Reducing Government Corruption: A Game-Theoretic Analysis. Games & Economic Behavior

Myerson, Roger. 2006. Bipolar Multicandidate Elections with Corruption. Scandinavian Journal of Economics

Myint, U. 2000. Corruption: Causes, Consequences and Cures. Asia-Pacific Development Journal

Myles, Gareth D. & Hana Yousefi. 2015. Corruption and Seigniorage. Journal of Public Economic Theory

Nabin, Munirul Haque & Gautam Bose. 2008. Partners in Crime: Collusive Corruption and Search. The B.E. Journal of Economic Analysis & Policy 8(1).

Nadeau-Seguin, Sara. 2013. Commercial Arbitration and Corrupt Practices: Should Arbitrators Be Bound By a Duty to Report Corrupt Practices? Transnational Dispute Resolution 10(3).

Nadipuram, Abhay M. 2013. Is the OECD the Answer? It's Only Part of the Solution. Journal of Corporation Law

Nagin, Daniel S. & Greg Pogarsky. 2003. An Experimental Investigation of Deterrence: Cheating, Self-Serving Bias, and Impulsivity. Criminology

Naidu, S. & A. Chand. 2014. Exploring the Relationship between Freedom from Corruption and Business Governance in the Oceania Region. Quality & Quantity

Naim, Moises. 2005. Bad Medicine: The War on Corruption Is Leaving the World Worse Than We Found It. Foreign Policy 147 (May-June 2005): 96-95.

Nakahara, S. 2015. Light in the Darkness: Understanding the Future Directions of Organizational Corruption. Journal of Legal, Ethical & Regulatory Issues

Namawu, Alolo. 2004. Fighting Public Sector Corruption in Sub-Saharan Africa: Does Gender Matter? IDD Wchool of Public Policy Working Paper.


Nana, Constantine Ntsanyu. 2013. West Africa: The Actions of the OHADA Arbitral Tribunal in the Face of Corruption. Transnational Dispute Management 10(3).

Nappert, S. 2012. "Nailing Corruption: Thoughts for a Gardener – A Comment on World Duty Free Company Ltd v. The Republic of Kenya", in Patrick Wautelet, Thalia Kruger & Govert Coppens eds., The Practice of Arbitration: Essays in Honour of Hans van Houtte (Hart Publishing).

Nas, Tevtik F., Albert C. Price & Charles T. Weber. 1986. A Policy-Oriented Theory of Corruption. American Political Science Review 80(1):107-119.

Nasarre, Cecilia A.S. 2013. International Commercial Arbitration and Corruption: The Role and Duties of the Arbitrator. Transnational Dispute Resolution 10(3).

Nasuti, Peter. 2012. The Determinants of Anti-Corruption Reform in the Republic of Georgia. Working paper.

Navarro, Nelly Calderon. 2006. Fighting Corruption: The Peruvian Experience. Journal of International Criminal Justice

Navot, D. & N. Cohen. 2015. How Policy Entrepreneurs Reduce Corruption in Israel. Governance.

Navot, D. 2014. The Concept of Political Corruption. Public Integrity .

Nawaz, S. 2015. Growth Effects of Institutions: A Disaggregated Analysis. Economic Modelling

Nayeri, Rouzhna. 2014. No Longer the Sleeping Dog, the FCPA Is Awake and Ready To Bite: Analysis of FCPA Enforcements, the Implications, and Recommendations for Reform. New York International Law Review

Ndedi, Alain A. Pr & Kingsley Kelly Mua. 2015. The Role of Forensic Investigation Professionals in the Prevention of Fraud and Corruption in Developing Countries. Working paper.

Ndikumana, Leonce & Mina Baliamoune-Lutz. 2009. "Corruption and Growth in African Countries: Exploring the Investment Channel", in African Development Bank & UNECA, Africa's Development Challenges and Opportunities in the Global Arena

Ndikumana, Leonce. 2007. "Corruption and Pro-Poor Growth Outcomes: Evidence and Lessons for African Countries", in J. Mbaku, M. Martin & J. Karugia eds., Governance and Pro-Poor Growth in Sub-Saharan Africa

Ndikumana, Leonce. 2013. The Private Sector as Culprit and Victim of Corruption in Africa. Working paper.

Neal, M., J. Finlay, S. Karkoulian, D. Catana & R. Pellegrino. 2015. How Business Students View Corruption, and Why This Should Concern Us: Insights from Lebanon, Romania and the United States. Tertiary Education & Management

Neeman, Zvika, M. Daniele Paserman & Avi Simhon. 2008. Corruption and Openness. B.E. Journal of Economic Analysis & Policy 8(1) (Article 50) Negro, I. 2015. "Corruption Is Dirt": Metaphors for Political Corruption in the Spanish Press. Bulletin of Hispanic Studies

Neild, Robert. 2012. Public Corruption: The Dark Side of Social Evolution (London: Anthem Press)


Nell, Mathias. 2007. Contracts Induced by Means of Bribery – Should They Be Void or Valid? Working Paper.

Nell, Mathias. 2007. Strategic Aspects of Voluntary Disclosure Programs for Corruption Offences: Toward a Design of Good Practice. Working Paper.

Nelson, Michael A. 2013. "Corruption and the Size of Local Governments: Are They Related?", in S. Lago-Penas & J. Martinez-Vazquez eds., The Challenge of Local Government Size: Theoretical Perspectives, International Experience and Policy Reform (Cheltenham, U.K.: Edward Elgar)

Nemeroff, Michael A. 2006. The Limited Role of Campaign Finance Laws in Reducing Corruption by Elected Public Officials. Howard Law Journal

Neoh, Anthony. 2010. "An Impartial and Uncorrupted Civil Service: Hong Kong's Fight Against Corruption in the Past 35 Years", in Christopher Forsyth et al. eds. Effective Judicial Review: A Cornerstone of Good Government (Oxford University Press) Nesbit, Julie B. 1998. Transnational Bribery of Foreign Officials: A New Threat to the Future of Democracy. Vand. J. Transnational Law

Nesti, L. 2014. The 2010 "Agreement on Mutual Enforcement of Debarrment Decisions" and Its Impact for the Fight against Fraud and Corruption in Public Procurement. Journal of Public Procurement

Neu, Dean, Jeff Everett & Abu Shiraz Rahaman. 2015. Preventing Corruption within Government Procurement: Constructing the Disciplined and Ethical Subject. Critical Perspectives on Accounting

Neudorfer, Benjamin & Natascha S. Neudorfer. 2015. Decentralization and Political Corruption: Disaggregating Regional Authority. Publius

Neudorfer, N.S. & U.G. Theurekauf. 2014. Buying War Not Peace: The Influence of Corruption on the Risk of Ethnic War. Comparative Political Studies 47(13): 1856-1886.

Neudorfer, Natascha S. 2015. Development, Democracy and Corruption: How Poverty and Lack of Political Rights Encourage Corruption. Journal of Public Policy (forthcoming).

Neudorfr, Natascha S. N.d. Gender and Graft: A Political Economy Argument about the Influence of Working Women on Political Corruption. Journal of Women Politics & Policy (forthcoming).

Neumayer, E. 2002. Is Good Governance Rewarded? A Cross-National Analysis of Debt Forgiveness. World Development

Neumayer, E. 2003. The Determinants of Aid Allocation by Regional Multilateral Development Banks and United Nations Agencies. International Studies Quarterly

Neupane, Arjun, Jeffrey Soar & Kishor Vaidya. 2012. Evaluating the Anti-Corruption Capabilities of Public E-Procurement in a Developing Country. Electronic Journal on Information Systems in Developing Countries

Neupane, Arjun, Jeffrey Soar & Kishor Vaidya. 2014. An Empirical Evaluation of the Potential of Public E-Procurement to Reduce Corruption. Australasian Journal of Information Systems

Neupane, Arjun, Jeffrey Soar & Kishor Vaidya. 2014. The Potential of E-Procurement Technology for Reducing Corruption. International Journal of Information Technology & Management.

Neupane, Arjun, Jeffrey Soar, Kishor Vaidya & Jianming Yong. 2014. Willingness to Adopt E-Procurement to Reduce Corruption. Transforming Government: People, Process & Policy

Neverova, E.G. & O.A. Malafeyef. 2015. A Model of Interaction between Anticorruption Authority and Corruption Groups. AIP Conference Proceedings

Ng, F. & A. Yeats. 1999. Good Governance and Trade Policy: Are They the Keys to Africa's Global Integration and Growth? World Bank Policy Research Working Paper 2038.

Ngira, David Otieno. 2015. Accelerating the "War" Against Corruption: A Sociological Perspective. Working paper.

Ngo, Tak-Wing. 2009. "Rent Seeking under the Licensing State: The Institutional Sources of Economic Corruption in China", in Gong, T. & S.K. Ma eds., Preventing Corruption in Asia: Institutional Design and Policy Capacity (London: Routledge)

Niaz, I. 2014. Corruption and the Bureaucratic Elite in Pakistan: The 1960s and 1970s Revisited. Journal of the Royal Asiatic Society

Nice, David C. 1986. The Policy Consequences of Political Corruption. Political Behavior

Nichilo, Brian. 2011. Honest Services Fraud: Consistency in Change. Temple Law Review

Nichols, Philip J. 2016. The Neomercantilist Fallacy and the Contextual Reality of the Foreign Corrupt Practices Act. Harvard Journal on Legislation (forthcoming).

Nichols, Philip M. 1996. Corruption in the World Trade Organization: Discerning the Limits of the World Trade Organization's Authority. N.Y.U. Journal of International Law and Politics, 28: 711-784.

Nichols, Philip M. 1997. Outlawing Transnational Bribery Through the World Trade Organization. Law & Policy in International Business

Nichols, Philip M. 1999. Are Extraterritorial Restrictions on Bribery a Viable and Desirable International Policy Goal Under the Global Conditions of the Late Twentieth Century? Increasing Global Security by Controlling Transnational Bribery. Mich. J. Int'l L. 20: 451-.

Nichols, Philip M. 1999. Regulating Transnational Bribery in Times of Globalization and Fragmentation. Yale Journal of International Law

Nichols, Philip M. 2000. The Myth of Anti-Bribery Laws as Transnational Intrusion. Cornell International Law Journal

Nichols, Philip M. 2001. The Fit Between Changes to the Global Corruption Regime and Indigenous Perceptions of Corruption in Kazakhstan. University of Pennsylvania Journal of International Economic Law

Nichols, Philip M. 2004. Corruption as an Assurance Problem. American University International Law Review

Nichols, Philip M. 2009. Multiple Communities and Controlling Corruption. Journal of Business Ethics

Nichols, Philip M. 2011. The Perverse Effect of Campaign Contribution Limits: Reducing the Allowable Amounts Increases the Likelihood of Corruption in the Federal Legislature. American Business Law Journal

Nichols, Philip M. 2012. The Business Case for Complying with Bribery Laws. American Business Law Journal.

Nichols, Philip M. 2012. The Psychic Costs of Violating Corruption Laws. Vanderbilt Journal of Transnational Law.

Nichols, Philip M. 2012. United States v Lazarenko: The Trial and Conviction of Two Former Prime Ministers of Ukraine. University of Chicago Legal Forum.

Nichols, Philip M., George J. Siedel & Matthew Kasdin. 2004. Corruption as a Pan-Cultural Phenomenon: An Empirical Study in Countries at Opposite Ends of the Former Soviet Empire, 39 Tex. Int'l L.J

Nichter, Simeon. 2008. Vote Buying or Turnout Buying? Machine Politics and the Secret Ballot. American Political Science Review

Nichter, Simeon. 2011. Electoral Clientelism or Relational Clientelism? Healthcare and Sterilization in Brazil. Working paper.

Nichter, Simeon. 2014. Conceptualizing Vote Buying. Electoral Studies (forthcoming).

Niehaus, Paul & Sandip Sukhtankar. 2013. Corruption Dynamics: The Golden Goose Effect. American Economic Journal: Economic Policy

Niehaus, Paul & Sandip Sukhtankar. 2013. The Marginal Rate of Corruption in Public Programs: Evidence from India. Journal of Public Economics

Niehaus, Paul, Antonia Atanassova, Marianne Bertrand & Sendhil Mullainathan. 2013.

Targeting with Agents. American Economic Journal: Economic Policy

Nielsen, R. 2003. Corruption Networks and Implications for Ethical Corruption Reform. Journal of Business Ethics

Nielsen, Richard P. 2000. The Politics of Long Term Corruption Reform: A Combined Social Movement and Action-Learning Approach. Business Ethics

280

Nieto, N. 2014. Corruption in Mexico: A Historical Legacy. Social Science Diliman

Nikolaev, P. 2014. Corruption Suppression Models: The Role of Inspectors' Moral Level. Computational Mathematics & Modeling.

Nilsson Hakkala, K., P. Norback & H. Svaleryd. 2008. Asymmetric Effects of Corruption on FDI: Evidence from Swedish Multinational Firms. Review of Economics & Statistics

Nishizaki, Y. 2005. The Moral Origin of Thailand's Provincial Strongman: The Case of Banharn Silpa-Archa. South East Asia Research

Nolan, Beth. 1992. Public Interest, Private Income: Conflicts and Control Limits on the Outside Income of Government Officials. Northwestern University Law Review

Noller, Lisa M. 2012. A Modest Practitioner Proposal: Striking a Balance in Whistleblower Lawsuits. University of Chicago Legal Forum 2012: 129-150.

Noonan, John T. 1985. Bribes. New York: MacMillan.

Norad. 2011. Joint Evaluation of Support to Anticorruption Efforts, 2002-2009.

Norton, Patrick M. 2006. The Foreign Corrupt Practices Act Dilemma. China Business Review 33 (Nov-Dec)

Nte, N.D. 2011. Police Corruption and the National Security Challenge in Nigeria: A Study of Rivers State Police Command. International Journal of Human Sciences .

Nurgaliyev, B., K. Ualiyev & B. Simonovich. 2015. Police Corruption in Kazakhstan: The Preliminary Results of the Study. Review of European Studies

Nur-Tegin, Kanybek & Hans J. Czap. 2012. Corruption: Democracy, Autocracy, and Political Stability. Economic Analysis & Policy

Nur-tegin, Kanybek & Tanya Sahin. 2013. Bribing Behavior by Firm Attributes: A Cross-Country Analysis. International Journal of Public Policy

Nur-Tegin, Kanybek. 2008. Determinants of Business Tax Compliance. The B.E. Journal of Economic Analysis & Policy

Nwabuzor, Augustine. 2005. Corruption and Development: New Initiatives in Economic Openness and Strengthened Rule of Law. Journal of Business Ethics .

Nwazubor, A. 2005. Corruption and Development: New Initiatives in Economic Openness and Strengthened Rule of Law. Journal of Business Ethics

Nyamu,-Musembi, C. 2007. "Gender and Corruption in the Administration of Justice", in Transparency International, Global Corruption Report (Cambridge, UK: Cambridge University Press)

Nyblade, Benjamin & Steven Reed. 2008. Who Cheats? Who Loots? Political Competition and Corruption in Japan, 1947-1993. American Journal of Political Science.

Nye, Joseph. 1967. Corruption and Political Development: A Cost-Benefit Analysis. American Political Science Review

Nyhan, rendan & M. Marit Rehavi. 2015. Tipping the Scales? Tetsting for Political Influence on Public Corruption Prosecutions. Working paper.

Nyhan, D. 2015. Scandal Potential: How Political Context and News Congestion Affect the President's Vulnerability to Media Scandal. British Journal of Political Science

Nystrand, M.J. 2014. Petty and Grand Corruption and the Conflict Dynamics in Northern Uganda. Third World Quarterly

O'Donnell, Madalene. 2008. "Corruption: A Rule of Law Agenda?", in Agnes Hurwitz with Reyko Huang eds., Civil War and the Rule of Law (Boulder: Lynne Rienner).

O'Fallon, M.J. & K.D. Butterfield. 2005. A Review of the Empirical Ethical Decision-Making Literature: 1996-2003. Journal of Business Ethics

O'Hara, Phillip Anthony. 2014. Political Economy of Systemic and Micro-Corruption Throughout the World. Journal of Economic Issues

O'Kelly, Ciaran & Melvin J. Dubnick. 2006. Taking Tough Choices Seriously: Public Administration and Individual Moral Agency. Journal of Public Administration Research Theory

O'Leary, Cornelius. 1962. The Elimination of Corrupt Practices in British Elections, 1868-1911. Oxford: Clarendon Press.

O'Sullivan, Julie. 1996. The Independent Counsel Statute: Bad Law, Bad Policy. American Criminal Law Review

O'Toole, C.M. & F. Tarp. 2014. Corruption and the Efficiency of Capital Investment in Developing Countries. Journal of International Development

O'Toole, Conor M. & Finn Tarp. 2012. Corruption and the Efficiency of Capital Investment in Developing Countries. Working Paper.

Oarhe, O. 2014. Whither the Ivory Tower? Corruption and the Development of Higher Education in Nigeria. Africa Education Review

Obala, L.M. & M. Mattingly. 2014. Ethnicity, Corruption and Violence in Urban Land Conflict in Kenya. Urban Studies

Oberoi, Roopinder. 2014. Mapping the Matrix of Corruption: Tracking the Empirical Evidences and Tailoring Responses. Journal of Asian & African Studies

Obidzinski, K. & K. Kusters. 2015. Formalizing the Logging Sector in Indonesia: Historical Dynamics and Lessons for Current Policy Initiatives. Society & Natural Resources

Obolonskii, Aleksandr & Aleksei Barabashev. 2014. How to Clean Out the Augean Stable of Our Bureaucracy. Russian Politics & Law

Obydenkova, Anastassia & Alexander Libman. 2015. Understanding the Survival of Post-Communist Corruption in Contemporary Russia: The Influence of Historical Legacies. Post-Soviet Affairs.

Ocheje, D. Paul. 2000. Law and Social Change: A Socio-Legal Analysis of Nigeria's Corrupt Practices and Other Related Offenses Act, 2000. Journal of African Law

Ocheje, Paul D. 2000. Refocusing International Law on the Quest for Accountability in Africa: The Case Against "Other" Impunity. Leiden Journal of International Law

Ocheni, Stephen & Basil C. Nwankwo. 2012. The Effectiveness of Anti-Corruption Agencies in Enhancing Good Governance and Sustainable Developmental Growth in Africa: The Nigerian Paradox under Obasanjo Administration, 2003-2007. Canadian Social Science

Ochulor, Chinenye Leo. 2011. Ethical and Moral Implications of Corruption. Canadian Social Science.

Ockey, J. 2003. Change and Continuity in the Thai Political Party System. Asian Survey

Odd-Helge Fjeldstad. 2005. Revenue Administration and Corruption. (Bergen: Chr. Michelsen Institute, U4 Issue no. 2).

Odumosu, Ibironke T. 2011. International Investment Arbitration and Corruption Claims: An Analysis of World Duty Free v. Kenya. Law & Development Review

Oduor, Jacinta Ayango et al. 2013. Left out of the Bargain: Settlements in Foreign Bribery Cases and Implications for Asset Recovery. Washington, D.C.: Stolen Asset Recovery Initiative. OECD/StAR. 2012. Identification and Quantification of the Proceeds of Bribery.

Offe, Claus. 2004. "Political Corruption. Conceptual and Practical Issues," in S. Rose-Ackerman & J. Kornai, eds. Building a Trustworthy State in Post-Socialist Transition (New York: Palgrave/Macmillan)

Offer, Avner. 1997. Between the Gift and the Market: The Economy of Regard. Economic History Review.


Ofosu-Amaah, W. Paati, Raj Soopramenien & Kishor Raj. 1999. Combating corruption: A comparative review of selected legal aspects of state practice and major international initiatives. Washington, D.C.: World Bank.

Ogan, Pekin. 1995. Predicting Noncompliance with the Foreign Corrupt Practices Act. Bus. & Prof. Ethics

Oge, K. 2014. The Limits of Transparency Promotion in Azerbaijan: External Remedies to "Reverse the Curse". Europe-Asia Studies

Ogungbamila, Bolanle & I. Bola Udegbe. 2014. Gender Differences in the Effects of Perception of Organizational Injustice on Workplace Reactivity. Europe's Journal of Psychology

Ogunyemi, K. 2014. How Extortion Works (Evidence from Nigeria): The Extortion Cycle. Business & Professional Ethics Journal

Ogwang, T. & D. Cho. 2014. A Conceptual Framework for Constructing a Corruption Diffusion Index. Journal of Business Ethics

Ohnesorge, John K.M. 1999. "Ratch"eting up the Anti-Corruption Drive: Could a Look at Recent History Cure a Case of Theory-Determinism. Connecticut Journal of International Law

Ojha, Amitabh & Shailendra C. Jain Palvia. 2012. E-Government and the Fight Against Corruption: Conceptula Model and Five Case Studies from India. Journal of Information Technology & Application Research

Ojha, Amitabh, Shailendra Palvia & M.P. Gupta. 2008. "A Model for Impact of E-Government on Corruption: Exploring Theoretical Foundations," in J. Bhattacharya ed., Critical Thinking in Governance (New Delhi: Gift Publishing),

Okada, Keisuke & Sovannroeun Samreth. 2012. The Effect of Foreign Aid on Corruption: A Quantile Regression Approach. Economics Letters

Okada, Keisuke & Sovannroeun Samreth. 2014. How Does Corruption Influence the Effect of Foreign Direct Investment on Economic Growth? Global Economic Review

Okafor, G. 2015. Locational Determinants of US Outward FDI into Sub-Saharan Africa. Journal of Developing Areas

Okeahalam, C.C. & I. Bah. 1998. Perceived Corruption and Investment in Sub-Saharan Africa. South African Journal of Economics

Okojie, Paul & Abubakar Momoh. 2007. "Corruption and Reform in Nigeria", in Sarah Bracking ed., Corruption and Development: The Anti-Corruption Campaigns (Palgrave Macmillan)

Olaniyan, Kolawole. 2014. Corruption and Human Rights Law in Africa (Oxford: Hart Publishing).

Olatunde, J.O. 2014. Does Democracy Breed Accountability? The Role of State Executives in Nigeria, 1999-2007. International Journal of Critical Accounting 4(3): .

Olaya, Juanita, Kodjo Attisso & Anja Roth. 2010. Repairing Social Damage Out of Corruption Cases: Opportunities and Challenges as Illustrated in the Alcatel Case in Costa Rica. Working Paper.

Oldenburg, Philip. 1987. Middlemen in Third-World Corruption: Implication of an Indian Case. World Politics

Olen, Jared W. 2012. The Devil's in the Intent: Does 18 U.S.C. §666 Require Proof of Quid-Pro-Quo Intent? Southwestern Law Review.

Oliva, P. 2015. Environmental Regulations and Corruption: Automobile Emissions in Mexico City. Journal of Political Economy

Oliver, Dawn. 1997. Regulating the Conduct of MPs: The British Experience of Combating Corruption. Political Studies

Olivier de Sardan, J.P. 1999. A Moral Economy of Corruption in Africa? Journal of Modern African Studies

Olken, Benjamin & Patrick Barron. 2009. The Simple Economics of Extortion: Evidence from Trucking in Aceh. Journal of Political Economy

Olken, Benjamin A. & Rohini Pande. 2012. Corruption in Developing Countries. Annual Review of Economics.

Olken, Benjamin A. 2010. Direct Democracy and Local Public Goods: Evidence from a Field Experiment in Indonesia. American Political Science Review

Olken, Benjamin. 2006. Corruption and the Costs of Redistribution: Micro Evidence from Indonesia. Journal of Public Economics

Olken, Benjamin. 2007. Monitoring Corruption: Evidence from a Field Experiment in Indonesia. Journal of Political Economy.

Olken, Benjamin. 2009. Corruption Perceptions v. Corruption Reality. Journal of Public Economics

Olken, Benjamin. 2009. Do TV and Radio Destroy Social Capital? Evidence from Indonesian Villages. American Economic Journal: Applied Economics

Olowu, Dele. 1993. Roots and Remedies of Governmental Corruption in Africa. Corruption & Reform

Olsen, T. & G. Torsvik. 1998. Collusion and Renegotiation in Hierarchies: A Case of Beneficial Corruption. International Economic Review

Oluwaniyi, O.O. 2011. Police and the Institution of Corruption in Nigeria. Policing & Society

Omotoso, F. 2014. Public-Service Ethics and Accountabiity for Effective Service Delivery in Nigeria. Africa Today

Onoshchenko, O. & C.C. Williams. 2014. Evaluating the Role of Blat in Finding Graduate Employment in Post-Soviet Ukraine: The "Dark Side" of Job Recruitment? Employee Relations

Oquendo, Angel Ricardo. 1999. Corruption and Legitimation Crises in Latin America. Connecticut Journal of International Law

Oral, B. & F. Sayin. 2015. Can Corruption Be Prevented by Increasing Tax Auditing in Turkey? Journal of Economic Cooperation & Development

Organisation for Economic Cooperation and Development. 2008. Specialised Anti-Corruption Institution: Review of Models.

Orjuela, C. 2014. Corruption and Identity Politics in Divided Societies. Third World Quarterly

Ortega, B., A. Casquero & J. Sanjuan. 2014. Growth in Human Development: The Role of Corruption. Journal of International Development

Osei, Philip Duku. 2007. "Corruption Scandals and Anti-Corruption Institution Building Interventions in Jamaica", in Sarah Bracking ed., Corruption and Development: The Anti-Corruption Campaigns (Palgrave Macmillan)

Osei-Hwedie, B.Z. & K. Osei-Hwedie. 2000. The Political, Economic and Cultural Bases of Corruption in Africa, in K.R. Sr., Hope & B. Chikulo eds., Corruption and Development in Africa (London, Palgrave)

Osei-Tutu, E., K. Offei-Nyako, C. Ameyaw & K.T. Ampofo. 2014. Conflict of Interest and Related Corrupt Practices in Public Procurement in Ghana. International Journal of Civil Engineering Construction & Estate Management-.

Osifo, Omoregie Charles. 2014. An Ethical Governance Perspective on Anti-Corruption Policies and Procedures: Agencies and Trust in Cameroon, Ghana, and Nigeria Evaluation. International Journal of Public Administration

Osipian, Ararat L. 2009. Corruption and Reform in Higher Education in Ukraine. Canadian & International Education

Osipian, Ararat L. 2012. Economics of Corruption in Doctoral Education: The Dissertations Market. Econoimcs of Education Review

Osipian, Ararat L. 2014. Will Bribery and Fraud Converge? Comparative Corruption in Russia and the USA. Compare: A Journal of Comparative & International Education.

Osipian, Ararat. 2010. Corrupt Organizational Hierarchies in the Former Soviet Bloc. Transition Studies Review

Oskenbayev, Yessengali, Mesut Yilmaz & Kanat Abdulla. 2013. Resource Concentration, Institutional Quality and the Natural Resource Curse. Economic Systems

Osoba, Segun. 1996. Corruption in Nigeria: Historical Perspectives. Review of African Political Economy

Osterfeld, David. 1988. The Impact of Corruption on Third World Development. Economic Affairs

Ostergaard, Clemens Stubbe & Christina Petersen. 1991. Official Profiteering and the Tiananmen Square Demonstrations in China. Corruption and Reform.

Ostler, J. 2014. Corrupt Business Practices as a Market Entry Strategy. Academy of Management Proceedings .

Otahal, T. 2014. Mises, Hayek and Corruption. Journal of Business Ethics.

Oto-Peralias, D., D. Romero-Avila & C. Usabiaga. 2013. Does Fiscal Decentralization Mitigate the Adverse Effects of Corruption on Public Deficits? European Journal of Political Economy.

Ott, Jan C. 2010. Good Governance and Happiness in Nations: Technical Quality Precedes Democracy and Quality Beats Size. Journal of Happiness Studies

Otusanya, O.J., S. Lauwo, O.J. Ige & O.S. Adelaja. 2015. Sweeping It Under the Carpet: The Role of Legislators in Corrupt Practice in Nigeria. Journal of Financial Crime 22(3): 354-377.

Ouma, S.O.A. 1991. Corruption in Public Policy and Its Impact on Development: The Case of Uganda Since 1979. Public Administration & Development.

Ouzounov, Nikolay A. 2004. Facing the Challenge: Corruption, State Capture and the Rule of Multinational Business. John Marshall Law Review

Oyamada, E. 2015. Anti-Corruption Measures the Japanese Way: Prevention Matters. Asian Education & Development Studies

Oyamada, Eiji. 2005. President Gloria Macapagal-Arroyo's Anti-Corruption Strategy in the Philippines: An Evaluation. Asian Journal of Political Science

Oye, N. 2013. Reducing Corruption in African Developing Countries: The Relevance of E-Governance. Greener Journal of Social Sciences

Ozturk, I. & U. Al-Mulali. 2015. Investigating the Validity of the Environmental Kuznets Curve Hypothesis in Cambodia. Ecological Indicators

Pacini, Carl, Mushfiq Swaleheen & Katherine Baker. 2012. Enhanced Enforcement of the Foreign Corrupt Practices Act: Improving the Ethics of U.S. Business Practices Abroad. Research on Professional Responsibility & Ethics in Accounting

Pacini, Carl. 2012. The Foreign Corrupt Practices Act: Taking a Bite Out of Bribery in International Business Transactions. Fordham Journal of Corporate & Financial Law

Pacoy, Emilia P. 2008. Tracking Anti-Corruption Initiatives: Perceptions and Experiences in the Philippines. Journal of Administration & Governance

Padro i Miquel, G. 2007. The Control of Politicians in Divided Societies: The Politics of Fear. Review of Economic Studies

Paik, W. & R. Baum. 2014. Clientalism with Chinese Characteristics: Local Patronage Networks in Post-Reform China. Political Science Quarterly

Painter, Martin. 2006. Thaksinisation or Managerialism? Reforming the Thai Bureaucracy. Journal of Contemporary Asia

Painter, Martin. 2014. Myths of Political Independence, or How Not to Solve the Corruption Problem: Lessons for Vietnam. Asia & the Pacific Policy Studies

Painter, Richard W. 2009. Getting the Government America Deserves: How Ethics Reform Can Make a Difference. Oxford: Oxford University Press.

Paldam, M. & E. Gundlach. 2008. Two Views on Institutions and Development: The Grand Transition vs the Primacy of Institutions. Kyklos

Paldam, Martin. 2001. Corruption and Religion: Adding to the Economic Model. Kyklos

Paldam, Martin. 2002. The Cross-Country Pattern of Corruption: Economics, Culture and the Seesaw Dynamics. European J. of Pol. Econ.

Paler, L. 2013. Keeping the Public Purse: An Experiment in Windfalls, Taxes, and the Incentives to Restrain. American Political Science Review

Palmier, Leslie. 2000. Corruption and Probity. Asian Journal of Political Science 8: 1-.

Pande, Rohini. 2008. Understanding Political Corruption in Low Income Countries. Handbook of Development Economics

Pande, Rohini. 2011. Can Informed Voters Enforce Better Governance? Experiments in Low-Income Democracies. Annual Review of Economics

Pangalangan, Raul C. 2010. "The Philippines 'Sandiganbayan': Anti-Graft Courts and the Illusion of Self-Contained Anti-Corruption Regimes", in Andrew Harding & Penelope Nicholson eds., New Courts in Asia (London: Routledge)

Pani, M. 2011. Hold Your Nose and Vote: Corruption and Public Decisions in a Representative Democracy. Public Choice

Panizza, Ugo. 2001. Electoral Rules, Political Systems, and Institutional Quality. Economics & Politics

Pantzalis, C. & J.C. Park. 2014. Too Close for Comfort? Geographic Propinquity to Political Power and Stock Returns. Journal of Banking & Finance

Papaioannou, K. & J. Van Zanden. 2015. The Dictator Effect: How Long Years in Office Affect Economic Development. Journal of Institutional Economics

Pappa, E., R. Sajedi & E. Vella. 2014. Fiscal Consolidation with Tax Evasion and Corruption. Journal of International Economics (forthcoming).

Pappa, E., R. Sajedi & E. Vella. 2015. Fiscal Consolidation with Tax Evastion and Corruption. Journal of International Economics

Papyrakis, Elissaios & Pak Hung Mo. 2014. Fractionalization, Polarization, and Economic Growth: Identifying the Transmission Channels. Economic Inquiry

Parboteeah, K.P., H.T. Seriki & Martin Hoegl. 2014. Ethnic Diversity, Corruption and Ethical Climates in Sub-Saharan Africa: Recognizing the Significance of Human Resource Management. International Journal of Human Resource Management

Parchomovsky, Gideon & Peter Siegelman. 2009. Bribes vs. Bombs: A Study in Coasean Warfard. International Review of Law & Economics

Pardo, I. ed. 2004. Between Morality and the Law: Corruption, Anthropology and Comparative Society. Aldershot: Ashgate.

Paris, Timotheee. 2014. "Is (French) Continental Law Efficient at Fighting Conflicts of Interest?", in Jean-Bernard Auby, Emmanuel Breen & Thomas Perroud eds., Corruption and Conflicts of Interest: A Comparative Law Approach

Park, Adam W. 2013. Keep Your Eye on the Bribe: Focusing FCPA Enforcement. Journal of Law, Economics & Policy

Park, Hoon. 2003. Determinants of Corruption: A Cross-National Analysis. Multinational Business Review

Park, Junghee. 2012. Corruption, Soundness of the Banking Sector, and Economic Growth: A Cross-Country Study. Journal of International Money and Finance

Parker, Christine & Vibeke Lehmann Nielsen. 2009. Corporate Compliance Systems: Could They Make Any Difference? Administration & Society

Parker, Christine & Vibeke Nielsen. 2009. The Challenge of Empirical Research on Business Compliance in Regulatory Capitalism. Annual Review of Law & Social Science

Parry, J. 2000. "The Crisis of Corruption and the Idea of India – a Worm's Eye View", in Pardo, I. ed. Morals of Legitimacy: Between Agency and System. Oxford: Berghahn Books.

Parsons, Christopher A., Johan Sulaeman & Sheridan Titman. 2014. Swimming Upstream: Struggling Firms in Corrupt Cities. Working paper.

Partasides, Costantine. 2010. Proving Corruption in International Arbitration: A Balanced Standard for the Real World. ICSID Review

Partridge, Hilary. 1995. Can the Leopard Change Its Spots? Sleaze in Italy. Parliamentary Aff..

Pascual-Ezama, D., T.R. Fosgaard, J.C. Cardenas, P. Kujal, R. Veszteg, B.G. Liano & P.

Pranas-Garza. 2015. Context-Dependent Cheating: Experimental Evidence from 16 Countries. Journal of Economic Behavior & Organization (forthcoming).

Passas, Nikos. 2006. A Comparative Analysis of National Anti-Corruption Legislation and Programmes. New York: UNDP.

Passas, Nikos. 2010. Anti-Corruption Agencies and the Need for Strategic Approaches. Crime, Law & Social Change 53(1):

Pathak, R., G. Singh, R. Belwal, R. Naz & R. Smith. 2008. E-Governance, Corruption and Public Service Delivery: A Comparative Study of Fiji and Ethiopia. Journal of Administration & Governance

Pathak, R.D., G. Singh, R. Belwal & R.F.I. Smith. 2007. E-Governance and Corruption — Developments and Issues in Ethiopia. Public Organization Review

Pathak, R.D., R. Naz, M.H. Rahman, R.F.I. Smith & K.N. Agarwai. 2009. E-Governance to Cut Corruption in Public Service Delivery: A Case Study of Fiji. International Journal of Public Administration

Pattie, Charles & Ron Johnston. 2012. The Electoral Impact of the UK 2009 MPs' Expenses Scandal. Political Studies.

Paul, B.P. 2010. Does Corruption Foster Growth in Bangladesh? International Journal of Development Issues

Paulus, M. & L. Kristoufek. 2015. Worldwide Clustering of the Corruption Perception. Physica A

Pauwelyn, Joost. 2013. "Different Means, Same End: The Contribution of Trade and Investment Treaties to Anti-Corruption Policy", in Susan Rose-Ackerman & Paul D.

Carrington eds., Anti-Corruption Policy: Can International Actors Play a Constructive Role? (Durham: Carolina Academic Press)

Pavel, J. & S. Risticova. 2015. Analysis of Relationship Between Indicators of the Public Procurement Market and the Level of Perceived Corruption in EU Member States. Econonicky Casopis

Pavlova, E. 2015. The Russian Federation and European Union Against Corruption: A Slight Misunderstanding? Perspectives on European Politics & Society .

Pazmandy, Matthias. 2011. Socio-Economic Influences on Corruption Perception – Empirical Evidence from 27 European Countries. Hamburg Review of Social Sciences

Pearlman, S. 2014. Officials versus Theives: Is Public or Private Expropriation More Harmful to Small Firms? Journal of Development Studies

Pearson, Zoe. 2001. An International Human Rights Approach to Corruption, in Peter Larmour & Nick Wolanin eds., Corruption and Anti-Corruption (Canberra: Asia Pacific Press).

Pearson, Zoe. 2001. Human Rights and Corruption. Canberra: Centre for Democratic Institutions.

Pecujilia, M., I. Cosic, L.Nesic-Grubic & S. Drobnjak. 2015. Corruption: Engineers Are Victims, Perpetrators or Both? Science & Engineering Ethics

Pedersen, Eric M. 2008. The Foreign Corrupt Practices Act and Its Application to U.S. Business Operations in China. Journal of International Business & Law

Peiffer, C. & R. Rose. 2014. Why Do Some Africans Pay Bribes While Other Africans Don't? Afrobarometer Working Paper 148.

Peiffer, Caryn & Richard Rose. 2013. Why Do Africans Differ in Paying Bribes?

Peiffer, Caryn. 2012. From Islands of Integrity to Understanding the Politics of Corruption Reduction. DLP Research Paper 21.

Peisakhin, Leonid & Paul Pinto. 2010. Is Transparency an Effective Anti-Corruption Strategy? Evidence from a Field Experiment in India. Regulation & Governance

Peisakhin, Leonid V. 2011. "Field Experimentation and the Study of Corruption", in Susan Rose-Ackerman & Tina Soreide eds., International Handbook on the Economics of Corruption, vol. 2 (Cheltenham: Edward Elgar Publishing)

Peisakhin, Leonid. 2011. Transparency and Corruption: Evidence from India. Journal of Law & Economics

Pellegata, Alessandro. 2009. Democracy, Government Alternation and Political Corruption. GSSEPS Working Paper Series, 6/2009.

Pellegata, Alessandro. 2013. Constraining Political Corruption: An Empirical Analysis of the Impact of Democracy. Democratization

Pellegrini, Lorenzo & Reyer Gerlagh. 2004. Corruption's Effect on Growth and Its Transmission Channels. Kyklo

Pellegrini, Lorenzo & Reyer Gerlagh. 2006. Corruption and Environmental Policies: What Are the Implications for the Enlarged EU? European Environment

Pellegrini, Lorenzo & Reyer Gerlagh. 2006. Corruption, Democracy, and Environmental Policy: An Empirical Contribution to the Debate. Journal of Environment & Develoment

Pellegrini, Lorenzo & Reyer Gerlagh. 2008. Causes of Corruption: A Survey of Cross-Country Analyses and Extended Results. Economics of Governance

Pendergast, Shannon M., Judith A. Clarke & G. Cornelis van Kooten. 2011. Corruption, Development, and the Curse of Natural Resources. Canadian Journal of Political Science

Pensute, Chanintorn. 2014. Vote Buying and Violence in Thai Provincial Elections.

Pepinsky, H. 1992. Corruption, Bribery and Patriarchy in Tanzania. Crime, Law & Social Change

Pereira, C. & M. Melo. 2016. Reelecting Corrupt Incumbents in Exchange for Public Goods: Rouba mas Faz in Brazil. Latin American Research Review 51(1) (forthcoming).

Pereira, Carlos & Lucia S.G. Barros. 2015. Tolerance of Corruption or Ideological Blindness? Working paper.

Pereira, Carlos, Marcus Andre Melo & Carlos Mauricio Figueiredo. 2009. The Corruption-Enhancing Role of Re-Election Incentives? Counterintuitive Evidence from Brazil's Audit Reports. Political Research Quarterly

Perez, M. Fabricio, Josef C. Brada & Zdenek Drabek. 2012. Illicit Money Flows as Motives for FDI. Journal of Comparative Economics

Persily, Nathaniel & Kelli Lammie. 2004. Perceptions of Corruption and Campaign Finance: When Public Opinion Determines Constitutional Law, University of Pennsylvania Law Review,

Persson, Anna & Bo Rothstein. 2015. It's My Money: Why Big Government May Be Good Government. Comparative Politics

Persson, Anna & Martin Sjostedt. 2012. "State Legitimacy and the Corruptibilty of Leaders," in B. Rothstein & S. Holmberg, eds. Good Government: The Relevance of Political Science (Edward Elgar Publishing).

Persson, Anna, Bo Rothstein & Jan Teorell. 2012. "Rethinking the Nature of the Grabbing Hand," in B. Rothstein & S. Holmberg, eds. Good Government: The Relevance of Political Science (Edward Elgar Publishing).

Persson, Anna, Bo Rothstein & Jan Teorell. 2013. Why Anticorruption Reforms Fail— Systemic Corruption as a Collective Action Problem. Governance

Persson, Torsten & Guido Tabellini. 2003. The Economic Effects of Constitutions (MIT Press)

Persson, Torsten, Guido Tabellini & Francesco Trebbi. 2003. Electoral Rules and Corruption. Journal of the European Economic Association

Petermann, Andrea, Juan Ignacio Guzman & John E. Tilton. 2007. Mining and Corruption. Resources Policy

Peters, John & Susan Welch. 1980. The Effects of Charges of Corruption on Voting Behavior in Congressional Elections. Am. Pol. Sci.

Petrou, A. 2014. Bank Foreign Affiliate Performance in the Face of Pervasive and Arbitrary Corruption. European Management Review 1

Petrou, A.P. 2014. The "Grabbing Hand" or the "Helping Hand" View of Corruption: Evidence from Bank Foreign Market Entries. Journal of World Business

Petrou, Andreas P. 2015. Arbitrariness of Corruption and Foreign Affiliate Performance: A Resource Dependence Perspective. Journal of World Business

Petrovsky, Nicolai, Claudia V. Avellaneda & Priyam Saharia. 2010. Does Managerial Quality Determine Whether Easy Money Will Increase Organizational Slack? Testing the Rentier Hypothesis in Colombian Local Governments. Working paper.

Petrovsky, Nicolai. 2004. Does Natural Resource Wealth Spoil and Corrupt Governments? A New Test of the Resource Curse Thesis. Working paper.

Petty, Aaron. 2006. How Qui Tam Actions Could Fight Public Corruption. University of Michigan Journal of Law Reform

Pevehouse, Jon. 2010. International Institutions and the Rule of Law: The Case of National Corruption. Working paper.

Pharr, Susan. 2002. "Public Trust and Corruption in Japan," in Arnold Heidennheimer & Michael Johnston, eds. Political Corruption, Concepts and Contexts, 3rd edition (New Brunswick: Transaction Publishers)

Phillips, T.J. 2015. The Federal Common Law of Successor Liability and the Foreign Corrupt Practices Act. William & Mary Business Law Review

Philp, M. & E. David-Barrett. 2015. Realism About Political Corruption. Annual Review of Political Science

Philp, M. 2014. New Advances in Experimental Research on Corruption. Political Studies Review

Philp, Mark. 1997. Defining Political Corruption. Political Studies

Philp, Mark. 2006. "Corruption Definition and Measurement," in Charles Sampford, Arthur Shacklock, Carmel Connors & Fredrik Galtung eds., Measuring Corruption (Aldershot: Ashgate)

Philp, Mark. 2008. Peacebuilding and Corruption. International Peacekeeping

Philp, Mark. 2015. "The Definition of Political Corruption", in Paul M. Heywood ed., The Routledge Handbook of Political Corruption (New York: Routledge)

Picur, Roald D. & Ahmed Riahi-Belkaoui. 2006. The Impact of Bureaucracy and Corruption on Tax Compliance. Review of Accounting and Finance 2

Pierce, S. 2006. Looking Like a State: Colonialism and the Discourse of Corruption in Northern Nigeria. Comparative Studies in Society and History

Pieroni, Luca & Giorgio d'Agostino. 2009. Military Spending, Corruption and Economic Growth. Peace Economics, Peace Science & Public Policy

Pieroni, Luca & Giorgio d'Agostino. 2013. Corruption and the Effects of Economic Freedom. European Journal of Political Economy

Pierre, N. 2015. Foreign Direct Investment: Rule of Law and Corruption. Asia-Pacific Journal of Financial Studies

Pieth, Mark et al., eds. 2007. The OECD Convention on Bribery: A Commentary. Cambridge: Cambridge University Press.

Pieth, Mark. 2013. "From Talk to Action: The OECD Experience", in Susan Rose-Ackerman & Paul D. Carrington eds., Anti-Corruption Policy: Can International Actors Play a Constructive Role? (Durham: Carolina Academic Press)

Pietrzyk-Reeves, Dorota. 2006. Corruption and Democratization: A Civic Republican View. Acta Politica

Piga, Gustavo. 2011. "A Fighting Chance Against Corruption in Public Procurement?", in International Handbook on the Economics of Corruption, Vol. II. (Edward Elgar Publishing).

Pillay, Soma & Nirmala Dorasamy. 2010. Linking Cultural Dimensions with the Nature of Corruption: An Institutional Theory Perspective. International Journal of Cross Cultural Management

Pillay, Soma & Ron Kluvers. 2014. An Institutional Theory Perspective on Corruption: The Case of a Developing Democracy. Financial Accountability & Management

Pina, V., L. Torres & S. Royo. 2007. Are ICTs Improving Transparency and Accountability in the EU Regional and Local Governments?: An Empirical Study. Public Administration

Pines, Daniel. 1994. Amending the Foreign Corrupt Practices Act to Include a Private Right of Action. California Law Review.

Pino, N.W. & L.M. Johnson. 2011. Police Deviance and Community Relations in Trinidad and Tobago. Policing: An International Journal of Police Strategies & Management

Pinto, Jonathan, Carrie R. Leana & Frits K. Pil. 2008. Corrupt Organizations or Organizations of Corrupt Individuals? Two Types of Organization-Level Corruption. Academy of Management Review

Pinto, Pablo M. & Boliang Zhu. 2013. Fortune or Evil? The Effect of Inward Foreign Direct Investment on Corruption. Working paper.

Piplica, D. 2015. Corruption and Political Viewpoint of the Governments in Transition Countries/EU Members. Asian Economic & Financial Review

Piquero, Nicole Leeper & Jay S. Albanese. 2012. "The Relationship between Corruption and Financial Crime", in Adam Graycar & Russell G. Smith eds., Handbook of Global Research and Practice in Corruption ,

Pitlik, H., B. Frank & M. Firchow. 2010. The Demand for Transparency: An Empirical Note. Review of International Organizations

Plummer, Janelle. 2012. Diagnosing Corruption in Ethiopia (Washington, D.C.: World Bank).

Podobnik, B., J. Shao, D. Njavro, P.C. Ivanov & H.E. Stanley. 2008. Influence of Corruption on Economic Growth Rate and Foreign Investment. European Physics Journal

Poeschi, G. & R. Ribiero. 2012. Everyday Opinions on Grand and Petty Corruption: A Portugueses Study. Working paper.

Pogge, Thomas. 2005. Recognized and Violated by International Law: The Human Rights of the Global Poor. Leiden Journal of International Law

Poirson, H. 1998. Economic Security, Private Investment, and Growth in Developing Countries. IMF Working Paper 98/4.

Poisson, Muriel. 2013. "Grabbing in the Education Sector", in Soreide, Tina & Aled Willams eds., Corruption, Grabbing and Development .

Polese, A. 2014. Informal Payments in Ukranian Hospitals: On the Boundary between Informal Payments, Gifts, and Bribes. Anthropological Forum

Polinsky, A. Mitchell & Steven Shavell. 2001. Corruption and Optimal Law Enforcement. Journal of Public Economics

Polishchuk, Leonid I. 2004. "Decentralization in Russia: Impact on Quality of Governance", in Mwangi S. Kimenyi & Patrick Meagher eds., Devolution and Development: Governance Prospects in Decentralizing States. (Ashgate).

Pollack, B.J. & A.W. Reisinger. 2014. Lone Wolf or the Start of a New Pack: Should the FCPA Guidance Represent a New Paradigm in Evaluating Corporate Criminal Liability Risks? American Criminal Law Review

Pollack, Benny & Ann Matear. 1997. Dictatorship, Democracy and Corruption in Chile. Crime, Law & Social Change

Polzer, Tara. 2001. Corruption: Deconstructing the World Bank Discourse. LSE Development Studies Institute Working Paper 01-18.

Pomerantsev, Peter, Geoffrey Robertson, Jovan Ratkovic & Anne Applebaum. 2014.

Revolutionary Tactics: Insights from Police and Justice Reform in Georgia (London: Legatum Institute).

Poon, Delia. 1996. Exposure to the Foreign Corrupt Practices Act: A Guide for U.S. Companies with Activities in the People's Republic of China to Minimize Liability. Hastings International & Comparative Law Review

Pop, Ioana. 2012. Acceptance of Corrupt Acts: A Comparative Study of Values Regarding Corruption in Europe. Journal of Social Research & Policy

Popa, Mircea. 2014. Legislative Bargaining and Open Access: Economic Reform in 19th Century Britain. Working paper.

Popa, Mircea. 2014. The Distributive Effects of Corruption. Political Science Research & Methods (forthcoming).

Popa, Mircea. 2015. Elites and Corruption. World Politics

Pope, Jeremy & Frank Vogl. 2000. Making Anticorruption Agencies More Effective. Finance & Development.

Pope, Jeremy. 2000. Confronting Corruption: The Elements of a National Integrity System. Transparency International.

Popescu, Ada-Iuliana. 2015. Financing Democracy or Corruption? Political Party Financing in the EU's Southeastern and Eastern Member States. Working paper.

Popoola, O.M.J., A. Che-Ahmad & R.S. Samsudin. 2015. An Empirical Investigation of Fraud Risk Assessment and Knowledge Requirement on Fraud Related Problem Representation in Nigeria. Accounting Research Journal

Popov, S.V. 2015. Decentralized Bribery and Market Participation. Scandinavian Journal of Economics

Popova, M. 2012. Why Doesn't the Bulgarian Judiciary Prosecute Corruption? Problems of Post-Communism

Poprawe, M. 2015. A Panel Data Analysis of the Effect of Corruption on Tourism. Applied Economics

Poprawe, M. 2015. On the Relationship Between Corruption and Migration: Empirical Evidence from a Gravity Model of Migration. Public Choice

Porter, L.E. & C. Warrender. 2009. A Multivariate Model of Police Deviance: Examining The Nature of Corruption, Crime and Misconduct. Policing & Society

Porter, Robert H. & J. Douglas Zona. 1993. Detection of Bid Rigging in Procurement Auctions. Journal of Political Economy

Porto, Mauro. 2011. "The Media and Political Accountability", in Timothy Power & Matthew Taylor eds., Corruption and Democracy in Brazil: The Struggle for Accountability (Indiana: University of Notre Dame Press)

Posadas, Alejandro. 2000. Combating Corruption Under International Law. Duke Journal of Comparative & International law 10.

Pottenger, M. 2014. Incentives and Norms in Anticorruption Reform. Australian Journal of Public Administration

Potter, Joshua & Margit Tavits. 2012. "Curbing Corruption with Political Institutions", in Susan Rose-Ackerman & Tina Soreide eds., International Handbook on the Economics of Corruption, Vol. II. (Edward Elgar Publishing).

Potts, T. 2014. Governance, Corruption and Olympic Success. Applied Economics

Power, Timothy J. & Matthew M. Taylor. 2011. Corruption and Democracy in Brazil: The Struggle for Accountability. University of Notre Dame Press) Powpaka, Samart. 2002. Factors Affecting Managers' Decision to Bribe: An Empirical Investigation. Journal of Business Ethics.

Pozsgai Alvarez, Joseph. 2015. Low-Level Corruption Tolerance: An "Action-Based" Approach for Peru and Latin America. Journal of Politics in Latin America

Pradhan, Sanjay & Jose Edgardo Campos, eds. 2007. The Many Faces of Corruption: Tracking Vulnerabilities at the Sector Level. Washington, D.C.: The World Bank.

Prado, Mariana Moto & Lindsey D. Carson. 2014. Brazilian Anti-Corruption Legislation and its Enforcement: Potential Lessons for Institutional Design. IRIBA Working Paper #9.

Prasad, Ambika & Sridevi Shivarajan. 2015. Understanding the Role of Technology in Reducing Corruption: A Transaction Cost Approach. Journal of Public Affairs 15(1): 19-36.

Prendergast, Canice. 2000. Investigating Corruption (World Bank Development Research Group, Policy Research Working Paper 2500)

Prendergast, Shannon, Judith A. Clarke & G. Cornelis Van Kooten. 2011. Corruption, Development and the Curse of Natural Resources. Canadian Journal of Political Science

Prenzler, T., A. Beckley & S. Bronitt. 2013. Police Gifts and Benefits Scandals: Addressing Deficits in Policy, Leadership and Enforcement. International Journal of Police Science & Management

Price, Michael. 2006. "Case Study: Integrity Due Diligence", in B. Errath ed., Business Against Corruption: Case Stories and Examples (New York: United Nations Global Compact Office)

Price, Pamela G. 1999. Cosmologies and Corruption in (South) India: Thinking Aloud. Forum for Development Studies

Priess, Hans-Joachim. 2013. Questionable Assumptions: The Case for Updating the Suspension and Debarment Regimes at the Multilateral Development Banks. George Washington International Law Review

Priks, Michael. 2011. Judiciaries in Corrupt Societies. Economics of Governance

Priks, Michael. 2012. Competition Among Officials and the Abuse of Power. Public Choice

Proskuryakova, Liliana, Gulnara Abdrakhmanova & Hans Pitlik. 2013. Public Sector E-Innovations: E-Government and Its Impact on Corruption. Working paper.

Prud'homme, Remy. 1995. The Dangers of Decentralization. World Bank Research Observe

Puckett, Blake. 2008. The Foreign Corrupt Practices Act, OPIC, and the Retreat from Transparency. Indiana Journal of Global Legal Studies 15: 149-176.

Puckett, Blake. 2010. Clans and the Foreign Corrupt Practices Act: Individualized Corruption Prosecution in Situations of Systemic Corruption. Georgetown Journal of International Law

Puglisi, Riccardo & James M. Snyder, Jr. 2008. Media Coverage of Political Scandals.

Punch, Maurice. 2000. Police Corruption and Its Prevention. European Journal on Criminal Policy & Researc

Pyman, M. J. Cohen, M. Boardman, B. Webster, N. Seymour. 2012. Arresting Corruption in the Police: The Global Experience of Police Corruption Reform Efforts. (London: Transparency International UK).

Qerimi, Q. & B.S. Sergei. 2012. The Effects of Economic Freedom on Institutional Performance in the Western Balkans Countries. International Journal of Business Governance & Ethics

Qian, X. & J. Sandoval-Hernandez. 2015. Corruption Distance and Foreign Direct Investment. Emerging Markets Finance & Trade.

Qizilbash, M. 2001. Corruption and Human Development: A Conceptual Discussion. Oxford Development Studies

Quah, Jon S.T. 1995. Controlling Corruption in City-States: A Comparative Study of Hong Kong and Singapore. Crime, Law & Social Change

Quah, Jon S.T. 1999. Comparing Anti-Corruption Measures in Asian Countries: Lessons to be Learnt. Asian Review of Public Administration 11: 71-.

Quah, Jon S.T. 2004. Democratization and Political Corruption in the Philippines and South Korea: A Comparative Analysis. Crime, Law & Social Change

Quah, Jon S.T. 2009. "Curbing Corruption in a One-Party Dominant System: Learning from Singapore's Experience", in Gong, T. & S.K. Ma eds., Preventing Corruption in Asia: Institutional Design and Policy Capacity (London: Routledge).

Quah, Jon S.T. 2009. Benchmarking for Excellence: A Comparative Study of Seven Asian Anti-Corruption Agencies. Asia Pacific Journal of Public Administration

Quah, Jon S.T. 2009. Combating Corruption in the Asia-Pacific Countries: What Do We Know and What Needs to be Done? International Public Management Review

Quah, Jon S.T. 2010. Curbing Corruption in the Philippines: Is this an Impossible Dream? Philippine Journal of Public Administration

Quah, Jon S.T. 2010. Defying Institutional Failure: Learning from the Experiences of Anti-Corruption Agencies in Four Asian Countries. Crime, Law & Social Change

Quah, Jon S.T. 2010. Trust and Governance in the Philippines and Singapore: A Comparative Analysis. International Public Management Review

Quah, Jon S.T. 2013. Minimizing Corruption in China: Is This an Impossible Dream? Maryland Series in Contemporary Asian Studies, No. 4.

Quah, Jon S.T. 2015. Evaluating the Effectiveness of Anti-Corruption Agencies in Five Asian Countries. Asian Education & Development Studies

Quah, Jon S.T. 2015. Singapore's Corrupt Practices Investigation Bureau. Asian Education & Development Studies

Quah, Jon. 2003. Curbing Corruption in Asia: A Comparative Study of Six Countries. Singapore: Eastern Universities Press.

Querubin, Pablo & James M. Snyder, Jr. 2013. The Control of Politicians in Normal Times and Times of Crisis: Wealth Accumulation by U.S. Congressmen, 1850-1880. Quarterly Journal of Political Science.

Rabl, T. & T.M. Kuhlman. 2009. Why or Why Not? Rationalizing Corruption in Organizations. Cross Cultural Management

Rabl, T. 2015. When Allegedly Corrupt Organizations Are Attractive. Journal of Managerial Psychology

Radu, I., M. Sabau, C. Sendroiu & S. Pete. 2015. Coercive Economic Diplomacy – Corruption Trigger or Deterrent. Economic Computation & Economic Cybernetics Studies & Research

Raeschke-Kessler, Hilmar & Dorothee Gottwald. 2008. Corruption in Foreign Investment—Contracts and Dispute Settlement between Investors, States and Agents. Journal of World Investment & Trade

Rahman, Aminur, Gregory Kisunko & Kapil Kapoor. 2014. Estimating the Effects of Corruption: Implications for Bangladesh. Working paper.

Rajagopal, Balakrishnan. 1999. Corruption, Legitimacy and Human Rights: The Dialectic of the Relationship. Connecticut Journal of International Law

Rajan, R. & A. Subramanian. 2007. Does Aid Affect Governance? American Economic Review

Rajkumar, A.S. & V. Swaroop. 2008. Public Spending and Outcomes: Does Governance Matter? Journal of Development Economics

Ralchev, Plamen. 2004. The Role of Civil Society in Fighting Corruption and Organized Crime in Southeast Europe. Journal of Southeast Europe & Black Sea Studies

Ramalho, Rita. 2007. The Persistence of Corruption: Evidence from the 1992 Presidential Impeachment in Brazil. (World Bank working paper).

Ramasastry, Anita. 2007. Odious Debt or Odious Payments? Using Anti-Corruption Measures to Prevent Odious Debt. North Carolina Journal of International Law & Commercial Regulation 32: 819-.

Ramirez, C.D. 2014. Is Corruption in China "Out of Control"? A Comparison with the US in Historical Perspective. Journal of Comparative Economics

Ramkumar, Vivek & Warren Krafchik. 2005. The Role of Civil Society Organziations in Auditing and Public Financial Management. Working paper.

Ramkumar, Vivek. 2007. Expanding Collaboration Between Public Audit Institutions and Civil Society. Working paper.

Ramkumar, Vivek. 2008. Our Money, Our Responsibility: A Citizens' Guide to Monitoring Government Expenditures. The Internatioanl Budget Project.

Rand, John & Finn Tarp. 2012. Firm-Level Corruption in Vietnam. Economic Development & Cultural Change

Randall, Lisa Harriman. 1997. Multilateralization of the Foreign Corrupt Practices Act. Minn. J. Global Trade

Randrianarisoa, L.M., D. Bolduc, Y.Y. Choo, T.H. Oum & J. Yan. 2015. Effects of Corruption on Efficiency of the European Airports. Transportation Research Part A: Policy & Practice

Raouf, Mohamed Abdel. 2009. How Should International Arbitration Tackle Corruption Issues? ICSID Review

Rashid, Salim. 1981. Public Utilities in Egalitarian LDC's: The Role of Bribery in Achieving Pareto Efficiency. Kyklos: Int'l Rev. for Soc. Sci.

Rasmusen, Eric & J. Mark Ramseyer. 1992. Cheap Bribes and the Corruption Ban: A Coordination Game Among Rational Legislators. Public Choice

Ratcliffe, R. 2014. The FCPA's Legacy: A Case for Imposing Aiding-and-Abetting Liability on Corporations through an Amended Alien Tort Claims Act. Texas International Law Journal

Rauch, James E. & Peter B. Evans. 2000. Bureaucratic Structure and Bureaucratic Performance in Less Developed Countries. Journal of Public Economics

Rauch, James E. 1995. Bureaucracy, Infrastructure, and Economic Growth: Evidence from U.S. Cities. American Economic Review

Rauch, James E. 2001. Leadership Selection, Internal Promotion, and Bureaucratic Corruption in Less Developed Polities, Canadian J. Econ.

Rauh, J. 2015. Predicting Political Influence on State Ethics Commissions: Of Course We Are Ethical —Nudge Nudge, Wink Wink. Public Administration Review

Razafindrakoto, M. & F. Roubaud. 2007. Corruption, Institutional Discredit, and Exclusion of the Poor: A Poverty Trap. Afrobarometer Working Paper 86.

Razafindrakoto, Mireille & Francois Rouband. 2010. Are International Databases on Corruption Reliable? A Comparison of Expert Opinion Surveys and Household Surveys in Sub-Saharan Africa. World Development

Razzano, Frank C. & Travis P. Nelson. 2008. The Expanding Criminalization of Transnational Bribery: Global Prosecution Necessitates Global Compliance. International Law 42


Recanatini, Francesca, Alessandro Prati & Guido Tabellini. 2005. Why Are Some Public Agencies Less Corrupt than Others? Lessons for Institutional Reform from Survey Data.

Recanatini, Francesca. 2011. "Anti-Corruption Authorities: An Effective tool to Curb Corruption?", in Susan Rose-Ackerman & Tina Soreide eds., International Handbook on the Economics of Corruption, Vol. II. (Edward Elgar Publishing).

Recanatini, Francesca. 2012. "Assessing Corruption at the Country Level", in Adam Graycar & Russell G. Smith eds., Handbook of Global Research and Practice in Corruption ,

Recanatini, Francesca. 2013. "Tackling Corruption and Promoting Better Governance: The Road Ahead", in Susan Rose-Ackerman & Paul D. Carrington eds., Anti-Corruption Policy: Can International Actors Play a Constructive Role? (Durham: Carolina Academic Press)

Redlawsk, David P. & James A. McCann. 2005. Popular Interpretations of "Corruption" and their Partisan Consequences. Political Behavior

Reed, Q. & A. Fontana. 2011. Corruption and Illicit Financial Flows: The Limits and Possibilities of Current Approaches. U4 Issue Paper 2011(2).

Reed, Steven A. 1999. "Punishing Corruption: The Response of the Japanese Electorate to Scandals", in Ofer Feldman ed., Political Psychology in Japan: Behind the Nails which Sometimes Stick Out (and Get Hammered Down) (Commack, NY: Nova Science)

Reed, Steven. 1996. Political Corruption in Japan. International Social Science Journal 149.

Rehren, Alfredo. 1997. Corruption and Local Politics in Chile. Crime, Law & Social Change

Reinikka, Ritva & Jacob Svensson. 2004. Local Capture: Evidence from a Central Government Transfer Program in Uganda. Quarterly Journal of Economics

Reinikka, Ritva & Jakob Svensson. 2005. Fighting Corruption to Improve Schooling: Evidence from a Newspaper Campaign in Uganda. Journal of the European Economics Association

Reinikka, Ritva & Jakob Svensson. 2006. Using Micro-Surveys to Measure and Explain Corruption. World Developmen

Reinikka, Ritva & Jakob Svensson. 2011. The Power of Information in Public Services: Evidence from Education in Uganda. Journal of Public Economics

Reisman, W. Michael. 1989. Harnessing International Law to Restrain and Recapture Indigenous Spoliations. American Journal of International Law

Relly, J.E. & D. Cuillier. 2010. A Comparison of Political, Cultural, and Economic Indicators of Access to Information in Arab and Non-Arab States. Government Information Quarterly

Relly, J.E. & M. Sabharwal. 2009. Perceptions of Transparency of Government Policymaking: A Cross-National Study. Government Information Quarterly

Relly, Jeannine E. 2011. "Corruption, Secrecy, and Access-to-Information Legislation in Africa: A Cross-National Study of Political Institutions", in S. Maret ed., Researcgh in Social Problems and Public Policy (Bingley, UK: Emerald Group)

Relly, Jeannine E. 2012. Examining a Model of Vertical Accountability: A Cross-National Study of the Influence of Information Access on the Control of Corruption. Government Information Quarterly

Remmer, Karen. 2007. The Political Economy of Patronage: Expenditure Patterns in the Argentine Provinces, 1983-2003. Journal of Politics

Renno, Lucio R. 2011. "Corruption and Voting", in Timothy Power & Matthew Taylor eds., Corruption and Democracy in Brazil: The Struggle for Accountability (Indiana: University of Notre Dame Press)

Reno, William. 2008. Anti-Corruption Efforts in Liberia: Are They Aimed at the Right Targets? International Peacekeeping4.

Renoe, Curtis E. 2002. Institutionalized "Corruption": Implications for Legal Reform in Indonesia and the Need to Make Haste Slowly. Stanford Journal of East Asian Affairs

Reuben, E. & M. Stephenson. 2013. Nobody Likes a Rat: On the Willingness to Report Lies and the Consequences Thereof. Journal of Economic Behavior & Organization

Reyes, Vicente C. Jr. 2007. Corruption and Policy Implementation in the Philippines: A Comparative Analysis of the Teacher Training and Textbook Delivery Programmes. Asian Journal of Political Science

Reyes, Vicente C. Jr. 2009. Case Study of Implementation amidst Corruption Linkages: The National Textbook Delivery Programme (TDP) of the Philippine Department of Education. Journal of Educational Policy

Reyes, Vicente C. Jr. 2009. Systemic Corruption at the Programme on Basic Education in the Philippine Department of Education. Journal of Developing Societies

Reyes, Vicente C. Jr. 2010. The Philippine Department of Education: Challenges of Policy Implementation amidst Corruption. Asia Pacific Journal of Educatio

Riahi-Belkaoui, Ahmed. 2004. "Effects of Corruption on Earnings Opacity Internationally" in J. Timothy Sale ed., Advances in International Accounting (Elsevier).

Riahi-Belkaoui, Ahmed. 2008. "Bureaucracy, Corruption and Tax Compliance", in Robert McGee ed., Taxation and Public Finance in Transitional and Developing Economies (Springer Science).

Ribadu, Nuhu. 2011. Show Me the Money: Leveraging Anti-Money Laundering Tools to Fight Corruption in Nigeria. (Washington, DC: Center for Global Development).

Richard, S.B. 2014. To Bribe a Prince: Clarifying the Foreign Corrupt Practices Act through Comparisons to the United Kingdom's Bribery Act of 2010. Boston College International & Comparative Law Review 37(2): 419-450.

Richardson, D. & A. Tepikina. 2015. Anti-Corruption Campaign in China—The Privileged Class. Banking Law Journal .

Richardson, G. 2006. Taxation Determinants of Fiscal Corruption: Evidence across Countries. Journal of Financial Crime

Richey, Sean. 2010. The Impact of Corruption on Social Trust. American Politics Research

Richter, D. & P. Uhmeister. 2013. Returning "Politically Exposed Persons" Illicit Assets from Switzerland – International Law in the Force Field of Complexity and Conditionality. German Yearbook of International Law

Rider, B. 1995. The Wages of Sin – Taking the Profit Out of Corruption – A British Perspective. Dickinson Journal of International Law

Rider, B. 2007. Recovering the Proceeds of Corruption. Journal of Money Laundering Control

Ridley, F.F. 1995. Feet of Clay: Threat to the Temples of Democracy. Parliamentary Aff.

Rieder, Markus S. & Andreas Schoenemann. 2013. Suspicion of Corruption in Arbitration: A German Perspective. Transnational Dispute Management 10(3).

Riera, Pedro, Pablo Barbera, Raul Gomez, Jose Antonio Mayoral & Jose Ramon Montero. 2013. The Electoral Consequences of Corruption Scandals in Spain. Crime, Law & Social Change

Rijkers, Bob, Caroline Freund & Antonio Nucifora. 2014. All in the Family: State Capture in Tunisia. World Bank Policy Research Working Paper 6810.

Riley, S. 2000. "Western Politics and African Realities: The New Anti-Corruption Agenda", in Hope, K. & B. Chikulo eds., Corruption and Development in Africa: Lessons from Country Case Studies (London: Macmillan).

Riley, S.P. 1999. Petty Corruption and Development. Development & Practice

Riley, Stephen P. 1993. Post-Independence Anti-Corruption Strategies and the Contemporary Effects of Democratization. Corruption & Reform 7:

Riley, Stephen P. 1998. The Political Economy of Anti-Corruption Strategies in Africa.

European Journal of Development Research

Rinaldi, Sergio, Gustav Feichtinger, & Franz Wirl. 1998. Corruption Dynamics in Democratic Societies. Complexity

Rinnert, D. 2015. The Politics of Civil Service and Adminsitrative Reforms in Development—Explaining Within-Country Variation of Reform Outcomes in Georgia After the Rose Revolution. Public Administration & Development

Rivas, M. Fernanda. 2013. An Experiment on Corruption and Gender. Bulletin of Economic Research

Rivera-Batiz, Francisco L. 2001. International Financial Liberalization, Corruption and Economic Growth. Review of International Economics

Rivkin-Fish, Michele. 2005. "Bribes, Gifts and Unofficial Payments: Rethinking Corruption in Post-Soviet Health Care", in Dieter Haller & Chris Shore eds., Corruption: Anthropological Perspectives (Pluto Press).

Roath, P.T. 2014. The Abuse of Incumbency on Trial: Limits on Legalizing Politics. Columbia Journal of Law & Social Problems .

Robbins, Paul. 2000. The Rotten Institution: Corruption in Natural Resource Management. Political Geography.

Roberts, Andrew. 2008. Hyperaccountability: Economic Voting in Central and Eastern Europe. Electoral Studies.

Roberts, J. 2015. The "Subject" of Corruption. Critical Perspectives on Accounting.


Robertson, Christopher J. & Andrew Watson. 2004. Corruption and Change: The Impact of Foreign Direct Investment. Strategic Management Journal

Robertson-Snape, Fiona. 1999. Corruption, Collusion and Nepotism in Indonesia. Third World Quarterly

Robinson, James A. & Ragnar Torvik. 2005. White Elephants. Journal of Public Economics

Robinson, James A. & Thierry Verdier. 2013. The Political Economy of Clientalism. Scandinavian Journal of Economics

Robinson, James A., Ragnar Torvik & Thierry Verdier. 2006. Political Foundations of the Resource Curse. Journal of Development Economics 79:

Robinson, Mark. 1998. Corruption and Development: An Introduction. European Journal of Development Research

Robinson, Misty. 2012. Global Approach to Anti-Bribery and Corruption, An Overview: Much Done, But a Lot More to Do… Thurgood Marshall Law Review

Rocca, J. 1992. Corruption and Its Shadow: An Anthropological View of Corruption in China. China Quarterly.

Rock, Michael T. & Heidi Bonnett. 2004. The Comparative Politics of Corruption: Accounting for the East Asian Paradox in Empirical Studies of Corruption, Growth and Investment. World Development

Rock, Michael T. 2009. Corruption and Democracy. Journal of Development Studies

Rodino, Peter. 1994. The Case for the Independent Counsel. Seton Hall Legislation Journal 19: 5-.

Rodrigues-Neto, J.A. 2014. On Corruption, Bribes and the Exchange of Favors. Economic Modelling

Rodriguez, Francisco & Jeffrey D. Sachs. 1999. Why Do Resource Abundant Countries Grow More Slowly? Journal of Economic Growth

Rodriguez, Peter, Donald S. Siegel, Amy Hillman & Lorraine Eden. 2006. Three Lenses on the Multinational Enterprise: Politics, Corruption, and Corporate Social Responsibility. Journal of International Business Studies

Rodriguez, Peter, Klaus Uhlenbruck & Lorraine Eden. 2005. Government Corruption and the Entry Strategies of Multinationals. Academy of Management Review

Rodriguez-Pose, Andres & Michael Storper. 2006. Better Rules or Stronger Communities? On the Social Foundations of Institutional Change and Its Economic Effects. Econoimc Geography

Roebuk, Julian B. & Thomas Barker. 1974. A Typology of Police Corruption. Social Problems

Rogers, Sarah B. 2008. The World Bank Voluntary Disclosure Program (VDP): A Distributive Justice Critique. Columbia Journal of Transnational Law

Rogowski, Ronald. 1987. Trade and the Variety of Democratic Institutions. International Organization

Rohde, C. 2014. A New Affirmative Defense to the FCPA for Countries Exiting Major Internal Strife. Richmond Journal of Global Law & Business

Rohde, Chris. 2014. A New Affirmative Defense to the FCPA for Countries Exiting Major Internal Strife. Richmond Journal of Global Law & Business

Rohlfsen, Ryan J. 2012. Recent Developments in Foreign and Domestic Criminal Commercial Bribery Laws. University of Chicago Legal Forum

Rohwer, Anja. 2009. Measuring Corruption: A Comparison between the Transparency International's Corruption Perceptions Index and the World Bank's Worldwide Governance Indicators. CESifo DICE Report

Roiseland, A., J. Pierre & A. Gustavsen. 2015. Accountability by Professionalism or Managerialism? Exploring Attitudes Among Swedish and Norwegian Local Government Leaders. International Journal of Public Administration

Roldan, Antonio C. 1989. A Brief Psychology of Corruption. Psychology: A Journal of Human Behavior 5.

Roman, A. 2014. The Multi-Shade Paradox of Public Corruption: The Moldovan Case of Dirty Hands and Collective Action. Crime, Law & Social Change

Roman, A.V. & H.T. Miller. 2014. Building Social Cohesion: Family, Friends, and Corruption. Administration & Society

Roman, A.V. 2014. Refocusing Perspectives on Public Corruption Away from the Individual: Insights from the Moldovan Social Matrix. Transylvanian Review of Administrative Sciences

Romer, Paul. 1994. New Goods, Old Theory, and the Welfare Costs of Trade Restrictions. Journal of Development Economics

Roniger, Luis. 2004. Political Clientalism, Democracy, and Market Economy. Comparative Politics

Ronit, K. & I. McMenamin. 2015. If Money Talks, What Does It Say? Corruption and Business Financing of Politcal Parties. West European Politics

Root, Hilton L. 1996. Small Countries, Big Lessons: Governance and the Rise of East Asia. (Hong Kong: Oxford University Press).

Root, Hilton. 1996. Corruption in China: Has it Become Systemic? Asian Survey

Roper, Steven D. 2002. The Influence of Romanian Campaign Finance Laws on Party System Development and Corruption. Party Politics

Rosa, D.D., N. Gooroochurn & H. Gorg. 2015. Corruption and Productivity: Firm-Level Evidence. Jahrbucher Fur Nationalokonomie Und Statistik

Rosas, G. & L. Manzetti. 2015. Reassessing the Trade-Off Hypothesis: How Misery Drives the Corruption Effect on Presidential Approval. Electoral Studies

Rose, Cecily. 2011. The Application of Human Rights Law to Private Sector Complicity in Governmental Corruption. Leiden Journal of International Law

Rose, Cecily. 2012. The Corner House Case and the Incomplete Incorporation of the OECD Anti-Bribery Convention in the United Kingdom. Tulane Journal of International & Comparative Law

Rose, Cecily. 2014. "Corruption and Conflicts of Interests in the United Kingdom", in Jean-Bernard Auby, Emmanuel Breen & Thomas Perroud eds., Corruption and Conflicts of Interest: A Comparative Law Approach

Rose, Cecily. 2014. Questioning the Role of International Arbitration in the Fight Against Corruption. Journal of International Arbitration

Rose, J. & P.M. Heywood. 2013. Political Science Approaches to Integrity and Corruption. Human Affairs

Rose, Jonathan. 2015. "Corruption and the Problem of Perception" , in Paul M. Heywood ed., The Routledge Handbook of Political Corruption (New York: Routledge)

Rose, Paul. 2012. State Capitalism and the Foreign Corrupt Practices Act. Ohio State Law Journa

Rose, Richard & William Mishler. 2007. Bridging the Gap Between the Perception and Experience of Corruption. (Working paper).

Rose, Richard & William Mishler. 2010. Experience versus Perception of Corruption: Russia as a Test Case. Global Crime

Rose, Richard. 2013. The Other Face of Bureaucracy: Perception of Bribery Is Worse than the Practice. WZB Mitteilungen 140(June)

Rose-Ackerman, Susan & Benjamin Billa. 2009. Treaties and National Security. NYU Journal of International Law & Policy .

Rose-Ackerman, Susan & Rory Truex. 2013. "Corruption and Policy Reform", in Bjorn Lomborg ed., Global Problems, Smart Solutions: Costs and Benefits (Cambridge University Press).

Rose-Ackerman, Susan & Sinead Hunt. 2012. Transparency and Business Advantage: The Impact of International Anti-Corruption Policies on the United States National Interest. NYU Annual Survey of American Law

Rose-Ackerman, Susan, ed. 2006. International Handbook on the Economics of Corruption.

Rose-Ackerman, Susan. 1978. Corruption: A Study in Political Economy. New York: Academic Press.

Rose-Ackerman, Susan. 1996. Democracy and 'Grand' Corruption. International Social Science Journal

Rose-Ackerman, Susan. 1997. The Role of the World Bank in Controlling Corruption. Law & Policy in International Business.

Rose-Ackerman, Susan. 1999a. Corruption and Government: Causes, Consequences, and Reform. New York: Cambridge University Press.

Rose-Ackerman, Susan. 1999b. Political Corruption and Democracy. Connecticut Journal of International Law 14

Rose-Ackerman, Susan. 2001a. "Political Corruption and Democratic Structures," in Arvind K. Jain, ed. The Political Economy of Corruption (New York: Routledge)

Rose-Ackerman, Susan. 2001b. Trust, Honesty, and Corruption: Reflection of the State-Building Process. European Journal of Sociology.

Rose-Ackerman, Susan. 2002a. "Grand" Corruption and the Ethics of Global Business. Journal of Banking & Finance 26: 1889-.

Rose-Ackerman, Susan. 2002b. Corruption and the Criminal Law. Forum on Crime & Society

Rose-Ackerman, Susan. 2008. Corruption and Government. International Peacekeeping

Rose-Ackerman, Susan. 2010a. Corruption: Greed, Culture and the State. Yale Law Journal

Rose-Ackerman, Susan. 2010b. The Law and Economics of Bribery and Extortion. Annual Review of Law & Social Science

Rose-Ackerman, Susan. 2013. "Introduction: The Role of International Actors in Fighting Corruption", in Susan Rose-Ackerman & Paul D. Carrington eds., Anti-Corruption Policy: Can International Actors Play a Constructive Role? (Durham: Carolina Academic Press)

Rose-Ackerman, Susan. 2014. "Corruption and Conflicts of Interest", in Jean-Bernard Auby, Emmanuel Breen & Thomas Perroud eds., Corruption and Conflicts of Interest: A Comparative Law Approach

Rosenson, Beth Ann. 2009. The Effect of Political Reform Measures on Perceptions of Corruption. Election Law Journal

Roser, W. 1992. The Independent Commission Against Corruption: The New Star Chamber? Criminal Law Journal

Ross, Lauren Ann. 2012. Using Foreign Relations Law to Limit Extraterritorial Application of the Foreign Corrupt Practices Act. Duke Law Journal

Ross, Michael L. 1999. The Political Economy of the Resource Curse. World Politics .

Ross, Michael L. 2015. What Have We Learned About the Resource Curse? Annual Review of Political Science

Ross, Michael. 2001. Does Oil Hinder Democracy? World Politics

Rossbacher, Henry H. & Tracy W. Young. 1997. The Foreign Corrupt Practices Act Within the American Response to Domestic Concerns. Dickinson Journal of International Law.

Rosser, Andrew. 2006. The Political Economy of the Resource Curse: A Literature Survey. IDS Working Paper 268.

Rothrock, Jay. 2008. Striking a Balance: The Speech or Debate Clause's Testimonial Privilege and Policing Government Corruption, 24 Touro L. Rev.

Rothstein, Bo & Daniel Eek. 2009. Political Corruption and Social Trust: An Experimental Approach. Rationality & Society

Rothstein, Bo & Davide Torsello. 2014. Bribery in Preindustrial Cultures: Understanding the Universalism-Particularism Puzzle. Journal of Anthropological Research

Rothstein, Bo & Eric M. Uslaner. 2005. All for All: Equality, Corruption, and Social Trust. World Politics .

Rothstein, Bo & Jan Teorell. 2008. What Is Quality of Government: A Theory of Impartial Political Institutions. Governance: An International Journal of Policy & Administration

Rothstein, Bo & Jan Teorell. 2015. "Causes of Corruption" , in Paul M. Heywood ed., The Routledge Handbook of Political Corruption (New York: Routledge)

Rothstein, Bo & Jan Teorell. 2015. Getting to Swededn, Part II: Breaking with Corruption in the Nineteenth Century. Scandinavian Political Studies

Rothstein, Bo, Marcus Samanni & Jan Teorell. 2012. Explaining the Welfare State: Power Resources vs. The Quality of Government. European Politiacl Science Review

Rothstein, Bo. 2011. Anti-Corruption: The Indirect "Big Bang" Approach. Review of International Political Economy

Rothstein, Bo. 2011. Corruption, Social Trust, and Inequality in International Perspective. Chicago: University of Chicago Press.

Rothstein, Bo. 2011. The Quality of Government: Corruption, Social Trust, and Inequality in International Perspective. University of Chicago Press.

Rothstein, Bo. 2013. Corruption and Social Trust: Why the Fish Rots from the Head Down. Social Research 80(4): 1009-1032.

Rothstein, Bo. 2014. What Is the Opposite of Corruption? Third World Quarterly.

Rowe, M. 2009. Notes on a Scandal: The Official Enquiry Into Deviance and Corruption in New Zealand Police. Australian & New Zealand Journal of Criminology

Rubin, Nora M. 1998. A Convergence of 1996 and 1997 Global Efforts to Curb Corruption and Bribery in International Business Transactions: The Legal Implications of the OECD Recommendations and Convention for the United States, Germany, and Switzerland. American University International Law Review

Rudi, L.M., H. Azadi, F. Witlox & P. Lebailly. 2014. Land Rights as an Engine of Growth? An Analysis of Cambodian Land Grabs in the Context of Development Theory. Land Use Policy

Rueda, Miguel R. 2015. Buying Votes with Imperfect Local Knowledge and a Secret Ballot. Journal of Theoretical Politics

Ruengdet, K. & W. Wongsurawat. 2015. The Mechanisms of Corruption in Agricultural Price Intervention Projects: Case Studies from Thailand. Social Science Journal

Runde, Daniel F. & Sadika Hameed with Jeremiah Magpile. 2014. The Costs of Corruption: Strategies for Ending a Tax on Private-Sector-Led Growth. (Washington, D.C.: Center for Strategic & International Studies).

Runnels, Michael B. & Adam M. Burton. 2012. The Foreign Corrupt Practices Act and New Governance: Incentivizing Ethical Foreign Direct Investment in China and Other Emerging Economies. Cardozo Law Review

Rus, H. 2014. Corruption, Conflict and the Management of Natural Resources. Economics of Governance

Ruske, R. 2015. Does Economics Make Politicians Corrupt? Empirical Evidence from the United States Congress.

Ruud, A.E. 2000. Corruption as Everyday Practice: The Public-Private Divide in Local Indian Society. Forum for Development Studies

Ruziev, K. & P. Midmore. 2015. Connectedness and SME Financing in Post-Communist Economies: Evidence from Uzbekistan. Journal of Development Studies

Ryan, Ann Marie et al. 1997. Workplace Integrity: Differences in Perceptions of Behaviors and Situational Factors. Journal of Business and Psychology

Ryvkin, Dmitry & Danila Serra. 2012. How Corruptible Are You? Bribery under Uncertainty. Journal of Economic Behavior & Organization

Ryvkin, Dmitry & Danila Serra. 2013. Does Competition Among Public Officials Reduce Corruption? An Experiment. Departmental Working Papers 1301, Southern Methodist University, Department of Economics.

Ryznar, Margaret & Samer Korkor. 2011. Anti-Bribery Legislation in the United States and United Kingdom: A Comparative Analysis of Scope and Sentencing. Missouri Law Review

Saastomoinen, Antti & Timo Kuosmanen. 2014. Is Corruption Grease, Grit or a Gamble? Corruption Increases Variance of Productivity Across Countries. Applied Economics

Saba, Roberto Pablo & Luigi Manzetti. 1997. Privatization in Argentina: The Implications for Corruption. Crime, Law & Social Change

Sabato, Larry J. & Glenn R. Simpson. 1996. Dirty Little Secrets: The Persistence of Corruption in American Politics.

Sabet, D.M. & A. Tazreen. 2015. Governing Growth: Understanding Problems in Real Estate Development in Dhaka, Bangladesh. Journal of South Asian Development

Sabet, D.M. 2012. Corruption or Insecurity? Understanding Dissatisfaction with Mexico's Police. Latin American Politics & Society

Sabic-El-Rayess, Amra. 2014. Acting and Reacting: Youth's Behavior in Corrupt Educational Settings. Peabody Journal of Education

Sachs, Jeffrey D. & Andrew M. Warner. 2001. The Curse of Natural Resources. European Economic Review

Sadanandan, Anoop. 2012. Patronage and Decentralization: The Politics of Poverty in India. Comparative Politics

Sadigov, T. 2014. Corruption and Social Responsibility: Bribe Offers Among Small Entrepreneurs in Azerbaijan. East European Politics

Sadowsky, Justin M. 2005. The Transparency Myth: A Conceptual Approach to Corruption and the Impact of Mandatory Disclosure Laws, 4 Conn. Pub. Int.

Safavian, M.S., H.G. Douglas & C. Gonzalez-Vega. 2001. Corruption and Microenterprises in Russia. World Development

Sah, Raaj K. 1991. Social Osmosis and Patterns of Crime. Journal of Political Economy

Sah, Raaj. 2007. Corruption Across Countries and Regions: Some Consequences of Local Osmosis. Journal of Economic Dynamics and Control

Sah, S. & G. Loewenstein. 2010. Effect of Reminders of Personal Sacrifice and Suggested Rationalizations on Residents' Self-Reported Willingness to Accept Gifts: A Randomized Trial. Journal of the American Medical Association

Saha, B. & T. Thampy. 2006. Extractive Bribe and Default in Subsidized Credit Programs. Journal of Economic Behavior & Organization

Saha, Bibhas & Trivikraman Thampy. 2008. Corruption, Default and Optimal Credit in Welfare Programs. Working paper.

Saha, Bibhas. 2001. Red Tape, Incentive Bribe and the Provision of Subsidy. Journal of Development Economics

Saha, Bibhas. 2003. Harassment, Corruption and Tax Policy: A Comment on Marjit, Mukherjee and Mukherjee [Eur. J. Political Economy 16 (2000) 75-94], European Journal of Political Economy 1

Saha, S. & G. Yap. 2015. Corruption and Tourism: An Empirical Investigation in a Non-Linear Framework. International Journal of Tourism Research

Saha, S., R. Gounder, N. Campbell & J. Su. 2014. Democracy and Corruption: A Complex Relationship. Crime, Law & Social Change

Saha, S., R. Grounder & J.J. Su. 2009. The Interaction Effect of Economic Freedom and Democracy on Corruption: A Panel Cross-Country Analysis. Economics Letters

Saha, Shrabani & Jen-Je Su. 2012. Investigating the Interaction Effect of Democracy and Economic Freedom on Corruption: A Cross-Country Quantile Regression Analysis. Economic Analysis & Policy

Saisana, Michaela & Andrea Saltelli. 2012. Corruption Perceptions Index 2012 Statistical Assessment. JRC Scientific & Policy Reports, European Commission.

Sajo, Andras. 1998. Corruption, Clientalism and the Future of the Constitutional State in Eastern Europe. East Europe Constitutional Review 7

Sala-i-Martin, Xavier & Arvind Subramanian. 2013. Addressing the Natural Resource Curse: An Illustration from Nigeria. Journal of African Economics

Salbu, Steven R. 1994. True Codes Versus Voluntary Codes of Ethics in International Markets: Towards the Preservation of Colloquy in Emerging Global Communities. University of Pennsylvania Journal of International Business Law

Salbu, Steven R. 1997. Bribery in the Global Market: A Critical Analysis of the Foreign Corrupt Practices Act. Washington & Lee Law Review

Salbu, Steven R. 1999. Battling Global Corruption in the New Millennium. Law & Policy in International Business

Salbu, Steven R. 1999. Extraterritorial Restriction of Bribery: A Premature Evocation of the Normative Global Village. Yale Journal of International Law

Salbu, Steven R. 1999. The Foreign Corrupt Practices Act as a Threat to Global Harmony. Mich. J. Int'l L.

Salbu, Steven R. 2000. A Delicate Balance: Legislation, Institutional Change, and Transnational Bribery. Cornell International Law Journal

Salbu, Steven R. 2001. Information Technology in the War Against International Bribery and Corruption: The Next Frontier of Institutional Reform. Harvard Journal on Legislation

Saleh, S. 2014. Challenges in Combating Corruption and Fixing Accountability: In Iraq's Perspective. International Journal of Business & Social Science

Salinas-Jimenez, M.M. & J. Salinas-Jimenez. 2007. Corruption, Efficiency and Productivity in OECD Countries. Journal of Policy Modeling

Salmon, Timothy C. & Danila Serra. 2013. Does Social Judgment Diminish Rule Breaking? (CSAE Working Paper WPS/2013-05.)

Salvatore, D. 2004. Growth and Poverty in a Globalizing World. Journal of Policy Modeling.

Salvatore, D. 2007. Growth, International Inequalities, and Poverty in a Globalized World. Journal of Policy Modeling

Salvatoriello, Paul. 2001. The Practical Necessity of Federal Intervention Versus the Ideal of Federalism: An Expansive View of Section 666 in the Prosecution of State and Local Corruption. Georgetown Law Journal

Samimi, A. & H. Hosseinmardi. 2011. Gender and Corruption: Evidence from Selected Developing Countries. Middle-East Journal of Scientific Research

Sampford, Charles et al. eds. 2006. Measuring Corruption (Ashgate).

Sampson, S. 2007. Can the World Bank Do the Right Thing? When Anti-Corruption Movements Become Anti-Corruption Budget Lines. Working paper.

Sampson, S. 2010. "Diagnostics: Indicators and Transparency in the Anti-Corruption Industry", in S. Jansen, E. Schroeter & N. Stehr eds., Transparenz: Multidisxiplanre Durchsichten Durch Phoenomene und Theorien des Undurchsichtigen. Wiesbaden: VS Verlag. Sampson, S. 2015. The Audit Juggernaut. Social Anthropology

Sampson, Steven. 1983. Bureaucracy and Corruption as Anthropological Problems: A Case Study from Romania. Folk,

Sampson, Steven. 2005. "Integrity Warriors: Global Morality and the Anticorruption Movement in the Balkans", in Dieter Haller & Chris Shore eds., Corruption: Anthropological Perspectives (Pluto Press).

Sampson, Steven. 2010. The Anti-Corruption Industry: From Movement to Institution. Global Crime

Samuel, Andrew & Aaron Lowen. 2010. Bribery and Inspection Technology. Economics of Governance .

Samuel, Andrew. 2009. Preemptive Collusion Among Corruptible Law Enforcers. 71 Journal of Economic Behavior & Organization

Sanchez, Andrew. 2015. "Criminal Entrepreneurship: A Political Economy of Corruption and Organized Crime in India" , in Paul M. Heywood ed., The Routledge Handbook of Political Corruption (New York: Routledge)

Sandgren, Claes. 2005. Combating Corruption: The Misunderstood Role of Law. International Law

Sandholtz, Wayne & Mark M. Gray. 2003. International Integration and National Corruption, International Organization

Sandholtz, Wayne & Rein Taagepara. 2005. Corruption, Culture, and Communism. International Review of Sociology

Sandholtz, Wayne & William Koetzle. 2000. Accounting for Corruption: Economic Structure, Democracy, and Trade. International Studies Quarterly

Sandoval-Ballestreros, Irma. 2014. Rethinking Accountability and Transparency: Breaking the Public Sector Bias in Mexico. American University International Law Review

Sands, Barbara N. 1990. Decentralizing an Economy: The Role of Bureaucratic Corruption in China's Economic Reforms. Public Choic

Sandu, A.M. & M.L. Nitu. 2014. The Perception of Corruption in Public Administration. Contemporary Readings in Law & Social Justice

Santiso, C. 2006. Improving Fiscal Governance and Curbing Corruption: How Relevant Are Autonomous Audit Agencies? International Public Management Review

Sanyal, A. 2002. Audit Hierarchy in a Corrupt Tax Administration: A Note with Qualifications and Extensions. Journal of Comparative Economics 30: 317-324.

Sanyal, A., I.N. Gang & O. Goswami. 2000. Corruption, Tax Evasion and the Laffer Curve. Public Choice

Sanyal, R. & S. Samanta. 2002. Corruption Across Countries: The Cultural and Economic Factors. Business & Professional Ethics Journal

Sanyal, R. & S. Samanta. 2008. Effect of Perception of Corruption on Outward US Foreign Direct Investment. Global Business & Economics Review

Sanyal, R. & S. Samata. 2004. Correlates of Bribe Giving in International Business. International Journal of Commerce and Management

Sanyal, Rajib. 2005. Determinants of Bribery in International Business: The Cultural and Economic Factors. Journal of Business Ethics

Sargiacomo, M., L. Ianni, A. D'Andreamatteo & S. Servalli. 2015. Accounting and the Fight Against Corruption in Italian Government Procurement: A Longitudinal Critical Analysis (1992-2014). Critical Perspectives on Accounting

Sarkar, Hiren & M. Aynul Hasan. 2001. Impact of Corruption on the Efficiency of Investment: Evidence from a Cross-Country Analysis. Asia-Pacific Development Journal

Sarlo, P. 2014. The Global Financial Crisis and the Transnational Anti-Corruption Regime: A Call for Regulation of the World Bank's Lending Practices. Georgetown Journal of International Law

Sarte, P.D. 2000. Informality and Rent-Seeking Bureaucracies in a Model of Long-Run Growth. Journal of Monetary Economics

Sarte, Pierre-Daniel G. 2001. Rent-Seeking Bureaucracies and Oversight in a Simple Growth Model. Journal of Economic Dynamics & Control

Sato, Hideki. 2011. Raising Wages as a Strategy to Reduce Corruption. Journal of Management & Strategy

Savage, James D. 1994. Corruption and Virtue at the Constitutional Convention. Journal of Politics .

Savona, Ernesto U. 1995. Beyond Criminal Law in Devising Anticorruption Policies: Lessons from the Italian Experience. European Journal of Criminal Policy & Research

Sayed, Abdulhay. 2004. Corruption in International Trade and Commercial Arbitration.

Schaffer, Fred C. 2002. Might Cleaning Up Elections Keep People Away from the Polls? Historical and Comparative Perspectives. International Political Science Review

Schaffer, Frederic C. 2007. Elections for Sale: The Causes and Consequences of Vote Buying (Boulder, CO: Lynne Rienner Publishers).

Schaffer, Frederic Charles. 2005. Clean Elections and the Great Unwashed: Vote Buying and Voter Education in the Philippines. Working paper.

Schaffer, Frederic Charles. 2008. The Hidden Costs of Clean Election Reform. (Cornell University Press.)

Schatz, Florian. 2013. Fighting Corruption with Social Accountability: A Comparative Analysis of Social Accountability Mechanisms' Potential to Reduce Corruption in Public Administration. Public Administration & Development 33: 161-174.

Schefer, Krista Nadakavukaren. 2009. Corruption and the WTO Legal System. Journal of World Trade

Scheiner, E. 2005. Pipelines of Pork: Japanese Poliitcs and a Model of Local Opposition Party Failure. Comparative Political Studies

Schelling, Thomas. 1973. Hockey Helmets, Concealed Weapons, and Daylight Saving: A Study of Binary Choices with Externalities. Journal of Conflict Resolution

Scheppele, Kim Lane. 1999. The Inevitable Corruption of Transition. Connecticut Journal of International Law

Scher, Daniel. 2005. Asset Recovery: Repatriating Africa's Looted Billions. African Security Review

Scherer, Matthias. 2002. Circumstantial Evidence in Corruption Cases before International Arbitration Tribunals. International Arbitration Law Review

Schikora, Jan Theodor. 2011. Bringing Good and Bad Whistle-Blowers to the Lab.

Schikora, Jan Theodor. 2013. How Do Groups Stabilize Corruption? Journal of International Development

Schleiter, Petra & Alisa M. Voznaya. 2014. Party System Competitiveness and Corruption. Party Politics

Schmidt, Diana. 2007. Anti-Corruption: What Do We Know? Research on Preventing Corruption in the Post-Communist World. Political Studies Review

Schmidt, Timothy W. 2009. Sweetening the Deal: Strengthening Transnational Bribery Laws Through Standard International Corporate Accounting Guidelines. Minnesota Law Review

Schneider, Bryan A. 1992. Do Not Go Gentle into That Good Night: The Unquiet Death of Political Patronage. Wisconsin Law Review

Schneider, Friedrich & Dominik H. Enste. 2000. Shadow Economies: Size, Causes, and Consequences. Journal of Economic Literature

Schopf, J.C. 2015. Deterring Extortive Corruption in Korea Through Democratization and the Rule of Law. Journal of Comparative Asian Development (forthcoming).

Schroth, P.W. & P. Sharma. 2003. Transnational Law and Technology as Potential Forces Against Corruption in Africa. Management Decision

Schroth, Peter W. 2002. The United States and the International Bribery Conventions. American Journal of Comparative Law 50(supp.)

Schroth, Peter W. 2003. National and International Constitutional Law Aspects of African Treaties and Laws Against Corruption. Transnational Law & Contemporary Problems.

Schroth, Peter W. 2004. International Constitutional Law and Anti-Corruption Measures in the European Union's Accession Negotiations: Romania in Comparative Perspective. American Journal of Comparative Law

Schroth, Peter W. 2006. Corruption and Accountability of the Civil Service in the United States, The American Journal of Comparative Law.

Schueth, Sam. 2011. Assembling International Competitiveness: The Republic of Georgia, USAID, and the Doing Business Project. Economic Geography

Schultz, Jessica & Tina Soreide. 2008. Corruption in Emergency Procurement. Disasters Journal

Schulze, Guenther G., Bambang Suharnoko Sjahir & Nikita Zakharov. 2013. Corruption in Russia. Working paper.

Schulze, Gunther G. & Bjorn Frank. 2003. Deterrence versus Instrinsic Motivation: Experimental Evidence on the Determinants of Corruptibility. Economics of Governance

Schumacher, Ingmar. 2013. Political Stability, Corruption and Trust in Politicians. Economic Modelling

Schuppan, T. 2009. E-Government in Developing Countries: Experiences from Sub-Saharan Africa. Government Information Quarterly

Schuttauf, Nicholas. 2012. Repeal Anti-Bribery Legislation? A Defense of Laws Promoting Clean Business and Transparent Government. New England Law Review

Schutte, Sofie Arjon & Simon Butt. 2013. The Indonesian Court for Corruption Crimes: Circumventing Judicial Impropriety? U4 Brief. (September).

Schutte, Sofie Arjon. 2007. The Fight Against Corruption in Indonesia. Journal of Current Southeast Asian Affairs

Schutte, Sofie Arjon. 2011. Appointing Top Officials in a Democratic Indonesia: The Corruption Eradication Commission. Bulletin of Indonesian Economic Studies

Schutte, Sofie Arjon. 2012. Against the Odds: Anti-Corruption Reform in Indonesia. Public Administration & Development

Schwenke, S. 2000. The Moral Critique: Corruption in Developing Countries. Journal of Public & International Affairs

Scott, Ian. 2012. "The Hong Kong ICAC's Approach to Corruption Control", in Adam Graycar & Russell G. Smith eds., Handbook of Global Research and Practice in Corruption ,

Scott, James C. 1969. Corruption, Machine Politics, and Political Change. American Political Science Review

Scott, James C. 1969. The Analysis of Corruption in Developing Nations. Comparative Studies in Society & History

Scott, James C. 1972. Comparative Political Corruption (Englewood Cliffs, NJ: Prentice-Hall).

Scott, Kandis. 2005. The European Union and Romanian Mentalitate: A Case Study of Corruption. Santa Clara Journal of International Law

Seabright, Paul. 1996. Accountability and Decentralisation in Government: An Incomplete Contracts Model. European Economic Review

Segal, Lydia. 1997. Pitfalls of Political Decentralization and Proposals for Reform: The Case of New York City Public Schools. Public Administration Review

Segal, Lydia. 1998. Can We Fight the New Tammany Hall?: Difficulties of Prosecuting Political Patronage and Suggestions for Reform, Rutgers L. Rev.

Segal, Lydia. 1999. Corruption Moves to the Center: An Analysis of New York's 1996 School Governance Law. Harvard Journal on Legislation

Segal, Lydia. 2002. Roadblocks in Reforming Corrupt Agencies: The Case of the New York City School Custodians, Public Administration Review

Segal, Lydia. 2004. Battling Corruption in America's Public Schools. Boston: Northeast University Press.

Segal, Lydia. 2010. Independence from Political Influence—A Shaky Shield: A Study of Ten Inspectors General. Public Integrity

Segal, Philip. 2006. Coming Clean on Dirty Dealing: Time for a Fact-Based Evaluation of the Foreign Corrupt Practices Act. Florida Journal of International Law

Sehhat, Saeed, Mehdi Jafarzadeh Kenari & Mohsen Mijani. 2012. An Empirical Study on Relationship Between Organizational Culture and Administrative Corruption. Management Science Letters

Seiler, Norbert & Jelena Madir. 2012. Fight Against Corruption: Sanctions Regimes of Multilateral Development Banks. Journal of International Economic Law

Seim, Line Tondel & Tina Soreide. 2009. Bureaucratic Complexity and Impacts of Corruption in Utilities. Utilities Policy

Sekalala, S. & M. Kirya. 2015. Challenges in Multi-Level Health Governance: Corruption in the Global Fund's Operations in Uganda and Zambia. Hague Journal on the Rule of Law

Seker, M. & J.S. Yang. 2014. Bribery Solicitations and Firm Performance in the Latin American and Caribbean Region. Journal of Comparative Economics

Seldadyo, Harry & Jakob De Haan. 2011. Is Corruption Really Persistent? Pacific Economic Review

Seldadyo, Harry, Emmanual Pandu Nugroho & Jakob de Haan. 2007. Governance and Growth Revisited.

Seldadyo, Henry & Jakob de Haan. 2006. The Determinants of Corruption: A Literature Survey and New Evidence. (Paper prepared for the 2006 EPCS Conference, Turku, Finland, 20-23 April).

Seligson, Mitchell A. 2001. Corruption and Democratization: What Is To Be Done? Public Integrity

Seligson, Mitchell A. 2002. On the Measurement of Corruption

Seligson, Mitchell A. 2002. The Impact of Corruption on Regime Legitimacy: A Comparative Study of Four Latin American Countries, Journal of Politics

Seligson, Mitchell A. 2006. The Measurement and Impact of Corruption Victimization: Survey Evidence from Latin America. World Development

Selmier, W. Travis II. 2013. Stand by Me: Friends, Relationship Banking and Financial Governance in Asia. Business Horizons.

Semukhina, Olga & K. M. Reynolds. 2014. Russian Citizens' Perceptions of Corruption and Trust of the Police. Policing & Society

Sengupta, M. 2014. Anna Hazare's Anti-Corruption Movement and the Limits of Mass Mobilization in India. Social Movement Studies

Sequeira, Sandra & Simeon Djankov. 2013. "Trade Costs and Corruption in Ports," in Cantens, Thomas, Robert Ireland & Gael Raballand eds., Reform by Numbers: Measurement Applied to Customs and Tax Administrations in Developing Countries. Washington, D.C.: World Bank.

Sequeira, Sandra & Simeon Djankov. 2014. Corruption and Firm Behavior: Evidence from African Ports. Journal of International Economics

Sequeira, Sandra. 2012. "Advances in Measuring Corruption", in Danila Serra & Leonard Wantchekon eds., New Advances in Experimental Research on Corruption (Emerald Publishing).

Sequeira, Sandra. 2015. "Corruption and Trade Costs", in Susan Rose-Ackerman & Paul Lagunes eds., Greed, Corruption, and the Modern State

Sequeira, Sandra. 2015. Corruption, Trade Costs and Gains from Tariff Liberalization: Evidence from Southern Africa. Working paper.

Serafeim, George. 2013. Firm Competitiveness and Detection of Bribery. Working paper.

Serfontein, E. & E. de Waal. 2015. The Corruption Bogey in South Africa: Is Public Education Safe? South African Journal of Education

Serio, Mario. 2008. Politically Exposed Persons: AML, Taking the Profit Out of Corruption and Problems for the Banks. Journal of Money Laundering Control

Serra, Danila & Leonard Wantchekon. 2012. New Advances in Experimental Research on Corruption. (London: Emerald Books).

Serra, Danila. 2006. Empirical Determinants of Corruption: A Sensitivity Analysis. Public Choice

Serra, Danila. 2011. Combining Top-Down and Bottom-Up Accountability: Evidence from a Bribery Experiment. Journal of Law, Economics & Organization

Serritzlew, S., K.M. Sonderskov & G.T. Svendsen. 2014. Do Corruption and Social Trust Affect Economic Growth? A Review. Journal of Comparative Policy Analysis: Research & Practice

Sevukten, M., M. Nargelecekenler & F. Guray. 2010. A Cross-Country Comparison of Corruption and Public Expenditure: A Panel Data Approach. International Journal of Public Administration

Shabbir, Ghulam & Mumtaz Anwar. 2007. Determinants of Corruption in Developing Countries. Pakistan Development Review

Shafiq, M.N. 2015. Aspects of Moral Change in India, 1990-2006: Evidence from Public Attitudes toward Tax Evasion and Bribery. World Development

Shah, Anwar & M. Schacter. 2004. Combating Corruption: Look Before You Leap. Finance & Development

Shah, Anwar, Theresa Thompson & Heng-fu Zou. 2004. The Impact of Decentralization on Service Delivery, Corruption, Fiscal Management and Growth in Developing and Emerging Market Economies: A Synthesis of Empirical Evidnence. CESifo Dice Report, A Quarterly Journal for Institutional Comparisons, 2(Spring)

Shah, Anwar. 2006. Corruption and Decentralized Public Governance. World Bank Policy Research Working Paper 3824.

Shah, Anwar. 2007. "Tailoring the Fight against Corruption to Country Circumstances", in Anwar Shah ed., Performance Accountability and Combating Corruption (Washington, D.C.: World Bank).

Shah, Anwar. 2014. Decentralized Provision of Public Infrastructure and Corruption. International Center for Public Policy Working Paper 14-18.

Shan, M., A. Chan, Y. Le, B. Xia & Y. Hu. 2015. Measuring Corruption in Public Construction Projects in China. Journal of Professional Issues in Engineering Education & Practice

Shan, M., A.P.C. Chan, Y. Le & Y. Hu. 2015. Investigating the Effectiveness of Response Strategies for Vulnerabilities to Corruption in the Chinese Public Construction Sector. Science & Engineering Ethics

Shao, J., P.C. Ivanov, B. Podobnik & H.E. Stanley. 2007. Quantitative Relations Between Corruption and Economic Factors. European Physics Journal B

Shapiro, Joshua L. 2006. Corporate Media Power, Corruption, and the Media Exemption. Emory Law Journal.

Sharafutdinova, G. 2010. What Explains Corruption Perceptions? The Dark Side of Political Competition in Russia's Regions. Comparative Politics

Sharma, Deepankar & Shrey Ashat. 2014. Corruption: Reasons & Remedy to Sustain Economic Development.

Sharman, J.C. & Jo-Anne Gilbert. 2015. Turning a Blind Eye to Bribery: Explaining Failures to Comply with the International Anti-Corruption Regime. Political Studies

Sharman, J.C. 2010. Shopping for Anonymous Shell Companies: An Audit Study of Financial Anonymity and Crime. Journal of Economic Perspectives

Sharman, Jason C. & David Chaikin. 2009. Corruption and Anti-Money Laundering Systems: Putting a Luxury Good to Work. Governance

Sharman, Jason C. 2011. The Money Laundry: Regulating Criminal Finance in the Global Economy. Ithaca, NY: Cornell University Press.

Sharman, Jason C. 2012. Chasing Kleptocrats' Loot: Narrowing the Effectiveness Gap. U4 Issue 2012(4).

Sharman, Jason C., Emile van der Does de Willebois, Emily Halter, Robert A. Harrison & Ji Won. 2011. The Puppet Masters: How the Corrupt Use Legal Structures to Hide their Stolen Assets and What to Do About it. . Washington, D.C.: World Bank.

Shaw, Bill. 2000. The Foreign Corrupt Practices Act and Progeny: Morally Unassailable. Cornell International Law Journal

Shaw, Philip, M. Katsaiti & B. Pecoraro. 2015. On the Determinants of Educational Corruption: The Case of Ukraine. Contemporary Economic Policy

Shaw, Philip, Marina-Selini Katsaiti & Marius Jurgilas. 2011. Corruption and Growth under Weak Identification. Economic Inquiry

Shaxson, Nicholas. 2007. Oil, Corruption, and the Resource Curse. International Affairs

Sheahen, Kyle P. 2010. I'm Not Going to Disneyland: Illusory Affirmative Defenses Under the Foreign Corrupt Practices Act. Wisconsin International Law Journal

Sheffet, Mary Jane. 1995. The Foreign Corrupt Practices Act and the Omnibus Trade and Competitiveness Act of 1988: Did They Change Corporate Behavior? Journal of Public Policy & Marketing

Sheifer, Andrei. 2004. Does Competition Destroy Ethical Behavior? American Economic Review

Shekshnia, Stanislav, Alena Ledeneva & Elena Denisova-Schmidt. 2014. Reflective Leadership v. Endemic Corruption in Emerging Markets. INSEAD Working Paper No. 2013/121/EFE.

Shelley, Louise I. & John T. Picarell. 2002. Methods, Not Motives: Implications of the Convergence of International Organized Crime and Terrorism. Police Practice & Research

Shelley, Louise. 2005. The Unholy Trinity: Transnational Crime, Corruption and Terrorism. Brown Journal of World Affairs

Shen, Ce & John B. Williamson. 2005. Corruption, Democracy, Economic Freedom and State Strength. A Cross-National Analysis. International Journal of Comparative Sociology

Shepherd, Ben. 2009. Speed Money: Time, Corruption, and Trade. MPRA Paper 17337.

Shepherd, Benjamin. 2009. More Speed, Less "Speed Money": Asia-Pacific Firm-Level Evidence on Border Crossing Times as Corruption Incentives. Working paper.

Sherlock, Stephen. 2002. Combating Corruption in Indonesia? The Ombudsman and the Assets Auditing Commission. Bulletin of Indonesian Economic Studies

Sherman, Lawrence W. 1980. Three Models of Organizational Corruption in Agencies of Social Control. Social Problems.

Sheyn, Elizabeth. 2011. Criminalizing the Denial of Honest Services After Skilling . Wisconsin Law Review

Shi, Shouyong & Ted Temzelides. 2004. A Model of Bureaucracy and Corruption. International Economic Review

Shih, Victor, Christopher Adolph & Mingxing Liu. 2012. Getting Ahead in the Communist Party: Explaining the Advancement of Central Committee Members in China. American Political Science Review

Shihata, Ibrahim. 1997. Corruption—A General Review with an Emphasis on the Role of the World Bank. Dickinson Journal of International Law

Shim, D.C. & T.H. Eom. 2008. E-Government and Anti-Corruption: Empirical Analysis of International Data. International Journal of Public Administration

Shim, D.C. & T.H. Eom. 2009. Anticorruption Effects of Information and Communication Technology (ICT) and Social Capital. International Review of Administrative Sciences

Shin, J.H. 2015. Voter Demands for Patronage: Evidence from Indonesia. Journal of East Asian Studies

Shirazi, Moiz A. 2012. The Impact of Corruption on International Trade. Denver Journal of International Law & Policy

Shirin, S.S. 2015. Corruption in Higher Education in Russia—First Decade of the 21st Century. International Education Studies

Shleifer, Andrei & Robert Vishny. 1994. Politicians and Firms. Quarterly Journal of Economics

Shleifer, Andrei & Robert W. Vishny. 1993. Corruption. Quarterly Journal of Economics

Shola, Omatola. 2006. Through a Glass Darkly: Assessing the "New" War against Corruption in Nigeria. African Insigh

Sholderer, Olga. 2013. The Drivers of Police Reform: The Cases of Georgia and Armenia. CEU Political Science Journal

Shore, Cris & Dieter Haller. 2005. "Sharp Practice: Anthropology and the Study of Corruption," in Dieter Haller & Chris Shore eds., Corruption: Anthropological Perspectives (Pluto Press)

Shore, Cris. 2005. "Culture and Corruption in the EU: Reflections on Fraud, Nepotism and Cronyism in the European Commission", in Dieter Haller & Chris Shore eds., Corruption: Anthropological Perspectives (Pluto Press).

Shrewsbury, Diane A. 2012. Degrees of Corruption: The Current State of "Corrupt Persuasion" in 18 USC § 1512. University of Chicago Legal Forum

Shu, Lisa L. & Francesca Gino. 2012. Sweeping Dishonesty Under the Rug: How Unethical Actions Lead to Forgetting of Moral Rules. Journal of Personality & Social Psychology

Shu, Lisa L., Francesca Gino & M.H. Bazerman. 2011. Dishonest Deed, Clear Conscience: When Cheating Leads to Moral Disengagement and Motivated Forgetting. Personality & Social Psychology Bulletin

Shulman, S. 2014. The Criminalization of Bribery: Can the Foreign Corrupt Practices Act Be Applicable to the Anti-Bribery Provisions of the United Nations Convention Against Corruption? American University International Law Review

Siddiquee, N.A. 2010. Combating Corruption and Managing Integrity in Malaysia: A Critical Overview of Recent Strategies and Initiatives. Public Organization Review

Silva, Emilson C.D., Charles M. Khan & Xie Zhu. 2007. Crime and Punishment and Corruption: Who Needs "Untouchables"? Journal of Public Economic Theor

Silverman, Eli B. 1998. The Price of Controlling Corruption. Public Administration Review.

Simpser, Alberto. 2008. Cheating Big: On the Logic of Electoral Corruption in Developing Countries.

Simpser, Alberto. 2012. Does Electoral Manipulation Discourage Voter Turnout? Evidence from Mexico. Journal of Politics

Simpser, Alberto. 2013. The Intergenerational Persistence of Attitudes Toward Corruption. Working paper.

Simpson, D. 2014. The Art of the Watchdog: Fighting Fraud, Waste, Abuse, and Corruption in Government. Political Science Quarterly

Simpson, Matthew. 2014. Terrorism and Corruption: Alternatives for Goal Attainment within Political Opportunity Structures. International Journal of Sociology

Singer, Sam. 2009. The Foreign Corrupt Practices Act in the Private Equity Era: Extracting a Hidden Element. Emory International Law Review

Singh, D. 2015. Explaining Varieties of Corruption in the Afghan Justice Sector. Journal of Intervention & Statebuilding

Singh, G., R. Pathak, R. Naz & R. Belwal. 2010. E-Governance for Improved Public Sector Service Delivery in India, Ethiopia and Fiji. International Journal of Public Sector Management

Singh, Gurharpal. 1997. Understanding Political Corruption in Contemporary Indian Politics. Political Studies.

Sinlapapiromsuk, Tidarat. 2013. The Legal Consequences of Investor Corruption in Investor-State Disputes: How Should the System Proceed? Transnational Dispute Management

Sivachenko, Irina. 2013. Corporate Victims of "Victimless Crime": How the FCPA's Statutory Ambiguity, Coupled with Strict Liability, Hurts Businesses and Discourages Compliance. Boston College Law Review

Siverson, Randolph M. & Richard A.I. Johnson. 2014. Politics and Parasites: The Contribution of Corruption to Human Misery. International Studies Quarterly

Sjahar, Bambang Suharnoko, Krisztina Kis-Katos & Guenther G. Schulze. 2014. Administrative Overspending in Indonesian Districts: The Role of Local Politics. World Developmen

Sjoberg, Fredrik M. 2014. Autocratic Adaptation: The Strategic Use of Transparency and the Persistence of Election Fraud. Electoral Studies

Skidmore, Max J. 1996. Promise and Peril in Combating Corruption: Hong Kong's ICAC. Annals of the American Academy of Political and Social Science

Skladany, Martin. 2009. Buying Our Way Out of Corruption: Performance-Based Incentive Bonuses for Developing Country Politicians and Bureaucrats. Yale Human Rights & Development Law Journal

Skoblikov, Petr A. 2006. How Is Corruption Punished in Present Day Russia? A Comparative Legal Analysis of Criminal Legislation and Judiciary Practice. European Journal of Crime, Criminal Law & Criminal Justice

Slomczynski, Kazimierz M. & Goldie Shabad. 2012. Perceptions of Political Party Corruption and Voting Behavior in Poland. Party Politics

Smaltz, Donald C. 1998. The Independent Counsel: A View from Inside. Georgetown Law Journal

Smart, A. & C.L. Hsu. 2007. "Corruption or Social Capital? Tact and the Performance of Guanxi in Market Socialist China", in M. Juijten & G. Anders eds., Corruption and the Secret of Law: A Legal Anthropological Perspective. (Burlington, VT: Ashgate)

Smarzynska, B.K. & S.-J. Wei. 2000. Corruption and the Composition of Foreign Direct Investment: Firm Level Evidence. NBER Working Paper No. 7969.

Smilov, D. 2010. Anticorruption Agencies: Expressive, Constructivist and Strategic Uses. Crime, Law & Social Change

Smirnova, Larisa. 2014. Political Reform and the Fight Against Corruption in the PRC: International Experience and the Chinese Model. International Affairs

Smith, Brian. 2008. Edmund Burke, the Warren Hastings Trial, and the Moral Dimension of Corruption. Polity

Smith, Charles F. & Brittany D. Parling. 2012. "American Imperialism": A Practitioner's Experience with Extraterritorial Enforcement of the FCPA. University of Chicago Legal Forum

Smith, D., H. Stettler & W. Beedles. 1984. An Investigation of the Information Content of Foreign Sensitive Payment Disclosures. Journal of Accounting & Economics

Smith, Daniel J. 2014. Corruption Complaints, Inequality and Ethnic Grievances in Post-Biafra Nigeria. Third World Quarterly

Smith, Daniel Jordan. 2001. Kinship and Corruption in Contemporary Nigeria. Ethnos 66(3): 344-364.

Smith, Daniel Jordan. 2008. A Culture of Corruption: Everyday Deception and Popular Discontent in Nigeria.

Smith, Eric J. 2012. Resolving Ambiguity in the FCPA through Compliance with the OECD Convention on Bribery of Foreign Public Officials. Maryland Journal of International Law

Smith, L.E. 2014. Is Strict Liability the Answer in the Battle against Foreign Corporate Bribery? Brooklyn Law Review

Smith, N. & E. Thomas. 2015. Determinants of Russia's Informal Economy: The Impact of Corruption and Multinational Firms. Journal of East-West Business

Smith, Richard C. 2013. Combating FCPA Charges: Is Resistance Futile? Virginia Journal of International Law

Smith, Russell G. & Penny Jorna. 2012. "Corrupt Misuse of Information and Communications Technologies", in Adam Graycar & Russell G. Smith eds., Handbook of Global Research and Practice in Corruption ,

Smith, Trevor. 1995. Political Sleaze in Britain: Causes, Concerns, and Cures. Parliamentary Affairs

Smith-Crowe, K. & D. Warren. 2014. The Emotion-Evoked Collective Corruption Model: The Role of Emotion in the Spread of Corruption within Organizations. Organizational Science

Smulovitz, Catalina & Enrique Peeruzzotti. 2000. Societal Accountability in Latin America. Journal of Democracy

Smyth, Russell & Joanne Xiaolei Qian. 2008. Corruption and Left-Wing Beliefs in a Post-Socialist Transition Economy: Evidence from China's Harmonious Society. Economics Letters .

Sneath, D. 2002. Reciprocity and Notions of Corruption in Contemporary Mongolia.Mongolian Studies

Sneath, David. 2006. Transacting and Enacting: Corruption, Obligation, and the Use of Monies in Mongolia. Ethnos

Snider, Thomas R. & Won Kidane. 2007. Combating Corruption Through International Law in Africa: A Comparative Analysis. Cornell International Law Journal

Snow Bailard, Catie. 2009. Mobile Phone Diffusion and Corruption in Africa. Political Communication.

Snyder, James M., Jr. & David Stromberg. 2010. Press Coverage and Political Accountability. Journal of Political Economy

Sohail, M. & S. Cavill. 2008. Accountability to Prevent Corruption in Construction Projects. Journal of Construction Engineering & Management

Sohmen, Helmut. 1999. Critical Importance of Controlling Corruption. International Law

Somlo, M.J. 2015. Historical Inefficiencies and Future Potential: A Critical Analysis of the Foreign Corrupt Practices Act of 1977. International Journal of Economics & Accounting

Song, Xuguang & Wenhao Cheng. 2012. Perceptions of Corruption in 36 Major Chinese Cities: Based on Survey of 1,642 Experts. Social Indicators Research

Soper, Daniel S. & Haluk Demirkan. 2012. How ICTs Affect Democracy and Corruption in Emerging Societies. IEEE IT Professional

Soper, Daniel S. 2007. ICT Investment Impacts on Future Levels of Democracy, Corruption, and E-Government Acceptance in Emerging Countries. Working paper.

Soreide, Tina & Rory Truex. 2013. Multistakeholder Groups for Better Sector Performance: A Key to Fight Corruption in Natural Resource Governance? Development Policy Review

Soreide, Tina, Linda Groning & Rasmus H. Wandall. 2015. An Efficient Anticorruption Sanctions Regime? The Case of the World Bank. (Working paper.)

Soreide, Tina. 2006. Is It Wrong to Rank? A Critical Assessment of Corruption Indices. CMI Working Paper 2006:1. Chr. Michelsen Institute, Bergen.

Soreide, Tina. 2008. Beaten by Bribery: Why Not Blow the Whistle? Journal of Institutional & Theoretical Economics.

Soreide, Tina. 2009. Too Risk Averse to Stay Honest? Business Corruption, Uncertainty and Attitudes Toward Risk. International Review of Law & Economics

Soreide, Tina. 2013. "Democracy's Shortcomings in Anti-Corruption", in Susan Rose-Ackerman & Paul D. Carrington eds., Anti-Corruption Policy: Can International Actors Play a Constructive Role? (Durham: Carolina Academic Press).

Soreide, Tina. 2014. Drivers of Corruption: A Limited Review. Working paper.

Sorensen, Juliet. 2012. Ideals without Illusions: Corruption and the Future of a Democratic North Africa. Northwestern University Journal of International Human Rights

Sosa, Luis A. 2004. Wages and Other Determinants of Corruption. Review of Development Economics.

Sovacool, B. & N. Andrews. 2015. Does Transparency Matter? Evaluating the Governance Impacts of the Extractive Industries Transparency Initiative (EITI) in Azerbaijan and Liberia. Resources Policy

Soyaltin, D. 2015. Political Corruption in Comparative Perspective: Sources, Status and Prospects. Political Studies Review

Spagnolo, Giancarlo. 2004. Divide et Imperia: Optimal Leniency Programmes. CEPR Discussion Papers 4840.

Spahn, Elizabeth K. 2012. Local Law Provisions under the OECD Anti-Bribery Convention. Syracuse Journal of International Law & Commerce

Spahn, Elizabeth K. 2012. Multijurisdictional Bribery Law Enforcement: The OECD Anti-Bribery Convention. Virginia Journal of International Law

Spahn, Elizabeth. 2009. Discovering Secrets: Act of State Defenses to Bribery Cases. Hofstra Law Review

Spahn, Elizabeth. 2009. International Bribery: The Moral Imperialism Critiques. Minnesota Journal of International La

Spahn, Elizabeth. 2010. Nobody Gets Hurt? Georgetown Journal of International Law

Spalding, Andrew Bradley. 2014. Corruption, Corporations, and the New Human Right. Washington University Law Review

Spalding, Andrew Brady. 2010. Unwitting Sanctions: Understanding Anti-Bribery Legislation as Economic Sanctions Against Emerging Markets. Florida Law Review

Spalding, Andrew Brady. 2011. The Irony of International Business Law: U.S.Progressivism and China's New Laissez-Faire. UCLA Law Review

Spalding, Andrew Brady. 2012. Four Unchartered Corners of Anti-Corruption Law: In Search of Remedies. Wisconsin Law Review

Spalding, Andrew Brady. 2014. Restorative Justice for Multinational Corporations.

Sparrow, Malcolm K. 1996. License to Steal: Why Fraud Plagues America's Health Care System (Westview Press).

Speck, Bruno. 2011. "Auditing Institutions", in Timothy Power & Matthew Taylor eds., Corruption and Democracy in Brazil: The Struggle for Accountability (Indiana: University of Notre Dame Press).

Spector, Bertram I., ed. 2005. Fighting Corruption in Developing Countries: Strategies and Analysis. Bloomfield, CT: Kumarian Press.

Spector, Bertram I., Michael Johnston & Phyllis Dininio. 2005. "Learning Across Cases: Trends in Anticorruption Strategies," in Bertram Spector ed. Fighting Corruption in Developing Countries: Strategies and Analysis (Bloomfield, CT: Kumarian Press)

Spence, Matthew J. 2005. American Prosecutors as Democracy Promoters: Prosecuting Corrupt Foreign Officials in U.S. Courts. Yale Law Journal

Spinesi, L. 2009. Rent-Seeking Bureaucracies, Inequality, and Growth. Journal of Development Economics

Spinney, Laura. 2011. The Underhand Ape: Why We Are All Corrupt. New Scientist

Sporkin, Stanley. 1998. The Worldwide Banning of Schmiergeld: A Look at the Foreign Corrupt Practices Act on its Twentieth Birthday. Northwestern Journal of International Law & Business

Stanig, Piero. 2015. Regulation of Speech and Media Coverage of Corruption: An Empirical Analysis of the Mexican Press. American Journal of Political Science

Stansbury, J. & B. Barry. 2007. Ethics Programs and the Paradox of Control. Business Ethics Quarterly

Stansbury, Jason M. & Bart Victor. 2009. Whistle-Blowing among Young Employees: A Life-Course Perspective. Journal of Business Ethics

Stapenhurst, F., K. Jacobs & R. Pelizzo. 2014. Corruption and Legislatures. Public Integrity

Stapenhurst, Rick & Sahr J. Kpundeh eds. 1999. Curbing Corruption: Toward a Model for Building National Integrity (Washington, D.C.: World Bank).

Stapenhurst, Rick. 2000. The Media's Rule in Curbing Corruption. Working Paper, World Bank Institute.

Stark, Andrew. 2000. Conflict of Interest in American Public Life (Cambridge: Harvard University Press).

Starr, Sonja. 2007. Extraordinary Crimes at Ordinary Times: International Justice Beyond Crisis Situations. Northwestern University Law Review

Stead, D. 2015. What Does the Quality of Government Imply for Urban Prosperity? Habitat International

Stefes, Christoph H. 2007. Measuring, Conceptualizing, and Fighting Systemic Corruption: Evidence from Post-Soviet Countries. Perspectives on Global Issues

Stein, Alex. 2012. Corrupt Intentions: Bribery, Unlawful Gratuity, and Honest-Services Fraud. Law & Contemporary Problems

Stein, Elizabeth A. & Marisa Kellam. 2014. Programming Presidential Agendas: Partisan and Media Environments that Lead Presidents to Fight Crime and Corruption. Political Communication

Steinitz, Maya & Paul A. Gowder, Jr. 2014. Corruption and the Transnational Litigation Prisoners' Dilemma. Working paper.

Stensota, Helena, Lena Wangnerud & Richard Svensson. 2015. Gender and Corruption: The Mediating Power of Institutional Logics. Governance

Stephan, Paul B. 1999. Rationality and Corruption in the Post-Socialist World. Connecticut Journal of International Law

Stephan, Paul B. 2013. Regulatory Competition and Anticorruption Law. Virginia Journal of International Law Digest

Stephenson, Kevin, Larissa Gray & Ric Power. 2011. Barriers to Asset Recovery: An Analysis of the Key Barriers and Recommendations for Action. Washington, D.C.: Stolen Asset Recovery Initiative.

Stephenson, Matthew C. 2015. "Corruption and Democratic Institutions: A Review and Synthesis", in Susan Rose-Ackerman & Paul Lagunes eds., Greed, Corruption, and the Modern State

Stepurko, T., M. Pavlova, I. Gryga & W. Groot. 2010. Empirical Studies on Informal Patient Payments for Health Care Services: A Systematic and Critical Review of Research Methods and Instruments. BMC Health Services Research

Stesse, Guy. 2001. The International Fight Against Corruption. International Review of Penal Law

Stevens, P. 2003. Resource Impact: Curse or Blessing? A Literature Survey. Journal of Energy Literature

Stevenson, Drury D. & Nicholas J. Wagoner. 2011. FCPA Sanctions: To Big to Debar? Fordham Law Review

Steves, Franklin & Alan Rousso. 2003. Anti-Corruption Programmes in Post-Communist Transitions Countries and Changes in the Business Environment, 1999-2002. EBRD

Stevulak, C. & M.P. Brown. 2011. Activating Public Sector Ethics in Transitional Societies. Public Integrity

Stewart, Carter. 2012. The FCPA Is Just as Relevant and Necessary Today as Thirty-Five Years Ago. Ohio State Law Journal

Stinson, P.M., J. Liederbach, S.L. Brewer, H.D. Schmalzried, B.E. Mathna, & K.L. Long. 2013. A Study of Drug-related Police Corruption Arrests. Policing: An International Journal of Police Strategies & Management

Stockemer, Daniel & Aksel Sundstrom. 2013. Corruption and Citizens' Satisfaction with Democracy in Europe: What Is the Emprical Linkage? Comparative Governance & Politics .

Stockemer, Daniel, Bernadette LaMontagne & Lyle Scruggs. 2012. Bribes and Ballots: The Impact of Corruption on Voter Turnout in Democracies. International Political Science Review

Stokes, Susan C. 2005. Perverse Accountability: A Formal Model of Machine Politics with Evidence from Argentina. American Political Science Review

Stolen Assets Recovery Initiative. 2012. Public Office, Private Interests: Accountability through Income and Asset Disclosure. Washington, D.C.: Stolen Asset Recovery Initiative.

Stolenberg, Clyde D. Globalization, "Asian Values," and Economic Reform: The Impact of Tradition and Change on Ethical Values in Chinese Business. Cornell International Law Journal

Stone, B. 2015. Accountability and the Design of an Anticorruption Agency in a Parliamentary Democracy. Policy Studies

Strader, J. Kelly. 2011. Skilling Reconsidered: The Legislative-Judicial Dynamic, Honest Services Fraud, and the Ill-Conceived "Clean Up Government Act". Fordham Urban Law Journal

Stratmann, Thomas. 2003. Do Strict Electoral Campaign Finance Rules Limit Corruption? CESinfoDICE Report

Straub, Stephane. 2005. Corruption and Product Market Competition. ESE Discussion Papers 131 (Edinburgh School of Economics, University of Edinburgh) Straub, Stephane. 2008. Opportunism, Corruption and the Multinational Firm's Mode of Entry. Journal of International Economics

Straub, Stephane. 2009. Regulatory Intervention, Corruption and Competition. Review of Industrial Organization

Straub, Stephane. 2015. "The Story of Paraguayan Dams: The Long-Term Consequences of Wrongdoing in Procurement", in Susan Rose-Ackerman & Paul Lagunes eds., Greed, Corruption, and the Modern State

Strauss, David A. 1994. Corruption, Equality, and Campaign Finance Reform. Columbia Law Review .

Strauss, Emily N. 2013. "Easing Out" the FCPA Facilitation Payment Exception. Boston University Law Review

Stremlau, N., E. Fantini & I. Gagliardone. 2015. Patronage, Politics and Performance: Radio Call-In Programmes and the Myth of Accountability. Third World Quarterly

Stringhini S., S. Thomas, P. Bidwell, T. Mtui & A. Mwisongo. 2009. Understanding Informal Payments in Health Care: Motivation of Health Workers in Tanzania. Human Resources for Health

Stromberg, David. 2001. Mass Media and Public Policy. European Economic Review 4.

Stromberg, David. 2004. Mass Media Competition, Political Competition, and Public Policy. Review of Economic Studies.

Stromberg, David. 2004. Radio's Impact on Public Spending. Quarterly Journal of Economics

Subedi, M.S. 2006. Corruption in Nepal: An Anthropological Inquiry. Journal of Sociology & Anthropology

Sukhtankar, Sandip. 2012. Sweetening the Deal? Political Connections and Sugar Mills in India. American Economic Journal: Applied Economics

Sukhtankar, Sandip. 2015. The Impact of Corruption on Consumer Markets: Evidence fromt the Allocation of Second-Generation Wireless Spectrum in India. Journal of Law & Economics

Summerfield, Jason Noah. 2009. The Corruption Defense in Investment Disputes: A Discussion of the Imbalance between International Discourse and Arbitral Decisions. Transnational Dispute Management

Sun, X., J. Zhu & Y. Wu. 2014. Organizational Clientalism: An Analysis of Private Entrepreneurs in Chinese Local Legislatuers. Journal of East Asian Studies

Sun, Y. 2001. The Politics of Conceptualizing Corruption in Reform China. Crime, Law & Social Change.

Sun, Yan & Michael Johnston. 2009. Does Democracy Check Corruption? Insights from China and India. Comparative Politics

Sun, Yan. 1999. Reform, State, and Corruption: Is Corruption Less Destructive in China than in Russia? Comparative Politics

Sun, Yan. 2004. Corruption and Market in Contemporary China.


Sun, Yan. 2009. "Cadre Recruitment and Corruption: What Goes Wrong?", in Gong, T. & S.K. Ma eds., Preventing Corruption in Asia: Institutional Design and Policy Capacity (London: Routledge),

Sundell, Anders. 2012. Legalize It: An Argument for Formalizing Petty Corruption when State Capacity is Low. QoG Working Paper Series

Sundell, Anders. 2012. What Is the Best Way to Recruit Public Servants? QoG Working Paper Series

Sundell, Anders. 2013. Nepotism in the Swedish Central Public Administration 1790-1925.

Sundell, Anders. 2014. Are Formal Civil Service Examinations the Most Meritocratic Way to Recruit Civil Servants? Not in All Countries. Public Administration

Sundell, Anders. 2014. Understanding Informal Payments in the Public Sector: Theory and Evidence from Nineteenth Century Sweden. Scandinavian Political Studies

Sundet, Geir. 2007. Public Expenditure Tracking Studies: Lessons from Tanzania. U4 Brief No. 14 (Bergen: Chr. Michelsen Institute).

Sundet, Geir. 2008. Following the Money: Do Public Expenditure Tracking Surveys Matter? U4 Issue 2008:8. Bergen, Norway: U4 Anti-Corruption Resource Center.

Sundstrom, A. & D. Stockemer. 2015. Voter Turnout in the European Regions: The Impact of Corruption Perceptions. Electoral Studies

Sundstrom, A. 2015. Covenants with Broken Swords: Corruption and Law Enforcement in Governance of the Commons. Global Environmental Change—Human & Policy Dimensions

Sundstrom, Aksel & Lena Wangnerud. 2014. Corruption as an Obstacle to Women's Political Representation: Evidence from Local Councils in 18 European Countries. Party Politics .

Sundstrom, Aksel. 2012. Corruption and Regulatory Compliance: Experimental Findings from South African Small-Scale Fisheries. Marine Policy

Sundstrom, Aksel. 2013. Corruption in the Commons: Why Bribery Hampers Enforcement of Environmental Regulations in South African Fisheries. International Journal of the Commons

Sung, Hung-En & Doris Chu. 2003. Does Participation in the World Economy Reduce Political Corruption? An Empirical Inquiry. International Journal of Comparative Criminology

Sung, Hung-En. 2002. A Convergence Approach to the Analysis of Political Corruption: A Cross-National Study. Crime, Law & Social Change

Sung, Hung-En. 2003. Fairer Sex or Fairer System? Gender and Corruption Revisited. Social Forces

Sung, Hung-En. 2004. Democracy and Political Corruption: A Cross-National Comparison. Crime, Law & Social Change

Sung, Hung-En. 2005. Between Demand and Supply: Bribery in International Trade. Crime, Law & Social Change

Sung, Hung-En. 2006. From Victims to Saviors? Women, Power, and Corruption. Current History

Sung, Hung-En. 2009. Transnational Corruption in Weapon Procurement in East Asia: A Case Analysis. Sociological Focus

Sung, Hung-En. 2012. Women in Government, Public Corruption, and Liberal Democracy: A Panel Analysis. Crime, Law & Social Chang

Sunstein, Cass R. 1998. Bad Incentives and Bad Institutions. Georgetown Law Journal

Suphachalasai, Suphachol. 2005. Bureaucratic Corruption and Mass Media. Working Paper.

Suriya, Komsan & Sumate Pruekruedee. 2014. Bounded Rational Corruptoin Model.

Empirical Econometrics & Quantitative Economics Letters 3(1): 1-32.

Surjadinata, Kenneth U. 1998. Revisiting Corrupt Practices from a Market Perspective. Emory Int'l L.

Suryadarma, Daniel. 2012. How Corruption Diminishes the Effectiveness of Public Spending on Education in Indonesia. Bulletin of Indonesian Economic Studies 48(1): 85-100.

Sutherland, E. 2014. Corruption and Internet Governance. Info

Sutherland, E. 2015. Bribery and Corruption in Telecommunications—The Kingdom of Morocco..

Svensson, Jakob. 2000. Foreign Aid and Rent-Seeking. Journal of International Economics.

Svensson, Jakob. 2003. Who Must Pay Bribes and How Much? Evidence from a Cross Section of Firms. Quarterly Journal of Economics

Svensson, Jakob. 2005. Eight Questions about Corruption, J. Econ. Perspectives,

Swaleheen, Mushfiq us. 2007. Corruption and Investment Choices: A Panel Data Study. Kyklos

Swaleheen, Mushfiq us. 2008. Corruption and Saving in a Panel of Countries. Journal of Macroeconomics

Swaleheen, Mushfiq. 2011. Economic Growth with Endogenous Corruption: An Empirical Study. Public Choice

Swamy, Anand, Stephen Knack, Young Lee & Omar Azfar. 2001. Gender and Corruption. Journal of Development Economics

Swanson, Todd. 2007. Greasing the Wheels: British Deficiencies in Relation to American Clarity in International Anti-Corruption Law. Georgia Journal of International & Comparative Law

Syfert, Scott D. 1999. Capitalism or Corruption? Corporate Structure, Western Investment and Commercial Crime in the Russian Federation. N.Y.L. Sch. J. Int'l & Comp.

Szanto, Z. 1999. Principals, Agents, and Clients: Review of the Modern Concept of Corruption. Innovation: The European Journal of the Social Sciences

Szarek-Mason, Patrycja. 2014. "OLAF: The Anti-Corruption Policy within the European Union", in Jean-Bernard Auby, Emmanuel Breen & Thomas Perroud eds., Corruption and Conflicts of Interest: A Comparative Law Approach

Szeftel, Morris. 1998. Misunderstanding African Politics: Corruption and the Governance Agenda. Review of African Political Economy

Szeftel, Morris. 2000. Between Governance & Under-Development: Accumulation & Africa's 'Catastrophic Corruption'. Review of African Political Economy

Szeftel, Morris. 2000. Clientelism, Corruption and Catastrophe. Review of African Political Economy

Tabish, S.Z.S. & Kumar Neeraj Jha. 2012. The Impact of Anti-Corruption Strategies on Corruption Free Performance in Public Construction Projects. Construction Management & Economics

Takyi-Asiedu, Stephen. 1993. Some Socio-Cultural Factors Retarding Entrepreneurial Activity in Sub-Saharan Africa. Journal of Business Venturing

Tamashasky, Eric. 2004. The Lewis Carroll Offense: The Ever-Changing Meaning of "Corruptly" Within the Federal Criminal Law. Journal of Legislation

Tambulasi, R.I.C. 2009. The Public Sector Corruption and Organised Crime Nexus: The Case of the Fertiliser Subsidy Programme in Malawi. African Security Review 1

Tamm, I., C. Lucky & S. Humphreys. 2005. Legal Remedies for the Resource Curse: A Digest of Experience in Using Law to Combat Natural Resource Corruption.

Tangri, Roger & Andrew M. Mwenda. 2001. Corruption and Cronyism in Uganda's Privitisation in the 1990s. African Affairs

Tangri, Roger & Andrew M. Mwenda. 2003. Military Corruption and Ugandan Politics Since the Late 1990s. Review of African Political Economy 98:

Tangri, Roger & Andrew M. Mwenda. 2006. Politics, Donors and the Ineffectiveness of Anti-Corruption Institutions in Uganda. Journal of Modern African Studies

Tannenbaum, Brette M. 2012. Reframing the Right: Using Theories of Intangible Property to Target Honest Services Fraud After Skilling. Columbia Law

Tansung, Cagla. 2014. "The Legal Regulations for the Prevention of Corruption of Civil Servants in Turkey and the Council of Ethics for Public Service", in Jean-Bernard Auby, Emmanuel Breen & Thomas Perroud eds., Corruption and Conflicts of Interest: A Comparative Law Approach

Tanzi, Vito & Hamid R. Davoodi. 1997. Corruption, Public Investment and Growth. International Monetary Fund Working Paper No. 97/139.

Tanzi, Vito. 1995. Corruption, Governmental Activities, and Markets. Finance & Development

Tanzi, Vito. 1998. Corruption Around the World: Causes, Consequences, Scope and Cures. IMF Staff Papers

Tanzi, Vito. 2000. Policies, Institutions and the Dark Side of Economics (Cheltenham, UK: Edward Elgar).

Tarullo, Daniel K., Claire M. Dickerson, Joel Paul & Susan Rose-Ackermanl. 2000. Political Corruption as an International Offense. Proceedings of the Annual Meeting (American Society of International Law) 94: 56-59

Tarullo, Daniel. 2004. The Limits of Institutional Design: Implementing the OECD Anti-Bribery Convention. Virginia Journal of International Law

Tarun, Robert W. & Peter P. Tomczak. 2010. A Proposal for a United States Department of Justice Foreign Corrupt Practices Act Leniency Policy. American Criminal Law Review

Tavares, Jose. 2003. Does Foreign Aid Corrupt? Economic Letters

Tavares, Samia Costa. 2007. Do Rapid Political and Trade Liberalizations Increase Corruption? European Journal of Political Economy

Tavits, Margit & Joshua D. Potter. 2012. Electoral Institutions and Corruption in Campaign Finance. .

Tavits, Margit. 2007. Clarity of Responsibility and Corruption. American Journal of Political Science.

Tavits, Margit. 2008. Representation, Corruption, and Subjective Well-Being. Comparative Political Studies

Tavits, Margit. 2010. Why Do People Engage in Corruption? The Case of Estonia. Social Forces

Taylor, Cherie O. 2008. The Foreign Corrupt Practices Act: A Primer. International Trade Law Journal

Taylor, Jennifer Dawn. 2001. Ambiguities in the Foreign Corrupt Practices Act: Unnecessary Costs of Fighting Corruption? Louisiana Law Review

Taylor, Scott D. 2006. Divergent Politico-Legal Responses to Past Presidential Corruption in Zambia and Kenya: Catching the "Big Fish", or Letting Them Off the Hook? Third World Quarterly

Teachout, Zephyr. 2009. The Anti-Corruption Principle. Cornell Law Review

Teachout, Zephyr. 2014. Corruption in America (Cambridge: Harvard University Press).

Teixeira, A.A.C. & L. Guimaraes. 2015. Corruption and FDI: Does the Use of Distinct Proxies for Corruption Matter? Journal of African Business

Teksoz, S. Utku. 2004. Corruption and Foreign Direct Investment: An Empirical Analysis. Working paper.

Tenbrunsel, A.E. & D.M. Messick. 1999. Sanctioning Systems, Decision Frames, and Cooperation. Administrative Science Quarterly

Tenbrunsel, Ann E. & David E. Messick. 2004. Ethical Fading: The Role of Self-Deception in Unethical Behavior. Social Justice Research

Tenbrunsel, Ann E., K. Smith-Crowe & E.E. Umphress. 2003. Building Houses on Rocks: The Role of the Ethical Infrastructure in Organizations. Social Justice Research

Tenbrusel, A.E. & K. Smith-Crowe. 2008. Ethical Decision Making: Where We've Been and Where We're Going. Academy of Management Annals

Teorell, Jan & Bo Rothstein. 2015. Getting to Sweden, Part I: War and Malfeasance, 1720-1850. Scandinavian Political Studies

Teorell, Jan. 2007. Corruption as an Institution: Rethinking the Origins of the Grabbing Hand. QoG Working Paper Series 2007: 5 (The Quality of Government Institute, University of Gothenburg)

Testa, Cecilia. 2010. Bicameralism and Corruption. European Economic Review

Thachil, Tariq & Emmanuel Teitelbaum. 2015. Ethnic Parties and Public Spending. Compartive Political Studies

Thachuk, Kimberly. 2005. Corruption and International Security. SAIS Review

Thampi, Gopakumar & Sita Sekhar. 2006. "Citizen Report Cards", in Charles Sampford, Arthur Shacklock, Carmel Connors & Fredrik Galtung eds., Measuring Corruption (Aldershot: Ashgate)

Themudo, Nuno S. 2013. Reassessing the Impact of Civil Society: Nonprofit Sector, Press Freedom, and Corruption. Governance

Themudo, Nuno S. 2014. Government Size, Nonprofit Sector Strength, and Corruption: A Cross-National Examination. American Review of Public Administratio

Theobald, Robin. 1990. Corruption, Development, and Underdevelopment (Durham: Duke University Press)

Theobald, Robin. 1994. Lancing the Swollen African State: Will It Alleviate the Problem of Corruption? Journal of Modern African Studies

Theobald, Robin. 1997. Can Debt Be Used To Combat Political Corruption in Africa? Crime, Law & Social Change

Theobald, Robin. 1999. So What Really Is the Problem about Corruption? Third World Quarterly

Thomas, Chantal. 1999. Does the "Good Governance Policy" of the International Financial Institutions Privilege Markets at the Expense of Democracy? Connecticut Journal of International Law

Thomas, Cortney C. 2010. The Foreign Corrupt Practices Act: A Decade of Rapid Expansion Explained, Defended, and Justified. Review of Litigation 29: 439-470.

Thomas, M.A. & Patrick Meagher. 2004. A Corruption Primer: An Overview of Concepts in the Corruption Literature. IRIS Discussion Paper No. 04/03.

Thomas, Melissa. 2010. What Do the Worldwide Governance Indicators Measure? European Journal of Development Research 2

Thompson, Dennis F. 1985. Ethics in Congress: From Individual to Institutional Corruption. Washington, D.C.: Brookings Institution.

Thompson, Dennis F. 1993. Mediated Corruption: The Case of the Keating Five. American Political Science Review

Thompson, Dennis F. 2005. Two Concepts of Corruption: Making Campaigns Safe for Democracy. George Washington Law Review

Thompson, L.D. 2014. In-Sourcing Corporate Responsibility for Enforcement of the Foreign Corrupt Practices Act. American Criminal Law Review

Thompson, Robin & Ana Xavier. 2003. Unofficial Payments for Acute State Hospital Care in Kazakhstan: A Model of Physician Behavior with Price Discrimination and Vertical Service Differentiation. Royal Economic Society Annual Conference 2003, 224.

Thornton, J. 2008. Corruption and the Composition of Tax Revenue in Middle East and African Economies. South African Journal of Economics

Thornton, M. 2002. Corruption and Foreign Aid.

Thoumi, Francisco E. 1987. Some Implications of the Growth of the Underground Economy in Columbia. J. Interamerican Stud. & World Af.

Tian, P. 2015. A Tale of Two Systems. Nature

Tian, Xiaowen & Vai Io Lo. 2009. Conviction and Punishment: Free Press and Competitive Elections as Deterrents to Corruption. Public Management Review

Tignor, Robert L. 1993. Political Corruption in Nigeria Before Independence. Journal of Modern African Studies

Tillipman, Jessica. 2012. A House of Cards Falls: Why "Too Big to Debar" Is All Slogan and Little Substance. Fordham Law Review Res Getae

Timamy, K.M.H. 2005. African Leaders and Corruption. Review of African Political Economy .

Timmons, J.F. & F. Garifas. 2015. Revealed Corruption, Taxation, and Fiscal Accountability: Evidence from Brazil. World Development.

Timofeyev, Y. 2015. Analysis of Predictors of Organizational Losses Due to Occupational Corruption. International Business Review

Ting, Michael M. 2008. Whistleblowing. American Political Science Review

Tirole, Jean. 1986. Hierarchies and Bureaucracies–On the Role of Collusion in Organizations. Journal of Law, Economics, & Organization .

Tirole, Jean. 1996. A Theory of Collective Reputations with Applications to the Persistence of Corruption and to Firm Quality Review of Economic Studies

Tiwari, Aviral Kumar. 2012. Corruption, Democracy and Bureaucracy. Theoretical & Applied Economics

To, Phuc Xuan, Sango Mahanty & Wolfram Dressler. 2014. Social Networks of Corruption in the Vietnamese and Lao Cross-Border Timber Trade. Anthropological Forum.

Tomaszewksa, Ewa & Anwar Shah. 2000. Phantom Hospitals, Ghost Schools and Roads to Nowhere: The Impact of Corruption on Public Service Delivery Performance in Developing Countries. (World Bank Working Paper).

Tomini, S. & H. Maarse. 2011. How Do Patient Characteristics Influence Informal Payments for Inpatient and Outpatient Health Care in Albania: Results of Logit and OLS Models Using Albanian LSMS 2005. BMC Public Health

Tomsa, D. 2015. Local Politics and Corruption in Indonesia's Outer Islands. Journal of the Humanities & Social Sciences of Southeast Asia & Oceania 171(2-3): 196-.

Tonoyan, Vartuhi, M. Perlitz & W.W. Wittmann. 2004. "Corruption and Entrepreneurship: Unwrittten Codes of Conduct, Trust and Social Values, East-West Comparison", in Frontiers of Entrepreneurship (Babson Park: Babson College)

Tonoyan, Vartuhi, Robert Strohmeyer, Moshin Habib & Manfred Perlitz. 2010.

Corruption and Entrepreneurship: How Formal and Informal Institutions Shape Small Firm Behavior in Transition and Mature Market Economies. Entrepreneurship: Theory & Practice .

Tonoyan, Vartuhi. 2003. Corruption and Entrepreneurship: Does Trust Matter? Journal of Transforming Economies & Societies

Tonoyan, Vartuhi. 2005. "The Dark Side of Trust: Corruption and Entrpreneurship", in H. Hohmann & F. Welter eds., Trust and Entrepreneurship: A West-East-Perspective (Cheltenham: Edward Elgar)

Torenvlied, Rene & Carolien M. Klein Haarhuis. 2008. Polarization and Policy Reform: Anti-Corruption Policymaking in Sub-Saharan Africa. Journal of Peace Research

Torgler, Benno & Bin Dong. 2009. Corrutpion and Political Interest: Empirical Evidence at the Micro Level. Journal of Interdisciplinary Economics

Torgler, Benno & Marco Piatti. 2013. Extraordinary Wealth, Globalization, and Corruption. Review of Income & Wealth.

Torgler, Benno & Neven T. Valev. 2006. Corruption and Age. Journal of Bioeconomics

Torgler, Benno & Neven T. Valev. 2007. Public Attitudes toward Corruption and Tax Evasion: Investigating the Role of Gender Over Time. Working paper.

Torgler, Benno & Neven T. Valev. 2010. Gender and Public Attitudes toward Corruption and Tax Evasion. Contemporary Economic Policy

Torgler, Benno. 2004. Tax Morale, Trust and Corruption: Empirical Evidence from Transition Countries. Working paper.

Tornell, A. & P. Lane. 1999. Voracity and Growth. American Economic Review

Tornell, Aaron & Philip Lane. 1999. The Voracity Effect. American Economic Review

Tornell, Aaron & Philip R. Lane. 1998. Are Windfalls a Curse? A Non-Representative Agent Model of the Current Account. Journal of International Economics 44: 83-112.

Torres-Fowler, R. Zachary & Kenneth Anderson. 2011. The Bribery Act's New Approach to Corporate Hospitality. Virginia Journal of International Law Digest

Torres-Fowler, R. Zachary. 2012. Undermining ICSID: How the Global Antibribery Regime Impairs Investor-State Arbitration. Virginia Journal of International Law

Torrez, Jimmy. 2002. The Effect of Openness on Corruption. Journal of International Trade & Economic Development

Torsello, Davide. 2010. Corruption and the Economic Crisis: Empirical Indications from Eastern Europe. Slovak Foreign Policy Affair

Torsello, Davide. 2011. The Ethnographic Study of Corruption: Research Themes in Political Anthropology. Working Paper 2011:2, Quality of Government Institute, University of Gothenburg.

Torsello, Davide. 2012. Environmental Activism, Corruption and Local Responses to the EU Enlargement: Case Studies from Eastern and Western Europe. Urbanites 1(1): 54-59.

Torsello, Davide. 2015. "The Ethnographic Study of Corruption: Methodology and Research Focuses", in Paul M. Heywood ed., The Routledge Handbook of Political Corruption (New York: Routledge)

Torvik, Ragnar 2002. Natural Resources, Rent Seeking and Welfare. Journal of Development Economics

Tosun, M.U., M.O. Yurdakul & Varol Iyidogan. 2014. The Relationship between Corruption and Foreign Direct Investment Inflows in Turkey: An Empirical Examination. Transylvanian Review of Administrative Sciences

Townsend, Janet G. & Alan R. Townsend. 2004. Accountability, Motivation and Practice: NGOs North and South. Social & Cultural Geography

Toye, John & Mick Moore. 1998. Taxation, Corruption and Reform. European Journal of Development Researc

Tran, Anh. 2011. Which Regulations Reduce Corruption? Evidence from the Internal Records of a Bribe-Paying Firm.

Tran, Ngoc Anh. 2010. "Corruption, Political Systems and Human Development," in A.K. Rajivan & R. Gampat eds., Perspectives on Corruption and Human Development (McMillan)

Trautman, Lawrence J. & Kara Altenbaumer-Price. 2011. The Foreign Corrupt Practices Act: Minefield for Directors. Virginia Law & Business Review

Treisman, Daniel. 2000. The Causes of Corruption: A Cross National Study. Journal of Public Economics

Treisman, Daniel. 2006. Fiscal Decentralization, Governance, and Economic Performance: A Reconsideration. Economics & Politic

Treisman, Daniel. 2007. What Have We Learned About Causes of Corruption from Ten Years of Cross-National Empirical Research? Annual Review of Political Science

Treisman, Daniel. 2015. "What Does Cross-National Emperical Research Reveal About the Causes of Corruption?" , in Paul M. Heywood ed., The Routledge Handbook of Political Corruption (New York: Routledge)

Trevino, L.K. & G.R. Weaver. 2001. Organizational Justice and Ethics Program Follow Through: Influences on Employees' Helpful and Harmful Behavior. Business Ethics Quarterly

Trevino, L.K. & G.R. Weaver. 2003. Managing Ethics in Business Organizations (Stanford, CA: Stanford Business Books).

Trevino, L.K. & S.A. Youngblood. 1990. Bad Apples in Bad Barrels: A Causal Analysis of Ethical Decision-Making Behavior. Journal of Applied Psychology

Trevino, Linda K., G.R. Weaver, D. Gibson & B. Toffler. 1999. Managing Ethics and Legal Compliance: What Works and What Hurts. California Management Review

Trevino, Linda K., Gary R. Weaver & Scott J. Reynolds. 2006. Behavior Ethics in Organizations: A Review. Journal of Management

Trivunovic, M., J. Johnson & N. Taxell. 2013. The Role of Civil Society in the UNCAC Review Process: Moving Beyond Compliance? U4 Issue 2013:4 (Bergen: CMI).

Tromme, M. & M.A.L. Otaola. 2014. Enrique Pena Nieto's National Anti-Corruption Commission and the Challenges of Waging War Against Corruption in Mexico. Mexican Studies

Trongmateerut, P. & J.T. Sweeney. 2013. The Influence of Subjective Norms on Whistle-Blowing: A Cross-Cultural Investigation. Journal of Business Ethics 112(3): 437-451.

Tronnes, Robert D. 2000. Ensuring Uniformity in the Implementation of the 1997 OECD Convention on Combating Bribery of Foreign Public Officials in International Business Transactions. George Washington International Law Review

Trost, Christine & Alison L. Gash.2008. Conflict of Interest and Public Life: Cross-National Perspectives. Cambridge: Cambridge University Press.

Truex, Rory & Tina Soreide. 2011. "Why Multi-Stakeholder Groups Succeed and Fail", in International Handbook on the Economics of Corruption, Vol. II. (Edward Elgar Publishing).

Truex, Rory. 2011. Corruption, Attitudes, and Education: Survey Evidence from Nepal. World Development

Trzcinski, Leah M. 2013. The Impact of the Foreign Corrupt Practices Act on Emerging Markets: Company Decision-Making in a Regulated World. New York University Journal of International Law & Politics

Tsalikis, John & Osita Nwachukwu. 1991. A Comparison of Nigerian to American Views of Bribery and Extortion in International Commerce. Journal of Business Ethics

Tudoroiu, Theodor. 2014. Democracy and State Capture in Moldova. Democratization.

Tullock, Gordon. 1996. Corruption Theory and Practice. Contemporary Economic Policy

Tummala, Krishna K. 2002. Corruption in India: Control Measures and Consequences. Asian Journal of Political Science.

Turk, Matthew C. 2013. A Political Economy Approach to Reforming the Foreign Corrupt Practices Act. Northwestern Journal of International Law & Business

Turner, Wayne. 2009. The False Claims Act: How Vigilantes Find Justice Fighting Government Fraud and Corruption. University of the District of Columbia Law Review

Tusalem, R.F. 2015. State Regulation of Religion and the Quality of Governance. Politics & Policy

Tverdova, Yuliya V. 2011. See No Evil: Heterogeneity in Public Perception of Corruption. Canadian Journal of Political Science

Tyburski, M.D. 2014. Curse or Cure? Migrant Remittances and Corruption. Journal of Politics

Tyler, Andrew. 2011. Enforcing Enforcement: Is the OECD Anti-Bribery Convention's Peer Review Effective? George Washington International Law Review

Tyler, Tom R. & Steven L. Blader. 2005. Can Businesses Effectively Regulate Employee Conduct? The Antecedents of Rule Following in Work Settings. Academy of Management Journal

Uberti, L.J. 2014. Is Separation of Powers a Remedy for the Resource Curse? Firm Licensing, Corruption and Mining Development in Post-War Kosovo. New Political Economy

Uche, R.D. 2014. Students' Perception of Corrupt Practices Among Nigerian Universities Lecturers. American Journal of Humanities & Social Sciences

Uchendu, F.N. & T.O. Abolarin. 2015. Corrupt Practices Negatively Influenced Food Security and Life Expectency in Developing Countries. Pan African Medical Journal

Udin, M. Bashir. 2014. Human Trafficking in South Asia: Issues of Corruption and Human Security. International Journal of Social Work & Human Services

Udombana, Nsongurua J. 2003. Fighting Corruption Seriously? Africa's Anti-Corruption Convention. Sing. J. Int'l & Comp.

Ugol'nitskii, G.A. & A.B. Usov. 2014. Dynamic Models of Struggle against Corruption in Hierarchical Management Systems of Exploitation of Biological Resources. Journal of Computer & Systems Sciences International

Ugur, M. & N. Dasgupta. 2011. Evidence on the Economic Growth Impacts of Corruption in Low-Income Countries and Beyond: A Systematic Review. University of London, EPPI-Centre.

Ugur, Mehmet. 2014. Corruption's Direct Effects on Per-Capita Income Growth: A Meta-Analysis. Journal of Economic Surveys .

Uhlenbruck, K., P. Rodriguez, J. Doh & L. Eden. 2006. The Impact of Corruption on Entry Strategy: Evidence from Telecommunication Projects in Emerging Economies. Organization Science

Ujhelyi, Gergely. 2014. Civil Service Rules and Policy Choices: Evidence from U.S. State Governments. American Economic Journal: Economic Policy

Ukase, Patrick & Bem Audu. 2015. The Role of Civil Society in the Fight Against Corruption in Nigeria's Fourth Republic: Problems, Prospects and the Way Forward. European Scientific Journal

Ul Haque, Nadeem & Ratna Sahay. 1996. Corruption and the Rate of Temptation: Do Government Wage Cuts Close Budget Deficits? Costs of Corruption. IMF Staff Papers

Umek, Lan. 2014. An Application of Subgroup Discovery Algorithm on the Case of Decentralization and Quality of Governance in EU. International Public Administration Review

Underkuffler, Laura. 2013. Captured by Evil: The Idea of Corruption in Law. (New Haven: Yale University Press).

UNDP Bratislava Regional Centre. 2011. Study on the Role of Social Media for Enhancing Public Transparency and Accountability in Eastern Europe and the Commonwealth of Independent States: Emerging Models, Opportunities and Challenges.

Ungpakorn, J.G. 2002. From Tragedy to Comedy: Political Reform in Thailand. Journal of Contemporary Asia 32(2): 191-205.

United Nations Development Program. 2014. Anticorruption Strategies: Understanding What Works, What Doesn't and Why, Lessons Learned from the Asia Pacific Region. (Bangkok: UNDP).

United Nations Development Programme. 2005. Institutional Arrangements to Combat Corruption: A Comparative Study.

Uribe, L.J. 2014. The Dark Side of Social Capital Re-Examined from a Policy Analysis Perspective: Networks of Trust and Corruption. Journal of Comparative Policy Analysis

Urofsky, Philip, Hee Won (Marina) Moon & Jennifer Rimm. 2012. How Should We Measure the Effectiveness of the Foreign Corrupt Practices Act? Don't Break What Isn't Broken—The Fallacies of Reform. Ohio State Law Journal

Urofsky, Philip. 2009. "Recent Trends and Patterns in FCPA Enforcement," in White Collar Crime 2009: Prosecutors and Regulators Speak

Uslaner, Eric M. & Bo Rothstein. 2014. The Historical Roots of Corruption: State Building, Economic Inequality, and Mass Education. Working paper.

Uslaner, Eric M. 2004. "Trust and Corruption," in Johan Graff Lamsdorf, Markus Taube & Matthias Schramm, eds. The New Institutional Economics of Corruption (Loundon: Routledge)

Uslaner, Eric M. 2007. "Inequality and Corruption," in George Mavrotas & Anthony Shorrocks, eds. Advancing Development: Core Themes in Global Economics (London: Palgrave).

Uslaner, Eric M. 2008. Corruption, Inequality, and the Rule of Law: The Bulging Pocket Makes the Easy Life. Cambridge University Press.

Uslaner, Eric M. 2009. "Corruption, Inequality, and Trust," in Gert Tinggaard Svendsen & Gunnar Lind Haase Svendsen, eds. Handbook on Social Capital (London: Edward Elgar).

Uslaner, Eric M. 2010. "Tax Evasion, Corruption, and the Social Contract in Transition," in James Alm, Jorge Martinez-Vazquez & Benno Torgler, eds. Developing Alternative Frameworks for Explaining Tax Compliance (London: Routledge), pp. 206-225.

Uslaner, Eric M. 2011. Corruption and Inequality. CESifo DICE Report

Uslaner, Eric M. 2012. "Counting the Cost of Corruption," in Paul Heywood, ed. International Handbook of Political Corruption (London: Routledge).

Uslaner, Eric M. 2015. "The Consequences of Corruption" , in Paul M. Heywood ed., The Routledge Handbook of Political Corruption (New York: Routledge), pp. 199-211.

Uzoma Ihugba, B. 2014. A Critical Analysis of the Auditing and Reporting Functions of Nigeria Extractive Industry Transparency Initiative (NEITI) Act 2007. Journal of International Trade Law & Policy 13(3): 232-.

Vachudova, M. 2009. Corruption and Compliance in the EU's Post-Communist Members and Candidates. Journal of Common Market Studies

Vadlamannati, Krishna Chaitanya. 2015. Fighting Corruption or Elections? The Politics of Anti-Corruption Policies in India. Journal of Comparative Economics (forthcoming).

Vagliasindi, Maria. 2011. "Public versus Private Governance and Performance: Evidence from Public Utility Service Provision", in International Handbook on the Economics of Corruption, Vol. II. (Edward Elgar Publishing).

Vaidya, Samarth. 2005. Corruption in the Media's Gaze. European Journal of Political Economy

van Aaken, Anne, Eli Salzberger & Stefan Voigt. 2004. The Prosecution of Public Figures and the Separation of Powers. Confusion Within the Executive Branch--A Conceptual Framework. Constitutional Political Economy

van Aaken, Anne, Lars Feld & Stefan Voigt. 2010. Do Independent Prosecutors Deter Political Corruption? An Empirical Evaluation Across Seventy-Eight Countries, American Law & Economics Review

Van Alstine, Michael P. 2012. Treaty Double Jeopardy: The OECD Anti-Bribery Convention and the FCPA. Ohio State Law Journal

van Biezen, Ingrid & Petr Kopecky. 2007. The State and the Parties: Public Funding, Public Regulation and Rent-Seeking in Contemporary Democracies. Party Politics

van de Mortel, Elma & Peter Cornelisse. 1994. The Dynamics of Corruption and Black Markets: An Application of Catastrophe Theory. Public Finance 49(Supp)

van der Does de Willebois, Emile & Jean-Pierre Brun. 2013. Using Civil Remedies in Corruption and Asset Recovery Cases. Case Western Journal of International Law

van der Does de Willebois, Emile et al. 2011. The Puppet Masters: How the Corrupt Use Legal Structures to Hide Stolen Assets and What to Do About It. Washington, D.C.: Stolen Asset Recovery Initiative.

van der Ploeg, F. & S. Poelhekke. 2010. The Pungent Smell of "Red Herrings": Subsoil Assets, Rents, Volatility and the Resource Curse. Journal of Environmental Economics & Management

Van der Ploeg, F. 2011. Natural Resources: Curse or Blessing? Journal of Economic Literature

van Harn, C. & S.I. Lindberg. 2015. From Sticks to Carrots: Electoral Manipulation in Africa, 1986-2012. Government & Opposition

Van Klinken, Gerry & Edward Aspinall. 2011. "Building Relations: Corruption, Competition and Cooperation in the Construction Industry", in Edward Aspinall & Gerry Ven Klinken eds., The State and Illegalilty in Indonesia (Leiden: KITLV Press).

Van Rijckeghem, Caroline & Beatrice Weder. 2001. "Bureaucratic Corruption and the Rate of Temptation: Do Wages in the Civil Service Affect Corruption, and By How Much?" J. Development Econ.

van Rooij, Benjamin. 2005. China's War on Graft: Politico-Legal Campaigns Against Corruption in China and Their Similarities to the Legal Reactions to Crisis in the U.S. Pacific Rim Law & Policy Journal

van Vuuren, Hennie. 2014. South Africa: Democracy, Corruption and Conflict Management. Democracy Works Conference Paper.

Vanhanen, T. 1999. Domestic Ethnic Conflict and Ethnic Nepotism. Journal of Peace Research

Vanucci, A. 2009. The Controversial Legacy of 'Mani Pulite': A Critical Analysis of Italian Corruption and Anti-Corruption Policies. Bulletin of Italian Politics

Varese, Federico. 1997. The Transition to the Market and Corruption in Post-Socialist Russia. Political Studies

Varese, Federico. 2015. "Underground Banking and Corruption", in Susan Rose-Ackerman & Paul Lagunes eds., Greed, Corruption, and the Modern State ,

Varoufakis, Yanis. 2006. The Bonds that Impede: A Model of the Joint Evolution of Corruption and Apathy. Indian Economic Journal

Varvarigos, D. & P. Arsenis. 2015. Corruption, Fertility, and Human Capital. Journal of Economic Behavior & Organization

Vaughn, Robert G. 1990. Ethics in Government and the Vision of Public Service. George Washington Law Review

Vega, Matt A. 2009. The Sarbanes-Oxley Act and the Culture of Bribery: Expanding the Scope of Private Whistleblower Suits to Overseas Employees. Harvard Journal on Legislation

Vega, Matt A. 2010. Balancing Judicial Cognizance and Caution: Whether Transnational Corporations Are Liable for Foreign Bribery Under the Alien Tort Statute. Michigan Journal of International Law

Venard, Bertrand. 2009. Corruption in Emerging Countries: A Matter of Isomorphism. M@n@gement

Venard, Bertrand. 2009. Organizational Isomorphism and Corruption: An Empirical Research in Russia. Journal of Business Ethics

Venard, Bertrand. 2013. Institutions, Corruption and Sustainable Development. Economics Bulletin.

Venard, Betrand & Mohamed Hanafi. 2008. Organizational Isomorphism and Corruption in Financial Institutions: Empirical Research in Emerging Countries. Journal of Business Ethics

Ventelou, Bruno. 2002. Corruption in a Model of Growth: Political Reputation, Competition and Shocks. Public Choice

Verardi, Vincenzo. 2004. Electoral Systems and Corruption. Revista Latonoamericana de Desarrollo Economico

Verbrugge, Randal J. 2006. Nonergodic Corruption Dynamics (or, Why Do Some Regions within a Country Become More Corrupt Than Others?). Journal of Public Economic Theory

Verma, Arvind. 1999. Cultural Roots of Police Corruption in India. Policing.

Verma, P. & S. Sengupta. 2015. Bribe and Punishment: An Evolutionary Game-Theoretic Analysis of Bribery.

Veron, Rene, Glyn Williams, Stuart Corbridge & Manoj Srivastava. 2006. Decentralized Corruption or Corrupt Decentralization? Community Monitoring of Poverty-Alleviation Schemes in Eastern India. World Development

Verver, J. 2015. Lessons from the FIFA Corruption Scandal. Risk Management

Vian, Taryn & L.J. Burak. 2006. Beliefs About Informal Payments in Albania. Health Policy & Planning .

Vian, Taryn, William D. Savedoff & Harald Mathisen. 2010. Anticorruption in the Health Sector: Strategies for Transparency and Accountability (Sterling, VA: Kumarian Press).

Vian, Taryn. 2009. Review of Corruption in the Health Sector: Theory, Methods and Interventions. Health Policy & Planning

Vicente, Pedro C. & Leonard Wantchekon. 2009. Clientalism and Vote Buying: Lessons from Field Experiments in African Elections. Oxford Review of Economic Policy

Vicente, Pedro C. 2010. Does Oil Corrupt? Evidence from a Natural Experiment in West Africa. Journal of Development Economics

Vicente, Pedro C. 2011. "Oil, Corruption, and Vote-Buying: A Review of the Case of Sao Tome and Principe", in International Handbook on the Economics of Corruption, Vol. II. (Edward Elgar Publishing).

Vicente, Pedro C. 2014. Is Vote Buying Effective? Evidence from a Field Experiment in West Africa. Economc Journal

Vigneswaran, D.V. 2011. Incident Reporting: A Technique for Studying Police Corruption. Policing & Society

Villareal, Andres. 2002. Political Corruption and Violence in Mexico: Hierarchical Social Control in Local Patronage Structures. American Sociological Review

Vincke, Francois. 1997. How Effective Is the Business Community in Combating Corruption? American Society of International Law Proceedings

Vincke, Francois. 2013. Recent Anti-Corruption Initiatives and Their Impact on Arbitration. ICC International Court of Arbitration Bulletin

Vinod, Hrishikesh D. 1999. Statistical Analysis of Corruption Data and Using the Internet to Reduce Corruption. Journal of Asian Economics

Vinod, Hrishikesh D. 2003. Open Economy and Financial Burden of Corruption: Theory and Application to Asia. Journal of Asian Economics

Vinogradov, A. 2014. Government, Business, and Corruption in China. Far Eastern Affair

Vitell, Scott J., Saviour L. Nwachukwu & James H. Barnes. 1993 The Effects of Culture on Ethical Decision-Making: An Application of Hofstede's Typology. Journal of Business Ethics

Vithiatharan, V. & E.T. Gomez. 2014. Politics, Economic Crises and Corporate Governance Reforms: Regulatory Capture in Malaysia. Journal of Contemporary Asia

Vivyan, Nick, Markus Wagner & Jessica Tarlov. 2012. Representative Misconduct, Voter Perceptions and Accountability: Evidence from the 2009 House of Commons Expenses Scandal. Electoral Studies

Vlasic, Mark V. & Gregory Cooper. 2011. Beyond the Duvalier Legacy: What New

"Arab Spring" Governments Can Learn from Haiti and the Benefits of Stolen Asset Recovery. Northwestern Journal of International Human Rights

Vlasic, Mark V. & Gregory Cooper. 2011. Repatriating Justice: New Trends in Stolen Asset Recovery. Georgetown Journal of International Affairs

Vlasic, Mark V. & Jenae N. Noell. 2010. Fighting Corruption to Improve Global Security: An Analysis of International Asset Recovery Systems. Yale Journal of International Affairs. .

Vlasic, Mark V. & Peter Atlee. 2014. Myanmar and the Dodd-Frank Whistleblower

"Bounty": The U.S. Foreign Corrupt Practices Act and Curbing Grand Corruption through Innovative Action. American University International Law Review

Vogl, Frank. 1998. The Supply Side of Global Bribery. Finance & Development

Vogl, Frank. 2013. Waging War on Corruption: Inside the Movement Fighting the Abuse of Power.

Vohs, Kthleen D. & Jonathan W. Schooler. 2008. The Value of Believing in Free Will: Encouraging a Belief in Determinism Increases Cheating. Psychological Science 19: 49-54.

Voigt, Lydia & William E. Thornton. 2015. Disaster-Related Human Rights Violations and Corruption: A 10-Year Review of Post-Hurricane Katrina New Orleans. American Behavioral Scientist

Voigt, S. & J. Gutmann. 2015. On the Wrong Side of the Law – Causes and Consequences of a Corrupt Judiciary. International Review of Law & Economics (forthcoming).

Voigt, Stefan & Lorenz Blume. 2012. The Economic Effects of Federalism and Decentralization: A Cross-Country Assessment. Public Choice

Volrasarn, Thananun & Napat Harnpornchai. 2014. The Estimation of Bounded Rational Corruption Model. International Journal of Intelligent Technologies & Applied Statistics

Von Alemann, Ulrich. 2004. The Unknown Depths of Political Theory: The Case for a Multidimensional Concept of Corruption. Crime, Law & Social Change

Von Luebke, C. 2010. The Politics of Reform: Political Scandals, Elite Resistance, and Presidential Leadership in Indonesia. Journal of Current Southeast Asian Affairs,

Von Maravic, Patrick. 2007. Decentralized Corruption in Germany. Public Administration Quarterly

Von Maravic, Patrick. 2007. Public Management Reform and Corruption –

Conceptualizing the Unintended Consequences. Administration & Public Management Review

Von Muhlenbrock, Gisela. 1997. Discretion and Corruption: The Chilean Judiciary. Crime, Law & Social Change .

Von Rosenvinge, D. Alison. 2009. Global Anti-Corruption Regimes: Why Law Schools May Want to Take a Multi-Jurisdictional Approach. German Law Journal

von Soest, Christian. 2009. Stagnation of a "Miracle": Botswana's Governance Record Revisited. Working paper.

Vorster, J.M. 2015. The Possible Contribution of Civil Society in the Moral Edification of South African Society: The Example of the "United Democratic Front" and the "Treatment Action Campaign" (1983-2014). Hervormde Teologiese Studies

Vostroknutova, Ekaterina. 2003. Shadow Economy, Rent-Seeking Activities and the Perils of Reinforcement of the Rule of Law.

Voyer, P.A. & P.W. Beamish. 2004. The Effect of Corruption on Japanese Foreign Direct Investment. Journal of Business Ethics

Wabwile, N. 2015. Transnational Corruption, Violations of Human Rights and States' Extraterritorial Responsibility: A Case for International Action Strategies. African Journal of Legal Studies

Wade, Robert. 1982. The System of Administrative and Political Corruption: Canal Irrigation in South India. Journal of Development Studies

Wade, Robert. 1984. Irrigation Reform in Conditions of Popular Anarchy: An Indian Case. Journal of Development Economics.

Wade, Robert. 1985. The Market for Public Office: Why the Indian State Is Not Better at Development. World Development

Wadho, W.A. 2014. Education, Rent Seeking and the Curse of Natural Resources. Economics & Politics

Wagner, Benjamin & Leslie Gielow Jacobs. 2009. Retooling Law Enforcement to Investigate and Prosecute Entrenched Corruption: Key Criminal Procedure Reforms for 289


Indonesia and Other Nations. University of Pennsylvania Journal of International Law

Wahyuni, Z., Y. Adriani & Z. Nihaya. 2015. The Relationship Between Religious Orientation, Moral Integrity, Personality, Organizational Climate and Anti Corruption Intentions in Indonesia. International Journal of Social Science & Humanity

Wallace, Claire & Rossalina Latcheva. 2006. Economic Transformation Outside the Law: Corruption, Trust in Public Institutions and the Informal Economy in Transition Countries of Central and Eastern Europe. Europe-Asia Studie

Wallace, J. Clifford. 1998. Resolving Judicial Corruption While Preserving Judicial Independence: Comparative Perspectives. California Western International Law Journal

Wallace, J.J., P.V. Fishback & S. Kantor. 2006. "Politics, Relief, and Reform: Roosevelt's Efforts to Control Corruption and Political Manipulation during the New Deal", in E.L. Glaeser & C. Goldin eds., Corruption and Reform: Lessons from America's Economic History (Chicago: University of Chicago Press)

Wallace-Bruce, Nii Lante. 2000. Corruption and Competitiveness in Global Business— The Dawn of a New Era. Melbourne University Law Review

Waller, Christopher J., Thierry Verdier & Roy Gardner. 2002. Corruption: Top Down or Bottom Up? Economic Inquiry

Wallis, John Joseph. 2005. Constitutions, Corporations, and Corruption: American States and Constitutional Change, 1842 to 1852. Journal of Economic History

Walton, Grant & S. Dix. 2013. Papua New Guinean Understandings of Corruption: Insights from a Nine Province Survey. Working paper.

Walton, Grant W. 2013. An Argument for Reframing Debates about Corruption: Insights from Papua New Guinea. Asia Pacific Viewpoint

Walton, Grant. 2009. "Rifling Through Corruption's Baggage: Understanding Corruption Through Discourse Analysis," in M. Dobashi, J. Hooker & P. Madsen eds., A Survey of International Corporate Responsibility, Volume 4 (Charlottesville: Philosophy Documentation Centre)

Walton, Grant. 2009. Rural People's Perceptions of Corruption in Papua New Guinea.

Walton, Grant. 2010. A Comparison of Two Papua New Guinean Anti-Corruption Agencies and their Policies.

Walton, Grant. 2011. "The Rise of Economic Discourse: Corruption and Anti-Corruption in the Development Industry," in S.B. Dahiya, K. Chakravarty, N. Rathee & S.V. Lamba eds., Governance Issues and Corruption (Rohtak, India: Intellectual Foundation)

Walton, Grant. 2013. Is All Corruption Dysfunctional? Perceptions of Corruption and its Consequences in Papua New Guinea. Public Administration & Development

Walton, Grant. 2015. Defining Corruption where the State is Weak: The Case of Papua New Guinea. Journal of Development Studies

Wamey, Julius M. 1999. Can Corruption Be Measured? Bank's World

Wang, Chin-Shou & Charles Kurzman. 2007. "The Logistics: How to Buy Votes", in Frederic Charles Schaffer ed., Elections for Sale: The Causes and Consequences of Vote Buying (Boulder, CO: Lynne Rienner)

Wang, Hongying & James N. Rosenau. 2001. Transparency International and Corruption as an Issue of Global Governance. Global Governance.

Wang, K. & S. Tu. 2014. The Influence of National Leader Change on Corruption and Sovereign Rating. Acta Oeconomica

Wang, L. & J.K. Murnighan. 2014. Money, Emotions, and Ethics Across Individuals and Countries. Journal of Business Ethics

Wang, P. 2014. Extra-Legal Protection in China. British Journal of Criminology

Wang, Shing-Yi. 2013. Marriage Networks, Nepotism, and Labor Market Outcomes in China. American Economic Journal: Applied Economics

Wang, Tangjia. 2014. Is Confucianism a Source of Corruption in Chinese Society? A New Round of Debate in Mainland China. Dao

Wang, V. & L. Rakner. 2005. The Accountability Function of Supreme Audit Institutions in Malawi, Uganda and Tanzania. U4 Report 2005:4 (Bergen: CMI).

Wang, Yuhua. 2014. Institutions and Bribery in an Authoritarian State. Studies in Comparative International Development

Wangnerud, Lena. 2010. Variation in Corruption between Mexican States: Elaborating the Gender Perspective.

Wangnerud, Lena. 2012. "Why Women Are Less Corrupt Than Men", in Soren Holmberg & Bo Rothstein eds., Good Government: The Relevance of Political Science .

Wangnerud, Lena. 2015. "Gender and Corruption" , in Paul M. Heywood ed., The Routledge Handbook of Political Corruption (New York: Routledge)

Wank, David L. "Bureaucratic Patronage and Private Business: Changing Networks of Power in Urban China", in Andrew G. Walder ed., The Waning of the Communist State (Berkeley: University of California Press)

Wank, David L. 2002. Evolving Business-State Clientalism in China: The Institutional Organization of a Smuggling Operation. Working paper.

Wanlin, Lori Ann. The Gap Between Promise and Practice in the Global Fight Against Corruption. Asper Review of International Business & Trade Law.

Wantchekon, Leonard. 2003. Clientalism and Voting Behavior: Evidence from a Field Experiment in Benin. World Politics

Warburton, John. 2001. "Corruption as a Social Process: From Dyads to Networks," in Corruption and Anti-Corruption (Peter Lamour & Nick Wolanin, eds.)

Ward, H. & H. Dorussen. 2015. Public Information and Performance: The Role of Spatial Dependence in the Worldwide Governance Indicators Among African Countries. World Development.

Ware, Glenn T., Shaun Moss, J. Edgardo Campos & Gregory P. Noone, "Corruption in Procurement", in Adam Graycar & Russell G. Smith eds., Handbook of Global Research and Practice in Corruption

Warin, F. Joseph & Andrew S. Boutros. 2007. Deferred Prosecution Agreements: A View from the Trenches and a Proposal for Reform. Virginia Law Review In Brief

Warin, F. Joseph, Charles Falconer & Michael S. Diamant. 2010. The British Are Coming!: Britain Changes Its Law on Foreign Bribery and Joins the International Fight Against Corruption. Texas International Law Journal

Warin, F. Joseph, Michael S. Diamant & Jill M. Pfenning. 2010. FCPA Compliance in China and the Gifts and Hospitality Challenge. Virginia Law & Business Review

Warin, F. Joseph, Michael S. Diamant & Veronica S. Root. 2011. Somebody's Watching Me: FCPA Monitorships and How They Can Work Better. University of Pennsylvania Journal of Business Law

Warner, Carolyn M. 2015. "Sources of Corruption in the European Union" , in Paul M. Heywood ed., The Routledge Handbook of Political Corruption (New York: Routledge)

Warner, Carolyn. 2007. "Globalisation and Corruption", in G. Ritzer ed., The Blackwell Companion to Globalisation. London: Blackwell.

Warren, M. 2004. "Social Capital and Corruption", in D. Castiglione ed., Social Capital: Interdisciplinary Perspectives. (Oxford: Oxford University Press)

Warren, Mark E. 2004. What Does Corruption Mean in a Democracy? American Journal of Political Science

Warren, Mark E. 2006. Democracy and Deceit: Regulating Appearances of Corruption. American Journal of Political Science

Warren, Mark E. 2015. "The Meaning of Corruption in Democracies" , in Paul M. Heywood ed., The Routledge Handbook of Political Corruption (New York: Routledge).

Watts, P. 2014. Corrupt Company Controllers, Their Companies and Their Companies' Creditors: Dealing with Pleas of Ex Turpi Causa. Journal of Business Law

Wayne, S. & R. Taagepera. 2005. Corruption, Culture and Communism. International Review of Sociology

Weaver, G.R. & L.K. Trevino. 1999. Compliance and Values Oriented Ethics Programs: Influences on Employees' Attitudes and Behavior. Business Ethics Quarterly

Weaver, G.R. 2001. Ethics Programs in Global Business: Culture's Role in Managing Ethics. Journal of Business Ethics

Weaver, G.R. 2006. Virtue in Organizations: Moral Identity as a Foundation for Moral Agency. Organization Studies

Weaver, G.R., L.K. Trevino & P.L. Cochran. 1999. Corporate Ethics Programs as Control Systems: Influences of Executive Commitment and Environmental Factors. Academy of Management Journal

Weaver, G.R., L.K. Trevino & P.L. Cochran. 1999. Integrated and Decoupled Corporate Social Performance: Management Values, External Pressures, and Corporate Ethics Practices. Academy of Management Journal

Webb, Philippa. 2005. The United Nations Convention Against Corruption: Global Achievement or Missed Opportunity? Journal of International Economic Law

Weber Abramo, Claudio. 2008. How Much Do Perceptions of Corruption Really Tell Us? Economics – The Open-Access, Open Assessment E-Journal

Weber, J. & K.A. Getz. 2004. Buy Bribes or Bye-Bye Bribes: The Future Status of Bribery in International Commerce. Business Ethics Quarterly

Weber, J. 2015. Investigating and Assessing the Quality of Employee Ethics Training Programs Among US-Based Global Organizations. Journal of Business Ethics

Webster, Mary Evans. 2008. Fifteen Minutes of Shame: The Growing Notoriety of Grand Corruption. Hastings International & Comparative Law Quarterly

Wedel, J. 2015. High Priests and the Gospel of Anti-Corruption. Challenge

Wedel, Janine R. 2001. Corruption and Organized Crime in Post-Communist States: New Ways of Manifesting Old Patterns. Trends in Organized Crime

Wedel, Janine R. 2012. Rethinking Corruption in an Age of Ambiguity. Annual Review of Law & Social Science

Wedeman, Andrew. 1997. "Looters, Rent-Scrapers, and Dividend Collectors: The Political Economy of Corruption in Zaire, South Korea, and the Philippines," Journal of Developing Areas,

Wedeman, Andrew. 2002. "Development and Corruption: The East Asian Paradox," in E.T. Gomez, ed. Political Business in East Asia (Routledge)

Wedeman, Andrew. 2002. "State Predation and Rapid Growth: The Polarisation of Business in China," in E.T. Gomez, ed. Political Business in East Asia (Routledge)

Wedeman, Andrew. 2004. The Intensification of Corruption in China. China Quarterly

Wedeman, Andrew. 2009. "China's War on Corruption", in Gong, T. & S.K. Ma eds., Preventing Corruption in Asia: Institutional Design and Policy Capacity (London: Routledge),

Weeks, Joseph R. 1986. Bribes, Gratuities and the Congress: The Institutionalized Corruption of the Political Process, the Impotence of the Criminal Law to Reach It, and a Proposal for Change. Journal on Legislation

Weghorst, Keith R. & Staffan I. Lindberg. 2011. Effective Opposition Strategies: Collective Goods or Clientalism? Democratization

Wei, Shang-Jin & Yi Wu. 2002. Negative Alchemy? Corruption, Composition of Capital Flows, and Currency Crises, in Sebastian Edwards & Jeffrey Frankel, eds. Preventing Currency Crises in Emerging Markets (Chicago: University of Chicago Press)

Wei, Shang-Jin. 2000. How Taxing is Corruption on International Investors? Review of Economics & Statistics.

Wei, Shang-Jin. 2000. Local Corruption and Global Capital Flows. Brookings Papers on Economic Activity

Wei, Shang-Jin. 2000. Natural Openness and Good Government. NBER Working Paper No. 7765.

Wei, Shang-Jin. 2001. Corruption in Economic Development: Grease or Sand?, in Economic Survey of Europe No. 2 (United Nations Economic Commission for Europe, Geneva)

Wei, Shang-Jin. 2001. Does Corruption Provide Relief on Tax and Capital Control for International Investors?, in James R. Hines, Jr., ed. International Taxation and Multinational Activity (Chicago: University of Chicago Press)

Wei, Shang-Jin. 2001. Domestic Crony Capitalism and International Fickle Capital: Is There a Connection? International Finance

Weinograd, Charles B. 2010. Clarifying Grease: Mitigating the Threat of Overdeterrence by Defining the Scope of the Routine Government Action Exception. Virginia Journal of International Law

Weintraub, Ellen L. 2004. Perspectives on Corruption. Election Law Journal

Weisel, Ori & Shaul Shalvi. 2015. The Collaborative Roots of Corruption. Proceedings of the National Academy of Sciences of the United States of America

Weiser, Stuart Marc. 1997. Dealing with Corruption: Effectiveness of Existing Regimes on Doing Business. American Society of International Law Proceedings

Weismann, Miriam F. 2009. The Foreign Corrupt Practices Act: The Failure of the Self-Regulatory Model of Corporate Governance in the Global Business Environment. Journal of Business Ethics

Weismann, Miriam F., Christopher A. Buscaglia & Jason Peterson. 2014. The Foreign Corrupt Practices Act: Why It Fails to Deter Bribery as a Global Market Entry Strategy. Journal of Business Ethics

Weiss, David C. 2009. The Foreign Corrupt Practices Act, SEC Disgorgement of Profits, and the Evolving International Bribery Regime: Weighing Proportionality, Retribution, and Deterrence. Michigan Journal of International Law

Weissman, Andrew & Alixandra Smith. 2010. Restoring Balance: Proposed Amendments to the Foreign Corrupt Practices Act (Washington, D.C.: U.S. Chamber Institute for Legal Reform).

Weitz, Justin. 2011. The Devil Is in the Details: 18 U.S.C. § 666 After Skilling v. United States. NYU Journal of Legislation and Public Policy 14: 805-.

Weitzel, Utz & Sjors Berns. 2006. Cross-Border Takeovers, Corruption, and Related Aspects of Governance. Journal of International Business Studies

Weitz-Shapiro, Rebecca & Matthew S. Winters. 2015. Can Citizens Discern? Information Credibility, Political Sophistication, and the Punishment of Corruption in Brazil.

Weitz-Shapiro, Rebecca. 2012. What Wins Votes: Why Some Politicians Opt Out of Clientalism. American Journal of Political Science

Welch, Susan & John R. Hibbing. 1997. The Effects of Charges of Corruption on Voting Behavior in Congressional Elections, 1982-1990, The Journal of Politics

Wells, Jill. 2013. "Corruption and Collusion in Construction: A View from the Industry", in Soreide, Tina & Aled Willams eds., Corruption, Grabbing and Development .

Welsch, Heinz. 2004. Corruption, Growth and the Environment: A Cross-Country Analysis. Environment & Development Economics

Welsch, Heinz. 2008. The Welfare Costs of Corruption. Applied Economics

Wen, Shuangge. 2013. The Achilles Heel that Hobbles the Asian Giant: The Legal and Cultural Impediments to Antibribery Initiatives in China. American Business Law Journa

Weng, W.W., C.K. Woo, Y.S. Cheng, T. Ho & I. Horowitz. 2015. Public Trust and Corruption Perception: Disaster Relief. Applied Economics

Werb, D., K.D. Wagner, L. Beletsky, P. Gonzalez-Zuniga, G. Rangel & S.A. Strathdee.

2015. Police Bribery and Access to Methadone Maintenance Therapy within the Context of Drug Policy Reform in Tijuana, Mexico. Drug & Alcohol Dependence

Werlin, Herbert H. 1994. Revisiting Corruption with a New Definition. International Review of Administrative Sciences .

Werlin, Herbert H. 2002. Secondary Corruption: The Concept of Political Illness. Journal of Social, Political & Economic Studies

Werlin, Herbert. 2013. Understanding International Corruption and What to Do About It. Challenge

Werner, C. 2000. Gifts, Bribes, and Development in Post-Soviet Kazakhstan. Human Organization .

Wesberry, James P., Jr. 1998. International Financial Institutions Face the Corruption Eruption: If the IFIs Put Their Muscle and Money Where Their Mouth Is, the Corruption 296 Eruption May Be Capped. Northwestern Journal of International Law & Business

Wescott, C. 2001. E-Government in the Asia-Pacific Region. Asia Journal of Political Science

Wescott, Clay G. 2003. E-Government to Combat Corruption in the Asia Pacific Region.

Westbrook, Amy Deen. 2010. Enthusiastic Enforcement, Informal Legislation: The Unruly Expansion of the Foreign Corrupt Practices Act. Georgia Law Review

Westbrook, Amy Deen. 2012. Double Trouble: Collateral Shareholder Litigation Following Foreign Corrupt Practices Act Investigations. Ohio State Law Journal

Wetter, J. Giles. 1994. Issues of Corruption before International Arbitral Tribunals: The Authentic Text and True Meaning of Judge Gunnar Lagergren's 1963 Award in ICC Case No. 1110. Arbitration International

Weyland, Kurt. 1998. The Politics of Corruption in Contemporary Latin America. Journal of Democracy

Wheeler, D. & A. Mody. 1992. International Investment Location Decisions: The Case of U.S. Firms. Journal of International Economics

Whitaker Charles N. 1992. Federal Prosecution of State and Local Bribery: Inappropriate Tools and the Need for a Structured Approach. Virginia Law Review

White, Andrew. 2006. The Paradox of Corruption as Antithesis to Economic Development: Does Corruption Undermine Economic Development in China and Indonesia and Why Are the Experiences Different in Each Country? Asian-Pacific Law & Policy Journal 8: 1-.

White, Brent T. 2009. Rotten to the Core: Project Capture and the Failure of Judicial Reform in Mongolia. East Asia Law Review

White, Brent T. 2010. Putting Aside the Rule of Law Myth: Corruption and the Case for Juries in Emerging Democracies. Cornell International Law Journal

White, Simone. 2014. "Footprints in the Sand: Regulating Conflict of Interest at EU Level", in Jean-Bernard Auby, Emmanuel Breen & Thomas Perroud eds., Corruption and Conflicts of Interest: A Comparative Law Approach

Widmalm, Sten. 2005. Explaining Corruption at the Village and Individual Level in India: Findings from a Study of the Panchayati Raj Reforms. Asian Survey

Widmalm, Sten. 2008. Decentralisation, Corruption, and Social Capital—From India to the West (Los Angeles: Sage Publications).

Widoyoko, D. 2007. Tackling Corruption to Improve Housing Services in Indonesia (Washington, D.C.: World Bank).

Wienekea, A. & T. Gries. 2011. SME Performance in Transition Economies: The Financial Regulation and Firm-Level Corruption Nexus. Journal of Comparative Economics 39: 221-229.

Wiens, David. 2013. Natural Resources and Institutional Development. Journal of Theoretical Politics.

Wigley, Simon. 2003. Parliamentary Immunity: Protecting Democracy or Protecting Corruption? Journal of Political Philosophy.

Wilhelm, Paul G. 2002. International Validation of the Corruption Perceptions Index. Journal of Business Ethics.

Wilkinson, P. 2006. "Reporting on Countering Corruption", in B. Errath ed., Business Against Corruption: Case Stories and Examples (New York: United Nations Global Compact Office)

Williams Robert, ed. 2000. Party Finance and Political Corruption. New York: St. Martin's Press.

Williams, A. Rebecca. 2015. An Inside Job: Using In-Court Sting Operations to Uncover Corruption in an Inadequate Self-Regulating System. Georgetown Journal of Legal Ethics

Williams, Andrew & Abu Siddique. 2008. The Use (and Abuse) of Governance Indicators in Economics: A Review. Economics of Governance .

Williams, Andrew. 2009. On the Release of Information by Governments: Causes and Consequences. Journal of Development Economics

Williams, Andrew. 2011. Shining a Light on the Resource Curce: An Empirical Analysis of the Relationship Between Natural Resources, Transparency, and Economic Growth. World Development

Williams, C.C. 2015. Evaluating Cross-National Variations in Envelope Wage Payments in East-Central Europe. Economic & Industrial Democracy

Williams, C.C. 2015. Explaining Cross-National Variations in the Informalisation of Employment: Some Lessons from Central and Eastern Europe. European Societies.

Williams, C.C. 2015. Tackling Informal Employment in Developing and Transition Economies: A Critical Evaluation of the Neo-Liberal Approach. International Journal of Business & Globalisation

Williams, Gregory Howard. 1990. Good Government by Prosecutorial Decree: The Use and Abuse of Mail Fraud. Arizona Law Review

Williams, H. 2002. Core Factors of Police Corruption Across the World. Forum on Crime & Society

Williams, J.W. & M.E. Beare. 1999. The Business of Bribery: Globalization, Economic Liberalization, and the "Problem" of Corruption. Crime, Law & Social Change

Williams, Robert & Alan Doig. 2004. A Good Idea Gone Wrong? Anti-Corruption Commissions in the Twenty-First Century. Bergen: The Christian Michelsen Institute.

Williams, Robert. 1999. New Concepts for Old? Third World Quarterly.

Williams, Robert. 2000. Party Finance and Political Corruption (MacMillan).

Williams, Sope. 2007. The Debarment of Corrupt Contractors from World Bank-Financed Contracts. Public Contract Law Journal

Wilsher, D. 2006. Inexplicable Wealth and Illicit Enrichment of Public Officials: A Model Draft that Respects Human Rights in Corruption Cases. Crime, Law & Social Change

Wilson, Bruce M. 2014. Costa Rica's Anti-Corruption Trajectory: Strengths and Limitations.

Wilson, John K. & Richard Damania. 2005. Corruption, Political Competition and Environmental Policy. Journal of Environmental Economics & Management

Wilson, Natasha N. 2014. Pushing the Limits of Jurisdiciton Over Foreign Actors Under the Foreign Corrupt Practices Act. Washington University Law Review

Wiltermuth, Scott S. 2011. Cheating More when the Spoils Are Split. Organizational Behavior & Homan Decision Processes

Windsor, Duane & Kathleen A. Getz. 2000. Multilateral Cooperation to Combat Corruption: Normative Regimes Despite Mixed Motives and Diverse Values. Cornell International Law Journal

Wines, W. & N. Napier. 1992. Toward an Understanding of Cross-Cultural Ethics: A Tentative Model. Journal of Business Ethics

Winters, Jeffrey A. 2002. "Criminal Debt", in Jonathan R. Pincus & Jeffrey A. Winters eds., Reinventing the World Bank.

Winters, L.A. 2004. Trade Liberalisation and Economic Performance: An Overview. Economic Journal .

Winters, M.S. & G. Martinez. 2015. The Role of Governance in Determining Foreign Aid Flow Composition. World Development

Winters, Matthew S. & Rebecca Weitz-Shapiro. 2013. Lacking Information or Condoning Corruption? When Will Voters Support Corrupt Politicians? Comparative Politics

Winters, Matthew S. & Rebecca Weitz-Shapiro. 2015. Political Corruption and Partisan Engagement: Evidence from Brazil. Journal of Politics in Latin America

Winters, Matthew S. & Rebecca Weitz-Shapiro. 2015. Who's in Charge here? Voter Punishment of Municipal Corruption.

Winters, Matthew S. 2010. Choosing to Target: What Types of Countries Get Different Types of World Bank Projects. World Politics

Winters, Matthew S. 2014. Targeting, Accountability and Capture in Development Projects. International Studies Quarterly .

Wirl, Franz. 1998. Socio-Economic Typologies of Bureaucratic Corruption and Implications. Journal of Evolutionary Economics 8: 199-220.

Witten, Roger M., Kimberly A. Parker, Jay Holtmeier & Thomas J. Koffer. 2009.

Prescriptions for Compliance with the Foreign Corrupt Practices Act: Identifying Bribery Risks and Implementing Anti-Bribery Controls in Pharmaceutical and Life Sciences Companies. Business Lawyer

Wolf, Sebastian. 2010. Assessing Eastern Europe's Anti-Corruption Performance: Views from the Council of Europe, OECD, and Transparency International. Global Crime

Wolfers, Justin. 2006. Point Shaving: Corruption in NCAA Basketballl. American Economic Review 96: 279-283.

Woodin, Christine M. 2012. A Solution to the Conflict over the Appropriate Unit of Prosecution for 18 USC § 666. University of Chicago Legal Forum

Woods, Neal D. 2008. The Policy Consequences of Political Corruption: Evidence from State Environmental Programs. Social Science Quarterly

World Bank, Energy, Transport & Water Department. 2009. Deterring Corruption and Improving Governance in the Electricity Sector (Washington, D.C.: World Bank).

World Bank, Independent Evaluation Group. 2008. Public Sector Reform: What Works and Why? An IEG Evaluation of World Bank Support. Washington, D.C.: World Bank.

World Bank, Independent Evaluation Group. 2011. A Review of World Bank Support for Accountability Institutions in the Context of Governance and Anticorruption.

World Bank. 1997. Helping Countries Combat Corruption: The Role of the World Bank.

World Bank. 2000. "Designing an Effective Anticorruption Strategy," in Anticorruption in Transition: A Contribution to the Policy Debate (Washington, D.C.: World Bank).

World Bank. 2010. Silent and Lethal: How Quiet Corruption Undermines Africa's Development Efforts (Washington, D.C.: World Bank).

World Bank. 2011 . Curbing Fraud, Corruption, and Collusion in the Roads Sector. (Washington, D.C.: World Bank).

World Bank. 2012. Fighting Corruption in Public Services: Chronicling Georgia's Reforms. Washington, D.C.: World Bank.

Worthy, Ben & Tom McClean. 2015. "Freedom of Information and Corruption" , in Paul M. Heywood ed., The Routledge Handbook of Political Corruption (New York: Routledge)

Wouters, Jan, Cedric Ryngaert & Ann Sofie Cloots. 2013. The International Legal Framework against Corruption. Melbourne Journal of International Law

Wrage, Alexandra & Kerry Mandernach. 2006. "Facilitation Payments", in B. Errath ed., Business Against Corruption: Case Stories and Examples (New York: United Nations Global Compact Office)

Wrage, Alexandra Addison. 2007. Bribery and Extortion.

Wren-Lewis, L. 2015. Do Infrastructure Reforms Reduce the Effect of Corruption? Theory and Evidence form Latin America and the Caribbean. World Bank Economic Revie

Wren-Lewis, Liam. 2013. "Anti-Corruption Policy in Regulation and Procurement: The Role of International Actors", in Susan Rose-Ackerman & Paul D. Carrington eds., Anti-Corruption Policy: Can International Actors Play a Constructive Role? (Durham: Carolina Academic Press)

Wright, B. 2010. Civilianising the 'Blue Code'? An Examination of Attitudes to Misconduct in the Police Extended Family. International Journal of Police Science & Management.

Wright, G. & J. Czelusta. 2004. Why Economies Slow: The Myth of the Resource Curse. Challenge

Wrong, Michela. 2009. It's Our Turn to Eat: The Story of a Kenyan Whistle-Blower.

Wrong, Michela. 2013. "How International Actors Can Help the Media in Developing Countries Play a Stronger Role in Combating Corruption", in Susan Rose-Ackerman & Paul D. Carrington eds., Anti-Corruption Policy: Can International Actors Play a Constructive Role? (Durham: Carolina Academic Press)

Wu, S.-Y.. 2006. Corruption and Cross-Border Investment by Multinational Firms. Journal of Comparative Economics

Wu, Xun. 2005. Corporate Governance and Corruption: A Cross-Country Analysis. Governance

Wu, Z.Y., J.C. Wu, S.C. Lin & C. Wang. 2014. An Electronic Voting Mechanism for Fighting Bribery and Coercion. Journal of Southeast Asian Studies

Wyatt, G. 2003. Corruption, Productivity, and Socialism. Kyklos .

Xin, Xiaohui & Thomas K. Rudel. 2004. The Context for Political Corruption: A Cross-National Analysis. Social Science Quarterly

Yackee, Jason Webb. 2012. Investment Treaties and Investor Corruption: An Emergent Defense for Host States? Virginia Journal of International Law

Yamamura, E. 2014. Corruption and Perceived Risk: A Case of the 2011 Fukushima Disaster. International Journal of Social Economics

Yamamura, Eiji 2014. Impact of Natural Disaster on Public Sector Corruption. Public Choice

Yan, J. & T.H. Oum. 2014. The Effect of Government Corruption on the Efficiency of US Commercial Airports. Journal of Urban Economics

Yan, Zhang & Yang Liu. 2016. The Competing Media Frame Study in One Country of Two Systems: The Case Study on Scandal of Chen Liangyu. International Journal of Social Science & Humanities

Yang, Dean. 2008. Can Enforcement Backfire? Crime Displacement in the Context of Customs Reform in the Philippines. Review of Economics & Statistics

Yang, Dean. 2008. Integrity for Hire: An Analysis of a Widespread Customs Reform. Journal of Law & Economics

Yanva, Vineeta. 2011. Political Parties, Business Groups, and Corruption in Developing Countries. Oxford University Press.

Yao, Shuntian. 2002. Privileges and Corruption: The Problems of China's Socialist Market Economy. American Journal of Economics and Sociology

Yap, O. Fiona. 2013. When Do Citizens Demand Punishment of Corruption? Results from Experimental Surveys in Australia and the United States. Australian Journal of Political Science

Yap, O. Fiona. 2014. Citizens' Response to Government Corruption: Experimental Evidence from Australia, Singapore, and the United States. Working paper.

Yavas, Cemile. 1998. A Comment on "Corruption by Design". Journal of Law, Economics & Organization

Yavas, Cemile. 2009. The Ghost of Corruption. B.E. Journal of Economic Analysis & Policy 7.

Yilmaz, G. & D. Soyaltin. 2014. Zooming into the "Domestic" in Europeanization: Promotion of Fight Against Corruption and Minority Rights in Turkey. Journal of Balkan & Near Eastern Studies

Yingling, M. Patrick & Mohamed A. Arafa. 2013. After the Revolution: Egypt's Changing Forms of Corruption. University of Baltimore Journal of International Law

Yockey, Joseph W. 2011. Solicitation, Extortion, and the FCPA. Notre Dame Law Review

Yockey, Joseph W. 2012. FCPA Settlement, Internal Strife, and the "Culture of Compliance" Wisconsin Law Review

Yockey, Joseph W. 2013. Choosing Governance in the FCPA Reform Debate. Journal of Corporation Law

Yolles, Maurice & Gerhard Fink. 2014. Personality, Pathology and Mindsets: Part 3 – Pathologies and Corruption. Kybernetes 4

Yong Hyo, C. & C. Byung-Dae. 2004. E-Government to Combat Corruption: The Case of Seoul Metropolitan Government. International Journal of Public Administration

Yoo, Seung Han. 2008. Petty Corruption. Economic Theory

Yoo, Seung Han. 2013. Competition, Corruption, and Institutional Design. Working paper.

You, Jong-Sung & Sanjeev Khagram. 2005. A Comparative Study of Inequality and Corruption. American Sociological Review.

Young, Nicola Man W., H. Worth., A. Kelly, D.P. Wilson & P. Siba. 2014. Is Endemic Political Corruption Hampering Provision of ART and PMTCT in Developing Countries? Journal of the International AIDS Society

Young, Simon N.M. 2009. Why Civil Actions Against Corruption? Journal of Financial Crime

Yu, Chilik, Chun-Ming Chen, Lung-Teng Hu & Wen-Jong Juang. 2009. "Evolving Perceptions of Government Integrity and Changing Anticorruption Measures in Taiwan", in Gong, T. & S.K. Ma eds., Preventing Corruption in Asia: Institutional Design and Policy Capacity (London: Routledge),

Yukins, Christopher R. 2007. Integrating Integrity and Procurement: The United Nations Convention Against Corruption and the UNCITRAL Model Procurement Law. Public Contract Law Journal

Yusuf, M., C.A. Malarvizhi, M.N. Huda Mazumder & Z. Su. 2014. Corruption, Poverty, and Economic Growth Relationship in the Nigerian Economy. Journal of Developing Areas

Zabyelina, Y. & J. Arsovska. 2013. Rediscovering Corruption's Other Side: Bribing for Peace in Post-conflict Kosovo and Chechnya. Crime, Law & Social Change

Zagainova, Anastassiya. 2007. "Challenges of Anti-Corruption Policies in Post-Communist Countries", in Sarah Bracking ed., Corruption and Development: The Anti-Corruption Campaigns (Palgrave Macmillan)

Zagaris, Bruce & Shaila Lakhani Ohri. 1999. The Emergence of an International Enforcement Regime on Transnational Corruption in the Americas. Law & Policy Int'l Bus.

Zaloznaya, M. 2015. Does Authoritarianism Breed Corruption? Reconsidering the Relationship Between Authoritarian Goverance and Corrupt Exchanges in Bureaucracies. Law & Social Inquiry

Zaloznaya, Marina. 2014. The Social Psychology of Corruption: Why It Does Not Exist and Why It Should. Sociology Compass

Zaman, Asad & Faiz-Ur-Rahim. 2009. Corruption: Measuring the Unmeasurable. Humanomics

Zaman, G. & L. Ionescu. 2014. The Impact of International Economic Crises on Corruption in Romania. Economic Computation & Economic Cybernetics Studies & Research .

Zamboni, Yves & Stephan Litschig. 2014. Audit Risk and Rent Extraction: Evidence from a Randomized Evaluation in Brazil. Working paper.

Zaum, D. 2013. Political Economies of Corruption in Fragile and Conflict-Affected States: Nuancing the Picture. (Bergen: CMI).

Zazueta, Irvin Mikhail Soto & Willy W. Cortez. 2015. The Impact of Political Alternation on Corruption in Mexico. Revista de Ciencia Politica

Zerilli, Filippo M. 2005. "Corruption, Property Restitution and Romanianness", in Dieter Haller & Chris Shore eds., Corruption: Anthropological Perspectives (Pluto Press).

Zervos, Alexandros. 2006. Amending the Foreign Corrupt Practices Act: Repealing the Exemption for "Routine Government Action" Payments. Penn State International Law Revie

Zeume, Stefan. 2014. Bribes and Firm Value. .

Zhang, T., F. Gino & M.H. Bazerman. 2014. Morality Rebooted: Exploring Simple Fixes to Our Moral Bugs. Research in Organizational Behavior

Zhao, J., S. Kim & J. Du. 2003. The Impact of Corruption and Transparency on Foreign Direct Investment: An Empirical Analysis. Management International Review

Zhao, X. & H. Xu. 2015. E-Government and Corruption: A Longitudinal Analysis of Countries . International Journal of Public Administration

Zheng, Q., Y. Luo & S.L. Wang. 2013. Moral Degradation, Business Ethics, and Corporate Social Responsibility in a Transition Economy. Journal of Business Ethics (forthcoming).

Zhong, C.B., B. Strejcek & N. Sivanathan. 2010. A Clean Self Can Render Harsh Moral Judgment. Journal of Experimental Social Psychology

Zhong, C.B., V.K. Bohns & F. Gino. 2010. Good Lamps Are the Best Police: Darkness Increases Dishonesty and Self-Interested Behavior. Psychological Science

Zhu, Boliang. 2009. Economic Integration and Corruption: The Case of China. Working paper.

Zhu, Boliang. 2016. MNCs, Rents and Corruption: Evidence from China. American Journal of Political Science (forthcoming).

Zhu, J.N. & Y.P. Wu. 2014. Who Pays More "Tributes" to the Government? Sectoral Corruption of China's Private Enteprises. Crime, Law & Social Change 61(3): 309-333.

Zhuang, J., E. De Dios & A. Lagman-Martin. 2010. Governance and Institutional Quality and the Links with Economic Growth and Income Inequality: With Special Reference to Developing Asia. Asian Development Bank Economics Working Paper 193.

Zhuravskaya, Ekaterina. 2000. Incentives To Provide Local Public Goods: Fiscal Federalism, Russian Style. Journal of Public Economics

Ziblatt, Daniel. 2009. Shaping Democratic Practice and the Causes of Electoral Fraud: Theory and Evidence from Pre-1914 Germany. American Political Science Review

Zimmerman, Stephen S. & Frank A. Feriello, Jr. 2011. Coordinating the Fight against Fraud and Corruption, Agreement on Cross-Debarment among Multilateral Development Banks. World Bank Legal Review

Zimring, Franklin E. & David T. Johnson. 2009. On the Comparative Study of Corruption. Pacific McGeorge Global Business & Development Law Journal

Zinnbauer, Dieter. 2015. Crowdsourced Corruption Reporting: What Petrified Forests, Street Music, Bath Towels, and the Taxman Can Tell Us About the Prospects for Its Future. Policy & Internet

Ziobrowski, Alan J. et al. 2004. Abnormal Returns from the Common Stock Investments of Members of the United States Senate. Journal of Financial and Quantitative Analysis

Zipparo, L. 1998. Factors Which Deter Public Officials from Reporting Corruption. Crime, Law & Social Change

Zisser, Eyal. 2014. Spoils of Truce: Corruption and State-Building in Postwar Lebanon. Middle Eastern Studies

Zitzewitz, Eric. 2012. Forensic Economics. Journal of Economic Literature

Zitzewitz, Eric. 2014. Does Transparency Reduce Favoritism and Corruption? Evidence from the Reform of Figure Skating Judging. Journal of Sports Economics

Zook, Darren C. 2009. The Curious Case of Finland's Clean Politics. Journal of Democracy

Zou, Keyuan. 2000. Judicial Reform Versus Judicial Corruption: Recent Developments in China. Criminal Law Forum

Zouhaier, Hadhek. 2011. Corruption, Investment and Economic Growth. International Journal of Economics & Research

Zuber, F. 2015. Spread of Unethical Behavior in Organizations: A Dynamic Social Network Perspective. Journal of Business Ethics

Page 357  EXHIBIT 94 – Case # 22-cv-1107-TSH, Norcal 9th District

Zuleta, J.C., A. Leyton & E. Fanta Ivanovic. 2007. "Combating Corruption in the Revenue Service: The Case of VAT Refunds in Bolivia", in J.E. Campos & S. Pradhan eds., The Many Faces of Corruption: Tracking Vulnerabilities at the Sector Level (Washington, D.C.: World Bank).

Zurowicki, Leon & Moshin Habib. 2010. Corruption and Foreign Direct Investment: What Have We Learned? International Business & Economics Research Journal

**This Former Google Executive Was Accused Of Running A "Sex ...**

https://www.buzzfeednews.com/article/ryanmac/andy-rubin-court-complaint-lawsuit-rie-divorce-google

SAN FRANCISCO — **Andy Rubin**, a former Google senior vice president who invented the Android operating system, departed the company after having an "inappropriate relationship" with a subordinate and kept payments by his previous employer secret from his wife for several years, according to documents made public by a California superior court.

**Google exec Andy Rubin faces detailed sexual misconduct ...**

ᴵ https://www.businessinsider.com/google-andy-rubin-sexual-misconduct-allegations-nyt-2018-10?op=1

**Andy Rubin**, the creator of Android, reportedly had bondage **sex** videos on his work computer, paid women for 'ownership relationships,' and allegedly pressured an employee into oral **sex** Nick Bastone …

**Google employees walkout over handling of sexual ...**

https://edition.cnn.com/2018/11/01/tech/google-employee-walkout-andy-rubin/index.html

Nov 1, 2018The Times reported that **Rubin** was accused of coercing a female employee, with whom he'd been having affair, into performing oral **sex** in a hotel room in 2013. A Google investigation found her claim…

**Android creator Andy Rubin accused of having a 'sex ring ...**

https://www.usatoday.com/story/tech/talkingtech/2019/07/02/android-creator-andy-rubin-accused-having-sex-ring-ex-wife/1634963001/

Jul 2, 2019According to a sensational lawsuit by soon to be ex-wife Rie Hirabaru **Rubin**, her ex had several mistresses, one of which was "complicit with **Rubin** in running what appeared to be a **sex** ring,"…

**Android Co-Founder Caught In Sex Ring Saga - channelnews**

Page 358  EXHIBIT 94 – Case # 22-cv-1107-TSH, Norcal 9th District

https://www.channelnews.com.au/android-co-founder-in-pre-nup-sex-ring-complaint/

Android co-founder, **Andy Rubin**, who Google reportedly paid $90 million to leave the company after a sexual misconduct investigation, has been accused of running a **sex** ring.

**Google gave top executive $90m payoff but kept sexual ...**

https://www.theguardian.com/technology/2018/oct/25/google-andy-rubin-android-creator-payoff-sexual-misconduct-report

Oct 25, 2018Google gave a $90m severance package to **Andy Rubin**, the creator of the Android mobile software, but concealed details of a sexual misconduct allegation that triggered his departure, the New York …

**Andy Rubin - Wikipedia**

https://en.wikipedia.org/wiki/Andy_Rubin

Andrew E. **Rubin** is an American computer programmer, engineer, entrepreneur, and venture capitalist. He is the founder and former CEO of venture capital firm Playground Global, as well as the co-founder and former CEO of both Danger Inc. and Android Inc.. He was nicknamed "Android" by his co-workers at Apple in 1989 due to a love of robots, with the nickname eventually becoming the official …

**How Google Protected Andy Rubin, the 'Father of Android ...**

https://www.nytimes.com/2018/10/25/technology/google-sexual-harassment-andy-rubin.html

Oct 25, 2018The woman, with whom Mr. **Rubin** had been having an extramarital relationship, said he coerced her into performing oral **sex** in a hotel room in 2013, according to two company executives with knowledge…

**Google reportedly paid Andy Rubin $90 million after he ...**

https://www.theverge.com/2018/10/25/18023364/google-andy-rubin-payoff-90-million-sexual-misconduct-harassment

Google reportedly paid **Andy Rubin** $90 million after he allegedly coerced **sex** from employee New, 206 comments By Chris Welch @chriswelch

**The rise and fall of Andy Rubin, the former Google ...**

https://www.businessinsider.nl/android-sex-ring-leader-rise-fall-google-exec-andy-rubin-2019-7/

**Andy Rubin** is the creator of Android and a former Google executive. **Rubin's** career seemed to be on track - software engineering in Silicon Valley in the 1990s, founding Android, being a top …

358

**Google CEO Pichai says 48 employees fired for sexual but a cover-up is expected...**

https://www.aljazeera.com/news/2018/10/26/google-ceo-pichai-says-48-employees-fired-for-sexual-misconduct/

The New York Times report claimed that **Andy Rubin**, ... A spokesperson for **Rubin** has denied the allegations, the New York Times said. ... South Korea court orders Japan to compensate former **sex slaves**.

**Android creator Andy Rubin accused of running a 'sex ring'**

https://thenextweb.com/business/2019/07/03/android-creator-andy-rubin-is-accused-of-running-a-sex-ring-in-new-unsealed-complaint/

Android founder, **Andy Rubin**, may have left Google long back in 2014, but his departure is beginning to attract more unsavory attention. According to documents made public by a California superior …

**George Soros' Right Hand Man Arrested For Rape And Human ...**

https://newspunch.com/george-soros-human-trafficking/

Howard **Rubin**, widely known as George Soros' right hand man, was accused of leading a "human trafficking enterprise" in which he allegedly raped, brutally assaulted and enslaved women in a $8 million Manhattan **sex** dungeon, according to court documents.

**Disgraced Google Exec Andy Rubin Quietly Left His Venture ...**

https://www.buzzfeednews.com/article/ryanmac/andy-rubin-playground-global-google-quiet-departure

Disgraced Google Exec **Andy Rubin** Quietly Left His Venture Firm Earlier This Year. Android creator **Andy Rubin** left Google with a $90 million exit package after investigations into sexual misconduct. Now he's out at Playground Global, the venture firm he founded, allegedly with another multimillion-dollar payout.

**Former Google exec 'ran a sex ring ... - Daily Mail Online**

https://www.dailymail.co.uk/news/article-7208615/Former-Google-exec-ran-sex-ring-estranged-wife-claims.html

The co-founder of Android who reportedly received a $90 million severance from Google in the wake of misconduct allegations is now being accused of running a **sex** ring. **Andy Rubin** is being sued by …

**Android creator Andy Rubin is accused of running a 'sex ...**

https://www.businessinsider.in/android-creator-andy-rubin-is-accused-of-running-a-sex-ring/articleshow/70049627.cms

Android creator **Andy Rubin** was allegedly involved in running a "**sex** ring" with at least one woman, and is accused of cheating his ex-wife out of millions of dollars in their prenuptial agreement …

**Andy Rubin's Essential Gem Isn't Just a New Phone | WIRED**

https://www.wired.com/story/andy-rubins-essential-gem-google-android/

**Andy Rubin's** New Phone Thing Isn't Just a New Phone Thing. ... These ranged from pressuring a woman into having oral **sex**, to berating subordinates, to viewing bondage **sex** videos on a work …

**Google 'gave Andy Rubin $90M exit package despite ...**

https://www.dailymail.co.uk/news/article-6317589/Google-forced-Andy-Rubin-sexual-misconduct-claim-gave-90M-exit-package.html

Google reportedly gave Android's co-founder, **Andy Rubin**, a $90M exit package despite a credible claim that he had an inappropriate relationship with a woman while working at the company.

**Wife of Android Co-Founder Andy Rubin Accuses Him of Using ...**

https://www.thedailybeast.com/wife-of-android-co-founder-andy-rubin-accuses-him-of-using-google-paychecks-to-pay-for-sex-ring

The wife of Android co-founder **Andy Rubin** has accused him of cheating her out of wealth he obtained from Google and diverting funds to make payments to several woman after he left the company …

**'The Lost Women of NXIVM': ID Orders Special on Sex ...**

https://www.thewrap.com/the-lost-women-of-nxivm-sex-trafficking-cult-allison-mack-keith-raniere/

Mack had been accused of recruiting young women into the group and manipulated them into branding their bodies and becoming **sex slaves** for Raniere. Mack's sentencing will be decided on Sept. 11 …

**Andy Rubin biography, age, net worth, wife, career ...**

www.learnmorefacts.com/post/andy-rubin-biography-age-net-worth-wife-career-playground-wiki

**Andy Rubin** was conceived on June 22, 1946 in New Bedford, United States. He is the designer of the Android OS. Since youth, **Rubin** has been accustomed to seeing bunches of new devices. This is on the

grounds that his dad, a therapist who swerved into the immediate advertising business, which will store electronic items sold in the room **Rubin**.

### Google asked Andy Rubin to quit for being a sex pest

https://fudzilla.com/news/47474-google-asked-andy-rubin-to-quit-for-being-a-sex-pest

But still gave him a hero's farewell and a pile of cash The creator of Android, **Andy Rubin**, was asked to leave Google for being a **sex** pest, but the search engine did its best to pretend …

### Wayfair shoots down conspiracy theory about child sex ...

https://www.msn.com/en-us/finance/companies/wayfair-shoots-down-conspiracy-theory-about-child-sex-trafficking-and-expensive-cabinets/ar-BB16ALHX

Wayfair shoots down conspiracy theory about child **sex** trafficking and expensive cabinets hpeterson@businessinsider.com (Hayley Peterson) 7/10/2020 White violence, Black protests during 1918 flu …

### Who is Rie Hirabaru Rubin? Andy Rubin Ex-Wife; Bio, Wiki ...

https://globintel.com/usa/rie-hirabaru-rubin-biowiki-age/

Rie **Rubin** Bio, Wiki. Rie **Rubin** is the ex-wife of **Andy Rubin**, Android co-creator and former Google Senior Vice-President. She is accusing him of having secretly conspired with her attorney to manipulate the couple's prenuptial agreement by stripping her of all community property rights and also diverting their marital funds so he could pay women involved in his private "**sex** ring."

**LINKS:**

** THAT SILICON VALLEY OLIGARCHS RUN A MONOPOLISTIC CARTEL!

** THAT SILICON VALLEY OLIGARCHS AND THEIR POLITICIANS RUN A SEX CULT AND TRANSACT BRIBES WITH SEX!

** THAT AN EXTRAORDINARY NUMBER OF SUSPICIOUS DEATHS HAVE HAPPENED TO PEOPLE INVOLVED IN THIS CASE

** THAT TECH OLIGARCHS AND CALIFORNIA SENATORS HIRE CHARACTER ASSASSINS AND HIT JOB ATTACKERS TO HARM CITIZENS WHO SPEAK OUT!

Page 362  EXHIBIT 94 – Case # 22-cv-1107-TSH, Norcal 9th District

Forensics - See Which Senator Or Oligarch Is Lying To You

The Book - Who Really Killed The Electric Car

Videos - TV News Segments About These Cases

Google - The Lies Of Google And Youtube

Musk - Bribes Frauds Safety Cover ups And Stock Manipulations

Tech-Theft - Silicon Valley Oligarchs Rig The USPTO

Us - Meet Some Of Us

Safety - How To Secure Your Devices From The Theiving Tech Oligarchs

Oligarchs - The Mobsters Of Silicon Valley Tech

Press-Clips - Press Clippings About These Cases

News-Memes - Images From The Biggest Shockers

Photos - Key Shots From The Cases

Hotshots - Reader Submissions

Case1 - Key Case Example Of Political Corruption

Attackers - The Hired Defamation Services

362

Page 363  EXHIBIT 94 – Case # 22-cv-1107-TSH, Norcal 9th District

Frisco - The Pure Hell That Is San Francisco And Its Corruption

Stocks - The Dirt Behind The Dirty Ones

Expose1 - The Dirty Deeds Of Silicon Valley #1

Expose2 - The Dirty Deeds Of Silicon Valley #2

Takedown - Wiping Out The Corrupt

Expose3 - How Political Corruption Actually Works

Muskrat - The Scammer Behind It All

Movie - A Big Overview Of Political Corruption

Targets - Companies That Do Not Deserve To Operate

SexCult - The Tech Oligarchs Have An Actual Sex Cult

Afghaniscam - The Politicians Corrupt Rare Earth Mines

Stimulus - How The Stimulus Money Actually Works

Tech - Big Brother Is In Your Phone

Murders - The Dead Witnesses

Film - Free Feature Film

Page 364  EXHIBIT 94 – Case # 22-cv-1107-TSH, Norcal 9th District

Congress - Congress Uncovered Crimes And Corruption

Anti-Trust - How Silicon Valley Kills Competition

Free-Book - CORRUPTION DISRUPTION - A How-To Manual

Press - More Press Coverage By Other Sites

Reports - Reports Supplied To FBI And Congress

Stock Fraud - How One Company Cooks The Books And The Truth

DELETED By Allum Bohkari

THE DIRTY DEEDS OF SILICON VALLEY - VOLUME ONE By Westin Parker

THE DIRTY DEEDS OF SILICON VALLEY - VOLUME TWO By Westin Parker And The Wiki Team

NEWS ARTICLE ARCHIVES ABOUT THIS CASE at http://www.focus-book.com

The Age of Surveillance Capitalism By Shoshana Zuboff'

Catch and Kill By Ronan Farrow,
https://en.wikipedia.org/wiki/Catch_and_Kill:_Lies,_Spies,_and_a_Conspiracy_to_Protect_Predators

Permanent Record By Edward Snowden, https://www.amazon.com/Permanent-Record-Edward-Snowden/dp/1250237238

Brotopia By Emily Chang, http://brotopiabook.com/

Page 365  EXHIBIT 94 – Case # 22-cv-1107-TSH, Norcal 9th District

Throw Them All Out By Peter Schweizer, http://peterschweizer.com/books/throw-them-all-out/

The Circle By David Eggers, https://archive.org/details/circle00dave

Companies Targeted For Bankruptcy For Their Crimes Against The Public By The Internet Research Group

World Without Mind By Franklin Foer, https://www.amazon.com/World-Without-Mind-Existential-Threat/dp/1101981113

A Journey into the Savage Heart of Silicon Valley By Corey Pein, https://www.goodreads.com/book/show/35684687-live-work-work-work-die

Disrupted By Dan Lyons, https://www.goodreads.com/book/show/26030703-disrupted

Chaos Monkeys By Antonio García Martínez, https://www.antoniogarciamartinez.com/chaos-monkeys/

The Creepy Line By Matthew Taylor, https://www.thecreepyline.com/

The Cleantech Crash By Leslie Stahl, https://www.cbsnews.com/news/cleantech-crash-60-minutes/

Congress: Trading stock By Steve Kroft, https://www.cbsnews.com/news/congress-trading-stock-on-inside-information/

Peak Energy: Think "peak oil" is a discredited idea …* Electric Vehicles and Peak **Lithium** * Hydrogen and Peak Platinum * Storing Energy In Graphite … (10) cradle to cradle (10) fabber (10) **goldman sachs** (10) gtl (10) hybrid car … **afghanistan** (8) big oil (8) …peakenergy.blogspot.com/2014/01/think-peak-oil-is-discredited-i…

cobalt **goldman sachs -** Did you know that **Afghanistan** is one of the world's largest suppliers of **lithium**? All your electronic devices that use **lithium** batteries are dependent on it & only a few

365

countries have … cobalt gold ring, cobalt golden age club, cobalt **goldman**, cobalt **goldman sachs** Admin. Search for: Recent Posts.- breadmakernew.com/tag/cobalt-goldman-sachs/

**Afghanistan** sits on $1 trillion worth of mineral deposits. Is … - When you look deeply into it, you find that **Goldman Sachs** is owned by Rothschild, … **Afghanistan's** mineral deposits to be worth upwards of $1 trillion and in fact, a classified Pentagon memo called **Afghanistan** the "Saudi Arabia of **lithium**. … beforeitsnews.com/power-elite/2013/12/afghanistan-sits-on…

Why the US wants to stay in **Afghanistan** - **Goldman Sachs** Director to Join Board of Bitcoin Startup Circle Capturing images of bystanders by zooming in on pictures of corneas (this is huge!) … Well it does not come from **Afghanistan** . Although **lithium** is widely distributed on Earth, …- lunaticoutpost.com/Topic-Why-the-US-wants-to-stay-in-Afgha…

Did **Goldman** push us into **Afghanistan** for the **Lithium**? | DOE … From Contributor: JackieNuls: Did **Goldman** push us into **Afghanistan** for the **Lithium**? **Goldman** stood to make billions of dollars along with the Russian mining companies, battery companies and electric car companies they represent. **Goldman** was involved in almost every DOE funding deal and … atvmdoe.wordpress.com/2012/10/29/did-goldman-push-us-into-afg…

Carp Libertatum: Massive **lithium** deposit found in **Afghanistan** …Massive **lithium** deposit found in **Afghanistan**. … **Goldman Sachs** fraud, how they cheated investors wi… The Globalist Treat Earth like It's Their Mafia Em… IRS Fraud: There Is No Law That Requires You To Fi… Federal Income Tax – Why you should not pay; americaisindanger.blogspot.com/2011/04/massive-lithium-deposit-found-i…

Talison **lithium** – Wikinvest - **Lithium's** extremely low co-efficient of thermal expansion makes these products resistant to thermal shock and imparts mechanical strength. … China, and **Afghanistan** however Bolivia has a backward, … **Goldman Sachs** Group Inc. and Fortis Investments.- wikinvest.com/wiki/Talison_lithium

**Afghanistan** may be the Saudi Arabia of **lithium** | Business blog - The New York Times story on the discovery of vast mineral reserves in **Afghanistan** is astonishing, given the unpredictable political consequences. One is that the **Afghanistan** could rival Bolivia as the Saudi Arabia of **lithium** The US US taskforce that is trying to map the reserves of …- blogs.ft.com/businessblog/2010/06/afghanistan-may-be…

Kathleen Parker: Mining **Afghanistan's** future - **Afghanistan**, it turns out, is rich in minerals – trillions rich. It's going to become the Saudi Arabia of **lithium**, thanks to vast stores of that resource, plus iron, copper, cobalt and gold. … Masooma Habibi, a graduate of **Goldman Sachs'** "10,000 Women" program at the AUAF, … - readingeagle.com/article.aspx?id=229781

cryptogon.com » U.S. Identifies Vast Mineral Deposits Worth … - U.S. Identifies Vast Mineral Deposits Worth $1 Trillion in **Afghanistan**; "The Saudi Arabia of **Lithium**"; Eventually "One of The Most Important Mining Centers in The World"; … And **Goldman Sachs** will arrange the financing. cryptogon.com/?p=15953

Vast Deposits Of Fodder For Conspiracy Theorists Discovered …- Jim Risen has a blockbuster story about a gift and a curse for **Afghanistan's** blighted and … gold and critical industrial metals like **lithium** — are so big and include so many minerals that are … The Board of advisors has Stephen Friedman, AIG crook, **Goldman Sachs** crook, Federal Reserve …attackerman.firedoglake.com/2010/06/13/vast-deposits-of-fodder-for-…

NYT: Vast Minerals FOUND (**Lithium**, Gold) in **Afghanistan** - The previously unknown deposits — including huge veins of iron, copper, cobalt, gold and critical industrial metals like **lithium** — are so big and include so many minerals that are essential to modern industry that **Afghanistan** could eventually be transformed into one of the most … dailykos.com/story/2010/06/13/875695/-NYT-Vast-Miner…

**Afghanistan** Troop Draw-down, **Afghanistan**, President Barack … - **Afghanistan** troop withdrawal, President Barack Obama, Prime Time speech, … We'll need enough troops in afganistan to secure their **lithium**, … Guess Ghadafi should have cooperated with **Goldman Sachs**. Recently Aired. Listen to today's podcast: blogs.wsj.com/wsjam/2011/06/23/president-barack-obama…

» The **Afghanistan** coincidence Alex Jones' Infowars: There's … - … gold and critical industrial metals like **lithium** — are so big and include so many minerals that are essential to modern industry that **Afghanistan** could eventually be transformed … **Afghanistan's** gross domestic product is only about $12 billion dollars," lunch money for **Goldman Sachs**. - infowars.com/the-afghanistan-coincidence/

Mining **Afghanistan's** future – hutchnews.com - Mining **Afghanistan's** future By Kathleen Parker WASHINGTON – Amid all the dark news from **Afghanistan**, every now and then a sliver of light slips through the cracks. - hutchnews.com/Wirecolumns/Parker-column6-16–1

Horrors of **Afghanistan** transformed West Seneca Marine …- Historically, the name "Afghan" designated the Pashtun people, the largest ethnic group of **Afghanistan**. [33] … The country's natural resources include: coal, copper, iron ore, **lithium**, uranium, rare earth elements, chromite, gold, … article.wn.com/view/2014/01/13/Horrors_of_Afghanistan_…

367

Making Lemonade From Failed Afghan Air Force G222 Acquisition - … General McChrystal General Odierno General Schwartz GFE GISP Global Hawk Global Influence Global Strike Global Zero GLONASS GMD GMR **Goldman Sachs** Google Gordon England Gorgon Stare Government … Gooden Linda Hudson **Lithium**-ion Batteries … in **Afghanistan** that the press would …-lexingtoninstitute.org/making-lemonade-from-failed-afghan-air-…

**Lithium**: The Commodity of the 21st Century [Global X Funds …- **Lithium** is used as a thickener in grease, … There are also huge **lithium** deposits in Bolivia, China, and **Afghanistan**, … **Goldman Sachs** Group Inc. and Fortis Investments. These three majors bought in when Talison was still a private company. seekingalpha.com/article/252920-lithium-the-commodity-of-…

oligarch » Agent4Stars- The **Russian oligarch** has spent the past decade buying up nine flats across two buildings in the exclusive Lowndes Square. … **John Doerr**; **John** Frederiksen; **John** Paul DeJoria; **John** Paulson; Jon and Karen Huntsman; Jose Mourinho; Joseph Lau; Jr. Julian H. Robertson; Ken Fisher; agent4stars.com/tag/oligarch/

name "Bourkhan". Owner – **oligarch** Alisher Usmanov … - Billionaire Alisher Usmanov acquired the biggest private jet in Russia, … **oligarch**, percent, president vladimir putin, private flight, private jet, richest man, roman, roman abramovich, Russia's richest man, sale, seat, spacious … **John Doerr**; **John** Frederiksen; **John** Paul DeJoria; **John** Paulson … agent4stars.com/tag/name-bourkhan-owner-oligarch-alishe…

Rebooted patriot games in 'Jack Ryan' – SiliconValley.com - **John Doerr**. Larry Ellison. Reed Hastings. Reid Hoffman. Mark Hurd. Vinod Khosla. … He's covertly embedded at a Wall Street bank where he uncovers a **Russian** plot to buy up U.S. Treasury bonds, … Ryan's investigation leads him to the **Russian oligarch** Viktor Cherevin, played by Kenneth Branagh, …siliconvalley.com/topics/ci_24918976/rebooted-patriot-gam…

Facebook's friend in Russia – Fortune Tech - Left to right: **John Doerr**, Charlie Rose, Michael Arrington, Yuri Milner, and Ron Conway at last spring's TechCrunch conference. Milner has become an informal **Russian** ambassador to Silicon Valley. - tech.fortune.cnn.com/2010/10/04/facebooks-friend-in-russia/

Yuri Milner: Profile – Business Insider - DST says it hasn't sold any Facebook shares and doesn't want to, but some people think DST's main backer, **Russian oligarch** Alisher Usmanov, wants to sell and might get his way. … **John Doerr And** The Rise Of Secondary Private Markets …-businessinsider.com/yuri-milner-forbes-profile-2011-3

The Wall Street billionaire philanthropists – Financial News - • Ann and **John Doerr**, venture capitalist. … **Russian oligarch** to donate fortune to charity 02 Feb 2010; Story Tags. Blackstone

368

Group. Citigroup. David Rubenstein. Julian Robertson. Michael Bloomberg. Philanthropy. Renaissance Technologies. Sandy Weill. - efinancialnews.com/story/2010-08-05/giving-pledge-wall-street

Good Kindle and Newspaper articles for Friday Morning … **Russian Oligarchs** buying French and British Newspapers. Business Week reports on some rather interesting news – **Russian oligarchs and** their sons are saving French and British newspapers. … Amazon related News – **John Doerr** leaves Amazon Board.- ireaderreview.com/2010/03/19/good-kindle-and-newspaper-ar…

Nancy Ann Hunter – This house will exist- … and Oleg Deripaska, the youngest of the **Russian oligarchs**, 41, "king" of aluminum. … Other Dolby Labs president of technology titans like **John Doerr and** the founder of Facebook, Mark Zuckerberg, live in nearby Silicon Valley. … hishousewillexist.org/nancyannhunter.php

Climateer Investing: Kleiner Perkins Distressed By Lousy Results - Kleiner partner Al Gore is probably not as concerned by the recent results as **John Doerr**. … Russia Should Create Its Own Tax Havens … "No, … Welfare for the **Russian Oligarchs**… Cyprus: …- climateerinvest.blogspot.com/2013/03/kleiner-perkins-distressed-by-l…

Market Leader : News :: Bill Gates and Warren Buffett …- … and his wife have already donated 800 million dollars.They were joined by venture investor **John Doerr and John** … It should be noted that V. Potanin was among the first **Russian oligarchs** to go into arts patronage by setting up V. Potanin's Charity Foundation in 1999mainly focused … profi-forex.us/news/entry3000000006.html

Netizen: Vinod Khosla: For Profit Poverty Alleviation- "He was the most visionary of all the **Russian oligarchs**" …. … **John Doerr**; Creating, Propagating; Google Apps: Open The Flood Gates; No More Beer, No More Soda; Dell Duo: Tablet + Netbook; Web 2.0 Summit 2010: Robin Li; **John** Battelle's Search Hangover; technbiz.blogspot.com/2010/11/vinod-khosla-for-profit-poverty.html

Forbes Audiobooks -… we'll tell you about, "**Russian** Billionaire Mikhail Prokhorov: From **Oligarch** to President?" Mikhail Prokhorov is a tycoon in Russia, … we'll tell you about, "**John Doerr's** Plan to Reclaim the Venture Capital Throne" … audible.com/search?advsearchKeywords=&searchTitle=&…

Steve Westly – The Huffington Post - … Google, Steve Westly, Green Jobs, Tesla Motors, Edeniq, **John Doerr**, Amyris Biotechnologies, Kleiner Perkins Caufield & Byers, Facebook, Recyclebank, Barack Obama, Apple, Energy … With billionaire Meg Whitman spending like a **Russian oligarch**, it's inevitable that the race for California … huffingtonpost.com/tag/steve-westly

Page 370  EXHIBIT 94 – Case # 22-cv-1107-TSH, Norcal 9th District

Apple, Steve Jobs, and US Foreign Policy (CFR) using Nazi …- the Stud House, the private home of the Lebedev family – one of the **Russian oligarchs** … been a long time partner in Silicon Valley venture capital powerhouse Kleiner Perkins Caufield & Byers whose partner **John Doerr** is a member of the Google board. Another Google director, … - forum.prisonplanet.com/index.php?topic=207205.0

rmr | The personal blog of R. Martin Roscheisen - Neither VC **John Doerr** nor entrepreneur Martin Roscheisen has a background in enviro. … (Then again, just a few decades later, we've got **Russian oligarchs** needing seemingly just that kind of expertise for equipping their yachts.)- tripleyield.com

Romania arrests suspected hacker of Bush family emails | NDTV.com -Tags: Bucharest Carl Bernstein Colin Powell Corina Cretu Downton Abbey George Roche George W. Bush Guccifer hacking **John Doerr** Julian Fellowes Marcel Lazar Lehel Romania **Russia** Tina Brown.- ndtv.com/article/world/romania-arrests-suspected…

Scary side to the story – IronMountainDailyNews.com | news …

He raked in a gazillion bucks, give or take a few billion, as the founder of **Kleiner Perkins** Caufield and Byers, a venture capital firm. His letter, published in the Wall Street Journal, … essentially from Europe west of Russia through North America, …ironmountaindailynews.com/page/content.detail/id/544658/Scary-sid…

**Kleiner Perkins** Co-Founder's Nazi Comment Draws Criticism …- **Kleiner** Perkins's website lists **Perkins** as one of 14 partner emeriti, a group that includes recent partner Ray Lane and co-founder Eugene **Kleiner**, who died in 2003. **Perkins** has been a director at companies including Hewlett-Packard Co. and Applied Materials Inc. -bloomberg.com/news/2014-01-26/kleiner-perkins-shocked…

Frank Caufield — **Kleiner Perkins** Caufield Byers - He is a Co-Founder of **Kleiner Perkins** Caufield & Byers. Mr. Caufield has served on the boards of Quantum Corporation, Caremark Inc., … He also serves as a director of The U.S. Russia Investment Fund, Refugees International, …kpcb.com/partner/frank-caufield

DST Out and **Kleiner Perkins** In in Twitter Mega-Funding – Kara …- According to sources close to the situation, the aggressive **Russian** investment outfit DST Global is out of the running to fund Twitter. Instead, the prize is almost certainly going to **Kleiner Perkins**, the legendary Silicon Valley venture firm of Web 1.0 that has been making a big push … allthingsd.com/20101206/russias-dst-out-of-twitter-fun…

Page 371  EXHIBIT 94 – Case # 22-cv-1107-TSH, Norcal 9th District

**'Flash Boys' and the Speed of Lies – Bloomberg View -** In the last few months, I have had a strange and interesting experience. In early April, I found myself the main character in Michael Lewis's book "**Flash Boys**."-   bloombergview.com/articles/2014-08-03/flash-boys-and-the-sp…

**`Flash Boys' and the Speed of Lies: Katsuyama – Businessweek -** Already a Bloomberg.com user? Sign in with the same account. Don't have an account? Sign up. Help! I can't access my account.- businessweek.com/videos/2014-08-04/flash-boys-and-the-spee…

Newsalert: **'Flash Boys' and the Speed of Lies -** **The** total link site for the news and information junkie: Libertarianism. Property Rights. Government Corruption. Chicago Mob. Struggle Against Socialism. -nalert.blogspot.com/2014/08/flash-boys-and-speed-of-lies.html

**"Flash Boys" and the Speed of Lies – Proactiveinvestors UKFlash Boys**" and **the Speed of Lies** . Here is the opening of this informative column by Brad Katsuyama for Bloomberg: In the last few months, I have had a strange and interesting experience.-proactiveinvestors.co.uk/columns/fuller-treacy-money/16720/flash-b…

Brad Katsuyama: **'Flash Boys' and the speed of lies about my … -** In the last few months, I have had a strange and interesting experience. In early April, I found myself the main character in Michael Lewis's book **Flash Boys**. It told the story of a quest I've been on, with my colleagues, to expose and to prevent a lot of outrageous behaviour in the US stock market - nzherald.co.nz/business/news/article.cfm?c_id=3&objectid…

FSN: **'Flash Boys' and the Speed of Lies | Gold and … -** FSN: Europe's Tough New Regime For Banks Fails First Test In Portugal; Forex Trading Alert: EUR/USD – Time for Rebound? DoJ Subpoenas GM Over Subprime Auto Loans -beforeitsnews.com/gold-and-precious-metals/2014/08/fsn-flas…

**'Flash Boys' and the Speed of Lies @ Forex Factory -** In the last few months, I have had a strange and interesting experience. In early April, I found myself the main character in Michael Lewis's book "**Flash Boys**." It told the story of a quest I've been on, with my colleagues, to expose and to prevent a lot of outrageous behavior in the U.S. stock -forexfactory.com/news.php?do=news&id=497707

**`Flash Boys' and the Speed of Lies: Katsuyama: Video … -** Aug. 4 (Bloomberg) — On "Morning Must Read," Bloomberg's Tom Keene recaps the op-ed pieces and analyst notes that provide insight into today's headlines. -   bloomberg.com/video/-flash-boys-and-the-speed-of-lies-k…

Page 372  EXHIBIT 94 – Case # 22-cv-1107-TSH, Norcal 9th District

**'Flash Boys' and the Speed of Lies : Economics -** reddit: the front page of the internet … use the following search parameters to narrow your results: subreddit:subreddit - reddit.com/r/Economics/comments/2cmmxk/flash_boys_an…

Obama turns to Silicon Valley for **fund**-raising for **Democrats** … - San Jose, California: President Barack Obama warned tech leaders on Thursday to dig deep in their wallets to **fund** Democratic candidates and feel a sense of urgency about congressional elections in November or risk further gridlock in Washington and a failure to move on their priorities. Obama was - firstpost.com/world/obama-turns-to-silicon-valley-for-f…

How Silicon Valley Could Destabilize The Democratic Party …- In the 1970s and 1980s the politics of **Silicon Valley's** leaders tended more to … They also tend to have progressive views on gay marriage and climate change that align with the gospel of the Obama Democratic Party. In the … The **Democrats** are the party of the rich and have … - forbes.com/sites/joelkotkin/2014/01/09/how-silicon-v…

Can **Silicon Valley** disrure from forbes.compt the Democratic Party? – CNN.com - … an upstart candidate backed by some of tech's biggest names, is looking to take **Silicon Valley's** transformational vision to Washington. SET … The financial muscle of **Silicon Valley Democrats**, … An advocacy group backed by hedge **fund** tycoon Tom Steyer is set to unleash a …- cnn.com/2014/03/12/politics/silicon-valley-democr…

Silicon Valley funds group aiming to register five million …- **Silicon Valley funds** group aiming to register five million new conservative Christians for 2012 election. … Democratic organizers also attest to the potential, which has prompted religious advocates on the left to expand their organizing efforts. - sanfranciscosentinel.com/?p=157992

How does the Democrat party have a chance in raising …- Answer 1 of 1: The democratic party does accept **funds** from corporations. Suggest you look here: … **Silicon Valley**: What does **Silicon Valley** get from support for the Democratic party? **How** do political parties raise **funds** for campaigning and to pay staff? - quora.com/Political-Fundraising/How-does-the-Democr…

A guide to Silicon Valley's top political donors - **Silicon Valley** may be 3,000 miles away from Washington, … If there is a Democratic bent in **Silicon Valley**, … which has disbursed **funds** to candidates in both parties. Zuckerberg was friendly with Obama on the campaign trail, …ailydot.com/politics/guide-silicon-valley-political-d…

372

Page 373  EXHIBIT 94 – Case # 22-cv-1107-TSH, Norcal 9th District

# APPENDIX

Notes:

WE ARE ENDING POLITICAL CORRUPTION IN AMERICA BY EXPOSING THE PEOPLE, COVERT MONEY ROUTES AND QUID PRO QUO OF THESE CRIMES, TO EVERYBODY, VIA CROWD-SOURCED FORENSICS

(*"This is payback for refusing to pay our damages and it will never end, and only get worse for you, until you pay us for our damages from your felony crimes..."* The crooked Senators ordered law enforcement and regulators to ignore this case because it exposes their biggest secret. Ask the FBI to show you the 302 reports on this case. Demand that we get a fair Jury Trial. End these bribes and payola schemes. *U.S. Government : PAY OUR DAMAGES!)*

**Please contact us if your law firm would like to partner with us on anti-trust, RICO and other litigation against the U.S. Government and the Crony Paypal Mafia Silicon Valley tech tyranny**

***"They took billions of dollars out of our savings and income and put it in their own pockets and the bank accounts of their friends...these politicians are felony-grade criminals who have ordered the FBI, DOJ, SEC and FTC to not prosecute them and to not help us.... if you have a faster, safer, 100% American made product, that is 1000 times more affordable for U.S. citizens and does <u>not</u> rely on political bribes then the White House and The Dept of Energy will blockade it if it competes with their crony financiers.."***

**How can any citizen have confidence that the current politicians are not crooks when they actually are doing these crooked things every day?**



See it online here by clicking the poster, above,

and at the following site links:  *( LINK 1 )*   *( LINK 2 )*   *( LINK 3 )*

*( LINK 4 )*   *( LINK 5 )*   *( LINK 6 )*   *( LINK 7 )*   *( LINK 8 )*

**CROOKED POLITICAL INSIDERS have learned that when a government funded tech company fails, THOSE INSIDERS make billions of dollars in unjust profits from tax write-offs, Goldman Sachs services "fees" and stock market pump-and-dump manipulations while taxpayers lose BILLIONS on those same companies at Solyndra, Abound, Ener1, etc..…. THAT'S RIGHT, the crooks make profits off of PLANNED-TO-FAIL TAXPAYER funded companies, many of which never even sold anything. It happened in the 2008 pretend "stimulus" and it is happening again, many times more, in the 2021 pretend "stimulus". The Cleantech companies were made-to-fail, as stock scams, by the insiders! Insider friend's at the Dept of Energy get to "jump-the-line", exploit the cash and Trojan horse the tech start-up into oblivion. As with nearly a thousand Silicon Valley tech dirty money deals, for example, Netflix tech bosses are now getting caught selling media influence in exchange for bribes! Michael Kail ( Netflix IT Boss), and other Netflix executives are under investigation for manipulating which media technologies get to make money. Netflix funds the DNC political campaigns. Netflix board positions and media slots are often traded as political quid pro quo payola for political favors.**

**'Not only did Mr. Kail deprive Netflix of its money and resources by abusing his position as VP of IT Operations,'** *FBI Special Agent in Charge Craig D. Fair* **said in a statement, 'he created a pay-to-play environment whereby he stole the opportunity to work with an industry pioneer from honest, hardworking Silicon Valley companies.' The San Francisco FBI and the United States Patent Office has been asked, by independent** *video-on-demand inventors,* **to look at how Netflix, YouTube and other tech oligarchs, steal technologies and** *censor media access* **in a coordinated anti-trust violating scheme.**

*Kail was indicted in 2018* **on 19 counts of wire fraud, three counts of mail fraud, and seven counts of money laundering. The trial began April 19 in federal court in San Jose, California. The jury found him guilty on 28 of the 29 counts. Prosecutors said that Kail had accepted more than $500,000 in kickbacks - as well as valuable stock options - in exchange for approving millions of dollars in contracts for nine tech companies seeking to do business with Netflix between February 2012 and July 2014.**

**In a statement, the the Department of Justice said: 'He used his kickback payments to pay**

**personal expenses and to buy a home in Los Gatos, California in the name of a family trust.' The Mercury News reports he must now forfeit his $2.6 million three-bedroom, two-bathroom Los Gatos home to the federal government. Kail created and controlled a limited liability company, Unix Mercenary LLC, to receive the bribes, fund personal expenses and buy a home in Los Gatos, California, prosecutors said. This kind of case is typical of the MAJORITY of Silicon Valley tech executives.**

**Netflix, Google, and their *Silicon Valley Cartel*, operate secret programs that use data from personal and business records to manipulate business, politics and ideologies. For example, in the company's digital advertising exchange, Google manipulates it's ad-buying system, it's political marketing and it's executives ideology promotions to gain a dramatic advantage over competitors, according to court documents and federal records revealed in new antitrust lawsuits by various Attorney General's. Elon Musk is a mobster yet he used public funds to buy a facade of self-aggrandizement at the expense of the taxpayers.**

**One corrupt secret *Google program*, known as "Project Bernanke," wasn't disclosed to publishers who sold ads through *Google's* ad-buying systems. It generated hundreds of millions of dollars in revenue for the company annually, the documents show. Google and Youtube, a unit of *Alphabet Inc*., always gets an unfair competitive advantage over rivals in business, politics, stock market valuations. In another corrupt program, *Google* invested in Tesla Motors, hyped Tesla and Musk and attacked Musk's competitors using nearly a hundred million dollars of equivalent competitor attack marketing. We are some of the Plaintiffs' of those attacks.**

MOVIE TRAILER PREVIEW INTRO:

 *"..Over 540 pages including a key set of four pages  of documents from the office of the Secretary of State of California reveal how state officials employ Silicon Valley media companies (Twitter, Facebook, Google (YouTube)) to censor posts about politics. Included in these documents were "misinformation briefings" emails that were compiled by communications firm SKDK, that lists Biden for President as their top client. The documents show how California state agencies successfully pressured YouTube to censor videos concerning things that California political Cartel bosses like Harris, Pelosi and Feinstein don't want citizens to see. A December 2020 report surfaced that shows that the State of California is surveilling, tracking, and seeking to censor the speech of Americans in order to cover-up the political crimes and stock market manipulations that State officials are engaged in. California politicians own portions of Twitter, Facebook, Google (YouTube), Linkedin, etc. and those social media companies are simply an arm of their political and stock market manipulation efforts..."*

SEE ALL OF THE VIDEO EVIDENCE AND BROADCAST NEWS REPORTS ON THIS CASE AT:

http://san-francisco.biz

-------------------------------------------------------

# Letter To The Inspector General

The Victim's Alliance
http://www.majestic111.com

May 2, 2021

**The Honorable Teri L. Donaldson**
Office of Inspector General
Department of Energy
1000 Independence Avenue, SW
Washington, DC 20585

Dear Inspector General Donaldson:

Extensive news reports. Congressional ethics investigations, document leaks and eye-witness testimony have confirmed a pattern of organized crime-type activities involving the Secretary of Energy's office ranging from Secretary Chu to Secretary Granholm. In each case, advisors like David Plouffe, Steve Westly, Steve Spinner, John Podesta, David Brock, John Doerr, etc; prepared the Secretary appointee candidates with advice to purchase certain stock market assets prior to their appointments. We have personal knowledge of the law firm of Covington and Burling preparing Steven Chu and Eric Holder, in this manner, prior to their nominations and lobbying for their nominations. We know Steven Chu's family, sponsor's, lawyers and associates personally. We know Jennifer Granholm's Bay Area business contacts and realty contacts and can swear, warrant and certify that criminal actions have been undertaken by Secretary of Energy staff in order to manipulate profits and political power. White House insiders like Jofi Joseph, Sharyl Attkisson, and hundreds of others, have verified these assertions.

American citizens, and their companies like ours, get raped by The Department of Energy and Their White House handlers so that ***crooked politicians*** can run criminal stock market insider scams and blockade their competitors for those politicians greedy financial and political gain at the expense of the public! That's right: Politicians steer government funds to companies they own stock in (Like Tesla, Solyndra, Google, Facebook, Fisker, Abound, Proterra, Albemarle lithium, etc.) and sabotage, black-list and have ***Google shadow-ban*** their competitors. We have testified to the FBI, SEC, FTC, OSC,

Congress and other agencies and regulators. The people we are reporting are violating RICO, anti-trust, FEC and other federal laws.

We write today on behalf of a diverse group of manufacturers and suppliers who have been harmed and blockaded by U.S. Department of Energy and White House officials in order to promote their insider profiteering schemes. We, and millions of voting citizens, are committed to working toward a net-zero carbon transportation future that includes a shift to electric-drive vehicles., who were also harmed.

This shared vision has brought the auto, energy and political industries in the United States to a transformation moment, one that could shape a cleaner future and redefine motor vehicle transportation for generations to come if the issues of the past are resolved prior to the attempt to drive to the future.

For the U.S. to be a leader in this transformation, we must work collaboratively to develop a comprehensive national vision and strategy. This is not just about the future of the auto industry in the U.S., it is about the nation's global competitiveness, economic security, and the transition of the U.S. workforce.

Nations that lead the development and adoption of innovative technologies will also shape supply chains and job creation, define global standards and, potentially, reshape the international marketplace. However, neither the current trajectory of consumer adoption of EVs, nor existing levels of federal support for supply- and demand-side policies, is sufficient to meet the goal.

The grand vision and plans of an EV future are impossible to achieve until the Administration resolves the crimes of the past in the same program. Nearly 100 automobile manufacturers and suppliers were induced to apply to the government for funding, particularly to the Department of Energy, from 2008 forward. All of those applicant's that had not paid political bribes were cut out of the program, sabotaged and experienced media attacks sponsored by political financiers. We have all complained to the FBI, SEC, FTC, FEC, and every law enforcement and regulatory agency but find that crony investigators at each agency stone-wall the investigation to protect their buddies. We are sick of the quid pro quo crony organized crime that public officials refuse to terminate.

Hundreds of companies were shut down because of the Department of Energy cronyism and abuses of the public trust. The epic trillion dollar 2021 electric vehicle plans will be halted by lawsuits, investigations, RICO reviews and state-of-the-art forensic tracking of every public official and their oligarch buddies unless you order the Government to resolve the issues with the past Applicant's that had state-sponsored attacks and economic equality blockades operated against them by public officials who chose to **CHEAT RATHER THAN COMPETE in order to profiteer in the stock market.**

Energy Secretary Steven Chu and his staff held stock and business partnerships in Tesla Motors and the

rare earth companies used to make his batteries. The Energy Department has lied about their massive conflicts of interest, covered up hundreds of crony insider manipulations of applications and run Lois Lerner-type reprisal attacks on those who compete with Tesla and their crony buddies. In an exact repeat of the 2008 Solyndra "Stimulus" scam: Energy Secretary Jennifer Granholm owns up to $5 million in the electric battery and vehicle manufacturer President Joe Biden will promote on Tuesday as part of his push for a $1.9 trillion infrastructure bill. Biden's virtual visit to the electric battery producer Proterra comes days after Vice President Kamala Harris paid a visit to Thomas Built Buses, a North Carolina-based school bus company that counts Proterra as its main supplier of electric vehicles. The back-to-back White House visits to Granholm-connected companies risk at least the appearance of impropriety and demonstrate how lawmakers can use policy initiatives to pad their own wallets.

***America can no longer give out taxpayer cash based on who the best friends of crooked Senators are!***

Granholm has taken a leading role in the administration's forthcoming infrastructure package. The president in February tasked her with "identifying risks in the supply chain for high-capacity batteries, including electric-vehicle batteries, and policy recommendations to address these risks." The Department of Energy did not respond to multiple requests for comment.

Granholm joined Proterra's board of directors in March 2017; internet archives list her as a board member as recently as February 19, 2021, shortly before her confirmation on February 25. Her financial disclosures reveal up to $5 million worth of stock options in the green tech company, which went public in January through the special purpose acquisition company ArcLight Clean Transition Corp. Arclight, a NASDAQ-listed company, saw shares shoot up about 55 percent since its September IPO, a spike financial traders attributed directly to the acquisition of Proterra.

Just recently, numerous media sales published reports raising questions about a potential conflict of interest between Secretary of Energy Jennifer Granholm's significant investment in the Electric bus, battery, and loading company Proteterra, Inc. and President Biden's virtual tour of the company on April 20, 2021. I am concerned about these and other potential conflicts of interest between Secretary Granholm's significant investment in Proterra, Inc. and any activities she may have participated directly or indirectly in the Biden administration to promote Electric vehicles (including electric buses), batteries, and infrastructure contracts.

Reason, rules, processes – these are the foundations of a free society, which is why the Silicon Valley Oligarchs are so dead set against them. A citizen needs to be able to rely on clear rules and fixed processes to vindicate his rights in order to have any rights. But the rights of free citizens – your rights – are an obstacle to the little Silicon Stalins who yearn to rule over us. If the big tech controlled politicians can create a society where you can't appeal to facts, evidence, or law, then – until the

peasants' revolt – its California Poobahs can wield undisputed, undiluted authority. That's their dream, a country where you live in terror of them because you can never be sure that what you are doing, or failing to do, is suddenly going to be criminalized, stone-walled and ignored by those who are sworn to uphold the law.

Reason is a bourgeois conceit. The Silicon Valley Cartel has figured out that you can simply deny the existence of law, evidence, and facts. The slobbering media hacks who engage in a perpetual zealot-like media tongue bath of Elon Musk, Larry Page, Mark Zuckerberg, and those kinds of sicko tech overlords, will back them up.

If we can't rely on the law or the evidence, then all citizens are at the mercy of the whims of the sick tech elite. Sure, we did the right thing, and the evidence is indisputable that we did the right thing, but it doesn't matter at all.

The Rule of Law has become the Rule of Power, which the bad guys possess for the moment. They are so arrogant about it that they do not even bother to make a straight-faced argument against the vast evidence against them.

You can't have a society where normal people can't possibly prevail by obeying well-established rules.

This is how our Silicon Valley oppressors like it. But this is not how we like it. Normal people can only take getting stone-walled after "following the rules for reporting a crime" for so long. You cannot have an enduring status quo where one side is firmly bound to rules and obligations while the other gets to make it up as they go along. Eventually, you will inevitably reach a breaking point in society. Then the bad guys are going to miss the rules that they still expect to protect them.

**How the main part of the Department of Energy scheme works:** 1.) Politician buys stock in company "X" and it's suppliers based on insider tip... 2.) Politician rigs government money (ie: via Dept of Energy or HUD) to go to company "X"... 3.) Goldman Sachs & Google promote (pump via illegal stock market manipulation) company "X" stock and skim fee's from the valuation increase...4.) Politician gets profits from the pumped stock value...5.) Politician rigs decision process so that no competitors to Company "X" are allowed to get government funds or resources...6.) Politician gets service's "bills" from lawyers and consultant's that are padded hundreds of times over...7) Politician pays over-charged bills with government funds and lawyers put the extra money in real estate, search engines, sex brothels and other things that Politician can take secret ownership of later on...8.) Company "X" arranges for Universities and corporations to hire Politician for bloated $300,000.00 "speaker fee's" and Netflix revolving door payola "Board Positions" that are really just bribery conduits...9.) Goldman Sachs relay's Politicians extra money to off-shore money laundering outlets... Then they run the whole process all over again with another pumped company...

380

During her nomination process, the Secretary represents Granholm on her public financial Disclosure Report (OGE form 278E), which she signed on December 22, 2020 and what the Designated agency Ethics Officer and the US Office of Government Ethics signed on January 6, 2021, that she:

- Served as board member of Proterra, Inc., for which she received compensation more than $ 5,000 in a year;

- Has up to $ 5 million in established stock options in Proterra, Inc. and

- Has 61.042 Output Options of a "Value Not Easily Fixed" that will establish In December 2021 and expired in December 2024.

Secretary Granholm described in her ethics agreement letter dated 16 January 2021 to the Designated agency ethics official steps she will take "to avoid any real or apparent conflict of interest "as Secretary of Energy. Specifically in respect of Proterra, Inc., Secretary Granholm committed to:

- *Resign from her position as board member of Proterra, Inc. upon confirmation;*

- *Forfeit her undivided shares in Proterra, Inc. upon resignation of her position as Councilor of Proterra, Inc.;*

- *Divest her vested stock options (and resulting stock, if she exercises her vested stock options) in Proterra, Inc. "as soon as practicable but not later than 180 days after [her] confirmation;"*

- *"[N]Jot participate personally and substantially in any particular matter that to [her] knowledge has a direct and predictable effect on the financial interests of Proterra until [she has] divested it, unless [she] first obtain[s] a written waiver, pursuant to 18 U.S.C.§ 208(b)(1), or qualifies] for a regulatory exemption, pursuant to 18 U.S.C. § 208(b)(2) ;"*

and

- "Pursuant to the impartiality regulation at 5 C.F.R. § 2635.502, for a period of one year after [her] resignation from [Proterra], [she] will not participate personally and substantially in any particular matter involving specific parties in which [she] know{s] Proterra is a party or represents a party, unless [she is] first authorized to participate, pursuant to 5 C.F.R. § 2635.502(d)."

In connection with her nomination hearing, Secretary Granholm was asked the following question for the record: "With respect to your affiliation with and financial interest in Proterra Inc., please confirm

in narrative form the practical limitations that the Committee can expect your ethics agreement to impose upon you, especially as those limitations may bear on DOE's programs that promote or otherwise impact or potentially impact electric transportation, including, for example, the Advanced Technology Vehicles Manufacturing (ATVM) Program. For example, can the Committee assume that you will recuse yourself from matters involving the ATVM Program at least until you can carry out the divestment that you have pledged to make of your interests in Proterra? Should I infer, that you will recuse yourself as appropriate from matters involving electric transportation at least until such time as you divest your interests in Proterra?" Secretary Granholm responded with the following commitment:

- *"If confirmed, I will recuse myself from all particular matters that to my knowledge have a direct and predictable effect on the financial interests of Proterra until I have completed the divestiture."*

In connection with her nomination hearing, Secretary Granholm was given the following question for the record: "You have disclosed that you are currently a Member of the Board of Proterra, Inc., a company that is active in the fields of electric transportation and electric storage. In the last week, Proterra has announced its intention to become publicly listed through a merger with ArcLight Clean Transition Corp. (ArcLight), a special purpose acquisition company (SPAC). It is expected that the company will be valued at $1.6 billion. Please describe your involvement in the announced merger. Assuming the merger is completed, will you recuse yourself from DOE activities that may bear on or involve ArcLight? To what extent, if any, did President Biden's intention to nominate you as Secretary of Energy impact your participation as a member of Proterra's Board, including its announced merger with ArcLight? Was your nomination discussed at any board meeting or with any members associated with Proterra?" Secretary Granholm responded with the following commitment:

- *"If confirmed, I will recuse myself from all particular matters involving specific parties in which ArcLight is a party or represents a party for two years from the date of my appointment, as required by regulation and the Biden-Harris Administration Ethics Pledge. In December, after being nominated, I informed the General Counsel and President of Proterra that I would resign if confirmed."*

In connection with her nomination process, Secretary Granholm submitted a U.S. Senate Committee on Energy and Natural Resources (Committee) Statement for Completion by Presidential Nominees (Committee Questionnaire), which she signed on January 21, 2021. She responded "Yes" to the following question: "Have you taken appropriate action to avoid any conflict of interest or any appearance of a conflict of interest?" She responded "Please see my ethics agreement letter which describes the steps that will be taken to address any conflicts of interest or appearances of a conflict of interest" to the following question: "To the best of your knowledge, do any of your investments, personal holdings, or other interests present a conflict of interest or an appearance of a conflict of interest?" She responded "Yes" to the following question: "If confirmed, will you adhere to the Committee's recusal policy?" (She reaffirmed her commitment to adhere to the Committee's recusal

policy in a follow-up letter to Senator Lisa Murkowski, then-Chairman of the Committee, in a January 25, 2021 letter.) In agreeing to adhere to the Committee's recusal policy, Secretary Granholm committed to:

- *"Abide by the recusal requirements imposed by federal conflict of interest laws and the Standards of Ethical Conduct for Employees of the Executive Branch;"*

- *"Seek the advice of his or her designated agency ethics officer before proceeding whenever faced with a situation that may give rise to any actual or apparent conflict of interest;"* and

- *"Adhere to the principles of ethical conduct and avoid any actions creating the appearance of violating the Standards of Ethical Conduct for Employees of the Executive Branch."*

At her January 27, 2021 nomination hearing, Secretary Granholm responded "There are no conflicts, and I have abided by the Office of Government Ethics' direction" to the following question asked by Senator Joe Manchin, then-Incoming Chairman of the Committee: "Are you aware of any personal holdings, investments, or interests that could constitute a conflict or create an appearance of such conflict should you be confirmed and assume the office which you have been nominated by the President?"

As an appointee in the Biden Administration, Secretary Granholm was required to sign and, upon signing, be contractually bound by, an ethics pledge pursuant to the Executive Order on Ethics Commitments by Executive Branch Personnel issued by President Biden on January 20, 2021 that required her to commit to, among other things:

- "[D]ecision-making on the merits and exclusively in the public interest, without regard to private gain or personal benefit;"- "[N]Jot for a period of 2 years from the date of [her] appointment participate in any particular matter involving specific parties that is directly and substantially related to [her] former employer or former clients, including regulations and contracts."

**Activities that show conflicts of interest:**

Secretary Granholm leads the Department of Energy (DOE), which plays a central role in the nation's development of electric vehicles, batteries, and charging infrastructure. During her

nomination process and now on her official biography published on DOE's website, Secretary Granholm has highlighted her extensive background and experience with regard to promoting electric vehicles, batteries, and charging infrastructure. Since her confirmation just two months ago, Secretary Granholm has already personally waged an aggressive, wide-ranging, and tireless public relations campaign to promote electric vehicles, batteries, and charging infrastructure. In her appearances, she has consistently promised enormous federal investment and policy supportfor the electric vehicle marketplace from DOE and the Biden Administration.

Proterra, Inc. is a direct competitor of Department of Energy funding applicant's including Bright Automotive, Zap, Brammo, XP Vehicles, Eco-Motors, Elio, Lordstown Motors and many other companies who have filed conflict-of-interest reports in this matter.

On February 24, 2021, President Biden issued Executive Order 14017, which tasked Secretary Granholm, as incoming Secretary of Energy, with submitting "a report identifying risks in the supply chain for high-capacity batteries, including electric-vehicle batteries, and policy recommendations to address these risks." On March 29, 2021, DOE's Office of Energy Efficiency and Renewable Energy, which Secretary Granholm oversees, issued a Notice of Request for Information on Risks in the High-Capacity Batteries, including Electric Vehicle Batteries Supply Chain.

Secretary Granholm is playing a leading role in promoting President Biden's American Jobs Plan, including with regard to its proposal to spend $174 billion "to win the EV market." Among other things, the proposal provides point of sale rebates and tax incentives to buy electric vehicles. It establishes grant and incentive programs for state and local governments and the private sector to build a national network of 500,000 electric vehicle chargers by 2030.

According to the White House fact sheet, it will "replace 50,000 diesel transit vehicles and electrify at least 20 percent of our yellow school bus fleet through a new Clean Buses for Kids Program at the Environmental Protection Agency, with support from the Department of Energy... These investments will set us on a path to 100 percent clean buses... [It] will utilize the vast tools of federal procurement to electrify the federal fleet, including the United States Postal Service."

At an April 8, 2021 White House Press Briefing hosted by White House Press Secretary Jen Psaki, Secretary Granholm explained her belief that President Biden nominated her to be Secretary of Energy because of her previous efforts as Governor of Michigan to diversify the state's economy by building "car 2.0, which is the electric vehicle — and the guts to that vehicle, the battery." Secretary Granholm stated: "It is a huge distance that we've traveled, and so much of that is thanks to the decision by the federal government to invest in saving the backbone of the manufacturing industry, which was at that point the electric — or the vehicle industry. And the Obama-Biden efforts really made a statement and worked... And so we can do so much more than what we did in Michigan, and this is what the American Jobs Plan is all about."

On April 19, 2021, Vice President Harris toured Thomas Built Buses, a manufacturer of electric school buses, in High Point, North Carolina. The following is prominently displayed on Thomas Built Buses' website: "PROTERRA... Want a partner that can go the distance? Meet Proterra, our partner in production. Designed and manufactured by the best minds in battery engineering, Proterra's lightweight, powerful battery systems have delivered proven performance for millions of real-world miles on transit buses. The battery systems offer unparalleled performance, greater fuel economy and

record-breaking range for heavy-duty vehicles. Thomas Built Buses, Daimler and Proterra are co-creating the next generation of school bus operations. Welcome to tomorrow." The website then links to a document that provides more information about the"product partnership" between Thomas Built Buses and Proterra, Inc. On its website, Proterra, Inc. also extensively celebrates and promotes its partnership with Thomas Built Buses.

At a 2021 meeting of DNC investor Kleiner Perkins, it was said of Ms. Granholm: "She's ours and she will point it all at our investments". This makes it seem as if Ms. Granholm and Silicon Valley Palo Alto venture capital firms are "in bed together" as Steven CVhu was, and is, with those firms.

On April 20, 2021, President Biden virtually toured Proterra, Inc.'s electric bus and battery manufacturing plant in Greenville, South Carolina. According to White House Press Secretary Jen Psaki during the White House Press Briefing that day: "the President will make three stops around the manufacturing plant and speak to employees about different aspects of the company's work, including battery installation, body assembly, and final inspection of the buses." Ms. Psaki continued: "The American Jobs Plan includes a total of $45 billion to accelerate the adoption of zero-emission transit buses and school buses to achieve the President's goal for all U.S.-made buses to be zero-emissions by 2030. This includes $25 billion for zero-emissions transit vehicles and $20 billion for electric school buses." Proterra, Inc. features President Biden's virtual tour on its website. We stated that the Proterra situation mirrors the Solyndra situation in shockingly similar ways and people.

Our Request for Review by DOE'S Office of Inspector General. A public response is requested:

According to various media reports, the White House has confirmed that Secretary Granholm still holds up to a $5 million investment in Proterra, Inc. A White House official was cited as confirming that she has "sold some stock, but has not offloaded any of her Proterra shares." A White House official was cited as stating that she is "in the process of selling off all stock in the company" and will have it sold "within the 180-day window permitted by the ethics agreement." A White House official was cited as explaining, "Neither Secretary Granholm nor the Department of Energy were involved in selecting the Proterra plant." DOE, which Secretary Granholm oversees, reportedly did not respond to multiple requests for comment.

Most parties are concerned that activities Secretary Granholm may have been directly or indirectly engaged in within the Biden Administration to promote electric vehicles (including electric buses), batteries, and charging infrastructure may have violated general commitments she made during her nomination process and as she entered the Biden Administration "to avoid any actual or apparent conflict of interest;" to "avoid any actions creating the appearance of violating the Standards of Ethical Conduct for Employees of the Executive Branch;" and to conduct "decision-making on the merits and exclusively in the public interest, without regard to private gain or personal benefit." I am furthermore

385

concerned that Secretary Granholm may have violated specific commitments she made, including commitments to:

- *"[N]ot participate personally and substantially in any particular matter that to [her] knowledge has a direct and predictable effect on the financial interests of Proterra until [she has] divested it;"*

- *"[N]ot participate personally and substantially in any particular matter involving specific parties in which [she] know[s] Proterra is a party or represents a party, unless [she is] first authorized to participate;"*

- *"[R]ecuse [herself] from all particular matters involving specific parties in which ArcLight is a party or represents a party for two years from the date of [her] appointment, as required by regulation and the Biden-Harris Administration Ethics Pledge;"*

- *"[N]ot for a period of 2 years from the date of [her] appointment participate in any particular matter involving specific parties that is directly and substantially related to {her} former employer or former clients, including regulations and contracts,"* pursuant to her Biden Administration ethics pledge.

Proterra, Inc. is a leading manufacturer of electric buses, batteries, and charging stations — and has been described as such by officials within the Biden Administration. Given that status, the up to $5 million in value of investment that Secretary Granholm continues to hold in Proterra, Inc. is positioned to increase in light of her personal and substantial involvement in an aggressive, wide-ranging, and tireless public relations campaign to promote electric vehicles, batteries, and charging infrastructure; her leadership in promoting President Biden's American Jobs Plan, including its proposal to spend $174 billion "to win the EV market" (and, as a subset, to spend $20 billion to support the electric school bus market); and her potential direct or indirect involvement in Vice President Harris' tour of Thomas Built Buses and President Biden's virtual tour of Proterra, Inc.

In light of concerns about a potential conflict of interest associated with Secretary Granholm's significant investment in the electric bus, battery, and charging company Proterra, Inc. that have been highlighted in various media reports and outlined in my letter, I request that DOE's Office of Inspector General promptly initiate a review of Secretary Granholm's ethical, regulatory, and statutory obligations; her relationship with Proterra, Inc. (and with any associated entities, such as Thomas Built Buses and ArcLight); and her or her staffs" participation in or promotion of  ctivities by the Biden Administration to advocate for electric vehicles (including electric buses), batteries, and charging infrastructure. I ask that your office determine the facts surrounding any potential conflicts of interest in connection with this matter, including with regard to the following questions:

- Upon confirmation, did Secretary Granholm resign from her position as Board Member of Proterra,

Inc.? Please answer the question in the same respect as it applies to Secretary of Energy Steven Chu and his relations with Tesla Motors, Battery makers and lithium, indium and cobalt mining companies and battery processing companies. Please provide full and complete details.

- If Secretary Granholm resigned from her position as Board Member of Proterra, Inc., did she forfeit any of her unvested stock options in Proterra, Inc. upon resignation of her position as Board Member of Proterra, Inc.? Please answer the question in the same respect as it applies to Secretary of Energy Steven Chu and his relations with Tesla Motors, Battery makers and lithium, indium and cobalt mining companies and battery processing companies. If so, on what date(s), and in what amount(s) and value(s)? Please provide full and complete details.

- Does Secretary Granholm continue to hold any of her unvested stock options in Proterra, Inc.? If so, what amount and value? If so, what are the facts and circumstances surrounding her decision to delay her forfeiture? If so, have there been and do there continue to be any impediments to her ability to forfeit her unvested stock options more than two months after her confirmation?Please answer the question in the same respect as it applies to Secretary of Energy Steven Chu and his relations with Tesla Motors, Battery makers and lithium, indium and cobalt mining companies and battery processing companies. Please provide full and complete details.

- Has Secretary Granholm divested any of her vested stock options (and resulting stock, if she has exercised any of her vested stock options) in Proterra, Inc.? Please answer the question in the same respect as it applies to Secretary of Energy Steven Chu and his relations with Tesla Motors, Battery makers and lithium, indium and cobalt mining companies and battery processing companies. If so, on what date(s), and in what amount(s) and value(s)? Please provide full and complete details.

- Does Secretary Granholm continue to hold any of her vested stock options in Proterra, Inc.? If so, what amount and value? If so, what are the facts and circumstances surrounding her decision to delay her divestment? If so, have there been and do there continue to be any impediments to her ability to divest "as soon as practicable" more than two months after her confirmation? Please answer the question in the same respect as it applies to Secretary of Energy Steven Chu and his relations with Tesla Motors, Battery makers and lithium, indium and cobalt mining companies and battery processing companies. Please provide full and complete details.

- Does Secretary Granholm hold any financial interest in ArcLight? If so, in what form, and what amount and value? Please answer the question in the same respect as it applies to Secretary of Energy Steven Chu and his relations with Tesla Motors, Battery makers and lithium, indium and cobalt mining companies and battery processing companies. Please provide full and complete details.

- Did Secretary Granholm directly or indirectly participate in proposing, planning, or otherwise

387

facilitating Vice President Harris' tour of Thomas Built Buses, a manufacturer of electric school buses, in High Point, North Carolina? Please answer the question in the same respect as it applies to Secretary of Energy Steven Chu and his relations with Tesla Motors, Battery makers and lithium, indium and cobalt mining companies and battery processing companies. Please provide full and complete details.

- Did Secretary Granholm directly or indirectly participate in proposing, planning, or otherwise facilitating President Biden's virtual visit of Proterra, Inc.'s electric bus and battery manufacturing plant in Greenville, South Carolina?Please answer the question in the same respect as it applies to Secretary of Energy Steven Chu, Barack Obama and his relations with Tesla Motors, Battery makers and lithium, indium and cobalt mining companies and battery processing companies. Please provide full and complete details.

- Did any other DOE employee directly or indirectly participate in proposing, planning, or otherwise facilitating Vice President Harris' tour of Thomas Built Buses, a manufacturer of electric school buses, in High Point, North Carolina? Please answer the question in the same respect as it applies to Secretary of Energy Steven Chu and his relations with Tesla Motors, Battery makers and lithium, indium and cobalt mining companies and battery processing companies. Please provide full and complete details.

- Did any other DOE employee directly or indirectly participate in proposing, planning, or otherwise facilitating President Biden's virtual visit of Proterra, Inc.'s electric bus and battery manufacturing plant in Greenville, South Carolina? Please answer the question in the same respect as it applies to Secretary of Energy Steven Chu and his relations with Tesla Motors, Battery makers and lithium, indium and cobalt mining companies and battery processing companies. Please provide full and complete details.

- Has Secretary Granholm or Secretary Steven Chu directly or indirectly participated in proposing, planning, developing, drafting, promoting, facilitating or organizing attacks on competitors or whistle-blowers operated at their behest by deadly economic and character assassination hit job attack services from IN-Q-Tel, Gawker Media,Jalopnik, Gizmodo Media, K2 Intelligence, WikiStrat, Podesta Group, Fusion GPS, Google, YouTube, Alphabet, Facebook, Twitter, Think Progress, Media Matters, BlackCube, Mossad, Correct The Record, Stratfor, ShareBlue, Wikileaks, Cambridge Analytica, etc; the owners of whom have been proven to have accepted compensation for such hatchet job services.

- Has Secretary Granholm directly or indirectly participated in proposing, planning, developing, drafting, promoting, facilitating, or otherwise advocating for electric vehicles (including electric buses), batteries, and charging infrastructure that would benefit Proterra, Inc. or any of her other holdings? Please answer the question in the same respect as it applies to Secretary of Energy Steven Chu and his relations with Tesla Motors, Battery makers and lithium, indium and cobalt mining companies and battery processing companies. Please provide full and complete details.

- Has Secretary Granholm directly or indirectly participated in proposing, planning, developing,

drafting, promoting, facilitating, or otherwise advocating for electric vehicles (including electric buses), batteries, and charging infrastructure? Please answer the question in the same respect as it applies to Secretary of Energy Steven Chu and his relations with Tesla Motors, Battery makers and lithium, indium and cobalt mining companies and battery processing companies. Please provide full and complete details.

- Has Secretary Granholm directly or indirectly participated in proposing, planning, developing, drafting, promoting, facilitating, or otherwise advocating for President Biden's American Jobs Plan? Please answer the question in the same respect as it applies to Secretary of Energy Steven Chu and his relations with Tesla Motors, Battery makers and lithium, indium and cobalt mining companies and battery processing companies. Please provide full and complete details.

- Has Secretary Granholm directly or indirectly participated in proposing, planning, developing, drafting, promoting, facilitating, or otherwise advocating for the $174 billion investment in electric vehicles proposed as part of President Biden's American Jobs Plan? Please answer the question in the same respect as it applies to Secretary of Energy Steven Chu, Barack Obama and his relations with Tesla Motors, Battery makers and lithium, indium and cobalt mining companies and battery processing companies. Please provide full and complete details.

- Has Secretary Granholm directly or indirectly participated in proposing, planning, developing, drafting, promoting, facilitating, or otherwise advocating for the $20 billion investment in electric buses proposed as part of President Biden's American Jobs Plan? Please answer the question in the same respect as it applies to Secretary of Energy Steven Chu, Barack Obama and his relations with Tesla Motors, Battery makers and lithium, indium and cobalt mining companies and battery processing companies. Please provide full and complete details.

- Has Secretary Granholm directly or indirectly communicated with any Biden Administration official at any time about Proterra, Inc., Thomas Built Buses, or electric buses? Please answer the question in the same respect as it applies to Secretary of Energy Steven Chu, Barack Obama and his relations with Tesla Motors, Battery makers and lithium, indium and cobalt mining companies and battery processing companies.

We have been damaged by the actions of the Department of Energy which show a consistent pattern of organized crony corruption and crime. We demand the following offsets from The Department of Energy:

*- We Plaintiffs' demand Government-provided legal counsel, a jury trial and compensation for damages, expenses, back-salaries and monies owed. To be paid by the Defendants. Plaintiffs' demand payment from the U.S. government and the State of California for their damages, fees,*

*back-pay and state-caused losses from this political corruption and the related cover-ups and proven hit-jobs that government officials operated. These politicians invited Plaintiffs' into their scam project and then defrauded Plaintiffs' out of their life savings through their organized crime activity which used government resources.*

*- We Plaintiffs' demand an end to the use of SSA, HUD, DOE, IRS and other government agencies for political reprisal vendettas and demand full retroactive payments of all stalled benefits, rights and resources that were with-held to punish Plaintiffs' for whistle-blowing.*

*- We Plaintiffs' demand the arrest and prosecution of the attackers. The attackers have been identified, by name, to the FBI, DOJ, (Because the crimes cross state lines) FTC, SEC, and other enforcement entities. We have also provided their names (Including Nicholas Denton, Adrian Covert, John Hermann, Patrick George, Gabriel Darbyshire, John Podesta, Steve Jurvetson, Larry Page, etc.)  to the CIA, NSA, Interpol, DIA and related international agencies because the crimes involve international trafficking, money-laundering, tax evasion, bribery and related criminality. We have demanded that those agencies investigate, place under surveillance, interview and forensically trace each attacker back to the command-and-control top-level financier of their attacks. The evidence in the identification of the attackers compensation providers contains absolute proof of the RICO and Anti-Trust law violating Cartel operations. Nobody else in the world suffered these attacks, by these attackers, who were all financed by, and in partnership with, the same entity. Those forensic connections, from attackers-to-their bosses, expose all of the criminals in the Cartel!*

*- We Plaintiffs' demand a class-action lawsuit filing,by the Department of Justice, on Plaintiffs' behalf per the violation of Plaintiffs' human rights and Constitutional rights.*

*- We Plaintiffs' demand an end to the cover-ups and stone-walling*

Thank you in advance for initiating a DOE Office of Inspector General review of an organized  conflict of interest regarding Secretary Granholm's significant investment in the electric bus, battery, and charging company Proterra, Inc. and the past Secretary of Energy's (especially Steven Chu's) schemes to quid pro quo the office of The Secretary of Energy for stock market payola. We look forward to your prompt response.

Thank you,

The Victim's Alliance Group

BCC: FBI, DOJ, OSC, SEC. FTC, Congress, FinCEN

**Energy Secretary Steven Chu** and his staff held stock and business partnerships in Tesla Motors and the rare earth companies used to make his batteries. The Energy Department has lied about their massive conflicts of interest, covered up hundreds of crony insider manipulations of applications and run Lois Lerner-type reprisal attacks on those who compete with Tesla and their crony buddies. In an exact repeat of the 2008 Solyndra "Stimulus" scam: **Energy Secretary Jennifer Granholm** owns up to $5 million in the electric battery and vehicle manufacturer President Joe Biden will promote on Tuesday as part of his push for a $1.9 trillion infrastructure bill. Biden's virtual visit to the electric battery producer Proterra comes days after **Vice President Kamala Harris** paid a visit to Thomas Built Buses, a North Carolina-based school bus company that counts **Proterra** as its main supplier of electric vehicles. The back-to-back White House visits to Granholm-connected companies risk at least the appearance of impropriety and demonstrate how lawmakers can use policy initiatives to pad their own wallets.

America can no longer give out taxpayer cash based on who the best friends of crooked Senators are!

Granholm has taken a leading role in the administration's forthcoming infrastructure package. The president in February tasked her with "identifying risks in the supply chain for high-capacity batteries, including electric-vehicle batteries, and policy recommendations to address these risks." The Department of Energy did not respond to multiple requests for comment.

Granholm joined Proterra's board of directors in March 2017; internet archives list her as a board member as recently as February 19, 2021, shortly before her confirmation on February 25. Her financial disclosures reveal up to $5 million worth of stock options in the green tech company, which went public in January through the special purpose acquisition company ArcLight Clean Transition Corp. Arclight, a NASDAQ-listed company, saw shares shoot up about 55 percent since its September IPO, a spike financial traders attributed directly to the acquisition of Proterra.

| 10 | Proterra, Inc., vested stock options | N/A | $1,000,001 - $5,000,000 | None (or less than $201) |
|---|---|---|---|---|
| 11 | Proterra, Inc., stock options (value not readily ascertainable): 38,542 unvested shares, strike price $5.35, vest 12/2021, exp. 12/2024 | N/A | | None (or less than $201) |
| 12 | Proterra, Inc., stock options (value not readily ascertainable): 22,500 unvested shares, strike price $4.26, vest 12/2021, exp. 12.2024 | N/A | | None (or less than $201) |

In a January 16 letter to the designated agency ethics official, Granholm vowed to step down from the board and sell her stock in the company, as well as the steps she will take "to avoid any actual or apparent conflict of interest." The former Michigan governor has sold some stock,  but has not offloaded any of her Proterra shares, according to a White House official. Granholm's stake in Proterra represents her largest financial asset outside of a house in Oakland, Calif., that she values as between $1 and 5 million, according to her financial disclosures. The White House confirmed that Granholm still holds stock in Proterra, but said she played no role in planning the president's visit. Proterra was

selected for today's virtual visit because it is the leading U.S. manufacturer of electric buses, employing 600 workers at its South Carolina and California plants," a White House official told the Washington Free Beacon. "Neither Secretary Granholm nor the Department of Energy were involved in selecting the Proterra plant."

In a February 24 executive order, Biden placed Granholm in charge of "identifying risks in the supply chain for high-capacity batteries, including electric-vehicle batteries, and policy recommendations to address these risks." One of Proterra's key products is electric-vehicle batteries. Proterra's website boasts that "our flexible design enables Proterra® EV batteries to be the best choice for commercial vehicles ranging from transit buses and trucks to delivery vehicles, construction equipment, and more." Nearly 85 percent of Proterra employee campaign contributions went to Democrats, including Joe Biden, according to the Center for Responsive Politics."You can't win", but that's all part of the politicians crooked plan. These crimes involve well-known public officials and pervert Silicon Valley billionaires who are trying to cover these crimes up. We won't let them get away with this corruption, though! Here is over a million pages of evidence and hours of video against them! Nicholas and Joby Pritzker—members of Illinois Democratic governor J.B. Pritzker's megadonor family—own nearly 12 million shares of ArcLight through their venture capital fund, Tao Capital. ArcLight in January announced a $1.6 billion merger with Proterra, which will see the electric vehicle manufacturer go public in 2021. Granholm served on Proterra's board for nearly four years and still holds up to $5 million in company stock.

National Economic Council director Brian Deese is also tied to Proterra through BlackRock, the investment giant where he worked as global head of sustainable investing before joining the Biden administration. BlackRock is one of several investment firms that pumped a combined $415 million into the Proterra merger, and Deese reported holding more than $2.4 million in BlackRock vested restricted stock in his February financial disclosure. These investors are posed for steep gains, as ArcLight's stock price has surged 50 percent—from $11.90 to $18 per share—since January.

The revelations come as congressional Republicans demand investigations into potential conflicts of interest between the Biden administration and Proterra, which could receive billions in taxpayer funds through a proposed infrastructure package. Rep. Ralph Norman (R., S.C.), who serves as ranking member on the environment subcommittee of the House Committee on Oversight and Reform, told the *Free Beacon* that "the American people deserve to understand the full extent of Secretary Granholm's involvement with Proterra." "Her position of roughly $5 million in the electric car company Proterra is another unfortunate example of politicians using their position for personal gain," Norman said. "Due to the President's recent unveiling of a $2 trillion infrastructure package, this matter should be investigated thoroughly." Deese in April virtually toured Proterra's South Carolina factory with President Joe Biden, touting a proposed $45 billion government investment in "clean, zero-

emissions buses" such as those produced by Proterra. Just days later, the Biden administration again amplified the bus company, hosting Proterra CEO Jack Allen at its Leaders Summit on Climate. Administration officials repeatedly praised Proterra at the event, and Allen responded by thanking the White House for its "longstanding support of electric transit buses and zero emission transportation."

"Proterra manufactures half of the U.S.'s electric bus market, which is pretty amazing," Biden national climate adviser Gina McCarthy said at the event. "And as you know, funding for electric school buses is a priority in the American Jobs Plan." McCarthy went on to ask Allen "what role" the federal government can play in "spurring the demand for zero emission electric vehicles, including school buses." Granholm also spoke at the summit. The White House did not return a request for comment on Deese's BlackRock holdings as well as the director's role in planning events with Proterra. As a top BlackRock executive, ***Deese led an investment team tasked with identifying "sustainable" investment opportunities,*** according to his online bio. A BlackRock spokesperson said Deese "was not involved" with the Proterra investment. The Pritzkers, meanwhile, will own between 6 and 7 percent of Proterra once the company goes public, SEC documents filed by ArcLight reveal. Nicholas Pritzker is one of two Tao Capital executives with "sole voting and dispositive power" over the Proterra shares. The investment firm, which did not return a request for comment, first backed Proterra through a $10 million stake in 2014. Granholm joined the bus company's board three years later. During her tenure, Tao Capital co-led another $155 million investment in Proterra. "We at Tao are proud to support Proterra in its mission to bring forth a clean, electric transportation ecosystem," Nicholas Pritzker said in 2018. The firm's website touts the likes of Proterra, Tesla, and Bird as part of its "Alternative transportation" portfolio.

Page 395  EXHIBIT 94 – Case # 22-cv-1107-TSH, Norcal 9th District

| Name and Address of Beneficial Owners[1] | Prior to Business Combination[2] | | After Business Combination | | | |
|---|---|---|---|---|---|---|
| | | | Assuming No Redemptions[3] | | Assuming Maximum Redemptions[4] | |
| | Number of Shares | % | Number of Shares | % | Number of Shares | % |
| *Directors and officers prior to the Business Combination:* | | | | | | |
| Arno Harris[5] | 35,000 | * | 35,000 | * | 35,000 | * |
| Brian Goncher | 35,000 | * | 35,000 | * | 35,000 | * |
| Christine M. Miller | — | — | — | — | — | — |
| Daniel R. Revers[6] | 6,797,500 | 19.6% | 7,397,500 | 3.7% | 7,397,500 | 4.4% |
| Ja-Chin Audrey Lee[5] | 35,000 | * | 35,000 | * | 35,000 | * |
| John F. Erhard | — | — | — | — | — | — |
| Kerrick S. Knauth | — | — | — | — | — | — |
| Marco F. Gatti | — | — | — | — | — | — |
| Steven Berkenfeld | 35,000 | * | 35,000 | * | 35,000 | * |
| *All directors and officers prior to the Business Combination (nine persons)* | 6,937,500 | 20.0% | 7,537,500 | 3.8% | 7,537,500 | 4.4% |
| | | | | | | |
| *Directors and officers after the Business Combination:* | | | | | | |
| Amy E. Ard[7] | — | — | 854,847 | * | 854,847 | * |
| Brook F. Porter[8] | — | — | 2,513,757 | 1.3% | 2,513,757 | 1.5% |
| Constance E. Skidmore[9] | — | — | 121,137 | * | 121,137 | * |
| Gareth T. Joyce | — | — | — | — | — | — |
| Jeannine P. Sargent[10] | — | — | 142,056 | * | 142,056 | * |
| Jochen M. Goetz[11] | — | — | 9,408,185 | 4.8% | 9,408,185 | 5.5% |
| John F. Erhard | — | — | — | — | — | — |
| John J. Allen[12] | — | — | 1,981,581 | * | 1,981,581 | 1.2% |
| Michael D. Smith[13] | — | — | 146,239 | * | 146,239 | * |
| Ryan C. Popple[14] | — | — | 3,864,454 | 2.0% | 3,864,454 | 2.3% |
| *All directors and officers after the Business Combination as a group (12 persons)* | — | — | 20,807,759 | 10.5% | 20,807,759 | 12.2% |
| | | | | | | |
| *Five Percent Holders:* | | | | | | |
| ArcLight CTC Holdings, L.P.[15] | 6,797,500 | 19.6% | 6,797,500 | 3.4% | 6,797,500 | 4.0% |
| ArcLight CTC Investors, LLC[16] | — | — | 600,000 | * | 600,000 | * |
| Adage Capital Partners, L.P. and affiliates[17] | 2,250,000 | 6.5% | 2,250,000 | 1.1% | — | — |
| Daimler Trucks & Buses US Holding Inc.[18] | — | — | 9,408,185 | 4.8% | 9,408,185 | 5.5% |
| Certain funds and accounts advised by Franklin Advisers, Inc[19] | 5,116,002 | — | 23,065,620 | 11.7% | 17,949,618 | 10.5% |
| KPCB Holdings, Inc., as nominee[20] | — | — | 15,875,811 | 8.0% | 15,875,811 | 9.3% |
| Entities affiliated with Tao Capital Partners, LLC[21] | — | — | 11,908,642 | 6.0% | 11,908,642 | 7.0% |

Nicholas Pritzker and his wife Susan are prolific donors to Democratic candidates and causes. In the 2020 cycle alone, Susan Pritzker—a Tao Capital director—was the 95th largest donor in America. She contributed more than $3 million to Democrats in disclosed money, according to the Center for Responsive Politics. Nicholas Pritzker has given at least $1.9 million to Democrats in direct contributions, including maximum contributions to Biden's campaign and victory fund, FEC filings show. The government should not enable crony insiders while sabotaging their enemies using government money.

This is our federal corruption case evidence overview and our demand for justice!

**_WHO:_**

**_Defendants are a_ RICO law _and_ anti-trust law violating Cartel _including White House executives, The Department of Energy, Corrupt Senators_ who got tech stocks as bribe payments _and their Silicon Valley oligarch sex-trafficking, tax-evading, money-laundering, RICO-violating, Senator-bribing, media-manipulating, stock market-manipulating, colluding, blogger assassin-hiring, cartel-operating, election-rigging financiers._**

WHAT:

**_An organized crime involving Government officials who defrauded the Plaintiffs' and taxpayers out of millions of dollars via illegal crony-corruption, insider-trading, stock market scams. Defendants operated revenge attacks on the Plaintiffs' when the Plaintiffs' told the FBI, Congress and FTC about the crimes. Defendants refuse to allow a jury trial and have blockaded Plaintiffs' legal rights. White House sponsored reprisal attacks used government agencies and taxpayer resources. Defendants refuse to pay earned benefits and compensation in vendetta for getting their corruption exposed. The investment bank account transactions, their leaked emails and their covert payments prove the charges._**

WHEN:

From 2005 up to today.

**_WHERE:_**

In California, Washington DC and across the nation

HOW:

**_How we are defeating them: We have filed criminal referrals, investigation documents and arrest demands with every known law enforcement, regulatory, Congressional and public enforcement agency. We have copied those revelation documents to every investigative reporter and social media_**

*site. We have directly distributed those documents to each citizen via mass social media technologies. We have sued The Secretary of Energy and their staff for operating criminal cover-ups. We have helped books and feature-length documentary films get produced exposing the corruption. We have exposed each, and every, attacker and public official who is running these cover-ups and stone-wall campaigns. We have created open-source AI software that tracks the Dark Money and bribes of every public official and tech oligarch involved. We have produced one of the largest "insurance policy" disclosure file sets in history in case more of us are killed. We have created public dossiers on each of the culprits that any crowd-sourced member of the public can add to as new data is uncovered on each crook and their dirty money. We have tracked all of their personal assets, stock market holdings, covert trusts and shell companies and off-shore money-laundering back to each politician. We have given each public official 60 hours to either: 1.) respond to our formal inquiries or 2.) get exposed.*

*If you don't like to read, see the whole story in pictures at: http://www.the-truth-about-the-dept-of-energy.com*

# The Bribes Are Being Paid With Covert Stock Market Assets!

Dianne Feinstein and her family are business partners with Elon Musk and Feinstein put's hit jobs on Musk's competitors like ZAP Autos, Bright Automotive, XP Vehicles, Elio Motors, Lordstown Motors, Lucid and others. A nonprofit group run by a former top aide for Democratic Sen. Dianne Feinstein and funded in part by left-wing philanthropist George Soros spent the post-2016 era funneling millions of dollars to British ex-spy Christopher Steele's company and the opposition research firm Fusion GPS, helping the groups continue their Russia-related research despite the discrediting of the dossier. To be clear: *DIANNE FEINSTEIN and Nancy Pelosi contract media assassins to destroy people and companies that compete with them.*

Daniel Jones, lead author of the Senate Intelligence Committee's report on the CIA's interrogation program, founded the Democracy Integrity Project in January 2017. Tax records show he funded Steele, Fusion, and others involved with Russia-related inquiries, keeping a web of groups working and donor money flowing to the tune of millions. The new filings contend that "the purpose of the Democracy Integrity Project is to promote democracy in the United States and around the world."

Tax records from the Democracy Integrity Project filed in November 2020 and made public in April show the Jones organization sent $1,222,714 in 2019 for "research consulting" to Bean LLC, the parent company for Fusion GPS, co-founded by former *Wall Street Journal* reporters Glenn Simpson and Peter Fritsch, and $700,000 for "research consulting" in 2019 to Walsingham Partners, which,

according to business records, is co-owned by Steele and his business partner, Christopher Burrows.

The newly revealed IRS 990 form for 2019, the most recent year available, joins records from 2018 and 2017, showing Jones sent $959,613 to Fusion GPS in 2018 and $3,323,924 in 2017 for a total of $5,506,251, along with sending Steele's company $197,608 in 2018 and $251,689 in 2017 for a total of $1,149,297.

Steele put his research together at the behest of Fusion GPS, funded by Hillary Clinton's presidential campaign and the Democratic National Committee through the Perkins Coie law firm. According to Simpson, Fusion was paid $50,000 per month from Perkins, and Marc Elias, head of the Perkins political law group and Clinton's campaign counsel, hired Fusion, which paid Steele $168,000. Department of Justice Inspector General Michael Horowitz released a report in 2019 concluding Steele's dossier played a "central and essential" role in the FBI's effort to wiretap Carter Page, a 2016 Trump campaign adviser who was never charged with a crime. The DOJ watchdog criticized the bureau for 17 "significant errors and omissions." Declassified footnotes from Horowitz's report indicate the bureau became aware that Steele's dossier may have been compromised by Russian disinformation.Jones also runs the Penn Quarter Group as well as Advance Democracy, controlled by the Democracy Integrity Project. The Democracy Integrity Project's tax filings said the group spent $1,511,687 on "research" in 2019 and the same amount on "analysis and reporting" that year. It received $3,423,600 in contributions in 2019, $2,563,085 in 2018, and $7,005,649 in 2017 — totaling just under $13 million. Jones, president of the Democracy Integrity Project, received compensation of $373,937 in 2019, $309,921 in 2018, and $381,263 in 2017. The group helped funnel money to other groups too.

It provided $264,826 in 2019, $202,031 in 2018, and $149,544 in 2017 to Istok Associates. Neil Barnett is listed as director of the London-based group, which his bio describes as "a corporate intelligence and investigations consultancy." Barnett penned a November 2017 article for the *American Interest* on "Russia's Brexit Subversion" in which he contended that "Britain's gravest secret" was that "Russia interfered in the Brexit referendum." The Free Russia Foundation report titled "Misrule of Law: How the Kremlin Uses Western Institutions to Undermine the West" was partly authored by Barnett. Among many things, the report laid out how Russian lawyer Natalia Veselnitskaya worked with Fusion GPS to go after Putin foe Bill Browder in 2016.

The DOJ alleged Russia-owned real estate company Prevezon Holdings laundered fraudulent money, and the company later settled with the DOJ for $5.9 million. Veselnitskaya hired BakerHostetler to help Prevezon in court, and the firm hired Fusion. The DOJ later unsealed an indictment against Veselnitskaya, alleging she obstructed justice through secret collaboration with Russia.

Jones also sent $283,000 in 2019, $166,633 in 2018, and $127,915 in 2017 to Edward Austin, co-

founded by Edward Baumgartner, whose LinkedIn describes it as "a UK-based research and business intelligence consultancy specialising in the former Soviet Union." Simpson's Senate Judiciary Committee testimony said Baumgartner is a Russian speaker and subcontractor for Fusion, including the Prevezon case. Baumgartner told *Business Insider* in January 2018 that Fusion hired him to "interface" with Veselnitskaya and they worked "very closely together" on the Prevezon case. "I was never made aware of Chris Steele's work or the dossier," he claimed.

The Zuckerman Spaeder law firm, which represented Fusion in Steele dossier-related litigation, received $148,231 from the Democracy Integrity Project in 2017.
The Democracy Integrity Project also sent $180,000 in 2019 and $230,000 in 2018 to Popily, also known as New Knowledge, now called Yonder. New Knowledge released a report in December 2018 on "The Tactics & Tropes of the Internet Research Agency" at the request of the Senate Intelligence Committee, which gave New Knowledge access to "an expansive data set of social media posts and metadata."

New Knowledge and the Democracy Integrity Project collaborated on a November 2018 report titled "Tracking Information Warfare in the 2018 U.S. Midterm Elections."
The *New York Times* revealed in December 2018 that "as Russia's online election machinations came to light last year, a group of Democratic tech experts decided to try out similarly deceptive tactics in the fiercely contested Alabama Senate race" between Roy Moore and Doug Jones. The outlet said an internal New Knowledge report said that "we orchestrated an elaborate 'false flag' operation that planted the idea that the Moore campaign was amplified on social media by a Russian botnet."

Soros gave at least $1 million to the Democracy Integrity Project, the *New York Times* reported in 2018.
The *Daily Caller* reported that the left-wing Fund for a Better Future provided $2,065,000 to the Jones group in 2017, according to tax records. Further filings show the Fund for a Better Future gave the Democracy Integrity Project another $980,000 in 2018 and $171,500 in 2019.
Separately, the *Daily Caller* obtained texts in 2018 between Jones and Russian oligarch Oleg Deripaska's Washington, D.C.-based lawyer, Adam Waldman, including one in which Jones told Waldman in March 2017 that "our team helped with this" in reference to a *Reuters* article that "found that at least 63 individuals with Russian passports or addresses have bought at least $98.4 million worth of property in seven Trump-branded luxury towers in southern Florida."

The Senate Intelligence Committee's report in August 2020 found that "the Russian government coordinates with and directs" Deripaska "on many of his influence operations." Steele was working for Deripaska in early 2016, helping recover millions of dollars the oligarch claimed Trump 2016 campaign manager Paul Manafort had stolen from him.
Steele sought help in the effort from Fusion, which hired Steele soon after. The U.S. intelligence community believes the Kremlin relied on Deripaska to spread disinformation on Russian interference

in the 2016 election.

The Senate investigation found "multiple links between Steele and Deripaska" and "indications that Deripaska had early knowledge of Steele's work" and "multiple witnesses," including Simpson and Waldman, "either told the Committee or implied to the Committee that Steele had a business relationship with Deripaska." Deripaska sued the Treasury Department in 2019 in an effort to fight U.S. sanctions against him, and in 2020, he called U.S. claims that he helped the Russian government launder money a "mish-mash of total nonsense" and "hearsay and unfounded gossip." Last year, Steele defended the dossier, telling an Oxford Union crowd: "I stand by the integrity of our work, our sources, and what we did." Special counsel Robert Mueller's investigation concluded that Russia interfered in a "sweeping and systematic fashion" but "did not establish that members of the Trump Campaign conspired or coordinated with the Russian government in its election interference activities." For example: … Brennan listed his The Analysis Corporation (TAC) TAC 401K on his Financial Disclosure Statement (SF-278) for the NSA/CT position. However, a handwritten note on his SF-278 form indicates the Office of Government Ethics (OGE) apparently advised Brennan that owning stock in the indispensable government contractor for the NCTC while he was National Security Advisor for Counterterrorism (NSA/CT) was a Conflict of Interest violation. The note indicates Brennan told the OGE representative he would get rid of the offending shares of stock…

… Months after Brennan left the successor company, the IPO (NASDAQ: GTEC) was held. After some fluctuations the GTEC stock settled at about $10.50 per share. If Brennan still held his TAC 401K, now known as the Sotera 401K, then his account jumped from $50,000 to $2,100,000. Way to go John!! Rock that second career!

Oh, wait, Brennan told the OGE representative he was going to convert the TAC 401K to an IRA to avoid any conflict of interest (Official Statement #1).  That means Brennan should not have a TAC 401K, or a Sotera 401K, in his name. President Obama's Ethics Officer Norman Eisen even issued Brennan an official Ethics Waiver stating Brennan "…no longer had a financial interest in The Analysis Corporation (TAC)…" (Official Statement #2). And when he was nominated to be Director CIA Brennan filed an Official Statement with Congress stating as Director CIA he would avoid conflicts of interest (Official Statement #6).

Brennan's Financial Disclosures as Director CIA do not list a TAC 401K, they list a Sotera 401K with an estimate of $250,000 in the account (Official Statements #7,8,9 &10). Based on the above sequence, the evidence indicates Brennan didn't liquidate his Conflict of Interest as promised – he intentionally hid it.  Brennan made, or caused to be made, a False Official Statement by the OGE Representative, and another by Norman Eisen, the White House Ethics Officer, and a third to the U.S. Senate.  Oh boy, seven felony counts right there (and intentionality adds 5-years penalty to each count).

And each annual Disclosure form Brennan filed as the NSA/CT also was a False Official Statement (Official Statements #3, 4 & 5) – at least three more felony counts, with intentionality enhancement

penalties.  And as the NSA/CT Brennan made numerous decisions, public statements, Congressional testimonies, and held press conferences that are Conflict of Interest violations. Ouch, 10-felony counts, with enhanced 5-year penalties. Brennan is looking at 50-years in jail if this gets exposed and prosecuted by the Department of Justice. 90% of the public officials in Washington, DC and California politics, have the same kinds of stock market payola skims going on...


*"...During our work with the government we witnessed a large felony crime and reported it to the government. The perpetrators attacked us, in reprisal, and have told us they were going to "end our lives". The Plaintiffs' have suffered multiple different attacks which did begin to "end their lives" and more attacks are threatened. The Plaintiffs' live in fear for their life and income security daily. Seth Rich, Rajeev Motwani, Michael Hastings, David Bird, Gary D. Conley, and others, were threatened by these people and they are now dead. Top Biden and Obama administration officials have secret ties to large corporations including tech giants Microsoft Corp, Alphabet's Google and Facebook Inc, secret financial disclosures show. According to The Office of Government Ethics, National Security Advisor Jake Sullivan served on an advisory council for Microsoft from 2017 through May of last year. He was paid $45,000 last year, according to his disclosure, a copy of which was seen by Reuters. Sullivan, who oversees an interagency response to January's cyberattack on Microsoft's Exchange email software, holds between $50,000 and $100,000 of stock in both Microsoft and Alphabet and owns between $15,000 and $50,000 of Facebook stock. This is just one of over 1000 examples of tech company control of The White House."*


*"...We witnessed an organized criminal enterprise which affected the entire U.S. Treasury. The crime scheme involved: stock market manipulation, corrupt international rare earth mining deals and media company power manipulations. We had been solicited to join their scheme but we soon saw, from within the government offices, that it was a criminal stock manipulation enterprise. When he reported the crime, millions of dollars of state-sponsored reprisal attacks were launched against us in vendetta...."*


**We demand that the Financial Crimes Enforcement Network - FinCEN.gov  hunt down and arrest these mobsters:**

Page 402  EXHIBIT 94 – Case # 22-cv-1107-TSH, Norcal 9th District



----------------------------------------------------

*United states government and state of california officials colluded in a stock market and funding scam with* ***google****, tesla, facebook, and the silicon valley tech oligarchs, to monopolize and rig:*

*1.) Energy, vehicle and web tech markets, in violation of rico and anti-trust laws,*
*2.) The u.s. Patent office, in order to further their monopolies,*
*3.) News media censorship and information propaganda manipulation,*
*4.) Stock market trading algorithms*

*"...VIA Government funding and "gate-keeper" manipulations using the stock market as a key method to transact <u>bribes!</u>  They harmed us, their competitors and whistle-blowers, by using our government to vendetta-attack us. They violated a vast number of laws as well as the united states constitution. They owe us our money to pay for the millions of dollars of damages they intentionally inflicted on us in targeted reprisal attacks..."*

*We want our money and we have been <u>legally</u> <u>destroying, doxing, cancelling, suing and exposing</u> every single one of these crooks, using fbi-type forensics and investigative journalism, until we get it!*

*"this will never end until we get our money! You can stone-wall us and ignore us all you want but the payback doubles every week you don't meet with us and resolve this...."*

*"we have provided the inspector general with a list of over 100 criminal actions undertaken by white house, department of energy and crooked senate office executives. These illicit scams were verified as "crimes" by federal investigators but the energy dept just keeps touting the "fake success stories" of it's insiders and refusing to discuss the hard facts behind the lies of tesla, solyndra, abound, ivanpah, "russian" severstal, burisma and ener1 and the rest of the dirty insiders in their massive stock market pump-and-dump scam. Their rare earth mineral mining corruptions, child labor camps and the ownership of these assets by dept of energy, white house and cia bosses is a dark stain on the nation!..."*

"if the department of energy "success stories" are not <u>pure bullshit and cover-up,</u> then jennifer granholm should have no problem meeting with us and six senators on a live public network television/web debate... When can we do that broadcast, jennifer?..."

Hundreds of car and energy companies have been sabotaged, cancel cultured, stonewalled, lied to, venture capital black-listed and cut out of the industry simply because they applied to the U.S. Department of Energy for funding. Each Energy Secretary, from Chu to Granholm, say they will "fix the problem", but each one seems to lie more than the last one.


Zap, Bright Automotive, XP Vehicles, Brammo, Eco Motors, etc. have all proven that the Energy Department has screwed over EVERY car company in America and now Jennifer Granholm is on a road trip using magical thinking in hope that there might be a few they missed out on screwing over the last time around. We challenge Jennifer and Jigar Shah to a live TV debate to cover the lies and crony slush-fund schemes they are promoting.

A vast army of company killers are poised to kill any car company that could compete with D.O.E. darling Tesla Motors, who conduits cash to the DNC. Dianne Feinstein, a stakeholder in Tesla, says that Elon Musk must be protected at all costs. "***Privco***" attacked and got Fisker canceled. "***Hindenburg Research***" has attacked Lordstown Motors and is getting them canceled. Elio Motors was attacked for applying for Dept. of Energy funds. Every outsider car and energy company that applies to the U.S. Department of Energy for funding gets a bright red target painted on their back and gets terminated.

When one digs deeper into the reasons that the U.S. Department of Energy is such a horror, the facts are truly horrifying...

In this parody news clip the boondoogle is dramatized-for-effect:

---

***Jennifer Granholm and The United States Department Energy invite you to try to GET THEIR CASH!!!***

They have more money than God and they are going to hand it out like fish to seals. If you want it, they only ask you to comply with a few little considerations:

"1. You have to be a Democrat who gave a huge bunch of political financing to Obama, Clinton or Biden in the form of cash, search engine manipulation, news censorship, West Coast "Political Action Committee's and or the covert Palo Alto funds.

2. The Goldman Sachs office of your local Senator must be immediately notified, in advance, so that the Goldman Sachs account manager's for that Senator can purchase your company stock, and the stock of every supplier to your company. Additionally, everybody at the The United States Department Energy, and all of our "consultants" are going to buy those stocks, in advance, too. For example, all of those folks got tipped off to buy Tesla stock and all of the mining stocks for Tesla's lithium, cobalt, nickel and other manufacturing materials. For example, Dianne Feinstein and Harry Reid only get paid $190K to be Senators but they pocketed $100M from Tesla-related stock bribes. It's great!

3. Don't compete with anything political campaign finance conduit Elon Musk does or Jennifer will gut your funds like a fresh deer kill.

4. Don't mention Jennifer being on The Dating Game.

***5. Know that [Google and Facebook](#) pretty much own the White House and The Dept of Energy, so don't piss off the Silicon Valley Oligarchs or all of your media coverage with evaporate off the Internet.***

6. Know that Musk will hire his media shills, Russian click-farms, Chinese troll-farms, [covert moles](#) and fan-boy-bots to destroy your company and character assassinate every one of your investors and founders and the Department of Energy PR shills will help him.

---

7. Realize that we, The Dept of Energy will lie to you endlessly, delay you for years, drag you into some Congressional and IRS investigations and probably never actually let you have the money and that the investment markets will black-list you if you apply to us.

8. If you apply for DOE cash you must realize that you will be painting a bright red target on the back of your company, your executives and every one of your investors. Every hooker, divorce filing, tax record, tax evasion, off-shore account, bribe, sex scandal, dating site post, email, medical record and embarrassing thing will be posted on the internet and you will be examined like you were at a digital proctologist. The public will hunt you with FBI-grade digital forensics software. Artificial intelligence forensic tracking software will examine the bank accounts, investments and social connections of every person involved in your company. If Elon Musk, Eric Schmidt or The Detroit Cartel can use that information to shut you down, they WILL shut you down. Companies like "Fusion GPS", "Black Cube", "Privco", "Gizmodo", "Hindenberg Research", etc., will be hired to destroy your company like they were hired to attack Bright Automotive, Zap, XP, EcoMotors, Elio, Fisker, Lordstown and every other indie! You are signing your business death warrant by applying for Dept of Energy money!

# What are the bad things about the Department of Energy's Elon Musk?

*Tesla Motors and the corrupt DOE-hyped Musk Empire:*

*- He **bribes** politicians to get his tens of billions of dollars of exclusive free government taxpayer funds*
*- He puts **hit-jobs** on competitors and reporters*
*- He and his companies engage in electronic **stock market manipulation***
*- He and his **Goldman Sachs crony partners** engage in money laundering his cash domestically and off-shore*
*- He took taxpayer cash yet hired huge numbers of foreign workers*
*- He and his financial staff engage in "**Cooking the books"** to lie about his business standing*
*- He is financed by George Soros and the **Arab financiers of 9-11***
*- He has engaged in a huge number of **Safety Cover-ups***
*- His boyfriend: **Larry Page, rigs **Google* to hype Musk and harm his competitors and pump stock market valuations using algorithms*
*- His rare earth mineral mines engage in vast **child labor crimes***
*- Driving a Tesla announces to the world that you are a **tone deaf douche bag***
*- His Silicon Valley tech cartel colludes to operate monopolistic law anti-trust violations in energy and vehicle markets*
*- He runs a Palo Alto Sandhill Road VC blacklist coordination program*

*- All of his trophy wives and beard girlfriends always leave him*

*- He has a notorious sex cult addiction and Jeffrey Epstein hooker alliance*

*- The "Sociopath" diagnosis of Musk is part of many **mental problems** he has including massive **narcissism***

*- Racism runs rampant throughout his family and his companies and his workers call him a "racist" in lawsuits*

*- Musk is a drug addict*

*- He and his corporate culture practice **Misogyny***

*- His **Neuralink** company **tortures** small animals*

*- His SpaceX company is just a **domestic spy satellite** company that abuses the public and wastes money on smoke-screen Mars hype*

*- **Genocide, rape and torture** are rampant around his foreign rare earth mines*

*- There is nothing "green" or "non-toxic" about Tesla Motors, his materials poison the Earth and his workers*

*- Panasonic partnered with Musk to "dump" lithium ion batteries on the market and has been caught in multiple bribes*

*- **Toxic poisoning** of his battery manufacturing workers from inhaled and skin contact chemical exposure is massive*

*- His batteries cause **brain damage and cancer** when they self-ignite or burn and even water can make them ignite*

*- His car electronics suddenly crash the cars via **programming failure and/or hacking** including "sudden acceleration surges" and driving over cliffs*

*- Tesla "Autopilot" has caused more crashes than any car electronics in history*

*- Tesla owners can be heard **screaming in agony** as their Tesla battery packs **burned them to death** as they were still alive*

*- On www.pacer.gov you can read a massive number of abuse and fraud lawsuits against Musk and Tesla*

*- All of the "fans" on the internet blogs are actually **Russian and Chinese click-farms** Musk hires to hype him up*

*- Musk's Mother was a racist model/escort, his father was a racist pervert who got his sister pregnant, his brother is a scammer*

*- He caused the government to ramp up the Afghan invasion to get him lithium and nickel mines located in the Middle East*

*- The Department Of Energy **lies through their teeth** about Tesla being a "success Story" to hide DOE's shame about Musk*

--------------------------------------------------------

406

Additional evidence in the form of books about this matter, journalism publications, federal investigation records, case reports and eye-witness statements are provided in *links in blue text*, below, in this document...

See the ***CORRUPTION EVIDENCE SAMPLES GALLERY LINK*** and ***THE CRONY CORRUPTION EVIDENCE SAMPLES LINK*** and share the images with your social media outlets. There is not a single suspect, or their company, in this case who has not been hacked. Most of their files and emails have been posted on the web, or offered for sale by Chinese, Russian, Iranian and QAnon hacking teams. It is now impossible for the suspects to hide their crimes. The suspects own internal staff (ie: Larry Page's, Eric Schmidt's, Susan Wojcicki's, David Axelrod's, etc. personal assistants, etc...) have turned whistle-blowers and leaked their story. Dianne Feinstein had multiple Chinese spies working on her staff. The toothpaste is out of the tube...

Victim "A" had personal relationships with some of the most well-known public figures in the nation as proven in letters, videos and news photos. Victim "A" was an eye-witnesses to the crimes under investigation. Victim "A" is: a 1.) Crime victim, 2.) Whistle-Blower, 3.) Former government contractor/employee, 4.) Citizen disabled by the crime and the agencies involved, 5.) Member of a legal "Class" damaged by government parties, 6.) a human rights harm victim, 7.) A part of a Plaintiffs' group who won a precedent-setting federal lawsuit proving that a government agency "infected with corruption" had put a "hit-job" on their financing in reprisal for reporting a crime at that agency.

All of the Plaintiffs' have suffered a large number of threats and actual documented attacks and many of those attacks (and the attackers) have been forensically tracked back to financing by the public officials under investigation.

The Plaintiffs', and their advocates, have contacted every law enforcement and regulatory agency they knew of. Each of those agencies finger-pointed to another agency in an endless blame-game and/or a "not-our-responsibility" stone-walling run-around. Nothing has been done to help the Plaintiffs'. The Plaintiffs' have suffered, and continue to suffer, violation of their civil, human and Constitutional rights.

Victim "A" is now unable to afford a lawyer. "Free" legal services, such as the government's LSC Corporation, and all other pro bono lawyers have refused to assist because they are conflicted-out because their funding, or support, of one, or another political candidates puts them in conflict-of-interest.

David L. Anderson, U.S. Attorney for the Northern District of California, (San Francisco) and other U.S. Attorney's were asked, in writing, to file a jury trial action on behalf of the Victim but they have not responded to communications.

The FBI has informed us that this is an ongoing active investigation involving major public officials and Silicon Valley executives. We have received case numbers from many agencies but those agencies do not provide case updates. The Statute Of Limitations has not expired in this case because the causes of action and the damages are re-engaged every day. The FBI knows who each of the perpetrators are but some of them are famous politicians with the resources to delay, or halt, federal investigations. The fact that the Director of the FBI was fired during this matter and the U.S. Attorney General was cited for Contempt Of Congress during this matter, is indicative of how high the problem goes.

The attacks and damages include physical attacks; ramming of subjects car; death threats; exposure to toxic materials; SSA benefits blockades; tens of millions of dollars of Google/Gawker Media coordinated internet attacks and server manipulations and other tactics.

"Victim A" demands damages, back-pay, back-benefits, expenses, legal fees and related costs but government officials have cut off their ability to get legal counsel.


EVIDENCE EXAMPLES:

Criminal complaints about these crimes, and about the damages, have been filed with every applicable city, state and federal law enforcement and regulatory office, every inspector general and every jurisdictional politician.

Many of the agency bosses have been caught profiteering in these crimes.

Top law enforcement and regulatory bosses who were supposed to be protecting the Plaintiffs' actually owned the stock of the criminal corporations involved.  **Law enforcement investigators, reporters, Congressional researchers and forensic experts produced the following materials. Please share these documents with your friends and associates!**

KEY SUMMATION DOCUMENTS FOR RAPID REVIEW OF THE WHOLE MATTER:


# "THE SLUSH FUND" - An overview of the biggest part of the political corruption scam

( THE_SLUSH_FUND.pdf  )

408

(LINK 1) *http://american-corruption.com/public/THE_SLUSH_FUND.pdf*

(LINK 2) *http://case-xyz2020a.com/THE_SLUSH_FUND.pdf*

(LINK 3) *http://nationalnewsnetwork.net/public/THE_SLUSH_FUND.pdf*

(LINK 4) *http://www.federal-report.com/public/THE_SLUSH_FUND.pdf*

(LINK 5) *http://silicon-valley-mobsters.com/public/THE_SLUSH_FUND.pdf*

## "THE SILICON VALLEY TECH MOBSTER CARTEL" - Meet the gangsters of Palo Alto

( The_Silicon_Valley_Tech_Mobster_Cartel.pdf  )

(LINK 1) *http://american-corruption.com/public/The_Silicon_Valley_Tech_Mobster_Cartel.pdf*

(LINK 2) *http://case-xyz2020a.com/The_Silicon_Valley_Tech_Mobster_Cartel.pdf*

(LINK 3) *http://nationalnewsnetwork.net/public/The_Silicon_Valley_Tech_Mobster_Cartel.pdf*

(LINK 4) *http://www.federal-report.com/public/The_Silicon_Valley_Tech_Mobster_Cartel.pdf*

(LINK 5) *http://silicon-valley-mobsters.com/public/The_Silicon_Valley_Tech_Mobster_Cartel.pdf*

## "THE GOOGLE COLLUSION" - How Google Runs The Little Silicon Valley Tech Mob

( GOOGLE_FACEBOOK_NETFLIX_LINKEDIN_COLLUDE _1.2.pdf )

(LINK 1)
*http://www.excoriating-the-oligarchs.com/GOOGLE_FACEBOOK_NETFLIX_LINKEDIN_COLLUDE _1.2.pdf*

(LINK 2)
*http://www.how-political-corruption-actually-works.com/GOOGLE_FACEBOOK_NETFLIX_LINKEDIN_COLLUDE _1.2.pdf*

(LINK 3) *http://evidencevideos.com/GOOGLE_FACEBOOK_NETFLIX_LINKEDIN_COLLUDE_1.2.pdf*

(LINK 4) *http://lifebooks.net/GOOGLE_FACEBOOK_NETFLIX_LINKEDIN_COLLUDE_1.2.pdf*

(LINK 5)
*http://corruption-fighter.com/GOOGLE_FACEBOOK_NETFLIX_LINKEDIN_COLLUDE_1.2.pdf*

(LINK 6) *http://the-overview.org/GOOGLE_FACEBOOK_NETFLIX_LINKEDIN_COLLUDE_1.2.pdf*


## "THE POLITICAL REPRISAL VENDETTA PLAYBOOK"  - The White House Hit Jobs On Citizens

(  The_Political_Reprisal_Vendetta_Playbook.pdf  )

(LINK 1) *http://american-corruption.com/public/The_Political_Reprisal_Vendetta_Playbook.pdf*

(LINK 2) *http://case-xyz2020a.com/The_Political_Reprisal_Vendetta_Playbook.pdf*

(LINK 3) *http://nationalnewsnetwork.net/public/The_Political_Reprisal_Vendetta_Playbook.pdf*

(LINK 4) *http://www.federal-report.com/public/The_Political_Reprisal_Vendetta_Playbook.pdf*

(LINK 5) *http://silicon-valley-mobsters.com/public/The_Political_Reprisal_Vendetta_Playbook.pdf*


## "REPORT TO CONGRESS ON THE GAWKER - GIZMODO ATTACK SERVICE" - Their favorite attack service

(  REPORT_TO_CONGRESS_ON_GAWKER_GIZMODO_ATTACK_SERVICE.pdf  )

(LINK 1)
http://american-corruption.com/public/REPORT_TO_CONGRESS_ON_GAWKER_GIZMODO_ATTACK_SERVICE.pdf

(LINK 2)
*http://case-xyz2020a.com/REPORT_TO_CONGRESS_ON_GAWKER_GIZMODO_ATTACK_SERVICE.pdf*

(LINK 3)

*http://nationalnewsnetwork.net/public/REPORT_TO_CONGRESS_ON_GAWKER_GIZMODO_ATTACK_SERVICE.pdf*

(LINK 4)
*http://www.federal-report.com/public/REPORT_TO_CONGRESS_ON_GAWKER_GIZMODO_ATTACK_SERVICE.pdf*

(LINK 5)
*http://silicon-valley-mobsters.com/public/REPORT_TO_CONGRESS_ON_GAWKER_GIZMODO_ATTACK_SERVICE.pdf*

## "HOW CORRUPTION ACTUALLY WORKS" - The basic details of payola and bribery used by the politicians

( HOW_CORRUPTION_ACTUALLY_WORKS.pdf  )

(LINK 1) *http://american-corruption.com/public/HOW_CORRUPTION_ACTUALLY_WORKS.pdf*

(LINK 2) *http://case-xyz2020a.com/HOW_CORRUPTION_ACTUALLY_WORKS.pdf*

(LINK 3) *http://nationalnewsnetwork.net/public/HOW_CORRUPTION_ACTUALLY_WORKS.pdf*

(LINK 4) *http://www.federal-report.com/public/HOW_CORRUPTION_ACTUALLY_WORKS.pdf*

(LINK 5)
*http://silicon-valley-mobsters.com/public/HOW_CORRUPTION_ACTUALLY_WORKS.pdf*

## "THE SICK WORLD OF THE GOOGLE EXECUTIVES" - The horrors and sick sex cult lifestyles of Google

( THE_SICK_WORLD_OF_THE_GOOGLE_EXECUTIVES.pdf  )

(LINK 1)
*http://american-corruption.com/public/THE_SICK_WORLD_OF_THE_GOOGLE_EXECUTIVES.*

411

*pdf*

(LINK 2) *http://case-xyz2020a.com/THE_SICK_WORLD_OF_THE_GOOGLE_EXECUTIVES.pdf*

(LINK 3)
*http://nationalnewsnetwork.net/public/THE_SICK_WORLD_OF_THE_GOOGLE_EXECUTIVES.pdf*

(LINK 4)
*http://www.federal-report.com/public/THE_SICK_WORLD_OF_THE_GOOGLE_EXECUTIVES.pdf*

(LINK 5)
*http://silicon-valley-mobsters.com/public/THE_SICK_WORLD_OF_THE_GOOGLE_EXECUTIVES.pdf*

## "THE DIRTY DEEDS OF SILICON VALLEY" - A deep dive into the individuals behind the crimes

(  THE_DIRTY_DEEDS_OF_SILICON_VALLEY.pdf  )

(LINK 1)
*http://american-corruption.com/public/THE_DIRTY_DEEDS_OF_SILICON_VALLEY.pdf*

(LINK 2) *http://case-xyz2020a.com/THE_DIRTY_DEEDS_OF_SILICON_VALLEY.pdf*

(LINK 3)
*http://nationalnewsnetwork.net/public/THE_DIRTY_DEEDS_OF_SILICON_VALLEY.pdf*

(LINK 4) *http://www.federal-report.com/public/THE_DIRTY_DEEDS_OF_SILICON_VALLEY.pdf*

(LINK 5)
*http://silicon-valley-mobsters.com/public/THE_DIRTY_DEEDS_OF_SILICON_VALLEY.pdf*

# "THE DIRTY DEEDS OF SILICON VALLEY - VOLUME TWO   - A deeper dive into the corrupt oligarchs behind the scams

(  THE_DIRTY_DEEDS_OF_SILICON_VALLEY_VOLUME_TWO.pdf  )

(LINK 1)
*http://american-corruption.com/public/THE_DIRTY_DEEDS_OF_SILICON_VALLEY_VOLUME_TWO.pdf*

(LINK 2)
*http://case-xyz2020a.com/THE_DIRTY_DEEDS_OF_SILICON_VALLEY_VOLUME_TWO.pdf*

(LINK 3)
*http://nationalnewsnetwork.net/public/THE_DIRTY_DEEDS_OF_SILICON_VALLEY_VOLUME_TWO.pdf*

(LINK 4)
http://www.federal-report.com/public/THE_DIRTY_DEEDS_OF_SILICON_VALLEY_VOLUME_TWO.pdf

(LINK 5)
*http://silicon-valley-mobsters.com/public/THE_DIRTY_DEEDS_OF_SILICON_VALLEY_VOLUME_TWO.pdf*

# "THE CRIMES AND LIES OF ELON MUSK"   -  This sociopath will always cheat if he can't compete

(  THE_CRIMES_AND_LIES_OF_ELON_MUSK.pdf  )

(LINK 1)
*http://american-corruption.com/public/THE_CRIMES_AND_LIES_OF_ELON_MUSK.pdf*

(LINK 2) *http://case-xyz2020a.com/THE_CRIMES_AND_LIES_OF_ELON_MUSK.pdf*

(LINK 3)
*http://nationalnewsnetwork.net/public/THE_CRIMES_AND_LIES_OF_ELON_MUSK.pdf*

(LINK 4) *http://www.federal-report.com/public/THE_CRIMES_AND_LIES_OF_ELON_MUSK.pdf*

(LINK 5)
*http://silicon-valley-mobsters.com/public/THE_CRIMES_AND_LIES_OF_ELON_MUSK.pdf*

## "HOW THEY KILLED THE ELECTRIC CAR"  - How the monopolization effort is based on covert manipulations

(  HOW_THEY_KILLED_THE_ELECTRIC_CAR.pdf  )

(LINK 1)
*http://american-corruption.com/public/HOW_THEY_KILLED_THE_ELECTRIC_CAR.pdf*

(LINK 2) *http://case-xyz2020a.com/HOW_THEY_KILLED_THE_ELECTRIC_CAR.pdf*

(LINK 3)
*http://nationalnewsnetwork.net/public/HOW_THEY_KILLED_THE_ELECTRIC_CAR.pdf*

(LINK 4) *http://www.federal-report.com/public/HOW_THEY_KILLED_THE_ELECTRIC_CAR.pdf*

(LINK 5)
*http://silicon-valley-mobsters.com/public/HOW_THEY_KILLED_THE_ELECTRIC_CAR.pdf*

## "THE CORRUPTION DISRUPTION MANUAL"   - How any member of the public can take these crooks down

(  THE_CORRUPTION_DISRUPTION_MANUAL.pdf  )

(LINK 1)
*http://american-corruption.com/public/THE_CORRUPTION_DISRUPTION_MANUAL.pdf*

(LINK 2) *http://case-xyz2020a.com/THE_CORRUPTION_DISRUPTION_MANUAL.pdf*

(LINK 3)
*http://nationalnewsnetwork.net/public/THE_CORRUPTION_DISRUPTION_MANUAL.pdf*

(LINK 4)
http://www.federal-report.com/public/THE_CORRUPTION_DISRUPTION_MANUAL.pdf

(LINK 5)
http://silicon-valley-mobsters.com/public/THE_CORRUPTION_DISRUPTION_MANUAL.pdf


More evidence from Congressional investigators, major investigative journalists, former FBI staff and forensic experts:

"THE MURDERS AND DEATHS IN THIS CASE"


See the **_CORRUPTION GALLERY_** and share the images with your social media outlets


"THE SILICON VALLEY CARTEL - DEATH, SEX AND POLITICAL BRIBERY IN PALO ALTO"


"TACTICS USED FOR STATE-SPONSORED ATTACKS AGAINST WHISTLE-BLOWERS"


DELETED By Allum Bohkari


NEWS ARTICLE ARCHIVES


The Age of Surveillance Capitalism By Shoshana Zuboff'


Catch and Kill **_By Ronan Farrow,_**
https://en.wikipedia.org/wiki/Catch_and_Kill:_Lies,_Spies,_and_a_Conspiracy_to_Protect_Predators

Permanent Record **_By Edward Snowden,_** https://www.amazon.com/Permanent-Record-Edward-Snowden/dp/1250237238


Brotopia **_By Emily Chang,_** http://brotopiabook.com/


415

Throw Them All Out *By Peter Schweizer,* http://peterschweizer.com/books/throw-them-all-out/

The Circle *By David Eggers,* https://archive.org/details/circle00dave

Companies Targeted For Bankruptcy For Their Crimes Against The Public By The Internet Research Group

World Without Mind *By Franklin Foer,* https://www.amazon.com/World-Without-Mind-Existential-Threat/dp/1101981113

A Journey into the Savage Heart of Silicon Valley *By Corey Pein,* https://www.goodreads.com/book/show/35684687-live-work-work-work-die

Disrupted *By Dan Lyons,* https://www.goodreads.com/book/show/26030703-disrupted

Chaos Monkeys *By Antonio García Martínez,* https://www.antoniogarciamartinez.com/chaos-monkeys/

The Creepy Line *By Matthew Taylor,* https://www.thecreepyline.com/

Congress: Trading stock *By Steve Kroft,* https://www.cbsnews.com/news/congress-trading-stock-on-inside-information/

**READ THE FEDERAL REPORT TO THE FBI, CONGRESS AND THE INSPECTOR GENERAL ABOUT 'THE SLUSH-FUND':**

GET YOUR COPY AT ONE OF THESE LINKS: (LINK 1) (LINK 2) (LINK 3) (LINK 4) or on your favorite torrent. Send it to your political representative and ask them: "Why Haven't You Fixed This Yet?"

=====================

**OVERVIEW 1**:

This is about powerful and greedy people abusing the public system in order **to** *manipulate TRILLIONS of government treasury and stock market dollars* into their own pockets. They lie, cheat, bribe, steal, attack, and even kill, in order to grab this money (provided from the pockets of the taxpayers). They create fake "*political issues*" in order to steer massive amounts of government money to "*solutions*" that they just happen to own the companies of. (*"Follow the Money"*) They collude on cover-ups, cover-stories, pump-and-dumps, fake "*Stimulus Funds*" redirection and *other illicit deeds*. Famous politicians are a very big part of this crime. They are easy to spot via the tens of millions of dollars, in their personal bank accounts, which only appeared after they took office. They broke and separated America by promoting their fake causes, which divide the public, in order to benefit off of their exclusive stock market scams. In fact, if the, completely computer manipulated, stock market did not exist, political corruption in America would be reduced by 95% and *Silicon Valley's sex trafficking* would be cut in half.

One part of them is*: The Silicon Valley Tech Cartel;* an anti-trust violating organized-crime operation based on quid-pro-quo. *They manipulated the Dept of Energy* to only fund political favorites and to sabotage the competitors of those favorites in an epic violation of anti-trust and anti-racketeering laws.


READ THE BOOK:
http://american-corruption.com/public/HOW_THEY_KILLED_THE_ELECTRIC_CAR.pdf


**OR AT:   http://how-they-killed-the-electric-car.com**


Dept of Energy staff own the stock of Tesla and Solyndra - they work, in total conflict-of-interest, as slush-fund bankers for crony insiders! Steven Chu and his agency cronies defrauded all of the non-crony applicants out of their life savings and now they are getting doxed, investigated and sued forever as punishment for their corruption! the crooked senators behind this got tens of millions of dollars of dirty profits from it while their constituents got defrauded!


**READ THE SHOCKING REPORT:** *"THE CRIMES AND LIES OF ELON MUSK"*  at one of these links:


*http://the-elon-musk-problem.com/THE_CRIMES_AND_LIES_OF_ELON_MUSK.pdf*

*http://silicon-valley-mobsters.com/public/THE_CRIMES_AND_LIES_OF_ELON_MUSK.pdf*

*http://case-xyz2020a.com/THE_CRIMES_AND_LIES_OF_ELON_MUSK.pdf*


... or on torrents around the world...

We are seeking compensation from the perpetrators of these financial crimes and attacks that harmed us. Plaintiffs' have already gotten over 150 of them fired from their government jobs and directly sued some of them for corruption! The longer this goes unresolved: the more lawsuits and political embarrassments these crooks can count on!

Says one victim group: *" If you add up all the money the Department of Energy has spent on our FOIA's, lawsuits and federal investigations since 2008 you can see that the Department of Energy has now spent more money fighting with us than the amount they would have spent simply settling with us and paying our damages. You can see in the last lawsuit we got free White House and Congressional lawyers. Lawyers love to beat up DOE for corruption for free. All those lawyers are now looking for something to do. We can keep doing this for another hundred years and embarrass every politician and their financiers forever. The Department of Energy could do the federal budget, the tax-paying public, the Court system, Justice and themselves a HUGE favor by simply paying us our damages and being done with it. We have been blockaded from getting our legal rights, from getting fair legal representation and from getting a jury trial because they know, in a fair un-rigged jury trial, we will win and they will be shamed and forced to pay up!"*

*A large part of the crimes involved trillions of dollars of payola involving rare earth mining schemes for minerals for cell phone and electric car components:*


# Witness Statement # 12121:

"... this is about corruption that was experienced by U.S. Citizens. It involves trillions of dollars of government monies! Famous politicians partnered with corrupt crony-capitalist Silicon Valley bully tech oligarchs to do these felony dark-money crimes! if you hate injustice, collusion, monopolistic bullies and bribes then you will love this case! it is widely documented that famous politicians including Dianne Feinstein, Barack Obama, John Podesta, Nancy Pelosi and many others hire media assassins and attack operatives to covertly destroy those they do not like or those who compete with their stock market ownership.

Note that in the last 2 stimulus bills, tens of billions of dollars, in California, disappeared in fraud matters connected to politicians. the facts presented here are from police and court records, congressional investigations and eye-witness reports..."

"...one of our Plaintiffs' was attacked and fully disabled in 2008. The Plaintiffs' were attacked in reprisal for helping law enforcement break a high-end crime case involving public officials. (The keywords: "Solyndra", "Uranium1", "Severstal", "Cleantech Crash", "Flashboy Algorithms" and related, should bring up the case matters in any forensic law enforcement database) (Court records case numbers are also available for additional investigation). Hundreds of thousands of case file records exist about this case.

Victim "A" had personal relationships with some of the most well-known public figures in the nation as proven in letters, videos and news photos. Victim "A" was an eye-witnesses to the crimes under investigation. Victim "A" was a federal contractor/employee.

The Plaintiffs' have suffered a large number of attacks and many of those attacks (and the attackers) have been forensically tracked back to financing by the public officials under investigation.

We have contacted every law enforcement and regulatory agency already. Each of them finger-point to another agency in an endless blame-game and/or a "not-our-responsibility" stone-walling run-around. The Plaintiffs' have suffered, and continue to suffer, violation of their civil, human and Constitutional rights.

The Plaintiffs' and their associates were induced to invest millions of dollars, and all of their life savings, in a government run project. It was later discovered that every government operator of that project was either financed by, friends, with, sleeping with, dating the staff of, holding stock market assets in, promised a revolving door job or government service contracts from, partying with, personal friends with, photographed at private events with, exchanging emails with, business associates of or directed by; the Plaintiffs' business adversaries, or the politicians that those business adversaries pay campaign finances to, or supply political digital search manipulation services to.

In addition to the damages from being defrauded by Government officials, each of the attacks on the Plaintiffs' has court precedent metrics, from other cases, that set a value to the additional damages suffered by the Plaintiffs'.

In a past federal lawsuit, the Plaintiffs' won their lawsuit proving that government officials manipulated their funding applications.

Victim "A" is now unable to afford a lawyer. "Free" legal services, such as the government's LSC

Corporation, and all other pro bono lawyers have refused to assist because they are conflicted-out as their funding, or support, of one, or another political candidates puts them in conflict-of-interest.

David L. Anderson, U.S. Attorney for the Northern District of California,(San Francisco) and other U.S. Attorney's were asked, in writing, to file a jury trial action on behalf of the Victim but they have not responded to communications.

The FBI has informed us that this is an ongoing active investigation involving major public officials. We have received case numbers from many agencies but those agencies do not provide case updates.

The attacks and damages include physical attacks; ramming of subjects car; death threats; exposure to toxic materials; SSA benefits blockades; tens of millions of dollars of Google/Gawker Media coordinated internet attacks and server manipulations and other tactics.

**We demand damages, back-pay, back-benefits, expenses, legal fees and related costs…."**



# The Silicon Valley Tech Mobster Cartel

*"...State sponsored hacking teams from Russia, China and Iran, ( Ie: Solarwinds, Supernova, Spectre, and hundreds of other hacks) along with thousands of bored teenagers have stolen all of the CIA, NSA and Fire Eye hacking tools and [hacked 20 years of the bad guys emails, files, text messages and voicemails and sent them to the press, public-interest groups and the enemies of these oligarchs](#).*

*Corruption has no place to hide now. All of the dirty secrets of their crimes, bribes and quid-pro-quo are on the table and no oligarch or crooked politician will ever be safe again! On top of the hacks and leaks, we have supported new open-source artificial-intelligence based software which operates autonomously (around-the-clock) tracking the covert cash of every politician, their family, and their tech oligarch bosses. When you follow the money with these bot programs the proof of the bribes and payola is crystal clear!  These crooks all use the same group o: 1.) dirty law firms like Wilson Sonsini, Perkins Coie, etc.; 2.) corrupt CPA's like Deloitte, etc., 3.) Goldman Sachs investment bankers, 4.) bribery-based lobbyists and Media Matters/ David Plouffe-like attack operatives. See how we are taking these crooks down AT THIS LINK. For example, hired attackers: Nicholas Guido Denton, Ian Fette, Gabby Darbyshire, John Herman, Adrian Covert, John Cook and Patrick George have been placed under permanent surveillance by our private investigators and federal agents for the rest of their lives, along with their families. Any crimes, tax evasions, drug deals, sex trafficking, money-laundering, political manipulations, stock market holdings, revolving-door job bribes, exchange of bribes and payola with Google and Youtube (we have the bank records) for search rigging, INTERPOL investigated cross-border transfers between the US and Eastern Europe or other additional illicit deeds they engage in, will be uncovered and reported...forever!..."*

# The Corruption At Google

"Google is a sick corrupt criminal business run by sex trafficking perverts and sociopaths..." Say GOOGLE'S own inside employees, Divorce Court records of Google executives, 70+ State & Federal investigations and major news outlets.

- Google spies on competitors and steals their technology
- Google - Alphabet - YouTube stock is owned by almost all of the California politicians and their families and that is why Google - Alphabet - YouTube is never regulated and always protected by them for their political and profiteering manipulations
- Google runs tens of millions of dollars of defamation attacks against competitors
- Google hides all media and news coverage for competitors of Larry Page's boyfriend: Elon Musk
- Google lies to the public about what they really do with the public's data
- Google promotes illegal immigration in order to get cheap labor and control votes
- Google runs VC funding back-lists against start-ups that are competitive
- Google bribes thousands of politicians
- Google is a criminal RICO-violating monopoly
- Google rigs the stock market with Flash-boy, Pump/Dump and Microblast SEC violating computer tricks
- Google pays bribes to politicians in Google and YouTube stock
- Google manipulates who gets to see what web-sites, globally, for competitor black-lists
- Google has a "no poaching" Silicon Valley jobs blacklist
- Google bosses sexually abuse women and young boys
- Google bosses run sex trafficking operations in the Epstein and NXVIUM cults
- Google bosses control the NVCA financing cartel over start-ups
- Google has placed the majority of the corporate staff in at least one White House
- Google controls national elections for anti-competitive purposes
- The company "**Polyhop**", in the HOUSE OF CARDS tv show, does all the crimes that Google actually does in reality
- Google's law firms, like Wilson Sonsini, are corrupt conduits for payola and political conduit-relays
- Google bribes some politicians with revolving door jobs
- Google is primarily responsible for destroying the Bay Area Housing opportunities
- Google runs DDoS attacks on competitors by massively crawling their sites
- Google boss Andy Rubin runs a sex slave farm according to his own family
- Google boss Eric Schmidt was a philandering sex-penthouse owner according to vast news articles
- Google executives hire so many hookers that one of them, Mr. Hayes, was killed by his hooker
- Google executives sexually abuse so many women that the women staff of Google walked out one day

423

- In the 2009 White House, you could not swing a cat without hitting a Google insider
- Google has paid covert bribes, PAC funds, real estate and search rigging payola to every CA Senator
- Google has paid bribes, through its lobby fronts, to halt FBI, SEC, FEC and FTC investigations of Google crimes
- Google was funded by the CIA, via In-Q-Tel, a so called "501 c3 charity" which was caught with tons of cocaine
- Google gets millions of dollars of taxpayer cash for spying on Americans inside the USA
- Google's map service was a spy system paid for by taxpayers money that Google now profits off of
- Nancy Pelosi and Dianne Feinstein have promised to "protect" Google because their families profit off Google stocks
- Payment receipts prove that Google and Gawker/Gizmodo exchanged cash and staff for Character Assassination attacks
- Google VC's and bosses have spent $30M+ rigging the U.S. Patent Office to protect Google and harm Google competitors
- Google bribed it's lawyer into position as head of the U.S. Patent office in order to have her protect Google
- To rig insider stock trades, Google hides negative Tesla stories and pumps positive Tesla stories on "push days"
- Google and Elon Musk Co-own, co-invest and co-market stocks covertly while running anti-trust schemes
- Google rarely likes, or hires, black employees per federal and news media investigations
- Google hired most of the Washington, DC K Street lobby firms and told them to "do what ever they could"
- The film: "**Miss Sloane**" depicts only 2% of the illicit lobbying tactics Google employs daily
- Demands for an FTC and FBI raid of Google, for criminal activity, securities law and election felonies have been filed
- Google's David Drummond had his Woodside, CA Quail Road house bugged revealing sex and financial misdeeds
-

Google, and it's Cartel (Alphabet, Youtube, and hundreds of other shell-company facades) are a criminal organization engaged in felony-class crimes. Google's bosses bribe politicians, regulators and law enforcement officials to hold off prosecution.

At Google: Kent Walker, Andy Rubin, Larry Page, Eric Schmidt, Sergy Brin, Jared Cohen, Yasmin Green, David Drummond and Ian Fette are so enmeshed in sex scandals, election manipulation, and White House bribes that it is hard to comprehend how they can get any legitimate work done.

Between all of the sex cult activity; hookers; rent boys; political bribes to Pelosi, Harris, Newson, and Feinstein; DDoS attacks they run; CIA and NSA stealth deals; privacy harvesting; Scientology-like

employee indoctrination; cheap Asian labor; covert Axciom scams and other illicit things they get up to; one just has to wonder.

Some of the largest political bribes in American or European history were paid via billions of dollars of pre-IPO cleantech stock, insider trading, real estate, Google search engine rigging and shadow-banning, sex workers, revolving door jobs, nepotism, state-supported black-listing of competitors and under-the-table cash. Why are these Silicon Valley Oligarchs and their K-Street law firms and lobbyists immune from the law?

U.S. Senators, Agency Heads and Congress are bribed by Google intermediaries with: Billions of dollars of Google, Twitter, Facebook, Tesla, Netflix and Sony Pictures stock and stock warrants which is never reported to the FEC; Billions of dollars of Google, Twitter, Facebook, Tesla, Netflix and Sony Pictures search engine rigging and shadow-banning which is never reported to the FEC; Free rent; Male and female prostitutes; Cars; Dinners; Party Financing; Sports Event Tickets; Political campaign printing and mailing services "Donations"; Secret PAC Financing; Jobs in Corporations in Silicon Valley For The Family Members of Those Who Take Bribes And Those Who Take Bribes; "Consulting" contracts from McKinsey as fronted pay-off gigs; Overpriced "Speaking Engagements" which are really just pay-offs conduited for donors; Private jet rides and use of Government fuel depots (ie: Google handed out NASA jet fuel to staff); Real Estate; Fake mortgages; The use of Cayman, Boca Des Tores, Swiss and related money-laundering accounts; The use of HSBC, Wells Fargo, Goldman Sachs and Deustche Bank money laundering accounts and covert stock accounts; Free spam and bulk mailing services owned by Silicon Valley corporations; Use of high tech law firms such as Perkins Coie, Wilson Sonsini, MoFo, Covington & Burling, etc. to conduit bribes to officials; and other means now documented by us, The FBI, the FTC, The SEC, The FEC and journalists.

Google and Youtube are based on technology and business models that Google and YouTube stole from small inventors who had launched other companies that were up and operating before YouTube or Google even existed as business operations.

Google holds the record for the largest number of corporate sex scandals, abuses and sex trafficking charges.

There are only two kinds of people that work at Google: 1.) Cult indoctrinated naive kids with odd sexual quirks and 2.) divisive managers and executives who seek to exploit those eco-chambered employees for nefarious political and stock market manipulation purposes under the Scientology-like guise of "doing good things", when, in fact, they are engaged in horrific crimes against society.

Google has hired almost every technology law firm in order to "conflict them out" from ever working to sue Google. If Google rapes you, robs your patents or does anything awful, you won't be able to find a lawyer to help you.

425

Most Google executives in control of Google have been indoctrinated by family dynasties to believe that any crime is justified by a bigger cause. Most of those executives are men. The few women in control of departments are figure-heads.

Google bosses attend the same parties and business meetings in which they collude, co-lobby, rig markets and make anti-trust violating plans together.

Google is a private government with more money and power than most smaller nations. Google has more lobbyists bribing more politicians than any other company in America.

Jared Cohen and fashion show-horse Yasmin Green at Google had the job of over-throwing countries in the Middle East. They openly bragged about it. ( https://truthstreammedia.com/2013/06/02/googles-regime-change-agent-jared-cohen/ )

People that work at Google get paid $260,000.00+ per year to lie, spy, manipulate politics, bribe politicians and engage in other crimes. For that kind of money, a person will doing ANYTHING and rationalize it as "part of the higher cause".

The Project X investigation team is publicly quoted as stating: ***"...give the same number of lawyers as Google has, with the same level of skills and experience, the same discovery budget, legal expenses budget and expert witness budget, we <u>ABSOLUTELY GUARANTEE</u> that we can put Google staff and investors in federal prison and close Google, in bankruptcy...the Google Cartel has engaged in that much criminal activity..."***

"Google is the largest financier of the Obama political campaign and exceeded FEC campaign spending limits by tens of billions of dollars. We can prove this in a jury trial, a Grand Jury hearing and a live Congressional hearing.

Google is the largest staffing source of the Obama Administration. We can prove this in a jury trial, a Grand Jury hearing and a live Congressional hearing.

The largest number of laws and policy decisions, benefiting a single company and it's investors, went to: Google. We can prove this in a jury trial, a Grand Jury hearing and a live Congressional hearing.

*Google, and it's investor's are the single largest beneficiary of the Obama Administration.* We *can prove this in a jury trial, a Grand Jury hearing and a live Congressional hearing.*

The Obama Administration only won the White House because Google and Facebook engaged in the largest digital media and search engine manipulation in human history. We can prove this in a jury trial, a Grand Jury hearing and a live Congressional hearing.

Google, and it's investors, during the Obama Administration, had most of their competitors denied funding, grants, contracts and tax waivers while Google's investors GOT funding. We can prove this in a jury trial, a Grand Jury hearing and a live Congressional hearing and prove that Google coordinated anti-trust violations with senior Obama Administration White House staff...."

Google operates it's staffing like a Scientology cult. They  control their employees lives, information, transportation, free time, entertainment and social life. A Google life is a glass-bubble of echo-chamber extremist, hyper-sex-kink, reinforcement.

**THE COUNTER-MEASURES BEING TAKEN AGAINST THESE CRIMINAL PERPETRATORS BY THE PUBLIC:**

How YOU can use the public "Corruption Kill Box" to wipe out crooked politicians and their financiers: A Corruption Kill Box Procedure combines federal police investigations created by formal filed criminal referrals and Form 302 overview drafts, public class-action lawsuits, massive news media disclosure blasts, formal regulatory agency complaint filings, individual lawsuits against political and agency executives, documentary film production and distribution, the promotion and organization of Congressional hearings, crowd-sourced social media public forensics and open-source AI financial crimes tracking software. The procedure is an extinction-level event with a 100% success rate against corrupt entities. CKB's only work on the corrupt, so non corrupt parties are safe from it's effects. ANY member of the public can engage in these totally legal anti-corruption actions. Just do it! Read:  *"THE CORRUPTION DISRUPTION MANUAL*" and use the tactics described in it. You can find copies of it world-wide at links like:


*http://american-corruption.com/public/THE_CORRUPTION_DISRUPTION_MANUAL.pdf*

http://case-xyz2020a.com/THE_CORRUPTION_DISRUPTION_MANUAL.pdf

http://nationalnewsnetwork.net/public/THE_CORRUPTION_DISRUPTION_MANUAL.pdf

http://silicon-valley-mobsters.com/public/THE_CORRUPTION_DISRUPTION_MANUAL.pdf

... and thousands of other sites, torrents and locations. Share it with your friends.



=====================


# Witness Statement #36789


*"...how corrupt are our political representatives? "we have not been able to find a single one of our political representatives who was not working for, paid by, sleeping with and/or profiteering off of the stocks and mutual funds of our competitors that attacked us! two of our senators were even caught financing some of the attacks!... For example, in California, they have been trying to figure out how tens of billions of dollars for Covid Loans, and also for housing projects, has gone missing. A series of*

*recent audits has found that the much of the money was stolen and hidden by a system of duplicitous, on-purpose mismanagement designed to hide the thefts by saying that 'California politicians are too disorganized to manage anything'. In reality, the embezzlement of the federal funds are **carefully** organized by State officials (who live in multiple MANSIONS and have parties at fancy restaurants constantly) who are expert at theft and cover-ups..."*

=====================

# Victim Report #14268

*An Actual Example Of A State-Sponsored Vendetta Attack:*

In the case of one victim of this corruption, let's call him "Applicant A", the dirty deeds of public officials are illuminated in all of their darkest forms. He saw, first-hand, how modern politics turns public servants into criminal mobsters. Here is what was in his FBI report:

In college, "Applicant A" was a criminology student on the multi-campus "Core Curriculum" which was offered through Stanford, SFSU and Berkeley campuses. He lived in San Francisco, with a woman who was the best friend of Kathryn Feinstein, daughter of the future mayor of San Francisco. The woman's mother, in fact, worked for Dianne Feinstein. Kathryn Feinstein often stayed at "Applicant A"'s home and partied there in the hot tub in the back yard and in the downstairs living room. There she told tales and gossip about the deep inside scoop on San Francisco politics. This led to "Applicant A"'s recording and production of an award-winning investigative film series about the characters in San Francisco politics.

Mayor George Moscone was then assassinated one day while "Applicant A" was on his way to City Hall for a meeting at the Mayor's office. This assassination made Diane Feinstein the Mayor of San Francisco and, later, a U.S. Senator.

As further proof of the connection, Mayor Feinstein issued a large published City Hall proclamation to "Applicant A" for his work on a major project for the City of San Francisco, a tribute to George Moscone, viewed by millions of citizens and also had "Applicant A" produce many socialite events at City Hall for, and with, the Mayor's friend Charlotte Maillard.

"Applicant A" knew hundreds of top political officials, dated top officials from the White House or Congress and was constantly being solicited to run for office.

"Applicant A" was one of two producer's creating a major event for The City but a rift developed between "Applicant A" and another group. The opposing group (Comprised of competitors to "Applicant A" ) were being accused of embezzling civic funds. That other group was headed by two personal friends of Diane Feinstein's. The failures of the opposition group became national news as it was also backed by David Rockefeller's money man, who also financed Diane Feinstein.

At this time "Applicant A", had numerous law enforcement and intelligence credentials, commendations and certifications and was approached to assist with a sting operation involving some of those officials. The sting operation required that "Applicant A" run for a major office in San Francisco because only a major candidate could have access to the proper people, information and proximity needed for such an operation. Department of Justice, FBI, California Fair Political Practices Commission and other entities had an interest in these task force-type efforts. The combined efforts resulted in one famous City Hall official being arrested for running an underage prostitution ring for San Francisco public officials, co-managed by a SFPD official, and another candidate for mayor, associated with the old school North Beach mob, being run out of politics and having his young daughter removed by the police to protect her from attempted abuse. Both of the indicted officials had close relationships with Diane Feinstein.

"Applicant A" ran the opening ceremonies of one of David Rockefeller's big projects in San Francisco which Rockefeller, Feinstein and James Bronkema were key players in. James Bronkema, The head of the City business council, had his mistress intermediate a potential "peace treaty" between "Applicant A" and his Cartel. He later sought to invite "Applicant A" into the Bay Area political Cartel he ran and disclosed the insider scheme to "Applicant A", hoping to entice him. Bay Area VC Tom Perkins also made "Applicant A" this offer and confirmed the existence, operation and scope of this Cartel which included famous politicians.

Subsequently, the Feinstein family became the investors, government financial agent, contractors, HR providers, staffing liaison, and friends for Elon Musk and managed the State and Federal gifts of billions of dollars of tax payer funds to Musk, which the Feinstein family profited from.

At the same time, "Applicant A" was operating a U.S. Government funded electric vehicle manufacturing company and an energy production company that competed with Elon Musk's companies. "Applicant A" contacted the Fremont, California NUMMI plant which Elon Musk had publicly stated he "had no use for NUMMI". "Applicant A" had been in negotiations and had arranged the first request to re-task NUMMI. A major Washington DC consulting group and CBS News 60

Minutes Producer: Bob Simon, then had communications with Diane Feinstein's Chief of Staff who threatened "Applicant A" against having anything to do with the NUMMI plant. Subsequently Elon Musk announced he had stepped back in and was taking over the NUMMI plant in a surprise announcement MC'd, in person by Diane Feinstein, whose family was managing the leasing, hiring and contracting for the NUMMI and next door Solyndra buildings.

It turned out that a large rare earth minerals mining scam was underway to manipulate TRILLIONS of dollars of corrupt mining profits and federal tax dollars and that "Applicant A"'s federally funded technology obsoleted that plan.

Just after Russia evacuated Afghanistan, a particular set of Russian geological survey reports called: "The Afghan Metals Treasure Maps" were found by CIA researchers in Kabul. They were said to show where many trillions of dollars worth of copper, lithium, indium and other "rare earth" technology minerals were hidden in the Afghan plains.

That lithium and indium could power Elon Musk's cars and Solyndra, Fisker's, Abound's Cleantech (if only a certain group of Silicon Valley billionaires had a way to monopolize that...hmmmm?) But; were those "Treasure Maps" a trick or a treat?

To this day, controversy exists across the intelligence communities, of many nations, about whether, or not, those maps were a scam created to "trick the American's" or the actual locations of trillions of dollars of mining deals that were "antibody's for the taking". The papers that the CIA geologists pulled out of that archival library in Kabul, Afghanistan still read to be a bit too convenient for what happened next. Decades later, after an invasion or two, and vast expenditures of cash, political capitol and lives, very little of the promised golden mining treasure has materialized. What has materialized is epic corruption, political payola, campaign secrets, deaths and controversy.

Goldman Sachs, McKinsey Consulting and Deloitte helped a few rogue CIA buddies distribute a huge number of white papers and press releases which used the buzz words: "Trillions of dollars of lithium in Afghanistan" and "Afghanistan is the Saudi Arabia of Lithium". Why would those particular companies put so much effort into hyping a pile of dirt on the other side of the planet? Because their investors (John Doerr, Elon Musk, *Eric Schmidt, Larry Page*, Steve Westly, etc.) had a quid pro quo deal with some members of The White House.

"Applicant A" had received a Congressional commendation, federal funding under contract to The Department of Energy and famous seminal patent awards for his work in the electric vehicle technologies; now used in the Honda, Toyota and Hyundai cars.

Subsequently, the FBI discovered ( confirmed via a declassified congressional report) that Daniel Jones, a former intelligence committee staffer for Sen. Dianne Feinstein, hired Fusion GPS and Christopher Steele to push the Russian story and used Fusion GPS, and other services to put hit-jobs on people for Feinstein. Additionally, the FBI discovered that high level Chinese spies worked for Feinstein, including driving her around and that her husband's partner: Mart Bailey, was in China setting up deals that the CIA was concerned about. Fusion GPS, Media Matters, Gawker Media, Gizmodo Media Google and Youtube were subsequently found to have been hired by "a famous politician" to operate over $30M of character assassination reprisal media defamation attacks against "Applicant A" to punish him for helping law enforcement in these cases. It is well known that Feinstein, Pelosi, Harris, Reid and other Senators commonly use intelligence agency resources and "dirty tricks" to attack citizens they are mad at.

The Department Of Energy (DOE) acts under White House orders to only give money to White House political financiers and sabotage the competitors of those political insiders. DOE says they don't do what David Axelrod. Rahm Emanual, or the latest Oval Office lackey, tells them to do, but by now everyone knows that assertion is a complete and total lie!

Some of the people that laid siege to Congress at the start of 2021 believed they were "doing the right thing", others thought they were insane. Department of Energy staff are just as 'insane' in that they are hired to lie, cheat and manipulate funding in order to help their political favorites and harm the competitors to those 'favorites' who they perceive as political 'enemies'. Department of Energy staff are as devoted to cronyism as an ISIS attacker is to sawing off someone's head with his knife. Neither of them perceive themselves as "crazy zealots", both groups think they are 'doing the right thing', but those on the outside can see the truth.

When an Applicant for government funding receives a letter simply stating that their loan application under the Advanced Technology Vehicles Manufacturing (ATVM), LGP, Battery funds, etc. or other Program, has been rejected it is because the Applicant  did not bribe the right people. Bright Automotive famously published a national letter about how the Dept of Energy had lied to them. XP sued the Dept of Energy for corruption and won. Congress has held ongoing hearings about the corruption and payola at the Department of Energy.

No logical reasons are ever given in the DOE letters and only after several attempts at phoning the Department of Energy office can you ever get the so-called "reasons" orally. You may never receive the reasons in writing. Over a hundred Applicants like Bright, Zap, Brammo, EcoMotors, XP Vehicles, Elio, Lordstown and others have been lied to, led down the garden path, stone-walled, delayed and sabotaged in order to protect political insiders Tesla, Solyndra, Abound, Brightsource and other White House financiers.

One could understand a rejection if the reasons given were applicable to an Applicants actual loan application. However, in each case, they were not. Many reasons did not even reflect what was included in the Applicants submissions if the Applicant was a competitor to Elon Musk. Department of Energy staff simply made up data that was not even submitted in order to help Tesla and harm Bright Automotive, for example. In many cases a rejected electric car Applicant was told that their car "did not use enough gasoline" or that their windmill project used "too much sun"… or similar nonsense.

All of Steven Chu's Department of Energy staff were friends of, investors in, or associates of Elon Musk's Cartel. They stayed on, many of them even still in place in 2021, waiting for Jennifer Granholm to get in and start the old Chu regime back up to hand out cash to the insiders from the Silicon Valley Mafia. In each case, after several attempts at receiving more clarification from the Dept of Energy and ATVM offices, no one from DOE has been in further contact with any outsider Applicant . For years, each Applicant is still requesting additional information about their loan applications and more applicable reasons for rejections.

Most of the  competitors to Elon Musk, had cars that could go further than a Tesla, cost up to 80% less than a Tesla, used no gasoline, were easier to repair and build than a Tesla, saved your life better than a Tesla in a crash, didn't blow up like a Tesla, did not get hacked as easy as a Tesla, were faster on torque-factors than a Tesla, were not about to go bankrupt like Elon Musk was at the time, did not require an extension cord to trip over like Tesla does, did not rely on foreign labor like Tesla did, did not have the horrific debt ratio that Tesla had, did not cause genocide and rape around the globe in corrupt lithium and cobalt child labor camps like Elon Musk did and, generally had every advantage over Tesla except: 1.) the Elon Musk partnership that Musk had with Dianne Feinstein's family and the 2.) conduit of cash between Musk and political candidates.

Most of the other Applicant's had thousands of customers lined up who wanted to buy their unique and very "green" cars. The public were eager to buy their products but those products were better and more competitive than Elon Musk's. If you line up every Applicants merits in a spreadsheet, the "DOE winners" would lose. The metrics were ignored or rigged in order to favor Tesla and Solyndra and harm outsiders who competed with them.

One of the rejection reasons that DOE gave an Applicant was that their car "did not use E85 gasoline". It was an ELECTRIC CAR which uses NO gasoline which one would think that an Obama Administration had as a goal our country should want to attain. Crony insiders Tesla Motors and Fisker also used no gasoline and they were handed the DOE funds with almost no scrutiny. At no point was E85 gasoline ever mentioned, discussed, commented on or requested by DOE. In fact the topic was particularly avoided by DOE staff.

Another reason an Applicant (XP Vehicles) was given was that that "they were not planning on making

433

millions of cars." Any intelligent auto industry expert knows you have to ramp up production from a few thousand cars in order to get to a few million cars. The Department of Energy was not offering enough money to start making millions of cars right out of the gate. No car company EVER FUNDED by the Dept of Energy, to this day, has ever been capable of making millions of cars from the get go. In fact, XP, who proposed 50,000 vehicles, turned out to be EXACTLY correct based on industry history. Dept of Energy reviewers turned out to be EXACTLY wrong on their comments...or they were making things up to protect Musk. The rejection point was that Applicants were not planning to make enough cars. This was a false statement by DOE. The company would like to build and sell more cars than any other car company. They were fully willing to produce millions of vehicles if provided with the appropriate funding as they quantified millions of fleet buyers for its vehicles. No DOE entity ever asked them to adjust, discuss or amend their numbers. They were more than willing to adjust those numbers if anyone had even bothered to ask. One must start out with small steps and were planned to ramp up to a massive number over time. To suggest that one do otherwise would demonstrate questionable judgment by DOE reviewers. The validity of this comment was based on either lies or manipulated interpretations by DOE staff designed to harm Applicant ratings over Musk.

Applicant XP, whose business plan was based on selling vehicles to the government was told they were rejected by DOE because they were "... not planning to sell cars to the government". That determination was 100% false. It was a bald faced lie by Department of Energy staff. It was clearly stated in XP's application that the core sales plan of the company is based on government fleet sales. The Dept of Defense wanted a particular light-weight version of the XP car for air-dropped rescues. One cannot help but wonder if DOE even read the applications or just rubber-stamped all non-crony applications as "rejected".

In another example of a failure to read the applications, The Dept of Energy asserted that factory cost estimates were too low because "the metal body fabrication systems" were not calculated high enough. The Applicant  did not use much metal fabrication in its bodies, which Dept of Energy staff would have known if they had even read the first page of the application.

Banks and every other business lender takes a few weeks to decide on business funding. The Dept of Energy stonewalled Applicants for YEARS and received numerous write-ups from the GAO as one of the most screwed up organizations in Washington DC.

DOE reviewers never even talked to the founders, inventor, engineers, project leads or primary contractors from non crony Applicants. Outsider Applicants were even told, over and over again, that everything in their application was good and that no additional information was needed. This is despite the fact that the reasons given for outsider rejections did not reflect the technology being used and therefore the ATVM reviewers did not understand our concept and product. Tesla Motors received over 100 hours of staff meetings and attention to guide them through the DOE. Non-crony Applicant"s got

434

zero help.

It was discovered that McKinsey Consulting was hired to write all of the global white-papers designed to promote the Cleantech investors stock market holdings. They were also hired to staff the Department of Energy entirely with Elon Musk's and Solyndra's friends. They were also the lobbying consultants to Google, Facebook and the Silicon Valley Cartel.

After nearly a year of waiting, accompanied by written, verbal and in-person DOE proclamations that "everything was fine", "everything is on-track", "you appear to meet every criteria", etc. and after staff expended the majority of their personal funds based on these positive assertions, the applications were suddenly and mysteriously rejected. Why was staff at DOE during the course of the year, positive about the outcome and never asked for additional information? It was because they all knew, from December 2008 forward, that only those friends on a secret insiders list were ever going to be approved. Every other "Applicant A" was being defrauded and used as a smoke screen to make it look like things were "in process". Applicant"s were promised, assured and relied on "things are looking good" statements from Dept of Energy staff who were lying. Dept of Energy staff knew from December of 2008 that the money was hard-wired for Tesla and a couple of others.

At the start of the DOE application process DOE's Lachlan Seward, Matt Rogers, Steven Chu, Kathy Zoi, Carol Battershal, and ALL of the senior DOE staff told each Applicant that the review would "be very interactive"... but there was no interaction for non-crony outsiders while Elon Musk and Solyndra folks, who applied later, were reviewed earlier, had hundreds of hours of in-person hand-holding interaction with DOE and had already been awarded their funds. No outsiders got any of this help or "interaction".

Rejection comments supplied by Chris Foster of DOE seemed to be unrelated to the business of each rejected company and had no foundation in fact. It was as if Dept of Energy staff would make anything up to keep competitors against Silicon Valley political campaign financiers from getting to market.

Rejected Applicants provided $100 million+ of asset collateral opportunity for only a $40M loan. To repeat, non-crony "Applicant A"s provided over TWICE the collateral of the value of the loan. How is this not as secure of a structure as any of the other Applicants. Elon Musk did not have any collateral like this!

Tesla was in such bad trouble that they had to borrow money from the Middle East and Detroit in order to temporarily cook their books so that DOE could release their cash. In reality, Tesla is a book-cooking stock market valuation manipulation operation and not a car company, as such.

The Department of Energy determined that three of the Applicant's were "most likely" to obsolete and

435

put Elon Musk's company out of business because they beat the competitive metrics factors for price, range, safety, cost-to-produce...literally, THEY BEAT MUSK ON EVERYTHING! Department of Energy staff are beholden to Elon Musk and HIS political financiers so they could not let any competitors into the market. The Department of Energy is the gate-keeper of who gets to exist in the American auto industry according to Elon Musk's own marketing director: Daryl Sirry. No American bank or VC will finance a car company without DOE insider say-so. The Department of Energy blockades funding for those who directly might compete with Elon Musk because they get paid by Elon Musk and his financiers with stock, jobs, perks, political appointments, etc.

DOE top staff told Applicants that if they paid $50,000.00 then they could get a full review. One Applicant got investors to fund the $50K fee. The investors agreed if a DOE staffer would tell them once on the phone or email that that was the case. The (lying bastard) DOE staffer (Foster) refused to come to the phone or reply to any fedex or email until an hour after the deadline to wire the fee, even though he was recorded in his office, hiding from the calls. The staffer then sent an email saying "you missed the deadline to pay the fee, you are rejected", even though he had organized the missing of the fee by refusing any communication that he promised, in writing, to have with the investors who were to pay the fee. Elon Musk did not have to pay the fee until much later after Tesla got caught not paying the fee.

The state is wielding extraordinary power these days — power to close businesses, to directly impact people's livelihoods and even lives — and so it owes it to the public to disclose how and why it makes those decisions that appear to only benefits campaign financiers and insiders. Hiding the identities and processes of the Department of Energy reviewers is a criminal act.

This secrecy is exactly the wrong approach here and will only breed further mistrust, confusion and contempt for the crucial role of government in bringing alternative energy vehicles to market.

Dept of Energy reviewers told non-crony Applicants that "electric motors and batteries were considered" by the DOE reviewers to be "too futuristic of a technology and not developed for commercial use even though they have been in use in over 40 industries for over 20 years, including by NASA. By the way, Tesla, Nissan and Fisker used the same exact electric motors. What was the rationale for this DOE argument aside from cronyism? In the case of XP, every part of the XP car was to be purchased from existing commercial sources with multiple points of supply, so it is not possible to see how a reviewer might think the vehicle had any significant technical acquisition hurdles. Over 100 major supplier companies, that have been building parts for the auto, aerospace and industry for decades) were to deliver the component parts for XP Vehicles. The U.S. Congress said that the primary purpose of this loan program was to develop advanced technology and further reduce U.S. dependence on gasoline. The non crony car "Applicant A"s used no gasoline and got over 125 miles per battery charge. How is the DOE claim that electric cars are not compliant not in direct conflict with the

precepts of the Section 136 law?

DOE staff would constantly "Lois Lerner" (or lose) non-crony Applicants paperwork. A DOE staffer named Brent even revealed that Lachlan Seward had ordered some documents shredded for cover-up purposes. Congressional investigations have documented hundreds of such corruption actions at DOE.

So… we thought: "How could the U.S. Government engage in such insane criminal bull shit?"

So, we legally acquired the public Office Of Personnel Management records, social media postings, Linkedin records, FOIA revelations, voting and contribution records of every Department of Energy contractor and employee who had even the most remote contact with the funding process, from 2008 forward...and LOOKIE, LOOKIE! We have not been able to find a single one of them who was not financially involved with the handful of people who got they Dept of Energy funds. They were the most insider-trading, conflict-of-interest based, sleeping-with-the-recipient bunch of crooks and liars you could ever find. Why is the Dept of Energy allowed to hire only their friends and insider trading associates? Why is every office at DOE not required to have a 50/50 staff mix? The deciders and lobbyists are connected by sexual culture and greed and defrauded each of the non-crony people who they induced to apply. The Department of Energy knew from Dec. 1, 2008 that nobody was ever going to get Dept of Energy funding except the previously hard-wired crony insiders. Each "Applicant A" who was not an insider lost millions of dollars and years of their lives because of the lies of the U.S. Department of Energy. The Department of Energy has never apologized or paid their bills for the damages!

"Applicant A", at this time, discovered that he had been exposed to toxic materials, possibly intentionally as "political poisoning" (ie: The Salisbury Poisonings and the Alexander Litvinenko poisoning), as a reprisal tactic, from his work with the Department of Energy and Kaiser laboratories. "Applicant A" filed for his benefit rights,, which he had full credits for, but political officials from Senate offices ordered those funds frozen and used intelligence agency dirty tricks to manipulate and alter government records. The "Solarwinds", "Supernova", "Spectre" and hundreds of other hacks show that the very servers that "Applicant A"'s records were on were, in fact, penetrated.

Agency staffers manipulated Applicant's filed benefits applications with SSA, HUD and other agencies, in order to cut off their funds in reprisal for assistance in corruption investigations.

Congressional officials then assisted some of the whistle-blowers and their peers with a first-ever federal anti-corruption lawsuit. This case set many new legal precedents. The Plaintiffs' team won the lawsuit proving that government agencies "infected by corruption" had manipulated, blockaded and stone-walled the Applicant's government funding.

These citizens instigated Congressional corruption investigations and hearings against the most senior members of the State and Federal government. These actions resulted in the termination of very famous public officials and their crony criminal embezzlement scams and almost resulted in the President being forced to leave office, mid-term, based on revelations of a massive crony kick-back scheme which began to be exposed after the FBI raid of Solyndra. The director of the FBI was fired for assisting in cover-ups related to this matter.

It was revealed that White House executives ordered government agencies to harm members of the public and to reprisal with-hold public resources from the public. This was a violation of tort, RICO and anti-trust laws.

The Plaintiffs' fought back.

They used 100% legal tools to interdict the corruption.

First, with a unique new kind of pioneering federal lawsuit, Plaintiffs' established — FOR THE FIRST TIME IN LEGAL HISTORY — that political cronyism is a valid basis for a claim of arbitrary-and-capricious agency action under the Administrative Procedure Act. See: Federal Case One, (D.D.C. 2015).

Second, they prevailed in the United States Court of Appeals for the District of Columbia Circuit on their appeal of the district court's ruling that an agency may escape judicial review of its action by requesting a voluntary remand but refusing to reconsider its initial denial of an application. See: Case Federal Two, (D.C. Cir. 2017). The Washington DC Circuit agreed with the Plaintiffs' that an agency may only seek a remand if it promises to reconsider its initial decision. It is because of that victory that the government, under court order is now re-doing the Plaintiffs' applications and GAO, FBI, IG's and Congressional oversight offices are watching to assure effective ethics and transparency.

Third, these cases placed, on permanent public record, one of the most detailed documentation sets, ever assembled, about how modern political "Dark Money" conduits operate. The legal team hired ex-FBI, CIA and SEC experts to track down covert bank accounts, revolving door bribes, insider stock trades and other payola between the victim's competitors and public officials. This documentation now prevents the use of those kinds of criminal efforts, in the future, by exposing their tactics to the public.

Fourth, the victim's team engaged in the interdiction and termination of corrupt agency executives, contractors and their financiers. This included some of the most well-known names in Washington, DC, at the time. Many of them were, and are still being, investigated and surveilled by the FBI, GAO, SEC and Congress.

Fifth, and most important, the effort put every corrupt political scheme on notice that they WILL be found out and interdicted!

The bottom line? The Plaintiffs' group WON on every single aspect of their public-interest goals but still have yet to be recompensed for their damages!

Now the "bad guys" have less options to engage in the corruption of our Democracy!

Not only did the Department of Energy engage in reprisal attacks. SSA staff and officials from the SSA have been shown to have runn political reprisals on "Applicant A". History has shown that some Bay Area SSA staff since 2007 have gone on to work for politicians in dispute with "Applicant A" or for ANTIFA-like political activism groups that advocate attacks. SSA has been forced to remove at least four officials from their SSA jobs and more are under investigation. Dianne Feinstein, Nancy Pelosi, Kamala Harris, Harry Reid and other Senators have the staff and power to manipulate any SSA, HUD, CMA, DOE and other agency decisions, files, results and benefits against any citizen they are pissed of at. All of those Senators own the stock market assets of all of the competitors to "Applicant A" and have the owners of those competing companies over to parties and home dinners on a regular basis.

Nearly a thousand public officials including White House, FBI (and other agency most senior officials) have been removed from their jobs for using the government for revenge, reprisal, retaliation actions against those they competed with. The published facts, Congressional reports, Inspector General investigations and testimony prove that government officials attack citizens on a regular basis.

In the event of "Applicant A"'s death an "insurance policy" of devastating encrypted files has been pre-distributed to certain reporter and legal groups.

====================

# Points Proven In The Evidence

** The evidence proves that agency officials play a game of "pass-around" to other agencies when this matter is reported to them in order to stall, delay, stone-wall, obfuscate, cover-up and hide the political embarrassment of these crimes. The Plaintiffs' will no longer tolerate this run-around tactic!

** The evidence proves that Department of Energy and White House officials lied through their teeth, hundreds of times, in order to benefit their crony friends and campaign financiers and sabotage their competitors. It was proven in thousands of news reports, documentaries, FBI reports, Congressional investigations, leaked documents, insider reports and Plaintiffs' own eye-witness testimony.

** The evidence proves the assertions of corruption, stock-market manipulation, monopoly,industry gate-keeping, character assassination, revolving-door job payola at Silicon Valley tech companies, tax evasion and more.

** The evidence proves that the government reviewer sand government official involved with Plaintiffs' applications were insider trading in the stock market against the Plaintiffs'. They were getting paid to destroy the Plaintiffs' financial future.

** The evidence proves, via investigators and law enforcement peers, that no official can find any past reviewers of this case who were not hand-picked by Plaintiffs' business adversaries. In other words, the Plaintiffs' would like the Congress to provide any evidence that Plaintiffs' case has been fairly reviewed in the past. The Plaintiffs' FBI-class associates have not found a single entity in Plaintiffs' case reviews or determinations who was not either:financed by, friends, with, sleeping with, dating the staff of, holding stock market assets in, promised a revolving door job or government service contracts from, partying with, personal friends with, photographed at private events with, exchanging emails with,business associates of or directed by; one of those business adversaries, or the Senators and Department of Energy politicians that those business adversaries pay campaign finances to, or supply political digital services to. From 2008 forward, The White House and The Department Of Energy were controlled by the Silicon Valley tech oligarchs! That is a violation of the law, the Constitution and the American Way and we have proved that.

** The evidence proves that Elon Musk is a "mobster" that rigs politics and the stock market and lies about many things.

** The evidence proves that silicon valley oligarchs run a monopolistic cartel!

** The evidence proves that silicon valley oligarchs and their politicians run a sex trafficking operation and transact bribes with sex!

** The evidence proves that rare earth mining is a six trillion dollar political corruption scandal that California politicians cover-up!

** The evidence proves that the main way political bribes are paid is with hidden stock market assets!

** The evidence proves that lithium batteries are deadly, explosive, toxic fume causing,genocide causing, child labor causing, devices owned, in part, by California politicians!

** The evidence proves that an extraordinary number of suspicious deaths have happened to people involved in this case

** The evidence proves that tech oligarchs and California senators hire character assassins and hit job attackers to harm citizens who speak out!

** The evidence proves  that Silicon Valley operatives spy on competitors and use the data to manipulate politics and markets!

** The evidence proves Solyndra was raided by the FBI.

** The evidence proves that U.S. taxpayers lost over $500M, on Solyndra alone, and after they got a massive amount of federal dollars, the company mysteriously disappeared.

** The evidence proves that U.S. taxpayers have, to date, lost over$6 Trillion dollars on Afghan war mismanagement.

** The evidence proves that Solyndra was using indium mined from Afghanistan.

** The evidence proves that Tesla and Solyndra sit on the same land in Fremont, California that the Feinstein family has massive conflicts-of-interest with.

** The evidence proves that Tesla was using lithium mined from Afghanistan.

** The evidence proves that Ener1 was using lithium mined from Afghanistan. After receiving a massive amount of federal dollars, the company mysteriously disappeared.

** The evidence proves that Senator Dianne Feinstein lobbied for government funds to be given to Tesla and Solyndra. Her family held HR, land contract, construction, stock and other upside assets in both of those companies.

** The evidence proves that Fisker was using lithium mined from Afghanistan. After receiving a massive amount of federal dollars, the company mysteriously disappeared.

** The evidence proves that Abound Solar was using indium mined from Afghanistan. After receiving

a massive amount of federal dollars, the company mysteriously disappeared.

** The evidence proves that The U.S. Secretary of Energy had personal, financial and political relationships with each of the companies who were given federal cash that he controlled. He sabotaged every single other applicant, who, coincidentally, were the competitors to his friends who he awarded the taxpayer cash to.

** This evidence, and the associated hard drives and witness testimony, will stand up as sworn, certified, warranted testimony in any federal jury trial, grand jury hearing, RICO Racketeering corruption trial and/or live televised Congressional hearing. Given equally resourced, and financed, legal support and proper security protection, many hundreds of person's are willing to swear and warrant to the veracity of these assertions:

** The evidence proves that New York State, California State and Washington, DC elected officials, in particular U.S. Senators, did criminalize the domestic public policy system in order to acquire personal profits and monopolize industry markets for themselves and their friends.

** The evidence proves that Tesla Motors, Elon Musk and his associates, participated in these schemes in violation of organized crime laws and that Musk's companies are used as money-laundering Dark Money political financing outlets.

** The evidence proves that the investment firms of Goldman Sachs; Kliener Perkins; Draper Fisher Jurvetson; GreyLock Capital; and other venture firms participated in these schemes in violation of organized crime laws.

** The evidence proves that U.S. Senators Reid, Feinstein, Harris, Boxer, Pelosi, and other Senators, participated in these schemes in violation of organized crime laws.

** The evidence proves that U.S. Attorney Generals Holder, Harris, Schniederman, and other Attorney Generals, participated in these schemes in violation of organized crime laws.

** The evidence proves that certain senior law enforcement officials received full and complete crime reports and law violations disclosures about these crimes and stalled investigations, covered-up the crimes and tampered with evidence in order to protect their political friends and profit monetarily.

** The evidence proves that A "Silicon Valley PayPal Mafia" does exist and they do conspire to break the law and manipulate Democracy.

** The evidence proves that the members of this technology cartel "Mafia" group are selected for their

social, physical and family similarities which include the tendency to engage in sociopath behavior, rape, sex abuse and sex-extortion, misogyny, tax evasion, money laundering, real estate fraud, racism,bribery, patent theft and other deviant behavior.

** The evidence proves that Google's VC's and executives,who are part of this cartel, plan and manually run election manipulation programs, privacy abuse, search engine rigging and militaristic information manipulation for personal profiteering at the expense of the public.

** The evidence proves that the Obama Administration used the U.S. Department of Energy as a campaign financier payola slush fund.

** The evidence proves that U.S. elected political officials hire and manage third party services to run reprisal campaigns against taxpayers and that those character assassination providers include: IN-Q-Tel, Think Progress, Black Cube, Podesta Group, EDS, Stratfor, Fusion GPS, IN-Q-Tel, Media Matters, Gawker Media, Gizmodo Media, Syd Blumenthal, and other attack services which are illicitly compensated with laundered taxpayer resources.

** The evidence proves that the bribes and profiteering conduits for this scam are ignored by compromised FEC bosses and include: Dark Money fronts; family trust floats; shell corporation layering; insider trading in tech companies; revolving door jobs at Netflix, Google, etc; prostitutes; sports suites; political campaign search engine rigging, bot attacks and other illicit payola.

** The evidence proves that a mobster-like cartel of men operate a racketeering operation out of Silicon Valley that manipulates elections, news and taxpayer funding policies.

** The evidence proves that this cartel is comprised of sick,megalomaniac, sexually addicted and abusive men who protect each other with billions of dollars of cover-ups involving the bribery of Senators with insider trading stock and covert campaign financing.

** The evidence proves that this cartel receives hundreds of billions of dollars of profits from their crimes and this causes them to stoop to murders, extortion, black-lists, funding blockades and other crimes, in order to gather their ill-gotten gains.

** The evidence proves that the investors of Google,Facebook, Twitter, Amazon, Ebay, Netflix and a related set of Silicon Valley monopolies conspire in these efforts to manipulate the stock market, lie to advertisers and bias all digital news and information, globally, to push their selfish ideologies.

** The evidence proves that Senators Pelosi, Feinstein,Boxer, Harris, Reid have an active criminal participation in, and benefit from, these efforts and that they, in fact, along with Steven Chu had illicit

dealings with Russian and Chinese financiers and they are paid with insider trading stock, revolving door jobs, and other covert payola.

** The evidence proves that Google, Facebook and Twitter have rigged and manipulated U.S. elections since Barack Obama was elected.

** The evidence proves that the U.S. Department of Energy and the U.S. Department of Justice were used as an illicit slush-fund by the Obama Administration to pay campaign financiers and to sabotage their competitors.

** The evidence proves that government officials hired and/or financed and/or directed deadly economic and character assassination hit jobs against those who reported these crimes using attack services from IN-Q-Tel, Gawker Media,Jalopnik, Gizmodo Media, K2 Intelligence, WikiStrat, Podesta Group, Fusion GPS, Google, YouTube, Alphabet, Facebook, Twitter, Think Progress, Media Matters, BlackCube, Mossad, Correct The Record, Stratfor, ShareBlue, Wikileaks, Cambridge Analytica, etc; the owners of whom have been proven to have accepted compensation forsuch hatchet job services.

** The evidence proves that the "The PayPal Mafia" is an actual Cosa Nostra like operation that exploits sex cults, prostitutes, gay rent boys and market rigging as illicitly as the old Chicago "Mob".

** The evidence proves that Tesla Motors is a criminal Dark Money front that "cooks the books", lies about safety issues and runs sabotage campaigns through Musk's massive use of Russian bots, trolls, stock shills and his covert manipulations with Google's Larry Page and Eric Schmidt.

** The evidence, particularly that maintained by the U.S. Attorney's office under Mr. Anderson in San Francisco, shows that San Francisco City Hall is rife with a standardized system of political corruption based on bribery, payola and stock market exchanges.

** The evidence proves that Chinese, Russian, Iranian and teen "hackivists" discovered that 9-11 had caused data "back-doors" to be inserted in every server by Cisco, Intel, Juniper Networks and others. These outside actors have opened those doors and taken the files from every major government and corporate entity, with special attention to Silicon Valley, and are now leaking those files on the web and offering sets of those files to sale to adversaries of the "Paypal Mafia, for example. This means that every "dirty secret" in Silicon Valley is now out "in the wild".

** Additional criminal activities are also enumerated in the associated books and reports on this case which are provided to any credentialed reporter or investigator upon request...


-----------------------------------------

The AI forensics of the FBI, Clearview, Yandex, NSA and thousands of other robotic investigation tools have been chugging away for years accruing all of the key connections, bank accounts, financial records, phone calls, payments to hookers and more.

Investigative journalists have produced thousands of proof videos and tens of millions of pages of news reports.

The Plaintiffs' have acquired vast amounts of eye-witness proof. Congress has published a huge number of reports proving Plaintiffs' charges. The FBI, SEC and FTC have huge numbers of reports proving Plaintiffs' charges. Millions of pages of leaked documents prove the above charges. The Plaintiffs' are staff whistle-blowers who have proven the charges!

The Plaintiffs' can prove these assertions in any live public Congressional hearing broadcast on the internet if we are provided with commensurate legal resources as required by law and the Constitution.

=====================

# Witness Statement #47893

" ...the 2008 and 2020 "stimulus funds" are quid pro quo scams to pay off political  insiders. We reported these crimes (with FBI-class evidence) to every law enforcement agency in writing ( FBI, DOJ, SEC, IG, FTC, OSC, FEC, etc.). apparently, citizens are ignored if the crimes involve politicians and their billionaires. the cover-ups are off-the-charts!these mobsters (**Google, Tesla, Facebook, Linkedin, Netflix, In-q-tel, Kleiner Perkins, Greylock**, etc; acting in a coordinated, collusion-based, operation) are paying billions of dollars of political bribes (...via cash, real estate, sex trafficking, pacs, search engine rigging, crony jobs, biased censoring, campaign funds, stock market manipulations, ukrainian money laundering, etc.) to delay justice and blockade our, and your, rights! There can be no question about the fact that Google, Facebook, Netflix, Tesla and the Silicon Valley Cartel control the Obama and Biden White House. For example: Elon Musk ordered the politicians who are his bitches to sabotage his competitors. He gave those political insiders: cash, stock in his cartel, revolving-door jobs, campaign funding, sex workers, off-shore money laundering, and other quid pro quo. Eric Schmidt, Larry Page, Mark Zuckerberg, and the rest of the tech mob, all worked together on these crimes. The hacks and leaks of their documents prove it. Government agency bosses are covering up these crimes to protect their jobs and their corrupt stock market holdings. Musk and Goldman Sachs have gotten over FIFTEEN BILLION DOLLARS of free taxpayer cash and

*monopolized exclusives to pay for Musk's drugs, sex parties and mansions. This is one of the largest violations of anti-trust laws in history. The politicians and agencies that are supposed to stop him are getting money from him. Musk exists entirely from quid pro quo bribes! Musk's banks, including Deutsche Bank, have had to pay more than $100 million to settle charges related to violating anti-bribery laws and engaging in money laundering. While the Musk-controlled media bloviate on the god-like image of Musk, he and his buddies are just crooks and mobsters. It is now almost impossible for the public to reach any media source that is not controlled by the Silicon Valley Cartel via synchronized talking points. Politicians who say that their only motivation is to "save" the helpless billionaire Elon Musk and his unicorns: 1.) sabotage any companies who are not making Tesla's, 2.) have sex with Tesla lobbyists and bankers, 3.) own the stock in Tesla Motors, 4.) are venture capital partners in Kleiner Perkins (ie: Gore) and Greylock capital insiders, 5.) trade revolving door jobs with the Elon Musk cartel, 6.) gave Musk over $15B of free taxpayer money, 7.) get campaign financing from Musk, 8.) order government agencies to freeze funding for Musk's competitors, 9.) and engage in a vast number of other corruption and anti-trust crimes.*

*Politicians talk a big game about coming down on the Silicon Valley Cartel but they never really seem to move on their threats or declarations because they are receiving bribes FROM the Silicon Valley Cartel. The bribes come from covert money drops via covert political manipulation groups including:* ***The Sixteen Thirty Fund, Tides Advocacy, Emerson Collective, American Bridge, Think Progress, New America Foundation, Future Forward, Priorities USA Action, Arabella Advisors, New Venture Fund, Windward Fund, Hopewell Fund, Democracy Alliance, MoveOn.org, People's Action Power*** and *nearly a thousand* other groups who claim to be doing goodie-two-shoes smiley happy deeds but who use spy-tactic dirty tricks to manipulate stock markets. These kinds of dark money groups prey on naive citizens, using ***emotional trigger pitches*** to rig government money into the pockets of their bosses. ***If they can control the White House and most Senators, then they can steer trillions of dollars of government money into their own pockets!***

*It has been proven that Google does indeed pick and choose what search results come up at the top of every search in order to help Google's friends and harm Google's enemies. Google, Facebook, Netflix and Tesla covertly spend billions of dollars influencing Congress.*

*The monopoly of the Silicon Valley Cartel is distinct and different from somebody like the New York Times, for example, or any major media platform that does not have legal immunity because they are publishers. All other publishers do pick and choose what news stories they publish, what letters to the editor's are printed, what kind of op-eds are put on their platform, and they make those decisions knowing they are legally liable. Google bribed the 230 law into existence as an exclusive law just for Google to get away with crimes.*

*Via agreements to collude, the Silicon Valley Cartel platforms are acting as publishers as they are making editorial decisions while maintaining a legal immunity under section 230 which allows them to attack others without consequences. Google has parties and members of congress will go and pick up their checks. Facebook will have a big reception and Congress members go and say "hey, where's my check?'". That is outright bribery! READ THIS LINK:* How Silicon Valley, in a Show of Monopolistic Force, Destroys Competitors.pdf *The reason no one is acting on big tech is that the companies are inviting our elected members of congress into their very deep pockets. This is a massive abuse of power on several levels and if our elected officials can't resist the temptation of extra money in their pockets, then they need to be removed by recall elections, lawsuits and doxing.…"*

# The Sex Cult And Sex Trafficking Network Among The Perps

These tech cartel perpetrators operate a massive and abusive national sex scheme. The perverts in the SandHill Road Venture Capital offices (ie: Kleiner Perkins, Greylock, Andreesen, Khosla, Draper Fisher, etc.) , located between Highway 280 down to to Santa Cruz Avenue on Sand Hill Road in Menlo Park, California, are the main perpetrators of this global cartel. They have taken over online dating sites and social media sites and used them to (SEE THE PROOF AT: http://www.webco22.com/social  ) spy on the public, harvest photos, put opposing citizens on 'watch-lists', source underage sex, run HONEY TRAP campaigns and other crimes.

Now that THE LINCOLN PROJECT has been revealed to be an underage sex ring and the White House is again filled with sex scandal conflicts-of-interest, and Silicon Valley's sex trafficking has only gotten worse, it is impossible to deny the fact that these political manipulators are covering up a sex perversion cult.

They have dozens of executive pimp-like providers who meet with them at their homes, offices and parties and manage the operations of this sex ring.

( https://www.vanityfair.com/news/2018/01/brotopia-silicon-valley-secretive-orgiastic-inner-sanctum )

Their executives at Google, Facebook, Netflix, Linkedin, Twitter, and their related holdings, comprise the rest. The Harvey Weinstein and Ed Buck sex scandals are well known.

( https://ktla.com/2019/09/17/dem-donor-ed-buck-arrested-after-3rd-mans-overdose-charged-with-operating-west-hollywood-drug-house/ )

These sex cult actions have been widely covered in the news individually, ie:

- The Joe Lonsdale rape case

Page 448  EXHIBIT 94 – Case # 22-cv-1107-TSH, Norcal 9th District

( https://europetodaynews.wordpress.com/2017/04/28/joe-lonsdale-rapist-abusive-frat-boy-and-mysoginst-or-gods-gift-to-women/ )

- The Kleiner Perkins Ellen Pao sex abuse lawsuit

( https://www.eandblaw.com/employment-discrimination-blog/2016/02/19/pao-v-kleiner-perkins/ )

- The Eric Schmidt sex penthouse

( https://www.dailymail.co.uk/news/article-2377785/Google-CEO-serial-womanizer-Eric-Schmidt-spends-15-million-dollars-private-doorman-Manhattan-penthouse-totally-soundproofed.html )

- The Jeffrey Epstein case

( https://www.miamiherald.com/news/local/article220097825.html )

- The Google Forrest Hayes hooker murder case

( https://www.usatoday.com/story/tech/2014/07/09/google-exec-hayes-killed-by-call-girl/12422797/ )

- The Google Andy Rubin sex slave case

( https://conservativedailypost.com/android-co-founder-accused-of-running-sex-slave-ring/ )

- The Sergy Brin 3-way sex romp scandal

( https://nexter.org/google-sex-scandal-sergey-brin-playboy-book-alleges )

- The Steve Bing Case

( https://newspunch.com/steve-bing-clinton-friend-associate-epstein-links-dead/ )

- The Hydrant investigation

( https://en.wikipedia.org/wiki/Operation_Hydrant )

- The Elon Musk Steve Jurvetson billionaire sex parties scandals

( https://pagesix.com/2018/02/12/elon-musk-sported-interesting-getup-at-alleged-sex-party/ )

- The NXIVM sexual slave cases

( https://www.oxygen.com/crime-time/nxivm-sex-slave-details-horrific-allegations-against-keith-raniere )

- The Robert Scoble Sex Crimes

( https://www.buzzfeednews.com/article/doree/woman-accuses-robert-scoble-of-sexual-harassment#.sxze4kzxl8 )

448

Page 449  EXHIBIT 94 – Case # 22-cv-1107-TSH, Norcal 9th District

- The San Francisco 'One Taste' Sex Cult for Tech Elites now under FBI investigation

( https://www.dailymail.co.uk/femail/article-8962029/Inside-orgasm-cult-investigation-FBI.html )

- The Michael Goguen anal sex slave case

( https://www.news.com.au/finance/tech-titan-michael-goguen-of-sequioa-capital-kept-amber-baptiste-as-a-sex-slave-for-13-years/news-story/91012180fc3b23d50c1e6be8105c92e7 )

- The Tom Perkins Hooker Parties

( https://fortune.com/2018/01/02/brotopia-book-silicon-valley-sex-party/ )

and thousands of other cases and federal divorce court filings.( https://www.pacer.gov/ )

This group of people have proven themselves, over and over, to be sociopath control freaks not fit for participation in public commerce, public policy or media control.

( https://www.npr.org/sections/alltechconsidered/2017/09/19/551810814/silicon-valley-s-ellen-pao-tackles-sex-discrimination-workplace-diversity-in-mem )

( https://nypost.com/2018/01/03/book-details-tech-bros-drug-fueled-sex-parties-in-silicon-valley/ )

The Four Seasons Hotel and Rosewood Hotels in Silicon Valley are estimated to engage in over $30,000.00 of high-end escort sex trafficking per day, a portion of it managed by Eastern Bloc Mafia operators.

( https://www.thedailybeast.com/silicon-valleys-sex-workers-are-being-priced-out-of-the-city-by-their-own-clients )

( https://escortontop.com/hotel-escorts.htm )

( https://www.vanityfair.com/culture/2013/05/silicon-valley-cougar-nights-love )

( https://www.quora.com/Do-escorts-really-use-the-Rosewood-Hotel-lobby-bar-in-Menlo-Park )

- The Elon Musk sex perversions are the tip of the iceberg.

( https://www.dailymail.co.uk/news/article-8426719/Cara-Delevingne-three-way-affair-Amber-Heard-Elon-Musk.html )

At least 10 Ukrainian escorts fly in and out of SFO and SJO airports every week for these Cartel members. Google boss David Drummond engaged in horrible philandering sexual violations of his wife yet Google covers up every story about it on the web. Google's Eric Schmidt is under massive investigation.

( http://american-corruption.com/
Eric_Schmidt_Has_A_Psychotic_Need_To_Control_Governments_And_Society.html )

449

You hear about the female victims of this sex cult but you rarely hear about the young male victims. One of their vast numbers of prostitutes is quoted as saying that the girls and boys are paid "not just for sex but for the oligarch's endless need to feel that they can control anyone for any reason...". Multiple attorney general's controlled by their cartel, ie: Eric Schneiderman and Eliot Spitzer , are involved this these sex rings.

( https://newspunch.com/eric-schneiderman-nxivm-child-sex-slaves-clintons/ )

( https://en.wikipedia.org/wiki/Eliot_Spitzer )

*These are the main influencers of a national public policy and they are all involved in horrific sex perversions and abuses! The associates political figures financed by this sex Cartel include: Illinois State Representative, **Keith Farnham**, who has resigned and was charged with possession of child pornography and has been accused of bragging at an online site about sexually molesting a 6-year-old girl; Spokesperson for the Arkansas Democratic Party, **Harold Moody, Jr,** who was charged with distribution and possession of child pornography; Radnor Township Board of Commissioners member, **Philip Ahr,** who resigned from his position after being charged with possession of child pornography and abusing children between 2 and 6 years-old; Activist and BLM organizer, **Charles Wade**, who was arrested and charged with human trafficking and underage prostitution; well known pedo Nicholas Guido Denton promotes himself as a cock holster and actively seeks out young boys to work at his tabloids; Texas attorney and activist, **Mark Benavides,** who was charged with having sex with a minor, inducing a child under 18 to have sex and compelling prostitution of at least nine legal clients and possession of child pornography, he was found guilty on six counts of sex trafficking; Virginia Delegate, **Joe Morrissey,** who was indicted on charges connected to his relationship with a 17-year-old girl and was charged with supervisory indecent liberties with a minor, electronic solicitation of a minor, possession of child pornography and distribution of child pornography; Massachusetts Congressman, **Gerry Studds**, who was censured by the House of Representatives after he admitted to an inappropriate relationship with a 17-year-old page; Former Mayor of Stillwater, New York, **Rick Nelson** who was plead guilty to five counts of possession of child pornography of children less than 16 years of age; Mayor of Clayton, New York, **Dale Kenyon,** who was indicted for sexual acts against a teenager; Former Mayor of Hubbard, Ohio, **Richard Keenan**, who was given a life sentence in jail for raping a 4-year-old girl; Former Mayor of Winston, Oregeon, **Kenneth Barrett**, who was arrested for setting up a meeting to have sex with a 14-year-old girl who turned out to be a police officer; The Mayor of Randolph, Nebraska, **Dwayne L. Schutt,** who was arrested and charged with four counts of felony third-degree sexual assault of a child and one count of intentional child abuse. The associates political figures financed by this sex Cartel also include: The Former Mayor of Dawson, Georgia, **Christopher Wright**, who was indicted on the charges of aggravated child molestation, aggravated sodomy, rape, child molestation and statutory rape of an 11-year-old boy and a 12-year-old girl; Former Mayor of Stockton, California, **Anthony Silva,** who was charged with providing alcohol to young adults during a game of strip poker that included a 16-year-old boy at a camp for underprivileged children run by the mayor; Former Mayor of Millbrook, New York, **Donald***

*Briggs*, who was arrested and charged with inappropriate sexual contact with a person younger than 17; The party leader for Victoria County, Texas, **Stephen Jabbour,** who plead guilty to possession and receiving over half a million child pornographic images; DNC activist and fundraiser, **Terrence Bean**, who was arrested on charges of sodomy and sex abuse in a case involving a 15-year-old boy; DNC Party Chairman for Davidson County, Tennessee, **Rodney Mullin**, who resigned amid child pornography allegations; DNC activist, **Andrew Douglas Reed**, who pleaded guilty to multiple counts of 2nd-degree sexual exploitation of a minor for producing child pornography; DNC official from Terre Haute, Indiana, **David Roberts** who was sentenced to federal prison for producing and possessing child pornography including placing hidden cameras in the bedrooms and bathrooms at a home he shared with two minor female victims; Democratic California Congressman, **Tony Cárdenas**, who is being sued in LA County for allegedly sexually abused a 16-year-old girl; Democratic aide to Senator **Barbara Boxer, Jeff Rosato**, who plead guilty to charges of trading in child pornography; Alaskan State Representative, **Dean Westlake,** who resigned from his seat after the media published a report alleging he fathered a child with a 16-year-old girl when he was 28; New Jersey State Assemblyman, **Neil Cohen,** who was convicted of possession and distribution of child pornography; DNC donor and billionaire, **Jeffrey Epstein,** ran an underage child sex brothel for The Commission and was convicted of soliciting underage girls for prostitution; New York Congressman, **Anthony Weiner,** who plead guilty to transferring obscene material to a minor as part of a plea agreement for sexted and sending Twitter DMs to underage girls as young as 15; DNC donor, activist, and Hollywood producer H**arvey Weinstein** is being criminally prosecuted and civilly sued for years of sexual abuse (that was well known "secret" in Hollywood) including underage sexual activities with aspiring female actresses; DNC activist and #metoo proponent, **Asia Argento,** settled a lawsuit for sexual harassment stemming from sexual activities with an underage actor; Mayor of Racine, Wisconsin, **Gary Becker,** who was convicted of attempted child seduction, child pornography, and other child sex crimes; Democratic Seattle Mayor **Ed Murray** resigned after multiple accusations of child sexual abuse were levied against him including by family members; San Francisco Mayoral candidate **John Molinari** had his daughter removed from his home by San Francisco Police for his abuse of her according to SFPD reports; San Francisco Mayoral candidate **Roger Boas** was arrested for running an underage sex brothel which catered to San Francisco political elite; DNC activist and aid to NYC Mayor De Blasio, **Jacob Schwartz** was arrested on possession of 3,000+ child pornographic images; Democratic activist and actor, **Russell Simmons**, was sued based on an allegation of sexual assault where he coerced an underage model for sex; DNC Governor of Oregon, **Neil Goldschmidt,** after being caught by a newspaper, publicly admitted to having a past sexual relationship with a 13-year-old girl after the statute of limitations on the rape charges had expired; Democratic Illinois Congressman, **Mel Reynolds** resigned from Congress after he was convicted of statutory rape of a 16-year-old campaign volunteer; Democratic New York Congressman, **Fred Richmond,** was arrested in Washington D.C. for soliciting sex from a 16-year-old boy; Democratic activist, donor, and director, **Roman Polanski,** fled the country after pleading guilty to statutory rape of a 13-year-old girl - Democrats and Hollywood actors still defend him to this day, including, **Whoopi Goldberg, Martin**

*Scorcese, Woody Allen, David Lynch, Wim Wenders, Pedro Almodovar, Tilda Swinton and Monica Bellucci; Democratic State Senator from Alaska, **George Jacko,** was found guilty of sexual harassment of an underage legislative page; Democratic State Representative candidate for Colorado, **Andrew Myers,** was convicted for possession of child pornography and enticing children; Illinois Congressman, **Gus Savage** was investigated by the Democrat-controlled House Committee on Ethics for attempting to rape an underage female Peace Corps volunteer in Zaire; Activist, donor, and spokesperson for Subway, **Jared Fogle,** was convicted of distribution and receipt of child pornography and traveling to engage in illicit sexual conduct with a minor; State Department official, **Carl Carey,** under **Hillary Clinton**'s state department, was arrested on ten counts of child porn possession; Maine Assistant Attorney General, **James Cameron**, was sentenced to just over 15 years in federal prison for seven counts of child porn possession, receipt and transmission; Leading DNC boss and financier **Ed Buck** was arrested for killing gay prostitutes and running a sex and drug ring; State Department official, **Daniel Rosen**, under **Hillary Clinton**'s state department, was arrested and charged with allegedly soliciting sex from a minor over the internet; State Department official, **James Cafferty,** pleaded guilty to one count of transportation of child pornography; Democratic radio host, **Bernie Ward**, plead guilty to one count of sending child pornography over the Internet; Democratic deputy attorney general from California, **Raymond Liddy,** was arrested for possession of child pornography. There are **<u>THOUSANDS</u>** of other sex crime cases involving associates of the tech Cartel. All of these perpetrators had financing from and social and political direction from the Silicon Valley controlling perpetrators.*

[Former President of Drag Queen Story Hour Foundation And Children's Court Judge Arrested On Seven Counts Of Child Porn](#)

An inordinate number of the [members are closeted](#) [homosexuals](#) who seek to use their [media monopolies and massive lobbyist ownership's](#) to [promote child sex](#) and child sex change consideration. They have fake straight wives, called "beards" to help them keep up the appearance of being straight. A large portion of the so-called "Paypal Mafia" are homosexual.They organize to promote Netflix and similar media outlets to produce underage gay sex movies and normalize their deviant interests in a radical political manner.

( [https://nationalnewsnetwork.net/video/the-silicon-valley-mafia-cartel](https://nationalnewsnetwork.net/video/the-silicon-valley-mafia-cartel) )

( [https://en.wikipedia.org/wiki/PayPal_Mafia](https://en.wikipedia.org/wiki/PayPal_Mafia) )

( [https://nypost.com/2016/10/09/the-sex-slave-scandal-that-exposed-pedophile-billionaire-jeffrey-epstein/](https://nypost.com/2016/10/09/the-sex-slave-scandal-that-exposed-pedophile-billionaire-jeffrey-epstein/) )

Hence the [massive](#), sudden, [promotion of those issues](#) in all of [their media](#) since they took power in 2008 and pretty much ran the Obama White House.

( [https://www.nytimes.com/2014/07/20/fashion/silicon-valley-embrace-gay-and-lesbian-community.html](https://www.nytimes.com/2014/07/20/fashion/silicon-valley-embrace-gay-and-lesbian-community.html) )

( https://www.wired.com/2007/11/how-paypal-gave/ )

( https://topica.asia/news/biggest-secret-of-silicon-valley-mafia-network/ )

Just like the Taliban don't give a second thought to cutting off someone's head, the German's don't blink about gassing and cooking Jews, ISIS has no qualms about making young prisoners into sex slaves, et al...these tech nut balls live in, and operate, a TED-based brain washing culture that promotes "ANY EVIL FOR THE POWER OF THE CAUSE". The "Cause" is pure yuppie greed and control of society for their own self-satisfaction. Youtube's Ann Wojcicki, Theranos' Elizabeth Holmes and Tesla's Elon Musk are psychologically incapable of seeing the fact that they are sociopath assholes. When they cruise down to Robert's snooty market in Woodside, California; they reinforce each other's fantasy perception of the fake world they have created with their air kisses and their snide comments. Their mutual tunnel-vision has set them on the path to madness. Thousands of their employees, business partners, neighbors, ex-boyfriends and girlfriends have testified to their mentally unstable conditions. They have no right to run monopolies in America using resources paid for by the taxpayers!

They assholes of tech are now being systematically hunted down, exposed and terminated using 100% legal AI and Law Enforcement digital forensics!

Why does the Silicon Valley-controlled "Main-stream Media" cover all of these news stories up? Because they are part of the crimes!

Powerful political allies from the left and right have joined forces to mock and gaslight the average "populist" American who might read alternative media over the mainstream media (MSM) and who looks on the culture of the elite and feels nauseated and embarrassed, and the political elite hates the average American for their spirituality, values, and Western Civilization love. Now, consider how weird the elite are.

According to The Telegraph, in an article titled, Inside the multi-million dollar orgasm cult endorsed by Hollywood. A story of idealism and desire, of Californian sex communes….and three-hour orgasms," Mick Brown describes in detail in what he calls something, "very, very bizarre."

Brown reveals numerous Hollywood celebrities who are involved in some bizarre sexual business, where someone sells the idea that ancient meditation techniques are sexually pleasing. They do this for a lot of money, participants can be told they are some sort of reincarnation of a goddess while they get men to obsess about their sexual, and long-lasting, physical pleasure.

ISSUE: THESE PEOPLE INFLUENCE PUBLIC OPINION WITH THEIR TIES TO MEDIA AND POLITICIANS

======================


# Witness Statement #567921


"*...they stole our lives - now we are taking their entire cartel down...without breaking a single law! Hndreds of public officials, at famous government agencies, and dozens of sociopath billionaires are profiteering in these crimes. they are blocking our requests for justice. they are running felony cover-ups to protect their sinister dark money scams. the public is sick and tired of their criminal corruption. attached to this site you will find millions of pages of evidence from federal investigators and top reporters proving each assertion herein. (ie: HTTP://WWW.THE-TRUTH-ABOUT-THE-DEPT-OF-ENERGY.COM )*

These felony crimes affect every citizen in the nation. The public must demand new laws to make bribery via stock market securities and 'revolving doors' have a mandatory and severe prison sentence with no more loop-holes for politicians!  these tech oligarchs and dirty senators need to be arrested by the fbi and by citizen arrest! none of these scum-bags should ever be allowed to be "white house advisors" again! 98% of the politicians,  and their family members, that own stock, use it as payment for bribes, payola and corruption. how can you trust any politician whose family makes most of their money off of stocks they are making the laws for? forbid any politicians from owning stock! Each voter should sue each politician that engages in corruption! That will solve the problem!...*"


(LINK) *Sociopath Elon Musk moved to Texas and embraced celebrity*


======================


# **What Do The Plaintiffs' Want?**


**THEY WANT THEIR MONEY!**


Financial investigator Jim Mintz, GAO and FBI forensic analysts and hundreds of others have proven that Senators and White House bosses gave their friends ***Eric Schmidt, Larry Page,*** Mark Zuckerberg,

Elon Musk and their other political financiers over $45 BILLION dollars of free taxpayer-funded cash. The politicians owned profits in those oligarch's companies and put over $200M of dirty profits in their covert family bank accounts. Those politicians (ie; Feinstein, Harris, Reid, Pelosi, etc.) cut off our funds, benefits and human rights, and ran media attacks on us (we are the competitors of those oligarchs), to protect their corrupt profiteering scams. Their companies had crappier products, that killed or abused more Americans, that cost more, that avoided giving Americans jobs, that had racist and sex abusing cultures and that relied on payola and quid-pro-quo...they got the money because they paid bribes and for no other reason... " ***Schmidt, Page***, Zuckerberg, Musk, etc. each spend over $500M per election to manipulate elections! How much does the average citizen get to spend to steer election results? How much do you spend to rig elections? Is it right, or fair, that a crooked billionaire gets to buy elections with covert money while you, the public, languishes?

Every politician who was supposed to be helping us was an owner of our competitors, having sex with our competitors, running a Dark Money payola scam with our competitors and attacking us using taxpayer money. Their leaked emails and financial records prove it!

The Plaintiffs' were specifically and illegally excluded from participation in funding, benefits, jobs and income by major political figures, including U.S. Senators and White House executives who they knew, and those politician's corrupt Silicon Valley oligarch financiers. The tech Cartel and politicians attacked the Plaintiffs' because they would not cooperate with the crooked: sex trafficking, tax evasion, off-shore money laundering, political bribery quid-pro-quo, revolving door payola scams, foreign nation-sponsored domestic manipulations, stock market rigging, internet censorship and search engine manipulation and other crimes. They attacked the Plaintiffs' because they reported the crimes to federal police. They attacked the Plaintiffs' because their products obsoleted the products the Senators owned the stock of (ie: Tesla, Google, Facebook, Netflix are covertly owned by California politicians). They attacked the Plaintiffs' using taxpayer-funded state resources. That is a felony violation of the law. The ongoing cover-up of these crimes and attacks is also a felony violation of the law. The Plaintiffs' their are owed damages compensation, witness fees and back-pay. Multiple Inspector General hearings, Congressional hearings and undercover videos have proven, beyond a doubt, that public officials order reprisal hit-jobs on citizens funding, SSA benefits, housing, permits, government applications and other things in order to harm them as political revenge for speaking out!

Federal investigators have proven (via records-tracking, financial data, surveillance, insider tips, leaks, etc.) that White House executives, government agency executives (SSA, LSC, DOE, USPTO, etc.) and California political bosses, including California U.S. Senators, owned interests in the Plaintiffs' competitors worth many billions of dollars. Any citizen can confirm these assertions via public records and the evidence in this report. The FBI has been arresting major political figures in this organized crime ring in San Francisco City Hall. Those government officials ordered, financed and executed whistle-blower reprisals and anti-trust violating attacks on the Plaintiffs' using state-sponsored,

taxpayer-funded resources. Using government resources, they engaged in the illegal reprisal attacks on the Plaintiffs'. Those harms are listed in detail in the claim section of the filed Victim Demand entitled: "The Specific Attacks And Harms Undertaken Against Plaintiffs's".

Corrupt government officials manipulated SSA, HHS, DOE, USPTO, DOJ, and other agency, payments, funds, benefits and rights in order to harm and economically damage the Plaintiffs'. They produced and financed a massive media defamation campaign using their Paypal Mafia-based "Silicon Valley Cartel". This 'Cartel': 1.) finances the political campaigns of the Senators and the other politicians that own stock in their Silicon Valley dirty tech companies, 2.) is the competitor of the Plaintiffs', 3.) shared staff with the named politicians, 4.) is the nearly exclusive beneficiary of policy actions by those politicians, and 5.) has a massive number of conflict-of-interest relationships with each of the charged politicians. The Plaintiffs' reported the attackers crimes to the FBI, DOJ, IG and other officials and got attacked for reporting the crimes, for busting up the organized crime effort and for running companies whose product technologies obsoleted those of the tech Cartel. The Plaintiffs' are claiming their rights to their damages and fee compensation, but those same public figures have blocked them from an equitable jury trial to address the matter. The government has provided the attacker/political campaign financiers/competitors of the Plaintiffs' with tens of billions of dollars of free government cash yet the Plaintiffs' have gotten nothing but grief from the public officials who are supposed to help them because a criminal cover-up is in process. The politicians who got those "bad guys" that free taxpayer-provided money, own the stock of those criminal's companies, are best friends with those oligarchs and are politically financed by those corrupt players. This organized crime cartel operates the most audacious and corrupt scheme in American political history.

No public official should hire, and seek to replicate, the entire crony corruption payola staff from the Obama Administration. Nobody who owns stock in, or has revolving door payola from, Silicon Valley tech weasels should EVER be allowed to work in our government. Those officials only made policy that put cash in their stock market accounts and were extremely corrupt; at the expense of every member of the public!

In addition to the above, agency bosses changed federal criteria from "first-to-apply/first-come-first-served" to "who-are-friends-are" in order to let their friends in line for funding ahead of everyone that applied first.

In order to manipulate the stock market and create a monopoly, Google/YouTube hyped Google insider Elon Musk and hid all of his competitors. Google/YouTube also accepted payments in order to run attack videos and character assassinations on his competitors, some of which were paid for by politicians who owned Google/Tesla stock. Those politicians got Musk and Larry Page government cash hand-outs! Google/Youtube manually manipulates servers to help friends and destroy competitors.

=====================

## JENNIFER GRANHOLM: FIX THE CORRUPT CRONY CAPITALISM QUID-PRO-QUO PAYOLA AT THE U.S. DEPARTMENT OF ENERGY. DON'T BE PART OF IT AGAIN!

Part of the staff at the U.S. Department of Energy are political fan-girl zealots who will lie, stone-wall, cheat, shred, manipulate  and defraud in order to exploit their political cause and advance their careers. They will do anything to help their "girlfriends": Elon Musk, *Eric Schmidt*, Mark Zuckerberg, George Soros and their brethren. They will do anything they can to harm the competitors of those insiders. Nothing that happens at the D.O.E. is not based in bribery and payola!

EVERY new Department of Energy staff has said: "We won't do those bad things the last guys did"; but they have each been found to have lied! Jennifer must be ordered to pay the damages of the past Plaintiffs' and eliminate all of the programs that have been proven to have been corrupt.

Even if you spend years providing data for a Dept of Energy funding application, even though you get approved, at the last minute the White House will covertly whisper orders to cancel your funding because you compete with a financier of The President.

The lying sycophant scumbags at the Department of Energy are covering up these crimes because they own stock in, and get contracts and revolving door jobs from, Elon Musk, Google, et al. The Department of Energy is a deep, dark, smug abyss of crony payola, kick-backs, market monopolization, bribes and insider corruption beholden to the tech cartel. Google, Facebook and Silicon Valley are a private government that is more powerful than the U.S. Government. They use the U.S. Government as their bitch! These people put mobster-like 'hit-jobs' on the Plaintiffs' and operated state-sponsored attacks against them because they reported the crimes to law enforcement.

Don't be a SUCKER and fall for the lies that the Department of Energy dishes up. The Advanced Technology Vehicle Manufacturing and loan programs are insider controlled, quid pro quo, payola scams to pay off friends and campaign financiers. NO NON-POLITUCAL INSIDER HAS EVER GOTTEN MONEY FROM THE DEPT OF ENERGY! No Secretary of Energy in the last 20 years was not a political lackey. No non-insider has ever gotten the DOE funds. Every outsider who competed with an insider was sabotaged, stone-walled, lied to and shut down by the DOE stooges.

If you don't believe that Silicon Valley is operated by an organized crime cartel of sociopath frat boys that are protected by famous Senators and public officials, who own their stock and get their campaign cash, then here is absolute proof of the crimes and the cover-ups that go all the way to the White House. We conducted an exhaustive, decades-long, investigation deep into the roots of modern political

457

corruption and here is how it works and how to destroy it!

Have you noticed that all of the "stimulus" money always goes to the politicians friends and benefits their stock market accounts but almost none of the cash goes to the voting citizens? That is the kind of BS we are stopping here!

These tech kleptocrats have tried to hide all their dirty cash all over the world but distinct, AI computer-tracked patterns have emerged that have caught them! The moves and tricks they like to use each contain the seeds of their own destruction. We have been catching them at every stage and those patterns reveal how California politicians and dirty Google/Facebook/Tesla crooks hide their dirty money.

In all these corruption cases, these corrupt people took the same steps to conceal their assets. They each took the money in secret ways. The main ways are 1.) via Dark Money stealth political funds; 2.) bribes paid via insider trading ( notice that most of these crooks marry an investment banker to run their dirty schemes) and 3.) getting government contracts, loans and grants for their friends that they get kick-backs from. They then had their dirty law firms and CPA's shove the money into their standardized covert financial structure to hide it. They use family members to run the operation. Their dirty family members and lawyer/CPA teams cover up their tracks. They then have intermediaries spend the money to get them islands, yachts, mansions, hookers, Tesla's, etc.

They use Switzerland, The Ukraine, The Cayman Islands, Mexico, China, Cyprus, Russia and New Zealand as money laundering centers. They create a tsunami of offshore shell companies on islands and crazy places that few could find on a map. It is all a sham.

They keep moving the money around and buying sham real estate. These Senators and tech oligarchs will just lie and lie and lie because no major law enforcement agency ever has the will to arrest them. If public officials won't do their jobs then the public must do it for them!

Page 459  EXHIBIT 94 – Case # 22-cv-1107-TSH, Norcal 9th District

**FEDERAL FINANCING BANK**

Notes to Financial Statements

September 30, 2009 and 2008

(Dollars in thousands)

Loans receivable at September 30, 2009 and 2008, consist of the following:

| Agency | | 2009 | 2008 |
|---|---|---|---|
| Rural Utilities Service, Department of Agriculture | $ | 25,391,164 | 22,693,499 |
| Credit Liquidity Fund, National Credit Union Administration | | 18,384,062 | 1,109,161 | +$17b |
| U.S. Postal Service | | 10,200,000 | 7,200,000 |
| Rural Utilities Service, Department of Agriculture | | | |
| certificates of beneficial ownership | | 3,047,025 | 3,632,550 |
| General Services Administration | | 2,037,215 | 2,097,771 |
| Department of Energy | | 907,680 | — |
| Low Rent Public Housing, Department of | | | |
| Housing and Urban Development | | 586,9 | 691,412 |
| Foreign Military Sales, Department of Defense | | 545,376 | 680,365 |
| Historically Black Colleges and Universities, Department | | | |
| of Education | | 453,298 | 338,466 |
| Ship Leasing, Department of Defense, Navy | | — | 16,623 |
| Small Business Administration | | 5,379 | 10,046 |
| Veteran Administration Transitional Housing Program | | 4,889 | 4,940 |
| Federal Railroad Administration, Department of | | | |
| Transportation | | 1,786 | 2,035 |
| Total loans receivable | $ | 61,564,851 | 38,476,868 |

=====================

NEWS COVERAGE OF THIS MATTER:

Videos

14:41

How to Get Rich Bribing Politicians

240K views

YouTube

Politicians Are Making Corrupt Investments Knowing They'll Get Away With It

459

Page 460  EXHIBIT 94 – Case # 22-cv-1107-TSH, Norcal 9th District

27K views
YouTube
[Here's How Lobbyists Legally Bribe Politicians](#)

116K views
YouTube
[Did Politicians Get Rich From Bank Bailouts?](#)

52K views
YouTube
[Politicians Getting Away With Insider Trading](#)

317 views
YouTube
[How to Get Rich as a Corrupt Politician](#)

32K views
YouTube
[Politics n Texas](#)

128K views
YouTube
[JPMorgan's $264M Settlement For Bribery In China | Closing Bell | CNBC](#)

1.9K views
YouTube
Are these links helpful? [Yes](#)[No](#)

Think Obama Administration Wasn't Corrupt? Think Again ...

https://www.investors.com/politics/editorials/think-obama-administration-wasnt-corrupt-think-again/

Get market updates, educational videos, webinars, and stock analysis. Get Started Learn how you can make more money with IBD's investing tools, top-performing stock lists, and educational content.

Who Owns Congress? A Campaign Cash Seating Chart - Mother ...

https://www.motherjones.com/politics/2010/10/congress-corporate-sponsors/

If you value what you get from Mother Jones, please join us with a tax-deductible donation today so we can keep on doing the type of journalism 2021 demands. Donate. More about: Congress; Money in ...

Politicians Admitting the Obvious Fact that Money Controls ...

https://theintercept.com/2015/07/30/politicians-admitting-obvious-fact-money-affects-vote/

"Now [the United States is] just an oligarchy, with unlimited political bribery being the essence of getting the nominations for president or to elect the president. And the same thing applies to...

460

How Did Members of Congress Get So Wealthy? - The Atlantic

Λ https://www.theatlantic.com/politics/archive/2014/09/how-did-members-of-congress-get-so-wealthy/379848/

Members of Congress are way wealthier than average Americans. For the second year in a row, Representative Darrell Issa tops the lot with a net worth of $357.25 million, largely the result of his ...

List of American federal politicians convicted of crimes ...

W https://en.wikipedia.org/wiki/List_of_American_federal_politicians_convicted_of_crimes

This list consists of American politicians convicted of crimes either committed or prosecuted while holding office in the federal government.It includes politicians who were convicted or pleaded guilty in a court of law; and does not include politicians involved in unprosecuted scandals (which may or may not have been illegal in nature), or politicians who have only been arrested or indicted.

Former FBI official pleads guilty to receiving bribes and ...

https://www.eastidahonews.com/2020/12/former-fbi-official-pleads-guilty-to-receiving-bribes-and-falsifying-tax-return/

The charge of receiving a bribe by a public official is punishable by up to 15 years in federal prison, a $250,000 fine or not more than three times the monetary equivalent of the thing of value ...

Understanding Bribery vs. Lobbying - Investopedia

https://www.investopedia.com/financial-edge/0912/the-differences-between-bribery-and-lobbying.aspx

Bribes may seem like small amounts compared to lobbying contributions, but therein lies the problem: They often cannot be accounted for. Bribery is the first step of subversion of the economic system.

The rich take bribes, too, and ethics rules don't deter ...

ɯ https://www.marketwatch.com/story/the-rich-take-bribes-too-and-ethics-rules-dont-deter-them-experts-say-2017-01-05

Wealthy politicians take bribes as often as their less well-off peers, even if some supporters of President-elect Trump believe the rich are better able to resist temptation.

Abscam — Fbi

https://www.fbi.gov/history/famous-cases/abscam

On February 2, 1980, the world learned of our high-level investigation into public corruption and organized crime, infamously code-named ABSCAM.

Throw Them All Out: How Politicians and Their Friends Get ...

https://www.amazon.com/Throw-Them-All-Out-Politicians/dp/0547573146

Throw Them All Out: How Politicians and Their Friends Get Rich Off Insider Stock Tips, Land Deals, and Cronyism That Would Send the Rest of Us to Prison [Schweizer, Peter] on Amazon.com. *FREE* shipping on qualifying offers. Throw Them All Out: How Politicians and Their Friends Get Rich Off Insider Stock Tips, Land Deals, and Cronyism That Would Send the Rest of Us to Prisoneds Say Cincinnati Councilmen Sought Bribes to Support Project Tied to Sports Betting. Posted on: November 22, 2020, 03:04h.

Ohio bribery case: Larry Householder, others charged by ...

https://www.cincinnati.com/story/news/2020/07/21/ohio-bribery-case-state-official-charged-federal-prosecutors/5477862002/

FirstEnergy, which spun off FirstEnergy Solutions in bankruptcy proceedings, gave more than $1.1 million to Ohio politicians, including Householder, between 2017 and 2019. FirstEnergy Solutions ...

Bribery - Wikipedia

https://en.wikipedia.org/wiki/Bribery

Bribery is defined by Black's Law Dictionary as the offering, giving, receiving, or soliciting of any item of value to influence the actions of an official, or other person, in charge of a public or legal duty. With regard to governmental operations, essentially, bribery is "Corrupt solicitation, acceptance, or transfer of value in exchange for official action."

ADDITIONALLY, hundreds of thousands of other news reports about this corruption case are provided at the links below...


=====================


462

SEE ALL OF THE BROADCAST NEWS COVERAGE OF THE SCANDAL AT


http://american-corruption.com/AAA_VIDEOS/

OR:

http://www.testimony111.com/AAA_VIDEOS


http://newsplus007.com/DOCUMENTS


and at:

http://www.federal-report.com

and at:


http://newsplus007.com/DOCUMENTS/KEY_EVIDENCE

and at:

http://www.majestic111.com


and on a massive number of other auto-replicating mirrors.

There are millions of pages, and hours of video, of additional proof that have been given to the FBI, DOJ, SEC, FTC, FCC, OSC, IG and Congress. Ask the authorities to arrest the tech oligarchs and their crooked Senators TODAY!

We witnessed the bribes! We saw the corruption! We documented the organized criminal activities by famous politicians and tech oligarchs. We suffered from the reprisal and vendetta attacks. Now YOU can help end it all with the largest corruption exposure project in history!

463

Page 464  EXHIBIT 94 – Case # 22-cv-1107-TSH, Norcal 9th District

http://www.how-political-corruption-actually-works.com

http://www.excoriating-the-oligarchs.com

http://federal-report.com

http://silicon-valley-mobsters.com

GOOGLE - The Lies Of The Google Cartel - https://www.thecreepyline.com

MUSK - Bribes Frauds Safety Cover ups And Stock Manipulations - http://www.the-elon-musk-problem.com

TECH-THEFT - Silicon Valley Oligarchs Rig The USPTO - https://www.usinventor.org

MEET US - Top Investigators - http://www.ICIJ.org

SECURITY - How To Secure Your Devices From The Theiving Tech Oligarchs - http://privacytools.io

VC'S - The Mobsters Of Silicon Valley Tech - https://vcracket.weebly.com

FORENSICS - Checking The Banking Of The Corrupt  -   https://www.openthebooks.com

PRESS CLIPPINGS - News Coverage Of These Investigations - http://www.webco22.com/public/public

464

NEWS VIDEOS - TV News About The Investigations  -
http://www.webco22.com/public/AAA_VIDEOS

MORE EVIDENCE - Images From The Biggest Shockers -
http://www.webco22.com/public/AAA_IMAGES

CASE PHOTOS - Insider News Images - http://www.webco22.com/public/AAA_MORE_IMAGES

LATEST PHOTO EVIDENCE - Reader Submitted Case Photos -
http://www.webco22.com/public/AAA_MORE_IMAGES_THREE

CASE 1  - A Key Case Example Of Political Corruption - http://testimony111.com

ATTACKERS - The Hired Hit-Job Assassins - https://gawker-media-attacks.weebly.com/

SAN FRANCISCO'S TECH MOBSTER NIGHTMARE - The Hell Of Living There -
http://sanfrancisco.newsplus007.com

BIG TECH MANIPULATION OF SOCIAL MEDIA - http://www.webco22.com/public/social

WALL STREET   - The Most Rigged Game In The World   https://taibbi.substack.com/p/suck-it-wall-street

DIRTY DEEDS TECH REPORT Part 1: - The Evil Of Silicon Valley -
https://webco22.com/public/THE_DIRTY_DEEDS_OF_SILICON_VALLEY.pdf

DIRTY DEEDS TECH REPORT Part 2: -
https://webco22.com/public/THE_DIRTY_DEEDS_OF_SILICON_VALLEY_VOLUME_TWO.pdf

STOPPING CORRUPTION - How To Wipe Out The Corrupt

465

http://american-corruption.com/public/How%20To%20Take%20Down%20Corrupt%20California%20Politicians%20And%20Dirty%20Government%20Agency%20Executives.pdf


CORRUPTION BLOCKING  - How To Recognize Political Corruption-
http://focus-book.com/PUBLIC_REPORTS/HOW_CORRUPTION_ACTUALLY_WORKS.pdf

MUSKRAT - The World's Biggest Scammer-  https://newsplus007.com/public/THE%20ELON%20MUSK%20SCAM.pdf

TARGETS - Which Companies Deserve To Be Bankrupted-
https://newsplus007.com/public/Companies_Targeted_For_Bankruptcy_For_Their_Crimes_Against_The_Public.pdf

TECH SEX CRIMES CULT  - The Sick Cult In Silicon Valley -
http://lifebooks.net/TECH_OLIGARCH_AND_SENATOR_SEX_CULT.html

AFGHANISCAM - The Rare Earth Mining Corruption - http://lifebooks.net/6_trillion.png

STIMULUS - The Scams In The Stimulus Funds -
http://lifebooks.net/The_Dirty_Core_Of_The_Corrupt_Stimulus_Cash.html

TECH CENSORING  - The Coordinated Manipulations Of Big Tech =
http://evidencevideos.com/The_Sick_Dystopian_Reality_of_Silicon_Valley_Big_Tech.html

TECH MURDERS - The Killing Of The Witnesses -
http://evidencevideos.com/THE_MURDERS_AND_SUSPICIOUS_DEATHS_IN_THIS_CASE.html

ENERGY SCAM - Using Taxpayer Cash For Payola -
http://focus-book.com/PUBLIC_REPORTS/FINAL_DOE_Loan_Guarantees_Report.pdf

KILLING CORRUPTION - The Tactics To End Corruption - https://webco22.com/public/THE%20CORRUPTION%20DISRUPTION%20MANUAL%202.3.pdf

RIGGING STOCKS - How One Company Cooks The Books And The Truth
http://topinfo.us/public/MUSK_CRIMES

HOW TO RIG A NATIONAL ELECTION - The Psychological Manipulation Tools - http://corruption-fighter.com/The_Secret_History_of_the_Shadow_Campaign.html

# Witness Statement #126745

The government is, at the same time, telling us to sue the government, yet blockading us from getting a lawyer per our Constitutional rights.

Agency staff were ordered to harm Applicants by manipulating their benefits in order to deny, delay, obfuscate and reduce their income as reprisal for their assistance to law enforcement in a political corruption and money laundering matter. Agency staff, ranging from the lowest level staff and up to the director headquarters offices, participated in this reprisal-vendetta-revenge action to harm Applicants.

Applicant's peers have filed DOJ and FBI criminal referrals, launched federal investigations and the assertions have been proven in numerous IG, FBI, Congressional and major news media investigations. Agency offices have failed to provide responsive FOIA requested data, hearing investigation data and fair responses because some of their staff are STILL operating a criminal cover-up which has now been update-reported to the FBI, Congress, the IG, the AG and investigative reporters.

Other federal agencies have complied, verified and provided the requested deliverables. SSA and DOE have pointed the searchlight of suspicion on themselves, laser-like, by their overt failure to comply, unlike every other agency. Ironically, the political financing of their executives and their personal relationships "happens" to be with the exact same Silicon Valley oligarchs under felony criminal investigations. The stock market brokerage records, family trust accounts, PAC trace-routing, Interpol records and SEC investigation records proves it!

Unfortunately for the crooked agency staff, some Applicants have the authority, law enforcement credentials and training to arrest any person at their home or office and remand them to the FBI, DOJ or Sheriff. For example: Every "unsigned" SSA email is tracked to the individual author by their IP address, device IMEI, web camera, building key card, door camera, parking lot use chart, building camera, vehicle tracking circuits, text dba records, keyboard UI/UX patterns, motherboard ID #, DNS

routing, stingray read-outs and a vast number of other metrics. Applicant investigation peers know the exact person that wrote every SSA email or document or file request. There is no such thing as an anonymous SSA email. Transparency is the Applicants middle name. The FBI and CIA people that SSA and DOE insiders think are their "buddies" may actually be the APPLICANTS buddies!

You will either give the Applicant his money and damages compensation, or suffer the consequences of the rapid acceleration of one of the largest investigations in modern history, supported by millions of voters with a shared peer-to-peer forensics social media network, the FBI and Congress. With the push of a single button, our latest info can be in the inbox of every blogger and independent investigative journalist in the world, in minutes.

History has proven that non-corrupt portions of federal agencies and public service law and community action firms have executed on their willingness to expend millions of dollars of resources to fight this injustice. Every individual involved in this at SSA and DOE are on a forensic database. No person at SSA or DOE who uses our government as a garage sale for corruption favors or a kill mill for political reprisals will avoid the 100% legally executed consequences. They will be targeted and prosecuted even more profoundly than the Applicants were targeted with IC-type hit jobs.

This felony criminal investigation case, is documented on thousands of websites and in dozens of federal court case records in which Applicant won the case or was vindicated in the case and in thousands of news websites.

Applicants researchers and investigators disagree with any decision by any agency which causes a delay in response which puts the applicants in jeopardy for their life and safety.

Testifying, and/or reporting about this crime has resulted in the death, potentially by murder, of the following individuals who reported to the authorities about this crime matter:

Rajeev Motwani; Gary D. Conley; Seth Rich; Philip Haney; David Bird; Doug Bourn; Misti Epstein; Joshua Brown; Kenneth Bellando; Moritz Erhardt; Imran Aliev; Kate Matrosova; David Drye; Vincent Foster; Kathy Ferguson; Duane Garrett; Eric S. Fox; Judi Gibbs; Berta Caceres; Suzanne Coleman; L.J. Davis; John Hillyer; Stanley Huggins; Sandy Hume; Shawn Lucas; Gary Johnson; John Jones; John F. Kennedy, Jr.; Stephen Ivens; Mary 'Caity' Mahoney; Eric Butera; Danny Casolara; John Ashe; Tony Moser; Larry Nichols; Joseph Rago; Ron Brown; Bob Simon; Don Adams; Peter Smith; Victor Thorn; Lori Klausutis; Gareth Williams; Daphne Caruana Galizia; James D Johnston; Dave Goldberg; Loretta Fuddy; Paul Wilcher; Gary Webb; Beranton J. Whisenant Jr; Stanley Meyer; Jon Parnell Walker; Tyler Drumheller; Barnaby Jack; Dominic Di-Natale; Barbara Wise; Ilya Zhitomirskiy; Jeff Joe Black; Robin Copeland; John Wheeler; Ashley Turton; Michael Hastings; Antonin Scalia; David Koschman; David Werner; Alex Okrent; Kam Kuwata; Larry Frankel; And hundreds more connected to this case who

suddenly, and strangely, turned up dead in this case and, ironically, their deaths all benefit the suspects in this case. Applicants are also whistle-blowers who have been previously attacked in reprisal and who have been threatened with continued harm and death.

Any delay, obfuscation, cover-up, FOIA refusal or other obscuring tactic by each and every member of an agency employee or contracting entity will be prosecuted on a person-by-person basis. Each employee or official who causes, by their action, further harm to the Applicants will be sued personally, have their assets garnished and will have a formal criminal referral authored and submitted to the FBI, DOJ, FTC, Congress and the news media. Applicants have sued the highest level personnel in the government for corruption, launched FBI and Congressional investigations against them and had them removed from their jobs and placed under permanent surveillance. The court and news records prove this fact. Do not imagine that any reprisal action by a public agency staffer will go unnoticed or unpunished by federal law enforcement, public forensics and major independent news media investigations.

The suggestion, by certain agency bosses, that one should "just file an IG report" is like telling someone to file a complaint against Hitler at the suggestion box at Nazi SS headquarters. You won't make it through the night! IG reports seem to accomplish nothing more than painting a target on your own back. Court records and news headlines prove that almost every citizen who reported similar political corruption through "official channels" was targeted with hit-jobs and economic blockades....ask Snowden!

Pay the Plaintiffs's their damages compensation, whistle-blower fees, back-fees and offset monies NOW! Millions of citizens, around the globe, have all of the same evidence you now have and each day of delay only hurts YOUR agencies position in the eyes of the world and in the eyes of the voting population of the nation!"

See the *CORRUPTION GALLERY* and share the images with your social media outlets

# The Silicon Valley Tech Cartel That Runs The White House Is A Racketeering Crime Mob:

What would you do if you found out that your politicians (ie: Dianne Feinstein, Nancy Pelosi, Harry Reid, Kamala Harris) had put over one hundred million dollars in their covert family bank accounts which they got from sabotaging your business, because it competed with them, and from blockading your money because their tech oligarch insiders told them to? Our forensic investigators can 'swear, warrant and certify' that the politicians did the asserted crimes and corruption.

Like a social Terminex(c) pest control service, we are eliminating every single tech asshole in Silicon Valley (like the roaches that they are) using 100% legal, law enforcement approved, resources.

You are probably asking: "How Did Palo Alto, California Became Populated Entirely By Assholes"?

Why is the Tesla THE OFFICIAL CAR OF TONE-DEAF ARROGANT PRICK ASSHOLES!?

A glut of recent feature films ( ie: The feature film: Assholes: A Theory ) have excoriated the likes of Sand Hill Road and University Avenue scumbags...but pointing them out is not enough. They must be exterminated. You can verify the following facts, yourself, via court records, police records, FBI reports, FOIA and Congressional records.

As U.S. Marshal Raylan Givens (Timothy Olyphant) famously opined on the TV show "Justified", "You run into an asshole in the morning, you run into an asshole at lunch. You run into assholes all day"; America on the precipice of the fallout of a monumental presidential election, it seems that assholes are not only everywhere you turn—in newspapers, on cable TV, at political rallies and protests, and all over social media—but that they, and their behavior, has been normalized because they own the media. Silicon Valley has a tsunami of "asssholery" underway. This reality is covered in the philosophy of professor Aaron James' non-fiction book and new documentary aimed at both 1.) precisely defining the term "asshole," and 2.) investigating how those who fit that bill have increasingly come to dominate key spheres of modern public life.

Stanford University graduates are inspired by the likes of corrupt Elon Musk and corrupt Italian Prime Minister Silvio Berlusconi—the forerunner of the media-manipulating populist-criminal-strongman trend that's recently swept through Western nations—or passages discussing Facebook, Twitter and Google's prioritization of profit over their responsibility to safeguard democracy from hate speech and disinformation. Stanford and Yale have proven to be the key training grounds for beginner assholes. *Eric Schmidt,* Larry Page, Elon Musk, Jack Dorsey, Reid Hoffman, John Doerr, Vinod Khosla and Mark Zuckerberg are the embodiment of this problem. They flout all of the rules and standards of

common decency. They have made it appear acceptable, and in fact rewarding, to act in the worst possible manner as a means of achieving one's selfish ends. Their Silicon Valley is the pit of American asshollery. You can spot an asshole, easily, when they are driving the official car of assholes: A Tesla, but what about the ones that are more under-cover?

Most people that have been [tech raped by a Palo Alto Sandhill Road](#) scumbag feel the same way as Mr. Sun, who says: " Silicon Valley Oligarchs must be punished. Without breaking a single law and WITH the help of the largest law enforcement and investigative resources on the planet, my task force has killed off every single motherfucker that has come after me with their anti-trust violating schemes, including some of the largest entities in the world! My peers and I use lawsuits, federal investigations, news reports, whistle-blowers, new public regulations, anti-trust filings, tens of millions of crowd-sourced voters and unique AI-based forensics. Our private investigators have found my every person and organization on the globe that hates the oligarchs. We gathered them together and aimed them all at the tech assholes! My rule is that Anyone who attacks me stays on the shit list for the rest of their lives plus the next 100+ years of internet time. When you Zuckerbergs, Larry Page;'s Elon Musk's, John Doerr's, Reid Hoffman's, etc., come for me, prepare to suffer. Every stock you buy is a notice to my team to bankrupt the company that you invested in. Even if I am dead, your punishment will be carried out by a legacy team of public volunteers. It may happen to you tomorrow or it may be a slow-drip over the next 15 years. Never stop looking over your shoulder. If you decided to cheat against our businesses rather than fairly compete against us, then start carving your tombstone. If you hired media attackers, expect 100 times what you did to us to come back at you and your family forever! We are fine with "forgive-and-forget", except when it comes to criminal bullies: They are terminated!

He has pledged millions of dollars, from his family trust, to the effort. His AI database lists every investor, VC and executive in Silicon Valley, their family data and their "asshole ranking". Most of the people attacked and ripped off by the tech oligarchs feel the same way. None of the Plaintiffs' have the monopolized control of the big tech law firms like the tech oligarchs do. None of the Plaintiffs' can afford to have an army of crooked law firms (ie: Mofo, Covington & Burling, Perkins Coie, Wilson Sonsini, etc.) working around the clock to enable financial crimes, corruption and Democracy abuses.

To grasp the argument that these people are assholes, one need only listen to the Silicon Valley Assholes's basic description. As many state, "The asshole is the guy who allows himself special advantages in Bay Area cooperative life out of an entrenched sense of entitlement that immunizes him against the complaints of other people." In other words, he's the individual—generally male, although as John Cleese candidly admits, his mother probably was one too—who thinks the general rules don't apply to them because they're somehow smarter, better, or more special than their fellow citizens. James' example is a surfer who violates the right-of-way customs in the ocean. Yet the type is universal, whether in line at the grocery store, on the road in traffic, or at work. They're the arrogant creeps convinced they're fundamentally superior, and thus free to conduct themselves in whatever way

they see fit. That IS the essence of scumbag megalomaniacs: ***Eric Schmidt***, Larry Page, Elon Musk, Jack Dorsey, Reid Hoffman, John Doerr, Vinod Khosla and Mark Zuckerberg!!!

The way "they see fit", of course, is often hateful, perverse and idiotic.  The Assholes thrive in a bubble of trophy wives, rent boys and superficial TED conferences. In the midst of ongoing protests and debate over America's own domestic culture, which has long had a tradition of closing ranks and demonizing critics, every Silicon Valley employee ordeal sounds eerily familiar among every worker at Google and Facebook.

Such attitudes, according to the Silicon Valley Assholes are created by Stanford University Fraternities which are breeding grounds for horrid group-think mindsets about women and sex. The tech financial sector encourages greed, ruthlessness, and vulgarity as the best way to get ahead. Google executives champion initiation-ritual abuse in service of its own greater good. You can see the movies: Animal House, The Wolf of Wall Street and Full Metal Jacket to see the underscore of the notion that these milieus are all rife with a similar brand of assholery in which arrogance and entitlement justify all manner of despicable ideas and deeds. Every major rape fraternity in the USA eventually sent those abusive boys to run Sandhill Road venture capital companies and Google or Facebook departments.

Every executive at Google knows that they are doing crimes, lying to Congress and the public and operating the biggest scam in history. That is why they will come up with any lie, re-interpretation of the facts or denial to hide the truth!

Any Presidential Administration that puts sociopath, Epstein-like ***Eric Schmidt***, Larry Page or ANY Google executive IN their Administration is either proving their tone-deaf lack of awareness of the facts or that their President is such a bitch to Google's campaign cash that they could not possibly be trusted by any world leader or any citizen. ( See: https://therevolvingdoorproject.org/letter-to-oppose-eric-schmidt/ ) ( https://nymag.com/intelligencer/2013/07/eric-schimdt-penthouse-new-york-photos-apartment.html )

The Silicon Valley Assholes Process proves that real Silicon Valley VC and tech assholes probably don't know they are one; central to this condition is the certainty that all bad behavior is actually OK.

This is detectable in the media posts of workers from Greylock, Kleiner, Andressen and other tech asshole firms. Many of the tech interns freely admit that that they only pay attention to other social media users if there's a personal benefit to connecting with them. That type of me-first worldview is crucial to Palo Alto Sandhill Road's conception of twisted reality. Asshole-rich Silicon Valley America (where "exceptionalism" is ingrained from an early age) lives in contrast to asshole-light Canada (where folks tend to be more agreeable and accommodating)(Justin, though, is a novel kind of asshole).

472

The most compelling—and enraging—realities concerns Silicon Valley, where Mark Zuckerberg and like-minded CEOs have bred a culture of trampling on competitors, laws, historical norms, and the bedrock tenets of democracy in pursuit of additional eyeballs, clicks, and revenue streams. In a place where young men team up in a desperate quest to develop the innovative next big thing that'll turn them into tech moguls ("bro-gramming"), nothing matters but the self-centered end goal. And though Facebook, Twitter, Google, Kleiner Perkins, Greylock and their ilk could alter this landscape by simply cracking down on the horridness that permeates their platforms, they choose not to because of the negative financial consequences and their lust for hookers, private jets and cocaine.

To travel through Silicon Valley is to take a gravely depressing survey of a 21st century in thrall—in several crucial arenas—to humanity's worst impulses.

So what is being done about this crisis of society?

We have hired the best investigators who used to work with the FBI, CIA, FTC, DOJ, SEC, GAO, IG and Interpol.

We have also been teaching every voter in the world how to be a top notch criminal investigator and how to use digital forensic AI tools to "follow-the-money" and bust these crooks. Imagine the entire resources of Palantir, XKEYSCORE, Splunk, Axciom, Fusion GPS and Taleo aimed at people like Zuckerberg, Hoffman, Musk and Schmidt. They will never survive it!

Every single asshole in Silicon Valley can expect to have accurate, highly professional, criminal charges and referrals filed against them with every federal law enforcement and regulatory agency. Those reports are being BCC'd to the news media and the public.

When you see reports like these, you can clearly see that: Every Tech CEO And Investor In Silicon Valley Is A Predatory, Parasitic, Sex Trafficking, Misogynist, Money Laundering, Politician Bribing, Exclusionary, Black-Listing Criminal:

- Kleiner Perkins Insider Spills The Dirt On Outright Criminal Culture In Palo Alto

Why Silicon Valley has a bro culture problem — and how to ...

V https://www.vox.com/2018/2/5/16972096/emily-chang-brotopia-book-bloomberg-technology-culture-silicon-valley-kara-swisher-decode-podcast

When Emily Chang interviewed venture capitalist Michael Moritz in 2015, she wasn't trying to "trap" him. But when the Sequoia Capital then-chairman suggested that hiring more women might ...

Page 474  EXHIBIT 94 – Case # 22-cv-1107-TSH, Norcal 9th District

The Universal Bro Code: The Bro Code Rules

https://valenciabrocode.blogspot.com/p/bro-code-rules.html

The Bro Code Rules The Bro Code 1) You must always have your bro's back. No exceptions. 2) When your bro's girlfriend inquires about his whereabouts you know nothing, always. 3) You are only obligated to wingman for one bro per social event, after that the bro is on his own.

Emily Chang on the 'Brotopia' of Silicon Valley, and how ...

https://www.geekwire.com/2018/emily-chang-brotopia-silicon-valley-companies-can-tackle-toxic-culture/

Emily Chang: Brotopia, in my mind, perfectly encapsulates this idea of Silicon Valley as a modern utopia where anyone can change the world, make their own rules — if they're a man. But if you ...

"Oh My God, This Is So F---ed Up": Inside Silicon Valley's ...

https://www.vanityfair.com/news/2018/01/brotopia-silicon-valley-secretive-orgiastic-inner-sanctum

Adapted from Brotopia: Breaking Up the Boys' Club of Silicon Valley, by Emily Chang, to be published on February 6, 2018, by Portfolio, an imprint of Penguin Publishing Group, a division of ...

Today's Tech Oligarchs Are Worse Than the Robber Barons

https://www.thedailybeast.com/todays-tech-oligarchs-are-worse-than-the-robber-barons

Today's Tech Oligarchs Are Worse Than the Robber Barons. Our Silicon Valley Robber Barons. ... "If you think Silicon Valley is going to fuel growing prosperity, you are likely to be ...

Silicon Valley Billionaires Are the New Robber Barons

https://townhall.com/columnists/victordavishanson/2017/08/17/silicon-valley-billionaires-are-the-new-robber-barons-n2369394

Aug 17, 2017Silicon Valley Billionaires Are the New Robber Barons ... Silicon Valley Billionaires Are the New Robber Barons. Victor Davis Hanson ... Yet most of the computers and smartphones sold by Silicon ...

Hanson: Silicon Valley billionaires are modern robber barons

Page 475  EXHIBIT 94 – Case # 22-cv-1107-TSH, Norcal 9th District

https://www.mercurynews.com/2017/08/17/hanson-silicon-valley-billionaires-are-the-new-robber-barons/

Aug 17, 2017Hanson: Silicon Valley billionaires are the new robber barons ... Yet most of the computers and smartphones sold by Silicon Valley companies are still being built abroad — to mostly silence from ...

Brotopia: Breaking Up the Boys' Club of Silicon Valley by ...

https://www.goodreads.com/book/show/36288143-brotopia

Brotopia by Emily Chang is a decent, but very surface level, examination of Silicon Valleys misogynist culture. Considering the significance of the topic, Brotopia feels like a missed opportunity to expose and critique the tech industry in a productive way; instead, I felt that only summaries were given on most topics.

Silicon Valley's Giants Are Just Gilded Age Tycoons in ...

https://www.thedailybeast.com/silicon-valleys-giants-are-just-gilded-age-tycoons-in-techno-utopian-clothes

Silicon Valley's Giants Are Just Gilded Age Tycoons in Techno-Utopian Clothes . ... but the truth is they are a lot like the old robber barons. ... Silicon Valley executives were not just about ...

The anonymous Silicon Valley satire that has stumped tech ...

https://www.washingtonpost.com/news/morning-mix/wp/2015/12/02/the-anonymous-silicon-valley-satire-that-has-stumped-tech-world-insiders/

Dec 2, 2015The plot follows Crooks, an ex-tech industry employee who finds spiritual deliverance in meditating on Silicon Valley's philosophies far, far away from the digital mecca itself. AD One passage ...

Silicon Valley Wants To Read Your Mind - Crooks and Liars

https://crooksandliars.com/2019/09/silicon-valley-wants-read-your

But Silicon Valley should not be able to dictate the way these technologies are developed and deployed. If they do, it may radically reshape the way we identify as human. Garfield Benjamin, Postdoctoral Researcher, School of Media Arts and Technology, Solent University. This article is republished from The Conversation under a Creative Commons ...

Page 476  EXHIBIT 94 – Case # 22-cv-1107-TSH, Norcal 9th District

Silicon Valley's cocaine problem shaped our racist tech ...

https://www.theguardian.com/commentisfree/2020/jan/30/silicon-valleys-cocaine-problem-shaped-our-racist-tech

Jan 30, 2020Silicon Valley in the 1980s was the hub of an international drug trafficking network that fueled technological innovation and criminalized black people Charlton D McIlwain Thu 30 Jan 2020 06.00 ...

Sex Scandal Toppled a Silicon Valley Chief. Investors Say ...

https://www.nytimes.com/2018/07/27/technology/sexual-misconduct-silicon-valley.html

Jul 27, 2018Sex Scandal Toppled a Silicon Valley Chief. Investors Say, So What? Mike Cagney was ousted as chief executive of Social Finance last year after questions about sexual misconduct. He has since ...

Week in Tech: Sex Scandals and Silicon ...

https://www.nytimes.com/2017/12/01/technology/farhad-and-mikes-week-in-tech-sex-scandals-and-silicon-valley.html

Dec 1, 2017Silicon Valley's Sex Scandals. Farhad: O.K., let's talk about the tech industry.Let's start with this week's episode of Problematic Men. A report by The Information found that Andy Rubin ...

The history of sexual harassment scandals in Silicon ...

https://www.businessinsider.com/sexual-harassment-scandals-tech-industry-2017-7?op=1

Here is a rundown of the current sexual harassment scandals rocking Silicon Valley, along with the long history of how the tech industry got here. ... 07/16/how-silicon-valley-silences-sexual ...

Silicon Valley Star Lands New Job a Month After Sex Scandal

https://www.wired.com/2013/02/keith-rabois-khosla-ventures/

A little more than one month after a sexual harassment scandal threatened to sink a Silicon Valley superangel, Keith Rabois has landed a new gig that puts him not too far from his old one.. A ...

Silicon Valley's Not-So-Hidden Secret: Sex Parties

https://www.newser.com/story/253597/silicon-valleys-not-so-hidden-secret-sex-parties.html

Silicon Valley's Not-So-Hidden Secret: Sex Parties ... "These sex parties happen so often among the premier V.C. and founder crowd that this isn't a scandal or even really a secret, I've been ...

Scandal cost Silicon Valley Community Foundation $1.5 M

https://www.mercurynews.com/2020/01/17/silicon-valley-community-foundation-reveals-price-of-ousting-toxic-leadership/

Jan 17, 2020The leaders ousted for fostering a toxic workplace at the Silicon Valley Community Foundation walked away with tens of thousands of dollars in severance pay, tax filings show, revealing the cost ...

Sexual harassment in Silicon Valley: have we reached a ...

https://www.theguardian.com/technology/2017/jul/09/silicon-valley-sexual-harassment-women-speak-up

Jul 9, 2017The last week has seen women in Silicon Valley share stories of sexual harassment, assault and discrimination, prompting a backlash and high-profile resignations.

The big lesson Silicon Valley can learn from the Theranos ...

https://fortune.com/2018/03/15/elizabeth-holmes-theranos-fraud-secrecy/

Theranos CEO Elizabeth Holmes and former president Ramesh "Sunny" Balwani were charged with an "elaborate, years-long fraud."

A viral thread has busted the MYTH about "Famous Billionaires Starting Out "Poor". Jonas Grinevičius and Justinas Keturka have revealed that we all love stories about scrappy underdogs who overcome the odds and make it big through relentless hard work, unwavering grit, and sheer force of will. However, the stories about how some of the richest and most powerful people made their millions (and billions) are too romanticized and gloss over some very important details.That's the point that Aidan Smith made in a viral Twitter thread where he explained how Jeff Bezos and others had a huge leg-up when it came to helping lay the foundations of their business empires. Namely—having families with lots of money. Google used taxpayer funds to start its monopoly per  https://medium.com/insurge-intelligence/how-the-cia-made-google-e836451a959e  and  https://qz.com/1145669/googles-true-origin-partly-lies-in-cia-and-nsa-research-grants-for-mass-surveillance/  Not only does Google not pay tens of billions of dollars of its taxes to sponsor firemen and teachers but Google used public resources to start its company! Billions of dollars of citizen funds were used by Google to create it's evil empire. Google gets away with this crap because it bribes major U.S. politicians from California!

Aidan told Bored Panda that the US isn't the only country where a lot of people believe myths about businessmen while the truth is a Google search away. "It's far from a U.S.-exclusive phenomenon, but in America, it's easier for most people to imagine becoming a billionaire themselves than it is to imagine an economic order in which a handful of people own half the world's wealth. Social mobility from working-class to middle-class is increasingly out of reach and the illusion that one can conceivably amass a net worth of over a billion dollars is a comforting fantasy for many people."

The indisputable facts are the assertions that the Silicon Valley oligarchs:

1. Control business and politics like a crime Cartel

2. Are a white male fraternity who attack outsiders in organized manners

3. Come from dynastic families that systematically ran them through Stanford, Harvard and Yale sociopath-in-training men's clubs

4. Were socially trained and programmed to operate in a closed, tribal, exclusionary manner

5. Operated the "Angelgate" collusion scandal and most every other financial crime in America.

6. Operated the "Silicon Valley High Tech Employee Collusion" for which they were sued in a famous class-action case

7. Controlled the White House and traded most of the key staff with the Administration.

8. Have been sued, indicted and charged in divorce proceedings with an unusually massive amount of sex trafficking matters

9. Use the same 10 law-firms who have been charged with public policy manipulation

10. Control internet news, media and information

11. "Own" certain U.S. Senators by virtue of direct bribe payments and securities/stock payola payments

12. Use a variety of tools like GUST, Private Google Docs sites, covert Facebook pages and similar, to secret conspire and plan collusion and organized monopolistic practices

13. Have their venture capitalists spy on entrepreneurs and copy their technology to be deployed by

Google, or Facebook under a new name

14. Are a Mafia-like criminal organization.

Who are some of the biggest, elitist, self-aggrandizing, entitled, tone-deaf assholes in Silicon Valley?

The Tech Crunch Silicon Valley database-of-assholes provides that answer. They include: David Krane, Brian Bendett, Brendan Bulik-Sullivan, Terri Burns, Blake Byers, Tim Draper, Steve Jurvetson, Elon Musk, Steve Westly, Steve Spinner, Tyson Clark, Frederique Dame, Tom Perkins, Scott Davis, Reid Hoffman, *Eric Schmidt, Larry Page, Jared Cohen, David Drummond, Karim Faris*, Tom Hulme, Joe Kraus, John Lyman, Vinod Khosla, Laura Melahn, Dave Munichiello, Erik Nordlander, Anthony Philippakis, Sridhar Ramaswamy, David Reshef, Ben Robbins, Issi Rozen, David Schenkein, Vidu Shanmugarajah, M.G. Siegler, Graham Spencer, Bethany Tsui, Jessica Verrilli, Andy Wheeler, Krishna Yeshwant, Asheem Chandna, Jerry Chen, Mike Duboe, Sarah Guo, Christine Kim, Josh McFarland, Saam Motamedi, Sridhar Ramaswamy, Corinne Riley, Jason Risch, Seth Rosenberg, David Sze, David Thacker, David Wadhwani, Manuel Bernal, Allie Dalglish, Don Sullivan, Yasmin Green, Kent Walker, Matt Rogers, Steven Chu, David Plouffe, Sergy Brin, Andy Rubin, Ian Fette, Travis Kalanick, Elizabeth Holmes, Dustin Moskovitz, Laurene Powell Jobs, Andy Bechtolsheim, Brian Goncher, Cheryl Sandberg, Gilman Louie, Ira Ehrenpreis, Tim Cook, James Breyer, Joe Lonsdale, Keith Rabois, Marc Andreesen, George Soros, Mario Rosatti, Martin LaGod, Michael Moritz, Viktor Vekselberg, Larry Summers, Pierre Omidyar, Tom Steyer, RoseAnn Rotando, Larry Birenbaum, Judy Estrin, Steven Goldby, Terry Kramer, Helen Raiser, John Scully, Sandi Thompson, Ann Wojcicki and their ilk...

You can see that most of them have the same facial deformities that make them all look like yuppie frat or sorority clones with Moonie/Scientology dead eyes and fake smiles that broadcast their blind zealotry and sports bar fakery to the world. Every email, phone call, text, condo, office and brothel that these people use should be bugged by the FBI. These scammers built an insider-trading bubble of TED conferences and tech parties in which they mutually promote their Elizabeth Holmesian fantasies of holier-than-thou idiocracy. Emily Chang's book: "Brotopia" covers these scum-bags in great length.

The Silicon Valley cartel propagandizes climate issues because they own all the companies that will get government cash for climate issues. Are climate issues a bigger deal than: CANCER, SEX TRAFFICKING, POOR EDUCATION SYSTEMS, POLICE BRUTALITY, RACISM, HOUSING PRICES, PANDEMICS, MEDICAL COVERAGES, WARS, DRUG TRAFFICKING, CARTELS, STD'S, MONOPOLIES, POLITICAL BRIBERY, THE SPACE RACE, TOXIC FOODS, SEX ABUSE AT WORK, AND THOUSANDS OF OTHER ISSUES…????. The Silicon Valley Cartel says "It Is", but that is only because they own all of the companies that will get free government cash to "fix" climate issues. They do not care one tiny bit about the climate. They care about CASH!

As a Hoover Fellow puts it: "...Elite arrogant asshole dynasties send their kids to Stanford University. Stanford puts the kids in asshole frat houses to train them to get away with rape and run monopolies. When they graduate they either go up the hill to Sandhill Road and start a venture capital clone operation or they get their frat friends on Sandhill Road to racketeer-fund their start-up or political campaign using money scammed from your parents pension funds. They only work with their frat buddies and insiders in a tribal 'old boys club' manner.They steal all the technology and markets they want because they control all of the tech lawyers and politicians via bribes and revolving doors. Most of the money in Stanford University bank accounts is from Foreign and Hollywood oligarchs delivered as bribes meant to get their snot-nosed brats into Stanford. Stanford bosses keep all of this covered-up and covertly fund political campaigns to grease the wheels of political corruption. They then sexually extort some Standford interns in Rosewood Hotel rooms, get the most 'trophy wife' ones pregnant, and start the cycle all over again. Alas, Stanford is the training ground for abuse, corruption and 'Bro-Crime'..."

Everyone asks: *" How Does Elon Musk Maintain His Corrupt Empire Of Lies Without Getting Shut Down By The Government?"*

Elon Musk has spent more money creating fake fame for his narcissist personality disorder than any other person in history! Musk is obsessed with buying troll farm outputs, Chinese click-bait processing service orders, fake Facebook likes, fake Twitter follows, Reddit self-glory lie-blogger services and PR hype media articles about himself. Musk can't stand to go a single day without trying to make people think he is a god-like deity when he is just a scamming tech mobster!

Elon Musk runs a RICO-violating, stock market-manipulating, anti-trust-violating organized crime cartel! He is the high tech Godfather of financial crime and he is many times more "untouchable" than Al Capone! Public officials should be embarrassed to death that Musk waltzes around with such impunity. Musk maintains his immunity with BRIBES to Congress, bribes to the DOT, bribes to the NHTSA, and other political agencies. He acts as a conduit to pass free government cash he scams from politicians through his organization and back out, covertly, to those same politicians like Harris, Pelosi, Feinstein, et al.

Coinbase, was a financial exchange that had become the largest U.S. company in the cryptocurrency industry and was just months away from a sensationally lucrative IPO. Nathaniel Popper, a writer in the newspaper's San Francisco bureau, had spent months reporting a story about Coinbase's alleged inhospitability to Black employees. (One former worker told him, "Most people of color working in tech know that there's a diversity problem … But I've never experienced anything like Coinbase.") With Silicon Valley increasingly the dominant force in American life, and during a national reckoning over structural racism, an examination of HR practices at one of the tech industry's fastest-growing businesses — documented with firsthand accounts — was classic accountability journalism.

480

It was the kind of story to which Wall Street, Washington, and corporate America have long been grumblingly acquiescent. They might not like it, but they accept that such scrutiny inevitably shadows success; they take their dings and move on.

But Coinbase, led by CEO Brian Armstrong, who had recently instructed his employees not to bring concerns about racial justice into their work ("We don't engage here when issues are unrelated to our core mission," he wrote publicly), wanted to fight back. On November 25, with the *Times* story yet to drop, Coinbase moved to preempt the exposé, publishing an email the company had sent its employees designed to refute the expected allegations. It included the statement, "We don't care what the New York *Times* thinks."

Bravado from a company on the verge of an IPO? There was some of that. But looming over the Coinbase pique was its venture-capital backer, Andreessen Horowitz, which had lately become an epicenter of anti-media hostility in the Valley. A16Z, as it is known (for the 16 letters between the *A* in Andreessen and the *Z* in Horowitz), owned almost a quarter of Coinbase's class-A shares; co-founder Marc Andreessen sat on the cryptoexchange's board; and Coinbase's head of communications, Kim Milosevich, had recently moved over after seven years at the VC firm.

The worlds of crypto and A16Z shared a fervent disdain for incumbent authorities. As self-styled meritocrats in the business of creating the future, they had little patience for heckling by humanities majors who had never written an if-then statement or started a business. And something had shifted: More and more, in the places where tech talks to itself — Hacker News, Clubhouse, Substack — you'd hear complaints that the dead-tree elites cherry-picked facts congruent with prefigured story lines, were out to get tech for "clickbait," and were jealous that Silicon Valley was ascendant. And the *Times* was considered ground zero for this impertinent haterism.

Increasingly, Marc Andreessen felt there was a gap in tech coverage, and he decided that his own firm could create content that would be more future-positive and techno-optimistic — telling the tech story from the tech founder's vantage point. Inside A16Z, one of Milosevich's projects had been to build up an internal content operation to produce podcasts and blog posts, and the firm had invested in the fast-growing subscription-blog platform Substack. There was a feeling that the rules had changed: Why grovel to the hidebound gatekeepers when you could "go direct" and "own the narrative"?

After Coinbase's first strike, there was some overheated media eye-rolling at the effectiveness of the strategy. "This attempt at a front-run is mind-blowing," Popper's *Times* colleague Mike Isaac tweeted in response to Coinbase's defiant post. "They've guaranteed readership for the coming story AND torched any semblance of trust or relationship they had with the media."

But the overlapping subset of tech-, VC-, and crypto-Twitter viewed Coinbase's move as badass. The investor Michael Arrington weighed in with, "They will never stop attacking @coinbase." When Popper published a follow-up article documenting salary disparities at Coinbase among women and Black employees, Naval Ravikant, a well-known investor and podcaster in the Valley, tweeted, "It's

only a matter of time until the narrative-industrial complex comes after crypto." And Balaji Srinivasan, the 41-year-old ex-CTO of Coinbase, ex-partner at Andreessen, and current media troll on Twitter, tweeted at Popper, calling him a "woke white who can't code." The hostilities have only ramped up in 2021. The anti-media tech crew recently delighted in Elon Musk's response to a Washington *Post* reporter seeking comment for an article — "Give my regards to your puppet master" — screenshotting it and gleefully disseminating it on social media. In February, a prominent VC named David Sacks drew attention to a new app called BlockNYT that allows *Times*-haters to silence the 800-plus accounts of reporters and editors who tweet. The rise of Substack, where writers are untethered from institutions, has prompted pearl-clutching among journalists fearful of a brain drain from traditional media. (Mike Solana, a marketing executive at Peter Thiel's Founders Fund, recently discerned in journalists' carping about Substack "the same energy as incels complaining about the Tinder algorithm.") The invite-only audio app Clubhouse has become a virtual salon of media-bashing, featuring rooms with names like "#BlockNYT or How to Destroy the Media," "NYT vs. Rational Discourse and Free Speech," and "Taylor L and Other U.S. Journalists That Should Be in Jail," referring to the *Times* internet-culture reporter Taylor Lorenz. A handful of journalists have tried to mount a countercampaign, starting rooms like "How Journalism Actually Works. Featuring Real Journalists" and "What Tech Doesn't Get About Media (+ Vice Versa)." When A16Z recently announced its plan to beef up its content operation, Jessica Lessin, founder of tech-news outlet the Information, declared the move "a call to arms."

And so a war is on between the tech titans and a relentless generation of largely digital-native reporters looking to speak truth to power while racking up Twitter followers in the process. Depending on whom you ask, the great Tech vs. Media Standoff of 2020–21 is either a "fake fight" between "20 people and 500 other people," all quick to take offense and thirsty for clout, or it's a cataclysmic rift that threatens democracy or, at least, the accurate portrayal of the most important industry in the world.

**It wasn't always** this way. "Back in the '80s," says Steven Levy, a veteran tech journalist and the author of *Facebook: The Inside Story,* for which he interviewed Mark Zuckerberg seven times, "there wasn't this giant distance between who you were and who they were. Even Bill Gates would show up at your office in a cab."

Tech was the sunny future. With the exception of Microsoft, which by the 1990s had been transformed into a monopolistic bogeyman, technology was covered by journalists who were animated largely by a spirit of wonderment: They came bearing tidings of a new world conjured into existence in the garages of Northern California. There was breathless gadget coverage. There were articles lionizing the microchip seers of San Jose. As the dot-com bubble inflated, the industry and its chroniclers were chummily adjacent and occasionally the same people. *Red Herring* was founded by Tony Perkins, a venture capitalist. *Wired* and *The Industry Standard* were the children of an entrepreneur named John Battelle, who hosted rooftop parties in San Francisco where media and tech folk happily commingled. "Everyone was part of one big stew," recalls Sean Garrett, former head of communications at Twitter.

Even after the Web 1.0 bubble burst, leaving some journalists convinced they'd been too credulous, there endured a robust strain of sycophantic reporting on the Valley. No funding round, product launch, or logo redesign was too insignificant to merit coverage by TechCrunch, a fawning site co-founded by Arrington. Once a year, it hosted the Crunchies, where the likes of Zuckerberg were anointed with awards like Best Founder. "Obviously, this is a wonderful period of human history we are going through right now, and it is okay to celebrate that," Arrington once said. In time, at least eight TechCrunch reporters would leave to try their hand at investing, a revolving door that became known as "the TC-to-VC pipeline." At Google in 2005, recalls one employee, "there were just hallways and hallways of framed covers."

At the time, the fleece-wearing moneymen of Sand Hill Road tended to lurk in the background, quietly minting fortunes while letting the brilliant programmers back enjoy the limelight. Andreessen Horowitz, founded in 2009, reinvented the game. Marc Andreessen had once appeared on the cover of *Time* — he was one of the inventors of the web browser — barefoot and on a throne, and at A16Z, in the lobby library, he displayed bound volumes of past issues of the newsmagazine. He loved Twitter — partly because it was a good way to get into the minds of reporters — and personally invested in a handful of media properties, including Talking Points Memo and PandoDaily (as did Thiel). And with the help of Margit Wennmachers, who had founded the tech PR agency Outcast and whom he had recruited to A16Z, his company built its reputation through the canny management of relationships with journalists.

"A16Z is a media company that monetizes through VC," one of its then-partners observed. Wennmachers would host what one reporter calls "salons" for journalists at her house, and Marc Andreessen was "dial-a-quote," says Lessin, who before founding the Information covered Silicon Valley for *The Wall Street Journal.* Eventually, other VC firms followed A16Z's lead. "There was a time, when I was at *Newsweek,*" Levy says, "I'd get these emails saying, 'Peter Thiel is available for comment' on issue *x* or issue *y.* Before he became who he is now, he was open for quotes." The interests of journalists and VCs were aligned. It was a time when a VC could get away with claiming a mattress company was a tech company.

**Eventually those** interests began to diverge. Consumers spent more of their time online, newspapers and magazines were starved of revenue and shed jobs, while tech considered the disruption part of the natural order of things. Swashbuckling new forms of digital journalism were invented, like Valleywag, the scurrilous tech-focused Gawker satellite. It lacked the caution of the Establishment media but made up for it in speed and daring. Suddenly, the geniuses of Silicon Valley were being treated without what they saw as their due deference. (Though Andreessen, a former reporter for Valleywag told me, was himself a source for the blog.)

In 2014, PandoDaily reporter Sarah Lacy's unrelenting scrutiny of Uber and its tech-bro culture prompted one of the company's senior executives to suggest that the firm might spend a million dollars to hire opposition researchers to dig up dirt on journalists, including Lacy. Valleywag published the

headline "Peter Thiel Is Totally Gay, People." But no coverage was more devastating than *Journal* reporter John Carreyrou's investigation of Theranos, starting in late 2015, which revealed fraud at the heart of the company and eventually led to its demise.

The battle lines were drawn. Andreessen tweeted in defense of Theranos, Greylock VC Josh Elman called the reports "probably nonsense," and Y Combinator's Sam Altman wrote, "I don't know if the *WSJ* allegations about Theranos are true [but] new tech is hard. Slam pieces tell one side of a story." On Twitter, Andreessen started blocking journalists who happened to have challenged Theranos founder Elizabeth Holmes.

Among tech media, the Theranos story prompted a reckoning. It wasn't just that the Theranos revelations invited the question of what other frauds might lurk beneath the surface, merely awaiting spadework by an enterprising reporter. Journalists had in some sense created Theranos, splashing Holmes and her Jobsian black turtleneck on the covers of magazines like *Forbes*, *Fortune,* and the *Times' T,* which featured an accompanying story that lauded her as one of "Five Visionary Tech Entrepreneurs Who Are Changing the World." It was written by Laura Arrillaga-Andreessen, wife of Marc.

At other publications after Theranos, a Valley PR executive maintains, "every editor was saying, 'There are Theranoses among us. Bring me my Theranos.' " Juicero, a Kleiner Perkins–backed start-up selling machines — originally priced at $699 — to process fruit packets, was destroyed by a Bloomberg article noting that you could easily squeeze the packets by hand and became a parable of the age. Even *Fast Company,* hardly known for broadsiding entrepreneurs, went after Bodega, a start-up it had previously praised, with a piece titled "Vending Machine Startup Bodega Finally Kills Off Its Offensive Name."

The election of Donald Trump, and the world's awakening to the role of social media in amplifying misinformation to catastrophic ends, put another dent in tech's veneer. When the *Times* was getting ready to report that Cambridge Analytica, the data outfit behind Trump's campaign, had used 50 million Facebook users' data without their permission, Facebook preempted the *Times* story by hastily issuing its own account of what had happened. "It was a series of emperor-has-no-clothes moments," says Isaac, who covers Facebook for the *Times*. (Facebook later admitted the number was actually 87 million.)

Belatedly, as big media homed in on the Valley's transformation from cute and quirky toy-maker to dystopian nightmare factory, outlets began to double down on their tech coverage. The *Times,* the Washington *Post, The Wall Street Journal,* Bloomberg, and CNN all went on hiring sprees to fortify their San Francisco bureaus.

Rah-rah coverage of start-ups now felt naïve. The achievement bar for meriting coverage rose. Even TechCrunch, bought by AOL, became more skeptical. The Crunchies stopped making sense — "Giving Uber Start-up of the Year," says TechCrunch writer Alex Wilhelm, "what the fuck does that mean?" — and devolved into brutal roasts of honorees. In 2015, a soused T. J. Miller, the comedian emceeing the

awards, had to be played off the stage after calling a woman a "bitch" and breaking a piñata over his own head. "I was apologizing for days," Wilhelm says. In 2017, TechCrunch pulled the plug on the Crunchies for good. As the tone of coverage changed, reporters began to notice a chill in the air. The A16Z journalist dinners came to an end. After the Information reported on a Me Too scandal involving Google's Andy Rubin, Lessin says, "that was one of those points where you just feel more of that resistance: 'Why did you do that story? Was it really important?' People say to us, 'Oh, I hope you're not going down the gossip route.' " A *Times* reporter adds, "Even in 2016, it really felt like people are open and they'll talk to you, and that just changed in the course of two years. The coverage changed, and they became the new Wall Street."

With the Valley shifting from Google's "Don't Be Evil" to Uber's tracking a reporter's movements using "God View" — as reporters began interacting less with founders and VCs and more with tech-company underlings, whom they'd see at the same bars and kids' soccer matches — the leaks began. At Google, in the past, there had been meetings, attended by thousands of employees, where Larry Page and Sergey Brin would give updates on the forthcoming Chrome browser, confident that the conversation would stay in the room. "That's unthinkable now," Levy says. "There's a lot of resentment that that can't happen anymore. It was a big blow to the Google culture when they had to stop that practice, to let anyone ask anything of the leaders, because now they know that exchanges will be leaked."

The shift in coverage didn't go down smoothly among technologists and their backers. "This is an industry where founders expected a story every time they launched a new feature or new round of funding," the communications executive Garrett says. "That's not the reality now. That changed. So there's a sense of *How come they're not covering us anymore and all I'm seeing is more negative stories?* That created dissonance."

"They've retained the sense of 'us against the world' but not noticed they're the top four or five companies on the stock exchange and dominate nation-states," says James Slezak, a Y Combinator–backed founder who previously led digital strategy for the *Times.* "Before, they were fighting for disruption; now, it's for retaining monopoly. They're no longer fighting power. They're fighting a weakened check on the abuse of power."

**Things were also** getting snipey. In mid-February of last year, after Andreessen Horowitz taped up a sign in its offices that read NO HANDSHAKES, PLEASE, Recode (which is owned by *New York* Magazine's parent company, Vox Media) published a story with that headline, noting that "some in the tech industry fear the virus will spread out of control" and raising the question of whether Andreessen and "Silicon Valley elites" were being unduly paranoid. Although the article gave plenty of space to arguments in favor of the Valley's concerns, Srinivasan, who had been presciently tweeting about the seriousness of the COVID threat, declined to be interviewed for the story and tweeted screenshots of the reporter's innocuous DM to him (including her email address), before commenting, "Not covering: technologies the Chinese are using to fight the virus; hardware implications of supply

chain disruption; what biotech is doing in terms of antivirals, vaccines. Is covering: your tweets." Later, he published a lengthy, footnoted rebuttal on Medium titled "Citations for the Recode Handshake Debunking."

On Twitter, Srinivasan, who has 367,000 followers, cultivates the aura of a fire-breathing prophet fed up with the dunces of meatspace (his Twitter bio: "Immutable money, infinite frontier, eternal life. #Bitcoin"). For someone with a quantitative background (he got his Ph.D. in electrical engineering at Stanford and later taught bioinformatics there), he is an unusually gifted communicator. His tweets are often aphoristic, toggling tonally between oracular and lacerating. He is fond of the overreaching prediction.

Srinivasan's beef with the media seems to date to October 2013 with a speech he gave at a Y Combinator event in Cupertino. At the time, Srinivasan was the co-founder of a genomics start-up named Counsyl. In the talk, titled "Silicon Valley's Ultimate Exit," he wondered whether the USA was "the Microsoft of nations," with a "230-year-old code base," dragged down by the doddering institutions of "the Paper Belt." He proposed that Silicon Valley should build an alternative, opt-in, geography-independent, technology-first society. It was a provocative, nuanced argument, more conceptual than actionable, but in the Paper Belt, it was mocked as ludicrous utopianism. "Silicon Valley has an arrogance problem," declared the *Journal.*

Srinivasan, apparently feeling misunderstood, wrote an article for *Wired* advancing his thesis in more palatable terms: "Software Is Reorganizing the World." But his fury with journalists had been seeded. As the *Times* recently disclosed, when TechCrunch was writing about the Valley's neoreactionaries that November, Srinivasan emailed the movement's Curtis Yarvin, known online as Mencius Moldbug, to say, "If things get hot, it may be interesting to sic the Dark Enlightenment audience on a single vulnerable hostile reporter to dox them and turn them inside out with hostile reporting sent to *their* advertisers/friends/contacts."

The son of Indian-immigrant physicians who grew up on Long Island, Srinivasan rarely reveals any personal details, though he recently said he "moved to Asia a while ago" and now divides his time between Singapore and India. He's rich, and he is obsessed with cryptocurrency. Curiously, despite his contempt for journalists, in 2015 Srinivasan married one, a former reporter for *Business Insider.* (He also, more than 20 years ago, dated Elizabeth Spiers, who would go on to be the founding editor of Gawker.)

Srinivasan didn't respond to my interview request, but four years ago, to the *Journal,* he described a lonely, embattled childhood. In school, he had been bullied for reading books at recess — beaten up by kids who called him "nerd" and "Gandhi": "I learned the first guy who comes at me, I need to hit him — bam! — with the book, and just act crazy so the other folks don't jump on you." In the principal's office, he said, his attackers would "have 'crocodile tears' " and "their parents knew the principal," who would take their side, "so, I learned early on that you've got to stand up for yourself, that the fix is in … The state is against you."

One of Srinivasan's reliable lines of attack, familiar to anyone who has spent time around tech bros, is to invoke the trope of Teddy Roosevelt's "man in the arena" as a being superior to the critic on the sidelines. After the *Times'* Kevin Roose tweeted something about Andreessen, Srinivasan responded, "Guy who has built nothing thinks he can critique guy who invented the web browser." To tech reporter Ryan Mac, Srinivasan tweeted, "I cofounded a clinical genomics company that sold for $375M You work at Buzzfeed."

**This past July** on Twitter, a group of VCs and founders led by Srinivasan began pushing the hashtag #ghostNYT, arguing that the *Times* was hostile and unnecessary to engage with and proposing that the tech community simply stop taking the newspaper's calls. The proximate cause of the campaign was an article the *Times* had in the works about Slate Star Codex, a science and futurism blog beloved in certain "rationalist" Silicon Valley circles, which was supposedly going to identify Scott Alexander, the blog's author, by his real name, Scott Siskind. Although Siskind was only notionally pseudonymous (he had previously published under his real name), more than 7,000 people, including luminaries such as Paul Graham, the founder of Y Combinator (which incubated such companies as Coinbase, Reddit, Airbnb, DoorDash, and Stripe), and Harvard professor Steven Pinker signed a petition titled "Don't De-Anonymize Scott Alexander."

Besides Srinivasan and A16Z, the anti-media posse includes Musk, employees of Thiel, and the circles around Y Combinator. Broadly, what they have in common is a libertarian reverence for technology, innovation, and first principles; contempt for traditional gatekeepers and anyone standing in the way of "founders"; and very thin skin. Many are involved in cryptocurrency. They scoff at credentials, although seemingly half of them went to Stanford, and abhor consensus opinion, except for the opinion that journalists are the absolute worst. A book much in vogue with this group — Srinivasan and Stripe co-founder Patrick Collison have both recommended it — is *The Journalist and the Murderer,* Janet Malcolm's study of reportorial seduction and betrayal. (Never mind that the book is on the syllabus in journalism school, too.)

The Valley's self-appointed media critics can by turns seem disingenuous and naïve. For people who literally think in binary, they'll have conniptions over an article that elides some small nuance yet blithely imprecise in ascribing fault to "the media" and "the New York *Times.*" They routinely fantasize journalistic motivations that are either outdated ("clickbait") or unrecognizable to any working reporter (suggesting that journalists want to take down tech people because they're business competitors). If journalists seem to come with agendas, it's in part, suggests Paul Carr, co-founder of the news site Techworker,  because these VCs don't give much credence to values or perspectives that are not their own: "They do not like anybody telling them anything they're doing is bad, because most of them have never invested on the basis of whether anything is good or bad. They've invested based on returns and growth. Morality is something new and faddish to them." Srinivasan regularly talks about replacing "corporate journalists" with "citizen journalists," by which he seems to mean bloggers, possibly crowdfunded with bitcoin and publishing to the blockchain, which sounds intriguing but falls apart if you think about it for more than one minute.

"Once you've made that money and had that prestige — I've noticed this is a trait of certain billionaire entrepreneurs — the only thing you have left to play for is what people say about you," says one media-company CEO. "So that becomes the most important thing, and God forbid someone questions your legacy in all this."

**Let's walk** for a moment in another man's Allbirds.

One senses, beneath the attacks from some of the tech big shots, the sting of personal grievance. Thiel may have been the one who put money on the line to avenge himself, bankrolling Hulk Hogan's lawsuit against Gawker and putting it out of business, but many of the most prominent media haters were also targets of Valleywag, its tech-focused spinoff blog.

"The Silicon Valley Secessionist Clarifies His Batshit Insane Plan" (Srinivasan)
"Investor Says Marc Andreessen 'Screwed More People Than Casanova' "
"Ben Horowitz Is Desperate for You to Think He's Cool"
"Rampaging Tech Investor Begins Insulting Each Person in Silicon Valley Individually" (Keith Rabois)
"Racism Doesn't Exist in Tech Because White Tech Blog Millionaire Jason Calacanis Has Never Seen It"
"Vinod Khosla Says It's 'Blackmail' for Activists to Save Public Beach"
"Elon Musk Discovers Cause of Poverty"

Meanwhile, if you're working for one of the hundreds of anonymous start-ups that are not Juicero, it can be annoying to read some East Coast reporter's trope-larded article about how the Valley is wall-to-wall with polyamorous billionaires with doomsday bunkers in New Zealand who harvest the blood of young people, are researching how to upload themselves to the cloud, and wish America was ruled by a king. Most tech managers are soccer parents with a mortgage, notes Alex Stamos, director of the Stanford Internet Observatory and former chief security officer at Facebook, "but you end up with these media exposés you could read in a David Attenborough voice. Sure, those people exist, but the truth is tech is one of the most liberally leaning industries in the U.S. The data shows that the vast majority of tech leaders are politically active Democrats. You see a story on microdosing or crazy sex parties — everyone else in the Valley is like, 'Man, I don't hang out with the right people.' "

In your work, and your life, you hew to an ethos of iteration, of trying and failing and course-correcting, of making data-driven decisions and updating your assumptions to incorporate new information. "They'll talk about East Coast–West Coast or old media versus new," a seasoned big-tech comms person says, but "I think it's product-engineer culture versus normie culture. If you work in tech … you win respect and rise in the ranks by being curious and signaling that you know what you don't know and testing to know more. And they see a media universe that seems full of people who seem sure of themselves instead of curious. You're stunned, outside of tech, about what passes for intelligence. This culture is way more Socratic." (In this view, the vaunted curiosity of journalists has become tainted by agenda-pushing.)

488

Meanwhile, some in tech feel blamed by traditional media for Trump's election. This  despite the obvious roles of NBC and CNN in elevating him in the first place and of the *Times* in turning the nonissue of Hillary Clinton's email server into a major scandal. "There's this self-flagellation from tech companies — publishing white papers, turning over data to the Special Counsel's Office and the Senate Commerce Committee," says Stamos. "It felt suspicious" that the media "only cared about the fault of the tech companies and not themselves."

Then there are the journalists who hold themselves out as a priestly caste motivated by nothing beyond the public good and who write their articles in a stentorian institutional voice yet run wild on Twitter slagging this VC for that offhand remark. Tech Twitter (and right-wing media) went bonkers after *Times* reporter Taylor Lorenz (who has 236,000 Twitter followers) mistakenly tsk-tsked Andreessen for saying "retard revolution" in a Clubhouse discussion of the GameStop-Reddit stock frenzy, faulting her for misidentifying the slur-utterer — who was not Andreessen but his partner, Ben Horowitz — and accusing her of being a woke scold because Horowitz had merely been referring to a WallStreetBets subgroup that called itself Retard Revolution. Lorenz quickly deleted her tweet and corrected her error. The splitting of journalistic personalities "creates a disconnect in people's heads," Stamos says. " 'Huh, this person who spent the past two weeks trolling tech executives is now writing the definitive history of this company.' " The *Times,* despite its official policy forbidding writers from "posting anything on social media that damages our reputation for neutrality and fairness," has been erratic when it comes to enforcement.

What are you supposed to think when a journalist writes about the volume of child-abuse incidents reported by Facebook as a bad thing — rather than evidence that Facebook is taking the issue seriously — and ignores the technical difficulty of filtering the torrent of content on the platform? "The Daily Beast reporters don't talk about perceptual hashing or photo DNA or any of the deep issues," Stamos says. "The article is by some random reporter with no history writing about tech; they clearly didn't talk to anyone who worked in child safety, who'd say, 'We want everyone else to report more.' "

"I hear from the folks who get angry when something is covered and is not technically accurate," one Valley beat reporter notes. "I sympathize with that. Just like good and bad technologists, there are good and bad journalists." **In some ways,** the whole fight is performative. "This is all great content marketing on all sides," Garrett says. "This is a spectacle."

Srinivasan, for instance, is a 280-character tiger. Though many colleagues have considered him the proverbial brilliant jerk who doesn't play well with others — and his tenures at both A16Z and Coinbase were notably brief — he comes off much more temperately when he speaks on podcasts, and former colleagues describe a quirky, professorial savant who wears athleisure to the office.

In a recent Clubhouse discussion of the tech-media wars, room moderator Ben Smith, the *Times'* media columnist, asked BuzzFeed tech reporter Ryan Mac about Mac's confrontational Twitter persona. Mac pleasantly replied that it's helpful in drawing out sources. Building a Twitter following by slashing and burning can be useful to journalists in building their own brands and giving them career leverage.

"It's kind of an influencer culture where these people are picking fights with each other and making themselves more important," says Stamos. "The construction of these social networks gives you a lot of value by having an enemy."

On the tech side, bashing the *Times* has become one of the essential tools, along with including the word *heterodox* in your Twitter bio and peppering your speech with the word *heuristic,* for signaling that you're a daring freethinker. More pragmatically, Isaac thinks, the reflexive defending of founders is largely about deal flow, about winning over the next Mark Zuckerberg: "It's posturing that says, 'We believe in you, we want you to build the next thing, and that has not gone away in our spirit of backing founders.' "

It may also be a way to head off a broader critique of the digital economy. Platformer's Casey Newton has argued, persuasively, that all of this is really just an objection by tech's management class to the newly empowered workers to whom media give voice.

But journalism is only as good as its sources. Even if individual reporters aren't hurt by the hostility — and may be helped by it in certain personal-brand-building ways (maybe resulting in a lucrative Substack opportunity!) — one consequence of the cold war is a distortion spiral, where journalists ignored by company leadership may overweigh the testimony of leakers and ex-employees, resulting in less balanced coverage, which further antagonizes companies, causing them to be even less cooperative, and so on.

Keeping them in dialogue is likely in everybody's best interest. "Media and tech are in a deep coexistence, and it's a totally false narrative that it's some zero-sum game," a longtime tech PR person says. "I'd be completely out of a job today, and I'm not. I'm busy. I work with journalists every day, and some I've worked with for decades. I think there are some people in tech who like to think the media doesn't matter, but the truth is they totally know it does, and they want that."

Lorenz says VCs have courted her, offering her jobs and frequently asking her to come in and talk to them about what she's seeing on the ground of the "creator economy," her beat. Andreessen Horowitz pitched her to have an informational meeting with a partner in the past year, but she declined, noting attacks on her by another of the firm's partners in its portfolio company Clubhouse. And much as the Balaji Srinivasans of the world might wish otherwise, at least some parts of the traditional media retain at least some part of their prestige. "I've had people call and ask how they can get reprints of articles in the *Times* with their photos so they can show it to their parents," Isaac says.

How can they be so bitter when they've won? How can they be such bitter winners? I suppose the victims never recognize when they've become the oppressors."

America's biggest tech giants are nothing if not popular. Apple, Google, Facebook and Amazon rank as some of the most well-liked brands in the world. Pollsters find that 86 percent of Americans hold a favorable view of Google and 80 percent share a favorable impression of Amazon. The reason is simple — these companies' products are entertaining, accessible and seemingly cheap.

But their growing dominance is giving rise to an insidious trend that we shouldn't so happily accept. Just last week, billionaire philanthropist George Soros gave a speech in Davos, Switzerland, in which he attacked Facebook and Google for "inducing people to give up their autonomy" and driving inequality. He's not wrong. In fact, tech giants are just like the monopolists and robber barons that ruled the American economy a century ago. But, while Standard Oil's monopoly was as obvious as the smoke-belching refineries it controlled, the powers of Facebook, Google, Apple and Amazon are less transparent — if not entirely secret.

An average Facebook user has no way of knowing or appreciating the mountain of data the company has collected on them. And the average Amazon shopper is unlikely know that the site steers customers toward its preferred (and often more expensive) products. America's biggest tech giants have at least as much power as John D. Rockefeller and J.P. Morgan did in the early 20th century; it is just much harder to see.

Tech companies can dominate sectors without actually producing anything in those markets. Apple does not produce any music, but it nonetheless controls a huge amount of the industry. Facebook doesn't produce any news, but news organizations are highly dependent on the social platform. And these corporations continue to expand. Amazon, for instance, has entered the grocery business — via its buyout of Whole Foods — and just last week announced a new healthcare project.

Americans have addressed this challenge before. In 1911, the US government broke Standard Oil into 34 pieces after the company monopolized 90 percent of the US oil market. Google now controls 92 percent of the global search-engine market but is still allowed to expand. The only way to tame America's tech goliaths is to see them for what they are — monopolies — and go after them using antitrust law.

Musicians were the first to experience the newfound power of big tech. A generation ago, musicians could reach fans through all sorts of channels. Listeners could buy from small, local record stores, big national chains like Tower Records, bookstores and general retailers like Walmart; they could tune into thousands of independent AM and FM radio channels. This highly distributed system provided not just a way for a musician to be found by listeners, but a way to earn real money — from album sales and radio play, as well as live performances.

The first big change to this system came in 1999, when Napster made it much easier for almost any person to listen to music posted online by others. Although Napster was shut down in 2001, musicians soon found themselves dealing with Apple and its iTunes Store, which launched in 2003.

While Apple, unlike Napster, made people pay for music, it took the power of price-setting away from musicians. Even though Apple does not make any music, it gave itself the power to set music's price — at 99 cents a song. There are few markets in which producers have no power over the price of their goods, but that was exactly the dynamic that Apple created. Just about every year since, musicians have found themselves facing an ever-more concentrated industry, to the point where the business is now

dominated by three giant music publishers — Sony, Warner and Universal — and three great Internet bottlenecks — Apple, Spotify and YouTube (owned by Google).

Apple and Spotify control the majority of the music-streaming market, and 46 percent of all on-demand music listening goes through YouTube. As these corporations have expanded, they have steadily driven down what they pay to artists and labels for their music. In the aggregate, the effect is dramatic; global recorded music revenue fell from around $40 billion in 1999 to under $15 billion in 2014, adjusted for inflation. For many individuals and bands, the result has been an almost complete loss of income. Members of the 1970s rock group The Band, for instance, went "from a decent royalty income of around $100,000 per year to almost nothing," as their former tour manager Jonathan Taplin has written.

For musicians, "it's worse than it's ever been," says David Lowery — frontman of the band Cracker. Artists have "no bargaining power whatsoever" when it comes to the tech companies, he says.

Jay Z tried to take back some of this bargaining power in 2015 when he bought the platform Tidal, in the hopes of building an artist-friendly streaming service. But unlike Tidal, Apple and Spotify have enough money to expand via loss-leading. They price their services low to gain more users, and they can afford to continue operating even while losing money. Tidal — which has struggled to gain more than a small fraction of the market — simply can't keep up.

Artists say YouTube is one of the worst offenders. The video site pays less than a 10th of a penny per song any time a song is played, far below what Apple and Spotify pay.

Even worse, musicians say, YouTube steers listeners away from certain musicians toward others, especially those backed by big record labels that can afford to promote them.

The story is much the same for another set of creators: authors. A few decades ago, authors could sell their books in a highly competitive market, with many publishers and retailers competing to find the next new book and sell it to readers. But today, almost all power is concentrated in the hands of a single company — Amazon. Amazon today sells 55 percent of all books in the US, 82 percent of all e-books and 99 percent of all audiobooks. Like Google and Apple in music, Amazon uses its monopoly position to drive down the price it pays for books, negotiating steep discounts from publishers and tacking on additional fees.

For authors, "It's a very frightening time," says T.J. Stiles, a two-time Pulitzer-prize winning biographer.

Authors have seen the effect of Amazon's power on their incomes. Full-time authors' incomes declined by about a third just between 2009 and 2015 — from an average of $25,000 a year to $17,000 per year — according to a survey conducted by the Authors Guild. As the president of the guild, Mary Rasenberger, recounts: "A mid-list author in the mid-to-late 20th century could make a pretty decent middle-class income."

Today that's "extraordinarily hard." Both authors and publishers have tried to get around Amazon, but the company has in the past punished publishers trying to negotiate for better rates for themselves and their authors. In 2010, for instance, Amazon removed the "buy" buttons from books by the publisher MacMillan, and in 2014, Amazon delayed the shipping of books from Hachette. "Hachette was a warning," Stiles says. "If anyone crossed Amazon, they were willing to do basically anything to force people to knuckle under."

Amazon even managed to convince the Antitrust Division of the Department of Justice to sue publishers for trying to resist the company. In 2007, with the introduction of the Kindle, Amazon decided to price all e-books — regardless of how much time or investment was put into them — at $9.99. The publishers, upset that Amazon had taken away their ability to price their authors' books, allied with Apple to build a new e-book market. Publishers would set the price of their books, as in the previous, competitive market, and Apple would take a cut.

But, the government said this was illegal collusion, even though the publishers had established a market that closely resembled the competitive book market that predated Amazon's monopoly.

Movies are another industry in which the tech platforms are becoming increasingly dominant. Netflix, just like Amazon in the book business, prices its streaming service below what it costs to operate. And now, Amazon and Netflix are bidding up the prices of films they buy — thereby setting the price of movies.

Movie-studio businesses cannot compete with Amazon and Netflix's money. This was why Disney, last year, decided to pull all of its content from Netflix. Separating itself from Netflix is Disney's only hope of staying afloat. As in other sectors, Amazon and Netflix are beginning to dominate the market, even though they only produce a small share of the movies in the business. And, as is often the case, it is the regular, non-famous creators — the scriptwriters, small actors and set workers — who are sure to be hurt most if Amazon and Netflix continue to grow their monopoly power.

It is hard to predict what the American economy will look like if the big tech platforms are permitted to continue their unchecked growth.

Although the tech giants went after the creative industries first, they won't stop there. Amazon started selling books but has since expanded into other sectors of retail, including electronics, appliances, power tools and clothing. With its purchase of Whole Foods last year, Amazon brought its monopoly power to grocery. The stock prices of leading grocers fell dramatically after that merger, but it is the workers — the cashiers, farmers, suppliers and managers who work in the industry — who will ultimately feel the real effects of Amazon's monopoly power.

Google's search-engine monopoly, meanwhile, produces a huge amount of money and data for Google's parent company, Alphabet. Alphabet has used that data advantage to turn itself into one of the most successful, powerful corporations in the race for artificial intelligence. And Alphabet has used its money and technology to build a company, Waymo, that could be one of the first to sell a real,

driverless car to American car-buyers. In so doing, Alphabet is competing against the country's auto companies as well as the millions of people who work as the drivers, mechanics and builders of those cars. And as tech experts claim, the rise of AI could eventually displace all kinds of jobs, far more than those affected by the rise of driverless cars.

It is increasingly clear that the relentless expansion of Amazon, Google and Facebook is beginning to have a much bigger effect on the American economy. This monopolization serves to drive down wages, and it may mean fewer jobs overall. It also means less opportunity for independent entrepreneurs to start up new companies — contributing to fewer small and local businesses.

Worse still, in his speech at Davos, Soros warned of the "web of totalitarian control" that would be created if the tech giants are to combine their powers with those of authoritarian states like Russia and China. "The dictatorial leaders in these countries may be only too happy to collaborate."

The good news is that America's antitrust enforcers can begin to fix this problem tomorrow.

For much of the 20th century, anti-monopoly law aimed to protect the producer, the creator and the worker. But a group of radical thinkers upended this tradition in the 1980s. By arguing that the law should focus exclusively on the "welfare" of the "consumer," they opened the door to the sort of unfair pricing and business tactics that have been perfected by the tech giants.

Fortunately, although the philosophy has changed, the underlying laws remain largely the same. This means that the antitrust lawyers at the Justice Department and the Federal Trade Commission can use their existing powers to go after the biggest tech platforms.

US antitrust enforcers have all the power they need to resume the trust-busting that freed Americans from companies like Standard Oil and plutocrats like J.P. Morgan. They just need to use that power, now.

# How The Silicon Valley Cartel Tech Stock Scams Work:

Elon Musk,  and the Silicon Valley Cartel, have over 1000 people at Goldman Sachs that are dedicated to keeping this corrupt empire operating on smoke and mirrors in order to hype up the stock via dirty tricks such as these:

**\*\* The Silicon Valley Stock Scam Called: "Pools"**

Agreements, often written, among a group of traders to delegate authority to a single manager to trade in a specific stock for a specific period of time and then to share in the resulting profits or losses."[5] In Australia section 1041B prohibits pooling. ( https://en.wikipedia.org/wiki/Market_manipulation#cite_note-5 )

**\*\* The Silicon Valley Stock Scam Called: "Churning"**

When a trader places both buy and sell orders at about the same price. The increase in activity is intended to attract additional investors, and increase the price.

**\*\* The Silicon Valley Stock Scam Called: "Stock bashing"**

This scheme is usually orchestrated by savvy online message board posters (a.k.a. "Bashers") who make up false and/or misleading information about the target company in an attempt to get shares for a cheaper price. This activity, in most cases, is conducted by posting libelous posts on multiple public forums. The perpetrators sometimes work directly for unscrupulous Investor Relations firms who have convertible notes that convert for more shares the lower the bid or ask price is; thus the lower these Bashers can drive a stock price down by trying to convince shareholders they have bought a worthless security, the more shares the Investor Relations firm receives as compensation. Immediately after the stock conversion is complete and shares are issued to the Investor Relations firm, consultant, attorney or similar party, the basher/s then become friends of the company and move quickly to ensure they profit on a classic Pump & Dump scheme to liquidate their ill-gotten shares. (see P&D)

**\*\* The Silicon Valley Stock Scam Called: "Pump and dump"**

A pump and dump scheme is generally part of a more complex grand plan of market manipulation on the targeted security. The Perpetrators (Usually stock promoters) convince company affiliates and large position non-affiliates to release shares into a free trading status as "Payment" for services for promoting the security. Instead of putting out legitimate information about a company the promoter

495

sends out bogus e-mails (the "Pump") to millions of unsophisticated investors (Sometimes called "Retail Investors") in an attempt to drive the price of the stock and volume to higher points. After they accomplish both, the promoter sells their shares (the "Dump") and the stock price falls, taking all the duped investors' money with it.

**\*\* The Silicon Valley Stock Scam Called: "Runs"**

When a group of traders create activity or rumours in order to drive the price of a security up. An example is the Guinness share-trading fraud of the 1980s. In the US, this activity is usually referred to as painting the tape.[6] Runs may also occur when trader(s) are attempting to drive the price of a certain share down, although this is rare. (see Stock Bashing) ( https://en.wikipedia.org/wiki/Guinness_share-trading_fraud )

**\*\* The Silicon Valley Stock Scam Called: "Ramping (the market)"**

Actions designed to artificially raise the market price of listed securities and give the impression of voluminous trading in order to make a quick profit.[7] ( https://en.wikipedia.org/wiki/Market_manipulation#cite_note-7 )

**\*\* The Silicon Valley Stock Scam Called: "Wash trade"**

In a wash trade the manipulator sells and repurchases the same or substantially the same security for the purpose of generating activity and increasing the price.

**\*\* The Silicon Valley Stock Scam Called: "Bear raid"**

In a bear raid there is an attempt to push the price of a stock down by heavy selling or short selling.[8] ( https://en.wikipedia.org/wiki/Market_manipulation#cite_note-8 )

**\*\* The Silicon Valley Stock Scam Called: "Lure and Squeeze"**

This works with a company that is very distressed on paper, with impossibly high debt, consistently high annual losses but very few assets, making it look as if bankruptcy must be imminent. The stock price gradually falls as people new to the stock short it on the basis of the poor outlook for the company, until the number of shorted shares greatly exceeds the total number of shares that are not held by those aware of the lure and squeeze scheme (call them "people in the know"). In the meantime, people in the know increasingly purchase the stock as it drops to lower and lower prices. When the short interest has reached a maximum, the company announces it has made a deal with its creditors to settle its loans in exchange for shares of stock (or some similar kind of arrangement that leverages the

stock price to benefit the company), knowing that those who have short positions will be squeezed as the price of the stock sky-rockets. Near its peak price, people in the know start to sell, and the price gradually falls back down again for the cycle to repeat.

**\*\* The Silicon Valley Stock Scam Called: "Quote stuffing"**

Quote stuffing is made possible by high-frequency trading programs that can execute market actions with incredible speed. However, high-frequency trading in and of itself is not illegal. The tactic involves using specialized, high-bandwidth hardware to quickly enter and withdraw large quantities of orders in an attempt to flood the market, thereby gaining an advantage over slower market participants. [9] ( https://en.wikipedia.org/wiki/Market_manipulation#cite_note-9 )

**\*\* The Silicon Valley Stock Scam Called: "Cross-Product Manipulation"**

A type of manipulation possible when financial instruments are settled based on benchmarks set by the trading of physical commodities, for example in United States Natural Gas Markets. The manipulator takes a large long (short) financial position that will benefit from the benchmark settling at a higher (lower) price, then trades in the physical commodity markets at such a large volume as to influence the benchmark price in the direction that will benefit their financial position.

**\*\* The Silicon Valley Stock Scam Called: "Spoofing (finance)"**

Spoofing is a disruptive algorithmic trading entity employed by traders to outpace other market participants and to manipulate commodity markets. Spoofers feign interest in trading futures, stocks and other products in financial markets creating an illusion of exchange pessimism in the futures market when many offers are being cancelled or withdrawn, or false optimism or demand when many offers are being placed in bad faith. Spoofers bid or offer with intent to cancel before the orders are filled. The flurry of activity around the buy or sell orders is intended to attract other high-frequency traders (HFT) to induce a particular market reaction such as manipulating the market price of a security. Spoofing can be a factor in the rise and fall of the price of shares and can be very profitable to the spoofer who can time buying and selling based on this manipulation.

**\*\* The Silicon Valley Stock Scam Called: "Price-Fixing"**

A very simple type of fraud where the principles who publish a price or indicator conspire to set it falsely and benefit their own interests. The Libor scandal for example, involved bankers setting the Libor rate to benefit their trader's portfolios or to make certain entities appear more creditworthy than they were.

**\*\* The Silicon Valley Stock Scam Called: "High Closing (finance)"**

High closing is an attempt to manipulate the price of a security at the end of trading day to ensure that it closes higher than it should. This is usually achieved by putting in manipulative trades close to closing.

**\*\* The Silicon Valley Stock Scam Called: "Cornering the market"**

In cornering the market the manipulators buy sufficiently large amount of a commodity so they can control the price creating in effect a monopoly. For example, the brothers Nelson Bunker Hunt and William Herbert Hunt attempted to corner the world silver markets in the late 1970s and early 1980s, at one stage holding the rights to more than half of the world's deliverable silver.[10] ( https://en.wikipedia.org/wiki/Market_manipulation#cite_note-TEXAS-10 ) During the Hunts' accumulation of the precious metal, silver prices rose from $11 an ounce in September 1979 to nearly $50 an ounce in January 1980.[11] ( https://en.wikipedia.org/wiki/Market_manipulation#cite_note-NYT-11 ) Silver prices ultimately collapsed to below $11 an ounce two months later,[11] much of the fall occurring on a single day now known as Silver Thursday, due to changes made to exchange rules regarding the purchase of commodities on margin.[12] ( https://en.wikipedia.org/wiki/Market_manipulation#cite_note-TimeBubble-12 )

**\*\* The Silicon Valley Stock Scam Called: "The Political Campaign Conduit Double Blind"**

In this scam, government money is given to a Tesla, Solyndra, etc. who then money launder the cash through executive-held 501 c3 and c4 charities; and company assets and then provide DARK MONEY cash and services to political campaigns like Obama and Clinton election funds. In the case of Tesla, Google (an investor and boyfriend of Musk) supplied billions of dollars of web search rigging. Stock ownership in the companies and deals is traded for campaign funds. David Brock is a master of this kind of Dark Money money-laundering for political campaigns using PACS and pass-through spoofing.

Tesla and Solyndra investors have used ALL of the above tactics and more. Goldman Sachs and JP Morgan have thousands of staff who PROVIDE these stock market manipulation tricks to people like Elon Musk, Larry Page, *__Eric Schmidt__*, et al. These kinds of financial crimes and corruption account for the manipulation of over ONE TRILLION DOLLARS of ill-gotten profits annually!

They all run a constant shell game and ponzi scheme using shell corporations, fake family trusts, hookers, facade real estate, dirty CPA's, dirty corporate law firms, David Plouffe and James Halderman-type dirty operatives, lobbyists who are just bribery bag men, crooked CIA and FBI insiders and other criminal tools.

Given the massive stimulus packages that are in force today and expected to be implemented going forward, regulators need to set clear guidelines for how and when such privileged information can be disclosed, and impose rigorous trading restrictions for investors with access to private information. Failure to do so always gives unfair advantage to some and damages the level playing field in financial markets.

To avoid providing such unfair advantage to selected executives, the SEC and the Department of Justice need to develop new procedures to incorporate potential illegal transactions derived from information about government intervention through diverse channels. Plaintiffs's advocate for a more transparent and consistent protocol on information disclosure regarding government's loan programs to prevent similar events from recurring. For example, the government could channel the release of news about COVID-19-related stimulus interventions through a common platform to prevent leakage from diverse sources and reduce information asymmetry among investors.

The corrupt DFC loan to Kodak is the first of its kind under the Defense Production Act but not the first ever because DOE already created the pump-and-dump scheme for tech oligarchs. Nobody should be surprised by Kodak trying a proven corruption scam. Since we are in unprecedented times, government agencies and regulators need to make changes to adapt to the current situation and fulfill their mission to ensure a level playing field for investors even during this difficult period. Regulation never happens in theses scams because most California Senators and their families profit from these crimes and corruption.

In addition to Musk's insidious army of corruption douche-bag enablers at Goldman Sachs, there are also:

- An army of worker-bee financial scam artist operatives at corrupt Welles Fargo and Deutsche Bank. There are about 120 people in that set of insider operatives

- Jared Birchall, the head of Elon Musk's family office Excession LLC is a front man and bag man for the outside layer of Musk's public-facing scams

- Deloitte Consulting has 17 financial advisors dedicated to ponzi scheming the appearance of liquidity in the Musk Empire

- Law firm Wilson Sonsini has 42 lawyers and admins dedicated to delaying, deferring and holding off law-suits and anti-trust filings against Musk.

- McKinsey Consulting has 120 staff dedicated to authoring and distributing bullshit hype 'white papers" to Congress that sell budget ideas to the government that exclusively benefit Elon Musk.

McKinsey is also in charge of getting people appointed or hired by the government who will provide payola and quid pro quo back to the Musk empire.

- Corrupt law firm Covington and Burling has 27 people dedicated to influencing and changing laws and public policy that will exclusively protect Musk. They put Eric Holder, Steven Chu and other top officials into the Obama Administration based on promises by those officials to protect and fund Musk.

- James Howard is one of over 56 private investigators that Musk has hired to dig up dirt on people that Musk does not like and to run attacks on them.

- In-Q-Tel is a rogue off-shoot of the CIA. Musk has hired a large number of In-Q-Tel staff to engage in CIA-class dirty tricks against competitors and former employees who expose Musk's lies.

- Gawker Media, AKA Gizmodo Media are a tabloid character-assassination-for-hire operation which Musk contracts and owns interest in. They are mission-ed to to destroy the lives of others, in cooperation with Google's servers. Payments for attack services, between all of the parties, have been uncovered.


# The Dirt On Perpetrator Elon Musk


- Google is an investor in Musk's operations and the bosses of Google are bro-mance boyfriends of Musk. Google controls most perceptions on the internet using psychological manipulation tactics taught to them by their investor: In-Q-Tel. In-Q-Tel also works for and with Musk. Larry Page, of Google, and Musk got an apartment together and plan political schemes together.

- Elon Musk, or his associates have hired every hight tech law firm that could go after him in order to conflict-out and law firms that might get hired to go after him. His top corrupt manipulator partners-in-legal crime include: Quinn Emanuel Urquhart & Sullivan, Fenwick & West, Connolly & Williams, Perkins Coie, Steven Farina, Raol Campos and hundreds of others. In fact, a competitor of Musk's was seeking a law firm to sue Musk and was told by Law firm Wilson Sonsini: "You can't sue Elon Musk because he and his Sandhill road Cartel control every high tech law firm in America..." In some cases, Musk has sent some of his lawyers to smaller business entities that want to sue Musk. Musk's lawyers pretend to be lawyers who are "offering to help" the opposition company but they are really there to covertly sabotage their legal efforts in order to protect Musk.

Tesla and CEO Elon Musk are facing dozens of lawsuits and investigations, according to public filings.

The costs of defense and settlements burden the car maker financially at a time when Tesla is already cutting headcount, closing stores and delaying loan repayments.

Among Tesla's most recent legal woes, the Securities and Exchange Commission has filed a motion to hold Musk in contempt of court. The financial regulators argue that Musk violated the agreement they finalized with him and Tesla in October 2018 requiring the CEO to submit his tweets for review by the company's in-house counsel if they contained material business information and could potentially affect the company's stock price.

Musk is represented in this matter by John C. Hueston, formerly the lead prosecutor for the federal trial of Enron's Jeffrey Skilling.

Beyond the contempt case, here are some of the other cases and investigations Tesla and Musk are facing that could most impact the company.

- NHTSA and NTSB regularly investigate crashes involving Tesla vehicles and the use of "Autopilot" features. These agencies initiated new investigations in March 2019, after another Tesla-involved incident proved fatal for a Model 3 driver who collided with a semi-trailer in Delray Beach, Florida.

- According to a Department of Justice statement, a former Tesla employee named Salil Parulekar was indicted in November 2018 for allegedly embezzling $9.3 million from Tesla by diverting payments from one supplier to another. The potential case, which hasn't moved past the indictment, could reveal more about troubles with Tesla's supply chain.

- Two former Tesla security employees, Karl Hansen and Sean Gouthro, filed whistleblower complaints via the law firm Meissner Associates to the SEC. They claim, among other things, that Tesla spied on workers, and covered up theft and narcotics trafficking at its battery plant in Sparks, Nevada.

- A former employee, Marcus Vaughn, is pursuing a class-action lawsuit against Tesla in California alleging that the company ignored black employees' reports of rampant racism. Tesla is trying to compel arbitration, and the Plaintiffs' lawyers say they are fighting Tesla's motions.

- The National Labor Relations Board filed a complaint in August 2018 accusing Musk of

violating labor laws with a tweet on May 20 that employees wouldn't have stock options if they formed a union.

- Tesla-owned SolarCity has been the subject of multiple SEC investigations dating back to 2012, according to Probes Reporter, a firm that publishes FOIA research for investors. (As of May 2108, SolarCity was still under at least one SEC investigation, said Probes Reporter CEO John P. Gavin.)

- Musk is being sued by spelunker Verne Unsworth, whom Musk claimed without evidence was a pedophile and child rapist. Musk lobbed those dramatic accusations at Unsworth after the cave diver questioned the Musk's attempts to aid in the rescue of a Thai boys' soccer team. Unsworth was part of the successful rescue effort and was critical of Musk's approach.

- In a Delaware Chancery Court, shareholders are suing Tesla alleging that the company's acquisition of SolarCity in 2016 was improperly handled by the board, benefitted six out of seven of Tesla's then-board members, and was ultimately a detriment to the company and its minority shareholders.

Analysis by legal research firm Plainsite found at least 38 securities actions filed against Tesla or Elon Musk (or both) since 2010, the year the company went public. Plainsite – which founder Aaron Greenspan describes as a "legal transparency initiative" – scans public records across the US legal system to document the volume and types of litigation effecting major U.S. corporations. (Greenspan personally holds puts in Tesla today.)

By way of comparison, Greenspan says he found only 1 securities lawsuit against Ford Motor Company filed since 2016, and only 4 since 1996, although this does not include all Ford subsidiaries.

Along with the securities litigation, Plainsite also found 43 workers' rights cases, 14 deposit theft cases, and 20 vendor and government non-payment cases filed against Tesla since it went public in 2010. Of the 20 non-payment cases, 6 were from tax agencies in different states, Greenspan said.

Tesla also faces dozens of lawsuits around specific car-related issues, including allegations that Bluetooth doesn't work, that Autopilot has caused Tesla cars to swerve into the wrong lanes and more. Most car-specific lawsuits against Tesla focus on the Model X. But Greenspan expects Model 3-related lawsuits to grow as the company sells more of these electric sedans. Even with all of these lawsuits, Musk has the taxpayer provided cash to buy off any judge, any court, any politician and any influence dynamic.

502

- Steve Davis runs operations to manipulate actual intent for Musk's The Boring Company.

- The pretend CFO's in Musk's cartel including Zachary Kirkhorn, Vaibhav Taneja, Deepak Ahuja, Eric Branderiz, etc., are fully aware of the lies and financial crimes that Musk's shell game is based. They need to be in prison too.

- Above and beyond the army of over 3000 corruption implementation employees and contractors, Musk #1 protection scheme is lobbyists and political intermediaries who pay bribes and produce quid pro quo and revolving door payola. Podesta Group, Roberti Global, David Plouffe, Jeff Burton, and over 150 other groups and individuals transfer the cash, PAC omerta funds, jobs, real estate, sex and other goodies to politicians. Senator Dianne Feinstein's go from working for Feinstein to working for Musk like a political conveyor belt. Bribes hidden via family trust funds and elaborate shell game corporations and off-shore snake holes are the bread-and-butter of the Musk existence.

These facts are known, they are documented in FBI, SEC, FTC, FEC and Congressional records. It is pathetic that Musk can operate and that he is not sitting in a federal prison cell! Elon Musk is a scammer, mobster, liar, pervert, drug abusing, narcissist, Senator-bribing sociopath! Musk can run and try to hide in Texas but there is now no place he can hide!

NOTICE: To the editors allowing idiot child "reporters" to support Elon Musk's BS:

We file complaints against each one of your writers who has accepted compensation in order to use your publication to promote falsehoods, lies and contrived public relations tripe for Elon Musk's narcissist self-aggrandizement campaign designed to cover-up his crimes, scams and corruptions. Your writers have full knowledge of the proven facts in investigative documents such as:


How The Sociopath Venture Capitalists of Silicon Valley Prop Up Elon Musk And His Failed Tesla Motors.pdf


How Does Elon Musk Maintain His Corrupt Empire Of Lies Without Getting Shut Down By The Government?.pdf


TESLA MOTORS UPDATE #3.pdf

MUSK REPORTER.pdf


http://www.the-elon-musk-problem.com


THE SICK CORRUPT EMPIRE OF ELON MUSK - THE MOVIE


THE BOOK OF TESLA EDIT ODT V.2.7.pdf


THE DIRTY DEEDS OF SILICON VALLEY.pdf

and hundreds of thousands of previous news reports, FBI and SEC reports. These facts are easily found online by anyone of, at least, grade-school intelligence level. (ie: http://american-corruption.com/public or Reddit or Voat..or pretty much anywhere...). If your reporters ignore these facts then your publication will suffer revenue loss, stock market hits, devaluation, reports of your sex abuses and other sadness!

We file formal complaints against each one of these shills with industry associations, your investors and on public forums.

Your writers who selectively author fake-news hype instead of investigative journalism will be exposed and punished. Your publication's market value and credibility will be greatly diminished by this information manipulation. (ie, You WILL LOSE YOUR MONEY!) Such fake news articles should be removed and accurate counter-point should be published. Without the proper correction, it is impossible to see how your publication could not follow Gawker, San Diego Magazine, The Outline, and the rest into the spiral of bankruptcy and termination.

**As one blog reports, to quote:** *"...Elon Musk is a scammer, a liar, a sociopath, a mobster, a racist and a sex deviant who has a hit-job team of private i's and Fusion GPS-type goons that he sends out to attack, defame, character assassinate and spy on any competitor or reporter that he does not like.*

*This is just a brief collection of thousands of pretty bad things that Elon has done:*

*Insulting others regularly:*

*https://i.redd.it/l0vefhtyyxhz.png*

504

https://www.reddit.com/r/Futurology/comments/7kbgd2/elon_musk_calls_transit_expert_an_idiot_and_says/

https://www.youtube.com/watch?v=_9ftbRWqkj0 --

Laughs at competitor. In the same year, Tesla dropped it's worth while BYD increased theirs.

Spreading fake information:

https://i.redd.it/t0kzb8c5dj401.png

https://www.forbes.com/sites/samabuelsamid/2017/11/02/why-would-any-supplier-want-to-work-with-tesla/#605e69ba3cbc

Refuses to investigate Worker Complaints and fires those who are upset about work conditions:

http://www.businessinsider.com/tesla-union-fremont-board-demands-2017-7

https://i.redd.it/14kb6fv2f6tz.png

http://money.cnn.com/2017/10/26/technology/tesla-uaw-firings/index.html

https://www.theverge.com/2017/7/5/15922816/tesla-sexism-harassment-predator-zone-remainderman

https://www.cnbc.com/2017/04/25/workers-involved-in-union-activities-say-tesla-is-illegally-intimidating-them.html

https://www.theguardian.com/technology/2017/feb/28/tesla-female-engineer-lawsuit-harassment-discrimination

Attacking the Press for investigating his companies and the respective profits and losses:
https://jalopnik.com/elon-musk-just-yelled-shame-at-a-bunch-of-journalists-1820059349

And of course rarely meeting promises:

https://www.reddit.com/r/EnoughMuskSpam/comments/73eh4m/tracking_elon_musks_visions_promises_and/

*He also regularly takes credit for other's work:*

*https://cleantechnica.com/2017/09/30/tesla-using-samsung-sdi-battery-cells-129-mwh-south-australia-facility/*

*Bad/Stolen Designs:*

*https://en.wikipedia.org/wiki/Robert_H._Goddard*
*-- The original designer for Hyperloop. He tried out a prototype in Britain for 3 years, but it wasn't worth the effort. Elon claims that it's his design and idea, when it is not.*

*https://www.whatcar.com/news/reliability-survey/*
 *-- Tesla 3 is not a very good car.*

*https://www.youtube.com/watch?v=QCIo8e12sBM*
 *-- Tesla 3 is also incredibly unsafe and a mechanic's nightmare.*

*https://www.youtube.com/watch?v=dKQPHC4JyAU*
 *-- Tesla S having severe issues.*

*https://imgur.com/a/apSfO*
 *-- Stealing Evike's Gun Design, expect the flamethrower not to be released because of this.*

*Misc: https://i.redd.it/uk0tgarjwszz.jpg*

*https://www.reddit.com/r/EnoughMuskSpam/comments/6hhrcr/so_about_musk_claiming_to_work_100_hours_per_week/*

*http://variety.com/2016/dirt/real-estalker/elon-musk-bel-air-mansion-1201888308/ --*

*For someone who's so "environmentally green", he sure likes to buy a ton of homes and houses for himself.*
*https://phys.org/news/2018-01-tesla-fresh-norway-lawsuit-false.html*

*-- Getting sued for False Advertising, something that Musk and his companies do often.*

*He's an asshole. You should hate him too. He has lots of promises and lots of words, but very little action. He relies on appealing to one's emotion and excitement and giving his massive Goldman Sachs stock market manipulation team some BS tripe to pitch to Pension funds and to run pump-and-dumps*

*with.*

*Tesla also spends hundreds of millions on advertising:*
*http://ir.tesla.com/secfiling.cfm?filingid=1564590-17-3118&cik=1318605*

*You ever wonder why there's not many Tesla/Elon Musk ads on TV, Radio or on billboards? It's because the majority of these hundreds of millions go towards Online Advertising. Yes, I'm talking about astroturfing:*
*https://www.reddit.com/r/EnoughMuskSpam/comments/7fyes3/there_seem_to_be_professional_shills_for_elon/*

*(Ever find it strange how Elon and his companies are in the top 50 of r/all literally all the time?)*

*This is also why Elon Musk and his companies refuse to travel outside of America. Other nations have laws that protect consumers so they know what they're seeing, but America doesn't because it's Corporation before Community.*

*His lithium, nickel, cobalt and rare earth mines use child labor, allow the rape of workers, are based in bribes and corruption and encourage genocide in foreign nations. Musk doesn't care...Musk hates blacks!*

*Musk's parents loved Apartheid. Musk left South Africa to avoid the end of Apartheid.*

*The guy that clean's Nancy Pelosi's and Dianne Feinstein's toilet in Congress barely gets paid enough to care for his family yet the Pelosi and Feinstein family cartel pockets tens of millions of dollars per year in stock market bribes from Elon Musk. No citizen gets insider trading deals like that and the SEC never busts any of them!*

*Musk is the internet equivalent of a self-aggrandizing fame-whore tech Kardashian. Musk has huge numbers of Chinese and Russian click-farms and sock puppet factories that pretend to be Musk "fanboys" on the internet. He uses Palantir and Oracle software to look for any occurence of his name on the internet and then, instantly, send his internet trolls to slam anybody who negs him in the comments sections. Musk has bee professionally diagnosed with "narcissistic personality disorder", "sociopath tendencies" and an "inability to distinguish crime from normal social behavior".*

*He does some stunts for the masses and they ignore all his bad shit for it.*

*Musk's lithium ion batteries release cancer-causing toxic smoke when they self ignite in the car. As lithium ion batteries age, the get more and more likely to blow up as the dendrites in the internal*

*chemistry degrade. Lithium ion batteries are not regulated because the Silicon Valley oligarchs and the California Senators own the stock in these dangerous, deadly, toxic, explosive, genocide-causing batteries. Musk and Obama conduit bribes back and forth for their financiers. Musk had to give away the Tesla patents because his staff, who wrote the patents, disclosed how deadly and dangerous his lithium ion batteries are RIGHT IN THE PUBLISHED TEXT OF THE PATENT, which Musk never saw until the patent was published! (Ha!) Bernard Tse, Musk's battery boss, quite Tesla to start a competing car company because Musk was covering up all the danger's of the Tesla batteries from Panasonic. Panasonic has been running a "dumping" and bribery program to profiteer on lithium ion batteries and block any other technologies.*

*He mooches taxpayer money, takes credit for others work and then sells himself as the greatest genius of this century.*
*I mean, to be a famous genius in history you had to write a book, like the Principia, that literally revolutionized everything or discover an entire realm of our existence we didn't even know was there. Musk just has a billion dollar public-paid-for PR team and a fake smile.*

*What the fuck does Musk actually do? Acting like he owns the world :)*

*Musk's cars and rockets explode because of bad and rushed engineering, his Neuralink company tortures animals for BS mind control chips, His Boring Company tunnels are unsafe and un-needed and he only started it to build billionaire hide-aways underground. All of his "technologies" were copied from someone else.*

*He's basically another asshole like Steve Jobs, good at marketing the ideas and products that people working for him make.*

*He's a face. Its not like he is the dude who actually makes/programs/designs Tesla's, their autonomous driving functions, SpaceX, etc. But for some reason he gets kinda meme'd into being some super genius who's responsible for those things. Then you get weird rumors like "DUDE ELON MUSK IS ACTUALLY THE DUDE WHO INVENTED BITCOIN" which just seems kinda unlikely/improbable.*

*Sending a Tesla into space seems very egotistical and just pointless compared to the Voyager, and its golden record. It serves a function, it explores space, sends us back information, and contains information that potentially some sentient lifeform could find and learn about us. What would an alien think if they found a Tesla? The fact that we obviously sent out a land based vehicle into space is just kinda dumb. Then if they were able to understand that its more about branding and promoting a car than actually serving a function and is basically just gonna be space garbage. The dude also seems to really want to rush progress. I am all for progress, but you make sacrifices when you want to push things to change too quickly.*

508

*Musk just stabs others in the back. This article got buried and it's too bad because it shows exactly how he operates:*

*DALE VINCE V ELON MUSK: ELECTRIC CAR TSARS AT WAR OVER MOTORWAY CHARGING STATIONS "...In the City they call them fat-fingered trades — when a trader inadvertently hits the wrong key on his computer and costs his bank millions. The price of the email — sent in error late on Sunday, May 18, last year from a Tesla employee to someone at Ecotricity with the same first name as its intended recipient — has yet to be determined, but it could easily run into the millions too. The email allegedly made clear Tesla's plans to break up the partnership it had built with Ecotricity to install chargers in service areas and instead to make a direct approach to their operators. Ecotricity says that the email — written in haste after an article last year in The Sunday Times that disclosed Musk's concept of an electric superhighway in Britain — also revealed Tesla's intention to blacken Ecotricity's name with politicians and the media. Instead of being sent to Simon Sproule, then Tesla's head of corporate communications, the email was sent by mistake to Simon Crowfoot of Ecotricity, alerting the company to Tesla's plans. Vince said the email was evidence not only of underhandedness but of a "brutal" corporate culture within the American firm. "I have never seen anything approaching Tesla's behaviour and we have been around 20 years this year and we've had some run-ins, you know. I do think it's cultural — I just think that's how they operate." ..."I've never even met the guy," he said of Vince. "Initially when we tried working with him he started making all sorts of outrageous demands, so we thought, 'Well, OK, we'll just not work with you' — and then he sued us."... MORE: https://www.driving.co.uk/news/dale-vince-vs-elon-musk/*

*The sooner Tesla goes bust, the better for many countries. Ecotricity is orders of magnitude better than Tesla.*

*He's pretty smug for a guy with hair plugs and facial plastic surgery fakery.*

*His Starlink internet costs $500.00 for the hardware and a hundred bucks a month to have The Silicon Valley Cartel spy on everything that goes over his internet and decide which media is politically correct for you to see. Why would anyone want HIS internet when most internet is free and less spied on? Starlink was Musk's and Larry Page's scheme to control all politics by controlling all media. Tell them to "SHOVE IT" by making sure Starlink goes bankrupt!*

*I remember the battery in Adelaide, Australia he built, where it's been claimed to 'prevent/stop blackouts' and drive the gas business to its knees? The batteries can only hold 5-10 minutes of power.*

*Elon Musk, Goldman Sachs and Steve Jurvetson uses massive "Flash-Boy" computer arrays to manipulate the stock market and fake up all of the Tesla stock. He never gets arrested because the*

*Pelosi, Harris, Feinstein, Reid families own Tesla and Tesla supplier stock and they put a hold on SEC, FTC and FBI charges against Musk.*

*He seems to be bi-sexual with his sleep-overs with Larry Page and his sex cult activities and Epstein sicko stuff.*

*Musk started rich with daddy-money and knew how to exploit mining corruption due to his father owning a Jade Mine and his trophy wife mother being a "model" (who dated quite a bit) throughout the 70's and 90's. His father screwed his sister and got her pregnant. The whole Musk family is a bunch of sickos. Musk's insane greed has caused him to spend vast amounts of money covering the fact that his lithium ion batteries explode when they get wet and tend to get more explosive as they age over time. The chemistry inside his lithium ion batteries is the most toxic, deadly, explosive, cancer-causing, environmentally-damaging, worker-poisoning, child-labor mined crap on Earth!*

*Elon Musk and Elizabeth Holmes are the same kind of lying nut-jobs backed by the same Silicon Valley Scam Tech Cartel!*

*Life is ultra easy when you're rich. You can quite literally do anything and everything.*

*Musk is a mobster propped up by the MSM and the largest and most vast sock-puppet, troll-farm, click-farm contracts on Earth! Nick Denton's tabloid empire (Gawker, Gizmodo, Jalopnik) work for Musk. Larry Page has Google hype his stock and neg his competitors because Google bosses own Tesla stock. (That's illegal too - per the SEC and FTC) He has fucked over every wife, supplier, partner, co-founder and employee and it is amazing that one of them have not shot him in the head yet.*

*He and Goldman Sachs can keep pump-and-dump stock market scams going for the next hundred years from the 2008 Department Of Energy hand-out he first got from the taxpayers. He makes nothing of value to society. He just makes bullshit scams to hype his self-glory...."*

====================

# The Crony Capitalism That Powers The U. S. Dept Of Energy

White House Staff including Rahm Emanual, Bill Daley, Jay Carney, David Plouffe, Robert Gibbs, Steve Rattner, David Axelrod, John Podesta, et al; and The Secretary of Energy Steven Chu and the Chief Counsel for the United States Department of Energy Daniel Cohen and Bill Cooper were, (from

2007 forward), either financed by, friends, with, sleeping with, dating the staff of, holding stock market assets in, promised a revolving door job or government service contracts from, partying with, personal friends with, photographed at private events with, exchanging emails with, business associates of or directed by; our business adversaries, or the Senators and Department of Energy politicians that those business adversaries pay campaign finances to, or supply political digital search manipulation services to. Criminal U.S. Senators coordinated and profited in these schemes. Their own family members have now supplied evidence against them. Elon Musk and his frat boys display their self-aggrandizing vanity in sociopath glory because nobody tells them "no". Now we are calling them out!

From 2007 forward, The White House and The Department Of Energy were controlled by the Silicon Valley tech oligarchs for monopolistic profiteering! That is a violation of the law, the Constitution and the American Way. The named person's we have presented to the FBI, DOJ, SEC and other agencies, engaged in crimes to personally profit in the stock market and political venues. At the same time they operated the command and control of millions of dollars of defamation, character assassination and black-list attacks against us for reporting their crimes. These perpetrators are now being exposed, arrested, indicted and drained of their ill-gotten profits. We are owed our damages compensation and we will not rest until we get it! Every member of the public is invited to help crowd-source the termination of these corrupt crooks.

We worked for, with, in and around the White House and The Department of Energy. We were at the homes of the most famous people in government and their Silicon Valley financiers. We have cooperated with top law enforcement and Congressional investigators. Additional whistle-blowers have provided our effort with even more evidence. Ourselves, and investigating agencies, have absolute proof of the crimes, corruption and illicit activities and the ongoing cover-ups.

=====================

In the court cases, listed above, and 200+ other cases related to the same Cartel members including many lawsuits against Google for corruption, sex trafficking, racketeering and other forms of their usual crimes. Google's financier, political manipulation partner and spying command-and-control operative: In-Q-tel, was also sued for running dirty tricks campaigns against the Whistle-blowers. In-Q-Tel was forced to come to court in San Francisco and watch the Corbett Report's expose on them ( https://www.corbettreport.com/meet-in-q-tel-the-cias-venture-capital-firm-preview/   and https://www.corbettreport.com/siliconvalley/  ) and then try to explain to the judge why they are a "non-profit charity" when they run dirty tricks campaigns for politicians and were caught with tons of cocaine on their airplanes.

Related Precedents -

See-  Founding Church of Scientology v. Bell , 603 F.2d 945, 949 (D.C. Cir. 1979)

See - King v. U.S. Dep't of Justice , 830 F.2d 210, 223-24 (D.C. Cir. 1987) (emphasis in original)

See - Mead Data Central, Inc. v. U.S. Dep't of the Air Force , 566 F.2d 242, 251 (D.C. Cir. 1977

See - Competitive Enter. Inst. v. Office of Sci. & Tech. Policy , 827 F.3d 145, 149-50 (D.C. Cir. 2016); cf.

See - Judicial Watch, Inc. v. Kerry , 844 F.3d 952, 955-56 (D.C. Cir. 2016)  Id. at 8

See -  Al-Fayed v. Central Intelligence Agency, 254 F.3d 300, 306 (D.C. Cir. 2001) (Al-Fayed) Id. at 308.

See - : Wadelton v. Department of State, 13-0412 ESH, 2013 WL 1760853 (D.D. Cir. 2013) (Wadelton

See -  Id. Document 10, Filed 04/25/13, Page 6 of 8 (citing ACLU-NC v.DOD , 2006 WL 1469418, at *1-2;  Amer. Civil Liberties Union of N. Cal. v. Dep't of Justice , No. C 04-4447, 2005 WL 588354, at *5-7 (N.D. Cal Mar. 11, 2005))

See - Edmonds v. FBI , CIV.A. 02-1294 (ESH), 2002 WL 32539613 (D.D.C. Dec. 3, 2002)

See - U.S.C. § 552(a)(6)(E)(v)(II

=====================


ADDITIONAL PROOF OF THE ASSERTIONS:


ADDITIONAL PRESS CLIPPINGS, MEMES AND NEWS REPORTS ON THIS CASE CAN ALSO BE FOUND AT:

https://www.dropbox.com/sh/1uc1zyfmncjcup7/AABbLPzOjaX7DF-5loqMtQD_a?dl=0

https://www.dropbox.com/l/scl/AAAwmQ66c8eikNXgedVEFIWUupMJIAMgdE4

And thousands of other torrents and mirror sites around the globe...

# The Corruption Cartel, Based Out Of San Francisco City Hall

San Francisco Corruption Reports

Ongoing FBI Corruption Probe

San Francisco City Hall Corruption

FBI San Francisco Announces New Charges

CORRUPTION CENTRAL

SAN FRANCISCO CORRUPTION: City Hall, Pacific Heights And Silicon Valley Scum

https://en.wikipedia.org/wiki/San_Francisco_graft_trials

https://www.searchingsanfrancisco.org/ - You Can't Swing A Cat In San Francisco City Hall Without Hitting A Mobster

PUC boss Harlan Kelly arrested by Feds, charged in bribery ...

https://missionlocal.org/2020/11/puc-boss-harlan-kelly-arested-by-feds-charged-in-bribery-scheme/

PUC boss Harlan Kelly arrested by Feds, charged in bribery scheme, resigns ... the Zelig-like avatar of San Francisco institutional corruption, ... The stench of corruption at SF City Hall exceeds even the stench of human feces on City streets. Where was the District Attorney and City Attorney with their squads of highly paid staff while the ...

SFPUC chief charged with accepting bribes in alleged City ...

https://www.msn.com/en-us/news/crime/sfpuc-chief-charged-with-accepting-bribes-in-alleged-city-hall-corruption-scheme/ar-BB1bv5ri

Federal prosecutors have charged San Francisco Public Utilities Commission chief Harlan Kelly for allegedly accepting bribes from a contractor — taking international trips, free meals and ...

[Head of SFPUC charged in public corruption probe - San ...](https://www.bizjournals.com/sanfrancisco/news/2020/11/30/head-of-sfpuc-charged-in-public-corruption-probe.html)

https://www.bizjournals.com/sanfrancisco/news/2020/11/30/head-of-sfpuc-charged-in-public-corruption-probe.html

Kelly, 58, was charged with one count of honest services wire fraud for allegedly engaging in a bribery scheme and corrupt partnership with Walter Wong, a San Francisco permit expeditor and ...

[San Francisco Recology Exec Accused of Paying Off DPW Head ...](https://www.nbcbayarea.com/news/local/san-francisco/san-francisco-recology-exec-accused-of-paying-off-dpw-head-charged-with-bribery-money-laundering/2402801/)

https://www.nbcbayarea.com/news/local/san-francisco/san-francisco-recology-exec-accused-of-paying-off-dpw-head-charged-with-bribery-money-laundering/2402801/

San Francisco Recology Exec Accused of Paying Off DPW Head Charged With Bribery, Money Laundering By Bay City News • Published November 18, 2020 • Updated on November 18, 2020 at 9:45 pm Getty ...

[New charges in Nuru scandal accuse former Recology manager ...](https://sfbayca.com/2020/11/18/new-charges-in-nuru-scandal-accuse-former-recology-manager-of-bribery-money-laundering/)

https://sfbayca.com/2020/11/18/new-charges-in-nuru-scandal-accuse-former-recology-manager-of-bribery-money-laundering/

Bovis was arrested back in January along with Nuru in connection with an unsuccessful scheme to bribe a San Francisco International Airport commissioner to aid Bovis in obtaining a restaurant concession in 2018. Bovis was charged with two counts of fraud, while Nuru was charged with fraud and lying to the FBI.

[San Francisco Official Charged With Corruption in FBI ...](https://www.nbcbayarea.com/news/local/san-francisco-public-works-director-arrested-on-suspicion-of-public-corruption/2222125/)

https://www.nbcbayarea.com/news/local/san-francisco-public-works-director-arrested-on-suspicion-of-public-corruption/2222125/

A top San Francisco public official and go-to bureaucrat to mayors over two decades was charged with public corruption Tuesday, upending City Hall as elected leaders scrambled to reassure the ...

[San Francisco Utilities Chief Faces Bribery Charge in ...](https://www.courthousenews.com/san-francisco-utilities-chief-faces-bribery-charge-in-corruption-probe/)

https://www.courthousenews.com/san-francisco-utilities-chief-faces-bribery-charge-in-corruption-probe/

"Bribery scams undermine our faith in city government," said David Anderson, U.S. Attorney for the Northern District of California, in a statement Monday. "Our investigation into City Hall corruption

will continue." San Francisco Mayor London Breed announced that she has accepted Kelly's resignation.

[Recology exec accused of paying off SF DPW head charged ...](https://www.ktvu.com/news/recology-exec-accused-of-paying-off-sf-dpw-head-charged-with-bribery-money-laundering)

https://www.ktvu.com/news/recology-exec-accused-of-paying-off-sf-dpw-head-charged-with-bribery-money-laundering

A former manager for San Francisco's garbage collection agency Recology has been charged with bribery and money laundering in connection to the SF DPW corruption scandal.

[S.F. City Administrator Naomi Kelly takes leave of absence ...](https://darkweb-sites.com/?p=68372)

https://darkweb-sites.com/?p=68372

City Administrator Naomi Kelly took a voluntary six-week leave of absence Wednesday, two days after federal prosecutors revealed a bribery case against her husband, former San Francisco Public Utilities Commission chief Harlan Kelly.. Naomi Kelly has not been charged with a crime. But the criminal complaint against her husband alleges she attended a 2016 family vacation that federal ...

[City Hall corruption case: What's next for S.F. City ...](https://www.sfchronicle.com/crime/article/City-Hall-corruption-case-What-s-next-for-15767978.php)

https://www.sfchronicle.com/crime/article/City-Hall-corruption-case-What-s-next-for-15767978.php

San Francisco City Commissioner Naomi Kelly officiates the wedding of Heather Lee and Andrew Lindgren of San Francisco while on the Mayor's Balcony in San Francisco City Hall in San Francisco ...

*"The solipsistic self-aggrandizing corrupt pigs in San Francisco's City Hall and Pacific Heights are being hunted down (100% legally) and eviscerated by the FBI, public task forces like ours, the news media, private citizens and the biggest email leaks in history. Hundreds of people will be taken down. The few arrests you have read about in the media are only the beginning.We are all starting at the bottom of the cesspool and working our way up, all the way through Elon Musk,* **Eric Schmidt, Larry Page***, et al, and up to the White House. They will not escape, even in death. Roger Boas, Jeffrey Epstein, et al, may not still be lurking around but the truth about them will live on FOREVER!..."*

# The Key Perpetrators

The Organized Crime Bosses And Their Assassin Operatives That Are Being Terminated.

These are the people known as "The Deep State", "The Silicon Valley Cartel", "The Tech Mafia", et al:

"To date, every single one of the targets that attacked us: 1.) have been sued; 2.) investigated by the government and our private investigators; 3.) had case files opened on them by the IRS, DOJ, GAO, FBI, FEC, SEC, FTC and others; 4.) placed under surveillance; 5.) had whistle-blowers and ex-staff expose them; 6.) been tracked across every social media post that has ever been made about them; 7.) had all of their illicit campaign funding and covert PAC cash exposed; 8.) had all of their family trust and shell corporation hiding places tracked and exposed by AI forensic software that works around-the-clock and 9.) placed on law enforcement watch-lists. Even the "untouchables" like Musk, Tesla, Google, Facebook, et al, now have nut-crunching law-suits filed against them, with more coming. There is no place to hide! You tried to kill us and we killed you back you criminal scum-bags!"

The following Parties participated in the scam, thought they were "untouchable" and found out that the arm of the law is very long, the hatred of the public for corruption is profound and that hundreds of public service groups have identified, tracked and assisted in their termination. This is the current list of the primary political mobster-scammers in this corruption who are all connected by financial, email and forensic FBI, SEC, FTC and CIA-class evidence. It is well known that every significant hacking and surveillance tool from the CIA, NSA, Fire-Eye and the FSB has been leaked on to the internet. Every teenage hacker is now exposing the last 20 years of these crooks crimes.They are all under deep investiagtion, surveillance and targeted for 100% legal termination using all the info found freely on the web and whistle-blower tips:

The Mob Bosses That Colluded, Organized and Planned These Srock Market Schemes Together:

- **Google/Alphabet/YouTube** – Hiding under the guise of "Alphabet"; Charged with manipulation by multiple nations and national organizations; charged with crimes; charged with privacy harvesting frauds against the public; raided for tax fraud; loss of public trust; charged with campaign rigging by TV shows, presidential candidates, federal investigators and news media; under investigation for stock market pumping;

- **Steven Chu** – Secretary of Energy (Sent packing/fired/forced to resign. Sued for corruption, publicly shamed by news media and Congress. Under ongoing investigation and surveillance)

- **The NVCA, AKA National Venture Capital Association**, is the lobbyist and Cartel organizer behind much of the misdeeds of this group, they bribe politicians, organize anti-patent campaigns and promote a RICO-violating anti-trust law violating set of tactics to protect their members and to harm competitors, most of the women and blacks that have worked at the NVCA have said they experienced abuse. The NVCA has set-up a tactical program to put a global funding blockade on any group, CEO or inventor who competes with their existing companies.

- **SpaceX** and their Star Link Web satellites are a domestic spying operation. They send all of the data that goes over their links to privacy abusers, data harvesters, and political spying operations. Friends don't let friends use Star Link. Any 14 year old hacker can hack into Star Links web streams. Star Link is a danger to global privacy on an epic scale.

- **Lachlan Seward** – Manager to Steven Chu (Sent packing/fired/forced to resign. Sued for corruption. publicly shamed by news media and Congress. Under ongoing investigation and surveillance))

- **Rahm Emanual** – White House strong-arm (Sent packing/fired/forced to resign and his Chicago finance head was indicted for Corruption)(Under ongoing investigation and surveillance)

- **Robert Gibbs** – White House press secretary (Sent packing/fired/forced to resign)(Under ongoing investigation and surveillance))(accused of political bribery and kickbacks; tax evasion, and more…)

- **David Axelrod** – White House strategist (Sent packing/fired/forced to resign)(Under ongoing investigation and surveillance))(accused of political bribery and kickbacks; tax evasion, and more…)

- **Barack Obama** – White House leader (Under investigation. Universally disdained in the press. shunned by his own party)

- **Larry Summers** – White House finance head (Fired)(Under ongoing investigation and surveillance))(accused of political bribery and kickbacks; tax evasion, and more…)

- **Bill Daley** – White House strong-arm (Sent packing/fired/forced to resign)(Under ongoing investigation and surveillance))

- **Steve Rattner**- White House Car Deals Director working in the West Wing and then with In-Q-Tel (Fired- Indicted in NY State for SEC Fraud/Corruption)(Under ongoing investigation and surveillance))

- **Eric Holder** – Attorney General- DOJ. Eric Holder was nominated and appointed by the very individuals who ran the scam, created the marching orders, got the insider cash and ordered the hit jobs on their competitors. He ran the cover-up and halted any investigations into the crimes in order to protect his corrupt backers and business partners. He has been financially connected to every person, group and business who is charged with organizing and operating the scam. (Forced to resign) (Charged with staff & VC Protections and blockade of FBI and Special Prosecutor deployments in order to run the cover-up)(Under ongoing investigation and surveillance)

- **Larry Page** – Owner- Google (Under ongoing investigation and surveillance)(accused of political bribery and kickbacks; tax evasion, and more…)

- Eric Schmidt – Owner- Google (Under ongoing investigation and surveillance)(accused of political bribery and kickbacks; tax evasion, and more, a national coalition is actively exposing his sexual perversions, sex penthouses, etc…)

- **John Doerr** – Owner – Kleiner Perkins. "Godfather" – Silicon Valley Cartel (Under ongoing investigation and surveillance))(accused of political bribery and kickbacks; tax evasion, and more…)( All of his personal assets, investments and portfolio holdings are under investigation and targeted for extinction)

- **Steve Westly** – Campaign Bundler (Under ongoing investigation and surveillance))(accused of political bribery and kickbacks; tax evasion, and more…)( All of his personal assets, investments and portfolio holdings are under investigation and targeted for extinction)

- **Richard Blum** – Senator Feinsteins Husband (He is now under investigation. Has had contracts interdicted by Congressional action)(accused of political bribery and kickbacks; tax evasion, and more…)

- **Ray Lane** – VC (Charged with Federal Tax Fraud)(Under ongoing investigation and surveillance))(accused of political bribery and kickbacks; tax evasion, and more…)

- **Elon Musk** – CEO – Tesla (Under ongoing investigation and surveillance) & in multiple lawsuits for fraud)( Now uncovered as largest individual recipient of government payola in history)(accused of political bribery and kickbacks; tax evasion, and more…) ( All of his personal assets, investments and portfolio holdings are under investigation and targeted for extinction) He cuts up and tortures animals for his Nueralink, spies on citizens with his SpaceX and runs an EV monopoly and causes genocide with his cobalt and lithium mines with his corrupt Tesla cars. His life is devoted to weird sex, drugs, political bribes and stock market manipulations.

- **Andy Bechtolsheim** – VC- Insider campaign backer (He is now under investigation)(accused of political bribery and kickbacks; tax evasion, and more…)

- **Vinod Khosla** – VC Campaign backer (Under ongoing investigation and surveillance)( in multiple lawsuits)(accused of political bribery and kickbacks; tax evasion, and more…Exposed in 60 Minutes and CNN news coverage)

- **Martin LaGod** – VC Campaign backer from Firelake (Under ongoing investigation and surveillance)(assets, investments and stock portfolio tracked and targeted)( All of his personal assets, investments and portfolio holdings are under investigation and targeted for extinction)

- **Latham and Watkins** - Extremist law firm known for rigging public policy decisions, running attacks on candidates and manipulating the law to the advantage of Silicon Valley oligarchs

518

Page 519  EXHIBIT 94 – Case # 22-cv-1107-TSH, Norcal 9th District

- **Ira Ehrenpreis** – VC Campaign backer (He is now under investigation)(accused of political bribery and kickbacks; tax evasion, and more…) ( All of his personal assets, investments and portfolio holdings are under investigation and targeted for extinction)

- **Eric Strickland** – Head of Auto Safety agency (Sent packing/fired/forced to resign)(he is now under investigation. Charged with cover-up of Tesla and GM auto dangers he had known about)

- **Tom Perkins** – VC Campaign backer (He is now under investigation, slammed by public and media)(accused of political bribery and kickbacks; tax evasion, and more…)

- **In-Q-Tel, Inc.** – CIA off-shoot associated with ***Eric Schmidt, Google***, Elon Musk and the Cartel leaders. Ran "hit-jobs" on Silicon Valley VC adversaries and reporters (Sued, under investigation, exposed in multiple documentaries, under investigation for Cocaine trafficking) They claim to be a "charity" but they are a dirty tricks spy operation.

- **Tim Draper** – VC Campaign backer (Under ongoing investigation and surveillance))(accused of political bribery and kickbacks; tax evasion, and more…)( All of his personal assets, investments and portfolio holdings are under investigation and targeted for extinction)

- **Lloyd Craig Blankfein** – Head of Goldman Sachs and liaison in almost every single CleanTech company scam (Under ongoing investigation and surveillance))(accused of political bribery and kickbacks; tax evasion, and more…) ( All of his personal assets, investments and portfolio holdings are under investigation and targeted for extinction)

- **Raj Gupta** – McKinsey Fixer (Indicted, Jailed)(he is now under investigation)

- **Jacque Littlefield** - Ran a private army out of Woodside, California (Dead)

- **Roger Boas** – Ran San Francisco Child sex ring brothels, for SF City Hall officials, with crooked San Francisco Cops and embezzled money from San Francisco City Hall

- **Brian Goncher** – Deloitte VC intermediary (Under ongoing investigation and surveillance)) (accused of political bribery and kickbacks; tax evasion, and more…)

- **John Molinari** – Old school San Francisco North Beach Mobster. Ran for Mayor. Lied about district. Daughter removed from him due to abuse.

- **Goldman Sachs** – Financial packager (Suspected of staging most of the TARP/DOE deals for personal gain & insider payouts)(Under ongoing investigation and surveillance). Elon Musk's Go-To Book Cookers and stock manipulators

- **Kleiner Perkins** – Campaign funding VC who (Received massive windfalls from Russian mining & tech start-up rigging. Sued. Under ongoing investigation and surveillance)(Offices broken into by federal investigators) All assets being tracked and terminated.)

Page 520  EXHIBIT 94 – Case # 22-cv-1107-TSH, Norcal 9th District

- **Draper Fisher** – VC firm (Campaign funder who received massive windfalls from Russian mining & tech start-up rigging)(Under ongoing investigation and surveillance)

- **Mckinsey Consulting** – Government services contractor (Supplied DOE manipulation staff, manipulated white-papers to Congress and lobbying manipulation for the scam)(Under ongoing investigation and surveillance)

- **John Denniston** – Kleiner Perkins stock market manipulation boss

- **Dianne Feinstein** – Senator (He is now under investigation) Wife of Silicon Valley Cartel Member Richard Blum(accused of political bribery and kickbacks; tax evasion, and more…) (Underongoing investigation and surveillance)

- **Harry Reid** – Senator- Solar factory guru, Congress lead (Accused of political bribery and kickbacks; tax evasion, and more, ran scams with Elon Musk…Forced out of Congress in shame) (Under ongoing investigation and surveillance)

- **Senator Calderone** – Senator (Indicted & charged with corruption)

- **Leland Yee** – Senator (Indicted & charged with corruption)

- **Lois Lerner** – IRS head charged with running political hit-jobs (Sent packing/fired/forced to resign)(She is now under investigation. Shamed in news media)(Under ongoing investigation and surveillance)

- **James Brown Jr** – Obama HHS Programming lead in California (Arrested for corruption)

- **Daniel Cohen** – DOE Legal counsel (Sent packing/fired/forced to resign)(Under ongoing investigation and surveillance)

- **Perkins Coi** – Law firm who sold lobby manipulation services (Under federal investigation)

- **Jonathan Silver** – DOE VC (Sent packing/fired/forced to resign)((Under ongoing investigation and surveillance)( Shamed in media for epic failures)

- **Bill Lockyer** – Calif State finance head ((Under ongoing investigation and surveillance) and charged with corruption by media. Assets and ownerships under investigation)

- **Steve Jurvetson** – VC who manipulated Senate staff for Tesla cash ((Under ongoing investigation and surveillance) All assets being tracked and terminated.)

- **Matt Rogers** – Mckinsey corruption operator reporting to Steven Chu (Under ongoing investigation and surveillance)(All assets being tracked and terminated.)

- **Steve Spinner and Alison Spinner-** Mckinsey corruption operator reporting to Steven Chu with secret connection inside Solyndra (Under ongoing investigation and surveillance) All assets being tracked and terminated.)

Their Assassin Operatives That Run The Hit Jobs And Attacks For Them:

- **Gawker Media (Jezebel, Gizmodo, Jalopnik, Gawker)** – Sued; Bankrupt; under investigation for tax fraud and campaign finance disclosure evasion

- **Jay Carney** – White House press lead (Forced to resign) (Under ongoing investigation and surveillance)

- **David Plouffe** – White House money packager. Arranged deals between VC campaign Donors (Forced to Resign. Under ongoing investigation and surveillance)

- **John Cook** – Nicholas Guido Denton's character assassination expert

- **Nicholas Guido Denton** – Defamation-for hire boss of tabloid empire also charged with abuse of young boys

- **John Herrman** - Nicholas Guido Denton's character assassin

- **Adrian Covert** - Nicholas Guido Denton's character assassin

- **Patrick George** - Nicholas Guido Denton's character assassin

- **Gabrielle Darbyshire** - Nicholas Guido Denton's character assassin


- Investigations have also revealed that the White House and California Senators hired the character assassination and defamation attack services: *Cardinal & Pine; Pacronym, Acronym;  The Americano; Investing in US; Shadow Inc; Courier Newsroom; IN-Q-Tel; Gawker Media; Jalopnik; Gizmodo Media; K2 Intelligence; WikiStrat; Podesta Group; Fusion GPS; Google; YouTube; Alphabet; Facebook; Twitter; Think Progress; Media Matters); Black Cube; Correct The Record; Orbis Business Intelligence, Undercover Global Ltd; Stratfor; Jigsaw; ShareBlue/Acronym; Versa LLC; American Ledger; Supermajority News; New Venture Fund; Sixteen Thirty Fund; Cambridge Analytica; Sid Blumenthal; States Newsroom; Hopewell Fund;  Open Society.; David Brock; AmpliFire News; American Bridge; Plouffe Consulting; Pantsuit Nation; MotiveAI; American Bridge 21st Century Foundation; Priorities USA; PR Firm Sunshine Sachs; The American Independent Foundation; Covington and Burling; Buzzfeed; The American Independent; Perkins Coie; Secondary Infektion; Wilson Sonsini* and thousands more to run hit-jobs, character assassinations, dirty tricks and economic reprisal attacks on any applicants who reported the crimes. Each of those companies are now under federal and civil investigation. Most of these businesses offer the service of manipulating elections and news coverage in order to steer stock market profits into the pockets of billionaire clients at the expense of the taxpayer and Democracy. They hide their transactions via money-laundering. All of these services, when focused on individual citizens, are lethal.

- **A.J. Delaurio**, as well as through its pseudonymous authors, including: **Adam Dachis, Adam Weinstein, Adrien Chen, Alan Henry, Albert Burneko, Alex Balk, Alexander Pareene, Alexandra Philippides, Allison Wentz, Andrew Collins, Andrew Magary, Andrew Orin, Angelica Alzona, Anna Merlan, Ariana Cohen, Ashley Feinberg, Ava Gyurina, Barry Petchesky, Brendan I. Koerner, Brendan O'Connor, Brent Rose, Brian Hickey, Camila Cabrer, Choire Sicha, Chris Mohney, Clover Hope, Daniel Morgan, David Matthews, Diana Moskovitz, Eleanor Shechet, Elizabeth Spiers, Elizabeth Starkey, Emily Gould, Emily Herzig, Emma Carmichael, Erin Ryan, Ethan Sommer, Eyal Ebel, Gabrielle, Bluestone, Gabrielle Darbyshire, Georgina K. Faircloth, Gregory Howard, Hamilton, Nolan, Hannah Keyser, Hudson Hongo. Heather Deitrich, Hugo Schwyzer, Hunter Slaton, Ian Fette, Irin Carmon, James J. Cooke, James King, Jennifer Ouellette, Jesse Oxfeld, Jessica Cohen, Jesus Diaz, Jillian Schulz, Joanna Rothkopf, Jordan Sargent, Joseph Keenan Trotter, Josh Stein, Julia Allison, Julianne E. Shepherd, Justin Hyde, Kate Dries, Katharine Trendacosta, Katherine Drummond, Kelly Stout, Kerrie Uthoff, Kevin Draper, Lacey Donohue, Lucy Haller, Luke Malone, Madeleine Davies, Madeline Davis, Mario Aguilar, Matt Hardigree, Matt Novak, Michael Ballaban, Michael Dobbs, Michael Spinelli, Neal Ungerleider, Nicholas Aster, Omar Kardoudi, Pierre Omidyar, Owen Thomas, Patrick George, Patrick Laffoon, Patrick Redford, Rich Juzwiak, Richard Blakely, Richard Rushfield, Robert Finger, Robert Sorokanich, Rory Waltzer, Rosa Golijan, Ryan Brown, Ryan Goldberg, Sam Faulkner Bidle, Sam Woolley, Samar Kalaf, Sarah Ramey, Shannon Marie Donnelly, Shep McAllister, Sophie Kleeman, Stephen Totilo, Tamar Winberg, Taryn Schweitzer, TaylorMcKnight, Thorin Klosowski, Tim Marchman, Timothy Burke, Tobey Grumet Segal, Tom Ley, Tom Scocca, Veronica de Souza, Wes Siler, William Haisley, William Turton** and others writing under pseudonyms

-

Please report your complaints about Tesla, Google, Match.com, OK Cupid, Netflix, Facebook, Kleiner Perkins, Sony Pictures (and the other tech cartel members) for the active investigations and federal lawsuits now in progress. By filing a complaint and telling your story, you can help identify trends and patterns of questionable business practices that will contribute to law enforcement and consumer protection efforts. You can be certain that these particular cases will get driven hard and pushed before Congress. The more reports we can get filed on these bad guys, the bigger the cases we can get processed. File your complaint at http://www.ftc.gov/complaint

Are you wondering why you don't see any of the true facts on the "mainstream" internet or "news" sites. The tech Taliban of the internet have colluded to become an information and ideological control empire. If they can make you think, act and vote like they want then they can put their candidates in office who will give them trillions of dollars of government contracts. It has already worked. They all:

sleep with each other;  go to each other's parties; hire the same lobbyists, lawyers, Goldman Sachs fund managers; marry and date only people from the same frat houses and sororities; have the same homosexual agenda; finance the same PAC's; hide their money in the same off-shore bolt holes; instruct their HR departments to only hire young, naive, easily brainwashed, radical dyed-hair hippie-types; have bank accounts that have received CIA or In-Q-Tel cash; control the National Venture Capital Association so that nobody who competes with them can get funded; practice exclusionary culture, ie: while screaming about women's rights and BLM they never hire women or blacks; buy off the U.S. Patent Office to keep from having to pay for stealing most of their technology; own the servers and control equipment that operates 90% of the internet; etc. The Tech Taliban are: Netflix, Google, Alphabet, Youtube, Linkedin, Amazon, AWS, CNN, Facebook, Tesla, SpaceX, Survey Monkey, etc.

They do what they do to get profits from politicians they put in office.

=====================

# Taking These Political Crooks Down

## CROWD-SOURCED ANTI-CORRUPTION FORENSICS

The greatest success in shutting down their efforts has come from two tactics:

1.) Forcing government agencies to sue them with RICO and Anti-trust lawsuits and by gathering groups of people to sue them with Class Action lawsuits. Lawyers will do Class Actions at no cost to you if you get enough people together.

2.) Using a CKB Procedure on each one. How the "Corruption Kill Box" (CKB) works: A CKB Procedure combines federal police investigations created by formal filed criminal referrals (which any member of the public can submit) and Form 302 overview drafts, public class-action lawsuits, massive news media disclosure blasts, formal regulatory agency complaint filings, individual lawsuits against political and agency executives, documentary film production and distribution, crash the crooks stocks, the promotion and organization of Congressional hearings, crowd-sourced social media public forensics and open-source AI financial crimes tracking software. The procedure is an extinction-level

event with a 100% success rate against corrupt entities. CKB's only work on the corrupt, so non corrupt parties are safe from it's effects.

ANY member of the public can engage in these totally legal anti-corruption actions. Don't sit around and complain about these criminals. They own parts of the government.

YOU have to do something!

Just do it!

http://www.the-truth-about-the-dept-of-energy.com


http://american-corruption.com/public/HOW_THEY_KILLED_THE_ELECTRIC_CAR.pdf


http://how-they-killed-the-electric-car.com



# Additional Proof Of These Assertions

## - SEE THE EVIDENCE & DECIDE FOR YOURSELF:

Documents and overview memes:   http://www.the-truth-about-the-dept-of-energy.com

Documents and overview memes:   http://www.designer111.com

News videos and video leaks: http://american-corruption.com/AAA_VIDEOS

News videos and video leaks:   http://silicon-valley-mobsters.com/AAA_VIDEOS

News videos and video leaks:   http://www.federal-report.com/AAA_VIDEOS

News videos and video leaks:   http://focus-book.com/NEWS_VIDEOS

Investigation reports:   http://www.federal-report.com/public/

Investigation reports:   http://american-corruption.com/public

Investigation reports:   http://american-corruption.com/public

524

Page 525  EXHIBIT 94 – Case # 22-cv-1107-TSH, Norcal 9th District

Investigation reports:  http://topinfo.us/public/public

Investigation reports:  https://newsplus007.com/public/

Lists Of Their Sex Cult Crimes:
http://lifebooks.net/TECH_OLIGARCH_AND_SENATOR_SEX_CULT.html

Attack documentation:   https://gawker-media-attacks.weebly.com/

Attack documentation, more:   https://www.usinventor.org

Follow the crook's money:   https://www.openthebooks.com

Follow the money, deeper:   http://followthemoney.org/

Follow the money, deeper still:  https://sunlightfoundation.com/

Also see the court records, per the case numbers listed above, at the site:   http://www.pacer.gov

Also see each of the links, in blue, in the overview text above. New evidence added daily.

Even more evidence at the following file repositories:

Page 526  EXHIBIT 94 – Case # 22-cv-1107-TSH, Norcal 9th District





| | | |
|---|---|---|
| 2005 | May | • Solyndra founded. |
| | July | • Bush Administration signs the Energy Policy Act of 2005, creating the DOE 1703 Loan Guarantee Program. |
| 2006 | December | • Solyndra applies for 1703 loan. |
| 2007 | Late 2007 | • DOE approves Solyndra loan as one of 16 companies ready to move forward with application process. |
| 2008 | November | • Silicon prices remain high. <br> • Solyndra is very attractive to investors. <br> • Raising $144 million; total now $450 million. |
| 2009 | January | • Bush administration takes Solyndra before a DOE credit review committee that remands the loan back to DOE for more information. |
| | March | • The committee moves the strengthened loan application forward. |
| | June | • Chinese silicon begins to hit the market and prices begin to drop. In the next two years PV prices would drop 50%. |
| | September | • Solyndra raises an additional $219 million venture capital. <br> • The DOE closes on the $535 million loan guarantee after six months of due diligence. <br> • Application to closing the process took 3 years. |
| | January-June | • PV prices continue to slide <br> • Investors and analysts question Solyndra's ability to compete. <br> • Solyndra pulls its IPO. <br> • Raises another $175 million from investors. |
| | May | • Obama visits Solyndra facility, is photographed holding tubes while talking with founder Chris Gronet. |
| | July | • Gronet replaced as CEO. |
| | November | • Solyndra closes Fab 1 facility. <br> • Company concentrates on DOE funded Fab 2, on time and on budget. |
| 2011 | February | • Liquidity crisis. <br> • Investors provide $75 million to restructure loan guarantee. <br> • DOE chooses to give the company a fighting chance. |
| | March | • Republican Representatives complain that DOE funds are not being spent quickly enough. <br> • House Energy and Commerce Committee Chairman Fred Upton (R-MI): "despite the Administration's urgency and haste to pass the bill [the American Recovery and Reinvestment Act] ... billions of dollars have yet to be spent." |
| | August | • Amidst falling PV prices, analysts worry that Solyndra cannot compete. <br> • DOE refuses to restructure the loan a second time. |
| | September | • Solyndra declares bankruptcy. <br> • Closes manufacturing facility and lays off 1,100 workers. |

Page 529  EXHIBIT 94 – Case # 22-cv-1107-TSH, Norcal 9th District

Public Domain. Non-Commercial. Fair Use. Freedom of The Press. No Tracking Of Public Allowed. First Amendment, SLAPP, UN Protected. GDPR Compliant. Section 203 protected. Privacy Tools At: http://privacytools.io