Page 1  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

# The San Francisco Bay Area Corruption Culture Created These Crimes



Page 2  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

**Notes** -

Preparation and authoring of portions of these documents includes text produced by City Hall officials and counsel, Congressional members and staff, Federal agency investigators and IC specialists, Legal departments of universities, Federal attornies and non-profit legal groups for this case matter. While some of the items in this report address international issues, those issues and corruptions are being directed and coordinated by San Francisco Bay Area persons.

In it's current draft; typo's, grammer errors and repeated text have not yet been edited out, yet. Wikipedia-editing process has been used for national collaborative authoring. Court records have been included "as-is" at the points in the report where related topics are discussed as described herein.

This document is updated regularly as new evidence emerges.

-------------------------------------

## "F**king Weirdos": Southwest Pilot Caught On Hot Mic In Expletive-Filled Rant About Bay Area

 BY TYLER DURDEN

FRIDAY, MAR 26, 2021 - 04:55 AM

A Southwest Airlines pilot is in hot water after he was heard delivering an expletive-filled rant about residents of the Bay Area, according to travel site *One Mile at a Time*.



Recorded March 12 by the San Jose International Airport's traffic control scanner and archived online at Live ATC, the pilot says "Fuck this place, goddamn liberal fucks."

*Figure 1: San Francisco Deserves It's Internationally Bad Reputation*

# HOW DID SAN FRANCISCO BECOME SUCH A CESSPOOL OF CRIME?

A United States Government Case Report
Provided To The Public, Law Enforcement
And Forensic Investigators

Draft 4.5 - Check Back For Revisions

## Table of Contents

Overview..................................................................................9
San Francisco Is Based Around Whore-Houses And Bribery....................12
San Francisco's Rainbow Tech World.......................................17
Crony San Francisco Capitalism............................................24
Bribery and City Hall Hit-Jobs On Citizens................................27
Who Is The San Francisco Tech Mafia?.....................................31
San Francisco's Housing Crisis.............................................35
How Housing Policy Is Failing San Francisco.........................46
One Of The SF Politician's Attack Procedures - Documented...................57
Are The FTC And The FEC Neutered?......................................67
Attacked By Your Own Elected Officials..................................69
Wherefor Art Thou, Justice?..............................................75
Do San Francisco Politicians Break Laws When They Do Corruption?.....79
Crony Insider Payola In San Francisco *Green Energy*...........................85
Big Tech's Mines Of Hell.................................................95
The Organized Tech Mobsters Manipulating Lithium.............................113
Lithium Mining Stress...................................................118
SUMMARY: Bottom Line On Rare Earth Mines....................................153
What Already Exists That Obsoletes Corrupt "Blood Mining"?..............157
Countering The Anti-Hydrogen Trolls At Panasonic And In Congress....180
Imagine A New S.F. Economy Based On Not-Corruption......................201
References And Investigation Resource Links.......................210
Press Clippings.........................................................215
General Case Data........................................................238
San Fran's Wizard Of Oz: Elon Musk.....................................239
The Spies In Your Pocket Are Rigging Your Elections...........................303
The Legal Harms: Killing The Messenger...............................342
Attacks Used By SF Politicians Against Citizens.....................346
    DEFRAUDING PLAINTIFFS...............................................346
    MOLES AND SPYING....................................................346
    BLOCKADE OF LEGAL COUNSEL RIGHTS.......................................346
    CHARACTER ASSASSINATION AND DEFAMATION.........................347
    FACTORY PROCESSED SOCIAL MEDIA ATTACKS...........................347
    GOVERNMENT BENEFITS BLOCKADES AND MANIPULATIONS....348
    BLACKLISTING........................................................354
    FOIA OBFUSCATION....................................................354
    ARBITRARY DEADLINE MANIPULATION.......................................354
    POLITICAL POISONING.................................................354

Page 6   EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

WORKPLACE SABOTAGE AND OBSTRUCTION....................................355
MEDIA ASSASSINATIONS.....................................................................355
EMPLOYMENT DATABASE POISONING................................................355
MURDERS..............................................................................................355
REVENUE BLOCKADES AND INTERNET INCOME RE-DIRECTION.356
TROLL FARMS.......................................................................................356
FUSION GPS, MEDIA MATTERS "KILL" CONTRACTS.......................356
MANUAL SEARCH ENGINE LOCK-IN ATTACKS...............................356
U.S. PATENT OFFICE MANIPULATION TO BLOCKADE REVENUE..357
HONEY-TRAPS......................................................................................359
FAKE NEWS TABLOID EMPIRE............................................................359
HOUSING BLOCKADES........................................................................360
HACKING OF PLAINTIFFS DEVICES....................................................360
TECH INDUSTRY BLACK-LIST COORDINATION...............................360
HUD AND USDA MORTGAGE RIGHTS BLOCKADES........................360
Harms Demands Calculation Metrics.........................................................367
The Bay Area Culture Of Corruption Began This Crime Spree..............376
Why Silicon Valley CEOs are such raging psychopaths..........................382
San Francisco In The News.......................................................................391
Marin County Is San Francisco 2.0..........................................................412
The Hell Of It All.....................................................................................443
Anatomy of A Civic Corruption Case........................................................468
The San Francisco Ghosts In Her Past......................................................507
Inside City Hall........................................................................................516
If You're Going To San Francisco...Think Again......................................519
Palo Alto, California – Home Of The Tech Mobsters...............................524
Running The Scams...................................................................................526
How San Francisco City Hall Insiders Get Their Stock Bribes..............532
The Sex Cult Club These Perpetrators Use..............................................561
The Crimes And Corruption Of SF Politicos............................................571
San Francisco Politicians Are Bribed This Way......................................582
Green And Dirty Money............................................................................607
The Quid Pro Quo.....................................................................................615
Next Steps.................................................................................................683
What Citizens Can Do...............................................................................693
References & Proof....................................................................................713
Acknowledgments.....................................................................................731
The Corrupt Crony-Capitalism Quid Pro Quo Payola.............................733
Blockading Citizen's Legal Representation Rights...................................736
The RICO Racketeering Complaint And Reprisal Complaints.................774
Blockade of Victim/Witnesses' Legal Representation..............................803

Page 7   EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

Victim/Witnesses' Demand State-Funded Legal Representation............803
How The Members Of The Public Were Harmed, Specifically...............812
The Demand By Victim/Plaintiff's.............................................................815
How Much Have Others Been Paid For The Same Damages?...............817
The Scams At The Secretary Of Energy's Office....................................821
Witnesses Letter To The FBI....................................................................826
State-Sponsored Reprisal Attacks Suffered By Plaintiff's......................835
Killing The Messenger...............................................................................859
Character Assassins Contracted By U.S. Senators................................868
Legal Opinion Media Attack Analysis On Hit-Job On Plaintiff................891
State Sponsored Reprisal Programs Operated By Public Officials.........909
The Culture Of Crime In Silicon Valley....................................................915
The Tech Cartel And Their Khaki Pants Mobsters..................................923
The Rico Violations That Prove That These Guys Are Mobsters.............946
The Rico Tech Cartel Verifications Of Crime...........................................948
What Sort Of Laws And Regulations Were Violated...............................978
What A Jury Would Discover About This Case........................................984
Partial Set Of Example Exhibits...............................................................998
Websites About The San Francisco Corruption Schemes....................1001
SUMMARY NOTES...................................................................................1008
Reparations...............................................................................................1026
More Press Clippings...............................................................................1028
The Gates Of Hell.....................................................................................1048
The Stanford Murders...............................................................................1052
    DNA reveals prime suspect.................................................................1057
    Getreu's history of violence.................................................................1059
    The stepfather......................................................................................1064
    John Getreu's new family.....................................................................1065
    What's next for John Getreu?..............................................................1066
Bribe Your Way In.....................................................................................1069
Stanford 'Warped and rigged by fraud'....................................................1080
    Why Do MBA's From Stanford University Turn Out To be Such Scum-
    Bags?....................................................................................................1082
Stanford Crafted The Palo Alto Mafia......................................................1092
Inside Stanford Business School's Spiraling Sex Scandal....................1099
Mutually Assured Destruction..................................................................1102
Star and Spouse.......................................................................................1107
"We R Nuts".............................................................................................1110
School for Scandal....................................................................................1114
Driven To Obsession................................................................................1128
John Doerr's Secret Stanford Strings......................................................1145

Page 8  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

The Spies Among Us...................................................................1147
Stanford's Pro-Rape Administration......................................1169
Stanford's Built-In Racism......................................................1180
'Metrics, but no consequences'............................................1183
Employee retention ................................................................1184
BIBLIOGRAPHY & MAIN REFERENCES.............................1187
Acknowledgments...................................................................1626
Check Back For Updates........................................................1628

8

# Overview

San Francisco has become increasingly inhospitable to the average person. The median rent for a one-bedroom is $2,695. A family of four is considered "low-income" if they make less than $97,000. The Target and Walgreen's stores have had to operate in "crisis" mode because the crime is so bad in San Francisco that you get robbed in the aisles while shopping at major retail stores in San Francisco. The STD rates are off-the-scale. It is almost certain that your car will be broken into or keyed. This place is tough to exist in long-term. It got like this because San Francisco's corruption culture is so out of control.

If you think San Francisco's ills are all due to the technology mobsters, you are mostly correct!

San Franciscans now have an obsession with  escaping from San Francisco. This comes from a healthy heaping of realistic bitterness — bitterness that you won't be able to stay here, bitterness that you can't buy a house and set down roots and bitterness that others, unplagued by inertia, can recognize these facts and leave.

As San Franciscans, we'll always be looking over our shoulders at Austin and Portland and Denver, wondering what life's like in a more hospitable city where City Hall is not entirely controlled By Twitter, Facebook, Google and Netflix corporate bribes.

The villains in "***The End of the Golden Gate***" book are familiar ones. Tech, capitalism, Mayor Ed Lee's tax laws. Every writer seems to agree on one front: San Francisco has changed, and in many ways, for the worse.

*"The San Francisco I knew and loved has been face-lifted, sleeked, chromed, polished, colonized, homogenized, and marginalized as a cultural innovative force,"* writes Peter Coyote in *"**San Francisco, For Sale by New Owners.**" "The transformation was accomplished in a smooth, seamless manner by money and addiction to power."*

*"San Francisco,"* he writes earlier in the essay, *"is too expensive, too monoculturally wealthy. Tech wealth and privilege have transformed it into a cushy enclave for the heartless."*

Gary Kamiya's standout essay acknowledges the downsides of this city: *"The exorbitant cost of housing, the influx of tech workers, traffic, crime, dirty streets, and an ever-worsening homeless crisis."*

The Bay Area's Google, Facebook and Netflix, Tesla executives and VC's happen to be the organizing, financing and beneficiary partners in a massive market manipulation scheme.

9

Page 10  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

They formed their "*Silicon Valley Cartel*" to **collude**, **conspire** and **organize against the government, the public and industry** in a manner which the tech oligarchs describe in their own emails as being based on **"...*the Italian Mafia!*".**

*Indeed,  The Silicon Valley Tech oligarchs have formed a collusion-based, law-violating, tax-evading, government-manipulating crime empire protected by famous Bay Area politicians, whom they bribe! No cops seem to be able to stop them.*

The Bay Area Solyndra/Silicon Valley Cartel case was one of the largest corruption matters in America with roots that ran all the way to the Oval Office. The FBI raid on Solyndra was only the tip of the iceberg. The matter illuminated an organized crime scheme, in violation of RICO, anti-trust and other laws, between major public officials, Silicon Valley tech oligarchs and their operatives.

The tech oligarchs beg for you to view them as "Green Advocates" but they lie! They engage in genocide, child labor slavery and rape farms via corrupt overseas rare earth mining schemes owned by California Senators, Department of Energy Executives, White House staff and the Silicon Valley tech Cartel. They are actually only really interested in anything green that has a dollar sign on it.

The Silicon Valley Cartel loves to run everything. In their federal "no poaching" lawsuits: Case #'s **11-cv-2509** and **5:2011cv02509** and **1:10-cv-01629** and **1:10-cv-02220;** these cases, along with the "Angelgate" scandal, prove that the Silicon Valley Cartel colludes to harm the public, rig the government and monopolize industries.

State-sponsored "hit-jobs" were ordered, operated and financed by San Francisco government officials in order to engage in revenge, reprisal and vendetta, against any who speak out about their crimes.



10

Page 11  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District



*Figure 2: The "Gay Mafia" That Runs Silicon Valley Politics*

# San Francisco Is Based Around Whore-Houses And Bribery



*Figure 3: The Volume Of Bribes At San Francisco City Hall Is Shocking*

San Francisco's most famous French restaurant had a salacious past.

OpenSFHistory

No one knew the true origins of how the Old Poodle Dog restaurant got its name, but when the French restaurant moved to an ornate six-story building at the corner of Mason and Eddy streets in 1898, it didn't even matter. The important thing about it was that if you ate there, you were *somebody*. The old story says that the restaurant got it's name from an old dog that would hump everyone that came in the door.

To eat at the Old Poodle Dog meant that you were eating at one of the city's crown jewels. San Francisco's ranking class of lawyers, bankers, politicians and more made their way to the elegant French restaurant every week, dressed in their finest suits and elegant gowns.

When they'd clinked their champagne glasses and glance up, they'd catch a view of the restaurant's mascot — a black poodle — posed in various scenes across the ceiling fresco. It was a "pictorial art achievement," one historical newspaper proclaimed upon its opening.

The dishes weren't any less impressive. For about $1 a meal, customers could have a lavish multiple-course dinner of pheasant soup, the catch of the day and a large mixed salad with fresh vegetables. Waiters moseyed over for tableside service so guests could carve their own slice of roasted meat and top their plate with a generous scoop of mustard. Meanwhile, kitchen staff whizzed by in a state-of-the-art kitchen that featured a French range with a broiler and a modern-day hood. The wine cellar held nearly 20,000 bottles.

The Old Poodle Dog had a setting unmatched, but just beyond the beautiful China and white tablecloths was something far less proper.

Within the dining space was a hidden passage that led powerful men to a secret elevator lift and up to private rooms on the third, fourth and fifth floors. It was there where they had evening trysts with sex workers who entertained the members of the city elite. Just before the privileged men exited the elevators, they would turn to the lift operator, look them dead in

the eye and place a polished coin in his hand as their unspoken treaty to keep things hush-hush.

---

The Old Poodle Dog restaurant changed ownership many times from its inception during the Gold Rush days. But when Antonio Blanco became its proprietor in the late 1890s, he envisioned a restaurant unlike anything San Francisco had ever seen.

The ground and sixth floors were used for guests to enjoy the luxuries of fine dining, while the second floor deviated slightly. Blanco allowed customers to dine in private bedrooms should they want to take a nap after an indulgent meal. Then, there were the other floors.

People knew about the salacious nature of upper levels but often turned a blind eye. It wasn't uncommon for French restaurants in that era to run multi-use buildings that housed brothels or baths just above their main business.

"In the two middle floors the bachelor lords it all," the San Francisco Call wrote about the Old Poodle Dog in 1898. "That is where he reigns supreme in 'bachelor apartments' where none but he may tread and where every allurement is spread to wean him gently from all thought of matrimony."

Fine dining and carnal pleasures continued side-by-side at the Old Poodle Dog until the turn of the century when Blanco found himself among a group of four other French restaurateurs that operated similarly and were at risk of having their businesses shut down by Mayor Eugene Schmitz and his comrade, attorney Abe Ruef.

Not a particular fan of the Old Poodle Dog or French restaurants in general, Mayor Schmitz and Ruef devised an embezzlement scheme in 1904 that would prevent the restaurants from renewing their liquor licenses unless they paid Ruef an annual fee of $1,000 (or about $30,800 adjusted for inflation). "You belong to the French Restaurant Keepers' Association," Ruef would tell the restaurateurs. "And so do the others."

14

The business owners didn't want any trouble for themselves, much less for their wealthy patrons, so Blanco and the others merely obeyed. "Bribes formed the basis for the businesses' ability to keep their upper rooms in operation and scandal free," wrote James R. Smith, author of "San Francisco's Lost Landmarks."

"The arrangement was that Ruef should be paid $5,000 a year to protect the interests of these five places and to give legal advice to the proprietors when they needed it," the San Francisco Chronicle reported in 1906. "There was no association beyond that of the five restaurants... and that the proprietors of these places came together simply to secure Ruef's assistance in retaining their liquor licenses and preventing their business methods from being radically changed by Police Commission."

But despite the payments they made to Ruef, Schmitz wanted the restaurants shuttered, according to the historic account of police commissioner Thomas Reagan. Reagan was hired by the mayor to investigate the French restaurants and to have them permanently closed if possible.

"I investigated the...Poodle Dog and reported back to the mayor," Reagan would tell a jury in 1907 as he recalled his visit in 1904. "I told him that I called at the restaurant at 8 o'clock one evening and the proprietor took me over the entire house. I said that I did not see anything wrong. The mayor replied, 'You did not go at the right hours.'"

---

1906 Sunset Magazine showing the destruction of the Poodle Dog restaurant from the San Francisco earthquake.

The system of blackmailing wouldn't last forever. The earthquake of 1906 left the Old Poodle Dog in ruins, and that same year Ruef and Schmitz were indicted on five counts of extortion for their involvement with the five French restaurants. It was the scandal of the century.

"Eugene E. Schmitz, who stands here charged with Abraham Ruef with extorting $1,175 from Joseph Malfani, given by Malfani under a threat that he would lose his license and his business would be ruined," was the

15

opening line of the assistant district attorney Francis J. Heney, who was the prosecutor in the graft case of 1907.

During the series of trials that took place that year, Heney said that the French restaurants couldn't possibly run brothels if the city had a police force "with rigid ideas of morality." Brothels would continue running freely until the state passed the "Red Light Abatement Act" in 1913 that could close buildings where "acts of lewdness, assignation or prostitution" took place.

Mayor Schmitz had confessed, according to Reagan, that he wanted the French restaurants to close for good, but he never sent the official order as he pocketed some of the boodle funds raised by the restaurateurs. That point was loud and clear when Reagan took the stand. He shared more about his interactions with Schmitz when he focused on one restaurant in town.

"I had many talks with the mayor in this connection," Reagan testified. "I gave him an outline of the evidence I told him two men, named Peterson, had taken two immoral women there and occupied private rooms. I told him all the French restaurants were run that way. The mayor answered that they were all bad and should be closed up."

At his trial hearing, Blanco was deemed as "the star witness" in the case when he told the jury that he procured the funds for the purpose of renewing his license and for "placating Ruef and the mayor." By the end of it all, Schmitz stepped down from his post and agreed to detail his involvement in exchange for a plea deal. Ruef wasn't as lucky. He would go on to serve 14 years at San Quentin.

Following the extensive investigation, the Old Poodle Dog restaurant worked quickly to escape the scandal and eventually moved to 415 Bush St., where it took the name Bergez-Frank's Old Poodle Dog Restaurant under new ownership. A name change and a new building was a start, but its salacious past will forever live as one of San Francisco's biggest scandals.

# San Francisco's Rainbow Tech World

As political propaganda media operations: Google, Facebook, Neflix, Twitter and YouTube predominantly seek out and hire younger people who have a gay or omni-sexual apprearance, mannerisms and affectations.

They do this because science has shown that people who can be easily influenced to switch sexual agendas can also be easily influenced to switch political agendas. Because their employees spend much of their non-work time engaging in sex, drugs and Burning Man-type counter-culture look-at-me narcissism, the Tech bosses can position any one of their adversaries as an enemy of the employee, too. The bosses just have to say: "*Look at these outsiders, they want to take away your sex/drugs/free stuff/parties...*".

You can see all Big Tech's employees on their Linkedin and Facebook pages and the majority of them seem to be freaks.

The San Francisco tech culture attracted what are called "Soy Boys".  Wikipedia describes them like this: **Soy boy** is a pejorative term often used in online communities to describe men lacking masculine characteristics. The term bears many similarities and has been compared to the slang terms *cuck* and *low-T* ('low testosterone'), two other terms popularly used as an insult for male femininity by online communities.[1][2] Google, Facebook, Youtube and Netflix are famous for seeking to hire Soy Boys over any other male type of person.

The term is based on the presence of phytoestrogen contained within soybeans, which have led some to conclude that soy products feminize men who consume them.

Soy products contain a high amount of phytoestrogen.[3][4] As it is structurally very similar to estradiol (the major female sex hormone), concerns have been raised that it may act as an endocrine disruptor that adversely affects health.[4] While there is some evidence that phytoestrogens may affect male fertility, "further investigation is needed before a firm conclusion can be drawn".[5] Several review studies have indeed not found any effect of phytoestrogens on sperm quality[6] or testosterone levels.[5]

The earliest archived use of the term *soyboy* as a pejorative on 4chan was submitted to a thread on the /tv/ (television & film) board on April 18, 2017.[7] However, the music video for the Katy

17

Page 18  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

Perry song "Ur So Gay" is the first example of "soy boy" being used as a pejorative in general. The music video was uploaded to YouTube on April 3, 2008.

The term is often used as an epithet by internet trolls, extremist liberals, the far right, and the alt-right.[8][9] It is often targeted at perceived social justice warriors, vegans,[10] extremist conservatives and liberals,[9] and similar groups with males who display "feminine" traits and values such as kindness and empathy.[11] The term has also been used in online debates about the fashion appeal of cargo shorts.[12]

Mic published an op-ed by writer Chris Caesar titled "How 'soy boy' became the alt-right's new favorite insult."[13] Also on October 27 2017, The Daily Dot published an article titled "'Soy boys' is the far-right's newest favorite insult."[14]

YouTuber Hbomberguy created a video entitled "THE SOY BOY DIET" in 2017, in which he tried soy products for a period of time in order to attempt to debunk the claims made about soy, though his results were inconclusive.[15][16][17]

After UFC Vegas 11 in September 2020, UFC fighter Colby Covington made disparaging reference to Nate Diaz's "soy boy diet"; Diaz is a vegan.[18][19]

Soy Boys look like this:



*Figure 4: The Political Hit Jobbers At Google*



*Figure 5: Soy Boys*



*Figure 6: San Francisco Soy Boy Culture Promotes Deviant Excess*

It's always kosher eaters. Always.

👍 176  👎  💬                              ⋮

**G**  Yay! Getting fired today because I couldn't stand the propagenda anymore...

Google Moderator • 2 hours ago

👍 172  👎  💬 2                           ⋮

Good now you're on the good side of the society.

Isle Bee Bag • 37 minutes ago

👍 32  👎                                  ⋮

Awesome.

Shush Idown • 7 minutes ago

👍 1  👎                                   ⋮

21

Page 22  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District







22

Page 23  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District



*Figure 7: Most of Google's Workers Seem To Have Been Hired For Their Perversions And Naivette*

# Crony San Francisco Capitalism

Crony politicians in San Francisco exist on a thin thread of cover-ups. They use retribution, political-reprisal and revenge hatchet-job programs to scare off whistle-blowers. The cost of their attacks can be proven by bank records, payments and comparative analysis of hit-jobs run by political candidates against each other.

The "hit-jobs" are contracted by City Hall political operatives like David Plouffe, Jay Carney, The Coblentz Group, Clint Reilly, and their appointees and staffing. Those public officials illegaly used taxpayer-financed government funds for their hit job attacks.

A large number of well-known City Hall officials were removed from their government positions because of their illicit deeds, exposed in these cases...but, hundreds more are untouched.

Investigations have found that famous senators, their Silicon Valley oligarch financiers and their associates run a felony-class organized crime insider-trading scam that abuses taxpayers and sabotages competing businesses at the expense of the public treasuries.

***Imagine living in a world where almost every one of the public officials that were supposed to help you turned out to be your business competitors. Imagine having them use government resources to profit at your expense, blockade you and treat democracy like a garage sale!***

San Francisco government is a group of City Hall executives, U.S. Senators, Silicon Valley Oligarchs, Crooked Law Firms and Lobbyists who commit crimes in order to manipulate over a trillion tax dollars into their, and their friends pockets.

They use media monopoly tricks to try to shut out any other viewpoints. They push manufactured "emotional trigger" issues that they believe will get more tax money allocated to "issue solutions" that they, and their friends, happen to already own the monopolies for.

They are felons yet they control some of the offices of the agencies who are supposed to arrest them. Silicon Valley bought City Hall and K Street lobby firms and U.S. Senators, gave them more 'Dark Money' than history has ever seen and then had giant tech-law firms bribe, hit-job and blockade any attempts to arrest them.





*Figure 8: San Francisco Douche Bags Robotically Dress Alike*

Page 26  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District



*Figure 9: The Soy Boy Naivette Crisis*



*Figure 10: San Francisco Has Taken Pretension To The Depths*

# Bribery And City Hall Hit-Jobs On Citizens

If you thought that Mossack Fonseca and the Panama Papers was "the story": It was only the beginning! Now that epic bribery and collusion can be exposed, the epic hit-jobs that go along with exposing the corrupt can now be exposed.

San Francisco politicians make policy that ruins taxpayers while making the politicians rich by artifically inflating the value of the politicians secret stock market holdings. Now that they their entire scam is being exposed, the secrets of their attacks on other is also coming to light!

This is about the politicians and their crony dark money political bribes and criminal kick-backs, the tech oligarchs who deployed the bribes and the victims of these crimes.

San Francisco's Google, Tesla, Facebook, Linkedin and their VC's (and deeply bribed Senators) order and operate 'hit-jobs' on the public and their competitors, supported by the White House and other executives. San Francisco's dirty political schemes have tracked all the way back to the Oval Office!

This is about a group of tech oligarchs, and their corrupt Senators, who commit crimes in order to manipulate over a trillion tax dollars (YOUR MONEY) into their, and their friends pockets.

They are felons yet they control some of the offices of the agencies who are supposed to arrest them. San Francisco oligarchs bought K Street and U.S. Senators, gave them more Dark Money than history has ever seen and then had giant tech-law firms bribe, hit-job and blockade any attempts to solve this corruption problem.

Some of the largest bribes in American history were paid via billions of dollars of pre-IPO Cleantech stock, insider trading, real estate, Google search engine rigging and shadow-banning, sex workers, revolving door jobs, nepotism, state-supported black-listing of competitors and under-the-table cash. Why are these Silicon Valley Oligarchs and their K-Street law firms and lobbyists immune from the law?

San Francisco politicans, U.S. Senators, Agency Heads and Congress were bribed, in this case, with:

*- Billions of dollars of Google, Twitter, Facebook, Tesla, Netflix and Sony Pictures stock and stock warrants which is never reported to the FEC*

*- Billions of dollars of Google, Twitter, Facebook, Tesla, Netflix and Sony Pictures search engine rigging including shadow-banning, de-boosting, DNS re-routing, directed search suggestion, subliminal messaging bias, and hundreds of other psychological manipulation*

*tricks; the value of which is never reported to the FEC but proven by invoices and bank payments between Google and Gawker, Gizmodo, DNC, Fusion GPS, Black Cube, etc.*

*- Free rent*

*- Prostitutes and Rent Boys*

*- Cars*

*- Dinners*

*- Party Financing*

*- Sports Event Tickets*

*- Campaign Services "Donations"*

*- Secret PAC Financing*

*- Jobs in Corporations in Silicon Valley For The Family Members of Those Who Take Bribes And Those Who Take Bribes, Themselves*

*- "Consulting" contracts from McKinsey as fronted pay-off gigs*

*- Overpriced "Speaking Engagements" which are really just pay-offs conduited for donors*

*- Private jet rides and use of Government fuel depots (ie: Google handed out NASA jet fuel to staff)*

*- Real Estate*

*- The use of Cayman, Boca Des Tores, Swiss and related laundering accounts*

*- The use of HSBC, Wells Fargo and Deustche Bank money laundering accounts*

*- Free spam and bulk mailing services owned by corporations*

*- Epstein sex ring exploits*

*- Use of high tech law firms such as Perkins Coie, Wilson Sonsini, MoFo, Covington & Burling, etc. to conduit bribes to officials*

*- and more...*

---------------------------------------------

Nothing has been done to stop stock warant bribes and revolving door payola. Additionally 60% of the U.S. Congress (including their associates and families) STILL engage in insider trading because law enforcement has not prosecuted many of them.

28

Page 29  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

There are no "conspiracy theories" here. These are all hard forensic facts that will stand-up in any court!

They did this to anybody who they thought might expose the White House use of agencies as "slush-funds" and "Dark Money" campaign finance laundering conduits. They were afraid that exposure of these schemes would cause the President of the United States to be forced to resign in the middle of his term!

The associated case videos and reports provided with this case matter are evidence, signed by thousands of reporters and investigators, that the suspects are: A.) Based around Silicon Valley and Washington DC; B.) Operating as a RICO-violating cartel; C.) Deeply sociopath and sexually disturbed; D.) Money laundering via large law firms and investment banks; E.) Using Google, Reddit, Facebook, etc. as mass political behavior-manipulation programs; F.) Paying for and operating character assassination programs against those who defy them; G.) Using "green energy" as one of their facades to steer tax dollars to the companies that they, and their friends, already own and work for; H.) Willing to resort to the most extreme things to protect their scheme; I). Living in an ideological "echo-chamber" in their tech bubbles; J.) Empowered entirely by the public's lack of willingness to boycott them and demand their arrests.

A vast number of individuals and companies, who are willing to testify about these crimes have NEVER BEEN ALLOWED into a Congressional hearing, court-room, FBI 302 interview, etc., because crooked Senators are terrified of the confirming testimony they can all provide.

Investigators placed autonomous monitoring applications on a vast number of co-location servers, shared hosting ISPs, stand-alone servers and sites around the world over ten years ago and monitored: 1.) Google search results compared to other search engines, 2.) Google DNS and spoofing activities, 3.) Google results on 100 key search terms including search terms of assets, candidates and business associates connected to Google, 4.) Where Google sends data from users clicking on Google supplied links, 5.) Where fabricated mole data that was injected as user data ultimately ended up later, and other metrics. The results prove that Google abuses the market, the public, politics and human rights for and with U.S. Senators and public officials.

We found that Elon Musk, Larry Page, Sundar Picachu, Eric Schmidt, Jared Cohen and Sergy Brin at Google and Mark Zuckerberg at Facebook order their company staff to hide, down-rank, hole-punch the net, shadow-ban, stock market valuation manipulate and exclude this website on the internet. They do this IN COORDINATION WITH Public Officials including California Senators who co-own those companies. We track every technical trick they use and report it to Congress and anti-trust agencies. The more they do it, the more they create evidence that will put them out of business!

29

Page 30  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

The Google empire controls most of the media on Earth, via many front corporations, and indoctrinates everyone in it's organization using 'cult' methodologies. Google owner's believe in "our-ideology-at-any-cost" and "the-ends-justify-the-means" scenarios. What could possibly go wrong?

In "The CleanTech Crash" it has been uncovered that *Every single Dept of Energy executive, and related Senator, owns stock market assets in Tesla, Fisker, Solyndra, Ener1, etc. so they blockaded and sabotaged every applicant who competed with their holdings in a RICO-violating, felony organized crime, using taxpayer funds.*



# Who Is The San Francisco Tech Mafia?

The San Francisco Silicon Valley Mafia is The Sandhill Road Venture Capital frat boy company bosses in Palo Alto, their National Venture Capital Association (NVCA) partners and the tech companies (Google, Tesla, Facebook, Amazon, Twitter, Linkedin, etc.) they control. They are sometimes referred to as The Deep State. They have purchased California, New York and Washington, DC politicians (mostly Senators) who they also control.

They hire rogue ex-intelligence agents to operate attacks via Fusion GPS, The Gawker/Gizmodo/Jalopnik/Univision Hatchet-Job Fake Tabloid Facade (ie: Obama had White House staff: Robert Gibbs and John Podesta hire them, in association with Obama financier Elon Musk, to attack XP Vehicles, Bright Automotive and ZAP Vehicles as retribution in violation of anti-trust laws), Black Cube, ShareBlue, New America, In-Q-Tel, Podesta Group, Media Matters, etc. . They spend over $30M on each massive media attack program against competitors, reporters and outsiders.

They collude on black-lists, valuation controls, election manipulation, search engine rigging, domestic spying for political manipulation, stock rigging, insider trading, executive prostitute clubs, trophy wife assignments, the bribery of politicians and worse. They are felons who pay politicians to halt investigations and interdiction efforts. They are widely covered in news media articles as: sex abusers, cult enthusiasts, elitists, rapists, woman beaters, sexual work extortion operators, extremists, arrogant clones of each other, tone deaf, echo-chamber reinforcing, misogynist, racist, manipulative, insecure, covertly gay, corrupt, thieves' and other anti-social revelations.

The divorce and sex abuse court filings against the #PaloAltoMafia men of Silicon Valley are some of the most disturbing and sexually twisted court records you will ever read and they demonstrate a clear and decades-long pattern of collusion and depravity. From Google's "Sex Slaves" to "Sex Penthouses" to "Deaths by Prostitute"; the list is endless.

They are not limited to California and also operate out of New York and Washington DC. They use their monopolistic control of the internet to massively and exclusively scale services that only they control and use to abuse public privacy, human rights, invention rights and information. They run their cartel like the old Italian Mafia once did.

Silicon Valley's Corrupt Palo Alto Mafia Network is based on "Scaled Monopolies" and covet Senate collusion ownerships of their companies.

Page 32  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

The run a crime with hookers and a very big shark. Let us explain: There are millions of sharks in the ocean but only "Jaws" was big enough to earn himself (The Shark) so many feature films about trying to kill him. It was simply because he was so big and so hungry. Judging by the endless sequels, Jaws seems pretty hard to kill.

This is about the biggest sharks. They are from Silicon Valley.

Google, Facebook, Amazon, Linkedin, Netflix, et al; exist because they operate under the criminal umbrella of the tech Cartel frat boys.

These guys are addicted to sex, and they are also huge assholes, so they can't keep any partners around unless they pay them to be trophy wives or "beard" wives. Buying sex from Italian escorts, young girls and New York Rent Boys is really, really expensive. This drives them to do anything to suck up huge amounts of cash.



Page 33  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

These guys are also addicted to power, so they buy East and West Coast U.S. Senators, British Parliament members and partner with corrupt Russian oligarchs. Buying Senators is also really, really expensive. This also drives them to do anything to suck up huge amounts of cash.

These guys need, and spend, massive amounts of cash. Being a tech oligarch is really, really expensive. They can't have the IRS cutting into their hooker-budgets. They spend massive amounts on big law firms to hide money in real estate, trusts, fake charities and in a huge array of off-shore spider holes.

These guys can't afford to get caught so they hire In-Q-Tel, Gawker Media, Black Cube, Fusion-GPS, and a huge army of other attackers, to destroy anybody who questions their motives. Their Cartel exists because they own all of the main servers, banks, venture capital firms, tech law firms, K Street lobbyists and tech HR firms.

They control their entire eco-system and black-list anybody that offends them.

They own the internet and they delete anybody who steps in their circle.

Nobody can operate outside of it.

No start-up can compete with them without getting a hit-job put on it.

Since the year 2000, together, they have put over a million smaller companies out of business.

They exist because of "Scaling": the ability to use monopolized networks to reach everyone on Earth, have lower prices, and destroy all competition because they control all infrastructure. Scaling is all they talk about at their AngelGate "power lunches" in the back rooms of Restaurants on University Avenue in Palo Alto.

The FBI can't stop them because they owned James Comey, the head of the FBI.

The SEC, FEC and FTC can't stop them because they own the regulators at those agencies.

They Obama White House could not stop them because most of the Obama Administration was staffed by, and directed by, the staff of Google, Amazon and Facebook, et al.

The Silicon Valley tech Cartel makes the Mafia look like small potatoes.

***They are a criminal organization!***

Page 34  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District



# San Francisco's Housing Crisis

- The "Crisis" was created By San Francisco City Hall. It was powered by GREED!

The housing crisis in San Francisco has been created by special interest groups.

1.) Real estate broker lobbyists; 2.) big corporate developers; 3.) NIMBY's and 4.) certain exclusionist tech billionaires want to NEVER allow affordable housing and affordable pre-fab builders to exist. Almost every politician, especially county planning staff, are paid bribes by real estate broker lobbies and big corporate developers. On top of that, City Hall politicians are also large income property owners.

Dwell Magazine-type modern low-cost prefab homes, CREATED in California, are blockaded by these special interest groups.

Over a million Californians get $1500.00 from HUD Section 8 and related programs but they are blockaded by lobbying from these special interest groups from using those funds to buy a home. The HUD Section 8 Home Ownership program in California is a sham. Nobody can find the paperwork, get the help or get the counties to pay attention when they apply.

So there is this massively financed army of mega-powerful anti-housing people who have huge law firms working to stop all of your good deeds and manipulate all of your politicians and social service agencies.

How do you win that battle? Let's take a look.

As California enters what Sacramento calls: "the worst housing crisis in 100 years!", one must look at the big picture. The U.S. housing market is 4 million single-family homes short of what is needed to meet the country's demand, according to a new analysis by mortgage-finance company Freddie Mac. The estimate represents a 52% rise in the nation's home shortage compared with 2018, the first time Freddie Mac quantified the shortfall because states like California have made home-building practically a crime.

Thousands of modern Dwell magazine-type pre-fab home suppliers can deliver amazing modern homes for around $150K but they are stonewalled, delayed and forced to double or triple those costs because of anti-building rules promoted by California and now mirrored nationally by greedy politicians. Greedy politicians take bribes from real estate lobbies and big developer corporations and unions HATE affordable homes because they don't make much profit on them.

One approach is to break-up and sue ALL of the real estate broker lobbies and big development corporations. You can sue them and their political lap dogs under RICO and anti-trust laws.

35

Page 36  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

Politicians recieve bribes from the anti-housing bad guys as: cash, search engine rigging, hookers, dinners and via hundreds of other forms of payola and stock market trades. You would think that using legal tactic to take them all down would be a slam dunk. It isn't. Those politicians control whether or not those legal actions can get launched. So you have to be very creative to counter-measure them. For example, you can shame them into submission using the internet's mass media technologies.

If the State of California was serious about solving the housing crisis it would support a SIMPLE program for the hundreds of thousands of renters, who get $1600.00 a month, forever, from HUD for tiny rental apartments, to EASILY use that money for mortgage to build, or buy, a small home.

By law, there is SUPPOSED to be such a program: The HUD Section 8 Home Ownership Program, is supposed to allow this to happen, but it is shadow-banned across the state. Most county officials don't even know how it works or direct inquiries to dead-ends. The HUD Section 8 Home Ownership Program must be easier to get into, easier to find out about and no longer HIDDEN by County officials.

Don't believe it? Do a test yourself. Call the Housing agency office in each of California's 58 counties. When someone pick's up the phone say: "I am HUD-qualified for the HUD Section 8 Home Ownership Program. I would like to use the program to buy or build a home in your county. What do I need to do to complete the process?". Then experience a hell beyond anything you can imagine. You won't get in, most likely, and it won't be your fault. You will be kept out. This is a federal law. It is your right to use this law. If you already get HUD money to underwrite your rent, you are per-qualified to use this program. Santa Cruz, Marin, San Francisco and other snooty counties will try to stop you because using it means you might not be white enough for their vision of high tax revenue home owners. You might be a deplorable if you use your federal $1500.00 for an actual home. The average mortgage payment in America is $940.00 per month to own a home. HUD pays an average of $1500.00 per month to your landlord. Do the math! These people will build free home inventory for California, die, and leave that inventory in California. Why won't California help them to help solve California's housing inventory crisis?

A person building their own home is going to make sure it is done right if they are going to live in it. Build-your-own-home singular home-builders can contribute to the home inventory problem faster and more cost-effectively.

Marcia Fudge at HUD said the Biden administration plans to level the playing field for Americans who want to buy a home by providing down payment assistance for people to move from public housing to homeownership.

36

"We will make sure those who can afford a mortgage are put in a position to be able to buy a home," Fudge said. "Right now we have banks who don't want to lend to people to buy a home for less than $50,000" — homes, she said, that "poor people" can afford, with monthly mortgage payments often lower than rent.

San Francisco built brand new homes across from the Police HQ in San Francisco and these small prefab units ended up costing hundreds of thousands of dollars per unit: They cost twice as much as the same unit in Austin, Texas would cost to build. Why are cities spending the same per apartment for homeless people that you can build a 1600 sq. ft. stand-alone single family modular home for!??? The answer is: Cronyism. They could have cost much less but the process tripled their cost in California.

California spends an average of $800,000.00 to build each "low income apartment" for low income people. That is what the government pays for each unit. If you are not aware of how much things actually cost, and you are willing to pay all of the mark-ups and inflated numbers of retail prices then your average cost to build a 2,600 sq.ft. single-family home in the U.S. ranges from $240,000 to $710,000, with most homeowners spending around $423,800 for the job. The high cost is $1,000,000+ for a 2,600 sq.ft. custom-built home with high-end materials, three-car garage, covered deck, and landscaping. That million dollar+ price is for the yuppie people who pay $150.00 per month for the same tv channels that smart people get for $10.00 per month. BUT!...The build-it-yourself cost for this is $140,000 for a 2,600 sq.ft. builder-grade home with no changes. Every time you change even the tiniest thing in your construction plan, add $10,000.00, or more, to your cost. Most people only ACTUALLY need a 1,200 sq. ft. home but they can't let go of the "mine-is-bigger-than-yours" syndrome. That build-it-yourself modular/prefab home at 1,200 sq. ft. can be under $100,000.00 if you are an EDUCATED general supervising contractor who hires a licensed, top-references, electrician, carpenter and plumber to build it with them. If you build-it-yourself without hiring those seasoned specialists, your project will usually fail. Homes only cost a million dollars if you are a sucker.

2 bedroom stand-alone homes can be built for $100,000.00 in costs. Realtors, builders, developers and politicians will LIE all day long to keep this fact from being exposed. The bribes, mark-ups, payola, padding, profiteering, etc. make that same house cost $1.2M on the market. For example, see:  http://ruralstudio.org/project/2020-20k-home/

San Francisco City Hall found that painting and servicing a white rectangle on the ground for homeless people to put their tent in cost the City $6000.00 per month per rectangle. That is how much a penthouse luxury apartment with multiple bathrooms costs in Austin, Texas. Why is building something costing more than the thing is worth? Cronyism, kickbacks and self-dealing with buddies.

37

Page 38  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

Many Housing Permit Department and City Hall people in San Francisco have been arrested, recently, but the corrupt practices and bribery continues without pause.


Even more interesting: San Francisco took over luxury hotels and offered them to the homeless but 70% of the homeless refused to use the free housing. 70% of the homeless refused a free home in a luxury hotel!!! Why?

The homeless people said why, and it is documented, but NOBODY IN SACRAMENTO EVER reads the statements or they hide the statements from the public.

Here is why the homeless said they don't want California's free housing:

1.) The rules to live in the housing are not rules they can, or will, comply with.

2.) Most of them are addicted to smoking, drinking and drugs and the "free units" have cameras and sensors that record them doing the illicit things. They know that and won't move into a place they know they will get arrested or evicted from as fast as they move in.

3.) The vast contracts and regulation documents they must agree to are something they need a lawyer to explain to them and none of them have lawyers.

4.) Many of them use sex bartering and the cameras on the units will record sex worker activities.

5.) None of them want to be condensed into a tight space with other crazy people because they get set-upon by the worst of the bunch.

6.) They don't want multi-unit housing! They hate it. They want individual homes where they control the whole environment. San Francisco is spending at least TWICE as much money for short term solutions as it would cost for individual pre-fab stand-alone homes.

The San Francisco construction unions and lobbies won't allow the homeless solutions that will work. All of the special interests in San Francisco, from unions, to rich people, to politicians, to realty lobbies, to you-name-it, will block anything that makes housing cheaper. They ALL make their money off of a percentage of the most expensive property values. The Realtor lobby and the big building lobby are probably the most powerful special interest groups in California, after the teachers union. They HATE affordable housing. Anything they say to the contrary is a lie. They bribe 90% of the politicians in the state via Dark Money conduits. They are NOT going to help solve this.

California has published a vast number of reports, at a cost of tens of millions of dollars, listing the exact number of homeless people, but California has never spent the $60,000.00 it would cost

38

to ask each homeless person the 10 questions about what they want! California politicians in Sacramento don't actually care what homeless people want. They care what they can scam out of a "stimulus" fund to scrape their cut off-the-top of.

When you call top Housing agency officials in Santa Cruz, Marin, San Francisco, Tulare and other counties to ask them what the main reason is that poor people can't get new homes built, they all pretty much said: "The State and County laws prevent us from building anything these days..."

San Jose got it right by promising a one hour permit time-frame for ADU home construction but other counties are resisting this permit optimization effort because permits are where bribes happen!

Factory OS, BluHomes, Clayton Homes, Homes Direct, and an army of other factory built home companies, have offered homes to Californians for $150,000.00, or less, if the State will just fix the permit process and give them a pre-order of 200 homes at a time. Banks will finance these...if the State of California will help bundle land and construction financing in the same package.

Marin County staff said: "We have enough open, empty fields in the county to house every single homeless person in the State but we can't get anything built here without a ton of lawsuits, 5 year studies and permit hell-scapes. Every homeless person could get a modern Dwell Magazine-style stand-alone small house if the Country Office's didn't block every single construction project that is attempted!"

The difference between what California says, and does, is the same difference between night and day. San Francisco is an example of how home-building has been halted in the State. The rest of the state is following the profiteering based blockades to keep homes from getting built to deliver permanent supportive rental housing for people living with a serious mental illness who are homeless, chronically homeless, or at-risk of chronic homelessness. The government funds are rarely ACTUALLY used to acquire, design, construct, rehabilitate, or preserve permanent supportive housing, which may rarely include a capitalized operating subsidy reserve.

OK, so say you don't care about the homeless people. "Screw em all" you say. "They are low life drug users and weirdos who won't confirm to our white picket fence social programming..."

If you care about getting a home for yourself, you have the same problems.

Want to buy a home or buy a bigger home? Forget it, you are screwed if you live in California. The State has, essentially, "outlawed" construction.

You can't build a home without the process being so painful, expensive, delayed and litigation-focused that it will ruin your life.

39

Page 40  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

If the State of California was serious about solving the housing crisis it would create a singe two to three page building permit application, that worked in every County, that a single state office could sign off on within 48 to 60 hours.

If the State of California was serious about solving the housing crisis they would change the zoning codes. Nobody can build in California without being punished for it by California and County regulations.

If the State of California was serious about solving the housing crisis they would turn the tsunami of state-created immigrant unemployment into a positive, Now that California has let half of Mexico in to the State, you have huge clusters of skilled workers hanging around, looking for work, a few blocks away from every Home Depot in the State. Each 20 of them can erect a move-in ready home in one week. Give them an empty pasture and a challenge and turn them loose with a pay-per-house incentive payment structure.

All of the programs listed at: https://www.hcd.ca.gov/grants-funding/active-funding/index.shtml need TRIPLE the amount of funds currently allocated and they need to be moved into no less than 3 main programs. The current MASSIVE number of programs guarantees that corruption, duplication, and transparency inefficiency are at a maximum worst-case level. In all of these programs there is nothing for the individual. Almost all of the plans are based on the "Shove-them-all-in-a-big-concrete-building" concept. The public does not want that. NOBODY wants to live in, or see, multi-unit housing. The State needs to also TRIPLE the amount of programs for the SINGLE FAMILY or INDIVIDUAL. County Housing agencies have been found to be corrupt and motivated by bribes. If the State of California was serious about solving the housing crisis it would put a billion dollars of it's freebie COVID CASH from Washington, DC into it's CalHOME fund and restart that fund.

On Broadway and Divisadero streets in San Francisco, giant mansions house two to four people. Those structures, without changing the outside of the buildings one tiny bit, can house hundreds of people. NIMBY's biggest complaint is based on appearance. If you change the inside of structures and keep the outside looking "classic", you get the least amount of NIMBY issues. San Francisco already has ALL of the fully constructed square footage to solve ALL of it's housing issues, if it works from the inside out. Empty office buildings and dead millionaire mansions can deliver the square footage.

Gavin Newsom based his election on providing millions of new homes to California. Nobody has been able to find a single one of these new houses he said he was going to build.

THE BIGGEST TAKE-AWAY: "NOBODY wants to live in a multi-unit concrete building block. Multi-unit project buildings harm people's mental state and create conflict, house gangs

40

and they are bad socially. These is enough empty land for everyone in California to have a 1600 sq. ft. home of their own. Change the rules so that more people at below $100K income levels can buy or build a home and the public will solve the housing crisis.

Until those kinds of things happen, there is no hope for the State! Greed, payola, special interests and revolving door jobs control your housing opportunities in the state of California. California State has every tool, resource and dollar it already needs to solve every single housing issue in the State except one think: "Courage". It take courage to say "No" to the special interests. It takes courage to say "No to the Silicon Valley billionaires. It takes courage to cut off the spigot of Congressional bribes. Most of the federal cash that comes to California always ends up in a politicians, or their friend's pockets. It takes courage to say that every Californian that invested their lives in California deserves the home in California that they were promised. Fix the HUD Section 8 Home Ownership Program in California. Make an office in every major city that ONLY helps people with the HUD Section 8 Home "Ownership" Program and not just the Section 8 "rental" program.

ALL OF THE MONEY needed to fund that is already paid out in California, by HUD, EVERY MONTH! Give citizens their promised right to build and own a home! San Francisco glorifies drug addicts and manic depressives but does nothing to help families get a single family home.



Page 42  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

# In San Francisco Section 8 Housing Choice Vouchers CAUSE You To Be Homeless - The Total Failure Of A Housing Program!

By Carla Lee

- Landlords won't accept them because they are punished with extra rules if they do. There are no reasonable incentives for landlords to participate and every reason for them not to participate. HUD must increase the cash and tax incentives for landlords.

- The Section 8 program does not screen for meth and heroin use so the 10% of Section 8 people on drugs create a bad reputation that ruins it for the 90% that are not on drugs. HUD and the County must blood test for drugs.

- People with excellent credit scores, perfect landlord references, nice personalities, a lifetime of past work and the ability to fix their own rental units are lumped in with gang members and deviants. There should be a "Gold Star" rating for high-quality applicants.

- There is no centralized rent board to find all of the Section 8 offerings. The State must fund and build such a web based rent board, properly staff it and advertise it.

- California does not support pre-fab homes, glampers, RV's or other modern housing systems because the Unions, builders and real estate agents lobby against them for competitive purposes.Public officials must be arrested for taking bribes from these anti-affordable housing groups.

- Google, Facebook, Netflix, Linkedin, Twitter, Tesla, etc. and the Tech Mafia have lobbied to take over, bus into and ransack the local housing system because they have anti-trust violating monopolistic power, armies of lobbyists and they pay bribes to everyone.While minor rules have been applied to them for media optics, nothing has been required of them to offset the tens of thousands of housing losses they have caused. Google, Facebook, Netflix, Linkedin, Twitter, Tesla, etc. and the Tech Mafia must be forced to pay double the amount allocated for a Section 8 voucher in California.

- In the crisis areas of California the Tech Mafia has forced the rents to be so high that the current Section 8 voucher amounts can't pay for any of the rents. Section 8 Vouchers in Northern California and the LA basin must pay at least $2000.00 of the person's rent or there is now no possibility for anyone to rent anything. The Tech Mafia must be required to pay at least half of the subsidy.

43

Page 44  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

-There is zero transparency in the 'Waiting List' programs and the Lists are tainted with bribes to officials, sex-for-Section-8, Political bias, reprisal delays and other unfair process. List transparency and standardized metrics must be deployed.

- There is enough property available to build and house four times as many people as those who currently need Section 8 but counties won't issue the permits to allow green, sustainable pre-fab builders to build those modern, safe, classy, pre-fab units because they would break the existing crony, payola, bribe kick-back schemes that Supervisors and Mayors get in many counties. The State must order the counties to issue the permits and begin immediate punitive lawsuits against the individuals and counties who do not issue those permits within the next 14 days.

- It is cheaper for HUD and California to allow Californians to use their vouchers to pay mortgages and buy homes at the 3% down first-time buyer rate but HUD and California hide this potential, refuse to enhance this potential and fund no outreach or banking programs to provide this potential. Financiers say that HUD and the State of California "DIS-INCENTIVIZE" financiers from helping buyers buy homes with their vouchers. In almost every case the monthly rate of a purchased home is less than the monthly rate of a rented apartment at San Francisco rates.

- The raw criminality and bribery in HUD and County offices is staggering. The FBI must be ordered to conduct a deep investigation of California housing bribes, skims and stock market payola.

44

Page 45  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

- Town Hall public meetings are no more than PR optics sessions that pretend to be offering solutions but never end with any hard plans being committed to by officials. Public



officials, at these meetings, nod their heads, put on pretend "concerned faces" and then leave the meetings and do nothing. The public must confront every official at these meetings and say: **"What will you either promise to do within 60 days or resign if you don't?" THESE OFFICIALS ARE YOUR EMPLOYEES. THEY LIVE IN FANCY CONDOS AND MANSIONS THAT YOU PAY FOR. DEMAND THAT THEY RESIGN IF THEY DON'T GET YOU YOUR FAIR HOUSING!**

45

**How Housing Policy Is Failing San Francisco**

Section 8 was intended to help people escape poverty, but instead it's trapping them in it.

*Alana Semuels*

A painting by a second-grade class in an Austin apartment where Section 8 vouchers are acceptedAlana Semuels

When a woman in McKinney, Texas, told Tatiana Rhodes and her friends to "go back to your Section 8 homes" at a public pool earlier this month, she inadvertently spoke volumes about the failure of a program that was designed to help America's poor.

Created by Congress in 1974, the "Section 8" Housing Choice Voucher Program was supposed to help families move out of broken urban neighborhoods to places where they could live without the constant threat of violence and their kids could attend good schools.

But somewhere along the way, "Section 8" became a colloquialism for housing that is, to many, indistinguishable from the public-housing properties the program was designed to help families escape.

---

How did this happen? To begin with, Section 8 is poorly designed. It works like this: Families lucky enough to get off lengthy waiting lists are allowed to look for apartments up to a certain rent, which varies for each metro region. This figure is called the "fair market rent," and is calculated by HUD every year for each metro area. The tenant pays about 30 percent of his income,  and the voucher covers the rest of the rent (this is based on the idea that families should not spend more than one-third of their income on rent).

But the fair market rent cut-off point often consigns voucher-holders to impoverished neighborhoods. This is in part because of how that number is calculated: HUD draws the line at the 40th percentile of rents for "typical" units occupied by "recent movers" in an entire metropolitan area, which includes far-flung suburbs with long commutes and, as a result, makes the Fair Market Rent relatively low. In New York City, for example, the Fair Market Rent for a one-bedroom is $1,249, a price that would relegate voucher-holders to the neighborhood of Brownsville in Brooklyn, one of the most dangerous places in the city, and where the most public housing is located.

46

Technically, voucher holders can live anywhere in a region that meets the price restrictions. But the tendency is for people to stay in neighborhoods that are familiar to them, though a few areas have created robust mobility-counseling programs to try and mitigate this. Additionally, as Eva Rosen has detailed, landlords in low-income areas aggressively recruit voucher-holders, as the vouchers are a much more reliable source of rent than other low-income tenants have available.

The failings of Section 8 go far beyond flaws in how the program was designed to how the the states have implemented it. People can argue all they want about the merits of subsidized housing, but given that Section 8 exists, it would seem advantageous for states and municipalities to take advantage of federal funds to help families find better housing. But many states seem especially determined to keep voucher-holders in areas of concentrated poverty.

"The whole idea of Section 8 in the beginning was that it was going to allow people to get out of the ghetto," said Mike Daniel, a lawyer for the Inclusive Communities Project, told me. (Daniel has sued HUD over the way it is carrying out the program in Dallas.) "But there's tremendous political pressure on housing authorities and HUD to not let it become an instrument of desegregation."

For example, in much of the country, landlords can refuse to take Section 8 vouchers, even if the voucher covers the rent. And, unlike the landlords in poor neighborhoods in Eva Rosen's study, many landlords of buildings in nicer neighborhoods will do anything to keep voucher-holders out. The result is that Section 8 traps families in the poorest neighborhoods.

One study in Austin found that there were plenty of apartments around the city that voucher-holders could afford. But only a small portion of those apartments would rent to voucher-holders.

The report, by the Austin Tenant's Council, found that 78,217 units in the Austin metro area— about 56 percent of those surveyed—had rents within the Fair Market Rent limits. But only 8,590 of those units accepted vouchers and did not have minimum income requirements for tenants. Most were located on the east side of Austin, in high-poverty areas with underperforming schools and high crime rates. (The survey only looked at apartment complexes with at least 50 units.)

"Families don't have very many choices as to where they can actually use the voucher," said Nekesha Phoenix, the Fair Housing Program Director at the Austin Tenants' Council. "Although there are properties north and west that they could actually afford to live in, they can't do it because the properties won't take the voucher."

Some cities have tried to prevent this. Last year Austin passed a "Source of Income" ordinance that prohibited landlords from refusing to rent to people solely because they have a voucher. And

12 states, as well as the cities of Los Angeles, San Francisco, Washington D.C., Chicago, and Philadelphia have all done the same.

But in Austin the landlords successfully pushed back. The Austin Apartment Association sued the city over the ordinance, asking for an injunction to block it. The apartment owners say that being forced to accept Section 8 meant more paperwork, onerous lease terms, and "burdensome inspections." (Section 8 properties have to be inspected to ensure they are sanitary and safe.)

After a district judge left the law standing, the Texas legislature in May passed a bill banning any municipality from passing Source of Income ordinances. Source of Income discrimination will once again become legal in Austin when the state law goes into effect in September.

"A housing authority that on its own set out to use housing choice voucher as an instrument of desegregation would be brought to its knees by the elected officials of the cities that they're in," Daniel told me.

Why do some landlords try so hard to attract voucher-holders and others try so hard to avoid them? Section 8 tenants pay the rent reliably and stay in apartments for longer than market-rate tenants, according to Isabelle Headrick, the executive director of Accessible Housing Austin!, who is also a property owner. Though the apartment owners' lobby had said that Section 8 requires landlords to sign a 400-page document and makes it more difficult to evict tenants, Headrick says that the contract is only 12 pages, and that the inspections required are "no more difficult than what a responsible landlord should be doing anyway."

"Having Section 8 tenants makes my job easier, not harder," she said.

But in Dallas, the Inclusive Communities Project found that some landlords who owned many units throughout the city would rent to voucher-holders in low-income neighborhoods, but not in high-income neighborhoods, even if the tenants could afford both apartments. Though the landlords would say they refused the vouchers because they didn't want to deal with the paperwork, housing advocates say that property owners don't want Section 8 tenants (read: minorities) in buildings because they might drive away market-rate tenants.

The Inclusive Communities Project sued HUD over the way it calculated Fair Market Rents in Dallas. It is now trying to make an arrangement with Dallas-area landlords so that it can rent apartments from them and then sublease them to Section 8 tenants, taking away landlords' excuses for not wanting to deal with Section 8 paperwork. (Daniel also sued the Texas Department of Housing and Community Affairs over how it distributed tax credits for low-income housing, a case the Supreme Court will rule on in the next few days.)

48

Page 49  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

"The idea that Section 8 people should be required to stay in areas of slum and blight—at some point they're going to realize that's just racial segregation," Daniel told me.

Often, voucher-holders in Austin have such a hard time finding housing that they need to ask for multiple extensions to find housing. Tenants lose the voucher if they don't use it in 60 to 90 days.

David Wittie, a voucher-holder in Austin, ran into this problem when he was looking for a new place last year. Wittie called around and found a few places that said they took vouchers. But by the time he got on a bus and arrived at the apartment building to sign a lease, the units would be rented. Wittie, who has been in a wheelchair since he contracted from polio in 1956, said that he had to ask for three extensions before he found a place.

"All I wanted was to find a nice place to live," he told me.

In cities such as Austin, where rents are rapidly rising because of an influx of new, affluent residents, voucher holders may be having even tougher times finding a place to rent because the cost of housing has gotten so expensive. There are no rent-control laws in the state of Texas, and rents in Austin have gone up 7 percent over the past year, making it nearly impossible to find a place that is affordable with a voucher.

The result is that voucher-holders are pushed farther out from a city's core, and into buildings that are dilapidated and have multiple code violations: In 2012, city enforcement officers ordered an apartment complex in Austin evacuated after a second-floor walkway sagged and then collapsed. Officials blamed termite damage, and said the low-income and Section 8 voucher-holders were hesitant to report unsafe conditions because they knew how hard it was to find an affordable place to live and didn't want to be evicted.

Rufus Jones, a 51-year-old visually-impaired voucher-holder, had to look for a new apartment two years ago when the building where he'd lived for 13 years was sold to a new owner who quickly raised the rent. After months of searching, Jones moved into a place that soon became nightmarish when he discovered it was infested with cockroaches. The apartment was located in a noisy building where the hot water often didn't work and where the sewage pipes leaked, but the final straw came when a roach crawled into Jones's ear when he was sleeping and he had to go to the ER to get it out.

It took Jones a long time to find the place he now lives, since fewer and fewer apartments would accept vouchers. But when I visited him at the apartment, a low-slung building on the far north side of Austin, he told me it wasn't much better.

49

His new place is infested with rodents, which crawl into his bedroom and bathroom through holes in the wall, waking Jones's service dog and Jones himself. Jones's current place is only on one bus line, and he's now once again going through the process of finding his way around a new neighborhood.

"It's just so horrible right now—I can't sleep, and I'm stressed out the whole time," he told me.

* * *

The Housing Choice Voucher program is the nation's largest housing subsidy, serving 2.2 million families, which is still only about 25 percent of eligible households. It makes up a big part of the government's efforts to improve housing conditions for America's poorest families. Advocates have called time and again for HUD to alter the Housing Choice Voucher program to make it a better tool for families to improve their lots in life, and some changes are afoot.

"There's a growing recognition that there's a shortage of affordable housing, and that families with vouchers have a hard time using them in neighborhoods and communities that haven't traditionally had voucher families in them," said Phil Tegeler, the executive director of the Poverty & Race Research Action Council.

As the result of a settlement, HUD tested a new program in Dallas and a few other metro areas that calculates fair market rent based on zip codes, rather than for a metro area as a whole. Called the Small Area Fair Market Rent Program, the idea is to make the voucher more valuable to landlords in nicer neighborhoods. Under the program, if a voucher holder wants to rent a place in the 75231 zip code, the Vickery Park area of Dallas, the voucher would support a rent up to $580 for a one-bedroom. Vickery Park is a lower-income area that gained notoriety as the home of America's first Ebola victim. But if a voucher holder wants to rent an apartment in Forney, Texas, zip code 75126, the voucher would cover rent of a one-bedroom up to $1,090. Forney has some of the lowest crime rates in the state, and has also been designated the "Antique Capital of Texas."

A study out of Harvard's Joint Center for Housing Studies found that the Dallas small-area fair market rent program was successful in helping voucher families move to neighborhoods with lower violent-crime rates and lower poverty rates. Kathy O'Regan, HUD's Assistant Secretary for Policy Development and Research, told me that the results of that study motivated HUD to use small-area Fair Market Rents in more areas. Earlier this month, HUD sought comments the idea of potentially changing the way Fair Market Rents are calculated.

"We agree with critics—we believe that we should be able to do better," she told me. "It doesn't look from geographic patterns as though households are getting enough choice."

50

A HUD study also found that public housing authorities are significantly underfunded when it comes to managing Section 8. Administrative costs, which are used to pay for mobility counseling, have been limited by Congress. HUD is asking Congress to consider changing the limits on administrative costs for voucher programs.

"We want to give households choice, choices that help them in improving their lives," she said.

If Section 8 can be fixed, it'll be money well spent. The government spends billions of dollars each year creating a program that, for some families, is akin to winning the lottery. But what's the point of winning the lottery if there's nowhere safe to spend it?

 Alana Semuels is a staff writer at *The Atlantic*.


# San Francisco's Housing and Homeless Crises at "Boiling Point" Because Of Google-Twitter-Facebook Take-over of City Politicians

Written by James Murphy


San Francisco is a city of contrasts. It boasts glorious views of the Golden Gate Bridge and the Pacific Ocean, and it also offers the stench and disgusting sight of piles of human feces on its sidewalks. It is a place filled with great wealth and striking poverty, with tech billionaires and Silicon Valley companies existing alongside an aggressive panhandling homeless population. While a city full of investors waits nervously on a new wave of initial public offerings (IPOs), drug users shoot up in the streets for anyone — be it tourists, businessmen, or schoolchildren — to see.

It is a place where the middle class is disappearing because housing prices have risen so high that average citizens simply cannot afford to live there. Sounds a lot like that income inequality the new "progressives" in Congress are always jabbering about. But San Francisco may be the most liberal city in America. So, what gives?

"We're definitely at the boiling point, whether it's the housing crisis, whether it's the quality of life, which is exacerbated by the worst traffic congestion in America, or the affordability crisis," said City Supervisor Aaron Peskin.

The housing crunch is about to get worse. The median home price in San Francisco is currently over $1.5 million, and with those new IPOs expected to hit soon, the housing market is in a nervous frenzy.

Realtor John Townsend explained, "You're going to have a period of incredible demand not just from tech, by any means, but by [interest] rates being lowered."

"The real problem is we can't even remotely meet the demand," Townsend concluded.

San Francisco-based companies Pinterest and Lyft recently went public, and Uber and Slack, also headquartered in the city, are expected to announce IPOs soon. Those IPOs will likely create dozens of new tech millionaires, and the worry is that those newly wealthy will scoop up all the available housing in the city.

Unnerved by the looming IPOs, families are buying homes as soon as they become available, often offering to pay above asking price. "[The IPOs] are in the back of people's minds, and the people who have to buy are the ones going for it — the families that need houses, the double-incomes," said realtor Monica Sagullo.

Polls have suggested that up to 53 percent of Bay Area residents are seriously considering leaving the area. The number one reason for that is the housing crisis.

Some numbers shine a bright spotlight on the situation. According to the Department of Housing and Urban Development, a family of four with an income of $117,000 per year is considered low income in the Bay Area counties of Marin, San Mateo and San Francisco. In San Francisco and San Mateo Counties, the California Association of Realtors estimates that prospective buyers would need a yearly income of $350,000 in order to buy a home.

The ratio of new jobs in the Bay Area to available housing stands at 3.5:1. The online real estate database Zillow estimates that a San Jose family of four with the median income of $118,000 would have to save up for more than 22 years for a 20-percent down payment on a median priced — $1.2 million — home in Silicon Valley.

Recently, a home that was listed as "Beyond FIXER, home is CONDEMNED, enter at your own RISK," in the East Bay community of Fremont fetched a price of $1.23 million, well over its asking price of $1 million.

City Supervisor Matt Haney summed up the problem neatly: "It's very hard for people who are not on the very high end of things, in terms of wealth, to feel like they can even make it in San Francisco, or own or commit over the long term to be here, and that creates a lot of anxiety."

The desperation is palpable. Soon, you'll have to be a millionaire to even live in San Francisco and a multi-millionaire if you wish to thrive in the city.

Or you can be homeless.

Page 53  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

Today, the San Francisco Board of Supervisors is set to vote on a wedge issue in the city. During her campaign, Mayor London Breed promised voters she would create 1,000 new shelter beds for the homeless by the end of 2020. Toward that end, Breed is calling for a 200-bed "navigation center" for the homeless to be built in the swanky Embarcadero, a waterfront neighborhood along the eastern shore.

On any given night, San Francisco's homeless population hovers around 4,500 people. The city began creating new navigation centers in 2015. The navigation centers differ from traditional shelters in that people can bring their pets and they are not kicked out come morning.

The Board of Supervisors is voting today about whether to lease the city a parking lot owned by the Port of San Francisco to build the new center.

Residents of the area worry about their property values, crime, and potential impact on tourism. The Embarcadero is a waterfront area, popular with tourists, bicyclists, and joggers. To the north, the Embarcadero buts up against Fisherman's Wharf, one of the biggest tourist destinations in the country.

Supporters of the waterfront center believe opponents are simply being heartless in not wanting a center among the high-end real estate and tourist destinations. Opponents believe they are being pragmatic and wonder why the navigation centers are not more evenly distributed around the city. They also believe that, rather than solving the homeless problem, the new navigation center will simply attract more homeless people to the area.

San Francisco is (or at least used to be) a beautiful city where a lot of people would like to live. While the city's problems are not limited to politics, the prevailing leftist policies do not help the situation; they exacerbate it. Tech billionaires such as Twitter's Jack Dorsey may enjoy the majestic views that the city offers, but those views will soon be all they have left if they can't find a way to affordably house the middle-class workers who pick up the garbage, run the cable cars, and work in the shops of Fisherman's Wharf.

And San Francisco's socialist policies aren't cutting it.

53

Page 54  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District



# Crony Capitalism and Community Development Subsidies

**by Victor Nava**
**Project Director: Anthony Randazzo**



## INTRODUCTION

Every year, the federal government's budget is loaded with hundreds of billions of dollars in taxpayer-funded subsidies. A little known piece of that pile of taxpayer cash giveaways is the nearly $20 billion spent each year on "community development" subsidies.[1] While not as well known as farm subsidies or the special benefits of the mortgage interest deduction, the money spent on community development programs surpasses the $15 billion in subsidies the Department of Transportation uses to subsidize Amtrak and air traffic controllers, and equals the $20 billion in renewable energy subsidies from the Department of Energy.[2]

This report examines the relationship between "crony capitalism" and community development subsidies, and the susceptibility of these subsidy programs to crony capitalism. Crony capitalism is when private interests collude with government to acquire subsidies or economic benefits that give them an advantage or special privilege in the marketplace that would not otherwise exist. If the money from federally distributed community development subsidies primarily goes to benefit a narrow private interest at the expense of the broader community, and if those private interests encourage lawmakers to continue providing them the special privilege, then community development subsidies are a form of crony capitalism in the American system.

This policy brief looks at whether community development subsidies actually result in community development and the extent to which such subsidies have been captured by vested interests.

## DO COMMUNITY DEVELOPMENT SUBSIDY PROGRAMS WORK?

The federal government funds a variety of community development activities for local governments, mostly through the Department of Housing and Urban Development (HUD) and the Department of Commerce's Economic Development Administration (EDA). These include, but are not limited to, the Community Development Block Grant program, Homeless Assistance Grants, Rural Rental Housing Loans, the Rural Housing and Economic Development program, the Appalachian Regional Commission development program, Self-Help Homeown-

Page 56  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District



# One Of The SF Politician's Attack Procedures - Documented

Here is just one of the ways Google and the DNC's Nick Denton attack tabloids (Gawker, Gizmodo, Jalopnik, etc.) partnered to attack whistle-blowers under orders from San Francisco City Hall, Senators Boxer, Pelosi Feinstein, Reid, Harris and others.

ROBERT EPSTEIN hereby verifies the following:

Authorities in the UK have finally figured out that fake news stories and Russian-placed ads are not the real problem. The UK Parliament is about to impose stiff penalties—not on the people who place the ads or write the stories, but on the Big Tech platforms that determine which ads and stories people actually see.

Parliament's plans will almost surely be energized by the latest leak of damning material from inside Google's fortress of secrecy: The Wall Street Journal recently reported on emails exchanged among Google employees in January 2017 in which they strategized about how to alter Google search results and other "ephemeral experiences" to counter President Donald Trump's newly imposed travel ban. The company claims that none of these plans was ever implemented, but who knows?

While U.S. authorities have merely held hearings, EU authorities have taken dramatic steps in recent years to limit the powers of Big Tech, most recently with a comprehensive law that protects user privacy—the General Data Protection Regulation—and a whopping $5.1 billion fine against Google for monopolistic practices in the mobile device market. Last year, the European Union also levied a $2.7 billion fine against Google for filtering and ordering search results in a way that favored their own products and services. That filtering and ordering, it turns out, is of crucial importance.

As years of research I've been conducting on online influence has shown, content per se is not the real threat these days; what really matters is (a) which content is selected for users to see, and (b) the way that content is ordered in search results, search suggestions, news feeds, message feeds, comment lists, and so on. That's where the power lies to shift opinions, purchases, and votes, and that power is held by a disturbingly small group of people.

I say "these days" because the explosive growth of a handful of massive platforms on the internet—the largest, by far, being Google and the next largest being Facebook—has changed everything. Millions of people and organizations are constantly trying to get their content in front of our eyes, but for more than 2.5 billion people around the world—soon to be more than 4

billion—the responsibility for what algorithms do should always lie with the people who wrote the algorithms and the companies that deployed them.

In randomized, controlled, peer-reviewed research I've conducted with thousands of people, I've shown repeatedly that when people are undecided, I can shift their opinions on just about any topic just by changing how I filter and order the information I show them. I've also shown that when, in multiple searches, I show people more and more information that favors one candidate, I can shift opinions even farther. Even more disturbing, I can do these things in ways that are completely invisible to people and in ways that don't leave paper trails for authorities to trace.

Worse still, these new forms of influence often rely on ephemeral content—information that is generated on the fly by an algorithm and then disappears forever, which means that it would be difficult, if not impossible, for authorities to reconstruct. If, on Election Day this coming November, Mark Zuckerberg decides to broadcast go-out-and-vote reminders mainly to members of one political party, how would we be able to detect such a manipulation? If we can't detect it, how would we be able to reduce its impact? And how, days or weeks later, would we be able to turn back the clock to see what happened?

Of course, companies like Google and Facebook emphatically reject the idea that their search and newsfeed algorithms are being tweaked in ways that could meddle in elections. Doing so would undermine the public's trust in their companies, spokespeople have said. They insist that their algorithms are complicated, constantly changing, and subject to the "organic" activity of users.

This is, of course, sheer nonsense. Google can adjust its algorithms to favor any candidate it chooses no matter what the activity of users might be, just as easily as I do in my experiments. As legal scholar Frank Pasquale noted in his recent book "The Black Box Society," blaming algorithms just doesn't cut it; the responsibility for what an algorithm does should always lie with the people who wrote the algorithm and the companies that deployed the algorithm. Alan Murray, president of Fortune, recently framed the issue this way: "Rule one in the Age of AI: Humans remain accountable for decisions, even when made by machines."

Given that 95 percent of donations from Silicon Valley generally go to Democrats, it's hard to imagine that the algorithms of companies like Facebook and Google don't favor their favorite candidates. A newly leaked video of a 2016 meeting at Google shows without doubt that high-ranking Google executives share a strong political preference, which could easily be expressed in algorithms. The favoritism might be deliberately programmed or occur simply because of unconscious bias. Either way, votes and opinions shift.

58

Page 59  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

It's also hard to imagine how, in any election in the world, with or without intention on the part of company employees, Google search results would fail to tilt toward one candidate. Google's search algorithm certainly has no equal-time rule built into it; we wouldn't want it to! We want it to tell us what's best, and the algorithm will indeed always favor one dog food over another, one music service over another, and one political candidate over another. When the latter happens … votes and opinions shift.

Here are 10 ways—seven of which I am actively studying and quantifying—that Big Tech companies could use to shift millions of votes this coming November with no one the wiser. Let's hope, of course, that these methods are not being used and will never be used, but let's be realistic too; there's generally no limit to what people will do when money and power are on the line.

**1. Search Engine Manipulation Effect (SEME)**

Ongoing research I began in January 2013 has shown repeatedly that when one candidate is favored over another in search results, voting preferences among undecided voters shift dramatically—by 20 percent or more overall, and by up to 80 percent in some demographic groups. This is partly because people place inordinate trust in algorithmically generated output, thinking, mistakenly, that algorithms are inherently objective and impartial.

But my research also suggests that we are conditioned to believe in high-ranking search results in much the same way that rats are conditioned to press levers in Skinner boxes. Because most searches are for simple facts ("When was Donald Trump born?"), and because correct answers to simple questions inevitably turn up in the first position, we are taught, day after day, that the higher a search result appears in the list, the more true it must be. When we finally search for information to help us make a tough decision ("Who's better for the economy, Trump or Clinton?"), we tend to believe the information on the web pages to which high-ranking search results link.

As The Washington Post reported last year, in 2016, I led a team that developed a system for monitoring the election-related search results Google, Bing, and Yahoo were showing users in the months leading up to the presidential election, and I found pro-Clinton bias in all 10 search positions on the first page of Google's search results. Google responded, as usual, that it has "never re-ranked search results on any topic (including elections) to manipulate political sentiment"—but I never claimed it did. I found what I found, namely that Google's search results favored Hillary Clinton; "re-ranking"—an obtuse term Google seems to have invented to confuse people—is irrelevant.

Page 60  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

Because (a) many elections are very close, (b) 90 percent of online searches in most countries are conducted on just one search engine (Google), and (c) internet penetration is high in most countries these days—higher in many countries than it is in the United States—it is possible that the outcomes ofupwards of 25 percent of the world's national elections are now being determined by Google's search algorithm, even without deliberate manipulation on the part of company employees. Because, as I noted earlier, Google's search algorithm is not constrained by equal-time rules, it almost certainly ends up favoring one candidate over another in most political races, and that shifts opinions and votes.

**2. Search Suggestion Effect (SSE)**

When Google first introduced autocomplete search suggestions—those short lists you see when you start to type an item into the Google search bar—it was supposedly meant to save you some time. Whatever the original rationale, those suggestions soon turned into a powerful means of manipulation that Google appears to use aggressively.

My recent research suggests that (a) Google starts to manipulate your opinions from the very first character you type, and (b) by fiddling with the suggestions it shows you, Google can turn a 50–50 split among undecided voters into a 90–10 split with no one knowing. I call this manipulation the Search Suggestion Effect (SSE), and it is one of the most powerful behavioral manipulations I have ever seen in my nearly 40 years as a behavioral scientist.

How will you know whether Google is messing with your election-related search suggestions in the weeks leading up to the election? You won't.

**3. The Targeted Messaging Effect (TME)**

If, on Nov. 8, 2016, Mr. Zuckerberg had sent go-out-and-vote reminders just to supporters of Mrs. Clinton, that would likely have given her an additional 450,000 votes. I've extrapolated that number from Facebook's own published data.

Because Zuckerberg was overconfident in 2016, I don't believe he sent those messages, but he is surely not overconfident this time around. In fact, it's possible that, at this very moment, Facebook and other companies are sending out targeted register-to-vote reminders, as well as targeted go-out-and-vote reminders in primary races. Targeted go-out-and-vote reminders might also favor one party on Election Day in November.

My associates and I are building systems to monitor such things, but because no systems are currently in place, there is no sure way to tell whether Twitter, Google, and Facebook (or Facebook's influential offshoot, Instagram) are currently tilting their messaging. No law or regulation specifically forbids the practice, and it would be an easy and economical way to serve

company needs. Campaign donations cost money, after all, but tilting your messaging to favor one candidate is free.

**4. Opinion Matching Effect (OME)**

In March 2016, and continuing for more than seven months until Election Day, Tinder's tens of millions of users could not only swipe to find sex partners, they could also swipe to find out whether they should vote for Trump or Clinton. The website iSideWith.com—founded and run by "two friends" with no obvious qualifications—claims to have helped more than 49 million people match their opinions to the right candidate. Both CNN and USA Today have run similar services, currently inactive.

I am still studying and quantifying this type of, um, helpful service, but so far it looks like (a) opinion matching services tend to attract undecided voters—precisely the kinds of voters who are most vulnerable to manipulation, and (b) they can easily produce opinion shifts of 30 percent or more without people's awareness.

At this writing, iSideWith is already helping people decide who they should vote for in the 2018 New York U.S. Senate race, the 2018 New York gubernatorial race, the 2018 race for New York District 10 of the U.S. House of Representatives, and, believe it or not, the 2020 presidential race. Keep your eyes open for other matching services as they turn up, and ask yourself this: Who wrote those algorithms, and how can we know whether they are biased toward one candidate or party?

**5. Answer Bot Effect (ABE)**

More and more these days, people don't want lists of thousands of search results, they just want the answer, which is being supplied by personal assistants like Google Home devices, the Google Assistant on Android devices, Amazon's Alexa, Apple's Siri, and Google's featured snippets— those answer boxesat the top of Google search results. I call the opinion shift produced by such mechanisms the Answer Bot Effect (ABE).

My research on Google's answer boxes shows three things so far: First, they reduce the time people spend searching for more information. Second, they reduce the number of times people click on search results. And third, they appear to shift opinions 10 to 30 percent more than search results alone do. I don't yet know exactly how many votes can be shifted by answer bots, but in a national election in the United States, the number might be in the low millions.

**6. Shadowbanning**

Recently, Trump complained that Twitter was preventing conservatives from reaching many of their followers on that platform through shadowbanning, the practice of quietly hiding a user's

posts without the user knowing. The validity of Trump's specific accusation is arguable, but the fact remains that any platform on which people have followers or friends can be rigged in a way to suppress the views and influence of certain individuals without people knowing the suppression is taking place. Unfortunately, without aggressive monitoring systems in place, it's hard to know for sure when or even whether shadowbanning is occurring.

## 7. Programmed Virality and the Digital Bandwagon Effect

Big Tech companies would like us to believe that virality on platforms like YouTube or Instagram is a profoundly mysterious phenomenon, even while acknowledging that their platforms are populated by tens of millions of fake accounts that might affect virality.

In fact, there is an obvious situation in which virality is not mysterious at all, and that is when the tech companies themselves decide to shift high volumes of traffic in ways that suit their needs. And aren't they always doing this? Because Facebook's algorithms are secret, if an executive decided to bestow instant Instagram stardom on a pro-Elizabeth Warren college student, we would have no way of knowing that this was a deliberate act and no way of countering it.

The same can be said of the virality of YouTube videos and Twitter campaigns; they are inherently competitive—except when company employees or executives decide otherwise. Google has an especially powerful and subtle way of creating instant virality using a technique I've dubbed the Digital Bandwagon Effect. Because the popularity of websites drives them higher in search results, and because high-ranking search results increase the popularity of websites (SEME), Google has the ability to engineer a sudden explosion of interest in a candidate or cause with no one—perhaps even people at the companies themselves—having the slightest idea they've done so. In 2015, I published a mathematical model showing how neatly this can work.

## 8. The Facebook Effect

Because Facebook's ineptness and dishonesty have squeezed it into a digital doghouse from which it might never emerge, it gets its own precinct on my list.

In 2016, I published an article detailing five ways that Facebook could shift millions of votes without people knowing: biasing its trending box, biasing its center newsfeed, encouraging people to look for election-related material in its search bar (which it did that year!), sending out targeted register-to-vote reminders, and sending out targeted go-out-and-vote reminders.

I wrote that article before the news stories broke about Facebook's improper sharing of user data with multiple researchers and companies, not to mention the stories about how the company permitted fake news stories to proliferate on its platform during the critical days just before the

62

November election—problems the company is now trying hard to mitigate. With the revelations mounting, on July 26, 2018, Facebook suffered the largest one-day drop in stock value of any company in history, and now it's facing a shareholder lawsuit and multiple fines and investigations in both the United States and the EU.

Facebook desperately needs new direction, which is why I recently called for Zuckerberg's resignation. The company, in my view, could benefit from the new perspectives that often come with new leadership.

### 9. Censorship

I am cheating here by labeling one category "censorship," because censorship—the selective and biased suppression of information—can be perpetrated in so many different ways.

Shadowbanning could be considered a type of censorship, for example, and in 2016, a Facebook whistleblower claimed he had been on a company team that was systematically removing conservative news stories from Facebook's newsfeed. Now, because of Facebook's carelessness with user data, the company is openly taking pride in rapidly shutting down accounts that appear to be Russia-connected—even though company representatives sometimes acknowledge that they "don't have all the facts."

Meanwhile, Zuckerberg has crowed about his magnanimity in preserving the accounts of people who deny the Holocaust, never mentioning the fact that provocative content propels traffic that might make him richer. How would you know whether Facebook was selectively suppressing material that favored one candidate or political party? You wouldn't. (For a detailed look at nine ways Google censors content, see my essay "The New Censorship," published in 2016.)

### 10. The Digital Customization Effect (DCE)

Any marketer can tell you how important it is to know your customer. Now, think about that simple idea in a world in which Google has likely collected the equivalent of millions of Word pages of information about you. If you randomly display a banner ad on a web page, out of 10,000 people, only five are likely to click on it; that's the CTR—the "clickthrough rate" (0.05 percent). But if you target your ad, displaying it only to people whose interests it matches, you can boost your CTR a hundredfold.

That's why Google, Facebook, and others have become increasingly obsessed with customizing the information they show you: They want you to be happily and mindlessly clicking away on the content they show you.

n the research I conduct, my impact is always larger when I am able to customize information to suit people's backgrounds. Because I know very little about the participants in my experiments,

63

however, I am able to do so in only feeble ways, but the tech giants know everything about you —even things you don't know about yourself. This tells me that the effect sizes I find in my experiments are probably too low. The impact that companies like Google are having on our lives is quite possibly much larger than I think it is. Perhaps that doesn't scare you, but it sure scares me.

**The Same Direction**

OK, you say, so much for Epstein's list! What about those other shenanigans we've heard about: voter fraud (Trump's explanation for why he lost the popular vote), gerrymandering, rigged voting machines, targeted ads placed by Cambridge Analytica, votes cast over the internet, or, as I mentioned earlier, those millions of bots designed to shift opinions. What about hackers like Andrés Sepúlveda, who spent nearly a decade using computer technology to rig elections in Latin America? What about all the ways new technologies make dirty tricks easier in elections? And what about those darn Russians, anyway?

To all that I say: kid stuff. Dirty tricks have been around since the first election was held millennia ago. But unlike the new manipulative tools controlled by Google and Facebook, the old tricks are competitive—it's your hacker versus my hacker, your bots versus my bots, your fake news stories versus my fake news stories—and sometimes illegal, which is why Sepúlveda's efforts failed many times and why Cambridge Analytica is dust.

"Cyberwar," a new book by political scientist Kathleen Hall Jamieson, reminds us that targeted ads and fake news stories can indeed shift votes, but the numbers are necessarily small. It's hard to overwhelm your competitor when he or she can play the same games you are playing.

Now, take a look at my numbered list. The techniques I've described can shift millions of votes without people's awareness, and because they are controlled by the platforms themselves, they are entirely noncompetitive. If Google or Facebook or Twitter wants to shift votes, there is no way to counteract their manipulations. In fact, at this writing, there is not even a credible way of detecting those manipulations.

And what if the tech giants are all leaning in the same political direction? What if the combined weight of their subtle and untraceable manipulative power favors one political party? If 150 million people vote this November in the United States, with 20 percent still undecided at this writing (that's 30 million people), I estimate that the combined weight of Big Tech manipulations could easily shift upwards of 12 million votes without anyone knowing. That's enough votes to determine the outcomes of hundreds of close local, state, and congressional races throughout the country, which makes the free-and-fair election little more than an illusion.

64

Full disclosure: I happen to think that the political party currently in favor in Silicon Valley is, by a hair (so to speak), the superior party at the moment. But I also love America and democracy, and I believe that the free-and-fair election is the bedrock of our political system. I don't care how "right" these companies might be; lofty ends do not justify shady means, especially when those means are difficult to see and not well understood by either authorities or the public.

Can new regulations or laws save us from the extraordinary powers of manipulation the Big Tech companies now possess? Maybe, but our leaders seem to be especially regulation-shy these days, and I doubt, in any case, whether laws and regulations will ever be able to keep up with the new kinds of threats that new technologies will almost certainly pose in coming years.

I don't believe we are completely helpless, however. I think that one way to turn Facebook, Google, and the innovative technology companies that will succeed them, into responsible citizens is to set upsophisticated monitoring systems that detect, analyze, and archive what they're showing people—in effect, to fight technology with technology.

As I mentioned earlier, in 2016, I led a team that monitored search results on multiple search engines. That was a start, but we can do much better. These days, I'm working with business associates and academic colleagues on three continents to scale up systems to monitor a wide range of information the Big Tech companies are sharing with their users—even the spoken answers provided by personal assistants. Ultimately, a worldwide ecology of passive monitoring systems will make these companies accountable to the public, with information bias and online manipulation detectable in real time.

With November drawing near, there is obviously some urgency here. At this writing, it's not clear whether we will be fully operational in time to monitor the midterm elections, but we're determined to be ready for 2020.

- Robert Epstein is a senior research psychologist at the American Institute for Behavioral Research and Technology in California.

The members of the Silicon Valley Cartel, and the Senators that they own, created the above-listed tactics and deploy them against their comptitors and whistle-blowers, in violation of human righs and civil rights laws.

**The preps manually set-up these digital attack processes. They are not "glitches" or "bugs".**

All of the above tactics have been documented being used by Google, Facebook, YouTube and Linkedin, against victims, as reprisal, on orders from Bay Area politicians.



*Figure 11: SF Politicians Partner With Silicon Valley Media Oligarchs To Rig Elections And News*

# Are The FTC And The FEC Neutered?

Many have aggressivly pushed for the creation of an FTC and an FEC task force to take on the San Francisco tech monopolies. They have submitted thousands of pages of reports about Facebook, Tesla, Paypal and Google monopoly crimes based on data from San Francisco insiders at, and around, those companies.

The Federal Trade Commission has now launched a task force to monitor competition in the US's technology markets, commissioners announced. In reaction, the Silico Valley oligarchs are attempting every bribe, favor, influence manipulation and delay effort to stall that development.

The task force will include current officials working in the agency's Bureau of Competition in order to "enhance the Bureau's focus on technology-related sectors of the economy, including markets in which online platforms compete." It will also include 17 staff attorneys who will be tasked with investigating anti-competitive behavior in the tech industry.

"The role of technology in the economy and in our lives grows more important every day," FTC Chairman Joe Simons said. "As I've noted in the past, it makes sense for us to closely examine technology markets to ensure consumers benefit from free and fair competition."

"Technology markets ... raise distinct challenges for antitrust enforcement"

The new task force comes amid growing pressure for antitrust action against large tech companies like Facebook and Google. Earlier this month, it was reported that FTC officials have been looking to levy a multibillion-dollar fine on Facebook for repeatedly violating a privacy agreement the two bodies came to back in 2011. A coalition of advocacy groups argued that a fine would not be enough to incentivize Facebook to be more cautious with consumer data and asked the FTC to force the company spinoffs, Instagram and WhatsApp, back into their own entities once again. The groups argued that Facebook was too big for it to adequately care for user data for all three major apps.

Discussion over retroactive merger reviews that may result in companies divesting previously approved assets has been heating up over the last few months. The Democratic-led House Judiciary Committee has been reportedly beefing up its antitrust arm and hiring on big names like Lina Khan in the academic sphere.

"Technology markets, which are rapidly evolving and touch so many other sectors of the economy, raise distinct challenges for antitrust enforcement," said Bureau Director Bruce Hoffman. "By centralizing our expertise and attention, the new task force will be able to focus on

Page 68  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

these markets exclusively – ensuring they are operating pursuant to the antitrust laws, and taking action where they are not."


Hoffman confirmed that the task force would look into consummated mergers, but could not name any investigations specifically. When it comes to remedies for problematic mergers, Hoffman said that firms could be "broken out," or could be forced to "spin off" previous acquisitions as new competitors in order to recreate the markets pre-merger.

Hoffman said that the task force would be working closely with the FTC's Consumer Protection Bureau as it relates to consumer privacy enforcement especially in cases in which these issues coalesce.

"Our ongoing Hearings on Competition and Consumer Protection in the 21st Century are a crucial step to deepen our understanding of these markets and potential competitive issues. The Technology Task Force is the next step in that effort," Simons said in the press release.

The Justice Department, which also has antitrust jurisdiction, is aware of the FTC's new task force, according to Hoffman, and both agencies will continue to work separately on this front.

An alliance of investigators, forensics experts, EU prosecution offices, FBI specialists, journalists, voters and public crowd-sourced volunteers have been campaigning for the arrest, prosecution, exposure and termination of each and every company, group and individual who engaged in these crimes and reprisal attacks on those who reported them.

See Also: https://www.usnews.com/news/world/articles/2019-02-27/billionaire-list-shows-1t-hit-from-18-market-meltdown

A year later NOTHING HAS BEEN DONE. As soon as a federal case is announced, that might impact the San Francisco tech mobsters, billions of dollars of bribes, lobbyists, influencers, hookers and rent boys are sent out. The cases then grind to a halt. One has to wonder if anyone in law enforcement has the balls to stand up to the San Francisco mobsters?



SAN FRAN: Homeless man sits with decaying raccoon inside McDonald's

BY OLAF EKBERG
MARCH 8, 2020



# Attacked By Your Own Elected Officials

## ...And They Are Secretly Your Competitors...

When San Francisco City Hall puts a hit-job on you, you probably won't survive it. They, and the crooked California Senators that facilitate such payback and reprisal attacks, are really good at state-sponsored revenge tactics.

At least you will know that the crime you reported was real. You will get a bit of vindication on top of the death threats, Fusion GPS bots, Black Cube trolls, and Nick Denton character assassination screeds.

You will know for sure that the political mobster-thing you whistle-blew on was about to take down **The President of the United States** if it got traction in the news. The "main-stream" Silicon Valley corporation-controlled propaganda news is hard to get around. A multi-trillion dollar embezzlement of public funds could have done it, though.

This report documents the crime, the corruption, the reprisals and the state of modern Democracy...

———————————————————————

Federal investigators have proven (via records-tracking, financial data, surveillance, insider tips, leaks, etc.) that City Hall executives, government agency executives (SSA, LSC, DOE, USPTO, etc.) and California political bosses, including California U.S. Senators, own interests in the competitors to their own constituents worth many billions of dollars. Any citizen can confirm these assertions via public records and the evidence in this report.

The FBI has been arresting major political figures in this organized crime ring in San Francisco City Hall. Those government officials ordered, financed and executed whistle-blower reprisals and anti-trust violating attacks on the victims using state-sponsored, taxpayer-funded resources. Using government resources, they engaged in the illegal reprisal attacks on the citizens.

Corrupt San Francisco officials manipulated SSA, HHS, DOE, USPTO, DOJ, and other agency, payments, funds, benefits and rights in order to harm and economically damage the victims. They did it as political reprisal. They produced and financed a massive media defamation campaign using their Paypal Mafia-based "Silicon Valley Cartel". This 'Cartel': **1.)** finances the political campaigns of the Senators and the other politicians that own stock in their Silicon Valley dirty tech companies, **2.)** is the competitor of the victims, **3.)** shared staff with the named

Page 70  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

politicians, **4.)** is the nearly exclusive beneficiary of policy actions by those politicians, and **5.)** has a massive number of conflict-of-interest relationships with each of the charged politicians.

The victims reported the attackers crimes to the FBI, DOJ, IG and other officials and got attacked for reporting the crimes, for busting up the organized crime effort and for running companies whose product technologies obsoleted those of the tech Cartel. The victims are claiming their rights to their damages and fee compensation, but those same public figures have blocked them from an equitable jury trial to address the matter.

The government has provided the attacker/political campaign financiers/competitors of the victims with tens of billions of dollars of free government cash yet the victims have gotten nothing but grief from the public officials who are supposed to help them because a criminal cover-up is in process.

The politicians who got those "bad guys" that free taxpayer-provided money, own the stock of those criminal's companies, are best friends with those oligarchs and are politically financed by those corrupt players. This organized crime cartel operates the most audacious and corrupt scheme in American political history.

This report is based on first-hand damages, experience, interviews and discussions, with hundreds of government employees and contractors; well-known politicians and their support teams; plus tech CEO's and their employees. It is also based on FBI records, GAO reports and Congressional forensic experts.

This material has been filed with the FBI, DOJ, FTC, OSC, SEC, SSA, FCC, IG Offices, U.S. Congress and other relevant agencies as please to help the victims of these crimes. This is not just an informational document, it is a demand for justice! Some of the victims have been providing evidence to the DOJ and FBI, in this organized crime investigation, since 1978.

Not only do the Department of Energy, The Inspector General's office and all of the left-over staffers from the old corrupt agencies refuse to take any action; they actively operate a cover-up and expend vast amounts of taxpayer dollars to operate this cover-up and to engage in "hit-jobs", reprisals and revenge tactics against the victims to punish them for whistle-blowing.

They do this to hide billions of dollars of dirty stock market profits they engage in to this day. They do this to hide quid pro quo revolving door felony corruption schemes they engage in to this day. They do this to hide their felony crimes that they profit from, via unjust rewards, to this day.

Additionally, some of the material in this report was provided to the authors by those agencies. While some of this material is politically embarrassing to some of those agencies, all parties acknowledge that this disclosure assists in improved transparency at those agencies.

70

Page 71  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

**In every government agency there are three types of workers: 1.) The "*good ones*", 2.) the "*evil ones*" and 3.) the "*worker bees*". No matter how many "*evil ones*" there are at a given agency or department, it only takes ten "*good ones*" to bust them and get them fired or arrested. The "*worker bee*" ones tend to support the "*good ones*" in order to avoid disruption. This report could not have existed without the help of a few of the Elliot Ness-type "*good ones*" from each agency.**

The dictionary defines an **_Omerta_** ( *ō-mûr'tə, ō"mĕr-tä'* ) as: ► *n., A rule or code that prohibits speaking or divulging information about certain activities, especially the activities of a criminal organization; Alternative spelling of* omertà.( *https://www.wordnik.com/words/omertà* ); *a code of silence practiced by the Mafia; a refusal to give evidence to the police about criminal activities.*

The issue is about an *Omerta* practiced by well-known public officials and their Silicon Valley financiers.

Facebook, Google, Amazon, Ebay, Twitter, LinkedIn and Tesla bosses collude with San Francisco politicians and conspire to run racketeering operations.

Their synchronized and coordinated manipulation of news and media always has only one profiteering intention and always uses tactics which steer the manipulation effects to the benefit of the tech Cartel.

The tech Cartel bosses are all exclusive recipients of government cash, jobs, contracts and other payola provided to them as quid pro quo. Their scam is operated for the oligarchs by: 1.) technology law firms, 2.) CPA corporations, 3.) "bundlers" and 4.) lobbyists that run the whole corrupt process for these crooks. ***These four groups, more than any other parties MUST be FBI raided, outlawed and shut down by Congressional action! They are the biggest mobsters in the whole scheme!***

These crooks interact, every moment, with billions of average people around the world without oversight. There is no effective Congressional or public monitoring of these oligarchs. No other companies in the world are allowed the same access to government and the same exemption from the law. Their access and position is based on taxpayer financed resources which only *they* are allowed to use because of their bribe payments to famous politicians.

In other words: ***You, the public, paid for the government resources and perks they use to operate their abusive monopolies.***

They have used their monopolistic, extremist, synchronized access to control public and government impressions, policies, elections, social moods and perceptions for their ideological and profiteering goals. Bribes in the form of cash, stock, advertising, revolving door jobs, sex

71

workers, real estate, and hundreds of other kinds of payola, have been paid to *most* of the U.S. Congress and regulatory agency staff.

They meet covertly in restaurant and bar back-rooms (ie: "The AngelGate Scandal"), hotel suites, Aspen resorts and private mansions in order to plot and scheme their coordinated efforts. They control significant numbers of executives at the FBI, DOE, FTC, DOT, SEC and other agencies, who, under non-compromised conditions, would normally arrest or indict them. They have an extraordinary number of ex-CIA, ex-IN-Q-TEL and ex-Mossad spy staff employed at their companies because they enjoy the power of spy trade craft tools to manipulate business and politics.

They tell their naive young employees one thing and use their work-efforts to accomplish another thing: Their political goals!

They use Scientology and Rajneesh cult-like '*mindfulness'* and '*holistic'* echo-chambering to exploit their employees.

They have staged a nearly one trillion dollar government funds kickback operation, via the highly placed government officials they control,  in a massive quid pro quo and stock market manipulation schemes.

FBI and DOJ bosses (including Comey, Holder, McCabe, etc.) were fully aware of these facts because they received written reports stating this facts as early as 2008. They covered up the crimes of the Cartel in order to protect their profiteering insider partners.

Very few people understand how the Silicon Valley media Cartel's subliminal messaging, mood manipulation and intention triggering technologies work and how they can be used to cause physical, emotional and cultural harm on an epic scale. The mass manipulation power of the Cartel is astonishing and VERY hard for the average person to comprehend from a technological and psychological perspective.

1.) ***criminal tech oligarchs*** pay-off 2.) ***politicians*** and their 3.) ***Silicon Valley billionaire political manipulator buddies*** with a menage-et-trios bribe payola three-way scheme using money from public taxpayers and public shareholders. It is a ring of corruption that never stops spinning and the crooks are funded by public money. Eric Schmidt, Elon Musk, Larry Page, Harvey Weinstein, Jeffrey Epstein, Mark Zuckerberg, and the rest, engage in unspeakable acts using so much public money that they make Al Capone pale in comparison.

This Cartel of oligarchs and politicians have "***Kill Teams***" of hired tech mercenaries and media attackers that they pay to terminate members of the public, the media and smaller business that expose them or compete with them. Those attackers are identified, by name, in this book, and their tactics are exposed herein. In the DOJ case against Google ( ***Case # 1:20-cv-03010*** ), it is

quite clear that Google is at the tip of an organized crime empire and a conspiracy to control news and commerce.

To ignore, or cover up, the facts that these companies are a Mafia-class organized crime Cartel is to subject the national population to a risk greater than that of the entire old Italian Mafia!

The links herein point to over 2 million pages of confirming evidence documents and over 60 hours of documentary and surveillance videos already provided to, or by, government investigators. This massive volume of evidence provides indisputable proof of the assertions herein by the people who were "*in the room*" and who witnessed these crimes!

The only reason the Google's of the world are afraid of the truth is because they cannot exist in the face of the facts! The tech Cartel's greed made them forget the old rule: *"Dirty deeds done in the dark will always come to light!"*

When you talk to a public official who is involved in these cover-ups, they will lie to you. In almost every instance, the officials we asked to solve these problems turned out to be simpering, pandering, extremist zealots who will say anything to deny, distract, defer and delay justice and interdiction in these matters. The most famous senators, mayors and White House personnel were all discovered to be putting cash in their bank accounts, getting jobs, getting sex and buying mansions from the profits of these crimes.

In fact, NSA surveillance; DOJ surveillance; government agency mail server records; corporate mail server records; Google email records; Yahoo email records; Facebook storage records; Linkedin archive records; tattoos; personal email and texting files; social media postings; photographs of the parties of interest at protests, riots, marches and social parties; their voting records; their financial stock ownership records; statements from their co-workers; financial records of their political contributions; their contacts lists on their smartphones and MS Outlook; adjacent building video surveillance cameras; stickers and signs on their cars and homes; AI processed analytical decision trees of the rulings they have made within government agencies; their job applications records from Craigslist, Monster, Taleo, etc; and a massive amount of other FBI-quality evidence; has proven that there does not appear to be anybody who worked on the victims case who was not an extremist, socialist, pro-anarchy activist. If any agency can prove otherwise, we are delighted to see the evidence. Federal IT officials have stated that almost every person who has touched, moved, ordered, requested or reviewed the Plaintiffs files is documented and it is easy to use NSA or Palantir-type software to rapidly confirm the assertion.

Taxpayer funded government resources were used to harm and damage the Plaintiffs as reprisal for their assistance to law enforcement.

Thus, State and Federal agencies owe Plaintiffs funds to compensate for those harms and damages.

Forensic investigative history has now proven that those government officials at various agencies were either *financed by, friends, with, sleeping with, dating the staff of, holding stock market assets in, promised a revolving door job or government service contracts from, partying with,*

Page 74  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

*personal friends with, photographed at private events with, exchanging emails with, business associates of or directed by; applicant's business adversaries, or the Senators and agency politicians that those business adversaries pay campaign finances to, or supply political digital search manipulation services to.*

That was a violation of Plaintiffs State and Federal Constitutional rights, all of Plaintiffs civil rights and a violation of a vast number of laws.

----------------------------------------------------------------



# Wherefor Art Thou, Justice?

This report was produced as a document of the actual corruption, crimes and attacks a group of citizens experienced. This is the legacy that will follow the perpetrators throughout history. Long after the crooks documented here have passed away, the world will still know their crimes and corruption.

This material is not about political ideologies.

It is not about Democrats or Republicans.

It is about **_racketeering, insider trading and organized crime_**.

The victims of the San Francisco corruption Cartel are are all natural born United States citizen(s) residing in America who worked for, and with, the State and Federal government as contractor/employees in technology, intelligence and/or law enforcement roles and had relationships with White House, Mayoral, Senate and Congressional executives (and their financiers) who provided knowledge of the stated crimes. They are not associated with any political party and self-identify as "independent" voters.

The victims suffered harms and damages from a felony organized crime operated by San Francisco County, State and Federal public officials, per forensic investigators, FBI, Congressional reports and filed federal FOIA request responses pursuant to the Freedom of Information Act (FOIA), (5 U.S.C. § 552 et seq.) and the implementing regulations of the United States government, and applicable laws. The victims are seeking to acquire compensation for their damages and expose and curtail this type of corruption for all of time.

Via standard legal and forensic accounting metrics the damages to some of the members of the public who were harmed by this corruption can be easily calculated. The victims in this "Omerta" corruption case are seeking compensation, per the list of harms in the sections below, from the Federal Treasury to compensate them for the proven harms and damages caused to the Plaintiffs. Further, they are seeking damages and back-pay funds from the general State and Federal Treasury funds.

For contrast, taxpayer-financed government 'payola' and crony conduit funds in excess of **_$18 billion (Tesla)_** and **_$49 billion (Google)_**, respectively, have been given to each of two of the victims competitors, who then made many times those amounts by profiteering off those funds via criminal and corrupt activities. Those two insider examples are only two of dozens of technology oligarch-operated examples in the **_Cartel_** that government officials profited from, but these two are prime examples of the criminal activities engaged in, and covered up, at the expense of the victims who were attacked for reporting the corruption crimes.

Both Google and Tesla are now under federal investigation and civil charges for racketeering and organized crime. It is shocking, to every voting citizen, that such criminal entities would receive such a massive volume of corrupt quid-pro-quo largess while law-abiding Plaintiffs technologies and products, which obsolete those competitors products on every metric, would be blockaded.

Page 76  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

Plaintiffs were attacked using state-sponsored resources, due to bribery and crimes by public officials, who own stock and benefits in those competitors.


Victim's of the San Francisco corruption have also been blockaded from their rights to legal council and equitable legal representation because this case exposes and embarrasses famous public officials who seek a cover-up. Nonetheless, denying citizens their civil and Constitutional rights is one of the biggest forms of human rights violations in the United States of America!

In one example, and for reference, we examine the United States Department of Energy government 'loan' program which was a "***stimulus fund***" authorized under section 136 of the Energy Independence and Security Act of 2007. (https://en.wikipedia.org/wiki/Energy_Independence_and_Security_Act_of_2007 ) . That fund was created by Silicon Valley and San Francisco venture capital oligarchs to allow The Obama Administration to pay them back for rigging the internet for the Obama capaign.

Congress provided the program with $25 billion in loan authority, supported by a $7.5 billion appropriation to fund the credit subsidy. All the money cam from you, the taxpayer.

The ATVM, LGP and battery funds were *designed by lobbyists* to benefit corrupt politicians and their billionaire financiers and to kill off their competitors.

Recent reports, such as: https://www.sfgate.com/business/article/Inside-eBay-s-Cockroach-Cult-The-Ghastly-Story-15599604.php ) prove that tech Cartel members: Ebay, Amazon, Tesla, Facebook

( http://popurls.com/go/pop/lbae924f6b574ffcc129f0f361e411de8 ),

Google, Netflix, et al; maintain para-military attack and surveillance geek armies, ***within*** their organizations, to go after competitors, whistle-blowers and those that their owners dislike.

These "***Kill Teams***" have CIA-like tools and funding to "target and destroy" any member of the public. Department of Energy officials pointed the finger at targets and paid some of these strike-force operatives via quid-pro-quo.

Many of the leaders of these political assassination teams were hired from the previous White House administration. Obama PR Director Jay Carney, who now works for Amazon, was documenting suggesting a hit on employees who spoke out about warehouse safety. Congressional leader Devin Nunes was targeted by six of these companies. The Tesla 'Intimidation Director ' was documented in court records running attack vectors against Tesla employee Martin Tripp because he reported safety cover-ups ( Watch This Pedestrian   http://popurls.com/go/pop/l94e3e600c2346835275b4ca0ceac31ad ) at the Tesla factory. The documents provided prove that tech billionaires ( http://popurls.com/go/pop/le7bddc602d893b8ebdc36ea1357df4ad )

hire, and partner with, White House staff to destroy the lives of American citizens who compete with, or report the crimes of those entities.

Page 77  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

The Department of Energy worked closely with these **Kill Teams** in order to sabotage competitors of their insiders. Explosive New FBI Texts ( https://www.allsides.com/news/2020-09-25-1011/trump-was-right-explosive-new-fbi-texts-detail-internal-furor-over-handling ) prove that even the highest levels of law enforcement help put hit-jobs on those they disagree with! Corrupt government officials used a process, known in intelligence community trade craft circles as a "**Vendetta Cycle**", to 'kill' citizens. The process involves cutting off every outside source of income, running defamation media campaigns to forestall any future income, forcing the targets to be exclusively reliant on government funds **but** making the funds so minimal that the citizens could not afford to pay lawyers to help fight the attacks. The 'Vendetta Cycle' process blocks the targets from their money, their legal rights and their freedom. The process is repeated endlessly, and the government funds reduced, over time, until the victim is terminated.

This reprisal revenge process can be operated by just a handful of Senators and White House staff but the results are always lethal. It is 100% illegal and a vast violation of the United States Constitution but it is used constantly by political sociopath Senators. The process is described in leaked CIA, Russian and British spy manuals and widely covered by Glenn Greenwald and ICIJ reporters.

Even though the law in California (Cal. Lab. Code § § 1050 to 1053) says that an entity can't prevent or attempt to prevent former workers from getting work through misrepresentation, knowingly permit or fail to take reasonable steps to prevent blacklisting, or make a statement about why an employee was discharged or left employment, implying something other than what is explicitly said, or providing information that was not requested: **It is done every day in Silicon Valley.**

The "S*ilicon Valley No Poaching Black-List*" class-action lawsuit was about this issue. Federal FAR Section 9.104-1 (d), and related laws, apply. Blacklisting is a key part of the IC Vendetta Cycle attacks. The victims also suffered damage to their rights under the Age Discrimination in Employment Act (ADEA) (29 USC Sec. 621, et seq.); the Americans with Disabilities Act (42 USC Sec. 12181, et seq.); the Civil Rights Acts - (42 USC Sec. 2000, et seq.); the Davis-Bacon Act (40 USC Sec. 276a, et seq.); the Employee Retirement Income Security Act (ERISA) (29 USC Sec. 1001, et seq.); the Equal Pay Act (29 USC Sec. 206[d]) and other violations.

There is a precedent that was set in the US Supreme Court case: Gideon v. Wainwright, (1963) that clarifies that you have a right to a lawyer even if you don't have money for one.  The Sixth Amendment, as applied to the states through the Fourteenth Amendment Due Process Clause gives one their Due Process rights. You need to kill someone, though, to most easily get your free lawyer, since the court-appointed lawyer is rarely ever appointed, on citizens behalf, in a

Page 78  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

case like this. Even if a defendant is represented by an attorney of his or her choosing, he or she may be entitled to relief on appeal if the attorney did not provide adequate representation. A defendant must demonstrate that the attorney's performance "fell below an objective standard of reasonableness" and that this was prejudicial to the case. See:

*Strickland v. Washington* ( *https://supreme.justia.com/cases/federal/us/466/668/case.html* ) , 466 U.S. 668, 688-92 (1984).



A few "free lawyers", that victims had tried, turned out to be working for the opposition side. The federal organization: https://www.lsc.gov is required to help but has refused because it's administrators were friends with, and appointed by, the public officials charged with corruption in these cases.

# Do San Francisco Politicians Break Laws When They Do Corruption?

Yes, they do!

The "causes of action" that a citizen might have in a lawsuit against these oligrchs might include: *Abuse of process; FTCA violations; account stated; breach of contract; conversion; defamation; fraudulent misrepresentation; fraudulent concealment; injurious falsehood, product disparagement and trade libel; civil rights violations and violations of the U.S. Constitution; misappropriation of trade secrets; prima facie tort; quantum meruit; tortious interference including a.) Tortious interference with an existing contract, b.) Tortious interference with prospective, c.) Tortious interference with business relations contractual relations; patent infringement; personal injury; unjust enrichment; anti-trust law violations; labor law violations* and other causes.

Whereas the lawyers for the tech oligarchs argue that they should be sued separately from the government entities and the politicians, those tech oligarchs and politicians invalidated that assertion by exchanging billions of dollars of (NOT reported to the FEC) cash, stock market stocks, real estate, search engine manipulations, insider trading algorithm manipulation sharing, and other compensations, which, thereby, made them business partners with each other, combined them as a RICO racketeering compliant "Cartel", in the eyes of the law, and joined them legally as a group organized for "unjust gains'.

To clarify, criminally corrupt politicians changed federal laws so that they could say that such bribery '*was only not illegal for themselves*'. Whether this contrivance by these corrupt insider-trading Senators will stand, remains to be seen. The fact that these political figures conspired with each other and their financier/beneficiaries leaves no cloudy issues relative to the law! ***They broke the law under racketeering and organized crime rules!***

In part of the scheme; to qualify for those Department of Energy funds, automakers and eligible component manufacturers had to promise to increase the fuel economy of their products by 25% over the average fuel economy of similar 2005 models, and apply the loans to future investments "reasonably related to the reequipping, expanding, or establishing a manufacturing facility in the U.S." Plaintiffs vehicles had the highest calculated fuel efficiency in the world, the lowest cost-to- manufacture, the lowest selling price, the most attractive debt-ratio, the highest safety factor, the most hires of laid off Detroit factory workers and executives and the biggest volume of sales order requests! Plaintiffs had refused to pay the bribes so they got ***black-listed***! Even though these rules were supposed to be "law", Department of Energy officials constantly and illicitly

79

changed the rules and criteria, every time that it looked like an outsider was getting close to winning the funds. In this way, **_no applicant who was not a White House or U.S. Senator's political campaign financier could ever get the money_**.

Bright Automotive, ZAP, XP, EcoMotors and Elio have famously published national letters confirming that the entire Department of Energy funding programs are a shell game operated with constantly shifting gauntlets designed to only allow insiders in and destroy all of their competitors. DOE staff will make up any excuse to keep non-crony applicants out, including faking reviews of applicants and shredding their data. A large majority of DOE staff are still "left-over" from the previous corrupt Administration and believe that their income is still based on lying and providing a cover-up of the criminal corruption described herein.

Non-crony applicants were **_DEFRAUDED_** into thinking that they had a chance. Outsider applicants were falsely **_INDUCED_** to spend millions of their dollars via false government promises. This resulted in part, but not all, of the massive damages to Plaintiffs. In distributing the loans, the DOE was supposed to fairly support technologies that are promising and deserving of assistance. Alas, recent lawsuits, GAO and Treasury examinations and Congressional investigations have revealed that the Department of Energy has been "_infected with corruption_" and only administered these funds to benefit friends and harm their competitors.

Loan recipients must also be "financially viable" for the length of the loan. Plaintiffs stayed viable through the projected life of the loan, under the most dire circumstances possible, even though most other crony "winners" of ANY DOE funds were forced into bankruptcy by the lies and frauds operated by the White House and Department of Energy and the "unjust-gain" (Per the U.S. Treasury) schemes to intentionally crash companies like Solyndra and Abound for "Windfall tax write-off profits and VC/I-Bank skims" [2]

https://en.wikipedia.org/wiki/
Advanced_Technology_Vehicles_Manufacturing_Loan_Program#cite_note-csmonitor.com-2

Tesla borrowed cash from Arabs, Warren Buffet and Detroit to cook it's books to make it look financially viable on paper, but Tesla was anything but "_OK_". Tesla is a sham. Musk can cycle the original DOE funding for stock market pump-and-dumps for the next 100 years but Tesla is will always be a company forged in corruption, 'book-cooking', bribes and payola. Musk and his scams exist because over a thousand insiders at **Goldman Sachs (**
**https://www.businessinsider.com/matt-taibbis-vampire-squid-take-down-of-goldman-sachs-is-finally-online-2009-7?op=1 )**, The NVCA and **Deutsche Bank** (
https://www.db.com/company/index.htm ) spend all day manipulating the stock market with massive automated computer trading arrays. Also, four big U.S. Senators (who are his investors)

Page 81  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

spend a large part of their days covering his ass in order to keep their insider trading schemes going.

Given 60 days by congressional statute to issue an interim final rule, the Department of Energy (DOE https://en.wikipedia.org/wiki/United_States_Department_of_Energy ),[3] responsible for overseeing the program, finalized the rule 36 days later on November 5, 2008 (compared to 18 months usually needed for such rule making). Over 1000 public officials and applicants can testify that the money was planned to have been distributed by Dec. 30, 2008.

This program is related to the United States Treasury Department'
( https://en.wikipedia.org/wiki/United_States_Treasury_Department )s Troubled Asset Relief Program (TARP - https://en.wikipedia.org/wiki/Troubled_Asset_Relief_Program ) "*stimulus fund*" which has been providing contrived bailout (
https://en.wikipedia.org/wiki/Bailout )funding to two of the big three U.S. automakers to give the impression of reducing the effects of the 2008–10 automotive industry crisis on the United States ( https://en.wikipedia.org/wiki/Effects_of_the_2008–
10_automotive_industry_crisis_on_the_United_States ).

The two "*stimulus funds*" programs were enacted during the Automotive industry crisis of 2008–10 ( https://en.wikipedia.org/wiki/Automotive_industry_crisis_of_2008–10 ), in order to pay off political favors[4] Obama Chief of Staff Rahm Emanual is notorious for saying that you should '*never let a good crisis go to waste*', by which he meant that politicians should create "*stimulus funds*", to hand out taxpayer money to their friends, every chance they get. (ie: See the internal Treasury, GAO and OMB notes on the current "*COVID Stimulus*" investigations and negotiations re: payola and crony schemes).

The stark reality is that *no politician screaming about "climate change" and "immigrants", etc. is not making tens of millions of dollars in stock market profits from "climate change" and "immigration" services providers*. They have a traceable financial incentive to lie about these issues for their own profiteering schemes. They get paid by Eric Schmidt, Elon Musk, Reid Hoffman and the Cartel to say these things and they own stock in the Tesla cars and Warren Buffet windmills. You can follow the money, quite easily, with modern AI technology, but the mainstream media hides that fact.

While climate change may be bad for crops, the only "green" thing that these crooked Senators care about is the "green" cash in their stock market accounts.  They only need that taxpayer Department of Energy "ATVM" or "LGP" money to appear in an outside account for a few minutes while their Goldman Sachs insiders and their Sandhill Road VC's scoop the "skims". The **skims** are billions of dollars of fake "*management fees*" off-the-top, electronically captured with the push of a button. The Plaintiffs helped get the FBI to raid Solyndra, not because

Page 82  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

Solyndra's indium-based solar tubes caught on fire all the time or because of the real estate scams involved, but because crooked money was made off of the skims and the manipulated windfall tax write-off profits. Solyndra never had to sell a thing for the scams to work. Department of Energy staff, especially PR staff, will lie, shred, deny, defer and obfuscate to cover-up these crimes. DOE policy is to "deny any and all past political failures, _no matter what_".

In this case, Plaintiffs have filed charges, criminal referrals and requests-for-investigation with the FBI, DOJ, FTC, SEC, SFPD, Inspector Generals, and other offices. Plaintiffs won previous historical, precedent-setting, federal lawsuits proving that Plaintiffs funding and agency decisions _**were manipulated by reprisal, vendetta, revenge hit-jobs operated against him by government officials exposed in an active federal corruption investigation**_. FBI officials Patricia Ritch, Christopher Wray, John F. Bennett, Craig D. Fair, the duty officers, and their predecessors, at the San Francisco and Washington DC offices should be familiar with this case as building logs and videos show that Plaintiffs have been to the 450 Golden Gate Ave, 13th Floor FBI offices on multiple occasions to file reports. Plaintiffs have active SEC, SFPD, OSC, etc. case numbers. Plaintiffs are also actively participating in the promotion of current DOJ and FTC lawsuits against the perpetrators including Google/Alphabet and other large parties who influenced government process, illicitly, in this corruption matter.

While Plaintiffs have asked the Department of Justice to execute and collect these funds _on their behalf_, they have reserved their rights to have _any_ commercially licensed collection agency legally acquire these funds, under law. These particular funds and these particular government bank accounts are like no other in the world and they offer novel collection opportunities and challenges.

The Plaintiffs have, for years, implored The U.S. Department of Justice to take up Plaintiffs case in order to expedite the matter. United States Attorney Generals and FBI bosses keep getting indicted, fired and investigated over this very same matter of corruption, so this ask has been a long row to hoe.

Plaintiffs have demanded an immediate settlement to the claim so that all parties can be spared further pain in this matter. Getting a response from the feds, though, is like pulling teeth. Hollow, ineffective form letters from law enforcement and regulatory agencies, for a case this compelling, ring of insincerity and underscore the frustration every citizen has with the modern justice system.

It would not be a total loss for the federal bankers, though. The federal government is free to seek reimbursement from the State Of California for these funds, to replenish the DOE account that Plaintiffs intend to garnish. Why? Because over 40 major California public officials, known

to federal investigators, participated in the referenced corruption in a manner which inured to their personal and family bank accounts and damaged all of the Plaintiffs in this matter (as well as the taxpayers). That fact is easily proven by the forensic accounting of those politicians family investment bank accounts, from 2007 to today, and their email communications, all of which the NSA and other agencies have recorded (and outside hackers may have acquired). Those public officials engaged in this corruption on an interstate basis which, also, makes this matter of interest to the FBI.

*This is about one of the largest criminal stock market and payola manipulations in American history! It is happening again with the* **COVID "stimulus funds"**

**(** **https://www.zerohedge.com/political/house-moderates-hammer-out-152-trillion-bipartisan-compromise-pandemic-relief** **)!**

The 2008 "Stimulus" ended up being $2 trillion dollars. Ironically, the 2020 COVID "stimulus" plan is for the same amount. All of the players are the the same and the insider trading schemes are quite similar. Those who do not learn from the past are doomed to repeat it!

Plaintiffs have reported this, in writing, to every known law enforcement and regulatory entity. They have a vast archive of crime report receipts and case numbers **but** zero productive results on their behalf. Each agency finger-points to another agency because they are either too lazy to do the work or their bosses are implicated in the crime benefits. The Plaintiffs will no longer wait for those responsible for enforcement to do their jobs. Everyone has seen, in the news, the shocking number of Inspector General top brass indicted for corruption. It is clear that IG offices can no longer be counted on for justice.

So: U.S. Senators and their staff and financiers as well as White House executives, their staff and financiers and government agency executives and their staff and beneficiaries have been charged, fired and/or arrested in this matter. It has been irrefutably proven that those parties, could, have and may again, quite easily, manipulate federal records, decisions and processes in order to harm, punish, defund, and reprisal-blockade Plaintiffs rights, benefits and legal options. Silicon Valley oligarchs partnered with the politicians to operate these crimes. Over 1000 news broadcasts and hundreds of thousands of news articles discuss the case and those media clippings have been provided to every federal office in on-line, cloud internet, repositories. The feature films "**Too Big To Fail**", "**Omerta**" and over four different **CBS News 60 Minutes** episodes deal with this matter. San Francisco City Hall officials have started to be arrested in the associated corruption issues. Washington DC and Marin County officials are under investigation, by federal authorities, in this active case matter.

Almost all of the dirty cash quid pro quo Cleantech Crash deals happened in, and around, San Francisco. No other part of America go the money.

# Crony Insider Payola In San Francisco *"Green Energy"*

Cronyism is the main rule at San Francisco City Hall and the government allocates special benefits to the well-connected instead of fostering a playing field that provides opportunity for all to compete. Nancy Pelosi, Kamala Harris, Dianne Feinstein and Jerry Brown had stock market and revolving door job benefits from the Cleantech Crash Department of Energy funds "winners" and helped to sabotage the competitors of their friends that got handed Crony Cash. Forensic FBI-class accounting proves this! These people were supposed to be Plaintiffs leaders but they chose to cheat rather than compete!

Corruption cannot be fixed in America until it is illegal for ANY politician, or their family members, to own stock market stocks!

The Department of Energy's crony-exclusive subsidies obstruct the long-term success and viability of the technologies and energy sources that they are intended to promote by distorting the actual costs of energy production and interfering with the price signals by which businesses monitor supply and demand. This is clearly covered in the feature films: "***Too Big To Fail***" and "***Omerta***".

In order to keep competitors (of the California Senator's friends) from getting access to the funding, White House and Department of Energy (DOE) goons, under Secretary of Energy Steven Chu, resorted to the following vendetta and blockade tactics:

- Plaintiffs were first-to-file DOE applications. Plaintiffs had been invited by the government to participate. DOE refused to follow the "*First Come, First Served*" rule of the Section 136 funding law and moved those Applicant's who had their act together, to the back of the line when it was discovered that they were ahead of Tesla and Fisker, who had lackadaisically not even filed applications. Tesla and Fisker knew they were going to just be handed the funds, without review, based on White House insider say-so. DOE then arbitrarily published an illegal rule change press release saying that the "First-Come, First-Served" rule was suddenly no longer in effect after DOE realized that insider Tesla and Fisker had not had their acts together and that their competitors had filed first and could get money ahead of White House favorites Fisker and Tesla. Micheal Carr, one of the authors of the 136 Bill, personally told Plaintiffs, in his Washington DC office, that Tesla and Fisker were not intending to even submit applications because funding was "in the bag" for them. Washington DC research firm: Eye On Washington, spoke with Dianne Feinstein's Chief Of Staff, who threatened them and Plaintiffs over the Fremont California NUMMI factory. The Plaintiffs were the first party to approach the NUMMI factory owners to take over the factory. Elon Musk had already gone on the news to say that the

85

"NUMMI factory had no value to Tesla". Feinstein then talked Musk into back-tracking and taking the building because her husband ran CBRE realty which had interests in that and the Solyndra property (later raided by the FBI) next door. Her relative: Herb Newman, got the HR work and a construction contractor with Feinstein family connections got construction work. Some of her staff then went to work for Tesla. Feinstein's daughter used to stay at Plaintiffs home and had often complained about her mother's ethics in recorded get-togethers. Her best friend lived with Plaintiffs and her mother worked at the Feinstein office. The 60 Minutes "Cleantech Crash" episode reveals that most of the Plaintiffs technologies were acquired by China and forced ultra-cheap rates and Chinese spies have been found to be working for the Feinstein's. Tesla's China deal was facilitated by Feinstein intermediaries. Feinstein's hubby's business partner: Mart Bailey, is China's top deal maker. China is considered, by the Pentagon, to be America's biggest current global adversary.

- Once an applicant applied for DOE funds, they were locked out of all other bank or venture funding worldwide, by design. The National Venture Capital Association and major banks cooperated with this scheme. No other funding outlet could match the DOE finance rate, so nobody would fund an applicant until AFTER an applicant had been funded… but DOE would not fund any applicants except the 5 companies who paid the biggest bribes, and made the largest campaign PAC payments, to the Obama campaign. The DOE funds were a catch-22 to make sure that indie tech companies could NOT get funded unless they were crony insiders.

- DOE "bottom-drawered" outsiders, especially the Plaintiffs, applications and stuck them at the bottom of a file cabinet, in Lachlan Seward's DOE office, for months without even looking at them in order to run-out-the-clock on those who competed with campaign-finance front facades: Tesla and Fisker. Tesla and Fisker had agreed to take the taxpayer money, stuff it in their company account, then move it to PAC's who then moved it to Obama, Feinstein, Harris and Pelosi political election campaigns. That process is called "Dark Money Obfuscation". When the New York Mafia did it they got put in prison. When Elon Musk does it, he gets more free taxpayer cash.

- DOE told Plaintiffs, that competed with Tesla, that DOE would not approve the loan for their 100% electric car because the applicant's car "***DID NOT USE ENOUGH GASOLINE***"...! or that an applicant "was not going to make enough cars from the outset"..when it is widely known that any manufacturing effort requires a ramp-up curve.

- Every, so called, 'DOE reviewer' of the DOE applications was either a direct competitor of the Plaintiffs or had stock market holdings in Tesla, Fisker, Solyndra, etc. or later went to work for them. The review process was the most rigged, crony deal anyone had ever seen in Washington DC.

Page 87  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

- Insider (and bribe paying) Tesla Motors had hundreds of meetings and phone calls with DOE staff, many at DOE HQ, in order to hand-walk Tesla through the process and babysit their application on orders from the Obama White House. Competing applicants received no phone calls, no meetings and no help. DOE's Carol Battershal, refused to return most phone calls from applicants who were in competition with Tesla because she was a "*Tesla Fan Girl*".

- DOE lawyer Cohen, refused to respond to any questions from applicants competing with Tesla, yet spent many hours helping Tesla get their paperwork configured. He was terminated for conflict issues.

- Oval Office White House car czar: Steven Rattner, refused to assist or respond to any applicants and told a number of members of Congress that he was just focused on trading "votes-for-DOE-funds with Detroit auto unions". He said that small electric car start-ups "don't offer enough vote trades to make a discussion valuable". ***Rattner was later indicted in New York for Stock market fraud.*** His indictment provided key initial clues that the entire Cleantech "green energy" program was about pumping stock market holdings that DOE and White House insiders exclusively controlled for their own profiteering.

- The DOE was so overt in their industrial monopoly operations and sabotage efforts that Tesla's own marketing boss wrote an article about it because they were so obvious in their manipulations of an industry: **https://www.wired.com/2009/12/doe-loans-stifle-innovation/**

- DOE never once called, or returned calls from CEO's of the companies applying. DOE particularly refused to talk to Plaintiffs because all of Plaintiffs technology obsoleted all of Tesla's business model and technologies.

- One of the White House staff that communicated between agencies was caught taking pictures up girls skirts and his case was reduced because of White House intervention. Barack Obama later became part of NETFLIX and helped bring the notorious pedo film "Cuties" to the screen. Sex trades between White House staff, DOE staff and lobbyists had become common-place by 2010.

- Applicant Bright Automotive famously published a nationwide open letter confirming all of these crimes and abuses by DOE

- ZAP Motors, Elio Motors, Brammo and almost every other applicant confirmed these charges.

- The GAO, Congress and yet-to-be-seen FBI documents and NSA recordings confirm all of these assertions.

- Plaintiffs hand delivered more written customer order letters to Congress and DOE in Washington DC than ALL of the other applicant's combined yet Lachlan Seward at DOE "lost

them" (like Lois Lerner lost her IRS hard drives). The applicants re-sent them, yet the DOE office refused to review them or contact the customers that had submitted them because they proved that Tesla was faking customer order volume and other applicants were not.

- DOE staff Matt Rogers, Steve Spinner and other Steven Chu buddies, who were manipulated into DOE jobs by McKinsey/Covington and Burling, flew back and forth to California, on the taxpayers dime, to go to parties and baseball games each weekend, yet DOE could not find the time or resources for any in-person meetings with anyone but insider Tesla Motors. They were reported-on by green energy CEO Gary D. Conley. Conley was later found with a bullet in his head behind Beale Air Force base in Northern California. Conley had written and talked to a number of applicants stating that a major Silicon Valley crime mob was "after him". Kamala Harris refused to investigate the matter when she was the Attorney General of California. Harris is financed by the Silicon Valley oligarchs suspected of being complicit in the deaths of Conley, Rajeev Motwani, Seth Rich and others.

- Applicant XP Vehicles had applied for a loan under the DOE "LGP" program. DOE wanted a cash payment of many tens of thousands of dollars from them in order to look at that application. DOE told XP that "DOE does not have an application form so just make up your own". XP acquired an investor to fund the "review payment", which DOE maintained was not a bribe. Tesla Motors was not required to make such a payment in advance of review. Tesla only had to make the payment later, after other applicant's complained that Tesla was getting "crony insider favors". Secretary of Energy Steven Chu's top man had committed, in a recorded call, to speak to XP's outside investor's in one phone call, per the request of XP's investors to confirm that the money was being used as a DOE fee. The DOE official refused to return all calls, emails, FEDEX letters and personal messenger requests to respond. He was recorded in conversations in the next room while his secretary said he was "not in the building" and also when he told his secretary to "hang up" on the callers. The investors had become concerned that the promised reply from DOE was being blocked. After a massive number of attempts, a few minutes after the deadline to pay the "review fee" had passed, the senior official at DOE finally responded with a communication. He sent an email stating that XP had missed the deadline and was not eligible to apply. He had specifically and overtly sabotaged XP by not giving the one sentence response to XP's investors, ever!, and then waiting until the moment the deadline passed to say "HA, we f*cked you!" In a recorded conference call and Congressional meetings, Steven Chu had offered to waive the fee, as DOE had set a precedent of doing for this with other, applicants. XP, which beat every other applicant on comparative metrics, lost millions of dollars because of the lies and machinations of DOE.

- Steven Chu's buddies at McKinsey Consulting flooded Congress and the White House with "helpful" "White Papers" that all seemed to reach the ironically similar conclusion that only

Page 89  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

Tesla Motors could be the "green company" that could solve "green energy". Raj Gupta Went to jail for rigging McKinsey and ( https://www.indiawest.com/blogs/former-mckinsey-ceo-rajat-gupta-s-10-tall-claims-short-shrifted/article_e7e88b8c-9c58-11e9-9d18-03143accc78a.html ) stock market manipulations. The Silicon Valley oligarchs had hired all of McKinsey to push this narrative that would only hype Tesla stock. Mckinsey pushed lithium mining and lithium batteries like there was no tomorrow. Google and Goldman Sachs held massive assets in lithium mining.

- DOE "Tesla Fan Boys" made up their own interpretations of applicants statements and re-wrote applicants intentions in order to create negative data for competitors of Tesla and make Tesla look better even though Tesla was: 1.) about to go bankrupt, 2.) bleeding cash, 3.) owner of the absolute worse debt ratio of any applicant, 4.) Trying to build new buildings, like Solyndra (for real estate holdings to benefit CBRE, Feinstein's husband's company), 5.) bleeding staff, 6.) operated by a sociopath drug abuser, 7.) reliant on Afghanistan war-based lithium battery mines that may never materialize, 8.) reliant on Congo cobalt mines that used child slave labor, 9.) reliant on Panasonic lithium batteries that were never intended for auto energy storage and widely documented to explode and release poison cancer-causing gas during fires, 10.) off budget PER CAR by over $100,000.00 PER CAR, 11.) in a legal dispute with all of it's founders, 12.) fully conflicted with stock ownership by DOE, White House and Senate executives, and much, much more...The FBI and SEC have been provided with a list of nearly 1000 lies, deceptive actions, safety cover-ups, stock manipulations in association with Google owners, sex abuse issues, racism and frauds by Tesla Motors and Elon Musk.

- Department of Energy staff use lies, Lois Lerner-type manipulations, sabotage, third-party contracted media hit-jobs (operated by Fusion GPS, Gizmodo, Media Matters, Google, etc.), stone-walling and other dirty tricks tactics known as "Ratf*ucking", to harm and delay funding for any party who might compete with the crony insiders.

There are **thousands** of other hard-evidence case examples of the corruption in this case.

White House Staff including Rahm Emanual, Bill Daley, Jay Carney, Robert Gibbs, Steve Rattner, David Axelrod, John Podesta, et al; and The Secretary of Energy Steven Chu and the Chief Counsel for the United States Department of Energy Daniel Cohen and Bill Cooper were, (from 2007 forward), either financed by, friends, with, sleeping with, dating the staff of, holding stock market assets in, promised a revolving door job or government service contracts from, partying with, personal friends with, photographed at private events with, exchanging emails with, business associates of or directed by; applicant's business adversaries, or the Senators and Department of Energy politicians that those business adversaries pay campaign finances to, or supply political digital search manipulation services to.

Criminal U.S. Senators coordinated and profited in these schemes. Their own family members have now supplied evidence against them. The facts prove that nobody is allowed to "win" government funds **unless** they are friends and stock market partners with certain U.S. Senators.

Even if your DOE application metrics beat every single other competing Applicant, you will get lied to and defrauded by Department of Energy and White House officials. You will be told that you have a "fair chance", **but** all of the money is secretly hard-wired to a business partner of a Pelosi or Feinstein and you will just waste your time, staff resources and payroll waiting for years on promised funds that will never come.

The awful truth is that Plaintiffs were **DEFRAUDED** out of their life savings, their investors savings and years of their lives by the U.S. Government. The feds knew that the money was hard-wired to Fisker, Tesla and the crony insiders but they induced the other applicants to apply under false pretenses. They used the outsider applicants as a cover-up for their pass-through crony payola schemes to pay off Silicon Valley tech oligarchs for funding the Obama and Pelosi political campaigns and internet search rigging.

The White House, at the time, and the Department of Energy engaged in ***FELONY, ORGANIZED CRIME*** payola, worked with  Jeffrey Epstein and his gang and operated massive stock market manipulation. The highest levels of law enforcement, including Eric Holder and James Comey, helped cover it up! Joe Biden's son has now been exposed running the same type of shenanigans with sketchy off-shore companies.

When the government plays favorites, valuable resources shift to less productive uses.

Removing the cronyism and corporate welfare that are pervasive in energy markets is no easy feat. The current administration's attempt to rescind unused funds in the U.S. Department of Energy Advanced Technology Vehicles Manufacturing loan program provides a good case study.

In handing out only five crony loans, the program has wasted taxpayer dollars by subsidizing economic losers (Fisker) and has promoted corporate welfare by subsidizing well-off companies (Nissan and Ford). Tesla Motors was clearly awarded government funds based on bribes and cover-ups of its failed finances and deadly engineering defects. Additionally, Tesla acts as a campaign funding conduit to Nancy Pelosi and Dianne Feinstein's election drives. The program has $4.3 billion remaining but has been idle for more than eight years without a new loan administered by the department because the FBI is hot on the trail of this scheme. Funds still left in that account should be given to the Plaintiffs who were the victims of this failed crony payola Cleantech Crash political payola scheme.

Page 91  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

The Congressional Budget and Impoundment Control Act of 1974 authorizes the President to rescind funding previously enacted into law, and the White House appropriately offered a $15 billion rescissions package that included the Advanced Technology Vehicles Manufacturing loan program. The government owes the defrauded applicants their damages and that money should come from the $4.3 billion still sitting around at DOE. The White should take the $1.5 Billion out of the fund and provide it to these Plaintiffs.

The Pelosi Special Interests have, so far, prevailed, and the program remains in place. The money is just sitting there. A DOJ lawsuit is needed to expose the scam and shut down these crimes against the public. In the mean time, that money must be used to compensate those harmed, damaged, sabotaged and defrauded by DOE. No company will ever get that money again without a global crowd-sourced public FBI-class investigation being conducted against them. That money, must, therefore, be used to make up for the quantified past crimes and harms against the non-crony Applicant's!

Thus, the State of California and The Agencies Of The U.S. Government should consider Plaintiffs demand. It is a legal '**Demand For Payment**'.


# Here is how the corruption process works:


**Crony capitalism - Wikipedia**

W https://en.wikipedia.org/wiki/Crony_capitalism

**Crony capitalism** is an economic system in which businesses thrive not as a result of risk, but rather as a return on money amassed through a nexus between a business class and the political class.This is often achieved by using state power rather than competition in managing permits, government grants, tax breaks, or other forms of state intervention over resources where the state exercises ...


**CRONY CAPITALISM | definition in the Cambridge English ...**

https://dictionary.cambridge.org/us/dictionary/english/crony-capitalism

**crony capitalism** meaning: an economic system in which family members and friends of government officials and business leaders…. Learn more.

91

Page 92  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

## What is crony capitalism? definition and meaning ...

www.businessdictionary.com/definition/crony-capitalism.html

**crony capitalism**: An economy that is nominally free-market, but allows for preferential regulation and other favorable government intervention based on personal relationships. In such a system, the false appearance of "pure" **capitalism** is publicly maintained to preserve the exclusive influence of well-connected individuals.

## Capitalism Definition - Investopedia

https://www.investopedia.com/terms/c/capitalism.asp

**Capitalism** is an economic system in which capital goods are owned by private individuals or businesses. The production of goods and services is based on supply and demand in the general market ...

## What is Crony Capitalism? | PragerU

https://www.prageru.com/video/what-is-crony-capitalism/

In **crony capitalism**, politicians spend the public's money not for the public interest but to reward friends, supporters, or themselves. In **crony capitalism**, government officials use taxpayer dollars to benefit their friends, supporters, or themselves, rather than using that money for the public interest as it is intended. View source

## Crony-capitalism index - Wikipedia

https://en.wikipedia.org/wiki/Crony-capitalism_index

The **crony-capitalism** index aims to indicate whether the livelihood of the people from certain country or city with a capitalist economy are easily affected by **crony capitalism**.It is not an internationally recognized index due to its limitations. It is a new measurement of **crony capitalism** designed by The Economist newspaper based on the "work by Ruchir Sharma of Morgan Stanley Investment ...

## Crony Capitalism | Definition of Crony Capitalism by ...

https://www.merriam-webster.com/dictionary/crony capitalism

**Crony capitalism** definition is - an economic system in which individuals and businesses with political connections and influence are favored (as through tax breaks, grants, and other forms of

92

Page 93  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

government assistance) in ways seen as suppressing open competition in a free market. How to use **crony capitalism** in a sentence.

**Where Does Crony Capitalism Come From?**

https://investorhour.com/episodes/where-does-crony-capitalism-come-from

Nick Sorrentino is the co-founder of Against **Crony Capitalism** and the editor of AC2NEWS.com. A political and communications consultant whose clients have spanned the political spectrum, his work has been featured at Foreign Policy Magazine, Chief Executive Magazine, Reason.com, NPR.com, TownHall, The Daily Caller, and many other publications.

**Crony Capitalism in America | Mises Institute**

https://mises.org/library/crony-capitalism-america

Hunter Lewis. Hunter Lewis is author of twelve books, including The Secular Saints: And Why Morals Are Not Just Subjective, Economics in Three Lessons & One Hundred Economic Laws, Where Keynes Went Wrong, and **Crony Capitalism** in America 2008-2012, and has contributed to the New York Times, the Washington Post, the Times of London, The Atlantic and many other magazines and web sites including ...

**AC2 News - "The Real Problem with the Economy"**

https://www.ac2news.com

**Crony Capitalism** in America at IndieBound From Us to You Receive additional services from Against **Crony Capitalism** through email: Story updates, action alerts, free ebook, and more

**13 Examples of Crony Capitalism - Simplicable**

https://simplicable.com/en/crony-capitalism

**Crony capitalism** is a society that allows an elite to profit from government resources in a way that doesn't benefit society. This is typically based on some form of political corruption whereby politicians personally benefit by granting the rent seeking demands of an elite. The following are illustrative examples.

**What is Crony Capitalism? - YouTube**

https://www.youtube.com/watch?v=4DxXHh-p-O4

This election season there's a lot of talk about corruption, about politicians being "bought and sold", and about "**crony capitalism**". What do those terms mea...

Page 94  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

### Crony Capitalism in America: 2008-2012: Lewis, Hunter ...

https://www.amazon.com/Crony-Capitalism-America-Hunter-Lewis/dp/0988726726

**Crony Capitalism** is a companion volume to Hunter Lewis' other outstanding work, published at the same time, Free Prices Now! --Jeremy Hammond, Barrons, 11/2/13 ". . . What we have today is not the free market but **'crony capitalism,'** an altogether different matter.

### "Crony Capitalism" | Capitalism.org

https://www.capitalism.org/collectivism-statism/crony-capitalism/

"**Crony capitalism**" is a contradiction in terms. **Capitalism** is a political-economic system based on the principle of individual rights, which means the separation of state and economics (just like the separation of church and state). Under **capitalism**, the government's sole purpose is to protect each individual's rights equally.

### Crony Capitalism - University of Chicago Press

https://www.journals.uchicago.edu/doi/pdfplus/10.1086/686474

**Crony Capitalism** Paul H. Rubin* This Article discusses "**crony capitalism**," a form of rent-seeking, and its sources. Although the term **crony capitalism** is generally applied to non-Western economies, any economy is susceptible to three primary sources of cronyism: stan-dard special interest legislation, "bootlegger and Baptist"

94

# Big Tech's Mines Of Hell

How do you pay back the bribes, paid by Silicon Valley tech billionaires, to put Presidents in the White House to be your bitch?

You create payola out of holes in the ground! You use corrupt overseas "rare earth" mineral mines!

Meet the "*Russian Treasure Maps*" of Afghanistan. They were said to show where five trillion dollars worth of copper, *lithium for Tesla, indium for Solyndra* and other technology minerals were hidden in the Afghan plains. That lithium and indium could power Elon Musk's cars and Solyndra tubes,  (if only a certain group of Silicon Valley billionaires had a way to monopolize that...hmmmm?) But; were those "Treasure Maps" a trick or a treat?

To this day, controversy exists across the intelligence communities, of many nations, about whether, or not, those maps were a scam created to "trick the American's" or the actual locations of trillions of dollars of mining deals that were "*antibody's for the taking*". The papers that the CIA geologists pulled out of that archival library in Kabul, Afghanistan still read to be a bit too convenient for what happened next. CIA Boss Woolsey promoted lithium batteries until he was blue in the face. Did Woolsey own mining interests in the CIA manipulation efforts in Afghanistan? Secretary of Energy Steven Chu, after getting booted out of office for corruption, went to work at a lithium company. The USAID, staffed by Hillary Clinton associates, pushed white papers and power-points to tech VC's pitching the "***trillions of dollars of electric car lithium in Afghanistan***" and ignoring the fact that it may not even exist and that everybody around it wants to kill you. Is Elon Musk responsible for the deaths of all of the American soldiers that went to Afghanistan to get him lithium for his expensive douche-bag cars? Maybe.

Decades later, after an invasion or two, and vast expenditures of cash, political capitol and lives, very little of the promised golden mining treasure has materialized. What has materialized is epic corruption, political payola, campaign secrets, deaths and controversy. By Pentagon audits, over SEVEN TRILLION dollars of U.S. taxpayer money disappeared down the hole in Afghanistan and the U.S. got nothing out of it.



Goldman Sachs, McKinsey Consulting and Deloitte helped a few rogue CIA buddies distribute a huge number of white papers and press releases which used the buzz words: "Trillions of dollars of lithium in Afghanistan" and "Afghanistan is the Saudi Arabia of Lithium". Why would those

particular companies put so much effort into hyping a pile of dirt on the other side of the planet? The answer lies in who they hyped it to and who took the bait. It turns out, most of the money that flowed through this (probable) scam financed the Obama campaign. It also turns out that those who skimmed profits from this vast flowing river of corruption sludge were Elon Musk, John Doerr, Eric Schmidt, Steve Jurvetson and the very pack of investors who co-funded the Obama campaign. They were also the very same people who, exclusively, got the only cash from the Obama Administration.



They are also the very same people who had partnered with the Russian mining companies who were standing by to go back into Afghanistan to dig up this magical dirt-pile. Where "covert mining deals" were never a big election deal, in 2016, thanks to some monumental document leaks, they became one of the biggest deals in U.S. history..and not in a good way.

In other mining scam news, the **Uranium One controversy** involves the sale of Uranium One ( https://en.wikipedia.org/wiki/Uranium_One ) to Rosatom ( https://en.wikipedia.org/wiki/Rosatom ) as a $145 million bribery scandal involving Hillary Clinton ( https://en.wikipedia.org/wiki/Hillary_Clinton ) and the Clinton Foundation ( https://en.wikipedia.org/wiki/Clinton_Foundation ).

Since the 2015 publication of the book *Clinton Cash* ( https://en.wikipedia.org/wiki/Clinton_Cash ) by Breitbart News ( https://en.wikipedia.org/wiki/Breitbart_News ) editor and Steve Bannon ( https://en.wikipedia.org/wiki/Steve_Bannon ) collaborator Peter Schweizer

Page 98   EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

(  https://en.wikipedia.org/wiki/Peter_Schweizer  ) , as well as a 2015 *New York Times* article
that Schweizer was involved with,[1]
(  https://en.wikipedia.org/wiki/Uranium_One_controversy#cite_note-1  ) allegations of a bribery
scheme involving Hillary Clinton, the Clinton Foundation and the 2010 sale of Uranium One
persisted. Sean Hannity
(  https://en.wikipedia.org/wiki/Sean_Hannity  ) characterized it as "the biggest scandal — or, at
least, one of them — in American history," while his frequent guest and former Trump advisor
Seb Gorka
(  https://en.wikipedia.org/wiki/Seb_Gorka  ) equated it with treason worthy of a death sentence.
[2]
(  https://en.wikipedia.org/wiki/Uranium_One_controversy#cite_note-2  ) On June 29, 2010,
Renaissance Capital, a Russian investment bank with ties to the Kremlin and which was
promoting Uranium One stock, paid Bill Clinton $500,000 for a speech in Moscow shortly after
the Rosatom acquisition of Uranium One was announced.[20][21]
(  https://en.wikipedia.org/wiki/Uranium_One_controversy#cite_note-nyt042315-20  )
(  https://en.wikipedia.org/wiki/Uranium_One_controversy#cite_note-yf042315-21  )

The Clinton-Uranium One story is the "real" Russian scandal according to experts. Frank Giustra

(  https://en.wikipedia.org/wiki/Frank_Giustra  ) donated $31.3 million to the Clinton Foundation,
to be followed in 2007 with a pledge of at least $100 million. These amounts constituted the bulk
of the $145 million in supposed bribes paid to the Clinton Foundation.[8][9][10]
(  https://en.wikipedia.org/wiki/Uranium_One_controversy#cite_note-8  )
(  https://en.wikipedia.org/wiki/Uranium_One_controversy#cite_note-9  )
(  https://en.wikipedia.org/wiki/Uranium_One_controversy#cite_note-10  )

In the Congo, Elon Musk's rush to gather Cobalt for his exploding batteries has led to child slave
labor, mass rape, genocide and machete mutilations.

The wars and political dirty tricks to gather the politically targeted rare earth mining payola
which Google, Tesla, Facebook, Amazon (All sponsors and beneficiaries of the Obama
campaigns) stuffed into their products were worth a supposed "$18 trillion dollars" to the tech
oligarchs. People kill other people and rig elections for that kind of money.



DOE "Tesla Fan Boys" made up their own interpretations of Department of Energy  applicants statements and re-wrote applicants intentions in order to create negative data for competitors of Tesla and make Tesla look better even though Tesla was: 1.) about to go bankrupt, 2.) bleeding cash, 3.) owner of the absolute worse debt ratio of any applicant, 4.) Trying to build new buildings, like Solyndra (for real estate holdings to benefit CBRE, Feinstein's husband's company), 5.) bleeding staff, 6.) operated by a sociopath drug abuser, 7.) reliant on Afghanistan war-based lithium battery mines that may never materialize, 8.) reliant on Congo cobalt mines that used child slave labor, 9.) reliant on Panasonic lithium batteries that were never intended for auto energy storage and widely documented to explode and release poison cancer-causing gas

during fires, 10.) off budget PER CAR by over $100,000.00 PER CAR, 11.) in a legal dispute with all of it's founders, 12.) fully conflicted with stock ownership by DOE, White House and Senate executives, and much, much more...

The *Lithium, Indium, Cobalt* and *Uranium* mining deals, and their associated wars, were staged by the Obama Administration, through Goldman Sachs and JP Morgan for the nearly exclusive benefit of the Silicon Valley Obama political financiers. Obama's utter disaster of a war in Afghanistan was staged to help Elon Musk buy private jets and hang out at Jefffrey Epstein and Steve Jurvetson sex parties. How many child slaves died in holes in the ground digging for Musk's cobalt by hand? The "S" in "Model S" really stands for ***Slave-labor***!

**$1 Trillion Motherlode of Lithium and Gold Discovered in ...**

https://www.mining.com/1-trillion-motherlode-of-lithium-and-gold-discovered-in-afghanistan/

A recently unearthed 2007 United States Geological Service survey appears to have discovered nearly $1 **trillion in** mineral deposits in **Afghanistan**, far […] $1 **Trillion** Motherlode of **Lithium** and ...

**The Spoils of the War on Afghanistan, One Trillion Dollars ...**

https://www.globalresearch.ca/the-spoils-of-the-war-on-afghanistan-one-trillion-dollars-of-lithium-the-future-of-silicon-valley-may-lie-in-the-mountains-of-afghanistan/5375266

The vast discovery could very well propel **Afghanistan** — a war-ravaged land with a population of 31 million largely uneducated Pashtuns and Tajiks, and whose primary exports today are opium, hashish, and marijuana — into becoming the world's next "Saudi Arabia of **lithium**," according to an internal Pentagon memo cited by the New York Times. ...

**Afghanistan is sitting on mineral wealth worth over $3 ...**

https://tfipost.com/2020/07/afghanistan-is-sitting-on-mineral-wealth-worth-over-3-trillion-and-its-future-depends-on-it/

**Lithium** is also crucial in technological equipment like mobile phones and laptops. An even more encouraging study was conducted in the year 2017 by the Afghan Ministry of Mines and Petroleum. It pegged **Afghanistan's** mineral wealth at 3 **trillion** US **dollars**. This is equivalent of some of the biggest world economies like India.

**Afghan Lithium Stock Scam - a Washington Dc Organized ...**

https://xyzcase.weebly.com/afghan-lithium-stock-scam.html

100

Page 101  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

As of today the Afghan war has cost the U.S. over one and a half **TRILLION dollars** and, according to sociologists and economists, yielded no known benefits. The **lithium**, the gas pipelines and global goodwill goals have all turned out to be false hopes. Yale University calculates that 80% of the cash sent to **Afghanistan** disappeared in corruption.

### Mining in Afghanistan - Wikipedia

https://en.wikipedia.org/wiki/Mining_in_Afghanistan

Mining in **Afghanistan** is controlled by the Ministry of Mines and Petroleum, which is headquartered in Kabul with regional offices in other parts of the country. **Afghanistan** has over 1,400 mineral fields, containing barite, chromite, coal, copper, gold, iron ore, lead, natural gas, petroleum, precious and semi-precious stones, salt, sulfur, talc, and zinc, among many other minerals.

### Rare Earth: Afghanistan Sits on $1 Trillion in Minerals

https://www.nbcnews.com/science/science-news/rare-earth-afghanistan-sits-1-trillion-minerals-n196861

**Afghanistan** may be sitting on one of the richest troves of minerals in the world, valued at nearly $1 **trillion**, scientists say. ... zinc, mercury and **lithium**. ... while the Afghan government's ...

### The New Oil: Afghanistans Lithium Mines worth Trillions of ...

https://totallyfreepress.wordpress.com/2011/03/15/the-new-oil-afghanistans-lithium-mines-worth-trillions-of-dollars/

According to other reports the total mineral riches of **Afghanistan** may be worth over three **trillion** US **dollars**. ... similar to those necessary for the deposits in **Afghanistan** went out of production due to cheaper production from **lithium** containing brines. **Afghanistan** invited 200 global companies for the development of its mines.

### $1 Trillion Trove of Rare Minerals Revealed Under Afghanistan

https://www.livescience.com/47682-rare-earth-minerals-found-under-afghanistan.html

Despite being one of the poorest nations in the world, **Afghanistan** may be sitting on one of the richest troves of minerals in the world, valued at nearly $1 **trillion**, according to U.S. scientists.

### Why is Afghanistan unable to extract its vast mineral ...

https://www.aljazeera.com/indepth/features/afghanistan-unable-extract-vast-mineral-wealth-190527111748895.html

101

Page 102  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

Timory also criticised what he described as the overly politicised nature of decision making in the **mining** sector, as he warned of further **corruption**. **In** late 2018, **Afghanistan's** membership in ...


**Minerals have become integral to conflict in Afghanistan ...**

https://ariananews.af/mining-has-become-integral-to-conflict-in-afghanistan-undp/

**Mining** financing conflict The report also stated **mining** has been financing conflict and that the control of minerals extraction by insurgent groups has meant that they have been financing and fuelling conflict while undermining the legitimacy of the Afghan government and further spreading **corruption** and violence.

**Illegal mining costs Afghanistan millions annually: UN**

https://www.aa.com.tr/en/asia-pacific/illegal-mining-costs-afghanistan-millions-annually-un/1952838

World, Asia - Pacific Illegal **mining** costs **Afghanistan** millions annually: UN UN report says control of mineral extraction by insurgents, local militia, and warlords causes **corruption**, violence

**Corruption and Conflict in Afghanistan | Global Witness ...**

https://www.globalwitness.org/en/campaigns/afghanistan/

**Afghanistan's** new **mining** law risks falling short in the fight against **corruption** The worrying weaknesses in the new Afghan **mining** law must be revised if it is to allow the country's huge mineral wealth to benefit its people, rather than continue fuelling **corruption** and conflict

As if the **Trump** declaration of the multi-trillion dollar value of rare earh minerals was not enough to underscore the victm's assertion about the scope of the corruption issue, the **Biden Administration** has now trumpeted the size of the issue: **Silicon Valley tech oligarchs** control politics, politicians and public policy decisions in order to control ideologies and treasury money distributions. Their bribes pay to keep their monopolies going.

Fuel Cells like those used in the Honda, Toyota, Kia, Hundai, and all other non-Detroit controlled cars, work perfectly but the tech cartel hates them because they beat lithium batteries by miles. Steam, capacitors, air pressure, and hundreds of other energy solutions do not cause the genocides, child labor camps, explosions, self-generating fires, cancer-causing smoke and other evils that lithium batteries cause. All alternatives to lithium batteries can be entirely produced domestically. Lithium requires invasions and CIA covert actions in foreign nations that already

102

hate the USA. China, Chile, Afghanistan and other nations have already plotted dog-leash restrictions on U.S. access to rare earth minerals.

Risking the entire fate of America, these tech oligarchs and their surrogates, have spent billions of dollars to nay say every other technology, particularly fuel cells (which they fear most).

China promoted Joe Biden and Barack Obama for President because China knew that they would push electric cars..and China controls the electric car materials resources. Quite a scheme. It is not a question of "If" China will hold the U.S. hostage. It already has.

## U.S. Identifies Vast Mineral Riches in Afghanistan



Tyler Hicks/The New York Times

A bleak Ghazni Province seems to offer little, but a Pentagon study says it may have among the world's largest deposits of lithium.

By JAMES RISEN
Published: June 13, 2010

WASHINGTON — The United States has discovered nearly $1 trillion in untapped mineral deposits in Afghanistan, far beyond any previously known reserves and enough to fundamentally alter the Afghan economy and perhaps the Afghan war itself, according to senior American government officials.

### At War

Notes from Afghanistan, Pakistan, Iraq and other areas of conflict in the post-9/11 era.

Go to the Blog »

Multimedia

The previously unknown deposits — including huge veins of iron, copper, cobalt, gold and critical industrial metals like lithium — are so big and include so many minerals that are essential to modern industry that Afghanistan could eventually be



| RECOMMEND |
| TWITTER |
| COMMENTS (1460) |
| SIGN IN TO E-MAIL |
| PRINT |
| SINGLE PAGE |
| REPRINTS |
| SHARE |

In Theaters

Page 104  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

In February 2021, President Biden issued Executive Order 14017, "Executive Order on America's Supply Chains" (discussed here), requiring (among other things) a report within 100-days requiring key government agencies to assess vulnerabilities and consider potential improvements to supply chains in four critical industries – (i) semiconductor manufacturing; (ii) high capacity batteries; (iii) rare earth elements; and (iv) pharmaceuticals. He demanded this report because a ton of his staff were telling him that Jennifer Granholm, newly appointed Secretary of Energy, was "full of shit" promoting electric cars that could never be built because of resources constraints.

On June 8, 2021, the White House released its 100-day Supply Chain Review Report and accompanying fact sheet. This article does not attempt to relay all of the information from the 250-page Report (the Report's Executive Summary alone is 6 pages). Instead, we have attempted to summarize some of the Report's most salient points and suggest how the risks, challenges, and recommendations discussed in the Report may impact companies that do business in these four critical industries.

The bottom line: Rare Earth metals are an ALREADY FAILED EFFORT because they all exist in places that require cold, or hot, war to get them. There are many other options for energy storage.

**Summary of the 100-day Supply Chain Review**

As a reminder, the Executive Order asked for a quick-turn report within 100 days discussing four "critical" industries and the associated supply chain. Specific government agencies were assigned to lead the quick-turn review as follows:

| Industry/Supply Chain Issues | Responsible Agency |
|---|---|
| Semiconductor manufacturing | Department of Commerce |
| High-capacity batteries (including those for electric vehicles) | Department of Energy |
| Rare earth elements | Department of Defense |
| Pharmaceuticals | Department of Health and Human Services |

Our summary, below, focuses on what we see as the key risk areas and challenges, as well as certain of the resulting recommendations identified by each reviewing agency.

104

**I. Semiconductor Manufacturing and Advanced Packaging (Department of Commerce)**

Key Risks and Challenges

1. **Fragile supply chains**. Semiconductor supply chains are immense, and require vast inputs and resources to function properly. Because the industry is highly specialized and geographically concentrated (in Asia), a natural or human-made disaster has the potential to cause a massive disruption in the industry.

2. **Malicious supply chain disruptions.** As microchips become more complex and outsourced, the risk of malicious interference or disruptions increases dramatically. In particular, this includes insertions of malicious vulnerabilities (*e.g*., "back doors" that can allow malicious actors to target a system using the chip). Counterfeiting and re-use of compromised semiconductors presents an additional risk, including revenue loss and early or catastrophic failure of end systems.

3. **Dependence on China.** U.S. equipment companies are nearly entirely dependent on foreign suppliers, with purchases from China accounting for an increasingly large percentage of the market. Semiconductor companies would be significantly impacted by trade restrictions, embargos, or conflicts involving China. In short, the need to rely so heavily on a non-U.S. ally for an essential component of nearly every modern technology product puts the U.S. at significant risk.

Key Recommendations

1. **Fully fund the "Creating Helpful Incentives for Production of Semiconductors (CHIPS) for America" program**. The 2021 National Defense Authorization Act, Pub. L. No. 116-283 §§ 9901-9908, incentivizes domestic investment in semiconductor production. The Department of Commerce recommends these programs be fully funded to incentivize semiconductor manufacturing and research and development (R&D) to promote long-term U.S. leadership in the industry.

2. **Strengthen the domestic semiconductor manufacturing ecosystem**. This recommendation suggests legislative action, incentives, and investment to "support key upstream—including semiconductor manufacturing equipment, materials, and gases— and downstream industries to offset high operational costs in the United States." Specifically, the government may leverage programs like the International Trade Administration's "SelectUSA" program and the Department of Commerce National Institute of Standards and Technology (NIST) Manufacturing USA Institute, both of which have been requested in President Biden's 2022 Budget.

3. **Support manufacturers, particularly small and medium-size businesses**. To enhance innovation, the Department of Commerce recommends the U.S. Government invest R&D resources in small and medium-sized business, as well as disadvantaged firms along the supply chain. This kind of diversification will reap benefits both in terms of innovation and also jobs.

4. **Protect U.S. technological advantage**. To address national security and foreign policy concerns, the Department of Commerce recommends that export control policies align with policy actions related to the supply chain. Additionally, the Department of Commerce recommends that reviews by the Committee on Foreign Investment in the U.S. (CFIUS) consider the national security concerns related specifically to the semiconductor supply chain before approving foreign investment in U.S. companies.

**II. Large Capacity Batteries And Electric Vehicles (EVs) (Department of Energy)**

Key Risks and Challenges

1. **Weak domestic production/foreign dependence**. Global production of the minerals that are essential to producing high-capacity batteries – including lithium, cobalt, nickel, and graphite – each are primarily dependent on a single nation, China. Additionally, the business of refining these minerals is dominated by China and Russia. Dependence on potential adversaries is a huge supply chain risk, as these countries can use market control to restrict access to necessary materials to build long-lasting batteries.

2. **Geopolitical issues**. This includes a host of different issues including restriction of access to resources by China; substandard materials being offered to U.S. makers of the battery cells; and human rights violations (including forced labor) or other types of corruption in countries in the supply chain.

3. **Market/economic shocks**. As demand increases, and supply struggles to keep pace, it is likely that battery prices may spike in the future. Additionally, any tax or penalties on products whose production and delivery require large $CO_2$ emissions could lead to secondary market related disruptions. If such policies become widespread, the price of Chinese products, in particular, could rise sharply, placing U.S. EV manufacturers at a severe disadvantage.

Key Recommendations

1. **Stimulate demand for end products using domestically manufactured high-capacity batteries.** This recommendation focuses on supporting U.S.-based demand in two sectors: (1) transportation and (2) utilities. For transportation, the Department of Energy

106

recommends: (a) transitioning the entire federal government vehicle fleets, as well as other school and transit buses, to EVs; (b) providing rebates and tax credits for consumers (with a "Buy America" preference for U.S. content); and (c) supporting the EV charging infrastructure across the country. Likewise, for utilities, the Department of Energy recommends: (i) accelerating federal procurement of battery storage; (ii) expanding tax credits to include stationary storage as a stand-alone resource; and (iii) reforming power transmission regulations to support renewable power and stationary energy storage.

2. **Strengthen responsibly-sourced supplies for key advanced battery minerals**. The Department of Energy recommends: (a) that the U.S. invest in targeted, mineral-specific strategies, including supporting sustainable domestic extraction of lithium; (b) recovering nickel and cobalt from recycled or unconventional sources; and (c) working with global allies to expand global production and increase access to supplies.

3. **Promote sustainable domestic battery materials, battery cell, and battery pack production**. This recommendation centers around financial support and investment from the U.S. government in the form of grant programs, tax credits, and federal procurement contracts. It specifically mentions leveraging the Department of Energy's Advanced Technology Vehicle Management Loan program and reviving and expanding Section 1603 of the American Recovery and Reinvestment Tax Act (ARRTA) program to support small manufacturers in the batteries, battery cells, and related material processing supply chain.

### III. Critical Minerals and Materials (Department of Defense)

Key Risks and Challenges

1. **Concentration of supply**. Strategic and critical minerals are any materials that are needed to supply the military, industrial, and essential civilian needs of the United States during a national emergency, and that are not found or produced in the U.S. in sufficient quantities to meet such need. These materials can be found in nearly every electronic device, and they support high value-added manufacturing and high-wage jobs, in sectors such as automotive and aerospace. Similar to the materials needed for high-capacity batteries, a significant portion of global production for strategic and critical minerals is concentrated in only one or a few countries (predominantly China). The lack of diversity in suppliers creates a single point of disruption for a large portion of the global supply. In some instances, the concentration of supply is so extreme that production is limited to a single source (often China).

2. **Price shocks**. The markets for critical minerals are often small and the production efforts are complex, which leads to a relatively inelastic supply. Such markets are particularly susceptible to massive price spikes and volatility.

3. **Human rights and related issues**. Production and trade of critical minerals often involve a host of concerns, including forced and child labor, violence related to conflict minerals, profiteering by non-state actors, environmental pollution, organized crime, and corruption.

Key Recommendations

1. **Expanding sustainable domestic production and processing capacity.** The Department of Defense recommends the U.S. Government work with key stakeholders from the private sector, labor, and nongovernmental organizations (NGOs) to develop sustainability metrics for critical materials. Additionally, the Department of Defense recommends the U.S. government adopt a sustainability requirement (*g.*, a "sustainably produced" standard) for its purchasing, and develop a related Federal Acquisition Regulation (FAR) rule to establish a preference or requirement for the selection of products with higher sustainably-produced content.

2. **Deploy the Defense Production Act (DPA) and other programs to incentivize production**. The Department of Defense recommends that multiple agencies use the DPA and other existing authorities and funding to incentivize production across the critical materials supply chain, including downstream, high value-added manufacturing such as new magnet capabilities and advanced electric motor designs. The Department of Defense recommends using similar programs to support R&D efforts, such as those focused on rare earth magnet recycling capabilities.

3. **Convene industry stakeholders to expand production**. This recommendation also is related to the DPA, which authorizes the U.S. government to convene industry groups (with protection from civil and criminal anti-trust law) to coordinate business activities and form plans of action that satisfy a national need. The Department of Defense suggests convening such a group to identify opportunities to expand sustainable domestic production, and explore opportunities to create consortia or public-private partnerships for sustainable domestic processing of key strategic and critical materials.

**IV. Pharmaceuticals and Active Pharmaceutical Ingredients (API) (Department of Health and Human Services)**

Key Risks and Challenges

Page 109  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

1. **Foreign dependence/lack of domestic manufacturing**. As with the other supply chain areas, dependence on foreign nations has been cited as a key vulnerability for the U.S. pharmaceutical supply chain. The need to acquire pharmaceutical products at the lowest cost possible has led to a consolidation of production in foreign, low-cost countries (such as India). This potentially allows foreign governments to leverage such dependency by interrupting U.S. access to these supply chains.

2. **Limited resilience**. Because of the cost and complexity of pharmaceutical manufacturing, the supply chain is particularly susceptible to disruptions. For example, shifting from an unreliable third-party source and expanding manufacturing can take significant time and require costly investment and time to obtain regulatory approvals.

3. **Limited redundancy**. Most production of the active pharmaceutical ingredients occurs outside of the U.S., and sometimes from a single source. As such, the supply chain is particularly vulnerable to changes in natural disasters or other disruptions that could occur in one country, but affect the entire supply chain. Additionally, there are a limited number of drug manufacturers per unique drug, such that the markets are highly concentrated, which can lead to increased costs.

Key Recommendations

1. **Improve supply chain transparency and incentivize resilience.** The Department of Health and Human Services recommends that any new policies seek to provide increased transparency related to the sources of drug manufacturing and the quality of the facilities that make them. This will incentivize purchasers to rely on more resilient suppliers with higher quality production and a more robust supply chain.

2. **Increase the economic sustainability of U.S. and allied drug manufacturing and distribution**. The U.S. market is often undercut by cheaper options, particularly from India and China. To increase domestic capacity for production of key drugs, the U.S. should focus on: (a) increasing the economic sustainability of U.S. and allied drug manufacturing; (b) increasing government and private sector flexibility in contracting and sourcing of finished drugs and raw materials; and (c) studying whether the current market for finished drugs supports a diversification of supply instead of relying on one or two suppliers through preferred contractual arrangements.

3. **Boost domestic production and foster international cooperation.** The Department of Health and Human Services recommends boosting domestic production with a mix of: (a) targeted investments and financial incentives (including through use of the DPA); (b) R&D to create new manufacturing technologies; (c) greater supply chain transparency;

Page 110   EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

and (d) improved data collection to better understand the economics and supply chain realities.

4. **Build emergency capacity**. In addition to bolstering domestic production and creating additional supply chains with U.S. allies, the Department of Health and Human Services recommends crating a virtual stockpile of active pharmaceutical ingredients and other critical materials necessary to produce critical drugs during times of crisis.

**Conclusion**

What does all of this likely mean for you and U.S. industry? Well, it's hard to say, especially given that this is a quick-turn 100-day report. But here's our initial "in a nutshell" takeaway of what we expect to see:

- More business in these four industries/sectors (especially in the U.S.). The recommendations suggest there likely will be increased domestic investment by the Government (including tax credits and tax incentives). Overall, there seems to be recognition that domestic options may be more expensive, but that the higher price is worth the cost.

- Higher costs for foreign sourcing. The Government will be looking to increase the costs associated with foreign sourcing, making those foreign sources more expensive and thereby more competitive with the more costly domestic alternatives.

- Restrictions on Chinese imports. In particular, the Government will continue to move away from sourcing products/components/materials from China – "China" is the great buzzword in this Report, being mentioned 458 times!

- More "Buy America" requirements.

- More regulations.

- Implementation of the new bi-partisan infrastructure bill (announced last week), complete with its focus on public transportation options, may give us near-term insights into how some of these policies will play out over the longer term (including the push for more domestic jobs).

- **OVERALL CONCLUSION: YOU CAN'T GET ANY OF THIS STUFF WITHOUT HORRIBLE CONSEQUENCES!!!!**

110

Page 111  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

**CHINA RARE EARTH THREAT**

https://ca.finance.yahoo.com/news/china-gears-weaponize-rare-earths-002041977.html

*'DONT' SAY WE DIDN'T WARN YOU'*

https://uk.finance.yahoo.com/news/china-ready-hit-back-u-rare-earths-ruling-025323000--finance.html



# The Disaster In The Weak Lithium Market Will Crash Tesla's EV Plans, Albemarle warns

By Ernest Scheyder, Dave Sherwood

(Reuters) - Global supplies of lithium used to make electric vehicle (EV) batteries will fall short of projections for demand to more than triple by 2025 if prices do not rebound to fund expansions, an executive at industry leader Albemarle Corp said on Tuesday.

The warning laid bare the tension emerging in the EV industry between the companies that supply the lithium crucial for battery development and automakers who are hunting for discounts.

Prices for lithium dropped last year due in part to the coronavirus pandemic, forcing Albemarle and peers to pause expansions, a step they will reverse only if the price is right, Eric Norris, who runs Albemarle's lithium business, told the Reuters Next conference.

"We're at the ready to expand, but it's got to be at terms that make sense," Norris said.

Global lithium supply and demand at the end of last year was nearly even, according to data from Benchmark Mineral Intelligence. By 2025, though, demand is expected to outstrip supply by nearly 228,000 tonnes.

Prices have started to inch higher, especially in China, the world's largest EV market, but must rise at least 10% more in order to make any expansions worthwhile, Norris said.

111

Wall Street seems to be expecting higher lithium prices: Albemarle's stock price has more than doubled in the past year.

"If we don't work as a supply chain together - from the lithium supply base all the way to the EV producer - there is a risk of slowing down plans," he said.

The Charlotte, North Carolina-based company, Norris said, is hopeful that the U.S. EV supply chain will grow under President-elect Joe Biden, who will be inaugurated next week.

Biden has proposed a $2 trillion climate plan aimed, in part, at building a national network of EV charging stations.

To help boost U.S. lithium production, Albemarle is studying ways to produce the metal from clay reserves near its existing Nevada operations, a plan that mimics one from Tesla Chief Executive Elon Musk.

"We agree with the assertion from Tesla and Elon Musk that there's a lot of lithium in clay," Norris said. "We cannot put a number on it, but given the demand for lithium we owe it to the industry to try."

**CLIMATE PROMISES**

Automakers, including Volkswagen and Daimler, have ratcheted up environmental scrutiny of Chile's Salar de Atacama salt flat, home to some of Albemarle's largest lithium operations.

While questions have lingered for years on how lithium production affects the area's fragile ecosystem, Norris said he welcomes the scrutiny and sees Albemarle's operations as helping reduce global greenhouse gas emissions.

"Lithium does enable our customers to deliver on their climate promises," said Norris, who drives a Tesla Model S sedan.

The London Metal Exchange, meanwhile, plans to launch a lithium contract this summer, a step long sought by automakers. Norris said that Albemarle supports more transparency but is concerned that one traded price would not reflect the many types of lithium products.

The industry could face further changes as EV battery recycling gains in popularity. Albemarle is studying ways to reuse the white metal from batteries at the end of their life - typically 10 years - a plan that will first require mass adoption of EVs to make recycling economic, Norris said. "In the future ... we won't be talking as much about lithium resources as we will be talking about battery collection and re-processing," he said.

# The Organized Tech Mobsters Manipulating Lithium

**Merrill Lynch Caught Criminally Manipulating Precious And Rare Earth Metals Market "Thousands Of Times" Over 6 Years**

by Tyler Durden

Remember when it was pure tinfoil-hat conspiracy theory to accuse one or more banks of aggressively, compulsively and systematically manipulating the precious metals - i.e., gold and silver - market? We do, after all we made the claim over and over, while demonstrating clearly just how said manipulation was taking place, often in real time.

Well, it's always good to be proven correct, even if it is years after the fact.

On Tuesday after the close, the CFTC announced that Merrill Lynch Commodities (MLCI), a global commodities trading business, **agreed to pay $25 million to resolve the government's investigation into a multi-year scheme by MLCI precious metals traders to mislead the market for precious metals futures contracts traded on the COMEX (Commodity Exchange Inc.)**. The announcement was made by Assistant Attorney General Brian A. Benczkowski of the Justice Department's Criminal Division and Assistant Director in Charge William F. Sweeney Jr. of the FBI's New York Field Office. In other words, if the Merrill Lynch Commodities group was an individual, he would have gotten ye olde perp walk.

As MLCI itself admitted, **beginning in 2008 and continuing through 2014, precious metals traders employed by MLCI schemed to deceive other market participants by injecting materially false and misleading information into the precious metals futures market.**

They did so in the now traditional market manipulation way - by placing fraudulent orders for precious metals futures contracts that, at the time the traders placed the orders, they intended to cancel before execution.  In doing so, the traders intended to "spoof" or manipulate the market by creating the false impression of increased supply or demand and, in turn, to fraudulently induce other market participants to buy and to sell futures contracts at quantities, prices and times that they otherwise likely would not have done so. **Over the relevant period, the traders placed thousands of fraudulent orders.**

Of course, since we are talking about a bank, and since banks are in charge of not only the DOJ, and virtually every other branch of government, not to mention the Fed, nobody will go to jail

113

and MLCI entered into a non-prosecution agreement and agreed to pay a combined - and measly - $25 million in **criminal** fines, restitution and forfeiture of trading profits.

Under the terms of the NPA, MLCI and its parent company, Bank of America, have agreed to cooperate with the government's ongoing investigation of individuals and to report to the Department evidence or allegations of violations of the wire fraud statute, securities and commodities fraud statute, and anti-spoofing provision of the Commodity Exchange Act in BAC's Global Markets' Commodities Business, whose function is to conduct wholesale, principal trading and sales of commodities.  Laughably, MLCI and BAC also agreed to enhance their existing compliance program and internal controls, where necessary and appropriate, to ensure they are designed to detect and deter, among other things, manipulative conduct in BAC's Global Markets Commodities Business.

Translation: it will be much more difficult to catch them manipulating the market next time.

The Department reached this resolution based on a number of factors, including MLCI's ongoing cooperation with the United States - **which means the DOJ must have had the bank dead to rights with many traders potentially ending up in jail** - and MLCI and BAC's remedial efforts, including conducting training concerning appropriate market conduct and implementing improved transaction monitoring and communication surveillance systems and processes. Translation - no longer boasting about market manipulation on semi-public chatboards.

The Commodity Futures Trading Commission also announced a separate settlement with MLCI today in connection with related, parallel proceedings.  Under the terms of the resolution with the CFTC, MLCI agreed to pay a civil monetary penalty of $11.5 million, along with other remedial and cooperation obligations in connection with any CFTC investigation pertaining to the underlying conduct.

As part of the investigation, the Department obtained an indictment against Edward Bases and John Pacilio, two former MLCI precious metals traders, in July 2018.  Those charges remain pending in the U.S. District Court for the Northern District of Illinois.

This case was investigated by the FBI's New York Field Office.  Trial Attorneys Ankush Khardori and Avi Perry of the Criminal Division's Fraud Section prosecuted the case.  The CFTC also provided assistance in this matter.

Oh, and for anyone asking if they will get some of their money back for having been spoofed and manipulated by Bank of America, and countless other banks, into selling to buying positions that would have eventually made money, the answer is of course not.

114

**Goldman Sachs, Elon Musk's stock market manipulation facade, own vast amounts of lithium and rare-earth mines, directly.**

*At Issue*

*Dear Lithium: A Dear John Letter*

*We never had a chance to fall in love*

*By David Mantey, Editor, PD&D Magazine*

*I get it, I get it. We're a culture that loves buzzwords. iPhone, Palm Pre, energy efficiency, green, change, synergize, monetize, functionality, stimulus, Tesla, etc. The list is long and can be efficiently compiled, even though it's in a constant state of fluctuation, by looking at the top stories on any aggregate or social site.*

*Just look at the top stories on reddit or Digg. Look at the most read news stories on CNN.com . Look at this newsletter and the PD&D site: If we feature anything on Tesla, our servers go into cardiac arrest and our IT Scotsman burns his mustache administering mouth-to-mouth.*

*All things lithium or Li-ion typically make the top 10 on this list, and I'm not sure the position is warranted. After all, few know what it is, where it comes from and how much of it is buried under the earth's surface.*

*We only need to know that this green efficient technology will help power our gadgets, replace fossil fuels, help alleviate the pain we're feeling at the pump, cure noise and noxious pollution woes and pull a golden-egg-laying rabbit out of a 40-story hat.*

*I was speaking with Scott Redmond, chairman of XP Vehicles, when he casually mentioned the limited amount of lithium – and how more than half of this green power stash was located in a country that typically hasn't played nice with others. I didn't brush off the comment, but I offered an agreeable 'Right, right,' and continued with my line of questioning for the cover story...*

*I was working out the article when the comment came back to me. Limited lithium? That can't be. Our country would never make a fool-hearted investment and risk billions of tax payer dollars on a technology with a finite amount of resources.*

*If two of these companies figure it out, the forecasted lithium shortage could happen much sooner than 2015.*

*Back to the green revolution getting stalled in South America. Bolivia is the potential owner of 5.4 million tons of lithium under the Salar de Uyuni salt desert (about half the worlds supply). According to an article run in the Guardian (UK) , "Bolivia's socialist government has a habit of clashing with foreign multinationals in other sectors and has not clinched a deal – and,*

115

*according to some, may never seal one – with the investors needed to extract significant quantities of lithium."*

*The holder of Bolivia's most interesting title, Mining & Metallurgy Minister Luis Alberto Echazu hopes to extract 1,200 tons of lithium next year, with exponentially more to follow as the operation becomes more efficient in subsequent years. Right now, the government is building a bungalow to house technicians and miners for a pilot plant that seems dangerously similar to Fordlandia.*

*The government is in the market for a partner, but foreign companies have been afraid to work with a government that "confiscates assets and rips up contracts."*

*Not only is there a finite number of lithium resources, but it seems unlikely that Bolivia will find a way to harness its potential.*

*No lithium for the batteries and a desert that is once again known for nothing more than being salty.*

*Lithium, it's just not working for me. You say you're going to be there for me and then you never show. Do you know how embarrassing it was to describe to my friends? I sit in your driveway waiting for hours, only to have your father come out and say, 'It's not going to happen. it's over. I'm done playing games. Thanks for nothing, I'm keeping the toaster.' Dictated but not read. Is lithium the answer?*

116



Home Page for the World's Business Leaders

U.S.   EUROPE   ASIA

Home   Lists   Business   Tech   Markets   Personal Finance   Entrepreneurs   Leadership   For

Autos   Billionaires   Energy   Logistics   Media & Entertainment   Pharma & Health   SportsMoney

Energy & Genius

## The Saudi Arabia of Lithium

Brendan I. Koerner, 10.30.08, 06:00 PM EST

Forbes Magazine dated November 24, 2008

**The gas engine made petroleum the world's biggest commodity. The electric car could do the same for the third element on the periodic table.**



Mounds of magnesium chloride ring SQM's mine, creating the illusion of snow in the ultra-arid *salar.*



The Lithium Gold Rush

Saudi Arabia's Next Act

Mr. Ethanol Fights Back

**The gas engine made petroleum the world's biggest commodity. The electric car could do the same for the third element on the periodic table.**

Nothing grows in the heart of the Salar de Atacama. this ancient Chilean lake bed 700 miles north of Santiago may be the driest place on Earth, a wasteland strewed with salt-encrusted rocks that resemble cow pies. Annual rainfall on the *salar* (which in Spanish means "salt lake") rarely tops a few millimeters. The cloudless skies combine with the high altitude, 1.4 miles above sea



How can you grow for preserve your family's

help² make money wor

Ask a Financial A insights to help y

Learn More

Merrill Lyn
Wealth Managem

## Lithium Mining Stress

Matt Bohlsen loves lithium and he documents the changes in rare earth mining schemes. This section might be over technical for some. If so, skip to the summary, further down.

Morgan Stanley says 2021 should see lithium's market closer to balance as supply cuts bite and demand recovers, prices capped for now.

Lithium market news - US declares a national emergency to deal with the threat of US critical materials supply. Biden campaign tells miners it supports domestic production of EV metals.

Lithium company news - Tianqi Lithium warns of $1.9 billion default as loan date looms. Pilbara Minerals achieved higher recoveries, stronger production and sales.

***Too many players, not enough supply, mining is now a national industrial war hostage tool!***

Welcome to the October 2020 edition of the lithium miner news. October saw lithium prices flat and numerous calls from within the US to support the EV metal miners (White House Executive order on critical minerals, Biden to support EV metals). There was also the usual very strong lithium demand forecasts such as "lithium demand seen doubling in next four years". Tesla (TSLA) Battery Day also served as a major acceleration to the EV boom and hence a wake-up call for auto manufacturers to secure EV metals or risk missing out. You can read more on this in my recent Trend Investing article: "Tesla Just Put The Accelerator Down On The EV And Battery Boom."

**Lithium spot and contract price news**

During October, 99.5% lithium carbonate China spot prices were up 0.92%. Lithium hydroxide prices were down 0.34. Spodumene (6% min) prices were unchanged.

Fastmarkets (formerly Metal Bulletin) reports 99.5% lithium carbonate battery grade spot midpoint prices cif China, Japan & Korea of US$6.75/kg (US$6,750/t), and min 56.5% lithium hydroxide battery grade spot midpoint prices cif China, Japan & Korea of US$9.00/kg (US$9,000/t).

Benchmark Mineral Intelligence has September global weighted average prices at US$6,086/t for Li carbonate, US$8,795/t for Li hydroxide, and US$375/t for spodumene (6%).

**Lithium carbonate & hydroxide, battery grade, cif China, Japan & Korea**

118

Source: Fastmarkets

**Lithium demand versus supply outlook**

As part of a September 28 article on the Piedmont Lithium/Tesla deal the Investors.com article quoted:

Morgan Stanley note - "Separately in a note Monday, Morgan Stanley analysts gave a strong lithium outlook. They wrote that "2021 should see lithium's market closer to balance as supply cuts bite and demand recovers, but the large volume of latent hardrock capacity and continued brine expansions cap price upside."

**BNEF updated Li-ion battery demand outlook (June 2020)**

Note: This may soon be updated considerably higher in the years 2025 to 2030 following Tesla Battery Day.



Source: Bloomberg New Energy Finance [BNEF]

**Benchmark Mineral Intelligence lithium demand v supply forecast**



Source: Core Lithium courtesy of Benchmark Mineral Intelligence

**2019 to 2030 'battery' demand increase forecast for EV metals as the EV boom takes off**



Source: Courtesy BloombergNEF

**Benchmark Mineral Intelligence - Simon Moores's - forecasts**



Source: Benchmark Mineral Intelligence Twitter

**Lithium market and battery news**

Some news I missed from last month. Nasdaq reported:

Page 122  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

Indonesia says LG Chem, CATL sign deal for lithium battery plant.... Indonesia has set a 2024 target to start producing lithium batteries....Indonesia's Investment Coordinating Board said in June that LG Chem was considering a $9.8 billion investment in an electric vehicle battery factory integrated with a smelter. Meanwhile, CATL is already investing in a plant on Indonesia's Sulawesi island to extract battery-grade nickel chemicals. Indonesia stopped exports of unprocessed nickel earlier this year to ensure raw material supply for nickel investments in the country.

On September 28 Benchmark Mineral Intelligence reported:

Tesla to build lithium hydroxide refinery in Texas to feed Terafactory; first automaker to enter lithium. The EV maker will build a spodumene conversion facility adjacent to the Terafactory / Gigafactory 5 in Austin, Texas in what has a typically aggressive start up target of Q4 2022. This adds to Tesla's plans to build a cathode facility in Texas in what Elon Musk describes as "part of our cell production plan". Despite a flurry of Tesla Battery Day announcements, confusion reigned over Tesla's lithium direction in particular the EV makers plans' to extract lithium from Nevada-clay, which Benchmark understands is more of an early stage idea than a supply solution.

On September 28 Seeking Alpha reported:

Tesla said to be eying investment in LG Chem. Tesla (TSLA) is looking into purchasing a stake in battery maker LG Chem (OTCPK:LGCLF) of as much as 10%, according to the Korea Times. The report follows word earlier this month that LG will spin off its battery business to create a new company called LG Energy Solutions. Tesla is hoping to secure a supply of batteries as it also goes down a dual path of developing its own batteries.

On September 29 Reuters reported:

Battery maker Northvolt raises $600 million in private placement...with Volkswagen, Baillie Gifford, Goldman Sachs and Spotify founder Daniel Ek among the investors, it said on Tuesday. Northvolt, which aims to take on major Asian players such as CATL and LG Chem and targets a 25% market share in Europe by 2030, said the deal would enable further investments in capacity expansion, research and development, and recycling.

On September 30 The White House announced:

Executive Order on addressing the threat to the domestic supply chain from reliance on (35) critical minerals from foreign adversaries | The White House......I therefore determine that our Nation's undue reliance on critical minerals, in processed or unprocessed form, from foreign adversaries constitutes an unusual and extraordinary threat, which has its source in substantial

122

part outside the United States, to the national security, foreign policy, and economy of the United States. **I hereby declare a national emergency to deal with that threat.** In addition, I find that the United States must broadly enhance its mining and processing capacity, including for minerals not identified as critical minerals and not included within the national emergency declared in this order.

Note: The above report says the US Gov. will look into giving "grants to procure or install production equipment for the production and processing of critical minerals in the United States", "loan guarantees" and for projects that support domestic supply chains "funding awards and loans pursuant to the Advanced Technology Vehicles Manufacturing incentive program."

You can view the US critical minerals list here. It contains cobalt, graphite, **lithium**, manganese, PGMs for catalytic agents (Eg: palladium), rare earth elements group, scandium, titanium, vanadium etc.

On October 6 Reuters reported:

EV battery maker Romeo Systems to go public through a $1.33 bln SPAC deal....Romeo Systems Inc, a battery maker for electric vehicles, will go public through a merger with blank check company RMG Acquisition Corp in a $1.33 billion deal, the companies said on Monday. Romeo will use the proceeds for capacity expansion and research & development to further develop battery system technologies for commercial vehicles, according to a statement. After the deal closes, which is expected in the fourth quarter of 2020, the combined company will list on the New York Stock Exchange under the symbol "RMO".

On October 6 Reuters reported:

Toyota-Panasonic venture to build lithium-ion batteries for hybrids in Japan.... to manufacture lithium-ion power units for hybrid vehicles beginning in 2022....The production line at a Panasonic factory in Tokushima prefecture will have enough capacity to build batteries for around 500,000 vehicles a year.

On October 6 New Atlas reported:

"World's fastest electrodes" triple the density of lithium batteries. French company Nawa technologies says it's already in production on a new electrode design that can radically boost the performance of existing and future battery chemistries, delivering up to 3x the energy density, 10x the power, vastly faster charging and battery lifespans up to five times as long...... Nawa's vertically aligned carbon nanotubes, on the other hand, create an anode or cathode structure more like a hairbrush, with a hundred billion straight, highly conductive nanotubes poking up out of every square centimeter......The result is a drastic reduction in the mean free path of the ions –

123

the distance the charge needs to travel to get in or out of the battery – since every blob of lithium is more or less directly attached to a nanotube, which acts as a straight-line highway and part of the current collector....... We put the question of cost to Nawa. "The million dollar question!" said Boulanger. "Here's a million dollar answer: the process we're using is the same process that's used for coating glasses with anti-reflective coatings, and for photovoltaics. It's already very cheap."



[Source](#)

On October 7 Mining weekly [reported](#):

Lithium demand seen doubling in next four years.....On its Battery Day, US EV manufacturer Tesla announced it is working towards achieving 100 GWh of cell production capacity by 2022 and up to 3 000 GWh by 2030. This is far greater than other manufacturers such as China's BYD, which is expected to expand its capacity to 126 GWh in 2024, versus 40 GWh in 2019. Japan's Panasonic, a key supplier to Tesla itself, is expected to increase its capacity from 40 GWh in 2019 to 63 GWh in 2021, while LG Chem will expand from 65.2 GWh in 2019 to 172.4 GWh in 2024....

On October 8 Battery Materials Review [reported](#):

October's lead article is about the chronic under-investment in battery raw materials supply and the threat it poses to the EV event. Since 2018 US$50bn has been raised for new battery capacity, US$60bn for EV capacity but only US$8bn in new raw materials capacity…and raw materials capacity takes 2-3 years longer to build. There is now a material risk of supranormal raw material prices which will impact battery prices and EV makers' profitability.

## Page 125  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

On October 13 PV-magazine reported:

Lithium-ion gigafactory breaks ground in Australia. Less than a year from now, Australia will start producing its own renewables-storing lithium-ion batteries in New South Wales.

On October 21 Mining.com reported:

Over $1 trillion needed for energy transition metals. An investment of over $1 trillion will be needed in key energy transition metals – aluminium, cobalt, copper, nickel and **lithium** – over the next 15 years just to meet the growing demands of decarbonisation. Wood Mackenzie, in a new report, says the figure is double what was invested over the last 15 years.

On October 23 Reuters reported:

Biden campaign tells miners it supports domestic production of EV metals. Joe Biden's campaign has privately told U.S. miners it would support boosting domestic production of metals used to make electric vehicles, solar panels and other products crucial to his climate plan, according to three sources familiar with the matter, in a boon for the mining industry.

Lithium miner news

**Albemarle (NYSE:ALB)**

No lithium related news for the month.

**Sociedad Quimica y Minera S.A. (NYSE:SQM)**

On October 8 Nasdaq reported:

Chile lithium miner SQM says to slash water, brine use at Atacama. The announcement comes two months after SQM lost a high profile legal battle that forced it to begin again on a plan to make amends for over-pumping brine from the environmentally sensitive Atacama..... The company said in a statement announcing its "Sustainable Development Plan" that it would voluntarily reduce its use of brine by 20% from November this year, with a goal of slashing it by 50% by 2030. "We do not believe that this brine extraction reduction will have an impact on our near- or long-term lithium production," the company said in the statement.

On October 8, SQM announced: "SQM announces sustainable development plan."

Investors can read the company's latest presentation here.

**Jiangxi Ganfeng Lithium [SHE:002460] [HK: 1772], Mineral Resources [ASX:MIN], International Lithium Corp. [TSXV:ILC] (OTCPK:ILHMF)**

On October 16, Mineral resources announced: "Sustainability report."

Page 126  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

On October 15 S&P Global reported:

China's Ganfeng Lithium expects up to 5x YOY rise in Q3'20 earnings. Ganfeng Lithium Co. Ltd. expects its net profit attributable to shareholders for the third quarter to increase 419.9% to 524.7% year over year to between 173.5 million Chinese yuan and 208.5 million yuan.....For the first nine months of this year, Ganfeng expected its earnings to be 330 million to 365 million yuan, a yearly increase of 0.3% to 10.9%. The company said profit growth was affected by lower prices for lithium products during the period, offset by increased sales in its battery business. Ganfeng attributed the earnings increase to a rise in the stock price of 6.85%-owned Pilbara Minerals Ltd.

**(Chengdu) Tianqi Lithium Industries Inc. [SHE:002466]**

On September 29, 4-traders reported:

Tianqi Lithium warns of $1.9 billion default as loan date looms. China's Tianqi Lithium Corp said on Tuesday it may not be able to make a $1.88 billion repayment due in November on a loan taken out to buy a stake in Sociedad Minera y Quimica de Chile [SQQ] in 2018.

**Livent Corp. (LTHM)[GR:8LV] - Spun out from FMC Corp. (NYSE:FMC)**

No significant news for the month.

**Orocobre [ASX:ORE] [TSX:ORL] (OTCPK:OROCF)**

No significant news for the month.

Upcoming catalysts include:

- H1 2021 - Olaroz Stage 2 (42.5ktpa) commissioning.
- H1 2021 - Naraha lithium hydroxide plant (10ktpa) commissioning (ORE share is 75%).

You can read the latest investor presentation here.

**Galaxy Resources [ASX:GXY] (OTCPK:GALXF)**

On October 14, Galaxy Resources announced:

Quarterly conference call & preliminary results......At Mt Cattlin, Galaxy shipped 16,753 dry metric tonnes ("dmt") of lithium concentrate during the quarter and 15,700 dmt at the beginning of October. Quarterly production of 30,067 dmt was achieved at a grade of 5.92% Li2O and recovery of 57%, in line with full year guidance.

Upcoming catalysts include:

126

Page 127  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

2020 - Construction progress at SDV.

2022 - SDV Stage 1 production commencement target.

Investors can read my recent article "Galaxy Resources Plan To Be A 100,000tpa Lithium Producer By 2025", and my CEO interview here, and the latest company presentation here.

**Pilbara Minerals [ASX:PLS] (OTC:PILBF)**

On October 12, Pilbara Minerals announced: "Pilgangoora operational update. Sustained higher recoveries, stronger production and sales during September 2020 quarter sees unit costs continue to trend down." Highlights include:

- "An increase in plant run-time and utilisation, which represented approximately 70-75% utilisation across the quarter (compared with 40% in the June quarter).

- Higher plant utilisation and continued high product recovery contributed to a lower average unit cash operating cost of US$355/dmt (CIF China) for the September quarter.

- Increased production, with a total of 62,404 dry metric tonnes [dmt] of spodumene concentrate produced for the quarter (compared with 34,484 dmt for the June quarter).

- An increase in sales, with spodumene concentrate shipments totalling 43,630dmt for the quarter, in line with guidance provided in the June Quarterly Report (compared with 29,312 dmt for the June quarter)."

Upcoming catalysts:

2021/22 - Stage 2 commissioning timing to depend on market demand.

Investors can read my article "An Update On Pilbara Minerals", and an interview here.

**Altura Mining [ASX:AJM] (OTC:ALTAF)**

No news for the month.

Investors can read a company presentation here.

**AMG Advanced Metallurgical Group NV [NA:AMG] [GR:ADG] (OTCPK:AMVMF)**

No significant news for the month.

Upcoming catalysts:

2020/21 - Progress on lithium projects in Zeitz, Germany and in Zanesville, Ohio, both in the planning stage.

?2021--> - Stage 2 production at Mibra Lithium-Tantalum mine (additional 90ktpa) planned.

127

Page 128  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

**Neometals (OTC:RRSSF) (Nasdaq:RDRUY) [ASX:NMT]**

On October 9, Neometals announced:

Legal proceedings relating to Mt Marion. On 8 October 2020, project development company, Neometals Ltd, was served with a writ of summons in respect of proceedings commenced against it in the Supreme Court of Western Australia. The plaintiffs, Mr Murray Ward and his associated company, Roseland Capital Pty Ltd, ("Plaintiffs") seek damages from Neometals for alleged breaches of contract, breaches of the Australian Consumer Law, and tortious conspiracy. Neometals emphatically denies the Plaintiffs' claims and intends to vigorously defend the proceedings.

**Lithium Americas [TSX:LAC] (LAC)**

On October 20, Lithium Americas announced:

Lithium Americas provides corporate update and establishes US$100m ATM program.....the Company has established an at-the-market equity program (the "ATM Program") that allows the Company to issue up to US$100 million (or its Canadian dollar equivalent) of common shares (the "Common Shares") from treasury to the public from time to time, at the Company's discretion. "With over 60% of the capital costs spent and enhanced COVID-19 health and safety protocols in place, we remain fully-funded to advance Caucharí-Olaroz to production," said Jon Evans, President and CEO. "In Nevada, the permitting process continues to progress as planned with the public comment period complete on the Draft EIS and local support with the recently approved tax abatements from the Governor's Office of Economic Development. Finally, the Company has decided to implement an ATM Program to strengthen our position as we advance discussions with potential partners and customers at Thacker Pass."

Upcoming catalysts:

- 2020 - Cauchari-Olaroz plant construction.

- Q4 2020 - Thacker Pass DFS.

- ~Mid 2021 - Cauchari-Olaroz lithium production to commence and ramp to 40ktpa.

- 2023 - Possible lithium clay producer from Thacker Pass Nevada (full ramp by 2026). Also any possible JV announcements prior.

NB: LAC owns 49% of the Cauchari-Olaroz project and partners with Ganfeng Lithium (51%).

Investors can read my article "An Update On Lithium Americas."

**Global X Lithium & Battery Tech ETF (NYSEARCA:LIT) - Price = US$42.19.**

## Page 129  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

The LIT fund was up strongly again in October. The current PE is 41.8. My updated model forecast is for lithium demand to increase 3.6 fold between 2020 and end 2025 to ~1.1m tpa, and 9.6x this decade to reach ~3.7m tpa by 2030.



Source: Seeking Alpha

Note: Amplify Advanced Battery Metals and Materials ETF (BATT) is a broad based EV metals fund worth considering.

October saw lithium prices flat.

Highlights for the month were:

- Indonesia says LG Chem, CATL sign deal for lithium battery plant.

- Tesla to build lithium hydroxide refinery in Texas to feed Terafactory; first automaker to enter lithium.

- Morgan Stanley note: "2021 should see lithium's market closer to balance as supply cuts bite and demand recovers, but the large volume of latent hardrock capacity and continued brine expansions cap price upside."

- Tesla said to be eying investment in LG Chem.

- Battery maker Northvolt raises $600 million in private placement

- EV battery maker Romeo Systems to go public through a $1.33 bln SPAC deal.

- **Lithium demand seen doubling in next four years.**

- Under-investment in battery raw materials supply and the threat it poses to the EV.

- CATL and LG Chem have signaled they may join projects that could see $20 billion more invested in supply chains in Indonesia.

### Page 130  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

- Wood Mackenzie says **over $1 trillion needed for energy transition metals** – aluminium, cobalt, copper, nickel and **lithium** – over the next 15 years just to meet the growing demands of decarbonisation.

- Biden campaign tells miners it supports domestic production of EV metals.

- Chile lithium miner SQM says to slash water, brine use at Atacama.

- Tianqi Lithium warns of $1.9 billion default as loan date looms.

- Galaxy Resources - Quarterly production of 30,067 dmt was achieved.

- Pilbara Minerals achieved higher recoveries, stronger production and sales during September 2020 quarter, unit costs continue to trend down.

- Lithium Americas establishes a US$100m at-the-market equity program.

- Only a short time later we see the trends solidify:

    - Summary

- Lithium prices rose the past month.

- Lithium market news - US unveils plans for supply of batteries, critical minerals, semiconductors. Volkswagen and Tesla active at securing battery metals.

- Junior lithium miner company news - Ganfeng offers to buy the balance of Bacanora Lithium shares at 67.5 pence. Sigma Lithium exceptional PEA results supporting doubling planned production capacity.

- Neo Lithium produces 99.9% battery grade lithium carbonate. Sayona Quebec (Sayona 75%; Piedmont 25%) awaiting Court approval of contested bid for NAL.

- Piedmont Lithium updated Scoping Study result of after-tax NPV8% US$1.923b, after tax IRR 31%, initial CapEx US$838.6m. Frontier Lithium intersects over 340 metres of pegmatite averaging 1.68% Li2O at the spark pegmatite. Nano One graduates to the TSX, changes ticker to "NANO".

- I do much more than just articles at Trend Investing: Members get access to model portfolios, regular updates, a chat room, and more. Learn More »

Page 131  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District



Welcome to the June 2021 edition of the "junior" lithium miner news. I have categorized those lithium miners that won't likely be in production before 2022 as the juniors. Investors are reminded that most of the lithium juniors will most likely be needed in the mid and late 2020's to supply the booming electric vehicle [EV] and energy storage markets. This means investing in these companies requires a higher risk tolerance, and a longer time frame.

June saw lithium prices rise again and plenty of good news from the lithium juniors.

Lithium spot and contract price news

Asian Metal reported during the past 30 days, 99.5% lithium carbonate China spot prices were up 2.41%. Lithium hydroxide prices were up 4.42%. Spodumene (6% min) prices were up 6.15% over the past month.

Fastmarkets (formerly Metal Bulletin) reports 99.5% lithium carbonate battery grade spot midpoint prices cif China, Japan & Korea of US$13.50/kg (US$13,500/t), and min 56.5% lithium hydroxide battery grade spot midpoint prices cif China, Japan & Korea of US$15.00/kg (US$15,000/t).

Benchmark Mineral Intelligence as of Mid-June reported China lithium carbonate prices of US$12,875/t (technical grade) to US$13,800 (battery grade), and for lithium hydroxide prices of US$13,800/t, and for spodumene-6% no figure was quoted (I have heard US$620-720/t).

Metal.com reports lithium spodumene concentrate (6%, CIF China) price of USD 720/mt, as of June 17, 2021.

**Lithium carbonate & hydroxide, battery grade, cif China, Japan & Korea**

131



<u>Source</u>: Fastmarkets

**Benchmark Mineral Intelligence lithium demand vs. supply forecast**



<u>Source</u>: Core Lithium courtesy of Benchmark Mineral Intelligence

Lithium market news

Page 133  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

For a summary of the latest lithium market news and the "major" lithium company's news, investors can read my "Lithium Miners News For The Month Of June 2021" article. Highlights include:

- Roskill - "By 2031, demand is expected to exceed 2.0Mt LCE from all end-use applications, which will require fundamental changes in the scale and types of lithium projects in operation to meet."

- EV prices fall as battery technology improves, ICE/EV parity forecast by 2023.

- Global EV battery sales surge as demand for clean cars booms.

- Volkswagen to 'get actively involved in the raw materials business'.

- Tesla to buy more than $1 billion of Australian battery minerals a year.

- US unveils plans for supply of batteries, critical minerals, semiconductors.

- CATL and BYD in talks with Apple (NASDAQ:AAPL) for EV battery supply... (Apple) aims to start production of a passenger vehicle in 2024, Reuters reported.

- Sweden's Northvolt raises $2.8 bln to supercharge EV battery output.

- FREYR (ALUS) in negotiations for building battery production facilities in the United States

- The global lithium ion battery megafactory count is now at 211 (3,791 GWh), up from 142 a year ago, and 84 two years ago.

**Junior lithium miners company news**

**Bacanora Lithium [LSE-AIM:BCN] [GR:2F9] (OTCPK:BCLMF)**

On June 3, Bacanora Lithium announced:

PUSU extension. Bacanora Independent Directors and Ganfeng International Trading (Shanghai) Limited ("Ganfeng") announced that Bacanora Lithium PLC ("Bacanora") and Ganfeng had entered into an agreement regarding the terms of a possible cash offer by Ganfeng for the entire issued and to be issued share capital of Bacanora, other than that which it already owns, at a price of 67.5 pence per Bacanora Share (the "Offer Price") (the "Possible Offer"). The Possible Offer remains subject to a number of pre-conditions as set out in the 6 May 2021 announcement.

On June 22, Bacanora Lithium announced:

Update on Zinnwald Lithium, the Sonora Project and debt facility. Bacanora Lithium plc, a lithium development company, is pleased to note today's announcement by Zinnwald Lithium

Plc (AIM:ZNWD) ("Zinnwald") of its acquisition of the remaining 50% of Deutsche Lithium GmbH ("Deutsche Lithium"). The Company also announces an update on its site activities at the Sonora Lithium Project (the "Project"), located in Mexico, and its debt facility agreement with RK Mine Finance ("RK"). Zinnwald has announced that it has entered into a binding agreement to acquire the 50 percent of Deutsche Lithium that it does not already own for a total consideration of €8.8 million to be settled with a cash payment of €1.5 million and the issue of approximately 50 million new shares (the "Acquisition"). Deutsche Lithium is developing the advanced Zinnwald Lithium Project in Germany (the "Zinnwald Project"). The Acquisition gives Zinnwald full ownership and operational control of the Zinnwald Project and is in line with its corporate objective to become a key supplier to the European lithium market. On completion of the Acquisition, Bacanora's shareholding in Zinnwald will decrease from 44.2% to 35.5%. Bacanora will maintain its right to appoint one Director to the Board of Zinnwald.

Investors can view the Company's latest presentation here.

Catalysts include:

- 2021 - Sonora construction has begun (50:50 JV with Ganfeng Lithium) as Bacanora's share is now fully funded.

- 2023---> Plan to commence Sonora production ramping to 17,500 tpa, and in stage two 35,000 tpa.

**Sigma Lithium Resources [TSXV:SGMA](OTCQB:SGMLF)**

Sigma is developing a world class lithium hard rock deposit with exceptional mineralogy at its Grota do Cirilo property in Brazil.

On June 2, Sigma Lithium Resources announced: "Sigma Lithium announces exceptional PEA results supporting doubling planned production capacity to 440,000 tpa (66,000 LCE)." Highlights include:

Phase 2 production highlights

- "Project's near-term production capacity of battery grade high-purity green lithium will be potentially doubled: Production is planned to increase from 220,000 tpa (33,000 LCE) planned for 2022 in Phase 1, to 440,000 tpa (66,000 LCE), within approximately one year. Phase 2 production has a projected life of mine of approximately 13years: vertically integrated to Sigma's second deposit, Barreiro with 20.5 Mt of measured & indicated high-grade and high-purity lithium resources at 1.43% Li2O.Low-risk execution strategy: Phase 2 construction is planned to start once Phase 1 concludes commissioning and

ramps up production in 2022. The Company has significantly advanced multiple Project workstreams with the objective of preparing for Phase 2 production after 2023."

Phase 2 financial highlights

- "Phase 2 has the potential to more than double total NPV of the Project to US$844 million: NPV of Phase 2 Production US$449 million. Low initial capital expenditures of US$44.5 million.

- Phase 2 after-tax cash flow generation during 13 years is projected as follows: Net revenue of US$2.1 billion (annualized US$165 million). After Tax Free Cash Flow of US$ 766 million (annualized US$60 million). EBITDA of US$1 billion (annualized US$83million). IRR of 208%.

- Located close to Atlantic emerging supply chain for electric vehicles in North America and Europe, Phase 2 would enable Sigma to continue to be amongst the lowest cost producers in the industry. PEA projects Phase 2 average total cash cost to be US$256/t (FOB Plant, life of mine) and US$360/t (CIF China Port, life of mine)."

Phase 1 construction update

- "All Detailed Engineering and Pre-Construction workstreams continued to advance to achieve production in the third quarter of 2022..."

On June 23, Sigma Lithium Resources announced:

Sigma breaks ground advancing project to implementation stage and commences earthworks in preparation for civil construction.

Catalysts include:

- Q3 2022 - Production targeted to begin at the Grota do Cirilo Project in Brazil.

Investors can read my recent Trend Investing article Sigma Lithium Looks To Be A Potential 2022 Lithium Producer With Significant Next Stage Expansion Potential.

**Neo Lithium [TSXV:NLC] (OTC:NTTHF)**

On May 27, Neo Lithium announced: "Neo Lithium discovers new deep brine aquifer in the high-grade zone of the 3Q project." Highlights include:

- "Every new drill hole intercepted high-grade brine at depth of up to 362m and outside of the previous resource estimate in 2018.

- Previous resource estimate in the northern high-grade zone only went to 100m and drill hole PP1-R-26 250m off-strike..."

On June 9, Neo Lithium announced: "Neo Lithium updates 3Q project with 125% increase of measured and indicated resources in the high-grade zone." Highlights include:

- "Significant increase in northern high-grade mineral resource estimate at 800 mg/l lithium cut-off: Measured and indicated resource estimate of 1,682,000 tonnes of lithium carbonate equivalent at an average grade of 926 mg/l Lithium.

- Significant increase of central and southern medium-grade resource estimate at 400 mg/l Lithium cut-off: Measured and indicated resource estimate 5,304,000 tonnes of lithium carbonate equivalent at an average grade of 636 mg/l Lithium

- Average combined impurities for Magnesium/Lithium and Sulphate/Lithium continue to be lowest in industry. High grade resource with 800 mg/l cut off: Mg/Li=1.66 and Sulfate/Li=0.49

- Potential for resource expansion continues to exist at depth, and off strike on the eastern border of the 3Q Project under the alluvial cones.

On June 17, Neo Lithium announced: "Neo Lithium produces 99.9% battery grade lithium carbonate." Highlights include:

- "Highest battery grade lithium carbonate produced to date with 99.9% purity.

- The Company will now convert the Plant from batch mode into continuous mode to produce large samples for specification certification.

- Lithium carbonate has now been considered acceptable for the development of batteries by CATL."

Investors can read the latest company presentation here, and an excellent video here. My CEO interview is available on Trend Investing here.

Upcoming catalysts include:

- Mid 2021 - Environmental permit expected.

- Q3 2021 - Feasibility Study due. Possible project partner/funding announcements usually after FS is released.

- Late 2021/early 2022 - Project construction planned to begin (subject to financing).

**Core Lithium Ltd. [ASX:CXO] [GR:7CX] (OTC:CORX)(OTCPK:CXOXF)**

136

### Page 137  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

Core 100% own the Finniss Lithium Project (Grants Resource) in Northern Territory Australia. Significantly they already have an off-take partner with China's Yahua (large market cap, large lithium producer), who has signed a supply deal with Tesla (TSLA). The Company states they have a "high potential for additional resources from 500km2 covering 100s of pegmatites."

On May 26, Core Lithium Ltd. announced: "Core secures Darwin Port Operating Agreement." Highlights include:

- "Core signs 5-year Darwin Port Operating Agreement [POA].

- Darwin Port Operations Facilities include truck dump, ship loader and conveyor and unloading of (mining and plant construction) equipment.

- POA contemplates exporting lithium concentrate and DSO and cements a key part of Core's low cost logistics chain from mine to port.

- Core preparing for FID in coming months to target first exports of lithium in 2022."

On June 1, Core Lithium Ltd. announced: "Lithium resource expansion and exploration drilling recommences at Finniss Lithium Project."

On June 24, Core Lithium Ltd. announced:

Nuggets at new Toolebuc prospect extends far east gold trend to 2,500m in length. Core's major focus is on the development of the Finniss Lithium Project.

Investors can read a company presentation here.

Catalysts include:

- 2021 - Updated Feasibility Study for the Finniss Lithium Project.

- H2 2021 - Construction anticipated to begin at Finniss, subject to FID (Q3 2021).

- 2021 - Fieldwork on the Adelaide River Gold Project.

**Neometals (OTC:RRSSF) (Nasdaq:RDRUY) [ASX:NMT]**

On May 27, Neometals announced: "Primobius enters MoU for North America with Stelco ("STLC") to construct a plant for extraction and recycling of battery metals." Highlights include:

- "Primobius (JV between Neometals and SMS group) enters into lithium-ion battery recycling MoU with leading Canadian steel producer Stelco Inc. (TSX: "STLC").

- MoU contemplates a potential 50:50 joint venture to recycle battery packs arising from end-of-life vehicle and rejected battery recycling.

137

Page 138  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

- MOU sets out key commercial arrangements for Primobius' first potential operation in North America with a partner capable of providing large volumes of end-of-life batteries."

On June 3, Neometals announced:

Neometals realises A$30M for Mt Marion offtake option... The Company retains significant exposure to the lithium-ion battery supply chain through its Primobius battery recycling JV and portfolio of proprietary lithium processing technologies. Neometals' cash, receivables and investments increase to ~A$107 million. Commenced a strategic review of the Indian lithium refinery project.

Catalysts:

- 2021 - Possible spin-off the Mt Edwards Nickel Project.

- 2022 - Advancements in key projects with JV partners towards final investment decisions.

- 2023 - Potential Lithium refinery in India (or Australia), potential for lithium-ion battery recycling 50:50 JV Primobius to have several projects globally, possible late stages with the Barrambie Titanium Vanadium Iron Project & the Vanadium Recovery Project.

You can read my very recent article "An Update On Neometals 5 Key Projects Across The Energy Storage Metals And EV Battery Metals Sector"

**Savannah Resources [LSE:SAV] [GR:SAV] (OTCPK:SAVNF)**

On June 1, Savannah Resources announced: "Mina do Barroso Lithium Project update. Savannah to evaluate additional strategic opportunities due to improved market conditions." Highlights include:

- "... Amid this backdrop the Heads of Agreement ('HoA') with Galp (announced on 12 January 2021) has now expired, and discussions in relation to strategic investment and offtake will continue with Galp outside of the exclusive terms of the HoA.

- Meanwhile, Savannah intends to leverage this degree of commercial interest in MdB to create a strong economic platform to support the Project's development and to maximise shareholder value. Savannah is now evaluating its many strategic options.

- This process may include alternative or supplementary offtake contracts, with or without investment from the offtaker[s] in Savannah or the project directly. It may also result in strategic investments in the Company independent of offtake, or the sale of a portion of the Mina do Barroso Project.

138

Page 139  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

- Savannah's own financial position has been significantly strengthened during the period following the execution of the oversubscribed £10.3m fund raise in April 2021. This provides Savannah with the opportunity to independently advance the definitive feasibility study work at Mina do Barroso and add to its lithium project portfolio.

- Savannah intends to leverage this degree of commercial interest in MdB to create a strong economic platform to support the Project's development."

On June 2, Savannah Resources announced: "Financial results for the Year Ended 31 December 2020." Highlights include:

Subsequent Events & 2021 Outlook

Mina do Barroso Lithium Project, Portugal

- "Public consultation on the EIA initiated in April 2021; Key milestone of 'Declaration of Environmental Impact' expected later this year.

- Received increasing investment and offtake interest in parallel with H1 2021 lithium price recovery...

- Subject to ongoing COVID-related restrictions, complete the project's Definitive Feasibility Study in support of securing construction financing.

- Adding to our in-house team in preparation for the development of Mina do Barroso."

**Argosy Minerals [ASX:AGY][GR:AM1] (OTCPK:ARYMF)**

Argosy has an interest in the Rincon Lithium Project in Argentina, targeting a fast-track development strategy.

On June 4, Argosy Minerals announced: "Rincon 2,000tpa li2co3 project update." Highlights include:

- "2,000tpa lithium carbonate process plant development works progressing on schedule and budget.

- 24% of scheduled total construction works now complete.

- First commercial production of battery quality Li2CO3 product targeted by mid-2022.

- Positive lithium sector fundamentals to leverage attractive off-take agreements to support the 2,000tpa operation and 10,000tpa project development.

- Strategic investment discussions on-going for 10,000tpa capex funding solution."

### Page 140  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

Investors can view the company's latest investor presentation here.

**Wesfarmers [ASX:WES] (took over Kidman Resources)**

The Mt Holland Lithium Project is a 50/50 JV between Wesfarmers [ASX:WES] (OTCPK:WFAFF) and SQM (SQM), located in Western Australia. There is also a proposal for a refinery located in WA. Wesfarmers acquired 100% of the shares in Kidman for A$1.90 per share, for US$545 million in total.

On June 16, Wesfarmers announced:

Wesfarmers issues inaugural sustainability-linked bonds... Wesfarmers is to raise AUD1 billion following the successful pricing this week...

You can view the latest company presentation here.

Upcoming catalysts include:

- H2, 2024 - Mt Holland production planned to begin.

**Sayona Mining [ASX:SYA] (OTC:DMNXF)**

On May 27, Sayona Mining announced:

Sayona bid for NAL to be submitted for court approval. Emerging lithium producer Sayona Mining Limited is advancing its Québec expansion strategy after the monitor (administrator) appointed by the Court overseeing the Companies' Creditors Arrangement Act (Canada) process of North American Lithium Inc. [NAL], further to the support confirmation from both secured creditors of NAL, has confirmed that it will support the filing of a motion with the Court for the approval of Sayona's joint bid for NAL with Piedmont Lithium Inc. (Sayona 75%; Piedmont 25%).

On May 28, Sayona Mining announced:

Sayona Québec: NAL Offer 'Takes a New Step'. Emerging lithium producer Sayona Mining Limited attaches the following statement from the Company's wholly owned subsidiary, Sayona Québec, regarding the joint bid with Piedmont Lithium Limited for North American Lithium (Sayona 75%; Piedmont 25%) (refer ASX release 27 May 2021). Also included is a link to the Québec Government announcement concerning the proposed bid... (if successful) Sayona Québec aims to resume production as soon as possible. The company is putting priority on environmental update of the facilities, technical improvements as well as the upgrading of certain equipment which was at a standstill.

140

Page 141  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

On June 2, Sayona Mining announced: "New drilling underway at Authier Project; WA Lithium earn-in." Highlights include:

- "New drilling campaign underway at flagship Authier Lithium Project, Québec, with goal of expanding lithium resource, reducing strip ratio and accelerating production to enhance profitability.

- Earn-in agreement reached with Altura Mining to expedite exploration at Sayona's lithium assets in Pilgangoora, Western Australia and facilitate Company's focus on North America."

On June 8, Sayona Mining announced: "Completion of Piedmont investment in Sayona Québec."

On June 22, Sayona Mining announced:

Update on Sayona's bid for North American Lithium. Emerging lithium producer Sayona Mining Limited announced today an update on the status of Sayona Québec Inc.'s (Sayona Québec) bid to acquire North American Lithium Inc. [NAL]as part of the Companies' Creditors Arrangement Act [CCAA] proceedings of NAL. A preliminary hearing of the Joint Motion was held on 18 June, at which the Court scheduled the substantive hearing of the Joint Motion for 28 June 2021. The Joint Motion is being jointly contested by an alternative bidder for, and unsecured creditor of, NAL.

Investors can read the Company presentation here, and my Trend Investing CEO interview here.

Upcoming catalysts include:

- 2021 - Authier permitting. Result of NAL bid. Possible project financing and off-take.

**Critical Elements Lithium Corp. [TSXV:CRE] [GR:F12] (OTCQX:CRECF)**

On June 2, Critical Elements Lithium Corp. announced:

Critical Elements is UL ECOLOGO® certified for mineral exploration. Critical Elements Lithium Corporation is very proud to announce that it has received UL 2723 ECOLOGO® Certification for Mineral Exploration Companies. The Company has successfully completed the final stage of the certification process, which includes audit results, use of the UL ECOLOGO® mark, and registration in UL's SPOT sustainable product database.

On June 7, Critical Elements Lithium Corp. announced:

Lithium hydroxide engineering study. Critical Elements Lithium Corporation is pleased to announce it has retained the services of Metso Outotec and WSP in Canada [WSP] to prepare a

Phase II engineering study for a chemical plant to produce high quality lithium hydroxide monohydrate for the electric vehicle and energy storage system battery industries.

On June 18, Critical Elements Lithium Corp. announced: "Critical Elements engages GoldSpot Discoveries to apply AI Exploration Technologies at its lithium-tantalum projects within the Nemiscau belt in Quebec."

Upcoming catalysts include:

- 2021 - Rose Lithium-Tantalum Project permitting. Possible off-take or financing announcements. Results of studies for a chemical plant to produce high quality lithium hydroxide monohydrate.

**Lithium Power International [ASX:LPI] (OTC:LTHHF)**

No significant news for the month.

Upcoming catalysts:

- 2021 - Maricunga drill results. Further developments with Mitsui re off-take partner and funding announcements for Maricunga Lithium Brine Project in Chile.

**Millennial Lithium Corp. [TSXV:ML] (OTCQB:MLNLF) (OTCQX:MLNLF)**

Millennial has tenements at the Pastos Grande Lithium Project and the Cauchari East Lithium Project, in Argentina. Mining licence and environmental permit has been granted.

On June 15, Millennial Lithium Corp. announced:

Millennial Lithium Corp. announces additional license acquisitions at its Pastos Grandes Project, Argentina to increase holdings to 14,091 hectares... The acquisition of these licenses, particularly PPG 01, allows Millennial to continue to develop and plan our Project infrastructure and it also provides the Project with the potential to expand significantly the sources of fresh water for our processing facility. Millennial is fully engaged at Pastos Grandes with pilot plant operations continuing and discussions progressing with a number of off-takers and strategic investors."

You can view the Company's latest investor presentation here.

Upcoming catalysts:

- 2021 - Possible off-take agreements and project funding.

**Lake Resources NL [ASX:LKE] [GR:LK1] (OTCQB:LLKKF)**

Lake Resources own the Kachi Lithium Brine Project in Argentina. Lake has been working with Lilac Solutions Technology (private, and backed by Bill Gates) for lithium extraction.

142

On June 4, Lake Resources NL announced: "Kachi Project finance advances." Highlights include:

- "Strong interest for lower cost project debt finance of Lake's flagship Kachi Lithium Project has been indicated, amid increasing focus from EV makers on sustainable, high purity lithium.

- Preliminary interest indicated by over half a dozen major international banks with strong experience of funding projects in Argentina subject to support from Export Credit Agencies.

- Lake well-funded through to final investment decision [FID] on construction finance, anticipated to be mid-2022, with A$24 million in bank at end March 2021."

**AVZ Minerals [ASX:AVZ] (OTC:AZZVF)**

On June 14, AVZ Minerals announced: "AVZ's DRC logistics arm, Nyuki Logistics, secures long term land concession for Kabondo Dianda Intermodal Staging Station." Highlights include:

- "AVZ's 100% owned DRC Logistics and Haulage company, Nyuki Logistics, secures 1,227 hectare site at Kabondo Dianda for Intermodal Staging Station and local community social economic development programmes.

- 25-year renewable rental agreement for industrial land awarded by Haut-Lomami Lands Office."

Upcoming catalysts include:

- 2021 - Initial project work, possible project funding/partner.

**ioneer Ltd [ASX:INR] [GR:4G1] (OTCPK:GSCCF)**

No significant news for the month.

Upcoming catalysts include:

- 2021 - Possible off-take and project financing discussions.

**European Metals Holdings [ASX:EMH] [AIM:EMH] [GR:E861] (OTC:ERPNF) (OTCPK:EMHLF) (Nasdaq:EMHYY)**

On June 10, European Metals Holdings announced: "Lithium life cycle assessment specialist engaged." Highlights include:

Page 144  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

- "... Cinovec LCAs to be produced for both battery-grade lithium carbonate and battery-grade lithium hydroxide monohydrate which will be manufactured at a lithium chemical plant nearby to the Cinovec mine.

- Cinovec LCAs will be benchmarked against global lithium peers.

- Minviro will be actively engaged to identify low-carbon optimisations in the developing feasibility study for Cinovec.

- Cinovec LCAs expected to demonstrate strong carbon footprint credentials with lower energy use, less intensive reagent application and net carbon credits from mine and process by-products.

- LCA Report anticipated to be completed and provided to the Company in Q3 2021."

On June 18, European Metals Holdings announced:

EMH ADS to trade in the U.S... ADSs expected to commence trading on the OTC Market as a member of the Nasdaq International Designation during July 2021 under the ticker symbol "EMHYY"... Prague Listing to be postponed at suggestion of Prague Stock Exchange.

Upcoming catalysts include:

- 2021 - DFS to be released.

**Piedmont Lithium [ASX:PLL] (Nasdaq:PLL)**

Piedmont Lithium state they are "the only US lithium spodumene project", with their 100%-owned Piedmont Lithium project in North Carolina.

On June 9, Piedmont Lithium announced:

Scoping update highlights the exceptional economics and industry-leading sustainability of Piedmont's Carolina Lithium Project. Piedmont's Carolina Lithium Scoping Study Update is based on the Company's Mineral Resource estimate reported in April 2021, of 39.2 Mt at a grade of 1.09% $Li_2O$ and the by-product Mineral Resource estimates comprising 7.4 Mt of quartz, 11.1 Mt of feldspar and 1.1 Mt of mica reported in June 2021. The fully integrated Study contemplates a 20-year project life, with the downstream lithium hydroxide chemical plant commencing 90 days after the start of concentrate operations. The chemical plant is assumed to achieve full capacity within 12 months. Table 1 provides a summary of production and cost figures for the integrated Project.

144

Note: After-tax NPV8% of US$1.923b, after-tax IRR of 31%. Total initial CapEx estimated at US$838.6m, average LiOH production cash costs US$2,943/t, 20 year mine life, 2.9 year payback.

**Piedmont Lithium's updated Scoping Study results summary**



Source

Upcoming catalysts include:

- 2021/22 - Possible off-take and project funding announcements.

You can view the company's latest presentation here.

**Wealth Minerals [TSXV:WML] [GR:EJZN] (OTCQB:WMLLF)**

Wealth Minerals has a portfolio of lithium assets in Chile, such as 46,200 Has at Atacama, 8,700 Has at Laguna Verde, 6,000 Has at Trinity, 10,500 Has at Five Salars.

On May 25, Wealth Minerals announced:

Wealth arranges $3,900,000 strategic investment. Hendrik van Alphen, CEO of Wealth, commented: "This is part of Wealth`s strategy to advance our corporate development for the benefit of shareholders. "

On June 21, Wealth Minerals announced: "Wealth closes second tranche of $3,900,000 strategic investment."

Investors can view the company's latest presentation here.

**Cypress Development Corp. (TSXV:CYP) (OTCQB:CYDVF)**

Cypress Development owns tenements in the Clayton Valley, Nevada, USA.

No significant news for the month.

Page 146  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

**Liontown Resources [ASX:LTR] (OTC:LINRF)**

Liontown Resources 100% own the Kathleen Valley Lithium spodumene project in Western Australia.

No news for the month.

You can view the company's latest presentation here.

Upcoming catalysts include:

- Q4 2021- DFS due on Kathleen Valley Lithium-Tantalum Project

**Standard Lithium [TSXV:SLL] (OTC:STLHF)**

On June 14, Standard Lithium announced:

Standard Lithium announces the early conversion of loan facility with LANXESS Corporation. The Company has issued 6,251,250 common shares, and 3,125,625 share purchase warrants (each, a "Warrant"), to the Lender in connection with the conversion of the outstanding Loan and has retired the principal of the Loan in the amount of US$3,750,000. Each warrant is exercisable to acquire an additional common share of the Company at a price of C$1.20 until June 10, 2024...

**Frontier Lithium [TSXV:FL] (HLKMF)**

Frontier Lithium own the PAK Lithium (spodumene) Project comprising 26,774 hectares and located 175 kilometers north of Red Lake in northwestern Ontario. The PAK deposit is a lithium-cesium-tantalum [LCT] type pegmatite containing high-purity, technical-grade spodumene (below 0.1% iron oxide).

On May 26, Frontier Lithium announced:

Frontier to receive funding from Ontario Government. The Ontario government is investing $363,000 in Frontier Lithium to help the emerging Greater Sudbury-based junior mining company demonstrate its new innovative extraction process for lithium. This investment will support jobs and opportunities in the mining sector, promote economic development in the north and highlight Ontario's high mineral development potential.

On June 1, Frontier Lithium announced: "Frontier Lithium intersects over 340 metres of pegmatite averaging 1.68% $Li_2O$ at the spark pegmatite." Highlights include:

- "Diamond Drill Hole ("DDH") PL-048-21 collared in pegmatite and intersected 340.7m of pegmatite averaging 1.68% $Li_2O$; Includes two continuous intersections of 153.1 and

146

Page 147  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

116.2m averaging 1.62% and 1.68% $Li_2O$. Includes narrower high grades zones of up to 26m of 2.36% with one 8m zone averaging 3.13% Li2O.

- Geomechanical DDH PL-GDH-06-21 intersected 82.2m averaging 1.25% $Li_2O$ with an 11.2 m zone at the top of the hole averaged 2.22% $Li_2O$.

- The western extent of the deposit is open and appears to be trending to the southwest.

- Results from the remaining 4 holes are pending."

**E3 Metals [TSXV:ETMC] (OTCPK:EEMMF)**

E3 Metals is a lithium development company focused on commercializing its extraction technology and advancing the world's 7th largest lithium resource with operations in Alberta. E3 has an inferred mineral resource of 6.7 million LCE.

On May 27, E3 Metals announced: "E3 Metals Corp announces filing of Q1 2021 financial statements and MD&A."

On June 2, E3 Metals announced: "E3 Metals expands Aquifer Management Plan following successful optimization..."

On June 9, E3 Metals announced:

E3 Metals completes R&D, commissions flow testing and design... on the sorbent technology has completed. The Company has selected the final candidates to advance into the process design phase with the commissioning of a flow column testing program at its Calgary Testing Facility ("the Facility"). E3 Metals has been developing its proprietary, lithium selective sorbent for the purposes of primary extraction of lithium from brine. This development work began with the University of Calgary in 2017 and has been the major focus for E3 Metals since the Company released its third resource report in 2018, now totaling 7.0Mt LCE inferred mineral resources, with opportunity for significant expansion.

On June 23, E3 Metals announced:

E3 Metals' improved sorbent outperforms, advanced for flow column testing... has demonstrated longer life and consistent performance in batch testing with 97% lithium recovery while removing over 99% of the critical impurities.

You can read the company's latest presentation here.

**American Lithium Corp. [TSXV: LI] (OTCQB:LIACF) (acquired Plateau Energy Metals Inc.)**

Page 148   EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

On May 20, American Lithium Corp. announced: "American Lithium adds drill-ready lithium exploration targets west of Falchani and outlines plans for advancing Peruvian Lithium and Uranium Projects." Highlights include:

- "Two new high priority, drill-ready lithium target areas have been identified west of Falchani through mapping and surface sampling.

- Drilling now being planned to test these targets and focus on the discovery of new lithium deposits.

- In-fill and expansion drilling to begin at Falchani and focus on resource re-classification (upgrading resource categories) and resource expansion. Expansion drilling to begin at Macusani to expand existing uranium resources and test for new deposits.

- Permitting process, including environmental and community permitting, underway with goal of launching the above drill programs late June to coincide with the end of the local rainy season."

On June 17, American Lithium Corp. announced:

American Lithium provides update on its plan of operations for TLC... Next phase at TLC to include a drill program of up to 95 drill holes to extend, expand and upgrade existing resource and complete up to 5 test pits for metallurgical bulk sampling.

**Rio Tinto [ASX:RIO] [LN:RIO] (RIO)**

Rio owns a large lithium deposit called Jadar, which is yet to be developed. Jadar is a unique, world-class lithium-borate deposit near the town of Loznica in Serbia. They also have a potential US lithium project from their Boron Mine tailings.

On May 25, Rio Tinto announced:

Rio Tinto partners with InoBat to explore innovative lithium battery initiative. Rio Tinto and InoBat, a European battery technology and manufacturing company, have signed a Memorandum of Understanding to work together to accelerate the establishment of a "cradle to cradle" battery manufacturing and recycling value chain in Serbia.

Catalysts:

2022 - Jadar construction to begin (4 years as underground mine).

2026/27 - Jadar production planned to begin

**Lithium processing and new cathode technologies**

148

Page 149  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

**Nano One Materials [TSX:NANO] (OTCPK:NNOMF)**

On May 27, Nano One Materials announced:

Nano One receives conditional approval to graduate to the Toronto Stock Exchange. (Ticker change to "NANO")

On June 3, Nano One Materials announced: "Nano One and Johnson Matthey enter into a Joint Development Agreement for Lithium-ion Battery Materials." Highlights include:

- "... Co-development of next generation products and processes for Johnson Matthey's eLNO® family of nickel-rich advanced cathode materials using Nano One's patented One-Pot process.

- Includes detailed commercialization study for pre-pilot, pilot and scaled up production.

- Builds on the successful technical reviews and evaluations conducted by Nano One and JM over the past year."

On June 17, Nano One Materials announced: "Nano One granted 3 new patents." Highlights include:

- "3 new patents, issued and allowed in Canada, the US and China.

- Patents extend protection on One-Pot process and LNMO cathode materials.

- Patents add value to One-Pot, M2CAM, coated nanocrystal and sustainability enhancing technologies."

**Other lithium juniors**

Other juniors include: Alpha Lithium Corporation [CVE:ALLI] (OTCPK:ALLIF), American Lithium Corp. [TSX-V: LI] (OTCQB:LIACF), American Pacific Borate & Lithium [ASX:ABR], Anson Resources [ASX:ASN] [GR:9MY], Ardiden [ASX:ADV], Argentina Lithium and Energy Corp. [TSXV: LIT] (OTCQB: OTCPK:PNXLF), Avalon Advanced Materials [TSX:AVL] [GR:OU5] (OTCQX:AVLNF), Carnaby Resources Ltd [ASX:CNB], Electric Royalties [TSXV:ELEC], Eramet [FR: ERA] (OTCPK:ERMAF) (OTCPK:ERMAY), European Lithium Ltd [ASX:EUR] (OTCPK:EULIF), Far Resources [CSE:FAT] (OTCPK:FRRSF), Firefinch Limited (ASX: FFX)(formerly Mali Lithium Limited), Galan Lithium [ASX:GLN], Ltd [ASX:HNR], Iconic Minerals [TSXV:ICM] [FSE:YQGB] (OTCPK:BVTEF), Infinity Lithium [ASX:INF], International Battery Metals [CSE: IBAT] (OTCPK:RHHNF), Ion Energy [TSXV:ION], Jadar Resources Limited [ASX:JDR], Kodal Minerals (LSE-AIM: KOD), Lake Resources [ASK:LKE] (OTCQB:LLKKF), Latin Resources Ltd [ASX: LRS] (OTC:LAXXF), Liberty One Lithium Corp. [TSXV:LBY] (OTCPK:LRTTF), Lithium Australia [ASX:LIT]

## Page 150  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

(OTC:LMMFF), Lithium Chile Inc. [TSXV:LITH][GR:KC3] (OTCPK:LTMCF), Lithium Energi Exploration Inc. [TSXV:LEXI](OTCPK:LXENF), Lithium South [TSXV:LIS] (NRGMF), MetalsTech [ASX:MTC], MGX Minerals [CSE:XMG] (OTC:MGXMF), Noram Ventures [TSXV: NRM], One World Lithium [CSE:OWLI] (OTC:OWRDF), Portofino Resources Inc.[TSXV:POR] [GR:POT], Power Metals Corp. [TSXV:PWM] (OTCPK:PWRMF), Prospect Resources [ASX:PSC], Pure Energy Minerals [TSXV:PE] (OTCQB:PEMIF), Rock Tech Lithium [CVE:RCK], Spearmint Resources Inc [CSE:SPMT] (OTCPK:SPMTF), United Lithium Corp. [CSE:ULTH] (OTC PINK:ULTHF)[FWB:0UL], Vision Lithium Inc. [TSXV:VLI] (OTCQB:ABEPF), Vulcan Energy Resources [ASX: VUL] (OTCPK:VULNF).

Conclusion

June saw lithium spot prices higher again.

Highlights for the month were:

- Global EV battery sales surge leading to strong lithium demand and pricing.

- Ganfeng offers to buy the balance of Bacanora Lithium shares at 67.5 pence.

- Sigma Lithium announces exceptional PEA results supporting doubling planned production capacity to 440,000 tpa (66,000 LCE).

- Neo Lithium discovers new deep brine aquifer in the high-grade zone of the 3Q project. Neo Lithium produces 99.9% battery grade lithium carbonate.

- Neometals realises A$30M for Mt Marion offtake option. Primobius (50/50 JV Neometals & SMS group) enters MoU for North America with Stelco ("STLC") to construct a plant for extraction and recycling of battery metals.

- Sayona Quebec (Sayona 75%; Piedmont 25%) awaiting Court approval of contested bid for NAL.

- Millennial Lithium Corp. announces additional license acquisitions at its Pastos Grandes Project, Argentina to increase holdings to 14,091 hectares.

- Lake Resources Kachi Project finance advances.

- European Metal Holdings ADS to trade in the U.S, ticker "EMHYY".

- Piedmont Lithium's Carolina Lithium Project updated Scoping Study results in an after-tax NPV8% of US$1.923b, after-tax IRR of 31%. Total Intial CapEx US$838.6m, average LiOH production cash costs US$2,943/t, 20 year mine life, 2.9 year payback.

## Page 151   EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

- Frontier Lithium intersects over 340 metres of pegmatite averaging 1.68% $Li_2O$ at the spark pegmatite.

- Rio Tinto and InoBat sign MOU to work together to accelerate the establishment of a "cradle to cradle" battery manufacturing and recycling value chain in Serbia.

- Nano One graduates to the TSX, changes ticker to "NANO".

- OVERALL: Short term gains will lead to long terms sadness and war

- My Top 2 Battery Metal Miners For Lithium, Cobalt, Nickel; And 1 For Graphite & Manganese

- Top 5 Lithium Miners To Accumulate In 2020 & 2021

# Ownership Questions Dog ENER1 (HEV) As It Competes For Loans And Grants

Posted by **Alison Kroulek** | **#** |
08:40:27 am on March 23, 2009

## RUSSIANS, RUSSIANS, RUSSIANS

Ener1 seems like it would be one of the companies most likely to benefit from the stimulus plan. After all, the company makes batteries for electric cars and it has a manufacturing plant in Indiana, so it benefits American workers. Plus, the market for these batteries should take off as America tries to reduce the amount of fossil fuels used to power our vehicles. Here's how Barron's describes Ener1's growth potential:

> If Ener1 were to win 5% to 12% of a million-vehicle battery market, the company estimates, it could pull in $2.1 billion in annual revenue with 15% margins (based on earnings before interest, taxes, depreciation and amortization). "If you want to apply a 15 times multiple to that cash flow, which in any normal market is a reasonable growth market, you're talking about a $4.5 billion equity-market cap," says CEO Charles Gassenheimer.

To help expand its facilities here, Ener1 has applied for a $480 million loan from the US Department of Energy and plans to apply for some of a $2 billion dollar grant that is part of the Advanced Battery Manufacturing Initiative in the stimulus plan.

However, questions about the company's ownership are complicating the application process. Here's how the Barron's article I linked to above explains the problem:

> As of late February, some 62% of Ener1's outstanding shares were owned by privately held Ener1 Group. In turn, 66% of Ener1 Group — a recent participant in a $5.7 million loan to Think Global, which is trying to emerge from bankruptcy — is held by Bzinfin, a British Virgin Islands company whose "indirect beneficial owner" is Boris Zingarevich, a Russian businessman. Zingarevich has close ties to Russian President Dmitry Medvedev and Prime Minister Vladimir Putin.

This is a concern for the Department of Energy. There are fears that if Ener1 develops a successful battery, all of the research and development funded with DOE loans and grants could be transferred back to Russia, especially since there are also military applications for the technology.

Speaking to Barron's, Ener1 CEO responded to these concerns by denying that the Russian investors have any influence on the decisions the company makes. Here's how he explains the situation:

> Gassenheimer says that Zingarevich joined the company "when the two founders ran into financial difficulties… If it were not for Boris, this company would not be alive today. He's been a tremendous partner, a patient investor. It's nice to have someone with this level of patience that is fully committed to the story." He adds that Zingarevich "as a matter of SEC rules…is deemed to 'beneficially own' a majority of our shares" but has

152

# SUMMARY: Bottom Line On Rare Earth Mines

**- Lithium and rare earth corrupt child labor mines produce Elon Musk's deadly, toxic, explosive lithium batteries**
**- The Obama Administration pitched that you could just "go to Afghanistan and scoop up battery materials in the desert". That turned out to be a lie!**
**- The US is getting suckered into another lithium wild goose chase by corrupt Senators who own interests in lithium**
**- The politicians that own battery interests work very hard to keep the dangers of lithium covered up**

lithium ion batteries: cause wars, rape and genocide in the congo, afghanistan and bolivia from the corrupt mining deals involved with mining lithium and cobalt; are insider trading-owned by ex-cia boss woolsey and doe boss chu;  excrete chemicals that mutate fetuses when they burn; destroy your brain, lungs and nervous system when they burn; kill the factory workers who make them; cause panasonic to be one of the most corrupt companies in the world; poison the earth when disposed of; can't be extinguished by firemen; poison firemen when they burn; are based on criminally corrupt mining schemes like uranium one; have over 61 toxic chemicals in them; come from an industry that spends billions on internet shills and trolls used to nay say all other forms of energy; are insider-trading owned by corrupt u.s. Senators who are running a SAFETY COVER-UP about their dangers. Apple products with lithium ion batteries have been exploding and setting people on fire; over time the chemical dendrites inside each battery grow worse and increase the chances of explosion as they age -

LITHIUM ION BATTERIES BECOME MORE AND MORE LIKELY TO EXPLODE AS TIME GOES ON AND AS THEY AGE; "Bad Guys" have figured out how to make them explode remotely; have their dangers hidden by CNN and MSM because pretty much only the DNC people profit from them; are the heart of Elon Musk's stock market scam. The Obama Administration promised Silicon Valley oligarchs the market monopoly on lithium ion batteries and the sabotage of fuel cells in exchange for campaign financing and search engine rigging; United States Senators that are supposed to protect us from these deadly products own the stock market assets of them so they protect them and stop the FDA, OSHA, DOT & NHTSA from outlawing them. WRITE YOUR ELECTED REPRESENTATIVE AND DEMAND THAT LITHIUM ION BATTERIES BE MADE ILLEGAL TO SELL!

153

NiCAD and Hundreds of other battery chemistries DO NOT have all of these problems but Lithium Ion batteries get a monopoly because of politician insider trading ownerships. A recent fire on U.S. Highway 101 near Mountain View, CA, burned the driver alive and killed him. In Florida two kids died in a Tesla, burned alive, screaming in agony. A man died in agony in a Tesla crash in Malibu that set Malibu Canyon on fire.

A young woman, at the start of life, and her boyfriend were burned alive in their crashed Tesla. There are many more deaths and crashes than you have heard about. The deaths and the cover-ups are endless. Senators Dianne Feinstein, Harry Reid, Nancy Pelosi, Kamala Harris and their associates own the stock in Tesla Motors and/or it's suppliers and mining companies and they cover-up and halt investigations and laws designed to save the public. They, and their crony's, spend over $1B a year to shill and troll hype about lithium ion batteries and cover-up the dangers. Lithium ion EVs are more prone to battery fires.

Experts say that their lithium-ion batteries can fuel hotter fires that release toxic fumes and are more difficult to put out. Lithium ion fires keep reigniting which explains why it takes so long and requires copious amounts of water or foam (it is an electric fire, after all) to smother the flames. Tesla employee Bernard Tse and his team warned Elon Musk about these dangers in 2008 and they got fired and/or warned to "say nothing" by Musk. Three top Tesla engineers died in a plane crash next to Tesla offices in San Carlos after two of them agreed to become whistle-blowers.

Elon Musk exists because he bribed DNC politicians and Senators Feinstein, Reid, Boxer, Harris, Clinton and Pelosi to give him free taxpayer cash and government resources from the Dept. of Energy and the Calif treasury. DOE has been covering-up organized crime activities at DOE in which DOE funds are being used as a slush-fund to pay off DNC campaign financiers and to pay for CIA/GPS Fusion-Class attacks on Silicon Valley business competitors of those DNC campaign financiers who DOE staff share stock market holdings with.

Elon Musk is a criminal, a mobster, an asshole, a bald fake-hair wearing, plastic surgery-addicted, douchebag, woman-abusing, sex addicted, tax evader. Musk exploits poor people and child slaves in the Congo and Afghanistan to mine his lithium and Cobalt.

Musk spends billions per year to hire Russian trolls, fake blogger fan-boys and buy fake news self-aggrandizement articles about himself. Musk thinks he is the 'Jesus' of Silicon Valley. Fake News manipulator Google is run by Larry Page and Larry is Musk's investor and bromance butt buddy. Musk uses massive numbers of shell companies and trust funds to self-deal, evade the law and hide his bribes and stock market insider trading. A huge number of Tesla drivers have been killed; pedestrians and oncoming drivers have also been killed, and Musk covers it up. The

DNC and the MSM refuse to allow any articles about Musk's crimes to be printed because they benefit from Musk's crimes.

Musk has been professionally diagnosed as a 'psychotic narcissist.'A 'Silicon Valley Mafia; cartel of frat boy sociopath venture capitalists like Steve Jurvetson, Tim Draper, Eric Schmidt, et al; threaten those who do not support the cult of Tesla or their political candidates. In EVERY blog that you read that mentions 'Musk', at least 1/3 of the comments have been placed their by Musk's paid shills. Musk holds the record for getting sued for fraud by his investors, wives, former partners, employees, suppliers and co-founders. Elon Musk has gone out of his way to hire hundreds of ex-CIA staff and assign them to "dirty tricks teams" to attack his competitors and elected officials who Musk hates. Musk never founded his companies. Musk's "Starlink" satellites are domestic spy and political manipulation tools - never get your internet from one.

Musk stole Tesla in a hostile ownership take-over from Marty the true inventor of the Tesla. The same kind of EMF radiation proven to cause cancer from cell phones exists in massive amounts in a Tesla. Musk can't fix a car or build a rocket and has almost no mechanical skills. If you pull a report of every VIN# of every Tesla ever built and cross reference that with insurance, repair and lawsuit records you will find that the "per volume" fire, crash, death and defect rate is THE WORST of any car maker in history! Musk is a lying con artist and partners with Goldman Sachs to rig the stock market. Sachs has a dedicated team of 18 men who rig stocks and valuation bumps for Musk. Over 1000 witnesses can prove every one of those claims in any live televised Congressional hearing! Senators Dianne Feinstein, Harry Reid, Nancy Pelosi, Kamala Harris and their associates own the stock in Tesla Motors and/or it's suppliers and mining companies.

That is why they criminally help cover-up investigations of Tesla! All of this was reported, in writing, to James Comey, Patricia Rich and David Johnson at the FBI. The DNC bosses own the stock in lithium, Solar and EV markets and use kickbacks from those markets (Especially via convoluted campaign finance laundering via Elon Musk) to finance the DNC. The DNC bosses use character assassination as their main political tool against any member of the public who speaks out against their felony stock market scams and PizzaGate-like scandals. The Harvey Weinstein reports by Ronan Farrow show that they have teams of hired goons that they pay to destroy people's lives.

They use Black Cube, Mossad, In-Q-Tel, Stratfor, Gawker Media, Gizmodo Media, Media Matters, David Brock, Sid Blumenthal, NY Times, Google servers, Facebook servers, Podesta Group, Perkins Coie, Covington & Burling and a host of "assassins". It should be a felony to hire character assassins in the USA. DEMAND A LAW and DEMAND the termination of these attack services. IE: Gawker and Gizmodo Media sets-up the attack stories and, in paid

partnership with Google, Google kicks their attack links around the globe, in front of 8 Billion people, forever. Google locks the attack articles of its enemies on the front top search results of Google search results forever, on purpose! That is why Google is being terminated in the largest, most well resourced anti-corruption public service take-down in history! Tesla and Musk are protected by shareholders Harris, Pelosi, Feinstein, Brown and Newsom. Panasonic (indicted for bribery and Musk's partner) spends billions of dollars annually cover-up lithium battery fires and battery defects.

**China and Russia have spent decades on spy-craft politi-tricks to make sure the USA becomes embroiled in wars, expense and failure with rare earth mines. It is a "fools errand" for the USA to go after lithium ion batteries when so many other, fully domestic, technologies exist!12 pt**

156

# What Already Exists That Obsoletes Corrupt "Blood Mining"?

### The Thing That a Couple of Technology Billionaires Will Do Anything To Sabotage

Certain, known, technology billionaires spend billions of their dollars, per year, flooding blogs with anti-hydrogen lies because they don't have the products to beat it in the competitive market place. Their tactics are detailed in the feature film, ***The Merchants of Doubt,*** available now on **Netflix** and other Movie-on-Demand sites

Some battery VC's, who are campaign financiers, have put moles in competitors, bribed senators and black-balled start-ups to keep you, the public, from getting clean energy-products

Now the FBI, The U.S. Senate, and the entire Japanese and European auto industry have called these *"Solyndra-scammers"* out and the Hydrogen cars are now on sale! The world has said: ***"The lying Lithium battery billionaires are full of BS!"***

### Here are the federally, and university, proven facts:

Lithium-ion batteries blow up spontaneously. They set homes, offices and planes on fire and have crashed multiple jets. They release cancer-causing, brain damaging, fetus mutating fumes when they burn. They kill the factory workers and nearby towns, where they are made, due to deadly toxins used in making them. They cause one to invade other countries in order to make them. They poison the Earth when they are manufactured and when they are disposed of. A "certain" group of Silicon Valley campaign financiers pushed for the invasion of Afghanistan, and Bolivian political fractures in order to take over the lithium mineral mines for their monopoly of these batteries. Those billionaires **"War Profiteered"! And paid** U.S. Senators with stock in their companies related to lithium ion batteries.

The greedy VC's didn't do their homework. They didn't see that the lithium ion was such a disaster. They only saw dollar signs. They now spend over a billion dollars per year to sabotage, troll, meat puppet and anti-blog any competing sustainable energy technology because..MONOPOLY!

So that idea "blew up", literally. A famous battery car billionaires is, point-blank, **LYING** about hydrogen and fuel cells in order to protect his lithium battery Afghanistan mining scam.

**So What's Next?**

Wouldn't it be cool if you could provide the fuel stock, for the next generation of automobiles, from the water and waste materials that you generate at home?

Wouldn't it be cool if you could drive your next generation car across the nation with fuel you can carry on board, or pick-up from any grocery store?

Wouldn't it be cool if the only waste material that car gave off was simple water?



With Toyota and others offering fuel cell powered vehicles in 2015, it's time to tackle some myths about fuel cells and the vehicles that will use them.



**Myth #1:** Fuel Cell Vehicles Burn Hydrogen

Page 159  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District



Fuel cells don't burn hydrogen - they use an electrochemical process to convert hydrogen and atmospheric oxygen into electricity and water. They have no moving parts and no open flames.

**Myth #2**   Fuel Cell Vehicles Are Expensive

This *used* to be true - a prototype 2007 Toyota FCV reportedly cost more than $1 million dollars to build.

However, recent advances in fuel cell manufacturing and catalyst performance have led to a dramatic cost decrease. According to the US Dept. of Energy, fuel cells will cost $30-$50 per kw of output by 2020, depending on production volume. To put this number in perspective, Tesla battery packs are estimated to cost over $250 per kw-hr of capacity today and may fall to $196/kWh by 2018. Some optimists belive battery pack costs could fall to $100/kWh by 2025, while others believe battery pack costs will fall no lower than $167/kWh by 2025. The point? A mid-sized car with a 60kWh battery pack will likely cost more than a similar sized car with a 125kW fuel cell, all things being equal. Fuel cell cars might not be "cheap," per se, but they likely won't be any more expensive than battery powered vehicles (and could be a great deal less).

Page 160  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District



Hydrogen Costs less, is cleaner, and can be acquired from more sources than anything else:



You can fill up just like any car on Earth PLUS in many new ways

160

Page 161  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District



The entire supply and creation chain can be 100% clean



Hydrogen cars beat lithium battery cars on range, weight, safety, flexibility, fire issues, and hundreds of other metrics. In fact, lithium battery cars can't beat fuel cell cars on anything

**Myth #10**  Fuel Cells Are "BS"

 Elon Musk, with much of his personal wealth invested in lithium ion battery-electric car technology, says rival fuel cell vehicle technology is "BS."

### Page 162  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

Tesla's Elon Musk once famously quipped that fuel cells are "so BS." Considering Musk's reputation as an innovator and his success with Tesla, many people have taken this comment at face value.

However, in light of FCV range and refueling ease, and Musk's personal investment in battery electric vehicle technology, it would be a mistake to accept his criticism of fuel cells without skepticism.

NOTE: A great deal of misinformation about hydrogen fuel cell vehicles stems from an article in The New Atlantis magazine. Please note that this article is several years old (it was written in 2007). Much of what was written is no longer accurate.

This page was created by Spork Marketing and references both cited data sources and official Toyota news releases. Visit http://www.toyota.com/fuelcell/ for more information about Toyota's new FCV.

---



**Myth:** Installing a hydrogen infrastructure will be prohibitively expensive

The hydrogen transition will not need enormous investments in addition to those that the energy industry is already making. Instead, it will displace many of those investments.

It is expected that the roll-out of a hydrogen infrastructure will occur regionally over time to coincide with vehicle deployment. Yet with the adoption of hydrogen fuel cell products in early markets such as forklifts, airport baggage tugs, back-up power for telecom sites; distributed power for remote communities; and in transit buses, we are seeing a near-term demand for hydrogen.

162

Page 163  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

With automotive fuel cell electric vehicles in the near term horizon, we must begin to install a hydrogen infrastructure now.

**Myth:** Hydrogen and fuel cells are too expensive

What do computers, cell phones, televisions, wind turbines and solar panels all have in common? People initially thought that they were too expensive when they were first developed.

As with any new technology, cost can be an issue. But, as demand increases, scientists make new breakthroughs, and companies find ways to cut costs, the price will continue to go down. So, while cost remains an issue right now, hydrogen and fuel cells have the potential to be produced for even less than current technologies.

Hydrogen Costs

Many industries already use large quantities hydrogen as a raw material in the chemical synthesis of ammonia, methanol, hydrogen peroxide, polymers, and solvents. Even oil refineries use hydrogen to remove the sulphur from crude oil. But, because hydrogen products for consumers aren't widely available, there is little economic incentive to make and sell hydrogen fuel.

When analysis's evaluate hydrogen's cost to consumers, they often forget that hydrogen can be made nearly anywhere, from any power source, including renewable energy sources. This flexibility can eliminate most or even all transportation costs. Since a large portion of the price that consumers pay for fuel is for transportation, this is significant. For example, the present price of delivered liquid hydrogen is around four times the cost of producing hydrogen.

Finally, in any cost comparison of hydrogen to other fuels, we shouldn't compare apples to oranges. It isn't meaningful to compare the price of a gallon of hydrogen to a gallon of gasoline because both fuels produce a different amount of energy. What really counts is how many cents a kilometre your fuel costs. Even at the present price of delivered liquid hydrogen, if you used hydrogen to power a fuel cell vehicle, your cost per kilometre would be the same as getting gasoline for a dollar a gallon.

Fuel Cell Costs

The costs of fuel cells will inevitably decrease because the raw materials (such as graphite, commodity metals, plastics, and composite) are inexpensive. The only material that is expensive is current catalyst, typically platinum. To overcome this, scientists are researching alternative catalysts from base metals and reducing the amount of platinum needed. Furthermore, platinum may become less expensive due to new platinum recycling systems. Despite their higher setup and development cost, fuel cells have lower maintenance costs and longer operating life.

163

Page 164  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

**Myth:** Hydrogen is dangerous

Most fuels have high energy content and must be handled properly to be safe. Hydrogen is no different. In general, hydrogen is neither more nor less inherently hazardous than gasoline, propane, or methane. As with any fuel, safe handling depends on knowledge of its particular physical, chemical, and thermal properties and consideration of safe ways to accommodate those properties. Hydrogen, handled with this knowledge, is a safe fuel. Hydrogen has been safely produced, stored, transported, and used in large amounts in industry by following standard practices that have been established in the past 50 years. These practices can also be emulated in non-industrial uses of hydrogen to attain the same level of routine safety.

**Myth:** Hydrogen caused the Hindenburg to blow up.

Actually, the cause of the fire that destroyed the German passenger airship Hindenburg in 1937 in New Jersey is still unknown. An investigation in 1990 by Addison Bain, a NASA engineer, showed that the paint coating used on the skin of the airship caused the fire. The coating contained reactive chemicals similar to solid rocket fuel. When the airship was docking in 1937, an electrical discharge ignited the skin, and the fire raced over the surface of the airship.

**Myth:** Commercial hydrogen can make a hydrogen bomb

It's not possible to make a hydrogen bomb with commercially available hydrogen fuel for a couple of reasons. The thermonuclear explosion from a hydrogen bomb results from a nuclear fusion reaction. Two isotopes of hydrogen – deuterium and tritium – collide at very high energy to fuse into helium nuclei, releasing tremendous amounts of energy. However, to get these rare isotopes of hydrogen to fuse requires extraordinary temperatures (hundreds of millions of degrees) supplied by a thermonuclear weapon by an atomic bomb to trigger the fusion reaction. The sheer amount of energy makes this impossible for anyone but professionals in a lab. Furthermore, commercial hydrogen gas doesn't even contain deuterium or tritium. Without these isotopes, it is impossible for ordinary hydrogen gas to produce a thermonuclear reaction under any circumstances.

**Myth:** Hydrogen isn't a clean fuel

Hydrogen as a fuel doesn't create any emissions when used in a fuel cell. However, it is only as clean as the energy source it's derived from. Producing hydrogen from fossil fuels does create emissions, but it is less than gasoline or diesel. It is also easier to control this pollution because the pollution is limited to the fuel production process. Hydrogen is best when produced from non-polluting renewable energy sources. Different countries will make different choices, depending on their current energy availability and future priorities.

Page 165  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

For vehicles, according to well-to-wheels studies, hydrogen fuel cell vehicles are at least twice as efficient as gasoline vehicles, and 40% more efficient than a hybrid. Most hydrogen internal combustion engines are about 30% more efficient than their gasoline counterparts and fuel cells are 100-200% (2-3 times) more efficient.

If we continue to drive vehicles running on fossil fuels, we will continue emitting carbon dioxide into the atmosphere at an ever-growing rate. But if we drive vehicles running on hydrogen, and burn fossil fuels to make that hydrogen, we can choose to sequester the carbon emitted during production or emit it into the atmosphere. If we choose to produce hydrogen from non-polluting sources of energy, we will decrease the amount of global air pollution that we will create.

**Myth:** There isn't an abundant source of hydrogen fuel

Hydrogen can be made from almost any source of energy. Oil, coal, hydro power, solar power, nuclear power, geothermal power and other energy sources can all be transformed into electricity and then, by electrolysis, into hydrogen.

Contrast that with gasoline for cars. Even though people tend to talk about cars running on oil, they actually run on gasoline, which is manufactured, not found. Gasoline can only be made from oil, which we get out of the ground, as a feedstock. When we can no longer find oil at a reasonable cost, we can still make hydrogen.

**Myth:** In cars, hydrogen can't compete with regular gas

In many ways, hydrogen vehicles are more viable than gasoline. Vehicles that use hydrogen in an internal combustion engine are about 30% more efficient than comparable gasoline vehicles. Best of all, they produce ultra-low emissions, with no CO2. Fuel cells are ideally suited for cars that use electrical systems instead of hydraulics for functions such as steering and braking. These cars are two to three times more energy efficient than gas cars. Also, in a fuel cell electric vehicle, automakers can put the power train anywhere, which gives them the ultimate in design freedom.

**Myth**: Using renewable power to produce hydrogen wastes energy

It would be ideal if you could just plug in to your solar panel or wind generator and use that power right away. However, it's not always windy or sunny, so renewable energy projects need a storage system that provides energy whenever you we need it. Hydrogen can store energy that would otherwise go to waste.

**Myth:** Hydrogen and fuel cell products are still in development and we can't buy them today

165

Hydrogen and fuel cell products are available today. Many hydrogen fuel cells are used today in forklifts in warehouses, buses in cities, and back-up power for communications companies. Companies and governments recognize the performance, financial, environmental and health benefits. These early uses are playing a pivotal role in refining the technology and establishing infrastructure.

Scientists and companies are currently testing micro fuel cells, often called portable power, to recharge and power cell phones and laptops. These should be available in the near future.

In the next couple of years, we'll start to see new vehicles available for customers too. For example, Honda, Toyota and Mercedes-Benz currently have concept cars on the go and are all planning on releasing fuel cell cars for consumers in 2015.

Twenty Hydrogen Myths That Battery Companies and Oil Companies Spend Billions of Dollar Per Year Trying to Make You Believe:

**White paper published at www.rmi.org**

Download the detailed report at the links below:

http://www.rmi.org/Knowledge-Center/Library/E03-05_TwentyHydrogenMyths

http://www.rmi.org/cms/Download.aspx?id=6667&file=E03-05_20HydrogenMyths.pdf&title=Twenty+Hydrogen+Myths

This peer-reviewed white paper offers both lay and technical readers a documented primer on basic hydrogen facts, weighs competing opinions, and corrects twenty widespread misconceptions. Some of these falsehoods include the following: "a hydrogen industry would need to be developed from scratch; hydrogen is too dangerous for common use; making hydrogen uses more energy than it yields; we lack a mechanism to store hydrogen in cars; and hydrogen is too expensive to compete with gasoline". This paper explains why the rapidly growing engagement of business, civil society, and government in devising and achieving a transition to a hydrogen economy is warranted and, if properly done, could yield important national and global benefits.

**Abstract**

166

Recent public interest in hydrogen has elicited a great deal of conflicting, confusing, and often ill-informed commentary. This peer-reviewed white paper offers both lay and technical readers, particularly in the United States, a documented primer on basic hydrogen facts, weighs competing opinions, and corrects twenty widespread misconceptions. **It explains why the rapidly growing engagement of business, civil society, and government in devising and achieving a transition to a hydrogen economy is warranted and, if properly done, could yield important national and global benefits.**

**About the author**

Physicist Amory Lovins is cofounder and CEO of Rocky Mountain Institute (www.rmi.org) and Chairman of Hypercar, Inc. (www.hypercar.com), RMI's fourth for-profit spinoff (in which, to declare an interest, he holds minor equity options). Published in 28 books and hundreds of papers, his work has been recognized by the "Alternative Nobel," Onassis, Nissan, Shingo, and Mitchell Prizes, a MacArthur Fellowship, the Happold Medal, eight honorary doctorates, and the Heinz, Lindbergh, World Technology, and "Hero for the Planet" Awards. He has advised industry and government worldwide on energy, resources, environment, development, and security for the past three decades.

**About the publisher**

Rocky Mountain Institute is an independent, entrepreneurial, nonprofit applied research center founded in 1982. Its ~50 staff foster the efficient and restorative use of resources to make the world secure, just, prosperous, and life-sustaining. The majority of its ~$7-million annual revenue is earned by consultancy, chiefly for the private sector; the rest comes from foundation grants and private gifts. Much of the context of its work is summarized in Natural Capitalism (www.natcap.org). Donations are welcome and tax-deductible (#74-2244146). RMI is at 1739 Snowmass Creek Road, Snowmass, CO 81654, phone + 1 970 927-3851

Twenty myths

Myth #1. A whole hydrogen industry would need to be developed from scratch.

Myth #2. Hydrogen is too dangerous, explosive, or "volatile" for common use as a fuel.

Myth #3. Making hydrogen uses more energy than it yields, so it's prohibitively inefficient

Page 168  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

Myth #4. Delivering hydrogen to users would consume most of the energy it contains...

...Myth #17. A viable hydrogen transition would take 30–50 years or more to complete, and hardly anything worthwhile could be done sooner than 20 years

http://www.rmi.org/Knowledge-Center/Library/E03-05_TwentyHydrogenMyths

Full document (PDF)
http://www.rmi.org/cms/Download.aspx?id=6667&file=E03-05_20HydrogenMyths.pdf&title=Twenty+Hydrogen+Myths

Page 169  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

**NEWS**

# THE INFLUENCE GAME: Toyota's Powerful DC Friends

**THE INFLUENCE GAME: Toyota has friends in high places in Washington, but are they enough?**

**By SHARON THEIMER**

*The Associated Press*

**WASHINGTON**

The lawmakers now investigating Toyota's recall include a senator who was so eager to lure the Japanese automaker to his state that he tramped along through fields as its executives scouted plant sites, and a congresswoman who owes much of her wealth to a Toyota supplier.

# Twenty Hydrogen Myths

AMORY B. LOVINS, CEO, ROCKY MOUNTAIN INSTITUTE
20 June 2003

Hydrogen technologies are maturing. The world's existing hydrogen industry is starting to be recognized as big — producing one-fourth as much volume of gas each year as the global natural-gas industry. Industry, government, and civil society are becoming seriously engaged in designing a transition from refined petroleum products, natural gas, and electricity to hydrogen as the dominant way to carry, store, and deliver useful energy. New transitional paths are emerging, some with a vision across sectoral or disciplinary boundaries that makes them harder for specialists to grasp. Naturally, there's rising speculation about winners, losers, and hidden agendas. And as the novel hydrogen concept is overlain onto longstanding and rancorous debates about traditional energy policy, constituencies are realigning in unexpected ways.

In short, the customary wave of confusion is spreading across the country. What's this all about? Is hydrogen energy really a good idea? Is it just a way for incumbent industries to reinforce their dominance, or could it be a new, different, and hopeful melding of innovation with competition? Is it a panacea for humanity's energy predicament, or a misleading *deus ex machina* destined to inflict public disappointment and cynicism, or neither, or both?

The conversation about hydrogen is confused but hardly fanciful. The chairs of eight major oil and car companies have said the world is entering the oil endgame and the start of the Hydrogen Era. Royal Dutch/Shell's planning scenarios in 2001 envisaged a radical, China-led leapfrog to hydrogen (already underway): hydrogen would fuel a fourth of the vehicle fleet in the industrialized countries by 2025, when world oil use, stagnant meanwhile, would start to fall. President Bush's 2003 State of the Union message emphasized the commitment he'd announced a year earlier to develop hydrogen-fuel-cell cars (FreedomCAR).

Yet many diverse authors have lately criticized hydrogen energy, some severely.[1,12] Some call it a smokescreen to hide White House opposition to promptly raising car efficiency using conventional technology, or fear that working on hydrogen would divert effort from renewable energy sources. Some are skeptical of hydrogen because the President endorsed it, others because environmentalists did. Many wonder where the hydrogen will come from, and note that it's only as clean and abundant as the energy sources from which it's made. Most of the critiques reflect errors meriting a tutorial on basic hydrogen facts; hence this paper.

## Introductory facts

To establish a common factual basis for exploring prevalent myths about hydrogen, let's start with six points that are universally accepted by hydrogen experts but not always articulated:

- Hydrogen makes up about 75% of the known universe, but is not an energy *source* like oil, coal, wind, or sun.[13] Rather, it is an energy *carrier* like electricity or gasoline — a way of transporting useful energy to users. Hydrogen is an especially versatile carrier be-

170

cause like oil and gas, but unlike electricity, it can be stored in large amounts (albeit often at higher storage cost than hydrocarbons), and can be made from almost any energy source and used to provide almost any energy service. Like electricity, hydrogen is an extremely high-quality form of energy, and can be so readily converted to electricity and back that fuel-cell pioneer Geoffrey Ballard suggests they be thought of together as a fungible commodity he calls "Hydricity™."

- The reason hydrogen isn't an energy *source* is that it's almost never found by itself, the way oil and gas are. Instead, it must first be freed from chemical compounds in which it's bound up. There are broadly three ways to liberate hydrogen: using heat and catalysts to "reform" hydrocarbons or carbohydrates, or electricity to split ("electrolyze") water, or experimental processes, based typically on sunlight, plasma discharge, or microorganisms.[14] All devices that produce hydrogen on a small scale, at or near the customer, are collectively called "hydrogen appliances" to distinguish them from traditional large-scale industrial production.
- Fossil-fuel molecules are combinations of carbon, hydrogen, and various other atoms. Roughly two-thirds of the fossil-fuel atoms burned in the world today are hydrogen. (However, hydrogen yields a smaller share of fossil-fuel energy, because its chemical bonds are weaker than carbon's.) The debate is about whether combusting the last third of the fossil fuel — the carbon — is necessary; whether it might be cheaper and more attractive not to burn that carbon, but only to use the hydrogen; and to what degree that hydrogen should be replaced by hydrogen made with renewable energy sources.
- Using hydrogen as a fuel, rather than burning fossil fuels directly, yields only water[15] (and perhaps traces of nitrogen oxides if used in a high-temperature process). This can reduce pollution and climate change, depending on the source of the hydrogen. But when journalists write that hydrogen can "clean the air,"[16] that's shorthand for keeping pollutants out of the air, not removing those already there.
- Hydrogen is the lightest element and molecule. Molecular hydrogen (two hydrogen atoms, $H_2$) is eight times lighter than natural gas. Per unit of energy contained, it weighs 64% less than gasoline or 61% less than natural gas: 1 kilogram (2.2 lb) of hydrogen has about the same energy as 1 U.S. gallon of gasoline, which weighs not 2.2 but 6.2 pounds.[17] But the flip side of lightness is bulk. Per unit of *volume*, hydrogen gas contains only 30% as much energy as natural gas, both at atmospheric pressure. Even when hydrogen is compressed to 170 times atmospheric pressure (170 bar), it contains only 6% as much energy as the same volume of gasoline. Hydrogen is thus most advantageous where lightness is worth more than compactness, as is often true for mobility fuels.
- One of the biggest challenges of judging hydrogen's potential is how to compare it fairly and consistently with other energy carriers. Fossil fuels are traditionally measured in cost, volume, or mass per unit of *energy content*.[18] That's valid only if the fuels being compared are all used in similar devices and at similar efficiencies, so all yield about the same amount of energy service. But that's not valid for hydrogen. Fuel cells (explained further in Myth #6) are not subject to the same thermodynamic limits as fuel-driven engines, because they're electrochemical devices, not heat engines. A hydrogen fuel-cell car can therefore convert hydrogen energy into motion about 2–3 times as efficiently as a normal car converts gasoline energy into motion: depending on how it's designed and run, a good fuel-cell system is about 50–70% efficient, hydrogen-to-electricity,[19] while a typical car engine's efficiency from gasoline to output shaft averages only about 15–17%

Copyright © 2003 Rocky Mountain Institute. All rights reserved.                    www.rmi.org

171

## Page 172  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

efficient.[20] (Both systems then incur further minor losses to drive the wheels.) This means you can drive several times as far on a gallon-equivalent (in energy content) of hydrogen in a fuel-cell car as on a gallon of gasoline in an engine-driven car. Conversely, hydrogen costing several times as much as gasoline per unit of *energy contained* can thus cost the same *per mile* driven. Since you buy automotive fuel to get miles, not energy, ignoring such differences in end-use efficiency is a serious distortion, and accounts for much of the misinformation being published about hydrogen's high cost. Hydrogen's advantage in cars is especially large because cars run mainly at low loads, where fuel cells are most efficient and engines are least efficient.[21] (Hydrogen can also have other economic or functional advantages that go beyond its efficient use. For example, when hydrogen fuel cells power digital loads in buildings, hydrogen may yield even greater extra value because suitably designed arrays of fuel cells can be exceptionally reliable and can yield the high-quality power that computers need.[22])

To reinforce this sixth point, the U.S. Department of Energy (DOE) says bulk hydrogen made and consumed onsite costs about \$0.71/kg.[23] That's equivalent in *energy* content to \$0.72 per gallon of gasoline.[24] But *per mile driven* — which is the objective — it's equivalent to about one-third to one-half that price, *i.e.*, to about \$0.24–0.36/gallon-equivalent, because of the 2–3-fold greater efficiency of a hydrogen fuel cell than a gasoline engine in running a car. Of course, the *price* of hydrogen *delivered* into the car's fuel tank will be much higher. For example, DOE says the delivered price of industrial liquid hydrogen is about \$2.2–3.1/kg. If it could be delivered into the tank of a car for the same price, it would be roughly equivalent *per mile* to \$1-a-gallon gasoline. Thus it can cost several times as much to deliver liquid hydrogen as to produce it. (Fortunately, as we'll see, gaseous hydrogen can be produced at a filling station and put into the car for well under \$2/kg.) Price also depends on hydrogen purity. So to assess hydrogen's price or cost or value or benefit meaningfully, we need to know how it'll be used, whether it's pure enough for the task, whether it's delivered to the task, and how much of the desired work it actually does.

### *Different questions yield different answers*

So much for the basics. What's different about Rocky Mountain Institute's perspective that underlies this paper?

- RMI believes that radical but practical and advantageous efficiency improvements at three levels — vehicles, energy distribution, and overall energy infrastructure — can make the hydrogen transition rapid and profitable.
- At least for the next decade or two, RMI envisions a distributed model for hydrogen production and delivery that integrates the gas, electricity, building, and mobility infrastructures. Instead of building a costly new distribution infrastructure for hydrogen, we'd use excess capacity inherent in the existing gas and electricity distribution infrastructures, then make the hydrogen locally so it requires little or no further distribution. Only after this decentralized approach had built up a large hydrogen market in buildings and vehicles could centralized hydrogen production merit much investment, except in special circumstances.

Copyright © 2003 Rocky Mountain Institute. All rights reserved.

172

- RMI's insights into the full economic value of distributed power suggest that hydrogen fuel cells *today* can economically displace less efficient central resources for delivering electricity, paving the way for hydrogen use to spread rapidly, financed by its own revenues.
- RMI recognizes that especially in North America, natural gas is logically the main near-term fuel to launch the hydrogen transition, along with cost-effective renewables. If making hydrogen requires more natural gas (which it may not — see Myth #12), it should come first from natural gas saved by making existing applications more efficient. In the longer run, more mature and diverse renewables will play an important and ultimately a dominant role. Even during the initial, mainly fossil-fueled, stages of the hydrogen transition, carbon emissions will be much smaller than today's emissions from burning those fossil fuels directly. In time, those carbon emissions will approach zero. Insisting that they *start* at zero — that hydrogen be made solely from renewable energy sources, starting now — is making the perfect the enemy of the good. But done right, the hydrogen transition will actually make renewable energy more competitive and speed its adoption.

And what "headlines" will emerge from this perspective in the following discussion?

- **The oft-described technical obstacles to a hydrogen economy — storage, safety, and the cost of the hydrogen and its distribution infrastructure — have already been sufficiently resolved to support rapid deployment starting now. No technological breakthroughs are needed, although many will probably continue to occur. Until volume manufacturing of fuel cells starts in the next few years, even costly hand-made or pilot-produced versions can already compete in substantial entry markets. Automotive use of fuel cells can flourish many years sooner if automakers adopt recent advances in crashworthy, cost-competitive ultralight autobodies. If fuel cells prove difficult to commercialize or hydrogen's benefits are desired sooner, there might even be a transitional role for hydrogen-fueled engine-hybrid vehicles.**
- **The hydrogen transition should not need enormous investments in addition to those that the energy industries are already making. Instead, it will displace many of those investments. Hydrogen deployment may well need *less* net capital than business-as-usual, and should be largely self-financing from its revenues.**
- **A well-designed hydrogen transition will also use little more, no more, or quite possibly *less* natural gas than business-as-usual.**
- **A rapid hydrogen transition will probably be *more* profitable than business-as-usual for oil and car companies, and can quickly differentiate the business performance of early adopters.**
- **Most of the hydrogen needed to displace the world's gasoline is already being produced for other purposes, including making gasoline. A hydrogen industry big enough to displace all gasoline, while sustaining the other industrial processes that now use hydrogen, would be only severalfold bigger than the mature hydrogen industry that exists today, although initially it will probably rely mainly on smaller units of production, nearer to their customers, to avoid big distribution costs.**
- **A poorly designed hydrogen transition could cause environmental problems, but a well-designed one can resolve most of the environmental problems of the current fossil-fuel system without making new ones, and can greatly enhance security.**

*Twenty Hydrogen Myths*
Copyright © 2003 Rocky Mountain Institute. All rights reserved.

Now for the currently prevalent hydrogen myths, and what their correction implies about desirable courses of action. Writing for a mainly U.S. audience, we'll use a mixture of U.S. and international units of measurement.

## Twenty myths

### Myth #1.   A whole hydrogen industry would need to be developed from scratch.

Producing hydrogen is already a large and mature global industry, using at least 5% of U.S. natural gas output. Globally, about 50 million metric tons of hydrogen is made for industrial use each year. That's over half a trillion cubic meters measured at atmospheric pressure.[25] The U.S. Department of Energy (DOE) reports[26] that about 48% of global hydrogen production is reformed from natural gas, 30% from oil, and 18% from coal (chiefly in China and South Africa for producing nitrogen fertilizer; half the world's hydrogen goes into ammonia-based fertilizer). Only 4% of the world's hydrogen comes from electrolysis, because that process can compete with reforming fossil fuels only under three main conditions: with very cheap electricity, generally well under 2¢/kWh (see Myth #9 below); if the hydrogen is a byproduct (about 2%, for example, is unintentionally made during "chloralkali" electrolytic chlorine production); or perhaps if the producer is charged for carbon emissions and has a carbon-free source of electricity but no way to sequester (keep out of the atmosphere) carbon released from reforming fossil fuels.

U.S. hydrogen production is at least one-fifth and probably nearer one-third of the world total,[27] is equivalent to ~1.8% of total U.S. energy consumption, and comes ~95% from natural gas at ~99% purity from steam reforming and associated cleanup processing.[28] Roughly 47% of U.S. or 37–45% of world hydrogen production is reportedly used in refineries;[29] it is made onsite, mostly by steam reforming of gas or oil, and is used mainly to make gasoline and diesel fuel. Most hydrogen production by refineries is deliberate, used to make hydrogen-rich refined products or to remove sulfur from them; some is a byproduct of making aromatic compounds. The rest of the world's hydrogen output goes to ammonia fertilizer, methanol, petrochemicals, edible fats and oils, metal production, microchips, and other products, and a little to special industrial furnaces. World hydrogen production is reportedly doubling about every decade, driven by refineries' need to make lower-sulfur fuels and by other growth industries. Usage for fertilizer has been relatively flat for the past decade, and usage for methanol is growing more slowly (roughly with GDP) as prospects fade for wide use of methanol-derived MTBE gasoline additive, so the biggest growth market for industrial hydrogen appears to be refineries.

The industrial infrastructure for centralized hydrogen production already exists. Throughout industry, most hydrogen is currently made at large plants and is used at the industrial site or nearby. There are ~1,500 km (~930 miles) of special hydrogen pipelines (720 km or 446 miles in North America) operating at up to 100 bar.[30] Moving hydrogen gas through pipelines takes about half as much of its energy as is currently lost when transporting electricity, and the pipeline is far smaller — a 1.7-meter-diameter hydrogen pipeline at 70 bar delivers 16 GW, whereas a 60-meter-tall pylon with three pairs of ±500-kVDC power lines delivers only 9 GW.[31] Hydrogen is less dense and takes more compressor energy than natural gas, but also flows better, so transporting hydrogen through existing natural-gas pipelines would deliver only ~20–25% less en-

Copyright © 2003 Rocky Mountain Institute. All rights reserved.

SEE THE REST AT: http://www.rmi.org/cms/Download.aspx?id=6667&file=E03-05_20HydrogenMyths.pdf&title=Twenty+Hydrogen+Myths

**MOBILE FUEL CELL PACKS VS. LITHIUM BATTERIES**

Batteries catch on fire quite a bit and have been the result of many more fires and explosions than hydrogen. AT&T 's U-verse TV service now had a massive exploding battery problem, making it necessary for the firm to replace 17,000 backup batteries in its nationwide network.

**The Federal Government has OUTLAWED Lithium Batteries on airplanes because they explode unexpectedly so often. Batteries blow up when they want to.**

- Fuel Cell power systems run many, many times longer and provide massively greater range per charge than batteries.

- The run time of batteries constantly shortens while Fuel Cell technology does not.

- Batteries have a problematic "Memory Effect" while Fuel Cell technology does not.

- Fuel Cell technology is "instant-charge" via hot-swap while battery packs require hours to recharge.

- Charge life- Fuel Cell systems have an extensive charge life while batteries have a much shorter end-of-life metric.

- The cost per 300 mile range for a Fuel Cell technology car system is far lower than a battery system. A Fuel Cell powered car TODAY that will drive 300 miles without a refill is 50% or less of the price of a battery car that will drive 300 miles without a refill.

- A Fuel Cell system can be charged from a completely clean home energy system but batteries need to be charged from a "sour-grid".

- Fuel Cell technology can make energy at home. Batteries cannot.

- Fuel Cell technology has a far higher storage density than batteries.

- Fuel Cell systems are far less bulky than batteries.

- The weight of batteries is so great that it reduces the range of travel of a vehicle which causes the use of wasteful energy just to haul the batteries along with the car.  Fuel Cell energy systems weigh far less.

- The disposal of batteries, after use, presents a deadly environmental issue while Fuel Cell technology does not.

- Fuel Cell technology does not self discharge like batteries.

175

- Batteries cause a greater carbon footprint than Fuel Cell technology

- Batteries require coal be burned to charge them. One pound of coal has roughly 14,000 Btu of chemical energy in it. When everything operates well, all that turns out to be generally around 30% efficient, meaning that 30% of the chemical energy that started out in the coal has become actual electricity. New H2 production systems are up to 93% efficient.

**HYDROGEN TANKS VS. HYDROGEN SOLID STATE CASSETTES**

- Infrastructure cost per cubic foot of H2 is far more expensive with pressurized and liquefied hydrogen.

- In an accident, the pressure tanks could shoot, like a rocket, through hundreds of innocent bystanders killing or maiming most of them.

- In an accident, the pressure wave from pressure tanks expels the organs of nearby people out of their bodies.

- In an accident, the pressure wave from pressure tanks crushes the lungs of nearby people.

- In an accident, the pressure wave from pressure tanks shoots shrapnel through the neighborhood like a hand grenade.

- Ability to ship via UPS/FEDEX/US MAIL does not exist for pressurized and liquefied hydrogen but does for H2 cassettes.

- Percentage of existing infrastructure that can be used for H2 cassettes is far, far greater than that which can be used for pressurized and liquefied hydrogen.

- Insurance costs are far less for H2 cassettes.

- Ability of tank to crush the foot of workers, thus increasing insurances costs, does not exist with H2 cassettes.

- Time to refuel vehicle is only seconds for an H2 cassette while it is many times longer for pressurized and liquefied hydrogen.

- Only the Fuel Cell products have the ability to be hand carried.

- Only the Fuel Cell products are H2-on-Demand where H2 is not present unless needed.

- Fuel Cell products have less bulkiness.

- Fuel Cell products are fully scalable while tanks are not very scalable.

176

### Page 177  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

- Fuel Cell products have better hydrogen-source-to-consumption efficiency metrics.

- Fuel Cell products require no special delivery vehicles and can use any common carrier while tanks cannot.

- Tanks require special pipelines while Fuel Cell technology requires no pipelines.

- High pressure is required for tanks while no pressure is required for Fuel Cell technology.

- Skin cutting on refueling or refilling occurs with tanks but not with Fuel Cell technology.

- Your finger could freeze and snap off using liquid hydrogen but not with Fuel Cell technology.

- Fuel Cell fuel is intelligent and monitors itself but tanks do not have this ability.

- Fuel Cell fuel notifies you when you need more but tanks do not.

- Fuel Cell fuel advises you of its health and purity but tanks do not.

- The overall transport safety of Fuel Cell beats tanks by at least a magnitude.

- Fuel Cell technology uses off-the-shelf, domestically available scalable components but tanks require special service safety parts.

- Fuel Cell technology has fully rechargeable, recyclable, pressure variable output but tanks do not.

- Fuel Cell technology use may improve insurance premiums but tanks will always increase premiums.

- Factory man-power productivity increases using Fuel Cell at the plant-level over tanks.

- All stored H2 is live and explosive with tanks but not with Fuel Cell.

- Fuel Cell increases balance-of-plant metric but tanks reduce the metrics.

- Fuel Cell's source compound agnostic but tanks are fixed to source compound.

- Fuel Cell is fully patent protected and tanks are not.

- Fuel Cell base hardware investment is future-protected while tanks are only partially protected.

- Fuel Cell technology is fully systemically modular while tanks are fixed.

- Fuel Cell technology fits the box-like form factor of car while tanks dictate their location.

177

Page 178  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

- Tanks require an extensive safety compound required around customer storage area while Fuel Cell does not.

- Tanks need an annual X-Ray and material audit while Fuel Cell technology does not. Fuel Cell technology does not flow across the ground and surfaces in a fire like napalm like liquid hydrogen.


**GASOLINE VS. HYDROGEN SOLID STATE CASSETTES**

- Fuel Cell technology does not flow across the ground and surfaces in a fire like napalm like gasoline.

- Gasoline service stations are one of the primary sources and causes of cancer. Fuel Cell eliminates the need to go to a service station.

- The gasoline and associated vapors in a vehicle while you drive cause cancer, brain damage and numerous health issues and Fuel Cell technology does not.

- The residue after use of gasoline causes numerous environmental damage issues and Fuel Cell technology does not.

- The residue after use of gasoline causes numerous environmental damage issues and Fuel Cell technology does not.

- Gasoline is increasing in cost and hydrogen sources and end product are decreasing in cost.



Page 179  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

## Countering The Anti-Hydrogen Trolls At Panasonic And In Congress

By Dan Baleen

Senators with stock market holdings in the battery industry, oil executives and Silicon Valley battery VC's spend billions of dollars to try to keep hydrogen and fuel cells from happening. U.S. Secretary of Energy Steven Chu was partners with lithium ion battery companies, so he froze fuel cells, for almost a decade, to protect his, and his friends business ventures. These abuses of public office for market manipulation, are deepky documented.

I see some negative assumptions about hydrogen out there by these shills and paid nay-sayers. Every single one of those people, slamming hydrogen energy, and fuel cells, can be financially, and politically tracked back to competing technology companies. I believe hydrogen is the right way to go. I would like to provide some cut-and-paste of some well-known postings of others, on the Internet, which counter some of the points against H2:

"Hydrogen beats batteries, biofuel and all other vehicle power solutions"

The positions:

Hydrogen is better than batteries by many times!

Oil is the cause of cancer!

Battery makers hire writer-shills and spend tens of millions to put out hydrogen disinformation!

There is nothing better than hydrogen that anybody knows of!

Are proven by the facts below:

A. Hydrogen can be made at home and requires NO NEW INFRASTRUCTURE. You can make it for free, at home, all day long and all night long. The production can be powered by solar, wind, microbes and other free sources. The volume of H2 produced "IS" enough to charge solid state H2 containers from Hbank, Ergenics, Fuel Cell, ECD, Horizon, JSW, Labtech, Palcan, UTC, Jadoo and hundreds of others. The metrics quoted by the anti-hydrogen crowd are just lies to protect their competing business interests.

B. It now costs less to make hydrogen from water than any known way to make gasoline and it

180

continues to get cheaper every month: The GE Noryl system, The R4 processor and over a hundred different systems can do this NOW; with many more expected next year. The "battery shill" spin has worn thin and has been supplanted by facts. Hydrogen is made from WATER via solar energy, wind energy, microbes, radio waves, sunlight and salt, and other FREE sources of energy. Hydrogen can also be made from any organic garbage, waste, plants or ANYTHING organic via lasers, plasma beams or dozens of other powered exotics which can be run off of EITHER the grid or the free hydrogen made from solar energy, wind energy, microbes, radio waves, sunlight and salt, and other FREE sources of energy OR the grid. There is no oil that needs to be involved anywhere in the production of hydrogen. These systems trickle charge hydrogen into storage containers, either tanks or solid state cassettes, 24/7. GE, ITM Power, QSI, U of Korea and 30 others have this year announced technologies that make H2 hundreds of times more efficiently than any other energy solution.

C. Tens of millions of dollars are being spent by battery companies like A123, Cobasys, AltairNano, etc. in order to discredit hydrogen because hydrogen works better than batteries. A large number of "pundits" who act as "writers", "bloggers", "authors" and "non-profit evangelist group founders" are actually supported by financial gain from battery companies who are terrified of hydrogen displacing their revenue streams. They include: Ulf Bossel of the European Fuel Cell Forum, Alec Brooks, James Woolsey, EV World, Sam Thurber, Cal Cars, Felix Kramer and others.

Lets go over the battery and bio-fuel shills lies:

**Anti-Hydrogen Lie # 1:**

 "But critics say the process of producing hydrogen requires three to four times more energy than the hydrogen later generates in the fuel cell."

RESPONSE: This is data from the 60's. It is now more efficient to make hydrogen than it is to make gasoline, build or use batteries or process bio-fuel. The technology has beat everything else.

**Anti-Hydrogen Lie # 2:**

  "the cars are too expensive."

RESPONSE: The production of hydrogen cars is at an early stage while battery cars have been around for almost a hundred years and the battery cars are still expensive for what you get. The Moore's law on hydrogen cars shows a clear price decline to low cost in market volume. A Fuel Cell car that goes 500 miles without a charge costs half as much TODAY as a battery car that goes 500 miles without a charge.

**Anti-Hydrogen Lie #3:**

 " hydrogen molecules can't be contained easily without energy-consuming compressors or maintaining them in liquid form at extremely low temperatures , and it's extremely difficult to store,"

RESPONSE: This data is also from the 60's. Hydrogen is stored in chemical powders and muds that easily contain vast amounts of hydrogen. Pressure and liquid tanks to store hydrogen are old school archaic technologies. Hydrogen can be easily stored in over 2800 different solid state compounds.

**Anti-Hydrogen Lie #4:**

 "The infrastructure isn't there"

RESPONSE:  Solid state hydrogen can be shipped by UPS, Common Carrier and uses all existing infrastructure. DOPT has already licensed and approved such solid state delivery via common EXISTING INFRASTRUCTURE. This method can reavch every person on earth TODAY! This requires almost NO NEW INFRASTRUCTURE. NO INFRASTRUCTURE IS NEEDED!!! This is the biggest lie of all. A large number of start-ups have solid state hydrogen solutions that entirely use existing infrastructure.

**Anti-Hydrogen Lie #5:**

 "the hydrogen is too expensive"

RESPONSE: Hydrogen can be made at home or office in numerous ways powered by solar or wind or microbes or any number of free power sources. It is always being made by such devices and constantly trickle charged into solid state storage systems all day and night FOR FREE without grid power. Hydrogen processors now make hydrogen with 91% efficiency.

**Anti-Hydrogen Lie #6:**

"Hydrogen is too dangerous"

RESPONSE: If the gasoline in your car blows up it will do a VAST AMOUNT more death and damage than H2 ever will. You are driving a MOLOTOV COCKTAIL. H2 on fire rapidly dissipates up an into the air. Gasoline flows all over people, cars and streets and covers all of the above with flaming death you can't easily extinguish. In 2030 oil is GONE and there is NO OTHER OPTION that can be delivered world-wide in time but H2! Biofuel only solves 2% of the problem. Batteries have failed. Nuclear is too dangerous.

**Anti-Hydrogen Lie #7:**

"We have enough gasoline to last forever"

RESPONSE: Gasoline/petroleum/petrochemicals have now been shown to be the number one cause of cancer, and maybe the primary cause of cancer, in the world. Besides causing global warming, lung disease and all of the other bad things that it does; the oil industry itself knows that affordable oil is gone around the year 2030. Even if it wasn't, do you really want the ROOT CAUSE OF CANCER around one day longer than it needs to be? (See the EPA report "EPA/600/S-6-87/001 Sept. 1987" as one of over 16,000 studies validating this.) Gasoline, Petroleum and the plastics made from it are the single largest cause of cancer in the world. This is a known fact, verified by thousands of studies which the oil industry counters by paying pundits to say: "Well, we just are not sure yet"

This chemical array has killed more Americans than every terrorist since the beginning of time. The petrochemical bisphenol-a, or BPA, causes precancerous tumors and urinary tract problems and made babies reach puberty early. Every gas pump has a label on it that oil and gas causes cancer and a host of lethal medical problems. When there is an oil spill, you are not allowed on the beach because most agencies classify oil as toxic.

Alberta's oil sands are one of the world's biggest deposits of oil, but the cost of extracting that oil may be the health of the people living around them. High levels of toxic chemicals and carcinogens have been found in the water, soil, and fish downstream of the oil sands. The local health authority of Fort Chipewyan, Alberta comissioned the study in response to locals' claims that the oil extraction projects upstream were damaging the health of citizens. Petrochemicals and their byproducts, such as dioxin, are known to cause an array of serious health problems, including cancers and endocrine disruption.Total petroleum hydrocarbons (TPH) is a term used to describe a large family of several hundred chemical compounds that originally come from crude oil. Crude oil is used to make petroleum products, which can contaminate the environment. Because there are so many different chemicals in crude oil and in other petroleum products, it is not practical to measure each one separately. However, it is useful to measure the total amount of TPH at a site.TPH is a mixture of chemicals, but they are all made mainly from hydrogen and carbon, called hydrocarbons. Scientists divide TPH into groups of petroleum hydrocarbons that act alike in soil or water. These groups are called petroleum hydrocarbon fractions. Each fraction contains many individual chemicals.

Some chemicals that may be found in TPH are hexane, jet fuels, mineral oils, benzene, toluene, xylenes, naphthalene, and fluorene, as well as other petroleum products and gasoline components. However, it is likely that samples of TPH will contain only some, or a mixture, of these chemicals. The International Agency for Research on Cancer (IARC) has determined that one TPH compound (benzene) is carcinogenic to humans. IARC has determined that other TPH compounds (benzo[a]pyrene and gasoline) are carcinogenic to humans.

183

Page 184  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

Benzene causes leukemia. Benzene as a cause of leukemia had documented since 1928 (1 p. 7-9). In 1948, the American Petroleum Institute officially reported a link between this solvent used in many of their industries used and cases of leukemia in their workers. Their findings concluded that the only safe level of benzene exposure is no exposure at all (2).

The largest breast cancer incidents are in Marin County, California which is tied to the air, water and ecosphere of the Chevron Oil refinery right next door. Gasoline, Petroleum and the plastics made from it are the single largest cause of cancer in the world. This is a known fact, verified by thousands of studies which the oil industry counters by paying pundits to say: "Well, we just are not sure yet"

 This chemical array has killed more Americans than every terrorist since the beginning of time. The petrochemical bisphenol-a, or BPA, causes precancerous tumors and urinary tract problems and made babies reach puberty early. Every gas pump has a label on it that oil and gas causes cancer and a host of lethal medical problems. When there is an oil spill, you are not allowed on the beach because most agencies classify oil as toxic.

A study of childhook leukemia in England mapped every child with the diserase and found they all occurred in a circle, in the center of which was a gas station.

Some chemicals that may be found in TPH are hexane, jet fuels, mineral oils, benzene, toluene, xylenes, naphthalene, and fluorene, as well as other petroleum products and gasoline components. However, it is likely that samples of TPH will contain only some, or a mixture, of these chemicals. The International Agency for Research on Cancer (IARC) has determined that one TPH compound (benzene) is carcinogenic to humans. IARC has determined that other TPH compounds (benzo[a]pyrene and gasoline) are carcinogenic to humans.

Benzene causes leukemia. Benzene as a cause of leukemia had documented since 1928 (1 p. 7-9). In A "fuel cell car" and an "electric car" ARE THE SAME THING. The shills want you to think otherwise. The only difference is where the electricity is stored. You can pull the batteries out of every Zenn, Tesla, Zap, EV1, Venture Vehicle, etc. and pop a fuel cell/hydrogen pack in the same hole and go further, more efficiently in EVERY SINGLE CASE.

A modern fuel cell and hydrogen system beats batteries on every front

The charge-keeping capability of a typical lithium-ion battery degrades steadily over time and with use. After only one or two years of use, the runtime of a laptop or cell phone battery is reduced to the point where the user experience is significantly impacted. For example, the runtime of a typical 4-hour laptop battery drops to only about 2.5 hours after 3,000 hours of use. By contrast, the latest fuel cells continue to deliver nearly their original levels of runtime well past the 2,000 and 3,000 hour marks and are still going strong at 5,000+ hours

184

The electrical capacity of batteries has not kept up with the increasing power consumption of electronic devices. Features such as W-LAN, higher CPU speed, "always-on", large and bright displays and many others are important for the user but severely limited by today`s battery life. Lithium ion batteries, and lithium-polymer batteries have almost reached fundamental limits. A laptop playing a DVD today has a runtime of just above one hour on one battery pack, which is clearly not acceptable.

Batteries require coal be burned to charge them. One pound of coal has roughly 14,000 Btu of chemical energy in it. Any reference textbook says that. When that pound is burned in an electric powerplant, steam is made, which drives turbines at high speed, alternators are turned, and electricity is made. When everything operates well, all that turns out to be generally around 30% efficient, meaning that 30% of the chemical energy that started out in the coal has become actual electricity.

(The other 70% all becomes various forms of heat, all of which contributes toward Global Warming and other problems). Now we have around 4200 Btus of remaining energy, now as electricity, which is a little over a kilowatt-hour. (It turns out that nuclear power is slightly better, at around 32% efficiency, and petroleum and natural gas turbines tend to be around 28% or 29%, but all are essentially the same.) That electricity then has to travel long distances through transformers and wires to get to your house. If you lived right next door to a power plant, it would be fine, but for average Americans, it turns out that around 60% of the electricity put into those wires and transformers never gets to the customers at the other end! It is mostly wasted because the wires become hot because of all the electrical current flowing through them, and they act a lot like giant toasters! People are therefore not generally aware that **only around 13% of the chemical energy burned in the coal in the power plant is actually available as electricity in your house!** (The rest, the other 87% all winds up being various forms of heat, all contributing to global warming!)

So, for a pound of coal burned, your house electrical outlets then receive around 1,820 Btu of electrical power. Around 1100 Btu of that can actually get put in the batteries, due to efficiencies of battery chargers and batteries. Of the energy STORED in the batteries, the efficiencies of batteries, motors and gear trains are such that around 450 Btu of that are eventually available at the wheels as motive power. (Remember that this is out of 14,000 Btu of chemical energy that was produced when that pound of coal was burned!)

One watt-hour is equal to about 3.412 Btus, so this 450 Btus is the same as around 130 watt-hours, or, for a 14-volt automotive battery, around 10 ampere-hours of actual usable power. The 130 watt-hours is also equal to around 0.18 horsepower for an hour. Now, this might sound like a lot, but remember that the 14,000 Btu in the pound of coal resulted in this 450 Btu that is actually

usable in a car, only about 3% overall efficiency! And the other 97% of that energy when the coal was burned all went toward heating that contributes to global warming.

In contrast, a gallon of gasoline has around 126,000 Btu of energy in it, of which a modern car converts around 21% into motive power, so there results around 26,000 Btu of motive power. **POINT: Around 60 pounds of coal (with 840,000 Btu of chemical energy in it) must actually get burned to provide the electricity such that a battery-powered car can do the equivalent to a single gallon of gasoline!** (60 * 450 = 27,000) (This is a VERY "losing proposition"!)

That amount of electricity that needs to go INTO the batteries in the car (to be equivalent to that ONE gallon of gasoline) is therefore the 1100 Btu per pound of coal divided by that 3.412 times 60 pounds, or around 20,000 watt-hours of electricity. That is a LOT of electricity! Say you will have 10 hours at night for the batteries to recharge. That means that you would have to have 2,000 watts of power constantly being used and feeding the batteries. For the 14 volt circuitry of standard batteries, that would mean that around 140 amperes of charging electricity would constantly be needed. (NOT the 6 amperes of a good battery charger!) (This huge charging current might actually cause the batteries to explode, unless they are a special and more expensive Deep-Discharge type of battery!) (Batteries in golf-carts are generally wired in series to reduce the amount of current needed.)

Even the house wiring involved might be in question! We are talking about a REALLY impressive battery charger, of course, akin to 25 conventional battery chargers used together, which requires that 1820 / 3.412 * 60 or about 32,000 watt-hours of input electricity. Over our ten hours, we are therefore talking about needing 3,200 watts of electricity constantly coming in to supply your battery charger. Your house electrical service is sufficient for this need, but standard house wiring would not be. If at 120 volts, a constant 30 amperes of house electricity would be needed, where normal house circuits are either 15 amp or 20 amp if heavy duty. This probably means you would need the specialized wiring like was installed for your air conditioner, which uses roughly the same amount of electricity, through a special 240 volt wiring made especially for the air conditioner. This means you need around 15 amperes of input power to provide that 3,200 watts at 240 volts, or about 30 amps if it is 120 volts.

Herein could be a problem, because most houses were built with 100-ampere electrical service If the A/C is running and this battery charger and some other electrical devices, you might get close to the full capacity of the house wiring! The existing house wiring, and even the transformers up on the utility poles, are barely big enough and could overheat at that constant heavy ten-hour load! We haven't even yet considered the cost of all that electricity! When you think about a constant 10-hour long consumption of about as much electricity as your central air conditioner

uses, you probably start to get the picture. But say you are in some wonderful location where electricity is still only 10 cents per kilowatt-hour. We are needing to use up 32 kilowatt-hours (to equal the vehicle performance of a single gallon of gasoline, remember), so that is 32 * 10 or $3.20 of electricity added to your house electric bill, for the equivalent to ONE gallon of gasoline! It does not initially APPEAR to cost anything, and the car merrily scoots around on its battery power. **But if and when an owner realizes that they also have to spend at least $3.20 in extra electricity for each gallon of gas not used, much of the financial argument goes away!**

You are encouraged to do research to confirm what is described above. It is all true. Did you notice the "worst part" of what is described above? I'm not even talking about the fact that you would wind up paying for at least $3.20 of house electricity to replace each $3 gallon of gasoline! In refining a gallon of gasoline, yes, significant energy is used up, although I have never been able to get a reliable figure. But certainly well under 840,000 Btu of refining energy is required to form the gallon (126,000 Btu) of gasoline. **Replace all cars with battery-powered vehicles, and we then would NEED to burn 60 pounds of coal or use 840,000 Btu of coal (or nuclear) chemical energy to produce the equivalent effect of every gallon of gasoline.** This is worse, regarding resource energy wastage, than the vehicles that are currently on the roads! (Yes, the energy is used up in a distant place, and maybe it seems possible to be able to be ignored, but that is still a really bad idea!) And virtually everything that does not contribute to the "motive power" winds up as wasted heat energy.

When those 60 pounds of coal were burned to create the needed electricity to duplicate the benefits of one gallon of gasoline, carbon dioxide is also released into the atmosphere. The coal is around 75% of bituminous coal, or 45 pounds of that. It is fairly simple to determine the amount of carbon dioxide that is created when it is oxidized. The amounts of carbon and oxygen have to be in a molal relationship of one to two. That means the weight relationship has to be 12 (the atomic weight of carbon) to (12 + 16 + 16 or 44) (the atomic weight of the molecule of CO2. This means that 44/12 or 3.67 times the weight of carbon dioxide is created, or in this case, 165 pounds, of carbon-dioxide would get released in this process. When a gallon of gasoline is burned in an automobile, it is less. A gallon of gasoline weights around 6 pounds, and it is about 83% carbon. That means that it contains nearly exactly 5 pounds of carbon in the gallon. Again using the 3.67 multiplier, we can see that only around 18 pounds of carbon-dioxide is released.

**This means that global warming then would occur around 7 times as fast as now!** (840,000 / 126,000 [heat]) or (165 / 18 [$CO_2$]). **If millions of people started driving battery-powered or Hydrogen-powered vehicles, it would therefore be a far WORSE environmental disaster than now, causing global warming to become even faster than it already is!**

187

Page 188  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

 The "Ethanol adventure" of using 1/5 of the total farm crop production of 2006 for conversion to Ethanol, which provided only around 2% of the vehicle fuels we used in 2006, is simply endangering our near-term food supplies. News reports are already (April 2007) discussing higher milk, bread, beef, and many other food prices in our grocery stores, as a result of the massive focus on producing Ethanol. But some weather problem is bound to occur. Where we used to have massive over-production of nearly all crops, our government has planted the seeds of a true food-supply disaster, which could happen any year now. In 2008, it is expected that the amount of America's total crop production which will go to making Ethanol will be 1/3 of everything grown! It is as if we are totally crazy, or that we do not even give any thought to what might be a consequence next week or next month or next year! It really is amazing!

---

What are called Hybrid vehicles are promoted and sold everywhere already, cars that include both a gasoline-powered engine and a battery-powered electric motor. The promotions for them are unbelievably misleading to the public! They totally ignore all that electricity needed to charge the batteries, but then use the charged batteries to help it get very high fuel-efficiency numbers! People are buying such vehicles (which cost a premium because of their having to include two entirely separate sources of power) greatly because they are told they are GREEN and that they see those very impressive mileage numbers. Those are both very clearly pure lies! As to the GREEN part, we discussed above that the electric powerplant where the electricity was made necessarily produces around seven times as much carbon dioxide and heat loss as a gallon of gasoline produces directly.

 As to the mileage figures, well, without recognizing that at least $3.20 of bought house electricity is needed to replace each equivalent gallon of gasoline (eliminating any actual savings), there are a LOT of other details that no one bothers to tell customers! Such as driving a Hybrid or battery-powered car at night consumes far more electricity for all the lights! Far less battery power is left to actually move the vehicle! And no one seems to mention that the battery-mode operation provides only roughly 10 horsepower maximum for the vehicle, meaning only low speeds and rather poor performance. And this deception is INTENTIONAL! TV ads for a Hybrid vehicle that has a 470 horsepower gasoline engine makes it seem that an owner can have his cake and eat it too! A driver who buys a car because it has a 470 horsepower engine is NEVER going to be satisfied with the performance during a 10-horsepower battery-powered mode of operation! There are many other drawbacks as well.

 Another stupid-brilliant idea is manufacturing and selling vehicles that will only run on what is called E-85, meaning 85% Ethanol fuel. Again, if there were unlimited supplies of Ethanol, that

188

might make sense. But when America uses up one-fifth of all its farm crop production to provide only around 2% of the amount of fuel that American drivers use up each year, it indicates scary thinking, or lack thereof. By the time the auto manufacturers fully perfect cars that they will be able to sell to run on E-85, and by the time there are enough service stations that even carry E-85 for such drivers, it is certain that some overwhelming crisis will occur (probably in a weather problem and severe shortages of food for Americans), where sanity might again briefly appear and the massive effort toward Ethanol will very suddenly end. For the few people who may wind up buying E-85 vehicles, they will merely wind up having something that might someday go into a museum, something like what happened to the Edsel automobile!

It is really sad that even supposed Regulatory Agencies of the Government have participated in this hype. A car that has a conventional engine, is likely to get the gas mileage that has long been known, somewhat UNDER what the EPA estimates say! But regarding Hybrids, they seem to have just considered the battery-powered miles to be "free" (because no gasoline is used) and they have listed some Hybrids as having 60 miles per gallon fuel efficiency. That is technically true, if you totally ignore the cost of all that electricity needed as calculated above! If they wanted to go even farther, they could set up a really short test procedure where ONLY the batteries were even used, and then they could let the manufacturers advertise "1000 MPG" or "1,000,000 MPG" or more! The person's home electric bill would go off the charts, but they do not seem to see any reason to consider that expense!

There is an extremely heavily promoted new vehicle being presented in the news in 2007. The Tesla Sports Car certainly can show impressive acceleration. However, both the media reports and their own web-site present some information that simply violates the laws of Physics! It would be wonderful if such things were possible, even in a $92,000 car.

Unfortunately, they clearly have done the common "spin" that spokespeople seem to all use today to deceive the public. THAT is really sad. Especially since this particular product actually can probably provide pretty decent performance. Why is it always seen as necessary to be deceptive today?

Using information from their own web-site:

First, there is a small-print, very faint, and very hard to read Disclaimer at the bottom of their web-pages that notes that their vehicles have not yet passed government safety testing, and they say that their specifications might change as a result of that. (By the way, since they have not yet passed government safety tests, they are not yet street legal in any State and could therefore not yet be licensed!)

189

First, they say that the car can produce an absolute maximum of 185 kW of electrical power. Since 746 Watts is equal to 1 horsepower, this is equal to 185/0.746 or 248 horsepower. They state in the same sentence that that is equal to 248 peak horsepower. That is fine.

They show a graph where the available torque is basically constant over a wide range of motor speeds (which is fine), and the same graph also shows the horsepower curve that is linear, rising from 0 horsepower at 300 rpm and rising to that maximum of about 248 horsepower at maximum speed. That is also fine, and in good agreement with science.

However that information can be mathematically Integrated to determine the actual acceleration, when one also knows the vehicle weight. The web-site gives the vehicle total weight as being 2,500 pounds.

We can first calculate some more things that DO agree with their claims, to show that at least those claims are credible. Let's consider their vehicle top speed. The streamlined shape of the vehicle certainly has a Coefficient of Drag of around 0.3. The total frontal area of the vehicle is around 18 square feet. The claim is that the top speed is 120 mph, which is the same as 176 feet/second. We can simply calculate the total aerodynamic drag from this information (and the average density of air (around one slug mass per 420 cubic feet). It is $0.3 * 18 * 176^2 / 420$ or around 398 pounds of aerodynamic drag. There is also tire drag which is around another 45 pounds for that vehicle weight. The total vehicle drag is therefore around 443 pounds (at that speed). If we just multiply this drag force by the velocity (176) and divide by 550 to convert it to horsepower, we get 142 actual horsepower as being needed. Given that they indicate that their motor efficiency is around 85% to 90%, and there are mechanical efficiencies of the tires and wheels, this is in fairly good agreement with the roughly 180 horsepower claimed available from their graph at 13,000 rpm (times that efficiency factor). This confirms that the expected top speed is likely to be around what they claim. Fine here.

Let's look at their acceleration claim, of zero-to-sixty in around four seconds (which is impressively fast).

They certainly did that demonstration in what they call first gear, which has a total gear ratio (and therefore torque multiplication) of 14.3. It is easy to see from this ratio that the motor would be turning at close to its maximum revs at 60 mph, so first gear might have been provided simply to be able to show off with this impressive zero-to-sixty acceleration. In any case, they provide a torque curve for their motor, which suggests that it would produce an average of around 160 ft-lbs of torque through this whole sequence. Multiplying this by the total gear ratio gives around 2300 ft-lb of torque, which becomes around 1900 pounds of thrust after considering the various mechanical losses. We have the aerodynamic drag of around 40 pounds average and the tire drag of another 40 pounds to subtract, so we have around 1820 net pounds of thrust available for

acceleration. We divide this by the vehicle weight of 2500 pounds to get 0.73 to get the g-force acceleration. This is roughly 16 mph/second acceleration, or around four seconds to get from zero to sixty. This confirms that in their first gear, the acceleration they describe is realistic.

There is actually another factor involved here, regarding a flywheel effect of the motor rotor itself having to accelerate as well. Without knowing the Rotational Inertia (I) of that armature and rotor, it is not possible to calculate the reduction which must occur in this vehicle acceleration, but it must certainly be slightly less than calculated above. In other words, slightly over 4 seconds for zero-to-sixty is then realistic.

The acceleration claim also tells us something else about the Tesla! It has absolutely nothing to do with the matters at hand here, but it still seems worth noting. The acceleration they describe, of zero-to-sixty-in-around-four-seconds, means that the average acceleration is therefore around 0.73G (as indicated above.) On a dry and clean roadway, the best static coefficient of friction is around 1.0. This means that the 1820 pounds of thrust for acceleration must necessarily require roughly that amount of weight on the driving wheels, or around 1800 pounds. If one axle of a 2,500 pound car has 1,800 pounds on it, the other axle has only 700 pounds. This would be an incredibly dangerous vehicle to drive on any curvy roads, if it has that extreme of a weight-distribution. For an actual Licensed highway vehicle, it could not possibly pass road safety tests with such an extreme weight-distribution. Maybe it will be modified before any get onto the road. Which also would mean that the acceleration performance would necessarily have to be slightly less. (It is interesting all the things that Physics can tell us about any mechanism!) (They might also have used extremely sticky tires for such runs, where less vehicle weight would then have to be on the driving axle.)

So the actual mechanical performance of their car is impressive. Again, much of that is because it is a rather small car that is very aerodynamic. Still, impressive.

However, when we get to the charging of the batteries, their claims seem extremely outrageous. They claim that after driving 100 miles (presumably at highway speed) it only takes two hours to recharge the batteries, and by simply plugging it in.

If we do a drag analysis for 60 mph (similar to the 120 mph calculations shown above), we can see that the total vehicle drag is around 100 pounds aero plus 45 pounds tires or 145 pounds total. As above, this calculates to 23 horsepower being constantly needed. To drive 100 miles at that (constant) speed takes 1.66 hours, or 38.7 horsepower-hours of energy. This is the same as around 29 kilowatt-hours of energy. However, getting electricity out of batteries is not a perfectly efficient process, and they acknowledge that their motor ranges from 90% to 80% efficient. To charge this amount in a two hour period therefore requires charging at a rate of over

15,000 watts. Their charger circuits cannot have perfect efficiency so certainly around 18,000 watts of household electricity would be needed.

If this were simply "plugged in" to a standard outlet, it would require 160 amperes at 110 volts! But standard household outlets are only rated at 15 amperes and even heavy duty ones are only rated at 20 amperes! They are talking about so much electricity that at least 6 or 8 standard outlets would be needed to provide enough power! In fact, the very special wiring that was put in your house for your central air conditioner might not be enough to provide the 80 amperes at 220 volts that would apparently be needed to charge a Tesla in the two hours as described.

In this area, their promotion is extremely misleading. It cannot simply be plugged in as they imply. Very heavy duty special house wiring is required to be able to do that massive charging.

From generally known evidence regarding charging batteries extremely fast like that, the internal structure of the battery often suffers and the battery lifetime might therefore suffer. They don't mention what the cost of replacing their battery pack is, but it certainly would be expensive. A moderately similar experimental electric car recently shown to the press has such an exotic battery pack that replacing it would cost over $300,000! Obviously, the Tesla battery pack is not that exotic or expensive, but it clearly would be a significant expense if and when it needs to be replaced.

A Tesla spokesperson was on TV talking about this after the above text was written. The battery pack would apparently currently cost around $9,000 to replace, but she pointed out that battery technology is constantly improving and that cost might drop. She also said that the battery pack lifetime is currently at least two years. It was refreshing to see an honest and open answer to such a question.

Similarly, as discussed much earlier about battery-powered vehicles, the COST of that electricity can be significant. Using Tesla's numbers and this analysis, we are talking about needing to charge around 29 kWh actually into the batteries (in those two hours, after that 100-mile drive). And that due to the efficiencies of chargers, this necessarily requires at least 35 kWh of actual house electricity. If electricity is charged at conventional rates of around 10 cents per kWh, this is around $3.50 for the electricity for that hundred miles. Granted that this is less than the cost of gasoline in any vehicle to go that distance, but it is still considerably more (around triple) what they claim the electricity cost would be.

But finally, the worst part of such an interesting vehicle is that problem described above regarding the amount of coal that would need to be burned at that remote electric powerplant to provide that much electricity. With the Tesla numbers and this 100 mile trip example, the calculations presented far above show that around 65 pounds of coal would have to be burned in

192

that unseen electric powerplant, which would send around 240 pounds of carbon dioxide into the atmosphere, to provide the electricity for a Tesla to make that (relatively constant speed) 100 mile trip. If a small gasoline engine were used instead inside a similarly aerodynamic and light and small vehicle, maybe two gallons of gasoline would have been required to go that 100 miles, which would have released around 36 pounds of carbon dioxide into the atmosphere. Even if a full-sized sports car such as one of my Corvettes made the trip, with there highway 27 mpg, only 3.7 gallons of gasoline would be used, which would send 67 pounds of CO2 into the atmosphere. The Tesla causes nearly four times as much carbon dioxide to be dumped into the atmosphere than my big-gasoline-engined Corvette would!

**Therefore, the Tesla, which is being promoted as being TOTALLY green, in reality causes at least four times as much carbon dioxide to be sent into the atmosphere than if it simply had a gasoline engine in it!** Otherwise, it seems to be a rather attractive idea! Impressive acceleration and top speed and decent range. Only the immensity of the charging process, and the consequences of that are such terrible necessary requirements. Like discussed above, NO battery-powered vehicle has any of its own energy, and it requires to get all that energy from some different power source, in this case, house electricity. Even if Tesla is right that electric power companies would give tremendous rate reductions for the electricity because it was nearly all used at night, that cannot stop the requirement that the (remote) electric powerplant necessarily has to cause the release of that 240 pounds of carbon dioxide into the atmosphere from the coal burned.

By the way, many of the advantages of the Tesla have to do with its tiny size and very aerodynamic shape. Any car that had a more conventional size and shape would require a far, far bigger motor and far, far more electricity and battery size and capacity. If that car had a similar horsepower gasoline engine in it, the acceleration and top speed would be comparable, and the gas mileage would be impressive. The two main differences would be that the range would be easily 500 miles (with maybe an 8 gallon gas tank) and that the weight of the vehicle would be more engine instead of the same total weight of batteries.

The Tesla information is very vague about its battery system. Obviously, they are protective about their own unique advances. But we have calculated here that to charge at the rate they describe, there must be around 15,000 watts of charging that is done. Their literature mentions that their charger works at 70 amperes. This seems to imply that their batteries must be a series battery pack, because these numbers imply an effective battery voltage of around 200 volts. Such a high voltage (instead of conventional cars 12-volt batteries) makes a lot of sense in permitting far thinner wires to be used inside the car and in the charger and connectors, although even 70 amperes requires fairly stout wiring.

I suspect that you will NEVER see any reference to a Tesla being driven at night (because all those light bulbs use up a LOT of electrical power which is therefore taken away from being available for the electric motor); nor being driven with the (included) air conditioning operating. Automotive air conditioning normally takes around 6 horsepower, so the 23 required horsepower for that 60 mph highway driving would become 29 horsepower. This would both reduce the range by 25% and increase the charging time by 30% (as well as increasing the carbon dioxide given off at that distant electric powerplant by another 30%).

I realize that there are many optimistic people who simply say that the detriment of burning coal (which currently provides around 51% of all the electricity used in the US) could be eliminated by CHOOSING to use nuclear powered powerplant electricity instead. First, you don't have any way of deciding where your electricity is made, but second, few people seem to realize that the US already mined essentially all of its Uranium some years ago, and all of the 39 Uranium mines in the US have been closed and completely shut down for some years as a result. We import virtually all the Uranium used in American powerplants! No one seems to know that! (Only a very small percentage is actually from US sources, and that happens to be from the decommissioning of nuclear weapons, for just a few percent.)

There are certainly other even more optimistic people who simply assume that photovoltaic cells (solar cells or PV) can supply the needed electricity. First, such electricity is only available during the daytime when the sun is shining (and Tesla describes recharging through the night). But people who want to believe that have no clue as to how many PV cells would be needed! We have calculated above that around 18,000 watts of electricity would be needed to do the charging that Tesla describes. In a different energy-related page in this Domain, we present the Physics of PV devices, where around 7 watts per square foot of PV cells is possible during bright sunlight around noon. Even under those perfect conditions (noon, no clouds) around 2600 square feet of PV cells would be required. That web-page presentation describes that it is common that around $150 in total installed cost is involved for each square foot of PV cells. This would mean that around $390,000 worth of solar cell installation would likely be required to provide the amount of electricity the Tesla describes being needed! I suppose that if you can afford a $92,000 electric car, you may also be able to afford $390,000 of solar cells to charge it! But keep in mind that this is for NO CLOUDS and only around noon! Even more solar cells would be required for nearly any real climate!

See the problems? Even though that Tesla can show impressive acceleration and top speed, and decent range, and even though it is such a tiny car that the amount of electricity used is only around three cents per mile (while even at 50 mpg with a small gasoline engine, the gasoline would currently cost around 6 cents per mile), the bottom line regarding why it is even supposed to be desirable is allegedly how GREEN it is. But the reality is that some distant electric

powerplant has to pump at least four times as much carbon dioxide into the atmosphere than if the vehicle had simply had a smaller gasoline engine.

**The single point for which it is sold is therefore (sadly) totally invalid.** It may be fortunate that the only people who will be able to buy a $92,000 car probably have plenty of money available! However, I suppose that most of them will not even be bothered by the need for maybe an extra thousand dollars of specialized heavy duty wiring being installed in their house to be able to charge the Tesla. And their likely lifestyles are such that they will never even notice if their electric bills happen to get a lot higher because of charging their Tesla.

I see it as a wonderful "novelty" for rich people to play with. For the practical reasons presented in this article, it seems inconceivable that "normal" people will ever benefit from such battery-powered vehicles or even use them (except for golf carts and electric wheelchairs).

It would be nice to be able to say that there was any chance whatever that this technology could advance to actually becoming useful some day. But Tesla even notes that they have already accomplished impressive efficiencies of around 90% and 80% at peak use. What a Tesla has is probably about as good as it will ever be able to get. And if it were not for the horrible requirement that some distant electric powerplant has to release massive amounts of carbon dioxide into the atmosphere to be able to charge the Tesla, it actually could be a useful product. But when a product is SOLD and PROMOTED as being totally green, while the actual reality is entirely opposite, it then turns out to be a really terrible idea!

The truly sad thing is that if millions of people could some day drive vehicles that are electric powered like the Tesla, Global Warming would necessary become far worse as a direct result."

Such limitations have led to an enormous interest in alternative power sources, of which the fuel cell is the most promising candidate. Storage density, i.e. the electrical capacity available per unit mass of energy storage means, is one of the most important parameters.

So you have the well-known battery and competing fuel shills who are anti-hydrogen sheep:

Ulf Bossel of the European Fuel Cell Forum, Alec Brooks, James Woolsey, Elon Musk, John Doerr,

EV World magazine, The Fool, Sam Thurber, Cal Cars, Felix Kramer and plugin America lobby group, Think Progress, and similar...

Yet for every manipulated argument they come up with, they are shot down by hundreds of sites with facts.

Page 196  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

 The interventions of these 'doubters', shills, meat puppets and trolls fall into a number of clear categories which I'll summarise as:

1 *"You can't succeed because no-one has ever succeeded at this (sports car making / battery-power / taking on the majors, etc etc) before"*. - May I commend to everyone Dava Sobel's wonderful (and short!) book, "Longitude", which offers a perfect map of the tendency of government and the scientific establishment collude to reject true innovation. This effect can only be overcome when a tipping-point of perceived popular utility is reached, at which point the establishment suddenly has a bout of collective amnesia about their earlier denials. (Same story many times over, historically, of course - from Gallileo onwards.)

2 *"It's inefficient to carry around"*. Rather as it's inefficient to carry around a full tank of gas, perhaps? Or to carry around a SUV chassis which itself weighs a ton or more? (Come on, Detroit, you can find a better argument than that, surely?)

3 *"This technology is not a solution and never will be."* This very much reminds me of the IBM's famously short-sighted take on the prospect of home computing, back in the 70s. The language of these contributions, let alone their content, points to a thought-process rooted in volume-producers'vested interests. Consider the successes of some other new-tech challengers of vested interests: Dyson taking on Hoover with a bagless vacuum-cleaner; Bayliss bringing clockwork (i.e. battery-less) radios and laptops to the third world; thin-film solar panels (sorry, can't remember who, but you know who I mean). On this point, it was deeply depressing, at a high-level environmental science conference of the UK Government last year, for me to witness a "leading and respected" Professor of Transport rejecting electric traction out-of-hand with the words "it will never be more than just power storage on a trolley". Given that this "expert" was advising ministers of state setting future national policy on alternative transport, my immediate thought was "Who pays this man's research grant?"

You can see more about their tactics in the film: MERCHANTS OF DOUBT.

So let's be vigilant for any who claim, in a smooth way, that invention can't possibly have the answers. From a position of some expertise in this field, may I remind readers that the "you-don't-understand-how-our-industry-works" argument has been the policy instrument of choice for numerous corporate fraudsters and protectionists down the ages (Enron, anyone?). New York's energetic DA, Mr Spitzer, has made a fine career out of challenging such thinking in the finance sector (with the simple rejoinder: "WHY does your industry work like that? Against customer choice?"). And then of course there's the entire consumer movement (remember Flaming Fords? remember "Unsafe at Any Speed"?). We can and should ask the same questions of the conventional auto industry.

196

The good news is that genuine innovation will out - as long as ordinary consumers are able to find it and buy it. One of the early lessons of the twentyfirst century, thank goodness, is that the old-school, browbeating style of corporate communication - terrorising one's customers into rejecting alternatives - increasingly fails as people wise up to making decisions based on their own independently-gathered information about benefits and risks. (Interestingly, a popular reaction against "selling by fear" is also now happening in the political field. Now why might that be?) As a consumer, one doesn't have to agree with the in-ya-face techniques of anticorporate critics like Michael Moore and Morgan Spurlock to still subscribe to the view that we can buy what we want to buy. We no longer want to be told by old-tech that new-tech is inherently suspect. Isn't it old-tech that brought us dependency on oil, climate change, wars over energy sources?

So c'mon people, how about a reward system for "spot the spoiler"? I'm all for free debate on the issues, but some of these blogs smell rather like the work of paid old-tech corporatists trying to sabotage your success.

Challenge such interventions with the greatest possible vigour, and let consumers decide for themselves!

1.)   Battery companies are spending millions of dollars to knock H2 because it works longer, better, faster and cheaper than batteries! Most of the people writing these screaming anti-H2 articles are battery company shills or have investments there. H2 does beat batteries on every front so the should be SCARED!

2.)   The steel unions hate H2 because H2 cars don't use steel. Steel is too hard to afford any more so nobody will use it in any case.

3.)   Activists hate H2 because they think it can only be made by the oil companies and they hate the oil companies. This is a falsehood created by the battery and steel guys.

4.)   Oil companies hate H2 because it is so much better than oil but they only get to hate it unto 2030 when the affordable oil runs out. Then they know they must love it because H2 energy will be all that is left. The Oil industry is dismayed that H2 is coming on so fast and they are trying to slow it down even more.

5.)   Other alternative energy interests hate it because it is getting all of the funding because the polita-nomics are better with H2 than ANYTHING ELSE ON EARTH.

If the gasoline in your car blows up it will do a VAST AMOUNT more death and damage than H2 ever will. You are driving a MOLOTOV COCKTAIL. In 2030 oil is GONE and there is NO

OTHER OPTION that can be delivered world-wide in time but H2! Biofuel only solves 2% of the problem. Batteries have failed. Nuclear is too dangerous."

Tesla Asked Chinese Government To Help Censor Social Media Posts Critical Of The Company

Readers of Zero Hedge know that we have been tracking Elon Musk's fading relationship with the Chinese Communist Party for the better part of the last 18 months. And while we can barely guess what the temperature of the ever-changing relationship is today, one thing seems to be certain: Musk and the Chinese government are growing closer.

And for proof of that, look no further than a new Bloomberg Businessweek article profiling Elon Musk's struggles in China. While the content of the article isn't entirely new - our readers are likely very familiar with the story - one portion of the report was stunning: Musk, in true CCP form, reportedly asked the Chinese government to censor the company's critics.

In speaking about how Tesla is trying to create relationships with journalists in China, Bloomberg buried the lede in dropping this bomb:

   Previously focused on state-run media, Tesla is now trying to build relationships with auto-industry publications and influencers on platforms such as Weibo and WeChat, for example by inviting them on factory tours, and conducting group "discussion sessions" with policymakers, consumers, and media outlets. According to people familiar with the matter, it's also complained to the government over what it sees as unwarranted attacks on social media, and asked Beijing to use its censorship powers to block some of the posts.

It appears to be more proof positive not only that Musk is working closely with the CCP, but also that Musk may be adopting their tactics for "holding the narrative together".

Recall, we were first, with the help of well-known short seller Montana Skeptic to ask in April of 2020 whether or not Musk risked becoming a Chinese asset, due to how much of a necessity China was becoming to Tesla's business operations.

Things were mostly quiet until the beginning of 2021, when in January, Musk called the Chinese government "more responsible" to its citizens than the U.S. government. In March we noted how Musk continued to kiss the ass of the CCP, singing the praises of the country and its government.

Then, in April 2021, a spat emerged between Musk and the CCP, supposedly after a protestor at the Shanghai Auto Show in April "went viral" after standing on top of a Tesla vehicle and decrying the car's brakes. This led to intense shaming by Chinese media, who called Tesla's handling of the situation a "blunder" and suggested it could "inflict serious damage" on Tesla with the Chinese market.

Since then, we noted that the Chinese government still didn't seem amused by Musk until May of this year, when Musk made a public about-face on Bitcoin and was then immediately praised by China's state owned Global Times. In fact, the Global Times then published a piece stating that "work at Tesla's Shanghai Gigafactory is going smoothly," just days after it was reported that Tesla was halting its expansion in China, seen as key to its plans to export from its Asia headquarters.

As of July, deliveries in China have picked back up and Musk is back to his old self, praising China, even in response to Chinese state-owned media:

> In case anyone was wondering who is pulling the strings: https://t.co/9WAAkwI1PA
> — Quoth the Raven (@QTRResearch) July 1, 2021

Recall, our initial April 2020 report on China and Musk referenced Montana Skeptic's blog called "Tesla's Transformation Into A Chinese Company Seems Unstoppable", which sought to critically examine why the company's Shanghai factory could be a negative for Tesla, how Tesla's China operation could ultimately compete with Fremont and what the Chinese may ultimately gain from having Musk as an ally.

The article first addressed the questions of:

Who calls the shots at Tesla Shanghai?

What are the interests of the Chinese leadership?

Whom does the Shanghai factory actually benefit?

How will Shanghai affect Tesla's operations elsewhere?

When will Tesla's security filings reflect the economic reality?

Page 200  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

And now it looks like the mainstream media is getting around to asking these very same questions. We can't wait for the answers...

# Imagine A New S.F. Economy Based On Not-Corruption

Fuel cells powered by hydrogen are about to hit the market. In time, they'll let us kiss the sheikhs goodbye.

FORTUNE MAGAZINE

By David Stipp

As far back as Jules Verne, visionaries have predicted that society will someday be utterly transformed by energy based on hydrogen. The lightweight gas, the most abundant element in the universe, can be made from water. It is wondrously clean, emitting mainly pristine steam when burned. When fed into fuel cells, which generate electricity, it offers unprecedented efficiency--these electrochemical reactors extract twice as much useful energy from fuel as internal-combustion engines can.

In fact, hydrogen-powered fuel cells promise to solve just about every energy problem on the horizon. In homes and offices, fuel cells would keep the lights on when the grid can't. Cars propelled by the cells wouldn't foul the air. Hydrogen-based energy would mean less global warming as we shift away from fossil fuels.

None of this is as pie-in-the-sky as it sounds. Potent commercial forces are bringing the hydrogen economy along faster than anyone thought possible only a few years ago. In the next two years, the first wave of products based on hydrogen-powered fuel cells is expected to hit the market, including cars and buses powered by fuel cells, and compact electric generators for commercial buildings and houses. Technology for generating hydrogen is ready now: "reformers" that extract hydrogen from natural gas, and "electrolyzers," Jules Vernian devices that extract hydrogen from plain water. Those electrolyzers, if powered by so-called renewable-energy technologies like wind turbines and solar panels, could truly put an end to oil. Wind turbines and solar panels are emerging fast; after long decades of development, they have entered a Moore's law-like pattern of rapidly falling costs. All these advances add up to a startling reality. Major oil companies have begun to bet quietly but heavily on a hydrogen future. So have many of the largest manufacturers, including United Technologies, General Electric, Du Pont--and every major car company.

Like all disruptive technologies, the hydrogen revolution must overcome major barriers to achieve ubiquity, however. The greatest hurdle is cost: Fuel cells are too pricey for all but niche applications, and they're likely to remain so until economies of scale kick in. Likewise, fully installing the infrastructure needed to produce and deliver hydrogen on a massive scale--think of

201

the refineries, pipelines, and gas stations that have been built to support the oil economy--will take decades and require tens of billions of dollars. Meanwhile, support for hydrogen technology in Washington, D.C., has been almost as evanescent as the gas: For the fiscal year ended Sept. 30, the Department of Energy's hydrogen research budget was $27 million, a minuscule 0.14% of the DOE's total budget--and earlier this year the Bush Administration proposed roughly halving that allotment.

Still, it's hard to dismiss a technology that promises a way to kiss the sheikhs goodbye. Suppose further unthinkable things happen--a fundamentalist coup in Saudi Arabia, say, or terrorist attacks on the kingdom's brittle petroleum infrastructure, either of which might precipitate an oil crisis. Could we put the Hydrogen Age on the fast track?

Hydrogen experts, though accustomed to thinking in decades instead of years or months, are already mulling that question, and their answer can be summed up as "yes." A major source of hydrogen is instantly available: natural gas, or methane. Already it is widely processed into hydrogen for manufacturing plastics, "hydrogenated" vegetable oil, and other products. Making hydrogen this way is not totally environmentally friendly--reforming methane generates carbon dioxide, the main culprit in global warming. But it's strategically friendly: Today 99.5% of the methane consumed in America is produced in the U.S. and Canada. What's more, companies such as Praxair of Danbury, Conn., and Air Products & Chemicals of Allentown, Pa., operate a limited but widely dispersed hydrogen infrastructure in the U.S., including pipelines, storage terminals, tanker trucks, and reformers.

Such assets represent a kind of hydrogen-economy starter kit. To jump-start the transition, the first order of business would be to outfit service stations to fuel the hydrogen-powered cars that will soon reach the market, says C.E. "Sandy" Thomas, president of H2Gen Innovations, an Arlington, Va., startup developing novel low-cost methane reformers. Revving up the hydrogen economy would also probably require heavier spending, by industry or government, to accelerate the low-cost mass production of fuel cells, says John A. Turner, a principal scientist at the DOE's National Renewable Energy Laboratory in Golden, Colo. The technology faces the classic chicken-and-egg problem, he explains: To compete with piston engines and achieve mass commercialization, the costs of the technology must come down by at least a factor of ten. That can happen, but probably not without the cost savings that flow from mass production.

Short-term moves like those would pave the way to a future that excites giant oil companies and environmentalists alike--in which methane would begin to recede as a hydrogen feedstock while renewable sources, like solar and wind power, and biomass, would come to the fore. Before September's terrorist attacks such a shift was projected to happen around the middle of this century. Royal Dutch/Shell, one of the oil giants that is investing heavily in a hydrogen future,

projects that by 2050 about half of the world's entire energy supply may well originate with renewables.

Around the industrialized world, the seeds of oil displacement are already visible. Next year, for instance, three major energy companies in Scandinavia plan to build a pilot plant to make hydrogen from wind power. While it's only a start, the implications are huge: Denmark, the world wind-power leader, already gets nearly 15% of its electricity from the wind. Use that electricity to produce hydrogen, and the Danes would have the energy equivalent of the euro: an energy currency that can be efficiently swapped for heat or locomotion, or turned back into electricity. And while electricity is hard to store in large quantities, hydrogen is easy. The Scandinavians plan to use it in fuel-cell-equipped buildings and vehicles--such as the hydrogen-powered buses that DaimlerChrysler expects to roll out in Europe next year.

The U.S. is rich with similar prospects. The windy Dakotas, if studded with twirling wind turbines, could become the Saudi Arabia of hydrogen. Spare megawatts from the 55 major dams along the Columbia River and its tributaries in the Pacific Northwest could be fed into electrolyzers, turning them into the equivalent of inexhaustible oil gushers. Hawaii could help too: Its volcanically abundant geothermal energy could be tapped to generate electricity for churning out hydrogen.

In a telling sign of how far renewable energy has matured since the Age of Aquarius, Home Depot recently started selling solar photovoltaic systems made by AstroPower of Newark, Del., at some of its California stores. Meanwhile, companies such as United Solar Systems in Troy, Mich., have rolled out nifty forms of solar roofing--including shingles that can double as little power plants. Solar cells are only one-tenth as expensive today, on a per-watt basis, as they were in the 1980s, and manufacturers are having trouble keeping up with demand. Worldwide, photovoltaic sales jumped 38% last year. (No high-tech bust there.)

Despite its dropping cost, solar power is still too expensive to mount a serious challenge to grid-supplied electricity--most solar installations power buildings and machines remote from the grid, or are fostered by government-sponsored programs. But wind power, the other high-growth prospect in renewable energy, faces no such limitation.

Thanks to advances such as the advent of monster 1.65-megawatt turbines, wind-power costs have dropped 90% since 1980. In some places, wind watts are now cheaper than those from oil- or gas-fired generators. Over the past decade wind power worldwide has grown, on average, 25% a year, faster than any other energy source, says the Worldwatch Institute, a Washington, D.C., think tank. (Only solar comes close, with a 20% annual growth rate.)

203

Europe's wind capacity could reach a staggering 60 billion watts by 2010, enough to serve 75 million people, according to the European Wind Energy Association. (By comparison, a large nuclear plant has a capacity of about one billion watts.) The U.S. lags behind Europe in developing wind power, but America's wind-generating capacity is ramping up fast--it's expected to increase by a whopping 60% this year, or 1.5 billion watts.

Much of the growth is happening not in green-dominated California but in America's thrifty heartland. For example, five years ago a school district in Eldora, Iowa, proposed erecting a wind turbine to supply its high school with electricity. The local utility blocked the idea by refusing to allow the wind-supplied watts to offset grid power at the going rate, says Bill Grove, superintendent of the Eldora-New Providence school district. Recently, though, the utility, Alliant Energy of Madison, Wis., rethought the issue and decided to join with the district to install a turbine three times as powerful as originally planned.

Simple arithmetic has inspired a growing number of Midwestern towns, school districts, and farmers to emulate Eldora's pioneering move, says Thomas A. Wind, a wind-power consultant in Jefferson, Iowa. The systems generally pay for themselves over a decade or so, he adds, then continue to whirl out cash year after year.

Richard and Robert Kas, farmers in Woodstock, Minn., were among the first to capitalize on the trend. Two years ago they allotted six acres of their family farm to an energy firm that planted 17 wind turbines, together capable of generating up to ten megawatts, enough for some 4,000 homes. Now the brothers are about to install two 750-kilowatt turbines of their own to sell power to the local utility. Richard estimates the turbines will each generate $25,000 annually after paying for themselves over about 12 years.

Renewable energy, excluding hydropower, which currently dwarfs other renewables, provides only 2% of U.S. electricity today. But its potential is huge. The harnessable wind power in Midwestern and Western states alone could supply as much electricity during a 15-year period as all of Saudi Arabia's vast oil reserves if they were burned in power plants, according to a federal study.

Such factoids are no longer merely the stuff of environmental confabs and engineering conventions--they are guiding boardroom decisions. Energy bellwethers such as ABB in Zurich and Enron in Houston are positioning themselves to become hydrogen sheikhs by making major investments in wind power. Meanwhile, Royal Dutch/Shell has formed a division devoted to hydrogen and a division devoted to renewables--Shell's top executives have promised to kick-start the new businesses with investments of at least $500 million by mid-decade. Britain's BP (the former British Petroleum now calls itself the "beyond petroleum" company) has made a

204

major push into solar power--it's the No. 3 photovoltaics maker. (Sharp and Kyocera, both of Japan, are the leaders.)

Clearly, the energy industry will look a lot different two decades hence. Based increasingly on hydrogen, its big players will be more diverse and far-flung than ever. Indeed, they'll probably resemble oil producers crossed with electric utilities. The energy industry's small players will be even stranger creatures: They're likely to be people like us--when we're not using the fuel cells in our homes and cars, we'll plug them in to serve as Internet-like "micropower" nodes supplying electricity to the grid.

Fuel cells are increasingly shaping up to be the 21st century's answer to the internal-combustion engine. You'll probably be able to buy yourself a fuel cell this Christmas. By year-end, Sunbeam's Coleman Powermate unit plans to launch small, portable power modules incorporating fuel cells made by Ballard Power of Vancouver. Plug Power of Latham, N.Y., H Power of Clifton, N.J., and other companies are readying bigger fuel-cell systems designed to supply homes and small businesses with electricity and heat--many have been installed in pilot programs, and full-scale launches are expected by 2004.

In part because of California's recent electricity crisis, the please-let-there-be-light market for fuel cells is likely to skyrocket: Sales, estimated at $218 million last year, should reach $2.4 billion by 2005, according to a recent analysis by Fuel Cell Technology News, a Norwalk, Conn., newsletter.

One surprising thing about this projection is that there's already a substantial market for fuel cells. In fact, the "stationary" market for the cells has been quietly growing for years. A decade ago, International Fuel Cells, a United Technologies unit in South Windsor, Conn., introduced fuel-cell systems to supply "uninterruptible" power to buildings. Now its 200-kilowatt PC25 systems are electrifying everything from an Omaha bank to a former stable in New York City's Central Park that's used as a police station. The latter system, housed in a van-sized green box next to the old stable, enabled the city to avoid a $1.2 million power-line upgrade--office machines at the precinct house sometimes couldn't all be on at once until the fuel cell was installed in 1999.

Toward the end of this decade, fuel-cell cars should become the hydrogen economy's main driver. Indeed, the auto industry has made by far the boldest investment in the new technology. Four years ago Ford and Daimler-Benz, now DaimlerChrysler, stunned rivals by committing $750 million to a joint venture with Ballard aimed at rolling out fuel-cell cars by 2004. Not to be outdone, General Motors and Toyota teamed up in pursuit of the same goal. Honda, Renault-Nissan, Hyundai, and Volkswagen have also joined the race.

205

Today some $500 million to $1 billion a year is going into this automotive Manhattan Project, according to analysts. None other than Henry Ford's great-grandson Ford Chairman William Clay Ford Jr. has declared that the fuel cell will "finally end the 100-year reign of the internal-combustion engine."

The venerable piston engine won't be a pushover, though--versatile and cheap, it embodies an entire century of tinkering. Further, there's still no widely accepted way to carry lots of hydrogen around in vehicles. This problem stems from the same property that made hydrogen useful for getting early-20th-century Zeppelins aloft: It's very low-density stuff, so small amounts occupy a large volume.

Like all gases, however, hydrogen can be compressed, so one proposed solution calls for cars to carry special tanks filled with pressurized hydrogen. Such tanks already exist, but more work is needed to establish safety standards for their widespread use in vehicles. (If hydrogen makes you think of the Hindenburg, think again: A 1997 report showed that the famous Zeppelin's skin was painted with chemicals used in rocket fuel. Ignited by static electricity, the chemicals probably were the main cause of its fiery 1937 demise, not the hydrogen inside. In fact, hydrogen dissipates so rapidly outside buildings that the risk of an explosion while gassing up a fuel-cell car with the stuff is practically nil.)

It's likely to be at least several years before you can buy hydrogen at the corner gas station. But if you want to gas up your fuel-cell car at home, you might use one of the highly efficient electrolyzers that Stuart Energy Systems of Toronto is developing. The hydrogen appliances would require only a garden hose (for water) and an electrical outlet to generate enough hydrogen overnight for your daily commute.

The main alternative to onboard hydrogen tanks requires that cars carry compact reformers to synthesize the gas from either gasoline or methanol (wood alcohol). Those liquid fuels wouldn't require radical changes to the corner gas station. But gasoline reformers are costly, bulky, energy consuming, and complex--and they're still at the prototype stage. Methanol, while closer to prime time and less polluting to reform into hydrogen than gasoline, is very toxic. Ingesting half a cup can kill you, and unlike gasoline, it doesn't induce vomiting when swallowed.

Given those daunting problems, why are industry statesmen like Bill Ford so sure that fuel cells will blow away the piston engine? One reason is that the cells offer an astounding 100% leap in fuel efficiency over the venerable competition. Another is that fuel-cell technology is zipping along an arc of development that promises to amplify its already compelling pluses for decades

206

to come. The piston engine, by comparison, is a mature technology that's increasingly difficult to improve.

Despite its recent fiscal woes, DaimlerChrysler, like every other major automaker, is pouring hefty sums into the effort to launch the cars between 2003 and 2005. But they won't necessarily turn up in showrooms then. The first ones are expected to be marketed as "fleet" vehicles such as taxis. That's because corporate fleets can be gassed up at home bases and so can be rolled out before hydrogen is widely available at service stations. The fuel-cell car market probably won't surpass 5% of U.S. new-vehicle sales, now about 850,000 vehicles a year, until after 2008.

That is, unless the federal government steps in to fast-track the hydrogen economy. Doing so would require a major energy-policy rethink--but probably nothing like the extravagant spending with which the government tried to answer the oil shocks of the 1970s. Instead, seed funding, tax incentives, and mandates for electric utilities to add more renewable power would help; so would shifting federal vehicle fleets to fuel cells. Uncle Sam's hydrogen to-do list might include:

• Creating incentives to install methane reformers at 10% of the nation's service stations--the minimum deemed necessary to support initial mass commercialization of fuel-cell cars. The installations would cost a total of $4.1 billion, according to a study last year jointly funded by the DOE and Ford Motor.

• Earmarking, say, $500 million a year through mid-decade to hurry wind, solar, and other renewable-energy technology. Tax incentives would help erect wind turbines; R&D grants might speed development of advanced "multilayer" solar cells, capable of cutting the cost of solar power in half.

• Providing $500 million to ramp up fuel-cell manufacturing. The money would fund federal R&D matching grants for labs working on fuel-cell manufacturing processes. It would also pay for shifting federal vehicle fleets to fuel-cell technology, helping fuel-cell makers more quickly achieve economies of scale.

Federal handouts for hydrogen might seem anathema to the oilman in the White House. Yet in Texas two years ago then-governor George W. Bush enacted a sweeping mandate that made Texas a leader in renewable energy. Its first phase requires the state's electric utilities to add 400 megawatts of renewable-energy generating capacity by 2003. The utilities opted for wind power; won over by its low cost, they have since doubled their renewable-energy commitment. Randall Swisher, executive director of the American Wind Energy Association, a trade group in Washington, D.C., calls the Texas program "the most effective renewable-energy policy in the country." More such mandates are sorely needed, adds Swisher, for many utilities and state power regulators still view wind power with a jaundiced eye.

207

Once the fuel-cell market begins to take off, its impact could snowball. Using hydrogen to combine such renewable energy sources with highly efficient fuel-cell cars could deliver a double whammy to oil's hegemony, says Amory Lovins, an influential energy expert at Rocky Mountain Institute in Snowmass, Colo. That's because the cars' fuel cells could be used both for transportation and, when parked, to generate electricity to feed into the grid. The dividends from such dual-use "Hypercars," he predicts, would probably make them less expensive to get around in than conventional gasoline-powered cars even when oil is still fairly plentiful and cheap, accelerating its displacement by hydrogen. Oil will still have a role in future years: "It will be good mainly for holding up the ground," he quips.

NBC NEWS  Oct. 14, 2015

## Toyota to Phase Out Gas-Powered Vehicles, Doubling Down on Hydrogen

by Paul A. Eisenstein

Toyota Motor Co. wants to virtually eliminate gasoline-powered vehicles from its fleet by 2050, and is betting that hydrogen cars, rather than electric vehicles, will be the long-term answer.

The Japanese maker recently introduced the Mirai, its first retail fuel-cell vehicle, and though sales have so far been measured in the hundreds, the target is to reach 30,000 annually by 2020, and even higher in the years beyond.

A number of other automakers are experimenting with hydrogen power; Hyundai already offers a fuel-cell version of its Tucson SUV, and Honda will launch a retail model next year.

While most competitors are focusing on hybrids, with a heavy emphasis on battery-based models, Toyota remains skeptical about the long-term role of electric vehicle technology.



Japanese auto giant Toyota Motor's hydrogen fuel-cell vehicle Mirai is displayed in Tokyo in November 2014. YOSHIKAZU TSUNO / AFP- Getty Images

# LA TIMES

## Carmakers prepare to shift to hydrogen fuel cells



BY CHARLES FLEMING
*contact the reporter*

**SHARELINES**

- Toyota actually favors fuel cars over other non-emission vehicles | A Toyota message says
- Toyota will launch a fuel cell sedan in Japan early next year and in the U.S. by the summer
- Honda is preparing to launch a new fuel cell car next year

Concerned about slow sales of electric cars and plug-in hybrids, automakers are increasingly betting the future of green cars on hydrogen fuel cell technology.

Even Toyota Motor Corp., maker of the popular Prius gas-electric hybrid, will use hydrogen instead of batteries to power its next generation of green vehicles.

"Today, Toyota actually favors fuel cells over other zero-emission vehicles, like pure battery-electric vehicles," said Craig Scott, the company's national manager of advanced technologies. "We would like to be still selling cars when there's more gas. And no one is coming to our door asking us to build a new electric car."

But even hydrogen's most ardent proponents agree the technology faces enormous hurdles. Like electric cars, hydrogen fuel cell vehicles are expensive. So is the infrastructure to refuel them.





Car companies have been slow to put hydrogen fuel cell vehicles on the market in part because of the lack of fueling stations. Operators of fueling stations, in turn, won't build more retail outlets unless they see more fuel cell car sales.

Dan Poppe is among the few early investors in hydrogen stations. Wearing a hard hat and coveralls at his Burbank hydrogen station, Poppe chews on the edges of his mustache and worries about his future.

"In 2004, we were told we'd have 10,000 cars on the road [in California] by 2009 — but it was more like 200 cars," said Poppe, whose company, H2 Frontier, builds and operates stations in California. "Today, we still only have about 150. That's not going to do it."

Hydrogen fuel cell makers and station operators like Poppe are subsidized by the state of California, which has set a goal of having 1.5 million zero-emission cars on the road by 2025. By the same year, the state wants 15% of all new cars sold to be zero-emission vehicles.

The category includes plug-in hybrids — which can travel a few miles on battery power alone before a gas engine kicks in — but it doesn't include traditional hybrids, which sell at lower cost and in much higher volumes.

Automakers are still working on electric car technology, and sales of battery electric and plug-in hybrid vehicles are up 30% this year over 2013. Still, total sales for zero-emission vehicles represent less than 1% of all cars nationally.

The 2014, were popular in California than anywhere else. The state's drivers own 40% of the nation's zero-emission vehicles, almost all of them plug-in hybrids and battery electric vehicles. With automakers still struggling to produce a mass-market electric car, fuel cells increasingly look like the abundant platform.

> **We would like to be still selling cars when there's more gas. And no one is coming to our door asking us to build a new electric car.**
> — Craig Scott, Toyota's national manager of advanced technologies

SHARE THIS QUOTE

Hydrogen fuel cells are designed to power electric motors much the way batteries do. But instead of storing their energy in a battery pack that takes hours to recharge, the fuel cell vehicles store hydrogen gas in an onboard tank that can be refilled in minutes, just like a gasoline tank.

The state subsidizes hydrogen-powered cars the same way it does battery-powered cars, with the same $5,000 rebate it offered buyers of electric cars in the early days. (Electric car buyers now are eligible for a $2,500 state rebate.) New fuel cell car buyers also qualify, at least until the end of 2014, for a $4,000 federal rebate — down from as much as $10,000 for cars that hit the road in earlier years.

The state will also award automakers environmental credits for building them, which they can use to comply with California clean air mandates or sell to other automakers who need the credits to comply. Automakers get more credits for fuel cell cars than most battery electrics or plug-in hybrids.

Hydrogen refueling station operators like Poppe also get money from the state and other agencies, among them the California Energy Commission, California Air Resources Board and South Coast Air Quality Management District.

Poppe received $3 million from the state to build a station in Chino. He got $300,000 from the energy commission and the air quality district to operate his station in Burbank.

The district says it has spent $11.4 million so far on the construction, operation and maintenance of nine Southern California stations, with "considerably more funds" having been spent by the energy commission and the air resources board, agency spokesman Sam Atwood said.

To qualify for a $1-million grant, Poppe had to invest $250,000 to $300,000 of his own money. To receive grants to cover operational expenses, he has had to hit specific performance goals — a certain number of pumps open, operating at certain capacities, by certain dates — or face being disqualified.



Despite the risks to entrepreneurs, Poppe believes the future is in hydrogen, because fuel cell vehicles address the two main shortcomings of today's battery-powered cars: short driving range and long recharging times.

Car companies agree.

Toyota will launch a fuel cell sedan in Japan early next year and in the U.S. by the summer. Hyundai Motor Co. started leasing a hydrogen fuel cell version of its Tucson sport utility vehicle this year. Honda Motor Co., which has spent years testing and leasing its FCX Clarity fuel cell vehicle, is preparing to launch a new fuel cell car sometime next year.

Ford Motor Co., which has put 1.3 million test miles on a fleet of 300 fuel cell vehicles over the last several years, recently cut a deal with Daimler, Renault and Nissan to develop a joint fuel cell technology that all four companies would share.

General Motor Co., which holds more patents for hydrogen fuel cell technology than any other carmaker, has similarly tested its HydroGen4 car. GM has partnered with Honda, its rival for the number of new fuel cell patents each year, to co-develop new automotive fuel cell applications.

The cars, when they arrive, won't come cheap. Toyota hasn't set a price for its car here, but when it's launched in Japan it will have a $68,000 sticker price — though buyers will qualify for a $20,000 government rebate.

Fuel cell cars have about the same range as many gas-powered vehicles — as much as 300 miles between fueling stops.

Most electric cars have a range of about 80 miles, though more expensive battery-powered cars — namely, the Tesla Model S — offer more than 200 miles of driving range. The Tesla Model S starts at $72,000 and can cost upward of $100,000 with the largest battery and luxury options.

In addition, fuel cell advocates point out that there are multiple sources of hydrogen, including hydro-electric or wind generators, nuclear power plants and natural gas.

Elon Musk, chairman of the battery-electric vehicle manufacturer Tesla Motors Inc., derides hydrogen-powered cars and calls the science behind them overcomplicated.

"I usually call them 'fool cells,'" Musk told shareholders in June, having earlier dismissed the technology as "a load of rubbish."

Musk did not elaborate on specific weaknesses of hydrogen power or why he believes batteries will remain the dominant power source for zero-emission cars. A Tesla spokesperson declined requests for interviews with Musk or other executives.

Some observers caution that the appearance of competing technologies can be misleading. They say the need for clean transportation won't necessarily be found in a single system.

"If you have a fuel cell car, you have a longer range between visits to the gas station; but if you plug in at home, you never have to go to the gas station at all," said Don Anair of the Union of Concerned Scientists. "It's not an either-or proposition. It's a both-and proposition."

California is at the leading edge of subsidizing the fuel cell movement. The state Legislature passed AB 8 late last year, dedicating $20 million a year through 2023 to finance the construction of as many as 100 hydrogen fueling stations.

There are only 11 such stations in California now, though that number could increase to 40 stations within a year.

Automakers and station owners have little incentive to invest without government subsidies to develop cars and stations.

"Without government support, this is not a viable business," Poppe said.

Until the nascent technology goes mainstream, hydrogen station operators like Poppe — who's such a believer in the technology that he and his wife both drive Mercedes-Benz B-Class fuel cell cars — must wait for their businesses to become profitable. His Burbank station serves 20 or 30 cars a day; he needs at least 30 to recoup his investment.

Experts put the price of building a single hydrogen fueling station, excluding the cost of the real estate, at about $2 million. A single nozzle at his Burbank station costs $10,000, Poppe said.

That's expensive, but so are gasoline stations — along with the drilling and refining operations that feed them.

"We could put in a nationwide network of [hydrogen] stations for less than the cost of building the Alaska pipeline," said Charlie Freese, head of the fuel cell vehicle program for GM. "There are a lot of other hidden costs too, like the cost of keeping the [Strait] of Hormuz open."

209

# References And Investigation Resource Links

**Rare-earth blood mineral mines are obama kick-backs to silicon valley oligarchs**

**Child Labor and the Global Competition for Rare Earth ...**

hrbrief.org/2018/12/child-labor-and-the-global-competition-for-rare-earth-elements/

While roughly eighty percent of the cobalt mined in the DRC is produced by mining operations that make use of heavy machinery, the remaining twenty percent of cobalt production comes from hand-dug mining operations that rely on **child labor**. Since the 1970s, the goal of eliminating **child labor** has achieved near-universal consensus.

**iPhone mineral miners of Africa use bare hands | Daily Mail ...**

https://www.dailymail.co.uk/news/article-3280872/iPhone-mineral-miners-Africa-use-bare-hands-coltan.html

Hard labour: Panning for **rare minerals** for 12-hours a day, this miner is covered head to foot in the ore-laden mud. It may seem unbelievable, but he is searching for a **mineral** which will power the ...

**LME Steps Up Efforts to Ban Cobalt Suppliers Using Child ...**

https://investingnews.com/daily/resource-investing/battery-metals-investing/cobalt-investing/lme-ban-cobalt-suppliers-child-labor/

**Rare Earth**; Industrial Metals ... It can do that by making sure industry standards on **child labor** and conflict **minerals** are being met, that there is auditing and certification," said a LME ...

**Mining Child and Slave Labour - Historical and Current ...**

https://republicofmining.com/category/mining-slave-labour-historical-and-current/

April 25, 2019 in Africa Mining, Australia/New Caledonia/Papua New Guinea Mining, Battery Technology Innovation/Electric Vehicles, Cobalt, Critical, Strategic and **Rare Earth Minerals** and Metals, International Media Resource Articles, Mining **Child** and Slave Labour - Historical and Current

**Mines Linked to Child Labor Are Thriving in Rush for Car ...**

Page 211   EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

☐ https://slashdot.org/story/18/02/20/1558257/mines-linked-to-child-labor-are-thriving-in-rush-for-car-batteries

Metal vital to many electric vehicles has tripled in 18 months. From a report: The appetite for electric cars is driving a boom in small-scale cobalt production in the Democratic Republic of Congo, where some mines have been found to be dangerous and employ **child labor**.

**Cobalt mining for lithium ion batteries has ... - Washington Post**

☐ https://www.washingtonpost.com/graphics/business/batteries/congo-cobalt-mining-for-lithium-ion-battery/

Workers, including children, **labor** in harsh and dangerous conditions to meet the world's soaring demand for cobalt, a **mineral** essential to powering electric vehicles, laptops, and smartphones ...

**Child miners aged four at Congo cobalt mine | Daily Mail Online**

☐ https://www.dailymail.co.uk/news/article-4764208/Child-miners-aged-four-living-hell-Earth.html

**Child** miners aged four living a hell on **Earth** so YOU can drive an electric car: Awful human cost in squalid Congo cobalt mine that Michael Gove didn't consider in his 'clean' energy crusade

**Digging for rare earths: The mines where iPhones are born**

☐ https://www.cnet.com/news/digging-for-rare-earths-the-mines-where-iphones-are-born/

Digging for **rare earths**: The mines where iPhones are born. ... from this mine are **rare-earth minerals**, crucial ingredients for iPhones, as well as wind turbines, hybrid cars, and night-vision ...

**Dirty, dangerous and destructive - the elements of a ...**

☐ https://www.theguardian.com/commentisfree/2011/sep/26/rare-earth-metals-technology-boom

Dirty, dangerous and destructive - the elements of a technology boom The environmental and human costs of **rare earth** metals are high. Yet electronics are still built to be discarded, not recycled

**Carmakers' electric dreams depend on supplies of rare ...**

☐ https://www.theguardian.com/environment/2017/jul/29/electric-cars-battery-manufacturing-cobalt-mining

Page 212  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

Carmakers' electric dreams depend on supplies of **rare minerals** ... Daimler and Volkswagen were failing to do basic checks to ensure that they did not use cobalt mined by **child** labourers in their ...

**Beyond "Conflict Minerals": The Congo's Resource Curse Lives ...**

https://www.dissentmagazine.org/article/beyond-conflict-minerals-the-congos-resource-curse-lives-on

Beyond "Conflict **Minerals**": The Congo's Resource Curse Lives On "In sub-Saharan Africa," a video at the 2014 Consumer Electronics Show announces, "there is war that feeds off of global demand for electronics.

**Your Hybrid Car Is Hogging All the Rare Earth Metals ...**

https://www.popsci.com/cars/article/2009-09/your-prius-hogging-all-rare-metals

A **rare earth** element found in trace quantities in a variety of **minerals**, Neodymium is a crucial component in the alloy used to make the Prius's electric motors' magnets

**Child labour behind smart phone and electric car batteries ...**

https://www.amnesty.org/en/latest/news/2016/01/Child-labour-behind-smart-phone-and-electric-car-batteries/

"The dangers to health and safety make mining one of the worst forms of **child** labour. Companies whose global profits total $125 billion cannot credibly claim that they are unable to check where key **minerals** in their productions come from," said Mark Dummett.

**Clean Energy Boom Could Fuel One of the World's Dirtiest ...**

https://earther.gizmodo.com/clean-energy-boom-could-fuel-one-of-the-worlds-dirtiest-1829334689

The irony of transitioning to clean energy is we're going to have to mine the shit out of the **Earth** to do it. Much like our computers and smartphones, wind turbines and solar panels are high-tech devices whose production demands a smattering of metals and **minerals** from across the periodic table and the planet.

**Electric Vehicles, Batteries, Cobalt, and Rare Earth Metals ...**

https://blog.ucsusa.org/josh-goldman/electric-vehicles-batteries-cobalt-and-rare-earth-metals

212

Page 213  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

Though neither lithium nor cobalt are **rare earth** metals, and **rare earth** metals aren't nearly as **rare** as precious metals like gold, platinum, and palladium, there are important issues surrounding the production of lithium-ion batteries that must be acknowledged and addressed.

**Plight of African child slaves forced into mines - for our ...**

https://laborrights.org/in-the-news/plight-african-child-slaves-forced-mines-our-mobile-phones

Glenn Lesak, who heads Save The Children's relief programme in Congo, estimates that between 5000 and 6000 **child** slaves are forced to work in the mines. He said: "This is an industry which is concentrated on forced labour and **child** labour. It's horrific.

**America's Rare Earth Ultimatum: A National Policy of Vertical ...**

https://capitalresearch.org/article/americas-rare-earth-ultimatum-part-3/

China's monopoly of the global **rare earth** market should be no surprise-they are the pioneers of **rare earth** innovation and are the authors of **rare earth** development history as previously discussed. Today, China is by far the world's leading researcher, producer, and exporter of **rare earth minerals** and metals.

**Trade War With China Exposes U.S. Mineral Import Problem**

https://www.forbes.com/sites/judeclemente/2018/07/11/trade-war-with-china-exposes-u-s-mineral-import-problem/

Jul 11, 2018 · In fact, of the 90 **mineral** commodities that our U.S. Geological Survey tracks, we are more than 50% import reliant for 50 of them and 100% import reliant for 20, including very important **rare** ...

**China trade war with US heats up with Huawei summary ...**

https://www.cbsnews.com/news/china-trade-war-us-huawei-summary-judgement-ban-rare-earth-minerals-threat-beijing/

**Rare Earth** Elements. ... Mueller witness Nader remains in custody after **child** porn charge ... Advances in **labor**-saving technology will result in women losing nearly as many jobs as men, hitting ...

**In U.S.-China Trade War, Rare Earths Are the Nuclear Option ...**

https://www.usnews.com/news/world-report/articles/2019-06-03/in-us-china-trade-war-rare-earths-are-the-nuclear-option

213

Page 214  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

In U.S.-China Trade War, **Rare Earths** Are the Nuclear Option **Rare earths** are vital ingredients in everything from U.S. missiles to wind turbines to cellphones - and China holds 80% of the market.

**Why We Need Cobalt & Rare Earth Minerals To Power Electric Cars**

https://highenergytrading.com/why-we-need-cobalt-rare-earth-minerals-to-power-electric-cars/

Cobalt: The Key **Mineral** in Electric Vehicle Batteries. The electric vehicles (EV) need a lithium-ion battery pack to function. A lithium-ion battery is made with **rare earth minerals** like cobalt, lithium, nickel, and other metals. Cobalt is a **rare** bluish-gray metal that is found deep in the **Earth's** crust.

**Forget Lithium -- It's Rare Earth Minerals That Are in Short ...**

https://www.cbsnews.com/news/forget-lithium-its-rare-earth-minerals-that-are-in-short-supply-for-evs/

The availability of lithium is a well-known concern with electric vehicle batteries, but much less reported is the concentration of the **rare earth minerals** vital to making electric motors for EVs ...

**China's Rare Earth Metal: Not As Potent a Trade War Weapon As ...**

fortune.com/2019/05/29/china-rare-earth-metals-trade-war/

China, aided by its low **labor** costs and lax environmental regulations, became the dominant force in the **rare earth** market during the 1980s, surpassing the U.S. China, which sits on close to 40% of ...

**Can China Hold The U.S. Hostage With Rare Earth Metals ...**

https://seekingalpha.com/article/4268750-can-china-hold-u-s-hostage-rare-earth-metals

China dominates global **rare earth** metals supplies. China is a dominant force when it comes to **rare earth** metals. Low **labor** costs and generous environmental regulations led to China's control of ...

214

# Press Clippings

Further to John's post yesterday about electric cars colliding with reality, I pass along this news item today:

### Batteries exploding in burning abandoned Illinois building

CHICAGO (AP) — Lithium batteries exploded loudly overnight inside a burning former paper mill in northern Illinois that officials had believed was long abandoned, and fire officials have decided to let the blaze burn out because they fear trying to extinguish it could trigger more explosions.

The fire that started in Morris Tuesday prompted city officials to order the evacuation of 3,000-4,000 people in some 950 nearby homes, a school, church and small businesses. . .

The fire chief said he's gathering information from fire departments and other experts on how to fight the fire in a building that — to the surprise of his department and other city agencies — was being used to store nearly 100 tons of lithium batteries ranging in size from cellphone batteries to large car batteries.

**Steffes' firefighters stopped using water on the blaze minutes after they arrived when they discovered the batteries because water and firefighting foam can cause batteries to explode.** And he said while he has heard some ideas on how to battle the blaze — road salt has been suggested — he won't send crews to battle the fire because of the unknowns about what's inside. . .

The mayor said the city didn't know the building was being used to store batteries until it caught fire, and that he knows very little about the company that owns them.

What could go wrong with scaling up this technology by 1,000 times? Maybe it is time for environmentalists to double up on their personal lithium dose, since their mania seems unabating at the moment.

*Robert is one of the country's most knowledgeable experts on energy, and I encourage you to read his entire testimony. Here are some highlights as summarized by him:*

215

"* I'm pro-electricity, but I am adamantly opposed to the notion that we should "electrify everything" including transportation.

* EVs are cool. They are not new. The history of EVs is a century of failure tailgating failure. In 1911, the New York Times said that the electric car "has long been recognized as the ideal solution." In 1990, the California Air Resources Board mandated 10% of car sales be zero-emission vehicles by 2003. Today, 31 years later, only about 6% of the cars in California have an electric plug.

* The average household income for EV buyers is about $140,000. That's roughly two times the U.S. average. And yet, federal EV tax credits force low- and middle-income taxpayers to subsidize the Benz and Beemer crowd.

* Lower-income Americans are facing huge electric rate increases for grid upgrades to accommodate EVs even though they will probably never own one.

* This month, the California Energy Commission estimated the state will need 1.3 million new public EV chargers by 2030. The likely cost to ratepayers: about $13 billion.

Page 217  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District



## Investing in Lithium Mining Stocks

**How To Profit from the Lithium Boom**

**By Brian Hicks**
*Friday, October 16th, 2009*

*Editor's Note:*

While Western Lithium remains a buy, the *Pure Asset Trader* team tells me they have 2 rare earth trades — and possibly a third — they're looking to issue over the next two weeks... with an opportunity to double if not triple your money in mere months.

Ian Cooper heads up this team. And when they talk energy, our readers are all ears. That's because they've closed 33 winners in 35 tries this year. The gains have been exceptional.

For more information on the *Pure Asset Trader's* next move, click here.

For now, here's the lithium piece I wrote a few months ago. This market is just heating up. And as you'll see below, it's a call that's already made readers a quick 30% gain.

———————————————

Warren Buffett stunned the market back in September 2008 when he announced that he was investing $250 million in a Chinese electric car company.

I say *stunned* because Warren Buffett seemed to violate one of his own rules of investing: Invest in companies you understand.

He admitted that he doesn't know a thing about electric cars.

So why did he invest?

Because maybe, just maybe, he knows that electric cars are a guaranteed winner.

I'm not recommending GM, Nissan, or any other automobile stock that's developing electric cars. . .

Instead, I'm going to recommend the commodity that is vital to the battery technology that'll be used in electric cars: **lithium**.

My play is a tiny mining outfit called Western Lithium (WLC.V: WLCDF). The stock currently trades for about $1.08 a share.



If you're skeptical or concerned that fuel efficiency alone is not enough to entice Americans to buy electric cars, consider the Silicon Valley company Tesla Motors (pictured above). While their roadster is the first production automobile to use lithium-ion battery cells and travel more than 200 miles per charge, it is also capable of going from 0-60mph in under four seconds.

Not only will the Roadster leave most sports cars in the dust, the car recently set a distance record in April 2009 when it completed the 241-mile Rallye Monte Carlo d'Energies Alternatives with 36 miles left on the charge.

Even though the Roadster is probably too pricey for the average consumer at just over $100,000, Tesla has taken more than 1,000 reservations for the car and expects to begin production of an all-electric and more affordable sedan starting in late 2011.

But just remember, the Tesla - as well as every other electric car - needs lithium. And demand for lithium is skyrocketing.

Lithium prices have nearly tripled over the past decade with 22% compound annual growth since 2000 for use in laptops, cell phones, and other electronics.

Demand is expected to continue rising, the recent lithium mania has been ignited by the fact that electric cars require about 3,000 times the lithium needed for an average cell phone, or 100 times the lithium used in a computer battery.

This huge spike in demand should propel lithium prices much higher over the next few years.

The best way to profit from the lithium boom is Western Lithium, which owns the largest known lithium deposit in North America. Take a look. . .

*\* Meanwhile, blackouts are almost certain this summer and electricity prices are "absolutely exploding." California's electricity prices went up by 7.5% last year and they will likely rise another 40% by 2030. This, in a state with the highest poverty rate and largest Latino population in America. How is racial justice or social equity being served by such regressive policies?*

*\* I also talked about resilience, saying "Electrifying everything is the opposite of anti-fragile. Electrifying transportation will put more of our energy eggs in one basket. It will make the grid an even-bigger target for terrorists, cyberthieves, or bad actors. It will reduce resilience and reliability in case of a prolonged grid failure due to natural disaster, equipment failure, or human error."*

*I also highlighted the myriad supply-chain problems with EVs. Citing work done by the Natural History Museum in London, I said that electrifying half of the U.S. motor vehicle fleet would require in rough terms:*

*\* 9 times the world's current cobalt production*
*\* 4 times global neodymium output*
*\* 3 times global lithium production*
*\* 2 times world copper production*

*I concluded by saying:*

*Oil's dominance in transportation is largely due to its high energy density. That density and improvements in internal combustion engines and hybrids assure that oil will be fueling transport for decades to come. Powerful lobby groups want Congress to spend billions on electrification schemes that will impose regressive taxes on low-income Americans, reduce our resilience, and increase reliance on China. That's a dubious trifecta.*

*Let's amplify that last point: reliance on electric vehicles will put our future squarely in the hands of the Chinese Communist Party. Robert's testimony included this stunning chart:*

218



*Figure 2.* Share of Processing Volume for Selected Minerals, 2019

(Source: IEA)

*I suspect that for many Democrats, turning our future over to the Communist Chinese is a feature, not a bug. The extent to which the CCP has co-opted the American establishment by distributing cash freely is stunning."*

Page 220  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District



Page 221  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District





*Figure 12: Lithium Ion Batteries Increase Their Intent To Enflame As They Age*

Page 223  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District



*Figure 13: The Document Used By USAID To Puh The Invasion Of Afghanistan For Lithium*



*Figure 14: The Many Hidden Deaths Caused By Tesla's Many Defective Batteries*



*Figure 15: Water Makes Lithium Battery Fires Worse And Firemen Can't Stop Lithium Battery Fires*



*Figure 16: The Head Of The CIA Is A Spokesperson For Lithium Mining Profiteering*



Page 228  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District



228



*Figure 17: If Workers Were Properly Paid and UN Protected Nobody Would Use Batteries*



Page 230  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District



*Figure 18: See The Film And See The Truth*

230

Page 231   EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District



231



Page 233  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District



*Figure 19: The WE THE PEOPLE Poll That Obama Had The Votes For Deleted*

233

## Recap:

*Lithium ion batteries are bad because they: Cause wars, rape and genocide in the Congo, Afghanistan and Bolivia from the corrupt mining deals involved with mining lithium and cobalt; are insider trading-owned by ex-CIA boss Woolsey and DOE Boss Chu;  excrete chemicals that mutate fetuses when they burn; destroy your brain, lungs and nervous system when they burn; kill the factory workers who make them; cause Panasonic to be one of the most corrupt companies in the world; poison the Earth when disposed of; can't be extinguished by firemen; poison firemen when they burn; are based on criminally corrupt mining schemes like URANIUM ONE; Have over 61 toxic chemicals in them; come from an industry that spends billions on internet shills and trolls used to nay say all other forms of energy; are insider-trading owned by corrupt U.S. Senators who are running a SAFETY COVER-UP about their dangers.*

*Apple products with lithium ion batteries have been exploding and setting people on fire; over time the chemical dendrites inside each battery grow worse and increase the chances of explosion as they age - LITHIUM ION BATTERIES BECOME MORE AND MORE LIKELY TO EXPLODE AS TIME GOES ON AND AS THEY AGE; "Bad Guys" have figured out how to make them explode remotely; have their dangers hidden by CNN and MSM because pretty much only the DNC people profit from them; are the heart of Elon Musk's stock market scam.*

*The Obama Administration promised Silicon Valley oligarchs the market monopoly on lithium ion batteries and the sabotage of fuel cells in exchange for campaign financing and search engine rigging; United States Senators that are supposed to protect us from these deadly products own the stock market assets of them so they protect them and stop the FDA, OSHA, DOT & NHTSA from outlawing them. WRITE YOUR ELECTED*

234

*REPRESENTATIVE AND DEMAND THAT LITHIUM ION BATTERIES BE MADE ILLEGAL TO SELL! NiCAD and Hundreds of other battery chemistries DO NOT have all of these problems but Lithium Ion batteries get a monopoly because of politician insider trading ownerships. A recent fire on U.S. Highway 101 near Mountain View, CA, burned the driver alive and killed him. In Florida two kids died in a Tesla, burned alive, screaming in agony. A man died in agony in a Tesla crash in Malibu that set Malibu Canyon on fire. A young woman, at the start of life, and her boyfriend were burned alive in their crashed Tesla. There are many more deaths and crashes than you have heard about. The deaths and the cover-ups are endless. Senators Dianne Feinstein, Harry Reid, Nancy Pelosi, Kamala Harris and their associates own the stock in Tesla Motors and/or it's suppliers and mining companies and they cover-up and halt investigations and laws designed to save the public.*

*They, and their crony's, spend over $1B a year to shill and troll hype about lithium ion batteries and cover-up the dangers. Lithium ion EVs are more prone to battery fires. Experts say that their lithium-ion batteries can fuel hotter fires that release toxic fumes and are more difficult to put out. Lithium ion fires keep reigniting which explains why it takes so long and requires copious amounts of water or foam (it is an electric fire, after all) to smother the flames. Tesla employee Bernard Tse and his team warned Elon Musk about these dangers in 2008 and they got fired and/or warned to "say nothing" by Musk. Three top Tesla engineers died in a plane crash next to Tesla offices in San Carlos after two of them agreed to become whistle-blowers.Elon Musk exists because he bribed DNC politicians and Senators Feinstein, Reid, Boxer, Harris, Clinton and Pelosi to give him free taxpayer cash and government resources from the Dept. of Energy and the Calif treasury. DOE has been covering-up organized crime activities at DOE in which DOE funds are being used as a slush-fund to pay off DNC campaign financiers and to pay for CIA/GPS Fusion-Class attacks on Silicon Valley business competitors of those DNC campaign financiers who DOE staff share stock market holdings with. Elon Musk is a criminal, a mobster, an asshole, a bald fake-hair wearing, plastic surgery-addicted, douchebag, woman-abusing, sex addicted, tax evader. Musk exploits poor people and child slaves in the Congo and Afghanistan to mine his lithium and Cobalt.*

*Musk spends billions per year to hire Russian trolls, fake blogger fan-boys and buy fake news self-aggrandizement articles about himself. Musk thinks he is the 'Jesus' of Silicon Valley. Fake News manipulator Google is run by Larry Page and Larry is Musk's investor and bromance butt buddy. Musk uses massive numbers of shell companies and trust funds to self-deal, evade the law and hide his bribes and stock market insider trading. A huge number of Tesla drivers have been killed; pedestrians and oncoming drivers have also been killed, and Musk covers it up. The DNC and the MSM refuse to allow any articles about Musk's crimes to be printed because they benefit from Musk's crimes. Musk has been professionally diagnosed as a 'psychotic narcissist.'A 'Silicon Valley Mafia; cartel of frat boy sociopath venture capitalists like Steve Jurvetson, Tim Draper, Eric Schmidt, et al; threaten those who do not support the cult of Tesla or their political candidates. In EVERY blog that you read that mentions 'Musk', at least 1/3 of the comments have been placed their by Musk's paid shills.*

*Musk holds the record for getting sued for fraud by his investors, wives, former partners, employees, suppliers and co-founders. Elon Musk has gone out of his way to hire hundreds of ex-CIA staff and assign them to "dirty tricks teams" to attack his competitors and elected officials who Musk hates. Musk never founded his companies. Musk's "Starlink" satellites are domestic spy and political manipulation tools - never get your internet from one. Musk stole Tesla in a hostile ownership take-over from Marty the true inventor of the Tesla. The same kind of EMF radiation proven to cause cancer from cell phones exists in massive amounts in a Tesla. Musk can't fix a car or build a rocket and has almost no mechanical skills.*

*If you pull a report of every VIN# of every Tesla ever built and cross reference that with insurance, repair and lawsuit records you will find that the "per volume" fire, crash, death and defect rate is THE WORST of any car maker in history! Musk is a lying con artist and partners with Goldman Sachs to rig the stock market. Sachs has a dedicated team of 18 men who rig stocks and valuation bumps for Musk. Over 1000 witnesses can prove every one of those claims in any live televised Congressional hearing! Senators Dianne Feinstein, Harry Reid, Nancy Pelosi, Kamala Harris and their associates own the stock in Tesla Motors and/or it's suppliers and mining companies.*

236

*That is why they criminally help cover-up investigations of Tesla! All of this was reported, in writing, to James Comey, Patricia Rich and David Johnson at the FBI. The DNC bosses own the stock in lithium, Solar and EV markets and use kickbacks from those markets (Especially via convoluted campaign finance laundering via Elon Musk) to finance the DNC. The DNC bosses use character assassination as their main political tool against any member of the public who speaks out against their felony stock market scams and PizzaGate-like scandals. The Harvey Weinstein reports by Ronan Farrow show that they have teams of hired goons that they pay to destroy people's lives. They use Black Cube, Mossad, In-Q-Tel, Stratfor, Gawker Media, Gizmodo Media, Media Matters, David Brock, Sid Blumenthal, NY Times, Google servers, Facebook servers, Podesta Group, Perkins Coie, Covington & Burling and a host of "assassins". It should be a felony to hire character assassins in the USA. DEMAND A LAW and DEMAND the termination of these attack services.*

*IE: Gawker and Gizmodo Media sets-up the attack stories and, in paid partnership with Google, Google kicks their attack links around the globe, in front of 8 Billion people, forever. Google locks the attack articles of its enemies on the front top search results of Google search results forever, on purpose! That is why Google is being terminated in the largest, most well resourced anti-corruption public service take-down in history! Tesla and Musk are protected by shareholders Harris, Pelosi, Feinstein, Brown and Newsom. Panasonic (indicted for bribery and Musk's partner) spends billions of dollars annually cover-up lithium battery fires and battery defects. We can prove all of these assertions in any Congressional hearing or federal jury trial.*

237

# General Case Data

Every major federal investigator and intelligence officer has confirmed these facts. Many of them PROVIDED this evidence. Congressional hearings have also proven these facts. Thousands of experts can prove these facts in any equitable jury trial. Everyone has heard of Mossack Fonseca
( https://www.esquire.com/news-politics/politics/a29536656/panama-papers-mossack-fonseca-investigations-russia-trump-organization/ ) and the Panama Papers
( https://www.icij.org/investigations/panama-papers/new-panama-papers-leak-reveals-mossack-fonsecas-chaotic-scramble/ ) but there are 187+ other crooked CPA firms that Diane Feinstein, Elon Musk, Nancy Pelosi, Larry Page, John Doerr, Steve Westly, Reid Hoffman, et al, use with even dirtier secrets
( https://www.sec.gov/files/Algo_Trading_Report_2020.pdf ) about stock market rigging and money laundering. Jeffrey Epstein's
( https://www.businessinsider.com/jeffrey-epstein-politicians-connections-donations-2019-7?op=1 ) Political Mafia corruptions and perversions are the heart-and-soul of the Cartel that these people operate. The investigators at every federal agency now have this proof IN HAND and the public should demand prosecutions of the criminals or the resignations of any officials running the cover-ups. Plaintiifs stated that, Since Before 2005, "Plaintiffs Witnessed Social Media Companies Engage in Illegal Campaign Contributions With Their 'Algorithm' Censorship And Blacklisting"
( http://testimony111.com/index.php?post/Since-Before-2005%2C-We-Witnessed-Social-Media-Companies-Engage-in-Illegal-Campaign-Contributions-With-Their-Algorithm-Censorship-And-Blacklisting ).
Thus the cover-ups are still going on.

238

# San Fran's Wizard Of Oz: Elon Musk

When you peek behind the curtain in the magical fantasy technology world of Elon Musk you find that the entire emerald utopia is built out of bribes, payola and crony tech Illuminati stock market manipulations. Elon Musk's 'wizardry' is 20% other people's stolen technologies and 80% bullshit! He has purchased his internet PR facade with billions of dollars of the taxpayer's cash and keeps his self aggrandizing front going with extensive contracted off-shore troll farms and stock market "flash boy" algorithm computer hype engines.

Any tech person could do every single thing that Elon Musk has done with ONE THIRD LESS cash than Elon Musk has plowed through. So where does the rest of the money go?

It goes to political candidates in quid pro quo money laundering Dark Money conduits!

Taxpayer money taken by <u>Tesla Motors</u>, which politicians own interest in and <u>also</u> get secret PAC money from:

**$3B**-CA Factory Subsidy
**$1.3B**-NV tax incentive
**$45M**-Discounted DOE Loan
**$90M**-CA Alternative energy advanced trans. financing authority
**$517.2M**-Sale of CA and other regulatory credits
**$284M**-Federal income Tax credits for consumers of Model S Sedan
**$38M**-CA rebate for CA buyers of Model S Sedan
**$126M**-CA Self Generation incentive program
**$647,626**-CA job training reimbursement
Total Subsidy=**$5,355,847,626 BILLION AND COUNTING**

**Taxpayer money taken by Elon Musk via <u>SolarCity</u>, which politicians own interest in and <u>also</u> get secret PAC money from:**

**$750M**-NY State cost to build solar panel factory
**$150M**- to start NY Factory Operation
**$1.5B**-Est. value of 30% subsidy for solar installation since 2006, including at least **$497M-** in Treasury grants
**$5.6M**-OR tax credits & rebates
**$260M**- NY local property tax exemptions
Total Subsidy=**$3,163,100,000 BILLION AND COUNTING**

Page 240  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

Taxpayer money taken by Elon Musk via SpaceX, which politicians own interest in and also get secret PAC money from:

**$20M-** TX state & local incentives & rebates for space launch facility near Brownsville
**$5.5B**– Government Contracts
**$1.6B-** NASA space taxi contract
Total Subsidy= **$7,120,000,000 BILLION AND COUNTING**


**Know that everything you have seen in the main stream news media about Elon Musk was bought and placed there by Elon Musk. Elon Musk is a figment of his own propaganda, Chinese click farms, his hired troll "fan boys" and his sociopathy.**


A Question for Tesla's Board: What Was Elon Musk's Mental State?

By James B. Stewart

Mr. Musk's tweet last week — expressing his intent to take Tesla private and declaring that he had "funding secured" for the multibillion-dollar transaction — was so impulsive, potentially inaccurate, poorly worded and thought out, and with such potentially dire consequences for himself, Tesla and its shareholders, that the board now must ask a sensitive but vital question: What was Mr. Musk's state of mind when he wrote it?

"What does this say about the judgment of the person who set all this in motion?" said Charles M. Elson, director of the Weinberg Center for Corporate Governance at the University of Delaware. "That's what the board has to find out."

Read the full article here


Elon Musk needs to recognize his limitations and bring in a strong No. 2 to help run Tesla: Analysts

Tesla co-founder and CEO Elon Musk must recognize he can't do it all and agree to bring in a strong No. 2 to run day-to-day operations at the electric automaker, leading analysts told CNBC on Tuesday.

"We think he's going through a founder's dilemma. He's clearly stretched too thin," Consumer Edge Research analyst James Albertine said on "Squawk Box." "I think this is Elon going through personal issues, having his own struggles with the bears, very publicly."

240

Page 241  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

Musk had been acting acting erratically for months even before his take-private tweet two weeks ago, which raised concerns among investors and regulators in Washington.

In May, Musk rudely cut off analysts on Tesla's first-quarter earnings call, something he apologized for on the second-quarter call earlier this month. He was also launching tweetstorm after tweetstorm all summer long as he was dealing with major production problems for the automaker's new, less expensive sedan, the Model 3.

The board needs to bring in a chief operating officer or co-CEO to take some of the pressures off of Musk and allow him to concentrate on being a "brilliant leader as a visionary," contended Albertine, who on Tuesday downgraded Tesla stock to equal weight and reduced his 12-month price target to $311 per share from $385.

Shares of Tesla broke a four-session, 14 percent losing streak on Monday, and the stock was logging a strong advance in early Tuesday trading.

 Read more here.


After Elon Musk's 'Pedo' Tweet, Tesla Shares Fall 4% as Some Investors Worry About His Erratic Behavior

By KEVIN KELLEHER

Tesla's stock lost 4% of its value Monday following a rough weekend for its CEO Elon Musk.

Musk, who has taken to Twitter in recent weeks to combat his critics, drew criticism this weekend after calling a diver involved in the rescue of a Thai soccer team a "pedo." The diver, Vern Unsworth, had criticized Musk's effort to create a small submarine to rescue the soccer team members.

Thai rescuers succeeded in bringing the soccer team to safety without enlisting Musk's help. Unsworth dismissed it as a PR stunt, telling Musk he could "stick his submarine where it hurts." Musk then lashed back in a now deleted tweet that seemed to hint, by virtue of the British diver's residence in Thailand, that he was a pedophile.

Unsworth has said he is considering legal action against Musk, while Tesla investors wasted no time in expressing their concerns about the CEO's erratic behavior. Tesla slid 2.8% during official market hours Monday, before declining more than 1% in after-hours trading.

 Read the full post here

The many failures of Elon Musk, captured in one giant infographic

241

Page 242  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

https://web.archive.org/web/20200104074824/https://stopelonfromfailingagain.com/2017/12/12/the-many-failures-of-elon-musk-captured-in-one-giant-infographic/

Among the more recent 'failures': parts of the Tesla Model 3 were being made by hand, contributing to a shortage of vehicles ready for delivery
Going through a rough patch at work? Well, at least you probably didn't get ousted as CEO of your own company, watch two of your companies hover on the brink of bankruptcy or get fired while on your honeymoon.

All of those things have happened at various points to Elon Musk, founder of SpaceX, co-founder of Tesla TSLA, -0.33% , founder of Neuralink, co-founder of SolarCity and co-founder of X.com which eventually became PayPal , and who now has a net worth of about $15 billion.

Musk's impressive resume is littered with accomplishments, but it's worth remembering it's not all sunbeams and soaring stock prices.

Read the full post here

Sorry, But Tesla's Cool Electric Cars Can't Compete As Long As Fracking Exists

https://web.archive.org/web/20200104074824/https://stopelonfromfailingagain.com/2017/09/20/sorry-but-teslas-cool-electric-cars-cant-compete-as-long-as-fracking-exists/

If you were among the brave few who bought a Tesla Roadster in 2008, you purchased your government-subsidized $100,000-plus electric car when a barrel of oil cost as much as $162 in today's dollars. "Peak oil" was an article of faith — as crude supplies ran out, ever-higher oil prices would destroy demand for the internal combustion engine and other fossil-fuel monstrosities. But now, if you're one of the 500,000 wannabe Tesla owners who, according to CEO Elon Musk, has put down a $1,000 deposit on a $35,000 Model 3, the company's new mass-market electric sedan, you're probably just as familiar with a fashionable new green conceit. Now the article of faith is "peak demand" for oil, the idea that electric cars will soon make oil obsolete.

You can read the full article here.

https://web.archive.org/web/20200104074824/http://www.investors.com/politics/commentary/sorry-but-teslas-cool-electric-cars-cant-compete-as-long-as-fracking-exists/

242

Page 243  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District



You must watch this Elon Musk video of rocket fails

https://web.archive.org/web/20200104074824/https://stopelonfromfailingagain.com/2017/09/19/you-must-watch-this-elon-musk-video-of-rocket-fails/

Any time Elon Musk makes a mistake, it does not come cheap.

That could not be more true when it comes to SpaceX, the aeronautics company he runs. On Thursday, Musk shared a video highlighting what happens when you fail to land an orbital rocket booster.

And it is spectacular.

"Long road to reusability of Falcon 9 primary boost stage…When upper stage & fairing also reusable, costs will drop by a factor >100," wrote Musk.

The video consists of a lowlight reel of SpaceX, featuring a lot of rockets blowing up with captions like "Rocket is fine? It's just a scratch."

Read the full article here

Tesla is making a risky move by issuing $1.5 billion in debt

Matthew DeBord

243

**• Tesla said it would issue $1.5 billion in unsecured notes.**

**• Issuing new debt deviates from previous equity-based capital raises.**

**• The carmaker has added substantial debt to its balance sheet since its SolarCity merger last year.**

Continue reading "Tesla is making a risky move by issuing $1.5 billion in debt" →

About 63,000 people have canceled preorders for the electric car over the course of the past year, as revealed earlier this week by Tesla CEO Elon Musk ( https://web.archive.org/web/20200104074824/https://www.inc.com/justin-bariso/elon-musk-takes-customer-complaint-on-twitter-from-idea-to-execution-in-6-days.html  (on the company's quarterly earnings call. (The number of orders dropped from about 518,000 to 455,000, Musk said.)



**SAN FRANCISCO'S ELON MUSK IS A TECHNO-CRIMINAL AND MASTER STOCK MARKET MANIPULATOR**

- Elon Musk's command and control of the crimes and corruption is easy to prove in court

"Musk buys media hype about himself on ALL of the main stream news sites, has his own troll-farms that type self-promotion glam posts about him on every blog on the web, floods all of the search engines with PR photos of himself and is clinically diagnosed as a 'sociopath'. .."

"...*Elon Musk (Along with his Silicon Valley Cartel bromance frat boy buddies Eric Schmidt and Larry Page, et al) is a mobster-class criminal sociopath who hired business assassins to attack us and operated anti-trust and RICO law violating competitor "kill programs". He used his windfall of taxpayer funded cash and Goldman Sachs assisted stock market manipulations and intelligence agency staff and tools from In-Q-Tel and Google to engage in these crimes. Plaintiffs have demanded that the FBI arrest him and that the SEC, FTC and NHTSA prosecute him. Plaintiffs will make certain that his legacy, for the rest of time, reveals the true facts about his crimes and political manipulations...*"

Per his own staff, ex-wives, partners, ex-founders, suppliers, FBI, SEC, Congress and private investigators. These are all statements from court reports, investigations, FBI submissions and Congressional reports. Each numbered statement is associated with a numbered witness report containing the evidence for the statement.  Please pass this report around and post it on Tesla windshields. Plaintiffs demand a hearing, with Musk on-site, on a live Senate televised and webcast investigation hearing in Congress to go over each of these points.

Nobody On Earth Can Launder And Hide Illicit Cash, Or Bribe Politicians, Like Elon Musk

He's worth an estimated $39 billion, but has repeatedly said he's poor. He is a scumbag liar and a crook!

245

Page 246  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

In one of a series of wild tweets posted last week, Elon Musk stated (
https://twitter.com/elonmusk/status/1256239554148724737  ) he would be "selling almost all
physical possessions" and that he would "own no house." He appears to be actually following
through with that promise, as chronicled in a great story in *The Wall Street Journal*  (
https://www.wsj.com/articles/elon-musk-techs-cash-poor-billionaire-11588967043?mod=e2twd
) about Musk's personal finances that you should go read.

According to the *WSJ*, despite being worth an estimated $39 billion on paper:

...he has to borrow, sometimes a lot, to pay for his lifestyle and business investments without
liquidating shares that help him maintain control of the companies he runs. About half his Tesla
stock is pledged as collateral for personal loans, an April 28 financial filing shows. Maintaining
his equity stake—about 20%, or around $29 billion at its current valuation—is important for him
to keep control over the Silicon Valley auto maker.

Musk also doesn't take a salary at Tesla, but he apparently became eligible for stock options
worth more than $1 billion this week. To get that money, he will need an eye-watering *$592
million* to exercise the option, according to the *WSJ*. It's not clear if Musk has the money on
hand to exercise that option or if the money raised from the house sales will be used to help pay
for the sum. "Mr. Musk said he wasn't selling his possessions because he needs the money," the
*WSJ* reported.

The article also lists a few times Musk has said he's cash poor. Here's one example:

Before Tesla went public, Mr. Musk told a judge during a contentious divorce with his first wife
that he had run out of cash and had taken on emergency loans from friends to support his family
and pay living expenses.

Here's another:

Last year, Mr. Musk's ability to access cash came up again during a defamation lawsuit over
comments he made about a man involved in the rescue of a Thai soccer team from a flooded
cave in 2018. A lawyer in the case said in a filing that Mr. Musk had described himself as
"financially illiquid."

The whole article has a lot of history about Musk, interesting information about his finances
backed up by regulatory filings, and numerous quotes from Musk himself, and I sincerely
recommend taking 10 minutes to read it in full. (  https://www.wsj.com/articles/elon-musk-techs-
cash-poor-billionaire-11588967043?mod=e2twd   )

246

Page 247  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

Musk has Goldman Sachs, Welles Fargo and Wilson Sonsini Mobster-Class executive bankers hide his money in  a rabbit warren of HUNDREDS of trusts, shell corporations and fake charities from South Dakota, to Switzerland to the Cayman Islands to Russia.

A federal investigation to show the tentacular diagram of scams has been demanded!

These are the illicit things that sociopath narcissist Musk has engaged in with the taxpayer cash he mooched from government treasuries from a wide group of reports and articles on-line:

1. Private investigators have produced reports on the Elon Musk and Tesla Motors fraud, stock rigging, bribery and safety investigations that Musk's Silicon Valley Sandhill Road venture capitalists cover-up.

2. Musk hides his money in illicit and false-front real-estate scams to avoid taxes and to launder money.

3. "His corrupt cobalt mines promote genocide in the Congo as seen in NETFLIX Black Earth Rising".

4. "His corrupt cobalt mines promote mass rape in the Congo as seen in NETFLIX Black Earth Rising".

5. "His corrupt cobalt mines promote child slave labor in the Congo as seen in NETFLIX Black Earth
Rising".

6. "He tries to bury his ill-gotten money from the taxpayers in gobs of real estate acquisitions and houses including his notorious purchase of the Vaughn DeGuigne Court mansion at 891 Crystal Springs Road, in Burlingame, California which is staged for his kinky sex parties and Illuminati-like cartel get-togethers..."

7. "His is not faithful to his girlfriends. Some of them are Ghislane Maxwell-type enablers, too, just to hang around his money and promote his sex schemes like Maxwell did for Epstein"

8. "The workers that build his batteries die or sicken from toxic poisoning and Musk tries to hide his dirty factories overseas"

9. "Tesla bribes U.S. Senators with cash and stock in order to get free taxpayer funds"

10. "He is addicted to drugs and booze"

11. "He has 'sociopath-class' mental issues and he is a narcissist..."

Page 248  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

12."Tesla has had more recalls for safety defects, per volume, than any other car maker. Musk refuses to allow the use of the word RECALL but the facts are the facts."

13."It is so easy to hack any Tesla and crash it, break into it or give it bad braking orders that it is criminally negligent to allow Tesla's on the street. Even the Chinese have hacked Tesla's from the other side of the world! Tesla's have been hacked and remotely crashed, the drivers killed and Tesla covers this up..."

14."His partner: Steve Jurvetson, has been charged with sex and corruption issues"

15."He arranged government kick-backs with the White House"

16.His entire current existence is based on stock market scams created with taxpayer dollars and Goldman Sachs securities manipulations

17."He is the world's biggest government mooch and has taken more taxpayer cash than anyone in U.S. History as a billionaire who does not need a hand-out"

18."He is a member of the Palo Alto Tech Mafia operated by Stanford University gay frat house guys"

19."Google (who is a major Tesla investor) hides all negative Musk/Tesla news in digital media globally and hypes TSLA stock in order to profiteer with Tesla stock. This is a violation of federal SEC laws"

20."More drivers have been caught driving drunk, in Tesla's, than any other car Per Capita produced"

21."Google boss Larry Page is Musk's 'bromance' boyfriend buddy and he uses Google to cover-up Musk's scandals"

22."His so-called 'foundation' is just a payola and tax evasion scam for his family. It is a charity scam"

23."His batteries are the most dangerous use of lithium ion storage ever conceived"

24."His partner: Panasonic, has been charged with multiple corruption, dumping, price rigging and manipulation crimes around the globe"

25."Almost all of the internet 'Tesla Fanboys' are Russian troll farms and hired bloggers that Musk pays vast amounts of money to in order to hype up a fake image for him. Musk has over 1000 click-farm and Russian troll bloggers under his employ via various false-front cover organization contractors.

248

Page 249  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

26. "The drug and murder-for-hire website: _Silk Road_, was built at drug-enthusiast Musk's company SpaceX by Musk's programmer and Musk hires many people from a group called: In-Q-Tel, who were caught with tons of cocaine on their airplanes in a DEA raid"

27. "His SpaceX is nothing more than a domestic spy satellite company"

28. In-Q-Tel supplies a number of Musk's staff, yet In-Q-Tel has been accused of numerous criminal ventures and abuses of the public.

29. You never hear about these crimes because Musk's buddies in Silicon Valley control 90% of the global media these days and they censor any bad news about Musk in order to protect their Cartel.

30. "Musk's brain chip company tortures monkey's and other small animals in bad science experiments"

31. "His father screwed his daughter and got her pregnant. His father seems to be a pedophile and incest participant"

32. "Dianne Feinstein and her family covertly own many Musk interests and arranged for him to get his funds from the taxpayers. She helped sabotage his competitors in her district"

33. "You can't put out the fires when his batteries explode say fireman because Lithium fires are military class thermo-dynamics"

34. "The fumes from his lithium ion thermal battery vapors give you cancer, lung and brain damage"

35. Psychologists say that Musk is a self promoting, narcissistic, multi-billion dollar, self-aggrandizing PR hype addict.

36. Many of us know these facts from personal interaction with Musk, his companies and his politicians.

37. Everything in these reports can be proven in a jury trial, Congressional hearings or live TV debates but Musk would rather die than face uncontrolled public scrutiny.

38. Musk will do anything to keep this information from getting out, including hiring attack services like his Fusion GPS, Black Cube, Gawker and Gizmodo Kill services.

39. While Musk's dirty deeds sound like a bad Hollywood movie script. It all really happened and there is now massive hard copy evidence to prove it.

249

Page 250  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

40. Elon Musk exists because he bribed DNC politicians including Obama, Clinton and Senators Feinstein, Reid, Boxer, Harris, Spier and Pelosi to give him free taxpayer cash and government resources from the Department of Energy and the California political tax pool.

41. When you follow-the-money and the insider trading, stock ownership and crony payola kick-backs. The payola between Musk, his scummy cronies and the politicians is proven.

42. The Musk empire pays bribes in billions of dollars of Google (Where Musk's boy buddy Larry Page works), Twitter, Facebook, Tesla, Netflix and Sony Pictures stock and stock warrants which is never reported to the FEC

43. The Musk empire pays bribes in billions of dollars of Google, Twitter, Facebook, Tesla, Netflix and Sony Pictures search engine rigging and shadow-banning which is never reported to the FEC

44. The Musk empire pays bribes in free rent

45. The Musk empire pays bribes in Male and female prostitutes

46. The Musk empire pays bribes in cars

47. The Musk empire pays bribes in dinners at fancy restaurants

48. The Musk empire pays bribes in socialite party financing

49. The Musk empire pays bribes in Sports Event Tickets

50. The Musk empire pays bribes in Political campaign printing and mailing services "Donations"

51. The Musk empire pays bribes in Secret PAC Financing. Musk's empire is a massive political financing conduit for the DNC politicians via a tentacular array of covert shell corporations, trusts, 501C's and stock bribes.

52. The Musk empire pays bribes in Jobs in Corporations in Silicon Valley For The Family Members of Those Who Take Bribes And Those Manage Bribes

53. The Musk empire pays bribes in "Consulting" contracts from McKinsey Consulting as fronted pay-off gigs

54. The Musk empire pays bribes in Overpriced "Speaking Engagements" which are really just pay-offs conduited for donors

55. The Musk empire pays bribes in Private jet rides and use of Government fuel depots (ie: Google handed out NASA jet fuel to staff)

56. The Musk empire pays bribes in commercial Real Estate

57. The Musk empire pays bribes in Fake mortgages

58. The Musk empire pays bribes in The use of Cayman, Boca Des Tores, Swiss and related money-laundering accounts and The use of HSBC, Wells Fargo, Goldman Sachs and Deustche Bank money laundering accounts and covert stock accounts

59. The Musk empire pays bribes in Free spam and bulk mailing services owned by Silicon Valley corporations

60. The Musk empire pays bribes in the use of high tech law firms such as Perkins Coie, Wilson Sonsini, MoFo, Covington & Burling, etc. to conduit bribes to officials

61. The U.S. Energy Dept (DOE) has been covering-up organized political crime activities in which government funds are being used as a slush-fund to pay off political campaign financiers and to pay for CIA/GPS Fusion-Class attacks on Silicon Valley business competitors via Musk political conduits.

62. Political campaign financiers and government agency staff share stock market holdings with each other under family trusts, shell corporations and layered Goldman Sachs accounts.

63. The basic Musk scam-deal goes like this: *"Obama funds Tesla, Musk conduits campaign funds to Obama, top Obama staff profit off of insider Musk stocks..."*

64. Elon Musk is a criminal, a mobster, an asshole, a balding fake-hair wearing, plastic surgery-addicted, bi-sexual douchebag, woman-abusing, sex addicted, tax evader. Plaintiffs can put this in writing because all of those identifications regarding Musk can be proven in court and are documented in existing lawsuits and news stories.

65. Musk exploits poor people and child slaves in the Congo and Afghanistan to mine his lithium and Cobalt. Look up this phrase on the top search engines: "child labor electric car batteries".

66. Musk spends billions per year to hire Russian trolls, fake blogger fan-boys and buy fake news self-glory look-at-me articles about himself.

67. Musk thinks he is the 'Jesus' of Silicon Valley and he will do anything to make the public think so.

68. Musk is insecure because his father was abusive and his "trophy wife" Mother is overbearing so he developed sociopath-like mental issues.

69. Musk has been professionally diagnosed as a 'psychotic narcissist.

70. He public stated on an investor call that he uses drugs and alcohol to get through the night. Plaintiffs have the tapes.

71. Musk relies on Google and the DNC Main Stream News (MSN) to hide bad news about him.

72. Fake News manipulator Google is run by Larry Page. Larry is Musk's investor and bromance 'Butt buddy'. They share an apartment.

73. Musk uses massive numbers of shell companies and trust funds to self-deal, evade the law and hide his bribes and stock market insider trading.

74. His brother ran Solar City and is now under federal investigation for securities fraud.

75. A huge number of Tesla drivers have been killed; pedestrians and oncoming drivers have also been killed, and Musk covers it up.

76. Extremist politicians and their controlled news outlets refuse to allow any articles about Musk's crimes to be printed because they benefit from Musk's crimes.

77. Investor oligarch's Tim Draper and Steve Jurvetson are so fanatical about not being embarrassed from a Tesla bankruptcy that they will pump the TSLA stock and threaten anybody who might disclose the Musk misdeeds.

78. Peter Thiel, a Musk 'boyfriend" also protects Musk. Musk, and his cronies, use Palantir, Google and related software to scan the entire internet every few minutes for any occurrence of the words: "Musk", "Tesla" or "Tesla Fire". They send trolls and fake bloggers (Many of them Russian) to put pro-Musk comments on the comments section of any blogs or articles discussing those topics and try to flood out the truth about Musk.

79. In EVERY blog that you read that mentions 'Musk', at least 1/3 of the comments have been placed their by Musk's paid shills.

80. There are no "Tesla Fan Boys". All of the fanatic Tesla comments on the internet are Musk's, Thiel's, Jurvetson's and Draper's fake fanboy trolls. Musk, himself, stays up late at night pretending to be a 'Tesla Fan Boy'on blogs.

81. The 'Silicon Valley Mafia; cartel of frat boy sociopath venture capitalists like Steve Jurvetson, Tim Draper, Eric Schmidt, et al; threaten those who do not support the cult of Tesla or their political candidates.

82. Musk holds the record for getting sued for fraud by his investors, wives, former partners, employees, suppliers and co-founders.

83. Elon Musk has gone out of his way to hire hundreds of ex-CIA and In-Q-Tel staff and assign them to "dirty tricks teams" to attack his competitors and elected officials who Musk hates.

84. Musk never founded his companies. He took Tesla away from the founder: Marty, in a hostile take-over!

85. Musk's "Starlink" satellites are domestic spy and political manipulation tools - never get your internet from one. SpaceX is entirely a spy satellite operation.

86. The same kind of EMF radiation proven to cause cancer from cell phones exists in massive amounts in a Tesla.

87. Musk can't fix a car or build a rocket and has almost no mechanical skills he can't build or work on any of the things he made himself famous for.

88. If you pull a report of every VIN# of every Tesla ever built and cross reference that with insurance, repair and lawsuit records you will find that the "per volume" fire, crash, death and defect rate is THE WORST of any car maker in history!

89. Musk is a lying con artist and partners with Goldman Sachs to rig the stock market. Sachs has a dedicated team of 18+ men who rig stocks and valuation bumps for Musk.

90. Over 1000 witnesses can prove every one of those claims in any live televised Congressional hearing!

91. Senators Dianne Feinstein, Harry Reid, Nancy Pelosi, Kamala Harris and their associates own the stock in Tesla Motors and/or it's suppliers and mining companies. That is why they criminally help cover-up investigations of Tesla!

92. All of this was reported, in writing, to James Comey, Patricia Rich and David Johnson at the FBI by those who supplied this information but Musk has yet to be arrested because crooked California politicians, who own his stock, protect him from arrest.

93. Why aren't all of those parties in prison if it is so easy to prove the crime? Think back to recent history: the heads of the Department of Energy, the FBI, The DOJ and the U.S.

Attorney General were kicked out of their jobs for corruption. THIS was the corruption they were doing. They all knew about this crime but they were covering it up.

94. Musk took over Tesla Motors in a hostile take-over in order to exploit lithium, cobalt and other mining corruption deals for his business partners.

95. When you take a look at the 'lithium' in Musk's horrifically miss-engineered lithium ion batteries you will uncover horrible crimes engaged in to acquire it.

96. His batteries cause wars in the Congo, Afghanistan and Bolivia from the corrupt mining deals involved with mining lithium and cobalt.

97. Lithium ion batteries are insider trading-owned by ex-CIA boss Woolsey and DOE Boss Chu.

98. Lithium ion batteries excrete chemicals that mutate fetuses when they burn and destroy your brain, lungs and nervous system when they burn

99. Musk's batteries kill the factory workers who make them

100. Musk's batteries cause Panasonic to be one of the most corrupt companies in the world

101. Musk's batteries poison the Earth when disposed of

102. Musk's batteries can't be extinguished by firemen

103. Musk's batteries poison firemen when they burn

104. Musk's batteries are based on criminally corrupt mining schemes like URANIUM ONE

105. Musk's batteries have over 61 toxic chemicals in them

106. Musk's batteries come from an industry that spends billions on internet shills and trolls used to nay say all other forms of energy

107. Musk's batteries and are insider-trading owned by corrupt U.S. Senators who are running a SAFETY COVER-UP about their dangers.

108. Apple products with lithium ion batteries have been exploding and setting people on fire.

109. Over time the chemical dendrites, or deposits, inside each Musk battery grow worse and increase the chances of explosion as they age

110. Musk's LITHIUM ION BATTERIES BECOME MORE AND MORE LIKELY TO EXPLODE AS TIME GOES ON AND AS THEY AGE. This is not a theory. This is a

scientific fact. That is why you hear about more and more lithium batteries catching fire and blowing up.

111. Additionally, scientists also speculate that the increasing presence of low energy nuclear background energy and wifi energy in the environment is making lithium ion batteries explode more often lately. This theory is upheld by the increasing number of FAA reports about commercial airline cabins suddenly "filling up with toxic smoke" as some lithium ion battery explodes in someones overhead luggage. As commercial jets go higher they lose the protection of the atmosphere and are subjected to more gamma (and other) radiation from overhead. This makes the already unstable lithium ion batteries on board blow up.

112. "Bad Guys" have figured out how to make them explode remotely in devices by making the device electronics cause the batteries to overload.

113. The dangers of lithium ion batteries are hidden by CNN and Main Stream News (MSN) because pretty much only the DNC people profit from them and the DNC folks control CNN and the MSN.

114. The Obama Administration promised Silicon Valley oligarchs the market monopoly on lithium ion batteries and the sabotage of fuel cells in exchange for campaign financing and search engine rigging

115. United States Senators that are supposed to protect us from these deadly products own the stock market assets of them so they protect them and stop the FDA, OSHA, DOT & NHTSA from outlawing them.

116. Tom Steyer is a notorious DNC financier. His partner, Margaret Sullivan ran, the federal USAID agency, USAID sent all of the DNC campaign financiers in Silicon Valley a federal 'report' from USAID that said there was "A TRILLION DOLLARS OF LITHIUM IN AFGHANISTAN" and promised to give those lithium mines, EXCLUSIVELY, to the Silicon Valley venture capitalists if they funded and web search manipulated the election for Obama to take over the White House. Plaintiffs have the documents proving this. In other words, a re-up of the Afghan War was caused by Elon Musk and it killed American soldiers so that Musk could buy more mansions and trophy wives.

117. Alkaline, NiCAD and hundreds of other battery chemistry DO NOT have all of these problems but Lithium Ion batteries get a monopoly because of politician insider trading ownership.

118. Tesla Motors has caused far more deaths and injuries than the world generally knows about.

119. A recent fire on U.S. Highway 101 near Mountain View, CA, burned the driver alive and killed him.

120. In Florida two kids died in a Tesla, burned alive, screaming in agony.

121. A man died in agony in a Tesla crash in Malibu that set Malibu Canyon on fire.

122. A young woman, at the start of life, and her boyfriend were burned alive in their crashed Tesla.

123. There are many more deaths and crashes than you have seen in the Main Stream News (MSN) The deaths and the cover-ups are endless.

124. Senators Dianne Feinstein, Harry Reid, Nancy Pelosi, Kamala Harris and their associates own the stock in Tesla Motors and/or it's suppliers and mining companies and they cover-up and halt investigations and laws designed to save the public. They, and their crony's, spend over $1B a year to shill and troll hype about lithium ion batteries and cover-up the dangers.

125. Lithium ion EVs are more prone to battery fires. Experts say that their lithium-ion batteries can fuel hotter fires that release toxic fumes and are more difficult to put out.

126. Lithium ion fires keep reigniting which explains why it takes so long and requires copious amounts of water or foam (it is an electric fire, after all) to smother the flames.

127. Tesla employee Bernard Tse and his team warned Elon Musk about these dangers in 2008 and they got fired and/or warned to "say nothing" by Musk.

128. Three top Tesla engineers died in a plane crash next to Tesla offices in San Carlos after two of them agreed to become whistle-blowers.

129. The DNC bosses, Congress people and federal executives own the stock in lithium, Solar and EV markets and use kickbacks from those markets (Especially via convoluted campaign finance laundering via Elon Musk) to finance the DNC.

130. The DNC bosses and Musk use character assassination as their main political tool against any member of the public who speaks out against their felony stock market scams and PizzaGate-like scandals. The Harvey Weinstein reports by Ronan Farrow show that they have teams of hired goons that they pay to destroy people's lives. They use Black Cube, Mossad, In-Q-Tel, Stratfor, Gawker Media, Gizmodo Media, Media Matters,

Page 257   EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

David Brock, Sid Blumenthal, NY Times, Google servers, Facebook servers, Podesta Group, Perkins Coie, Covington & Burling and a host of "media assassins".

131. Musk's "cabin boy": Jared Birchell, runs around covering up Musk crimes all day

132. Gawker and Gizmodo Media set-up the attack stories and, in paid partnership with Google, Google kicks their attack links around the globe, in front of 8 Billion people, forever. Google locks the attack articles of its enemies on the front top search results of Google search results forever, on purpose! Google and Musk are partners-in-crime.

133. Larry Page steals technology for Google and Musk meets with Larry Page to advise him on which technologies to steal and how to bypass FEC laws.

134. Musk has exceeded FEC campaign finance limits by billions of dollars via "in-kind" services.

135. Reports at https://www.propublica.org prove some of these assertions

136. Reports at https://www.transparency.org prove some of these assertions

137. Reports at https://www.icij.org prove some of these assertions

138. Reports at http://londonworldwide.com prove some of these assertions

139. Reports at https://stopelonfromfailingagain.com ( PER THE WAYBACK MACHINE, Internet Archives) prove some of these assertions

140. Reports at https://www.zerohedge.com/news/2019-02-24/tesla-slams-tree-florida-bursting-flames-and-killing-driver prove some of these assertions

141. Reports at Elon Musk is a total fraud - nypost.com ( https://nypost.com/2018/07/21/elon-musk-is-a-total-fraud/  ) prove some of these assertions

142. Reports at Elon Musk is a total fraud: Truth about Tesla billionaire exposed ( https://www.news.com.au/technology/innovation/inventions/elon-musk-is-a-total-fraud/news-story/f849a58894956424f03e7606a222b9eb  ) prove some of these assertions

143. Reports at Elon Musk Passes the Hat Again on Capitol Hill… And in China ( https://townhall.com/columnists/lawrencemeyers/2019/09/10/elon-musk-passes-the-hat-again-on-capitol-hill-and-in-china-n2552839  ) prove some of these assertions

144. Reports at About Elon Musk - A WASHINGTON DC ORGANIZED CRIME ( https://xyzcase.weebly.com/about-elon-musk.html  ) prove some of these assertions

Page 258   EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

145. Reports at Mark Spiegel: Elon Musk is 'a pathological liar' (
https://www.youtube.com/watch?v=msxq2OkCXnE  ) prove some of these assertions

146. Reports at https://nationalnewsnetwork.net/ prove some of these assertions

147. Reports at http://www.videonet111.com prove some of these assertions

148. MUSK'S SPACEX COMPANY Will have all of it's satellites destroyed in moments as
soon as China gets pissed off:  https://www.japantimes.co.jp/news/2019/02/12/asia-
pacific/chinas-space-debris-cleanup-may-cover-story-arms-u-s-satellites-pentagon/

149. WE HAVE ASKED THE FBI, DOJ, OSC, SEC, FTC, GAO, U.S. CONGRESS, AND
OTHERS, TO INVESTIGATE AND PROSECUTE MUSK AND HIS CRONY
OPERATION!

150. ELON MUSK'S PAID-FOR MEDIA SHILLS COVER UP HIS CORRUPTION AND
PUSH PUFF-STORIES ABOUT MUSK. NEVER TRUST THEM TO BE ANYTHING
BUT BIASED PROPAGANDA OUTLETS. MANY OF THEM OWN TESLA STOCK:
Electrek, Google, Facebook, CNN, Huffington Post, Dianne Feinstein's PR office, Nancy
Pelosi, Steven Chu, MSNBC, PayPal, KPIX-TV, San Jose Mercury News, Any Hearst
owned entity, The SF Chronicle, Motley Fool, Green Car Congress, The executive staff
of the DNC, The NY Times, etc.

151. Plaintiffs saw Elon Musk commit crimes and we saw the Obama White House cover-up
those crimes. Plaintiffs, and Plaintiffs associates, worked for Bright Automotive, Zap
Electric, Aptera, Eco Motors, XPV, The United States Department of Energy and the
federal Office of Management and Budget and Tesla Motors itself. Americans have an
expectation that their tax dollars will be used in a fair and legal manner and not to pay off
crony campaign financiers like Elon Musk.

152. Americans have an expectation that fair market competition will decide which
companies get to live or die and that no campaign financiers gets to order the White
House to produce the death or success decision about any American business. Elon
Musk's operation exists entirely because of criminal corruption and all of his companies
must be shut down by federal law enforcement.

153. For nearly a decade, the U.S. Department of Energy has refused to comply with
Freedom of Information Act (FOIA) requests for copies of Tesla Motors entire D.O.E.
funding application documents. Former D.O.E. employees have shredded copies of those
documents in order to keep them from being exposed to the public and the media. Why
would they do that? Because those documents reveal felony criminal fraud by Tesla

Motors, federal violations of the Section 136 law requirements and manipulations of the "hard-wiring" of the entire D.O.E. program. Those documents, which we have seen (and some Senate staff have private copies of) prove that, in a side-by-side comparison with all other applicants, the Tesla application was manipulation, rigged, false-reviewed and crony-advanced in order to pay-off certain campaign financiers and damage their competitors.

154. Demand that the U.S. Department of Energy stop breaking the law and comply with the FOIA requests to stop hiding the incriminating evidence in the Tesla files. Demand that the public be shown the original paper and not the later, "doctored" versions.

155. Plaintiffs saw Elon Musk operate an entirely illegal and unethical program based on State and Federal corruption. Plaintiffs told this, in writing and in person to the U.S. Attorney General: Eric Holder, who then quit his job after we reported these facts to him.

156. Plaintiffs reported that Elon Musk lied about vast number of dangers of the lithium ion chemistry he was using. Nothing was done.

157. Plaintiffs reported that Plaintiffs associates at the Department of Energy were having their safety reports on lithium ion danger suppressed. Nothing was done.

158. Plaintiffs reported that Elon Musk's credit rating and financial records were fraudulent and amounted to "cooking the books". Nothing was done.

159. Plaintiffs reported bribes paid by Musk's lobbyists and associated to government officials in order to grease the skids for his crony payola. Nothing was done.

160. Plaintiffs reported that Goldman Sachs and Tesla Motors were operating a stock fraud pump-and-dump scam to manipulate Elon Musk's stock holdings. Nothing was done.

161. Plaintiffs reported over a hundred illegal and corrupt actions by Elon Musk and his mob of Silicon Valley gangsters. Nothing was done.

162. If you have an ounce of morality, then you will not want to help Musk & Tesla profit from the crony political corruption that created them. Musk exists because he bribes politicians & acts as an illegal campaign financing conduit.

163. DOT/NHTSA has covered up years of reports about an acceleration surge issue that can suddenly crash your Tesla into walls and drive it off cliffs. It is either a known hacking attack or the effect of WiFi on Tesla electronics. Either can kill you.

164. Musk & Tesla are pure evil & exist because of hyper-corruption. You don't want to contribute to their evil or be part of it in any way. You are funding evil & supporting

criminal corruption by buying a Tesla or any Elon Musk owned product like Solar City, Tesla, Space X, Hyperloop, etc.!

165. Elon Musk spent more money, than any other car company in history, to do the exact same things that any other car has done, or could do, for 20 times less money. Musk's Tesla was $100,000.00 over budget, per car, at the time that Musk was handed his crony Dept. of Energy froms by Steven Chu. Musk has no clue how to operate a car company.

166. In one lawsuit it is noted that: "...Plaintiffs and Tesla both applied for funds at the same time, in the same funding cycle in the same program. Tesla had the historically epic number of horrific issues listed below, which were known to DOE at the time of application, and Plaintiffs had NONE of these issues. How can any court, or rational person, believe that Plaintiffs were not intentionally bypassed, targeted and damaged for political reasons while Tesla was simultaneously approved for political reasons, when the comparative metrics between the two applicants prove the largest merit disparity in the entire recorded history of the U.S. Department of Energy….the singular, and only, review criteria used by Department of Energy officials was: WHICH ONE BRIBED THE CAMPAIGN FINANCE GROUP FOR BARACK OBAMA?!"; Thus proving that Tesla exists because of organized-crime level political corruption.

167. Elon Musk's self-driving "autopilot" feature, which keeps crashing and failing, is his attempt to scam taxpayer cash from Dept. of Transportation and Dept. of Energy public funds. He is only trying to do it to get more free federal cash.

168. The inventor of lithium ion batteries has confessed that lithium ion batteries blow up eventually. He says that deadly dendrites plague lithium-ion battery technology. The dendrites accumulate as part of the standard charging and recharging cycle and eventually cause a short circuit that often results in a smoldering or burning battery. These dendrites are destined to eventually blow up most Tesla cars and many electronic devices using lithium ion!

169. The CIA's software designed to take over any Tesla on Earth and kill the driver, passengers and bystanders has been released in the wild and every hacker on Earth can now easily get a copy of it and kill you in your Tesla!

170. Ex-employees have leaked faked financial records, evidence of massive click-farm fake social media manipulation and evidence of unreported deaths and accidents. They say that most Tesla's have one kind of defect or another.

171. If you read about the dirty deeds and cocaine dealings with the In-Q-Tel airplanes called "Cocaine 1" & "Cocaine 2", & the corruption behind the company called In-Q-Tel &

Musk's software programmer who ran "The Silk Road" drug & murder service then you must be concerned that many In-Q-Tel people work for Musk. Why does Musk need dirty druggies & spies on his payroll unless he is running covert drug and business spying activities?

172. Ex-employees, Gawker writers and gay lawyers from Covington & Burling have leaked stories that Elon Musk, Reid Hoffman, Larry Page are "butt buddies".

173. Musk is anti-American and Anti-Worker Rights and has been caught flying in H1-B cheap offshore labor and exploiting immigrants for his deadly profits. Musk hates unions and worker rights efforts.

174. Elon Musk gets the Cobalt chemical to make his lithium ion batteries from slave trade and blood-money corruption in the Congo!

175. The lithium ion batteries that Musk uses also blow up when they naturally encounter Low Energy Nuclear (LENR) effects in the ambient environment. Millions of chemicals don't blow up from LENR'd but lithium ion does!

176. If you are a Democrat then know that Elon Musk cost you the Hillary Clinton campaign because of his payola schemes. If you are a Republican, know that Elon Musk is the epitome of the worst form of DNC crony corruption you ever saw!

177. Musk bribed California politicians to give him hundreds of millions of dollars of taxpayer dollars & resources he never earned or worked for. He only got those crony payola perks handed to him because he operated as an illicit front for corrupt campaign financing for Dianne Feinstein, Jerry Brown, Harry Reid, Barack Obama and Hillary Clinton.

178. Multiple parties have filed "Demands For The Arrest of Elon Musk" with the FBI, DOJ, AG, FTC, SEC and other law enforcement agencies. It is not likely that Musk, or his companies will survive a full investigation.

179. Tesla and Solyndra sit on the same land in Fremont, CA. Solyndra was raided by the FBI for corruption. Tesla SHOULD be raided by the FBI for corruption. Both companies had kick-back crony payola schemes with Senator Dianne Feinstein. She owned the land, lease, HR, construction company and supplier interests and stock for both companies in one of the most massive conflict-of-interest crony financing schemes in U.S. history. Elon Musk and the Feinsteins are corruption partners.

180. People who see you in a Tesla think of you as a "Tone Deaf Douchebag", "Tesla Tool!", "Arrogant Prick", "Ostentatious Obama Oaf", "Sheep", "Mindless Yuppie

Page 262  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

Scum”, “Misogynistic Silicon Valley Clone”, “Self-promoting Elitist Douche”, “Fake News Reading Main Stream Boob”, “Naive Idiot” or other bad things.

181. Elon Musk is one of the main financiers behind Barack Obama & Hillary Clinton, both of whom have been charged with corruption. Musk endlessly tweets lies & “...No I didn't do those bad things” BS but nobody else supports him.

182. Tesla financial records are “cooked” in a fraudulent manner to make the stock market valuation of Tesla a falsely manipulated factor. Musk uses “pre-orders”, by his own investors, to fake sales and wrote emails to customers asking them to put small deposits down so he could book them as fully paid sales in one of a large number of stock and loan valuation frauds. Musk and his investors practice stock market skims, pump-and-dumps and Flash Boy manipulations.

183. Lithium ion batteries are blowing up, starting fires &, generally, destroying people's homes, cars, electronics & physical health. Boeing was ordered to stop flying the 787 Dreamliner because it's Lithium ion batteries are catching fire spontaneously. A group of silicon valley venture capitalists forced/leveraged the government to buy & pay for these specific batteries, that they have stock in, in order to benefit their profit margins. Other batteries don't have these problems. They knew about the dangers from day one, but put greed ahead of safety. There are thousands & thousands of reports of spontaneous lithium ion fires but the VC's who back lithium ion pay to keep this information hushed up. Millions of these batteries have been recalled for fire risk. The VC's tried to push as many as they could before they got caught. Now they are caught. These VC's & the Senators they bribed own stock in lithium mining companies too.

184. Tesla Motors has filed a patent which states the following , THESE ARE TESLA MOTORS WORDS warning about a crisis, the level of which they never disclosed to the consumer: *“Thermal runaway is of major concern since a single incident can lead to significant property damage &, in some circumstances, bodily harm or loss of life. When a battery undergoes thermal runaway, it typically emits a large quantity of smoke, jets of flaming liquid electrolyte, & sufficient heat to lead to the combustion & destruction of materials in close proximity to the cell. If the cell undergoing thermal runaway is surrounded by one or more additional cells as is typical in a battery pack, then a single thermal runaway event can quickly lead to the thermal runaway of multiple cells which, in turn, can lead to much more extensive collateral damage. Regardless of whether a single cell or multiple cells are undergoing this phenomenon, if the initial fire is not extinguished immediately, subsequent fires may be caused that dramatically expand the degree of property damage. For example, the thermal runaway*

262

Page 263  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

*of a battery within an unattended laptop will likely result in not only the destruction of the laptop, but also at least partial destruction of its surroundings, e.g., home, office, car, laboratory, etc. If the laptop is on-board an aircraft, for example within the cargo hold or a luggage compartment, the ensuing smoke & fire may lead to an emergency landing or, under more dire conditions, a crash landing. Similarly, the thermal runaway of one or more batteries within the battery pack of a hybrid or electric vehicle may destroy not only the car, but may lead to a car wreck if the car is being driven or the destruction of its surroundings if the car is parked"*. See http://<u>whoiselonmusk.com</u> for more. ..

185. Tesla's own staff, & every fire department, have now admitted that once a lithium ion fire gets started in a Tesla, that it is impossible to extinguish burning lithium ion material. This is Telsa's own words in THEIR patent filing, (You can look it up online) saying that the risk is monumental. Tesla has 6800 lithium ion batteries, any one of which can "go thermal", start a chain reaction and blow up all of the rest of the 6800+ deadly batteries! Tesla drivers have been burned alive in thermal globs of flaming lithium ion, plastics & metal. Bystanders have heard their horrific screams of unutterable pain & terror as they were burned alive! Tesla fires can't be extinguished & the bodies are burned into "unrecognizable lumps of charred flesh", according to fireman.

186. Lithium Ion batteries "go thermal" in peoples pockets, in your notebook, especially in a Tesla & Fisker car. There are tens of thousands of articles documenting this & there is a cover-up by the VC's that fund these things to keep this fact out-of-sight. Making Lithium Ion batteries poisons the workers who make them. It is a dangerous product that is covered-up by the Obama Administration. Panasonic knows that these batteries are deadly.

187. Tesla only exists to exploit Elon Musk's briberies. The lithium ion batteries blow up when they get: wet, hot, bumped, over-charged, struck by energy fields, exposed to air or squashed. Lithium ion batteries poison the Earth & that they poison & kill the workers that make them. Lithium ion batteries come from war profiteering in Afghan & Bolivian corruption

188. Panasonic is Elon Musk's partner. Panasonic is one of the most corrupt companies in the world. Panasonic has been charged, on multiple continents with: Product dumping, bribery, collusion, price fixing, anti-trust law violations, racketeering, worker abuse, toxic poisoning of workers, & other crimes. It is no wonder that Elon Musk & Panasonic are partners. Tata Motors executive Karl Slym was killed for exposing this fact.

263

Page 264  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

189. Your tax dollars were stolen in order to make Tesla Motors, as part of a political financing kick-back scam. In other words, part of your paycheck was taken away from you in order to buy hookers, rent-boys & private jets for Musk & company.

190. Tesla's are forged in criminal corruption, so anybody who drives a Tesla must be either ignorant, a weasel or one of the corrupt. The whole world now knows all of the facts in this list so you can never plead ignorance to these crimes.

191. Telsa's have a huge amount of highly documented defects. The defects are so extensive that Tesla made buyers sign confidentiality agreements to try to hide how messed up their cars are.

192. Tesla's have killed more people than the main-stream news has reported. The full Tesla death-list is covered up.

193. Musk lied about why he wanted to make electric cars, when, in fact, he actually poisons the environment because Tesla investors wanted to exploit toxic minerals & materials which can't be recycled in a clean manner

194. No other electric car has been so mundane, & yet had so many problems with it, since the electric car was first sold in the 1800's. There is nothing "novel" or "amazing" about the Tesla aside from dime store parlor tricks for PR hype.

195. More drunks have crashed Tesla's, than any other per capita car in the world, per volume of cars made

196. Elon Musk's co-founders, investors, partners, wives, investors, suppliers & employees have sued him for being a fraud &, essentially, called him an "asshole" in court records.

197. Elon Musk lied on this Department of Energy funding application and the Obama Administration refuses to allow any federal employees or witnesses to testify to these facts in public due to the devastating potential results of these facts.

198. More owners of Tesla's have been found to cheat on their taxes, & be involved in abuse-based divorces, than almost any other car brand owner. Tesla owners are bad people who rationalize their poor life choices. Owning a Tesla is a red-flag for a tax audit!

199. Elon Musk will lie, cheat & steal in order to self-aggrandize & glorify his egotistical mania. Musk has been documented engaging in over 100 lies which were later proven to be false. He has spent tens of millions of dollars to buy fake news about himself on Twitter, Facebook & Google because he is such a mentally disturbed ego-maniac.

264

Page 265  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

200. None of Elon Musk's companies would exist if not for taxpayer funded handouts given to him by corrupt politicians in exchange for illegal campaign finance deals with him & his investors.

201. Google, & Tesla, who are financial & political partners, have both been caught spying on consumers & manipulating Internet data in order to cover-up their complicity in huge political corruption & kick-back deals

202. Musk took U.S. taxpayer dollars from the government & then hired cheap off-shore labor & fired U.S. Union workers & domestic workers. He lied to & screwed the NUMMI workers that were working at the Fremont plant.

203. Musk has put over 18 surveillance devices in the Tesla. Anybody can hack those devices & monitor you. WORSE YET, foreign agents have hacked the Tesla & taken over the controls & driven Tesla's into bystanders & over cliffs.

204. When Erick Strickland was head of the NHTSA he was confronted about DOT safety cover-ups of the Tesla to protect Obama. He quit 48 hours later. The DOT safety cover-ups to protect the Obama campaign finance payola scheme continue to this day. Obama's Gibbs, Emanual, Plouffe, Axelrod and Carney quit within a week of being threatened with exposure.

205. Elon Musk paid some of the largest bribes in the history of China, facilitated by Dianne Feinstein and her Chinese spy connections, in order to get his China factory opened.

206. Tesla's have had a large number of recalls but Elon Musk refuses to call them "recalls". Tesla's have had multiple recalls for SEVERE safety dangers. DOT has been told this, in writing, for years, but wont take action in order to protect Obama.

207. Elon Musk is a bullshit artist who has no original ideas & wears black-turtle neck shirts (like Elizabeth Homes) to try to create a "cult" around himself & convince the world that he is a "Jesus-like" figure when, in fact, he is a clinical sociopath.

208. Tesla is a severe public safety hazard that has been systematically covered up by corrupt politicians.

209. Large numbers of Ex-CIA staff and In-Q-Tel spy staff work for Musk. Why does he need spies to build cars?

210. Tesla Motors batteries were promoted by those who wished to exploit the Afghanistan War for personal profit by controlling the Afghan lithium mining fields. Kleiner Perkins and Draper Fisher hyped the "...trillions of $ of lithium in Afghanistan."

265

211. Tesla Motors batteries blow up on their own because their chemistry causes them to be naturally defective.

212. Tesla Motors batteries blow up when they get wet because their chemistry is activated by water to make them explode.

213. Tesla Motors batteries fires cannot be put out by any common fire-fighting resources.

214. Tesla Motors batteries set themselves on fire.

215. Per Federal MSDS disclosure documents, Tesla Motors batteries emit cancer-causing vapors when they burn.

216. Tesla Motors Vehicles toxicity poison bystanders, nearby vehicular passengers, airline passengers in planes carrying said batteries in their holds, & environments where such incidents occur.

217. Tesla Motors batteries blow up when bumped by the same level of car incident that would, otherwise, only dent a normal car bumper.

218. In an accident, when a Tesla rolls over, molten metal & plastic can drip on & burn the occupants alive.

219. Tesla has multiple sexual harassment and unsafe work-place lawsuits against the company.

220. Per MSDS documents, Tesla Motors batteries emit brain damaging chemicals when they burn

221. Tesla is a stock pumping scam to profiteering on stock market peak manipulation at the expense of taxpayers.

222. Per MSDS documents, Tesla Motors batteries emit chemicals, burning, or not, that can damage an unborn fetus within the mother

223. Per MSDS documents, Tesla Motors batteries emit chemicals that can cause lung damage.

224. Per MSDS documents, Tesla Motors batteries emit chemicals that can cause liver damage.

225. Per published lawsuits & news reports, the factories that make Tesla Motors batteries have been charged with the deaths, & potentially fatal illness, of over 1000 workers & the poisoning of nearby towns.

266

226. Tesla Motors batteries become even more dangerous over time, particularly when tasked by electric transportation systems like Hover-boards & Tesla's. The chemistry in a lithium ion battery changes to become more unstable over time.

227. Tesla Motors batteries were never designed to be used in automobiles. Tesla used non-automotive batteries in one of the most dangerous configurations possible.

228. Tesla Motors occupants experience higher EMF radiation exposure than gasoline vehicle occupants.

229. Elon Musk's Space X vehicles & Tesla Motors vehicles have both had a higher-than-average number of explosions. This has caused outside experts to doubt Musk's ability to place safety considerations over his need for hyped-up PR.

230. Leaked Sandia National Labs & FAA research videos dramatically demonstrate the unstoppable, horrific, "re-percussive accelerating domino-effect" explosive fire effect of the Tesla Motors batteries.

231. Tesla's own "Superchargers" & home 3-prong chargers have set Tesla's, homes & businesses on fire

232. Consumer rights groups contacted Erick Strickland, the head of the NHTSA, & charged him with a cover-up. He quit days later. The NHTSA then issued a safety investigation request to Tesla Motors, which would have more publicly exposed these dangers, but the safety investigation was never under-taken due to White House requests & lobbyist bribes, from Tesla, which got the investigation shut down.

233. NEPA regulations for the Tesla NUMMI factory in California & the Nevada Tesla "Gigafactory" have been violated relative to environmental safety standards.

234. Tesla Motors vehicles are not "Factory Built" "like Ford" builds cars, as Tesla professes. They are hand built in small volumes & subjected to numerous defects. Blogs have documented hundreds of defects, as listed by Tesla owners. Tesla has lost at least one LEMON CAR LAWSUIT for defective manufacturing.

235. Tesla's "showrooms" are often "pop-up" retail storefronts that are in tight-proximity retail centers, putting it's neighbors at risk of total loss from fire damage.

236. Tesla Motors vehicles have been hacked & taken over. Their doors, steering, listening devices & navigation have been taken over by outside parties. Multiple Tesla have suddenly swerved off the road, over cliffs & into other vehicles, killing bystanders & Tesla drivers.

237. Three Tesla top engineers & two competing senior executives, all of whom had whistle-blown on Tesla, who were in perfect health one day, suddenly died mysteriously the next day.

238. Multiple employees, founders, investors, marital partners, suppliers & others have sued Tesla Motors, &/or it's senior executives for fraud. Musk had nothing to do with creating Tesla. He ran a hostile take-over of Tesla from the founders.

239. In addition to suing him, many of his former staff & partners have described Musk as an "Arrogant Prick".

240. Main-Stream Media (MSM) have agreed not to provide news coverage of the deadly defects of the Tesla because the MSM are owned by the same politicians who own Tesla Motors. It is now legal to sue The New York Times for hiding these deadly defects, though, particularly if your family member was injured or killed because they covered-up the danger for political reasons.

241. If you think the above bullet-points are bad there are over a 1000 more. Find the book "Is Elon Musk A Fraud" online or visit https://stopelonfromfailingagain.com/ ( PER THE WAYBACK MACHINE Internet Archive) or thousands of other sites that expose the truth about Musk & Tesla!

242. BANKRUPT MUSK – NO CASH FOR CRONY CORRUPTION. Print this out & freely re-post it on blogs & social media. Post this on bulletin boards. Put this on the windshield of every Tesla you find. Print this out & hand these out in front of every Tesla dealership: Nobody can stop you from handing these out, it is your U.S. Constitutional First Amendment Right! Pass the word! Plaintiffs are prepared to back up every single fact on here at any public meeting with the FBI, Congress, FTC, GAO, SEC or before a Federal Special Prosecutor.

243. The crash of a Tesla Model X through the home of South Korean singer and actor Ji Chang Son. The crash ended with the nose of the vehicle in Ji Chang Son's living room after the Tesla malfunctioned. Hundreds of such Tesla crashes have occurred, resulting in the deaths and injuries of Tesla owners, passengers, bystanders, oncoming drivers and others.

244. Following accusations by a Korean celebrity that a Tesla car spontaneously drove through a wall, the carmaker has replied that the crash was "entirely due to the man's horrible driving" in an ongoing effort, by Tesla, to steer the blame away from Tesla faulty engineering Actor and singer Son Ji-chang (identified as Ji Chang Son in court documents) claimed he was parking his Tesla Model X SUV when the vehicle suddenly

lurched forward into his living room  (  https://www.facebook.com/photo.php?fbid=1169875899799830&set=pcb.1169910243129729&type=3&theater  ).

245. In a lawsuit filed last week in California, Son claimed that the crash was due to "sudden unintended acceleration" and sought class-action status with other Model X owners. In a nod to the car's ability to sense and avoid crashes, the lawsuit also hinted that the Model X should not be allowed take actions that the car "knows will result in the collision with a fixed object."

246. In June, another California-based Model X owner, Puzant Ozbag, similarly claimed that his Model X spontaneously accelerated through a parking lot and into a wall. A special prosecutor is needed to investigate Tesla due to the huge number of cover-ups, by Tesla and the Obama Administration, to protect camapign financier Elon Musk. Jeff Sessions needs to hire a lawyer from outside the government appointed by Sessions as attorney general or, in the United States, by Congress to investigate a government official for misconduct while in office. A reasoning for such an appointment is that the governmental branch or agency may have political connections to those it might be asked to investigate. Inherently, this creates a conflict of interest and a solution is to have someone from outside the department lead the investigation. The term "special prosecutor" may have a variety of meanings from one country to the next, from one government branch to the next within the same country, and within different agencies within each government branch. Critics of the use of special prosecutors argue that these investigators act as a "fourth branch" to the government because they are not subject to limitations in spending, nor do they have deadlines to meet.

247. Attorneys carrying out special prosecutor functions in either federal or state courts of the United States are typically appointed ad hoc with representation limited to one case or a delineated series of cases that implicate compelling governmental interests, such as: Fraud (SEC, Complex, Cybercrime, Mortgages), Public Corruption, Money Laundering & Asset Forfeiture, Civil Rights, Racketeering Across State lines, Environmental Protection, National Security, Tax & Bankruptcy, Organized Crime, or International cases where the US is a party).[1] Special prosecutors in courts of the United States may either be appointed formally by one of the three branches of government in a criminal proceeding, or when dictated by federal law or regulation, or informally in civil proceedings, and also by one of the three branches of government, or by a non-governmental entity to prosecute alleged unlawful conduct by government agents. When appointed by the judicial branch to investigate and, if justified, seek indictments in a particular judicial branch case, the attorney is called special prosecutor.[2] When appointed/hired particularly by a governmental branch or agency to investigate alleged

Page 270  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

misconduct within that branch or agency, the attorney is called independent counsel.[3] When appointed/hired by the state or political subdivision to assist in a particular judicial branch case when the public interest so requires, the attorney is called special counsel.[3] When appointed/hired by an organization, corporation, person or other non-governmental entity to investigate and, if justified, seek indictments against one or more government officials for acts committed under color of law, the attorney may be called special counsel or special prosecut. The term is sometimes used as a synonym for independent counsel, but under the former law authorizing the independent counsel, the appointment was made by a special panel of the United States Court of Appeals for the District of Columbia Circuit. The Ethics in Government Act expired in 1999, and was effectively replaced by Department of Justice regulation 28 CFR Part 600, under which Special Counsel Patrick Fitzgerald was appointed to look into the Plame affair. The Tesla Motors and Elon Musk Case requires a Special Prosecutor.

248. ELON MUSK AND TESLA FACE CRIMINAL FRAUD CHARGES BY FEDS! MUSK FINALLY EXPOSED!  ( https://www.marketwatch.com/story/sec-sends-subpoena-to-tesla-in-probe-over-musk-tweets-2018-08-15-171034414 )

249.  SEC subpoenas TESLA over Musk tweets... ( https://www.marketwatch.com/story/sec-sends-subpoena-to-tesla-in-probe-over-musk-tweets-2018-08-15-171034414 )

250. Whistleblower posts 'flawed cars' details... (  https://www.cnbc.com/2018/08/15/tesla-whistleblower-tweets-details-about-flawed-cars-scrapped-parts.html )

251. Elon Musk's Incredible Smoke And Mirrors Dance. Elon Musk's untraceable money laundering and political bribery scam has now been exposed. It is called an "Invisible Bridge". It is the way that covert funds move through a secret conduit of close associates and family members. Elon Musk is at the head of the conduit and his mother, brother and associates Tim Draper, Steve Jurvetson, and George Soros round out the other tentacles. With operational links through Wells Fargo Bank, Silicon Valley Bank and Goldman Sachs, the scheme is perfected corruption. The "bridge" uses a combination of fake tax evasion charities and business assets, passes through Senator's pockets and is never visible to the FBI, the FEC and the SEC unless they have very good agents assigned to the matter.

252. NTSB, DOJ, SEC and FEC have been blocked from action by DNC lobbyists.

253. The overt and arrogant Musk misdeeds have now become "obvious and RICO-violating..."

270

254. He is protected by Senators Reid, Harris, Pelosi and Feinstein. They are beneficiaries of the scam. Musk's self promoting, narcissistic, multi-billion dollar, self-aggrandizing PR hype. Elon Musk exists because he bribed DNC politicians including Obama, Clinton and Senators Feinstein, Reid, Boxer, Harris, Spier and Pelosi to give him free taxpayer cash and government resources from the Department of Energy and the California political tax pool. This is proven when you follow-the-money and the insider trading, stock ownership and crony payola kick-backs.

255. He is protected by the Clinton and Obama organizations along with most of the DNC. He finances these politicians via this scheme.

256. The U.S. Dept of Energy (DOE) has been covering-up organized crime activities at DOE in which DOE funds are being used as a slush-fund to pay off DNC campaign financiers and to pay for Fusion-GPS attacks on Silicon Valley business competitors.

257. DNC campaign financiers and DOE staff share stock market holdings with each other under family trusts, shell corporations and layered Goldman Sachs accounts. The deal was: Obama funds Tesla, Musk conduits campaign funds to Obama, top Obama staff profit off of insider Musk stocks.

258. Elon Musk is a criminal, a mobster, an asshole, a balding fake-hair wearing, plastic surgery-addicted, bi-sexual douchebag, woman-abusing, sex addicted, tax evader.

259. Musk exploits poor people and child slaves in the Congo and Afghanistan to mine his lithium and Cobalt. Look up this phrase on the top search engines: "child labor electric car batteries"

260. Musk spends billions per year to hire Russian trolls, fake blogger fan-boys and buy fake news self-glory look-at-me articles about himself. Musk thinks he is the 'Jesus' of Silicon Valley and he will do anything to make the public think so. Musk is insecure because his father was abusive and his "trophy wife" Mother is overbearing so he developed sociopath-like mental issues.

261. Musk has been professionally diagnosed as a 'psychotic narcissist.

262. Musk uses shell companies and trust funds to self-deal, evade the law and hide his bribes and stock market insider trading. His brother ran Solar City and is now under federal investigation for securities fraud.

263. A huge number of Tesla drivers, per capita, have been killed; pedestrians and oncoming drivers have also been killed, and Musk covers it up.

271

264. The DNC and the MSM refuse to allow any articles about Musk's crimes to be printed because they benefit from Musk's crimes.

265. VC's Tim Draper and Steve Jurvetson are so fanatical about not being embarrassed from a Tesla bankruptcy that they will pump the TSLA stock and threaten anybody who might disclose the Musk misdeeds.

266. Peter Thiel, a Musk 'boyfriend" also protects Musk. Musk, and his cronies, use Palantir, Google and related software to scan the entire internet every few minutes for any occurrence of the words: "Musk", "Tesla" or "Tesla Fire". They send trolls and fake bloggers (Many of them Russian) to put pro-Musk comments on the comments section of any blogs or articles discussing those topics and try to flood out the truth about Musk. In EVERY blog that you read that mentions 'Musk', at least 1/3 of the comments have been placed their by Musk's paid shills.

267. There are no "Tesla Fan Boys". All of the fanatic Tesla comments on the internet are Musk's, Thiel's, Jurvetson's and Draper's fake fanboy trolls. Musk, himself, stays up late at night pretending to be a 'Tesla Fan Boy'on blogs.

268. Main Stream DNC-biased News organizations who refuse to cover the story reveal themselves as shills for Musk

269. The Silicon Valley Mafia promotes Musk as a "Tech God" leader but, in reality Musk is the same kind of "Leader" as Charles Manson, Jim Jones, David Koresh, Swami Rajneesh and Al Capone.

270. His own people have sued him for fraud and lies once they realized that Musk-ism and Scientology had so much in common.

271. The 'Silicon Valley Mafia; cartel of frat boy sociopath venture capitalists like Steve Jurvetson, Tim Draper, Eric Schmidt, et al; threaten those who do not support the cult of Tesla or their political candidates.

272. Musk holds the Silicon Valley record for getting sued for fraud by his investors, wives, former partners, employees, suppliers and co-founders.

273. Elon Musk has gone out of his way to hire hundreds of ex-CIA and In-Q-Tel staff and assign them to "dirty tricks teams" to attack his competitors and elected officials who Musk hates.

274. Musk and his culture are being sued for abuse to women and blacks and the Unions hate him for lying to them.

### Page 273  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

275. https://stopelonfromfailingagain.com reveals even more Musk lies.

276. Musk never founded his companies. He took Tesla away from the founder: Marty, in a hostile take-over!

277. Musk's "Starlink" satellites are domestic spy and political manipulation tools - never get your internet from anything SpaceX has launched. SpaceX is entirely a domestic spy operation.

278. Musk's "Mars" scheme is just a PR distraction to keep the news from looking too close at SPACEX domestic spying satellites.

279. The same kind of EMF radiation proven to cause cancer from cell phones exists in massive amounts in a Tesla.

280. Musk can't fix a car or build a rocket and has almost no mechanical skills.

281. If you pull a report of every VIN# of every Tesla ever built and cross reference that with insurance, repair and lawsuit records you will find that the "per volume" fire, crash, death and defect rate is THE WORST of any car maker in history! Musk's lobbyists have bribed DOT and NHTSA to stall safety inspections.

282. NO COMPLETE UNCOMPROMISING SAFETY REPORT ON TESLA CARS HAS EVER BEEN PUBLISHED but we have a copy of a hushed up report that would put Tesla out of business.

283. Musk's 'Autopilot' system is a scam to get government cash BUT IT NEVER WORKS. The Tesla 'Autopilot' has crashed into police cars, pedestrians, swamps and driven owners over cliffs.

284. Musk is a lying con artist and partners with Goldman Sachs to rig the stock market. Sachs has a dedicated team of 18 men who rig stocks and valuation bumps for Musk.

285. The "Silk Road" Cocaine and Murder-For-Hire website was created at Musk's SpaceX

286. Musk's In-Q-Tel staff ran two transport planes filled with drugs; listed as "Cocaine 1" on FAA records.

287. Senators Dianne Feinstein, Harry Reid, Nancy Pelosi, Kamala Harris and their associates own the stock in Tesla Motors and/or it's suppliers and mining companies. That is why they criminally help cover-up investigations of Tesla!

288. All of this was reported, in writing, to James Comey, Patricia Rich and David Johnson at the FBI.

Page 274  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

289. Tesla and Solyndra sit on the same land and share staff, contracts and lobbying. California politicians own parts of both companies.

290. Musk took over Tesla Motors in a hostile take-over in order to exploit lithium, cobalt and other mining corruption deals for his business partners.

291. The 'lithium' in Musk's horrifically miss-engineered lithium ion batteries cause wars in the Congo over mining corruption.

292. Afghanistan and Bolivian mobsters benefit from the corrupt mining deals involved with mining lithium and cobalt for Elon Musk's batteries.

293. Elon Musk opened a factory in China to try to avoid American worker safety laws because all of the labor cheats and safety violations he had engaged in, in America, were catching up to him. He neglected to provide adequate worker safety to quarantine for the coronavirus, though.

294. Elon Musk's Lithium ion batteries are insider trading-owned by ex-CIA boss Woolsey and DOE Boss Chu and they engaged in extreme conflict-of-interest to help Musk.

295. Elon Musk's Lithium ion batteries excrete chemicals that mutate fetuses when they burn.

296. Elon Musk's Lithium ion batteries destroy your brain, lungs and nervous system when they burn.

297. Elon Musk's Lithium ion batteries kill the factory workers who make them.

298. Elon Musk's Lithium ion batteries cause Panasonic to be one of the most corrupt companies in the world.

299. Elon Musk's Lithium ion batteries poison the Earth when disposed of.

300. Elon Musk's Lithium ion batteries can't be extinguished by firemen because water makes them explode even more and then explode again hours later.

301. Elon Musk's Lithium ion batteries have chemical dendrites and deposition massing issues (revealed by X-Ray analysis) which makes them more and more likely to explode as they age.

302. Elon Musk's Lithium ion batteries poison firemen when they burn.

303. Elon Musk's Lithium ion batteries are based on criminally corrupt mining schemes like URANIUM ONE.

304. Elon Musk's Lithium ion batteries have over 61 toxic chemicals in them.

274

## Page 275  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

305. Elon Musk's Lithium ion batteries come from an industry that spends billions on internet shills and trolls that they hire to nay say all other forms of energy

306. Elon Musk's Lithium ion batteries are insider-trading owned by corrupt U.S. Senators who are running a SAFETY COVER-UP about their dangers.

307. Apple products with lithium ion batteries have been exploding and setting people on fire.

308. Over time the chemical dendrites, or deposits, inside each battery grow worse and increase the chances of explosion as they age - LITHIUM ION BATTERIES BECOME MORE AND MORE LIKELY TO EXPLODE AS TIME GOES ON AND AS THEY AGE. This is not a theory. This is a scientific fact. That is why you hear about more and more lithium batteries catching fire and blowing up. Additionally, scientists also speculate that the increasing presence of low energy nuclear background energy and wifi energy in the environment is making lithium ion batteries explode more often lately. This is upheld by the increasing number of FAA reports about commercial airline cabins suddenly "filling up with toxic smoke" as some lithium ion battery explodes in someones overhead luggage. As commercial jets go higher they lose the protection of the atmosphere and are subjected to more gamma (and other) radiation from overhead. This makes the already unstable lithium ion batteries on board blow up.

309. Tesla owner's had had more DUI's, abuse filings in divorce proceedings and crashes than any other car maker PER VOLUME. This makes Tesla the #1 car for douche bags and scummy people.

310. Tesla's own federal patent filing records confirm that Tesla batteries are as dangerous as this document reports.

311. Political activist George Soros owns part of Tesla Motors so that Soros can help conduit DNC cash.

312. The Obama Administration promised Silicon Valley oligarchs the market monopoly on lithium ion batteries and the sabotage of fuel cells in exchange for campaign financing and search engine rigging.

313. United States Senators that are supposed to protect us from these deadly products own the stock market assets of them so they protect them and stop the FDA, OSHA, DOT & NHTSA from outlawing them.

314. There have been thousands of defect reports filed on Tesla cars.

315. Tom Steyer is a notorious DNC financier. His partner, Margaret Sullivan ran, the federal USAID agency, USAID sent all of the DNC campaign financiers in Silicon Valley a federal 'report' from USAID that said there was "A TRILLION DOLLARS OF LITHIUM IN AFGHANISTAN" and promised to give those lithium mines, EXCLUSIVELY, to the Silicon Valley venture capitalists if they funded and web search manipulated the election for Obama to take over the White House. Plaintiffs have the documents proving this. In other words, a re-up of the Afghan War was caused by Elon Musk and it killed American soldiers so that Musk could buy more mansions and trophy wives.

316. If a Tesla battery gets wet it will explode and cause all of the other batteries to explode in a "cascade of explosions".

317. Water makes Tesla batteries explode.

318. In an accident, when a Tesla rolls over, molten metal & plastic can drip on & burn the occupants alive and seal them in molten metal.

319. Alkaline, NiCAD and hundreds of other battery chemistries DO NOT have all of these problems but Lithium Ion batteries get a monopoly because of politician insider trading owner-ships.

320. Tesla Motors has caused far more deaths and injuries than the world generally knows about.

321. A recent fire on U.S. Highway 101 near Mountain View, CA, burned the driver alive and killed him.

322. In Florida two kids died in a Tesla, burned alive, screaming in agony.

323. A man died in agony in a Tesla crash in Malibu that set Malibu Canyon on fire.

324. A young woman, at the start of life, and her boyfriend were burned alive in their crashed Tesla.

325. There are many more deaths and crashes than you have seen in the Main Stream News (MSN) The deaths and the cover-ups are endless.

326. Senators Dianne Feinstein, Harry Reid, Nancy Pelosi, Kamala Harris and their associates own the stock in Tesla Motors and/or it's suppliers and mining companies and they cover-up and halt investigations and laws designed to save the public.

327. Elon Musk's Lithium ion battery partners spend over $1B a year to shill and troll hype about lithium ion batteries and cover-up the dangers.

328. Lithium ion EVs are more prone to battery fires.

329. Experts say that their lithium-ion batteries can fuel hotter fires that release toxic fumes and are more difficult to put out. Lithium ion fires keep reigniting which explains why it takes so long and requires copious amounts of water or foam (it is an electric fire, after all) to smother the flames.

330. Tesla employee Bernard Tse and his team warned Elon Musk about these dangers in 2008 and they got fired and/or warned to "say nothing" by Musk.

331. Three top Tesla engineers died in a plane crash next to Tesla offices in San Carlos after two of them agreed to become whistle-blowers. Another whistle-blower has suggested they were killed in a "Boston Brakes" hit-job.

332. The DNC bosses, Congress people and federal executives own the stock in lithium, Solar and EV markets and use kickbacks from those markets (Especially via convoluted campaign finance laundering via Elon Musk) to finance the DNC.

333. The DNC bosses and Musk use character assassination as their main political tool against any member of the public who speaks out against their felony stock market scams and PizzaGate-like scandals. The Harvey Weinstein reports by Ronan Farrow show that they have teams of hired goons that they pay to destroy people's lives.

334. Musk uses Black Cube, Mossad, In-Q-Tel, Stratfor, Gawker Media, Gizmodo Media, Media Matters, David Brock, Sid Blumenthal, NY Times, Google servers, Facebook servers, Podesta Group, Perkins Coie, Covington & Burling and a host of "media assassins".

335. Musk buddies: Gawker and Gizmodo Media set-up the attack stories and, in paid partnership with Google, Google kicks their attack links around the globe, in front of 8 Billion people, forever. Google locks the attack articles of its enemies on the front top search results of Google search results forever, on purpose! Google and Musk are partners-in-crime.

336. Larry Page steals technology for Google and Musk meets with Larry Page to advise him on which technologies to steal and how to bypass FEC laws.

337. Musk has exceeded FEC campaign finance limits by billions of dollars via "in-kind" services.

338. Had the full scope of these facts been acted on during the Obama Administration, Barack Obama would have become the first modern sitting President to have been

arrested in the White House. Barack Obama was fully aware of these schemes, crony payola deals and corruption crimes and discussed the implementation of these crimes, daily, with Rahm Emanuel, David Plouffe, Steven Rattner, Robert Gibbs, John Podesta, David Axelrod, Eric Holder and Jay Carney in the Oval Office.

339. THIS corruption involves TRILLIONS of dollars of corrupt mining deals, automotive and energy monopolies!

340. THIS is why the federal budget analysis reports are showing TRILLIONS of dollars of 'untraceable' losses from the United States Treasury from 2006 up to today!

341. THIS is why a large number of reporters, whistle-blowers and prosecutors suddenly, and mysteriously turned up dead!

342. The company that Elon Musk built to usher in the electric-car future might not have enough cash to make it through the calendar year without stock markets scams being used to keep it alive.

343. Tesla again fell far short of its own production targets for the mass-market Model 3 sedan

344. Another person died in a crash involving its assisted-driving feature.

345. Musk entered into a public dispute with federal safety regulators.

346. Tesla's once high-flying stock, buffeted by a downgrade from credit analysts, has dropped 24 percent from its peak in September but Silicon Valley Vc's will pump it up to save face.

347. No one has raised or spent money the way Elon Musk has; Nor has any other chief executive officer of a public company made a bankruptcy joke on Twitter at a time when so much seemed to be unraveling.

348. Tesla is going through money so fast that, without additional financing, there is now a genuine risk that the 15-year-old company could run out of cash in 2018. The company burns through more than $6,500 every minute, according to data compiled by Bloomberg. Free cash flow—the amount of cash a company generates after accounting for capital expenditures—has been negative for five consecutive quarters. That will be a key figure to watch when Tesla reports earnings May 2. Read the full story here: https://www.bloomberg.com/graphics/2018-tesla-burns-cash/

349. In years to come, we will all look back and wonder how so many people were taken in by this shyster, who makes Enron look honest.

350. One of Tesla's greatest strengths is its ability to monetize the patience and goodwill of its customers and loyal fans. The company is sitting on a staggering $854 million in customer deposits as of the end of 2017.

351. Since Tesla sells its products direct to consumers, without relying on a dealer network, customer deposits are cash payments that essentially serve as interest-free loans—and these loans can stretch on for years. If Tesla were to go bankrupt, those deposit holders would likely be wiped out.

352. Tesla is holding customer deposits for two vehicles that aren't even in production yet: an electric Tesla Semi ($20,000 deposit) and a next-generation Roadster (either $50,000 down or the $250,000 retail price paid up front to reserve a limited edition). Even customers interested in installing an array of solar roof panels or the company's Powerwall home battery must hand over $1,000 to place an order.

353. Tesla doesn't break out deposit numbers by car, but the vast majority comes from $1,000 reservations for the Model 3. When Musk first introduced the lower-priced sedan in March 2016, fans stood in long lines at Tesla stores. Two years later, the slower-than-expected pace of production means that most of the more than 400,000 reservation holders are still waiting. And new people appear to be joining the queue: As of April, the company reported "net Model 3 reservations remained stable."

354. There's an additional source of free money from loyal believers: An unknown number of customers have paid up for vehicle features—$3,000 for "Full Self Driving" capability, for example—that Tesla thus far hasn't figured out or released to anyone.

355. Elon Musk cooked the books by emailing interested sales prospects and asked them to put a deposit down before each quarter ended so he could book their tiny deposits as fully transacted $60K+ "sales" before each quarter closed.

356. Elon Musk and SpaceX are being sued by multiple employees for "lying about safety standards, safety records" and deadly safety defects.

357. The Elon Musk Tesla Money Laundering Board Of Directors is as full of fraud and corruption as Musk. Birds of a feather stick together and the Jurvetson, Draper, Musk, et al; clan of corruption runs deep. The Board of Directors can't operate their scam without the whole pack of thieves and liars in place. An outsider will break theirs swamp of tax evasion, Dark Money political bribes, off-shore cash, self-dealing, book-cooking, real estate fraud, expense padding and other nefarious deeds.

358. Dianne Feinstein's family member: Herb Newman of Sausalito, California's HR firm: Newman Search (415 332-8425) has a company as of 1972 with the sole purpose of setting up investment bank deals with the People's Republic of China. Feinstein arranged for Newman to provide the staffing for Tesla and Solyndra. Dianne Fenstein has been under investigation for spy activities with China and her senior aide was arrested as a Chinese top spy. In 1973 Mr. Newman arrived in Canton at the invitation of the Chinese Council for the Promotion of International Trade. (CCPIT). He and his company MVTC were one of fifty businesses to be invited to the Canton Trade Fair held in Kwangchow China. In 1978 Mr. Newman founded China Investments and in partnership with California Trade Delegations both companies as members of the San Francisco Chamber of Commerce began taking US Corporations to China. Mr. Newman along with one of his associates at the time Mr. Darryl Schoon helped organize Senator Dianne Feinstein's first trip to China in conjunction with the San Francisco Chamber of Commerce. Herb Newman, Mart Bailey and Feinstein's Husband; Dick Blum are on intelligence agency watch-lists, and under electronic surveillance, for potentially corrupt deals with China, Tesla and Solyndra.

359. Dianne Feinstein's husband owns CBRE which owns the real estate contracts for both Tesla and Solyndra.

360. Dianne Feinstein's family owns interests in the construction companies hired by both Tesla and Solyndra.

361. Dianne Feinstein had her staff warn other California businesses away from using the NUMMI car factory in order to protect the real estate deal for both Tesla ans CBRE, which is owned by her husband.

362. Tesla began real estate deals in multiple states and then cancelled them at the last minute, which got them sued for fraud and charged with "lying" to different communities. They started, and then pulled out of these different building (San Jose, Southern California, New Mexico, Etc.) deals, because CBRE and Feinstein were trying to leverage real estate profit exploitation using taxpayer funding.

363. Panasonic and Tesla have known for decades that the Panasonic 18650 batteries used in the Tesla suffer from multiple chemistry degradation defects which will almost always make them eventually explode or "go thermal". The defects include: 1.) LENR activation, 2.) Dendrite lengthening, 3.) Particle congealing, 4.) Chemistry evolution and other defects. The Tesla projects is, essentially, a failed product product dumping effort of a failed and dangerous battery product.

364. Elon Musk has demanded that his employees sign "loyalty pledges", "vows" and engage in Omerta's in order to keep the corruption details of Tesla from being exposed to the public.

365. Tesla insider Antonio Gracias is the mob boss insider at Tesla who arranges media hit-jobs on those who displease Musk.

366. The NHTSB has issued requests to Tesla for safety tests and data that Tesla never complied with. Instead, Tesla paid bribes, which were referred to as "fees" to avoid having to complete those tests. An independent group of outside investigators issued a damning safety report to the NHTSB demanding that Tesla be compelled to produce the safety tests in 2010 but Obama appointed NHTSB executives buried the report and protected Tesla in order to keep the connection between Obama's funding and Tesla protected. NHTSB boss: Strickland, an Obama insider, was confronted with this in Washington, DC and resigned from his job 48 hours later. NHTSB has still not acted on the severe Tesla safety defects that have been reported since 2009.

367. An SEC investigation of Musk uncovered horrific evidence of Musk corruption but the SEC could not report or act on it because Obama congressional bosses and lobbyists got the SEC investigation "limited" to only examine a single Twitter "Tweet" from Musk.

368. Elon Musk is protected by top DOJ, SEC, CFTC, FEC and other Obama left-over staff as well as 45 U.S. Senators and top Federal Reserve members and Goldman Sachs, who live in terror that exposure of the entire Elon Musk financial food-chain will topple the entire DNC Dark Money payola scam. This is the reason that Tesla can get away with so much obvious and overt corruption and still continue operations. Tesla Motors book-cooking, financial frauds and political payola conduits, if fully revealed, would change the course of political influence in America.

369. Elon Musk has been sued by a man that Musk called a "Pedo", yet Musk's own father has been accused of child sex abuse, racism and, indeed, got his own daughter pregnant!

370. Elon Musk's mother has been accused of being a "self-indulgent trophy wife" who Musk was trained by to be an arrogant elitist. Her hatred of black people was imbued on Musk who has been sued by black people at his company for "running a racist culture".

371. Elon Musk divorced the same woman twice because she knew his dirty little secret and threatened to out him if he did not keep the deal going. She was hired to "act" as his wife.

372. Musical artist Iggy Azalea was at a Musk Party, with other friends, who captured Elon Musk on video on drugs and in weird sex acts. Musk had Iggy's camera stolen at the party

to hie the evidence but he did not get the other cameras and did not realize that some of those cameras placed their images and videos directly on the Cloud, where hackers acquired them.

373. With cover-up help from Eric Holder, Steven Chu, Obama, Valarie Jarret, DNC FBI agents, Perkins Coie, Covington and Burling, Wilson Sonsini, etc; sociopath Musk actually believes he is "untouchable" and that he can get away with anything. His downfall will be the same downfall of every narcissist sociopath oligarch throughout all of recorded history.

374. Elon Musk is a drug addict. A simple urine and blood test proves it. Musk's downfall and the downfall of John DeLorean are seeming to align.

375. Dianne Feinstein and Nancy Pelosi are violating the law protecting Tesla by withholding investigations and prosecutions? Why are they allowing American citizens to continue to die from the 1.) "sudden acceleration electronics defect"; 2.) "The failed Auto-pilot electronics defect"3.) "The deteriorating and deadly lithium ion batteries" and 4.) numerous other defects widely documented in the news media and filed lawsuits?

376. Elon Musk exists because he bribed DNC politicians including Obama, Clinton and Senators Feinstein, Reid, Boxer, Harris, Spier and Pelosi to give him free taxpayer cash and government resources. This is proven when you follow-the-money and the insider trading, stock ownership and crony payola kick-backs.

377. The Energy Dept (DOE) has been covering-up organized crime activities at DOE in which DOE funds are being used as a slush-fund to pay off DNC campaign financiers and to pay for CIA/GPS Fusion-Class attacks on Silicon Valley business competitors.

378. DNC campaign financiers and DOE staff share stock market holdings with each other under family trusts, shell corporations and layered Goldman Sachs accounts. The deal was: Obama funds Tesla, Musk conduits campaign funds to Obama, top Obama staff profit off of insider Musk stocks.

379. Musk exploits poor people and child slaves in the Congo and Afghanistan to mine his lithium and Cobalt. Look up this phrase on the top search engines: "child labor electric car batteries".

380. The Silicon Valley Paypal Mafia promotes Musk as a "Tech God" leader but, in reality Musk is the same kind of "Leader" as Charles Manson, Jim Jones, David Koresh, Swami Rajneesh and Al Capone. His own people have sued him for fraud and lies once they realized that Musk-ism and Scientology had so much in common.

Page 283  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

381. Musk holds the record for getting sued for fraud by his investors, wives, former partners, employees, suppliers and co-founders. Elon Musk has gone out of his way to hire hundreds of ex-CIA and In-Q-Tel staff and assign them to "dirty tricks teams" to attack his competitors and elected officials who Musk hates.

382. Musk and his culture are being sued for abuse to women and blacks and the Unions hate him for lying to them. https://stopelonfromfailingagain.com ( PER THE WAYBACK MACHINE Internet Archive) reveals even more Musk lies.

383. THIS corruption is what all of the big political scandals are about today!

384. THIS corruption involves TRILLIONS of dollars of corrupt mining deals, automotive and energy monopolies!

385. THIS is why the federal budget analysis reports are showing TRILLIONS of dollars of 'untraceable' losses from the United States Treasury from 2006 up to today!

386. THIS is why a large number of reporters, whistle-blowers and prosecutors suddenly, and mysteriously turned up dead!

387. THIS can all be proven in jury trial and in live televised Congressional hearings!

388. This is all being covered up because top State and Federal officials are in on it, own the stock in it and are so deeply involved in it that they could go to Federal prison when this all comes out.

389. The anxieties that lurk beneath the tremendous ambition of Tesla Inc. moved into the forefront in recent weeks. The company again **fell far short** ( https://www.bloomberg.com/news/articles/2018-04-03/tesla-model-3-output-misses-forecast-as-musk-promises-progress ) of its own production targets for the mass-market Model 3 sedan, another person **died in a crash** ( https://www.bloomberg.com/news/articles/2018-03-31/tesla-says-driver-s-hands-weren-t-on-wheel-at-time-of-accident ) involving its assisted-driving feature and Musk entered into **a public dispute** ( https://www.bloomberg.com/news/articles/2018-04-12/tesla-withdraws-from-ntsb-crash-probe-over-autopilot-data-flap ) with federal safety regulators. esla's once high-flying stock, buffeted by a downgrade from credit analysts, has dropped 24 percent from its peak in September.

390. There's a good reason to worry: No one has raised or spent money the way Elon Musk has. Nor has any other chief executive officer of a public company made a **bankruptcy joke** ( https://twitter.com/elonmusk/status/980566101124722688 ) on Twitter at a time when so much seemed to be unraveling.

283

Page 284  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

391. Tesla is going through money so fast that, without additional financing, there is now a genuine risk that the 15-year-old company could run out of cash in 2018. The company burns through more than $6,500 every minute, according to data compiled by Bloomberg ( https://notalotofpeopleknowthat.wordpress.com/2018/05/01/tesla-burning-cash/#methods ) . Free cash flow—the amount of cash a company generates after accounting for capital expenditures—has been negative for five consecutive quarters. That will be a key figure to watch when Tesla reports earnings May 2. Read the full story here: **https://www.bloomberg.com/graphics/2018-tesla-burns-cash/**

392. In years to come, we will all look back and wonder how so many people were taken in by this shyster, who makes Enron look honest. A

393. lot of Musk's money has been extracted from suckers, who think he is God's gift, as Bloomberg reports:One of Tesla's greatest strengths is its ability to monetize the patience and goodwill of its customers and loyal fans. The company is sitting on a staggering $854 million in customer deposits as of the end of 2017.

394. Since Tesla sells its products direct to consumers, without relying on a dealer network, customer deposits are cash payments that essentially serve as interest-free loans—and these loans can stretch on for years. If Tesla were to go bankrupt, those deposit holders would likely be wiped out.

395. Tesla is holding customer deposits for two vehicles that aren't even in production yet: an electric Tesla Semi ($20,000 deposit) and a next-generation Roadster (either $50,000 down or the $250,000 retail price paid up front to reserve a limited edition). Even customers interested in installing an array of solar roof panels or the company's Powerwall home battery must hand over $1,000 to place an order.

396. Tesla doesn't break out deposit numbers by car, but the vast majority comes from $1,000 reservations for the Model 3. When Musk first introduced the lower-priced sedan in March 2016, fans stood in long lines at Tesla stores. Two years later, the slower-than-expected pace of production ( https://www.bloomberg.com/graphics/2018-tesla-tracker/ ) means that most of the more than 400,000 reservation holders are still waiting. And new people appear to be joining the queue: As of April, the company reported "net Model 3 reservations remained stable."

397. There's an additional source of free money from loyal believers: An unknown number of customers have paid up for vehicle features—$3,000 for "Full Self Driving" capability, for example—that Tesla thus far hasn't figured out or released to anyone.

284

Page 285  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

398. The consumer psychology that sees hundreds of thousands of people essentially extending an interest-free loan to a public company is unusual, to say the least. I think the phrase "more money than sense" rather sums it up

399. Apple and Google also named in US lawsuit over Congolese child cobalt mining deaths for Elon Musk's Tesla Cars. Dell, Microsoft and Tesla also among tech firms named in case brought by families of children killed or injured while mining in DRC.'I saw the unbearable grief inflicted on families by cobalt mining. ( https://www.theguardian.com/global-development/commentisfree/2019/dec/16/i-saw-the-unbearable-grief-inflicted-on-families-by-cobalt-mining-i-pray-for-change ) I pray for chan Elon Musk's cobalt extraction in DRC has been linked to child labour.

400. A landmark legal case has been launched against the world's largest tech companies by Congolese families who say their children were killed or maimed while mining for cobalt used to power smartphones, laptops and electric cars, the Guardian can reveal.

401. Apple, Google, Dell, Microsoft and Tesla have been named as defendants in a lawsuit filed in ( http://iradvocates.org/sites/iradvocates.org/files/stamped%20-Complaint.pdf )Washington DC by human rights firm International Rights Advocates ( http://www.iradvocates.org/ ) on behalf of 14 parents and children from the Democratic Republic of the Congo (DRC). The lawsuit accuses the companies of aiding and abetting in the death and serious injury of children who they claim were working in cobalt mines in their supply chain.

402. The lawsuit argues that Apple, Google, Dell, Microsoft and Tesla all aided and abetted the mining companies that profited from the labour of children who were forced to work in dangerous conditions – conditions that ultimately led to death ( https://www.theguardian.com/global-development/commentisfree/2019/dec/16/i-saw-the-unbearable-grief-inflicted-on-families-by-cobalt-mining-i-pray-for-change ) and serious injury. The families argue in the claim that their children were working illegally at mines owned by UK mining company Glencore. The court papers allege that cobalt from the Glencore-owned mines is sold to Umicore, a Brussels-based metal and mining trader, which then sells battery-grade cobalt to Apple, Google ( https://www.theguardian.com/technology/google ) , Tesla, Microsoft and Dell.

403. Other plaintiffs in the court documents say they worked at mines owned by Zhejiang Huayou Cobalt, a major Chinese cobalt firm, which the lawsuit claims supplies Apple ( https://www.theguardian.com/technology/apple ), Dell, and Microsoft and is likely to supply the other defendants.

404. Another child, referred to as John Doe 1, says that he started working in the mines when he was nine. The lawsuit claims that earlier this year, he was working as a human mule for Kamoto Copper Company, carrying bags of cobalt rocks for $0.75 a day, when he fell into a tunnel. After he was dragged out of the tunnel by fellow workers, he says he was left alone on the ground at the mining site until his parents heard about the accident and arrived to help him. He is now paralysed from the chest down and will never walk again.

405. Other families included in the claim say that their children were killed in tunnel collapses or suffered serious injuries such as smashed limbs and broken spines while crawling through tunnels or carrying heavy loads. The families say that none were paid any compensation for the deaths and injuries.

406. One of the central allegations in the lawsuit is that Apple, Google, Dell, Microsoft and Tesla ( https://www.theguardian.com/technology/tesla ) were aware and had "specific knowledge" that the cobalt they use in their products is linked to child labour performed in hazardous conditions, and were complicit in the forced labour of the children

407. Is is charged that the Musk empire is an organized crime program that exists between Silicon Valley tech oligarchs, investment banks, U.S. Senators, government agency staff and White House staff who engage in these crimes.

408. That public officials knowingly participate in these crimes by failing to report their associates who engage in these illicit actions and by hiring suppliers who operate these illicit activities.

409. That the Musk empire suspects manipulate government funds for their personal profiteering at the expense of domestic citizen taxpayers like us.

410. That the Musk empire suspects operate a vast stock market manipulation program, as a core function of their operations, and those illicit deeds function at the expense of the public to render unjust gain to public officials.

411. That the Musk empire suspects contract a known group of lobbyists, corrupt law firms, unethical CPA's, corrupt investment banks and specialized corruption services providers to attack, defame, physically harm, character assassinate, black-list and/or kill those they dislike and they harmed many persons with those acts.

412. That the Musk empire suspects operate an Epstein-like sex-trafficking network of prostitutes and sexual extortion activities and locations for the engagement of said activities and for the bribery of cohorts via sex workers and that Musk was a personal associate of Jeffrey Epstein.

Page 287  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

413. That the Musk empire suspects engage in electronic attacks and manipulations including hacking, election manipulation, media censorship and internet search results manipulation in order to mask their schemes.

414. That the Musk empire suspects engage in Lois Lerner-like, SPYGATE-like, VA whistleblower-like reprisal and retribution attacks using government agencies like SSA, DOJ, FBI, LSC, HUD, HHS, DOE, Etc

415. It is demanded that Elon Musk be arrested on RICO Racketeering, Anti-Trust, Tax Evasion, Bribery, and related charges!

416. Elon Musk had sex with a young non-age-appropriate rock and roll girl and got her pregnant.

417. Elon Musk dated anal sex advocate Gwenyth Paltrow who later told her friends that he was full of shit.

418. Elon Musk divorced one actress, then had to remarry her because she had the goods on him.

419. Video exists of Elon Musk at various sex parties.

420. Elon Musk dated Johnny Depp's girlfriend Amber Heard who thought that Musk was even more controlling than Johnny Depp.

421. The NUMMI car factory that Musk took over was first called, by Musk, in the media "non-functional". Even the two major car makers that were using it had abandoned it. Feinstein make Musk take it because here husband's company: CBRE Realty, managed the property around it.

422. Musk never made good on his promises to NUMMI workers or the Unions representing the NUMMI factory.

423. After getting an insane amount of exclusive free cash from the taxpayers, Musk flew workers in from overseas.

424. Multiple women have charged Musk for sexual abuse and factory misogyny.

425. Musk couldn't make it in college and bailed out.

426. Far more SpaceX rockets have exploded and fully failed than the public is aware of.

427. Musk said he would already have sent his buddies around the moon but many potential passengers have bailed out after they saw the due diligence on SpaceX lack of experience.

Page 288  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

428. Musk, Draper, Page, Westly, Schmidt, Brin and other famous tech asshole billionaires have formally agreed to run a "cartel" to control news, information and industries.

429. Inside the Tesla that Elon Musk had SpaceX put in orbit is a "confession folder" that would destroy Musk if anyone went up and got it.

430. Elon Musk believes he could kill someone and not get in trouble because he has so many California Senator's, Tier one law firms and former White House staff protecting him.

431. Elon Musk is the Citizen Kane of the modern world. He thinks he is the Al Capone of Technology. He uses things that appear to be all "crunchy granola" on the surface to steal taxpayer subsidies with the help of corrupt politicians.

432. Aside from Musk's own personal dirty operations and orders, the largest facilitator of his crimes is the large group of men inside Goldman Sachs and JP Morgan dedicated to supporting his crimes and corruptions.

433. Through covert conduits, Elon Musk pays blogger James Ayre to shill is schemes online.

434. Musk's entire media plan is self-promotional aggrandizing and fake virtue-signaling to keep the news off his case.

435. The SEC made him quit but he just changed one letterhead graphic and nothing else. Musk still runs Tesla and the rest of the empire just like he always did.

436. Musk covertly funds abortion projects because he gets so many girls pregnant and refuses to use a condom.

437. Deutsche Bank is the other biggest player in the Musk Empire money laundering, political payola and corruption crimes.

438. Musk stole most of his designs from others, as proven by the U.S. Patent office and previous publications.

439. When Elon Musk's Hyper-loop crashes, it will turn all of the passengers into a bloody applesauce like nightmare.

440. Musk's 5G SpaceX Starlink Satellites could destroy the environment, will add to the cancer-causing radiation of the Earth and are to be used to spy on consumer's uses of the internet.

441. In lawsuits, Musk always pleads that he "has no money".

Page 289  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

442. X-Ray analysis by over 40 major laboratories prove that Elon Musk's lithium ion batteries have severe and constantly degrading defects inherent in their construction. Musk has known about these dangers for decades but chose to work with Panasonic to cover it up.

443. Elon Musk lost a LEMON CAR lawsuit proving that his cars are poorly designed and manufactured.

444. Elon Musk's union negotiating tactics are: "delay, deny, defer and claim to be conducting a fake study..."

445. Elon Musk's take-over of Tesla from Martin Eberhardt, the actual founder, was based on an Obama Administration scheme to exploit Lithium mines in Afghanistan and Cobalt mines in the Congo, which Obama financiers had bought the rights to. Frank Guistra and Goldman Sachs helped come up with this scheme.

446. A famous article about SpaceX quotes a top Musk staff staffer saying Musk is a "liar".

447. A top SpaceX engineer has sued Spacex for lying about rocket safety and says that Musk does not care about science, he cares about publicity.

448. Most of the "famous" people Musk hired, quit after seeing what a sham his operations are.

449. Jared Birchell, of Burlingame, is terrified that Musk will have him killed because he knows "where the bodies are buried", but he has to act demure and "stay-off-the-press-radar" for now to keep Musk from paying too much attention to him.

450. Every property that Musk owned has been bugged by government, news or competitor specialists.

451. Musk takes a number of drugs for mental issues yet he runs companies with products that can easily kill their users. Many think that he should be under closer federal supervision.

452. The U.S. Department of Energy PR Department has been ordered by Obama officials (who, shockingly, are still there even during the Trump Administration) to always hype up Musk because, WHEN Musk fully fails, it will prove that the Department of Energy funded him because ***Obama ordered them*** to and not *based* on **any** merits. Most every Applicant for DOE funds beat Musk on every merit EXCEPT CRONYISM!

453. Trump-hating Elon Musk wanted to nay say Trump by subjecting Tesla workers to COVID death by refusing to close plant

289

454. Musk uses his own workers to play deadly politics with their lives in COVID closure he refused

455. Musk totally lied about his capacity, ability and knowledge to make COVID ventilators in order to scam political funding

456. Musk sent snoring devices instead of ventilators and lied about those products in order to Virtue Signal for his own hype

457. Musk has had babies with many women in an Epstein-like master plan to seed the world with his DNA so that mini-Musk's will live on forever. Each ex-baby momma has been paid massive sums to keep quiet about his misdeeds.

458. Musk uses his many mansions to hide money and operate tax manipulation efforts.

459. The "Mainstream Media" is controlled by Democrat bosses who refuse to allow any negative news to be printed about Musk because Musk conduits funds to the DNC.

460. One of Musk's 'baby ovens' known as "Grimes' has been revealed to have been used as a "sex toy for Musk" by Grimes friends.

461. The U.S. Department of Energy has a federal policy of promoting Musk's hype because they are liable for criminal prosecution because Secretary of Energy Steven Chu and his staff helped organize Musk's embezzlement of taxpayer funded monies and insider-traded on that profiteering.

462. Failing Elon Musk tries to make Alameda County pay for his failed NUMMI factory by using COVID as an excuse!

463. The cooling fluid of Tesla cars leaks into the battery chamber and causes the batteries to explode and Musk ordered that defect covered up.

464. The touch-screen on the car has a huge number of programming defects in it that can crash the car

465. Musk has had unprotected sex with a number of women and is on a mission to get a number of women pregnant in order to "spread his DNA around".

# The Malignant Narcissism And Cartel Climate Of Elon Musk And His Billionaire Frat Boy Club

At almost every juncture, Elon Musk has made egotistical decisions that lead to more failures. His behavior is that of a person who has no care or concern for the health, safety and welfare of the American people. Nothing could epitomize that more perfectly than his grotesque suggestions that we should shoot nuclear bombs off on Mars or that nobody will care that his Starlink Satellites are designed to spy on the public. This would seem comical, and entirely unbelievable, if it had not actually happened.

In 2006 the many scientists told Elon Musk and his advisers of the high likelihood that a pandemic of lithium ion battery explosions would strike the nation and advised the incoming administration to take appropriate steps to reduce its impact. Obama officials hid the dangers because they owned stock in lithium and cobalt mines for those batteries, particularly in Afghanistan.

In November of 2007, the experts warned Obama that the country was likely to be afflicted with a devastating pandemic of lithium ion originating from Asian and Russian oligarchs.

In January 2009, the Obama administration was told by its own experts, Bernard Tse and his team who knew Tesla bosses, Sandia and others that the lithium ion batteries in Tesla cars had degrading chemistry which become a global pandemic of auto danger. Again, Obama chose inaction.

Obama and Musk have deprived Democratic-led regions of the country from receiving needed safety reviews of Tesla cars.

Over the year's since 2006, Americans working with the DOE, NHTSA, SEC and other groups accelerated warnings to Obama officials. These engineers and other science professionals were intentionally ignored in order to protect politicians stock market profits.

In these, and any other examples, (  http://www.testimony111.com/  ) Musk and his inner circle of White House and Senate insiders ignored or purged experts and other truth-tellers, and lied about, misrepresented, deflected or denied the dire threat to the American people posed by the lithium ion battery scam.

Considered in total, Musk and his regime have shown themselves to be incompetent, callous, malevolent and deeply cruel in their response to the Tesla safety issue crisis (as well as to a plethora of other issues).

But to merely document the Musk regime's deadly failures in response to the dangers of his companies is to ignore the most important question: What are Musk's and his advisers' underlying motivations?

This forensic question must be answered if we are ever to have a full accounting of the Musk Corruption, and see justice done for the voters, the dead tesla victims and those who will die in the future as well as the damage done to the broader American community.

The coordinated 'main-stream' media's preferred storyline that suggests Musk is simply incompetent doesn't add up because Muskhas made the wrong decision every single time in terms of how crises like this are supposed to be dealt with. (i.e. Be consistent, transparent, factual, and credible.) It's increasingly not believable for the left-wing press to suggest that Musk has been distracted or inept during this crisis, in part because of the level of his uselessness has become so staggering.

Maybe Musk is vengeful. Maybe he wants to wreck the economy to create investment opportunities? He's under the thumb of a foreign entity? He wants to cause panic and cancel the November elections? He's a fatalist? Who knows. And honestly, the specific "why" isn't what matters now. What matters is asking the difficult questions and pondering what the Musk oligarchy  is truly about, no matter what lurks in the shadows…

Now the press needs to shift some of its focus and ask the truly alarming questions about Musk and his motives. Because we still don't know why he essentially ordered his companies to embark on such sinister ventures involving slicing up brains; over-priced deadly cars for rich douche-bags; digging holes for billionaire hide-outs, launching domestic spy satellites and manipulating elections along with his boyfriend: Larry Page, etc...

Psychologist and psychotherapists have an answer: Elon Musk is a **_"malignant narcissist"_**. Musk's mental pathologies inexorably compel him to hurt and defraud large numbers of people — including his own supporters.

Exports have looked at Musk's borderline personality disorders. They explais that sadism and violence are central to Musk's malignant narcissism and his decision-making about his self-promotion. They warn that Musk is abuser locked into a deeply dysfunctional relationship with the American people and that, like other sadists, Musk enjoys causing harm and suffering to any that do not recognize his "tech Jesus" self-proclaimed superiority.

Ultimately, all psychologists generally concludes that Musk is engaging in "democidal behavior" ( https://www.taylorfrancis.com/books/9780203793756/chapters/10.4324/9780203793756-2 ) in partnership with Obama and Pelosi and cautions that the many dead and injured (so far) from the Tesla fires and crashes are not simply collateral damage from the Musk madness, but rather

the logical outcome of Musk's apparent mental pathologies and the poor decisions that flow from them.

Musk is both denying responsibility by saying things such as, "I take no responsibility. We've done everything right." But at the same time, Musk is also sabotaging the efforts to stop the corruption in his empire. This is a very important aspect of Musk's behavior. Musk is not just deflecting blame onto others, he is actively interfering with the politicianss' ability to do their job by controlled Senators with bribes. Musk is not just incompetent. He is actively engaging in sabotage against competitors and reporters who speak the truth about him.

You might wonder: How does someone with his type of mind reconcile claims like "I have total power" with "I take no responsibility"? He has said both things within a few days of each other. Well; That is a function of how the psychology of a malignant narcissist is structured. When Musk says things such as, "I have total power," that's the grandiosity. "I'm in total control" is a function of Musk's paranoia, where everything bad is projected outward. Therefore, anything negative or bad is someone else's fault. Bad things are 'other people' in Musk 's mind. The grandiosity and "greatness" are all him. Musk's mind runs on a formula which bends and twists facts, ideas and memories to suit his malignant narcissism. This is why Musk contradicts himself so easily. He lies and makes things up. His fantasies all serve his malignant narcissism and the world he has created in his own mind about his greatness.

Another component of Musk's malignant narcissism is sadism. That part of Musk's mind is more hidden. People such as Musk are malignant-narcissist sadists because they, at some deep level, are driven to cause harm to other people. Musk's life is proof of this. His pedo father and trophy wife narcissist mother demonstrate his roots. He enjoys ripping people off and humiliating people. He does this manically and gleefully. He has lied thousands of times. He threatens people online and elsewhere. Most psychologists believe that Elon Musk is also a sexual sadist, who on some basic level enjoys and is aroused by watching people be afraid of him. In his mind, Musk is creating chaos and instability so that he can feel powerful.

Professor of psychiatry and psychoanalyst Otto Kernberg called that phenomenon "omnipotent destructiveness." The bullying, the violence, the destruction, frightening people, humiliating people, getting revenge and the like — such behavior is what Elon Musk has done his whole life. It is who Elon Musk really is. Unfortunately, too many people are still in denial of that fact.

Musk has to create and control a field of negative corrupting energy around himself. For example, he pressures the scientific experts to bend the truth to his dreamworld during his press conferences. The scientists are basically Musk's hostages. The American people are hostages as well to Elon Musk's lies. Plaintiffs are being abused by him. Plaintiffs know that Musk is lying. Plaintiffs know that he's doing nothing to help us. Plaintiffs feel helpless to do anything to stop

293

him. It is causing collective mental despair. It is not that all Americans are suckers or dupes, it is that Musk is a master at such cruel and manipulative behavior.

Elon Musk is a master at getting negative attention, and the more people he can shock and upset, the better.

Malignant narcissists like Elon Musk view other human beings as kindling wood to be burned for their own personal enrichment, media enlargement and hype expansion.

Follow the facts to the obvious and true conclusion. If all the facts show that Elon Musk (and his little boy buddies Larry Page, Eric Schmidt, John Doerr, Reid Hoffman, Steve Westly, etc.) is a malignant narcissist with these powerful sadistic tendencies, this omnipotent destructiveness, where he's getting pleasure and a sense of power from dominating people and degrading people and destroying people and plundering people and laying waste to people, both psychologically and physically, then to deny such obvious facts is willful ignorance.

When Musk is finally exposed, like Elizabeth Holmes and Theranos or ENRON, it will be glorious.

Rather than making a prediction as to Musk's specific actions when the emperor has no clothes, it is more helpful to describe the type of actions he will take. Rather than trying to say, "This is the move he'll make." Like in a relationship, Elon Musk is the abuser. He is the husband or father who is abusing his partner or children or other relatives. The American people are like a woman who is leaving her abuser. She tells her abuser, "That's it! I am done with you!" She has her keys in hand and is opening the door of the house or apartment to finally leave. What happens? The democidal maniac Elon Musk will attack us, badly. Make no mistake. Elon Musk is going to find a way to attack and cause great harm to the American people if he believes that he will be fully exposed. He will use his spy satellites, his media controls, his remote controlled cars, his stock market manipulation tools, his Goldman Sachs economic destruction team and more. Musk will strike back... unless the FBI finally arrests him first.



*Figure 20: Elon Musk And Elizabeth Holmes = 2 of a kind*

# Elon Musk Has Stolen Every Bit Of Technology He Has Exploited

In a shocking expose by Paul Lienert, Norihiko Shirouzu, and Edward Taylor , they reveal that while Elon Musk is hailed (by his own PR and hype) as an innovator and disruptor who went from knowing next to nothing about building cars to running a car company, he swiped all of his technology from others.

His Tesla car, his hyperloop train, his tunnel digger, his 'brain chip' ...everything he has done was created by somebody else. The original founders of Tesla sued him for coming in and taking over the company.

Musk's record shows he is more of a fast learner who spies on other firms that had technology Musk lacked. Musk stole their most talented people, and then blew his competitors off the grid with anti-trust violating monopoly tactics.

Musk has been dropping hints for months that significant advances in technology will be announced as Tesla strives to get away from corrupt Panasonic and their awful toxic, exploding batteries.

New battery cell designs, chemistries and manufacturing processes are just some of the developments that would allow Tesla to reduce its reliance on its long-time battery partner, Japan's Panasonic (which has been accused of bribery, product dumping and other illicit deeds), people familiar with the situation said.

"Elon doesn't want any part of his business to be dependent on someone else," said one former senior executive at Tesla who declined to be named. "And for better or worse - sometimes better, sometimes worse - he thinks he can do it better, faster and cheaper." The problem is, Musk does his version of "better" by ripping everyone off and hiring moles and character assassins to go after any competitors that get in his way. Musk has been documented hiring Nicholas Guido Denton's tabloid empire (Gawker/Gizmodo/Jalopnik...) character assassination service to operate massive hit-jobs against his adversaries.

Tesla has battery production partnerships with Panasonic, South Korea's LG Chem and China's Contemporary Amperex Technology Co Ltd (CATL) that are expected to continue.

But at the same time, Tesla is moving to control production of cells - the basic component of electric vehicle battery packs — at highly automated factories, including one being built near Berlin, Germany and another in Fremont, California where Tesla is hiring dozens of experts in battery cell engineering and manufacturing.

296

"There has been no change in Plaintiffs relationship with Tesla," Panasonic said in a statement provided by a company spokeswoman. Of course, Panasonic has to say that.

"Plaintiffs relationship, both past and present has been sound. Panasonic is not a supplier to Tesla; we are partners. There's no doubt Plaintiffs partnership will continue to innovate and contribute to the betterment of society."

Tesla did not respond immediately to a request for comment.

Since he took over the fledgling Tesla company in 2004 in a hostile tactile take-over, Musk's goal has been to learn enough - from partnerships, acquisitions and talent recruitment - to bring key technologies under Tesla's control, people familiar with Tesla's strategy said.

They said the aim was to build a heavily vertically integrated company, or a digital version of Ford Motor Co's iron-ore-to-Model-A production system of the late 1920s.

"Elon thought he could improve on everything the suppliers did - everything," said former Tesla supply chain executive Tom Wessner, who is now head of industry consultancy Imprint Advisors. "He wanted to make everything."

Batteries, a big chunk of the cost of an electric car, are central to the Musk method. While subordinates like Bernard Tse have argued, for years, against developing proprietary Tesla battery cells, Musk continues to drive toward that delusional control-freak goal.

"Tell him 'No', and then he really wants to do it," said a third former Tesla veteran.

Reuters reported in May that Tesla is planning to unveil low-cost batteries designed to last for a million miles. Tesla is also working to secure direct supplies of key battery materials, such as nickel, while developing cell chemistries that would no longer need to be as expensive and blood-mineral sourced as Musk's cobalt.

'STRAIGHT FOR MARS'

Panasonic is partnered with Tesla at the $5 billion Nevada "Gigafactory", while CATL and LG Chem supply cells to Tesla's Shanghai factory, where battery modules and packs are assembled for its Model 3 sedan.

Panasonic recently said it is planning to expand its production lines in Nevada, which supply the cells that then go into the battery modules assembled next door by Tesla.

But the Nevada Gigafactory partnership almost didn't happen, according to two former Tesla executives. Musk ordered a team to study battery manufacturing in 2011, according to one former executive, but eventually partnered with Panasonic in 2013 because Musk failed to understand it.

Now, Tesla is testing a battery cell pilot manufacturing line in Fremont and is building its own vast automated cell manufacturing facility in Gruenheide in Germany.

The roller-coaster relationship with Panasonic mirrors other Tesla alliances.

During its development alliance with Germany's Daimler, which was an early investor in Tesla, Musk became interested in sensors that would help keep cars within traffic lanes.

Until then the Tesla Model S, which Mercedes-Benz engineers helped refine, lacked cameras or sophisticated driver assistance sensors and software such as those used in the Mercedes S-Class.

"He learned about that and took it a step further. We asked Plaintiffs engineers to shoot for the moon. He went straight for Mars," said a senior Daimler engineer said. Musk primarily uses the "Mars Project" as hype and BS to cover the fact that all of his Starlink, and other SpaceX launches, are almost exclusively spy satellites to monitor citizens and their internet interests.

Meanwhile, an association with Japan's Toyota, another early investor, taught him about quality management.

Eventually, stolen executives from Daimler and Toyota joined Tesla in key roles, along with talent from Alphabet Inc's Google, Apple, Amazon, Microsoft, as well as rival carmakers Ford, BMW and Audi.

**THE MUSK SPIN**

Some relationships did not end well, however.

Tesla hooked up with Israeli sensor maker Mobileye in 2014, in part to learn how to design a self-driving system that evolved into Tesla's Autopilot.

"Mobileye was the driving force behind the original Autopilot," said a former Mobileye executive, who declined to be named.

Mobileye, which is now owned by Intel, also recognized the risk of sharing technology with a fast-moving startup like Tesla, which was on the brink of collapse at the end of 2008 and now has a market value of $420 billion.

But Tesla and Mobileye had an acrimonious and public split after a driver was killed in 2016 when a Model S using the Autopilot system crashed.

At the time, Amnon Shashua, who is now Mobileye president and chief executive, said Tesla's Autopilot was not designed to cover all possible crash situations as it was a driver assistance system, not a driverless system.

Page 299  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

The former Mobileye executive said there was no question of Tesla improperly using their technology.

U.S. tech firm Nvidia followed Mobileye as a supplier for Autopilot, but it too was ultimately sidelined.

"Nvidia and Tesla share a common strategy of developing software-defined vehicles powered by high-performance AI computers. Elon is very focused on vertical integration and wanted to make his own chips," said Nvidia's senior director of automotive, Danny Shapiro.

In addition to partnerships, Musk went on an acquisition spree four years ago, buying a handful of little-known companies - Grohmann, Perbix, Riviera, Compass, Hibar Systems - to rapidly advance Tesla's expertise in automation. Maxwell and SilLion further boosted Tesla's ability in battery technology.

"He learned a lot from those people," said Mark Ellis, a senior consultant at Munro & Associates, which has studied Tesla extensively. "He leveraged a lot of information from them, then put his spin on making it better."

Reporting by Paul Lienert in Detroit, Edward Taylor in Frankfurt and Norihiko Shirouzu in Beijing; Additional reporting by Tina Bellon in New York and Yilei Sun in Beijing; Editing by David Clarke

**Elon Musk Lies - The Tesla Motors Safety and Corruption ...**

https://tesla-motors-review.weebly.com/elon-musk-lies.html

How **Elon Musk's** Investors Manipulate Their Stock Market Valuations via "Pumps": Crimes?-Every Time Bad News Comes Out About Tesla, per an 8 year analysis study, Tesla stock suddenly, and mysteriously, jumps up.Investigators find that it just Tesla investors faking the stock ratings by running "Flashboy" automated stock buybacks.

**Tesla: Lies And Fraud Engulfed In Elon Musk's Hubris ...**

https://investmentresearchdynamics.com/tesla-lies-and-fraud-engulfed-in-elon-musks-hubris/

Tesla: **Lies** And Fraud Engulfed In **Elon Musk's** Hubris June 13, 2019 Financial Markets , Market Manipulation , U.S. Economy **Elon Musk** , financial collapse , funding secured , Tesla , TSLA admin **Elon Musk** should have considered a career as a children's fairytale author.

**Elon Musk's Dumb Lie About Smart Cars | Inc.com**

https://www.inc.com/geoffrey-james/elon-musks-dumb-lie-about-smart-cars.html

Page 300  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

Two weeks ago, **Elon Musk** predicted that "safe, full self-driving" cars would be available by the end of this year. The impression he left was that Tesla (or, less likely, some other vendor) would ...

**Did Greedy Elon Musk Peddle Another Lie to Pocket a Hefty ...**

https://www.ccn.com/greedy-elon-musk-peddle-another-lie-to-pocket-hefty-payday/

Just as it seemed a healthy pullback was coming, **Elon Musk** has found another way to pump the stock. Wednesday's trading session saw Tesla undergo some profit-taking, with the stock falling 1.3%. It seemed like perfect timing for **Musk** to make another claim about Tesla's autonomous technology. Why? Because another rally could land him a hefty ...

**A great list of Elon Musk's lie... uh.. promises with live ...**

https://www.reddit.com/r/RealTesla/comments/bxunf6/
a_great_list_of_elon_musks_lie_uh_promises_with/

One really needs to look at the whole list to appreciate how full of shit **Elon Musk** is. The amount of effort needed to keep track of all of his BS is non trivial, no wonder so many people are fooled. level 1. 1 ... again **Musk** is incredibly good at controlling his narrative and like all cult followings he needs a scapegoat for his **lies** and ...

**A great list of Elon Musk's lie... uh.. promises with live ...**

https://www.reddit.com/r/RealTesla/comments/bxunf6/
a_great_list_of_elon_musks_lie_uh_promises_with/

One really needs to look at the whole list to appreciate how full of shit **Elon Musk** is. The amount of effort needed to keep track of all of his BS is non trivial, no wonder so many people are fooled. level 1. 1 ... again **Musk** is incredibly good at controlling his narrative and like all cult followings he needs a scapegoat for his **lies** and ...

**Elon Musk lied about the EPA's Tesla Model S test, agency ...**

https://www.theverge.com/2020/5/1/21244556/elon-musk-lie-epa-tesla-model-s-range-miles-mistake-door

The Environmental Protection Agency refuted **Elon Musk's** claim that it made a mistake in its test of the Tesla Model S Long Range. **Musk** claimed that someone left the door open on the vehicle, but ...

**Tesla Shareholders: Are You Drunk On Elon Musk's Kool-Aid?**

300

**F** https://www.forbes.com/sites/michaellewitt/2017/10/13/tesla-shareholders-are-you-drunk-on-elon-musks-kool-aid/

Oct 13, 2017Companies tell all types of **lies** to burnish their financial results but **Elon Musk's** fish tales make Moby Dick look like a guppy Share to Facebook Share to Twitter

**Did Greedy Elon Musk Peddle Another Lie to Pocket a Hefty ...**

https://www.ccn.com/greedy-elon-musk-peddle-another-lie-to-pocket-hefty-payday/

Just as it seemed a healthy pullback was coming, **Elon Musk** has found another way to pump the **stock**. Wednesday's trading session saw Tesla undergo some profit-taking, with the **stock** falling 1.3%. It seemed like perfect timing for **Musk** to make another claim about Tesla's autonomous technology.

**Tesla: Lies And Fraud Engulfed In Elon Musk's Hubris ...**

https://investmentresearchdynamics.com/tesla-lies-and-fraud-engulfed-in-elon-musks-hubris/

Tesla: **Lies** And Fraud Engulfed In **Elon Musk's** Hubris June 13, 2019 Financial Markets , Market Manipulation , U.S. Economy **Elon Musk** , financial collapse , funding secured , Tesla , TSLA admin **Elon Musk** should have considered a career as a children's fairytale author.


**Recap:**

*The Musk empire has paid more bribes to politicians than almost any other modern entity. That is why no full investigation of the Musk scams has ever been completed. Google's Eric Schmidt and Larry Page have a bromance relationship with Musk and use the global resources of Alphabet to hide any negative news about Musk assets. The 2008 Department of Energy Cleantech Crash proves that a federal agency was used as just one big slush-fund to pay-off political campaign financiers, operate insider-trading stocks and sabotage those financiers competitors using taxpayer-financed resources!*

*We have used private investigator, FBI resources and deep AI research to reveal that all government staff working on Plaintiffs application were getting quid-pro-quo...they were on the take. (Can anyone point out to us EVEN ONE person who was in the DOE/White House loop who was not working for, invested in, getting a future job from or other wise conflicted?)*

*What do you do when The U.S. Government convinces you to invest millions of dollars, and your life, into one of their projects. Then their project turns out to be a scam where they had covertly*

301

*hard-wired the upside to a couple of Senator's and their campaign financier friends. The fix was in and the game was rigged to use a government program as a slush-fund for friends-with-benefits. We, and the public, got defrauded. Now the damages must be paid for, one way, or another. Every one of the insiders who did get government funding got it in the exact same size and order as their covert political campaign funding and stock market bribes to the deciders. Chamath Palihapitiya and other Silicon Valley insiders have now exposed the fact that Greylock, Kleiner, etc. are just a VC Ponzi Scheme! in this whole mess.*

*Musk used crooked Senators to get his funds. Those Senators and government agency bosses were financed by, friends with, sleeping with, dating the staff of, holding stock market assets in, promised a revolving door job or government service contracts from, partying with, personal friends with, photographed at private events with, making profits by consulting for, exchanging emails with, business associates of or directed by; one of those business adversaries, or the Senators and politicians that those business adversaries pay campaign finances to, or supply political search engine manipulation services to. Elon Musk is notorious for getting Department of Energy money by bribing public officials and placing his friends: Steven Chu, Matt Rogers, Steve Westly, Steve Spinner's 'special friend', etc. on the staff of the Department of Energy and in the White House. We have FBI-class records, financial tracking, emails, stock market relay records and other forensic data that proves it.*

*We can swear, warrant, certify and prove these assertions in front of Congress in a live Congressional hearing or Civil Jury trial, given non-compromised legal backing. If you think you have bribed the same number of Senators, bought a President and taken over most of the Department of Energy like Musk did... go for it! In this day and age, with every citizen able to track every public figure, with FBI-quality databases, on their home computers, it might be a crash-and-burn but you are welcome to try. Lithium metals, and other rare earth mining materials, are monopolized by Elon Musk and his Silicon Valley Cartel, in rare-earth corrupt mining scams. Lithium's widespread use in cars is hindered by a challenging obstacle: upon multiple charge-discharge cycles, fractal filaments called dendrites always grow through the electrolyte from the negative to the positive electrode and short-circuit the battery from the inside, thus guaranteeing that Tesla Cars will eventually all explode.*

*Musk and Panasonic have known this since 2007 (They are "dumping" the batteries via Tesla) and have paid U.S. Senators, who own stock in Tesla, to cover it up. The lithium fires and toxic vapors are a major safety concern because they have killed, poisoned and injured too many citizens. Musk gets away with his scams because he pays U.S. Senators bribes with stocks in his corporations and has a thousand crooked Goldman Sachs investment bankers selling his hair-brained schemes to your parents pension funds. Tesla is known as "the official car of douche-bags". The safety defect cover-ups on the Tesla are extreme. Musk's narcissistic trophy-wife mom*

302

*and his extremist father (who got his young sister pregnant) are thought to be the cause of Musk's racism and sociopath behaviors.*

*He is the #1 crony capitalist government mooch in America and has received billions of dollars of your tax money to help him buy his mansions, starlets and sex parties. His cars and rockets blow up, his tunnels are unsafe, his satellites spy on consumers and his brain chip company tortures small animals. He swiped all of his technology from someone else and has never come up with his own inventions.*

## The Spies In Your Pocket Are Rigging Your Elections

Google was just a search engine that helped you find pie recipes. How did it turn into a cartel-based monopoly of political corruption, domestic spying, sex cults and election rigging? Elon Musk and Google bosses Larry Page and Eric Schmidt shared apartments, lobbyists, Goldman Sachs teams, sex partners, stock market trickery and competitor black-lists. Let's take a look at how that all that worked...

In fact, let's take a look at what the users of the internet, and the news media, say about the Google – YouTube – Alphabet  Cartel that this octopus-like crime operation has spawned:

***"Google is a sick corrupt criminal business run by sex trafficking perverts and sociopaths..." Say GOOGLE'S own inside employees, Divorce Court records of Google executives, 70+ State & Federal investigations and major news outlets.***

*" Google spies on competitors and steals their technology..."*

*"Google - Alphabet - YouTube stock is owned by almost all of the California politicians and their families and that is why Google - Alphabet - YouTube is never regulated and always protected by them for their political and profiteering manipulations..."*

*"Google runs tens of millions of dollars of defamation attacks against competitors..."*

*"Google hides all media and news coverage for competitors of Larry Page's boyfriend: Elon Musk..."*

303

Page 304  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

*"Google lies to the public about what they really do with the public's data..."*

*"Google promotes illegal immigration in order to get cheap labor and control votes..."*

*"Google runs VC funding back-lists against start-ups that are competitive and has been sued by the feds over it..."*

*"Google bribes thousands of politicians in the USA, Europe and Asia..."*

*"Google is a criminal RICO-violating monopoly.."*

*"Google rigs the stock market with Flash-boy, Pump/Dump and Microblast SEC violating computer tricks.."*

*"Google pays bribes to politicians in Google and YouTube stock.."*

*"Google manipulates who gets to see what web-sites, globally, for competitor black-lists.."*

*"Google has a "no poaching" Silicon Valley jobs blacklist..."*

*"Google bosses sexually abuse women and young boys..."*

*"Google bosses run sex trafficking operations in the Epstein and NXVIUM sex cults..."*

*"Google bosses control the National Venture Capital Association financing cartel and order the black-listing of competitive start-ups..."*

*"Google has placed the majority of the corporate staff in the Obama White House..."*

*"Google controls national elections for anti-competitive purposes..."*

*"The company "**Polyhop**", in the HOUSE OF CARDS tv show, does all the crimes that Google actually does in reality..."*

*"Google's law firms, like Wilson Sonsini, are corrupt conduits for payola and political conduit-relays..."*

304

Page 305  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

*"Google bribes some politicians with revolving door jobs..."*

*"Google is primarily responsible for destroying the Bay Area Housing opportunities..."*

*"Google runs DDoS attacks on competitors by massively crawling their sites..."*

*"Google boss Andy Rubin runs a sex slave farm according to his own family..."*

*"Google boss Eric Schmidt was a philandering sex-penthouse owner according to vast news articles..."*

*"Google executives hire so many hookers that at least one of them, Mr. Forrest Hayes, was killed by his hooker..."*

*"Google executives sexually abuse so many women that the women staff of Google walked out one day..."*

*"In the 2009 White House, you could not swing a cat without hitting a Google insider..."*

*"Google has paid covert bribes, PAC funds, real estate and search rigging payola to every California Senator..."*

*"Google has paid bribes, through its lobby fronts, to halt FBI, SEC, FEC and FTC investigations of Google crimes..."*

*"Google was funded by the CIA, via In-Q-Tel, a so called "501 c3 charity" which was caught with tons of cocaine..."*

*"Google gets millions of dollars of taxpayer cash for spying on Americans inside the USA..."*

*"Google's map service was a spy system paid for by taxpayers money that Google now profits off of..."*

*"Nancy Pelosi and Dianne Feinstein have promised to "protect" Google because their families profit off Google stocks..."*

*"Payment receipts prove that Google and Gawker/Gizmodo exchanged cash and staff for*

305

*Character Assassination attacks..."*

*"Google VC's and bosses have spent $30M+ rigging the U.S. Patent Office to protect Google and harm Google competitors..."*

*"Google bribed it's lawyer into position as head of the U.S. Patent office in order to have her protect Google..."*

*"To rig insider stock trades, Google hides negative Tesla stories and pumps positive Tesla stories on "push days" coordinated to manipulate the stock market..."*

*"Google and Elon Musk Co-own, co-invest and co-market stocks covertly while running anti-trust schemes..."*

*"Google rarely likes, or hires, black employees per federal and news media investigations..."*

*"Google hired most of the Washington, DC K Street lobby firms and told them to "do what ever they could"..."*

*"The film: **Miss Sloane**" (* https://www.imdb.com/title/tt4540710/ *) depicts only 2% of the illicit lobbying tactics Google employs daily..."*

*"Demands for an FTC and FBI raid of Google, for criminal activity, securities law and election felonies have been filed..."*

*"Google's David Drummond had his Woodside, CA Quail Road house bugged revealing sexual dirty deeds with Google employees, political manipulations and financial misdeeds..."*

*"Google, and it's Cartel (Alphabet, Youtube, and hundreds of other shell-company facades) are a criminal organization engaged in felony-class crimes. Google's bosses bribe politicians, regulators and law enforcement officials to hold off prosecution. At Google: Kent Walker, Andy Rubin, Larry Page, Eric Schmidt, Sergy Brin, Jared Cohen, Yasmin Green, David Drummond and Ian Fette are so enmeshed in sex scandals, election manipulation, and White House bribes that it is hard to comprehend how they can get any legitimate work done…"*

*"Between all of the sex cult activity; hookers; rent boys; political bribes to Pelosi, Harris, Newson, and Feinstein; DDoS attacks they run; CIA and NSA stealth deals; privacy harvesting;*

*Scientology-like employee indoctrination; cheap Asian labor; covert Axciom scams and other illicit things they get up to; one just has to wonder. Some of the largest political bribes in American or European history were paid via billions of dollars of pre-IPO cleantech stock, insider trading, real estate, Google search engine rigging and shadow-banning, sex workers, revolving door jobs, nepotism, state-supported black-listing of competitors and under-the-table cash. Why are these Silicon Valley Oligarchs and their K-Street law firms and lobbyists immune from the law?..."*

*"U.S. Senators, Agency Heads and Congress are bribed by Google intermediaries with: Billions of dollars of Google, Twitter, Facebook, Tesla, Netflix and Sony Pictures stock and stock warrants which is never reported to the FEC; Billions of dollars of Google, Twitter, Facebook, Tesla, Netflix and Sony Pictures search engine rigging and shadow-banning which is never reported to the FEC; Free rent; Male and female prostitutes; Cars; Dinners; Party Financing; Sports Event Tickets; Political campaign printing and mailing services "Donations"; Secret PAC Financing; Jobs in Corporations in Silicon Valley For The Family Members of Those Who Take Bribes And Those Who Take Bribes; "Consulting" contracts from McKinsey as fronted pay-off gigs; Overpriced "Speaking Engagements" which are really just pay-offs conduited for donors; Private jet rides and use of Government fuel depots (ie: Google handed out NASA jet fuel to staff); Real Estate; Fake mortgages; The use of Cayman, Boca Des Tores, Swiss and related money-laundering accounts; The use of HSBC, Wells Fargo, Goldman Sachs and Deustche Bank money laundering accounts and covert stock accounts; Free spam and bulk mailing services owned by Silicon Valley corporations; Use of high tech law firms such as Perkins Coie, Wilson Sonsini, MoFo, Covington & Burling, etc. to conduit bribes to officials; and other means now documented by us, The FBI, the FTC, The SEC, The FEC and journalists…."*

*"Google and Youtube are based on technology and business models that Google and YouTube stole from small inventors who had launched other companies that were up and operating before YouTube or Google even existed as business operations. Google holds the record for the largest number of corporate sex scandals, abuses and sex trafficking charges..."*

*"There are only two kinds of people that work at Google: 1.) Cult indoctrinated naive kids with odd sexual quirks and 2.) divisive managers and executives who seek to exploit those eco-chambered employees for nefarious political and stock market manipulation purposes under the Scientology-like guise of "doing good things", when, in fact, they are engaged in horrific crimes against society. Google has hired almost every technology law firm in order to "conflict them out" from ever working to sue Google. If Google rapes you, robs your patents or does anything awful, you won't be able to find a lawyer to help you. Most Google executives in control of Google have been indoctrinated by family dynasties to believe that any crime is justified by a*

307

bigger cause. Most of those executives are men. The few women in control of departments are figure-heads...”

“Google bosses attend the same parties and business meetings in which they collude, co-lobby, rig markets and make anti-trust violating plans together. Google is a private government with more money and power than most smaller nations. Google has more lobbyists bribing more politicians than any other company in America...”

“Jared Cohen and fashion show-horse Yasmin Green at Google had the job of over-throwing countries in the Middle East. They openly bragged about it. ( https://truthstreammedia.com/2013/06/02/googles-regime-change-agent-jared-cohen/ )… People that work at Google get paid $260,000.00+ per year to lie, spy, manipulate politics, bribe politicians and engage in other crimes. For that kind of money, a person will doing ANYTHING and rationalize it as "part of the higher cause"...”

"Google is the largest financier of the Obama political campaign and exceeded FEC campaign spending limits by tens of billions of dollars. Plaintiffs can prove this in a jury trial, a Grand Jury hearing and a live Congressional hearing. Google is the largest staffing source of the Obama Administration. Plaintiffs can prove this in a jury trial, a Grand Jury hearing and a live Congressional hearing. The largest number of laws and policy decisions, benefiting a single company and it's investors, went to: Google. Plaintiffs can prove this in a jury trial, a Grand Jury hearing and a live Congressional hearing...”

“Google, and it's investor's are the single largest beneficiary of the Obama Administration. Plaintiffs can prove this in a jury trial, a Grand Jury hearing and a live Congressional hearing...”

“The Obama Administration only won the White House because Google and Facebook engaged in the largest digital media and search engine manipulation in human history. Plaintiffs can prove this in a jury trial, a Grand Jury hearing and a live Congressional hearing...”

“Google, and it's investors, during the Obama Administration, had most of their competitors denied funding, grants, contracts and tax waivers while Google's investors GOT funding. Plaintiffs can prove this in a jury trial, a Grand Jury hearing and a live Congressional hearing and prove that Google coordinated anti-trust violations with senior Obama Administration White House staff...."

“...Damore reveals that Google operates it's staffing like a Scientology cult. They  control their employees lives, information, transportation, free time, entertainment and social life. A Google life is a glass-bubble of echo-chamber extremist, hyper-sex-kink, reinforcement...”

308

Page 309  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

**Google Deletes Videos Accusing It of Election Manipulation from YouTube... Which It Owns (thefreethoughtproject.com)**

by fluxusp

- comments

**With All These Big Tech Revelations, This Proves The 2018 Midterms Were Stolen. Devastating Project Veritas report sheds light on Google's collusion with Democrats. (archive.fo)**

by GizaDog

- comments

**GOOGLE EXECS PANIC! Go Into Hiding - Delete Social Media Accounts After James O'Keefe's Latest Exposé (thegatewaypundit.com)**

by libman

- comments

**White House Slams Google As Veritas Censorship Controversy Escalates (bitchute.com)**

by strange_69

- comment

**Google's NSA Again Exposed For Unauthorized Collection Of Americans' Phone Records (zerohedge.com)**

by Dirty_Money

- comments

**What exactly is google's business model besides selling ads no one clicks on and selling people's data to the NSA? (AskVoat)**

by GIF-lLL-S0NG

309

Page 310  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

- comments

**So the "russian hackers" meddling in the election was Google all along. Why isn't this the biggest story in America right now? None of the "trusted" news sources have commented on this at all. (politics)**

by shadow332

- comments

**Google stealthily infuses political agenda into products to prevent Trump reelection, insiders, documents say. (theepochtimes.com)**

by Ex-Redditor

- comments

**Google Chrome is Tracking Your Every Move and Storing It, This is How to Stop It (thefreethoughtproject.com)**

by fluxusp

- comments

**Google Chrome Has Become Surveillance Software, It's Time to Switch | (archive.fo)**

by MyOnlyAccount

- comments

Project Veritas (  https://www.projectveritas.com/  ) has been lifting back the veil covering big tech companies and their nefarious activities following the 2016 election. They tried to play left-leaning-but-mostly-fair before the 2016 election, believing in their hearts that Hillary Clinton would be President without their concerted meddling. That didn't work out for them, so they are trying to prevent "another Trump situation" in 2020 by unabashedly purging, silencing, and censoring (  https://noqreport.com/2019/05/08/purge-censor-silence-tech-giants-go-full-orwell-prepare-2020-elections/  ) on platforms like Facebook, Google, Twitter, Pinterest, Instagram, and YouTube.

310

Page 311  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

(Article by Michio Hasai republished from NOQReport.com)

The answers delivered today before Congress in response to questions by Representative Dan Crenshaw weren't the standard denials. They were politically manipulative answers designed to make it known they're doing what we've said they were doing all along, but they feel justified in doing it because "hate speech" must be stopped at all costs. Of course, what constitutes hate speech to the social justice warriors in big tech invariably circles around conservative thought. There is no form of hate speech short of physical threats that can be attributed to progressives, at least not in the minds of the people who control big tech. If conservatives are aggressive, they're delivering hate speech. If progressives are aggressive, they're just being truthful. That's what big tech thinks.

This is the worst-case scenario for conservatives. Before, we could call them liars and cheats. Now, we have to fight them on an ideological level, and while we have the truth on Plaintiffs side, they have the technology. They have the eyeballs. They control what people see and don't see. And as such, they can no longer be trusted to deliver anything even remotely close to fair and balanced. They're unhinged from reality, but instead of coming back to reality once exposed, they're building a new reality around their ideologies.

Russia may arrest Google employees for running Google as a manipulative service containing hidden political insertions affecting the human subconscious

- Russian government will now arrest those who try to 'control minds' via mass web manipulation

- Google was created to push liberal leftist political messages on the subconscious

- **Research exposes Google as insidious mind-control political shill**

- No matter your political persuasion, it is unfair and manipulative for Google to control minds ANY political purposes

By Sophie Tanno For Mailonline

A Russian journalist has been accused of 'controlling minds' and 'affecting the human subconscious' after referencing George Orwell's 1984 in an article.

Mikhail Romanov, a reporter for the Yakutsk Vecherniy weekly, was writing a story on the alleged torture of an academic.

*Police in **Russia**'s republic of Sakha charged Romanov after they suspected him of trying to tap into the readers' sub-conscience, Russian newspaper **Kommersant** reported.*

311

Page 312  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

 Mikhail Romanov, a reporter for the Yakutsk Vecherniy weekly, was writing a story on the alleged torture of an academic (stock)

A Russian journalist has been accused of 'controlling minds' and 'affecting the human subconscious' after referencing George Orwell's 1984 (pictured) in an article

Romanov's editor told the publication: 'This is a story about how anyone can be squashed by the government machine.

'It's also about how Big Brother is watching, reading all comments on online forums.'

This is understood to be the first time a journalist will be tried under Russia's new legislation punishing those who are perceived to have published information 'containing hidden insertions affecting the human subconscious. '


*2020 Election; Subliminal Google Messages to Alter Outcome ...*

https://www.youtube.com/watch?v=LBmByyFkRlo

**Google**, Facebook, Amazon, Microsoft, and Apple: these companies, the big 5, know almost everything about your life. They know what websites you go to, what y...


*MSNBC segment on Hidden and Subliminal Messages Found In ...*


*2020 Election; Subliminal Google Messages to Alter Outcome?*

https://www.zachdrewshow.com/episodes/2020-election-subliminal-google-messages-to-alter-outcome/

**Google** manipulates your searches for you to be subconsciously swayed — let that sink in. We are dealing with that today. 2020 Election: Who Decides? **Google** meddling with the 2020 election? We will cover it, but also go back in history and explain that this is NOT a new development. Manipulation, deception: It starts often as **subliminal**.

*Subliminal Messaging | Owlcation*

https://owlcation.com/social-sciences/Subliminal-Messanging

**Subliminal messages** are perceived by the unconscious brain. There is not as much **subliminal** messaging happening in the US now as previously reported, but there could be subtle **messages**

312

Page 313  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

that are received unconsciously. Messaging has probably been used by or **political** operatives, yet it may not work.

***7 Sneaky Subliminal Messages Hidden in Ads | Mental Floss***

mentalfloss.com/article/67223/7-sneaky-subliminal-messages-hidden-ads

The FCC fielded the incident, and subsequently condemned such tactics as being "contrary to the public interest"; it's believed to be the first example of **subliminal** advertising on television.

***17 Subliminal Messages You'd Never Notice in Everyday Life ...***

https://www.cracked.com/photoplasty_386_17-subliminal-messages-youd-never-notice-in-everyday-life/

17 **Subliminal Messages** You'd Never Notice in Everyday Life ... Twitter. **Google** Plus. Stumble Upon. ... We asked you to show us your inner-Banksy by adding **subliminal** ...

***11 Shocking Messages Hidden In Your Childhood Cartoons***

https://www.therichest.com/expensive-lifestyle/entertainment/11-shocking-messages-hidden-in-your-childhood-cartoons/

11 Shocking **Messages** Hidden In Your Childhood Cartoons. The creative animators and screenwriters often insert **subliminal messages** into their work, and the examples can sometimes be more than unusual. Sexism, **political messages**, conspiracy theories and hidden inappropriate jokes are found in numerous cartoons that we all grew up with.

***What Are Subliminal Messages And Do They Work?***

https://allthatsinteresting.com/what-are-subliminal-messages

**Subliminal messages**, on the other hand, are likewise real and similar to supraliminal **messages** except that the signal or stimulus is below Plaintiffs threshold of conscious awareness. In other words, you cannot consciously perceive a **subliminal message**, even if you search for it.

**Google likely 'thoroughly infiltrated' by Chinese govt., expert warns**

  alex stamos, big tech, china, cybersecurity, facebook, google, internet, peter thiel, richard clarke, russia

(LifeSiteNews) – Tech billionaire Peter Thiel recently called on the federal government to investigate Google for potential infiltration by the Chinese government, and now security experts are saying his concerns are well-founded.

313

Page 314  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

*Thiel, one of President Donald Trump's most high-profile* gay supporters *and an* avowed critic *of Silicon Valley, made the remarks at last weekend's National Conservatism Conference, Axios* reports. *He called on the FBI and CIA to ask Google, "how many foreign intelligence agencies have infiltrated your Manhattan Project for AI"; "does Google's senior management consider itself to have been thoroughly infiltrated by Chinese intelligence"; and whether this alleged infiltration is why the company works with China's military but not America's.*

"I'm not sure quite how to put this, I would like them to be asked [these questions] in a not excessively gentle manner," Thiel added.

Alex Stamos, a researcher with the Stanford Internet Observatory and former chief security officer at Facebook, ( https://www.nytimes.com/2018/03/19/technology/facebook-alex-stamos.html ) said Tuesday it was "completely reasonable" to assume that both the Chinese and Russian governments have, in some form or another, already infiltrated not only Google but every top tech company:

Note that "subverted" is very different than planting professional spies in "The Americans" style. Each of the big companies employs thousands of employees with family members under the control of these countries, and a gov request might be simple and seem borderline reasonable.

Stamos predicted that the "next couple of years" would see the revelation of a "major combined HUMINT/InfoSec [human intelligence/information security] attack against a major tech company."

He's not the only one who advises that Thiel's warnings be taken seriously. Richard Clarke, a former counterterrorism and cybersecurity advisor to both Democrat and Republican presidents, told CNBC ( https://www.cnbc.com/2019/07/17/ex-white-house-advisor-richard-clarke-thiel-right-on-google-and-china.html ) there was cause for concern.

"Here's what I think is true: Google refused to work for the Pentagon on artificial intelligence," Clarke said. "If you turn around and you work on artificial intelligence in China, and you don't really know what they're going to do with that, I think there's an issue."

The internet giant has denied working with the Chinese military, but opened an artificial intelligence center in Shanghai in 2017 despite the Communist regime's strict speech and internet controls. On Tuesday, Google executive Karan Bhatia testified ( https://www.technologyreview.com/f/613975/google-has-terminated-dragonfly-project-to-build-a-search-engine-for-china/ ) to the Senate Judiciary Committee that the company has terminated a controversial ( https://www.lifesitenews.com/news/google-researcher-resigns-in-protest-of-companys-plan-to-aid-censorship ) censored search engine it had been working on for China.

314

Clarke added that there was no meaningful distinction between Google working with Chinese companies and the Chinese government, given the level of state control in the country.

The specter of foreign influence on the tech industry further intensifies its ongoing controversies regarding political bias and censorship (  https://www.lifesitenews.com/news/google-denies-blacklisting-under-oath-despite-leaked-docs-showing-otherwise  ) and violations of user privacy (  https://www.lifesitenews.com/news/facebooks-5-billion-fine-for-privacy-scandals-too-low-democrats-complain  ) . Responding to Thiel's original comments, President Trump said (  https://twitter.com/realDonaldTrump/status/1151095675213553664  ) that his administration will "take a look" at the matter.

[–] gazillions

"Google being biased is glaringly obvious even to a retard. Google forcing their employees to support them politically is a human rights violation. The old railroad barons a hundred years ago were bad people, but no where near as abusive as google is to the employees. The old railroad tycoons had their supporters too who thought strikers and protesters against their tyranny were awful people. Silicon Valley just indoctrinated their followers and employees by brainwashing them first like any cult does. "Do no evil" was always a smarmy block of shit in pixels, no different than the purple dinosaur singing "I love you, you love me". The purple dinosaur never loved you one little bit. It was a lie, and parents had no business being such gullible suckers and allowing their children to be lied to by an actor in a fuzzy suit..."

- https://voat.co/v/news/3348671/19866570

[–] geraldo-0

forcing their employees to support them politically is a human rights violation.

＞*Civil and political rights are a class of rights that **protect individuals' freedom** from infringement by governments, social organizations, and private individuals. They ensure one's **entitlement to** participate in the **civil** and **political** life of the society and state **without discrimination or repression.***

*From the first time they censored, shadow-banned people who opposed their way of viewing world, far-left, SJW, leftards has put cornerstone to **civil rights movement 2.0**, including people who are at the rock bottom and uppermost stairs of opresion. Clearly, this is infingement of rights by gov and private entities, which has been ignored from by the time it was apparent that such violation is well spread and not a unique case.*

*Those at silicon valley had no idea that their attempt to have conservative and alike voice removed/deplatformed is **someway resemble how "white" and "colored" segregation works**;*

315

*which is no brainer considering that they did not pay any attention to "obscure" details and only remember famous persons who was oppressed at that time.*

*So, don't spout only " Hate speech is Freee speech". Tell them that when some peers mock center-right personalities by reenacting what happened prior to Civil Rights Act of 1968,throwing liquids to nigger who ignored the sign, isn't a good joke since **political affiliation is covered in protected class** in District of Columbia, IA,WV state, which put them as the white fellas and anyone who didn't entirely agree with them as the blacks in this reenactment.*

*If anyone reading this is somehow connected to parliement from local council to state, **consider ammending the laws to add political affiliation as one of class covered by "(unfounded)hate crimes"**. We won't need to see bike lock attacker and his copycat got sweetheart deals. Share this to Trump, since who doesn't love for shit and giggles watching leftards kvetching having cognitive dissonance episode explaining why adding another class would hurt other classes that already existed in last statue"*

In creating Google, Larry Page, Eric Schmidt, Sergy Brin and Rajeev Motwani worked out a way for get government cash to fund a political manipulation company which only manipulated politics that put profits in the pockets of Larry Page, Eric Schmidt, Sergy Brin and Rajeev Motwani.

The founders knew they could spy on every voter and control those voters without their knowledge. In an epic web security study, it was revealed that Google exploited the following:

**"...*You probably can't imagine the second-by-second dangers and harms that Google's empire uses modern electronics, like your phone and tablet, are causing to your life, your income, your privacy, your beliefs, your human rights, your bank account records, your political data, your job, your brand name, your medical data, your dating life, your reputation and other crucial parts of your life.***

*Any use of a dating site, Google or Facebook product, social media site, movie site, or anything that you log in to, puts you at substantial risk. Remember: "**if it has a plug, it has a bug**" . Every electronic device can be easily made to spy on you in ways you cannot possibly imagine.*

**The Take-Aways:**

*- Stalkers can find you by zooming in on your pupil reflection images in your online photos ( **https://www.kurzweilai.net/reflected-hidden-faces-in-photographs-revealed-in-pupil** )*
*- If you send email overseas or make phone calls overseas all of your communications, and those with anybody else, are NSA monitored ( **https://www.privacytools.io/** )*
*- Bad guys take a single online photo of you and put it in software that instantly builds a dossier*

316

on you by finding where every other photo of you is that has ever been posted online ( **https://www.aclu.org/blog/privacy-technology/surveillance-technologies/apples-use-face-recognition-new-iphone** )

- Face-tracking software for stalking you on Match.com and OK Cupid is more effective than even FBI software for hunting bank robbers ( **https://www.cnet.com/news/clearview-app-lets-strangers-find-your-name-info-with-snap-of-a-photo-report-says/** )

- Any glass, metal or ceramic object near you can be reflecting your voice or image to digital beam scanners that can relay your voice or image anywhere in the world

- All your data from any hotel you stay at will eventually be hacked and leaked ( **Info of 10 MILLION MGM guests including Justin Bieber and TWITTER CEO leaked online!** )

- Your voting data will be used to spy on you and harm you ( **Every voter in Israel just had their data leaked in 'grave' security breach...** )

- Lip-reading software can determine what you are saying from over a mile away ( **https://www.telegraph.co.uk/news/2020/01/20/russian-police-use-spy-camera-film-opposition-activist-bedroom/** )

- Every Apple iPhone and other smart-phone has over 1000 ways to bug you, listen to you, track you and record your daily activities even when you think you have turned off the device. Never leave your battery in your phone. ( **LEAKED DOCS: Secretive Market For Your Web History...** )(**Every Search. Every Click. On Every Site…** )

- Elon Musk's SpaceX StarLink satellites are spy satellites that send your data to Google and other tech companies ( **https://www.chieftain.com/news/20200118/first-drones-now-unexplained-lights-reported-in-horsetooth** )

- Google and Facebook have all of your medical records and they are part of a political operation ( **https://www.wsj.com/articles/hospitals-give-tech-giants-access-to-detailed-medical-records-11579516200** )

- Every dating site, comments section and social media site sends your private data, covertly, to government, political campaigns and corporate analysis groups and can also be hacked by anyone.

- Any hacker can hack ANY network with even a single Intel, Cisco, Juniper Networks or AMD motherboard on it and nobody can stop them unless they destroy the motherboard because the back-doors are built into the hardware. Many of the companies you think are providing security are secretly owned by the Chinese government spy agencies or the CIA ( **https://boingboing.net/2020/02/11/cia-secretly-owned-worlds-to.html** )

- Warehouses in Nigeria, Russia, Ukraine, Sao Paolo, China and hundreds of other regions, house tens of thousands of hackers who work around the clock to try to hack you and manipulate your data.

- Every red light camera, Walmart/Target/Big Box camera and every restaurant camera goes off

*to networks that send your activities to credit companies, collection companies, political parties and government agencies (  'Homeland Security' using location data from apps to track millions of people...*

*- Match.com, OKCupid and Plenty of Fish are also DNC voter analysis services that read your texts and keep your profiles forever*

*- If you don't put fake ages, addresses, phone numbers and disposable email addresses on ANY form you fill out electronically, it will haunt you forever (*

*https://www.the-sun.com/news/284784/pornstar-data-breach-massive-leak-bank-details/  )*

*- Every train, plane and cruise line records you constantly and checks the covert pictures they take of you against global databases. Corporations grab your collateral private data that those Princess Cruises and United Airlines companies take and use them to build files on you  (*

*https://www.silive.com/news/2020/01/report-new-app-can-id-strangers-with-a-single-photo.html  )*

*- The people who say "nobody would be interested in me" are the most at risk because their naiveté puts them at the top-of-the-list for targeting and harvesting (*

*https://www.cnet.com/news/clearview-app-lets-strangers-find-your-name-info-with-snap-of-a-photo-report-says/  )*

*- Silicon Valley tech companies don't care about your rights, they care about enough cash for their executives to buy hookers and private islands with. Your worst enemy is the social media CEO. They have a hundred thousand programmers trying to figure out more and more extreme ways to use your data every day and nobody to stop them*

*- The government can see everyplace you went to in the last year (*

*https://www.protocol.com/government-buying-location-data )*

*There have been over 15,000 different types of hacks used against over 3 billion "average" consumers. EVERY one of them thought they were safes and that nobody would hack them because "nobody cared about them". History has proven every single one of them to have been totally wrong!*

*If you are smart, and you read the news, you will know that you should ditch all of your electronic devices and "data-poison" any information about you that touches a network by only putting fake info in all conceivable forms and entries on the internet. You, though, may be smart but lazy, like many, and not willing to step outside of the bubble of complacency that corporate advertising has surrounded you with.*

*Did you know that almost every dating and erotic site sends your most private life experiences and chat messages to Google's and Facebook's investors?*

*https://www.businessinsider.com/facebook-google-quietly-tracking-porn-you-watch-2019-7*

Page 319  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

*Do you really want all of those Silicon Valley oligarchs that have been charged with sexual abuse and sex trafficking to know that much about you?*

*Never, Ever, put your real information on Youtube, Netflix, Linkedin, Google, Twitter, Comcast, Amazon and any similar online service because it absolutely, positively will come back and harm you!*

*Always remember: Anybody that does not like you can open, read and take any photo, data, email or text on EVERY phone, computer, network or electronic device you have ever used no matter how "safe" you think your personal or work system is! They can do this in less than a minute. Also: Hundreds of thousands of hackers scan every device, around the clock, even if they never heard of you, and will like your stuff just for the fun of causing trouble. Never use an electronic device unless you encrypt, hide and code your material! One of the most important safety measures you can take is to review the security info at:* [https://www.privacytools.io/](https://www.privacytools.io/)

*Those people who think: "I have nothing to worry about..I am not important" ARE the people who get hacked the most. Don't let naivete be your downfall. (*
[https://www.eff.org/deeplinks/2019/07/when-will-we-get-full-truth-about-how-and-why-government-using-facial-recognition](https://www.eff.org/deeplinks/2019/07/when-will-we-get-full-truth-about-how-and-why-government-using-facial-recognition) *)*

*All of your info on Target, Safeway, Walgreens has been hacked and read by many outsiders. NASA, The CIA, The NSA, The White House and all of the federal background check files have been hacked. The Department of Energy has been hacked hundreds of times. All of the dating sites have been hacked and their staff read all of your messages. Quest labs blood test data and sexual information reports have been hacked and published to the world. There is no database that can't be easily hacked. Every computer system with Intel, AMD, Juniper Networks, Cisco and other hardware in it can be hacked in seconds with the hardware back-doors soldered onto their electronic boards. All of the credit reporting bureaus have been hacked. Wells Fargo bank is constantly hacked. YOU ARE NOT SAFE if you put information on a network. NO NETWORK is safe! No Silicon Valley company can, or will, protect your data; mostly because they make money FROM your data!*

*Every single modern cell phone and digital device can be EASILY taken over by any hacker and made to spy on you, your family, your business and your friends in thousands of different ways. Taking over the microphone is only a small part of the ways a phone can be made to spy on you. Your phone can record your location, you voice vibrations, your mood, your thoughts, your sexual activity, your finances, your photos, your contacts (who it then goes off and infects) and a huge number of other things that you don't want recorded.*

319

Page 320  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

_Privacy watchdog under pressure to recommend facial recognition ban..._

_Alarming Rise of Smart Camera Networks..._

_AMAZON's Ring Doorbell Secretly Shares Private User Data With FACEBOOK..._

_The worst abusers of your privacy, personal information, politics and psychological information intentions are: Google, Facebook, Linkedin, Amazon, Netflix, Comcast, AT&T, Xfinity, Match.com & the other IAC dating sites, Instagram, Uber, Wells Fargo, Twitter, Paypal, Hulu, Walmart, Target, YouTube, PG&E, The DNC, Media Matters, Axciom, and their subsidiaries. Never, ever, put accurate information about yourself on their online form. Never, ever, sign in to their sites using your real name, phone, address or anything that could be tracked back to you._

_If you don't believe that every government hacks citizens in order to destroy the reputation of anyone who makes a public statement against the current party in power then read the public document at:  **https://www.cia.gov/library/readingroom/docs/CIA-RDP89-01258R000100010002-4.pdf**_

_That document shows you, according to the U.S. Congress, how far things can go._

_A program called ACXIX hunts down all of your records from your corner pharmacy, your taxi rides, your concert tickets, your grocery purchases, what time you use energy at your home, your doctor records...and all kinds of little bits of info about you and puts that a file about you. That file about you keeps growing for the rest of your life. That file sucks in other files from other data harvesting sites like Facebook and Google: FOREVER. The information in that file is used to try to control your politics and ideology._

_In recent science studies cell phones were proven to exceed radiation safety limits by as high as 11 times the 2-decade old allowable U.S. radiation limits when phones touch the body. This is one of thousands of great reasons to always remove the battery from your cell phone when you are not talking on it. A phone without a battery in it can't spy on you and send your data to your enemies._

_**If you are reading this notice, the following risks apply to you, Thanks to the Silicon Valley oligarchs:**_

_1. EVERY network is known to contain Intel, Cisco, Juniper Networks, AMD, QualComm and other hardware which has been proven to contain back-door hard-coded access to outside parties. This is a proven, inarguable fact based on court records, FISA data, IT evidence,_

320

*national news broadcasts, Congressional presented evidence and inventory records, ie: Krebs On Security, FireEye, ICIJ, Wikileaks Vault 9, EU, Global IT services, FBI.*

*2. Chinese, Russian FSB, Iranian and other state-sponsored hacking services as well as 14 year old domestic boys are able to easily enter your networks, emails and digital files because of this. They can enter your network at any time, with less than 4 mouse clicks, using software available to anyone. This is a proven, inarguable fact based on court records, FISA data, IT evidence and inventory records, ie: Krebs On Security, FireEye, ICIJ, Wikileaks Vault 9, EU, Global IT services, FBI.*

*3. Your financial office is aware of these facts and has chosen not to replace all of the at-risk equipment, nor sue the manufacturers who sold your organization this at risk equipment. They believe that the hassle and cost of replacement and litigation is more effort than the finance department is willing to undertake. This is a proven, inarguable fact based on court records, FISA data, IT evidence, national news broadcasts, Congressional presented evidence and inventory records, ie: Krebs On Security, FireEye, ICIJ, Wikileaks Vault 9, EU, Global IT services, FBI.*

*4. In addition to the existing tools that were on the internet, in recent years, foreign hackers have released all of the key hacking software that the CIA, DIA and NSA built to hack into any device. These software tools have already been used hundreds of times. Now the entire world has access to these tools which are freely and openly posted across the web. This is a proven, inarguable fact based on court records, FISA data, IT evidence, national news broadcasts, Congressional presented evidence and inventory records, ie: Krebs On Security, FireEye, ICIJ, Wikileaks Vault 9, EU, Global IT services, FBI.*

*5. The computers, servers, routers, cell phones, IP cameras, IP microphones, Smart Meters, Tesla's, "Smart Devices:", etc. and other devices openly broadcast their IP data and availability on the internet. In other words, many of your device broadcast a "HERE I AM" signal that can be pinged, scanned, spidered, swept or, otherwise, seen, like a signal-in-the-dark from anywhere on Earth and from satellites overhead. Your devices announce that they are available to be hacked, to hackers. This is a proven, inarguable fact based on court records, FISA data, IT evidence, national news broadcasts, Congressional presented evidence and inventory records, ie: Krebs On Security, FireEye, ICIJ, Wikileaks Vault 9, EU, Global IT services, FBI.*

*6. It is bad policy for your organization, or any organization, to think they are immune or have IT departments that can stop these hacks. NASA, The CIA, The White House, EQUIFAX, The*

*Department of Energy, Target, Walmart, American Express, etc. have been hacked hundreds of times. This is a proven, inarguable fact based on court records, FISA data, IT evidence, national news broadcasts, Congressional presented evidence and inventory records, ie: Krebs On Security, FireEye, ICIJ, Wikileaks Vault 9, EU, Global IT services, FBI.*

*7. The thinking: "Well, nobody would want to hack us", or "We are not important enough to get hacked" is the most erroneous and negligent thinking one could have in the world today. Chinese, Russian and Iranian spy agencies have a global "Facebook for blackmail" and have been sucking up the data of every entity on Earth for over a decade. If the network was open, they have the data and are always looking for more. The same applies to Google and Facebook who have based their entire business around domestic spying and data re-sale. This is a proven, inarguable fact based on court records, FISA data, IT evidence, national news broadcasts, Congressional presented evidence and inventory records, ie: Krebs On Security, FireEye, ICIJ, Wikileaks Vault 9, EU, Global IT services, FBI.*

*8. You are a "Stepping Stone" doorway to other networks and data for targeted individuals and other entities. Your networks provide routes into other people's networks. The largest political industry today is called "Doxing" and "Character Assassination". Billions of dollars are expended by companies such as IN-Q-Tel - (DNC); Gawker Media - (DNC); Jalopnik - (DNC); Gizmodo Media - (DNC); K2 Intelligence - (DNC); WikiStrat - (DNC); Podesta Group - (DNC); Fusion GPS - (DNC/GOP); Google - (DNC); YouTube - (DNC); Alphabet - (DNC); Facebook - (DNC); Twitter - (DNC); Think Progress - (DNC); Media Matters - (DNC); Black Cube - (DNC); Mossad - (DNC); Correct The Record - (DNC); Sand Line - (DNC/GOP); Blackwater - (DNC/GOP); Stratfor - (DNC/GOP); ShareBlue - (DNC); Wikileaks (DNC/GOP); Cambridge Analytica - (DNC/GOP); Sid Blumenthal- (DNC); David Brock - (DNC); PR Firm Sunshine Sachs (DNC); Covington and Burling - (DNC), Buzzfeed - (DNC) Perkins Coie - (DNC); Wilson Sonsini - (DNC)  and hundreds of others to harm others that they perceive as political, personal or competitive threats. Do not under-estimate your unintended role in helping to harm others. This is a proven, inarguable fact based on court records, FISA data, IT evidence, national news broadcasts, Congressional presented evidence and inventory records, ie: Krebs On Security, FireEye, ICIJ, Wikileaks Vault 9, EU, Global IT services, FBI.*

*9. NEVER believe that you are too small to be noticed by hackers. Parties who believe that are the hackers favorite targets. This is a proven, inarguable fact based on court records, FISA data, IT evidence, national news broadcasts, Congressional presented evidence and inventory records, ie: Krebs On Security, FireEye, ICIJ, Wikileaks Vault 9, EU, Global IT services, FBI.*

322

10. NEVER believe that because the word "DELL" or "IBM" or "CISCO" is imprinted on the plastic cover of some equipment that you are safe. Big brands are targeted by every spy agency on Earth and are the MOST compromised types of equipment. This is a proven, inarguable fact based on court records, FISA data, IT evidence, national news broadcasts, Congressional presented evidence and inventory records, ie: Krebs On Security, FireEye, ICIJ, Wikileaks Vault 9, EU, Global IT services, FBI.

11. YOU may not personally care about getting exposed but the person, or agency, you allow to get exposed will be affected for the rest of their lives and they will care very much and could sue you for destroying them via negligence. Be considerate of others in your "internet behavior". Do not put anything that could hurt another on any network, ever. This is a proven, inarguable fact based on court records, FISA data, IT evidence, national news broadcasts, Congressional presented evidence and inventory records, ie: Krebs On Security, FireEye, ICIJ, Wikileaks Vault 9, EU, Global IT services, FBI.

12. Never post your real photograph online, or on a dating site social media or on any network. There are thousands of groups who scan every photo on the web and cross check those photos in their massive databases to reveal your personal information via every other location your photo is posted. These "image harvesters" can find out where you, who your friends and enemies are and where your kids are in minutes using comparative image data that they have automated and operating around the clock.  This is a proven, inarguable fact based on court records, FISA data, IT evidence, national news broadcasts, Congressional presented evidence and inventory records, ie: Krebs On Security, FireEye, ICIJ, Wikileaks Vault 9, EU, Global IT services, FBI.

13. If you think using web security measures like this makes you "paranoid", then think again. Cautious and intelligent people use these security measures because these dangers are proven in the news headlines daily. Uninformed, naive and low IQ people are the types of people who do not use good web hygiene and who suffer because they are not cautious and are not willing to consider the consequences of their failure to read the news and stay informed.

*'Gotham' software written by Palantir shows how government agencies, or anybody, can use very little information to obtain quick access to anyone's personal minutiae…."*

# Google is a criminally corrupt organization:

From INSIDE Google, Plaintiffs team saw Google manipulate the entire internet to hype up Larry Page's "boyfriend": Elon Musk and Tesla, which Google execs owned a portion of, while

sabotaging Tesla's competitors. Google illicitly and illegally timed these manipulations with stock market pump-and-dump efforts to exploit insider trading. That is a felony violation of RICO, Antitrust and other laws. Every single thing that Google does is contrived to harm a competitor, a politician, an employee whistle-blower or some other business adversary. There are no "bugs", "operator errors", "server anomalies" or other media "accidents" at Google. Everything Google does is contrived, at a psychological warfare kind of level, to change a social perception.

Google must show its software to FBI, SEC, FTC and Plaintiffs search engine optimisation experts to prove that they did not engage in these crimes. The fact is: Plaintiffs can prove they did the crimes and FBI experts can help us prove it!

In a similar case unfolding in Britain over whether Google wrongly demoted price comparison rival Foundem from its search results in favour of paid-for adverts, Google must now decide which it values more: the algorithms that rank its search results, or its stance that manually fiddling with those results to promote its own paid-for products over rivals' sites doesn't break competition laws.

High Court judge Mr Justice Roth posed the stark question ( https://www.bailii.org/ew/cases/EWHC/Ch/2020/657.html  ) to Google's lawyers in mid-March, just as the global coronavirus situation began triggering governmental responses in the West.

Foundem had asked for legal permission to bring in independent expert Philipp Klöckner to read confidential documents disclosed by Google in court.

Those documents were court exhibits filed by Google engineers Cody Kwok and Michael Pohl. They sought, as the judge put it, "to explain the operation and aims of Google's ranking algorithms, and how they have been applied to shopping comparison sites generally and Foundem in particular".

Foundem has been pursuing Google since 2006, when a flip of the switch at Mountain View (  https://www.theregister.co.uk/2009/11/19/google_hand_of_god/  ) caused the price-comparison site to vanish down Google's search rankings. Foundem argues that Google's demotion of it was a deliberate act to penalise a commercial rival and an abuse of Google's dominant market position.

Google denies this and is defending a High Court claim from Foundem as well as an EU competition investigation triggered by the website. The High Court case is stuck at a very early stage, despite having been filed in 2012, thanks to the EU investigation. ( https://www.theregister.co.uk/2015/04/02/lawsuit_against_google_delayed_by_eu_commish/  )

324

Page 325  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

Foundem's lawyers, the company argued in the High Court, wouldn't be able to understand the technical algorithm evidence without having an SEO expert on hand. While not disputing this, Google strongly objected to Klöckner because he is a working SEO consultant: the Chocolate Factory is terrified of the SEO industry getting a proper glimpse under the bonnet and seeing how the search engine really operates. It told Mr Justice Roth:

The integrity of Google's ranking processes relies upon all webmasters or website owners having the same degree of access to information about Google's ranking... This will no longer be the case if information of this kind is made available to some individuals offering commercial services to assist companies to improve their Search ranking.

It also claimed Klöckner was potentially biased against it because he had done work for Trivago and Visual Meta, two firms that previously complained to the EU Commission about Google's anti-competitive practices.

Foundem suggested Google could simply withdraw the evidence so nobody would need to read it, while Google dug in and insisted the evidence was vital to help prove its case that nothing bad was done here. Thus Mr Justice Roth gave the adtech monolith a choice. Either it could withdraw the evidence as Foundem suggested, or it could agree to let Klöckner read the algorithm papers. The SEO expert would be given legal permission to enter two so-called confidentiality rings where he could read unredacted copies of the documents and talk to lawyers about them.

"If Google maintains its present course, then for the reasons I have explained I will grant the application that Mr Klöckner be admitted to those two rings until further order," said the judge! Plaintiffs are strongly advocating for full Court review of Google's manipulations in every possible Court.

Google is a criminal operation. It's executives have been publicly exposed as participants in horrific sex scandals, money laundering, political bribery and racism. It is time for the bought and paid shill politicians to stop protecting them!

One of the "Godfather's" of the Silicon Valley Cartel is Eric Schmidt. He is typical of the Cartel bosses that know each other, date each other, party together, use the same lawyers, get involved in the same sex scandals and lawsuits and pay stock bribes to the same politicians.



325

In July 2016, Raymond Thomas, a four-star general and head of the U.S. Special Operations Command, hosted a guest: Eric Schmidt, the chairman of Google.

General Thomas, who served within the 1991 gulf war and deployed many times to Afghanistan, spent the higher half of a day showing Mr. Schmidt around Special Operations Command's headquarters in Tampa, Fla. They scrutinized prototypes for a robotic exoskeleton suit and joined operational briefings, which Mr. Schmidt needed to study extra about as a result of he had recently begun advising the military on technology.

After the go-to, as they rode in a Chevy Suburban towards an airport, the conversation turned to a form of artificial intelligence.

"You absolutely suck at machine learning," Mr. Schmidt informed General Thomas, the officer recalled. "If I got under your tent for a day, I could solve most of your problems." General Thomas said he was so offended that he needed to throw Mr. Schmidt out of the car, however refrained.

Four years later, Mr. Schmidt, 65, has channeled his blunt assessment of the military's tech failings into a private campaign to revamp America's defense forces with extra engineers, extra software program and extra A.I. In the method, the tech billionaire, who left Google last year, ( https://www.nytimes.com/2019/04/30/business/alphabet-board-eric-schmidt-diane-greene.html ) has reinvented himself because of the prime liaison between Silicon Valley and the national security community.

Mr. Schmidt now sits on two government advisory boards aimed toward bounce beginning technological innovation in the Defense Department. His confidants embrace former Secretary of State Henry Kissinger and ex-Deputy Defense Secretary Robert Work. And by means of his personal enterprise capital agency and a $13 billion fortune, Mr. Schmidt has invested millions of {dollars} into more than half a dozen defense start-ups.

In an interview, Mr. Schmidt — by turns thoughtful, pedagogical and hubristic — stated he had embarked on an effort to modernize the U.S. military because it was "stuck in software in the 1980s."

326

Page 327  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

He portrayed himself as a successful technologist who didn't consider in retirement and who owed a debt to the country (  https://www.nytimes.com/2020/02/27/opinion/eric-schmidt-ai-china.html  ) for his wealth — and who now had time and perception to resolve one of America's hardest issues. The purpose, he stated, "should be to have as many software companies to supply software of many, many different kinds: military, H.R. systems, email systems, things which involve military intelligence, weapons systems and what have you."

Mr. Schmidt is urgent ahead with a Silicon Valley worldview the place advances in software program and A.I. are the keys to determining nearly any situation. While that philosophy has led to social networks that spread disinformation ( https://www.nytimes.com/2018/11/14/technology/facebook-data-russia-election-racism.html  ) and different unintended penalties, Mr. Schmidt stated he was convinced that making use of new and comparatively untested technology to complex conditions — together with lethal ones — would make service members extra environment friendly and bolster the United States in its competition with China.

His techno-solutionism is difficult by his ties to Google. Though Mr. Schmidt left the corporate's board final June and has no official working function, he holds $5.Three billion in shares of Google's parent, Alphabet. He also stays on the payroll as an adviser, incomes a $1 annual wage, with two assistants stationed at Google's Silicon Valley headquarters.

That has led to allegations that Mr. Schmidt is placing Google's financial pursuits forward of different concerns in his protection work. Late final yr, a federal court ordered a congressional advisory committee he leads to flip over data that would make clear whether or not Mr. Schmidt had advocated his business interests whereas heading the group.

Mr. Schmidt stated he had adopted guidelines to keep away from conflicts. "Everybody is rule-bound at the Pentagon, and we are too," he stated.

Google and the Defense Department declined to touch upon Mr. Schmidt's work.

Even without these issues, shifting the military's path isn't any easy process. While Mr. Schmidt has helped generate reports and recommendations about know-how for the Pentagon, few have been adopted. (  https://www.facadatabase.gov/FACA/apex/FACAPublicCommittee?id=a10t0000001gzneAAA  )

"I'm sure he'll be frustrated," stated Representative Mac Thornberry, a Republican of Texas who nominated Mr. Schmidt in 2018 to an advisory committee on A.I. "Unlike the private sector, you can't just snap your fingers and make it happen."

Mr. Schmidt acknowledged that progress was sluggish. "I am bizarrely told by my military friends that they have moved incredibly fast, showing you the difference of time frames between the world I live in and the world they live in," he stated.

But he stated he had little intention of backing down. "The way to understand the military is that the soldiers spend a great deal of time looking at screens. And human vision is not as good as computer vision," he stated. "It's insane that you have people going to service academies, and we spend an enormous amount of training, training these people, and we put them in essentially monotonous work."

Mr. Schmidt's first brush with the military got here in 1976, whereas he was in graduate college on the University of California, Berkeley. There, he centered on research on distributed computing, funded by cash from Darpa, an analysis arm of the Defense Department.

The work catapulted Mr. Schmidt into his technology profession. After finishing his graduate studies in pc science, he labored at various tech firms for more than twenty years, together with the networking software maker Novell. In 2001, Google appointed him chief govt.

The search engine firm was then in its infancy. Its 20-something founders, Larry Page and Sergey Brin, were contemporary out of a Stanford University doctorate program and had little business expertise. Mr. Schmidt was hired to assist information them, offering "adult supervision," which he did — after which some.

Mr. Schmidt took Google public in 2004 ( https://www.nytimes.com/2004/04/30/business/the-google-ipo-wall-street-an-egalitarian-auction-bankers-are-not-amused.html ) and built it right into a behemoth, diversifying into smartphones, cloud computing and self-driving cars. ( https://www.nytimes.com/2010/10/10/science/10google.html ) The success turned him right into an enterprise movie star. In 2009, he served as a tech adviser to the Obama administration.

In 2011, with Google price almost $400 billion, the corporate introduced Mr. Page was able to resume the C.E.O. reins. Mr. Schmidt turned govt chairman.

In that function, Mr. Schmidt took on new tasks, many of which introduced him to Washington. In 2012, he participated in categorized briefings on cybersecurity with Pentagon officers as half of the Enduring Security Framework program. In 2015, he attended a seminar on the banks of the Potomac River, hosted by then-Defense Secretary Ash Carter, on the use of know-how inside the government.

"It was all interesting to me," Mr. Schmidt stated. "I didn't really know much about it."

328

Page 329  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

He additionally traveled to North Korea, Afghanistan and Libya whereas writing a guide about know-how and diplomacy, and dabbled in politics, lending technical assist to Hillary Clinton within the run-up to her 2016 presidential marketing campaign.

His enterprise capital fund, Innovation Endeavors, was lively too. It invested in start-ups like Planet Labs, which operates satellites and sells the imagery to protection and intelligence companies, and Team8, a cybersecurity firm based by former Israeli intelligence members.

At the 2016 World Economic Forum in Davos, Switzerland, Mr. Carter requested Mr. Schmidt to fulfill. He had a proposal: Could Mr. Schmidt lead the Defense Innovation Board, a civilian advisory group tasked with bringing new technology to the Pentagon?

"We were in one of these dumpy hotels, and there he is with his small entourage walking in, and he basically said to me, 'This is what I want to do. You'd be the perfect person to be chairman,'" Mr. Schmidt said.

Mr. Schmidt said he turned down the function as a result of he was busy and had no military background. But Mr. Carter argued that Mr. Schmidt's tech experience was wanted, because the U.S. military — which had as soon as been a middle of innovation — was falling behind companies like Google and Facebook in software and A.I.

Mr. Schmidt finally agreed. (Mr. Carter didn't reply to requests for remark.)

As head of the Defense Innovation Board, Mr. Schmidt started touring navy bases, plane carriers and plutonium strongholds. The journeys, which took Mr. Schmidt to about 100 bases in locations like Fayetteville, N.C., and Osan, South Korea, have been a definite break from his well-heeled life in Silicon Valley.

"You want to see these things," Mr. Schmidt stated. "I received the nuclear missile tour. Things which are exhausting. I received a tour of [Cheyenne Mountain](https://www.norad.mil/About-NORAD/Cheyenne-Mountain-Air-Force-Station/) ( https://www.norad.mil/About-NORAD/Cheyenne-Mountain-Air-Force-Station/  ) so I might perceive what their actuality was."

One of the primary journeys was to Tampa to go to General Thomas, who is named Tony, the place Mr. Schmidt saw maps and reside video feeds displayed on huge screens. "Eric's observation was that a huge part of what the military does is it sits and watches," stated Josh Marcuse, the then executive director of the Defense Innovation Board who was on the journey.

The visits made tangible what Mr. Carter had told Mr. Schmidt about how the military was lagging in technology. Mr. Schmidt quickly made ideas to vary that.

Some of his concepts have been impractical. Eric Rosenbach, then the chief of workers to Mr. Carter, recalled Mr. Schmidt as soon as telling him that the Pentagon can be higher off if it employed nobody however engineers for a year.

Others have been helpful. At an Air Force facility in Qatar in 2016, Mr. Schmidt visited officers who scheduled flight paths for the tankers that refueled planes. They used a white board and dry-erase markers to set the schedule, taking eight hours to finish the duty.

Mr. Schmidt stated he recalled considering, "Really? This is how you run the air war?" Afterward, he and others on the Defense Department labored with the tech company Pivotal to ship software to the officers.

On one other journey to a navy base in South Korea in 2017, an intelligence analyst complained to Mr. Schmidt that the software program he used to evaluate surveillance movies from North Korea was clunky.

"Let me guess," Mr. Schmidt said, according to a Defense Department aide who traveled with him. "You don't have the flexibility to change that."

In December 2017, Mr. Schmidt stepped down as Google's chairman however remained on the board. He said he was seeking a brand new chapter.

"If I stayed as chairman, then next year would have been the same as the previous year, and I wanted a change of emphasis," said Mr. Schmidt. "As chairman of Google, what I did is I ran around and gave speeches, and went to Brussels and all the things that Google still does today. It's much better to work on these new things for me."

Google declined to comment on Mr. Schmidt's departure as chairman.

By then, Mr. Schmidt's ties to Google had induced issues in his protection work. In 2016, Roma Laster, a Defense Department worker, filed a complaint on the company elevating considerations about Mr. Schmidt and conflicts of curiosity, Mr. Marcuse stated.

In the complaint, earlier reported by ProPublica (  https://www.propublica.org/article/how-amazon-and-silicon-valley-seduced-the-pentagon  ) , Ms. Laster, who labored with the Defense Innovation Board, said Mr. Schmidt had requested a service member what cloud computing providers their unit used and whether or not they had thought-about options. She stated Mr. Schmidt confronted a battle of interest as a result of he worked for Google, which additionally gives cloud services.

Page 331  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

Mr. Marcuse, who now works at Google, said Mr. Schmidt was "scrupulous and diligent" in avoiding conflicts. Mr. Schmidt said he adopted the principles forbidding conflicts of interest. Ms. Laster didn't reply to requests for remark.

Mr. Schmidt quickly received caught up in one other situation between Google and the military. Google had signed a contract in 2017 to assist the Pentagon to construct methods to automatically analyze drone footage to identify particular objects like buildings, vehicles, and people.

Mr. Schmidt was a proponent of the hassle, known as Project Maven. He stated he inspired the Pentagon to pursue it and testified in Congress in regards to the undertaking's deserves, however was not concerned within the company's selection of Google.

But the effort blew up (  https://www.nytimes.com/2018/05/30/technology/google-project-maven-pentagon.html  ) in 2018 when Google employees protested ( https://www.nytimes.com/2018/04/04/technology/google-letter-ceo-pentagon-project.html  ) and stated they didn't need their work to result in deadly strikes. More than 3,000 staff signed a letter to Mr. Pichai, saying the contract would undermine the general public's belief within the firm.

It was a black eye for Mr. Schmidt. Military officers, who stated Project Maven was not getting used for deadly missions, condemned Google for abandoning the contract. Google staff additionally criticized Mr. Schmidt's ties to the Pentagon.

"He has very different goals and values than the engineers at his company," stated Jack Poulson, a Google worker who protested Mr. Schmidt's military work and who has since left the company.

Mr. Schmidt said he sidestepped discussions about Project Maven as a result of of conflict-of-interest guidelines, however wished he might have weighed in. "I would have certainly had an opinion," he stated.

Last April, Mr. Schmidt announced ( https://twitter.com/ericschmidt/status/1123324575436214272  ) he deliberate to go away Google's board. He had helped create an A.I. middle backed by the Pentagon in 2018 and had additionally turn into co-chair of the National Security Commission on Artificial Intelligence, a brand new group advising Congress on developing A.I. for defense.

A month after leaving Google, Mr. Schmidt invested in Rebellion Defense, a software program start-up based by former Defense Department staff that analyzes video gathered through drone. His enterprise agency later put more cash into the company, and Mr. Schmidt joined its board.

331

Page 332   EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

The funding led to extra bother. The Electronic Privacy Information Center, a nonprofit privateness and civil liberties group, sued the A.I. commission last September for failing to show over data. EPIC said the group was stacked with industry executives like Mr. Schmidt and others from Microsoft, Amazon and Oracle, who could potentially sway the government in favor of their companies' interests.

Mr. Schmidt was underneath scrutiny as a result of of Rebellion Defense and the way he might push the government to make use of the start-up's services, EPIC said.

"We don't have any public disclosure about what information Eric has provided to the commission about his business interests," said John Davisson, a legal professional at EPIC.

In December, a district court dominated the A.I. fee should disclose the data requested by EPIC. The fee has launched a whole lot of pages of paperwork, most of which don't contain Mr. Schmidt or his companies. EPIC stated extra data are set to be launched.

Chris Lynch, the chief executive of Rebellion Defense, said Mr. Schmidt suggested the company solely on hiring and growth. Mr. Schmidt said he didn't advocate for the Defense Department to purchase technology from the start-up.

He has continued plowing forward. In November, he unveiled a $1 billion dedication by means of Schmidt Futures, the philanthropic agency that he runs along with his spouse, Wendy, to fund education for those who want to work in public service.

**Google's Eric Schmidt's 'open marriage' and his string of ...**

https://www.dailymail.co.uk/news/article-2371719/Googles-Eric-Schmidts-open-marriage-string-exotic-lovers.html

**Eric Schmidt**, Google's executive chairman, has embarked on a string of affairs with younger women, including a vivacious TV presenter who dubbed him 'Dr Strangelove', a leggy blonde public ...

**Eric Schmidt may still be married but he's NYC's hottest ...**

https://pagesix.com/2019/08/03/ex-google-ceo-eric-schmidt-may-still-be-married-but-hes-nycs-hottest-bachelor/

The hottest bachelor in NYC right now is 64 — and married. But that's not stopping gorgeous women from lining up to date former Google CEO **Eric Schmidt**, who is said to be worth $13.3 billion ...

**Google's top lawyer allegedly had affairs with multiple ...**

Page 333  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

https://www.theverge.com/2019/8/29/20837232/google-david-drummond-chief-legal-officer-cheating-wife-affair-policies

Blakely says "blatant womanizing and **philandering**" was commonplace among some Google executives, an allegation which has been reported about Google higher-ups like **Eric Schmidt**, Sergey Brin, and ...

**Google's top lawyer accused of repeated romances with ...**

https://nypost.com/2019/08/29/googles-top-lawyer-accused-of-repeated-romances-with-underlings/

Aug 29, 2019Google's top lawyer routinely ignored company rules regarding dalliances with underlings — and pointed to the lecherous ways of top Googler **Eric Schmidt** to justify his **philandering**, an ...

**TomoNews | Google's philandering exec Eric Schmidt cares ...**

us.tomonews.com/google-s-philandering-exec-eric-schmidt-cares-about-his-privacy-not-yours-2923454

Google's **philandering** exec **Eric Schmidt** cares about his privacy, not yours 2013/07/23. NSFW Google exec **Eric Schmidt** is a love machine at age 58, which is quite an achievement considering how dorky he looked during what should have been his sexual prime three decades ago. For all you dudes who have trouble with the ladies, **Schmidt** is living ...

**EXCLUSIVE: Google boss Schmidt spending big ... - Page Six**

https://pagesix.com/2013/07/25/exclusive-google-boss-schmidt-spending-big-bucks-on-womanizing/

**Eric** and Wendy **Schmidt** (Getty)Schmidt has been seeing pianist Chau-Giang Thi Nguyen (pictured here with former fiance Brian Grazer) (Getty)Google boss **Eric Schmidt** is spending millions to keep his …

**Married billionaire Eric Schmidt's girlfriend says they'll ...**

https://www.dailymail.co.uk/news/article-7319869/Married-billionaire-Eric-Schmidts-girlfriend-says-theyll-kids-using-frozen-embryos.html

Married billionaire **Eric Schmidt's** alleged mistress, 32, 'asked the 64-year-old ex-Google CEO to fertilize her frozen eggs, but he declined' - but she still hopes the pair will have FIVE babies ...

**The Many Women of Eric Schmidt's Instagram - Gawker**

valleywag.gawker.com/the-many-women-of-eric-schmidts-instagram-913796517

If there's one thing you should know about Google's Director of Open Marriage Engineering, **Eric Schmidt**, it's that he loves to fuck. He's also following a select, interesting assortment of people on Instagram, and by interesting I mean a lot of models and women in swimwear.

**Google's philandering exec Eric Schmidt cares about his ...**

https://www.youtube.com/watch?v=72wlClEZW8s

Google exec **Eric Schmidt** is a love machine at age 58, which is quite an achievement considering how dorky he looked during what should have been his sexual prime three decades ago. For all you ...

**Former Lover Exposes Eric Schmidt - American Intelligence ...**

https://aim4truth.org/2019/07/02/former-lover-exposes-eric-schmidt/

The following is a transcript of an interview with a Google/Facebook/DARPA insider that was conducted with a member of the Anonymous Patriots, a citizen journalist group aligned with the American Intelligence Media. The person interviewed wishes to remain anonymous and for purposes of the interview will be called Jane Doe. This conversation took place on…

**Google Deletes Videos Accusing It of Election Manipulation from YouTube... Which It Owns (thefreethoughtproject.com) (** https://thefreethoughtproject.com/youtube-removes-video-election-meddling/ )

**With All These Big Tech Revelations,** (  http://archive.fo/PpwKt  )

**GOOGLE EXECS PANIC! Go Into Hiding - Delete Social Media Accounts After James O'Keefe's Latest Exposé** (  https://www.thegatewaypundit.com/2019/06/google-executives-go-into-hiding-and-delete-their-social-media-accounts-after-james-okeefes-latest-expose/  )

**White House Slams Google As Veritas Censorship Controversy Escalates (bitchute.com)** (  https://www.bitchute.com/video/MT2yTSet_1Y/  )

**Google's NSA Again Exposed For Unauthorized Collection Of Americans' Phone Records (zerohedge.com)** (  https://www.zerohedge.com/news/2019-06-26/nsa-again-exposed-unauthorized-collection-americans-phone-records  )

**What exactly is google's business model besides selling ads no one clicks on and selling people's data to the NSA? (AskVoat)** (  https://voat.co/v/AskVoat/3299607  )

334

Page 335   EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

**So the "russian hackers" meddling in the election was Google all along. Why isn't this the biggest story in America right now? None of the "trusted" news sources have commented on this at all. (politics) (**  https://voat.co/v/politics/3298699  )

**Google stealthily infuses political agenda into products** (
https://www.theepochtimes.com/google-stealthily-infuses-political-agenda-into-products-to-prevent-trump-reelection-insiders-documents-say_2976582.html  )

**Google Chrome is Tracking Your Every Move and Storing It, This is How to Stop It**
(  https://thefreethoughtproject.com/google-tracking-location-history/  )

**Google Chrome Has Become Surveillance Software, It's Time to Switch | (archive.fo)**
(  https://archive.fo/Wordc  )

**2020 Election; Subliminal Google Messages to Alter Outcome ...**

https://www.youtube.com/watch?v=LBmByyFkRlo

**Google**, Facebook, Amazon, Microsoft, and Apple: these companies, the big 5, know almost everything about your life. They know what websites you go to, what y...

**MSNBC segment on Hidden and Subliminal Messages Found In ...**

**2020 Election; Subliminal Google Messages to Alter Outcome?**

https://www.zachdrewshow.com/episodes/2020-election-subliminal-google-messages-to-alter-outcome/

**Google** manipulates your searches for you to be subconsciously swayed — let that sink in. We are dealing with that today. 2020 Election: Who Decides? **Google** meddling with the 2020 election? We will cover it, but also go back in history and explain that this is NOT a new development. Manipulation, deception: It starts often as **subliminal**.

**Subliminal Messaging Used By Google To Manipulate Hapless Citizens | Owlcation**

**Sneaky Subliminal Messages Hidden in Google Ads | Mental Floss**

mentalfloss.com/article/67223/7-sneaky-subliminal-messages-hidden-ads

The FCC fielded the incident, and subsequently condemned such tactics as being "contrary to the public interest"; it's believed to be the first example of **subliminal** advertising on television.

335

**Google's Dirty Subliminal Messages You'd Never Notice in Everyday Life ...**

https://www.cracked.com/photoplasty_386_17-subliminal-messages-youd-never-notice-in-everyday-life/

17 **Subliminal Messages** You'd Never Notice in Everyday Life ... Twitter. **Google** Plus. Stumble Upon. ... We asked you to show us your inner-Banksy by adding **subliminal** ...

**What Are Google's Subliminal Political Manipulation Messages And How Do They Work?**

Investigator Haley Kennington points out that *Google v. Oracle —* is the "copyright case of the century" . (  https://www.natlawreview.com/article/google-v-oracle-will-software-be-free  )

This decade-long dispute will determine whether Google's unauthorized replication of more than 11,000 lines of Oracle's Java was illegal.

When Apple's iPhone hit stores in 2007, Google needed to develop a similar concept to remain competitive.  Java, Google thought, would serve as the basis for its own operating system.  But rather than license the software outright, the company instead chose to steal the code and ask for forgiveness later.

As demonstrated through the ongoing court case, Google discussed licensing Java in 2005 in emails to Sun Microsystems but then walked away from the negotiations.  Google's leadership allegedly  wrote, (  https://www.wired.com/2012/04/android-google-oracle/    )"If Sun doesn't want to work with us, we have two options: 1) Abandon Plaintiffs work and adopt MSFT CLR VM and C# language, or 2) Do Java anyway and defend Plaintiffs decision, perhaps making enemies along the way."  This appears to be indubitable proof that Google was aware that the code was copyrightable.

This shouldn't come as a surprise.  A top lawyer for Google once admitted  ( https://www.sfgate.com/books/article/In-the-Plex-The-Googlization-of-Everything-2375189.php ) that "Google's leadership doesn't care terribly much about precedent or law."  The company seems to think that its high-priced lawyers and endless monetary resources can always rewrite the rules of the road to meet the company's financial interests.

Google's strategy of ostensibly stealing intellectual property appears to rely on the plaintiff's inability to withstand the years of costly litigation and legal delay tactics that it brings against its challengers.  This practice has been coined in the I.P. space as "efficient infringement. (  https://www.law360.com/articles/1245477  ) "  Similar claims have been made over the years from companies such as the speaker company Sonos, the lyric website Genius, and the review site Yelp!, all of which allege that Google has stolen their content, software, or other technologies.

Page 337  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

Unfortunately for Google, efficient infringement in the *Google v. Oracle* case was a nonstarter.  Oracle is a much bigger plaintiff challenger than the other companies it has faced in years past, and it had no problem holding firm over the last ten years of Google's legal delay tactics.  Now, after a decade, the case finds itself in the high court's hands.

Previously, the U.S. Court of Appeals for the Federal Circuit stated that Google's decision to move the code directly to another platform without any alterations wasn't "fair use" since it wasn't transformative and was used just for one company's financial gain.  When reviewing the facts and matters of law in this case, it becomes abundantly clear that it made the right call.

In the coming weeks, the Supreme Court should confirm the U.S. Court of Federal Claims' findings.  It should not try to "correct" the software industry for Google, ***one of the most predatory companies in modern times***.  Deep down, even Google itself likely knows that the coding it lifted is copyrightable.  The company has endless cash and appears to want to use it to carve out I.P. loopholes for itself.  That should not be tolerated — not today, not tomorrow, not ever.

Google spied on Plaintiffs, copy their software, business models, blockaded their patents, ran black-lists that got them sued by the DOJ and still continues to operate like the technology branch of the Mafia.

Page 338  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

THE SILICON VALLEY CARTEL

**BOSSES** — Steve Westly, Elon Musk, Larry Page, Sergy Brin, Steve Spinner, Jared Cohen, Mark Zuckerberg, Vinod Khosla, et al

**OPERATIVES** — David Plouffe, David Brock, et al

COORDINATING LOCATIONS:
Bin Restaurant
Rosewood Meeting Rooms
4 Seasons Meeting Rooms
Davos Meeting Rooms
Private Homes in Woodside
Private Homes in Atherton,
Lawyers Offices, et al

**CONTRACTORS** — Perkins Coie, Mossack Fonseca, GOOGLE, Facebook, Wilson Sonsini, Gawker/Gizmodo, Deloitte, McKinsey Consulting, Fusion GPS, Black Cube, PsyOps, et al

TRANSACTION POINTS: Billions of dollars of Google, Twitter, Facebook, Tesla, Netflix and Sony Pictures stock and stock warrants which is never reported to the FEC; Billions of dollars of Google, Twitter, Facebook, Tesla, Netflix and Sony Pictures search engine rigging and shadow-banning which is never reported to the FEC; Free rent; Rare-Earth mining rights; Male and female prostitutes; Cars; Dinners; Party Financing; Sports Event Tickets; Political campaign printing and mailing services "Donations"; Secret PAC Financing; Jobs in Corporations in Silicon Valley For The Family Members of Those Who Take Bribes and Those Who Take Bribes; "Consulting" contracts from McKinsey as fronted pay-off gigs; Overpriced "Speaking Engagements" which are really just pay-offs conduited for donors; Gallery art; Private jet rides and the use of Government fuel depots (ie: Google handed out NASA jet fuel to staff); Recreational drugs; Real Estate; Fake mortgages; The use of Cayman, Boca Des Tores, Swiss and related money-laundering accounts; The use of HSBC, Wells Fargo, Goldman Sachs and Deustche Bank money laundering accounts and covert stock accounts; Free spam and bulk mailing services owned by Silicon Valley corporations; Use of high tech law firms such as Perkins Coie, Wilson Sonsini, MoFo, Covington & Burling, etc. to conduit bribes to officials

**POLITICIANS** — Dianne Feinstein, Yee, et al

POLITICAL DECISIONS AND COMPETITOR LOCK-OUTS

BUSINESS BLACK-LISTS

COORDINATED STOCK MARKET MANIPULATIONS VIA LAYERED COMMUNICATIONS ON GUST, GOOGLE DOCS AND EMAIL, COVERT FLASH-BOY AND PUMP SOFTWARE:

**Recap:**

*THE INVESTIGATIONS OF THE CORRUPTION AT GOOGLE: Google exists to mass manipulate populations and run stock market scams for Google's owners. From INSIDE Google, Plaintiffs team saw Google manipulate the entire internet to hype up Larry Page's "boyfriend': Elon Musk and Tesla, which Google execs owned a portion of, while sabotaging Tesla's competitors. Google illicitly and illegally timed these manipulations with stock market pump-and-dump efforts to exploit insider trading. That is a felony violation of RICO, Antitrust and other laws.*

338

*Every single thing that Google does is contrived to harm a competitor, a politician, an employee whistle-blower or some other business adversary. There are no "bugs", "operator errors", "server anomalies" or other media "accidents" at Google. Everything Google does is contrived, at a psychological warfare kind of level, to change a social perception.Google must show its software to FBI, SEC, FTC and Plaintiffs search engine optimisation experts to prove that they did not engage in these crimes.*

*The fact is: We can prove they did the crimes and FBI experts can help us prove it! Google is known as the "Nazi's of the Internet". In a case unfolding in Britain over whether Google wrongly demoted price comparison rival Foundem from its search results in favour of paid-for adverts, Google must now decide which it values more: the algorithms that rank its search results, or its stance that manually fiddling with those results to promote its own paid-for products over rivals' sites doesn't break competition laws. The integrity of Google's ranking processes relies upon all webmasters or website owners having the same degree of access to information about Google's ranking... This will no longer be the case if information of this kind is made available to some individuals offering commercial services to assist companies to improve their Search ranking.*

*Google is a criminal operation. It's executives have been publicly exposed as participants in horrific sex scandals, money laundering, political bribery and racism. It is time for the bought and paid shill politicians to stop protecting them! - Google spies on competitors and steals their technology - Google runs tens of millions of dollars of defamation attacks against competitors - Google hides all media and news coverage for competitors of Larry Page's boyfriend: Elon Musk - Google lies to the public about what they really do with the public's data - Google promotes illegal immigration in order to get cheap labor and control votes - Google runs VC funding back-lists against start-ups that are competitive -*

*Google bribes thousands of politicians - Google is a criminal RICO-violating monopoly - Google rigs the stock market with Flash-boy, Pump/Dump and Microblast SEC violating computer tricks - Google pays bribes to politicians in Google and YouTube stock - Google manipulates who gets to see what web-sites, globally, for competitor black-lists - Google has a "no poaching" Silicon Valley jobs blacklist - Google bosses sexually abuse women and young boys - Google bosses run sex trafficking operations in the Epstein and NXVIUM cults - Google bosses control the NVCA financing cartel over start-ups - Google has placed the majority of the corporate staff in at least one White House - Google controls national elections for anti-competitive purposes - The company "Polyhop", in the HOUSE OF CARDS tv show, does all the crimes that Google actually does in reality - Google's law firms, like Wilson Sonsini, are corrupt conduits for payola and political conduit-relays -*

339

Page 340  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

*Google bribes some politicians with revolving door jobs - Google is primarily responsible for destroying the Bay Area Housing opportunities - Google runs DDoS attacks on competitors by massively crawling their sites - Google boss Andy Rubin runs a sex slave farm according to his own family - Google boss Eric Schmidt was a philandering sex-penthouse owner according to vast news articles - Google executives hire so many hookers that one of them, Mr. Hayes, was killed by his hooker - Google executives sexually abuse so many women that the women staff of Google walked out one day - In the 2009 White House, you could not swing a cat without hitting a Google insider - Google has paid covert bribes, PAC funds, real estate and search rigging payola to every CA Senator -*

*Google has paid bribes, through its lobby fronts, to halt FBI, SEC, FEC and FTC investigations of Google crimes - Google was funded by the CIA, via In-Q-Tel, a so called "501 c3 charity" which was caught with tons of cocaine - Google gets millions of dollars of taxpayer cash for spying on Americans inside the USA - Google's map service was a spy system paid for by taxpayers money that Google now profits off of - Nancy Pelosi and Dianne Feinstein have promised to "protect" Google because their families profit off Google stocks - Payment receipts prove that Google and Gawker/Gizmodo exchanged cash and staff for Character Assassination attacks - Google VC's and bosses have spent $30M+ rigging the U.S. Patent Office to protect Google and harm Google competitors - Google bribed it's lawyer into position as head of the U.S. Patent office in order to have her protect Google - To rig insider stock trades, Google hides negative Tesla stories and pumps positive Tesla stories on "push days" -*

*Google and Elon Musk Co-own, co-invest and co-market stocks covertly while running anti-trust schemes - Google rarely likes, or hires, black employees per federal and news media investigations - Google hired most of the Washington, DC K Street lobby firms and told them to "do what ever they could" - The film: "Miss Sloane" depicts only 2% of the illicit lobbying tactics Google employs daily - Demands for an FTC and FBI raid of Google, for criminal activity, securities law and election felonies have been filed - Google's David Drummond had his Woodside, CA Quail Road house bugged revealing sex and financial misdeeds - Google, and it's Cartel (Alphabet, Youtube, and hundreds of other shell-company facades) are a criminal organization engaged in felony-class crimes.*

*Google's bosses bribe politicians, regulators and law enforcement officials to hold off prosecution. At Google: Kent Walker, Andy Rubin, Larry Page, Eric Schmidt, Sergy Brin, Jared Cohen, Yasmin Green, David Drummond and Ian Fette are so enmeshed in sex scandals, election manipulation, and White House bribes that it is hard to comprehend how they can get any legitimate work done.*

340

Page 341  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

*Google executives came from most of the fraternity houses involved in the college rape scandals. Google sells covert character assassination services to politicians and fellow oligarchs. Youtube/Google/Alphabet/Deep State are all the same entity. They conspire to hide news about their corruption and they control most of the internet.*

341

# The Legal Harms: Killing The Messenger

Plaintiffs, and their peers, who reported these crimes to authorities, were murdered, character assassinated, black-listed, de-funded, had their social security and state benefits cut-off or blockaded and more.

The FBI, special investigators and Congressional researchers say that there were only a handful of powerful people capable of operating attacks of this scale and sophistication against the Plaintiffs.

In Sweitzer, T. (1996, September). ***Kill or be killed***. [Electronic version] Campaigns & Elections, 17(9), 46-47., the process used to "kill" others is described just as it was used against the Plaintiffs. In https://theintercept.com/2014/02/24/jtrig-manipulation/ the formal process of hired character assassination, exactly as it was used against the Plaintiffs, is detailed. The well-documented process is further outlined in the articles:


**Character assassination - Wikiquote**

https://en.wikiquote.org/wiki/Character_assassination

**Character assassination** is at once easier and surer than physical assault; and it involves far less risk for the assassin. It leaves him free to commit the same deed over and over again, and may, indeed, win him the honors of a hero in the country of his Plaintiffss. Alan Barth, The Rights of Free Men: An Essential Guide to Civil Liberties (1984).


New Snowden Doc Reveals How GCHQ/NSA Use The Internet To ...

https://www.techdirt.com/articles/20140224/17054826340/new-snowden-doc-reveals-how-gchqnsa-use-internet-to-manipulate-deceive-destroy-reputations.shtml

A few weeks ago, Glenn **Greenwald**, while working with NBC News, revealed some details of a **GCHQ** presentation concerning how the surveillance organization had a "dirty tricks" group known as JTRIG …


Glenn Greenwald on the NSA, GCHQ, and Spying | naked ...

https://www.nakedcapitalism.com/2013/10/glenn-greenwald-on-the-nsa-gchq-and-spying.html

Glenn **Greenwald** on the NSA, **GCHQ**, and Spying. Posted on October 4, 2013 by Yves Smith. Yves here. This BBC NewsInsight interview is a remarkable little piece. **Greenwald** confronts a clearly hostile set of questions from the BBC interviewer. ... These kinds of remarks are transparent and vapid and should be dismissed like any other textbook …

Greenwald: Leaked Docs Reveal Agency's (GCHQ) Digital ...

https://www.democraticunderground.net/10025241916

**Greenwald**: Leaked Docs Reveal Agency's (**GCHQ**) Digital Propaganda Toolkit. Latest files provided by Edward Snowden show **GCHQ's** ability to 'manipulate' the Internet using 'hacker's buffet for wreaking online havoc' by Jon Queally, staff writer Common Dreams, July 15, 2014 ...

All of the attackers people are U.S. Government senior officials working in the White House and/or the U.S. Senate and/or their Silicon Valley oligarch political campaign financiers.

Every one of the attack technologies and resources were previously deployed against Presidential candidates in past elections. The providers, operators and compensation conduits of the attack services are known to law enforcement. The payment records have been uncovered, revealing that over $30M of attack services billings  and/or in-kind services exchanges were incurred by the attackers. By way of contrast: $30M is the typical WEEKLY expenditure for opposition character assassination programs in a U.S. Presidential election using Gawker, Gizmodo, Facebook, Google and Fusion GPS media attack services.

Plaintiffs, and their peers, swear, warrant and certify that this is true. Experts can prove in a Grand Jury, Civil Jury and Congressional Hearing that White House staff, U.S. Senators and their Silicon Valley financiers did order, operate and finance a massive "hit-job" on Plaintiffs as revenge/retribution/vendetta because Plaintiffs reported an organized crime activity involving well known public officials.

Every public official who was, by law, supposed to help Plaintiffs has, so far, been proven by investigators to have been in direct business competition with Plaintiffs.

The effort made by political executives to steer the annual expenditure of trillions of dollars of taxpayer funds and stock market profits to one group of friends or another is called "Cronyism" and it is operated by U.S. Senators and White House staff for illicit profiteering purposes.

343

The corrupt public officials involved here used real estate, stock market ownership, revolving door payola jobs and investment bank accounts to profiteer from each deal that the charged officials pushed.

FBI-level tracking of the covert accounts, trusts, shell corporations, family members and associates of every public official involved in this case proves that they made money by competing with PLAINTIFFS business ventures. The Panama Papers Leaks, Swiss Leaks, Snowden Leaks, and all of the other leaks prove this as fact.

## The Assassins:

*- How A Modern Character Assassination and Political "Kill Order" Was Executed By Politicians, and their Silicon Valley Oligarchs, Against The PLAINTIFFS:*

This is how a vendetta, revenge and political payback operation was implemented against an American taxpayer when a Senator issued a "kill order" on a whistle-blower

Investigations have revealed that the White House and California Senators hired the character assassination and defamation attack services:

***Cardinal & Pine; Pacronym, Acronym;  The Americano; Investing in US; Shadow Inc; Courier Newsroom; IN-Q-Tel; Gawker Media; Jalopnik; Gizmodo Media; K2 Intelligence; WikiStrat; Podesta Group; Fusion GPS; Google; YouTube; Alphabet; Facebook; Twitter; Think Progress; Media Matters); Black Cube; Correct The Record; Orbis Business Intelligence, Undercover Global Ltd; Stratfor; Jigsaw; ShareBlue/Acronym; Versa LLC; American Ledger; Supermajority News; New Venture Fund; Sixteen Thirty Fund; Cambridge Analytica; Sid Blumenthal; States Newsroom; Hopewell Fund;  Open Society.; David Brock; AmpliFire News; American Bridge; Plouffe Consulting; Pantsuit Nation; MotiveAI; American Bridge 21st Century Foundation; Priorities USA; PR Firm Sunshine Sachs; The American Independent Foundation; Covington and Burling; Buzzfeed; The American Independent; Perkins Coie; Secondary Infektion; Wilson Sonsini*** and thousands more to run hit-jobs, character assassinations, dirty tricks and economic reprisal attacks on any targets who reported the crimes. Each of those companies are now under federal and civil investigation. Most of these businesses offer the service of manipulating elections and news coverage in order to steer stock market profits into the pockets of billionaire clients at the expense of the taxpayer and Democracy. They hide their transactions via money-laundering. All of these services, when focused on individual citizens, are lethal.

These attackers deserve to be punished for the rest of their lives for taking away the lives of others in exchange for remuneration. Any company who is corrupt enough to hire any of these assassins should be forced out of business.

These attack services are responsible for 90% of the "Fake News" problem in the world because they are the authors of most fake news. Congress must act to make these kinds of companies illegal!

These digital assassination services offer hit-jobs, character assassinations and economic reprisal programs to famous billionaires and corrupt politicians who are seeking revenge, retribution and vendetta executions.

## Attacks Used By SF Politicians Against Citizens

Recent leaks and hacks published by ICIJ, Glenn Greenwald, The Guardian, ProPublica and other sources have revealed that White House staff like John Podesta, Robert Gibbs, John Podesta and others; Department of Energy staff like Steven Chu, Lachlan Seward, Matt Rogers and others; Their financiers from Google like Eric Schmidt, Elon Musk, Larry Page and others; contracted intelligence agency spies to assassinate the lives and income of Plaintiffs. Here are a few of the documented tactics they used:

### DEFRAUDING PLAINTIFFS

- Government agency bosses solicited the targets with false promises of future loans, carbon credit sales, billions of dollars of stock market valuation profits, contracts and/or grants from their agencies and caused the target Plaintiffs to expend millions of dollars and years of their time for projects which those government bosses had covertly promised to their friends. They used the target Plaintiffs as a "smokescreen" to cover their illegal government slush-funds for the Plaintiffs competitors and personal enemies. By using this tactic, the attackers drained the target Plaintiffs funds and forced Plaintiffs into an economic disaster, without the government bosses fearing any reprisal for their scam. The crony insiders made hundreds of billions of dollars in profit in the notorious Solyndra-type scandals as seen in the CBS 60 Minutes episode: "***The Cleantech Crash***", thousands of TV news segments and the related GAO and Congressional corruption reports.

### MOLES AND SPYING

- White House financier Kleiner Perkins placed moles inside of Plaintiffs companies in order to sabotage, delay and misdirect operations. The moles were discovered to be staff of Kleiner Perkins. The main offices of Kleiner Perkins were broken into, per San Mateo County police reports, and records of corruption copied or duplicated by a state-sponsored intelligence agency entity, which provided further proof that Kleiner Perkins and the White House were exchanging Quid Pro Quo.

### BLOCKADE OF LEGAL COUNSEL RIGHTS

- Government officials and the federal agency: Legal Services Corporation (LSC corporation -A federal agency dedicated to providing legal services to citizens) blockaded Plaintiffs rights to

legal representation in order to prevent Plaintiffs from personally suing the attackers because such a lawsuit would have embarrassed corrupt public officials. High tech law firms that were discussing a services agreement with Plaintiffs were threatened and ordered to not help Plaintiffs or "*they would be black-listed or be cut-off from tens of millions of dollars of Google, Netflix, Facebook and government contracts*". Individual lawyers were threatened with black-listing and getting "*flooded with more filings than you could ever respond to in your life-time...*" LSC officials, who were almost entirely Obama Administration associates, refused to assist with lawyer referrals. That is a violation of their federal contract with the U.S. Government.

## CHARACTER ASSASSINATION AND DEFAMATION

- An sophisticated animated attack film was produced by Google/Youtube and Nicholas Denton attacking Plaintiffs. An animated film is an expensive effort involving considerable time and expense. An attacker must be well financed to undertake such an effort. The film was published on YouTube and locked onto the very top search result line on every YouTube search in front of 7.5 billion internet users for over a decade. The damage to Plaintiffs reputation is estimated in the tens of millions of dollars. YouTube steadfastly refused to remove or adjust the search results even though YouTube executives knew Plaintiffs and knew that the video represented a character assassination attempt against Plaintiffs because YouTube owners finance the political campaigns of the public officials who ordered the attacks. While Google/YouTube stated to Congress that all of it's search results are arbitrary, the never-moving search result of this attack video proved that Google's and YouTube's search results are manually manipulated by human maintained black-lists. The corrupt officials hired Nicholas Guido Denton and his character-assassination-for-hire sleazy tabloid publication empire known as Gawker Media AKA Gizmodo Media. They own Gawker, Gizmodo, Jalopnik and a number of fake news sites based in the USA and near-Russian regions. The offshore sites are used for money laundering and tax evasion. The FBI has been asked to interview and financially trace the payments and command-and-control orders back and forth between Nicholas Guido Denton and his attacker/operatives: Ian Fette, Adrian Covert, Nick Cook, Gabrielle Darbyshire, John Hermann, Patrick George, et al and Google. All of whom transferred payments and communications between each other to conspire, operate, produce and publish the articles, videos, blogs and server manipulations for the attacks against the victims around the world. These attacks resulted in billions of dollars of damages to the victims. The orders for these attacks can be traced back to The White House.

## FACTORY PROCESSED SOCIAL MEDIA ATTACKS

- Social networking sites including MeetUp, Match, Facebook, etc. and all other IAC-owned, or similar, sites (IAC is managed by Hillary Clinton's daughter, whose Mother knew Plaintiffs)

have had their profiles, texts, and inter-member communications, since those companies were started, hacked or purchased. The financiers of almost everyone of these sites are also the financiers of the suspects. The attack service providers use Palantir, Acronym, In-Q-Tel financed data analysis software to analyze every activity in those services in order to find honey-trap, blackmail and social conflict exploitation opportunities. Your social life will, essentially, end. Every photo on every social site is cross checked with every other photo on the internet in order to cull your Facebook, Linkedin, Snapchat and other social media together to create a total manipulation profile data file on you. New contacts on these sites were contacted by the attackers and told to "avoid" the Plaintiffs in order to damage Plaintiffs.

## GOVERNMENT BENEFITS BLOCKADES AND MANIPULATIONS

- Social Security, SSI, SDI, Disability and other earned benefits were stone-walled. Applications for benefits for the Plaintiffs were intentionally "lost" like a "Lois Lerner hard drive". Files in the application process "disappeared". A U.S. Senator ordered Plaintiffs benefits to "never be approved" even though Plaintiffs worked 60 hour+ weeks for decades in service to their nation and their community. A SSA official in the local SSA office, who had a devout expressed hatred against one United States President ordered a benefits blockade against Plaintiffs because he found out that Plaintiffs ex-lawyer now worked in the White House. Forensic evidence and backgrounders on every person who worked on, or had access to, Applicants files, records, benefits decisions and related data sets shows that a number of those employees and contractors were members, financiers, web promoters or supporters of ANTIFA anarchy groups or KKK or Proud Boys related political activist-type groups. In San Francisco and Marin Counties SSA offices, in employees workspaces and on their Facebook and MySpace sites, many employees proudly display pictures of themselves wearing their pink "pussy hats", black riot gear and sporting political tattoos. FBI records and IG investigations show that SSA has the highest percentage of political activist employees of any federal agency. Such persons are inclined to become drunk with power when allowed access to the trillions of dollars of government technology on the SSA file and decisions systems. A number of these persons have worked for, or with, U.S. Senators and other politicians who targeted Applicant in political reprisal. At least 3 persons in the San Francisco SSA office, at least 2 persons in the San Mateo SSA office and at least 2 persons in Marin SSA office are known to have engaged in such actions. Applicants funding and benefits were manipulated, so as to harm Applicant, as political reprisal as vendetta for his provision of testimony to federal investigators in a trillion dollar political corruption matter involving famous political figures featured in global news coverage.

A vast number of agency abuse cases and lawsuits are now on public record in the Inspector General's offices and federal courts.

## Page 349  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

It is an indisputable fact that some government agencies run "hit-jobs" on citizens on orders from certain corrupt politicians. These actions are felony violations of the law.

Federal and State Agencies including SSA, FEC, DOE, HHS, VA, CIA, HUD, SA, SEC, FBI, DOJ and many others, have been charged, and found guilty, in these crimes against citizens.

In the Congressional investigation published by the United States Congress in review of the U.S. Department of Energy LGP/ATVM programs, it is clearly proven that the U.S. Department of Energy was used as a slush-fund by some DOE executives in order to pay off campaign financiers by attacking and sabotaging their competitors.

The DOE Paducah Gaseous Diffusion Plant under contracts with the Department of Energy and the government-owned U.S. Enrichment Corp paid $5M whistle-blower awards to those whistle-blowers who were attacked, using government agency resources, for reporting a crime.

Dept. of Energy Hanford URS has agreed to settle a lawsuit brought by former employee Walter Tamosaitis for $4.1 million. The settlement in the whistle-blower case comes almost one year before the case was set for a jury trial in federal court in Richland and compensates Tamosaitis for attacks against him, by DOE officials, in retribution for reporting a crime.

VA officials attacked hundreds of citizens who reported corruption, ie: https://www.thenewamerican.com/usnews/health-care/item/18610-va-whistleblowers-facing-retribution.

As shown in this report: https://www.pogo.org/analysis/2018/08/new-report-confirms-whistleblower-retaliation-is-alive-and-well-at-department-of-veterans-affairs/

, Agencies attack often and harshly.

CIA and NSA executives have been widely shown to use spy tools to attack domestic citizens they don't like, ie:  https://www.dailymail.co.uk/news/article-2435011/NSA-employees-used-phone-tapping-tools-spy-girlfriends-cheating-husbands.html , and hundreds of other news links that can be provided.

Elon Musk and Tesla, as well as Eric Schmidt and Larry Page at Google, have been proven to use the CIA group: IN-Q-TEL, to run government sponsored/financed attacks on business competitors.

In Civil Action No. 1:13-cv-00777-RBW GOVERNMENT AGENCIES WERE CAUGHT BEING USED FOR ATTACKS AGAINST CITIZENS AND PUNISHED IN THE COURT AND THE MEDIA!

Page 350  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

The IRS, and hordes of other government agencies have been caught and proven, IN COURT, to target and attack people for presumed political differences.

Why should we assume that the Social Security Administration is not ALSO doing this too to harm citizens who speak out?

The Lois Lerner IRS attacks took many years to resolve. In an unprecedented victorious conclusion to a four year-long legal battle against the IRS, the bureaucratic agency admitted in federal court that it wrongfully targeted citizens, during the Obama Administration, because of their political viewpoints and issued an apology to those people for doing so.

In addition, the IRS is consenting to a court order that would prohibit it from ever engaging in this form of unconstitutional discrimination in the future.

In a proposed Consent Order filed with the Court, the IRS has apologized for its treatment of U.S. citizens including organizations from 20 states that applied for 501(c)(3) and (c)(4) tax-exempt status with the IRS between 2009 and 2012 -- during the tax-exempt determinations process. Crucially, following years of denial by the IRS and blame-shifting by IRS officials, the agency now expressly admits that its treatment of our clients was wrong and a total violation of our Democracy..

As set forth in the proposed Order:

"The IRS admits that its treatment of Plaintiffs during the tax-exempt determinations process, including screening their applications based on their names or policy positions, subjecting those applications to heightened scrutiny and inordinate delays, and demanding of some Plaintiffs' information that TIGTA determined was unnecessary to the agency's determination of their tax-exempt status, was wrong. For such treatment, the IRS expresses its sincere apology."

Throughout litigation of this case, activists have remained committed to protecting the rights of the public who faced unlawful and discriminatory action by the IRS and other agencies. The objective from the very beginning has been to hold agencies accountable for corrupt practices.

This Consent Order represents a historic victory for the public and sends the unequivocal message that a government agency's targeting of citizens organizations, or any organization, on the basis of political viewpoints, will never be tolerated and that revenge will be swift and vast.

The Order will put an end, once and for all, to the abhorrent practices utilized against citizens, as the agreement includes the IRS's express acknowledgment of – and apology for – its wrongful treatment of the public. While this agreement is designed to prevent any such practices from

350

occurring again, rest assured that all public interest lawyers will remain vigilant to ensure that the IRS, SSA, DOJ or SEC does not resort to such tactics in the future.

Per detailed reports, in March of 2012 lawyers began being contacted by literally dozens of citizens and groups who were being harassed by the Obama IRS after submitting applications for tax-exempt status. Their tax-exempt applications were held up for years (over seven years in some cases), and they began receiving obtrusive and unconstitutional requests for donor and member information. That began a now more than five and a half year fight with the burgeoning bureaucracy at the IRS. Then on May 10, 2013, Lois Lerner, the then head of the IRS Tax Exempt Organizations Division, publicly implicated the IRS in one of the worst political targeting scandals of the century.

This is an extraordinary victory against government agency abuse. It sends a powerful warning to the deep state bureaucracy that it will not be allowed to violate the Constitution in order to silence and shut down the whistle-blowers.

In addition to the IRS's admissions of and apology for its wrongful conduct, the Consent Order would specifically award Plaintiffs the following:

- A declaration by the Court that it is wrong to apply the United States tax code to any tax-exempt applicant or entity based solely on such entity's name, any lawful positions it espouses on any issues, or its associations or perceived associations with a particular political movement, position or viewpoint;

- A declaration by the Court that any action or inaction taken by the IRS must be applied evenhandedly and not based solely on a tax-exempt applicant or entity's name, political viewpoint, or associations or perceived associations with a particular political movement, position or viewpoint; and

- A declaration by the Court that discrimination on the basis of political viewpoint in administering the United States tax code violates fundamental First Amendment rights. Disparate treatment of taxpayers based solely on the taxpayers' names, any lawful positions the taxpayers espouse on any issues, or the taxpayers' associations or perceived associations with a particular political movement, position or viewpoint is unlawful.

In the Order, the IRS has also agreed that (unless expressly required by law) certain actions against the Plaintiffs– i.e. the sharing, dissemination, or other use of information unnecessarily obtained by the IRS during the determinations process (such as donor names, the names of volunteers, political affiliations of an organization's officers, etc.) – would be unlawful. In addition, the IRS promises not to take any retaliatory action against our clients for exposing the targeting scheme.

351

Finally, and of crucial significance, the IRS admits it targeted persons and groups based on their viewpoints (i.e., "policy positions") and that such viewpoint discrimination violates fundamental First Amendment rights. This is the first time the IRS has admitted that its targeting scheme was not just "inappropriate" – as TIGTA found – but, as alleged, blatantly unconstitutional.

To ensure consistency and uniformity within the agency's operations going forward, the IRS is required, pursuant to the Order, to inform all employees within the Exempt Organizations Division, as well as the Commissioners and Deputy Commissioners within other divisions, of the Order's terms.

This Order not only validates allegations about their treatment at the hands of the corrupt Obama-era IRS but also provides important assurances to the American public that the agency understands its obligation to refrain from further such discriminatory conduct. As Attorney General Sessions acknowledged in this regard, "[t]here is no excuse for [the IRS's] conduct," as it is "without question" that the First Amendment prohibits the conduct that occurred here, i.e., subjecting American citizens to disparate treatment "based solely on their viewpoint or ideology." Sessions further confirmed his Department's commitment to ensuring that the "abuse of power" in which the IRS engaged here "will not be tolerated."

It is impossible to overstate the importance of this victory. This marks a years-long fight for justice in defense of the constitutional rights of the public.

This is an extraordinary victory against abuse of power and corruption.

It sends a powerful warning to the deep state bureaucracy that it will not be allowed to violate the Constitution and manipulate the IRS, SSA and other agencies in order to silence and shut down those who speak out about political corruption crimes.

In the wake of  Wisconsin Watchdog's investigation into SSA staff allegations of incompetence, misconduct, and retaliation in Social Security disability appeals offices, several employees have taken their complaints to a Senate committee led by Wisconsin Sen. Ron Johnson.

An official with knowledge of the complaints said the Senate Homeland Security and Governmental Affairs Committee, chaired by the Oshkosh Republican, has received emails and other contacts from "certain people" inside the Social Security Administration's Office of Disability Adjudication and Review.

The initial complaints came from an employee inside the Milwaukee office following Wisconsin Watchdog's opening investigative report that found some claimants waiting more than 1,000 days for an appeals decision on their disability benefits claim.

352

Following Wednesday's story of a whistleblower in the Madison ODAR office, the committee has received more specific complaints about retaliation against employees, the source said.

Committee staff members sent the latest Watchdog piece to SSA administrators hoping they will "cooperate," the source said. To date, the agency has been less than cooperative.

"This is an ongoing process, and they are not always as forthcoming as we'd like them to be," the source said. "Hopefully with your continued reporting, this is an issue they can't duck."

A Senate committee member said officials there are working with the Office of Special Counsel on "multiple whistleblower retaliation claims." The committee continues to request information from the SSA.

The whistleblower in the Madison office claims management retaliated against her after she was called to testify in a misconduct case. The incident involved "inappropriate behavior" by an administrative law judge, she said.

"They are so corrupt. It's absolutely horrible," said the woman, a lead case technician in the Madison Office of Disability Adjudication and Review.

She spoke on condition of anonymity, fearing more retribution from her supervisors. While she said recounting her particular experiences will more than likely betray her identity anyway, the ODAR case worker insisted she has had enough.

"I'm at point where they don't care about me, I don't see why I'm protecting them. This is my last resort," she said. "I want to do my work without fear of retaliation."

She said she has contacted the Senate committee.

"I forwarded my information to them and I got an email back from them. They said people are coming out of the woodwork with their complaints (about ODAR) following your story," the whistle-blower said.

Ronald Klym, a long-time senior legal assistant in the Milwaukee ODAR office, alleges he has been retaliated against by supervisors for going public with his charges of incompetence and misconduct in the agency.

The federal employee, who has worked for SSA for 16 years, provided Wisconsin Watchdog with documents showing extremely long wait times for claimants appealing their denied applications for benefits.

353

Doug Nguyen, SSA regional spokesman, in a previous story said the agency acknowledges that Milwaukee ODAR has a "high average processing time for disability appeal hearings, and we are working to address the issue."

Beyond the delays is what Klym calls the "shell game," the wholesale transferring of cases to other parts of the country by administrators to make the Milwaukee office's numbers look better than they are.

The Madison office whistle-blower confirmed Klym's allegations, saying at one point she saw 2,000 cases from the Milwaukee office handed off to the Oak Brook operation.

There are over 10,000 SSA disability manipulation charges against SSA executives and staff.

**BLACKLISTING**

- Government officials and tech oligarchs contacted members of the National Venture Capital association (NVCA) and created national "black-lists" to blockade Plaintiffs from receiving investor funding. This was also confirmed in a widely published disclosure by Tesla Motors Daryl Siry and in published testimony. If Silicon Valley political campaign finance oligarchs black-list you (see the "AngelGate" Scandal and the "High Tech No Poaching Class Action Lawsuit" cases) you will never get investor funding again.

**FOIA OBFUSCATION**

- Federal FOIA requests were hidden, frozen, stone-walled, delayed, lied about and only partially responded to in order to seek to hide information and run cover-ups. In once instance, even though DOE FOIA staff had the requested FOIA files in their top desk drawers, they delayed handing the FOIA copies over for nearly a decade in order to run a cover-up.

**ARBITRARY DEADLINE MANIPULATION**

- Crony state and federal officials play an endless game of Catch-22 by arbitrarily determining that deadlines had passed that they, the government officials, had stonewalled and obfuscated applications for, in order to force these deadlines that they set, to appear to be missed.

**POLITICAL POISONING**

- Plaintiffs were found to be strangely poisoned, not unlike the Alexander Litvenko case, The Salisbury Case and hundreds of other political poisoning cases. Heavy metals and toxic materials were found right after Plaintiffs work with the Department of Energy weapons and energy

354

facilities. Many wonder if Plaintiffs was intentionally exposed to toxins in retribution for their testimony. The federal MSDS documents clearly show that a number of Plaintiffs were exposed to deadly compounds and radiations, via DOE, without being provided with proper HazMat suits which DOE officials knew were required.

**WORKPLACE SABOTAGE AND OBSTRUCTION**

- Plaintiffs employers were called, and faxed, and ordered to fire target Plaintiffs from their places of employment, in the middle of the day, with no notice, as a retribution tactic.

**MEDIA ASSASSINATIONS**

- On orders from Obama White House officials Google, YouTube, Gawker Media and Gizmodo Media produced attack articles. Google locked these contrived attack articles from the Nicholas Guido Denton tabloid empire on the top line, of the front page of all Google searches for a decade in front of 7.5 billion people, around the world. This attack-type uses over $40 million dollars in server farms, production costs and internet rigging. The forensic data acquired from tracking some of these attacks proves that Google rigged these attacks against Plaintiffs on the internet and that all of Google's "impressions" are manually controlled by Google's executives who are also the main financiers and policy directors of the Obama Administration. This data was provided to the European Union for it's ongoing prosecution of Google's political manipulation of public perceptions. Hired attackers Nicholas Guido Denton, John Herman, Adrian Covert, Ian Fette, Patrick George, Gabrielle Darbyshire and John Cook have been referred to the FBI for surveillance, tracking and interview relative to the command, control and compensation for those attacks.

**EMPLOYMENT DATABASE POISONING**

- Plaintiffs HR and employment records, on Taleo, Palantir and EVERY recruiting and hiring database, was embedded with negative keywords and "flags" in order to prevent the Plaintiffs from ever gaining future employment. They can poison your chance to ever get a job again simply by telling some Indian call center guy to "red flag" you on all the hiring databases.

**MURDERS**

- Gary D. Conley, Seth Rich, Rajeev Motwani who Plaintiffs knew, and many other whistle-blowers in these matters, turned up dead under strange circumstances. Plaintiffs has received ongoing death threats for his help to federal investigations in the larger organized crime investigation relative to this matter. See the list of over 120 dead victims, lower down in this document, 1/3 of whom worked with Plaintiffs and were threatened in advance of their deaths.

**REVENUE BLOCKADES AND INTERNET INCOME RE-DIRECTION**

- Paypal (A DNC-biased operation) and other on-line payments for on-line sales by Plaintiffs are de-platformed, delayed, hidden, or re-directed in order to terminate income potential for target who competed with the attackers interests and holdings. This further denied Plaintiffs income. As a test, Plaintiffs built an online store with hundreds of thousands of products and marketed it globally. Trackers, placed by Plaintiffs technicians, on servers, discovered that Paypal and an outside "Virgina-based system" were DNS and payment re-directed all traffic away from the store so that Plaintiffs received no traffic and no income. In DNS redirection, "website spoofing" sends target Plaintiffs websites to dead ends where no sales orders or customer inquiries actually get back to the target. These internet revenue activity manipulations are conducted using outside covert servers operated by the attackers and revealed in the Snowden Leaks. All commercial storefronts and on-line sales attempts by target Plaintiffs, had their sites hidden, or search engine de-linked by a massively resourced facility located in Virginia, Texas or Palo Alto, California in order to terminate revenue potentials for the Plaintiffs.

**TROLL FARMS**

 - Contracted trolls, shills, botnets and synth-blog deployments are deployed to place defamatory statements and disinformation about Plaintiffs in front of 7.5 billion people around the world on the internet in order to seek to damage their federal testimony credibility by a massively resourced facility. Some of these troll farms were uncovered in Russia, Ukraine, Israel and Brazil. Renown author Farrow writes about this technique in his book: "***Catch And Kill"***.

**FUSION GPS, MEDIA MATTERS "KILL" CONTRACTS**

- Campaign finance dirty tricks contractors were hired by campaign financiers to attack the friends and family members of the target Plaintiffs in order to create low morale for the target Plaintiffs psyche and motivation.

**MANUAL SEARCH ENGINE LOCK-IN ATTACKS**

- In one case covert political partner: Google, transferred large sums of cash to dirty tricks contractors and then manually locked the media portion of the attacks into the top lines of the top pages of all Google searches globally, for years, with hidden embedded codes in the links and web-pages which multiplied the attacks on Plaintiffs by many magnitudes.

**U.S. PATENT OFFICE MANIPULATION TO BLOCKADE REVENUE**

- Covert Cartel financier: Google, placed Google's lawyer: Michelle Lee, in charge of the U.S. Patent Office and she, in turn, stacked all of the U.S. Patent Office IPR and ALICE review boards and offices with Google-supporting employees in order to rig the U.S. Patent Office to protect Google from being prosecuted for the vast patent thefts that Google engages in. Google has hundreds of patent lawsuits for technology theft and a number of those lawsuits refer to Google's operations as "Racketeering", "Monopolistic Cartel" and "Government Coup-like" behaviors. Thousands of articles and investigations detail the fact that Google, "essentially" ran the Obama White House and provided over 80% of the key White House staff. A conflict-of-interest unlike any in American history. Google's investors personally told Plaintiffs they would "kill him". Google and the Obama Administration were "the same entity". Plaintiffs testified in the review that got Michelle Lee terminated and uncovered a tactical political and social warfare group inside Google who were financed by Federal and State funds.

Silicon Valley has taken over the U.S. Patent Office with lobbyists and influence payments. Per U.S. Inventor: " *Independence Day is that special time when we Americans remember and celebrate our country's freedom. While it may mean different things to many people, suffice to say, it is the reason we are Free, we have Liberty.*

*Founder, writer, statesman and inventor Benjamin Franklin wrote, "On Historical occasions, Questions of Right and Wrong, Justice and Injustice, will naturally arise."*

*Here, on this honored day, we take a quick look at Invention and our Independence.*

*Towards the beginning of the Declaration of Independence, whose principal author was our eventual third president, Thomas Jefferson, the very purpose of our Founders' quest was established. It is stated: "We hold these truths to be self-evident, that all men are created equal, that they are endowed by their Creator with certain unalienable Rights, that among these are Life, Liberty and the pursuit of Happiness."*

*These were men and women of incredible vision, of intense courage, and they succeeded in accomplishing their seemingly insurmountable task, rising up and defeating perhaps the most powerful global Empire of the time, Great Britain.*

*The United States of America eventually became the beacon of hope and individual freedom around the world.*

*People from virtually every land came to this country to seek the American Dream, which ideals include individual and property rights, religious freedom, liberty, equality and the opportunity for upward mobility, achieved through dedication and hard work.*

357

Page 358  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

*One of the reasons America became the world leader in nearly all categories is due, in no small part, to how our Founders recognized and encouraged invention and innovation. They understood what builders, creators and designers could mean to a small, fledgling country with such a noble purpose.*

*After declaring our independence and fighting a long and bloody war to establish it, our Founders gathered once again in Philadelphia for the Constitutional Convention to form a government that would embody those ideals embodied in our Declaration of Independence.*

*The Father of our Constitution and eventual fourth President, James Madison wrote, in Federalist 43 (January 23, 1788): "A power 'to promote the progress of science and useful arts, by securing, for a limited time, to authors and inventors, the exclusive right to their respective writings and discoveries.'*

*"The utility of this power will scarcely be questioned. The copyright of authors has been solemnly adjudged, in Great Britain, to be a right of common law. The right to useful inventions seems with equal reason to belong to the inventors. The public good fully coincides in both cases with the claims of individuals. The States cannot separately make effectual provisions for either of the cases, and most of them have anticipated the decision of this point, by laws passed at the instance of Congress."*

*Thus, within our U.S. Constitution is that short item, located in Article I Section 8 as Clause 8: "To promote the Progress of Science and useful Arts, by securing for limited Times to Authors and Inventors the exclusive Right to their respective Writings and Discoveries."*

*That clause is, in reality, a significant and powerful part of the American Dream, allowing people from all walks of life who have a bright and useful idea to capitalize on their innovations and creations.*

*For more than two centuries that which our Founders established for inventors and patent holders held true, for the most part.*

*However, the biggest blow to true Independence for Inventors came with passage of the America Invents Act of 2011 (AIA). Due to ambiguous language and loopholes in that piece of legislation, multinational conglomerates and Big Tech have all but wiped out what our Founders had set up, which they hoped would endure - patent holder property rights.*

*When any form of poor legislation is passed and enacted we are reminded of what Samuel Adams, Sons of Liberty founder and a leader of the Boston Tea Party, said; "The grand end of civil government, from the very nature of its institution, is for the support, protection, and*

358

*defense of those very rights; the principal of which, as is before observed, are Life, Liberty, and Property."*

*Indeed, Jefferson states it quite succinctly, "Our legislators are not sufficiently apprized of the rightful limits of their power; that their true office is to declare and enforce only our natural rights and duties, and to take none of them from us."*

*Madison adds to that, "A Government is instituted to protect property of every sort...This being the end of government, that alone is a just government, which impartially secures to every man, whatever is his own."*

*As we celebrate Independence Day, and all that our Founders provided for our great country, we at US Inventor are working to correct the wrongs and injustices that have befallen inventors, particularly since the AIA was enacted, by revitalizing the spirit of our Declaration of Independence ("...Life, Liberty and the pursuit of Happiness.") through restoration of patent rights and protection as guaranteed in Article I Section 8 Clause 8 of our United States Constitution ("securing, for a limited time, to ... inventors, the exclusive right to their respective ... discoveries.").*

*We will not rest until the rights of inventors have been restored. We're gaining ground, but our enemies are powerful. We need your help in forwarding our cause and becoming involved when it matters. This isn't just for us, it's for our children, our grandchildren, and the future existence of the American Dream. Thank you for being a part of this critical movement.*

*www.usinventor.org*
*Randy Landreneau, President*
*Josh Malone, Policy Advisor"*


**HONEY-TRAPS**

- "Honeytraps" and moles were employed by the attackers. In this tactic, people who covertly worked for the attackers were employed to approach the "target" in order to spy on and misdirect the subject. Match.com and other dating sites are owned by famous politicians and election campaign financier involved with Jeffrey Epstein and those sites were used to source girls for Epstein and Honey-traps to lure political adversaries.


**FAKE NEWS TABLOID EMPIRE**

- This tabloid operation was created just for defamation attacks. Gawker Media, Gizmodo Media, Snopes, SPLC and other hired media assassins were retained to produce "hatchet job" character assassination articles about Plaintiffs. Then those articles were faxed, mailed and emailed to

359

Kaiser Permanente and investors with a note saying: "You don't want to have anything to do with this person, do you..?" in order to get Plaintiffs fired from their job and get Plaintiffs loans or financing pulled. The attackers use their round one attack media, that they authored, to create a round two second wave attack designed to end Plaintiffs life status via economic warfare.

**HOUSING BLOCKADES**

- Mortgage and rental applications had red flags added to them in databases to prevent the targets from getting homes or apartments.

**HACKING OF PLAINTIFFS DEVICES**

- Krebs On Security, Wired, Ars Technica, The Wall Street Journal and most major IT publications have reported that hundreds of spy "back-doors" have been found on every Intel, AMD, Apple, Xfinity, Cisco, Microsoft, Juniper Networks motherboard, chip-set and hardware component set. This means that the attackers used a "key" code can open any of Plaintiffs computer, server, router, cloud-network or other network connected device and read every file, photo, video, your calendar and email on devices at any time from any location on Earth. This has been widely reported on by Glenn Greenwald, Edward Snowden, Scahill, Cheryl K of CBS News and others. Plaintiffs was hacked at least 10 times. In a number of instances, people, who Plaintiffs had been communicating with online, were mysteriously contacted by a third party who sent them the Gizmodo attack article or phoned them with warnings to avoid Plaintiffs. These kinds of Man-In-The-Middle interceptions would only have been possible from hacking and MITM surveillance tactics.

**TECH INDUSTRY BLACK-LIST COORDINATION**

   - McCarthy-Era "Black-lists" were created and employed against target Plaintiffs who competed with Obama Administration executives and their campaign financiers to prevent them from getting funding and future employment. This White House process is known as "RatFucking", a tactic that is documented in a variety of published reports and on Wikipedia. Using Gust, Google Docs, Dropbox and secret meetings, a black-list has been maintained to attack Plaintiffs for whistle-blowing.

**HUD AND USDA MORTGAGE RIGHTS BLOCKADES**

- The housing rights of Plaintiffs were stalled in reprisal. Public records show that tens of thousands of other Plaintiffs were moved ahead of Plaintiffs even though Plaintiffs validation metrics exceeded those of almost every other Plaintiffs. Plaintiffs was "black-listed".

Page 361  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

*All of these tactics (And More…) are text book procedures operated daily by CIA, FSB, Mossad, In-Q-Tel, NSA, Chinese Secret Police in the course of their intelligence work. These tactics are widely detailed in leaked CIA and FSB manuals and discussed in length be Glenn Greenwald, Edward Snowden, Julian Assange and others in their writings. California Senators, White House staff and Silicon Valley tech oligarchs are the only known groups to aggressively seek out and hire former employees of the  CIA, FSB, Mossad, In-Q-Tel, NSA, and Chinese Secret Police.*

*The volume and high-end type of attacks, operated against Plaintiffs, prove that the assertions of crimes, at the scope and level asserted in this document, must have happened because there is no other possible reason for these people to have attacked Plaintiffs in these ways.*

*The attackers all knew each other, benefited from each others actions, shared the same motivations and profits, were all competitive to Plaintiffs, had each threatened Plaintiffs and had their staff whistle-blow on them that they engaged in these crimes! The suspects attacks prove the suspects actions and affiliations.*

Federal law enforcement, the United States Congress and the highest level investigators in the U.S., and abroad, have documented (per the "FISA Memo", Congressional Reports and federal employee testimony) and proven the fact that the Obama Administration regularly engaged in the operation of retribution, vendetta and reprisal campaigns known as "hit-jobs" against domestic natural born U.S. citizen domestic taxpayers. The Federal Court, in at least one previous court case, has ruled that the corporation in which Plaintiffs were an investor, in this particular matter, were the Plaintiffs and target of a number of these attacks designed to inflict permanent medical, emotional, character assassination, brand negation, economic and career damage.

**Additional Examples Of The Attackers Methods:**

https://bigleaguepolitics.com/they-literally-know-nothing-ben-rhodes-bragged-about-manipulating-clueless-reporters/

https://freedom.press/news/revealed-justice-depts-secret-rules-targeting-journalists-fisa-court-orders/

https://freedom.press/news/lawsuit-seeks-government-guidelines-surveillance-journalists-leak-investigations-surge/

http://www.attacked.biz

http://www.google-is-a-mobster.com

361

Page 362  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

https://knightcolumbia.org/

https://bigleaguepolitics.com/brennan-and-clapper-accused-of-hacking-john-roberts-to-blackmail-him/

https://freedom.press/news/revealed-justice-depts-secret-rules-targeting-journalists-fisa-court-orders/

https://bigleaguepolitics.com/heres-why-obama-clearly-ordered-the-spying-on-trump/

https://dailycaller.com/2018/09/17/lindsey-graham-dems-kavanaugh/

https://www.thegatewaypundit.com/2018/09/okeefe-strikes-again-project-veritas-exposes-doj-official-using-govt-databases-to-stalk-business-owners-video/

https://www.politico.com/gallery/16-worst-political-dirty-tricks

http://artofverbalwar.com/2016/11/03/quick-dirty-guide-political-debate-tactics/

https://politicaldictionary.com/topics/dirty-tricks/

https://www.learntoinfluence.com/dirty-tricks-and-office-politics/

https://www.motherjones.com/politics/2012/11/election-dirty-tricks/

https://www.nytimes.com/2016/10/21/us/politics/video-dnc-trump-rallies.html

http://freakonomics.com/2007/11/06/the-complete-history-of-dirty-politics-a-qa-on-anything-for-a-vote/

https://en.wikipedia.org/wiki/Ratfucking

https://www.washingtonpost.com/opinions/the-npr-video-and-political-dirty-tricks/2011/03/17/ABbyMym_story.html

https://www.huffingtonpost.com/rich-rubino/dirty-political-tricks-from-american-politics_b_9324226.html

http://www.electomatic.com/dirty-campaign-techniques/

362

Page 363  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

https://en.wikipedia.org/wiki/COINTELPRO

https://www.cnn.com/2008/POLITICS/05/29/obamas.first.campaign/

https://www.nytimes.com/2016/11/05/us/politics/dirty-tricks-vandalism-and-the-dark-side-of-politics.html

https://whyy.org/articles/political-dirty-tricks-are-a-staple-of-modern-politics/

https://www.theguardian.com/uk-news/2018/mar/19/cambridge-analytica-execs-boast-dirty-tricks-honey-traps-elections

https://medium.com/@j363j/how-roger-stones-campaign-of-tammany-hall-political-corruption-lead-to-trump-russia-3099d87784e

https://www.bridgemi.com/detroit-journalism-cooperative/lawsuits-dirty-tricks-and-angry-ex-wife-detroits-ugliest-election

https://www.salon.com/2016/03/25/
hillary_clintons_dirty_politics_bernie_sanders_is_experiencing_the_same_nasty_tricks_that_clintons_campaign_dealt_obama_in_2008/

http://savannahnow.com/opinion-opinion-columns/2016-10-25/cal-thomas-political-dirty-tricks-then-and-now

https://www.cbc.ca/news/politics/5-political-dirty-tricks-we-learned-from-the-robocalls-trial-1.2669924

https://www.reddit.com/r/dredmorbius/comments/2d0r1d/
the_reactionary_political_debate_playbook_karl/

https://www.politico.com/story/2016/02/south-carolina-dirty-tricks-republicans-219116

https://www.zerohedge.com/news/2019-02-10/yale-newspaper-publishes-guide-destroying-white-boy-lives-using-stasi-tactics

https://www.americanthinker.com/blog/2019/02/
yale_editor_chillingly_urges_fellow_yalies_to_act_as_a_stasi_to_monitor_white_males.html

https://russia-insider.com/en/jeff-bezos-nudie-pics-be-released-cyber-tycoon-complains-about-loss-privacy/ri26224

363

Page 364  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

https://www.youtube.com/watch?v=VP5jqLAjbDw

 ** 'They Can't Beat Him On The Law So They Are Trying To Destroy His Life' -Sen. Graham Questions Dems' Motives On Brett Kavanaugh Sexual Assault Allegations (dailycaller.com)

** !!!!! Mueller Hears That Silicon Valley Has Been Manipulating The Entire BREXIT Campaign  !!!!!! Second former employee of controversial data firm to be questioned by special counsel's inquiry into Russia collusion. Per Carole Cadwalladr:  Brittany Kaiser is said to be cooperating fully with the Mueller inquiry. A director of the controversial data company Cambridge Analytica, who appeared with Arron Banks at the launch of the Leave.EU campaign, has been subpoenaed by the US investigation into possible collusion between the Trump campaign and the Russian government. A spokesman for Brittany Kaiser, former business development director for Cambridge Analytica – which collapsed after the Observer revealed details of its misuse of Facebook data – confirmed that she had been subpoenaed by special counsel Robert Mueller, and was cooperating fully with his investigation. He added that she was assisting other US congressional and legal investigations into the company's activities and had voluntarily turned over documents and data.
Kaiser, who gave evidence to the UK parliament last April in which she claimed Cambridge Analytica had carried out in-depth work for Leave.EU, is the second individual connected to the firm subpoenaed by the special counsel. The Electoral Commission has said its investigation into Leave.EU found no evidence that the campaign "received donations or paid for services from Cambridge Analytica …beyond initial scoping work". Damian Collins, chairman of parliament's inquiry into fake news, said it was "no surprise" that Kaiser was under scrutiny by Mueller because "her work connected her to WikiLeaks, Cambridge Analytica and [its parent company] SCL, the Trump campaign, Leave.EU and Arron Banks". He said it was now vital Britain had its own inquiry into foreign interference: "We should not be leaving this to the Americans."

** CBS NEWS 60 MINUTES Lara Logan "I'm Being 'Targeted' . Per Tamar Auber: former CBS News foreign correspondent Lara Logan spoke with Fox News Sean Hannity about her recent comments slamming the media as "mostly liberal." Logan told Breitbart podcaster Mike Ritland the remarks made on his show — which drew widespread attention online — amounted to "professional suicide." Defending her remarks on Hannity's show, Logan said that as the result of her speaking out about how the media is "mostly liberal" she has been targeted because she is an independent voice. "Any journalists who are not beating the same drum and giving the same talking points," she insisted "pay the price" for not going along with the liberal crowd. She also called out her targeters by name.
"I know they're going to come after me," she told Hannity. "Michael Calderone who is at the Huffington Post. I can give you the script now. I can tell you who the players are. Joe Hagan. Brian Stelter." She added: "They smear you personally. They go after your integrity. They go

after your reputation as a person and a professional. They will stop at nothing. I am not the only one. And I am just, I am done, right, I am tired of it. And they do not get to write my story anymore. They don't get to speak for me, I want to say loudly and clearly to anybody who is listening, I am not owned. Nobody owns me, right? I'm not owned by the left or the right." Logan made headlines recently when, during a scorched earth podcast interview with Ritland, she said that there was a lot of "weight" in most news organizations on "one side of the political spectrum." "The media everywhere is mostly liberal. But in this country, 85 percent of journalists are registered Democrats. So that's just a fact, right?" she told Ritland. She also trashed reporting based on single, anonymous government sources. "That's not journalism, that's horseshit," Logan stressed. "Responsibility for fake news begins with us. We bear some responsibility for that, and we're not taking ownership of that and addressing it. We just want to blame it all on somebody else."

** **Internal documents from a private Israeli intelligence firm called Psy-Group** show that, at the time of many incidents, the company, and possibly other private investigators, were targeting U.S. citizens because they spoke up about crimes. Psy-Group's intelligence and influence operations, which included a failed attempt in the summer of 2017 to sway a local election in central California, were detailed in a New Yorker investigation that I co-wrote earlier this month. Before it went out of business (ie: changed it's name) , last year, Psy-Group was part of a new wave of private-intelligence firms that recruited from the ranks of Israel's secret services and described themselves as "private Mossads." Psy-Group initially stood out among its rivals because it didn't just gather intelligence; its operatives used false identities, or avatars, to covertly spread messages in an attempt to influence what people believed and how they behaved. In 2016, Psy-Group held discussions with the Trump campaign and others about conducting covert "influence" operations to benefit the candidate. Psy-Group's founder and C.E.O., Royi Burstien, a veteran Israeli intelligence officer who established the firm in 2014, told me that his talks with the Trump campaign went nowhere. The company's posturing, however, attracted the attention of Robert Mueller, the special counsel, who has been investigating interference in the 2016 Presidential race.'

** ***FED BOMBSHELL: Fusion GPS Bribed Dozens of MSM Journalists With Cash To Run Character Assassinations.*** High-ranking FBI insiders are pulling back the curtain on Fusion GPS, the firm that commissioned and spread the bogus Trump dossier. It appears the embattled intelligence firm was quite busy paying off Big Media reporters, according to federal sources who have traced dozens of transactions between TD Bank and media members as well as media organizations, sources confirm. But stunningly, Big Media organizations have employed Fusion GPS to dig dirt on politicians and D.C.'s elite — namely Donald Trump. "Fusion GPS was on the payroll of the media and in turn had members of the media on its payroll," one FBI insider said. FBI insiders confirm Fusion GPS employed law firms as well as shell companies to send and receive funds to and from media and reporters. But the embattled firm also used its accounts at TD Bank to directly commission reporters. Likewise, Fusion GPS received funds from media

Page 366  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

companies into its own accounts at TD Bank, FBI insiders said, "There are dozens of payments from the media flowing into their (Fusion GPS') account," one federal law enforcement official said. "One company wired funds to Fusion (GPS) more than a dozen times." Why would media companies commission Fusion GPS? Likely to dig dirt on enemies or secure records that reporters could not legally obtain, one federal law enforcement insider said. One FBI insider said the payments to Fusion GPS coincide with Donald Trump's run for the White House. The payments were made between Sept. 2015 and Sept. 2017, records show. The unthinkable: The mainstream media paying Fusion GPS for dirt on Trump to the same firm the Democratic National Committee paid to fund the bogus Trump dossier. And at the same time Fusion GPS bribing journalists to place stories — likely negative about Trump, as well as spread the bogus Trump dossier around.

** **Death By Metadata: Jeremy Scahill & Glenn Greenwald Reveal ...**
https://www.democracynow.org/2014/2/10/death_by_metadata_jeremy_scahill_glenn
Jeremy Scahill and Glenn **Greenwald** have also revealed ... And the source then is in addition to the **documents** that Edward **Snowden** ... "The NSA's Secret Role in the U.S. **Assassination Program** ...

** **How Covert Agents Infiltrate the Internet to Manipulate ...**
https://theintercept.com/2014/02/24/jtrig-manipulation/
But, here, I want to focus and elaborate on the overarching point revealed by all of these **documents**: namely, that these agencies are attempting to control, infiltrate, manipulate, and warp online ...

** **New Snowden Doc Reveals How GCHQ/NSA Use The Internet To ...**
https://www.techdirt.com/articles/20140224/17054826340/new-snowden-doc-reveals-how-gchqnsa-use-internet-to-manipulate-deceive-destroy-reputations.shtml
A few weeks ago, Glenn **Greenwald**, while working with NBC News, revealed some details of a GCHQ presentation concerning how the surveillance organization had a "dirty tricks" group known as **JTRIG** ...

** **Snowden Drip: Government Funded Character Assassination Squads Rampant Online**
From The Intercept:

> One of the many pressing stories that remains to be told from the Snowden archive is how western intelligence agencies are attempting to manipulate and control online

discourse with extreme tactics of deception and reputation-destruction. It's time to tell a chunk of that story, complete with the relevant documents.

Over the last several weeks, I worked with *NBC News* to publish a series ( http://investigations.nbcnews.com/_news/2014/01/27/22469304-snowden-docs-reveal-british-spies-snooped-on-youtube-and-facebook?lite  ) of articles ( http://www.nbcnews.com/news/investigations/war-anonymous-british-spies-attacked-hackers-snowden-docs-show-n21361  ) about "dirty trick" tactics ( http://www.nbcnews.com/news/investigations/snowden-docs-british-spies-used-sex-dirty-tricks-n23091  ) used by GCHQ's previously secret unit, JTRIG (Joint Threat Research Intelligence Group). These were based on four classified GCHQ documents ( http://msnbcmedia.msn.com/i/msnbc/sections/news/snowden_anonymous_nbc_document.pdf  ) presented to the NSA and the other three partners in the English-speaking "Five Eyes" alliance ( http://www.theatlantic.com/politics/archive/2013/06/is-the-five-eyes-alliance-conspiring-to-spy-on-you/277190/  ) . Today, we at *the Intercept* are publishing another new JTRIG document ( https://firstlook.org/theintercept/document/2014/02/24/art-deception-training-new-generation-online-covert-operations/  ) , in full, entitled "The Art of Deception: Training for Online Covert Operations."

By publishing these stories one by one, Plaintiffs NBC reporting highlighted some of the key, discrete revelations: the monitoring of YouTube and Blogger, the targeting of Anonymous with the very same DDoS attacks they accuse "hacktivists" of using, the use of "honey traps" (luring people into compromising situations using sex) and destructive viruses. But, here, I want to focus and elaborate on the overarching point revealed by all of these documents: namely, that these agencies are attempting to control, infiltrate, manipulate, and warp online discourse, and in doing so, are compromising the integrity of the internet itself.

**Harms Demands Calculation Metrics**

***The comparative calculation metrics: The damages amounts in the attached report are based on fully verified, government reported values from carbon credit sales, revenues, stock market exploitation of DOE funding matters and other profit GAAP reported amounts and FBI revealed sums, from December 2008 to today, that the DOE-crony competitors and their***

> *investors made in documented profits, revenues, tax write-offs, tax waivers and other upsides that Plaintiffs lost because of the corruption damages, rights blockades and reprisal attacks. Additionally, damages from benefit funds blockades, black-lists and other losses of revenue are incorporated in those standards-based, court precedent comps. Additionally, monies owed for whistle-blower and federal informant fees are calculated per industry precedents (such as the Walter T. Department of Energy whistle-blower award (* https://www.latimes.com/nation/la-na-hanford-whistleblower-settlement-20150813-story.html*) and the known annual budget for FBI informant payments provided to Congress in previous budget reports). Plaintiffs provided the documented case evidence to federal investigators since 1986. Additionally, salary losses based on the averaged CEO salaries of the CEO of Tesla Motors, Fisker Motors, Bloom Energy, Solyndra and General Motors are included as industry standards for the energy and automotive market in the same time-frame. Additionally, standard pain and suffering inclusions are incorporated. All of Plaintiffs back benefits payments from 2007 to today are also demanded.*

**Recap:**

*POLITICAL KILL ORDERS AND STATE-SPONSORED CHARACTER ASSASSINATIONS - How A Modern Character Assassination and Political "Kill Order" Is Executed By the Silicon Valley Oligarchs and their total control of propaganda media. Patrick George At Jalopnik attacks outsiders under contract with Elon Musk and the DNC. Silicon Valley campaign finance oligarchs hire him to run hatchet jobs on innocent outsiders and then Gawker-Gizmodo-Jalopnik uses their financial partnership with the DNC's Google to push the character assassination articles to the top of Google web products and searches.*

*Patrick George, Adrian Covert, John Hermann and Nick Cook are the sexually degenerate cabin boys that report to boy-loving sleaze-tabloid oligarch Nick Denton. They created the Fake News crisis in the media by flooding the internet with defamation posts and reprisal hatchet job articles designed to damage political enemies of the Socialists. They coordinate a large number of the character assassination efforts at Gawker, Gizmodo, Jalopnik, CNN, New York Times and other propaganda outlets.*

*These Millennial boys are "Media Rapists" and should be treated as abusers. - How and why did a Donald Trump stripper-date named "Stormy" or an Elon Musk sex party or a Kavanaugh drinking incident or the Moonves and Weinstein indiscretions suddenly hit the news at about the same time in news history? - In addition to actual murder, Politicians and Silicon Valley Oligarchs hire operatives to end people's lives in other creative ways. - It is all part of the*

*modern trend in vendetta, revenge and political payback when a Senator or a tech oligarch issues a "kill order" on an opponent. -*

*The client does not like to get their hands dirty so the actual social hit job is performed by companies such as: IN-Q-Tel - (DNC); Gawker Media - (DNC); Jalopnik - (DNC); Gizmodo Media - (DNC); K2 Intelligence - (DNC); WikiStrat - (DNC); Podesta Group - (DNC); Fusion GPS - (DNC/GOP); Google - (DNC); YouTube - (DNC); Alphabet - (DNC); Facebook - (DNC); Twitter - (DNC); Think Progress - (DNC); Media Matters - (DNC); Black Cube - (DNC); Mossad - (DNC); Correct The Record - (DNC); Sand Line - (DNC/GOP); Blackwater - (DNC/GOP); Undercover Global Ltd (DNC/GOP) Stratfor - (DNC/GOP); ShareBlue - (DNC); Wikileaks (DNC/GOP); Cambridge Analytica - (DNC/GOP); Sid Blumenthal- (DNC); David Brock - (DNC); PR Firm Sunshine Sachs (DNC); Covington and Burling - (DNC), Buzzfeed - (DNC) Perkins Coie - (DNC); Wilson Sonsini - (DNC)  and hundreds of others…These are the people and companies that except cash, revolving door jobs, political appointments, insider trading stock in Silicon Valley tech companies, prostitutes and real estate in exchange for destroying the lives of others. - These attackers deserve to be punished for the rest of their lives for taking away the lives of others in exchange for cash. Any company who is corrupt enough to hire any of these assassins should be forced out of business. These attack services are responsible for 90% of the "Fake News" problem in the world because they are the authors of most fake news.*

*Congress must act to make these kinds of companies illegal! - These digital assassination services offer hit-jobs, character assassinations and economic reprisal programs to famous billionaires and corrupt politicians who are seeking revenge, retribution and vendetta executions. - In the case of reporters getting targeted for attacks, President Donald Trump has been accused by the liberal corporate media of whipping up a hateful frenzy against the press. But while CNN's Jim Acosta grandstands against Trump, real journalists are still reeling from the draconian extrajudicial measures that Barack Obama and his administration used to target them for exposing truth. - This secretive targeting occurred while Obama speechwriter and hate-filled ANTIFA supporter Ben Rhodes was running "Operation Echo Chamber," which reportedly continues, in which he fed information to willing corporate media scribes. "They literally know nothing," Rhodes said of the twentysomething journalists he easily manipulated. -*

*The Freedom of the Press Foundation's Trevor Timm published documents showing how former attorney general Eric Holder changed the rules to more effectively intimidate and surveil members of the press. - Timm writes: "Today, we are revealing—for the first time—the Justice Department's rules for targeting journalists with secret FISA court orders. The documents were obtained as part of a Freedom of Information Act lawsuit brought by Freedom of the Press Foundation and Knight First Amendment Institute at Columbia University." - Obama is also clearly linked to the plot to obtain fraudulent FISA warrants on President Trump's team, as*

369

*evidenced by Peter Strzok and Lisa Page's texts confirming that Obama was overseeing their fly-by-night operation. -*

*Larry Schweikart reported for Big League Politics: For months pundits and researchers have been pondering the mystery of the FISA approval that led to the illegal and historically titanic scandals to ever hit the U.S. government. Some have argued that Assistant Attorney General Rod Rosenstein knew the FISA was bogus when he extended it. Others have wondered if Special Counsel Robert Mueller knew about the fraudulent basis of the FISA when he used it, in part, to indict Michael Flynn. Other still, that Mueller was fooled by the FBI. This is what President Trump calls "SPYGATE". - It may well be that the surveillance that was conducted began with UK intelligence services and then was fed back to the White House of Barack Obama. Here's the kicker: President Barack Obama did not need a FISA warrant to authorize spying/electronic surveillance on Trump because Obama all along had legal authorization to by-pass the normal court vetting process.*

*According to 50 U.S. Code 1802, the "Electronic Surveillance Authorization" () "Foreign intelligence in relation to a US person (Trump or his associates) is information that's necessary for the US to protect against attack, hostile acts, sabotage, . . . as well as other clandestine activities by a foreign power . . . OR . . . information relevant to national defense/security of the US, or the conduct of foreign affairs of the U.S." Such an authorization by Obama required certification by Attorney General Loretta Lynch that must be logged with the FISC court. ("The [AG]+ shall immediately transmit under seal to the court [FISC] a copy of his certification.") - In short, the DOJ has this. If we are correct, a copy of that certification is currently under seal at least with the DOJ and the FISC. -*

*This is what they are hiding. - However, the Act requires the AG to keep the Select Committee on Intelligence and the Senate Committee on Intelligence informed of these authorizations and unmaskings therein. See 1803 (a) (1) (C) If indeed this is what happened, did Lynch report—or only selectively report—to the committees in a way that excluded non-friendlies? Can you see why Adam Schiff, Mark Warner, and their ilk are terrified? - These are the playbook tactics that Senators and tech oligarchs most often use to destroy the lives of their political and business enemies: - Government agency bosses sometimes solicit the target victims with false promises of future loans, contracts or grants from their agency and cause the target victims to expend millions of dollars and years of their time for projects which those government bosses had covertly promised to their friends.*

*They use the target victims as a "smokescreen" to cover their illegal government slush-funds for the victims competitors and personal enemies. By using this tactic, the attackers can drain the target victims funds and force them into an economic disaster in plain view of everyone without the government bosses fearing any reprisal for their scam.- Every match.com, okcupid.com, Plenty Of Fish, Seeking Arrangements and all other IAC-owned, or similar, dating sites (IAC is*

370

*managed by Hillary Clinton's daughter) have had their profiles, texts, and inter-member communications, since those companies were started, hacked or purchased.*

*The attack service providers use Palantir and In-Q-Tel financed data analysis software to analyze every activity in those dating services in order to find honey-trap, blackmail, sextortion and social conflict exploitation opportunities. If you had a bad date with someone, that someone will be hunted down and convinced to help harm, #metoo or "rape charge" the intended target. All dates involve a search for sex, so the likelihood that a sexual disappointment experience will exist in each persons dating history is high. Searching every past dating email and text of a subject is quite easy with modern software and hacking techniques. A synthetically amplified, PR-agency optimized sex scandal can destroy any target. Your dating experiences from the 70's or 80's will come back to haunt you decades later. Most dates involve drinking alcohol and taking drugs. If you were unattractive or had bad sexual skills your bad date will be called "date rape", "drugging your date for sex" and related twisted narratives that are designed to shame you, the target. If you try to get a date in the future, your potential date will be contacted by a third party who will slander and libel you to make sure your potential first date gets cancelled.*

*Your social life will, essentially, end. Every photo on every dating site is cross checked with every other photo on the internet in order to cull your Facebook, Linkedin, Snapchat and other social media together to create a total psychological manipulation profile data file on you. A single photo on a dating site can be cross searched on every mugshot archive, photo album and corporate database in the worth within minutes using modern super-computers. Your sex life will be on public record in a flash.- Social Security, SSI, SDI, Disability and other earned benefits are stone-walled. Applications of targets are "lost". Files in the application process "disappeared". Lois Lerner hard drive "incidents" are operated in order to seek to hide information and run cover-ups. - Government officials and tech oligarchs contact members of the National Venture Capital association (NVCA) and created national "black-lists" to blockade target victims from ever receiving investor funding.*

*This was also confirmed in a widely published disclosure by Tesla Motors Daryl Siry and in published testimony. If Silicon Valley political campaign finance oligarchs black-list you (see the "AngelGate" Scandal and the "High Tech No Poaching Class Action Lawsuit" cases) you will never get investor funding again. - FOIA requests are hidden, frozen, stone-walled, delayed, lied about and only partially responded to in order to seek to hide information and run cover-ups.- State and federal employees will play an endless game of Catch-22 by arbitrarily determining that deadlines had passed that they, the government officials, had stonewalled and obfuscated applications for, in order to force these deadlines that they set, to appear to be missed. This can bankrupt a target victim.- Some Victims found themselves strangely poisoned, not unlike the Alexander Litvenko case.*

*Heavy metals and toxic materials were found right after their work with the Department of Energy weapons and energy facilities. Many wonder if these "targets" were intentionally exposed to toxins in retribution for their testimony. The federal MSDS documents clearly show that a number of these people were exposed to deadly compounds and radiations, via DOE, without being provided with proper HazMat suits which DOE officials knew were required. - Victims employers are called, and faxed, and ordered to fire target victims from their places of employment, in the middle of the day, with no notice, as a retribution tactic. - On orders from Obama White House officials, DNC-financed Google, YouTube, Gawker Media and Gizmodo Media produce attack articles and defamation videos.*

*Google locks this attack media on the internet on the top line, of the front page of all Google searches for a decade in front of 7.5 billion people, around the world. This attack-type uses over $40 million dollars in server farms, production costs and internet rigging. The forensic data acquired from tracking some of these attacks proves that Google rigs attacks against individuals on the internet and that all of Google's "impressions" are manually controlled by Google's executives who are also the main financiers and policy directors of the Obama Administration. This data was provided to the European Union for it's ongoing prosecution of Google's political manipulation of public perceptions. - Victims HR and employment records, on recruiting and hiring databases, are embedded with negative keywords in order to prevent the victim targets from ever gaining future employment. -*

*Gary D. Conley, Seth Rich, Rajeev Motwani and many other whistle-blowers in these matters, turned up dead under strange circumstances. It is very possible that some of these attack services, operated by former CIA operatives, even offer discrete murder-for-sale services using high-tech assassination tools that make murders look like heart attacks and brain failures. - Disability and VA complaint hearings and benefits are frozen, delayed, denied or subjected to lost records and "missing hard drives" as in the Lois Lerner case.- Paypal (A DNC-biased operation) and other on-line payments for on-line sales are de-platformed, delayed, hidden, or re-directed in order to terminate income potential for target victims who competed with the attackers interests and holdings.- DNS redirection, "website spoofing" sends target victims websites to dead ends where no sales orders or customer inquiries actually get back to the target. These internet revenue activity manipulations are conducted using Google and Amazon servers.*

*All commercial storefronts and on-line sales attempts by target victims, will have had their sites hidden, or search engine de-linked by a massively resourced facility located in Virginia, Texas or Palo Alto, California in order to terminate revenue potentials for the target victims.- Over 50,000 trolls, shills, botnets and synth-blog deployments are deployed to place defamatory statements and disinformation about victims in front of 7.5 billion people around the world on the internet in order to seek to damage their federal testimony credibility by a massively resourced facility. - Campaign finance dirty tricks contractors are hired by campaign financiers*

*to attack the friends and family members of the target victim in order to create low morale for the target victims psyche and motivation.-*

*Are you getting weird headaches and hearing a "buzzing sound" in your head? The U.S. Government has now acknowledged that the Cuban, Chinese and other embassy "sonic attacks" are from a known microwave beam weapon. Any one of the technical departments of the attack services listed at the top of this article can build such a biological harassment weapon. It can be aimed at the target victims office, bedroom or vehicle and, within a week, have caused biological and emotional damage using a weapon that has no visible track of trajectory. It is designed to make the target victim think they are "going crazy" or "hearing sounds in their head".-*

*In one case covert political partner: Google, transferred large sums of cash to dirty tricks contractors and then manually locked the media portion of the attacks into the top lines of the top pages of all Google searches globally, for years, with hidden embedded codes in the links and web-pages which multiplied the attacks on Victims by many magnitudes.- Covert Cartel financier: Google, placed Google's lawyer: Michelle Lee, in charge of the U.S. Patent Office and she, in turn, stacked all of the U.S. Patent Office IPR and ALICE review boards and offices with Google-supporting employees in order to rig the U.S. Patent Office to protect Google from being prosecuted for the vast patent thefts that Google engages in.*

*Google has hundreds of patent lawsuits for technology theft and a number of those lawsuits refer to Google's operations as "Racketeering", "Monopolistic Cartel" and "Government Coup-like" behaviors. Thousands of articles and investigations detail the fact that Google, "essentially" ran the Obama White House and provided over 80% of the key White House staff. A conflict-of-interest unlike any in American history. Google's investors personally told Applicant they would "kill him". Google and the Obama Administration were "the same entity".*

*Applicant testified in the review that got Michelle Lee terminated and uncovered a tactical political and social warfare group inside Google who were financed by Federal and State funds. - Honeytraps and moles were employed by the attackers. In this tactic, people who covertly worked for the attackers were employed to approach the "target" in order to spy on and misdirect the subject. - Gawker Media, Gizmodo Media, Snopes, SPLC and other hired media assassins will be retained to produce "hatchet job" character assassination articles about you. Then those articles will be faxed, mailed and emailed to your employer and investors with a note saying: "You don't want to have anything to do with this person, do you..?" in order to get you fired from your job and get your loans or financing pulled.*

*The attackers will use their round one attack media, that they authored, to create a round two second wave attack designed to end your life via economic warfare.- Mortgage and rental applications will have had red flags added to them in databases to prevent the targets from getting homes or apartments.- Krebs On Security, Wired, Ars Technica, The Wall Street Journal*

373

*and most major IT publications have reported that hundreds of spy "back-doors" have been found on every Intel, AMD, Apple, Xfinity, Cisco, Microsoft, Juniper Networks motherboard, chip-set and hardware component set.*

*This means that any kid with the "key" code can open any computer, server, router, cloud-network or other network connected device and read every file, photo, video, your calendar and email on your devices at any time from any location on Earth. The key codes have been released to every hacker community in the world for over ten years. There is now no government, corporate or personal data that can't be hacked, even data from decades ago. Every single one of your darkest secrets can be in the hands of your enemy within 60 minutes, or less. Important meetings you had planned with potential investors, employers, clients, dates, suppliers and others will suddenly get cancelled at the last minute.*

*They will get cancelled because your enemies are reading your calendar remotely and covertly sending slander information to those you had hoped to engage with in order to sabotage your life. Nothing you have ever typed on a computer or Smartphone is safe. it WILL be acquired and it WILL be used against you. - McCarthy-Era "Black-lists" are created and employed against target victims who competed with Obama Administration executives and their campaign financiers to prevent them from getting funding and future employment. - Obama Administration targets were very carefully placed in a position of not being able to get jobs, unemployment benefits, disability benefits or acquire any possible sources of income. The retribution tactics were audacious, overt..and quite illegal. -*

*There are thousands of additional Dirty Tricks tactics being used by these Attack Services yet Congress refuses to pass laws out-lawing such attack services. The cost of an attack on a person ranges from $150,000.00 to over $50,000,000.00. While a Silicon Valley billionaire can afford to launch counter-measures to these attacks, any regular taxpayer will be utterly destroyed, and incapable of fighting back, against even the smallest version of one of these "kill orders". A number of modern office shootings are the results of these attacks against an individual who has lost everything because of the attack and has no options left. -*

*Federal law enforcement, the United States Congress and the highest level investigators in the U.S., and abroad, have documented (per the "FISA Memo", Congressional Reports and federal employee testimony) and proven the fact that the Obama Administration regularly engaged in the operation of retribution, vendetta and reprisal campaigns known as "hit-jobs" against domestic natural born U.S. citizen domestic taxpayers. The Federal Court, in at least one previous court case,has ruled that Applicants, in this particular matter, were the victims and target of a number of these attacks designed to inflict permanent medical, emotional, character assassination, brand negation, economic and career damage.*

374

Page 375  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

*The FBI has been asked to interview John Cook, Nicholas Guido Denton, Adrian Covert, Patrick George, Ian Fette and John Hermann of Gawker/Gizmodo re: their financing, payola and hit-job attacks on third parties.*

# The Bay Area Culture Of Corruption Began This Crime Spree

A gunshot rang through the corridors of San Francisco City Hall.

A Mayor was dead and a new mayor was moved into position. The bullet that assassinated Mayor George Moscone on November 27, 1978 would lead to political corruption that would change the course of the world. Systematized political rigging had breached a new era. One of the victims of these crimes was on his way to City Hall to see the Mayor's office about a major new project. Everything changed that day.

The assassination of George Moscone was perfectly timed to place Dianne Feinstein into power as the new mayor of San Francisco and begin the next-generation of industrialized corruption on an epic scale. The new generation of corporation-backed pay-to-play was now being sponsored by the newly minted power known as **The Silicon Valley Cartel**.

As George Moscone lay dying on his desk in San Francisco, just south of there a man named John Doerr was looking at a folder that showed that his Silicon Valley "venture capitol" scheme had just broken the record at $750 million dollars of negotiable funds that he could now control.

John Doerr, and a number of Silicon Valley venture capitalists, benefited from the death of George Moscone. The assassination put Silicon Valley's number one crony in control of cronyism: Dianne Feinstein.

The massive number of elitist bribes paid to get the douche-bag children of the rich into Stanford University has been exposed. The Feinstein's, and their Silicon Valley VC buddies, were the biggest part of the manipulations. U.S. Sen. Dianne Feinstein's husband, University of California Regent Richard Blum, was named by the state auditor's office as one of the regents involved in admissions scandal where UC wrongly admitted dozens of wealthy, mostly white students as favors to well-connected people.

Among those "inappropriately admitted" were a student whose family was friends with a member of the Board of Regents, the child of a major donor and an applicant who babysat for a colleague of a former admissions director, according to the California State Auditor. In one case, a regent unidentified in the audit sent an "inappropriate letter of support" directly to the UC Berkeley chancellor on behalf of a student with only a 26% chance of winning a spot off the wait list, despite the policy prohibiting efforts by regents to influence admissions decisions by going around the regular process. The applicant was admitted. Auditor's spokeswoman Margarita Fernandez confirmed to The Associated Press that Blum was the regent. Blum told the San Francisco Chronicle on Thursday that he's never been caught doing anything wrong, yet,  and that he has used his clout to get friends and family into the elite public system for years. This was

376

the 98th time the Feinstein's have been charged with insider scheming and crony manipulations of public resources.

*Mother Jones Magazine* has published an article revealing that Bay Area tech insider Jaron Lanier was deeply involved with Jeffrey Epstein's cult. Epstein's sex director: Ghislaine Maxwell, was deeply involved with Kleiner Perkins top money boys and was photographed at their parties as she arranged sexual deeds. Kleiner Perkins was sued by one of its top staff for sex abuses. Kleiner Perkins has long sat at the head of the table for Bay Area perversion and corruption. Tech insider Elon Musk was also involved with Jeffrey Epstein's cult and also involved with Kleiner Perkins big boys.

Kleiner Perkins was formed in 1972. It has traditionally focused on early-stage investments, but also does later-stage investments. Tom Perkins explained: *"We follow the McDonald's hamburger concept of putting playgrounds in front of burger joints: 'get 'em while they are young and you can control them for life'..."*

The savvy team at Kleiner, aka KPCB, realized that buying politicians was prudent and, in fact, necessary for the kind of financial shell-games they played. Dianne Feinstein had been one of their big bets. Kamala Harris is their "next girl". Barack Obama and Hillary Clinton would be their bigger, and most notorious plays. In a yet to be released recorded interview, Kleiner's Tom Perkin's explains his theory of quid-pro-quo with politicians. His words will make anyone shudder with fear about the fact that these types of Machiavellian billionaires actually exist. In fact, Kleiner Perkins and their festering child: Google, are all comprised of these kinds of warped, power-mad minds.

The firm was named after its four founding partners: Eugene Kleiner, Tom Perkins ("Poor people are Nazi's.."), Frank J. Caufield, and Brook Byers. Other notable members of the firm include partners John Doerr and tax evader Raymond J. Lane, as well as high-profile individuals such as Sun Microsystems co-founder Bill Joy (who joined as partner in January 2005), former U.S. Secretary of State Colin Powell (who joined in July 2005 in the newly created position of "strategic limited partner"), Vinod Khosla and former U.S. Vice President Al Gore, who joined as partner in November 2007[9] [10] as part of a collaboration between KPCB and Gore's firm Generation Investment Management (GIM) to promote green technology, business and policy solutions. Kleiner Perkins was, and is, the founder of the collusion group known as the Silicon Valley Cartel.

Feinstein backed Italian mobster John Molinari for the next new mayoral position. To hedge her bets, she also kept an inside deal going with candidate Roger Boas, also running for Mayor, and later indicted for racketeering and child prostitution. Molinari lost due to his connections to corruption, abuse of his daughter (Per a San Francisco Police Department report), his tenure of the Golden Gate Bridge district where embezzlement was also charged and his old-school North

Beach mob connections. The Weiner-Gate and Epstein Sex Island scandals prove that under-age and twisted sex scandals are part and parcel of this crowd.All three were placed under permanent surveillance by the FBI and multi-agency task force groups.

Feinstein had a number of "bag-men" who delivered cash to her through various outlets. The Coblentz law firm was one such avenue of payola. The most notorious bag-man was James Bronkema, the head of the San Francisco Chamber of Commerce and a co-conspirator of Molinari's on the Golden Gate Bridge District Board. Bronkema received massive funds from David Rockefeller, under various trusts and hotel guises, which Bronkema relayed to Feinstein for real estate favors. Bronkema's mistress, Patricia Novak, the head of the San Francisco Fair, along with her girl friends, recall Bronkema as a tough character who threatened to "turn you into a headless body floating in San Francisco Bay" if you got on his bad side.

A testament to the Bronkema/Rockefeller/Feinstein play are the bridges that run between the Embarcadero Center buildings, above the roads in San Francisco. Rockefeller wanted those bridges but no other San Francisco developer was allowed to have them. This was per Feinstein's machinations on behalf of her Rockefeller-ian benefactor. "She's a bitch", decried real estate developer Walter Shorenstein, "But she's Rockefeller's bitch". Both the Embarcadero Center and the Golden Gate Bridge's stand as permanent reminders of the beginning of this epoch of corruption.

Feinstein later found a new "Bag-man" named Richard Blum. His billions financed her move to the U.S. Senate with hopes of placing her in the White House. In exchange, she tripled his billions with public policy decisions that almost exclusively benefited Blum's companies.

Feinstein made a deal with Silicon Valley's Elon Musk, facilitated by Kleiner Perkins. She took a plot of land in Fremont, California which her family 1.) ran the real estate company for, 2.) the construction company for, 3.) the lobbying for, 4.) the HR firm for and 5.) other services for. The conflicts-of- interest stagger the imagination. She put Solyndra and Tesla side-by-side on that land and her family grabbed the stock market warrants and lobbying cash for both of the companies. Solyndra failed and got raided by the FBI after $500+M of taxpayer cash went sideways. Because Barack Obama's campaign was financed by The Silicon Valley Cartel, The White House ordered AG Eric Holder and AG Loretta Lynch to shut down the further investigations of Solyndra, Tesla and the rest of the Cleantech Crash Cartel disasters. The cover-up makes Watergate pale in comparison.

Feinstein helped Cartel member Elon Musk get part of NASA shut down and then get handed the very same NASA contracts that NASA was just curtailed from doing. It was amazing quid-pro-quo. Feinstein would stop at nothing to scrape from the pig trough of state and federal cash.

378

The media outed Feinstein and she never made it to the White House. The internet has dubbed her: *"The most corrupt living politician in America"*. While Feinstein has faded, the Silicon Valley Cartel has tripled in size and power. With payrolls of $200 million dollars a day, Kliener, Google and the Kleiner portfolio could order worker bee's to do a lot of damage by trolling blogs and pushing election perception manipulation. They did and they still do!

The Cartel did a study that showed that "edgy candidates like women or blacks could stand out in the media" so they jumped over to use Barack Obama, and then Hillary Clinton, for their government kick- back schemes. The campaign financing deal between the Silicon Valley tech titans goes like this: *"Silicon Valley rigs the internet and media to put you in office and you rig the government to give us insane amounts of cash, stock perks, federal contracts and monopolies"*

Kleiner Perkins created a Russian venture development group and courted the biggest mobsters in Russia. In fact, Silicon Valley's Steven Chu started handing taxpayer cash to the Russian billionaires Ener1, Severstal and other Russian mobster billionaire fronts until even Congress thought it was too overtly corrupt and shut him down. The heads of Russian Cartels were suddenly teaching The Silicon Valley Cartel a thing or two about rigging the system. Kleiner put their insider's Steven Chu, Matt Rogers, Steve Spinner, and Steve Westly in charge of the U.S. Department of Energy pay-to-play gambit with orders to get billions of U.S. taxpayer dollars shipped exclusively back to the Silicon Valley Cartel while sabotaging all of the Cartel's competitors.

For all of it's lovely gardens and tree covered lands, Stanford University is America's corruption training ground. Date rapes thrive in Stanford frat houses. Cover-ups are guaranteed to protect rich family donors. A huge number of horrific executive sex scandals have shamed the campus over and over. China and the Middle East have poured billions of dollars of bribes into the place. The CIA runs the "*Stanford Research Institute*" program on campus. Hot young female interns that go "up-the-hill" to Sandhill Road can count on getting sexually extorted by the venture capital guys they try to work for. The majority of the "*business leaders*" from Stanford have ended up getting investigated for SEC, FCC, DOJ and FTC violations. Stanford University is where the worst-of-the-worst douche bags are formed!

The Silicon Valley Cartel gets most of their payola from skims off-the-top in investment bank scams and from stock market pump-and-dumps created by exploiting the free government money that they use to artificially hype the stock market valuations while Goldman Sachs and The Silicon Valley Cartel skim the momentary high-points on the Wall Street stock exchange.

These days, in San Francisco proper, almost every third City Hall official is under investigation for corruption. The current Mayor of San Francisco even had sex with one of the arrested goons.

The FBI has been asked to pay "special attention" to the crony crime circuit of City Hall. Previous corrupt Mayor Ed Lee had a convenient heart attack at the grocery store.

Kleiner Perkins has always loved to steal federal funds under the guise of "It will help the nation".

The green-washing "Cleantech" _database_ deals didn't work out so well so they moved their pitch to "Let's stop terrorists" with Plaintiffs _databases_. Kleiner had funded many _database_ companies so Silicon Valley pitched Washington that all of their _database_ companies could spy on every American and "see the future" like Tom Cruise did in the movie **Minority Report** and catch bad guys before they become bad".

This was just a scam to try to make their wasted _database_ internet toys stay relevant. That scam has now failed too. Silicon Valley's "Big Data" has not only missed every single terrorist activity but it has steered law enforcement down wild goose chases and cost the consumer electronics industry a hundred billion dollars in losses because people hate being spied on. Big Data trying to accurately figure out what organic things will do is like trying to get the Amish to build nuclear reactors. The CIA has found out that you can generate lots of pretty bar graphs and flowcharts with Silicon Valley's tools but the outcome will be nonsense that has no prudent application in real life.

The newest Silicon Valley "Please-Buy-Plaintiffs-Databases" scam is "Driverless" cars. They need _databases_ to track and spy on all of the drivers.

NO MEMBER OF THE PUBLIC wants driverless cars but The Silicon Valley Cartel gets Obama and Hillary to give them both DOT and DOE taxpayer cash for the facade driverless car projects while they sell their lithium ion batteries, from the Afghanistan lithium fields, that they have monopolized. Great! Apple, exposed in the media in this scheme, was recently forced to cancel it's car project which was also diving for federal handout dollars.

With modern AI-based forensics, any investigator can now see how these Silicon Valley Cartel dirty payola deals work, who did them, how the money is hidden and who the beneficiary trails lead to, in a series of articles.

Everyone in the world is now aware of the fact that John Doerr, Dianne Feinstein, Elon Musk, Larry Page and Eric Schmidt rig elections, White House decisions and the direction of the use of U.S. Treasury funds. The emails and FBI documents prove it. How long can Americans tolerate the use of 40% of their paychecks to pay for John Doerr's private jets? That remains to be seen.

The Golden Gate Bridge 50th Anniversary Bash was an extravagant party created to skim funds for the political campaigns of Roger Boas, John Molinari, Dianne Feinstein and their friends.

Page 381   EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

The political crooks on the corrupt Golden Gate Bridge Board, hounded by Gene Pratt of Marin, tried to push a twenty two million dollar party that should have only cost $200,000.00. The majority of the money was originally planned to be skimmed, payola-ed, and back-door conduited, as Dark Money, to these politicians.

Roger Boas was indicted for embezzling city funds from Moscone Center and running an underage whore-house (with an SFPD official) for City Hall officials.

The Golden Gate Bridge Board was publicly shamed into canceling the scam and down-sizing to a slightly less crony operation.

John Molinari was placed under FBI watch, was charged with abuse of his daughter, who was removed from his home by the Police, and forever monitored for corruption. His offices and rentals at Van Ness and Golden Gate Avenue, in San Francisco, were bugged.

Bridge Director, James Bronkema (David Rockefeller's "bag man" on the West Coast) tried to make his mistress: Patricia Novick, the Producer of the party but that plan got outed. Bronkema and the Coblentz law firm were placed under watch for Dark Money political shenanigans.

Dick Blum was suggested as the provocateur who got Dan White to kill Harvey Milk and Mayor George Moscone in order to get Dianne Feinstein her position in government. San Francisco private investigator Paul Kangas has some theories about the whole Moscone and Feinstein mess. San Francisco lawyer Harmeet Dhillon has other theories.

The Golden Gate Bridge scandal was typical of every major project in the Bay Area.

During this period, the San Francisco oligarchs, elitists and gatekeepers who control crony capitalism in San Francisco included:  Janet Reilly and Clint Reilly (who the lead characters in the House Of Cards TV series were based on); Ed Lee; John Molinari; Roger Boas; Dick Blum; Vinod Khosla; Anybody named Haas or Getty; Charlotte Maillard; Ed Shultz; Henry Kissinger; Will Hearst; Nancy Pelosi; Dianne Feinstein; Kathryn Feinstein; Scott Weiner; Darcy Brown; Stewart Brand; Joseph Costello; Carl Livingston; Henry Adams; Wally McCormick; Bob McKeen; Jean Bricker; Richard Thieriot; Wilkes Bashford; James Bronkema; William Ball; Gordon Bellis; Frances Bowers; Donna Casey; Gretchen Cebrian; Tina Cella; Lawrence Chickering; Sheldon Cooper; Charles Crocker; Edwin Cutler; Myron Du Bain; Coburn Everdell; Donna Ewald; John Gamble; William Gaylord; Richard Graff; Reid Hoffman; Ann Getty; Anthony Hale; Matilda Kunin; Wendy Linka; Mary Moulton; William Newsom; John Owsley; Bokkara Patterson; Juan Reynal; Steven Swig; Anyone named Thieriot; Wilfred Von Bulow; Michael Whitman; Brayton Wilbur; Rita Barela; John  Brunelle; John Calori; William Coblentz; Joseph V. Costello; John Diefenbach; Myron Dubain; Frank Woods; Mort Feld; T. Jack Foster Jr; Gordon P Getty; James Gilleran; John Goy; Evie Haas; Bryan Hemming; John Jacobs; Fritz

Jewett; Ray Jones; George Keller; Art Kern; Bob Lansdon; Arthur Latno; Robert Leefeldt; Bob Lurie; Malcom MacDonald; Dan McCall; Wallace McCormack; Rich Miller; Elizabeth Pfau; Forette Pomeroy; David Ringler; Hadley Roff; Norman Rosenblatt; Albert Schlesinger; Steven L. Swig and a whole pack of related insiders.

Now, as they die off, the whole story can be revealed. Part of that story is based on interviews and meetings with some of them. People like Tom Perkins, James Bronkema, Roger Boas, Melvin Belli and others, ultimately regretted their crimes, or corruptions, and went on-the-record, near the end of their days.

This project's "*insurance policy*" (now posted globally in encrypted torrent files) is based, in part, on their recordings…

## Why Silicon Valley CEOs are such raging psychopaths
By Eric Spitznagel



Page 383  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

Silicon Valley has a psychopath problem -- exemplified by the bad behavior of notorious tech CEOs such as Mark Zuckerberg, Elon Musk and Elizabeth Holmes. NY Post photo composite/Mike Guillen

**Sex, drugs & start-ups: Inside Silicon Valley's doomed creative culture (https://nypost.com/2020/08/29/sex-drugs-start-ups-inside-silicon-valleys-doomed-creative-culture/)**

**Tech CEO enrolls in anti-racism school after tirade  ( https://nypost.com/2020/07/12/tech-ceo-enrolls-in-anti-racism-school-after-restaurant-tirade/ )**

**Waitress speaks out on tech CEO's racist rant on Asian family  ( https://nypost.com/2020/07/09/ca-waitress-tells-why-she-canceled-tech-ceos-racist-rant-on-asian-family/ )**

Maëlle Gavet, a 15-year veteran of the tech industry, recalls an unsettling conversation she had at a Silicon Valley cocktail party in 2017.

Gavet was chatting with an early investor at Uber and mentioned some of the disturbing news surrounding the company's co-founder and CEO, Travis Kalanick. There were revelations about spying on passengers, sexual harassment, a toxic macho work culture, and according to Kalanick's own friends, his "aspirational baller syndrome."

The investor, Gavet told The Post, just laughed and said, "Oh, no, he's so much worse than anybody knows." Gavet was nonplussed, asking the investor why he chose to do business with somebody so unrepentantly awful.

"He may be an asshole," the investor told her. "But he's my asshole."

This was just one of the many interactions that inspired Gavet to write her new book, "Trampled by Unicorns: Big Tech's Empathy Problem and How to Fix It" ( https://www.amazon.com/Trampled-Unicorns-Techs-Empathy-Problem/dp/1119730643?tag=nypost-20  ) (Wiley), out Tuesday. Though Kalanick was ousted as Uber's CEO in 2017 and stepped down from the company's board of directors earlier this year, his psychopathic behavior is all too common among Big Tech execs, Gavet writes.

Enlarge ImageUber's ex-CEO Travis Kalanick has been accused of spying on passengers and building a toxic macho work culture.NY Post composite/Mike Guillen

383

According to the Hare Psychopathy Checklist — the universally accepted diagnostic tool used to assess this disorder — a psychopathic personality includes traits such as a grandiose sense of self-worth, a lack of remorse or guilt, poor behavioral controls, pathological lying and a lack of empathy.

These attributes aren't just present "but celebrated in Silicon Valley," says Gavet, who once held the position of executive vice-president of global operations for Priceline Group, among other roles.

News of bad behavior by Silicon Valley CEOs — from Elon Musk's tweeting out misinformation about the pandemic to WeWork co-founder Adam Neumann now being probed by the New York state attorney general over allegations of self-dealing — has recently become so frequent, it's considered normal.

Take Theranos CEO Elizabeth Holmes, known for her eerie lack of blinking and an allegedly faked baritone voice. Once a Silicon Valley darling, she became a self-made billionaire by promising her blood-testing company would revolutionize health care with innovative finger-prick tests that delivered quick, painless, cheap results. But her claims were a lie. She now stands accused of fraud and is reportedly planning to make an insanity plea when she goes to trial this March.

Through the power of her psychopathy, Holmes convinced many — including veteran investors and politicians — "of her 'messianic vision' to defy reality with her 'miracle' blood-testing kit," Gavet writes.

Research by the FBI found that companies managed by psychopaths tend to have decreased productivity and low employee morale. In fact, Silicon Valley's psychopathic traits "trickle down through entire organizations," says Gavet. "In effect creating psychopathic companies."

Enlarge ImageWeWork co-founder Adam Neumann is being probed by the New York state attorney general over allegations of self-dealing.NY Post composite/Mike Guillen

This is enabled by an "infantilized culture" at many start-up companies, where employees become accustomed to working in "hyper-privileged bubbles where their every whim is catered to and every need anticipated," she writes.

At Google, for instance, employees are treated to nap pods, free massages and a luxury hotel-style concierge service to run errands. The biotech firm Genentech reportedly offers perks like on-site car washes, haircuts, spa treatments and even a dentist.

"By sheltering these guys in this little cocoon or womb, it kind of emphasizes that young male problem, where Mom takes care of everything," says Richard Walker, professor emeritus of

geography at the University of California, Berkeley, and a veteran Valley-watcher. "It's kind of magical, where food just appears, and 'If my treat isn't there it's because Mom forgot to provide it!' "

And it's resulted in a serious lack of empathy, writes Gavet.

In February 2018, a 61-year-old livery driver shot himself in front of City Hall in lower Manhattan, claiming he'd lost his livelihood because of competition from Uber cars. "I will forever remember the reaction of two of my friends working at Uber at the time," says Gavet.

"During a dinner party, I asked how they felt about the suicide, and they were both like, 'It's sad, but it's the cost of disruption.' "

It's an excuse she's heard repeatedly. "I can't tell you the number of times I've heard people in Silicon Valley dismiss something horrible they may have caused with, 'That's the cost of disruption,' " she says. "They're like, 'Yeah, it's awful, but we're trying to make the world a better place, so it's OK."

His legacy has cultivated an indelible association between being a jerk and a genius.

- Maëlle Gavet on Steve Jobs

While that behavior can be found in any industry, from Wall Street to mass media, Gavet says it's particularly embedded and hard to fix in tech, "because it tends to take root at the early stages of a start-up."

"The types of things I witnessed over the years include the work hard/play hard attitude, epitomized by a culture of booze-fueled partying; recklessness; the prioritizing of hyper-growth over sustainable profits; and demeaning comments about women and minorities," she writes.

The examples of it are abundant, from Facebook CEO Mark Zuckerberg's non-apology after the Federal Trade Commission fined his company $5 billion for allowing Cambridge Analytica to mine user data for political purposes, to Jeff Bezos complaining during an engineer's presentation, "Why are you wasting my life?"

But some of the more glaring examples happen behind the scenes. Gavet spoke with a content moderator for Facebook, who worked for the company between 2017-2018 and looked for hate speech and graphic violence on the platform. He recalled flagging an image posted of a massacre in Southeast Asia.

Enlarge ImageAmazon CEO Jeff Bezos once said to an engineer during a presentation, "Why are you wasting my life?"NY Post composite/Mike Guillen

385

"There was an image of a baby with somebody's foot on its chest," he said. "I had decided that was a dead baby because it wasn't fighting back." But his auditor felt otherwise, insisting there was no proof that the baby was dead, and the photo remained.

Content moderators get a quality score and every image they mistakenly flag is a ding against their score. The result can be dehumanizing, according to Gavet.

"Imagine arguing about whether a baby is dead because you don't want to get your quality score down," she says. "All you care about is getting the point back, not whether the baby is dead."

The moderator who spoke to Gavet was later diagnosed with PTSD and is now suing Facebook.

The patron saint of Big Tech douches, the one who inspired an entire generation of start-up entrepreneurs to put their worst face forward, was late Apple co-founder and CEO Steve Jobs. He disliked wearing shoes (or showering), preferred parking in handicapped parking spots and once motivated employees by calling them "f–king d–kless assholes."

"His legacy has cultivated an indelible association between being a jerk and a genius," writes Gavet. "Which has ballooned to the point where many people believe that a founder-CEO, in particular, actually has to be a jerk to be a genius."

She calls it the Steve Jobs Syndrome, and she's witnessed both powerful and up-and-coming tech exes believing in the myth like it's doctrine. Theranos CEO Holmes ruthlessly copied Jobs — not just by wearing black turtlenecks — but also by following his example of persuading people "to believe he was a prophet even when he was wrong," Gavet writes.

Enlarge ImageLate Apple CEO Steve Jobs preferred parking in handicapped parking spots and once motivated employees by calling them "f–king d–kless assholes."NY Post composite/Mike Guillen

Gavet recalls working with a high-profile tech founder — she was overseeing the company's acquisitions — and "every time I called him out on his lack of empathy and humility, which clearly led to many disastrous decisions, he would say to me, 'Steve Jobs didn't build Apple by being humble and caring about people.' "

These myths wouldn't survive if the CEOs alone believed them. Former WeWork CEO Neumann was celebrated in the media for his audacious leadership style — from barefoot strolls through Manhattan to offering his employees tequila shots and Run DMC concerts in the office.

But Neumann's success was a mirage. "He made millions leasing buildings he partly owned back to WeWork," Gavet writes. He also bought the trademark to the word "we" and then sold the trademark use to WeWork, his own company, for $5.9 million.

386

Page 387  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

After initially being valued at $47 billion in January 2019, WeWork's worth reportedly dropped to $10 billion in September that same year. But when Neumann stepped down as CEO, he was paid $185 million as a "consulting fee."

Neumann isn't the only CEO who's been rewarded for actively making things worse for investors. In early May, Tesla CEO Musk tweeted, "Tesla stock price is too high, IMO." Within an hour of his tweet, the Tesla share price plummeted 10 percent, wiping $14 billion off the company's stock market value. One investor tweeted back at Musk, "Dude … I just lost $10k because of this tweet. Wtf is wrong with U?"

Not only is Musk still Tesla's CEO, but his net worth also jumped this summer to $103 billion, up from $22.4 billion last year, making him the third-richest person in the world.

Enlarge Image

For anything to change, Gavet argues that companies need to take a more empathetic approach.

"They need to hire differently, promote differently, reward differently," she says. "I'm an optimist, but I'm also a capitalist. I believe there are ways to make a company more empathetic, more reasonable, a force of good in the world. And I believe in the long run, that would actually be beneficial for the businesses."

She sees evidence of it happening already. Tim Bray, a celebrated engineer at Amazon and their onetime vice president of Web Services, quit his job in May because of the "toxicity running through the company culture," as he wrote in a blog post.

"I choose neither to serve nor drink that poison," he wrote.

Bray isn't alone in recognizing the toxic culture, but many are unsure how to take a stand.

"Some of the CEOs I'm close to — and I still think they are, to a large extent, psychopaths — they're struggling," says Gavet. "They tell me, 'It feels like I'm damned if I do, damned if I don't.' They get criticized for being too aggressive, but when they try to be empathetic, they're criticized for being too soft."

The trend of psychopathy at the top of Big Tech won't be "disrupted," Gavet says, until we stop expecting the next Steve Jobs to be as abrasive and psychotic as, well … Steve Jobs.

*Joel B. Pollak notes that former Vice President Joe Biden promised earlier this month that his climate change policies will bring new jobs — "good, paying union jobs." He has made — and broken such promises before.*

Page 388  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

In 2009, Biden promised (  https://www.youtube.com/watch?v=5g_6TYULxMg  )  that $529 million in new Department of Energy loan guarantees to Fisker Automotive to produce electric cars in Delaware would provide "billions of dollars in good, new jobs." Four years later, Fisker filed for bankruptcy — without producing a single car in the U.S.

As Breitbart News reported (  https://www.breitbart.com/politics/2013/11/23/obama-admin-picks-green-energy-loser/  ) at the time, Fisker was granted the loan guarantees to produce a hybrid sports car called the "Karma" for the luxury auto market, with a price of $103,000. High-profile political figures lobbied for the deal. Fisker filed for bankruptcy failed in 2013 and taxpayers lost $139 million on the venture. Republicans noted: "The jobs that were promised never materialized and once again tax payers are on the hook for the administration's reckless gamble."

Along with failed solar panel manufacturer Solyndra ( https://www.breitbart.com/politics/2011/09/19/solyndra-scandal-hits-obama-white-house/  ) , Fisker was one of the highest-profile failures of the stimulus, which Biden oversaw ( https://www.npr.org/2020/04/06/828303824/a-look-back-at-how-joe-biden-managed-the-2009-stimulus-package  ) , and which he has touted on the campaign trail as proof of his ability to handle America's economic recovery.

Moreover, Vice President Biden admitted pushing for Fisker to build its new "Karma" plant in his home state of Delaware.

As the *Wall Street Journal* reported (  https://www.wsj.com/articles/SB126074549073889853  ) : "A spokeswoman for Mr. Biden said that he had made no direct appeals to DOE [Department of Energy] on Fisker's behalf before the loan was approved, though he did talk to the company several times afterward to put in a plug for his home state."

The Delaware site, an old GM plant, was located across the continent from Fisker's corporate headquarters in Southern California.

The *Washington Post* noted (  https://www.washingtonpost.com/cars/fisker-an-influential-disaster/2013/04/05/a7438a0a-9e21-11e2-9219-51eb8387e8f1_story.html  ) :

> Even current Vice President Joe Biden was drawn into the Fisker debacle. To build its planned Project Nina vehicle–to be dubbed the Atlantic–Fisker maneuvered itself into a purchase of a former GM plant in Wilmington, Del., that had once built the smart Pontiac Solstice and Saturn Sky roadsters. The plant was one of many properties split off during GM's 2009 bankruptcy filing, and was to be sold as a part of the "old GM." While the plant had some physical advantages of being near a port, it had several big disadvantages–namely, it was a world away from Fisker's U.S.

388

headquarters in California, needed expensive retooling, was far too large for the task at hand, and was ostensibly more expensive to retrofit than some other "old GM" properties, such as Doraville, the suburban Atlanta plant that once built GM minivans.

The Wilmington plant did have the huge advantage of lying in Vice President Biden's backyard. Lobbying by all local politicians is said to have won the day for the Wilmington plant, but like much of Fisker's financial history, the details are blocked from view. Vice President Biden would not respond directly to questions about Fisker posed by ABC News, (  http://abcnews.go.com/Blotter/fisker-build-electric-cars-us/story?id=16458585#.UAY9T7TY8rV  ) his office insisting only that he supported the ATVM [Advanced Technology Vehicles Manufacturing] program– but failing to address how a site from his hometown was given a Federally-backed reprieve.

As the left-wing *Nation* later noted (  https://www.thenation.com/article/archive/biden-delaware-way-graft/  ) , the new Fisker facility was less than five miles from Joe Biden's Delaware home.

Biden proudly announced ( https://www.energy.gov/articles/vice-president-biden-announces-reopening-former-gm-boxwood-plant   )  the deal in 2009: "We knew that we needed to do something different – in Delaware and all across the nation." He declared ( https://abcnews.go.com/Blotter/car-company-us-loan-builds-cars-finland/story?id=14770875   ) : "We're making a bet on the future, we're making a bet on the American people, we're making a bet on the market, we're making a bet on innovation." When Fisker won the loan, Biden celebrated (  https://abcnews.go.com/Blotter/car-company-us-loan-builds-cars-finland/story?id=14770875  ) : "The story of Fisker is a story of ingenuity of an American company, a commitment to innovation by the U.S. government and the perseverance of the American auto industry." He proclaimed (  https://investigativeresearchcenter.org/hunter-biden-listed-as-fisker-creditor-raising-questions-about-green-energy-boondoggle/  ) : "This is seed money that will return back to the American consumer in billions and billions and billions of dollars in good, new jobs."

It was a pledge that would be described (  https://www.canadianbusiness.com/companies-and-industries/the-ode-fisker-automotive-2007-2013/  ) , in retrospect, as "delusional."

Fisker produced exactly zero (  https://www.youtube.com/watch?feature=player_embedded&v=KAyc-8qGpv0  ) cars in the U.S. Instead, it produced ( https://abcnews.go.com/Blotter/car-company-us-loan-builds-cars-finland/story?id=14770875  ) its first cars in Finland. In addition to the losses for the federal taxpayer, Delaware had

committed (  https://whyy.org/articles/delawares-hope-for-fisker-rests-with-chinese-billionaire/  ) over $20 million to the deal by the time the company filed for bankruptcy in 2013.

Biden learned nothing from the Fisker fiasco. In his climate speech, he promised once again to promote electric vehicles, saying he would deliver  (  https://www.rev.com/blog/transcripts/joe-biden-climate-change-speech-transcript-september-14  ) "more than a million new jobs in the American auto industry."

We have heard such promises before… The politicians turned out to have lied in order to profit on insider trading.

## CITIZENS SAY SAN FRANCISCO HAS '*GONE TO HELL*' BECAUSE OF <u>*CRONY CORRUPTION*</u> BY COMMUNITY LEADERS

- All of the buildings in downtown San Francisco are cracking and collapsing.
- Drugs and douche-bags everywhere
- Stupid soy boys and naive millennial posers at every corner
- Residents are rushing to leave San Francisco as it has become so crime-ridden, flithy and corrupt
- Increasingly corrupt politicians thriving on Dark Money

# San Francisco In The News

**Look at these incredible news stories of depravity and corruption in San Francisco:**



*Figure 21: Welcome To The Capital Of Corruption: San Francisco*

-------------------------------------------------------------------------------

ELON MUSK PROVEN TO HAVE EXPOSED WORKERS TO DEADLY COVID ON PURPOSE BECAUSE OF HIS CRAZY IDEAS

SAN FRANCISCO - Tesla's Bay Area production plant recorded hundreds of positive covid-19 cases following CEO Elon Musk's defiant reopening of the plant last May, according to county-level data obtained by a legal transparency website.

The document, obtained by the website PlainSite following a court ruling this year, showed Tesla received around 10 reports of covid-19 in May when the plant reopened, and saw a steady rise in cases all the way up to 125 in December, as the disease caused by the novel coronavirus peaked around the country.

The revelation follows The Washington Post's reporting in June that there had been multiple positive covid-19 cases reported at Tesla's facilities in Fremont, Ca., after Musk decided to reopen despite a countywide shelter-in-place order, daring officials to arrest him. The data, covering the months between May and December, showed there were around 450 total reported cases. Roughly 10,000 workers work at the plant.

391

Page 392  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

For nearly a year, the Alameda County Public Health Department, which is where Fremont is located, argued it could not release data on the number of cases under the Health Insurance Portability and Accountability Act, which grants privacy over health records. As part of an agreement struck in mid-May allowing Tesla to reopen, Tesla was required to report positive cases to the Alameda County Public Health Department. Despite around 10 positive cases in May, according to the data, the health department told The Post in early June there were no known cases of workplace infections affecting county residents.

-------------------------------------------------------------------------------------------

San Francisco's Pro-Crime District Attorney is parented by armored car robbing murder gang

Walgreens Shutters 10 Stores In San Fran As Residents Point To Rampant Shoplifting In A city now rife with criminals from overseas

_____

*"There is no chocolate factory at Ghirardelli Square."*

*"Coit Tower was built as a tribute to fireman's penises because Lilly Coit screwed lots of fireman. The Salesforce Tower was built as a tribute to homosexual gay sex because most of the Salesforce and Silicon Valley oligarchs are gay anal sex fanatics. San Francisco's skyline is full of dicks...and so is it's government"*

*"Most of the "rich" people in Pacific Heights are just living off of their grand-parents bank accounts and have never worked a day in their lives. Being a "holistic teacher", an "interior designer", or an "influencer", is not work."*

*"Silicon Valley rich men assume that anybody who will marry them will accept the fact that they have hookers and mistresses on the side."*

*"Hot girls who marry rich Silicon Valley men only have babies with them to get good alimony."*

*"San Francisco makes all of the Mexican's live in the "Mission District" because "Mission" is a Mexican thing...but it isn't. Missionaries captured Mexicans and raped the hot ones and made the rest do cheap labor in the old days. The "Missionary Position" is named after forced Mexican sex with white preachers from back east."*

*"There are thousands of Chinese sex slaves in those massage parlors. They won't tell the cops*

392

*they are sex slaves because their Chinese bosses will kill them, or their families back in China."*

*"San Francisco City Hall is one of the most corrupt, crony-based, insider-controlled public buildings outside of Washington, DC."*

"Roger Boas, The head administrator of San Francisco City Hall, ran an underage sex ring, co-managed by San Francisco Police staff, for City Hall bosses. He was arrested for multiple crimes and cases like his are not unique in San Francisco.

-----------------------------------------------------------------------------------------

REPORTERS IN SAN FRANCISCO CONSTANTLY HELD UP AT GUNPOINT

_____

- S.F. Pays $61,000 A Year For One Tent In A Site To Shelter The Homeless

- Making Babies In California Is Over; As "*Only Idiots Have Babies*" Memes Rule The Web And Influencers Shame Those Who Are "Suckers" For Having Babies...

The banks wanted you to think you HAVE TO have a baby or you have not fulfilled your purpose. Enlightened Millennial's have now seen enough media about what a life-wasting, poop-filled, sleepless, never-going-out, scream filled hell they must endure if they had babies. None of them want to be Stepford Wives! Pushing a stroller now gets you eye-rolls and behind your back comments about being a "sucker". That facts and stats are in and everybody that is cool has stopped being a victim of the baby-machine culture.

-----------------------------------------------------------------------------------------

Driving A Tesla In San Francisco Gets You A Keyed Car, Broken Out Windows and Lots of Hate For Being A Social Tool and "Douche"

***Elon Musk and Tesla Motors*** have been outed as players who ***used corruption*** to get their company to exist. Douchebags that drive around in their Tesla's that think their car makes them look cool are actually getting looks of hate and pathos as they drive by. The tone deaf buyers of the car with the most safety and engineering defects is not something to be proud to drive. It is ***something to be ashamed of.***

-----------------------------------------------------------------------------------------

CORRUPTION, BRIBES AND CRONY POLITICS RULE SAN FRANCISCO THEY SAY

Page 394   EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

San Francisco and Silicon Valley are both run by the same dynastic criminally corrupt families and sick perverted insiders. They send their kids to Stanford University where they indoctrinate and brainwash the next generation into a culture of greed, sex, political bribery and Sandhill Road collusion. San Francisco City Hall is powered by hookers, sex and kick-backs. Every attendee at the San Francisco Symphony and Opera opening nights are the "elite" scum of the Pacific Heights money and power manipulation crowd. Old men wield young arm candy as they siphon off taxpayers money into their personal construction and real estate company City contracts. The FBI can't even keep up with all of the crimes. If you think the FBI arrests of Northern California political criminals is going good, know that they FBI has a backlog that is years long. An FBI forensic accounting investigation of the CPA files and investment bank records of each "old San Francisco family" and public official would reveal stock market crimes, insider trading, real estate money laundering and stock market payola crimes that are Off-The-Scales!

San Francisco used up to $150 million of state funds to help buy alcohol and cannabis for their homeless population.

https://twitter.com/trishathadani/status/1369084199576080386

Now, thanks to the Democrats' "relief" bill, all American taxpayers will chip in to bail the city out.

**Homeless people at risk of COVID-19 can receive alcohol and cannabis in San Francisco hotel rooms. It's part of a controversial strategy to stop the virus' spread.**

**Trisha**

**Thadani**@TrishaThadani

New: The federal stimulus package will erase the majority of San Francisco's projected $650 million budget deficit over the next two years, saving City Hall from having to make painful service cuts and layoffs. For now.

https://www.sfchronicle.com/politics/article/Federal-stimulus-nearly-wipes-away-San-16010321.php?utm_campaign=CMS%20Sharing%20Tools%20(Premium)&utm_source=t.co&utm_medium=referral via @sfchronicle

Page 395  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

Centered around San Francisco, powerful and greedy people abuse the public system in order **to manipulate TRILLIONS of government treasury and stock market dollars** into their own pockets. They lie, cheat, bribe, steal, attack, and even kill, in order to grab this money (provided from the pockets of the taxpayers). They create fake "*political issues*" in order to steer massive amounts of government money to "*solutions*" that they just happen to own the companies of. (*"Follow the Money"*) They collude on cover-ups, cover-stories, pump-and-dumps, fake "*Stimulus Funds*" redirection and other illicit deeds. Famous politicians are a very big part of this crime. They are easy to spot via the tens of millions of dollars, in their personal bank accounts, which only appeared after they took office. One part of them is*: The Silicon Valley Tech Cartel;* an anti-trust violating organized-crime operation based on quid-pro-quo. [They manipulated the Dept of Energy](#) to only fund political favorites and to sabotage the competitors of those favorites in an epic violation of anti-trust and anti-racketeering laws.

[San Francisco Criminals Now Targeting Residents Due to Lack of Tourists, Say City Officials](#)

Posted by **Mike LaChance**

---

"*tourism has gone down so substantially in San Francisco that criminal rings that targeted tourists in areas that tourists frequent no longer have tourists there*"



Tourism in the city of San Francisco is down, partly due to the pandemic, but also because of crime. As a result, criminals are now reportedly shifting their focus to city residents. Wealthy

Page 396  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

movie star Julia Roberts moved to San Francisco and now she has to have full time security because gangsters from across town have staked out her mansion for robberies. It is not just the rich, anybody with a Tesla parked at their house is targeted by robbers.

How's that for painful irony?

Andre Senior reports at **KTVU News**:

S.F. corruption, inequity, innovation: Board of Supervisors budget chair demands action

 -----------------------------------------------------------

SAN FRANCISCO BUILDS APARTMENTS FOR THE HOMELESS NEXT TO THE POLICE DEPARTMENT AND EACH APARTMENT ENDS UP COSTING $500,000.00 PER UNIT TO BUILD. IN AUSTIN, TEXAS THE SAME APARTMENT COSTS $98,000.00 TO BUILD. BRIBES AND CORRUPTION TRIPLE THE COST OF ALL CIVIC PROJECTS IN SAN FRANCISCO!

Contractor sentenced in San Francisco corruption scandal

San Francisco Corruption Scandal: Contractor Gets Prison For Bribing Mohammed Nuru With $36,000 Rolex

Recycling plant owner sentenced in San Francisco corruption scandal

San Francisco rolls out raises for city workers - some are eye-popping

Report: Senator Leland Yee indicted for public corruption charges

SF Supes Approve Chu To Replace Former Assessor-Recorder for corruption

"You've helped undermind the faith that San Franciscans have in their government": SF contractor who bribed public works director gets

Nuru scandal: Woman who bribed official with Rolex watch gets prison time

Former Calif. PE Exec To Cop To 'Varsity Blues' Fraud Charge

 --------------------------------------------------------------------

SHOCKER NEWS STORIES ABOUT SAN FRANCISCO:

396

Page 397  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District



**SF Mayor Mark Farrell aims more money at city's filthy streets - San Francisco Chronicle**sfchronicle.com



**Welcome to San Francisco's dirtiest block | Daily Mail Online**dailymail.co.uk



**Why is San Francisco so dirty? - Quora**quora.com

397

Page 398  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District



**San Francisco fed up with dirty, smelly streets | Daily Mail Online**dailymail.co.uk



**Why is San Francisco so dirty? - Quora**quora.com



**San Francisco DROWNING In FECES Launches DESPERATE Effort Clean Up After FILTHY Residents - YouTube**youtube.com

398

Page 399  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District



**Life on the Dirtiest Block in San Francisco - The New York Times**nytimes.com



**San Francisco's Nightmare: 'The Streets Are Filthy, There's Trash Everywhere, It's Disgusting ...**lifezette.com



**Filthy Tenderloin streets offer fresh start in the job market - San Francisco Chronicle**sfchronicle.com

399

Page 400  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District



**San Francisco Residents Getting Sick of Dirty, Smelly Streets | KFI AM 640**kfiam640.iheart.com



**Needles, Trash, Human Feces: What San Francisco Is Doing About Its Dirty Streets | Here & Now**wbur.org



**San Francisco mayor vows to clean up dirty, smelly streets | Las Vegas Review-Journal**reviewjournal.com

Page 401  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District



**San Francisco homeless and dirty streets addressed through holidays, even by President Trump ...**abc7news.com



**Tolerant San Francisco fed up with dirty, smelly streets | The Seattle Times**seattletimes.com



**San Francisco is So FULL OF SH!T You'll PUKE Learning How Much They Spent to Clean it up - YouTube**youtube.com

401

Page 402  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District



**Why California is collapsing into a liberal "s##thole" … Wayne Allen Root sounds off | The Olive ...**theolivebranchreport.com



**Tourists visiting San Francisco question if they're in 'bad side of town' | Fox News**foxnews.com



402

Page 403  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

**Power of Prophecy**texemarrs.com



**dirty streets of san francisco - 2 | for chase there are par… | Flickr**flickr.com



**Why is San Francisco So Dirty? - Reset San Francisco**resetsanfrancisco.org

Page 404  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District



**Tolerant San Francisco fed up with dirty, smelly streets | The Seattle Times**seattletimes.com



**San Francisco's summer of urine and drug-addicted homeless - SFGate**sfgate.com



**San Francisco's homelessness and opioid crises drive away business | Daily Mail Online**dailymail.co.uk

404

Page 405  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District



**Reasons Why San Francisco Is the Worst Place Ever | VICE | United Kingdom**vice.com



**Behind the Story: Walking San Francisco's Dirty Streets - YouTube**youtube.com



405

**An Intimate Look at the Life of a 'Crusty Kid' in San Francisco - Feature Shoot**featureshoot.com



**URBAN STUDIES / Filthy Streets of San Francisco / San Francisco: "Urinetown," not the musical ...**sfgate.com



**San Francisco's dirty streets - YouTube**youtube.com

Page 407  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District



**Stock video of san francisco, ca - feb 2014: | 7877854 | Shutterstock**shutterstock.com



**San Francisco's homelessness and opioid crises drive away business | Daily Mail Online**dailymail.co.uk



407

**Filthy San Francisco Is Driving People Away, The Latest Will Cost Them $40 Million • Opinion ...**madworldnews.com



**San Francisco official in charge of cleaning up city's filthy streets arrested ★ The Savage Nation**michaelsavage.com



## San Francisco is now a filthy cesspool riddled with feces and drugs

Famous writer Ezra Klein says San Francisco has gone socially insane.

*" If progressivism can't work there, why should the country believe it can work anywhere else?"*  He said that: You may have heard that San Francisco's Board of Education voted 6 to 1 to rename 44 schools, stripping ancient racists of their laurels, but also Abraham Lincoln and Senator Dianne Feinstein. The history upon which these decisions were made was dodgy, and the results occasionally bizarre. Paul Revere, for instance, was canceled for participating in a raid on

408

Indigenous Americans that was actually a raid on a British fort. In normal times, bemusement would be the right response to a story like this. Cities should have idiosyncratic, out-there politics. You need to earn your "Keep X weird" bumper stickers. And for all the Fox News hosts who've collapsed onto their fainting couches, America isn't suffering from a national shortage of schools named for Abraham Lincoln.

But San Francisco's public schools remain closed, no matter the name on the front. "What I cannot understand is why the School Board is advancing a plan to have all these schools renamed by April, when there isn't a plan to have our kids back in the classroom by then," Mayor London Breed said in a statement. I do not want to dismiss the fears of teachers (or parents), many living in crowded homes, who fear returning to classrooms during a pandemic. But the strongest evidence we have suggests school openings do not pose major risks when proper precautions are followed, but their continued closure does terrible harm to students, with the worst consequences falling on the neediest children. And that's where this goes from wacky local news story to a reflection of a deeper problem. ***California has the highest poverty rate in the nation***, when you factor in housing costs, and vies for the top spot in income inequality, too. California is dominated by Democrats, but many of the people Democrats claim to care about most can't afford to live there. San Francisco politicians generally have low IQ's and loud mouths, just like internet "influencers".

[San Francisco residents stop city from renaming 44 schools honor so-called racist historical leaders](...)

The median price for a home in California is more than $700,000. As Bloomberg reported in 2019, the state has four of the nation's five most expensive housing markets and a quarter of the nation's homeless residents. The root of the crisis is simple: It's very, very hard to build homes in California. When he ran for governor in 2018, Gavin Newsom promised the construction of 3.5 million housing units by 2025. Newsom won, but California has built fewer than 100,000 homes each year since. In much of San Francisco, you can't walk 20 feet without seeing a multicolored sign declaring that Black lives matter, kindness is everything and no human being is illegal. Those signs sit in yards zoned for single families, "If you're living eight or 10 people to a home, it's hard to protect yourself from the virus," Senator Wiener told me. "Yet what we see at times is people with a Bernie Sanders sign and a 'Black Lives Matter' sign in their window, but they're opposing an affordable housing project or an apartment complex down the street." In California, taking that standard seriously might mean worrying less about the name on the school than whether there are children inside it. In San Francisco, politics becomes an

Page 410  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

aesthetic rather than a program. You have to have a BLM sign in your window and a rainbow sticker on your Tesla bumper but you never actually intend to do anything that is NIMBY. San Francisco's fake symbols of progressivism are always preferred to the sacrifices and risks those ideals demand. In San Francisco Democrats hold total control of the government. If progressivism cannot work here, why should the country believe it can work anywhere else?

Life on Dirtiest Block in San Fran..(LINK)

Drug dealers flood city..(LINK).

People Line Up In Record Numbers At Bay Area Food Bank As SF Tech Rich Watch SF Poor Starve..(LINK)

Is tech-dominated SF about to return to its Bohemian roots as Nancy Pelosi's Sodom crumbles? (LINK)

---------------------------------------

Naive Julia Roberts **'Weirded Out'** Pals By Suddenly Moving To **Filthy** San Francisco and not seeming to know what a shit-hole SF is **..(LINK)**

Actress Julia Roberts bought a house in the formerly up-scale area of San Francisco bur her friends wonder if she is crazy to have suddenly up-rooted and moved to the most corrupt, crime-ridden, fallen city in America...

(LINK) San Francisco is a total shithole (Paul Joseph Watson video)

----------------------------------

**(LINK) San Francisco is absolutely degenerate. USUALLY, If you go to the Mission District you can EXPECT your car to get broken into and keyed, but now EVERY neighborhood is filled with break-ins INCLUDING Pacific Heights!** (whatever)

So I went to a wedding in Sacramento, and found a cheap flight to Europe out of Oakland a few days later. So girlfriend decided we ought to see San Fransiso for a night. So we hear about a great restaurant, get into SF at like 8, park the car in a well-lit spot and get dinner. After dinner we walk past the car on the way to get some dessert, at 10pm. By the time we get back to the car at 10:30, the back window is smashed, side rear window is smashed, and both my bags are missing. I honestly don't give a fuck if San Fransiso wants to make itself a shithole, but what pisses me the fuck off is that these morherfuckers think they're so fucking smart and they know exactly how to live, and meanwhile crime is out of fucking control to the point that people are smashing car windows at 10pm I'm well lit and well travelled streets, homeless are everywhere,

and they want to export the same policies that have destroyed their city and state to the rest of the country. Fuck off California leftists and your fucking bullshit.

# Marin County Is San Francisco 2.0

The Mind Numbing Corruption And Perversions In Marin County In California seem to have migrated from San Francisco, across the Golden Gate Bridge, and into the hills of hell in Marin.

Recognized for it's rolling green hills and freshly scrubbed blonde yuppies, Marin County in Northern California is supposed to be Heaven-on-Earth but a peek behind the scenes reveals Marin to be operated by crony criminals and ridden with pedophiles and anal sex fanatics. Even when you die in Marin County, the coroner may still rape your body and the tax people will rape your estate. Take a look at these stories for some color on Marin County that will make you blush red with anger and embarrassment:

**In typical Marin County corruption case; Marin official's girlfriend, on stand in Marin corruption trial, recounts crimes**



By Richard Halstead, Marin Independent Journal

Page 413  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

# Comments

A girlfriend of Brett Richards, the former Ross Valley Sanitary District manager, testified Monday that she accompanied him on trips to Las Vegas, Europe, Alaska, the Cayman Islands and the Philippines after Richards received a $350,000 housing assistance loan from the district.

Richards is standing trial in Marin County Superior Court on charges that he took the loan from the district and never purchased housing.

Lynne Andonian, an assistant professor in the department of occupational therapy at San Jose State University, testified she began dating Richards in February 2010, but it wasn't until December 2010 that she began traveling with him extensively.

During pretrial hearings, Marin District Attorney Edward Berberian presented evidence showing that Richards deposited the $350,000 housing loan in his Citibank account on Dec. 3, 2010.

Berberian asked Andonian if she remembered traveling to Munich, London, Paris, Venice, Barcelona, Florence, Rome and Croatia with Richards. Andonian said she recalled going to Europe with Richards, but she said she didn't recall specific locations they visited.

Berberian asked Andonian if she recalled taking trips to Las Vegas with Richards.

"I recall one trip to Las Vegas," Andonian said. She also confirmed the trips to Alaska, Croatia and the Cayman Islands.

Richards dropped from sight in July 2012 shortly after local political writer Dick Spotswood, in a column published by the Marin Independent Journal, raised questions regarding whether Richards used the $350,000 loan to purchase housing. Richards resigned by email from his $197,000-a-year job on July 25, 2012.

Andonian also testified she met Richards in the Philippines in August 2012. After that, Andonian said she communicated sporadically with Richards via phone and email until March 2013.

Andonian said she didn't hear from Richards again until July or August of 2013.

Berberian questioned Andonian about a telephone conversation she had with Richards while he was in jail awaiting trial. Inmate calls are recorded, and Berberian showed her a transcript of the conversation.

During the call, Andonian told Richards she had been distraught during the three months she couldn't reach him.

413

Page 414  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

Berberian asked Andonian if Richards had replied that he had broke off contact with everyone he cared about because he was being investigated.

"I remember him being concerned about others getting hurt," Andonian said.

During pretrial hearings, Richards lawyers asserted that their client did not travel to the Philippines to elude authorities and was unaware that he was suspected of committing a crime.

Under cross-examination by Richards' co-counsel, Jai Gohel, Andonian testified that she accompanied Richards on numerous open houses around the Bay Area to assist him in his search for a house.

Also testifying Monday was Susanne Brown, an assistant city attorney with the city of Concord, who advised the Ross Valley Sanitary District when it was negotiating with Richards in 2009 over the terms of an earlier version of his housing loan. This $125,000 loan, unlike the subsequent $350,000 loan, would have required Richards to provide a deed of trust as security. Richards never used the earlier loan.

Brown said she spoke in detail with Richards about putting a clause in this earlier loan agreement that would have allowed him to promptly access $45,000 in case he wanted to make a deposit on a real estate property.

Brown testified that Richards wanted to be able to move the money directly into his account without use of an escrow account. She said he became upset when she raised objections.

"He started screaming at me," Brown said. "I've never had a client talk to me like that before or since. He basically threw a hissyfit on the phone."

Brown said, "His reaction raised suspicions on my part."

Richards is charged with 13 felony counts including misappropriation of public funds, embezzlement and multiple counts of money laundering. He could face a up to 10 years in prison and $1.5 million in fines if convicted.

From a public Filing:

**Marin County, CA Superior Court corruption investigation**

Target: Alberto Gonzales, US Attorney General, U.S. Department of Justice

This petition is to request a special investigation by Attorney General Alberto Gonzales into the ongoing corruption in Marin County, CA superior court.

US AG Special Litigation Section has authority to investigate state and local law enforcement

414

agencies and is authorized to take action if there is a pattern or practice of illegal conduct.

CONSPIRACY AGAINST RIGHTS
Section 241 of Title 18 is the civil rights conspiracy statute.

DEPRIVATION OF RIGHTS UNDER COLOR OF LAW
Section 242 of Title 18 makes it a crime for a person acting under color of any law to willfully deprive a person of a right or privilege protected by the Constitution or laws of the United States

In July 2005 California AG Bill Lockyer's released findings by his Domestic Violence Task Force that determined the criminal justice system is failing to enforce DV laws.

1) Marin County, CA judges have a long history of denying orders of protection for victims of DV and child abuse, routine denial of all evidence and witnesses when the accused party fails to show up for the restraining order hearing. In cases involving child custody and domestic violence, sole custody or unsupervised visitation have been given to the perpetrators of abuse in direct conflict of child welfare and DV laws.

2) Ex-parte, secret, in-chambers meetings between the abuser, his attorney and the judge are used to change custody to the abuser. Ex-parte hearings are not allowed unless proper notice is given to the opposing party and she or a legal representative is present. Fraud Upon the Court can occur when any order is made under these circumstances, the order and subsequent orders made that rely upon the illegal order are invalid and not enforceable.

3) Conspiracy to obstruct justice happens when officers of the court assist each other to cover evidence of criminal activity committed by judges, attorneys and perpetrators of abuse. Conspiracy can occur when confidential court files are missing evidence that was supportive of the abuse or violence, as well as when psychiatric, psychological, medical, school and police reports are illegally removed from the files, motions for discovery denied, due process is ignored.

Petition powered by ThePetitionSite.com

**Marin County's Deputy Chief Coroner Arrested For Child ...**

415

**Marin County's** deputy chief **coroner** was **arrested** last week on accusations of multiple counts related to child molestation, as first reported by the **Marin** ...

nbcbayarea.com/news/local/Marin-Countys-Deputy-Coroner-A...

**Marin head coroner arrested on molestation charges | The ...**

The head of the **Marin County coroner's** office was **arrested** last week on a warrant charging him with four felony **county** of child molestation.

pressdemocrat.com/news/6969520-181/marin-head-coroner-arres...

**Marin coroner charged with molesting girl - marinij.com**

The head of the **Marin County coroner's** office has been **arrested** on a warrant charging him with four felony counts of child molestation over a period of seven years.

marinij.com/article/NO/20170506/NEWS/170509847

**Coroner In Marin County Arrested On Child Molestation Charges ...**

A Northern California **coroner** has been **arrested** on child molestation charges.

sacramento.cbslocal.com/2017/05/08/child-molestation-coroner-mari...

**Marin County coroner charged with child molestation | The ...**

NOVATO — The Northern California **coroner** for one of the wealthiest counties in the country was **arrested** and charged with sexually abusing a girl younger than 14 ...

pressdemocrat.com/news/6971303-181/marin-county-coroner-cha...

**Marin coroner arrested in Eureka on molestation warrant**

The head of the **Marin County coroner's** office was **arrested** in Eureka on a warrant charging him with four felony counts of child molestation over a period of seven ...

times-standard.com/article/NJ/20170507/NEWS/170509888

**Head of Marin County coroner's office charged with molesting**

The head of the **Marin County coroner's** office was **arrested** on charges of repeatedly molesting an underage girl over a span of seven years, beginning when she was ...

sfgate.com/bayarea/article/Head-of-Marin-County-coro...

**Head Coroner Arrested On Child Sex Abuse Charges In Marin County**

416

**MARIN COUNTY**, CA - UPDATE: MONDAY, MAY 8, 4:40 p.m. **Marin County** Chief Deputy **Coroner** Darrell Alan Harris was arraigned this morning on felony and misdemeanor ...

https://patch.com/california/sanrafael/head-coroner-arreste...

**Marin County coroner charged with molesting girl**

The head of the **Marin County coroner's** office made his initial court appearance on child molestation charges Monday but delayed entering a plea. Darrell Alan Harris ...

eastbaytimes.com/2017/05/08/marin-county-coroner-charged-w...

**Marin County coroner charged with molesting girl**

The head of the **Marin County coroner's** office made his initial court appearance on child molestation charges Monday but delayed entering a plea.

mercurynews.com/2017/05/08/marin-county-coroner-charged-w...

**Marin County Coroner Accused Of Child Molestation**

**Marin County Coroner** Accused Of Child ... who is in charge of the **Marin County's Coroner** office, remained in jail Monday on $750,000 bail and is ...

# The Marin County Corruption Scandal!

- What to do when County officials engage in political reprisals and idealogical vendettas against you!

By Andy Cosgrove and The Marin Alliance

Are public employees who hate Trump, or hate Obama, using their public offices (that your tax dollars pay for) in order to attack you because they hate the current President or they hate your politics? **Is that legal? No!** It is a violation of the law, a violation of the U.S. Constitution and a violation of the trust of the public. Here is what you can do:

- File public-interest lawsuits for RICO, Civil Rights violations and related corruption charges against the top 10 county administrators, PERSONALLY, the county itself and the attacking investigator, **personally,** for abuse of office.

- Publish a WIKIPEDIA book on the internet, ASAP about the entire incident naming all of the names involved.

Page 418  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

- Contact the Secret Service to advise them that a public official is using Government resources to express their intentions towards the acting President.

- Investigate the top 15 county officials, and their campaign financier,s and track-back every: Hooker use and sex party activity; Off-shore tax evasion account; Un-reported or improperly documented Illicit family trust fund; Covert construction company and building supplier ownerships which inure to those officials through payola and kickback deals; All of their pedophilia crimes; Nepotism hires, and every other traceable illicit action which clever private and public investigation and forensic science can uncover.

- Seek Federal defunding of the entire County and contact every federal entity that has ever distributed funds to the county within the last 10 years to demand defunding of that County.

- Deploy a global website that documents each and every corrupt person and their corrupt deeds in the county (ie: http://xyzcase.xyz)

- Use the peer-to-peer investigation network of millions of voters and current and former intelligence and law enforcement contacts to eradicate any and all improprieties in the County and place all County staff under long term surveillance using Voat.co, Reddit.com, Facebook, and all social media.

- Send out bi-weekly national press releases with updates on the investigations.

- Hold public TV press conferences in front of the offices of officials engaging in such reprisals.

- Use ALL of these entirely legally actions WITH the support of Congressional officials and Federal law resources.

- Make absolutely certain that every voter in the County knows that the defunding and the ruckus is because of these officials. You can even name the whole scandal after the Chief Administrator of the County or the investigator who was doing the reprisals so that everyone knows who to thank for all of the hassle.

You can now easily eradicate these corrupt public officials, wipe out their pensions, expose them in global media, have them arrested and indicted and end their ability to abuse public offices. They work for YOU. They are YOUR employees. Hold them to task! Thousands of dirty officials have been terminated, 100% legally, using these tactics!

418

Page 419  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

In Marin County, California an incredible number of public officials have been caught having sex with the children of the local populace and then using their offices to cover up their underage sex crimes. In addition, the greatest disparity of millionaire vs. poor people exists in Marin County yet, guess who all the bosses of Marin County government and the Judiciary are: Millionaires! The poor (under $75K/Yr. Total family income) are consistently set upon in Marin by bureaucratic fascists who feel that anyone who is not pulling in a cool million are "sub-humans". In fact the majority of Marin County are not even remotely millionaires and that majority is tired of getting a boot on their head every time they look for justice. These bureaucrats must no longer be allowed to prey on our children, our poor and become fat off the trough of the public's taxes.

They get away with these things because they live in a bubble in which they believe they are "untouchable" and that nobody is their boss. Tell them now, Tell them Today: YOU ARE THEIR BOSS!


Pedo-like Marin County Bosses should no longer get to think that the public is their day labor and realize that every one of the Elitist Political Mob Bosses lording it up under Frank Lloyd Wright's big blue domes are the tools of that very public! The *Alliance Against Marin County Corruption* is asking everyone to participate in an Anti-Corruption program by reporting on, discussing and exposing Corruption in Marin County by adding **#STOPMARINCORRUPTION** as a hashtag, or keyword, on all of your social media when exposing corruption in Marin County.

Marin Residents are stepping up to the task, even if their elected officials won't do it!


**P**etition: Marin County, CA Superior Court corruption ...

This petition is to request a special investigation by Attorney General Alberto Gonzales into the ongoing **corruption** in **Marin County**, CA superior court.

thepetitionsite.com/takeaction/279/133/210/

**Marin County, CA Superior Court corruption investigation**

**Marin County**, CA Superior Court **corruption** investigation Target: Alberto Gonzales, US Attorney General, U.S ... **Marin County**, CA judges have a ...

truthinscotsthistle.blogspot.com/2006/09/marin-county-ca-superior-court.html

**Marin County Schools | Exposing corruption, incompetence and ...**

419

Page 420  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

Exposing **corruption**, incompetence and lies in the Ross Valley School District (especially at White Hill Middle School), as well as at St. Rita's School

https://marincountyschools.wordpress.com

**Marin County illegally uses reprisal and economic blackmail against poor people...**

Exposing **corruption**, incompetence the abuse of the poor by rich elitist Marin County insider bearocrats...

http://www.pilpca.org/2012/04/10/marin-county-illegally-refuses-subsistence-money-to-thousands-of-poor-residents/

**Ripoff Report | Marin County Superior Court of California ...**

**Marin County** Superior Court of California, Jeanne Mann, ... Home > Reports > Outrageous Popular Rip Off > Government **Corruption** > **Marin County** Superior Court Of ...

ripoffreport.com/reports/government-corruption/marin-count...

**Marin County BLACKMAILS Citizen for Exposing Corruption ...**

If you want to complain about government abuses or **corruption** in **Marin County** be prepared to go bankrupt—unless you are really, really, rich.

capoliticalreview.com/capoliticalnewsandviews/marin-county-blac...

**CPS/Family Court Corruption, Uncovering the Truth—Bay Area ...**

CPS/Family Court **Corruption**, Uncovering the Truth—Bay Area ... Assemblyman Tim Donnelly is coming to **Marin County** to gather stories from aggrieved families in ...

https://facebook.com/events/231221910374531/

**Corrupt Judges are out of control in America - Ugly Judge**

The **corruption** is spreading from Santa Clara **County** to **Marin County** as ... and the code of conduct sworn to by all lawyers and judges. "**CORRUPTION** ALERT: ...

uglyjudge.com/judges-2/

**Marin County CCW Corruption -- Update - Keep and Bear Arms**

**Marin County** CCW **Corruption** -- Update. by Jim March jmarch@prodigy.net. December 3, 2001. Hi all, The official response to the initial **Marin County**, California CCW ...

keepandbeararms.com/newsarchives/XcNewsPlus.asp?cmd=view&arti...

420

Page 421   EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

**Judge Adams and her Reign of Terror | Free Jasmijn**

Judge Adams and her Reign of Terror. ... Volumes have been written about the rampant **corruption** on the **Marin County** Superior Court bench located on the north side of ...

freejasmijn.com/?p=720

**Marin County Superior Court - Public Index**

**Marin County** Superior Court Public Index Usage Agreement: The information provided on and obtained from this site does not constitute the ... **County** of **Marin**.

marincourt.org/PublicIndex/Default.aspx

**The Marin Post Exposes Marin Corruption**

In the latest **corruption** of process, **Marin County** Department of ... And if medical office use has now become a **County** project, then why should **Marin** General be the ...

https://marinpost.org/blog/2016/1/24/the-latest-corruption-of-p...

**Family Court Crisis Online Photo Exhibit**

Family Court Crisis: Surviving A Broken System is a moving photography exhibition from the Center for Judicial Excellence in **Marin County**, California.

centerforjudicialexcellence.org/multimedia/family-court-crisis-online-pho...

**Novato High School track coach arrested for sexual ...**

Novato track coach arrested for sexual relationship with **student**. Email EMBED </> ... according to the **Marin County** ... news teacher arrested **sex** teacher **students** ...

abc7news.com/news/novato-track-coach-arrested-for-sexu...

**Novato High School track coach arrested for having sex with ...**

Police have arrested Novato High School track coach Steven ... arrested for having **sex with student**. ... Deschler was booked into the **Marin County** Jail on ...

kron4.com/2015/07/03/novato-high-school-track-coach...

**Marin County Film Teacher Arrested on Child Porn Charges ...**

A San Francisco man who taught film production and screening classes to young children in **Marin County** has been arrested on child ... in **sex** acts with ...

nbcbayarea.com/news/local/Marin-County-Film-Teacher-Arre...

421

Page 422  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

**Deputies: Marion County teacher had sex with second student**

... Marion **County** teacher had **sex with** second **student** Bail set at $715,000 | Updated: 5:55 PM EST Feb 27, ... the **arrest** affidavit said Adams and the girl had sexual ...

wesh.com/article/deputies-marion-county-teacher-ha...

**Community sickened by arrest of Novato High School track ...**

Community sickened by **arrest** of Novato High School track coach for **sex** ... **arrest** for **sex** crimes with a former **student**. **Marin County** sheriff's officials said ...

kron4.com/2015/07/03/community-sickened-by-arrest-o...

**Martin County teacher arrested for having sex with student ...**

Martin **County** teacher arrested for having **sex** ... Martin **County** teacher arrested for having **sex with student**. ... **County** school where a teacher is under **arrest** for ...

wflx.com/story/20073189/martin-county-teacher-arre...

**San Rafael sex offender arrested at Terra Linda High School**

A convicted **sex** offender was arrested in San Rafael after an off-duty probation officer spotted him ... was booked into **Marin County** Jail on ...

marinij.com/article/NO/20170319/NEWS/170319784

**Victim's mother berates ex-Novato coach during sentencing in ...**

A former Novato High School coach accused of **sex** acts with a 17-year-old **student** was sentenced to ... during sentencing in **sex** ... **Marin County** District ...

marinij.com/article/NO/20160218/NEWS/160219780

**Arrested Made in Murder of Novato High Student - patch.com**

... The **Marin County** Sheriff's Office on Nov. 22 announced a new **arrest** ... Sheriff's deputies previously arrested two Novato High School **students**, Juan Carlos ...

patch.com/california/novato/arrested-made-murder-no...

**New suspect in Marin teen's slaying arrested in Maryland**

New suspect in **Marin** teen's slaying arrested in Maryland. ... The **Marin County** District Attorney's Office is still ... were **students** at Novato High School and ...

mercurynews.com/2016/11/22/alleged-ms-13-gang-leader-arre...

422

Page 423  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

**Marin County School Aide Arrested For Alleged Sex Acts With ...**

**Marin County** School Aide Arrested For Alleged **Sex** Acts With Teen Girl January ... was scheduled to be arraigned Wednesday in **Marin County** Superior Court, ...

sanfrancisco.cbslocal.com/2013/01/30/marin-county-school-aide-arres...

**Alleged gang member arrested in Maryland for murder of Novato ...**

The **Marin County** Sheriff's Office announced today another **arrest** in the murder and attempted murder of two Novato High School **students** in May. Edenilson Misael Alfaro ...

marinscope.com/novato_advance/news/alleged-gang-member-a...

**Headmaster Of Highbrow Marin School Busted With Meth ... - SFist**

Headmaster Of Highbrow **Marin** School Busted ... a tony private high school in **Marin County** that's produced ... as its headmaster is allegedly at the center of a **sex** ...

sfist.com/2014/10/07/headmaster_of_highbrow_marin_s...

**Another Arrest Made in May 25 Slaying of Novato High Student**

The **Marin County** Sheriff's Office announced Tuesday another **arrest** ... The **Marin County** ... Sheriff's deputies arrested two Novato High School **students**, ...

nbcbayarea.com/news/local/Another-Arrest-Made-in-Slaying...

**Authorities ID arrested suspects in Marin hiker slaying - KTVU**

The **Marin County** Sheriff's Department late Wednesday released the identities of ... Homeless **student** graduates ... Authorities ID arrested suspects in **Marin** hiker ...

ktvu.com/news/31084130-story

**California teachers arrested for 'having sex with students on ...**

... (right), 30, met up with and had **sex with** a group of male **students** on an Orange **County** ... arrested for having **sex with students** ... Mail Online. Published: 17:00 ...

dailymail.co.uk/news/article-2915878/Two-California-teach...

**County Of Marin - Online Warrant Search**

Volunteers and **Student** Internships; ... Online Warrant Search ... If there is an outstanding warrant for your **arrest**, you may contact the **Marin County** Superior ...

apps.marincounty.org/WarrantSearch

423

Page 424  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

**San Rafael Cracking Down On Massage Parlors Accused Of** ...

**Sex** parlors masquerading as ... San Rafael Cracking Down On Massage Parlors Accused Of Prostitution June 5 ... In the hub of bucolic **Marin County**, ...

sanfrancisco.cbslocal.com/2014/06/05/san-rafael-cracking-down-on-ma...

**California principal arrested with drugs, unconscious woman** ...

Police say the principal of a private **Marin County** high school was arrested after ... California principal arrested with drugs, unconscious woman. ...

foxnews.com/us/2014/10/07/california-principal-arrest...


**Marin County Court needs FBI oversight | Free Jasmijn**

Judge Adams takes orders from child molester. ... This is a newspaper article about previous anti-**corruption** protests at **Marin County** Superior Court.

freejasmijn.com/?p=602

**The Pension Scandals in Sonoma and Marin Counties - Union Watch**

Special Interest **Corruption**; 2013 Archives; ... In both Sonoma and **Marin County's** Code of Ordinances there ... 8 Responses to The Pension Scandals in Sonoma and ...

unionwatch.org/the-pension-scandals-in-sonoma-and-marin-...

**District Attorney - County of Marin**

**County** of **Marin** - District Attorney: Home Page. Skip to Main Content. Text Resize. Website Accessibility. Search Box Search. Home; How Do I? Register. **County** Vendor [PDF]

marincounty.org/depts/da

**Martin County Is Corrupt**

The Martin **County** Sheriffs Offices civil suit, ... If you agree with what you read in the **corruption** that goes on beneath the surface and want to try to make a ...

https://martincountyfloridaiscorrupt.com

**Marin County Superior Court - San Rafael, California** ...

**Marin County** Superior Court, ... Kathleen Russell — 1 star **Marin** Superior Court **corruption** is pushing hard working folks into poverty, yet their days are numbered.

424

Page 425  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

https://facebook.com/pages/Marin-County-Superior-Court/1367949...

**Official's girlfriend, on stand in Marin corruption trial ...**

Official's girlfriend, on stand in **Marin corruption** trial, ... Richards is standing trial in **Marin County** Superior Court on charges that he took the loan from the ...

marinij.com/article/NO/20150921/NEWS/150929960

**Family Court Accountability Coalition: Judge Beverly Wood ...**

Family Court **Corruption** across the US-trash the relationship between the protective good parents and their child. **Marin** Family Court Presiding Judge Verna ...

familycourtcoalition.blogspot.com/2014/06/Marin-Judge-Beverly-Wood-Kim-Turn...

**Family Court Corruption | Lies, Facts, and Laws Violated**

Family Court **Corruption**. Lies, Facts, and Laws Violated. Skip to content. Home; Enforcing our Rights in Family Court. We are not here to whine about the **corruption** in ...

familycourtcorruption.com

**marin county Archives - THE PUBLIC COURT**

SAN DIEGO **CORRUPTION**. ... Home » **marin county**. State Audit Targets Sacramento, **Marin** Family Courts. January 21, 2011 By zoeCat@pubCourt 6 Comments.

thepubliccourt.com/tag/marin-county/

**Defense in Marin corruption inquiry says former Ross Valley ...**

**Marin County** District Attorney Ed Berberian said Thursday that former Ross Valley Sanitary District general manager Brett Richards "clearly misused" a $350,000 ...

marinij.com/article/zz/20140206/NEWS/140208703

**CPS Fraud-Corruption - THE PUBLIC COURT**

CPS Fraud-**Corruption** ... family code section 3110.5 family court FL-326 government and judicial **corruption** kathleen russell Lesh w. robert **marin county** mediators ...

thepubliccourt.com/cps-fraud-corruption/

**Marin County Scandal and Elder Abuse Horror: Lawsuits Link ...**

**Marin County** Scandal and Elder Abuse Horror: Lawsuits Link 'Death Nurse,' Bay Area lawyers, Doctor and 'Blind Eye' by Local, State, and National Public Officials

425

prnewswire.com/news-releases/marin-county-scandal-and-el...

**The Marin Post**

Update on **Corruption** of Process on the Bently Holdings Application for Medical Office Use. ... Unfortunately, Strawberry is an unincorporated area of **Marin County**, ...

https://marinpost.org/blog/2016/2/7/update-on-corruption-of-pro...

**Judge Verna Adams of Marin County; enabler/apologist for ...**

In 1995, then Gov. Gray Davis was duped into appointing Verna A. Adams to a judgeship on the **Marin County** Superior Court.

noethics.net/News/index.php?option=com_content&view=ar...


# Marin County welfare fraud investigators arrested after realty agent gets threatening, racist phone calls


By Katrina Cameron, Bay Area News Group HERCULES >> A Marin County welfare fraud investigator is under investigation after someone called a realty age

Posted: |

# Comments


Police arrested Raymond Anciaux, 51, of Hercules last week on suspicion of calling and threatening the agent, who is black, according to Hercules police.

Hercules police Sgt. Joseph Vasquez, saying Anciaux was released from jail after prosecutors asked for further investigation, said he expects the case will wrap up in a week or two. He called the allegations surprising in light of Anciaux's job.

A Marin County spokesman said "the county does not comment on the status of employees or personnel matters."

The 51-year-old realty agent, who was not identified, held an open house Aug. 2 and authorities believe Anciaux's cellphone was used to call her several times and leave voice mails. Police said the caller used several racial and gender slurs, stated he didn't want her in his neighborhood and threatened to kill her.

426

Anciaux was arrested on suspicion of committing a hate crime and making annoying phone calls.

*IJ reporter Nels Johnson contributed to this story.*


# Marin County Illegally Refuses Subsistence Money to Thousands of Poor Residents

by Peter Gallotta

Update: Recent coverage in the Marin Independent Journal critical of the County's administration of its General Assistance Program.

SAN RAFAEL, CA – In California's wealthiest county live up to 6,000 desperately poor residents, most of them neglected by the County's government. In a lawsuit filed on January 31 in Marin County Superior Court, three destitute Marin residents charge that the County uses illegal and unfair methods to refuse subsistence aid to its most destitute population.

The suit, filed by Greg Versis, Alfredo Garcia and Lee A. Lee and backed by two major public interest law firms, asks the court to lend order, consistency and openness to the County's methods for dispensing General Assistance (GA) funds. GA is a county program which provides a small monthly stipend (about $387 a month) to indigent adults.

While California law requires counties to distribute GA funds fairly, the lawsuit charges that Marin County shirks this duty by running its GA program "according to *ad hoc*, unpublished, ever-changing, and often unwritten rules that result in the inhumane termination of last resort aid." Moreover, plaintiffs



**gt government technology**

MAGAZINE (http://www.govtech.com/magazines/gt/Government-Technology-March-2013.html)

STATE (/state)   EVENTS (/events)   PAPERS (/library)   TOPICS (/topics)   GOVTECH 100 (/100)

# Arrest of HIX Chief Doesn't Slow 'Covered California' Development

*Despite searching for a replacement for its IT chief, the California health insurance exchange is slated for an on-time launch.*

BY JESSICA MULHOLLAND (HTTP://WWW.GOVTECH.COM/AUTHORS/JESSICA-MULHOLLAND.HTML) / APRIL 18, 2013

On March 15, the IT chief for California's health insurance exchange (HIX) -- called Covered California -- James Joseph Brown Jr., was arrested. And he left his post on March 25, the day he was arraigned on felony conflict of interest charges, according to local news outlet *The Sacramento Bee (http://www.sacbee.com/2013/03/29/5303231/former-california-state-employee.html). The Bee* also reported that when the crimes occurred, between Nov. 2 and Dec. 8, 2009, Brown was bureau chief of information systems for the Justice Department, according to a complaint filed in Sacramento Superior Court.

And now, with California's health insurance/benefits exchange facing a year-end deadline, the exchange is scrambling to fill the position, according to the *Sacramento Business Journal (http://www.bizjournals.com/sacramento/print-edition/2013/04/12/arrest-chief-challenge-health-exchange.html).*

428

# OBAMA'S HEAD OF CALIFORNIA OBAMACARE ARRESTED FOR CORRUPTION AND RACKETEERING OUT OF MARIN



INDUSTRY NEWS › CAREER & WORKPLACE

## Arrest of IT chief is new challenge for Covered California

Covered California lets some deadlines slip as it seeks to replace James Joseph Brown Jr.

Apr 12, 2013, 3:00am PDT

INDUSTRIES & TAGS  Career & Workplace, Professional Services, Health Care

SHARE

Order Reprints   ★ Save Ar

Get Sacramento Newsletters and Alerts
Morning Edition >> Afternoon Edition >> Breaking News

Enter your email address

Sign Up

Kathy Robertson
Correspondent
Sacramento Business Journal

The state's health benefits exchange, facing a year-end deadline, is scrambling to fill a key position after its information technology chief was arrested last month.

Health exchange IT chief James Joseph Brown Jr. was arrested on charges of felony... more

PHOTO COURTESY OF SACRAMENTO COUNTY SHERIFF'S DEPARTMENT

PEOPLE ON THE MOVE

Marco Montesclar
Stafford King Wiese Architects

James Bruce
Kitchell CEM Inc.

See More People on the

James Joseph Brown Jr. was arrested March 15 and arraigned March 25 on

allege that the County is breaking state law by cutting people out of GA assistance without first making the required findings of good cause.

The result: Just 450 of the county's indigents, many of whom are disabled, are given the few dollars they need to survive, and even those people face arbitrary cut-offs. The rest have fallen through the safety net. In the past 11 years, the complaint alleges, about 139 homeless people have died on the streets of Marin County and many more have been left hungry, ill, and unable to pay for shelter.

Kristen Washburn, an attorney with Bay Area Legal Aid, one of the organizations representing the plaintiffs, saw her client lose his GA benefits and then his housing. "He couldn't pay his rent and was evicted. He was living in a tent during the coldest and wettest time of the year," she said. "Then there was a cold snap and a lot of rain, and he told me his tent was leaking. I wondered how he was going to survive."

The suit alleges that Marin has shunned its indigent population for decades. "The Board of Supervisors has ignored this critical, last-resort benefit, and the very poorest members of this affluent county for more than 30 years," said Bob Capistrano, another lawyer with Bay Area Legal Aid. "Welfare workers are cutting people out of GA based upon nonsensical, unfair, and illegal rules they seem to be making up as they go along."

Plaintiff Alfredo Garcia, 49, a former construction worker who was sidelined by work injuries, was able to receive GA but he fears losing this lifeline because it is nearly impossible to understand and follow the County's many arbitrary requirements. For example, he and other recipients have to file monthly status reports and are threatened with possible termination even if they file the reports one day *early*. "I really worry about all of the other people who rely on GA and the many folks who lose it every month." Garcia said. "It isn't much money, but it is all we have to survive."

"We are asking the court to order Marin County to follow the law," said Judith Gold of the Public Interest Law Project, which is also representing the plaintiffs. "That means it can't cut people off from this critically needed aid for violating program rules unless the violations are truly their fault. It also cannot keep running this program under unwritten standards that the Board of Supervisors has not reviewed or approved. While we recognize that counties are under pressure to save money, this will save money in the long run by allowing more people to get out of costly shelter beds and into stable housing."

*The Public Interest Law Project provides crucial litigation and advocacy support to local legal services and public interest law programs throughout California. (http://www.pilpca.org). Bay*

430

*Area Legal Aid is the largest provider of free civil legal services in the Bay Area. Bay Legal and PILP have frequently worked together to ensure access to the GA safety net. They have successfully pursued a number of General Assistance cases against other counties, including Contra Costa and Alameda.*

**In Marin County, Poverty Exists Alongside Wealth | News Fix ...**

An ice cream vendor in San Rafael's Canal area in **Marin County**. ... In **Marin County**, Poverty Exists Alongside Wealth 16 ... Asking for Cig Tax to **Fund** Cancer Research ...

https://ww2.kqed.org/news/2012/02/16/in-marin-county-

# Elite Marin County Politicians Play Favorites and "Political Payback" With Public Funds

**By Nels Johnson, Marin Independent Journal**

More than 21,000 people live below the federal poverty level in Marin County, and 1,900 are children under 6 years old, a new study reports.

Marin's overall poverty rate checks in at 8.4 percent, a measure that involves a family of four earning less than $23,550 a year, but the rate hits a lofty 12.8 percent for Marin children under 6.

"Poverty in the Bay Area," a new analysis by San Rafael economist Jon Haveman, focuses on the region as a whole, but provides striking insights about Marin County as well.

"It does surprise me that the poverty rate here is so high," Haveman said. "It peaked at 9.5 percent in 2011."

As for the high poverty rate involving young children, the lack of affordable child care is a problem, he said, adding 30 percent of all youngsters across the Bay Area live in households involving a single mother.

Haveman, who heads Marin Economic Consulting and has monitored the regional pulse since 2001, said that when measured by a more rigorous California poverty indicator that adjusts for the cost of living, Marin's poverty rate is somewhere between 17 percent and 19 percent — not

431

much better than the state's 22 percent average. He added that as far as meeting a separate "self sufficiency" standard that also accounts for the cost of living, almost 30 percent of Marin residents are unable to make ends meet adequately, about the same as the rest of the Bay Area.

"Marin has a have and have-not economy," Haveman said. "The wealthiest county in the Bay Area has levels of economic hardship comparable to the region as a whole."

Heather Ravani, assistant director of the county Health and Human Services Department, said Haveman's observation comes as no surprise. "Marin may be the healthiest and one of the wealthiest counties in the state, but every day thousands of our children are hungry and falling behind, and our families struggle to meet their basic needs," Ravani said. "Until we as a community change our focus and move to support and improve these conditions, we will continue to see this gap widen and see our children unable to escape a life of poverty."

Amy Reisch, executive director of the First 5 Marin Childrens and Families Commission, said the new study backs data already on hand. "It's clear we have an unacceptable level of poverty," Reisch said. "We've known there's a big disparity in Marin, and for children in particular, we're not doing all we can."

Marin childcare activists are working on a 2016 quarter-cent sales tax measure that would raise $10 million a year to benefit impoverished children. County supervisors have allocated $50,000 for a plan outlining how funds raised by a sales tax for kids would be used, information needed to persuade voters the tax makes sense.

Children's advocates including MarinKids last year reported more than 800 families were on a waiting list for affordable child care, nearly 60 percent of elementary and middle school children are unsupervised after school, and hundreds of Marin children live below the federal poverty level. While 91 percent of white children attend preschool, only 32 percent of Latino kids attend. Only 30 percent of children from poor families score well in English, compared to 82 percent of others.

Haveman said he was unaware of the ballot plan.

As a region, Haveman's study indicated the Bay Area has an 11.3 percent poverty rate that hovers near historic highs, with more than 800,000 people living below the poverty line. Poverty plagues the region even though "the Bay Area has a fast-growing frontier economy that is the starting point for much of the technology created nationwide," the study noted.

# How Corruption In Marin County, California works!

432

By IJ Researcher

One glowing example of the darkness that Marin officials use to regularly hide payola is exemplified in one recent example of agency boondoggling.

A senior Education Department official who abruptly resigned last month after a dispute with Secretary Betsy DeVos received hundreds of thousands of dollars in off-the-books bonus pure profit corruption payola over a seven-year period, according to a new report. Over 30 Marin officials are suspected of using this same payola tactic.

James Runcie, an Obama administration appointee who served as chief operating officer of the Federal Student Aid office, received secret, five-figure bonuses each year while his office gave out billions in improper payments, It was recently reported, citing sources inside the Education Department.

While Runcie ran the FSA, the government's $1.4 trillion financial aid program, the office made improper payments for the federal Pell Grant program, which ballooned from $562 million in 2015 to $2.21 billion in 2016, and for the Federal Direct Loan program, which increased from $1.28 billion in 2015 to $3.86 billion in 2016.

"These are disbursements that either shouldn't have been made, went to the wrong recipient, were for an incorrect amount, or were not properly documented," it was  reported, adding that "under Runcie's leadership there was pervasive fraud and corruption at the FSA."

A government source told investigators that Runcie's personnel file showed a total of $432,885 in bonuses over a seven-year period, culminating in a $76,000 bonus in 2016. The bonuses do not appear on Runcie's official government salaries.

Runcie resigned last month after DeVos asked him to testify before Congress on the rising rate of improper payments in student aid, *BuzzFeed* reported. The resignation came the day before DeVos was set to testify about the new proposed federal budget.

"I cannot in good conscience continue to be accountable as chief operating officer given the risk associated with the current environment at the [Education] Department," Runcie wrote in his resignation memo.

This form of corruption via government financed payola is called a "Layered Skim" in FBI circles.

A large number of Marin County officials are now under FBI, and other group investigation, because the money in question moved between states.

433

Page 434  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

"Bonuses" in Marin County government reports are now receiving laser-like inspection for years 2007 to 2017.

Three in four Americans (75%) last year perceived corruption as widespread in the country's government. This figure is up from two in three in 2007 (67%) and 2009 (66%).



While the numbers have fluctuated slightly since 2007, the trend has been largely stable since 2010. However, the percentage of U.S. adults who see corruption as pervasive has never been less than a majority in the past decade, which has had no shortage of controversies from the U.S. Justice Department's firings of U.S. attorneys to the IRS scandal.

In Northern California's El Dorado County, neighbors are fighting back. According to their website at:

https://neighborsagainstcorruption.com , they mean business.

They say: " *We are ordinary people like you who are disgusted with the corruption in our local County government. For years corruption in several forms has been hurting innocent people in El Dorado County California. For example, several elected officials have rigged the County*

*payroll and retirement system to pump-up their retirements and take home hundreds of thousands of extra dollars in non-performance bonuses in addition to their excessive six-figure salaries. While protecting his pals, the District Attorney has wasted millions of your hard earned tax dollars on failed prosecutions of innocent residents for self- aggrandizing publicity and/or punishing political enemies. Recently, the 2014-15 El Dorado County Civil Grand Jury recommended that the District Attorney convene a Criminal Grand Jury to investigate and prosecute the County Auditor-Controller for felonies and official duty misdemeanors he has committed which, by law, would automatically remove him from office. Predictable, the District Attorney has refused to prosecute the County Auditor-Controller because the two are political allies.* Disgusted with this corrupt behavior, scores of County residents including many innocent victims have joined together to form the non-partisan political action committee Neighbors Against Corruption to educate our neighbors and recall from office the worst violators of our public trust- District Attorney Vern Pierson and Auditor-Controller Joe Harn. They report:

"We live in a representative republic. We use elections to hire a small number of our neighbors every four years to supervise and manage various functions of our Federal, State, and local governments. Unfortunately, some of these neighbors we elect behave or perform so badly that they should be fired, just like any other disastrous employee. Fortunately, Division 11, Chapter 1 of the California Elections Code provides us with a recall process which allows us the opportunity to fire these disastrous elected officials. Under our State's recall process, a petition requesting an election to recall an official elected to county-wide office, like the District Attorney or Auditor-Controller, signed by 10% of the County's registered voters triggers a recall election (10, 626 in El Dorado County). If the majority of voters then vote to recall that official we once elected, he or she is immediately removed from office – successfully fired."

Marin County, in California, would be wise to take a clue from their neighbors!


Over 45,000 Pages Of Additional Evidence Available Proving Corruption, Molestation, Retribution, Reprisals and Political Vendettas Against Citizens….



NMFOG - CVP

- Marin County |
- Government Affairs

# Marin County's Retaliatory Cross Complaint to Limit Access to Public Records

Posted by: Bob Silvestri -

Hot on the heels of being caught trying to charge the public for access to public records [1], in violation of the California Public Records Act, the County once again finds itself in hot water of its own brewing. As those who've dealt with Marin County Counsel's Office in the past few years can attest, our county's attorneys have become increasingly hostile in their dealings with the general public. However, one of their recent actions under the leadership of new County Counsel, Brian Washington, is unprecedented even for them.

"SLAPP" is a legal term used to define a retaliatory "strategic lawsuit against public participation," filed by a public agency against a member of the public to prevent them from participating in government affairs. Such lawsuits are considered a violation of an individual's "right of petition or free speech in connection with a public issue."

Unsurprisingly, SLAPP lawsuits are illegal in California.

On September 5th, Los Angeles attorney and Vice President for Open Government at Californians Aware, Kelly Aviles, filed an "Anti-SLAPP" lawsuit against the County of Marin. In her Special Motion, she charges that the County violated those rights of petition and free speech. But, this was not just a case where the County Counsel took retaliatory action against a resident. It turns out that Ms. Aviles's client is Edward Yates, a dedicated, community advocacy attorney here in Marin, who was in the act of representing a local community group seeking public records.

On March 15, 2017, Mr. Yates had filed a *Petition for Writ of Mandate, Injunctive and Declaratory Relief for Violations of the California Public Records Act* on behalf of his client, Friends of West Tam Valley (the "Friends"), for the County's failure to provide public documents, in violation of the California Public Records Act.

But, not only had the County failed to respond to repeated requests for documents, in response to being sued by the Friends in Marin Superior Court, for that failure, instead of working to settle the case or provide the documents in question, or even provide a legitimate reason for that failure

436

to produce documents, the County turned around and filed a frivolous and unsubstantiated cross-compliant *against the attorney representing the Friends*!

As I said, this is unprecedented, even for them.

As noted by Ms. Aviles in her Anti-SLAPP petition, "The County's egregious and meritless cross-complaint amounts to a classic, retaliatory SLAPP lawsuit." Ms. Aviles goes on to call the County's actions a "frivolous Cross-Complaint in bad-faith intent to harass both Yates and Plaintiff."

In her Special Motion to Strike Cross-Complaint Filed By County Of Marin Against Edward Yates Under CCP 425.16 (Anti-SLAPP), Ms. Aviles explains that the County doesn't really care about the legal merits of their SLAPP suit against Yates. Their true goal is to exhaust the financial resources of both the attorney and his clients, The Friends, so both will just go away and drop their Public Records Act lawsuit against the County.

This is a classic maneuver aimed to defeat community engagement. Aviles points out that as noted in *Chavez v. Mendoza* (2001)

*SLAPP suits are brought **to obtain an economic advantage over the defendant**, not to vindicate a legally cognizable right of the plaintiff….[ ] Indeed, one of the common characteristics of a SLAPP suit is its lack of merit. [ ] But lack of merit is not of concern to the plaintiff because the plaintiff does not expect to succeed in the lawsuit, **only to tie up the defendant's resources for a sufficient length of time to accomplish plaintiff's underlying objective**. [ ] **As long as the defendant is forced to devote its time, energy and financial resources to combating the lawsuit its ability to combat the plaintiff in the political arena is substantially diminished.** [ ] The SLAPP strategy also works even if the matter is already in litigation because the defendant/cross-complainant hopes to drive up the cost of litigation to the point where the plaintiff/cross-defendant will abandon its case or have less resources available to prosecute its action against the defendant/cross-complainant and to deter future litigation.*[Emphasis Added]

But as if all this wasn't enough, the County Counsel's attack on Yates, dug even deeper into their bag of dirty tricks and has gone even further afield.

**The Backstory**

In early 2016, Community Venture Partners was contacted by a group of homeowners in an unincorporated area in Tam Valley, known as Garden Valley Park. They were requesting assistance with a planning matter in their area. They called themselves the Friends of West Tam Valley.

Page 438  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

It seems that a group of developers had been quietly buying up "paper lots" on an old subdivision, shown on County Maps dating back to 1919. Even to an untrained eye, it appeared that the developer's intentions were to purchase all the lots in the old subdivision, then apply for permits to construct single family homes, one at a time, in order to avoid compliance with new subdivision regulations governing lot sizes, emergency access, slopes and most significantly any review under the California Environmental Quality Act ("CEQA").

In April of 2016, the Tam Design Review Board rejected the developer's single family home application, stating that

TDRB is concerned that this Design Review request is a Trojan Horse for a future sub-division along the present paper streets.

This mirrored the concerns that the community had been having for years. Their story is detailed in their May 2016 letter to Ms. Alicia Giudice, Project Planner at the Marin County Community Development Agency/Planning Division, which can be read in its entirely by clicking here.

For its part, CVP helped the community wade through a labyrinth of documents and governing regulations, and has generally advised them. We felt that the community's concerns were not only legitimate but that the County was continuing to process this development application in a haphazard and totally uncoordinated manner: one agency seemed to have no idea what another was doing, e.g., County Planning and County Public Works didn't seem to even know that the other was also working on the application, simultaneously.

In concert with that, CVP introduced the Friends to expert land use and CEQA attorney, Edward Yates. Mr. Yates met with the Friends and advised them on how to go about getting all the information needed to evaluate all the legal issues involved, which included the California Map Act, County subdivision and paper street's ordinances, County Recorder's sales transaction records, CEQA, and much more.

Subsequently, the Friends made several requests for public documents. After months of attempts by the Friends to unsuccessfully obtain access to all the documents they had requested, Yates submitted a Public Records Act requests "on behalf of Friends," to the County of Marin, on September 10, 2016.

Six months later, after exhaustive efforts to obtain all the documents, had failed, in March of 2017, Yates filed a *Verified Petition for Writ of Mandate, Injunctive Relief and Declaratory Relief for Violations of the California Public Records Act*, on behalf of Friends of West Tam Valley.

438

Page 439  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

This challenge was expected to be heard by the Marin Superior Court in due course, until the Office of the County Counsel threw everyone a curve and filed a *Cross-Complaint of County of Marin and Demand for Jury Trial* on June 30, 2017.

**The County's attempt to intimidate**

In its cross-complaint, the County alleged that Edward Yates, the attorney for Friends of West Tam Valley, had made false statements and that "the records he requested for copying were for a specified purpose that was untrue and false." The gist of their argument boils down to alleging that Yates was acting on his own and not representing the Friends, simply because during this entire 6 month ordeal, he communicated with different County officials and in writing letters may have used the words "I am requesting" without specifically stating, in each instance, that he was doing so as the representative of the Friends (even though the entire PRA process clearly began with his PRA "on behalf of Friends of West Tam Valley").

This action by County Counsel seems beyond desperate. In my 45+ years in business, attorneys representing me have engaged in endless communications with agencies, their employees and defendant's counsel in every imaginable way. This type of accusation is so ridiculous that on its face that it would be laughable.

However, the County Counsel was not content to stop there.

In their cross-complaint, the County goes on to accuse Mr. Yates of violating the California State Bar's Rule of Professional Conduct 2-100, which states: "While representing a client, a member shall not communicate directly or indirectly about the subject of the representation with a party the member knows to be represented by another lawyer in the matter, unless the member has the consent of the other lawyer." The County goes on to attempt to also construe all of this to be a violation of the California False Claims Act.

Wow. Talk about reaching for ways to divert attention from the issue at hand: that the County not only failed to provide public records, but failed to even adequately respond to a series of offers to meet and try to resolve differences prior to the filing of the Friends' lawsuit.

**The Anti-SLAPP lawsuit**

The Anti-SLAPP motion filed by Aviles makes quick work of the County's far-reaching claims. As she notes,

Rule 2-100 contains a specific exception which confirms Yates' conduct was not only proper, but was itself petitioning activity. Rule 2-100(c) permits an attorney to contact a represented public official about the subject of the representation. The purpose of the rule, as noted by the California State Bar in State Bar Formal Op. No. 1984-82 [interpreting a nearly identically

439

worded exception to the predecessor rule to Rule 2-100] is to "preserve inviolate the right of all citizens to petition their government as protected by the First Amendment to the United States Constitution.

And further that

*[u]nder the plain language of section 425.16, subdivision (e)(1) and (2), as well as the case law interpreting those provisions, all communicative acts performed by attorneys as part of their representation of a client in a judicial proceeding or other petitioning context are per se protected as petitioning activity by the anti-SLAPP statute.**[2]***

Aviles similarly dissects the County's allegations regarding the False Claims Act and other so-called violations.

However, what is truly odd in all this is this: why would the County Counsel introduce allegations of violations of the California State Bar's Rules of Professional Responsibility, into a proceeding in Marin Superior Court, when they know well that the court has no jurisdiction in such matters and cannot in any way allow those allegations to affect their decision?

So, what possible purpose does any of this serve?

What really demonstrates how disingenuous the County is in its claims against Yates is this. If the County was so sure about Mr. Yates's conduct being in violation of State Bar Rules, why didn't they bother to actually file a complaint at the State Bar alleging such (something which they somehow never bothered to do), instead of inappropriately bringing it into proceedings in Superior Court, which has no jurisdiction in the matter? Unless, of course, the only reason they made this thinly veiled threat in the first place, was to do exactly what Ms. Aviles charges in her Motion: it was an attempt to intimidate the community and their legal counsel into dropping the case.

The final irony in all this is that by making unsubstantiated threats that Yates violated the California Bar's Rules of Professional Conduct, in their cross-complaint, the County Counsel has in fact blatantly violated *Rule 5-100, Threatening Criminal, Administrative, or Disciplinary Charges*, which states

(A) A member shall not threaten to present criminal, administrative, or disciplinary charges to obtain an advantage in a civil dispute.

The twist is that if the County had actually filed a complaint with the Bar, they might be able to claim some kind of ethical standards. But, to allege a Rules violation by Yates as part of the basis of their complaint in a court that has no jurisdiction in the matter, and to not even file a complaint with the Bar (because they really don't have a legitimate complaint) means *the only*

440

_reason the County introduced this in their argument is to intimidate Yates and the Friends_. And, that is not just reprehensible but a clear cut violation of Rule 5-100.

**The "Take no prisoners" culture at the County**

The County's allegations in its _Cross-Complaint of County of Marin and Demand for Jury Trial_ appear to be a shameless attempt to silence the public's voice and shut out legitimate questioning of what our government is doing. Unfortunately, this is nothing new.

CVP confronted the same hyper-aggressive behavior by the County Counsel's office in reaction to our successful challenge against the Board of Supervisors for their violation of the Brown Act. It remains my opinion that the Supervisor's refusal to ever fully admit guilt in the Brown Act case has emboldened this type of "take no prisoners" attitude by the Office of the County Counsel. It often seems as if the County Counsel's office has never seen a lawsuit they didn't want to take on, no matter how hopeless the outcome.

This is no longer unusual in Marin.

The more involvement CVP has had with the city and county attorneys around Marin, the more it seems that these attorneys no longer question whether the government's actions are ethical or fair, but only whether or not they can legally get away with it.

Everyone who practices law in Marin County should be alarmed and outraged by these actions by the Office of the County Counsel. This culture of disrespect for the law and rights of Marin residents needs to change.

However, what is equally disturbing is that this is all happening directly under the watch of our Marin Board of Supervisors, which has the power and the responsibility to stop abuses of government power and the mounting costs associated with it.

I'm calling on the Board of Supervisors to do the right thing and launch an independent investigation into the conduct of the County Counsel's office, to examine why their behavior has become increasingly litigious. Let me remind the Board that it is not the County Council's charge to act solely as if they are private defense attorneys, using any tactics available so long as their client wins.

As published on the County web site:

_The mission of the County Counsel's Office is to provide high quality and timely legal services supporting the County of Marin's mandated and discretionary governmental functions. Advisory and litigation services are furnished to County departments, boards and agencies_ **in a manner that is cost-effective, professional and promotes excellence in delivery of government**

441

**services contributing to the health, safety and welfare of county residents and visitors.**
[Emphasis Added}

It is time they were held to that standard.

[1] The County has claimed that the legislation to charge citizens $114.63 per hour for access to public records was a "mistake," but the bill was only stopped at its second reading, long after its wording had been reviewed by the Office of the County Counsel.

[2] Contreras, supra, 5 Cal.App.5th at 408–409 (quoting Cabral v. Martins (2009) 177 Cal.App.4th 471, 479–480); see also Rusheen v. Cohen (2006) 37 Cal.4th 1048, 1056 [attorney who files or prosecutes a civil action on behalf of a client qualifies for protection under the anti-SLAPP statute]; Dowling v. Zimmerman (2001) 85 Cal.App.4th 1400, 1418–1420 [attorney's act of representing client in connection with protected petitioning or speech activities is protected by anti-SLAPP statute.]

442

# The Hell Of It All

**Tech giants have turned san francisco into dystopian nightmare of addiction, homelessness and criminality**

Criminals such as: "Zulu Jones", "Lefty O'Douls Boss", "Shrimpboy Chow", "Francesco "Frank" Lanza", "Roger Boas", "James "Jimmy" Bronkema", "Aladino "Jimmy the Weasel" Fratianno"...the list of political mobsters in the San Francisco Bay Area goes on and on and on... By Ian Birrell for The Mail on Sunday

Gilles Desaulniers moved to San Francisco 40 years ago, settling in the 'friendly, quaint and affordable' city after running out of cash while driving from **Canada** down the West Coast of America. Today he runs a grocery store filled with fresh fruit, vegan snacks and organic wines typical of this famously liberal Californian city.

But Gilles has shut one outlet and would sell up entirely if anyone wanted this one, his remaining shop. Each day, up to 30 people stroll in and openly steal goods, costing him hundreds of dollars.



A street cleaner showed me a box filled with used syringes that he had collected, then I met two charity workers picking up needles from the pavement. How many do you find a day, I ask?

'Between 300 and 600, depending on the weather,' one replies. A homeless man is pictured second left using a syringe to inject drugs in the city in June 2018

He has been bitten twice recently by people in his shop and he also found a woman turning blue in the toilet after a drugs overdose, a hypodermic needle still stuck in her leg. He showed me a metal door that is corroding due to people urinating in his doorway, then spoke of finding a man relieving himself in full view of infants playing in a child centre next door. 'Our society is falling apart,' says Desaulniers.  'If people do not play by some rules, society does not function. But it feels like there is no order, there is no shame.' He uses two apocalyptic movies to illustrate the state of his adopted city: 'Living here feels like A Clockwork Orange and Blade Runner have both come true.' I could grasp his despair. I had just passed dealers selling drugs beside a police car parked outside government offices, and seen their customers openly smoke fentanyl, an opioid 50 times stronger than heroin, then collapse on the street.

- **City ranks among worst tax-and-spend offenders...**

Yet true to form, San Francisco has just elected as district attorney a radical called Chesa Boudin, whose parents were infamous militants from a far-Left, anti-war group. They were jailed for triple murder when Chesa was a toddler, leaving him to be adopted by the founders of the organisation

All cities have their seedy sides. But this is the very centre of San Francisco, by an upmarket Westfield shopping mall thronged with people in designer clothes perusing Rolex watches, Louis Vuitton handbags and Tiffany jewellery.

The beautiful city by the bay, where Tony Bennett famously left his heart and which poses as a beacon of progressiveness, has more billionaires per capita than any other on the planet.

Not long ago, a seven-bedroom home here recently sold for $38 million (£29 million), while at the Michelin-starred Saison restaurant, the 'kitchen menu' starts at $298 a head and reservations require a $148 deposit. The city authorities have a huge $12 billion budget, handing their 31,800 staff average annual pay and benefit packages of an astonishing $175,000.

Yet the tide of homeless, addicted and mentally ill people washing up here has become so severe that a global expert on slums claimed San Francisco may be more unsanitary than some of the poorest parts of Africa and Asia.

Oracle, one of the technology giants based in the nearby Silicon Valley, has switched a conference for 60,000 people to Las Vegas due to the toxic combination of 'poor street conditions' and costly hotels.

444

Page 445  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

This followed a medical association moving its $40 million convention out of San Francisco amid safety fears because of sordid tent encampments and overt drug use. Other events are being affected.

 Indoors, people are making deals, talking about healthcare and networking. Yet in the streets, I witnessed homeless people injecting cocaine,' tweeted Kistein Monkhouse while attending a recent J. P. Morgan conference for 9,000 people. As one prominent academic tells me, it seems a cruel irony that so much squalor and despair is found in the Californian base of all those billionaire technology titans seeking to reshape the world in their image.

'San Francisco has always had hobos but we've never seen anything like this. It's become a vision of some kind of strange dystopian future,' says Joel Kotkin, a widely respected professor in urban studies.

He can reel off damning statistics to back his claim that San Francisco symbolises the Golden State's descent into 'high-tech feudalism' including America's highest poverty levels, its worst rates of property crime and its biggest gap between top and middle incomes.

But one statistic stands out: almost half of homeless people in the United States are in California, according to a recent White House study.

And San Francisco, a comparatively small city that is home to tech giants such as Twitter, Uber and Airbnb, has the highest rate of 'unsheltered' citizens – at ten times the national level.

(The Horrors Of Living In San Francisco Cause Many To Jump Off The Golden Gate Bridge)

All cities have their seedy sides. But this is the very centre of San Francisco, by an upmarket Westfield shopping mall thronged with people in designer clothes perusing Rolex watches, Louis Vuitton handbags and Tiffany jewellery

Downtown visitors cannot fail to witness the distressing evidence. Almost instantly after I arrived, I saw three people smoking crystal meth through glass pipes, then others with the facial scabs and sores associated with this destructive drug. One man with matted hair sat slumped in a stupor wearing just grubby underpants.

Another, clearly under the influence of heroin, had 'nodded off' and was static on a child's bicycle. A third urinated on the street. A woman changed her clothes from a tatty suitcase on the pavement.

Others shuffled pathetically or rolled slowly along the street in wheelchairs. Some were clearly suffering mental distress, such as a man in his 50s begging for cash who told me he was waiting

445

for his air force pension. A street cleaner showed me a box filled with used syringes that he had collected, then I met two charity workers picking up needles from the pavement.

How many do you find a day, I ask? 'Between 300 and 600, depending on the weather,' one replies. So if you are going to San Francisco, feel free to wear flowers in your hair but local women say avoid sandals on your feet. Dog owners complain they have to wash human faeces from the legs of their pets after a walk. One fed-up resident showed me Hondurans handing out socks filled with wraps of drugs in front of a building being turned into an upmarket Whole Foods store. The dealers displayed little need for concealment. 'After a while, you become desensitised – it's like everyone here is wearing blinkers,' says my guide, a man in his 30s. 'All my friends with kids have moved out of the city.'

The city and state have some of the highest tax rates in the country, but his area of SoMa West voted to back a fresh charge on firms to fund a new community group to clean up its streets. It is the 17th district to pass such a measure.

'You have to develop a thick skin,' says Sonya Lee, 24, supervisor in a Starbucks branch surrounded by bustling boutiques, expensive hotels and smart restaurants. 'Every day, people come in and take stuff. It's dreadful but we don't know what to do.'



Page 447  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

(Twitter's sick perverted staff attract naive young drug users and sex deviants)

San Francisco, a comparatively small city that is home to tech giants such as Twitter, Uber and Airbnb, has the highest rate of 'unsheltered' citizens – at ten times the national level. Official data, based on one night's count last year, claimed 8,011 homeless people in this city of 884,000 people – a rise of 17 per cent on 2017. But a record of those receiving healthcare found numbers twice as high and rising faster. City authorities claim their key problem is the high cost of housing combined with past failures to build enough properties. But many blame something simpler to solve: the lack of law enforcement.

 'When you tell vagrants that anything goes, it leads to the anarchy you see on these streets,' says Heather MacDonald, a fellow at the Manhattan Institute think-tank and a conservative essayist. She believes we are witnessing a 'real-life experiment' into what happens if society stops enforcing bourgeois norms out of sensitivity to vulnerable people. MacDonald argues that the city authorities are culpable, fuelling drug addiction by doling out 4.5 million needles a year when there is nothing compassionate about giving addicts and mentally ill people the freedom to 'decompose' on the streets.

Much of what she says is backed by Thomas Wolf, 49, who lost his job and family after becoming addicted to opioid painkillers following foot surgery, then moving on to cheaper heroin and ending up homeless in his native city. 'It is a cycle of despair,' he says. 'I was heartbroken at losing my wife and kids but all I cared about was drugs. I hated being on the streets but I loved the easy access to drugs. 'Yet there's such denial that if you'd have asked me if I had a problem, I'd have said no.'

 Wolf, who now works for the Salvation Army helping homeless people rebuild lives and has just been appointed to a specialist civic taskforce, sees untreated addiction as the root cause of the city's problem. He says most people living on the streets are hooked on either drugs or drink.

'If you see someone shouting at the wall, it is crystal meth, not mental illness – although meth might have destroyed their mind.' Wolf claims that while the city distributes drug paraphernalia, he was never asked to quit or offered help. He says many users sell their monthly welfare $190 food stamps on receipt to go on a binge. And he wants to see generous welfare benefits – almost $600 a month in return for 12 hours of voluntary work – slashed. His own time as a homeless heroin addict ended after police caught him holding six socks filled with drugs for Honduran dealers. His brother bailed him from jail on condition that he went into rehab. He was lucky. Last year there were 234 deaths from fentanyl and heroin in the city, more than double the previous year and five times higher than in 2016.

447

Wolf believes that the decision by a state ballot six years ago to reclassify thefts of property below the value of $950 as misdemeanours has backfired badly, leading to a huge increase in shoplifting. 'It is a disaster,' he says. 'The idea was sound – to reduce jailing that is predominantly of minorities – but the side effect was to embolden people to commit crime with impunity. Everyone knows you can go into shops and steal up to $950.' Even shampoo, deodorant and toothpaste are now locked up in chemist shops to curb thefts. The police declined to speak officially. But one officer sitting in his car beside blatant street-dealing said there was no point arresting people as they would simply be released, even if they were carrying drugs and cash valued at several thousand dollars. 'I find it very frustrating and lots of my colleagues find it very frustrating,' he says, adding that officers only intervene when there is violence. 'We get the blame because people think we're doing nothing. But it's not our fault.' Wes Tyler, manager of a family-owned hotel, told me a man high on crystal meth smashed a $5,000 window one Sunday afternoon – then repeatedly ignored court dates and probation orders despite being seen in the neighbourhood last week.

'If City Hall does not start to take these issues more seriously, we'll see businesses impacted,' says Jay Cheng, spokesman for the local Chamber of Commerce. Yet true to form, San Francisco has just elected as district attorney a radical called Chesa Boudin, whose parents were infamous militants from a far-Left, anti-war group. They were jailed for triple murder when Chesa was a toddler, leaving him to be adopted by the founders of the organisation.



448

 The beautiful city by the bay, where Tony Bennett famously left his heart and which poses as a beacon of progressiveness, has more billionaires per capita than any other on the planet. Not long ago, a seven-bedroom home here recently sold for $38 million (£29 million), while at the Michelin-starred Saison restaurant, the 'kitchen menu' starts at $298 a head and reservations require a $148 deposit. The 39-year-old, who studied at Oxford University as a Rhodes scholar and later worked as a translator for Venezuela's former leader Hugo Chavez, a Fidel Castro acolyte, campaigned on moving away from prosecuting 'quality of life' offences to focus on serious and corporate offences.

The San Francisco Police Officers Association spent heavily campaigning against Boudin, saying he was the choice for 'criminals and gang members'.

But Jennifer Friedenbach, executive director of the charity Coalition on Homelessness, argues city residents should get angry over 'systemic neglect' that sparked this crisis rather than blaming people on the streets. 'No one wants to live like this,' she says. 'We've tried locking people up before but that didn't work.' Friedenbach insists that the problems stem from a lack of affordable housing, a significant reduction of emergency shelters and the slashing of spending on treatment programmes.

She says, rightly, that issues of homelessness, mental health and addiction are often linked. The city's mayor, London Breed, whose younger sister died of a drug overdose and elder brother was jailed for robbery, declined to comment.

In her inaugural speech, Breed said the 'twin troubles of homelessness and housing affordability' were the big challenge. She is boosting grants for shelters, treatment and street cleaning. Yet those desperate sights staining this one-time hippy nirvana are ultimately the sign of abject political failure. Her new fiefdom is, after all, so populated by millionaires in their exclusive enclaves that it is the second richest city in the world's richest nation. Considering the city's wealth, it smacks of callous and uncaring hypocrisy. As one local resident says: 'Are they really being progressive to that poor guy in the street with a needle in his arm who is going to die tomorrow?'

John Gabriel: California Is A Failed State; How Do We Know? They're Moving To Arizona In Droves

**SAN FRANCISCO TURNS INTO SOCIAL HELL-SCAPE AS CORRUPTION HAS MADE EVERYTHING IN SF COST TWICE AS MUCH AS THE REST OF AMERICA**

(LINK) Median price for Bay Area home hits record-shattering $935,000...

(LINK) Woman allegedly calls cops on girl selling water in San Fran...

Page 450  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

(LINK) Gay Tech Mafia runs Silicon Valley and San Francisco

**Meanwhile on the West Coast... Downtown San Francisco Littered with Drug Needles, Piles of Feces**

**Diseased Streets: San Francisco Spends $30 Million Cleaning Feces, Needles. City "among some of the worst slums in the world."** (nbcbayarea.com)

**When people refuse to navigate piles of human shit to get food, San Francisco has the answer - BAN company owned cafeterias to "protect" local restaurants.** (m.washingtontimes.com)



San Fran Diseased Streets... Needles, Garbage, Feces... Like Worst Slums in World...

San Francisco mayor admits she was screwing corruption boss and took thousands of dollars of cash from top crook in FBI corruption probe

By Brie Stimson |

- 

San Francisco Mayor London Breed on Friday admitted having a 20-year friendship and brief romantic relationship with a former city worker now under FBI investigation, prompting some to call for her resignation.

**San Francisco Is One Of The Most Corrupt Cities In The World**

San Francisco Mayors, Area Senators and Supervisors exist off of bribes. Facebook, Google, Twitter, Tesla, Chevron, Wells Fargo, Real Estate developers and Chinese mobsters are the biggest payers of bribes. They pay in cash, hookers, buildings, stock warrants and election manipulation. San Francisco politicians pretend to be "green" but they only care about Green

450

Page 451  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

Cash. They pretend to be a "Sanctuary City" but all they care about is harboring criminals who they can use to puff up voter counts.

 San Francisco cares about one thing: CASH!

 If there is a second thing they care about it is: PRETENTIOUS LIFESTYLES

Chicago is corrupt because of the mafia and gangster culture it supports. San Francisco is corrupt because it has no moral compass except the arrow that points straight to hell. Greed and power rule all decisions in San Francisco politics.


**'Corrupt in its roots': as Oakland police scandals pile up ...**

May 21, 2016 · Donald Trump may have called the city one of the 'most dangerous' in the world, ... 'Corrupt in its roots': as ... the city across the bay from San Francisco ...

https://www.theguardian.com/us-news/2016/may/21/oakland-police-miscon...


**Report on the Causes of Municipal Corruption ... - San Francisco**

Report on the Causes of Municipal Corruption in San Francisco, ... No one of the many persons we have ... "The undersigned of the City of San Francisco, ...

sfmuseum.org/hist5/graft1.html

http://www.freewebs.com/boycottsanfrancisco/


**SSF Lawmaker Urges Charges In Corruption Probe: OP-ED**

South San Francisco, CA - Several local lawmakers including State Senator Jerry Hill are urging the state AG to file charges in a CPUC corruption probe.


**CORRUPTION CENTRAL: PETER P. McDONOUGH - FoundSF**

CORRUPTION CENTRAL: PETER P. McDONOUGH. ... San Francisco History ... from FOUNTAINHEAD OF CORRUPTION: Peter P. McDonough, Boss of San Francisco's Underworld by ...

foundsf.org/index.php?title=CORRUPTION_CENTRAL:_PETER...


451

Page 452  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

**San Francisco city employees in court facing public ...**

Two former San Francisco city officials and a longtime city staffer appeared in court on Friday, facing public corruption charges.

abc7news.com/politics/sf-city-employees-in-court-facin.

**Are corrupt politicians the cause of sky-high San Francisco ...**

Are corrupt politicians the cause of sky-high San Francisco ... What is the most corrupt city agency in San Francisco? ... effect on San Francisco real estate. No one ...

**Q** https://www.quora.com/Are-corrupt-politicians-the-cause-of-sky-

**California state Sen. Yee arrested in corruption case - SFGate**

 The former San Francisco school board member, ... He was reportedly arrested on public corruption charges Wednesday morning amid raids of his office in Sacramento and ...

**San Francisco corruption probe ensnares six current or ... - CNN**

Five San Francisco police officers and one former cop were indicted Thursday by federal grand juries in connection with a corruption investigation.

cnn.com/2014/02/27/justice/san-francisco-police-c...

**San Francisco Corruption: Mayor, prosecutor, gangster Shrimp ...**

San Francisco Mayor Ed Lee, seen here in 2011, is accused in a new court filing of using officials in his adminsitration to collect bribes. Photo by Justin ...

slate.com/blogs/the_slatest/2015/08/04/san_francisc...

**Who might be next? San Francisco's long-running political ...**

He cited a San Francisco prosecution a ... Gascon's words that day provided the first hint that a long-running political corruption probe here might not be over ...

latimes.com/local/california/la-me-sf-probe-20160225-...

452

**San Francisco police corruption investigation ... - Fox News**

The San Francisco police chief is seeking to fire eight officers and discipline six others involved in a racist texting scandal.

foxnews.com/us/2015/05/15/san-francisco-police-corrup...

**3 San Francisco city officials may face trial on corruption ...**

First a Chinatown gangster dubbed Shrimp Boy and state Senator Leland Yee were both nabbed in a federal corruption sting. Now three others who were also targets of ...

abc7news.com/3-sf-city-officials-may-face-trial-on-cor...

**How to fix San Francisco's corruption problem - by b_stuart ...**

Corruption. It's as San Francisco as fog, organic produce and good weed. And by that I mean, it's such a part of the culture here that we take it for grant

# San Francisco's Homeless Encampments Expose The Failure Of A Liberal Utopia

By John Daniel Davidson

**San Francisco Is Now The Most Rapidly Failing City In America**

In America's most liberal city, increasingly visible homeless camps are a stark symbol of San Francisco's economic hollowing out and the failure of progressive governance.

SAN FRANCISCO – "You want the down-low? I'll give you the down-low: Gavin Newsom and his pearl-clutching elitists from Pacific Heights only do things that profit themselves!

These guys will all tell you something different, but the one thing everyone here has in common is that they all do drugs."
I'm talking to a group of homeless men camped out under Highway 101 in San Francisco's Mission neighborhood, where a half-dozen tents are set up on a wide sidewalk across the street from a Best Buy. The thirty something guy who's telling me it's all about drugs doesn't want to give me his name.

--------------------------------------------------------------------------------

# Shit-Hole San Francisco — where drug addicts outnumber high school students

Page 454  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

Officer Brian Donohue checks on Jeffrey Choate after he sees him lying on the sidewalk along Larkin Street and asks him to dispose of used needles next to him in a proper container on Monday, September 10, 2018 in

San Francisco has more drug addicts than it has students enrolled in its public high schools, the city Health Department's latest estimates conclude.

There are about 24,500 injection drug users in San Francisco — that's about 8,500 more people than the nearly 16,000 students enrolled in San Francisco Unified School District's 15 high schools and illustrates the scope of the problem on the city's streets.

It's also an increase of about 2,000 serious drug users since 2012, the last time a study was done.

"There is an opioid epidemic in this country, and San Francisco is no exception," Deputy Director of Health Dr. Naveena Bobba said.

The problem is particularly visible in the Tenderloin, where police reported more than 600 arrests for drug dealing last year. And where 27 suspects were booked into County Jail for dealing drugs in the first 20 days of the new year.

The out-in-the-open use of drugs on city sidewalks and at the Civic Center BART Station was a huge embarrassment for the city and triggered more police patrols and crackdowns in the past year. The BART station has been cleaned up, but the problem continues in the Tenderloin.

And while the police stay busy targeting dealers — the criminal side of illegal drugs — the city's public health officials work the problem as a health crisis.

-------------------------------------------------------------

# CRONY POLITICS RULE SAN FRANCISCO

The San Francisco Board of Supervisors voted 7-4 on Tuesday to overturn the 2015 sale of Presidio Terrace, a privately-owned street in the neighborhood of the same name used by a few dozen of the city's wealthiest homeowners, faulting the city's tax collector and not the residents for letting an annual $14 tax bill go unpaid for decades.

Supervisor Mark Farrell, whose district includes Presidio Terrace, scheduled Tuesday's hearing in August, allegedly to "get to the bottom" of the dispute and let all parties plead their case.

A South Bay couple bought Presidio Terrace's circular street and accompanying sidewalks at a

454

tax sale to the tune of $90,000 after the Presidio Terrace Association (PTA) had failed to pay the taxes on their avenue for 30 years.

-----------------------------------------------------------------------

**Residents are FLEEING Sanctuary City San Francisco at a RECORD RATE!**
(youtube.com)

-----------------------------------------------------------------------

*San Francisco Neiman Marcus Hit By Shoplifters Who Fled With Merchandise*

https://www.foxnews.com/us/san-francisco-neiman-marcus-hit-by-shoplifters-who-fled-with-merchandise

-----------------------------------------------------------------------

**SAN FRANCISCO HAS TURNED INTO THE BIGGEST SHIT-HOLE CITY IN AMERICA**

--------------------------------------------------------------------------------



[Typical San Francisco street fight](#) (youtube.com)

by gnexus to videos (+23|-0)

- comments

455



**Commiefornia - Colin Flaherty: San Francisco Techies Surprised by the Level of Black Violence (hooktube.com)**

comments

--------------------------------------------------------------------------------

# SAN FRANCISCO BAY AREA VENTURE CAPITALISTS PROVE THEIR CORRUPTION RUNS DEEP

The founder of a Silicon Valley venture capital firm was sentenced Wednesday to six months behind bars for paying about $450,000 in bribes to boost his two daughters' entrance exam scores and get one of them into Georgetown University as a bogus tennis recruit.

Manuel Henriquez, the 57-year-old founder and ex-CEO of Hercules Capital based in Palo Alto, California, cried and dabbed his eyes with a tissue as he prayed for forgiveness from his children and other families he hurt, and asked the judge for mercy.

"There is no perfect way to express how broken I feel in my heart and soul," said Henriquez, who sat next to his lawyer and wore a face mask for much of the hearing held via video conference because of the coronavirus pandemic.

### Page 457  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

His wife, Elizabeth Henriquez, was sentenced in March to seven months behind bars. She is currently locked up at a prison in California and is expected to be released in January, according to online records.

Prosecutors had asked for five months for Manuel Henriquez, calling him in court documents a "less active participant in the mechanics of the fraud than his wife." The defense urged the judge for three months or less.

U.S. District Judge Nathaniel Gorton called Henriquez a hypocrite who donated money to aid children, while at the same time using his wealth and privilege to put his kids ahead of other less fortunate students in the college admissions process.

"It's a sad day," the judge said.

**How San Francisco's Wealthiest Families Launched Kamala ..**

A high-school senior had deftly promoted her "brand" for the Ivy League, a college consultant boasted. In a2013 promotional video, William Rick Singer, the mastermind of an elaborate admissions corruption scheme, showered praises on the young woman.

She'd started her own organization to fight climate change, he said. She'd eventually enroll in Brown. That student, it turns out, was Mary Doerr, a daughter of John Doerr, the Silicon Valley venture capitalist and early backer of Google and Amazon.

The Doerrs were clients of Singer years before he turned a legitimate college consulting practice into an elaborate bribery-for-admissions scheme that has shaken American academia, the parents who sought Singer's advice and the Wall Street and Silicon Valley firms that are now dealing with the fallout.

Pro golfer Phil Mickelson and National Football League Hall of Fame quarterback Joe Montana each tweeted last week that their families had used Singer for college consulting and were "shocked" to hear about the illegal activity.

So are some of the Wall Street and Silicon Valley companies who had connections to Singer, including Goldman Sachs Group Inc., bond-giant PIMCO and venture-capital firm Kleiner Perkins Caulfield & Byers, which Doerr co-founded and is chairman.

Court papers suggest as many as 800 families hired Singer at some point. Singer ran an apparently legitimate college counseling firm, the Edge College & Career Network, before about 2011. The 2013 promotional video that referred to Mary Doerr says she was a client "six years ago," or about 2007. The bribery case reaches back only to 2011.

The Doerr family has not been accused of any wrongdoing. Mary Doerr graduated from Brown

457

University in 2015 and now is a graduate student at North Carolina State University, according to her LinkedIn profile.

Calls to Mary Doerr and her mother, Anne, were not returned. A Kleiner Perkins spokeswoman, Katie Hutchison, didn't respond to a request to speak with John Doerr.
Hutchison declined to answer questions but said in a written statement that while Doerr and partner Tom Schlein, "along with a long list of Valley luminaries," were clients of Singer, they consulted him only for "test tutoring and help with college applications — typical of services provided by thousands of private college counselors across the country — and nothing further."
Goldman Sachs, which was mentioned in a wiretapped phone conversation as a social connection for at least one of the parents charged in Singer's bribery-for-admissions scheme, says it has begun an internal investigation into any connection its employees may have to the former college consultant.

Firms whose partners and employees were caught up in the federal case known as "Operation Varsity Blues" have swiftly moved to fire or accept the resignations of people involved.
Bond-giant PIMCO said in a statement on Monday that "as part of a regular series that includes dozens of outside speakers, PIMCO invited Mr. Singer to speak twice over the past decade, the latest in 2015, about the college admissions process." But the firm added that it "has never had a business relationship with Rick Singer or his college preparation organization. Neither PIMCO nor the PIMCO Foundation has ever paid Mr. Singer or donated money to his foundation."

The statement added that any employees who engaged with Singer's illegal scheme "would have no place at the firm."

PIMCO's former chief executive Douglas Hodge, who retired in 2017, is accused of paying about $500,000 in bribes for two daughters and a son to be admitted to Georgetown University and and the University of Southern California as fake tennis, soccer and football recruits.

The case has also sent shivers among affluent parents who fear they and their children will be tarnished as the Singer case unfolds.

Families now in the admissions process "want to illustrate that they're a good family that wouldn't cheat and that their kids would never want them to cheat the process," said Christine Pluta, a private counselor with Edvice Princeton who has also worked in the admissions offices of the University of Pennsylvania and Barnard College. "I have never before heard a family try to convince me of their own integrity. Singer is part of the conversation."

Pluta said when she worked at Penn about 20 years ago, a "father offered me a million dollars if his daughter would be admitted. At first I thought he was joking." She said she made it clear the offer was inappropriate.

458

## Page 459  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

Singer cooperated with authorities and pleaded guilty to facilitating more than $25 million in bribes for faked ACT and SAT scores and bogus athletic profiles to schools including the USC,Georgetown andYale University. Parents contributed to Singer's fake charity, Key Worldwide Foundation, to facilitate bribes to coaches and school officials and some and some took the charitable-donation deduction.

The wealthy parents worked in finance, sports and entertainment and included actresses Lori Loughlin and Felicity Huffman as well as Hodge, who was replaced as CEO of PIMCO in 2016; Gordon Caplan, the co-chairman of global law firm Wilkie Farr & Gallagher LLP, and William McGlashan Jr., a former partner of private equity firmTPG, who was fired last week.
The relationships in those worlds led to some embarrassing revelations for firms who invited Singer to speak.

"We know people at Goldman Sachs who have, you know, recommended you highly," said parent Marci Palatella, according to transcripts of a wiretapped conversation with Singer. Palatella, chief executive officer of a liquor distribution company in Burlingame, Calif., and the wife of formerSan Francisco 49ers player Lou Palatella, was charged with paying $575,000 in bribes to get their son into USC as a fake "long snapper" football recruit.

Goldman Sachs spokesman Patrick Scanlan said Monday that "we're continuing to look into the matter."

Another parent charged in the scandal referenced Kleiner Perkins. In a wiretapped conversation, parent Bruce Isackson worried that the Internal Revenue Service might discover the bogus charity, to which Isackson is accused of paying hundreds of thousands of dollars in bribes to get his daughter into USC as a fake-recruited rower.

Isackson, who was president of real-estate development firm WP Investments in Woodside, Calif., was charged along with his wife, Davina. He no longer appears on the website of the firm, which didn't respond to calls.

"Is this gonna be this — be the front page story with everyone from Kleiner Perkins do whatever, getting these kids into school," Isackson said according to the transcript.

In the 2013 promotional video, Singer spoke of an unnamed client who had started Inconvenient Youth while in high school. "She got totally engaged in her brand, in her story, in her passion," he said in the short video, adding that "I had her six years ago as a student" and thanking former Vice President Al Gore for allowing "us" to use his slide show from his 2006 documentary, "An Inconvenient Truth," that inspired Doerr's group.

Page 460  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

Singer added that getting in to college "has to do with getting involved in your brand." He highlighted his role in Mary Doerr's venture, saying that "we wanted to create an organization that would focus on global warming for youth."

Mary Doerr started Inconvenient Youth in 2008 between her junior and senior years atCastilleja School in Palo Alto, Calif.

John Doerr, whose net worth Forbes puts at $7.5 billion, has been involved in education issues for some time. He is co-founder and lifetime director of the NewS chools Venture Fund, which invests in start-ups aimed at improving public education. He and Anne Doerr donated $50 million in 2015 to Rice University, his alma mater, to finance a leadership training program. The couple paid about $50,000 bribes to have someone cheat multiple times on standardized tests for their daughters, authorities said.

The Henriquezes were also charged with paying $400,000 to the sham charity run by admissions consultant Rick Singer to get their oldest daughter into Georgetown by falsely portraying her as a star tennis player. Singer in turn paid then-Georgetown tennis coach Gordon Ernst in exchange for labeling her as a recruit, authorities say.

Ernst, who's accused of getting nearly $3 million in bribes, has pleaded not guilty.

Singer has pleaded guilty to running the sprawling bribery scheme and helped investigators build the case against the parents.

Henriquez's lawyers said in court documents that his participation in the scheme was "minor and largely passive" as he was busy running his company while his wife "devoted herself to the care and well-being of their children."

"Mr. Henriquez knew some but not all of the details of the scheme with Singer, played a small role, and to his great regret and shame, did not stop it. He paid Singer's bills, as he did all the family's bills," his lawyers said in a court filing.

Assistant U.S. Attorney Eric Rosen said it "strains credulity" that Henriquez would believe that the $400,000 payment to Singer's sham charity would support "underfunded college athletic programs (including Georgetown tennis) and programs for disadvantaged youth," as his attorneys claimed in court documents.

Rosen accused Henriquez of refusing to fully accept responsibility for his actions and attempting to present a "sanitized version of the conduct to the court."

The Henriquezes are among nearly 30 parents who've admitted to charges in the massive case called "Operation Varsity Blues."

460

Page 461   EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

"Full House" star Lori Loughlin and her fashion designer husband, Mossimo Giannulli, are scheduled to be sentenced in August after pleading guilty to paying half a million dollars to get their two daughters into the University of Southern California as fake crew recruits. Loughlin's plea deal calls for her to serve two months behind bars and Giannulli's calls for him to serve five months.

# THE HORRIFIC CORRUPTION OF GAVIN NEWSOM

**Is Gavin Newsom Totally Corrupt or Just Eternally ...**

www.capoliticalreview.com/capoliticalnewsandviews/is-gavin-newsom-totally-corrupt-or-just-eternally-incompetent/

**Corruption**, Incompetent, Supreme Leader **Gavin Newsom** is way over his head. Either the Legislature take back the reins of government—or the Feds should stop giving California money until those responsible or either out of office or indicted. What do you think? A politically connected firm gets an $800-million mask contract with California.

**Red State: CORRUPTION. Gavin Newsom Got a Free Mansion and ...**

https://rightondaily.com/2020/07/red-state-corruption-gavin-newsom-got-a-free-mansion-and-other-perks-not-reported-on-his-financials/

**Gavin Newsom's** $3.7 million, 12,000 square foot mansion, on 8+ acres along the American River in Sacramento, was the area's most expensive home sale in 2018 The gated estate consists of a 6 bedroom/10 bath home, a guest house, a pool, a tennis court, and a wine cave

**The idiocy, ignorance, and corruption of California's ...**

https://behindtheblack.com/behind-the-black/essays-and-commentaries/the-idiocy-ignorance-and-corruption-of-californias-governor-newsom/

In the past week the Democratic governor of California, **Gavin Newsom**, has demonstrated that in his quest to cement the dictatorial powers he gave to himself with the arrival of the Wuhan virus, he really has no interest in any facts or real scientific data.

**BREAKING: TREASON: GA Gov. Kemp and CA Gov. Newsom bought ...**

https://channel411news.com/2020/11/24/breaking-treason-ga-gov-kemp-and-ca-gov-newsom-bought-off-by-communist-china-in-covid-supplies-kickback-and-money-laundering-schemes-source/

## Page 462  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

In July of this year, Natural News reported how California Gov. **Gavin Newsom** was caught wiring half a billion dollars to communist China as part of a "massive face mask money laundering scheme."

**Gavin Newsom caught wiring half a ... - Corruption News**

  https://corruption.news/2020-07-07-newsom-wired-half-billion-communist-china-face-mask-money-laundering.html

The sordid details of California Governor **Gavin Newsom's** unwholesome dealings with communist China continue to emerge, including the shocking revelation that **Newsom** is quietly funneling hundreds of millions of taxpayer dollars to the communist Chinese regime in exchange for political favors.

**Recall Gavin Newsom Campaign Hits Back at California ...**

N https://www.newsweek.com/recall-gavin-newsom-campaign-hits-back-100m-claim-1565397

"If it costs 100 million tax dollars to #RecallGavin2020, we could have recalled **Gavin Newsom** 300 times with the money lost to [Employment Development Department] **corruption** and unemployment scams!"

**Governor Newsom's Dubious Mask Deal Brings Corruption ...**

  https://www.sandiegonewsdesk.com/2020/06/governor-newsoms-dubious-mask-deal-brings-corruption-concerns/

Gov. **Gavin Newsom** made a $1.4 billion deal with BYD, a Chinese company, to produce N-95 masks. What's weird about this situation is that BYD is an electric bus maker with no history of making masks. What's even weirder is that the masks never came to fruition because they failed to meet national safety and health standards.

**Project Packs a Sweetheart Deal for No-Bid Willie Brown Crony**


**Newsom Recall Petition Reaches 1.5 Million Signatures**


**Cronyism is the Governing Principle of California**


- **California Corruption: Crony Socialism, Corruption**

462

Page 463  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

- **Gavin Newsom Netted Millions (Tax-Free) In Undisclosed "Sweetheart" Loans**

SAN FRANCISCO NOW THE #1 PLACE IN AMERICA TO GET AN AWFUL SEX DISEASE!

STDs in California reach all-time high: 300,000 cases...

------------------------------------------------------------------------

SAN FRANCISCO Gives ILLEGAL ALIENS Right To Vote in order to try to jam up elections *

------------------------------------------------------------------------

**San Fran: Not Only Do the Politics Smell**


**\*\*\*\*\*\*\*\*\*\***

**SEE THE STORY OF MURDER THAT CREATED A WELL-PLACED MAYOR FOR THE TECH CARTEL:**

Darkened Corridors: THE DARKEST STORY OF SILICON VALLEY CORRUPTION THE SILICON VALLEY TECH MAFIA.pdf (LINK)

----------------------------------------------------------------

Home Prices In 80% Of US Cities Grew 2x Faster Than Wages... And Then There Is San Francisco

The mayor of San Francisco says he's hiring 10 workers whose sole responsibility will be to clean up the massive numbers of drug needles littering the streets.

San Francisco Mayor Mark Farrell said Monday the team will respond to resident complaints and remove needles and syringes from "hot spots" every day of the week.

Farrell tells the San Francisco Examiner that discarded syringes on the streets are among the top litter complaints in the city with a growing homelessness problem and a devotion to encouraging hippie scum to live there.

http://nbclosangeles.com/news/california/San-Francisco-to-Hire-Needle-Cleanup-Team-480616941.html

------------------------------------------------------------------------------

**San Francisco Forensic Investigator Paul Kangas Keeps The Ruling Elite On Their Toe**s

Don't do crime with public money in front of Paul Kangas. This modern Sam Spade will latch onto the case like a pit-bull and never let go. If City Hall, Silicon Valley or the Opera Crowd get into bribery, corruption, sex trafficking and other dirty bits, Paul might end up on their heels.

As the former guard for President Kennedy, Paul Kangas is now a private Investigator in California. His seminal article on the role of George HW Bush in the assassination of JFK was just published on the front page of the Cuban newspaper, Granma. 30 million copies were distributed worldwide. He has taught, and inspired, many contemporary media investigators who have over-turned the entire news industry with the kinds of FBI-class public research that Kangas uses. The many "citizen sleuth' groups operating around the world were inspired by the early work of Kangas. Paul Kangas has busted up more corruption in San Francisco than the last 4 police bosses in San Francisco. You don't always know that he did it, but suddenly a package of investigation data shows up at the right reporter's desk at the right time and that public official is "gone:.

Kangas is said to have copies of all of the files left behind when Clinton private eye: Jack Palladino, died. Paul Kangas is the last guy on Earth that any corrupt politicians should consider screwing with!


**Paul Kangas - Ballotpedia**

  https://ballotpedia.org/Paul_Kangas

**Paul Kangas** (Democratic Party) ran for election for President of the United States. **Kangas** lost as a write-in in the Democratic convention on August 18, 2020. **Kangas** also ran for election to the **San Francisco** Unified Board of Education in California. **Kangas** lost in the general election on November 3, 2020.

**DR. PAUL KANGAS, JD, PhD | San Francisco Voter Guide**

  https://voterguide.sfelections.org/en/dr-paul-kangas-jd-phd

My occupation is Criminal Defense Investigator.. My qualifications are: Dr. **Paul Kangas**, JD, PhD. SF can raise teacher pay, to $100K, by putting 1,000 solar panels on each school, ear-marking the money from solar sold onto the grid @ $0.49 kwh, for teachers pay only.

**SF Tesla Society, February 9, 2014 - Paul Kangas, N.D ...**

  www.sftesla.org/Newsletters/2014/SFTS_news_2014_02_09.htm

## Page 465  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

**Paul Kangas** served in the U.S. Navy from 1960-1964. **Paul** was a guard to congressmen and the President. He received his B.A. in Journalism & Biology from **San Francisco** State University in 1969. **Paul** went on to receive a J.D. degree from Hastings Law School in 1973. He currently

**S.F. school board candidates face tough pandemic choices ...**

ℭ https://www.sfchronicle.com/bayarea/article/S-F-school-board-candidates-face-tough-pandemic-15579213.php

**Paul Kangas**, criminal defense investigator. This candidate did not respond to the questions. Jill Tucker is a **San Francisco** Chronicle staff writer. Email: jtucker@sfchronicle.com Twitter: ...

**San Francisco Forensic Investigator Paul Kangas Keeps The ...**

case-xyz2020a.com/index.php?post/San-Francisco-Forensic-Investigator-Paul-Kangas-Keeps-The-Ruling-Elite-On-Their-Toes

**San Francisco** Forensic Investigator **Paul Kangas** Keeps The Ruling Elite On Their Toes Don't do crime with public money in front of **Paul Kangas**. This modern Sam Spade will latch onto the case like a pit-bull and never let go.

Billionaire Real Estate Mogul David Rockefeller dies at age 101. His San Francisco "Bag Man" James Bronkema is also dead. John Molinari, their Italian "business man" mob-fixer is in his final years.

**The end of an era of real estate corruption, bribery, elitist black-listing and crony politics on the West Coast.**

Deepti Hajela, Associated Press

The billionaire philanthropist who was the last of his generation in the famously philanthropic Rockefeller family died, Monday, March 20, 2017, according to a family spokesman. (AP Photo/D. Pickoff, File) NEW YORK (AP) — David Rockefeller, the billionaire businessman and philanthropist who was the last in his generation of one of the country's most famously philanthropic families, died Monday. He was 101. Rockefeller died in his sleep at his home in Pocantico Hills, New York, according to his spokesman, Fraser P. Seitel. He was the grandson of Standard Oil co-founder John D. Rockefeller and the youngest of six children born to John D. Rockefeller Jr. With the passing of his siblings, he became the guardian of his family's fortune and head of a sprawling network of family interests, both business and philanthropic, that ranged from environmental conservation to the arts. To mark his 100th birthday in 2015, Rockefeller gave 1,000 acres of land next to a national park to the state of Maine. Aspects of the Rockefeller

465

brothers' upbringing became famous, including the 25-cent allowance, portions of which had to be set aside for charity and savings, and the inculcation that wealth brings great responsibility. Two of his brothers held elected office: Nelson Rockefeller served as the governor of New York, hungered for the White House and briefly served as vice president. Winthrop Rockefeller was a governor of Arkansas. David Rockefeller, however, wielded power and influence without ever seeking public office.

Among his many accomplishments were spurring the project that led to the World Trade Center. And unlike his other brothers, John D. III and Laurance, who shied from the spotlight and were known for philanthropy, David Rockefeller embraced business and traveled and spoke widely as a champion of enlightened capitalism. "American capitalism has brought more benefits to more people than any other system in any part of the world at any time in history," he said. "The problem is to see that the system is run as efficiently and as honestly as it can be." Rockefeller graduated from Harvard in 1936 and received a doctorate in economics from the University of Chicago in 1940. He served in the Army during World War II, then began climbing the ranks of management at Chase Bank. That bank merged with The Manhattan Company in 1955 He was named Chase Manhattan's president in 1961 and chairman and chief executive officer eight years later. He retired in 1981 at age 65 after a 35-year career. In his role of business statesman, Rockefeller preached capitalism at home and favored assisting economies abroad on grounds that bringing prosperity to the Third World would create customers for American products. He parted company with some of his fellow capitalists on income taxes, calling it unseemly to earn $1 million and then find ways to avoid paying taxes on it. He didn't say how much he paid in taxes and never spoke publicly about his personal worth. In 2015, Forbes magazine estimated his fortune at $3 billion. As one of the Rockefeller grandchildren, David belonged to the last generation in which the inherited family billions were concentrated in a few hands. The next generation, known as "the cousins," has more people. Rockefeller was estimated to have met more than 200 rulers in more than 100 countries during his lifetime, and often was treated as if he were a visiting head of state. Under Rockefeller, Chase — now JPMorgan Chase & Co. — was the first U.S. bank to open offices in the Soviet Union and China and, in 1974, the first to open an office in Egypt after the Suez crisis of 1956.

In his early travels to South Africa, Rockefeller arranged clandestine meetings with several underground black leaders. "I find it terribly important to get overall impressions beyond those I get from businessmen," he said.But Rockefeller took a lot of heat for his bank's substantial dealings with South Africa's white separatist regime and for helping the deposed, terminally ill Shah of Iran come to New York for medical treatment in 1979, the move that triggered the 13-month U.S. embassy hostage crisis in Tehran. Rockefeller maintained the family's patronage of the arts, including its long-standing relationship with New York's Museum of Modern Art, of

which his mother had been a fervent patron. His private art collection was once valued at $500 million. The Rockefeller estate overlooking the Hudson River north of New York City is the repository of four generations of family history, including Nelson's art and sculpture collection. One of the major efforts of Rockefeller's later years was directed at restoring family influence in the landmark Rockefeller Center, most of which had been sold in the 1980s to Japanese investors. He eventually organized an investor group to buy back 45 percent of the property. His philanthropy and other activities earned him a Presidential Medal of Freedom, the nation's highest civilian honor, in 1998. Rockefeller and his wife, the former Margaret McGrath, married in 1940 and had six children — David Jr., Richard, Abby, Neva, Margaret and Eileen. His wife, an active conservationist, died in 1996. James Bronkema was his Bag Man that paid various public officials along with the Coblentz Law firm. For the dirtiest deals, though, John L. Molinari would step in. Molinari uses his sub-gang comprised of: The Amelia Commercial Owners' Association, John L. Molinari Assc, The Molinari Family Partnership LLC, Twenty Five Fifty Five Larkin, The Rapallo Group, Inc., Golden Van Associates LLC
John Molinari Partners and other fronts.

Molinari is part of the North Beach Italian business men organization. The FBI has been thought to have bugged his Van Ness, Larken Street, Columbus Avenue locations as well as his cars.

In 1987 Mr. Molinari was a 52-year-old insurance and gun-for-hire man who had served on the Board of Supervisors since 1972, including five terms as president. He played a key role in engineering Mrs. Feinstein's elevation to Mayor in 1978, and in 1982 became a Democrat, essential to advancing in a city that is 77 percent Democratic. He has earned a reputation as a politician who knows his way around City Hall and can bring warring factions to battle. Molinari is said to have lied about which district he actually lived in, on records filed for that election. Roger Boas, Molinari's friend, was arrested for running a pedophile underage sex ring for the rest of the San Francisco City Hall Elites. Molinari's daughter was removed from his home, per the now public police report records, to protect her from sexual abuse. She was placed in protective custody in a center on California Street, in San Francisco, where she provided investigators with damaging information about her father.

Molinari's large crooked nose and squinty deep-set eyes did not help him avoid the "North Beach Mob" assertions cast by his political adversaries. Warren Hinckle once called him *"A sad version of The Godfather..."*

467

# Anatomy of A Civic Corruption Case
The San Francisco Bridge To Sin

THE COLD CASE THAT IS NOW VERY HOT! INVESTIGATORS NOW HAVE THE FINAL PIECES OF THE PUZZLE!

See how the Golden Gate Bridge and a little bridge between two buildings at Embarcadero Center connected to an organized crime and child sex abuse ring for billionaires in A billion dollar real estate political kickback scam, by San Francisco "elites", to create an owned and controlled Senator.

Interesting that one has posted pictures of them-self dancing and hugging very young girls on Facebook, one was arrested and indicted for running an underage prostitution ring for billionaire campaign backers and San Francisco "elites", One (A senior public official) had their daughter removed from their home by the police because she was sexually abused (Police reports available) and one was charged with hiring underage prostitutes.

You would think it would be hard to be indicted for BOTH running a child prostitution ring for Pacific Heights billionaires AND helping to embezzle government funds for Moscone Convention Center AND Embarcadero Center but one managed to do it all, on behalf of the others.

James Bronkema was known as David Rockefeller's "Bag Man" on the West Coast. He looked exactly like the greedy little "Monopoly Man" Billionaire on the game-board and even sported the same mustache and vest just to make the point that he was not only corrupt, he was BAD ASS CORRUPT and he would get the Rockefellers on your ass if you messed with him!

When a real estate or political policy action needed to be greased, Bronkema or Coblentz showed up with the cash for the Supervisors, inspectors and public policy-types. Bronkema was one of the creators of "Flower" and ran the cash into John Molinari's Mayoral campaign. He put his girl-friends in executive city jobs as payoff for services rendered. Their hope was to move Molinari from Mayor, to Senator to Governor and on up… but that didn't work out……. when the FBI showed up on some doorsteps.

Bronkema ran the Business Bureau, The Golden Gate Bridge, Embarcadero Center and Rockre, a

468

"private business operations group" for the Rockefellers. He funneled kickbacks, crony deals and special favors from San Rafael to Oakland to City Hall.

They got a different party to play Senator and Molinari was forgotten but not forgiven for his false campaign district address, tax form creativity and family police incidents. A bug was placed in Molinari's Classic Jaguar and feds got quite a bit of dirt on old-school San Francisco corruption off of Molinari's North Beach idle chatter. Molinari then turned State's evidence.

Once Molinari ate it in the elections, they plowed all of the cash into Feinstein.

A key associate (Goudie, aligned with Molinari) was a top Presidential appointee and campaign funder who was arrested and indicted for federal funds fraud in the Christopher Columbus Scandal which emulated the Golden Gate Bridge Scandal with the same consultants. (Check out his old Facebook page)

The new Silicon Valley Prostitution cases have opened up the Old San Francisco child prostitution cases, as girls reveal decades of abuse and finally tell reporters what really happened back then. Which Silicon Valley and SF Venture Capitalists, who you see quoted in the news lately, were founders of "Flower" the top secret San Francisco underage sex ring for billionaires , held in the billionaires hotels so surveillance security could be totally controlled, (With SF, NYC and Silicon Valley Branches), which is, apparently, still operating? Why are they so excited about all of the underage girls coming over the border in the Mexican child border crisis?  Why are Silicon Valley CEO's and VC's so supportive of "child Immigrants"?

Paying a bribe for real estate exclusives was often done with cash and hookers, known as "pink cash" in SF.

Why was NAMBLA allowed to thrive in San Francisco at the time, Including being given San Francisco Public Libraries, On Potrero hill and in other locations, to hold their secret "how to abuse children" meetings? (See FBI reports on NAMBLA)

Which San Francisco billionaire VC, in the news lately for other reasons, has a regular weekly appointment to have six nude girls come over and read him books from his library while he pleasures himself?

Which one is under investigation regarding a murder and an attempted murder?

Which one ordered a "hit" on someone?

Part of Kubrick's film: "Eyes Wide Shut" was based on "Flower". The cost for a young virgin started at $50,000.00. Taking her virginity was called: "picking a flower".

Run all of the names on your database and draw the financial, business and personal connections and see how interesting this case REALLY is!

Who was the bigger real estate guru: Blum, Rockefeller or Shorenstein?

What do Dianne Feinstein, Richard Blum, James Bronkema, Roger Boas, John Molinari and David Rockefeller all have in common? All them reported to WHO?

Nobody can now say they "didn't know what was going on!" The evidence overtly implicates all of the players.

Was there a different reason, than we were told, that Mayor George Moscone was killed? Dan White said he was "drugged up on Twinkies", was he drugged up on something else so he could carry out his "kill orders" from on high?

Who went to federal prison and who didn't?

Who ordered the case shut down, but who kept working on it because they thought there was a major cover-up going on?

Who took the fall while the others kept on keeping on?

Who paid for who's political campaign..and still does? Who pulls who's strings?

Who is under 24 hour digital device surveillance by 5 different agencies? (Answer: EVERY SINGLE ONE OF THEM, THEIR FAMILIES AND ASSOCIATES)

What is a RICO?

What did federal investigators find when they set-up an office in one of the suspects condo buildings across from his office above Chevy's Restaurant?

Page 471  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

How bad is running a child prostitution ring for the San Francisco elite and <u>Silicon Valley founders</u>?

How much, in bribes and corruption, did the exclusive little bridge from one Embarcadero Center to another, over the public road, really cost Boas, Rockefeller, Molinari, Bronkema and Feinstein?

Who is still operating as a front for whom?

Let's discuss. Send in your links. Watch for the YOUTUBE VIDEO: Anatomy of A Civic Corruption Case and please ask <u>PBS Frontline</u> to pick up the full length version!

Please ask City, State and Federal agencies to OFFICIALLY RE-OPEN THIS CASE!

TA- Former FB*, Associate Producer/ D- SF Chron, FG, J- Worked with Bruce Brugman, GG, HJK, R- Latimes, Wspo-G, bSpecial thanks to D at Regional Federal Office

<u>SAN FRANCISCO'S COLDEST CASE / A coverup is still suspected …</u> 16 Feb 2003 … … chief administrative officer under mayors George Moscone and Dianne Feinstein. … Campaign posters of Boas dotted the city, and a prostitute … on the brothel operators, Roger Boas and seven other customers, including …

<u>http://www.sfgate.com/</u> magazine/ article/ SAN-FRANCISCO-S-COLDEST-CASE-A-coverup-is-still-2669756.php – <u>View by Ixquick Proxy</u> – <u>Highlight</u>

This bridge broke the camels back and connects, politically and financially, to The Golden Gate Bridge District which was, at the time, operated as a private government for personal profit by the suspects. These is the only real estate project in the City that got this deal…bribes DO work! …. until you get caught!

To protect the identity of the abused girl, we will not show the un-blurred form but it, and associated files, can be seen at SFPD, FBI and WIKILEAKS via a FOIA

**<u>Dianne Feinstein – Wikipedia, the free encyclopedia</u>** Dianne Goldman Berman Feinstein, born Dianne Emiel Goldman …. Richard Ramírez, and in so doing angered detectives by giving away details of his crimes.

471

Page 472  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

https://en.wikipedia.org/wiki/Dianne_Feinstein – View by Ixquick Proxy – Highlight


**Dianne Feinstein's "espionage" – Salon.com** 24 Jul 2012 … In sum, leaks of classified information are a heinous crime when done to … But what makes the case
of Dianne Feinstein extra egregious is that, …
http://www.salon.com/2012/07/24/dianne_feinsteins_espionage/ – View by Ixquick Proxy – Highlight


**Dianne Feinstein on Crime – On The Issues** Voted YES on reinstating $1.15 billion funding for the COPS Program. Amendment would increase funding for the COPS Program to $1.15 billion for FY 2008 to …
http://www.ontheissues.org/domestic/Dianne_Feinstein_Crime.htm – View by Ixquick Proxy – Highlight


**Dianne Feinstein – News, Articles, Biography, Photos – WSJ.com** As California's senior Senator, Dianne Feinstein has built a reputation as an independent voice, working with both Democrats and Republicans to find …
topics.wsj.com/person/F/dianne-feinstein/5519 – View by Ixquick Proxy – Highlight


**Dianne Feinstein Biography – Encyclopedia of World Biography** Dianne Feinstein was elected San Francisco's first female mayor in 1979 and … was employed by a public affairs group that was interested in criminal justice.
http://www.notablebiographies.com/Du-Fi/Feinstein-Dianne.html – View by Ixquick Proxy – Highlight


**Committee Assignments – Senator Dianne Feinstein** The following are Senator Feinstein's current committee assignments: … in the Senate, ranging from criminal justice to antitrust and intellectual property law.
www.feinstein.senate.gov/public/index.cfm/committee-assignments – View by Ixquick Proxy – Highlight


**the Wicked Witch of the West Dianne Feinstein – Government …** The petition to Charge the Wicked Witch Dianne Feinstein with treason is gaining ground. I would not hold your breath on

472

this as the criminal that occupies the …

http://www.governmentpropaganda.net/wicked_witch-of-the-west-feinstein.html – View by Ixquick Proxy – Highlight

**Snopes Misses on Story of Collusion Between Sen. Feinstein and …** 31 May 2013

… Feinstein and Husband's Company. Written by Bob Adelmann … Why, the husband of Senator Dianne Feinstein, that's who! What a bunch of …

**http://www.thenewamerican.com/** usnews/ crime/ item/ 15579-snopes-misses-larger-story-on-sales-of-post-offices-by-californ ia-sen-feinstein-s-husband-s-company – View by Ixquick Proxy – Highlight

Worst case scenario: Egomaniac billionaires, who loved sex with children, controlled the real estate deals in San Francisco, because they needed to feel powerful. They had George Moscone killed because he wasn't cool with their sex ring/real estate shenanigans and to put their own person in the top post in Government, aimed for the Presidency. The investigation needs to be re-opened and all cover-up actions overturned.

**Dianne Feinstein launches scathing attack on CIA over alleged …** 11 Mar 2014 …

Senator Dianne Feinstein speaks to reporters after accusing the CIA of cover-up
and criminal activity in a speech on the Senate floor.
CIA says: "Feinstein, you fucked with the wrong people, we have ALL of the dirt on you, did you forget who we are!"
http://www.theguardian.com/ world/ 2014/ mar/ 11/ feinstein-accuses-cia-intimidation-torture-report – View by Ixquick Proxy – Highlight

**Meet CISA – Dianne Feinstein's Latest Attack on Privacy, Civil …** 8 hours ago …

Unsurprisingly, the only "distinctly native American criminal class," as … Cisa is what Senator Dianne Feinstein, the bill's chief backer and the …
http://www.infowars.com/ meet-cisa-dianne-feinsteins-latest-attack-on-privacy-civil-liberties-and-the-internet/ – View by Ixquick Proxy – Highlight

**Dianne Feinstein Articles, Photos, and Videos – Los Angeles Times** The Justice Department has announced that it won't pursue a criminal … Dianne Feinstein: Here's how to deal with the desperate children at the border. Dianne …

Page 474  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

http://www.latimes.com/ topic/ politics/ government/ dianne-feinstein-PEPLT002021-topic.html – View by Ixquick Proxy – Highlight

**Feuding CIA, Senate avoid criminal charges from Justice … – KPCC** 5 days ago … Senate Intelligence Committee Chairwoman Dianne Feinstein alleged in … On Thursday, the Justice Department declined to bring criminal …
http://www.scpr.org/ news/ 2014/ 07/ 10/ 45264/ feuding-cia-senate-avoid-criminal-charges-from-jus/ – View by Ixquick Proxy – Highlight

**Dianne Feinstein Calls Out the C.I.A. for Spying on the Senate : The …** 11 Mar 2014 … The C.I.A. spied on the Senate, Dianne Feinstein said on Tuesday. … the Panetta review to the Department of Justice as a possible criminal act.
http://www.newyorker.com/ online/ blogs/ closeread/ 2014/ 03/ dianne-feinstein-calls-out-the-cia-for-spying-on-the-senate.html – View by Ixquick Proxy – Highlight

**Dianne Feinstein – Huffington Post** Former Montana Gov. Brian Schweitzer (D) has spurred plenty of Internet buzz as of late over some comments he made about Sen. Dianne Feinstein (D-Cali.
http://www.huffingtonpost.com/news/dianne-feinstein/ – View by Ixquick Proxy – Highlight

The San Francisco Bay Guardian newspaper came under direct, and personal, attack for attempting to expose these indiscretions. Senior Bay Gaurdian and EX SF Weekly and FIST staff know the whole story.

**g-No Criminal Charges In Senate-CIA Spat, Justice Department Says …** 6 days ago … Senate Intelligence Committee Chairwoman Dianne Feinstein alleged in … On Thursday, the Justice Department declined to bring criminal …
http://www.npr.org/ blogs/ thetwo-way/ 2014/ 07/ 10/ 330465260/ no-criminal-charges-in-senate-cia-spat-justice-department-says – View by Ixquick Proxy – Highlight

**Moscone–Milk assassinations – Wikipedia, the free encyclopedia** The Moscone–Milk assassinations were the killings of San Francisco Mayor George … as it meant Moscone could tip the balance of power on the Board as well as … White fled the scene as Feinstein entered the office where Milk lay dead.

474

Page 475  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

https://en.wikipedia.org/wiki/Moscone%E2%80%93Milk_assassinations – <u>View by Ixquick Proxy</u> – <u>Highlight</u>

**Dianne Feinstein – Wikipedia, the free encyclopedia** Dianne Goldman Berman Feinstein, born Dianne Emiel Goldman (/ˈfaɪnstaɪn/ …. "As president of the board of supervisors, it's my duty to make this announcement. Both Mayor Moscone and Supervisor Harvey Milk have been shot and killed.
https://en.wikipedia.org/wiki/Dianne_Feinstein – <u>View by Ixquick Proxy</u> – <u>Highlight</u>

**Testimony of Diane Feinstein in the trial of Dan White for the killing** … Q Now, Mayor Feinstein, George Moscone, who was the actually elected Mayor of … had the power, did he not, to appoint persons to the Board of Supervisors, … a problem from taking place, because Dan Horanzey was to be sworn at 11:30, …
law2.umkc.edu/faculty/projects/ftrials/milk/feinsteintestimony.html – <u>View by Ixquick Proxy</u> – <u>Highlight</u>

**Dianne Feinstein Gun Laws Wouldn't Have Stopped Harvey Milk** … 19 Mar 2013 … Dianne Feinstein gun laws would not have stopped the murders of Harvey Milk, … body, and I was the one to put a finger in a bullet hole, trying to get a pulse. … The same month that Harvey Milk and George Moscone were murdered, … I believe that she realized that it is the …
http://www.politicaloutcast.com/ 2013/ 03/ dianne-feinstein-gun-laws-stoppedmurders-harvey-milk-george-moscone-j onestown/ – <u>View by Ixquick Proxy</u> – <u>Highlight</u>

**Dianne Feinstein On Moscone, Milk Deaths – YouTube** 19 Jul 2010 … Dianne Feinstein reflects on the tragic deaths of George Moscone and Harvey Milk. … election fraud and the people who got him in went on a child killing spree ? … where she understands the power a gun can give to a person, both as …. change the fact that regulating guns will …
https://www.youtube.com/watch?v=_4051pdMlnQ – <u>View by Ixquick Proxy</u> – <u>Highlight</u>

**Just learned Diane Feinstein replaced a Mayor back in 70′s who was** … After he was killed Dianne Feinstein was sworn in as mayor as she was then … and thus could tip the Board's balance of power in Moscone's favor. … City Hall to meet with Moscone and make a final plea for appointment.

Page 476  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

http://www.godlikeproductions.com/forum1/message2099147/pg1 – View by Ixquick Proxy – Highlight

**CITY HALL SLAYINGS / 25 Years Later / Revisiting the horror of that** … 26 Nov 2003 … Dianne Feinstein was president of the Board of Supervisors. … "I put my finger to see if there was any pulse, and it went in a bullet hole in his … Ten days before Moscone and Milk were killed, a mad San … The mayor had the power to name a supervisor to replace White, and …http://www.sfgate.com/ news/ article/ CITY-HALL-SLAYINGS-25-Years-Later-Revisiting-2510798.php – View by Ixquick Proxy – Highlight

**Tales from Colma – The Martydom of Mayor Moscone – Part 3/4** He slipped the gun into his shoulder holster and put on his suit jacket to hide it. … White, who'd learned how to kill during basic training, straddled Moscone, leaned … Dianne Feinstein found Milk only moments after White left. … stories about the electric chair charred the public into second … http://www.notfrisco.com/colmatales/moscone/mosc3.html – View by Ixquick Proxy – Highlight

**George Moscone's murder explored in new play directed by his son …** 9 Jan 2012 … It's a hard-hitting memory play that harnesses the power of myth, history … the rise of (Dianne) Feinstein have clouded the event of Moscone's death. … that had fallen away from a bullet wound and tried to put it back in place. http://www.mercurynews.com/ci_19707104 – View by Ixquick Proxy – Highlight

**All the President's Women (Part 3): Diane Feinstein | Dave Hodges …** 4 Jan 2013 … In 2009, Senator Dianne Feinstein introduced legislation which … liberal democrat please explain to America how Feinstein's crimes are not as … http://www.thecommonsenseshow.com/ 2013/ 01/ 04/ all-the-presidents-women-part-3-diane-feinstein/ – View by Ixquick Proxy – Highlight

**48 Hours Mystery: Who killed Natalie Antonetti? – CBS News** Call to police from an angry wife blows a decades-old Texas cold case wide open. … horrible scene," **Johnny Goudie** told CBS News correspondent Tracy Smith. Did John Goudie kill Natalie Antonetti? http://www.cbsnews.com/news/48-hours-mystery-who-killed-natalie-antonetti/ – View by

Page 477  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

Ixquick Proxy – Highlight

**Columbus Day – Offnews.info | Inteligencia y Seguridad, Terrorismo** … 12 Oct 2009 … The grandiloquently named Christopher Columbus Quincentenary … Miami developer and Republican fund raiser John Goudie, resigned last …
http://www.offnews.info/verArticulo.php?contenidoID=18022 – View by Ixquick Proxy – Highlight

**'92 Columbus Jubilee Is Mired in Problems – New York Times** 18 Dec 1990 … The chairman, John N. Goudie, a Republican fund-raiser in Miami, said … by the Christopher Columbus Quincentenary Jubilee Commission …
http://www.nytimes.com/ 1990/ 12/ 18/ us/ 92-columbus-jubilee-is-mired-in-problems.html – View by Ixquick Proxy – Highlight

**Download PDF** Stephen J. Summerhill and John Alexander Williams, Sinking Columbus: Contested History … Appalachian State University, headed the Christopher Columbus … sponsors. Goudie could not even attract support from Hispanic American.
http://www.learner.org/courses/worldhistory/support/reading_2_3.pdf – View by Ixquick Proxy – Highlight

**Articles citations with the tag: COLUMBUS, Christopher, 1451-1506** Results 1 – 50 … Describes the presumed landing place of Christopher Columbus in the New …. Columbus Quincentenary Jubilee Commission, John Goudie.
connection.ebscohost.com/ tag/ COLUMBUS%252C%2BChristopher%252C%2B1451-1506 – View by Ixquick Proxy – Highlight

**Goodbye, Columbus by Garry Wills | The New York Review of Books** 22 Nov 1990 … The Conquest of Paradise: Christopher Columbus and the Columbian … When I interviewed John Goudie in his Florida real estate office, …
http://www.nybooks.com/articles/archives/1990/nov/22/goodbye-columbus/ – View by Ixquick Proxy – Highlight

**U.S. Senator Dianne Feinstein publicly accuses CIA of criminal …** 11 Mar 2014 … WASHINGTON — The head of the U.S. Senate Intelligence Committee accused the CIA

477

Page 478  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

Tuesday of criminal activity in improperly searching a …
news.nationalpost.com/ 2014/ 03/ 11/ u-s-senator-dianne-feinstein-publicly-accuses-cia-of-criminal-activit y-airing-intense-dispute-with-spy-agency/ – <u>View by Ixquick Proxy</u> – <u>Highlight</u>

**<u>Meet CISA – Dianne Feinstein's Latest Attack on … – Prison Planet.com</u>** … Unsurprisingly, the only "distinctly native American criminal class," as … Cisa is what Senator Dianne Feinstein, the bill's chief backer and the …
<u>http://www.prisonplanet.com/</u> meet-cisa-dianne-feinsteins-latest-attack-on-privacy-civil-liberties- and-the-internet.html – <u>View by Ixquick Proxy</u> – <u>Highlight</u>

**<u>Articles about Roger Boas – Los Angeles Time</u>**s Former San Francisco Chief Administrative Officer Roger Boas was sentenced Friday to three years' … Ex-S.F. Official Boas Pleads Guilty on Sex Counts.
articles.latimes.com/keyword/roger-boas – <u>View by Ixquick Proxy</u> – <u>Highlight</u>

**<u>Former City Official Charged in S.F. Teen-Age Sex Inquiry – Los …</u>** 5 Oct 1988 … At the same time, newly unsealed indictments show that 12 others, … In addition to retired Chief Administrative Officer Roger Boas, 67, charges …
articles.latimes.com/1988-10-05/news/mn-2880_1_city-official – <u>View by Ixquick Proxy</u> – <u>Highlight</u>
**<u>SAN FRANCISCO'S COLDEST CASE / A coverup is still suspected …</u>** 16 Feb 2003 … The 1980s offered no shortage of criminal activity for Garnier's vice …. grand jury returned indictments on the brothel operators, Roger Boas and …
<u>http://www.sfgate.com/</u> magazine/ article/ SAN-FRANCISCO-S-COLDEST-CASE-A-coverup-is-still-2669756.php – <u>View by Ixquick Proxy</u> – <u>Highlight</u>

**<u>Aangirfan: ROBERT GRAY AND THE CIA'S SHADOW GOVERNMENT</u>** 6 May 2014 … f) Roger BOAS (ASCO company) – SHAVIT was the right hand of Roger ….. fled to Switzerland in 1983 to avoid a 65-count criminal indictment."
aanirfan.blogspot.com/2014/05/bob-gray-shadow-government.html – <u>View by Ixquick Proxy</u> – <u>Highlight</u>

Page 479  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

**Golden Gate Bridge Corruption – BAY AREA CORRUPTION** Strauss was indicted July 28 on six counts of fraud, perjury and cover-up charges …. Articles about Roger Boas – Los Angeles Times Ex-S.F. Official Boas …
bayareacorruption.weebly.com/golden-gate-bridge-corruption.html – View by Ixquick Proxy – Highlight

**Full text of "California Democrats' golden era, 1958-1966"** Roger Kent, Building the Democratic Party in California, 1954-1966, 1981. … and Dianne Feinstein, San Francisco Roger Boas, San Francisco Chuck Bosley, …
http://www.archive.org/ stream/ calidemsgolden00coperich/ calidemsgolden00coperich_djvu.txt – View by Ixquick Proxy – Highlight

**SAN FRANCISCO'S COLDEST CASE / A coverup is still suspected …** 16 Feb 2003 … … chief administrative officer under mayors George Moscone and Dianne Feinstein. … Campaign posters of Boas dotted the city, and a prostitute … on the brothel operators, Roger Boas and seven other customers, including …
Was George Moscone killed because he was going to bust "Flower"? Was Harvey Milk's death just a distraction cover?
http://www.sfgate.com/ magazine/ article/ SAN-FRANCISCO-S-COLDEST-CASE-A-coverup-is-still-2669756.php – View by Ixquick Proxy – Highlight

**SAN FRANCISCO UPSET BY TOURISM DECLINE – NYTimes.com** 10 May 1981 …
"We've got to fill up the hotel rooms," observed Roger Boas, San … set by the Board of Supervisors and approved by Mayor Dianne Feinstein. Was Moscone killed because he was going to blow the case on "Flower" wide open? Was this a Manchurian Candidate ploy to put Feinstein in office?
http://www.nytimes.com/ 1981/ 05/ 10/ us/ san-francisco-upset-by-tourism-decline.html – View by Ixquick Proxy – Highlight

**Articles about John Molinari – Los Angeles Times** John Molinari, 94; Former Justice of State Appellate Court. September 16, 2004 | From … Agnos in the Nov. 3 primary to succeed Mayor Dianne Feinstein. NEWS …
articles.latimes.com/keyword/john-molinari – View by Ixquick Proxy – Highlight

479

Page 480  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

**Divided San Francisco Eyes Election – New York Times** 21 Oct 1987 … … Dianne Feinstein, is nearing the end of her eventful term as Mayor. … one between Supervisor John L. Molinari, a former Republican who is a …

http://www.nytimes.com/ 1987/ 10/ 21/ us/ divided-san-francisco-eyes-election.html – View by Ixquick Proxy – Highlight

**Board of Supervisors : Inauguration** 31 Jan 2014 … Dianne Feinstein, January 08, 1970. John Molinari, January 08, 1972. Ron Pelosi (Seated) – President of the Board, January 08, 1968. Dorothy …

http://www.sfbos.org/index.aspx?page=3030 – View by Ixquick Proxy – Highlight

**Just learned Diane Feinstein replaced a Mayor back in 70's who was …** Diane Feinstein was his political enemy on a coalition that opposed him, … "Milk, Silver, and Lau along with John Molinari and Robert Gonzales …

http://www.godlikeproductions.com/forum1/message2099147/pg1 – View by Ixquick Proxy – Highlight

**Usual Suspects – San Francisco's Political Homepage** » Board History Harry Britt was first appointed in January 1979 by Mayor Dianne Feinstein, succeeding … John Molinari was elected in 1971, 1975, 1977, 1979, 1980, and 1984.

http://www.sfusualsuspects.com/elections/board-history/ – View by Ixquick Proxy – Highlight

**Jewish Community-3 – Encyclopedia of San Francisco** Roberta Achtenberg, Roger Boas, Harold Dobbs (father of the author of this essay), Dianne Feinstein, Leslie Katz, Barbara Kaufman, Quentin Kopp, Mark Leno, …

http://www.sfhistoryencyclopedia.com/articles/j/jews3.htm – View by Ixquick Proxy – Highlight

**Former City Official Charged in S.F. Teen-Age Sex Inquiry – Los …** 5 Oct 1988 … In addition to retired Chief Administrative Officer Roger Boas, 67, … George R. Moscone and Dianne Feinstein, to serve for a decade as the …

articles.latimes.com/1988-10-05/news/mn-2880_1_city-official – View by Ixquick Proxy – Highlight

480

Page 481  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

**Board of Supervisors : Inauguration** 31 Jan 2014 … Dianne Feinstein – President of the Board, January 08, 1970. John Barbagelata, January 08, 1970. Roger Boas, January 08, 1962. Robert E.

http://www.sfbos.org/index.aspx?page=3030 – View by Ixquick Proxy – Highlight RelatedHometown Public Journalism Wiki's: SF Bay Area - Senator Yee arrested for organized crimeIn "bay area corruption"

**All Tesla Model S Cars recalled by NHTSA due to proven fire danger. Now requires "ballistic fire shield"**. See: http://wp.me/P4e1uX-22PIn "60 minutes investigation"

Enough is enough, Silicon Valley must end its elitism and arrogance: Washington PostIn "60 minutes investigation"

The dark politics, corruption and scandal of the administration and governance of the Golden Gate Bridge. What can be done? Let's explore that question on behalf of all citizens...

- Who killed Tommy Walker, a devout Mormon who was to organize a major part of the celebration and who then discovered the corruption in the Bridge District Committee.

- Who is Patricia Novick and what is the exact accounting of her pre-contract meetings as the contractor AND the girlfriend of the Bridge Director?

- TOXIC LEAD is being used on the bridge and it is poisoning tourists, neighbors and bridge workers. Touch the bridge or breath while you are on it and you could die or be sickened for life: see: http://www.goldengatewaste.org

- Bridge Directors for over a decade have gotten kickbacks from paint suppliers for paint used on the bridge. James and John, the former directors, know what we mean

- The Bridge Directors and all of the Presidio Events marketing staff were informed of all of the facts on this site BEFORE they started marketing to sponsors for money yet they hid these facts from sponsors in their marketing. That is fraud.

- Why were no key celebration contracts put through the bid process and only rewarded to friends of the Directors?

- Which same persons were involved in both the 50th & 75th events and have the same kickback and favors deals?

481

### Page 482  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

- Why was the former Bridge Director told to permanently remove himself from politics forever? Hear reporters reviews of his recovered police reporter for child abuse.

- Which Bridge Director was under police investigation because of a police complaint filed by his own daughter?

- Which Bridge Director bribed almost every member of the Board of Supervisors on behalf of his real estate monopoly?

- How could a Bridge District that can't even afford to run it's ferry's (according to NBC News) afford to engage in ANY party extravaganzas?

- Bridge says that their plans for an insurance disaster are to " Keep their fingers crossed"!!!!

- Which Bridge Director used taxpayer money to buy a car?

- The Bridge never pays its bills and has had millions in debts.

- Why did CALTRANS say that it did not want the Golden Gate Bridge DIstrict involved with it?

- Why wasn't the law followed, which required that the Bridge District be dissolved?

- Gene Pratt and Marin Advocates Association said the Bridge District was operating as an illegal private government. Are they? To whose benefit?

- The attached chart of currently contracted celebration suppliers and their business associates shows a highly suspicious set of connections. What do you think?

- The mansion on the point near China Beach, behind Robin William's old house, in the SeaCliff District of San Francisco has it's entire foundation built out of stolen Golden Gate Bridge Steel. It is even painted with bridge orange paint. Which Bridge District Director slipped the owner that stash?

- How many senior Bridge District staff got permit and tax favors in the SeaCliff District of San Francisco? Why?

- In the Book "Paying the toll: local power, regional politics, and the Golden Gate Bridge" By Louise Nelson Dyble, we see that the Golden Gate Bridge District was built on corruption and maintains its process as a citadel of corruption with "charges of extravagance, no-bid contracts and inside deals" that began in 1938 and have increased yearly up to 2012. This book can be ordered from Amazon.com

482

# OCCUPY, Union Groups, Citizen Groups, Neighbors outraged by Corporate 1% takeover of Public Lands on Crissy Field:



The corporate 1% friends of the Bridge Directors got this compound behind a metal fence with cushy chairs covering all of the best public viewing area in the middle of the public lands. The Bridge Directors "Whore'd Out" the Golden Gate Bridge



483

Page 484  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District



Here is the location of the House in the SF Seacliff district that got Golden Gate Bridge Steel for its foundation from a Director.

Page 485  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District



Here is the location of the House in the SF Seacliff district that got Golden Gate Bridge Steel for its foundation from a Director.

**Paying the Toll | Dyble, Louise Nelson - University of Pennsylvania** Local Power, Regional Politics, and the Golden Gate Bridge ... Tunnel Authority for its arrogance, corruption, and self-perpetuating administration of the bridge.
www.upenn.edu/pennpress/book/14601.html -

**Paying the Toll: Local Power, Regional Politics, and the Golden ...** Dyble indicts the Golden Gate Bridge and Tunnel Authority for its arrogance, corruption, and self-perpetuating administration of the bridge."—Journal of ...
www.amazon.com/Paying-Toll-Regional-Politics-American/dp/0812241479

**more corruption and lack of transparency and accountability on san ...** Dec 5, 2013 ... These same crooks and very corrupt people think they can hoodwink ..... The family of Tilotilo Faoa addressed the Golden Gate Bridge District ...
kilamanjaro-kilamanjaro.blogspot.com/ 2013/ 12/ more-corruption-and-lack-of.html -

485

Page 486  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

**Electoral Systems, District Magnitude and Corruption - ResearchGate** Golden under funding from the National Science Foundation (SES-0074860) ... larger electoral districts are associated with higher levels of corruption in open- list ..... found that policy outputs that are geographically targetable — rivers, bridges,.
www.researchgate.net/ publication/
228672865_Electoral_systems_district_magnitude_and_corruption/ file/
50463516ebff54a0f3.pdf -

**Golden Gate Bridge Toll-Takers Get Layoff Notices In Advance Of All ...** Mar 8, 2013 ...
The end of cash tolls on the Golden Gate Bridge hit hard for toll-takers ... tolling will be in place, Golden Gate Bridge district officials announced. ... every so often, but yet can't address their in-house corruption and ineptitude.
www.huffingtonpost.com/ 2013/ 03/ 08/ golden-gate-bridge-toll-takers_n_2836762.html

**Whistleblower's Handbook - kkc.com**A Must For Your Christmas Wish List --
Corruption Currents, WSJ
www.kkc.com/Whistleblower'sHandbook

**Ewa Bauer: A Journey From Oppression to The Golden Gate Bridge ...** May 1,
2013 ... Golden Gate Span Undergoes Complex Seismic Revamp (2005) ... then joining the Golden Gate Bridge, Highway and Transportation District, ...
enr.construction.com/ business_management/ workforce/ 2013/ 0506-a-journey-from-oppression-to-the-golden-gate.asp -

**Obama's Shaggy Dog Story About the Golden Gate Bridge - Hit ..**. Jul 17, 2012 ... However, the Golden Gate Bridge was funded by a $35 million dollar bond issue by the six counties in the Golden Gate Bridge District. It was a ...
www.reason.com/ blog/ 2012/ 07/ 17/ obamas-shaggy-dog-story-about-the-golden
**San Francisco Bay Area news roundup | abc7news.com** 10 hours ago ... A roundup of Bay Area stories making news today. ... wetlands and an extended bridge overlooking the wetlands, according to the Golden Gate ...
abclocal.go.com/kgo/story?id=5876580 -

**Paying the Toll A Political History of the Golden Gate Bridge and ..**. V Bay Area Rapid Transit versus the Golden Gate Bridge . ...... mismanagement, and corruption as other government agencies.21 She suggests a number of.
www.uctc.net/research/diss111.pdf -

Page 487  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

**Public Employee "Pay Transparency" Efforts Fall Short | Union Watch** Jun 4, 2013 ... Bay Area News Group, Bay Area city/county employees and Southern ... Marin Independent Journal , Golden Gate Bridge District employees
www.unionwatch.org/ public-employee-pay-transparency-efforts-fall-short/ -

**Man [child molester] Dives From [Golden Gate] Bridge To Elude ...** Jul 11, 2012 ... 7/6/12: Transportation bill makes Golden Gate Bridge suicide barrier eligible for ... such as the Golden Gate Bridge District — a special purpose district ..... hid pedophile priests doesn't mean the entire church is corrupt today.
www.freerepublic.com/focus/news/2904547/posts -

**Occupy, Unions Shut Down Golden Gate Ferry - WNYC** May 1, 2012 ...
The Golden Gate Bridge Highway and Transportation District is in ... the corruption which Big Business has infected our Government with.
www.wnyc.org/story/284216-occupy-shuts-down-golden-gate-ferrry/ -

**IN THE CITY BY THE BAY » Humphrey Fellows at Cronkite ...** Oct 26, 2013 ... The Bay Bridge looks mesmerising with sun's golden rays shining on its ... According to him, Tenderloin District got its name from corrupt cops who ... Golden Gate and Japanese parks are stunningly green but do also go to ...
cronkitehhh.personal.asu.edu/2013/10/city-bay/ -

**CorpWatch : US: Concrete contractor cuts deal with prosecutors** Jun 1, 2008... retrofit project at the Golden Gate Bridge, a wastewater treatment plant in Burlingame, ... for orchestrating a fraud scheme that resulted in tons of substandard ... With great fanfare in May 2006, San Francisco District Attorney ...
www.corpwatch.org/article.php?id=15068 -

**Ross Valley Sanitary District declines to take action against legal ..**. Jun 24, 2013 ... The Ross Valley Sanitary District will not seek a legal claim against a contract ... Part of the Bay Area News Group. Site ... Golden Gate Bridge.
www.marinij.com/ rosskentfieldgreenbrae/ ci_23530765/ ross-valley-sanitary-district-declines-take-action-against -

**INSURANCE BROKERAGE ANTITRUST LITIGATION - Third Circuit** Golden Gate Bridge, Highway and Transportation District,. Glenn Singer ..... Racketeer Influenced and Corrupt Organizations (RICO) Act. Concluding they had ...
www2.ca3.uscourts.gov/opinarch/074046p.pdf -

487

Page 488  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

**Report on the Causes of Municipal Corruption in San Francisco - 1909** Ruef's Failure to Control The District Attorney's Office .... of the discovery of gold and its population by gold seekers and adventurers from all parts of the world.
www.sfmuseum.org/hist5/graft1.html -

**Golden Gate Bridge Reveals Influence of "Shadow Government ...** Mar 23, 2009 ...
"The Golden Gate Bridge and Highway District, in its efforts to stave off outside authority, helped maintain and ... "No one likes corruption.
www.newswise.com/ articles/ golden-gate-bridge-reveals-influence-of-shadow-government-agencies -

**Articles about Joseph Strauss - Los Angeles Times** The defendant, Joseph Strauss, was given until Oct. 25 by U.S. District Judge ... Strauss was indicted July 28 on six counts of fraud, perjury and cover-up charges . ... representing such clients as Golden Gate Bridge builder Joseph Strauss.
articles.latimes.com/keyword/joseph-strauss -

**Toledo Iron Workers leader in race to unseat union's president ..**. Jul 19, 2001... including San Francisco's Golden Gate bridge, the United Nations ... of an investigation into police corruption in the District of Columbia, site ...
www.toledoblade.com/ Retail/ 2001/ 07/ 19/ Toledo-Iron-Workers-leader-in-race-to-unseat-union-s-president.html -

**OccupySF - SFist: San Francisco News, Food, Arts & Events** Occupy Celebrates First Anniversary With Financial District Protests [Schedule] .... Well, part of it could be that the Golden Gate Bridge District just agreed to pay a .... Help end "corporate personhood, attack corruption, and support community  ...
www.sfist.com/tags/occupysf -

**THE GOLDEN GATE BRIDGE GALLERY OF CORRUPTION:**
How "Special Projects" work, step by step instructions:

#1. Make-up a "special project" (ie: New paint, big party, "art" project, Staff "reduction technology", etc.)

488

Page 489   EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

#2. Hire your friends to put it on.

#3. Pay your friends three times more than it actually costs.

#4. Wait for the project to end or fail; it doesn't matter, either way, because your friends already have the cash. Who cares if it blows up.

#5. Have dinner with your friends you gave the contracts to. Watch as they slide a manila envelope with the "extra cash" to you under the table or wire it to your law firm to put into your campaign fund.

#6. Buy girlies, gin, condo's and campaigns.

#7. Make up another "special project"... YAHOO!


**My Interview with Tiffany Renée | Success & Chocolate ...** Governments;
the Golden Gate Bridge, Highway and Transportation District; ... but continue to use a corrupt
campaign financing system to become elected.
www.successandchocolate.com/ post/ 18456012387/ my-interview-with-tiffany-renee -


**Silver and Gold, the Gilded Age - Explore San Francisco** San Francisco became a city during
the Gold Rush of 1849, prior to that it was a sleepy ... It was an area so rife with vice that the
naive ... Because the political landscape was considered so corrupt, an emperor was proclaimed
in 1859, ... construction of the Oakland Bay Bridge and the Transbay Tu
www.exploresf.biz/silverngold.html -


**New SMART chief responds to critics | Watch Sonoma County** Aug 30, 2011 ...
The district already has retrenched, downsizing the initial 70-mile rail line .... here in Sonoma
County well away from his brand of corruption and sleeze only to
find .... Golden Gate Bridge and Highway Transportation District.
www.watchsonomacounty.com/ 2011/ 08/ transportation/ new-smart-chief-responds-to-critics/ -


**UNITED STATES DISTRICT COURT DISTRICT OF NEW JERSEY I**N ... Sherman Act,
the Racketeer Influenced and Corrupt Organizations Act ("RICO"), and ..... Industries Inc.,
Sunburst Hospitality Corp., Golden Gate Bridge Highway.
www.insurancebrokeragesettlement2013.com/ Portals/ 0/ Documents/ 2435%20Stipulation
%20of%20Settlement.pdf -


489

Page 490   EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

**Liability Update: The Top 10 Cases You Need to Know - California** ... Aug 21, 2013 ... Golden Gate Bridge, Highway and Transportation District (2012) ... corruption or systemic abuse (generally outside the scope), and whether the ...
www.cajpa.org/ sites/ default/ files/ conference/ presentations/ fc13/ CAJPA2013handout.082113.pdf -

**Upholding the Public Trust - Vol. 71 · No. 4 - Public Roads** Golden Gate Bridge District Engineer Denis Mulligan (left) shows USDOT ... A kickback is money paid for referral of business for a contract — without the ...
www.fhwa.dot.gov/publications/publicroads/08jan/01.cfm -

**Vendor/Supplier Code of Conduct - University of San Francisco (USF)** Golden Gate Bridge at noon .... Bribery, Kickbacks and Fraud - No funds or assets of the vendor/supplier shall be paid, loaned or otherwise disbursed as bribes, ...
www.usfca.edu/purchasing/Vendor/Supplier_Code_of_Conduct/ -

**Cheat Sheet - The Daily Beast** Oct 17, 2013 ... Plan for hellish traffic on the Golden Gate Bridge this weekend. ... over the so- called Cornhusker Kickback in the Obamacare negotiations, ...
www.thedailybeast.com/cheat-sheets/2013/10/17/cheat-sheet.html -

**Terry Lawler - Verizon.net** John Roebling (1806 – 1869), chief engineer of the Brooklyn Bridge, was born in ... a member of the Bridge board was getting a 10 % kickback of Haigh's payment in ... Both the George Washington Bridge (1931) and the Golden Gate Bridge ...
mysite.verizon.net/vze111aso/John%20Roebling2.html -

**Bridge-Collapse Toll Hits 11 - WSJ.com** Nov 28, 2011 ... Built 10 years ago to echo San Francisco's Golden Gate Bridge, the ... Kickbacks, bribery and collusion are widely believed to take a big toll on ...
online.wsj.com/ news/ articles/ SB10001424052970203935604577065840444195570 -

**Change of Subject: Let's vote! Name the scandal** Dec 11, 2008 ... It has a nice familiar ring to it -- The Golden Gate Bridge being the world-famous span that connects the city of San Francisco to Marin County ...
blogs.chicagotribune.com/ news_columnists_ezorn/ 2008/ 12/ lets-vote-name-the-scandal.html -

490

Page 491  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

**Bio for Mark J. Linderman - Rogers Joseph O'Donnell** Internal investigation and disclosures pursuant to the Anti-Kickback Act and ... the Central Artery in Boston, the San Francisco Airport, the Golden Gate Bridge, ...
www.rjo.com/linderman.html -

**Articles about Roger Boas - Los Angeles Times** Ex-S.F. Official Boas Sentenced in Teen Prostitution Case ... Not long ago, John Molinari seemed sure to realize a lifelong ambition to be elected mayor of San ...
articles.latimes.com/keyword/roger-boas -

**Transcript Q 622** Part 1: Telephone conversation between Jim Jones and John Maher of ... Now I would've ov— I would've been guilty of an oversight here, and we— that would ..... The only other Republican of note is [San Francisco Supervisor John] Molinari , ...
jonestown.sdsu.edu/ AboutJonestown/ Tapes/ Tapes/ TapeTranscripts/ Q622.html -

**San Francisco Genealogy - Obituaries and Death Notices, Mm - M** Source: San Francisco Examiner 8 Nov 1935 Contact: John Ireland ..... of Bianchina and the late Giacomo MOLINARI, and loving brother of John MOLINARI, Mrs. .... "MONROE--TRIAL of ELIZA MUNRO -- The case of Eliza MUNRO indicted for ...
www.sfgenealogy.com/sf/vitals/sfobimm.htm -

**Articles about Roger Boas - Los Angeles Times** Former San Francisco Chief Administrative Officer Roger Boas was ... pleaded guilty Thursday to charges stemming from having sex with teen-age girls at a brothel ... Not long ago, John Molinari seemed sure to realize a lifelong ambition to be ...
articles.latimes.com/keyword/roger-boas -

**Golden Gate Bridge marks 75 yrs since opening against steep odds ...** May 27, 2012 ... The Golden Gate Bridge Highway and Transportation District is now ... Well, the corrupt directors of the Golden Gate Bridge District have seen ...
www.reuters.com/ article/ 2012/ 05/ 27/ goldengatebridge-idUSL1E8GNFPA20120527 -

**more corruption and lack of transparency and accountability on san ...** Dec 5, 2013 ... What stops us from blocking the gate - and stopping all work? .....
THE GOLDEN GATE BRIDGE DISTRICT - BOARD OF DIRECTORS.
kilamanjaro-kilamanjaro.blogspot.com/ 2013/ 12/ more-corruption-and-lack-of.html -

491

**$8 Golden Gate Bridge Toll Could Be New Reality for North Bay ...** Nov 12, 2013 ...
The Golden Gate Bridge, Highway and Transportation District board of .... turn the tables on
these politicians who very much like their corrupt ...
novato.patch.com/ groups/ around-town/ p/ 8-toll-golden-gate-bridge-proposed -

**Paying the Toll: Local Power, Regional Politics, and the Golden ..**. Since its opening in 1937,
the Golden Gate Bridge has become an icon for the beauty ... From the moment of
the bridge district's incorporation in 1928, its managers .... the Golden Gate Bridge and Tunnel
Authority for its arrogance, corruption, ...
www.amazon.com/Paying-Toll-Regional-Politics-American/dp/0812241479 -

San Francisco Nurses Demand to Have Pervert Mark Zuckerberg's Name Taken Off Hospital

- Corrupt Zuckerberg found to be using the sick as a tax evasion ploy
- Patients, public and staff object to a hospital being named after the world's largest human rights
abuser
- Mayor Ed Lee died at Zuckerberg Hospital due to politics
- Facebook found to be spying on patients and selling their private medical data to governments
and political groups  BY **PAULA BOLYARD**-

--------------------------------------------------------------------------------

By Courtney Tubbs  |

# San Francisco: Democrat LGBT Lutheran Pastor And Friends Arrested In Child Porn Raid

Five pedophiles at a Pro-LGBT Church have been arrested by San Francisco's Child Exploitation
Task Forces for the production of child pornography. Controversial Gay Pastor of Christ Church
Lutheran in San Francisco, the Rev. Steven Sabin, heads the congregations.

Page 493  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District



San Francisco police arrested five men on suspicion of various child pornography-related charges between October and November 2018

Reverend Steven Sabin is the head pastor at the Christ Church Lutheran national website, where he hosts streaming podcasts worldwide.

The Christ Lutheran Church says that they're aware of the Pastor's arrest. A HUGE number of church bosses have been charged with sex abuse, touching kids and running sex cults in San Francisco.

--------------------------------------------------------------------------------------------

493



Rats, Public Defecation, Open Drug Use...

San Francisco Is An Uninhabitable Hellhole...

**San Francisco Tech Executives And City Hall Directors Play A Dangerous Game With Trophy Wives and Prostitutes**

By Lucy Carl

Driven by a psychopathic need to employ sex for power instead of passion, executives from SalesForce, Twitter, Google, Facebook and other famous brands, live a life of debauchery few normal people can comprehend.

Almost every $200K/year executive has both a "trophy" wife and a bevy of prostitutes on call. Most of them get the wives and the hookers from many of the same resources. Most of the prostitutes know about the trophy wives, and vice versa, because it is part of "The Deal".

The San Francisco Zoo fundraising parties, The "House Parties" (on Broadway, west of Divisadaro in the tony Pacific Heights neighborhood), San Francisco Symphony parties and Opening Nights, The Red and White Ball Events, The Guardsman parties, The Spinster Events, The Rosewood Hotel "tech events" and a horde of other elitist find-some-ass events deliver the chicks to the Chads.

A Trophy Wife is a surgically enhanced woman who dresses like a Playboy model, wears porno makeup and has a Jessica Rabbit type of cartoonish facial structure. She is acquired by the tech

494

executive to show off to other tech executives. An unusually large number of San Francisco tech executives are homosexual but they still have Trophy wives to keep up appearances.

At one of these events a young, attractive woman will approach a recently divorced tech executive and advise him that she understands "the Deal". She uses code words and alluded to references but the intent is clear. She is willing to be either a trophy wife or a prostitute because the guy has the cash and she wants the rich lifestyle. A trophy wife is aware that she must accept the fact that the man is rich and can get any woman and there is a 3000 to 1 ratio of hot girls to rich men. If she wants the cash she must accept the non-monogamous sex-with-other-women culture of the tech males.

The Trophy Wives get to live in the big houses with the tech guys and the prostitutes live in apartments in Marin County and Palo Alto. Many of the prostitutes are from overseas and are known as "Instagram Girls" because the advertise on Instagram and Match.com as "models". Hundreds of these internet hookers are flown into San Francisco, Oakland and San Jose international airports, daily, on the credit cards of these tech executives. The pot is well stocked. San Francisco tech executives account for as much bay area sex trafficking, in dollar volume, as the San Francisco Chinatown gangs. A San Francisco tech prostitute goes for $1000.00 to $10000.00 per night while a Chinatown sex worker is only $300.00 per session.

There are over 200 "Personal Services" providers for tech executives who pitch "managing engagement schedules" for CEO's. They are pimps who have networked lists of hookers. They are usually women in the PR business who once were trophy wives, or prostitutes, themselves when they were younger. Most tech executives will eventually receive an offer from a "Social Events Manager", looking to hook them up.

Trophy Wives and prostitute offerings can be found jogging on San Francisco's Marina Green, sitting overtly in outdoor cafe's on Chestnut Street and Union Street in the Marina district and at every "tech event". They dress in fluorescent Spandex with bare midriff tops and painted on Spandex leggings shoved as far up their butt-crack as biology will allow. The regulars, though, are at the elite events and fund-raisers.

The websites BACKPAGE.COM, SEEKING ARRANGEMENTS.COM and MATCH.COM are the source favored by the tech guys for girls-on-demand hookers. Google is in a huge battle against the government because Google does not want BACKPAGE.COM shut down. It is the top source for hookers for the men of Google.

495

The parties at the French, British and Russian embassies are notoriously full of high-class hookers and wannabe trophy wife candidates. The key to confirming them, in person, or on Match.com, is the use of code words like "generous gentlemen", "appreciates a special women", "knows how to take care of.." , "diamonds.." and other subliminal references.

The game can go south, though. Google's, Tesla Investments and other top executives have been killed by their hookers. Over 100 top tech execs are now in the news for their over-the-top sex scandals. A Trophy Wife or a Hooker can blackmail the tech executives at any moment; non-disclosure agreements be damned. Hundreds of babies are now being paid for by hundreds of tech executives along with hush-money to keep the names of those babies fathers quiet.

Yes, San Francisco truly is the modern version of Sodom and Gomorrah.

--------------------------------------------------------------------------------

**San Francisco accepted Hunters Point shipyard land that may still be radioactive**

EPA, state health regulators approved transfer in 2015 despite awareness of fraud allegations
By Chris Roberts@cbloggy

---------------------------------------------------------------------------------------

**SAN FRANCISCO HOUSING MARKET IS GETTING GUTTED AS FACEBOOK CRASHES AND CHINESE RUN AWAY**

San Francisco Housing market showing signs of cracking...

As Chinese Money-Hiders Get Busted In California Record Drop in Foreigners Buying...

---------------------------------------------------------------------------------------

**SAN FRANCISCO IS NOW THE MOST EXTREME PUBLIC SURVEILLANCE CITIY IN AMERICA**

HIPPIE DIPPIES IN SAN FRANCISCO ARE THE MOST SPIED ON IN USA!  IRONIC!
Can you imagine a city in the United States secretly creating a Chinese-style public surveillance network that can identify everyone? Can you imagine that same city secretly creating a Chinese-style public watchlisting network?

Well imagine no more because it has already happened.

Page 497  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

When I wrote about **"covert facial recognition street lights coming to a city near you"** last year, I never would have dreamt that my article would become a reality so quickly.

-------------------------------------------------------------------------------------

**San Francisco is now POOP CITY as HEROIN Needles, AIDS and corruption define the roots of the City**

 Tourists and shoppers make their way past a panhandler asleep outside a clothing store in San Francisco on Aug. 25. The streets of San Francisco have long reflected the eccentric city's governing priorities and many civic contradictions arising from the intersection of wealth and poverty. (Mason Trinca/For The Washington Post

By **Scott Wilson**

----------------------------------------------------------------------

**San Francisco Millennium Tower is leaning, sinking and now cracking thanks to corrupt Ed Lee**

San Francisco's leaning, sinking Millennium Tower has a new problem after a window cracked on the 36th floor. The whole builing could collapse just like the Florida condo collapse!

**"This is a window system that's designed to sustain hurricane force winds so this is obviously of serious concern," said San Francisco Supervisor Aaron Peskin.**

---------------------------------------------------------------------------------------

San Francisco in one photograph: Rich liberals sip $30 glasses of wine as they watch the city burn

[–] **EconDoesReal** 2 points (+2|-0) 11 hours ago

I lived there, in North Beach for more than a decade. I recently left, and feel such a sense of relief. I can't turn this into a joke since I know that place, but this caption isn't far off. These people will continue to look at all the shit they vote for, and watch how it went wrong, blame someone else, and double down on their bullshit. Fuck that place. They deserve the shit that's coming to them.

- **permalink**

Page 498  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

---------------------------------------------------------------------------

**San Francisco's Free Syringes Are Littering Its Streets - Come For The Heroin, Stay For The Corruption**

--------------------------------------------------------------------------------

**SAN FRANCISCO MAYOR LONDON BREED EXEMPLIFIES THE WARPED SEX-BASED CRONYISM OF SAN FRANCISCO CITY HALL**

Mayor London Breed exhibited a serious lapse of judgment — and possibly violated city ethics laws — in accepting several thousand dollars worth of car-related expenses from former Public Works Director Mohammed Nuru.

---------------------------------------------------------------------

**San Francisco Downtown Buildings Are Collapsing And Falling Apart As SF Earth Mass Found To Be Unstable Just Like The Florida Building Collpase**

- City Officials will lie until the cows come home but the fact is that greedy mayor and supervisors overbuilt City to get bribes and developer fees
- When will the first skyscraper collapse and kill huge numbers of people?

BY JANIE HAR AND PAUL ELIASAssociated Press

---------------------------------------------------------------------

**Saudi ties entangle San Francisco's Laurene Powell Jobs' Emerson Collective**

Jamal Khashoggi's MURDER has become a litmus test for business leaders, but some ties are more nuanced — and perhaps more complicated.

by Dylan Byers

-------------------------------------------------------------------------------------

**San Francisco Spends $30 Million Cleaning Feces, And Use Drug Needles From It's Hepatitis Infected Streets - Literally A U.S. SHITHOLE !!!** (nbcbayarea.com)

**Bay Area reaches highest exodus levels in 10 years. U-Haul says it is running out of 1 way trucks.** (archive.is)

San Francisco residents navigate sidewalks filled with increasing piles of shit, mattresses, shelving, and other furniture

---------------------------------------------------------------------------------

498

**San Francisco Has The Most High-Tech Schools In The World But SF Students Are The Biggest Failures In The World**

- San Francisco proves, again, that it is all fluff and no substance
- Bottom line: "Don't move to San Francisco if you want your kids to get an education!"

--------------------------------------------------------

A survey by Blind found that 59% of employees at Bay Area tech companies said they cannot afford homes.

- San Francisco is too expensive even for tech workers.

  San Francisco's housing market is so out of control, most tech workers say they can't afford homes thanks to Google

  The San Francisco Bay Area's housing market is so bleak, even tech workers are struggling to buy a home there.

- Cisco, eBay, and Intuit had the highest percentage of employees who said home ownership is elusive.

-----------------------------------------------------------

**San Francisco Employee privacy is at stake as corporate surveillance technology monitors Bay Area workers' every move**

 Ellen Sheng@ellensheng

Key Points

- Corporate interest in surveillance seems to be on the rise to boost productivity.

- A 2018 survey by Gartner found that 22% of organizations worldwide are using employee-movement data, 17% are monitoring work-computer-usage data, and 16% are using Microsoft Outlook- or calendar-usage data.

-  Employees are concerned over this invasion of privacy.

-------------------------------------------------------------------

**San Francisco Logs 16,000 Feces Complaints in a Week as San Francisco becomes filled with poop and Google assholes...**

499

Page 500  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

**WINNING: Arizona Appellate Court decides Nancy Pelosi's Hockey Stick emails must be released** (wattsupwiththat.com)

-----------------------------------------------------------------

San Francisco Shall Forever Be Known as POOP CITY because of the corrupt politicians and dirty people that live there

**Poop City (San Francisco)-We find you with a straw, you're going to jail...but come here if you want a safe place to shoot up heroin, we'll make sure you don't die!**(nbcbayarea.com)

**San Francisco's Human Poop Map Shows City Is in Deep Doo-Doo**

San Francisco is swiftly moving from one of America's most beautiful cities to one of America's most troubled cities. The city struggles with crime and the consequences of illegal immigration after declaring themselves a "sanctuary city". The transit authorities (BART) recently announced ...

https://www.redstate.com/kiradavis/2017/10/17/san-franciscos-human...

**San Francisco Requires Poop Maps To Help Pedestrians Avoid ...**

For those who have maintained that San Francisco is full of . . . whatever, there is now living proof. How much poop is there on the streets of the City by the Bay?

https://www.dailywire.com/news/12001/san-francisco-requires-poop-ma...

**San Francisco poop map: real thing or a rumor?**

Feb 28, 2018 · Of all the claims made by San Francisco's detractors, possibly the most puzzling to people who actually live in the Bay Area is the "poop map." "The city now offers people poop maps so they can avoid surprises," contends one online commenter on a recent story at this website about people ...

https://www.mercurynews.com/2018/02/28/san-francisco-poop-map-real-th...

**San Francisco Set to Roll Out the 'Poop Patrol' to Clean Up ...**

It has a funny name, but it's targeting a serious problem. San Francisco is rolling out the 'PoopPatrol.'

https://www.nbcbayarea.com/news/local/San-Francisco-Set-to-Roll-Out-...

**Holy Crap: San Francisco To Deploy Poop Patrol To Clean Up ...**

500

Page 501   EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

Aug 15, 2018 · Holy Crap: San Francisco To Deploy Poop Patrol To Clean Up Feces That Are Apparently Everywhere - Matt Vespa: Well, we all know San Francisco is having problems.

https://townhall.com/tipsheet/mattvespa/2018/08/15/holy-crap-s...

**Why is San Francisco ... covered in human feces? | Nathan ...**

Aug 18, 2018 · I t's an empirical fact: San Francisco is a crappier place to live these days. Sightings of human feces on the sidewalks are now a regular occurrence; over the past 10 years, complaints about human waste have increased 400%.

https://www.theguardian.com/commentisfree/2018/aug/18/san-francisco-p...

**This Map Shows San Francisco Is Covered in Human Poop**

Citing human waste reports made in San Francisco, software engineer Jenn Wong mapped the city's most poop-ridden neighborhoods, and it is a feast for watery eyes.

https://www.thrillist.com/news/nation/human-wasteland-map-plots-all...

**SF Mayor: 'There's More Feces ... Than I've Ever Seen' - NBC ...**

San Francisco Mayor London Breed believes homeless advocacy groups that receive funding from the city need to better educate the homeless to "clean up after themselves."

https://www.nbcbayarea.com/news/local/SF-Mayor-Theres-more-feces-on-...

**SF Mayor Says Her City Is Drowning In Poop: 'There's More ...**

San Francisco Mayor London Breed said the streets of her city are flooded with the excrement of the homeless in an interview Friday.

dailycaller.com/2018/07/15/san-francisco-poop-problem/

**(Human) Wasteland - MochiMachine**

A map of human waste reports made to 311 in San Francisco! (Human) Wasteland; About; Year. 2008. ... (Human) Wasteland is a mochimachine ... San Francisco's Poop ...

mochimachine.org/wasteland/

**It's no laughing matter — SF forming Poop Patrol to keep ...**

It sounds like silly elementary school banter, but it's real. San Francisco is about to launch the Poop Patrol. In about a month, ...

https://www.sfchronicle.com/bayarea/heatherknight/article/It-s-no-lau...

501

Page 502  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

San Francisco CA plans poop patrol to clean sidewalks | The ...

San Francisco plans a six-person poop patrol to clean up city sidewalks after receiving more than 14,000 complaints of feces since January. But the move sparked mockery and poop emojis aplenty on social media.

https://www.sacbee.com/news/state/california/article216722405.html

More results

San Fran-Poopsco

-------------------------------------------------------

Typical San Francisco resident man charged with sexually assaulting 99-year-old woman in SF Chinatown as Frisco crime spree worsens

By Evan Sernoffsky



Photo: SFPD

Security photos show a man suspected of sexually assaulting a woman in San Francisco's Chinatown on New Year's Eve.

A man captured after a New Year's Eve sex assault in San Francisco's Chinatown had attacked a 99-year-old woman in her apartment at the Ping Yuen housing project, officials said Wednesday.

-----------------------------------------------------------------

**UPDATE: Looters ransack San Francisco NEIMAN MARCUS in broad daylight...**

502

**Oakland Streets Erupt Into '12 Hours Of Non-Stop Chaos'; Homicides, Shootings...**

***TARGET, WALGREENS close early due to thefts in California stores...***

**San Francisco train conductor reportedly warns riders to watch 'for needles' amid 'needle litter' epidemic in drug infested SF (LINK)** (foxnews.com)

**Now San Francisco Wants To Ban Lunch (LINK)** (downtrend.com)

**When people refuse to navigate piles of human shit to get food, San Francisco has the answer - BAN company owned cafeterias to "protect" local restaurants. (LINK)**

(m.washingtontimes.com)

-------------------------------------------------------------

**San Francisco's Housing and Homeless Crises at "Boiling Point"Because Of Google-Twitter-Facebook Take-over of City Politicians**

Written by  James Murphy

San Francisco is a city of contrasts. It boasts glorious views of the Golden Gate Bridge and the Pacific Ocean, and it also offers the stench and disgusting sight of piles of human feces on its sidewalks. It is a place filled with great wealth and striking poverty, with tech billionaires and Silicon Valley companies existing alongside an aggressive panhandling homeless population. While a city full of investors waits nervously on a new wave of initial public offerings (IPOs), drug users shoot up in the streets for anyone — be it tourists, businessmen, or schoolchildren — to see.

-----------------------------------------------------------------------------------

**SAN FRANCISCO BAY AREA'S MEASURE 3 SEEKS TO CREATE "RAPE" BRIDGE TOOLS IN ORDER TO PUT CRONY CASH IN THE POCKETS OF JERRY BROWN'S FRIEND**S

- The Entire Measure 3 Plan Is A Scam To Help Google and Crony Insiders!

Posted by: Zelda Bronstein  - On the June 5 ballot, Regional Measure 3 asks voters in nine Bay Area counties to approve a $3 increase in tolls on all the region's bridges but the Golden Gate "to

reduce auto and truck traffic, relieve crowding on BART, unclog freeway bottlenecks and improve bus, ferry, BART and commuter rail service." Its supporters, who include the Bay Area Council, the Silicon Valley Leadership Group, SPUR, Facebook, and YIMBY Action, call it "a bold, coordinated, region-wide traffic relief plan."

RM3 is bold all right: it's an audacious con that dedicates $4.5 billion to a hodgepodge of disconnected projects that will bring the Bay Area little traffic relief.

------------------------------------------------------------------------------------------

The San Francisco Bay Area Tech Mafia

What They Have Been Proven To Be:
Misogynists, Frat Boys, Sexual Abusers, Rapists, Sexual Extortionists, Sexual Harassers, Intellectual Property Thieves, Copy-cats, Monopolists, Valuation Collusion-ists, Hooker Addicts, Trophy Wife Abusers, Tone Deaf Yuppies, Sociopaths, Closet Homosexuals, Elitist Boys Clubbers, Narcissists, Burning Man Orgy Pros, Drug Addicts, Alcoholics, Sex Addicts, Mobsters, Tax Cheats, Abusers, Real Estate Scammers, Liars, Racists, Anti-Trust Violators, Political Bribery Experts, Crony Political, Scam Operators, Election Rigging Financiers

--------------------------------------------------------------------------

**NEW SAN FRANCISCO MAYOR SAYS SF IS CONSUMED WITH CRAP**

San Fran Mayor Laments Human Poop On Streets: 'More Than Ever Seen'...

CA DEMS REBUKE FEINSTEIN...
Clean up after yourselves: San Francisco mayor plans to ask homeless nicely not to poo in streets (rt.com)

--------------------------------------------------------------

# The San Francisco Archi-Tastrophe Coming Building Collapses

- Greed and corruption put San Francisco in the current disaster movie scenario
- Over-building on un-stable ground in a small area subject to earthquakes should have been an obvious bad idea to anybody
- San Francisco City Hall chose to cram developer payola in their pockets and lies into the planning process
- Imagine a million tons of steel and concrete collapsing onto hundreds of thousands of commuters!

Page 505   EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

- One skyscraper will take down the next one in a 'domino effect'
- 18 buildings have started to fail but you have only heard about a handful of them...

-------------------------------------------------------------------

**The 39 San Francisco high-rises at risk of collapse during ...**

The analysis and testing of the structure were reviewed by the City and County
of San FranciscoDepartment of Building Inspection and Professor Ted Zsutty PhD, an
intnationally recognized ...

   https://sf.curbed.com/2018/6/18/17465696/highrises-san-francisc...

**UPDATE: Buildings evacuated near construction site emergency ...**

Notice of a possible collapse of a 2,000 pound slab of concrete from the 30th floor of 33 Tehama
Street prompted immediate evacuations of ten buildings in San Francisco's South of Market ...

   sfexaminer.com/evacuations-underway-near-construction-si...

**At Risk in a Big Quake: 39 of San Francisco's Top High Rises**

Experts consider these buildings vulnerable to collapse only in extreme shaking caused by rare
and powerful earthquakes, similar to the one that struck San Francisco in 1906.

   𝕿 https://nytimes.com/2018/06/14/us/california-earthquakes-high...

**Buildings safe to reenter surrounding San Francisco high-rise ...**

The building under construction initially prompted concerns that a 2,000 pound concrete wall
could have collapsed. According to San Francisco Fire Department, the construction company
made the ...

   foxnews.com/us/2017/02/15/evacuations-ordered-as-conc...

**Booming San Francisco takes unprecedented step to target ...**

San Francisco's effort at publicizing a list of its buildings marks a new front in seismic safety —
making it easier for residents and workers to easily understand the age of the city's ...

   𝕷latimes.com/local/lanow/la-me-ln-san-francisco-tall-b...

**Which SF High-Rises Could Collapse in an Earthquake**

The Transamerica Pyramid is among 39 San Francisco high-rise buildings that could collapse in
an earthquake the magnitude of the 1906 quake, according to a new report the New York Times.

505

## Page 506  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

**sfw**sfweekly.com/news/which-sf-high-rises-could-collapse-i...

**Thirty nine San Francisco high rises at risk of collapse in ...**

Thirty-nine high rises in San Francisco are at risk of collapse in a major earthquake, according to a new study by the U.S. Geological Service (USGS).. The vulnerable buildings (known as welded steel moment-frame buildings) were constructed by using a flawed technique to weld columns and beams together.

https://bdcnetwork.com/thirty-nine-san-francisco-high-rises-risk...

**Who Will Pay for San Francisco's Tilting, Sinking Millennium ...**

The building, which opened in 2008 and was touted as the most luxurious tower in San Francisco, became a beacon of the city's burgeoning wealth, attracting tech millionaires, venture capitalists ...

**B**https://bloomberg.com/news/articles/2017-02-01/who

506

Page 507  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

# The San Francisco Ghosts In Her Past

by Tiana Lowe

Few outside of California know or care who Willie Brown is. But that may be about to change. Brown spent around a quarter of a century as de facto royalty in California, first serving more than three decades as a member of the California Assembly (15 years as its speaker), and then eight years as mayor of San Francisco. He also once carried out an open extramarital affair with a young prosecutor named Kamala Harris, currently a U.S. senator and leading contender for the Democratic presidential nomination. Now, we're far beyond the point that a personal past like that disqualifies a candidate. Harris, after all, is vying to challenge a thrice-married man who once graced the cover of Playboy and publicized his infidelity on the cover of the New York Post. Candidates' personal lives no longer warrant deep investigation, unless they tell us something about their professional and political lives.

Unfortunately for Harris, the Willie Brown story is not strictly personal. It's also professional. Kamala is a manipuator. Her kids by Emhoff are the poster children for "White Privilege".

Harris looks for any possible excuse to blame any problem on "Climate Change" because her family and friends have front loaded their stock market investments into electric car batteries, solar panels and related things that can only make money if she makes Climate Change a bigger deal than cancer and homelessness.

Page 508  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District





When Harris was barely 30, she began dating Brown, then in his 60s and speaker of the California Assembly. To be clear, an ambitious woman dating a powerful man is not alone any cause for concern. San Francisco is rife with gold-digger power whores. But the story doesn't end there.

508

Page 509  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

For one thing, Brown was married at the time. He wound up dumping Harris and returning to his wife as he became mayor. (Again, in the era of President Trump, few will clutch their pearls over this.)

More questionable than the romance is the relationship's apparent effect on her finances and her career. Brown, according to contemporary news accounts, gifted his then-girlfriend two government jobs with ample salaries — while she was just getting her start as an assistant DA.



As the San Francisco Weekly reported in 2003:

Aside from handing her an expensive BMW, Brown appointed her to two patronage positions in state government that paid handsomely — more than $400,000 over five years. In 1994, she took a six-month leave of absence from her Alameda County job to join the Unemployment Insurance Appeals Board. Brown then appointed her to the California Medical Assistance Commission, where she served until 1998, attending two meetings a month for a $99,000 annual salary.

(That's more than $150,000 in current dollars.)

509

Page 510  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

Even after they broke up, Brown, a San Francisco kingmaker, continued to support Harris' career, boosting her district attorney run and years later calling on Antonio Villaraigosa to stay out of the Senate race, thus clearing the field for Harris.
Just two years into her tenure as senator, Harris now wants to reach the White House.



The facts are messy, but most in California politics are. If she earned few hundred thousand dollars in taxpayer-funded patronage thanks to a personal relationship, that undermines some of her good-government cred. Or at least it requires her to explain how she's changed.

510



Barack Obama wisely fessed up about his drug usage long before he was a presidential candidate, and he alluded to his personal growth and past mistakes enough that it created a satisfying narrative, one that couldn't be used against him. Donald Trump was a womanizer and a brash braggart, but that was his entire brand for more than two decades. The first real instance where his past came to haunt him was when he seemed to confess to sexual battery on the now-infamous Access Hollywood tape. The allegations of consensual affairs never really mattered.



*Figure 22: Two Faced Kamala Says Biden Sucks Then Flips And Becomes His Bitch*

Harris doesn't talk about Brown. She says that it's not relevant. But part of her prosecutorial persona is a posture of toughness on corruption. But the Willie Brown story, with those big paychecks, gives off at least a whiff of cronyism. She's got to address the charge she was profiting personally off connections to power — at least if she wants us to believe she actually stands for the people.

Harris laughs inappropriately and at the weirdest times in a crazy kind of witch-cackle. She seems incapable of controlling these outbursts. Some clinical psychologists think that this indicates a form of mental illness. Her staff always seem on the verge of mutiny as her own people call her "disorganized", "out of touch" and "too focused on fame and self-arrandization".





Page 514  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

**Was San Francisco Mayor Ed Lee Poisoned, Using Untraceable Spy Technology, Because of His Immigration Scheme?**

- Robert Mendick, chief reporter

- Hayley Dixon

- Victoria Ward

- Roland Oliphant

Shell fish toxins, nut tree derivatives, umbrella launched cardiac gases and pocket-based electric pulse weapons can give any politician a "natural-looking heart-attack" that is man made. Many believe Andrew Brietbart and Google's Rajeev Motwani were killed this way for political retribution

A Russian agent convicted of spying for Britain was fighting for his life last night amid suspicions he was poisoned in a shopping centre in Wiltshire.

Sergei Skripal, 66, was in intensive care after being exposed to a mysterious substance as he sat on a bench in the centre of Salisbury. A 33-year-old woman who was with him, is also in critical condition. Both had collapsed and were unconscious when they were discovered.
By Jenna Lyons

--------------------------------------------------

**San Franciscan's Hate Google: Protesters toss scooters into street to block tech buses in SF**

By **Sarah Ravani**

-------------------------------------------------------

**THE DNC'S SAN FRANCISCO SEX CULT OFFERS CLITORAL TOUCHING FOR $150.00**

We Went UnderCover With An IPhone In San Francisco And Marin County - The Dark Side of the Orgasmic Meditation Company

Almost every member is a registered Domocrat and some are highly placed in the DNC. OneTaste is pushing its sexuality wellness education toward the mainstream. Some former members say it pushed them into sexual servitude and five-figure debts.

514

By  Ellen Huet

When Michal got married in August 2015, her family and longtime friends didn't attend. The woman who walked her down the aisle, the dozens of beaming onlookers, her soon-to-be husband—all were people she'd met in the preceding 10 months. Wearing a loose, casual dress borrowed from one of her new friends, Michal spent the ceremony in a daze.

She knew she didn't want to get married like this, in the living room of a rented San Francisco house without her family's support, yet she felt compelled to do it. That uneasy feeling could apply to most of her experiences in OneTaste.

OneTaste is a sexuality-focused wellness education company based in the Bay Area. It's best known for classes on "orgasmic meditation," a trademarked procedure that typically involves a man using a gloved, lubricated fingertip to stroke a woman's clitoris for 15 minutes. For Michal, like those at her wedding, OneTaste was much more than a series of workshops. It was a company that had, in less than a year, gained sway over every aspect of her life.

# Inside City Hall

Warren Hinckle describes corruption he witnessed inside San Francisco city hall!

**The following is an excerpt from the new book: Ransoming Pagan Babies: The Selected Writings of Warren Hinckle by Heyday Books. We are proud to present the work of Warren Hinckle, one of San Francisco's most legendary and larger-than-life personalities. For decades, Warren Hinckle provided unique insight into San Francisco's turbulent political scene and changed the face of American journalism.**

On the afternoon of November 6, 1987, the Friday after the election, a crisp and cool San Francisco day without a sunbeam of hope piercing the dark electoral cloud gathered over his head, Supervisor John Molinari was secluded in his second floor City Hall office, receiving no visitors but the intimate and the anointed. Molinari's new campaign manager, Jack Davis, knocked on the door and went in without waiting, as was his custom. He stopped short at the scene inside. John Molinari was seated behind his desk in what seemed to be a state of shock. In a supplicant pose before the supervisor was the Reverend Cecil Williams with his arms outstretched in prayerful entreaty. The black pastor gave Davis the annoyed glance of one who is interrupted during a sacramental process. Molinari waved the campaign manager off. Davis closed the door softly. The moment had the sanctity of the confessional. Indeed, it was a bizarre religious tableau of the type not seen in American politics since the conniving Kissinger knelt with the besotted Nixon in the bunker hours of Watergate.

The Reverend Williams, playing the rat to Molinari's mole—even his friends call Molinari the "Mole"—told him that he was jumping ship to join Art Agnos, who had just come within a few thousand votes of burying the Mole, the former front-runner, in his own campaign mistakes. And Williams had the chutzpah to urge the Mole to quit the race while Agnos was soaring ahead. Molinari, who had just slam-dunked $1.4 million of his friends' money down the political sewer, was stupefied; the smiling clergyman wanted to turn the election into a coronation. Williams is the boss of Glide Memorial United Methodist Church, the Notre Dame of the Tenderloin. He is also one of the face cards of San Francisco politics.

A savvy ecclesiastic who receives $800,000 a year from the city to feed the hungry in his Tenderloin tabernacle, Williams was a premature supporter of Molinari. That was back in the good old days when Jack took an early lead in the polls after raising over a million dollars from garbagemen (the supervisor's grandfather was a pioneer San Francisco scavenger), real estate developers and others doing business with the city and county of San Francisco. When Molinari came in a distant second in the November 3 primary, Williams was quick to apprehend an

apparent change in divine will; God, after all, is on the side of the winners. The mercurial minister was the first of many longtime Molinari supporters to jump ship, citing what he saw as the candidate's move to the right; many of the others deserting were men of capital who simply could not afford to back a loser.

The shock effect of Agnos's dramatic showing against the previously heavily favored Molinari affected many in the city, not the least Agnos himself. "Feinstein is going to go to pieces," he said. "She won't be able to handle re-entering ordinary life without the policemen and the limos on hand. You can't imagine the incredible power it gives you being mayor but you've got to be able to handle the power. I'm tough. I'll be able to handle it. I'll stand on the steps of City Hall like Feinstein never did and let the ordinary people come up to me and ask me questions, call me an ass----. The power won't get to me." Agnos told me that the night Williams did his routine in Molinari's office. Agnos seemed adrenalated and his eyes were glistening with the otherworldly look of a messiah. He was in the state of political rapture that once moved his fellow Democrat Lyndon Johnson, high from peacemaking, to boast, "I've got doves coming out my armpits."

I know these things because I was a candidate for mayor; not a journalistic observer, but a participant. I crossed the line dividing citizen and politician and entered the twisted world of San Francisco electoral politics, analogous in every way to the Twilight Zone. It is a world closer to the double dealing of the Middle East than to the values of middle America—a world where money is regent and the commitments that count are the ones that ring the cash register. And yet it's an amazingly personal world where the loyalties and hatreds that shape the campaign come from real, or imagined, hurts of years past. Just say no, I reply, when people ask me why anyone would run for mayor.

My decision to run had a lot to do with being born and raised in this town and thinking that the vision of the old city was being dirtied and chiseled by the politicians. There was a pervasive feeling, shared by many, that San Francisco deserved better than it was being offered in this election, or, perversely, that it was getting just what it deserved. I thought the city was getting short-sheeted, and that in the last free-for-all election we will see in many a year, some idiot had better jump in there and give the politicians what for. As it turned out, I was that idiot.

Yet this mayoral race, for all of its nightmarish big-bucks elements, has brought a few real changes. Who would have imagined a year ago that the election of 1987 would see:

- The nationally-hyped Feinstein regnant go out with a whimper, the city busted financially and Madame Mayor unable to deliver for either Molinari or the Giants stadium, her two final lost causes.

517

Page 518  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

- Herb Caen losing it by putting his healthy cynicism aside and his 50 years of power on the line for a dice-playing buddy named Jack "Millionari" Molinari. Meantime, the young columnist for the afternoon paper went for Agnos, making Mr. San Francisco look like Mr. Milpitas.

- Political control of San Francisco shifting from the Feinstein/Molinari lazy bucks, let-'em-build-skyrises clique to the Sacramento moneybags machine headed by Assembly Speaker Willie Brown, the new power behind the Agnos throne.

- The entrance fee for any serious run for mayor of San Francisco becoming a cool million bucks.

Running for mayor of San Francisco was an exhilarating, exhausting, dreadful, extremely informative and sometimes hilarious experience. At a party thrown by a left-wing Valencia Street bookstore, a worker at McAuley Neuropsychiatric Institute came up to me and said he had great news. He had polled six people at the hospital and all six had said they were going to vote for me as the candidate who cared most for the poor and the homeless. That was encouraging, I said. Were these six of his co-workers? No, he said, crestfallen, they were inmates.

When you don't have a million bucks like your rivals, you have to think up gimmicks to draw attention to your candidacy. That's why we developed the official "Hinckle for Mayor" condoms. They were produced in faraway Thailand and packaged in Tempe, Arizona (sorry, no union bug), in covers cleverly resembling traditional campaign matchbooks. We gave away thousands for educational purposes here in the AIDS capital of the country.

Good news travels. During a stuffy black-tie fundraiser at the Players Club in New York, I gave one of the campaign matchbook/condoms to Tom Wolfe, the writer. Tom used to live in San Francisco and thought this great sport. He bounded across the room to former New York Mayor John Lindsay and handed him the little package, saying this was from his candidate for mayor. Lindsay began to slip it politely into his pocket, as one would with matches. Wolfe said, "Wait a minute, Your Honor, these aren't regular matches, these are from San Francisco." Lindsay looked down and opened the cover. His tanned chin dropped in horror.

# If You're Going To San Francisco...Think Again

By Brian C. Joondeph

A few decades ago, Scott McKenzie sang one of the classic hippie anthems, "San Francisco," back in 1967. It was sung during the heyday of sex, drugs, and rock and roll. Flower power was the rage. Peace, love, and understanding were the mantras of the day, in response to the Viet Nam War and the oppression of The Man.
McKenzie sang, "If you're going to San Francisco, be sure to wear some flowers in your hair." Back then, the flowers were for decoration, to match the tie-dyed clothing and sandals.

Flash forward fifty years, and residents of San Francisco may need to wear flowers, not only in their hair, but also covering their entire bodies. Not for decoration, however, but to mask the odor of a new feature of the streets of San Francisco. Excrement.

And it's been making the national news, a veritable emblem of what the city has become. The newly inaugurated San Francisco mayor is London Breed, who, as an aside, has a perfect 1960s name. Interviewed after her inauguration, the Daily Caller noted that she observed that the streets of her city "are flooded with the excrement of the homeless."
In other words, San Francisco has become Poop City.

Apparently this is not a new problem. The famous chronicler of the city, San Francisco Chronicle columnist Herb Caen, occasionally would use the phrase in his daily screeds during the 1980s and 1990s, but it's far worse now. As the Daily Caller had the new mayor noting: "There is more feces on the sidewalks than I've ever seen growing up here." And not just poop. Added to the mix is a "dangerous mix of drug needles, garbage, and feces."

Lovely. In 1967, "If you're going to San Francisco, you're gonna meet some gentle people there." Now you will meet a garbage dump mixed with a cesspool.

San Francisco has about 7,500 homeless individuals and is spending $280 million on homeless services for them. Some simple math reveals that the city could give each homeless resident just over $37,000 per year, a figure well above the minimum wage in most other places, and call it a day.

If you take out the salaries of all the bureaucrats administering these "homeless services," there would likely be more than $100,000 available for each homeless person. But you know this won't happen in a Democrat-run city, an administrative state, like San Francisco.

Page 520  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

How can the city discourage the homeless from using the sidewalks as their toilets? In their minds, spend more money. The mayor assured her fellow progressives: "Harsher penalties for offenders are not on the table." Instead the typical liberal solution, as the mayor promised, came to: "I work hard to make sure your programs are funded." I wonder if we'll see toilet paper dispensers popping up on the sidewalks?

This situation might seem to be a cross between funny and absurd, but it has economic consequences far beyond the necessary clean-up. Who might not be going to San Francisco because of the city's pungent new attractions?

Start with conventions? San Francisco has always been a popular convention destination due to its fairly pleasant weather, its tourist attractions, its world-class restaurants, and of course, the cable cars. But in its current state, the bloom is off the San Francisco rose.

A major medical association recently cancelled its annual meeting which would have brought 15,000 attendees and $40 million to the San Francisco economy, according to the SF Chronicle. This, after many years of coming to the city. Think of that. A group of doctors, quite familiar with feces, needles, and the downtrodden, have said "enough."
These are things doctors can see in the medical ward and prefer to avoid when away from work, often with family, at a medical conference. It's likely that other trade groups and industries will stay away from San Francisco as well.

Can you blame them? How many U.S. cities provide visitors with a public defecation map to help tourists steer clear of piles of poop littering the city's sidewalks? Or which other city can boast of the 20-pound bag of poop found a few weeks ago on a city sidewalk?

How did things get this bad for the city that Tony Bennett left his heart in? When Tony recorded that song in the 1950s, San Francisco had a Republican mayor. Their last Republican mayor, George Christopher, left office in 1964, when the Beatles arrived in America. Since then, it's been a hard day's night for San Francisco, with nearly sixty years' worth of Democrats running the show.

At a national level, San Francisco is represented by House minority leader Nancy Pelosi, Senator Dianne Feinstein, and Senator Kamala Harris, all of whom are hard-core liberals. I am quite confident that there are no piles of poop on the sidewalks in front of their homes.

San Francisco is just another of many U.S. cities run by Democrats, and into the ground. Even liberal film maker Michael Moore observed about his home city in Michigan: "Flint has voted for Dems for 84 straight yrs. What did it get us?"

520

San Francisco is left with virtue-signaling in the name of compassion, tolerance and all the other liberal claptrap in a bid to try to hide third world conditions on city streets. Aside from visitors choosing to go anywhere but San Francisco, what about the residents living in such conditions?

Warm summer temperatures and open sewers become a microbiology laboratory. Toss in a bunch of undernourished and unhealthy homeless persons, sharing hypodermic needles, and pestilence follows. Such a shame for a once-magnificent city.

Rather than cleaning up its mess, San Francisco has just this week banned plastic straws. Poop and hypodermic syringes littering the sidewalks is just fine, but watch out for those nasty little plastic straws.

Once upon a time Scott McKenzie's words rang true, "For those who come to San Francisco, summertime will be a love-in there." Now it's simply America's version of a s***hole. Brian C. Joondeph, MD, MPS, a Denver based physician and writer.

-----------------------------------------------------------

**San Francisco Voters Choose Between a 1000 Percent Tax Increase and a 500 Percent Tax Increase- Nobody Wants To Be In San Francisco Any More** (reason.com)
 by daskapitalist to **politics** (+90|-2)

- **comments**

# The Bad Decision-Making Of The Drug Fried Minds Of The People That Live In San Francisco

By Karma Harris

The social echo-chamber is a terrible thing.

Like drones, or robots or sheep, the mindless clones in San Francisco seem to be unable to see that they, in their cult-like quest for "individuality" are doing the exact same idiotic thing that every other San Franciscan is doing:

**- Getting a giant eagle, crown or flower tattoo on their chest above their boobs**
**- Wearing a Fedora hat**
**- Growing a handle-bar mustache or stupid-looking Amish beard**
**- Making their clothes look like they accidentally exposed their look-at-me desperation**

521

tattoo
- Taking pictures of themselves making idiotic duck lips
- Wearing a plaid shirt
- Being obese and wearing a belly shirt
- Being obese and wearing a tube top
- Being obese and wearing Betty Boop make-up
- Thinking that heroin makes you look cool
- Study an "Art Career" at a commercial "Institute" your rich sucker parents pay you to smoke pot at
- Being a grown-up who uses a skate-board or push scooter
- Wearing a spandex T-Shirt and pursing your lips because you want to be gay and "with it"
- Using the phrase "sociability nexus" or any other Tech BS-speak
- Worshiping Google
- Wearing all black at night because nobody else thought of that
- Thinking that your "pot cafe" idea is original, unique and will last more than 3 months
- Paying tens times more for food because it has tofu hidden in it
- Blindly mouthing any party line pretext that Nancy Pelosi tells them to
- Getting scabies every weekend at the 1050 Folsom night-club
- Tweeting as if anything you do matters to anybody
- Hiding your mental illness by saying and dressing "gender fluid"-like
- Getting a pack of tattoos that proudly announce your bad decision making
- Getting a pack of tattoos that proudly announce you are a slut
- Owning a fluorescent colored bicycle
- Creating a start-up that sells nothing that anybody actually needs or wants but has an ironic name
- Talking about "Burning Man" with any other sense than shame
- Going to a "TED Conference" without realizing you are a douche bag
- Using Match.com to get free dinners
- Having no ability whatsoever to consider the consequences of your actions
- Not seeing that the SF Board of Supes are all elitist stock market inside traders abusing the City
- Having six room-mates
- Pooping in the street because you embrace the "multi-cultural experience"
- Having no clue how the real world works
- Being a woman at Stanford University without knowing the Frats just see you as a baby oven

522

Page 523  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

- Being a white yuppie guy with a Chinese girlfriend who doesn't not realize what the real deal is
- Not knowing why you feel you NEED to go to Starbucks

# San Francisco Oligarchs, Elitists And Gatekeepers:

If you don't pay bribes and an homage to these people, you get black-listed! If you don't take the knee to them and put them on your Board of Directors (Like Hunter Biden) they will have you black-listed, cut-off, de-funded and ostracized in City Hall sponsored reprisal and vendettas:

*Janet Reilly, Clint Reilly, Ed Lee, John Molinari, Any Member Of Gavin Newsom's Family, Roger Boas, Dick Blum, Vinod Khosla, Anybody named Haas, Charlotte Maillard, Ed Shultz, Henry Kissinger, Will Hearst, Nancy Pelosi, Dianne Feinstein, Kathryn Feinstein, Scott Weiner, Darcy Brown, Stewart Brand, Joseph Costello, Carl Livingston, Henry Adams, Wally McCormick, Bob McKeen, Jean Bricker, Richard Thieriot, Wilkes Bashford, James Bronkema, Roger Boas, William Ball, Gordon Bellis, Frances Bowers, Donna Casey, Gretchen Cebrian, Tina Cella, Lawrence Chickering, Sheldon Cooper, Charles Crocker, Edwin Cutler, Myron Du Bain, Coburn Everdell, Donna Ewald, John Gamble, William Gaylord, Richard Graff, Reid Hoffman, Ann Getty, Anthony Hale, Matilda Kunin, Wendy Linka, Mary Moulton, William Newsom, John Owsley, Bokkara Patterson, Juan Reynal, Steven Swig, Wilfred Von Bulow, Michael Whitman, Brayton Wilbur, Rita Barela, John Brunelle, John Calori, William Coblentz, Joseph V. Costello, John Diefenbach, Myron Dubain, Frank Woods, Mort Feld, T. Jack Foster Jr, Gordon P Getty, James Gilleran, John Goy, Evie Haas, Bryan Hemming, Bruce Demming, Brian Goncher, Steve Spinner, John Jacobs, Fritz Jewett, Ray Jones, George Keller, Art Kern, Bob Lansdon, Arthur Latno, Robert Leefeldt, Bob Lurie, Malcom MacDonald, Dan McCall, Wallace McCormack, Rich Miller, Elizabeth Pfau, Florette Pomeroy, David Ringler, Mark Zuckerbeg, Hadley Roff, Norman Rosenblatt, Albert Schlesinger, Steven L. Swig, et al*

These are the people that decide who gets elected in San Francisco.

They trade wives, boyfriends, rent boys and prostitutes.

They operate a viscious black-list.

# Palo Alto, California – Home Of The Tech Mobsters

Stanford University graduates are inspired by the likes of corrupt Elon Musk and corrupt Italian Prime Minister Silvio Berlusconi—the forerunner of the media-manipulating populist-criminal-strongman trend that's recently swept through Western nations—or passages discussing Facebook, Twitter and Google's prioritization of profit over their responsibility to safeguard democracy from hate speech and disinformation. Eric Schmidt, Larry Page, Elon Musk, Jack Dorsey, Reid Hoffman, John Doerr, Vinod Khosla and Mark Zuckerberg are the embodiment of this problem, given that their flouting of rules and standards of common decency—has made it

524

appear acceptable, and in fact rewarding, to act in the worst possible manner as a means of achieving one's selfish ends. Their Silicon Valley is the pit of American assholery.

To grasp that argument, one need only listen to Silicon Valley Assholes: A Theory's basic description of an asshole. As many state, "The asshole is the guy who allows himself special advantages in Bay Area cooperative life out of an entrenched sense of entitlement that immunizes him against the complaints of other people." In other words, he's the individual— generally male, although as John Cleese candidly admits, his mother probably was one too—who thinks the general rules don't apply to them because they're somehow smarter, better, or more special than their fellow citizens. James' example is a surfer who violates the right-of-way customs in the ocean. Yet the type is universal, whether in line at the grocery store, on the road in traffic, or at work. They're the arrogant creeps convinced they're fundamentally superior, and thus free to conduct themselves in whatever way they see fit. That IS the essence of  such attitudes, according to the Silicon Valley Assholes Process aren't confined to law enforcement. Stanford University Fraternities are breeding grounds for horrid group-think mindsets about women and sex. The tech financial sector encourages greed, ruthlessness, and vulgarity as the best way to get ahead. Google executives champion initiation-ritual abuse in service of its own greater good. You can see the movies: Animal House, The Wolf of Wall Street and Full Metal Jacket to see the underscore of the notion that these milieus are all rife with a similar brand of assholery in which arrogance and entitlement justify all manner of despicable ideas and deeds. Every major rape fraternity in the USA eventually sent those abusive boys to run Sandhill Road venture capital companies and Google or Facebook departments.

The most compelling—and enraging—realities concerns Silicon Valley, where Mark Zuckerberg and like-minded CEOs have bred a culture of trampling on competitors, laws, historical norms, and the bedrock tenets of democracy in pursuit of additional eyeballs, clicks, and revenue streams. In a place where young men team up in a desperate quest to develop the innovative next big thing that'll turn them into tech moguls ("bro-gramming"), nothing matters but the self-centered end goal. And though Facebook, Twitter, Google, Kleiner Perkins, Greylock and their ilk could alter this landscape by simply cracking down on the horridness that permeates their platforms, they choose not to because of the negative financial consequences and their lust for hookers, private jets and cocaine.

## Running The Scams

The public must continue to terminate these felony organized crimes by major public officials and Silicon Valley oligarch tech mobsters! ( https://www.breitbart.com/tech/2020/08/31/deleted-big-techs-battle-erase-trump-movement-steal-election/ )

Taxpayers must use the internet to publicly shame them! The public must boycott their companies and crash their stock! Voters must demand their arrests and indictments. Citizens must join together in one voice to make it illegal for politicians to own stock because that is how bribes are now paid! ( https://www.yahoo.com/lifestyle/insider-trading-rife-no-regulators-090007170.html )

State and federal officials defrauded citizens out of millions of dollars of their life-savings and then attacked those taxpayers for reporting the crimes! those officials then put the profits and stock market funds from those crimes in their own, and their families, corrupt monopoly pockets! ( https://www.msn.com/en-us/money/markets/monopoly-power-lies-behind-worst-trends-in-us-fed-study-says/ar-BB186Jq0?ocid=uxbndlbing )

**Their attacks against individuals were their downfall.** FBI-class forensic evidence has shown that there were only a few people who could have operated, financed and run command-and-control of the attacks. The money, the bribes, the beneficiary profit tracings, the instructions, their covert communications, the stock market owner-ships, etc.; all trace back to the same handful of people who are all business and political manipulation partners. Their attacks boomeranged back to point straight at the attackers! The evidence is clear!

It seems like the stonewalling never ends. Famous California and Washington DC politicians ran these crimes along with big tech oligarchs!

Huge cover-ups ( https://www.documentcloud.org/documents/6827837-States-Newsroom-1023-Application-Materials.html ) are underway but they will never be allowed to get away with it! they are being exposed by these crowd-sourced investigations that use 100% legal law enforcement and intelligence technologies !

**U.S. Government Proves That Rogue CIA And FBI Agents Exist And Use Government Agencies For Revenge Hit Jobs; Just As Plaintiffs Asserted When Plaintiffs Proved SSA, DOJ, DOE Agencies Found To Run Vendettas On Citizens Who Spoke Up About Corruption - Durham Case! (** **https://townhall.com/tipsheet/katiepavlich/2020/08/14/breaking-the-first-durham-indictment-is-here-n2574370 )**

Page 527  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

--------------

*Jeffrey Epstein* is dead, *Raj gupta* has been jailed, **Steve Rattner** was indicted, **James Bronkema** is dead, **Roger Boas** is dead....but those were just the **tip of the ice-berg**. *Eric Schmidt, Larry Page, Elon Musk* and their crooked senators are still running around doing the same old crimes and corruption via their network of dirty tricks operatives.

In one of the whistle-blower complaints about State and Federal officials conduct in stimulus programs, Plaintiffs made repeated attempts to inform executive leadership and legal advisers about questionable activities of those officials. Plaintiffs have all of the needed additional evidence to back up their allegations against these officials.

Concerned parties have been blocked from reporting the activity to Offices of Legal Affairs, in violation of the law. In retribution, A number of parties had tax-payer financed revenge programs launched against them using State and Federal resources. Plaintiffs directly witnessed much of the behavior and reported it, personally, to the FBI at their offices. Plaintiffs have made top law enforcement and intelligence officials aware of these concerns on repeated occasions. To Plaintiffs knowledge, none of the agencies ever took action to resolve the issues, and several of them specifically directed subordinate staff to continue facilitating questionable activities after the concerns were raised. Plaintiffs witnessed the concerning activities in Washington, D.C., New York, California and in activities with overseas parties.

White House Staff including Rahm Emanual, Bill Daley, Jay Carney, Robert Gibbs, Steve Rattner, David Axelrod, John Podesta, et al; and The Secretary of Energy Steven Chu and the Chief Counsel for the United States Department of Energy Daniel Cohen and Bill Cooper were, (from 2007 forward), either financed by, friends, with, sleeping with, dating the staff of, holding stock market assets in, promised a revolving door job or government service contracts from, partying with, personal friends with, photographed at private events with, exchanging emails with, business associates of or directed by; Plaintiffs business adversaries, or the Senators and Department of Energy politicians that those business adversaries pay campaign finances to, or supply political digital search manipulation services to. Criminal U.S. Senators coordinated and profited in these schemes. Their own family members have now supplied evidence against them. Nobody is allowed to "*win*" government funds **_unless_** they are friends and stock market partners with certain U.S. Senators. Even if your application metrics beat every single other competing Applicant, you will get lied to and defrauded by Department of Energy and White House officials. You will be told that you have a "*fair chance*", **but** all of the money is secretly hard-wired to a business partner of a Pelosi or Feinstein and you will just waste your time, staff resources and payroll waiting for years on promised funds that will never come.

527

From 2007 forward, The White House and The Department Of Energy were controlled by the Silicon Valley tech oligarchs for monopolistic profiteering! (ie: You could not swing a cat in the Obama White House without hitting a Google executive or an ex-lover of Eric Schmidt) That is a violation of the law, the Constitution and the American Way.

**SEE THIS REPORT TO CONGRESS:**

How Google Controls Government Policy And Process In America FREE.pdf

(  http://american-corruption.com/How%20Google%20Controls%20Government%20Policy%20And%20Process%20In%20America%20FREE.pdf )

*GOGGLE HAS BRIBED EVERY POLITICIAN; HOW DO THEY GET AWAY WITH SUCH CORRUPTION?…" (  https://www.theamericanconservative.com/articles/the-conservative-inc-to-big-tech-pipeline/ )*

# The Silicon Valley High-Tech Black-Listing Antitrust Litigation And Big Tech's Attacks On Democracy

*"...**Who are** the criminal mobsters of Silicon Valley's democracy manipulation millionaires and billionaires known as "**The Commission**" (Also known as "The Paypal Mafia", The "Deep State", "The Silicon Valley Cartel")? Who are the elitist tax evader, sex freak, money-laundering, **black-list** (  https://www.mediaite.com/news/ex-google-engineer-says-glitch-blocking-websites-including-drudge-breitbart-could-have-revealed-a-mysterious-list/ )operating, Senator bribing, off-shore cash hiding, election rigging insiders who manipulate the system for their own insider trading schemes: Reid Hoffman, Larry Page, Sergy Brin, Elon Musk, Dustin Moskovitz, Mark Zuckerberg, Eric Schmidt, Laurene Powell Jobs, Steve Spinner, Steve Westly, Vinod Khosla, Andy Bechtolsheim, Brian Goncher, Cheryl Sandberg, David Drummond, Andy Rubin, David Plouffe, Tim Draper, Jeffrey Epstein, Gilman Louie, Ira Ehrenpreis, Tim Cook, McKinsey Consulting, Deloitte, Goldman Sachs, Jerry Brown, Richard Blum, James Breyer, John Podesta, Joe Lonsdale, John Doerr, Keith Rabois, Marc Andreesen, George Soros, Mario Rosatti, Martin LaGod, Michael Moritz, Viktor Vekselberg, Larry Summers, Pierre Omidyar, Tom Steyer, Steve Jurvetson, Steve Rattner and their CARTEL including their crooked lawyers and lobbyist mobs!*

*They have "command and control and exclusive-beneficiary positions in ongoing, coordinated, criminal and anti-trust activities involving government and stock market funds...". Their crimes financially benefited Dianne Feinstein, Nancy Pelosi, Jerry Brown, Kamala Harris and Barack Obama and their stock market holdings, while harming their competitors on purpose. The*

528

*securities and stock market records prove that it was crony corruption and payola. The sex crime victims of Cartel member Jeffrey Epstein  ( https://www.dailymail.co.uk/news/article-8639501/Bill-Clinton-smiles-receiving-neck-massage-Jeffrey-Epstein-victim.html ) reported him to the DOJ a decade ago, yet nothing was done. Plaintiffs reported this Cartel in 2008, STILL, nothing has been done! These people have run a stock market and government funding State and Federal PONZI SCHEME in every "stimulus" from 2008 forward! They use free government money, stock valuation pump-and-dump and black-lists to make certain that no competitor can ever operate against them in any market. The more that the California Senators get to control Congress, the more they get to push laws that benefit companies owned by their spouses! By filling California up with illegal immigrants, enticed by the offer of "free stuff", Dianne and Nancy get to control federal policy by manipulating the census numbers.*

*By controlling government decisions, Nancy and Dianne get to give taxpayer money to their friends (Elon Musk, Eric Schmidt, Mark Zuckerberg, etc, who they own stock with) and deny that money to their competitors. They have a covert news and media network ( https://www.opensecrets.org/news/2020/05/dark-money-networks-fake-news-sites/ ) that hides all news coverage about the crimes. Illegal immigrants equal control of the stock market profits for Nancy's, Kamala's and Dianne's investment banker husbands. It is as simple as that!…"*


## HOW THE U.S. DEPARTMENT OF ENERGY AND CALIFORNIA SENATORS CREATED THE LARGEST INSIDER TRADING SCHEME IN HISTORY

Companies in PR-hype industries sometimes have a history of reinventing themselves ( https://www.ft.com/content/8c46ff08-5522-469e-bc6c-4be08cdf9828 ). For Tesla Motors and Solyndra the potential transition from start-up to future energy monopoly was being facilitated by the government. Now Kodak has copied this corruption scam. The **U.S. DEPARTMENT OF ENERGY (DOE)** signed a letter of interest  (  https://www.dfc.gov/media/press-releases/dfc-sign-letter-interest-investment-kodaks-expansion-pharmaceuticals ) to provide hundreds of millions in favored-nation 'loans' to them to support the company's plans to produce green energy things for the U.S. domestic market. Thereafter, a series of ensuing events raised concerns about potentially illegal insider trading, and of an uneven level playing field for investors in U.S. stock markets. The immediate response by U.S. Congress was to investigate. The new KODAK Covid loan is the same kind of crime, which insiders learned they could get away with in the Obama **U.S. DEPARTMENT OF ENERGY.**

Whether the suspicious trading activity is a case of illegal insider trading activity is difficult to judge without further scrutiny by prosecutors. However, these new types of substantial loans

from the government to private companies give rise to a new type of private information. While traditional corporate events, such as earnings announcements or corporate takeovers, are subject to strict rules about the disclosure of information and reporting requirements, it appears that the disbursement of government subsidies and grants falls into a grey area not effectively covered by existing rules. Thus, it is necessary to consider more transparent and consistent protocols on information disclosure to avoid providing unfair advantages to a select group of company insiders including California Senators and Energy Department staff.

Just one day before the official announcement of the loan, on July 27, Kodak's stock price jumped by about 25 percent on a trading volume of 1,645,719 shares, over five times the average daily trading volume in prior months. These unusual trading activities were likely attributable to the premature release of the news by several media outlets. ( https://www.wsj.com/articles/tweets-and-articles-sent-kodak-shares-surging-before-official-announcement-11596056729 )

Unusual trading activity also occurred in Kodak's stock options, even prior to the news leakage. The trading volume was especially strong in out-of-the-money (OTM) call options, which are set to profit especially from a positive jump in stock prices, with daily trading volumes of all OTM call options on July 17, 20 and 27 that was more than ten times larger than average volumes since the beginning of 2020.

Kodak's executives and board members are also linked to controversial transactions. About one month before the announcement, on June 23, the company's executive chair and a director purchased over 50,000 shares  (   https://www.sec.gov/cgi-bin/browse-edgar? action=getcompany&CIK=0000031235&type=4  ) of the company's stock a day during the time when the company was negotiating loans with the government. In addition, four executives were granted stock options right on July 27,  (   https://www.wsj.com/articles/kodaks-stock-surge-turned-insiders-options-into-potential-windfall-11596220862   ) just one day before the stock price skyrocketed. Prior to another major stock price drop, due to a freezing of the Kodak loan associated with the congressional investigation, a board member donated $116 million  (   https://www.ft.com/content/6e7494c4-56cd-4121-8027-ecfc9586958c   ) in company shares, entitling the donors to a substantial tax deduction.

These events have alerted legislators and raised concerns that trades of investors may explain the suspicious activity with access to material non-public information. On August 3, Sen. Elizabeth Warren (D-Mass.) formally requested the Securities and Exchange Commission (SEC - https://www.warren.senate.gov/imo/media/doc/2020.08.03%20Letter%20to%20SEC%20re %20Kodak%20stock%20trades.pdf) to investigate the possibility of insider trading and violation of regulatory compliance rules. Two House committee chairs also launched their own

inquiries, requesting detailed records from the loan provider, DFC. ( https://financialservices.house.gov/uploadedfiles/2020.08.04_h_cmtes_ltr_to_dfc.pdf)

Besides these valid outcries due to concerns about the potential for illegal insider trading, this turn of events raises a question of broad public interest.  Why was the usual protocol for the enforcement of news disclosure and insider trading regulations around corporate events not followed in this case? The announcement of the government-sponsored Kodak loan is no different from traditional corporate events, such as earnings disclosures, announcements of mergers and acquisitions, spinoffs, or new product announcements. It also involves secret negotiations in executive offices that give rise to the potential for trading on privileged information.

In the Kodak case, the private information was indeed material. The $765 million government loan it received amounts to 54 percent of the company's total assets, 78 percent of its annual revenue, and is 64 times larger than its annual operating cash flows, according to its most recent 10-K filing. ( https://www.sec.gov/Archives/edgar/data/31235/000156459020011408/kodk-10k_20191231.htm ) It is not surprising that such news boosted the stock price from about $2 to $60 in a matter of days. Another related issue is that the DFC and Kodak did not release the news at the same time. This lack of consistency in information disclosure makes it difficult to pinpoint when the information was publicly available.

The Kodak experience was not unique. The massive monetary and fiscal interventions (   https://www.imf.org/en/Topics/imf-and-covid19/Policy-Responses-to-COVID-19 )  that have been announced in the U.S., Europe and elsewhere are likely to lead to similar types of sensitive news releases. The difference with respect to more traditional corporate announcements is that the government has a seat at the table. U.S. officials and their counterparts elsewhere are picking winners and losers in the disbursal of grants, loans and contracts. Thus, a new source of privileged information has emerged that raises the possibility that insiders may well profit from possession of such information before it is released to the market.

In the Department of Energy Cleantech Crash political payola quid pro quo, government money was used by Goldman Sachs and their clients for the following scams, EVERY SINGLE ONE OF WHICH was used in the Dept of Energy ATVM AND LGP funds manipulations.

# How San Francisco City Hall Insiders Get Their Stock Bribes

*Every One* of these financial scam tricks (
https://www.sec.gov/files/Algo_Trading_Report_2020.pdf  ) is used **daily** by the suspects in this case:

## ** The Silicon Valley Stock Scam Called: "*Pools*"

Agreements, often written, among a group of traders to delegate authority to a single manager to trade in a specific stock for a specific period of time and then to share in the resulting profits or losses."[5] In Australia section 1041B prohibits pooling.  (
https://en.wikipedia.org/wiki/Market_manipulation#cite_note-5 )

## ** The Silicon Valley Stock Scam Called: "*Churning*"

When a trader places both buy and sell orders at about the same price. The increase in activity is intended to attract additional investors, and increase the price.

## ** The Silicon Valley Stock Scam Called: "*Stock bashing*"

This scheme is usually orchestrated by savvy online message board posters (a.k.a. "Bashers") who make up false and/or misleading information about the target company in an attempt to get shares for a cheaper price. This activity, in most cases, is conducted by posting libelous posts on multiple public forums. The perpetrators sometimes work directly for unscrupulous Investor Relations firms who have convertible notes that convert for more shares the lower the bid or ask price is; thus the lower these Bashers can drive a stock price down by trying to convince shareholders they have bought a worthless security, the more shares the Investor Relations firm receives as compensation. Immediately after the stock conversion is complete and shares are issued to the Investor Relations firm, consultant, attorney or similar party, the basher/s then become friends of the company and move quickly to ensure they profit on a classic Pump & Dump scheme to liquidate their ill-gotten shares. (see P&D)

## ** The Silicon Valley Stock Scam Called: "*Pump and dump*"

A pump and dump scheme is generally part of a more complex grand plan of market manipulation on the targeted security. The Perpetrators (Usually stock promoters) convince company affiliates and large position non-affiliates to release shares into a free trading status as "Payment" for services for promoting the security. Instead of putting out legitimate information about a company the promoter sends out bogus e-mails (the "Pump") to millions of unsophisticated investors (Sometimes called "Retail Investors") in an attempt to drive the price

of the stock and volume to higher points. After they accomplish both, the promoter sells their shares (the "Dump") and the stock price falls, taking all the duped investors' money with it.

**\*\* The Silicon Valley Stock Scam Called: "*Runs*"**

When a group of traders create activity or rumours in order to drive the price of a security up. An example is the Guinness share-trading fraud of the 1980s. In the US, this activity is usually referred to as *painting the tape*.[6] Runs may also occur when trader(s) are attempting to drive the price of a certain share down, although this is rare. (see Stock Bashing) ( https://en.wikipedia.org/wiki/Guinness_share-trading_fraud )

**\*\* The Silicon Valley Stock Scam Called: "*Ramping (the market)*"**

Actions designed to artificially raise the market price of listed securities and give the impression of voluminous trading in order to make a quick profit.[7] ( https://en.wikipedia.org/wiki/Market_manipulation#cite_note-7 )

**\*\* The Silicon Valley Stock Scam Called: "*Wash trade*"**

In a wash trade the manipulator sells and repurchases the same or substantially the same security for the purpose of generating activity and increasing the price.

**\*\* The Silicon Valley Stock Scam Called: "*Bear raid*"**

In a bear raid there is an attempt to push the price of a stock down by heavy selling or short selling.[8] ( https://en.wikipedia.org/wiki/Market_manipulation#cite_note-8 )

**\*\* The Silicon Valley Stock Scam Called: "*Lure and Squeeze*"**

This works with a company that is very distressed on paper, with impossibly high debt, consistently high annual losses but very few assets, making it look as if bankruptcy must be imminent. The stock price gradually falls as people new to the stock short it on the basis of the poor outlook for the company, until the number of shorted shares greatly exceeds the total number of shares that are not held by those aware of the lure and squeeze scheme (call them "people in the know"). In the meantime, people in the know increasingly purchase the stock as it drops to lower and lower prices. When the short interest has reached a maximum, the company announces it has made a deal with its creditors to settle its loans in exchange for shares of stock (or some similar kind of arrangement that leverages the stock price to benefit the company), knowing that those who have short positions will be squeezed as the price of the stock sky-rockets. Near its peak price, people in the know start to sell, and the price gradually falls back down again for the cycle to repeat.

**\*\* The Silicon Valley Stock Scam Called: "*Quote stuffing*"**

533

Page 534  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

Quote stuffing is made possible by high-frequency trading programs that can execute market actions with incredible speed. However, high-frequency trading in and of itself is not illegal. The tactic involves using specialized, high-bandwidth hardware to quickly enter and withdraw large quantities of orders in an attempt to flood the market, thereby gaining an advantage over slower market participants.[9]  ( https://en.wikipedia.org/wiki/Market_manipulation#cite_note-9 )

**\*\* The Silicon Valley Stock Scam Called: "_Cross-Product Manipulation_"**

A type of manipulation possible when financial instruments are settled based on benchmarks set by the trading of physical commodities, for example in United States Natural Gas Markets. The manipulator takes a large long (short) financial position that will benefit from the benchmark settling at a higher (lower) price, then trades in the physical commodity markets at such a large volume as to influence the benchmark price in the direction that will benefit their financial position.

**\*\* The Silicon Valley Stock Scam Called: "_Spoofing (finance)_"**

Spoofing is a disruptive algorithmic trading entity employed by traders to outpace other market participants and to manipulate commodity markets. Spoofers feign interest in trading futures, stocks and other products in financial markets creating an illusion of exchange pessimism in the futures market when many offers are being cancelled or withdrawn, or false optimism or demand when many offers are being placed in bad faith. Spoofers bid or offer with intent to cancel before the orders are filled. The flurry of activity around the buy or sell orders is intended to attract other high-frequency traders (HFT) to induce a particular market reaction such as manipulating the market price of a security. Spoofing can be a factor in the rise and fall of the price of shares and can be very profitable to the spoofer who can time buying and selling based on this manipulation.

**\*\* The Silicon Valley Stock Scam Called: "_Price-Fixing_"**

A very simple type of fraud where the principles who publish a price or indicator conspire to set it falsely and benefit their own interests. The Libor scandal for example, involved bankers setting the Libor rate to benefit their trader's portfolios or to make certain entities appear more creditworthy than they were.

**\*\* The Silicon Valley Stock Scam Called: "_High Closing (finance)_"**

High closing is an attempt to manipulate the price of a security at the end of trading day to ensure that it closes higher than it should. This is usually achieved by putting in manipulative trades close to closing.

**\*\* The Silicon Valley Stock Scam Called: "_Cornering the market_"**

534

Page 535  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

In cornering the market the manipulators buy sufficiently large amount of a commodity so they can control the price creating in effect a monopoly. For example, the brothers Nelson Bunker Hunt and William Herbert Hunt attempted to corner the world silver markets in the late 1970s and early 1980s, at one stage holding the rights to more than half of the world's deliverable silver.[10] ( https://en.wikipedia.org/wiki/Market_manipulation#cite_note-TEXAS-10 )  During the Hunts' accumulation of the precious metal, silver prices rose from $11 an ounce in September 1979 to nearly $50 an ounce in January 1980.[11] ( https://en.wikipedia.org/wiki/Market_manipulation#cite_note-NYT-11 ) Silver prices ultimately collapsed to below $11 an ounce two months later,[11] much of the fall occurring on a single day now known as Silver Thursday, due to changes made to exchange rules regarding the purchase of commodities on margin.[12] ( https://en.wikipedia.org/wiki/Market_manipulation#cite_note-TimeBubble-12 )

**\*\* The Silicon Valley Stock Scam Called: "_The Conduit Double Blind_"**

In this scam, government money is given to a Tesla, Solyndra, etc. who then money launder the cash through executive-held 501 c3 and c4 charities; and company assets and then provide **DARK MONEY** cash and services to political campaigns like Obama and Clinton election funds. In the case of Tesla, Google (an investor and boyfriend of Musk) supplied billions of dollars of web search rigging. Stock ownership in the companies and deals is traded for campaign funds. David Brock is a master of this kind of Dark Money money-laundering for political campaigns using PACS and pass-through spoofing.

Tesla and Solyndra investors have used ALL of the above tactics and more. Goldman Sachs and JP Morgan have thousands of staff who PROVIDE these stock market manipulation tricks to people like Elon Musk, Larry Page, Eric Schmidt, et al. These kinds of financial crimes and corruption account for the manipulation of over **ONE TRILLION DOLLARS** of ill-gotten profits annually!

Given the massive stimulus packages that are in force today and expected to be implemented going forward, regulators need to set clear guidelines for how and when such privileged information can be disclosed, and impose rigorous trading restrictions for investors with access to private information. Failure to do so always gives unfair advantage to some and damages the level playing field in financial markets.

To avoid providing such unfair advantage to selected executives, the SEC and the Department of Justice need to develop new procedures to incorporate potential illegal transactions derived from information about government intervention through diverse channels. Plaintiffs advocate for a more transparent and consistent protocol on information disclosure regarding government's loan programs to prevent similar events from recurring. For example, the government could channel

535

the release of news about COVID-19-related stimulus interventions through a common platform to prevent leakage from diverse sources and reduce information asymmetry among investors.

The DFC loan to Kodak is the first of its kind under the Defense Production Act but not the first ever because DOE already created the pump-and-dump scheme for tech oligarchs. Nobody should be surprised by Kodak trying a proven corruption scam. Since we are in unprecedented times, government agencies and regulators need to make changes to adapt to the current situation and fulfill their mission to ensure a level playing field for investors even during this difficult period. Regulation never happens in theses scams because most California Senators and their families profit from these crimes and corruption.

**The indisputable facts here are the assertions that the San Francisco politicians and their fundng oligarchs:**

1. Control business and politics like a crime Cartel, and...

2. Are a white male fraternity who attack outsiders in organized and group-planned manners, and...

3. Come from dynastic families that systematically ran them through Stanford, Harvard and Yale men's clubs, and...

4. Were socially trained and programmed to operate in a closed, tribal, exclusionary manner, and...

5. Operated the "Angelgate" collusion scandal, the "Solyndra Scandal", etc., and...

6. Operated the "Silicon Valley High Tech Employee Collusion" for which they were sued in a famous class-action case, and...

7. Controlled the Obama Administration and the Obama White House and traded most key staff, back-and-forth, with that Administration, and...

8. Have been sued, indicted and charged in divorce proceedings with an unusually massive amount of sex trafficking matters, and...

9. Use the same 10 law-firms who have been charged with public policy manipulation, bribery and lobbying, and...

10. Control internet news, media and information, and...

11. "Own" certain U.S. Senators by virtue of direct bribe payments and securities/stock payola payments, and...

536

12. Use a variety of tools like GUST, Private Google Docs sites, covert Facebook pages and similar, to secretly conspire and plan collusion and organized monopolistic practices, and...

13. Have their venture capitalists spy on entrepreneurs and copy their technology to be deployed by Google, or Facebook under a new name, and...

14. Have over 150+ fake "charity" and hidden shell corporation entities that conduit money to political interests that promise to increase the oligarchs stock market valuations, and...

15. Are financing and using Jeffrey Epstein's, NXVIUM and many other underage sex cult's, and...

16. Are an interstate Mafia-like criminal organization operating in violation of felony-class organized crime laws, and...

17. Have hired the largest number of K Street and Sacramento lobbyists and political manipulators in history, and...

18. Are connected to multiple suspicious deaths from Seth Rich, to Gary Conley, to Rajeev Motwani, and many more, and...

19. Have had their secret files hacked by the Feds ( https://www.cnbc.com/2020/07/30/apple-amazon-facebook-google-internal-emails-released-by-congress.html )  and Chinese and Russian hackers (offered for sale on the Dark Web), and… more...


**These are the top corrupt parties** (*the worst of the bunch*) that engaged in these crimes and/or acted as compensated operatives for the command and control of these attacks on citizens and abuses of government. Plaintiffs personally witnessed many of them do these crimes. An AI surveillance and monitoring dossier, on each of them, is updated weekly and every additional illicit deed they engage in is reported to authorities:

**(- A.J. Delaurio** – Defamation-for-sale blogger **\*\*)(- Abound Solar** - Criminally corrupt crony campaign finance front operation. (Terminated)**(- Adam Dachis** – Defamation-for-sale blogger**)** **(- Adam Weinstein** – Defamation-for-sale blogger**)(- Adrian Covert – Defamation-for-sale blogger \*\*)(- Adrien Chen** – Defamation-for-sale blogger**)(- Al Mottur and Manuel Ortiz, Brownstein Hyatt Farber Schreck \*\*)(- Alan Henry** – Defamation-for-sale blogger**)(- Albert Burneko** – Defamation-for-sale blogger**)(- Alex Balk** – Defamation-for-sale blogger**)(- Alexander Pareene – Defamation-for-sale blogger)(- Alexandra Philippides** – Defamation-for-sale blogger**)(- Allison Spinner** – Wife of Steve Spinner and lawyer at WSGR and Solyndra who helped Feinstein rig the Solyndra cash ((Under investigation. All assets being tracked and

537

terminated.**)(- **Allison Wentz** – Defamation-for-sale blogger)(- **Alphabet** - Privacy abuse, spy-on-the-public, Fake News election rigger, Clinton/DNC scheme financier, Possible Rogue spy agency operation (Under Federal and EU investigation) **)(- **Andrew Collins** – Defamation-for-sale blogger)(- **Andrew Magary** – Defamation-for-sale blogger)(- **Andrew McCormack**)(- **Andrew Orin** – Defamation-for-sale blogger)(- **Andy Barbour, Smith-Free Group **)(- **Andy Bechtolsheim** – VC, Tech Manipulator- **)(- **Aneesh Chopra**)(- **Angelica Alzona** – Defamation-for-sale blogger)(- **Anna Merlan – Defamation-for-sale blogger**)(- **Ariana Cohen** – Defamation-for-sale blogger)(- **Arnold Schwarzenegger** – Governor (Accused of political bribery and kickbacks; tax evasion, illicit deal organization with Russians And Silicon Valley VC's and more…)(- **Ashley Feinberg** – Defamation-for-sale blogger)(- **Austin Lau)(- Ava Gyurina** – Defamation-for-sale blogger)(- **Barack Obama** – Chicago politician and director of the tech mob bundlers **)(- **Barry Petchesky** – Defamation-for-sale blogger)(- **Bill Daley** – White House strong-arm (Forced to resign)(he is now under investigation) **)(- **Bill Gurley**)(- **Bill Lockyer** – Calif State finance head (Under investigation and sex scandal conflicts, charged with corruption by media. Assets and ownerships under investigation **)(- **Brendan I. Koerner** – Defamation-for-sale blogger)(- **Brendan O'Connor** – Defamation-for-sale blogger)(- **Brent Rose** – Defamation-for-sale blogger)(- **Brian Goncher** – Deloitte VC intermediary in the stock market rigging (He is now under investigation)(accused of political bribery and kickbacks; tax evasion, and more…**)(- **Brian Hickey** – Defamation-for-sale blogger)(- Brobeck Law Firm - Corrupt insiders for crony deals (Terminated)(- **Camila Cabrer** – Defamation-for-sale blogger)(- **Carl Gordon**)(- **Chad Hurley**)(- **Cheryl Sandberg** – Facebook boss, reports to Larry Summers **)(- **Choire Sicha** – Defamation-for-sale blogger)(- **Chris Jennings, Jennings Policy Strategies **)(- **Chris Mohney** – Defamation-for-sale blogger)(- **Chuck Brain, Capitol Hill Strategies Inc. **)(- **Civis Analytics** – Social manipulation group **)(- **Clover Hope** – Defamation-for-sale blogger)(- **Covington & Burling - Corrupt legal manipulations group** **)(- **Dan Tate Jr., Capitol Solutions**)(- **Daniel Cohen** – DOE Legal counsel who assisted in the Steven Chu scam (Sent packing/fired/forced to resign**)(- **Daniel Morgan** – Defamation-for-sale blogger)(- **Dark Money Group relay inside Google/Alphabet**)(- **David Axelrod** – White House strategist who helped stage the quid-pro-quo (Sent packing/fired/forced to resign)(he is now under investigation)(accused of political bribery and kickbacks; tax evasion, and more…**)(- **David Castagnetti **)(- **David Danielson)(- David Drummond** – Lawyer/Lobbyist– Google, bribes expert for DC and EU regions. Cheated on wife with Google employees. (Under investigation. Quail Road, Woodside, CA home bugged) **)(- **David Matthews** – Defamation-for-sale blogger)(- **David Mott**)(- **David Plouffe** – White House money packager. Arranged deals between VC campaign Donors; caught bribing Rahm Emanual (Forced to Resign. Under investigation) **)(- **David Prend**)(- **David Sacks**)(- **David Sandalow **)(- **Debbie Wasserman Schultz **)(- **Denis McDonough** – White

House adviser \*\*)(- **Diana Moskovitz** – Defamation-for-sale blogger)(- **Dianne Feinstein** – California politician with the largest corruption charges, Chinese spies and a huge hit-job operatives group. Tens of millions of dollars of stock market payola have passed through her family stock accounts \*\*)(- **Draper - Fisher** – VC firm (Campaign funder who received massive windfalls from Russian mining & Tesla start-up rigging) \*\*)(- **Eleanor Shechet** – Defamation-for-sale blogger)(- **Elizabeth Spiers** – Defamation-for-sale blogger \*\*)(- **Elizabeth Starkey** – Defamation-for-sale blogger)(- **Elon Musk** – CEO – Tesla (He is now under investigation & in multiple lawsuits for fraud)(accused of political bribery and kickbacks; tax evasion, and more… All of his personal assets, investments and portfolio holdings are under investigation  \*\*)(- **Emanuel Rouvelas, K&L Gates \*\*)(- Emily Gould** –  Defamation-for-sale blogger)(- **Emily Herzig** – Defamation-for-sale blogger)(- **Emma Carmichael** – Defamation-for-sale blogger)(- **Eric Holder** – Attorney General- DOJ (Forced to resign) - Placed in office by Covington & Burling, (Charged with staff & VC Protections and blockade of FBI and Special Prosecutor deployments in order to run the cover-up) \*\*)(- **Eric Paley)(- Eric Schmidt** – Owner- Google (He is now under investigation)(accused of political bribery, sex addiction abuse and kickbacks; tax evasion, and more…\*\*)(- **Eric Strickland** – Head of Auto Safety agency under DOT (Sent packing/fired/forced to resign)(he is now under investigation. Charged with cover-up of Tesla and GM auto dangers he had known about \*\*)(- **Erin Ryan** – **Defamation-for-sale blogger**)(- **Ethan Sommer** – **Defamation-for-sale blogger**)(- **Eyal Ebel** – Defamation-for-sale blogger)(- **Facebook** - Privacy abuse, spy-on-the-public, Fake News election rigger, Clinton/DNC scheme financier ( Failing, rapidly decreasing users and increasing fake ad stats disclosures \*\*)(- **Fisker** - Criminally corrupt crony campaign finance front operation. (Terminated)(- **Fred Graefe, Law Offices of Frederick H. Graefe \*\*)(- Fusion GPS** – Defamation and journalist bribery service \*\*)(- **Gabriel Burt)(- Gabrielle Bluestone** – Defamation-for-sale blogger)(- **Gabrielle Darbyshire** – Defamation-for-sale blogger and attack services director \*\*)(- **Gawker Media** – DNC/Clinton/Obama character assassination media tool (In Mid-Termination \*\*)(- **Georgina K. Faircloth** – Defamation-for-sale blogger)(- **Gerald Cassidy and Gregg Hartley, Cassidy & Associates \*\*)(- Gilman Louie** – VC, founder of IN-Q-Tel and corrupt NVCA finance black-lists \*\*)(- **Gizmodo Media** – DNC/Clinton/Obama character assassination media tool ( Failing, rapidly decreasing users and increasing fake ad stats disclosures  \*\*)(- **Goldman Sachs** – Financial packager (Suspected of staging most of the TARP/DOE deals for personal gain & insider payouts \*\*)(- **Google, Inc.** – Data harvesting company(Ran media attacks, stock market pump and dump PR hype and character assassinations)(accused of political bribery and kickbacks; tax evasion, and more…) (charged by EU, and most nations, with multiple abuses of the public. Has totally lost the trust of the public. Revenue loss increasing geometrically. \*\*)(- **Gregory Howard** – **Defamation-for-sale blogger**)(- **Greylock Capital** – Silicon Valley Insider trading operator and covert campaign financier (Under investigation \*\*)(- **Hamilton Nolan** –

539

Page 540  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

Defamation-for-sale blogger**)(- Hannah Keyser** – Defamation-for-sale blogger**)(- Harry Reid** – Senator- Solar factory guru, Congress lead (Accused of political bribery and kickbacks; tax evasion, and more…Forced out of Congress in shame **)(- Heather Deitrich** – Defamation-for-sale blogger **)(- Heather Podesta** - Heather Podesta + Partners with her husband, Tony. **)(- **Hillary Clinton** – Dynastic politician **)(- Hudson Hongo** – Defamation-for-sale blogger**)(- **Hugo Schwyzer** – Defamation-for-sale blogger**)(- Hunter Slaton** – Defamation-for-sale blogger**)(- **Ian Fette** – Defamation-for-sale blogger and Google, Gawker, Jalopnik, Match, Gizmodo media assassin **)(- **In-Q-Tel, Inc.** – Rogue CIA off-shoot associated with Eric Schmidt, Google, Elon Musk and the Cartel leaders. Ran "hit-jobs" on Silicon Valley VC adversaries and reporters (Sued, under investigation, exposed in multiple documentaries, under investigation for Cocaine trafficking. Removal of charity status demanded **)(- **Ira Ehrenpreis** – VC Campaign backer (He is now under investigation)(accused of political bribery and kickbacks; tax evasion, and more…) ( All of his personal assets, investments and portfolio holdings are under investigation **)(- **Irin Carmon** – Defamation-for-sale blogger**)(- **Ivanpah Solar** - Criminally corrupt crony Google campaign finance front operation. (In failure mode)**(- **Jack Lew)(- Jack Quinn, Quinn Gillespie & Associates)(- Jacque Littlefield** – Army tank private attack squad owner, VC, Dead**)(- Jalopnik** – Online defamation facade political publication. Pretends to be about cars but is DNC hit job rag **)(- **James Bronkema** – West Coast Money Man for David Rockefeller and Feinstein financier (Dead)**(- James Brown Jr** – Obamacare HHS Programming and Operations lead in California (Arrested for corruption)**(- **James J. Cooke** – Defamation-for-sale blogger**)(- James King** – Defamation-for-sale blogger**)(- **Jared Cohen** – Google boss, Israeli spy interface and international political manipulator - **)(- **Jawed Karim)(- Jay Carney** – White House press lead, now media hit man for Amazon (Forced to resign) **)(- Jeff Berman and David Russell, Bryan Cave.** Berman, the former delegate counter for President Obama's 2008 campaign **)(- Jeff Lieberman)(- Jeff Peck, Peck, Madigan, Jones & Stewart.** Once an aide to then-Sen. Joe Biden (D-Del.) on the Senate Judiciary Committee **)(- Jeffrey Zients **)(- Jennifer Ouellette** – Defamation-for-sale blogger**)(- Jeremy Stoppelman)(- Jerry Brown** – California politician with stock market owner-ships in all of the perps companies **)(- Jesse Oxfeld** – Defamation-for-sale blogger**)(- **Jessica Cohen** – Defamation-for-sale blogger**)(- Jesus Diaz** – Defamation-for-sale blogger**)(- **Jillian Schulz** – Defamation-for-sale blogger**)(- Jim Blanchard and Ilia Rodriguez, DLA Piper.** Blanchard, a former Democratic governor of Michigan, and Rodriguez, an ex-lobbyist for the Center for American Progress **)(- Jim Breyer –** VC and CIA intermediary who staged the NVCA as a tech funding black-list org to control Silicon Valley **)(- Jim Goetz)(- Jimmy Ryan, Elmendorf | Ryan)(- Joanna Rothkopf** – Defamation-for-sale blogger**)(- Joe Lonsdale** – VC, famous for rape and abuse scandal and domestic spying via Palantir **)(- Joe Rhodes** – White House shill and manipulator **)(- Joel Johnson, The Glover Park Group.** The former

Page 541  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

aide to Sen. Tom Daschle (D-S.D.) **)(- **Johanna Shelton** - Google's lobbyist **)(- **John Cook** – Defamation-for-sale blogger and director of media assassins group **)(- **John Doerr** – Owner – Kleiner Perkins. "Godfather" – Silicon Valley Cartel (He is now under investigation)(accused of political bribery and kickbacks; tax evasion, and more…)( All of his personal assets, investments and portfolio holdings are under investigation **)(- **John Goudie** - Florida mob boss, Christopher Columbus party scammer (arrested)(- **John Herrman** – Defamation-for-sale blogger **)(- **John Lindfors)(- **John Podesta** – White House adviser and master manipulator to drive stock pump and dumps **)(- **John Raffaelli, Capitol Counsel. **)(- **Jonathan Silver** – DOE VC (Sent packing/fired/forced to resign)(he is now under investigation. Shamed in media for epic failures **)(- **Jordan Sargent** – Defamation-for-sale blogger)(- **Joseph Keenan Trotter** – Defamation-for-sale blogger)(- **Josh Ackil and Matt Tanielian, Franklin Square Group.** With clients including Apple, Google and Intel, the two Democrats are among the elite lobbyists for Silicon Valley in Washington. **)(- **Josh Kopelman **)(- **Josh Stein** – Defamation-for-sale blogger)(- **Joshua Wright)(- **JP Gan)(- **Julia Allison** – Defamation-for-sale blogger)(- **Julianne E. Shepherd** – Defamation-for-sale blogger)(- **Julie Domenick, Multiple Strategies LLC.** Insider stock lobbyist **)(- **Justin Hyde** – Defamation-for-sale blogger)(- **Kamala Harris** – Crooked Senator directed by investment banker husband. Covered up death of Gary Conley and Hastings the reporter **)(- **Kate Dries** – Defamation-for-sale blogger)(- **Katharine Trendacosta** – Defamation-for-sale blogger)(- **Katherine Drummond** – Defamation-for-sale blogger)(- **Kathy Zoi** - Dept of Energy corruption suck up **)(- **Keith Rabois** - Corrupt VC **)(- **Kelly Stout** – Defamation-for-sale blogger)(- **Ken Alex** – Political scheme adviser to Jerry Brown **)(- **Ken Duberstein and Marti Thomas, The Duberstein Group.** Duberstein was floated as a candidate for Obama's chief of staff before the president chose Bill Daley, while Thomas is a Democratic vet who worked in the Clinton Treasury Department. **)(- **Ken Howery** – Corrupt VC **)(- **Kenneth Kies, Federal Policy Group)(- **Kerrie Uthoff** – Defamation-for-sale blogger)(- **Kevin Draper** – Defamation-for-sale blogger)(- **Kleiner Perkins** – Campaign funding VC who (Received massive windfalls from Russian mining & tech start-up rigging. Sued. Under investigation. All assets being tracked  **)(- **Lacey Donohue** – Defamation-for-sale blogger)(- **Lachlan Seward** – Energy Department gatekeeper, dirty schemes operator for Steven Chu **)(- **Larry O'Brien, OB-C Group.** O'Brien is one of the most potent Democratic fixers in the country and has a personal connection to Fusion GPS and Google insider deals **)(- **Larry Page** – Google Boss, technology thief and covert political campaign financier **)(- **Larry Summers** – VC and Facebook covert boss to Sandberg **)(- **Licy Do Canto, The DoCanto Group)(- **Lisa Kountoupes, Kountoupes Consulting)(- **Lloyd Craig Blankfein** – VC and Sachs boss **)(- **Lucy Haller** – Defamation-for-sale blogger )(- **Luke Malone** – Defamation-for-sale blogger )( - **Luke Nosek )(- **Madeleine Davies** – **Defamation-for-sale blogger** )(- **Marc Andreessen** - Corrupt VC and attack specialist **)(-

541

Page 542  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

**Margaret Sullivan** – VC, USAID Boss, Tom Steyer's partner and Hillary Clinton best friend, intended Scty of State if Tom Steyer wins Presidency **)(- Mario Aguilar** – Defamation-for-sale blogger **)(- Mario Rosatti** – VC and insider lawyer, covert political campaign finance specialist ** **)(- Mark Isakowitz, Fierce, Isakowitz and Blalock ** )(- Mark Kadesh,** Kadesh & Associates. Kadesh, once chief of staff to Sen. Dianne Feinstein (D-Calif.), has an A-list of California Silicon Valley ANTIFA-like clients ** **)(- Mark Zuckerberg** – Sociopath Facebook Boss who has lied to Congress over and over ** **)(- Martin LaGod** - Firelake VC and political manipulator ** **)(- Marty Paone, Prime Policy Group ** )(- Mary Meeker** – Corrupt politicizing VC ** **)(- Matt Hardigree** – Defamation-for-sale blogger **)(- Matt Novak** – Defamation-for-sale blogger **)(- Matt Rogers** – VC and pass-through conduit ** **)(- Max Levchin** - Corrupt VC ** **)(- Mckinsey Consulting** – The firm you hire to rig white papers and insider hires in government positions for the Palo Alto Mafia ** **)( - Megan Smith )(- Melissa Schulman, The Bockorny Group ** )(- Michael Ballaban** – Defamation-for-sale blogger **)(- Michael Dobbs** – Defamation-for-sale blogger **)(- Michael Eisenberg )(- Michael Moritz** - Corrupt VC **)( Michael Spinelli** – Defamation-for-sale blogger **)(- Mikey Dickerson )(- Mitch Feuer and Robert Griner,** Rich Feuer Group. Goldman Sachs lobbyist ** **)(- Mohammed Nuru** - San Francisco Public Works Boss, Arrested For Corruption, Sleeps with SF Mayor **)(- Morrison and Foerster** - Lawyers to the corrupt Sandhill Road mob bosses** **)(- Nancy Pelosi** – California politician with one of the biggest stock market kick-back funds in America ** **)(- Nathan Parker )(- Neal Ungerleider** – Defamation-for-sale blogger **)(- Neerag Agrawal )(- Nicholas Aster** – Defamation-for-sale blogger **)(- Nicholas Guido Denton** – Defamation-for-sale blogger and head of the Gawker, Gizmodo, Jalopnik sleaze tabloid empire and specialist in young boys ** **)(- Nick Allard, Thomas Hale Boggs Jr., Micah Green, Jonathan Yarowsky and Edward Newberry, Patton Boggs ** )(- Omar Kardoudi** – Defamation-for-sale blogger **) (- Owen Thomas –** Defamation-for-sale blogger **)(- Patrick George** – Defamation-for-sale blogger, Soros shill and Character Assassination operative ** **)(- Patrick Laffoon** – Defamation-for-sale blogger **)(- Patrick Redford – Defamation-for-sale blogger )(- Perkins Coie** – Campaign cash conduit law firm ** **)(- Peter Fenton )(- Peter Thiel** – Corrupt VC and Elon Musk boyfriend ** **)(- Pierre Omidyar** – Defamation-for-sale bloggers financier and owner of Ebay ** **)(- Rahm Emanuel** – White House boss and corruption scheme architect ** **)(- Raj Gupta – McKinsey Associate And VC, (Arrested)(- Rakesh Saxeena** – Canadian in-house arrest, arms dealer, western political packager (arrested)**(- Ray Lane** – Tax Evading VC ** **)(- Reid Hoffman** – VC and sex.com partner with Gary Kremen and financier of BLM riots ** **)(- Rich Gold, Kathryn Lehman and Gerry Sikorski,** Holland & Knight ** **)( - Rich Juzwiak** – Defamation-for-sale blogger **)(- Richard Blakely** – Defamation-for-sale blogger **)(- Richard Blum – VC and director/husband of Dianne Feinstein ** )(- Richard Rushfield –** Defamation-for-sale blogger **)(- Rick Kessler** - Dow Lohnes Government Strategies ** **)(-

542

**Robert Finger** – Defamation-for-sale blogger **)(- Robert Gibbs** – White press office head attack dog ** **)( - Robert Raben, The Raben Group** - Helped cover up Clinton crimes at DOJ ** **)(- Robert Sorokanich** – Defamation-for-sale blogger **)- Robert Van Heuvelen, VH Strategies ** )(- Roelof Botha )(- Rory Waltzer** – Defamation-for-sale blogger **)(- Rosa Golijan** – Defamation-for-sale blogger **)(- Russel Simmons )(- Ryan Brown** – Defamation-for-sale blogger **)(- Ryan Goldberg** – Defamation-for-sale blogger **)(- Sam Faulkner Biddle** – Defamation-for-sale blogger, Runs a large part of the Antifa blog programs ** **)(- Sam Woolley** – Defamation-for-sale blogger **)(- Samar Kalaf** – Defamation-for-sale blogger **)(- Sander Lurie - SNR Denton ** )(- Sandi Stuart - Clark & Weinstock )(- Sanjay Wagle – VC )(- Sarah Ramey** – Defamation-for-sale blogger **)(- Scott Shleiffer )(- Sergy Brin** – Google boss, sex addict and oligarch ** **)(- Shannon Marie Donnelly** – Defamation-for-sale blogger **)(- Shep McAllister** – Defamation-for-sale blogger **)(- Solyndra Solar Company** – FBI raided corrupt Clean Tech company invested in by Feinstein family (terminated)**(- Sophie Kleeman** – Defamation-for-sale blogger **)(- SpaceX** – Elon Musk company that Obama gave part of NASA to in exchange for campaign conduits, most of their work is satellites that spy on the public ****)(- Stephen Totilo** – Defamation-for-sale blogger )(- **Steve Chen** )(- **Steve Jurvetson** – VC embroiled in sex abuse charges and money laundering investigations ** **)(- Steve McBee,** McBee Strategic ** **)(- Steve Perry and Andy Wright,** Dutko Grayling **)(- Steve Rattner** – White House car czar, indicted for stock fraud ** **)(- Steve Spinner** – Energy Department manipulation expert, Wife was Solyndra's lawyer ** **)(- Steve Westly – VC ** )(- Steven Chu** – Secretary of Energy – The most corrupt in US history ** **)(- Tamar Winberg – Defamation-for-sale blogger )(- Taryn Schweitzer – Defamation-for-sale blogger  )(- Taylor McKnight** – Defamation-for-sale blogger **)(- Ted Schlein )(- Tesla Motors** – Car Company that is used to conduit money to political campaigns ** )(- **The Groundwork** – Social manipulation group **)(- Thomas Jolly, Jolly/Rissler ** )(- Thorin Klosowski** – Defamation-for-sale blogger **)( - Tim Draper** – VC and Tesla stock manipulator ** **)(- Tim Marchman – Defamation-for-sale blogger )(- Timothy Burke** – Defamation-for-sale blogger **)(- Tobey Grumet Segal – Defamation-for-sale blogger )(- Todd Park – IT manipulator inside White House ** )(- Tom Ley – Defamation-for-sale blogger )(- Tom O'Donnell,** Gephardt Government Affairs **Group ** )(- Tom Perkins** – KPCB Palo Alto Mafia founder (dead)**( - Tom Scocca – Defamation-for-sale blogger )( - Tom Sheridan, The Sheridan Group. **)(Tom Steyer** – VC obsessed with political manipulation and Hillary financier ** **)(- Tomorrow Ventures –** Social manipulation group ** **)(- Tony Podesta,** Podesta Group ** )(- **Veronica de Souza** – Defamation-for-sale blogger **)(- Victor Fazio, Joel Jankowsky, Scott Parven and Bill Paxon, Akin, Gump ** )(- Viktor Vekselberg** – Russian business entity who likes to meddle ** **)( - Vinod Khosla** - VC and political manipulator ** **)(- Wes Siler** – Defamation-for-sale blogger **)(- William Haisley – Defamation-for-sale blogger )( - William Turton – Defamation-for-sale**

543

blogger )(- **The Wilson Sonsini Insider Partner Staff Club \*\***  )(- **Wilson, Sonsini, Goodrich and Rosatti \*\***  )

These parties, above, are the crooks under deep surveillance by the public and targeted for 100% legal termination and exposure. Federal agencies and citizen sleuths are asked to fully prosecute them! San Francisco and Silicon Valley can't go bankrupt fast enough to make everyone happy about the downfall of these corrupt empires! these people are the dark core of the entity known as "*The Deep State*", aka, "*The Commission*", aka, "*The Silicon Valley Mafia*", aka "*The Paypal Mafia*", et al.

**Most of the people listed above paid and/or took bribes!**

There are over 320 million people in America and the handful of people listed above ruined Democracy for every one of them by manipulating the government for their personal profits at the expense of every taxpayer!

Victim: *" ...Without breaking a single law, we are hunting down and destroying every single one of the scumbags who attacked us and destroyed Democracy for their own power mongering, sex cult-driven, sick profiteering schemes...These crooks need to know, with certainty: if the FBI doesn't get you - we and the crowd-sourced public forensics groups will!..."*

Join the "FOLLOW-THE-MONEY" Team and learn 100% legal CIA and FBI-class tactics and technologies which are being used to track why these people are all connected by covert financial and asset tracks. Extensive case files and dossiers on each party, below, are available in torrents globally. These people knowingly engaged in these crimes, attacks and illicit activities! ** = The worst ones. They share a cadre of dirty CPA, legal and lobbyist firms that assist them with their dirty work and run the interface between Fusion GPS, Black Cube, Media Matters, Gizmodo and other hit-job services.

Follow-the-money, the surveillance data, the stock market accounts, the sex workers and the emails! These people don't do "good deeds" or help their nation. They do dirty schemes to help themselves make money off of citizens and destroy their competitors because they would rather cheat than compete!

This is who financed and operated the attacks. They operate illicit manipulations and anti-trust violations. Free-roaming automatic AI bots are out working around-the-clock scanning every database to connect their bribes, payola, stealth funds, tax evasions, money-laundering, sex trafficking and other illicit deeds.These are the ones that everyone is working on exposing, indicting and TAKING DOWN!

544

**Court Statement By One Of Many Victims:**

*"... Plaintiffs were attacked with a $30 million dollar+ retribution/political-reprisal/revenge hatchet-job program contracted by White House and Department of Energy political operatives, their appointees and staffing. Plaintiffs have sourced the payment records evidence to prove it. Those public officials illegally used taxpayer-financed government funds and they were also business competitors of my peers and I. They are mad because they got caught doing crimes with taxpayer funds...There is, now, no legal or historical-fact question about the veracity of the proof that public officials put "hit-jobs" on reporters, whistle-blowers or competitors using government resources to do so. In fact, today, the U.S. Congress is spending nearly a third of it's time on the question of agencies being used as reprisal operations....famous senators, their Silicon Valley oligarch financiers and their associates run a felony-class organized crime insider-trading scam that abuses taxpayers and sabotages competing businesses at the expense of the public treasuries.*

*This is about a group of U.S. Senators, Silicon Valley Oligarchs, Detroit Oligarchs, Crooked Law Firms and Lobbyists who commit crimes in order to manipulate over a trillion tax dollars into their, and their friends pockets. They use media monopoly tricks to try to shut out any other viewpoints. They push manufactured "emotional trigger" issues that they believe will get more tax money allocated to "issue solutions" that they, and their friends, happen to already own the monopolies for. They are felons yet they control some of the offices of the agencies who are supposed to arrest them. Silicon Valley bought K Street lobby firms and U.S. Senators, gave them more 'Dark Money' than history has ever seen and then had giant tech-law firms bribe, hit-job and blockade any attempts to arrest them...The U.S. Government hired us, paid us part of Plaintiffs money, then asked us to spend Plaintiffs life savings and years of Plaintiffs time on THEIR federal project based on their lies and false-promises. Then they took the assets we were asked to invest, plus the money they owed us, and gave it to their friends. When we complained to the FBI, Congress and the SEC, they hired Fusion GPS-like companies to run "hit-jobs" on us and threaten Plaintiffs lives.*

*WE WERE LIED TO AND DEFRAUDED BY GOVERNMENT AGENCIES. THEY TOOK Plaintiffs MONEY AND USED US, AND Plaintiffs PEERS, AS A SMOKE-SCREEN TO HIDE THEIR CRONY PAYOLA CRIME THAT PUT TAXPAYER CASH IN THEIR FRIEND'S POCKETS...Plaintiffs have received ZERO justice and ZERO compensation for Plaintiffs damages, Plaintiffs time, Plaintiffs witness testimony and Plaintiffs help provided to the authorities! Plaintiffs demand Plaintiffs compensation from the State And Federal*

*authorities! Neither I, Plaintiffs peers or the voters will ever let this go until we receive justice!..."*


-----------------------------------------------------

**Key points of note in the San Francisco Bay Area RICO racketeering case:**

- These Jeffrey Epstein-LIKE ( https://www.netflix.com/title/80224905 ) crooks include senators, technology ceo's and famous sand hill road venture capitalists. those suspects have engaged in the largest sets of bribes in u.s. history! don't let these silicon valley sex-trafficking, bribing, racist, misogynist, tax-evading, money-laundering, black-listing, felony criminals get away with it!

- The Flynn Case ( https://www.trunews.com/article/former-intel-chiefs-flynn-destroyed-by-cia-nsa-hit-job ), The Strzok Case ( https://www.washingtonexaminer.com/news/peter-strzoks-wife-discovered-lisa-page-affair-on-his-phone-doj-reveals ), The Solyndra Case ( https://www.judicialwatch.org/corruption-chronicles/fed-audit-confirms-govt-corruption-in-solyndra-deal/ ), The GOOGLE Corruption Cases, ( https://www.wsj.com/articles/justice-department-state-attorneys-general-likely-to-bring-antitrust-lawsuits-against-google-11589573622 ) The 200+ Silicon Valley Cases ( https://www.technewsworld.com/story/85141.html ) and MORE, prove that White House ( https://www.allsides.com/news/2020-05-14-0636/obamagate-isn-t-conspiracy-theory-it-s-biggest-political-scandal-Plaintiffs-time-and ) officials weaponized federal intelligence and services staff and used federal agencies to put hit-jobs on citizens, as anti-trust violating reprisal/revenge vendettas, on orders from their Silicon Valley ( https://en.wikipedia.org/wiki/High-Tech_Employee_Antitrust_Litigation ) campaign financiers. Billionaires and their companies like Tesla, Google, Facebook, Solyndra, Netflix, etc., got kick-backs, government contracts, monopolies and tax evasion perks for their quid-pro-quo! In the current and previous "emergency stimulus bills", under the guise of "it's an emergency, give us all the money", Congressional leaders took taxpayer funds and put the money and stock market perks in their family bank accounts, while sabotaging their business competitors. The Congressional hearings have proven it!

- "Plaintiffs witnessed a series of felony corruption crimes ( http://american-corruption.com/AAFINAL-DOE-Loan-Guarantees-Report%20-%20THE%20CLEANTECH%20CRASH%20ENERGY%20DEPT%20SLUSH%20FUND.pdf ) , mind numbing cronyism, and political payola using insider trading ( http://american-corruption.com/GOOGLE_FEDERAL_COMPLAINT_NOTES_2020.html )

546

and we reported those crimes. In exchange we got hit-jobs (  https://gawker-media-attacks.weebly.com/  ) , cover-ups, de-funding, rights-blockades, harassment and ZERO JUSTICE from public officials!"

- News reports (  https://thenationalpulse.com/politics/biden-black-lives-matter-defund-the-police/  ) have now revealed (  https://theconservativetreehouse.com/2020/06/11/exploited-again-financial-contributions-to-black-lives-matter-are-being-funneled-to-biden-campaign/?utm_source=whatfinger  ) that the Silicon Valley oligarchs are funding and creating ( https://www.investmentwatchblog.com/here-is-the-employee-chart-for-actblue-charities-the-company-that-receives-every-dollar-raised-via-the-black-lives-matter-website/?utm_source=whatfinger ) the BLM riots and street ruckus in order to get even more political donations for election manipulations. These are the same Stanford elitists that ran the Cleantech Crash scam. They don't care about the environment, racism or anything but their stock market accounts. They only care about killing off their competitors and they use "green-washing" to cover their crimes. You can find a list of their names at the bottom of this document. They have thousands of operatives like Steve Spinner, David Plouffe, Sid Blumenthal, Nick Denton, etc. that launder hundreds of millions of dollars through a vast number of PAC's and fake 'charities'. This mob had the idea to: "*control all information and manipulate politics for the benefit of their bank accounts*"

- Public forensic investigations are bringing hell (  http://american-corruption.com/HOW%20TO%20DESTROY%20ANY%20CORRUPT%20COMPANY%20OR%20PERSON%20ON%20EARTH%20WITH%20TOTALLY%20LEGAL%20TACTICS.pdf  ) to every big tech crook involved in this scheme, for the rest of their lives, until they are brought to justice. These crooks are now under surveillance ( http://american-corruption.com/EXPOSING_CORRUPT_OLIGARCHS.html  ) and investigation (  https://www.centreforpublicimpact.org/case-study/fbi-virtual-case-file-system/  ) by the public, and they are being exposed, doxed, reported and FBI-charged. Disclosure dossiers (  https://legalbeagle.com/8546756-write-official-case-file.html  ) have been produced on every single one of the top 200 culprits! ( http://american-corruption.com/EXPOSE_THE_MOBSTERS.html  ) Global citizen social media and news out-reach programs ( http://american-corruption.com/ANTI_CORRUPTION_BATTLE_ON_BEHALF_OF_AMERICAN_CITIZENS.html  ) contact hundreds of thousands of voters per day. By the time the next elections get here, EVERYBODY ( http://american-corruption.com/EXPOSING_CORRUPT_OLIGARCHS.html  ) will know about this corruption and EACH ( http://american-corruption.com/EXPOSING_CORRUPT_OLIGARCHS.html  ) of the

perpetrators by name! If you have a computer YOU have the tools to investigate them just like the FBI does.

- Plaintiffs saw criminal actions including bribes, insider trading, etc., that Plaintiffs politicians engaged in, and got no help, no responses and no provision of Plaintiffs Constitutional rights so we are forced to rely on citizen crowd-sourcing of investigations and mass social media out-reach for justice! ( https://finance.townhall.com/columnists/maritanoon/2012/11/25/exclusive-doe-corruptionappointed-and-elected-officials-should-face-prison-time-n851724 )

- The 2008 Department of Energy Cleantech Crash proves that a federal agency was used as just one big slush-fund to pay-off political campaign financiers, operate insider-trading stocks and sabotage those financiers competitors using taxpayer-financed resources! Plaintiffs have used private investigator, FBI resources and deep AI research to reveal that all government staff working on Plaintiffs application were getting quid-pro-quo...they were on the take. (Can anyone point out to us EVEN ONE person who was in the DOE/White House loop who was not working for, invested in, getting a future job from or other wise conflicted?) What do you do when The U.S. Government convinces you to invest millions of dollars, and your life, into one of their projects. Then their project turns out to be a scam where they had covertly hard-wired the upside to a couple of Senator's and their campaign financier friends. The fix was in and the game was rigged to use a government program as a slush-fund for friends-with-benefits. Plaintiffs, and the public, got defrauded. Now the damages must be paid for, one way, or another. Every one of the insiders who did get government funding got it in the exact same size and order as their covert political campaign funding and stock market bribes to the deciders. Chamath Palihapitiya and other Silicon Valley insiders have now exposed the fact that Greylock, Kleiner, etc. are just a VC Ponzi Scheme! in this whole mess.
( https://www.cbsnews.com/news/cleantech-crash-60-minutes/ )
( http://american-corruption.com/EXPOSE_THE_MOBSTERS.html )
( https://www.youtube.com/watch?v=NVVsdlHslfI )


- Elon Musk got government money by bribing public officials and stacking hundreds of his friends and shareholders, ie: Steven Chu, Matt Rogers, Steve Westly, Steve Spinner's 'special friend', investor Google's employees, etc. on the staff of the Department of Energy and in the White House. In other words, hundreds of Elon Musk's friends and financiers from Silicon Valley (Mostly from his investor: Google) were placed in the very offices that decided if he got the government funds. Plaintiffs have FBI-class records, financial tracking, emails, stock market relay records and other forensic data that proves it. Plaintiffs can swear, warrant, certify and prove these assertions in front of Congress in a live Congressional hearing or Civil Jury trial,

Page 549  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

given non-compromised legal backing. Musk bribed Senators, bought a President and had his buddies take over most of the Department of Energy. Lithium metals, ( https://lithium-ion.weebly.com/ )  and other rare earth mining materials, are monopolized by Elon Musk and his Silicon Valley Cartel, in rare-earth corrupt mining scams. Lithium's widespread use in cars is hindered (  https://www.hackernoon.com/dangers-li-ion-batteries-might-aware-4960f2f75ae7  ) by a challenging obstacle: upon multiple charge-discharge cycles, fractal filaments called dendrites  ( https://www.pressconnects.com/story/news/2020/01/21/lithium-batteries-everywhere-dangerous-what-know-rochester-binghamton/4480496002/ )  always grow through the electrolyte from the negative to the positive electrode and short-circuit the battery ( https://batteryuniversity.com/learn/article/safety_concerns_with_li_ion  ) from the inside, thus guaranteeing that Tesla Cars (  https://www.livescience.com/62179-tesla-fire-cleanup-danger.html  ) will eventually all explode (  https://www.wired.com/2017/03/dont-blame-batteries-every-lithium-ion-explosion/ ) . Musk and Panasonic have known this since 2007 (They are "dumping" the batteries via Tesla) and have paid U.S. Senators, who own stock in Tesla, to cover it up. The lithium fires and toxic vapors are a major safety concern because they have killed, poisoned and injured too many citizens. Musk gets away with his scams because he pays U.S. Senators bribes with stocks in his corporations and has a thousand crooked Goldman Sachs investment bankers selling his hair-brained schemes to your parents pension funds. Musk's partners created the government policy to sell pretend air, known as carbon credits. He makes $200M per year selling this pretend air. It is like you getting paid to sell your farts based on the hope that you might eat some beans some day. Musk's big bucks don't come from selling cars but from government mooch schemes.

( https://www.nbcnews.com/health/health-news/battery-behind-dangerous-deadly-e-cigarette-explosions-n1032901 )

( https://eandt.theiet.org/content/articles/2016/10/lithium-ion-batteries-found-to-produce-toxic-gases/ )

( https://www.visiontimes.com/2019/02/15/dangers-of-lithium-ion-batteries.html )

- Plaintiffs have formally asked the FBI and DOJ to investigate, engage in surveillance upon and interview attackers: Nicholas Guido Denton, John Hermann, Ian Fette, Adrian Covert, Patrick George, John Cook, Larry Page, Eric Schmidt, David Drummond, David Axelrod, David Plouffe, Lachlan Seward, Jay Carney, Robert Gibbs and their associates and determine how they were compensated for the attacks, who had command and control of their actions and who acted as a conduit for the funds. These people bribed government officials, sold Plaintiffs government and Democratic process like they were running a garage sale and used taxpayer-funded resources to attack anyone who reported the crimes involving their Tech Cartel! Their emails, text

messages, stock market accounts, bank accounts, paypal accounts and social accounts prove what they were up to!

-------------------------------------------------------

# A Previous Sent Letter To William Barr, Attorney General For The United States Of America Via Certified Mail And Email:

*"….Plaintiffs filed a federal Tort Claim 'Form 95' for damages and were informed by federal insiders that the claim was being stone-walled. Plaintiffs need to take deeper legal action against the government entities that caused the damages. Those damages are metricized in the seven to nine figures and proven by forensic data.*

*Plaintiffs, and Plaintiffs peers, have filed claims and reports with every law enforcement and regulatory entity we know of and testified for a number of them. My co-investors filed lawsuits and won in federal court on the proof that a government entity engaged in favoritism and quid-pro-quo but I have yet to receive any damages cash as I was an interested party in those other cases. My lawyer now works for you so he is conflicted out from helping us on this case any further.*

*After completing a federal contract, to perfection, to build America's next generation energy and transportation technologies, Plaintiffs team were promised a factory contract, and funding, to deliver these low-cost, hyper-efficient, job-building, clean solutions to every American.*

*It turns out, we were lied to and defrauded. My associates found out that crooked politicians had secretly arranged to give Plaintiffs money and contracts to their best friends. That is a felony crime that abuses quite a few State and federal RICO, Anti-Trust laws, Quid-Pro-Quo laws, the public and the roots of Democracy..*

*Plaintiffs found out, thanks to FBI, OSC, GAO, OMB and private investigators, that the jurisdictional Senators and related politicians were engaged in corruption in partnership with a specific group of Silicon Valley tech oligarchs, now under investigation by various agencies of the U.S. Government.*

*Investigators have not found a single political entity in this case  who was not either: financed by, friends with, sleeping with, dating the staff of, holding stock market assets in, promised a revolving door job or government service contracts from, partying with, personal friends with, photographed at private events with, making profits by consulting for, exchanging emails with,*

*business associates of or directed by; one of those business adversaries, or the Senators and politicians that those business adversaries pay campaign finances to, or supply political search engine manipulation services to.*

*In other words, the FBI found that the politicians that were supposed to represent and protect us were the owners, financiers and beneficiaries of Plaintiffs local and national competitors. Plaintiffs would be delighted to sit down with you at Plaintiffs regional FBI office to go over the connections and crimes with you and the senior FBI staff again.*

*Plaintiffs were lied to by government representatives who said we could make "hundreds of millions of dollars in sales profits and carbon credits sales" if we invested millions of dollars of Plaintiffs resources and years of Plaintiffs lives in America. Plaintiffs were induced to invest. Plaintiffs invested, but those representatives secretly knew they had already hard-wired the funds to Plaintiffs competitors. Plaintiffs competitors made hundreds of millions of dollars at Plaintiffs expense!*

*Those "representatives" were Senators and government agency bosses who were financed by, friends with, sleeping with, dating the staff of, holding stock market assets in, promised a revolving door job or government service contracts from, partying with, personal friends with, photographed at private events with, making profits by consulting for, exchanging emails with, business associates of or directed by; one of those business adversaries, or the Senators and politicians that those business adversaries pay campaign finances to, or supply political search engine manipulation services to.*

*Plaintiffs product and services metrics beat those of every other competitor. Plaintiffs won on every comparison item except we refused to pay the bribes and cooperate with the illegal quid-pro-quo demands.*

*Plaintiffs found that mega-insider law firms operate a cartel of political appointee placements via quid-pro-quo deals, black-lists and manipulation of public policy and policy decisions via covert perks and payola schemes.*

*Plaintiffs found out how insider stock trading between politicians and tech companies is the largest form of corruption in America.*

*Plaintiffs found out who the top 200 dirty politicians, corrupt investment bankers and tech oligarchs were that operated the scheme. Plaintiffs found out thanks to some FBI, GAO, Congressional and Media investigators. The evidence and financial tracking software proves it. The quid-pro-quo tracks back to each and every one of their stock market, i-bank and estate accounts.*

Page 552  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

*Plaintiffs issues are headline news every day. Nobody can doubt the veracity of Plaintiffs claims since they read about the exact same things in the news every morning.*

*How might you help me, personally, recover my monies for the damages from fraud, interference and other losses?...”*

-------------------------------------------------------

Plaintiffs have asked the FBI, OSC, SEC and FTC to investigate the fact that the executives and investors of Google, YouTube, Facebook, Tesla, Netflix, Linkedin, and their owned politicians, run an organized criminal stock market and public policy manipulation racketeering cartel.

These tech oligarchs have been documented meeting and conspiring to harm others, that they compete with, using mobster-type tactics and methods. That is a FELONY violation of federal RICO laws.

Plaintiffs elected officials owned portions of these companies, were financed by these companies, allowed these companies to write laws they presented to Congress, slept with the staff of these companies, exchanged staff with these companies, had media manipulated on their behalf by these companies and engaged in other illicit deeds with these companies

------------------------------------

**Per The United States Congress, The FBI and the FTC: The Previous High-Tech Antitrust Black-Listing Litigation** is a United States Department of Justice (DOJ) antitrust action and a civil class action against several Silicon Valley companies for secret collusion agreements which targeted high-tech employees. This case was one of the most famous federal lawsuits in Silicon Valley. Scam fronts for Silicon Valley oligarchs are being exposed daily.

( https://en.wikipedia.org/wiki/United_States_Department_of_Justice )

( https://en.wikipedia.org/wiki/Antitrust )

( https://en.wikipedia.org/wiki/Class_action )

( https://en.wikipedia.org/wiki/Silicon_Valley )

( https://www.politico.com/news/2020/05/05/americans-progressive-action-super-pac-fake-234316 )

552

Page 553  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

**The tech Cartel is evil because:**

**they steal any technology they desire;**

( https://thebaffler.com/latest/mouthbreathing-machiavellis )


**they run a prostitution ring and sexually extort young women and interns in Silicon Valley;**

( https://www.vanityfair.com/news/2018/01/brotopia-silicon-valley-secretive-orgiastic-inner-sanctum )

( https://www.mercurynews.com/2017/07/09/silicon-valley-reeling-wake-sexual-harassment-storm/ )


**they are 'rape culture' take-what-they-want misogynists;**

( https://www.nytimes.com/2017/07/03/technology/silicon-valley-sexual-harassment.html )

ageists and racists as their history of abuses has proven;

( https://www.digitaltrends.com/mobile/google-gender-and-ethnic-demographics-statistics/ )


**their Palo Alto Cartel operates AngelGate-type collusion and *stock market insider trading schemes that harm independent business and the public*;**

( https://en.wikipedia.org/wiki/Angelgate )

( http://american-corruption.com/Pelosi_Clan_Owned_By_China.html )


**their Cartel ran the "no poaching" CEO ring which was class-action sued by DOJ and tech workers; 90% of their divorce court files reveal horrific abuses and sex trafficking;**

( https://www.theguardian.com/technology/2016/aug/12/gurbaksh-chahal-silicon-valley-domestic-assault-sentence )

( https://www.news.com.au/finance/tech-titan-michael-goguen-of-sequioa-capital-kept-amber-baptiste-as-a-sex-slave-for-13-years/news-story/91012180fc3b23d50c1e6be8105c92e7 )


553

Page 554  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

**They have an army of lobbyists that pay cash, stock market and revolving door bribes to U.S. Senators;**

( https://www.theguardian.com/technology/2017/sep/03/silicon-valley-politics-lobbying-washington )

( https://globalanticorruptionblog.com/2014/10/28/corruption-and-the-revolving-door-recent-discussions-and-further-reflections/ )


 **They can even evade FBI & SEC investigations; They hire women to act as 'trophy wives' and 'beards';**

( https://www.forbes.com/2008/07/11/billionaire-wives-club-biz-billies-cx_cv_0711billiewives_slide.html )

( https://www.axios.com/silicon-valley-sex-party-was-at-steve-jurvetsons-home-1515699374-132b7731-3e58-4727-bc6a-48e5c234a3e5.html )

**they have lobbyists rig the U.S. Patent Office in order to block inventor patent rights because they are using stolen technologies;**

( https://www.usinventor.org/ )

 **they have been caught on video and recordings beating, kicking and harming women hundreds of times;**

( https://www.theguardian.com/technology/2016/aug/12/gurbaksh-chahal-silicon-valley-domestic-assault-sentence )

**They have bought up all of the Tier-One tech law firms and order them to black-list, and never help, those who seek equal tech rights;**

( https://www.nolo.com/legal-encyclopedia/free-books/employee-rights-book/chapter10-9.html )

**they collude to abuse your privacy and make databases on the public for political control; they have to cheat to compete because they are only good with spread sheets instead of innovation; They run black-lists, character assassination attacks, collusion and other anti-trust violating acts in violation of RICO laws.**

**Silicon Valley has become the largest assemblage of douche-bags and yuppie frat boy criminals in human history.**

( https://www.jobsforfelonshub.com/locations/jobs-for-felons-in-palo-alto-california/ )

554

Page 555  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

Theranos **is not the exception, it is the standard. Tesla, Google, Theranos, Plaintiffswork, Facebook are lies backed by famous political insiders to protect their insider trading and covered-up by fake news operators. They are also fronts to fund political campaigns via the ill-gotten profits from their endeavors.**

( http://american-corruption.com/department_of_energy_financing.html )

( https://senatestockwatcher.com/ )

**When the bad guys, and their lap-dog politicians, attack you because your products are better than theirs they are proving that they are frat boy scumbags, from Stanford and Yale, that operate in a little pack, like dogs! Their Sandhill Road operation should be raided by the FBI! The best thing that could come from the COVID pandemic is that they all are forced into bankruptcy!**

( https://www.nationalreview.com/2016/06/stanford-rape-case-hook-culture-root-campus-sexual-assault-problem/ )

**When your Senator holds stock market shares in companies that exist to profit on the backs of consumers, via corruption, then it is impossible for that Senator to ever do anything but be corrupt!**

( https://www.cbsnews.com/news/congress-trading-stock-on-inside-information/ )

( https://www.tampabay.com/florida-politics/buzz/2020/04/22/donna-shalala-lone-democrat-overseeing-500b-virus-fund-failed-to-disclose-2019-stock-sales/ )

**Plaintiffs have reported this in writing to winklerm@sec.gov, sanfrancisco@sec.gov and 30+ other federal officers but have yet to see Plaintiffs whistle-blower rewards...or any action! Do you wonder how big politician insider stock trading is? Take a look at how many TRILLIONS of dollars pass through the stock markets annually and then look at the reported, AND UNREPORTED, securities holdings of famous U.S. Senators and government agency staff. That is what Seth Rich and the people in the "_In Memory Of_" section, below, were disclosing. These are massive crimes!**

(

http://american-corruption.com/ANTI_CORRUPTION_BATTLE_ON_BEHALF_OF_AMERICAN_CITIZENS.html )


The crooks at Google, Facebook, Tesla, Linkedin, Netflix, etc., broke felony laws and the basic principles of Democracy.

Page 556  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

( https://www.cbsnews.com/news/congress-trading-stock-on-inside-information/ )


GOOGLE, **Especially**, must be exterminated and every executive and investor exposed and prosecuted because of these crimes:

( https://www.cbsnews.com/news/congress-trading-stock-on-inside-information/ )


Google faces $5 billion lawsuit in U.S. for tracking 'private' internet use. Google WILL pay for their crimes and must be extinguished as a business because of their corruption!

( https://www.reuters.com/article/us-alphabet-google-privacy-lawsuit/google-faces-5-billion-lawsuit-in-u-s-for-tracking-private-internet-use-idUSKBN23933H )

They bribed your Senators, White House Staff, insider agency staff and operated a Silicon Valley Oligarch sociopath political Cartel.

What kinds of people were some of these high tech oligarchs? Read their divorce Court Records about their Jeffrey **Epstein**, NXIVM sex trafficking; Andy Rubin and Goguen sex slaves; tax evasions; money laundering; intern abuses; misogyny; racism; political insider-trading stock market bribes to U.S. Senators; a '***Silicon Valley Tech Mafia***' and other horrors.

(  https://www.thecut.com/2019/05/the-most-disturbing-details-from-the-nxivm-sex-cult-case.html )

(  http://american-corruption.com/department_of_energy_financing.html )


What would you do if you found out that Eric Schmidt, Larry Page, Elon Musk, Sergy Brin, John Doerr and other dynastic elitist insider Stanford frat boys were running a mob-like Cartel? Over 60,000 engineers in Silicon Valley took the problem to Federal Court!

The defendants, in the first case, included Adobe, Apple Inc., Google, Intel, Intuit, Pixar, Lucasfilm and eBay, all high-technology companies with a principal place of business in the San Francisco–Silicon Valley area of California where they collude together to harm competitors. It is a well documented fact that Facebook, Google, Netflix, Linkedin, etc. use sophisticated psychological testing on each applicant in order to filter out all but the most radical devotees of the founders ideologies. These companies then maintain an echo-chamber resonance, throughout the company, to reinforce their ideological message, much like Scientology does. In these

556

companies one must praise Elon Musk and Mark Zuckerberg and hate those who the founders target. The founders target their competitors, in violation of anti-trust laws.

The first civil class action was filed by five plaintiffs, *one of whom has died* in a curious incident; it accused the tech companies of collusion between 2005 and 2009. In Abolish Silicon Valley: How to liberate technology from capitalism we see another of thousands of insiders expose the fact that Silicon Valley is a pile of filth.

( https://www.penguinrandomhouse.com/books/622177/abolish-silicon-valley-by-wendy-liu/ )

Additional cases are planned for filing. Formal complaints have been filed with The SEC, The DOJ, The GAO, The FBI, The FTC and The U.S. Congress. Active investigations into 'Angelgate' and related collusion and anti-trust matters are known to be under-way by federal, news outlet and private investigators as of 2020.

(  https://en.wikipedia.org/wiki/Angelgate)

U.S. Senators, and other politicians, who covertly own stock in these Silicon Valley companies, have been delaying enforcement against these corrupt companies. Consumer rights groups have pledged to take down each and every politician who owns these corrupt stocks and protects these corrupt companies!

Plaintiffs alliance of the public, journalists, investigators and agency staff have FBI-level investigated: Steven Chu, Larry Page, David Dummond, Lachlan Seward, Andy Rubin, Jeffrey Epstein, Elon Musk, Nicholas Guido Denton, Harvey Weinstein, Eric Schmidt and the rest of the RICO-violating "Club" and had them fired or removed from their positions. They will remain under public surveillance for the rest of their lives and their case files will be added to monthly via submissions to federal agencies and news entities.


# What would an insane tech oligarch (Like Schmidt, Musk, Reid, Brin, Westly, Page, Khosla, etc.) do for trillions of dollars of criminal gain and control of politics and ideology?

When you run the following query on the stock market volume for a single day, ie: *"Select sum(Close\*volume\*0.001), count(\*) from myTable where date = '9/27/2017'."*..you get the following result: 7300 stocks were traded, Total Money flow: $271,072,334,824. This is how much was traded on that day.

557

Page 558  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

The total world derivatives market has been estimated at about $791 trillion face or nominal value, 11 times the size of the entire world economy.

The World Bank publishes global data on stocks traded by $ value here. ie:

- 2016 - $77.5 trillion for the year.

- ( https://data.worldbank.org/indicator/CM.MKT.TRAD.CD?end=2016&start=1975&view=chart )

Most exchanges publish this stat. Here is the data for NASDAQ

- Feb 6, 2018 - $192 billion for the day.

- ( http://www.nasdaqtrader.com/Trader.aspx?id=DailyMarketSummary )

And the Indian stock market volume data (in Indian Rupees) is here.

- BSE + NSE cash market, Feb 2018 - About Rs 40,000 crore daily. That's about $6 billion per day.

- ( http://www.moneycontrol.com/stocks/marketstats/turnover/ )

Average estimates put daily stock movement between 5 to ten trillion dollars per day. You can buy lot's of Weinstein/Epstein-like private islands, private jets, sex parties, U.S. Senators and crony government contracts with that kind of money. Once an oligarch starts buying sex with underage girls, they don't stop. In fact, there is nothing that a corrupt tech oligarch and their owned Senator won't do to keep their little pig trough filled up.

( http://american-corruption.com/EXPOSE_THE_MOBSTERS.html )

The average murder/robbery in the United States is undertaken for an average amount under $100.00

Thus, an Eric Schmidt, Elon Musk, Steve Westly, David Drummond, Vinod Khosla, Reid Hoffman, Steve Jurvetson, Andy Rubin, Larry Page or similar oligarch, who is sociologically addicted to money and power, is most certainly capable of ordering and operating election manipulations, Presidential bribes, murders and engaging in other crimes to protect those greed-based assets. They have the full resources to do so, have federal records proving that they hire lobbyists and operatives who do these things for them and have a documented history of engaging in extremist actions.

( http://american-corruption.com/How_Google_And_Facebook_Put_Obama_In_The_White_House.html )

558

# The Silicon Valley Cartel Hires Gawker, Gizmodo, Jalopnik, Black Cube, Fusion GPS, etc. to run "hit-jobs" on those who report their crimes!

The Hit Job

How much do you have to pay Google, Alphabet, YouTube and Black Cube to dedicate a portion of their servers to push a character assassination set of links, against a competitor, to all five billion people on Earth with internet access? How much did Obama, Clinton, Bloomberg spend using those exact same systems to attack their political enemies? How much does it cost to order a citizen's social security benefits blockaded, have their phones and computers hacked and run a global character assassination media campaign to defame and black-list them? Every one of the attack technologies and resources were previously deployed against Presidential candidates in past elections. The providers, operators and compensation conduits of the attack services are known to law enforcement. The payment records have been uncovered, revealing that over $30M of billings were incurred. By way of contrast: $30M is the typical WEEKLY expenditure for opposition character assassination programs in a U.S. Presidential election using Gawker, Gizmodo, Facebook, Google and Fusion GPS media attack services. (See the detailed investigation report on the specific attacks) ( http://www.majestic111.com/ )

Plaintiffs know. Plaintiffs have their financial records, invoices and receipts and so does the FBI and the NSA.

How much do you have to pay to get them to lock those attack links on one of the first 4 lines of EVERY search result, in the same position in the search results, for over a decade (which proves that their search results are not "organic", they are manually manipulated by Google and YouTube)? How much did Obama, Clinton, Bloomberg spend using those exact same systems to attack their political enemies?

Plaintiffs know. Plaintiffs have their financial records, invoices and receipts and so does the FBI and the NSA.

How much does it cost to make a Disney-like animated movie about a whistle-blower? How much does the production and software and person-hour billings cost? How much does it cost to distribute that movie world-wide and lock it in the top line of all search results?

559

Page 560  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

Plaintiffs know. Plaintiffs have their financial records, invoices and receipts and so does the FBI and the NSA.

How much does it cost to hire a warehouse full of Russian, Nigerian and Chinese click-farm operators who use Palantir and Google software to instantly be alerted of any mention of a person's name on the internet and to then go slam that person in the comment sections with endless troll remarks? Elon Musk uses these same people to hype his narcissistic need for attention. Obama, Clinton, Bloomberg and other politicians hire these same people to attack their political adversaries. How much does it cost to have anonymous trolls in foreign countries kill a person's brand globally?

Plaintiffs know. Plaintiffs have their financial records, invoices and receipts and a huge number of lawsuits, court records, federal investigation and investigative journalism reports have exposed those records and details. The FBI, NSA, SEC, FTC and Congressional investigators can also confirm these numbers!

So it turns out that it costs: **$35,422,152.00 to have a person and their business killed!**

That is how much they spent on their attack on the Plaintiffs! The people at the top of the heap who organized the attacks were David Plouffe, Jay Carney, David Axelrod, Denis Mcdonough, Steve Rattner, Robert Gibbs, Rahm Emanual and their associates and they did it from **The West Wing and The Oval Office in The White House**.

Many of the political attacks were edited by Nick Denton and his seedy tabloid empire Gawker/Gizmodo.

( https://www.takimag.com/article/gawker_media_hypocrites_vs_douchecanoes/ )

Media Matters for America founder David Brock is a hired media assassin who reaped illegal profits through the transfer of millions from a nonprofit he founded to a for-profit entity under his control, according to an IRS complaint filed by a watchdog group. The complaint details how Brock's nonprofit group American Bridge Foundation (AB Foundation) transferred $2.7 million in tax-exempt assets to True Blue Media, a for-profit company owned by Brock that is the parent company of ShareBlue, a for-profit media company now known as The American Independent.

( https://cdn01.dailycaller.com/wp-content/uploads/2020/04/AB-Foundation-Complaint.pdf )

( https://americanindependent.com/ )

The transfers violated IRS rules that prohibit nonprofit organizations from using their tax-exempt resources to pay personal or private expenses of any key figures connected to the nonprofit, the complaint stated. AB Foundation's transfers to True Blue Media were disclosed in the

nonprofit's Form 990s filed to the IRS in 2017 and 2018. *"Brock is a well-known hit man who took money to target Plaintiffs group in reprisal for whistle-blowing...."* Said Team 7 staff.

The money was conduited and assisted for pass-through by political financiers Eric Schmidt, Larry Page, Sergy Brin, Elon Musk, John Doerr, Vinod Khosla, Steve Westly, Steve Spinner and their Silicon Valley oligarch Cartel black-listing operation.

( http://american-corruption.com/department_of_energy_financing.html )

It was a felony. It violated RICO, Anti-Trust and Constitutional laws.

So they spent over thirty five million dollars attacking the Plaintiffs and shutting down a competitor that was targeted to make over six billion dollars in profits. The attackers then made the six billion dollars in profits for themselves, at the expense of the Plaintiffs.

So how much do you think they owe the Plaintiffs per previous court awards for such crimes against a member of the public?

**Silicon Valley's No-poaching** Case: The Growing Debate over ...

https://knowledge.wharton.upenn.edu/article/silicon-valleys-poaching-case-growing-debate-employee-mobility/

"**Silicon Valley's No-poaching** Case: The Growing Debate over Employee Mobility." Knowledge@Wharton. The Wharton School, University of Pennsylvania, 30 April, 2014.

Steve Jobs was 'central figure' in **Silicon Valley's 'no ...**

https://money.cnn.com/2014/08/11/technology/silicon-valley-poaching-case/index.html

Aug 11, 2014A **lawsuit** by **Silicon Valley** workers claims Steve Jobs was a ringleader in a conspiracy not to poach employees. If **Silicon Valley's** biggest companies want an embarrassing employee **lawsuit** to go ...

# The Sex Cult Club These Perpetrators Use

The perpetrators operate a **massive and abusive national sex cult**. The perverts in the SandHill Road Venture Capital offices, located between Highway 280 down to to Santa Cruz Avenue on Sand Hill Road in Menlo Park, California, are the main perpetrators of this global cartel.

Page 562  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

( https://www.vanityfair.com/news/2018/01/brotopia-silicon-valley-secretive-orgiastic-inner-sanctum )

Their executives at Google, Facebook, Netflix, Linkedin, Twitter, and their related holdings, comprise the rest. The Harvey Weinstein and Ed Buck sex scandals are well known.

( https://ktla.com/2019/09/17/dem-donor-ed-buck-arrested-after-3rd-mans-overdose-charged-with-operating-west-hollywood-drug-house/ )


**These sex cult actions have been widely covered in the news individually, ie:**


**- The Joe Lonsdale rape case**

( https://europetodaynews.wordpress.com/2017/04/28/joe-lonsdale-rapist-abusive-frat-boy-and-mysoginst-or-gods-gift-to-women/ )


**- The Kleiner Perkins Ellen Pao sex abuse lawsuit**

( https://www.eandblaw.com/employment-discrimination-blog/2016/02/19/pao-v-kleiner-perkins/ )


**- The Eric Schmidt sex penthouse stories**

( https://www.dailymail.co.uk/news/article-2377785/Google-CEO-serial-womanizer-Eric-Schmidt-spends-15-million-dollars-private-doorman-Manhattan-penthouse-totally-soundproofed.html )


**- The Jeffrey Epstein case**

( https://www.miamiherald.com/news/local/article220097825.html )


**-  The Google Forrest Hayes hooker murder case**

( https://www.usatoday.com/story/tech/2014/07/09/google-exec-hayes-killed-by-call-girl/12422797/ )


562

Page 563  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

**- The Google Andy Rubin sex slave case**

( https://conservativedailypost.com/android-co-founder-accused-of-running-sex-slave-ring/ )


**- The Sergy Brin 3-way sex romp scandal**

( https://nexter.org/google-sex-scandal-sergey-brin-playboy-book-alleges )


**- The Steve Bing Case**

( https://newspunch.com/steve-bing-clinton-friend-associate-epstein-links-dead/ )


**-  The Hydrant investigation**

( https://en.wikipedia.org/wiki/Operation_Hydrant )


**- The Elon Musk Steve Jurvetson billionaire sex parties scandals**

( https://pagesix.com/2018/02/12/elon-musk-sported-interesting-getup-at-alleged-sex-party/ )


**- The NXIVM sexual slave cases**

( https://www.oxygen.com/crime-time/nxivm-sex-slave-details-horrific-allegations-against-keith-raniere )


**-  The Michael Goguen anal sex slave case**

( https://www.news.com.au/finance/tech-titan-michael-goguen-of-sequioa-capital-kept-amber-baptiste-as-a-sex-slave-for-13-years/news-story/91012180fc3b23d50c1e6be8105c92e7 )


**- The Tom Perkins Hooker Parties**

( https://fortune.com/2018/01/02/brotopia-book-silicon-valley-sex-party/ )


**and thousands of other cases and federal divorce court filings.**

563

Page 564  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

( https://www.pacer.gov/ )


This group of people have proven themselves, over and over, to be sociopath control freaks not fit for participation in public commerce, public policy or media control.

( https://www.npr.org/sections/alltechconsidered/2017/09/19/551810814/silicon-valley-s-ellen-pao-tackles-sex-discrimination-workplace-diversity-in-mem )

( https://nypost.com/2018/01/03/book-details-tech-bros-drug-fueled-sex-parties-in-silicon-valley/ )


The Four Seasons Hotel and Rosewood Hotels in Silicon Valley are estimated to engage in over $30,000.00 of high-end escort sex trafficking per day, a portion of it managed by Eastern Bloc Mafia operators.

( https://www.thedailybeast.com/silicon-valleys-sex-workers-are-being-priced-out-of-the-city-by-their-own-clients )

( https://escortontop.com/hotel-escorts.htm )

( https://www.vanityfair.com/culture/2013/05/silicon-valley-cougar-nights-love )

( https://www.quora.com/Do-escorts-really-use-the-Rosewood-Hotel-lobby-bar-in-Menlo-Park )


- The **Elon Musk sex perversions** are the tip of the iceberg.

( https://www.dailymail.co.uk/news/article-8426719/Cara-Delevingne-three-way-affair-Amber-Heard-Elon-Musk.html )


At least 10 Ukrainian escorts fly in and out of SFO and SJO airports every week for these Cartel members. Google boss David Drummond engaged in horrible philandering sexual violations of his wife yet Google covers up every story about it on the web. Google's Eric Schmidt is under massive investigation.

( http://american-corruption.com/Eric_Schmidt_Has_A_Psychotic_Need_To_Control_Governments_And_Society.html )


564

You hear about the female victims of this sex cult but you rarely hear about the young male victims. One of their vast numbers of prostitutes is quoted as saying that the girls and boys are paid *"not just for sex but for the oligarch's endless need to feel that they can control anyone for any reason..."*. Multiple attorney general's controlled by their cartel, ie: Eric Schneiderman and Eliot Spitzer , are involved this these sex rings.

( https://newspunch.com/eric-schneiderman-nxivm-child-sex-slaves-clintons/ )

( https://en.wikipedia.org/wiki/Eliot_Spitzer )

*These are the main influencers of a national political party and they are all involved in horrific sex perversions and abuses! The associates political figures financed by this sex Cartel include: Illinois State Representative,* **Keith Farnham***, who has resigned and was charged with possession of child pornography and has been accused of bragging at an online site about sexually molesting a 6-year-old girl; Spokesperson for the Arkansas Democratic Party,* **Harold Moody, Jr***, who was charged with distribution and possession of child pornography; Radnor Township Board of Commissioners member,* **Philip Ahr***, who resigned from his position after being charged with possession of child pornography and abusing children between 2 and 6 years-old; Activist and BLM organizer,* **Charles Wade***, who was arrested and charged with human trafficking and underage prostitution; Texas attorney and activist,* **Mark Benavides***, who was charged with having sex with a minor, inducing a child under 18 to have sex and compelling prostitution of at least nine legal clients and possession of child pornography, he was found guilty on six counts of sex trafficking; Virginia Delegate,* **Joe Morrissey***, who was indicted on charges connected to his relationship with a 17-year-old girl and was charged with supervisory indecent liberties with a minor, electronic solicitation of a minor, possession of child pornography and distribution of child pornography; Massachusetts Congressman,* **Gerry Studds***, who was censured by the House of Representatives after he admitted to an inappropriate relationship with a 17-year-old page; Former Mayor of Stillwater, New York,* **Rick Nelson** *who was plead guilty to five counts of possession of child pornography of children less than 16 years of age; Mayor of Clayton, New York,* **Dale Kenyon,** *who was indicted for sexual acts against a teenager; Former Mayor of Hubbard, Ohio,* **Richard Keenan***, who was given a life sentence in jail for raping a 4-year-old girl; Former Mayor of Winston, Oregon,* **Kenneth Barrett***, who was arrested for setting up a meeting to have sex with a 14-year-old girl who turned out to be a police officer; The Mayor of Randolph, Nebraska,* **Dwayne L. Schutt,** *who was arrested and charged with four counts of felony third-degree sexual assault of a child and one count of intentional child abuse.*

*The associates political figures financed by this sex Cartel also include: The Former Mayor of Dawson, Georgia, **Christopher Wright**, who was indicted on the charges of aggravated child molestation, aggravated sodomy, rape, child molestation and statutory rape of an 11-year-old boy and a 12-year-old girl; Former Mayor of Stockton, California, **Anthony Silva,** who was charged with providing alcohol to young adults during a game of strip poker that included a 16-year-old boy at a camp for underprivileged children run by the mayor; Former Mayor of Millbrook, New York, **Donald Briggs,** who was arrested and charged with inappropriate sexual contact with a person younger than 17; The party leader for Victoria County, Texas, **Stephen Jabbour,** who plead guilty to possession and receiving over half a million child pornographic images; DNC activist and fundraiser, **Terrence Bean**, who was arrested on charges of sodomy and sex abuse in a case involving a 15-year-old boy; DNC Party Chairman for Davidson County, Tennessee, **Rodney Mullin**, who resigned amid child pornography allegations; DNC activist, **Andrew Douglas Reed**, who pleaded guilty to multiple counts of 2nd-degree sexual exploitation of a minor for producing child pornography; DNC official from Terre Haute, Indiana, **David Roberts** who was sentenced to federal prison for producing and possessing child pornography including placing hidden cameras in the bedrooms and bathrooms at a home he shared with two minor female victims; Democratic California Congressman, **Tony Cárdenas**, who is being sued in LA County for allegedly sexually abused a 16-year-old girl; Democratic aide to Senator **Barbara Boxer, Jeff Rosato**, who plead guilty to charges of trading in child pornography; Alaskan State Representative, **Dean Westlake,** who resigned from his seat after the media published a report alleging he fathered a child with a 16-year-old girl when he was 28; New Jersey State Assemblyman, **Neil Cohen,** who was convicted of possession and distribution of child pornography; DNC donor and billionaire, **Jeffrey Epstein,** ran an underage child sex brothel for The Commission and was convicted of soliciting underage girls for prostitution; New York Congressman, **Anthony Weiner,** who plead guilty to transferring obscene material to a minor as part of a plea agreement for sexted and sending Twitter DMs to underage girls as young as 15; DNC donor, activist, and Hollywood producer H**arvey Weinstein** is being criminally prosecuted and civilly sued for years of sexual abuse (that was well known "secret" in Hollywood) including underage sexual activities with aspiring female actresses; DNC activist and #metoo proponent, **Asia Argento,** settled a lawsuit for sexual harassment stemming from sexual activities with an underage actor; Mayor of Racine, Wisconsin, **Gary Becker,** who was convicted of attempted child seduction, child pornography, and other child sex crimes; Democratic Seattle Mayor **Ed Murray** resigned after multiple accusations of child sexual abuse were levied against him including by family members; San Francisco Mayoral candidate **John Molinari** had his daughter removed from his home by San Francisco Police for his abuse of her according to SFPD reports; San Francisco Mayoral candidate **Roger Boas** was arrested for running an underage sex brothel which catered to San Francisco political elite; DNC activist*

*and aid to NYC Mayor De Blasio, **Jacob Schwartz** was arrested on possession of 3,000+ child pornographic images; Democratic activist and actor, **Russell Simmons**, was sued based on an allegation of sexual assault where he coerced an underage model for sex; DNC Governor of Oregon, **Neil Goldschmidt,** after being caught by a newspaper, publicly admitted to having a past sexual relationship with a 13-year-old girl after the statute of limitations on the rape charges had expired; Democratic Illinois Congressman, **Mel Reynolds** resigned from Congress after he was convicted of statutory rape of a 16-year-old campaign volunteer; Democratic New York Congressman, **Fred Richmond**, was arrested in Washington D.C. for soliciting sex from a 16-year-old boy; Democratic activist, donor, and director, **Roman Polanski,** fled the country after pleading guilty to statutory rape of a 13-year-old girl - Democrats and Hollywood actors still defend him to this day, including, **Whoopi Goldberg, Martin Scorcese, Woody Allen, David Lynch, Wim Wenders, Pedro Almodovar, Tilda Swinton and Monica Bellucci;** Democratic State Senator from Alaska, **George Jacko,** was found guilty of sexual harassment of an underage legislative page; Democratic State Representative candidate for Colorado, **Andrew Myers,** was convicted for possession of child pornography and enticing children; Illinois Congressman, **Gus Savage** was investigated by the Democrat-controlled House Committee on Ethics for attempting to rape an underage female Peace Corps volunteer in Zaire; Activist, donor, and spokesperson for Subway, **Jared Fogle,** was convicted of distribution and receipt of child pornography and traveling to engage in illicit sexual conduct with a minor; State Department official, **Carl Carey,** under **Hillary Clinton**'s state department, was arrested on ten counts of child porn possession; Maine Assistant Attorney General, **James Cameron**, was sentenced to just over 15 years in federal prison for seven counts of child porn possession, receipt and transmission; Leading DNC boss and financier **Ed Buck** was arrested for killing gay prostitutes and running a sex and drug ring; State Department official, **Daniel Rosen**, under **Hillary Clinton**'s state department, was arrested and charged with allegedly soliciting sex from a minor over the internet; State Department official, **James Cafferty,** pleaded guilty to one count of transportation of child pornography; Democratic radio host, **Bernie Ward**, plead guilty to one count of sending child pornography over the Internet; Democratic deputy attorney general from California, **Raymond Liddy,** was arrested for possession of child pornography. There are **__THOUSANDS__** of other sex crime cases involving associates of the tech Cartel. All of these perpetrators had financing from and social and political direction from the Silicon Valley controlling perpetrators.*

An inordinate number of the members are closeted homosexuals who seek to use their media monopolies and massive lobbyist ownership's to promote child sex and child sex change consideration.

( https://nationalnewsnetwork.net/video/the-silicon-valley-mafia-cartel )

( https://en.wikipedia.org/wiki/PayPal_Mafia )

567

Page 568  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

( https://nypost.com/2016/10/09/the-sex-slave-scandal-that-exposed-pedophile-billionaire-jeffrey-epstein/ )


Hence the massive, sudden, promotion of those issues in all of their media since they took power in 2008 and pretty much ran the Obama White House.

( https://www.nytimes.com/2014/07/20/fashion/silicon-valley-embrace-gay-and-lesbian-community.html )

( https://www.wired.com/2007/11/how-paypal-gave/ )

( https://topica.asia/news/biggest-secret-of-silicon-valley-mafia-network/ )


The press has widely reported on underage boy sex clubs and the payment to parents for the blood of young boys by these oligarchs. A large number of tech VC's and senior executives are covert gay activists who hire women to act as their "beards".

( https://www.forbes.com/sites/scottallison/2012/08/25/gay-in-silicon-valley-a-founders-perspective/ )

( https://www.cnbc.com/2017/05/31/blood-transfusions-from-teenagers-start-up-charging-8000-apiece.html )

( http://www.abeldanger.org/web/wp-content/uploads/2017/05/The-Silicon-Valley-Mafia-Update-4.2-1.pdf )


Their elitist Yale and Stanford fraternity house upbringings promoted "bromances", "rape culture" and a *don't-worry-daddy-will-fix-it* mentality. Highly gay law firms, (like Covington, Perkins and Sonsini), actively lobby to place gay politicians in office from their Bay Area offices.

( http://politicalhat.com/2018/08/13/tech-overlords-of-silicon-valley-gay-frogs-and-the-silencing-of-dissent/ )

( https://www.huffpost.com/entry/how-has-being-openly-gay_b_14367576 )

( https://www.huffpost.com/entry/brock-turner-dad-letter-is-rape-culture-in-a-nutshell_n_57555bace4b0ed593f14cb30 )


568

**What some of the fundraisers for the political candidates tell these oligarchs to get their cash:** *"...We need to control the government or you won't have enough money to buy private islands, ranches and penthouses and have young boys and girls flown in to have sex with. If we don't control the government, no more sex parties for you..."*

-------------------------------------------------------------------------

The AngelGate Conspiracy ( https://venturecapitalcorruption.weebly.com/the-angelgate-conspiracy.html ); The Job Collusion Case ( https://en.wikipedia.org/wiki/High-Tech_Employee_Antitrust_Litigation ) and hundreds of other cases, prove that the perpetrators regularly meet, conspire, collude and racketeer, in full view of law enforcement, without ever getting arrested by the FBI because they bribe public officials in order to avoid prosecution.

( https://www.dailymail.co.uk/news/article-5229757/amp/Inside-Silicon-Valleys-sex-drug-parties.html )

Public officials and Silicon Valley oligarchs exchanged felony bribes and manipulated government actions in order to benefit themselves and harm us. these are the facts including the lists of bribes, attacks and covert financing routes!

Famous members of congress lie, cheat, steal and manipulate public records in order to protect their trillions of dollars of Google, Facebook, Netflix, Tesla and Amazon insider stock market payola.

Now the public is working together, around the globe, to end this corruption forever by exposing every single one of the corrupt and all of their dirty secrets!

Department of Energy staff (ie: Chu), White House staff (ie: Emanual), CIA staff (ie: Woolsey) owned the rare earth (ie: lithium, indium) mining scam stock (ie: Goldman Sachs transfers) market securities from foreign countries (ie: Afghanistan, Congo) which only benefited themselves, Elon Musk and his Silicon Valley cartel.

( http://american-corruption.com/department_of_energy_financing.html )

Demand the immediate divestiture of all stock market holdings of all politicians and their family members because that is how most bribes are now paid!

# The Political Corruption Crimes Plaintiffs Experienced In California And Washington DC

569

Page 570  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

The government is responsible to Plaintiffs for the damages to Plaintiffs.

As natural born citizens, they suffered injuries caused by the crimes of government staff during, and after, Plaintiffs work for the government.

The NY Times reported: "Ms. Feinstein and her husband sold $1.5 million to $6 million worth of stock in Allogene Therapeutics, a California-based biotech company, in transactions that took place on Jan. 31 and Feb. 18."

( https://www.nytimes.com/2020/03/19/us/politics/richard-burr-stocks-sold-coronavirus.html )

Feinstein, as usual, claimed that she has "no involvement in her husband's financial decisions" to avoid criticism. Do you really think that she has no idea about multi-million dollar deals that her husband is involved in? Dianne Feinstein, and her family owned the HR services, the construction company, the leasing services and the stock market accounts in Tesla and Solyndra and got the owners of those companies their government hand-outs. White House Staff and Department of Energy staff were fully aware of this and covered up these conflicts to protect their own stock holdings and revolving door jobs. She, and other Senators, ordered hit-jobs on the competitors to those companies, who were their constituents, in order to protect their stock holding profiteering efforts.

Public integrity at The Department of Energy and The U.S. Congress is in shambles because of this audacious corruption.



570

# The Crimes And Corruption Of SF Politicos

Here are just a few of the corrupt financial conflicts of interest citizens experienced while engaging in government contracted programs based in San Francisco

- *- Plaintiffs saw Congress not only fail to eliminate both the appearance and the potential for financial conflicts of interest; we saw Senators, White House staff and Department of Energy executives optimize the support structure to engage in such criminality. Americans must be confident that actions taken by public officials are intended to serve the public, and not those officials. The actions taken by Obama Administration staff and Department of Energy officials in illicit coordination with U.S. Senators were criminal acts in violation of RICO and other laws.*

- *- Plaintiffs saw illicit individual stock ownership by Members of Congress, Cabinet Secretaries, senior congressional staff, federal judges, White House staff and other senior agency officials while in office. Those government officials acquired, held, 'pump-and-dumped' and traded stock where its value was influenced by their agency, department, or actions in efforts that harmed us.*

- *- Plaintiffs saw government officials, including Plaintiffs U.S. Senators, engage in organized crime via insider trading, revolving door job payola, sex-for-perks trades, stock valuation fluffs, and more illicit actions.*

- *- Plaintiffs saw conflict of interest laws and ethics violated by the President and Vice President in violation of Conflicts of Interest standards in which the President and the Vice President did not place conflicted assets, including businesses, into a blind trust to be sold off and hid conflicts of interest.*

- *- [Plaintiffs saw senior Department of Energy government officials](#), employees, contractors and White House staff invest inprivately-owned assets that did present conflicts and harmed us, including large companies like Tesla, Google, Facebook, Sony, Netflix, etc., and commercial real estate.*
  *( [http://american-corruption.com/department_of_energy_financing.html](http://american-corruption.com/department_of_energy_financing.html) )*

- *- Plaintiffs saw an organized crime scheme to not respond to filings by citizens or reporters. Former White House and Energy Department staff use 'stone-walling' to intentionally delay responses for a decade, or more, and that tactic continues to this day.*

- *- Plaintiffs saw ethics rules violations by government employees, including unpaid White House staff and advisers.*

### Page 572  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

- *- Plaintiffs saw executive branch employees fail to recuse from all issues that might financially benefit themselves or a previous employer or client from the preceding 4 years in the "Cleantech" programs.*

- *- Plaintiffs saw a 'Revolving Door' between Silicon Valley industry and government and we saw tech companies buying influence in the government or profiting off of the public service of these officials.*

- *- Plaintiffs saw lobbying by the President, Vice Presidents Members of Congress, federal judges, and Cabinet Secretaries; and, we saw other federal employees lobbying their former office, department, House of Congress, or agency.*

- *- Plaintiffs saw Plaintiffs competitors immediately hiring or paying these senior government officials from agencies, departments, and/or Congressional offices recently lobbied by those companies and staff from Plaintiffs Senator's office go freely back-and-forth at jobs at the companies and the offices of the Senators.*

- *- Plaintiffs saw the world's largest companies, banks, and monopolies, especially Goldman Sachs, (measured by annual revenue or market capitalization) hiring or paying former senior government officials mentioned herein. Plaintiffs saw the massive, and unfair,  ability of companies to buy influence through current government employees.*

- *- Plaintiffs saw current lobbyists taking government jobs after lobbying.*

- *- Plaintiffs saw over 82 of Plaintiffs friends and peers suddenly die under strange circumstances. Some of them appear to have been murdered to shut them up.*

- *- Plaintiffs saw corporate outlaws like Google, Tesla, Facebook, Linkedin, Netflix, Sony, etc., working in government via top corporate leaders whose companies were caught breaking federal law.*

- *- Plaintiffs saw contractor corruption where federal contractors and licensee employees worked at the agency awarding the contracts.*

- *- Plaintiffs saw "Golden Parachutes" that provide corporate bonuses to executives for federal service as bribes.*

- *- Plaintiffs saw massive influence-peddling in Washington DC.*

- *- Plaintiffs saw the manipulation of the federal definition of a "lobbyist" to exclude most individuals paid to influence government.*

- *- Plaintiffs saw individuals paid to influence government on behalf of for-profit entities and their front-groups who were facades for Silicon Valley oligarchs.*

572

Page 573  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

- *- Plaintiffs saw the obfuscation of the disclosure of lobbyist activities and influence campaigns where Plaintiffs competitor's lobbyists did not disclose specific bills, policies, and government actions they attempted to influence; nor many meetings with public officials; and many documents they provided to those officials.*

- *- Plaintiffs saw massive influence-peddling by Foreign Actors such as that which occurred in the ENER1, Severstal, Solyndra and related scandals. Plaintiffs saw substantial foreign influence in Washington by foreign lobbying.*

- *- Plaintiffs saw American lobbyists accepting money from foreign governments, foreign individuals, and foreign  companies to influence United States public policy at the Department of Energy and other agencies.*

- *- Plaintiffs saw Plaintiffs competitors current lobbyists taking government jobs after lobbying and using those positions against us where they exploited 'Legalized Lobbyist Bribery' and traded money for government favors for Plaintiffs competitors.*

- *- Plaintiffs saw political donations from lobbyists to candidates or Members of Congress in exchange for helping Plaintiffs competitors that the lobbyists worked for and that the Members of Congress owned stock in. Plaintiffs saw those lobbyists operate contingency fees that allowed those lobbyists to be paid for a guaranteed public policy outcome.*

- *- Plaintiffs saw Plaintiffs competitor's lobbyist gifts to the executive and legislative branch officials they lobby.*

- *- Plaintiffs saw Plaintiffs Congressional representatives use Plaintiffs competitor's lobbyists for "expertise" and information in Plaintiffs industry.*

- *- Plaintiffs saw those in Plaintiffs congressional service get paid non competitive salaries that do not track with other federal employees.*

- *- Plaintiffs saw the removal of the nonpartisan Congressional Office of Technology Assessment to avoid providing open-source critical scientific and technological support to Members of Congress in order to tunnel-vision info about Plaintiffs competitors.*

- *- Plaintiffs saw a non-level playing field between Plaintiffs competitor's corporate lobbyists and government via excessive lobbying over $500,000 in annual lobbying expenditures by Plaintiffs competitors in a huge number of anti-trust violations.*

- *- Plaintiffs saw a COMPLETE failure of individuals and corporations to disclose funding or editorial conflicts of interest in research submitted to agencies that is not publicly available in peer-reviewed publications.*

573

### Page 574  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

- *- Plaintiffs saw McKinsey sham research which undermines the public interest by not requiring that such studies, that present conflicts of interest, undergo independent peer review to be considered in the Congressional rule-making process.*

- *- Plaintiffs saw agencies refuse to justify withdrawn public interest rules via public, written explanations.*

- *- Plaintiffs saw loopholes exploited by powerful corporations like Google, Facebook, Tesla, Netflix, Sony, etc., to block public interest actions.*

- *- Plaintiffs saw loopholes that allow corporations, like Tesla and Google, to tilt the rules in their favor and against the public interest.*

- *- Plaintiffs saw Silicon Valley oligarchs and their agency shills delay or dominate the rule-making process by the practice of inviting Google, Tesla or Facebook to negotiate rules they have to follow.*

- *- Plaintiffs saw inter-agency review manipulation as a tool for corporate abuse used for the banning of informal review and closed-door industry lobbying at the White House's Office of Information and Regulatory Affairs*

- *- Plaintiffs saw abusive injunctions from rogue judges, like Jackson, et al, where individual District Court judges, can temporarily block agencies from implementing final rules.*

- *- Plaintiffs saw hostile agencies use sham delays of implementation and enforcement by using the presence of litigation to postpone  the implementation of final rules.*

- *- Plaintiffs saw obfuscation by agency public advocates to prevent public engagement.*

- *- Plaintiffs saw the blockading of private lawsuits by members of the public to hold agencies accountable for failing to complete rules or enforce the law, and to hold corporations accountable for breaking the rules.*

- *- Plaintiffs saw a failure to inoculate government agencies against corporate capture such as Google undertook against the White House.*

- *- Plaintiffs saw Plaintiffs complaints and whistle-blowing buried in an avalanche of lobbyist activity.*

- *- Plaintiffs saw Plaintiffs competitor corporations game the courts by requiring courts to presumptive-ly defer to agency interpretations of laws and prohibiting courts from considering sham McKinsey studies and research excluded by agencies from the rule-making process.*

574

Page 575  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

- *- Plaintiffs saw blocking of the Congressional Review Act provision banning related rules that prevent agencies from implementing the will of Congress based on Congress' prior disapproval of a different, narrow rule on a similar topic.*

- *- Plaintiffs saw a failure in the integrity of the judicial branch by reducing rules that prevent conflicts of interest.*

- *- Plaintiffs saw individual stock ownership by federal judges in Plaintiffs competitors.*

- *- Plaintiffs saw judges accepting gifts or payments to attend private seminars from private individuals and corporations that were Plaintiffs competitors.*

- *- Plaintiffs saw non-ethical behavior by the Supreme Court in which the Court did not follow the Code of Conduct that binds all other federal judges*

- *- Plaintiffs saw a lack of public insight into the judicial process by the hiding of information about the process and an increase in the barriers to accessing information.*

- *- Plaintiffs saw reduced disclosure of non-judicial activity by federal judges and the hiding of judges' financial reports, recusal decisions, and speeches.*

- *- Plaintiffs saw a blockade of public access to court activity by refusing to live-stream, on the web, audio of their proceedings, making case information easily-accessible to the public free of charge, and by federal courts not sharing case assignment data in bulk.*

- *- Plaintiffs saw Plaintiffs rights restricted and Plaintiffs access to justice blocked to all but the wealthiest individuals and companies.*

- *- Plaintiffs saw barriers that prevented us as individuals from having Plaintiffs case heard in court via harsh pleading standards that make it too hard for individuals and businesses that have been harmed to make their case before a judge.*

- *- Plaintiffs saw no independent agency dedicated to enforcing federal ethics and anti-corruption laws.*

- *- Plaintiffs saw no support for stronger ethics and public integrity laws via stronger enforcement.*

- *- Plaintiffs saw no federal ethics enforcement with effective investigative and disciplinary powers that would help individuals.*

- *- Plaintiffs saw minimal enforcement of ethics laws via corrective action, levying civil and administrative penalties, and referring egregious violations to the Justice Department for criminal arrest and enforcement.*

575

### Page 576  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

- *- Plaintiffs saw no IG anti-corruption and public integrity oversight over federal officials, including oversight of agency Inspectors General, or ethics matters for White House staff and agency heads, or waivers and recusals by senior government officials.*

- *- Plaintiffs saw no investigation independent and protected from partisan politics through a single Director operating under strict selection, appointment, and removal criteria.*

- *- Plaintiffs saw Deutche Bank pay Jeffrey Epstein' Russian hookers and manipulate finances for Elon Musk to cook the books.*

- *- Plaintiffs saw no easy online access to key government ethics and transparency documents, including financial disclosures; lobbyist registrations; lobbyist disclosures of meetings and materials; and all ethics records, recusals, and waivers.*

- *- Plaintiffs saw no independent and empowered ethics office insulated from congressional politics.*

- *- Plaintiffs saw few criminal and civil violations in Plaintiffs case referred to the Justice Department, the Office of Public Integrity, or other relevant state or federal law enforcement.*

- *- Plaintiffs saw broken Federal Open Records laws, public official and candidate tax disclosures.*

- *- Plaintiffs saw Silicon Valley Oligarch special interests using secret donations from corporations and their Cartel of billionaires to influence public policy without disclosure*

- *- Plaintiffs saw Google and Facebook provide over a billion dollars of political campaign financing with NO action by the FEC.*

- *- Plaintiffs saw fake tech company 'nonprofit organizations' refuse to list donors who bankrolled the production of any specific rule-making comment, congressional testimony, or lobbying material, and refuse to reveal whether the donors reviewed or edited the document at the Silicon Valley insider companies.*

- *- Plaintiffs saw the hiding of individuals and corporations disclosures of funding, or editorial conflicts of interest, in research submitted to agencies that is not publicly available in peer-reviewed publications.*

- *- Plaintiffs saw McKinsey sham "Cleantech" and "battery research" reports undermineg the public interest by using studies that present conflicts of interest to independent peer review to be considered in the rule-making process.*

576

Page 577  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

- *- Plaintiffs saw loopholes in Plaintiffs open records laws that allow federal officials to hide tech industry and Silicon Valley oligarch industry influence.*

- *- Plaintiffs saw a failure of the presumption of disclosure and a failure to affirmatively disclose records of public interest, including meeting agendas; government contracts; salaries; staff diversity; and reports to Congress.*

- *- Plaintiffs saw Tesla Motors get in-person, hand-walked, through the DOE government cash give-away while all of Tesla's competitors were ignored, black-listed, never communicated with and blockaded.*

- *- Plaintiffs saw no use of a central FOIA website that is searchable and has downloadable open records databases with  all open FOIA requests and all records disclosed through FOIA.*

- *- Plaintiffs saw limited FOIA enforcement by not limiting FOIA exemptions and loopholes, and by not giving the National Archives the authority to overrule agency FOIA decisions and to compel disclosure.*

- *- Plaintiffs saw Congress become less transparent by not ending the corporate lobbyists leg up in the legislative process. The*
  *public deserves to know what Congress is up to and how Silicon Valley lobbyists influence legislation.*

- *- Plaintiffs saw a failure to require all congressional committees to immediately post online more information, including hearings and markup schedules, bill or amendments text, testimonies, documents entered into the hearing record, hearing transcripts, written witness answers, and hearing audio and video recordings.*

- *- Plaintiffs saw a refusal of Members of Congress to post a link to their searchable voting record on their official websites*

- *- Plaintiffs saw a hiding, by Silicon Valley lobbyists of when they lobby a specific congressional office; specific topics of visit; the official action being requested; and all documents provided to the office during the visit.*

- *-  Plaintiffs saw much, much more...*

Any politician who allows these crimes and corruptions to continue to exist is part of those crimes and corruptions. never believe any candidate who does not swear to end each of the above listed payola and corruption processes!

577

**IF AMERICA WAS SERIOUS ABOUT ENDING CORRUPTION, IT WOULD MAKE THE ABOVE ILLICIT DEEDS A FELONY, BUT THE CALIFORNIA POLITICIANS WILL DO ANYTHING TO KEEP THEIR PIG TROUGH GOING!**

----------------------------------------

# THE ONGOING ATTACKS ON THE MEMBERS OF THE PUBLIC WHO REPORTED THESE CRIMES

The victim's cases have never been fairly reviewed by non-biased, non-conflicted officials. The victim's FBI-class investigators and peers have not found a single entity in the government's case reviews, or determinations, who was not either: financed by, friends with, sleeping with, dating the staff of, holding stock market assets in, promised a revolving door job or government service contracts from, partying with, personal friends with, photographed at private events with, making profits by consulting for, exchanging emails with, business associates of or directed by; one of those business adversaries, or the Senators and politicians that those business adversaries pay campaign finances to, or supply political search engine manipulation services to. FBI and CIA-class Forensic data proves it.

The victims have demanded, in writing to SSA, DOJ, OSC, SEC, FBI, that an unbiased lawyer and CPA be provided by The State for the case but none has been provided. As they are now low-income, senior, disabled, felony crime victims, the federal government's LSC Corporation and public-interest law groups have stated that it is their right to receive such case assistance from The State. The victims have contacted NOSSCR, LSC, Legal Aid, NADR, and all known local resources on the list provided by the feds but none of those taxpayer funded entities have been responsive because they are helping the cover-ups.

The assertions provided by a Task Force team of 3 letter agency folks, Congressional staff, investigative reporters and crowd-sourced voters supporting the case investigations are beyond reproach, and true, unless someone refuses to hear the truth due to a personal political agenda.

The victim's government-promised benefits have STILL yet to be provided to them and many of the actions by politically conflicted federal officials, so far, have succeeded in harming the victims further The peers of the victims have received millions and millions of dollars for their Department of Energy, and other agency, whistle-blowing but the other victims have been blocked from getting legal support.

Page 579  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

These abuses and benefits blockades are a violation of the victim's human rights, U.S. Constitution and State Constitutional rights. (Yes, each State has constitutional rights you get, too)

The victims put their lives on the line for their country. They have worked 60 hours, or more, per week, since the 70's. They more than earned their full benefits plus damages, interest and back-fees equal to precedents set in the referenced whistle-blower court cases, below.

The victims are fully qualified for, and have the right to receive, a State supplied law firm to represent them but they have been blockaded from their rights because corrupt political figures are embarrassed about their crimes being exposed.

Elected officials and agency staff have one job, that job it is to work for THESE VICTIMS the citizens. Those politicians, though, have been shown to have millions of dollars in their stock market accounts from competing with these victims via their ownership in competing companies that they are supposed to be regulating.

At least one of the California Senators has over $100 million dollars in their accounts, (a fact the FBI can confirm), from stock market manipulations like this. Politically driven, and greed motivated, agency staff are constantly looking for any little opportunity or reason to use agency resources to harm any whistle-blower in reprisal for the success of the anti-corruption task forces they have assisted.

Federal officials stealth-hired Google, Gawker, Gizmodo, YouTube, In-Q-Tel, Fusion GPS and Black Cube to produce tens of millions of dollars of political reprisal media attacks and coordinate toxic exposures against the victims. The attacks have been proven by federal and private investigators to have happened, The source of the attacks, the financiers of the attacks, the beneficiaries of the attacks and the operators of the attacks are the same handful of government people.

The victims are seeking an analytical, objective, reasonable, non-political review of their case. Unlike Julian Assange, Edward Snowden and other whistle-blowers, not only did they do nothing illegal but they are law enforcement and intelligence service consultant who HELP the nation! They are Smedley Butler-like and not Edward Snowden-like!

It is foolish for any party to ignore the capacity for crime that the Jeffrey Epstein, Harvey Weinstein (ie: his threat to have Jennifer Aniston killed for reporting his sex crimes) and Larry Page oligarchs get involved in, along with the Senators they own and control.

The nature of the core crime case is profound in that it was driven by White House staff and United States Senators, who ordered attacks on the victims in reprisal. These famous political

579

figures use the trillions of dollars in government treasuries and massive stock market scams for illicit profiteering by rigging the system exclusively for themselves and their crony insiders.

They attacked the victims using government taxpayer funded media (Fusion GPS, Black Cube, Google/YouTube/Alphabet, Pysops, Gizmodo Media, Media Matters, Blumenthal, etc.) and spy agency tools because the victims competed with their businesses and reported their crimes. This month the news headlines reveal that San Francisco Bay Area government has as many corrupt politicians as Chicago and relies on the same RICO-violating insider corruption network to operate; as proven by deep AI searches of their financial records. Arrests of those officials are now underway.

Silicon Valley law enforcement records prove that the tech oligarchs that finance these political figures, engage in an organized, racketeering-based, massive sex trafficking, tax evasion, anti-trust violating, spousal abuse, money laundering, black-listing, racist, ageist, political bribery, crony racketeering crime Cartel. The Famous U.S. Senators, Governors and their staff knowingly engage in, finance, operate and benefit from these crimes in exchange for search engine manipulation and stock market insider trading.

The Google, Facebook and Twitter components of this Cartel censor and cover-up news coverage of these crimes, and attacked the victims, because they have a financial connection to the perpetrators.

All of the crooks have had their files hacked. The evidence is out there at the NSA, FBI, etc. Even hackers from Russia and China have copies of the incriminating data. The bad guys will eventually lose!

It is unlikely that any whistle-blowers have as productive a domestic resume, as many letters of reference from famous third-parties and as much proof-of-work as these victims have proven in their evidence sets. The victims have been friends with, and shared homes with, multiple White House and Senate staff and family members and some them have even vouched for the victims. These whistle-blowers know the 'inside scoop'.

The victims are bi-partisan and not affiliated with any political party but they hate political corruption and have the connections to fight it when it affects them and America. Pictures and videos of famous political figures hugging them and meeting with them abound.

In a positive turn of events Whistle-blower Walter Tamosaitis" (easily found on web searches) who was also a Department of Energy Whistle-blower, got a rare victory. Walter got $4.1 MILLION DOLLARS for his whistle-blower work about the Department of Energy malfeasance.

580

The rest of the victims have gotten nothing but punishing benefits blockades and benefit reductions that guaranteed they would never be able to afford rent, going to a show or a restaurant, legal services or anything else in their lives! One of the people they helped get arrested sits around and drinks and collects over $150,000.00 per year in government benefits...and they are an arrested crook. The victims are having a hard time seeing how they have been treated fairly in light of their deeply documented public service!

SSA, and other agencies, were weaponized as political reprisal tools against the victims. James Brown, Jr, the HHS California head of Obamacare was arrested by the FBI for political corruption and racketeering during this. In Marin county HHS investigators were also arrested for sex crime. These tiny victories do not pay the rent for the victims, though.

Some of the victims were awarded a Congressional commendation award in the Iraq War Bill under the United States Congress. They, and their team were to build America's alternative energy back-up plan for the nation under the Department of Energy. They fully executed their federal agreement and did not go bankrupt, embezzle funds, bribe California politicians or get FBI- raided like their competitor: Solyndra!

# San Francisco Politicians Are Bribed This Way

The get secretly paid with:

Billions of dollars of Google, Twitter, Facebook, Tesla, Netflix and Sony Pictures stock and stock warrants which is never reported to the FEC; Billions of dollars of Google, Twitter, Facebook, Tesla, Netflix and Sony Pictures search engine rigging and shadow-banning which is never reported to the FEC; Free rent; Male and female prostitutes; Cars; Dinners; Party Financing; Sports Event Tickets; Political campaign printing and mailing services "Donations"; Secret PAC Financing; Jobs in Corporations in Silicon Valley For The Family Members of Those Who Take Bribes And Those Who Take Bribes; "Consulting" contracts from McKinsey as fronted pay-off gigs; Overpriced "Speaking Engagements" which are really just pay-offs conduited for donors; Private jet rides and use of Government fuel depots (ie: Google handed out NASA jet fuel to staff); Real Estate; Fake mortgages; The use of Cayman, Boca Des Tores, Swiss and related money-laundering accounts; Bribes to Stanford officials to admit their kids to college; The use of HSBC, Wells Fargo, Goldman Sachs and Deustche Bank money laundering accounts and covert stock accounts; Free spam and bulk mailing services owned by Silicon Valley corporations; Use of high tech law firms such as Perkins Coie, Wilson Sonsini, MoFo, Covington & Burling, etc. to conduit bribes to officials; and other means now documented by us, The FBI, the FTC, The SEC, The FEC and journalists.

Part of this matter was featured on CBS News 60 Minutes investigative news segments. (ie: the segments: "THE CLEANTECH CRASH", "CONGRESS TRADING ON INSIDER INFORMATION", "THE LOBBYISTS PLAYBOOK" and investigations into hundreds of billions of dollars of stock market payola illicitly routed through Silicon Valley tech companies). *If the White House, at that time, had been charged for these stock market campaign payola crimes, The President would have been forced out of office. Instead, the AG, Eric Holder, was impeached/Held-In-Contempt-Of Congress and he had to leave office.*

This is why the attacks on the victims have been so spy agency-oriented and sophisticated: To punish them for helping law enforcement and because the victims accidentally competed with Senator's stock market schemes by making their products obsolete via BETTER products.

There are now thousands of news and Congressional reports; from "Spygate", to The IRS Lois Lerrner case to the FBI McCabe case and a vast number of SSA IG reports, particularly SSA about government agencies being weaponized against citizens for political reprisals. Compromised staff used SSA resources to harm the whistle-blowers and block their benefits because they helped halt one of the largest corruption schemes in modern American history.

582

### Page 583  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

This case is still an active case via many federal law enforcement and regulatory agencies. Some of the victims were cellular-level blood poisoned by exposure to toxic chemicals, compounds, powders and radioactive materials in their work environments for the Department of Energy projects. It is unclear if this poisoning was intentional "Alexander Valterovich Litvinenko-like" reprisal poisoning or accidental. The minimal Obamacare medical coverage that some of the victims have does not fund the testing and treatment of Cesium, Thorium overdose, micro-particulant toxins, radical solvents, high energy EMF and the kinds of exotic materials that Department of Energy weapons and energy labs, that victims worked with, use in their locations.

While the victims benefits application was underway in one part of the federal building, on the upper floors of the same building, victims were assisting a federal crime investigation against powerful local and Washington DC politicians and their oligarch financiers, on other floors of that federal building, corrupt political officials were figuring out how to harm the victims and engage in reprisals.

From FBI-class federal investigators and private investigators, records prove that well known California Senate officials and well known White House officials ordered government benefits to be blocked, delayed, obfuscated, denied and otherwise harmed as political reprisal and retribution for the assistance the victims supplied to law enforcement.

Criminal forensic data has proven that digital manipulation of some of victims records and files did occur and that SSA computers are regularly hacked by many parties including the China 'Cloud Hopper' APT 10 group, currently under federal indictment, and hundreds of domestic attack groups, some of whom are hired by U.S. Senators. A number of California and Washington DC Senators and agency heads have already been arrested, indicted and/or removed from office in these matters.

Over 40 of the victims peers in this matter (Rajeev Motwani, Gary D. Conley, Seth Rich, Dr. Epstein's wife, etc. ) are now dead from mysterious circumstances. Victims have received numerous death threats and have been personally attacked on multiple occasions including getting their cars rammed and drive-by death threats.

Some of those victims may have been murdered for whistle-blowing. Multiple senior government officials and Senators have been exposed hiring Google, YouTube, Fusion GPS, In-Q-Tel, PsyOps, Cambridge Analytica, ShareBlue, Media Matters, Black Cube, Gizmodo and other "kill services" to attack citizens in political reprisals.

*Pelosi, Feinstein & Congress **Cash in on Insider Trading | RepresentUs***

*https://represent.us/action/insider-trading/*

583

Page 584  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

In 2011, a CBS investigation blew the lid off of one of Washington's most poorly-kept secrets: members of **Congress** were routinely exploiting legal loopholes to engage in **insider trading** and line their own pockets — a criminal offense for regular citizens. In the ensuing public outrage, **Congress** passed a law called the STOCK Act, and took a […]

***Congress: California Senators Trading stock on inside information? - CBS News***

*https://www.cbsnews.com/news/congress-trading-stock-on-inside-information/*

**Congress**: **Trading** stock on inside information? ... But, congressional lawmakers have no corporate responsibilities and have long been considered exempt from **insider trading** laws, even though they ...

*Congress **Tells Court That** Congress **Can't Be Investigated ...***

*https://theintercept.com/2015/05/07/congress-argues-cant-investigated-insider-trading/*

But as the Securities and Exchange Commission made news with the first major investigation of political **insider trading**, **Congress** moved to block the inquiry.

***Reckless stock trading leaves** Congress **rife with corruption  ... - POLITICO***

*https://www.politico.com/story/2017/05/14/congress-stock-trading-conflict-of-interest-rules-238033*

POLITICO Investigation. Reckless stock **trading** leaves **Congress** rife with conflicts . After the furor over Tom Price's investments, four more members quietly bought shares in the same firm.

*Nancy Pelosi **Built Wealth on** 'Insider Trading', that's where her covert $120M came from...*

*https://thepoliticalinsider.com/nancy-pelosi-insider-trading/*

"**Nancy Pelosi** has engaged in **insider trading**," Hill said, "because she's been the beneficiary of information that other people wouldn't have, so Paul **Pelosi** is able to make active trades on her **insider** knowledge." Listen below:

Apple Google Silicon Valley No Cold Calling Anti-Poaching

https://www.lieffcabraser.com/antitrust/high-tech-employees/

**Silicon Valley** firms and other **high-tech** companies owe their tremendous successes to the sacrifices and hard work of their employees, and must take responsibility for their misconduct.One of the principal means by which **high-tech** companies recruit employees is to solicit them directly from other companies in a process referred to as "cold ...

584

Page 585   EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

## Engineers Allege Hiring Collusion in Silicon Valley - The ...

https://www.nytimes.com/2014/03/01/technology/engineers-allege-hiring-collusion-in-silicon-valley.html

Mar 1, 2014Alan Hyde, a Rutgers professor who wrote "Working in **Silicon Valley**: Economic and Legal Analysis of a **High**-Velocity Labor Market," said the **no-poaching** accusations go contrary to what has made ...

## Apple, Google and others to pay $415m to settle Silicon ...

https://www.telegraph.co.uk/technology/news/11843237/Apple-Google-and-others-to-pay-415m-to-settle-Silicon-Valley-no-poaching-lawsuit.html

Apple, Google and others to pay $415m to settle **Silicon Valley 'no poaching' lawsuit** US judge agrees settlement that will see thousands of technology workers receive thousands of dollars

## Dirty Secrets of Silicon Valley Poaching | Paysa

https://www.paysa.com/blog/dirty-secrets-of-silicon-valley-poaching/

**Silicon Valley** is a talent magnet. With prestigious **high-tech** corporations such as Google, Apple, Facebook, Netflix, and Tesla Motors among the Fortune 1000 companies and thousands of startups finding their home in the world-renowned technology hub, this comes as **no** surprise.

## Silicon Valley no-poaching deal appears headed for approval

https://phys.org/news/2015-03-silicon-valley-no-poaching.html

**Silicon Valley no-poaching** deal appears headed for approval. by Howard Mintz, San Jose Mercury News

## Silicon Valley's $415 million poaching settlement finalized

https://www.mercurynews.com/2015/09/03/silicon-valleys-415-million-poaching-settlement-finalized/

Sep 3, 2015**Silicon Valley's** $415 million **poaching** settlement finalized ... **valley-tech**-giants-learn-from-**no-poaching**-antitrust-case/ 'When Rules Don't Apply': Did **Silicon Valley tech** giants learn from **no** ...

## Justice Department Requires Six High Tech Companies to ...

https://www.justice.gov/opa/pr/justice-department-requires-six-high-tech-companies-stop-entering-anticompetitive-employee

585

Page 586  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

One of the complaints arose out of a larger investigation by the Antitrust Division into employment practices by **high tech** firms. The division continues to investigate other similar **no** solicitation agreements. Adobe Systems Inc. is a Delaware corporation with its principal place of business in San Jose, Calif., and 2009 revenues of nearly $3 billion.

Cold calling is one of the main methods used by companies in the high-technology sector to recruit employees with advanced and specialised skills, such as software and hardware engineers, programmers, animators, digital artists, Web developers and other technical professionals.[1] Cold calling involves communicating directly in any manner with another firm's employee who has not otherwise applied for a job opening. Cold calling may be done in person, by phone, letter, or email.[2] According to the legal brief filed by a Plaintiffs in one of the class-action cases, cold calling is an effective method of recruiting for the high-technology sector because "employees of other [high-technology] companies are often unresponsive to other recruiting strategies... [and] current satisfied employees tend to be more qualified, harder working, and more stable than those who are actively looking for employment."[3]

Amy Lambert, Google's associate general counsel, noted in a blog post shortly after the DOJ's actions, that Google's definition of cold calling does not necessarily eliminate recruiting by letter or email, but only the process of calling on the telephone. By implication, recruiting through LinkedIn incurs recruiting by "InMail" - LinkedIn's own mail contact system: "In order to maintain a good working relationship with these companies, in 2005 we decided not to "cold call" employees at a few of Plaintiffs partner companies. Plaintiffs policy only impacted cold calling, and we continued to recruit from these companies through LinkedIn, job fairs, employee referrals, or when candidates approached Google directly. In fact, we hired hundreds of employees from the companies involved during this time period."

The challenged "no cold call" agreements are alleged bilateral agreements between high technology companies not to cold call each other's employees. The DOJ alleges that senior executives at each company negotiated to have their employees added to 'no call' lists maintained by human resources personnel or in company hiring manuals. The alleged agreements were not limited by geography, job function, product group, or time period. The alleged bilateral agreements were between: (1) Apple and Google, (2) Apple and Adobe, (3) Apple and Pixar, (4) Google and Intel, (5) Google and Intuit,[4] and (6) Lucasfilm and Pixar.[5]

The civil class action further alleges that agreements also existed to (1) "provide notification when making an offer to another [company]'s employee (without the knowledge or consent of the employee)" and (2) "agreements that, when offering a position to another company's employee, neither company would counteroffer above the initial offer."[3]

586

Page 587   EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

**Department of Justice antitrust action**

The United States Department of Justice Antitrust Division filed a complaint in the US District Court for the District of Columbia alleging violations of Section 1 of the Sherman Act. In *US v. Adobe Systems Inc., et al.*, the Department of Justice alleged that Adobe, Apple, Google, Intel, Intuit, and Pixar had violated Section 1 of the Sherman Act by entering into a series of bilateral "No Cold Call" Agreements to prevent the recruitment of their employees (a similar but separate suit was filed against Lucasfilm on December 21, 2010[6]).

( https://en.wikipedia.org/wiki/High-Tech_Employee_Antitrust_Litigation#cite_note-6 )

The DOJ alleged in their Complaint that the companies had reached "facially anticompetitive" agreements that "eliminated a significant form of competition...to the detriment of the affected employees who were likely deprived of competitively important information and access to better job opportunities." The DOJ also alleged that the agreements "were not ancillary to any legitimate collaboration," "were much broader than reasonably necessary for the formation or implementation of any collaborative effort," and "disrupted the normal price-setting mechanisms that apply in the labor setting."[4] The same day it filed the suit, the DOJ and the defendants proposed a settlement.[7]

( https://en.wikipedia.org/wiki/High-Tech_Employee_Antitrust_Litigation#cite_note-doj_case_proposed_settlement-7 )

A final judgment enforcing the settlement was entered by the court on March 17, 2011.[8]

( https://en.wikipedia.org/wiki/High-Tech_Employee_Antitrust_Litigation#cite_note-doj_adobe_final_judgement-8 )

Although the DOJ Complaint only challenged the alleged "no cold call" agreements, in the settlement, the companies agreed to a more broad prohibition against "attempting to enter into, entering into, maintaining or enforcing any agreement with any other person to in any way refrain from, requesting that any person in any way refrain from, or pressuring any person in any way to refrain from soliciting, cold calling, recruiting, or otherwise competing for employees of the other person", for a period of five years; the court can grant an extension.[8]

( https://en.wikipedia.org/wiki/High-Tech_Employee_Antitrust_Litigation#cite_note-doj_adobe_final_judgement-8 )

The settlement agreement does not provide any compensation for company employees affected by the alleged agreements.[9]

587

Page 588  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

( https://en.wikipedia.org/wiki/High-Tech_Employee_Antitrust_Litigation#cite_note-judge_oks-9 )

Lucasfilm entered into a similar settlement agreement in December 2010.[5]

( https://en.wikipedia.org/wiki/High-Tech_Employee_Antitrust_Litigation#cite_note-Richey-5 )

**Civil class action**

*In re: High-Tech Employee Antitrust Litigation* (U.S. District Court, Northern District of California 11-cv-2509 [10]) is a class-action lawsuit on behalf of over 64,000 employees of Adobe, Apple Inc., Google, Intel, Intuit, Pixar and Lucasfilm (the last two are subsidiaries of Disney) against their employer alleging that their wages were repressed due to alleged agreements between their employers not to hire employees from their competitors.[11][12] The case was filed on May 4, 2011 by a former software engineer at Lucasfilm and alleges violations of California's antitrust statute, Business and Professions Code sections 16720 et seq. (the "Cartwright Act"); Business and Professions Code section 16600; and California's unfair competition law, Business and Professions Code sections 17200, et seq. Focusing on the network of connections around former Apple CEO Steve Jobs, the Complaint alleges "an interconnected web of express agreements, each with the active involvement and participation of a company under the control of Steve Jobs...and/or a company that shared at least one member of Apple's board of directors." The alleged intent of this conspiracy was "to reduce employee compensation and mobility through eliminating competition for skilled labor."[13]

On October 24, 2013 the United States District Court for the Northern District of California granted class certification for all employees of Defendant companies from January 1, 2005 through January 1, 2010.[9]

As of October 31, 2013, Intuit, Pixar and Lucasfilm have reached a tentative settlement agreement. Pixar and Lucasfilm agreed to pay $9 million in damages, and Intuit agreed to pay $11 million in damages.[9] In May 2014, Judge Lucy Koh approved the $20 million settlement between Lucasfilm, Pixar, and Intuit and their employees. Class members in this settlement, which involved fewer than 8% of the 65,000 employees affected, will receive around $3,840 each.[14]

The trial of the class action for the remaining Defendant companies was scheduled to begin on May 27, 2014. The plaintiffs intended to ask the jury for $3 billion in compensation, a number which could in turn have tripled to $9 billion under antitrust law.[15] However, in late April 2014, the four remaining defendants, Apple Inc, Google, Intel and Adobe Systems, agreed to settle out of court. Any settlement must be approved by Judge Lucy Koh.[16][17]

588

On May 23, 2014, Apple, Google, Intel, Adobe agreed to settle for $324.5 million. Lawyers sought 25% in attorneys' fees, plus expenses of as much as $1.2 million, according to the filing. Additional award payments of $80,000 would be sought for each named Plaintiffs who served as a class representative.[18] Payouts will average a few thousand dollars based on the salary of the employee at the time of the complaint.

In June 2014, Judge Lucy Koh expressed concern that the settlement may not be a good one for the plaintiffs. Michael Devine, one of the plaintiffs, said the settlement is unjust. In a letter he wrote to the judge he said the settlement represents only one-tenth of the $3 billion in compensation the 64,000 workers could have made if the defendants had not colluded.[19]

On August 8, 2014, Judge Koh rejected the settlement as insufficient on the basis of the evidence and exposure. Rejecting a settlement is unusual in such cases. This left the defendants with a choice between raising their settlement offer or facing a trial.[20]

On September 8, 2014, Judge Koh set April 9, 2015 as the actual trial date for the remaining defendants, with a pre-trial conference scheduled for December 19, 2014. Also, as of early September 2014, the defendants had re-entered mediation to determine whether a new settlement could be reached.[21]

A final approval hearing was held on July 9, 2015.[22] On Wednesday September 2, 2015, Judge Lucy H. Koh signed an order granting Motion for Final Approval of Class Action Settlement. The settlement website stated that Adobe, Apple, Google, and Intel has reached a settlement of $415 million and other companies settled for $20 million.

According to the settlement website, Gilardi & Co., LLC distributed the settlement to class members the week of December 21, 2015.

See also

- **Corrupt Eric Schmidt And His Role In The Illegal Collusion**
- Antipoaching

# The Techtopus: How Silicon Valley's most celebrated CEOs conspired to drive down 100,000 tech engineers' wages

 By Mark Ames

589

In early 2005, as demand for Silicon Valley engineers began booming, Apple's Steve Jobs sealed a secret and illegal pact with Google's Eric Schmidt to artificially push their workers wages lower by agreeing not to recruit each other's employees, sharing wage scale information, and punishing violators. On February 27, 2005, Bill Campbell, a member of Apple's board of directors and senior advisor to Google, emailed Jobs to confirm that Eric Schmidt "got directly involved and firmly stopped all efforts to recruit anyone from Apple."

Later that year, Schmidt instructed his Sr VP for Business Operation Shona Brown to keep the pact a secret and only share information "verbally, since I don't want to create a paper trail over which we can be sued later?"

These secret conversations and agreements between some of the biggest names in Silicon Valley were first exposed in a Department of Justice antitrust investigation launched by the Obama Administration in 2010. That DOJ suit became the basis of a class action lawsuit filed on behalf of over 100,000 tech employees whose wages were artificially lowered — an estimated $9 billion effectively stolen by the high-flying companies from their workers to pad company earnings — in the second half of the 2000s. Last week, the 9th Circuit Court of Appeals denied attempts by Apple, Google, Intel, and Adobe to have the lawsuit tossed, and gave final approval for the class action suit to go forward. A jury trial date has been set for May 27 in San Jose, before US District Court judge Lucy Koh, who presided over the Samsung-Apple patent suit.

In a related but separate investigation and ongoing suit, eBay and its former CEO Meg Whitman, now CEO of HP, are being sued by both the federal government and the state of California for arranging a similar, secret wage-theft agreement with Intuit (and possibly Google as well) during the same period.

The secret wage-theft agreements between Apple, Google, Intel, Adobe, Intuit, and Pixar (now owned by Disney) are described in court papers obtained by PandoDaily as "an overarching conspiracy" in violation of the Sherman Antitrust Act and the Clayton Antitrust Act, and at times it reads like something lifted straight out of the robber baron era that produced those laws. Today's inequality crisis is America's worst on record since statistics were first recorded a hundred years ago — the only comparison would be to the era of the railroad tycoons in the late 19th century.

Shortly after sealing the pact with Google, Jobs strong-armed Adobe into joining after he complained to CEO Bruce Chizen that Adobe was recruiting Apple's employees. Chizen sheepishly responded that he thought only a small class of employees were off-limits:

590

Page 591  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

I thought we agreed not to recruit any senior level employees.... I would propose we keep it that way. Open to discuss. It would be good to agree.

Jobs responded by threatening war:

OK, I'll tell Plaintiffs recruiters they are free to approach any Adobe employee who is not a Sr. Director or VP. Am I understanding your position correctly?

Adobe's Chizen immediately backed down:

I'd rather agree NOT to actively solicit any employee from either company.....If you are in agreement, I will let my folks know.

The next day, Chizen let his folks — Adobe's VP of Human Resources — know that "we are not to solicit ANY Apple employees, and visa versa." Chizen was worried that if he didn't agree, Jobs would make Adobe pay:

if I tell Steve [Jobs] it's open season (other than senior managers), he will deliberately poach Adobe just to prove a point. Knowing Steve, he will go after some of Plaintiffs top Mac talent...and he will do it in a way in which they will be enticed to come (extraordinary packages and Steve wooing).

Indeed Jobs even threatened war against Google early 2005 before their "gentlemen's agreement," telling Sergey Brin to back off recruiting Apple's Safari team:

if you [Brin] hire a single one of these people that means war.

Brin immediately advised Google's Executive Management Team to halt all recruiting of Apple employees until an agreement was discussed.

 In the geopolitics of Silicon Valley tech power, Adobe was no match for a corporate superpower like Apple. Inequality of the sort we're experiencing today affects everyone in ways we haven't even thought of — whether it's Jobs bullying slightly lesser executives into joining an illegal wage-theft pact, or the tens of thousands of workers whose wages were artificially lowered, transferred into higher corporate earnings, and higher compensations for those already richest and most powerful to begin with.

Over the next two years, as the tech industry entered another frothing bubble, the secret wage-theft pact which began with Apple, Google and Pixar expanded to include Intuit and Intel. The secret agreements were based on relationships, and those relationships were forged in Silicon Valley's incestuous boards of directors, which in the past has been recognized mostly as a problem for shareholders and corporate governance advocates, rather than for the tens of thousands of employees whose wages and lives are viscerally affected by their clubby backroom

deals. Intel CEO Paul Otellini joined Google's board of directors in 2004, a part-time gig that netted Otellini $23 million in 2007, with tens of millions more in Google stock options still in his name — which worked out to $464,000 per Google board event if you only counted the stock options Otellini cashed out — dwarfing what Otellini made off his Intel stock options, despite spending most of his career with the company.

Meanwhile, Eric Schmidt served on Apple's board of directors until 2009, when a DoJ antitrust investigation pushed him to resign. Intuit's chairman at the time, Bill Campbell, also served on Apple's board of directors, and as official advisor — "consigliere" — to Google chief Eric Schmidt, until he resigned from Google in 2010. Campbell, a celebrated figure ("a quasi-religious force for good in Silicon Valley") played a key behind-the-scenes role connecting the various CEOs into the wage-theft pact. Steve Jobs, who took regular Sunday walks with Campbell near their Palo Alto homes, valued Campbell for his ability "to get A and B work out of people," gushing that the conduit at the center of the $9 billion wage theft suit, "loves people, and he loves growing people."

Indeed. Eric Schmidt has been, if anything, even more profuse in his praise of Campbell. Schmidt credits Campbell for structuring Google when Schmidt was brought on board in 2001:

His contribution to Google — it is literally not possible to overstate. He essentially architected the organizational structure.

Court documents show it was Campbell who first brought together Jobs and Schmidt to form the core of the Silicon Valley wage-theft pact. And Campbell's name appears as the early conduit bringing Intel into the pact with Google:

Bill Campbell (Chairman of Intuit Board of Directors, Co-Lead Director of Apple, and advisor to Google) was also involved in the Google-Intel agreement, as reflected in an email exchange from 2006 in which Bill Campbell agreed with Jonathan Rosenberg (Google Advisor to the Office of CEO and former Senior Vice President of Product Management) that Google should call [Intel CEO] Paul Otellini before making an offer to an Intel employee, regardless of whether the Intel employee first approached Google.

Getting Google on board with the wage-theft pact was the key for Apple from the start — articles in the tech press in 2005 pointed at Google's recruitment drive and incentives were the key reason why tech wages soared that year, at the highest rate in well over a decade.

 Campbell helped bring in Google, Intel, and, in 2006, Campbell saw to it that Intuit — the company he chaired — also joined the pact.

Page 593  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

From the peaks of Silicon Valley, Campbell's interpersonal skills were magical and awe-inspiring, a crucial factor in creating so much unimaginable wealth for their companies and themselves. Jobs said of Campbell:

There is something deeply human about him.

And Schmidt swooned:

He is my closest confidant...because he is the definition of trust.

Things — and people — look very different when you're down in the Valley. In the nearly 100-page court opinion issued last October by Judge Koh granting class status to the lawsuit, Campbell comes off as anything but mystical and "deeply human." He comes off as a scheming consigliere carrying out some of the drearier tasks that the oligarchs he served were constitutionally not so capable of arranging without him.

 But the realities of inequality and capitalism invariably lead to mysticism of this sort, a natural human response to the dreary realities of concentrating so much wealth and power in the hands of a dozen interlocking board members at the expense of 100,000 employees, and so many other negative knock-off effects on the politics and culture of the world they dominate.

One of the more telling elements to this lawsuit is the role played by "Star Wars" creator George Lucas, who emerges as the Obi-Wan Kenobi of the wage-theft scheme. It's almost too perfectly symbolic that Lucas — the symbiosis of Baby Boomer New Age mysticism, Left Coast power, political infantilism, and dreary 19th century labor exploitation — should be responsible for dreaming up the wage theft scheme back in the mid-1980s, when Lucas sold the computer animation division of Lucasfilm, Pixar, to Steve Jobs.

As Pixar went independent in 1986, Lucas explained his philosophy about how competition for computer engineers violated his sense of normalcy — and profit margins. According to court documents:

George Lucas believed that companies should not compete against each other for employees, because '[i]t's not normal industrial competitive situation.' As George Lucas explained, 'I always — the rule we had, or the rule that I put down for everybody,' was that 'we cannot get into a bidding war with other companies because we don't have the margins for that sort of thing.'

Translated, Lucas' wage-reduction agreement meant that Lucasfilm and Pixar agreed to a) never cold call each other's employees; b) notify each other if making an offer to an employee of the other company, even if that employee applied for the job on his or her own without being recruited; c) any offer made would be "final" so as to avoid a costly bidding war that would drive

up not just the employee's salary, but also drive up the pay scale of every other employee in the firm.

Jobs held to this agreement, and used it as the basis two decades later to suppress employee costs just as fierce competition was driving up tech engineers' wages.

The companies argued that the non-recruitment agreements had nothing to do with driving down wages. But the court ruled that there was "extensive documentary evidence" that the pacts were designed specifically to push down wages, and that they succeeded in doing so. The evidence includes software tools used by the companies to keep tabs on pay scales to ensure that within job "families" or titles, pay remained equitable within a margin of variation, and that as competition and recruitment boiled over in 2005, emails between executives and human resources departments complained about the pressure on wages caused by recruiters cold calling their employees, and bidding wars for key engineers.

Google, like the others, used a "salary algorithm" to ensure salaries remained within a tight band across like jobs. Although tech companies like to claim that talent and hard work are rewarded, in private, Google's "People Ops" department kept overall compensation essentially equitable by making sure that lower-paid employees who performed well got higher salary increases than higher-paid employees who also performed well.

As Intel's director of Compensation and Benefits bluntly summed up the Silicon Valley culture's official cant versus its actual practices,

While we pay lip service to meritocracy, we really believe more in treating everyone the same within broad bands.

The companies in the pact shared their salary data with each other in order to coordinate and keep down wages — something unimaginable had the firms not agreed to not compete for each other's employees. And they fired their own recruiters on just a phone call from a pact member CEO.

In 2007, when Jobs learned that Google tried recruiting one of Apple's employees, he forwarded the message to Eric Schmidt with a personal comment attached: "I would be very pleased if your recruiting department would stop doing this."

Within an hour, Google made a "public example" by "terminating" the recruiter in such a manner as to "(hopefully) prevent future occurrences."

Likewise, when Intel CEO Paul Otellini heard that Google was recruiting their tech staff, he sent a message to Eric Schmidt: "Eric, can you pls help here???"

594

### Page 595  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

The next day, Schmidt wrote back to Otellini: "If we find that a recruiter called into Intel, we will terminate the recruiter."

One of the reasons why non-recruitment works so well in artificially lowering workers' wages is that it deprives employees of information about the job market, particularly one as competitive and overheating as Silicon Valley's in the mid-2000s. As the companies' own internal documents and statements showed, they generally considered cold-calling recruitment of "passive" talent — workers not necessarily looking for a job until enticed by a recruiter — to be the most important means of hiring the best employees.

Just before joining the wage-theft pact with Apple, Google's human resources executives are quoted sounding the alarm that they needed to "dramatically increase the engineering hiring rate" and that would require "drain[ing] competitors to accomplish this rate of hiring." One CEO who noticed Google's hiring spree was eBay CEO Meg Whitman, who in early 2005 called Eric Schmidt to complain, "Google is the talk of the Valley because [you] are driving up salaries across the board." Around this time, eBay entered an illegal wage-theft non-solicitation scheme of its own with Bill Campbell's Intuit, which is still being tried in ongoing federal and California state suits.

Google placed the highest premium on "passive" talent that they cold-called because "passively sourced candidates offer[ed] the highest yield," according to court documents. The reason is like the old Groucho Marx joke about not wanting to belong to a club that would let you join it — workers actively seeking a new employer were assumed to have something wrong with them; workers who weren't looking were assumed to be the kind of good happy talented workers that company poachers would want on their team.

For all of the high-minded talk of post-industrial technotopia and Silicon Valley as worker's paradise, what we see here in stark ugly detail is how the same old world scams and rules are still operative.

**Follow all of the Techtopus coverage [here](here).**

Article References

- *Singer, Bill. [After Apple, Google, Adobe, Intel, Pixar, And Intuit, Antitrust Employment Charges Hit eBay](here). Forbes. Retrieved 2013-12-02.*

- *DOJ. [Complaint, US v. Adobe Systems Inc., et al"](here) (PDF). DOJ. Retrieved 2013-12-02.*

- *[Complaint, Hariharan v. Adobe Systems Inc., et al"](here) (PDF). Lieff, Cabraser, Heimann & Bernstein. Retrieved 2013-12-02.*

595

Page 596   EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

- *"Complaint, US v. Adobe Systems Inc., et al" (PDF). Department of Justice. Retrieved 2013-12-02.*

- *Richey, Warren. "Lucasfilm settles antitrust case over wage suppression of top animators". The Christian Science Monitor. Retrieved 2013-12-02.*

- *"Complaint, US v. Lucasfilm Ltd". Department of Justice. Retrieved 2013-12-02.*

- *"Justice Department Requires Six High Tech Companies to Stop Entering into Anticompetitive Employee Solicitation Agreements" (Press release). United States Department of Justice. September 24, 2010. Retrieved 2016-01-14.*

- *"U.S. v. Adobe Systems, Inc., et al.: Final Judgment". United States Department of Justice. March 17, 2011. Retrieved 14 January 2016.*

- *"Judge OKs class-action suit against Apple, Intel, Google, Adobe". San Jose Mercury News. Retrieved 2013-12-02.*

- *Dan Levine (2014-04-24). "Apple, Google agree to settle lawsuit alleging hiring conspiracy". Chicago Tribune. Reuters. Retrieved 2016-01-17.*

- *Rosenblatt, Joel. "Apple, Google Must Face Group Antitrust Hiring Lawsuit". Bloomberg. Retrieved 2013-10-27.*

- *"Judge Grants Class-Action Status in Silicon Valley Hiring Suit". The Wall Street Journal. 2002-10-03. Retrieved 2013-10-27.*

- *"Complaint, Hariharan v. Adobe Systems Inc., et al" (PDF). Lieff, Cabraser, Heimann & Bernstein. Retrieved 2013-12-02.*

- *Cooley, Brian (2014-05-16). "Judge approves first payout in antitrust wage-fixing lawsuit". CNET. Retrieved 2016-01-17.*

- *"Dockets & Filings: In re: High-Tech Employee Antitrust Litigation". Justia. Retrieved 2013-12-02.*

- *Levine, Dan (2014-04-24). "Apple, Google agree to settle lawsuit alleging hiring, salary conspiracy". The Washington Post. Retrieved 2016-01-17.*

- *Levine, Dan (2014-04-24). "Apple, Google agree to settle lawsuit alleging hiring conspiracy". Reuters. Retrieved 2016-01-17.*

- *"Apple, Google, Intel, Adobe Settle for $324.5 Million". Bloomberg News. Retrieved 2014-05-26.*

596

Page 597   EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

- *"Judge questions settlement in Silicon Valley no-poaching case"*. San Jose Mercury News. 2014-06-19. Retrieved 2016-01-17.

- *"Court Rejects Deal on Hiring in Silicon Valley"*. The New York Times. 9 August 2014.

- *"Judge Koh Sets April 2015 Trial In Tech Anti-Poach Row"*. Retrieved 2015-01-13.

22. *Court preliminarily approves $415m settlement of high-tech no-poaching lawsuit"*. Retrieved 2015-06-30.

External links

- Docket for US v. Adobe Systems Inc., et al. ( https://www.justice.gov/atr/cases/adobe.htm )

- Docket for US v. Lucasfilm Ltd. ( https://www.justice.gov/atr/cases/lucasfilm.html )

- The Silicon Valley Anti-Poaching Conspiracy ( https://web.archive.org/web/20150122225943/http://antitrust.buzz/anti-poaching/ )

- Docket for In re: High-Tech Employee Antitrust Litigation ( http://dockets.justia.com/docket/california/candce/5:2011cv02509/243796/ )

- Order Granting Plaintiffs' Supplemental Motion for Class Certification, *In re High-Tech Employee Antitrust Litigation*, no 11-CV-02509 (N.D. Cal. Oct. 24, 2013) ( https://www.scribd.com/doc/201651711/October-24-2013-Class-Cert-Order )

- High-Tech Employee Antitrust Litigation Settlement Administration Website ( http://www.hightechemployeelawsuit.com/ )

- http://pando.com/tag/techtopus/

- *http://pando.com/2014/03/30/court-docs-google-hiked-wages-to-combat-hot-young-facebook-after-sheryl-sandberg-refused-to-join-hiring-cartel/

## THE LIES, CORRUPTION AND ANTI-TRUST VIOLATING INSIDER TRADING SCAMS AT THE DEPARTMENT OF ENERGY

Any voyage onto the path of funding from the Department of Energy will be a road to hell.

While frozen-smile aides will shake your hand and tell you how "*excited they are to welcome your application*", behind your back they are sharpening their knives.

597

Page 598  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

Over 100 past Applicants were lied to, defrauded, stone-walled, bottom-drawer'd, sabotaged, and generally screwed with by **The Department of Energy** in order to: 1.) protect campaign financiers who were their competitors and 2.) stone-wall those Applicant's for being competitive against the Elon Musk and Solyndra chosen insiders.

Almost EVERY competing Applicant was faster, cheaper, had better MPG, was easier to manufacture, had lower cost to the main-stream market, had a better set of financials, had a better debt ratio, was safer, etc. but they missed one key factor: THEY DID NOT OFFER BRIBES AS LARGE AS ELON MUSK DID!

Even in 2020 you would have to be a sucker to apply for DOE funds. There are people inside DOE who are dedicated to making sure you never get that money. You can get a faster loan from a commercial bank without thousands of hidden "gotchas" and insider trading schemes to trip you up. These tricks, built into the Department of Energy process, are created to ensure that DOE insiders have thousands of excuses to never let you get the money unless you agree to finance the correct political candidates.

Political insiders will always, though, find a way to disqualify any applicant who competes with campaign financier favorites. Hundreds of highly qualified applicants were denied because Elon Musk knew they could put Tesla out of business without DOE's exclusive support of his monopoly. Tesla's own senior staff have written widely about the 'gate-keeper' insider trading scam at DOE. DOE is an anti-trust operator who is a gatekeeper of industry winners and losers based on who donated the most to certain PACs.

The Secretary of Energy and the Chief Counsel for the United States Department of Energy have been challenged, in writing, to provide the names of *ANY* Loan Programs Office (LPO) or Advanced Technology Vehicles Manufacturing (ATVM) Program official, reviewer, advisor or staffer who was not, from 2007 forward, either financed by, friends, with, sleeping with, dating the staff of, holding stock market assets in, promised a revolving door job or government service contracts from, partying with, personal friends with, photographed at private events with, exchanging emails with, business associates of or directed by; one of those business adversaries, or the Senators and Department of Energy politicians that those business adversaries pay campaign finances to, or supply political digital services to. From 2008 forward, The White House and The Department Of Energy were controlled by the Silicon Valley tech oligarchs! That is a violation of the law, the Constitution and the American Way.

Department of Energy PR officials blindly push their revisionist history propaganda party-line hype that the DOE has been *"fair and successful"*. There has never been a bigger lie on Earth since the first frat boy told the first sorority girl *"don't worry, I won't get it in your mouth.."*

598

Page 599  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

One group used CIA and FBI style investigation tools to hunt down every reviewer, contractor and insider involved in the Loan Programs Office (LPO) or Advanced Technology Vehicles Manufacturing (ATVM) Program since 2007. A forensic chart was produced showing the insider trading, revolving door and social engagements of each. In almost 97% of the cases, every person was found to have glaringly unethical, often criminal, conflicts of interest between beneficiary lines of connection.

In fact, multiple groups have insisted that the FBI, the NSA, The CIA and 60 Minutes conduct their own independent studies, on a name, by name basis of the DOE staff involved and publish the results of that study to Congress and the public.

The U.S. Department of Energy has supplied no apologies, no compensation for damages to the victims and no halt in the slush-fund payola schemes!

Do you doubt the veracity of these claims? Show this letter to Bill Cooper, the head lawyer for DOE. Ask him to provide forensic data proving any of these assertions are not true! He can't do it!

Plaintiffs can provide thousands of FBI agents, investigative journalists and Congressional staff to prove these assertions are true.

Dept. of Energy staff claim that they got rid of all of the bad people at DOE and that the evil ones don't work there any more but OPM confirms that to be a lie. The stock market holdings, revolving door deals, voter records and social media postings of the current Dept of Energy staff prove that the corrupt ones never left. Tell DOE to take a look at their moral construct if they contact you!

See http://www.majestic111.com for more on this.

**Jay Carney** was Obama's "Hit Man" in the Oval Office at The White House during the Cleantech Crash. It was Carney who helped order character assassinations and hit jobs on members of the public who spoke out about the crimes. Carney was recently caught, again, ordering hit jobs at Amazon, as well. In a famous magazine interview, his home was revealed to be covered in communist propaganda posters.

Leaked notes from an internal meeting of Amazon leadership obtained by VICE News reveal company executives discussed a plan to smear fired warehouse employee Christian Smalls, calling him "not smart or articulate" as part of a PR strategy to make him "the face of the entire union/organizing movement."

"He's not smart, or articulate, and to the extent the press wants to focus on us versus him, we will be in a much stronger PR position than simply explaining for the umpteenth time how we're

599

trying to protect workers," wrote Amazon General Counsel David Zapolsky in notes from the meeting forwarded widely in the company.

The discussion took place at a daily meeting, which included CEO Jeff Bezos, to update each other on the coronavirus situation. Amazon SVP of Global Corporate Affairs Jay Carney described the purpose to CNN on Sunday: "We go over the update on what's happening around the world with Plaintiffs employees and with Plaintiffs customers and Plaintiffs businesses. We also spend a significant amount of time just brainstorming about what else we can do" about COVID-19.

( https://www.cnn.com/videos/business/2020/03/29/is-amazon-doing-enough-to-protect-workers-and-customers.cnn )

Amazon fired the warehouse worker Smalls, after he led a walkout of a number of employees at a Staten Island distribution warehouse. Amazon says he was fired for violating a company-imposed 14-day quarantine after he came into contact with an employee who tested positive for the coronavirus.

( https://www.vice.com/en_us/article/5dmea3/amazon-fired-the-warehouse-worker-who-organized-a-walkout-over-coronavirus )

Zapolsky's notes from the meeting detail Amazon's plan to deal with a wave of bad press and calls for investigations from elected officials following the firing of Smalls. They also show top Amazon brass wanted to make Smalls the focus of its narrative when questioned about worker safety.

"We should spend the first part of Plaintiffs response strongly laying out the case for why the organizer's conduct was immoral, unacceptable, and arguably illegal, in detail, and only then follow with Plaintiffs usual talking points about worker safety," Zapolsky wrote. "Make him the most interesting part of the story, and if possible make him the face of the entire union/organizing movement."

They discussed encouraging Amazon executives to use Smalls to discredit the wider labor movement at Amazon. Employees at the warehouse, known as JFK8, launched an effort to unionize in 2018.

( https://www.bloomberg.com/news/articles/2018-12-12/employees-at-amazon-s-new-nyc-warehouse-launch-unionization-push )

In his notes, Zapolsky wrote that there was "general agreement" on this point among the other attendees of the meeting. (Zapolsky's notes also mention SVP of worldwide operations and customer service Dave Clark and SVP of human resources Beth Galetti.) This is the typical

culture of the Obama crowd of insider executives who will destroy any citizen who gets in their way. Jay Carney runs a **Massive covert organized corruption team at Amazon in order to manipulate Democracy.**

Examples of these groups include Pacronym and American Bridge who are part of Arabella Advisors, a consulting firm that is not required to identify its donors.

Pacronym's affiliated groups create a large network of fake local news outlets that are designed to promote progressive viewpoints inside battleground states in order to rig insider trading for their top bosses.

They are all part of a wealthy dark money network that manipulates public policy for personal profiteering.

American Bridge 21st Century and Pacronym are cutting ads thrashing outsiders as super PACs who go after people they don't like, The Washington Post reported. Both groups also have ties to two fake false-front large nonprofit groups — New Venture Fund and Sixteen Thirty Fund — connected to a massive extreme-leaning consulting group.

( https://www.washingtonpost.com/politics/democratic-groups-to-spend-millions-hitting-trump-over-coronavirus-response/2020/03/17/5f9fadba-686c-11ea-9923-57073adce27c_story.html )

NVF gave one of Pacronym's nonprofits — ACRONYM — $250,000 while providing American Bridge $40,000 in 2018, according to NVF's 2018 IRS documents. IRS records also indicated American Bridge pulled in $200,000 in 2018 from nonprofit Sixteen Thirty Fund, which reportedly spent $141 million on various extreme-leaning causes during the midterm election year.

( https://apps.irs.gov/pub/epostcard/cor/205806345_201812_990_2020013117095977.pdf )

( https://static.politico.com/4b/32/19c3670b41dfa1f8c1b3e0972138/2018-1630-form990.pdf )

Sixteen Thirty Fund and nonprofit NVF are tied into the same sprawling network, according to an analysis by investigators. Arabella Advisors, a philanthropic consulting company based in Washington, D.C., manages four nonprofits, including the NVF, Sixteen Thirty Fund, Hopewell Fund and the Windward Fund.

( https://www.influencewatch.org/non-profit/new-venture-fund/ )

Sixteen Thirty Fund has not responded to requests for comment, while NVF acknowledged making a grant to ACRONYM in 2018 but noted that it "has nothing to do with the activities at PACRONYM or American Bridge."

601

Page 602  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

Arabella representative Steve Sampson called NVF merely a "client of ours," even though the consulting group shares a Washington, D.C., office with all four groups, according to NVF and Sixteen Thirty Fund's 2018 IRS records. American Bridge has not responded to requests for comment.

Other groups have raised alarms about the network as well.

"Arabella Network is the umbrella, and they have these two funds that flow toward both of these groups. A clearly full-blown extremist arm that is casting itself as a nonprofit is politiicizing this event," former Nevada Attorney General Adam Laxalt told the press.

Laxalt is the Outside Counsel to Americans for Public Trust, a group dedicated to uncovering unethical behavior. Americans for Public Trust has covered the network in the past.
**(RELATED: Billionaire Allegedly Behind A False Flag Operation In Alabama Helped Finance The Group Behind Iowa Caucus Chaos)**

(  **https://dailycaller.com/2020/02/18/acronym-iowa-caucus-barack-obama/** )

"American lives are more important than scoring cheap political points," he added after suggesting that the group is striking while the iron is hot and making certain they capitalize on a crisis that has so far killed thousands of people.

Laxalt is referring to Pacronym's announcement on March 17 to plow $5 million into a digital advertising campaign railing against those they hate. The ads are published through Four is Enough, a Pacronym project.

(  https://www.washingtonpost.com/politics/democratic-groups-to-spend-millions-hitting-trump-over-coronavirus-response/2020/03/17/5f9fadba-686c-11ea-9923-57073adce27c_story.html )

ACRONYM's founder said the campaign makes sense from a public health and national security perspective.

Democratic operative David Plouffe another Jay Carney-type "hit-man", who managed former President Barack Obama's 2008 White House bid, sits alongside McGowan on ACRONYM's board.

ACRONYM has not responded to the DCNF's repeated requests for comment. **(RELATED: Tech Firm Behind Iowa Caucus Disaster Also Played Role In Creating A Covert Democratic Propaganda Media Outfit)**

(  **https://dailycaller.com/2020/02/04/iowa-caucus-shadow-buttigieg/** )

602

Page 603  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

Some academics argued that orchestrating such a campaign skirts ethical rules. Running advertisements thrashing the president during a health crisis looks bad, according to Daniel Kreiss, a professor of political communication at the University of North Carolina at Chapel Hill.

"It's a very fine line between ensuring that the president has the legitimacy to speak authoritatively on what Americans must do in order to be safe, and the very real and legitimate questions to raise regarding how the president has handled this crisis given that he's on the ballot in November," Kreiss told WaPo in a March 17 report addressing the ad campaign push.

( https://www.washingtonpost.com/politics/democratic-groups-to-spend-millions-hitting-trump-over-coronavirus-response/2020/03/17/5f9fadba-686c-11ea-9923-57073adce27c_story.html )

Laxalt, Nevada's former attorney general, expressed a similar position.

"The timing of attacking the president in battleground states is appalling. If they are going to do it, then you name the place. I think that doing it right this second is outrageous," he told the DCNF.

Meanwhile, ACRONYM's McGowan is also creating a constellation of local news websites that act as progressive arms targeting the president and his policies.

McGowan, a digital producer for Obama for America in 2011 and the proprietor behind ACRONYM, raised at least $25 million from wealthy liberals to create a media company called Courier Newsroom that is designed to deliver information favorable to Democrats. Courier is rolling out newspapers in swing states to counter what its founder believes is right-wing spin on Facebook and across the digital domain.

( https://www.linkedin.com/in/taramcgowan/ )

( https://dailycaller.com/2019/11/05/obama-trump-elections-ads-digital/ )

( https://couriernewsroom.com/ )

Along with the Courier Newsroom, McGowan is reportedly creating Virginia Dogwood and Arizona's Copper Courier, among others that are expected to roll out in Michigan, North Carolina, Pennsylvania, Virginia and Wisconsin, all battleground states.

**Mind the Gap** at Stanford University is an even sneakier covert group from this crowd. Their efforts haven't previously been reported. They recently petitioned some donors for at least $100,000 to support its efforts. Backers include people like Facebook co-founder Dustin Moskovitz, former Google CEO Eric Schmidt, San Francisco power broker Ron Conway, and a coterie of major Democratic donors from across Silicon Valley, including fundraiser Amy Rao. What is also unusual is that Mind the Gap is led not by highly experienced political hands, but by

603

Page 604  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

academics with no professional backgrounds as fundraisers. The group's leaders are a pair of Stanford law professors: Barbara Fried, who has no apparent campaign experience, and Paul Brest, the former president of the William and Flora Hewlett Foundation. Graham Gottlieb, a Stanford fellow who served in junior roles for former President Barack Obama's 2012 reelection campaign and in his White House, is its executive director.

( https://www.cnn.com/2016/09/09/politics/facebook-cofounder-gift-democrats/index.html )

( https://law.stanford.edu/directory/barbara-fried/ )

( https://law.stanford.edu/directory/paul-brest/ )

( https://casbs.stanford.edu/people/graham-gottlieb )

While dressed in khaki's and acting like they are "saving the trees", the people behind these groups are cold-blooded mercenaries drunk on power, hookers, private jets and a sense of being above-the-law.

**A Corrupt Politician They Didn't ...**

https://newswithviews.com/democrats-havent-seen-a-corrupt-politician-they-didnt-like/

Overcoming the specter of a roiling federal **corruption** probe that threatened to draw the curtain on his 16-year career on Capitol Hill, ... Secretary of Energy **Steven Chu**, and UN Ambassador Susan Rice were all among the top ten most corrupt politicians in Washington for 2012, ...

**OBAMA SCAM: Who are the main VIP cartel members targeted ...**

themillenniumreport.com/2018/02/obama-scam-who-are-the-main-vip-cartel-members-targeted-for-takedown/

OBAMA SCAM: Who are the main VIP cartel members targeted for takedown? The Crooks

**Is Elon Musk A Fraud?**

https://xyzcase.weebly.com/uploads/1/4/4/1/14419908/is_elon_musk_a_fraud_.pdf

"Elon Musk is a criminal and a racketeer" Op-Ed- By Lee Van Steiner If you hear that phrase and you suddenly turn your brain off and think to yourself: "I don't want to hear that because, either; A.)

604

Page 605  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

**Ripoff Report > Washington, District of Columbia**

https://www.ripoffreport.com/reports/united-states-department-of-energy/washington-district-of-columbia-20585/united-states-department-of-energy-steven-chu-kathy-zoi-lachlan-seward-matt-rogers-st-1412021

United States Department of Energy **Steven Chu**, Kathy Zoi, Lachlan Seward, Matt Rogers, Steve Spinner, They defrauded over 100 companies and individuals in a crony payola

**Steven Chu** Should Lose His Job Over The Solyndra Scandal ...

https://www.investors.com/politics/editorials/steven-chu-should-step-down-after-solyndra-scandal/

In testimony Thursday before the House Energy and Commerce Committee, **Steven Chu**, caught in a tangled web of administration deceit regarding a $535 million guaranteed loan to Solyndra, tried but ...

The following person's were whistle-blowers or innocent victims in this crime. They died via strange, suspicious and untimely circumstances. Some of them may have been murdered for helping with this case. This is not a complete list.

The following people associated with this case as witnesses are dead:

*Rajeev Motwani; Gary D. Conley; Seth Rich; Philip Haney; David Bird; Doug Bourn; Misti Epstein; Joshua Brown; Kenneth Bellando; Moritz Erhardt; Imran Aliev; Kate Matrosova; David Drye; Vincent Foster; Kathy Ferguson; Duane Garrett; Eric S. Fox; Judi Gibbs; Berta Caceres; Suzanne Coleman; L.J. Davis; John Hillyer; Stanley Huggins; Sandy Hume; Shawn Lucas; Gary Johnson; John Jones; John F. Kennedy, Jr.; Stephen Ivens; Mary 'Caity' Mahoney; Eric Butera; Danny Casolara; John Ashe; Tony Moser; Larry Nichols; Joseph Rago; Ron Brown; Bob Simon; Don Adams; Peter Smith; Victor Thorn; Lori Klausutis; Gareth Williams; Daphne Caruana Galizia; James D Johnston; Dave Goldberg; Loretta Fuddy; Paul Wilcher; Gary Webb; Beranton J. Whisenant Jr; Stanley Meyer; Jon Parnell Walker; Tyler Drumheller; Barnaby Jack; Dominic Di-Natale; Barbara Wise; Ilya Zhitomirskiy; Jeff Joe Black; Robin Copeland; John Wheeler; Ashley Turton; Michael Hastings; Antonin Scalia; David Koschman; David Werner; Alex Okrent; Kam Kuwata; Larry*

605

*Frankel;* **And hundreds more connected to this case who suddenly, and strangely, turned up dead in this case and, ironically, their deaths all benefit the suspects in this case...**

**Rajeev Motwani** taught Google how to Google. Suddenly, in perfect health, he was found floating face-down, dead, in his Silicon Valley swimming pool. It helps certain people that he can no longer talk.

**Gary D. Conley** was the CleanTech competitor to, and whistle-blower on, the suspects. He was suddenly found with a bullet in his head behind Beale Air Force base. It helps certain people that he can no longer talk.

Google programmer **Forrest Hayes**, who worked on Google search engine rigging, was suddenly found dead with the story that "he was overdosed by a Google hooker on his sex yacht".

Google associate and Tesla Investments founder **Ravi Kumar** was also killed by his hooker.

Deep Google investor VC liason and husband of Facebook executive **Cheryl Sandberg** was suddenly found dead with a hole is his head. The "official" story is that he was the first person in history to be killed by his treadmill.

**David Bird** was the Wall Street Journal energy reporter who was working on a story that involved Cleantech energy connections of some of the suspects. He was working on a story about who controlled the modern energy industry and cleantech. He went for a walk and was found a long time later, dead, floating in a pond. It helps certain people that he can no longer talk.

One **Mr. Breitbart** was a famous blogger, who railed on the web about the political manipulations of the suspects. Suddenly, he had a "heart attack" in his shower and died. It helps certain people that he can no longer talk on the blogs.

Mr. **Karl Slym** , with Tata Motors was involved in a car deal with some of the suspects for one of the biggest Indian auto-makers. Suddenly he was a stain on the sidewalk, accomplished by his fall from the top of a skyscraper hotel. It helps certain people that he can no longer talk.

**Doug Bourn**, The senior electrical engineer at Tesla (Google's covert partner), **Andrew Ingram** of Palo Alto, a top systems electrical engineer at Tesla; and **Brian M. Finn** the senior manager

606

of interactive electronics, at Tesla, had deep knowledge of financial misdeeds and technical cover-ups at Tesla Motors. They were key parts of the Tesla operation. For some reason, they all got into a private airplane, in perfect health, and then the airplane plowed into the ground, killing all three at once. It helps certain people that they can no longer talk. They wrote, and helped describe, in Tesla's own federal patent filings, the fact that Tesla's batteries would kill you, maim you and/or burn your house down. Tesla did not realize this when they paid the federal patent filing fees. When Tesla, later realized this, they were forced to give all of their patents away for free. These three senior engineers had deep inside knowledge of the Tesla Motors operations. Their aircraft suffered an "Engineering failure".

The above individuals had absolute knowledge of this case and some of them were known to have been whistle-blowers in this case.

All of these people (now over 50+ people) were in top health, had lots of money and were not likely to have died when they did. Then they died, suddenly and suspiciously, under bizarre circumstances. They were all connected to the suspects. Over 50 investment bankers connected to the suspects and their Goldman Sach's finance group are also suddenly dead under bizarre circumstances.

The tactics that the Department of Energy and Obama White House staff have practiced, so far, are to LIE, DENY, DEFLECT, DELETE and DIVERT. History has proven that those tactics didn't work for them. Now it is time for DOE to pay the damages.

# Green And Dirty Money

In a part of the crime and corruption involving stock market securities insider-trading, contracts, bribes and famous politicians occurred. Plaintiffs saw it, were invited in to it, and reported it and now a cover-up is being operated.

Department of Energy Staff (ie: Chu, Zoi, Seward, Cohen, etc.), White House Staff (ie: Emanual, Axelrod, Carney, Plouffe, Gibbs, etc.), CIA staff (ie: Panetta, Woolsey) owned the rare earth (ie: lithium, indium, cobalt) mining scam stock (ie: Goldman Sachs & JP Morgan transfers) market securities from foreign countries (ie: Afghanistan, Congo, etc.) which only benefited themselves, Elon Musk and his Silicon Valley Cartel (ie: Page, Cohen, Schmidt, Westly, Khosla, Spinner, Hoffman, etc.). They ran hit-jobs and anti-trust schemes against competitors and whistle-blowers using a racketeering operation structure. They run corporate escort rings, lobbyist bribe PACs,

money laundering and tax evasion joint operations and character assassination media cartels. The key points are:

- Famous political figures use the **_trillions_** of dollars in government treasuries and the stock market for illicit profiteering by rigging the system exclusively for themselves and their crony insiders.

- They attacked us using government taxpayer funded media (**Fusion GPS, Black Cube, Google, Pysops, Gizmodo, Media Matters, Blumenthal, etc**.) and spy agency tools because we competed with their businesses and reported their crimes.

- San Francisco Bay Area government has as many corrupt politicians as Chicago and relies on the same RICO-violating insider corruption network to operate; as proven by deep AI searches of their financial records. Arrests of those officials is now underway.

- Silicon Valley law enforcement records prove that these tech oligarchs engage in an organized, racketeering-based, massive sex trafficking, tax evasion, anti-trust violating, spousal abuse, money laundering, black-listing, racist, ageist, political bribery, crony racketeering crime Cartel.

- Famous U.S. Senators, Governors and their staff knowingly engage in, finance, operate and benefit from these crimes in exchange for search engine manipulation and stock market assets.

- Silicon Valley and Hollywood media companies censor and cover-up news coverage of these crimes because they have a financial connection to the perpetrators.

- Most of the government officials working on Plaintiffs case were hand-picked by Plaintiffs business adversaries.

( http://american-corruption.com/EXPOSE_THE_MOBSTERS.html )

Plaintiffs case has never been fairly reviewed by non-biased, non-conflicted officials. Plaintiffs FBI-class associates have not found a single entity in Plaintiffs case reviews, or determinations, who was not either: financed by, friends, with, sleeping with, dating the staff of, holding stock market assets in, promised a revolving door job or government service contracts from, partying with, personal friends with, photographed at private events with, exchanging emails with, business associates of or directed by; one of those business adversaries, or the Senators and politicians that those business adversaries pay campaign finances to, or supply political digital services to.

608

Who are the criminal mobsters of Silicon Valley's democracy manipulation millionaires and billionaires? Who are the elitist tax evader, sex freak, money-laundering, Senator bribing, off-shore cash hiding, election rigging insiders who try to rig the system for their own insider trading schemes: **Reid Hoffman, Larry Page, Sergy Brin, Elon Musk, Dustin Moskovitz, Mark Zuckerberg, Eric Schmidt, Laurene Powell Jobs, Steve Spinner, Steve Westly, Vinod Khosla, Andy Bechtolsheim, Brian Goncher, Cheryl Sandberg, David Drummond, Andy Rubin, David Plouffe, Tim Draper, Jeffrey Epstein, Gilman Louie, Ira Ehrenpreis, Tim Cook, Jerry Brown, Richard Blum, James Breyer, John Podesta, Joe Lonsdale, John Doerr, Keith Rabois, Marc Andreesen, George Soros, Mario Rosatti, Martin LaGod, Michael Moritz, Viktor Vekselberg, Larry Summers, Pierre Omidyar, Tom Steyer, Steve Jurvetson, Steve Rattner and their CARTEL! The have** *"command and control and exclusive beneficiary positions in ongoing, coordinated, criminal and anti-trust activities involving government and stock market funds..."*

They hire these dirty law firms, investment bankers, lobbyists, fake charity fronts and character assassination services to do their dirty work. Their contractors and employees pay the bribes, relay the orders, buy the 'reporters', implement their black-lists, source the hookers and do the day-to-day illicit deeds.

These are the people funding and promoting riots across the US and Europe.

LinkedIn Co-Founder Reid Hoffman, who notoriously backed a group that "spread disinformation during the 2017 Alabama special election for U.S. Senate," is now being joined by other Big Tech billionaires in a plot to boost presumptive Democratic nominee for president Joe Biden in 2020.

( https://www.forbes.com/profile/reid-hoffman/#3e47244a1849 )

( https://www.newsbusters.org/blogs/techwatch/corinne-weaver/2019/04/23/lefty-billionaires-election-plot-bought-56x-more-ads )

Democrats are "scrambling to patch [Biden's] digital deficits," according to Vox Recode. "[B]ehind the scenes, Silicon Valley's billionaire Democrats **are spending tens of millions of dollars on their own sweeping plans** to catch up to President Donald Trump's lead on digital campaigning." [Emphasis added.] Recode said these "sweeping plans" are "poised to make [these billionaires] some of the country's most influential people when it comes to shaping the November results."

Page 610  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

These billionaires in particular are funding everything from "nerdy political science experiments to divisive partisan news sites to rivalrous attempts to overhaul the party's beleaguered data file."

As Recode tells it, "Joe Biden has a problem. Silicon Valley billionaires think they have a solution."

Recode identified four major players from Big Tech that have the "most ambitious plans": Reid Hoffman, Facebook co-founder Dustin Moskovitz, philanthropist Laurene Powell Jobs, and former Google CEO Eric Schmidt.

( https://www.forbes.com/profile/dustin-moskovitz/#7ca9684d1dd3 )

( https://www.forbes.com/profile/laurene-powell-jobs/#436a3ff5704f )

( https://www.forbes.com/profile/eric-schmidt/#569af27c138e )

Hoffman, in particular, stands out from the rest. OpenSecrets revealed that "political operations are pouring millions of 'dark money' dollars into ads and digital content masquerading as news coverage to influence the 2020 election."

( https://www.opensecrets.org/news/2020/05/dark-money-networks-fake-news-sites/ )

One of those progressive operations is dubbed Courier Newsroom, which "has faced scrutiny for exploiting the collapse of local journalism to spread 'hyperlocal partisan propaganda.'" Courier Newsroom is owned by the leftist nonprofit ACRONYM.

( https://www.newsbusters.org/blogs/business/joseph-vazquez/2020/05/26/lefty-dark-money-group-acronym-behind-liberal-fake-news )

( https://www.washingtonpost.com/opinions/2020/02/06/is-it-local-journalism-or-just-local-propaganda/ )

OpenSecrets reported that ACRONYM had "received financial backing from Investing in US, an investment vehicle funded by Silicon Valley donor and billionaire LinkedIn founder Reid Hoffman." Recode said that Hoffman's "aides have indicated that setting up partisan news sites that masquerade as journalism is one of the priorities of its group of allied donors." According to Recode, Hoffman has put around $10 million into ACRONYM.

( https://www.politico.com/news/2020/02/05/angry-democrats-unload-operative-over-iowa-caucus-results-110807 )

( https://mronline.org/2020/02/07/acronym-group-that-sabotaged-iowa-caucus-birthed-by-billionaire-who-funded-alabama-disinformation-campaign/ )

610

Page 611   EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

But that isn't all Hoffman has been up to. Recode reported that Hoffman invested "$18 million, his single-biggest bet this cycle," in a political startup called Alloy.

Recode reported that "[t]he startup is attempting to build a warehouse to store the data that various progressive groups collect on voters and use it to try to get them to the polls." Recode continued: "As part of its data acquisition, Alloy has bought some lists of voters' cellphone numbers, a data source that people say Hoffman's team, like other donors, sees as key this year due to the new need for digital campaigning."

The former Google CEO Eric Schmidt is also getting heavily involved this cycle. Recode said Schmidt "has sunk money into the Democratic Data Exchange, a modest, competing effort by the Democratic National Committee to encourage data sharing by state parties to improve the party's beleaguered digital backbone." Recode interestingly assessed that Schmidt "may be working more closely with the party than Hoffman."

( https://ericschmidt.com/bio/ )

Schmidt also had reportedly given a $4.7 million gift to the taxpayer-funded liberal outlet National Public Radio with his wife Wendy.

( https://www.newsbusters.org/blogs/business/joseph-vazquez/2020/05/20/npr-editor-lauds-npr-landing-47m-contribution-dem-donor )

"This focus on 'information distribution' has also led many Silicon Valley donors, directly or indirectly, to fund projects like Pulso and PushBlack, which are quasi-journalistic plays focused on the Hispanic and African American communities, respectively," Recode said. "Two things both Pulso and PushBlack also do? Register voters who are likely to be Democrats."

( https://projectpulso.org/ )

( https://pushblack.org/ )

Tech billionaires, "particularly Moskovitz and Powell Jobs," are unleashing "millions into some of the country's most ambitious voter-registration programs — **almost all of it behind the scenes** — hoping to emulate what worked for Democrats in 2018," according to Recode. [Emphasis added.]

About a dozen voter-registration groups, which included failed Democratic Georgia gubernatorial candidate Stacey Abrams's leftist group Fair Fight, gathered at Powell Jobs's "Emerson Collective headquarters in mid-March to raise money for their 2020 plans, sources told Recode."

( https://fairfight.com/about-fair-fight/ )

611

Page 612  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

For Moskovitz, his "North Star is a desire to nail the lowest 'cost-per-net-Democratic-vote.'" Recode said "[t]hat's largely led his team toward the funding of mail and voter-registration work."

As Big Tech platform Twitter dips into editorializing Trump's tweets, it appears that other billionaire liberals from Silicon Valley are not going to be sitting idly by for a repeat of the 2016 election outcome.

( https://www.newsbusters.org/blogs/techwatch/alexander-hall/2020/05/27/liberal-media-back-twitter-fact-checking-trump-voter-fraud )

These people operate like a private Mafia that use Plaintiffs government as their plaything!


## Recap:

*The Silicon Valley tech Cartel (AKA: "Paypal Mafia", "Deep State") is evil because these racist, ageist, sex-trafficking, money-laundering, elitist, politician bribing, tax evaders: steal any technology they desire; They manufactured the CLEANTECH CRASH as shown in the 60 MINUTES episode of the same name; they run a prostitution ring and sexually extort young women and interns in Silicon Valley.*

*They are 'rape culture' take-what-they-want misogynists, ageists and racists as their history of abuses has proven; their Palo Alto Cartel operates AngelGate-type collusion and stock market insider trading schemes that harm independent business and the public; their Cartel ran the "no poaching" CEO ring which was class-action sued by DOJ and tech workers; 90% of their divorce court files reveal horrific abuses and sex trafficking; They have an army of lobbyists that pay cash, stock market and revolving door bribes to U.S. Senators; They can even evade FBI & SEC investigations; They hire women to act as 'trophy wives' and 'beards'; they have lobbyists rig the U.S. Patent Office in order to block inventor patent rights because they are using stolen technologies; they have been caught on video and recordings beating, kicking and harming women hundreds of times;*

*They have bought up all of the Tier-One tech law firms and order them to black-list, and never help, those who seek equal tech rights; they collude to abuse your privacy and make databases on the public for political control; they have to cheat to compete because they are only good with spread sheets instead of innovation; They run black-lists, character assassination attacks, collusion and other anti-trust violating acts in violation of RICO laws. Silicon Valley has become the largest assemblage of douche-bags and yuppie frat boy criminals in human history. Theranos is not the exception, it is the standard. Tesla, Google, Theranos, Wework, Facebook are lies*

*backed by famous political insiders to protect their insider trading and covered-up by fake news operators.*

*They are also fronts to fund political campaigns via the ill-gotten profits from their endeavors.When the bad guys, and their lap-dog politicians, attack you because your products are better than theirs they are proving that they are frat boy scumbags, from Stanford and Yale, that operate in a little pack, like dogs!*

*Their Sandhill Road operation should be raided by the FBI! The best thing that could come from the COVID pandemic is that they all are forced into bankruptcy! When your Senator holds stock market shares in companies that exist to profit on the backs of consumers, via corruption, then it is impossible for that Senator to ever do anything but be corrupt! We have reported this in writing to winklerm@sec.gov, sanfrancisco@sec.gov and 30+ other federal officers but have yet to see Plaintiffs whistle-blower rewards...or any action! Do you wonder how big politician insider stock trading is?*

*Take a look at how many TRILLIONS of dollars pass through the stock markets annually and then look at the reported, AND UNREPORTED, securities holdings of famous U.S. Senators and government agency staff. That is what Seth Rich and the people in the "In Memory Of" section, below, were disclosing. These are massive crimes! The perpetrators operate a massive and abusive national sex cult.*

*The perverts in the SandHill Road Venture Capital offices, located between Highway 280 down to to Santa Cruz Avenue on Sand Hill Road in Menlo Park, California, are the main perpetrators of this global cartel. Their executives at Google, Facebook, Netflix, Linkedin, Twitter, and their related holdings, comprise the rest. The Harvey Weinstein and Ed Buck sex scandals are well known.*

*These men's sex cult actions have been widely covered in the news individually in the Joe Lonsdale rape case, The Kleiner Perkins Ellen Pao sex abuse lawsuit, The Eric Schmidt sex penthouse stories, The Jeffrey Epstein case, The Google Forrest Hayes hooker murder case, The Andy Rubin sex slave case, The Sergy Brin 3-way sex romp scandal, The British Hydrant investigation, The Elon Musk Steve Jurvetson billionaire sex parties scandals,The NXIVM sexual slave cases, The Michael Goguen anal sex slave trial, The Tom Perkins Hooker Parties and thousands of other cases and federal divorce court filings. This group of people have proven themselves, over and over, to be sociopath control freaks not fit for participation in public commerce, public policy or media control.*

*The Four Seasons Hotel and Rosewood Hotels in Silicon Valley are estimated to engage in over $30,000.00 of high-end escort sex trafficking per day, a portion of it managed by Eastern Bloc Mafia operators. The Elon Musk sex perversions are the tip of the iceberg. At least 10 Ukrainian*

613

*escorts fly in and out of SFO and SJO airports every week for these Cartel members. Google boss David Drummond engaged in horrible philandering sexual violations of his wife yet Google covers up every story about it on the web. Google's Eric Schmidt is under massive investigation. You hear about the female victims of this sex cult but you rarely hear about the young male victims.*

*One of their vast numbers of prostitutes is quoted as saying that the girls and boys are paid "not just for sex but for the oligarch's endless need to feel that they can control anyone for any reason...". Multiple attorney general's controlled by their cartel, ie: Eric Schneiderman and Eliot Spitzer, are involved this these sex rings. These are the main influencers of a national political party and they are all involved in horrific sex perversions and abuses! All Silicon Valley tech cartel media companies work together to censor all news and information in order to hide coverage of their dirty deeds and to only put politicians in office that will give the Cartel political payola, kick-backs and insider stock pumps.*

*The Smedley Butler "Business Plot" from the past is not unlike the coup that Google and clan tried. See details in Emily Chang's book: BROTOPIA; Roan Farrow's book: CATCH & KILL; Edward Snowden's Book: PERMANENT RECORD; Peter Schwetzer's book: THROW THEM ALL OUT; Dave Eggers book: THE CIRCLE; Franklin Foer's book: WORLD WITHOUT MIND; Corey Pein's book: JOURNEY INTO THE SAVAGE HEART OF SILICON VALLEY; Dan Lyon's book: DISRUPTED; Antonio Martinez book: CHAOS MONKEYS. The Angelgate, Epstein, No-Poaching DOJ Class Action, and hundreds of other cases, prove that they meet, conspire, collude and blacklist in felony violation of anti-trust and RICO Racketeering laws. - 90% of these guys came from 100% of the fraternity houses involved in the recent college rape cases.*

614

# The Quid Pro Quo

**How San Francisco Politicians And Silicon Valley Tech Company Quid-Pro-Quo Works To Hide The Criminality of Corruption**

***Christine Lakatos*** massive investigations of Jerry Brown, Dianne Feinstein, Nancy Pelosi, Kamala Harris and other famous California politicians owning parts of Tesla Motors, Facebook, Google, Netflix and Cleantech is jaw dropping. All of those politicians competing constituents have suffered for it, or been put out of business by exclusive deals that only Tesla Motors, Facebook, Google, Netflix and YouTube got. That is a crime!

A large volume of forensic research proves that Silicon Valley Cartel tech firms receive benefits from politicians and politicians, at the same time, benefit from these firms.

This evidence on the exchange of benefits between politicians and firms implies some sort of agreement between these two parties. This agreement, however, cannot be in the form of a written contract as writing direct fee-for-service contracts between a politician and a firm is considered bribery (Krozner and Stratmann 1998; 2000). In addition, either party to this agreement might renege on its promise and the other party cannot resort to the courts.

Procon.org, for example, reports: "Less than two months after ascending to the United States Senate, Barack Obama bought more than $50,000 worth of stock in two speculative companies whose major investors included some of his biggest political donors. One of the companies was a biotech concern that was starting to develop a drug to treat avian flu. In March 2005, two weeks after buying about $5,000 of its shares, Mr. Obama took the lead in a legislative push for more federal spending to battle the disease. The most recent financial disclosure form for Mr. Obama . . . shows that he bought more than $50,000 in stock in a satellite communications business whose principal backers . . . had raised more than $150,000 for his political committees." ( http://insidertrading.procon.org/viewresource.asp?resourceID=1580#obamaa. See more examples from the Citizens for Responsibility and Ethics in Washington (CREW) report (2009).)

The literature and Plaintiffs eye-witness experience proves that politically-connected Silicon Valley tech firms monthly obtain economic favors, such as securing favorable legislation, special tax exemptions, having preferential access to finance, receiving government contracts, or help in dealing with regulatory agencies. The evidence proves that Google's support, for example, can

615

help in winning elections. For example, firms can vary the number of people they employ, coordinate the opening and closing of plants, and increase their lending activity in election years in order to help incumbent politicians get re-elected. (See Roberts 1990; Snyder 1990; Langbein and Lotwis 1990; Durden, Shorgen, and Silberman 1991; Stratmann 1991, 1995, and 1998; Fisman 2001; Johnson and Mitton 2003; Ansolabehere, Snyder, and Ueda 2004; Sapienza 2004, Dinç 2005; Khwaja and Mian 2005; Bertrand, Kramarz, Schoar, and Thesmar 2006; Faccio 2006; Faccio, Masulis, and McConnell 2006; Jayachandran 2006; Leuz and Oberholzer-Gee 2006; Claessens, Feijen, Laeven 2008; Desai and Olofsgard 2008; Ramanna 2008; Goldman, Rocholl, and So 2008, 2009; Cole 2009; Cooper, Gulen, and Ovtchinnikov 2009; Correia 2009; Ramanna and Roychowdhury 2010; Benmelech and Moskowitz 2010.)

The share ownership of politicians serves as a mechanism to quid-pro-quo their relationships with big tech firms, is as follows: The ownership of politicians plays multiple distinct (but not necessarily independent) roles; one that relies upon the amount of ownership and one that does not. First, as investors in firms, politicians tie their own interests to those of the firm. Thus, harming (benefiting) the firm means harming (benefiting) the politician and vice versa. By owning a firm's stock, politicians commit their personal wealth to the firm and reduce a firm's uncertainty with regard to their actions toward the firm. This will, in turn, enhance the firm's incentive to support the politician-owner during both current and future elections in order to prolong the incumbency period for as long as possible. Firms have their lobbyists push to be able to know the amount of ownership likely to be material to politicians. This knowledge, in turn, enables them to judge whether the politician's interest is aligned with the firm's interest and optimize quid-pro-quo.

**Per Christine Lakatos** 2014 began with a bang: "Obama's Second Term Is All About Climate Change." *New York Magazine*, in their reporting, claimed that the evidence of this has to do with President Obama's appointment of John Kerry ("longtime climate obsessive") as Secretary of State, as well as other key green appointees.

( https://nymag.com/daily/intelligencer/2014/01/obamas-second-term-is-all-about-climate-change.html )

Kerry, by the way, while recently in Indonesia, blasted climate change deniers, warning, "Climate change may be the world's 'most fearsome' weapon of mass destruction and urgent action is needed to combat it," wrote CBC News Canada.

( https://www.cbc.ca/news/canada/toronto/john-kerry-blasts-climate-change-deniers-shoddy-scientists-1.2539163 )

616

Page 617  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

This scare tactic — now adding to the long list of liberal crap, which includes ludicrous allegations that climate change will lead to "an orgy of killing, looting, rape and burglary" (just ask James Delingpole) — surfaced just weeks after President Obama's State of the Union address (January 28, 2014) where he emphatically declared that the climate change debate is over.

( https://www.breitbart.com/Breitbart-London/2014/02/28/Rape-Muder-Chocolate-Shortages-Is-There-Anything-Climate-Change-Doesn-t-Cause )

( https://www.politico.com/blogs/politico-live/2014/01/obama-climate-change-is-a-fact-182145.html )

But the debate is settled. Climate change is a fact. And when Plaintiffs children's children look us in the eye and ask if we did all we could to leave them a safer, more stable world, with new sources of energy, I want us to be able to say yes, we did.

A claim that many Americans, including *Washington Post* columnist Charles Krauthammer, find "absurd" — with even co-founder of Greenpeace Patrick Moore, last month, stating to members of the Senate Environment and Public Works Committee that there is no scientific proof of man-made climate change.

( https://dailycaller.com/2014/02/17/krauthammer-the-president-pretends-that-this-is-all-settled-science/ )

( https://www.thenewamerican.com/tech/environment/item/17736-no-proof-of-man-made-climate-change-says-greenpeace-co-founder )

( https://www.epw.senate.gov/public/index.cfm?FuseAction=Files.View&FileStore_id=415b9cde-e664-4628-8fb5-ae3951197d03 )

The president, during his speech, which was a "call to action" with or without Congress, also pumped up his "all the above" energy strategy, asserting that it was working: "America is closer to energy independence." Later, Mr. Obama claimed that his energy policy "was creating jobs and leading to a cleaner, safer planet."

( https://www.cnn.com/2014/01/28/politics/2014-state-of-the-union/index.html )

( https://www.washingtonpost.com/politics/full-text-of-obamas-2014-state-of-the-union-address/2014/01/28/e0c93358-887f-11e3-a5bd-844629433ba3_story.html )

While Marita Noon (energy expert and Towhall.com columnist) has continually tackled the president's so-called "energy independence" assertion, together we have debunked the green jobs

617

hype and deception many times, including in my recent study on the Obama-backed green energy failures.

( https://greencorruption.blogspot.com/2014/01/cleantech-crash-cbs-lesley-stahl.html )

Moreover, a year ago, we blew the lid off of Climate Hawk Kerry and his part in green corruption. What's most disingenuous is that while Kerry preaches "global warming doom and gloom," his "government carbon footprint" is enormous — with no end in sight. (And who's tracking his personal carbon footprint?)

( https://greencorruption.blogspot.com/2013/01/climate-hawk-senator-john-kerry-and-his.html#.UuuoTyhc_zJ )

( https://freebeacon.com/politics/analysis-john-kerrys-carbon-footprint-is-enormous/ )

Worse, Kerry played a part in crafting President Obama's 2009 stimulus bill, which was a piece of legislation that allowed him to create a *financial footprint* inside this scandal as well. This includes *timely* green energy investments with the Big VC firm Kleiner Perkins (where "climate billionaires" John Doerr and Al Gore are partners) that will be mentioned many times in this post, including the fact that this firm was a huge winner from the Green Bank of Obama.

The massive spending bill, commonly known as the economic stimulus package, which was signed into law five years ago, was marketed as a means to save Plaintiffs economy from the brink of disaster and create American jobs.

( https://thehill.com/blogs/on-the-money/economy/198547-white-house-touts-stimulus-on-fifth-anniversary )

If you caught Michelle Malkin's tribute to the so-called (failed) Recovery Act, you'll discover, "The actual cost of the $800 billion pork-laden stimulus has ballooned to nearly $2 trillion."

( https://michellemalkin.com/2014/02/14/5-years-later-hows-that-wreckovery-working-out-for-ya/ )

( https://www.washingtonpost.com/blogs/wonkblog/post/the-real-price-tag-for-stimulus-between-1-trillion-and-17-trillion/2011/08/25/gIQA2Cc41Q_blog.html )


Even Speaker of the House John Boehner weighed in, "The 'stimulus' has turned out to be a classic case of big promises and big spending with little results …"

( https://dailycaller.com/2014/02/17/obama-quiet-as-gop-taunts-him-for-failed-stimulus-plan/ )

618

Tucked inside was approximately $100 billion earmarked for renewable energy, which became "a special-interest feeding frenzy."

( https://washingtonexaminer.com/obamas-stimulus-became-a-special-interest-feeding-frenzy/article/2544230 )

**Obama's Second Term Agenda: Climate change by executive fiat & billions more of taxpayer cash**

Obama has continually pledged during his second term, that he will be "governing unilaterally, by executive order and by regulatory mandate," warned a *Washington Times* reporter — thus his weapons of warfare are his "pen and phone." Forget about the Constitution and its check and balances.

Even as those on the Right are up in arms over in the president's excessive use (and abuse) of executive power, leading Democrats are applauding this move and pushing for more. Yet if we go back in time to 2008, we find that then-candidate Obama played a different tune, slamming President Bush's use of executive action.

The author of the *New York Magazine* piece also noted that other than Secretary of State John Kerry, several Obama second-term moves signal the high priority he assigns the issue of climate change: "This is true not only of the figures Obama has appointed to posts that inherently concern climate change, like his green appointees to run the Environmental Protection Agency [EPA] and the Department of Energy [DOE], but also to general political advisors, like Denis McDonough and John Podesta, both committed environmentalists who will drive Obama's climate focus" — both McDonough and Podesta from the left-wing think tank, Center for American Progress (CAP), and the focus of this Green Corruption File.

Podesta, who in November 2013, was spotted at a fundraising event for Hillary Clinton, according to the *Washington Post*, "Is expected to stay with the Obama administration for a just a year, freeing him to join the campaign of Mrs. Clinton if she runs for president in 2016." It turns out that McDonough was the one that brokered his "executive power gig," of which "Podesta's portfolio would be broad and would include climate-change issues and executive actions, as well as the troubled health-care law," reported the *Washington Post*.

As Kerry and Obama continue their campaign of "climate disaster on the horizon," the strategic move in adding Podesta as White House counselor had already signaled an aggressive approach to their radical, expensive and deceptive green energy agenda. In fact, Podesta began is his role inside the Obama White House by stirring up the liberal base, when in a profile published on December 17, 2013 by POLITICO, "Podesta is quoted comparing Republicans to the infamous

cult led by Jim Jones, who was responsible for the 1978 cyanide poisoning of more than 900 of his followers in Guyana…" — only to later apologize via twitter of all places.

Now labeled "climate change and energy transformation agenda," Obama and his minions have been, and continue to push through their radical views with mandates, regulations and legislation, which benefits special interest groups and the Obama administration's green cronies, while adversely affecting American families. Even the non-partisan organization Reason.com, too, sees the dire reality here: "Obama's [Climate Five-Year] plan ambitiously seeks to control nearly every aspect of how Americans produce and consume energy." One of those is directing the Environmental Protection Agency (EPA) "to work expeditiously to complete carbon pollution standards for both new and existing power plants."

Using the iron fist of the EPA — a key department in Obama's "war on energy" known for its abuse of power — the president also tried to force refiners to produce cellulosic biofuels. However, as noted by Political Outcast, "The standards set were completely unrealistic and unattainable." On the horizon are new green rules for trucks, buses and other heavy-duty vehicles, as well as whatever *maneuvers* the White House deems suited for their "green energy revolution." █████████████████████

Additionally, whether we like it or not, this clean-energy mission is funded by taxpayers — President Obama's "save the planet slush fund." A March 2012 report by the Brookings Institute places the Obama administrations' "total government spending (both stimulus and non-stimulus) on green initiatives at $150 billion through 2014. But that's not enough to save the planet. Last month, the president began pushing for a $1 billion taxpayer-funded program "to help communities across the country prepare for the effects of climate change" — AKA the climate resilience fund. This program is separate from the "Climate Action Plan" that the president introduced in June 2013, which also calls for releasing more taxpayer money ($8 billion from the DOE Loan Guarantee Program).

Furthermore, Obama's DOE is attempting to establish a new renewable energy section (under the DOE Loan Guarantee Program), for grid-integrated green power projects — with the plan of spending anywhere from $1.5 billion to as much as $4 billion of taxpayer money. The Obama administration is also restarting the DOE's Advanced Technology Vehicles Manufacturing (ATVM), which is also part of the DOE Loan Guarantee Program — with more than $15 billion in remaining authority.

This is the same Energy Department program which the Green Corruption Files has exposed many times how, in the process of doling out $34 billion of taxpayer money, at least 90 percent of the recipients have *meaningful* politically connections (bundlers, top donors, fundraisers, etc) to the president and other high-ranking Democrats — in many cases, to both. While the DOE

will have you believe that these loans were based on "merit," the kicker is that in March 2012, the House Oversight and Government Reform committee unleashed a damaging report revealing that the stimulus-created 1705 section of the DOE's Loan Program had doled out in excess of $16 billion to 26 projects, of which 22 of the loans were rated "Junk" grade due to their poor credit quality. "The remaining ended up on lowest end of the investment grade of categories, giving the DOE's 1705 loan portfolio an overall average of BB-."

So, it's no wonder that this loan program fostered big alternative energy losers such as Solyndra, Beacon Power, Abound Solar, Vehicle Production Group, and Fisker Automotive, flushing billions of tax dollars down the toilet — with billions more still at risk. Yet, the loan program is not the only one place you'll find the president's "cleantech" losers. In January, I released my new study, documenting 32 Obama-backed green energy failures, while tracking the financially troubled, and even those, ironically, having environmental issues as well — over 30 and counting.

Besides the fact that the Energy Department continues to subsidize green energy, there are also many stimulus-created programs that have been extended and are still dishing out "the green."

( https://www.hydrogenfuelnews.com/doe-offers-funding-geothermal-energy-research/8516476/ )

One of the largest is the 1603 Grant Program, which to date has awarded over $20 billion of tax-free cash. The Advanced Energy Manufacturing Tax Credit program (48C Program), which was funded by $2.3 billion, just unleashed Phase II.

( https://www.treasury.gov/initiatives/recovery/Pages/1603.aspx )

( https://energy.gov/downloads/48c-phase-ii-advanced-energy-manufacturing-tax-credit-program-selections )

The currently passed 1,000-page trillion-dollar farm bill will continue to fund renewable energy programs such as the Biorefinery Assistance Program, administered by the U.S. Department of Agriculture's (USDA). The USDA, with $1.02 billion in loan power, along with $600 million stimulus funds from the Energy Department and a $132 million DOE stimulus loan, used taxpayer money to fund 31 "not so shovel-ready" risky projects (also politically connected) — of which last time I checked (August 2013), about a third were having issues.

( https://www.omaha.com/apps/pbcs.dll/article?AID=/20140129/NEWS/140128521/1689 )

**Podesta Power**

Over the course of unleashing this scandal, I've hinted that CAP is a dark, driving force behind President Obama's massive green energy scheme — roles that range from legitimate to shady lobbying practices, to the fact that numerous CAP "fellows" were at the helm of the green energy deal making, holding key positions inside the Obama White House, his Green Team, and his Energy Department.

Today's Green Corruption File will connect the dots as to Center for American Progress' part in this scam, while shedding light on old and new data. As I *progress*, I'll expose its alternative energy advocacy as well as its funders — corporate donors that were kept secret until their release in late 2013 — **with those in the renewable energy business (at least 17) cashing in at the Green Bank of Obama**.

Let's go back in time when Podesta — former chief of staff to President Bill Clinton — was *infamous* for what is dubbed "Project Podesta": "This was a system that enabled the Clintons to push through unpopular policies that neither Congress nor the American people wanted. Its implementation marked a dramatic tilt in the balance of power, giving the executive branch an unprecedented ability to force its will on the legislative branch," documented DiscoverTheNetworks.com.

Most know that in 2003, Podesta founded CAP, which as mentioned, is organization funded by billionaire George Soros, who has a massive footprint inside this green corruption scandal. He then served as the organization's president and CEO, of which it was reported, "Podesta was hand-picked for the job by CAP co-founders Soros and Morton H. Halperin."

In 2008 and early 2009, Podesta, an Obama bundler, while still at CAP, ran Obama's transition team as the co-chair along side Valerie Jarrett and Peter Rouse. Meanwhile by 2011, Podesta stepped down from his CEO role and became the Chair of CAP and the CAP Action Fund — only to leave CAP and join the White House at the end of 2013 in his new role as Obama's "executive power czar."

But if you go back to right after the Republican 2010-midterm victory, Podesta already had a plan: "The president should bypass Congress and wield the executive powers of his office," reported Bloomberg last December. In fact, "Podesta had compiled 47 pages of proposals for unilateral action on issues from immigration to solar energy." Podesta even wrote the foreword for that CAP report "on *how* the president could use his executive authority to advance a progressive agenda, including actions to unilaterally force the U.S. economy to become greener."

Furthermore, Podesta has served as an Independent Advisory Council member of the notoriously corrupt community organization ACORN. Podesta was also on the board of the Apollo Alliance as late as 2011. While I've unleashed the Apollo Alliance (now BlueGreen Alliance) and their

622

part inside this massive clean-energy scam, I'll briefly touch upon them again today. But what's key here is that Apollo is another Soros-funded left-wing organization, who along with its "green jobs radical network," exerts powerful influence on the views and policies of the Obama administration — and they too were involved in drafting the 2009-Recovery Act.

**CAP's Left-wing Billionaire George Soros: Obama's "agent of green"**

Meanwhile, Soros is one of the 2009 stimulus authors that I had covered in October 2013: Those individuals and groups that were involved in crafting the clean-energy sector of the 2009 Recovery Act, and who ultimately financially benefited directly (and/or their invested firms, family or friends) from the $100 billion that was earmarked for renewable energy.

According to Peter Schweizer's blockbuster 2011 bestseller *Throw Them All Out*:

Billionaire George Soros gave advice and direction on how President Obama should allocate so-called "stimulus" money in a series of regular private meetings and consultations with White House senior advisers even as Soros was making investments in areas affected by the stimulus program.

While we know that early on, Soros had visited the White House on at least five occasions since Barack Obama became president, possibly more, Schweizer gives specifics, "Mr. Soros met with Mr. Obama's top economist, [Larry Summers — also a CAP fellow] on February 25, 2009 and twice more with senior officials in the Old Executive Office Building on March 24th and 25th as the stimulus plan was being crafted. Later, Mr. Soros also participated in discussions on financial reform."

As documented by Schweizer, "In the first quarter of 2009, Mr. Soros went on a stock-buying spree in companies that ultimately benefited from the federal stimulus," including twelve alternative energy and utility companies. Moreover, if we add in other Soros green energy investments that bagged "green" funds, we can confirm that this Soros is connected to at least $11 billion from the Green Bank of Obama, the majority from the 2009-Recovery Act.

Due to the fact that Soros is a well-known donor to CAP, here's a sneak peek of what I personally tracked in my March 2013 Green Corruption File, exposing how this left-wing billionaire not only bankrolled Obama's 2008 and 2012 campaigns, but cashed in on the stimulus bill that he helped craft. Interestingly, four of these companies are also CAP corporate donors (marked with an asterisks), which will be detailed later.

- **Brookfield Asset Management (BAM):** As documented in the March 20, 2012 House Oversight report on the DOE's disastrous loan program, "George Soros and Martin J. Whitman, both prominent Democratic donors, are both heavily invested in Brookfield."

623

Page 624  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

In September 2011, The Granite Reliable wind project was awarded $168.9 stimulus loan, which is owned BAM. Then on May 23, 2012, they also snagged a $56 million 1603 stimulus grant for "wind in New Hampshire." While there are additional ties to this wind deal that I'll highlight later when I get to Heather Podesta (super lobbyists sister-in-law of John Podesta), whose firm Heather Podesta & Partners, from 2009 until 2012, served as lobbyists for BAM.

- **First Solar\***: Through various fund, and as early as 2007, Soros invested in First Solar — the big solar company that is tied to $3 billion of the 1703 DOE stimulus loans, including one project that was sold to NRG Energy — another Soros timely investment.

- **SolarCity**: In February 2012, the Private equity firm Silver Lake Kraftwerk invested in SolarCity — whereas in early 2011, Silver Lake had launched a clean energy fund in collaboration with billionaire Soros and Cathy Zoi (former DOE Insider). SolarCity,which will be detailed later, so far (and since 2009) has been subsidized with "green" through various stimulus funds, grants and federal tax breaks at the tune of $514 million.

Soros' Twelve "Stimulus" Green Energy Stock-Buying Spree:

1. **NRG Energy and its subsidiaries**: Initially won $5.2 billion in 1705 stimulus loans for four projects and at least 65 grants that total over $363 million of taxpayer money with 37 unaccounted for. Plus much more green energy funds through various alliances.

2. **American Electric Power (AEP)\***: at least four stimulus grants totaling $740 million. Plus, more detailed later.

3. **Ameren**: five stimulus grants totaling about $672.5 million

4. **FirstEnergy Solutions**: at least two stimulus grants totaling just over $71 million. No cash that I could find for BioFuel Energy benefited when the EPA announced a regulation on ethanol.

5. **Constellation\***, an Exelon Company: at least one grant worth $200 million stimulus grants and Constellation is one of the most prolific providers of green energy to federally owned facilities.

6. **Covanta Energy\***: unclear as to how many green government subsidies or the exact dollar amount, but obviously Covanta stands to benefit from the NAT GAS Act if it comes to light again. And what about those Congressional earmarks Schweizer found?

624

7. **Edison International**: at least two stimulus grants worth $64.6 million, and I'm sure there are more…

8. **Entergy**: I've only tracked two small stimulus grants, which add up to close to $10 million

9. **PPL Corporation**: I found one stimulus grant at $19 million

10. **PSEG**: one stimulus grant for $76 million.

11. **Powerspan Clean Energy Technology**: one large stimulus grant worth $100 million

**Mr. & Mrs. Podesta the Super Lobbyists: Strike "green" gold**

In my June 2013 Green Corruption File, I briefly addressed John Podesta, but more so profiled his brother, Tony Podesta — dubbed "The Lobbyist" by *Newsweek*, and the founder and Chairman at the Podesta Group, which he started with his brother John in 1987.

Even though news hit in early 2013, that Heather and Tony Podesta, the married super lobbyists separated, they are both (via different firms) tied to numerous Obama-backed clean-energy deals.

As documented by the Center for Responsive Politics, you'll find that the Podesta Group's lobbying income went from $16,070,000 in 2008 to $25,780,000 in 2009, and has since significantly increased. Their client lists (past and present) includes large corporations such as Bank of America, BP America, and General Electric (GE aviation), General Motors, and Google (Computers/Internet) — all in the green energy business, with BofA, GE and Google also CAP donors that won green energy funds from the Obama administration.

*CH2M Hill*

Nevertheless, there are quite a few others, of which in 2009, the Podesta Group took on as clients that stand out — those that ultimately won a significant amount of stimulus funds, starting with CH2M Hill that received $1.3 billion for the clean up at the Hanford Nuclear Reservation. The details on this special stimulus earmark can be found in my June 2013 "Nuclear Crimes and Misdemeanors" story, which highlights not only the cronyism and corruption, but the fact that in June 2013, CBS News reported that this costly project has been plagued with problems, "delays and billions over budget."

*SolarReserve*

SolarReserve got special treatment from the Department of Interior (DOI) for their Crescent Dunes Solar Energy Project located in Tonopah, Nevada, which received a $737 million DOE stimulus loan.

625

Page 626  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

( https://www.solarreserve.com/en/newsroom/photos/crescent-dunes-solar-energy-plant )

( https://lpo.energy.gov/projects/solarreserve-llc-crescent-dunes/ )

SolarReserve also snagged stimulus grants, yet the amount is unknown. This large DOE deal (another non-grade investment) was announced on May 19, 2011, and despite those inside the Energy Department that wanted to "kill the transaction," it was finalized on September 28, 2011.

( https://www.solarreserve.com/en/newsroom/press-releases/us-department-of-energy-offers-a-conditional-commitment-for-737-million-loan-guarantee-to-solarreserve-for-nevada-solar-project/@@download/file/SolarReserveLGPConditionalCommitmentAnnoucement_Macquarie051911.pdf )

( https://energy.gov/articles/energy-department-finalizes-737-million-loan-guarantee-tonopah-solar-energy-nevada-project )

Along the way, it included "relentless assistance" by the Majority Leader Harry Reid as well as some drama. Not to mention, SolarReserve, a predominately Democrat donor, executives had given to Reid's campaign since 2008.

( https://www.opensecrets.org/orgs/summary.php?id=D000056865&cycle=A )

( https://freebeacon.com/issues/solar-shenanigans/ )

Needless to say, there are more SolarReserve investors in the mix that can be found in my November 2013 Green Corruption File: "Underneath Senator Harry Reid's Clean-Energy Dirt: Career politician directly linked to over $3 billion in green energy stimulus loans."

( https://greencorruption.blogspot.com/2013/11/underneath-senator-harry-reids-clean.html#.UweEbCiRnzI )

One of the key connections to this deal is Citigroup, who has been a major investor in Solar Reserve since 2008, which is chronicled in my February 2013 post, "Citigroup's Massive 'Green' Money Machine." Still, since Citigroup is also a CAP corporate donor, we'll dig deeper later.

( https://greencorruption.blogspot.com/2013/02/citigroups-massive-green-money-machine.html#.UlhdqOBc_zJ )

***General Motors & the Chevy Volt***

General Motors (GM) — the failed Big Auto company that was bailed out by taxpayers in 2009 — was a client of the Podesta Group from 2010 until 2012. GM was also a CAP donor in 2011, and a big recipient of stimulus money. Starting in 2009 until recently, they have bagged

626

hundreds of millions of stimulus dollars (I tracked $471.6 million so far) to support the Chevy Volt as well as green car components, of which I'll get more specific when I dissect CAP's corporate donors.

*Duke Energy*

Duke Energy, the nation's largest electric power company, is another CAP corporate donor, which has been a client of the Podesta Group since 2009. What's interesting here is that Jim Rogers, the chairman of Duke Energy is another Obama donor, and was a major player at the 2012 Democratic convention, as a contributor, creditor, host, and a speaker. Duke Energy won hundreds of millions of green energy money for various projects, which will be detailed later.

*Progress Energy*

From 2011 to 2012, the Podesta Group added Progress Energy, which in 2009, won a $200 million smart-grid stimulus grant. Progress Energy is a customer of Silver Spring Networks that is a Foundation Capital, Kleiner Perkins, and Google investment — all with friends and ties to the Obama White House that will be documented a few times in the post.

*SolarCity & SunEdison*

Additionally, in 2012, the Podesta Group added SolarCity and SunEdison to its list of clients — both members of ACORE, the renewable energy lobby powerhouse that helped "design the Department of Energy grant programs that partly offset the loss of tax equity financing arrangements." This is part of the green corruption story that I chronicled in my post, "The RAT in the Recovery and the Gang of Ten."

Founded in 2006, SolarCity has a string of connections to the Obama White House that I've been tracking and reporting on for some time, including billionaire players that received taxpayer money for other green energy deals, such as Elon Musk, Nicholas J. Pritzker, and George Soros. Throw in other stimulus winners like Al Gore's firm Generation Investment Management (early investor and major stockholder) as well as Obama's Wall Street buddies: Goldman Sachs, Bank of America, and Citigroup. In between, SolarCity has developed partnerships with PG& E, and Google. But before Podesta came along in 2012, SolarCity had been an energy client of top D.C. lobbyist McBee Strategic Consulting, since 2009 — another major green corruption villain that I tackled in September 2013.

Nevertheless, Fox News reported in December 2012, when SolarCity was under a federal probe that they had applied for $341 million in grants. However, I found 33 federal stimulus grants from the 1603 Program that were awarded to SolarCity and USB SolarCity Master Tenant in 2011 and 2012, ranging across 15 states, totaling over $92 million.

627

Page 628  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

MARCH 9, 2013 SolarCity UPDATE: Right after this publishing this post, it was brought to my attention that SolarCity, whose success is dependent on government handouts, has received additional green energy subsidies, which places their total at $514 million.

According to California Watchdog.org…

( https://watchdog.org/130098/solarcity-horror-stories/ )

SolarCity has accepted more than $11 million in federal stimulus funds [from September 2009 to March 2010] to make its business run. But the real public support appears elsewhere. Because SolarCity technically owns the energy systems it installs, SolarCity — not the homeowner — earns the federal tax break intended as an incentive to go solar. So far the company has earned $411 million in such tax breaks. The company also may earn additional income on state subsidies.

( https://www.recovery.gov/arra/Transparency/RecoveryData/Pages/Recipient.aspx?duns=785156410 )

( https://quote.morningstar.com/stock-filing/Quarterly-Report/2013/9/30/t.aspx?t=XNAS:SCTY&ft=10-Q&d=91ea1bcddf31efc04556da7970ad5084 )

Meanwhile, SunEdison, a global provider of solar-energy services, was an early Goldman Sachs clean-energy investment — Goldman, another CAP donor, and huge winner from the Green Bank of Obama that I'll get to much later. But we can confirm that SunEdison, in 2013, won 5 federal stimulus grants from the 1603 Program for "solar electricity" that ranges across 5 states, totaling over $1.8 million tax dollars.

( https://www.businesswire.com/news/home/20060615005527/en/SunEdison-Announces-Capital-Raise-Goldman-Sachs-Lead )

( https://www.treasury.gov/initiatives/recovery/Pages/1603.aspx?utm_medium=email&utm_source=et&utm_content=http%3A%2F%2Fwww.treasury.gov%2Finitiatives%2Frecovery%2FPages%2F1603.aspx&utm_campaign=1475793_209355_RNC%20Research )

***Granite Reliable / Brookfield Renewable Power***

On the other side, there is Granite Reliable that received a $168.9 million stimulus loan in September 2011 for a wind project in Coos County, New Hampshire. Then on May 23, 2012, they also snagged a $56 million 1603 grant for wind in New Hampshire, which I am assuming is the for the same project. Work on Granite Reliable's wind farm created 198 construction jobs and six permanent jobs.

628

Nancy Ann DeParle, President Obama's former Deputy Chief of Staff for Policy in the White House, had a financial stake in the success of Granite Reliable, due to the fact that she and sat on the Board of Directors for Noble Environmental Power, LLC, which owned Granite Reliable.

Obviously, this is a conflict of interest, but there are additional ties to this wind deal. Noble sold Granite Reliable in December 2010 to Brookfield Asset Management (BAM), just 6 months prior to the conditional approval (June 2011) of the DOE loan guarantee and deep into the application process. Despite the speculative credit rating, this loan was finalized in September 2011.

Not only was Brookfield Renewable Power (a subsidiary of BAM) represented by Citigroup as lead advisor during the loan review process, BAM has additional Democrat ties such as Diana Taylor, former New York City Mayor Michael Bloomberg's long-time girlfriend. As mentioned earlier, George Soros and Martin J. Whitman, which are both prominent Democratic donors, are both heavily invested in Brookfield.

But this case directly hits the Podesta family, because from 2009 until 2012, Heather Podesta, sister-in-law of John Podesta, via Heather Podesta & Partners served as lobbyists for BAM — and they've been lobbying on behalf of Brookfield Power (electric utilities), since 2011, raking in over $1.3 million from the two connected groups.

### *Southern Company*

Mrs. Podesta's firm also represented Southern Co. from 2008 until 2010, raking in over $300,000. This energy giant is part the Vogtle Project, which in February 2010, won a massive DOE loan: "a conditional commitment for $8.33 billion to support the construction of the nation's next generation of advanced nuclear reactors." Despite the project's troubles coupled with harsh criticism, the Obama administration just finalized this DOE deal.

Southern Company — a heavy hitter lobbyist and big donor to both political parties — bankrolled President Obama's 2013 Inauguration. And due to the fact that this was another DOE loan approval that was *pressured* by the White House (this one in December 2009), further Intel is found in my July 2013 Green Corruption File, "Nuclear Disaster: $10.33 billion in energy loans pressured by the White House and POTUS approved, now at risk."

### Center for American Progress: The "green" pusher

While CAP characterizes itself as "an independent nonpartisan educational institute dedicated to improving the lives of Americans through progressive ideas and action," according to left-leaning Huffington Post, they've "been a vocal voice for this president's policies in the media

629

and on the Hill. But their area of highest visibility is advocacy for a clean-energy economy where John Podesta has personally led the effort."

Of course, as a strong proponent of alternative energy, CAP has also been a big backer of the Energy Department's huge multi-billion-loan guarantee program for renewable energy projects — a government program, of which the stimulus law added $16 billion in lending power (the DOE's "junk bond" and cronyism portfolio), where we find that many of CAP's corporate donors have cashed in big time.

We also know that according to the Washington Free Beacon, in September 2008, CAP "authored a report titled "Green Recovery: A Program to Create Good Jobs and Start Building a Low-Carbon Economy" that included many recommendations ultimately incorporated into President Obama's controversial $800 billion stimulus package." But CAP is not done: since the president released his Climate Action Plan in June 2013, CAP continues to pressure for additional *action*, including, but not limited to, rejecting the Keystone XL pipeline and a call to dole out billions more in renewable energy funds.

CAP, the progressive think tank with deep rooted ties to the Clintons, has been on my radar since 2010, and periodically mentioned throughout my work. As noted already, they are closely aligned with, and have a major foothold inside the Obama White House. This is not limited to the new CAP additions: Denis McDonough, White House Chief of Staff and Obama's new advisor, John Podesta.

What's been forgotten is that a squadron of CAP experts worked with President Obama's transition team, and they have been "reportedly highly influential in helping to craft White House Policy." In 2008, Edwin Chen of Bloomberg, in his article, "Soros-Funded Democratic Idea Factory Becomes Obama Policy Font," noted "CAP, which has 180 staffers and a $27 million budget, devotes as much as half of its resources to promoting its ideas through blogs [ThinkProgress and the Wonk Room], events, publications and media outreach."

In fact CAP boasts of John Podesta's part: "Podesta served as co-chair of President Barack Obama's transition, where he coordinated the priorities of the incoming administration's agenda, oversaw the development of its policies, and spearheaded its appointments of major cabinet secretaries and political appointees."

In addition to Podesta as the co-chair, "at least 10 other CAP experts" were advising the incoming administration, "including Melody Barnes (Obama bundler), the center's executive vice president for policy who co-chairs the agency-review working group and Cassandra Butts, the senior vice president for domestic policy, who is now a senior transition staffer," reported Bloomberg.

630

What was has not been widely disclosed is CAP's *dark* participation, other than their "recommendations," inside the stimulus package, whereas as noted, $100 billion was earmarked for renewable energy. Hidden deep inside the 1,073-page stimulus bill, which was drafted by the Obama transition team and congressional aides, was a RAT: an attempt to suppress potential investigations, and only a few news outlets caught it in February of 2009: the *Washington Post* and the *Washington Examiner*, and completely exposed in my Green Corruption File entitled, "The RAT in the Recovery and the Gang of Ten."

Entitled the Obama-Biden Transition Project, it employed approximately 400 people and it was comprised of Obama bundlers and campaign contributors as well as lobbyist and those that operate inside Washington's egregious revolving door. What's more fascinating to point out is that according to the Center for Responsive Politics, "Members of Barack Obama's presidential transition team weren't necessarily selected solely on their resumes and expertise — some may have scored positions over similarly qualified individuals because they supported the president-elect by bundling money for his presidential campaign or opening their own wallets to him."

**Five CAP Fellows at the Center of "the green"**

More relevant to green corruption is that this lengthy list provides us with some familiar members operating inside this clean-energy scam, which of course, were also bundlers for Obama's 2008 campaign — even bundling again in 2012. Even though, in October 2013, I gave insight into the Obama-Biden Transition Team and the numerous green energy players, here's an overview with the CAP fellows marked with asterisks:

1. Valerie B. Jarrett (Obama bundler): Obama-Biden Transition Project Co-Chair

2. *John Podesta (Obama bundler): Obama-Biden Transition Project Co-Chair /Now "Executive Power Czar"

3. *Carol M. Browner (Obama bundler): Advisory Board Member and Energy Policy Working Groups / Was promoted to Climate Czar, from January 2009 until February 2011

4. Michael Froman (Obama bundler): Advisory Board Member

5. TJ Glauthier (Obama bundler): Executive Office of the President

6. Lisa Jackson (Obama bundler): Energy and Natural Resources Team Leads

7. David Sandalow (Obama bundler): Energy Policy Working Groups

8.  *Steve Spinner (Two-time Obama bundler): Technology, Innovation & Government Reform Policy Working Groups / Was promoted to DOE Advisor in April 2009 until September 2011

9.  Tom Wheeler (Two-time Obama bundler): Working Group Members; Science, Tech, Space and Arts Team Leader

10. Heather Zichal (Obama bundler): Energy Policy Working Groups

Add to this list two more CAP fellows: Lawrence Summers, who, in late 2008 (until 2011), became President-elect Obama's Director of the National Economic Council and Van Jones, who in March 2009, was appointed as a special adviser for green jobs for the Obama White House, until he resigned in September 2009. This means that we have five CAP fellows that I'll profile below.

Obviously, operatives from this team were rewarded with positions inside the Obama White House, while others in 2009, snagged other key green energy roles. My focus has been on the "DOE Insiders" — those from Obama's "Green Team" and his Energy Department officials and advisors, which included its fair share of Al Gore disciples and well-connected Venture Capitalists. There has been a dozen on my radar that are either directly connected to tens of billions of green-government subsidies (loans, grants and special tax breaks), or helped their friends secure the funds.

Ironically, many have fled since their 2009 appointments, but it's worth noting that the "DOE Dirty Dozen," under Energy Secretary Stephen Chu, includes Carol Browner (1), Lisa Jackson, Van Jones (2), Steve Isakowitz, Steve Spinner (3), Matt Rogers, Jonathon Silver (4), Cathy Zoi (5), Kristina Johnson (6) and others like James Markowsky (7), Steven Westly (8), Sanjay Wagle (9), David Danielson (10), David Sandalow (11), David Prend (12) — another piece of this scandal currently in the works.

What's telling is that these DOE Insiders were part of the decision making process, even as the rest had access influence in one way or another. They were in charge of picking winners and losers, especially in regards to the Energy Department's multi-billion Loan Guarantee Program, mentioned many times in this post, whereas I have personally been tracking since 2010.

What we find is that many of those operating inside the Energy Department had more sinister roles and were using tactics such as lobbying, pressure, collusion, and coercion. The evidence of this started circulating in 2011, when the Solyndra Saga broke, but worse, was confirmed in many of the DOE email exchanges released to the public since that time, which includes the massive "2012 Internal DOE Email Dump" that was unleashed in late October of that year.

Page 633  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

These correspondences basically prove that the president, the White House, Secretary Chu, and certain DOE officials lied about how they handled the green energy loans on various fronts — which was followed by secrecy, cover-ups and even perjury.

In November 2012, Marita Noon and I began unleashing the content of these email interactions, of which we found plenty of references to the president, POTUS, the White House, the "7th floor," and "the Hill." More disturbing is that contrary to House Oversight testimonies by DOE officials, those inside the DOE were rushing the approval of the DOE loans — a fast track process imposed at the POTUS level, yet they were met with resistance by the Treasury as well as the Office of Management and Budget (OMB), amongst others involved in the deal making process.

As it turns out, these emails reveal that many of the DOE loans were rushed and approved for political reasons — visits, speeches, announcements, photo ops, and talking points for the president as well as for the purpose of helping those connected to the companies seeking the loans — CEO's, investors, and Democrat politicians, which goes beyond subsidizing Nevada companies in order to help Senate Majority Leader Harry Reid win his 2010 reelection campaign.

These bombshell emails also expose the cozy relationships DOE officials and advisors had during the loan review process with loan applicants and their CEO's, lobbyists, and investors, etc. It's no surprise that they had meetings and calls with DOE officials and Energy Secretary Chu, but there are documented meetings and calls with the president, VP, and WH as well as plenty of "green fraternizing" going on — bike riding, coffee meetings, sleepovers, "beer summits," Al Gore parties, dinners, Democrat fundraisers, and so on.

**NOTE:** "2012 Internal DOE Email Dump" is in reference to the House Oversight huge document dump that was unleashed in October 2012 (see Memorandum, Appendix I and the 350+ page Appendix II), and due to its value, will be sourced many times in this report.

Today we'll stay focused on Center for American Progress, staring with the fact that other than John Podesta, we have Valerie B. Jarrett: President's Obama's longest serving advisor and confidante, of which some refer to her as the "shadow chief of staff."

While Podesta is directly tied to CAP, Ms. Jarrett has an indirect connection: Prior to joining the Obama administration as Senior Advisor and assistant to the president, she served as Vice Chairman of The Joyce Foundation (Obama sat on the board 1994 to 2002), the Chicago-based organization, who is a major donor to radical environmentalist and conservation groups as well as progressive movements like CAP.

633

Page 634  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

This was part of the climate scam that not involves many green corruption suspects, but leads to cap-and-trade, of which I began to unravel in 2010, and what I refer to as the "pot of gold at the end of the climate rainbow" — warning that with so much at stake, even if the planet blows up, they will get their cap-and-trade, or a version of it.

Jarrett, also in September 2009, hosted a "Clean-Energy Summit" where an array of attendees just so happened to "collectively strike gold" with over $5.3 billion in taxpayer funds from the Green Bank of Obama. We also know that internal emails showed (released in 2011) that deliberations on Solyndra — the first DOE loan to go bad and scream corruption — "reached into Obama's inner circle, including senior adviser Valerie Jarrett and former chief of staff Rahm Emanuel."

Additionally, we can confirm via the "2012 Internal DOE Email Dump" that Ms. Jarrett had a December 7, 2010, meeting with "the CEO's of NRG and Reliant." NRG Energy (a Fortune 500 and S&P 500 Index company) and its subsidiaries (Reliant is one) was the recipient of most of junk-rated stimulus loans, which includes NRG Solar for the Agua Caliente project ($967 million); NRG Solar for the California Valley Solar Ranch ($1.2 billion); BrightSource Energy Ivanpah project ($1.6 billion); and Prologis for Project Amp ($1.4 billion).

NRG Energy is one of those twelve timely Soros investments that I alluded to earlier (along with additional Obama administration connections) that snagged $5.2 billion in loans and a truck load of grants as well as other cleantech funds from the Green Bank of Obama. But it is the highly paid president and CEO (since 2003) David Crane (stock owner and an aggressive pusher of clean energy) who appeared to have significant influence. During the course of the June 2012, House Oversight hearing, Crane admitted that between the Bush administration and the Obama administration, he had visited the White House "14 to 15 times," of which 6 to 7 of his visits were with the Obama White House.

**Lawrence Summers:** *Currently listed as a Distinguished Senior Fellow at Center for American Progress and mentor to Facebook boss Sandberg*

- Former Director of President Obama's National Economic Council (designated on November 24, 2008 to 2011)

- Former Secretary of Treasury under President Bill Clinton (from 1999 to 2001)

It's worth noting that back in the day (November 2008), President-elect Barack Obama rolled out his National Economic Council (NEC), and installed "economic czar" Larry Summers (not subject to pesky confirmation hearings), who had served as Robert Rubin's protégé at Treasury. Rubin, on the other hand, who had spent 25 years at Goldman Sachs before serving as Secretary of Treasury under the Clinton administration (1995-1999), after his government stint went to

634

Page 635  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

Citigroup as a Senior Counselor, only to retire in January 2009. However, what's not widely known is that behind the scenes [during Timothy Geithner's time at Treasury], "Rubin was still wielding enormous influence in Barack Obama's Washington," documented POLITICO.

What's worth pointing out again is that Summers' private memos to Obama, which were released by *The New Yorker* in early 2012, revealed the real intent behind the economic stimulus bill. American Enterprise Institute reported, "A key source for writer Ryan Lizza is a 57-page, "Sensitive & Confidential" memo written by economist Summers to Obama in December 2008," which exposed "11 stunning revelations from Larry Summers' secret economics memo to Barack Obama." One in particular was that the stimulus was about implementing the Obama agenda and rewarding his green cronies.

The short-run economic imperative was to identify as many campaign promises or high priority items that would spend out quickly and be inherently temporary. … The stimulus package is a key tool for advancing clean energy goals and fulfilling a number of campaign commitments.

Summers, a Distinguished Senior Fellow at CAP, has significant ties to Wall Street, which if you've been paying attention, they ensured an Obama victory in 2008. Prior to Summers heading to the Obama White House as top economic advisor, he had an elaborate gig where he worked just one day a week while making $5.2 million in two years at D.E. Shaw — a New York-based $39 Billion Hedge Fund Giant. According to the *Wall Street Journal,* Summers "received hundreds of thousands of dollars in speaking fees from major financial institutions," which included "frequent appearances before Wall Street firms including J.P. Morgan, Citigroup, Goldman Sachs and Lehman Brothers."

What's significant is that both Goldman Sachs and Citigroup (profiled later) are corporate CAP donors that either won billions in green energy funds, or made money off of the deals that occurred. And, the majority of the deal making came from the now $32 billion Energy Department Loan Guarantee Program, with the majority of the loans awarded and finalized between 2009 and September 2011. This is the same program that, as mentioned earlier, has been pushed and promoted by Center for American Progress for some time.

During Summer's time inside the Obama White House, it's unclear how involved Summers was in the loan program decision making process, but we can confirm via the "2012 Internal DOE Email Dump" that he was part of a scheduled January 2010 meeting with Jonathan Silver (head of the Loan Program at the time), a few DOE officials, and Carol Browner — the latter another CAP fellow that will be profiled next.

"Nearly a year before Solyndra went bankrupt and engulfed the White House in scandal, President Obama's top economic advisors [Summers and Timothy Geithner] warned him about

635

the risks of the clean-energy loan program that granted the solar company more than a half-billion dollars" — as reported by the Business Insider in September 2011.

Needless to say, Solyndra was only one of the 22 "junk" loans awarded by the Energy Department's $16 billion stimulus program — a program where we find that Summers is directly tied to one of those DOE deals, while his buddy David Shaw, a two-time Obama bundler, had an invested interest in more.

Mr. Shaw is the founder of D.E. Shaw, where Summer's worked before joining the Obama White House, and a firm that is connected to at least two renewable energy companies that snagged billions in DOE stimulus loans: First Wind and First Solar that are also CAP corporate donors, which will be expanded upon later. First Wind was the winner of a $117 million DOE stimulus loan, plus hundreds of millions in stimulus grants, of which, according to Peter Schweizer, "Larry Summers was part owner of First Wind." Meanwhile, First Solar won three large stimulus loans, totaling over $3 billion of taxpayer money — not to mention additional green energy funds.

**Carol M. Browner**: *Founding member of Center for American Progress and currently a Senior Fellow*

- Currently on the Advisory Committee of the Export-Import Bank of the United States
- Headed the Office of Energy and Climate Change Policy (AKA Climate Czar), from January 2009 until February 2011
- Obama-Biden 2008-Transition Team role: Advisory Board Member and Energy Policy Working Groups
- 2008 Obama Bundler

Browner, a career Washington insider, who directed the Environmental Protection Agency (EPA) during the Clinton administration, is an Al Gore acolyte, and an environmental extremist with a few left-wing radical ties on her secret resume. While Browner worked for Gore as far back as 1988, at some point (between 2007 and 2009), she served as a board member of the Gore's Alliance for Climate Protection — which, in July 2011, was morphed into "The Climate Reality Project." From what I gather, this was the result of merging two environmental groups: The Alliance for Climate Protection and The Climate Project, which were both founded in 2006 by Al Gore.

Browner was also a 2008 Obama bundler and part of the Obama-Biden Transition Team, who was later appointed to the president's 2009 Green Team as the "climate czar," only to abruptly resign in early 2011.

636

Prior to her tenure at the Obama White House, Browner was a founding board member (from 2003-2008) for CAP, and she is currently listed as a Senior Fellow. Browner, not only "pushed for billions of dollars for renewable energy in the economic stimulus bill," she was part of the decision-making process inside the Energy Department's Loan Guarantee Program, which at the time of her departure had doled out $34.7 billion of taxpayer money. Browner is implicated in an array of issues surrounding these loans, as reflected in many of the DOE email exchanges released to the public since 2011, as well as the "2012 Internal DOE Email Dump."

With such deep connections to the former-Vice President Al Gore, and his climate mission, one wonders why Gore and his investment firms — Kleiner Perkins and Generation Investment Management — raked in so much of the DOE money under her watch. As of January 2013, I tracked that these two firms combined are tied to at least $10 billion (more if you add in Silver Spring Networks and the fact that their "customers" raked in $1.3 billion in smart-grid stimulus grants), from the taxpayer-funded Green Bank of Obama, the majority coming from the 2009-Recovery Act — the stimulus bill (renewable energy part) that Doerr helped author, while Browner pushed to include taxpayer money.

Browner may have left her "climate" post, but she currently sits (and has for a while) on the Advisory Committee of the Export-Import Bank of the United States (Ex-Im), another means where Plaintiffs government dishes out billions of American taxpayer dollars in support of clean energy.

"The Ex-Im Bank uses taxpayer money to backstop politically favored projects, which "just greases the wheels of the powerful and often corrupt big Washington Establishment," wrote Heritage Action. This is another "green bank" that not only supports other Nations, but where you'll find corporate welfare and crony capitalism run amok, which includes quite a number of the president's favored firms: Abengoa, First Solar (Exelon Corp.) and SolarWorld, to name a few.

As recently as October 2013, at a Washington, D.C. CAP event (10th anniversary policy conference), Browner had this to say about the Keystone Pipeline: "There will be some twists and turns" in the political debate over the pipeline, but "at the end of the day [Obama] is going to say no," reported the Huffington Post.

( https://www.huffingtonpost.ca/2013/10/25/carol-browner-keystone-obama_n_4164156.html?just_reloaded=1 )

( https://www.americanprogress.org/events/2013/10/23/77992/caps-10th-anniversary-policy-conference/ )

637

Page 638  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

( https://www.huffingtonpost.ca/2013/10/25/carol-browner-keystone-obama_n_4164156.html?just_reloaded=1 )

This was an even that besides Browner, featured other Big Green personalities such as Van Jones, Tom Steyer, John Podesta, Treasury Secretary Jack Lew, Secretary of State John Kerry, California Governor Jerry Brown, Chicago Mayor Rahm Emanuel, and of course, Al Gore.

**Tom Steyer,** *CAP Board Member and Donor, Climate Change Radical, Big Oil Investor, Obama Bundler, Margie Sullivan's partner and Billionaire Buddy of all the Tech Oligarchs*

At that event, Browner was joined on a panel with Van Jones, the former "green jobs czar" — also a CAP fellow (profiled next) — along with environmental advocate Tom Steyer, who has been on an anti-Keystone XL crusade for some time.

( https://www.huffingtonpost.ca/2013/10/25/carol-browner-keystone-obama_n_4164156.html?just_reloaded=1 )

( https://www.huffingtonpost.ca/2013/10/04/tom-steyer-keystone-harper_n_4044667.html )

In fact, Jones has been on the record slamming the president's delay on denying the pipeline.

( https://www.cnn.com/2013/05/30/opinion/jones-obama-keystone-pipeline/index.html )

Meanwhile, Steyer is the same hedge-fund billionaire and megabucks Obama bundler and Democrat donor that was also a Big Oil Investor through his former firm Farallon Capital Management that has an invested interest in the rejection of the pipeline.

( https://www.humanevents.com/2013/06/27/green-is-the-color-of-corruption/ )

Like most prominent Obama fundraisers, Steyer has enjoyed relatively easy access to the White House, and as of the summer of 2012, it was reported that he had met with senior White House officials in the West Wing on at least four occasions. Steyer was even handpicked to make a cameo appearance at the 2012 Democratic National Convention.

( https://greencorruption.blogspot.com/2012/09/obamas-green-cronies-made-dnc-cameo.html#.UwvejCiRnzI )

Additionally, Steyer, "plans to spend as much as $100 million during the 2014 election, seeking to pressure federal and state officials to enact climate change measures through a hard-edge campaign of attack ads against governors and lawmakers," reported the *New York Times* last month.

( https://www.nytimes.com/2014/02/18/us/politics/financier-plans-big-ad-campaign-on-environment.html?_r=1 )

638

Page 639  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

In September 2012, the *Washington Free Beacon* documented that Steyer "is reportedly one of the backers of Greener Capital, which invests in alternative fuel companies that benefit from the anti-oil policies of the Obama administration.

( https://freebeacon.com/the-one-percent-gets-its-turn/ )

( https://green.blogs.nytimes.com/2011/03/15/a-foil-for-the-koch-brothers/ )

( https://www.greenercap.com/index.php )

" What's key to this Green Corruption file is that "Steyer has donated at least $1.4 million to the Center for American Progress (CAP) since 2009 through his TomKat Charitable Trust. As of 2010, he was listed as a director of the left-wing think tank."

In December 2013, The Beacon, in their piece "Keystone to the Kingdom," we find a stunning look at the relationship between Mr. Steyer and John Podesta:

( https://freebeacon.com/keystone-to-the-kingdom/ )

"Steyer is on the board of the Center for American Progress, and in the early months of 2012 he and Podesta cosigned a *Wall Street Journal* op-ed, "We Don't Need More Foreign Oil and Gas,"

( https://climatesolutions.org/donate/climate-solutions-5th-annual-breakfast/tom-steyer )

( https://online.wsj.com/news/articles/SB10001424052970203718504577178872638705902 )

arguing against Keystone and for tax loopholes such as the Production Tax Credit, increasing the value of the green energy companies in which Steyer invested and on whose boards Podesta sat."

Moreover, while a slew of Democrats who oppose the Keystone XL pipeline, stand to benefit from its rejection, Farallon Capital Management "has extensive holdings in fossil fuel companies

( https://washingtonexaminer.com/who-gets-rich-off-of-blocking-the-keystone-xl-pipeline/article/2543928 )

— including investments that could benefit from the blocking of the Keystone pipeline," reported *The Daily Caller* in May 2013.

( https://dailycaller.com/2013/06/20/top-anti-keystone-activist-could-benefit-from-blocking-pipeline/ )

One in particular stands out: "Farallon also still holds stock in BP" — the oil giant that according to *POLITICO* in 2010, Obama was the biggest recipient of BP donations over the past twenty years."

( https://www.politico.com/news/stories/0510/36783.html )

639

### Page 640  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

In case you didn't know, British Petroleum, the oil and gas giant that in 2001, began re branding to Beyond Petroleum (BP), was heavily in the "green" business via BP Alternative Energy (biofuels, wind and solar). However, in the spring of 2013, BP switched gears and started abandoning renewable energy.

( https://finance.townhall.com/columnists/maritanoon/2013/04/07/smart-money-abandoning-renewable-energy-n1560319/page/full )

Still, that was after BP had snagged millions in "green" funds from the Obama administration, of which I began to unravel in April 2013 due the fact that BP is in cahoots with Sempra Energy, the winner of a $337 million DOE stimulus loan for the Mesquite Solar Project in Arizona.

( https://greencorruption.blogspot.com/2013/04/newly-bankrupt-chinese-solar-producer.html#.UvZU3yiRnzL )

Also, BP, at that time, was part of all five of Sempra's wind projects.

( https://www.semprausgp.com/energy-solutions/wind-projects.html )

BP Alternative Energy is also an investor in BrightSource Energy — the winner of a $1.6 billion DOE stimulus loan that involves more CAP corporate donors and a slew of additional Obama cronies that I'll get to much later.

( https://www.brightsourceenergy.com/investors#.UvZVNCiRnzI )

( https://lpo.energy.gov/projects/brightsource-energy-inc/ )

**Van Jones: *Senior Fellow at Center for American Progress (it is unknown when Van first joined CAP, but we do know that he rejoined in February 2010)***

- Green Jobs Czar, from March 2009 to September 2009

- 2008 to 2009 Crafter of the Recovery Act: both personally and via the Apollo Alliance, as part or their National Steering Committee, where Van Jones was a board member from 2006 to either 2008 or 2009

As the story goes, Van Jones — left-wing radical, turned CNN contributor — was handpicked to become Obama's "green jobs czar" in 2009:

(https://www.wnd.com/2009/08/106653/ )

"We were so delighted to be able to recruit him into the White House," Senior Advisor Valerie Jarrett, stated on August 12, 2009. Mr. Jones' advisory post at the White House was short lived due to his radical past and behavior, and in September 2009 he resigned, blaming it on a "smear campaign of lies and distortions to distract and divide."

640

Page 641  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

( https://thinkprogress.org/politics/2009/09/06/59506/van-jones-resigns/ )

Nevertheless, Van is another very active CAP member where his focus remains on "green-collar jobs." He's still a strong force in the midst of the climate change debate, pushing green jobs, as well as his extreme environmental ideology.

( https://www.rebuildthedream.com/ )

Since 2010, Jones has been a Senior Fellow at CAP, whereas his bio states, "he is a co-founder of three successful nonprofit organizations: the Ella Baker Center for Human Rights, Color of Change, and Green For All" — of which both George Soros and Al Gore (both huge winners of green energy monies) have been know to fund Van's causes as far back as the 90's, including Green for All.

( https://www.americanprogress.org/about/staff/jones-van/bio/ )

( https://epaabuse.com/537/watermelon-patch/van-jones-is-the-ultimate-watermelon-green-outside-red-inside/ )

Mr. Jones has been featured in a few of my posts, but most recently when I exposed the various green parties involved in crafting the energy sector of the 2009-Recovery Act — and how they and their friends raked in tens of billions from the Green Bank of Obama. Certainly, Van's White House post, which comprised of overseeing billions in "green" stimulus funds, and the subsequent controversy surrounding his eco-radical mission (good and bad press) helped catapult Jones into fame and possibly some fortune. In my opinion, this would include the success of his green jobs book, numerous green honors, and his CNN gig — success that he may not have seen otherwise.

( https://www.vanjones.net/about )

We've tracked Jones' connections to CH2M HILL (also a client of the Podesta Group), the winner of $1.3 billion in stimulus funds as well as Solar Mosaic, where Jones was an advisor, who ultimately, in June 2012, was awarded a $2 million grant from the Energy Department's SunShot Initiative. Solar Mosaic had also employed Rebuild the Dream to do its public relations work, documented the *Daily Caller* in 2012. Also, in 2012 and 2013, Solar Mosaic snagged two small 1603 federal stimulus grants: one in Arizona for $13,123 and in California for $185,700.

What about Mr. Jones' *solicitation* business? Prior to Van's resignation, in August 2009, his Green for All launched a program called Capital Access Program (CAP) to help green businesses secure stimulus funds — monies that he was overseeing at that time, of which his bio confirms. In fact, during the 2012 presidential election (as a CNN contributor), Jones bragged about his part in the implementation of the clean-energy stimulus funds: he helped "run the inter-agency

process that oversaw $80 billion [some reports go as high as $100 billion] in green energy recovery spending."

What's also relevant is that not only did Jones personally participate in the formation of 2009-Recovery Act, he was with the Apollo Alliance as part of their National Steering Committee and Board member (from 2006 to either 2008 or 2009) — when the Apollo Alliance successfully got many of their policy ideas packaged into the stimulus bill, including, but not limited to, its expensive and unsuccessful "green jobs" program.

Both Senator Harry Reid and Mr. Jones have bragged about the Apollo's participation. Adding to the mix is that the Apollo Alliance is a project of the Tides Center. And, the Tides Center/ Tides Foundation is another Soros funded left-wing organization that was also funded by the Joyce Foundation, mentioned earlier under Valerie Jarrett.

( https://www.discoverthenetworks.org/funderprofile.asp?fndid=5310&category=79 )

What you should know about the Tides Center can be found at Watchdog.org, who in 2013, labeled their programs as "a checklist of liberalism's most ambitious agenda." Moreover, it's become a meeting place of two potentially warring factions of the Left — labor and environmentalists," charged Tori Richards early last year.

( https://watchdog.org/ )

( https://watchdog.org/72855/tides-uses-tax-dollars-to-turn-america-to-the-left/ )

Richards continues….

( https://watchdog.org/72855/tides-uses-tax-dollars-to-turn-america-to-the-left/ )

Perhaps Tides' biggest coup was using its Apollo Alliance Project to help draft Obama's massive stimulus bill. The final stimulus bill doled out billions of dollars to further the Left's green-energy agenda and social justice constituency while preserving labor's role in centralized economic planning.

Apollo Alliance, now labeled as the BlueGreen Alliance, not only enjoys political clout, but they also have significant and highly influential green allies and donors, which at one point included John Podesta as an Apollo board member — adding another layer to CAP's power behind this massive green energy scheme.

( https://www.bluegreenalliance.org/apollo )

( https://keywiki.org/index.php/Apollo_Alliance#cite_note-6 )

642

Page 643  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

**Steve Spinner***: Senior Fellow at the Center for American Progress from September 2010 to October 2011, where he publicly advocated for energy policies that support clean, renewable energy*

- Two-time Obama Bundler

- DOE Loan Programs Advisor, from April 2009 to September 2010

- 2008 Obama-Biden Transition Team role: Technology, Innovation & Government Reform Policy Working Groups

Steve Spinner, a two-time Obama bundler, not only worked for Obama's 2008 transition team, he also was part the president's 2012 reelection campaign, serving as a California finance chair and founded "Technology for Obama (T4O)." His wife was Solyndra's lawyer.

In April 2009, Spinner was appointed as the DOE Loan Programs Advisor to then-Energy Secretary Steven Chu, yet by September 2010, he left the DOE and about that same time joined CAP as a Senior Fellow until October 2011.

( https://energy.gov/articles/fact-check-steve-spinner )

( https://www.politico.com/news/stories/1011/66283.html )

During the course of Spinner's DOE gig, he acted as a liaison between the Recovery Act Office and the Loan Programs Office, of which he was responsible for monitoring the loan program. According to the DOE, "In that capacity, [Spinner] played no role in the decision-making on or evaluation of individual loan applications or the awarding of any grants."

( https://energy.gov/articles/fact-check-steve-spinner )

Spinner was also handpicked to make a cameo appearance at the 2012 Democratic National Convention, along with other wealthy Obama green cronies: Steve Westly, Tom Steyer (profiled earlier) and Jim Rogers, who will be profiled later.

( https://greencorruption.blogspot.com/2012/09/obamas-green-cronies-made-dnc-cameo.html#.UwvejCiRnzI )

( https://www.demconvention.com/ )

**Spinner & Solyndra**

Spinner is well known for his involvement and influence (investigations and internal emails prove) to the ill-fated, politically connected Solyndra, which was once the poster child for the president's clean-energy initiative.

643

Page 644  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

( https://www.politico.com/news/stories/1011/65448.html )

( https://abcnews.go.com/Blotter/obama-fundraiser-pushed-solyndra-deal-inside/story?id=14691618#.UFZk7BjdtJM )

( https://www.youtube.com/watch?v=0J6h1PcVQp8&feature=player_embedded )

The Solyndra Saga — FBI raid and all — in 2011, morphed into the template for Obama's green corruption scandal: political payback, costing taxpayers at least $570.4 million. Yet, most concluded a long time ago that Solyndra was only the tip of the iceberg.

Nevertheless, Spinner's participation, despite the DOE's denial, has been proven many times over, including in October 2011, when *POLITICO* and others seized on his role inside this scandal, stating, "[Spinner] played an active part in Solyndra's $535 million loan guarantee [approved in September 2009] despite conflict of interest concerns over his wife's work at a law firm that also represented the California solar company."

( https://www.politico.com/news/stories/1011/65448.html )

( https://lpo.energy.gov/Plaintiffs-projects/discontinued-projects/ )

Solyndra also snagged a $25.1 million in California tax credit, and at some point before 2011, Solyndra indirectly bagged another loan from the Export-Import Bank, which was obtained by a third-party company to the tune of $10.3 million.

( https://greencorruption.blogspot.com/2014/01/cleantech-crash-cbs-lesley-stahl.html#.UwkCwCiRnzI )

It should be emphasized that back in 2009, Fitch had rated the Solyndra DOE loan "non-investment grade," as revealed by the Committee on Oversight and Government Reform in March 2012 — a report that implicates Spinner even more so.

( https://oversight.house.gov/report/the-department-of-energys-disastrous-management-of-loan-guarantee-programs/ )

White House e-mails released late last year [2011] indicate that Spinner was influential in securing the $528 million loan to now-bankrupt Solyndra. Many of those EMAILS were written just days after he signed an ethics agreement pledging that he would "not participate in any discussion regarding any application involving" his wife's law firm.

In one message to a DOE official on August 28, 2009, Spinner wrote, "**How hard is this? What is he waiting for? . . . I have OVP and WH breathing down my neck on this.**" The e-mail went on to demand that the DOE official "**walk over there and force [the official working on the Solyndra evaluation] to give [him] an answer.**" After just being contacted by Solyndra,

644

Spinner inquires in another e-mail, "**Any word on OMB? Solyndra's getting nervous.**" The e-mail correspondence occurring in the final days before the Solyndra loan closed in September 2009 centers heavily on Spinner's efforts to coordinate plans for either the President or Vice President to announce the first loan approval at a scheduled visit to Solyndra.

**Spinner & Tesla Motors**

Additionally, we know that prior to joining the DOE, Spinner was an energy-focused venture capitalist and high-tech consultant. At some point, Spinner was a "consultant" to Tesla Motors, the "billionaire's electric car company," with an array of Obama pals in the mix (Elon Musk , Steve Westly, Nicholas Pritzker, Google executives, Vantage Point Capital Partners and Goldman Sachs), of which in January 2010, was subsidized with $465 million of taxpayer money from the DOE's ATVM program.

**Spinner & First Solar**

Needless to say, according to The Nation's May 2013 piece entitled "The Secret Donors Behind the Center for American Progress and Other Think Tanks," is where we first discover that First Solar was a huge favorite of CAP. First Solar is the solar firm, which is connected to a slew of Obama cronies, that is also a confirmed 2012 CAP corporate donor — possibly as early as 2011.

While we chronicled "The First Solar Swindle" in the summer of 2012, let me reiterate — although in more detail later — that they were awarded over $3 billion in stimulus loans, as well as additional taxpayer money. One key tidbit of Intel from The Nation is where we learn of Spinner's participation in the First Solar DOE deal making….

Last year [2012], when First Solar was taking a beating from congressional Republicans and in the press over job layoffs and alleged political cronyism, CAP's Richard Caperton praised Antelope Valley in his testimony to the House Committee on Energy and Commerce, saying it headed up his list of "innovative projects" receiving loan guarantees. Earlier, Caperton and Steve Spinner — a top Obama fundraiser who left his job at the Energy Department monitoring the issuance of loan guarantees and became a CAP senior fellow — had written an article cross-posted on CAP's website and its Think Progress blog, stating that Antelope Valley represented "the cutting edge of the clean energy economy."

The CAP article referenced above by Caperton and Spinner ("Don't Let Clean Energy Funding Die on the Vine,") was published on July 13, 2011, and where we find that CAP demanded that more taxpayer money be used to fund the DOE's loan program — even calling for a green bank "as a permanent financing tool for clean energy projects."

**Spinner & Silver's Collusion**

645

The CAP piece referenced above also opened up another can of worms. Jonathon Silver, at that time an Obama administration official at the Energy Department "actively collaborated with CAP in 2011 to advance the president's green energy agenda, in possible violation of federal law," documented the Washington Free Beacon on September 14, 2012.

This is where internal emails surfaced showing that over several days via Spinner and Silver's personal email accounts (correspondences that also imply the two were in touch multiple times over the phone), the two colluded: "In July 2011, Steve Spinner, then a senior fellow at the Center for American Progress (CAP), sought and received guidance from Jonathan Silver, executive director of the Department of Energy's (DOE) loans program, regarding a CAP editorial urging Congress to expand funding for the program and permanently establish a Clean Energy Deployment Administration (CEDA), or 'green bank,' to further fund clean energy projects."

**Spinner & BrightSource Energy**

Inside the "2012 Internal DOE Email Dump," we also discover that as early as September 2009, there was "strong push" by Silver, Spinner, and Matt Rogers (Senior Advisor to Energy Secretary Steven Chu from January 2009 until September 2010) to push through the $1.6 billion BrightSource Energy deal.

**NOTE:** Jonathan Silver, reported to be an Obama bundler, has quite the impressive background.

As noted by *Barron's Magazine* (in 2010), Silver had been a managing partner at Core Capital Partners [and co-founder] in Washington. "Coincidentally, one of his colleagues there was Tom Wheeler, a 2008 Obama bundler" — mentioned under the Obama-Biden Transition Team.

( https://online.barrons.com/article/SB50001424052970203296004575352982133405348.html )

We also know that Silver's wife has served as financial director of the Democratic Leadership Council, and that the couple hosted a party to promote Al Gore's environmental advocacy group, the Alliance for Climate Protection. This party (fundraiser) surrounded Silver's vetting process (September 2009), in which he invited two key DOE officials.

( https://mag.newsweek.com/2011/11/13/how-obama-s-alternative-energy-programs-became-green-graft.html )

( https://freebeacon.com/den-of-cronies/ )

Silver was appointed as the Executive Director of the Loan Programs Office in November 2009, and resigned in early October 2011, amidst the "Solyndra $535 Million Saga"

646

Page 647  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

( https://www.nytimes.com/2011/10/07/us/politics/jonathan-silver-quits-energy-dept-loan-guarantee-office.html )

 — even testifying in September 2011. Considering that there is much to be said about Silver's just shy of a two-year stint at the DOE, we do know that it included helping Secretary Chu accelerate the loan review process.

(https://www.realclearpolitics.com/video/2011/09/14/dept_of_energy_no_reason_to_believe_we_were_misled_by_solyndra.html )

In reading hundreds of pages from the "2012 Internal DOE Email Dump," it's evident that Silver aggressively pushed the loans through (fast tracked) as directed, influenced, and pressured by the POTUS, Vice President Joe Biden, the White House, the 7th Floor, and the Hill — and did so with arrogance, even as he was fraternizing with lose seeking the DOE loans.

Despite his resignation, Silver has appeared before the House Oversight Committee twice (July 2012 and September 2013), of which at that time there was a slew of emails proving cronyism and corruption that Silver had to answer to. This is where some of the most bombshell details emerged, starting with the fact that in the course of Silver's testimony during the July 18th Oversight hearing, it was revealed that he and other DOE officials and advisors were using their personal email accounts to conduct Energy Department business.

( https://oversight.house.gov/hearing/the-administrations-bet-on-abound-solar-assessing-the-costs-to-the-american-taxpayers/ )

Silver also made this denial: "…as I say, almost nobody that I am aware of in the Loan Program even knew who the individuals were who had invested, either directly or indirectly into these companies." Yet, we know this is a lie.

( https://greencorruption.blogspot.com/2012/07/recent-oversight-hearing-reveals-shady.html#.UvfOEyiRnzI )

In fact, we exposed this many times in the course of unleashing the "2012 Internal DOE Email Dump," which began shortly after their release — even discovering more clean-energy dirt along the way. We can confirm that Silver knew **exactly** who the investors were in the projects seeking Energy Department loans in **at least four** of the deals that were approved: BrightSource, Shepherds Flat, and Kahuka Wind, and Fisker Automotive for starters — all with deep ties to the Obama White House. We also know that Silver expedited some of these loans for presidential photo ops, as well as helping Senator Harry Reid's 2010 midterm election.

Page 648  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

(
https://finance.townhall.com/columnists/maritanoon/2012/11/04/busting_open_energys_den_of_deception/page/full )

During the September 10, 2013 House Oversight hearing on "Preventing Violations of Federal Transparency Laws," members questioned two of the most egregious offenders: Mr. Silver and Lisa Jackson the former head of the EPA mentioned early on as part of the Obama-Biden Transition Team.

( https://www.youtube.com/watch?v=eshWKRPUs38&feature=em-uploademail )

Sadly, this hearing didn't get much coverage except for Paul Chesser at the National Legal and Policy Center, noting that this event "didn't last long enough to get very deep." However, what caught my attention was when Committee Republican Jim Jordan of Ohio grilled Mr. Silver "about his directives to keep messaging out of the public eye" as well as reading particular email exchanges that implicated Silver helping his buddies get DOE loans. Also at issue were the loan program failures.

( https://nlpc.org/stories/2013/09/16/house-committee-grills-doe-loan-program-director-over-secret-emails )

However, the most unbelievable attempt to conceal the truth came out at that time: The congressman then showed an email that was sent to the committee staff a couple of days prior to the hearing from Silver's lobbyist (lawyer, it's unclear) demanding, "Don't direct any questions to Mr. Silver." Silver denied knowing anything about THE request, but we never got to the bottom of it because the Ranking Member, Congressman Elijah Cummings stopped Jordon from going down that path due to confusion over attorney/client privilege, and that he and Committee Chairman Darrell Issa would be looking into that issue…" off the record.

**Center for American Progress Finally Reveals its Corporate Donors: At least 17 raking in tens of billions of tax dollars from the Green Bank of Obama**

While the left-wing think tank is a well-known favorite of billionaire George Soros, as well as other left-leaning ultra-rich donors, "the center does not disclose who finances its activities, a policy it is declining to change even as Mr. Podesta prepares to wield influence over the shape of the Obama administration," wrote the *New York Times* in 2008.

( https://www.nytimes.com/2008/11/07/us/politics/07podesta.html?_r=4&ref=politics& )

However, "after heavy pressure arising from CAP's quasi-lobbying history. That scrutiny ratcheted up following the announcement that CAP founder John Podesta would be formally

648

joining the Obama administration. Both Politico and the *New York Times* called for the donor list to meet the public eye," reported *Breitbart News*.

( https://www.breitbart.com/Big-Government/2013/12/13/Center-American-Progress-corporations )

So, on December 13, 2013, CAP "revealed that it's funded by some of the country's largest and most powerful corporations, trade associations and lobbying firms," announced *POLITICO*.

( https://www.politico.com/story/2013/12/center-for-american-progress-donor-list-101140.html )

The donor disclosure excluded individuals and foundations, only giving insight into their corporate influence, leaving more darkness in its wake.

( https://freebeacon.com/donor-disclosure-by-center-for-american-progress-leaves-much-in-the-dark/ )

Moreover, it was reported that each of those listed (58 donors) has given the group more than $10,000 in 2013, yet the exact amount was not disclosed.

( https://www.americanprogress.org/about/Plaintiffs-supporters/ )

CAP's 2013 donor list "contains a myriad of massive corporations, including Apple Inc., AT&T, Bank of America, BMW of North America, Citigroup, Coca-Cola, Discovery, GE, Facebook, Google, Goldman Sachs, PepsiCo, PG&E, the Motion Picture Association of America, Samsung, Time Warner Inc., T-Mobile, Toyota, Visa, Walmart and Wells Fargo" — many of which are part of this massive green energy scheme.

( https://www.americanprogress.org/about/Plaintiffs-supporters/ )

Still, *The Nation*, in their May 2013 piece "The Secret Donors Behind the Center for American Progress and Other Think Tanks, released a list of CAP's 2012 corporate donors — labeled "American Progress Business Alliance Members," which are charged fees:

( https://www.thenation.com/article/174437/secret-donors-behind-center-american-progress-and-other-think-tanks-updated-524 )

( https://thenation.s3.amazonaws.com/pdf/CAP_alliance_members_2012_2.pdf )

( https://thenation.s3.amazonaws.com/pdf/CAP_alliance_members_2012_2.pdf )

A confidential CAP donor pitch I obtained describes the Business Alliance as "a channel for engagement with the corporate community" that provides "the opportunity to…collaborate on common interests." It offers three membership levels, with the perks to top donors ($100,000 and

up) including private meetings with CAP experts and executives, round-table discussions with "Hill and national leaders," and briefings on CAP reports "relevant to your unique interests."

The Nation also divulged that CAP doesn't publicly disclose the members of its Business Alliance, but they "obtained multiple internal lists from 2011 showing that dozens of major corporations had joined." What's relevant here is that in 2011 the lists compiled by The Nation of "CAP's donors included Comcast, Walmart, General Motors, Pacific Gas and Electric, General Electric, Boeing and Lockheed" — with three confirmed winners of green energy funds.

So basically the donor list and the membership list are one in the same. And, what's even more interesting is how The Nations chronicles CAP's assets:

"After growing rapidly in its first few years, tax records show, CAP's total assets fell in 2006 for the first time, from $23.6 million to $20.4 million. Assets started growing again in 2007 when CAP founded the Business Alliance, a membership rewards program for corporate contributors, and then exploded when Obama was elected in 2008."

We know that CAP founded its Business Alliance (corporate donors) in 2007, but since we only have a hint of 2011, combined with lists for 2012 and 2013, the mystery remains. Missing are the corporate donors CAP enlisted from 2007 until 2011. When did these now public donors join CAP, and what was dollar amount of money that was given?

While I am about to dissect the corporations from these lists (2011 to 2013) that received green energy taxpayer money (loans, grants and special tax breaks), in full disclosure, the majority of the stimulus and non-stimulus clean-energy funds ($150 billion through 2014) were doled out between 2009 and 2011. However, as I reported in the beginning of this post, "green" funds continue to flow, and the Obama administration wants billions more of taxpayer money to save the planet.

I hate to be redundant, but as you'll see, CAP's corporate donors are connected to many of the same projects and firms that we have documented in previous Green Corruption Files. This is due to the fact that meaningful political ties — Obama's bundlers (both in 2008 and in 2012), top donors, financiers, and green cronies — have surrounded the green energy money from the onset. However, considering that CAP players operated inside the Obama White House as well as the Energy Department — prior, during and after the money was doled out — this adds another layer of corruption behind the green energy deals.

At any rate, several of these corporations include Big Banks (even the "too-big-to fail") that have benefited immensely from President Obama's cleantech push. Even though many on Wall Street stood by the president in 2012, the majority sided with Mitt Romney. But that was after Obama enjoyed his fare share of Wall Street buddies who helped ensure his victory in 2008, poring

650

millions of dollars into his campaign coffers, making their mark as TOP campaign donors (PAC) — with even Wall Street executives bundling huge sums of money for then-candidate Obama. Additionally, "the big bundlers had broad access to the White House for meetings with top administration officials and glitzy social events."

Inside these CAP corporate donor lists we find a few TARP recipients such as Citigroup, Goldman Sachs, Bank of America, and Merrill Lynch. What's more telling is the infiltration of so many Citigroup and Goldman Sachs executives operating (past and present) inside the Obama administration, even shaping his economic policy.

**CAP'S 2013 DONORS: Green energy money winners**

**#1) Bank of America** (now Bank of America Merrill Lynch — confirmed donor since 2012):

Both Bank of America and Merrill Lynch (Campaign Committee's), from 2003 to 2008, supported Senator Obama. Meanwhile, Bank of America, a heavy hitter donor with major lobbying pull, plays both sides of the isle. But in 2008, this Big Bank put their money (PAC and individuals) on blue, including donating to candidate Obama.

In the final days of the DOE loan program (September 2011), the DOE awarded a partial guarantee of $1.4 billion loan — another shady stimulus deal ("non-investment grade") that was "personally championed" by then-Energy Secretary Steven Chu — for a project called Project Amp. Prior to the finalization of this DOE transaction, in June 2011, Bank of America Merrill Lynch, Prologis and NRG Energy joined forces on Project Amp, which was "a four-year, $2.6 billion project to place solar panels on rooftops in 28 states, one of the most ambitious clean-energy projects in recent years," reported the Wall Street Journal.

The Journal goes on, "Bank of America Merrill Lynch unit will provide $1.4 billion in loans for the project," of which "the financing is part of Bank of America's plan to put $20 billion of capital to work in renewable energy, conservation and other clean technologies that address climate change."

However, by October 2013, the Energy Department pulled the plug on Project Amp, and according to POLITICO, Prologis never tapped into the $1.4 billion. Still, along the way, Prologis did secure "a grant for $68,000 for the purpose of "rent for warehouse space" under the Recovery Act.

While I have yet to do a complete analysis on Bank of America/Merrill Lynch and their renewable energy portfolio, there are additional firms or projects that this bank has backed that also received "green" taxpayer funds from the Obama administration.

**NextEra Energy Wind Energy Assets**

651

Fist is NextEra, whose CEO Lewis "Lew" Hay, III was member of President Obama's Jobs Council (from 2011 until 2013), that was awarded two large DOE stimulus loans, as well as a slew of other green energy stimulus funds. This is part of the scheme that we've been documenting since the summer of 2012 ("Third Largest Recipient of DOE Risky Loans"), and later in my January 2013 Big Wind Story.

But since Bank of America has invested in the wind side, what's key here is this: NextEra was the biggest user of the wind energy production tax credit. In an analysis by John Fund of the National Review Online, he states…

Begun 20 years ago to spur the construction of wind-energy facilities that could compete with conventional fossil-fuel power plants, the tax credit [PTC] gives wind an advantage over all other energy producers. But it has mostly benefited conventional nuclear and fossil-fuel-fired electricity producers. The biggest user of the tax credit is Florida-based NextEra Energy, the nation's eighth-largest power producer. Through skillful manipulation of the credits, NextEra from 2005 to 2009 'paid just $88 million in taxes on earnings of nearly $7 billion,' Businessweek reports. That's a tax rate of just 1.25 percent over that period, when the statutory rate is 35 percent.

**SolarCity**

Considering that the Podesta Group added SolarCity as a client in 2012, I highlighted the various political connections to this solar firm earlier, including billionaire players that received taxpayer money for other green energy deals, such as Elon Musk, Nicholas J. Pritzker, and George Soros.

But what most don't know is that SolarCity was in line to get a stimulus loan from the DOE for $275 million. However, that deal — dubbed SolarStrong — fell apart due to the Solyndra "red flags" just prior to the loan program's deadline in September 2011. A month later, SolarCity found a willing partner in Bank of America, which was followed by this official announcement: "SolarCity and Bank of America Merrill Lynch today announced that they have agreed to terms on financing for SolarStrong, SolarCity's ambitious five-year plan to build more than $1 billion in solar power projects for privatized U.S. military housing communities across the country."

It should be noted that without government subsidies, SolarCity wouldn't be the success it is today: "SolarCity currently benefits from tax credits totaling as much as 30 percent of the cost of these systems," noted Bloomberg. And, as I documented earlier, SolarCity, so far (and since 2009) has been subsidized with "green" through various stimulus funds, grants and federal tax breaks at the tune of $514 million.

**SunPower**

652

Page 653  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

Bank of America Merrill Lynch and SunPower have worked together since 2009. And this year they announced a $220 million financing program for residential solar lease projects. In January 2010, SunPower Corp, the San Jose, Calif.-based designer and manufacturer of solar panels and systems, received four of the stimulus-enacted Section 48C Tax Credits totaling $10.8 million. Then, despite SunPower's well-known financial issues and the fact that it was under a shareholder suit alleging securities fraud and misrepresentations, just days (September 2011) before the 1705 Loan Guarantee Program's deadline (along with four other solar companies), this "non-investment" grade $1.2 billion stimulus loan was approved — to support the construction of the California Valley Solar Ranch (CVSR) in San Luis Obispo County.

The conditional loan to SunPower was announced on April 12, 2011, and shortly thereafter (April 30, 2011), the French oil conglomerate Total committed to buying a $1.37 billion controlling stake (60%) in SunPower Corp — a bailout that was confirmed in June 2011. Now, SunPower never directly got the cash, because on the final closing of the DOE loan guarantee, they sold the California Valley Solar Ranch to NRG Energy. However, SunPower continued on as the developer and Bechtel as the primary contractor building the project.

Also, to date, SunPower Residential, in 2013 and 2014, snagged 34 federal stimulus grants from the 1603 Program for "solar electricity" that ranges across 12 states, totaling over $86 million tax dollars.

Other than Bank of America, both SunPower and NRG Energy have additional meaningful political connections to President Obama and other high-ranking Democrats, of which we've documented a few times: First in my October 2012 report (troubled green energy projects) and then in my February 2013 analysis on Citigroup, another CAP donor that is up next, which is a huge player inside this "climate" scam. Lastly, due to the fact that NRG Energy, a Fortune 500 and S&P 500 Index company, of which they and their subsidiaries, initially, were the recipient of most of 1705 stimulus loans: at least $5.2 billion of taxpayer money (now minus the $1.4 billion for Project Amp). NRG Energy was one of George Soros' timely investments that I mentioned at the beginning of this post, yet more Intel can be found in my March 2013 Green Corruption File.

#2) Citigroup (confirmed donor since 2012):

Since 2007, Citigroup has been heavily involved in "climate change activities." We also can confirm that this "too-big-to-fail" bank has made a massive footprint inside President's Obama's clean-energy dirt — the candidate that Citigroup helped get elected in 2008 as the number seven top donor (PAC) with many executives and friends of Obama bundling for both his campaigns. Meanwhile, in 2012, Citi contributed to both President Obama and Mitt Romney.

Page 654  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

By 2011 — prior to the presidential reelection — through their "50 Billion Climate Change Investment Initiative," Citigroup had "directed $36.35 billion into such initiatives so far…" — of which they brag: "In the U.S., Citi has the largest market share (28 percent) of U.S. Department of energy section 1703/1705 Loan Guarantee program financings for alternative energy, and we are the leader in such bond transactions."

Considering that in February 2013, I dedicated an entire post to Cit and their Massive 'Green' Money Machine," which included a careful analysis of their "2012 alternative energy portfolio" that lists about 37 transactions (plus SolarReserve) — both foreign and here in the United States, here I'll just give some highlights.

What I found is that 58 percent (22) of Citi's clients had received government subsidies, totaling approximately $16 billion from the taxpayer-funded Green Bank of Obama, the majority from stimulus package. Furthermore, my research not only "followed the green money," but profiled the Citi executives that operate (d) inside the White House, some with key positions, which included President Obama's 2013 choice to replace Timothy Geithner for Treasury Secretary with Jack Lew (former Chief of Staff), Michael Froman, Richard Parsons, Louis Susman, and Michael Eckhart — to name a few.

Many of the alternative energy projects that Citi was involved are mentioned in today's study, starting with the Energy Department's junk bond portfolio, which were doled out between 2009 and 2011:

- BrightSource Energy was awarded $1.6 billion DOE loan for the Ivanpah solar facility in California

- Brookfield Renewable Power, whereas Granite Reliable received a $168.9 million loan for a wind project in New Hampshire.

- Caithness/General Electric received a $1.3 billion DOE loan for the Shepherds Flat wind project in Oregon

- NextEra Energy /First Solar got a $1.46 billion loan for the Desert Sunlight project in California;

- SolarReserve was awarded $737 million DOE stimulus loan for the Crescent Dunes project in Nevada.

According to their renewable energy portfolio, Citi, in February 2011, became a major investor in SolarCity. And, as I documented earlier, SolarCity, so far (and since 2009) has been subsidized with "green" through various stimulus funds, grants and federal tax breaks at the tune of $514 million.

654

Page 655  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

Citigroup, as of 2010 was listed as SunPower's bookrunner. Then in August 2011 SunPower and Citi set up a $105 million fund for residential solar leasing projects, which states, "SunPower will use the fund to extend its SunPower Lease programme to customers in 8 US states, expanding the financing options available to homeowners interested in SunPower solar energy systems. The SunPower Lease is now available in Arizona, California, Colorado, Hawaii, Massachusetts, New Jersey, New York and Pennsylvania. Citi is contributing $80m to the fund." Again, I covered SunPower under Bank of America, showing that this solar firm was given plenty of green government subsidies:

In January 2010, SunPower Corp received four of the stimulus-enacted Section 48C Tax Credits totaling $10.8 million.

In September 2011, SunPower is part of the $1.2 billion stimulus loan to support the construction of the California Valley Solar Ranch (CVSR) in San Luis Obispo County.
SunPower Residential, in 2013 and 2014, snagged 34 federal stimulus grants from the 1603 Program for "solar electricity" that ranges across 12 states, totaling over $86 million tax dollars.

#3) Goldman Sachs (possibly a donor since 2012):

Goldman Sachs was a top Obama donor in 2008, but we also know that two Goldman executives sat on Obama's 2008 Finance Committee and a slew of partners, executives and board members bundled for, and donated to Obama's 2008 campaign. Meanwhile, his administration has been infested with Goldmanites — even as early as 2008 when a Goldman board member, James A. Johnson (also an Obama bundler that I profiled many times due to his former firm Perseus), was chosen as head of Barack Obama's vice presidential search team. Known as Jim Johnson and "a fixture of establishment Washington, with ties to Wall Street and "a major presence in Democratic politics for more than two decades," Mr. Johnson resigned his VP vetting role amidst criticism over his part in the Countrywide Financial scandal as well as controversy surrounding his role as Fannie Mae's chief executive from 1991 to 1999.

Even though in 2012, Goldman Sachs turned their back on Mr. Obama in 2012, there were many executives and board members that helped him get reelected.

Like Bank of America, I haven't had the opportunity to examine Goldman Sachs' Alternative Energy Group and its Environmental Markets financing and advisory; however, we do know that Goldman has been investing in renewable energy since at least 2005.

By 2014, Goldman Sachs "declared that the renewable sector is one of the most compelling" — even as they backed "green" in 2012, having committed $40 billion to renewable energy (made and planned investments). According to Renew Economy, "Stuart Bernstein, who heads the

bank's clean-technology and renewables investment banking group, told Recharge in a recent interview in a story titled Goldman goes Green, "It is at a transformational moment in time."

As Goldman promotes President Obama's Climate Action Plan along with other winners of clean-energy funds, they also brag about their climate change roles: "In 2012, we financed nearly $2 billion and co-invested more than $430 million in the sector. We also served as financial advisor on clean-energy transactions valued at more than $1.1 billion."

Needless to say, since 2010, I've been following Goldman and tracking how this Big Bank has been cashing in on the stimulus funds. As my research developed, I found their DNA all over this green energy scheme, of which to date we can confirm that Goldman Sachs has an invested interest — via various roles, and having entered the scene at different junctures (before, during and after taxpayer subsidies were awarded), in many projects and firms that received loans, grants and special tax breaks. So far I've tracked at least 14 firms connecting Goldman to over $8.5 billion from the Green Bank of Obama, the majority from the 2009-Recovery Act.

Keep in mind too, that Goldman is associated (former executives and investments) with the Big VC firm Kleiner Perkins as well as Generation Investment Management (GIM) — mentioned a few times already. As a reminder, Kleiner Perkins is where we find the "climate duo," whose combined carbon footprint is larger than my entire city: Billionaires John Doerr and Al Gore (partners at the firm), where Doerr, "a very big-ticket Obama donor," in January 2009, persuasions were reflected in the 2009-Recovery Act via his "meetings with Obama's transition team and leaders in Congress" as well as the fact that he made "five recommendations to Congress and President-elect Barack Obama to jumpstart a green-tech revolution and fight global warming."

Shortly thereafter (around February 6, 2009) and just days prior to signing the stimulus bill (February 18, 2009), Obama appointed Doerr as a member of his Economic Recovery Advisory Board (PERAB), which later morphed into the president's jobs council — only to close down in February 2013.

Meanwhile, back in 2004 Gore started GIM with former CEO of Goldman Sachs Asset Management David Blood, who is another Obama bundler. Apparently, Blood is the "wizard behind" GIM, and behind this "sustainable firm" are several former Goldman executives and partners — even as Doerr, in 2007, joined the GIM advisory board.

This and more insight were profiled in my January 8, 2013 file on Doerr and Gore, whose "Greentech Portfolio" (at least 50%) and GIM's "Sustainable Investing" secured billions in loans, grants and special tax breaks — the two firms combined are tied to at least $10 billion

656

from the taxpayer-funded Green Bank of Obama, the majority coming from the 2009-Recovery Act, of which Doerr had helped author.

As far as Goldman: first off they made big money from the sale of Horizon Wind Energy to Portugal's EDP for $2.5 billion in 2007, of which ironically, starting in 2009 until the end of 2012, EDP Renewables North America LLC (formerly Horizon Wind Energy LLC), received over $700 million of free taxpayer money from the Obama stimulus bill ($722,468,855 in Section 1603 Grants) for eleven wind projects, placing them at the number two spot of foreign firms that were winners of US grants. This was a shocking report released in early 2013 by the Energy and Commerce Committee, exposing the extent to which foreign corporations are benefiting from green energy stimulus funding.

**Goldman's Green Losers, Winners, Biofuels, & Smart Grids**

Nevertheless, Goldman is credited as the "exclusive financial adviser" for the now bankrupt Solyndra ($570.4 million loss), and in 2010, handled the IPO of what most deem a government winner, Tesla Motors that was awarded $465 million from the DOE ATVM program. Also, according to Goldman, "In May 2013, [they] helped raise over $1 billion in new financing for Tesla Motors."

There are more bankrupt ones as well: SpectraWatt ($20.5 million), Nordic WindPower ($8.6 million), and Suntech Power Holdings Co. ($2.1 million) — all taking millions of taxpayer money down with them, while Goldman remains unscathed.

Goldman is also active in advanced biofuels and feedstock companies, handling the IPOs of biofuel companies, of which at least two won money and contracts from the Obama administration: Amyris ($25 million stimulus grant), Kior (seeking $1 billion DOE loan) and Solazyme ($21.7 million DOE stimulus grant; plus part of the $12 million biofuel contract with the U.S. Navy) — the latter company has its very own direct connection to CAP: Jonathan Wolfson, Solazyme co-
founder and Chief Executive Officer, "is an active participant in many advisory groups, including sitting on the board of the Center for American Progress (CAP) Clean Tech Council.

Meanwhile, Goldman hooked up with another huge winner of stimulus funds: "In March 2013, [they] served as lead-left bookrunner on the $93 million initial public offering for Silver Spring Networks" — a Foundation Capital, Kleiner Perkins, and Google (all with friends in the White House) green investment, which in 2009, cashed in big time when the DOE starting handing the smart-grid grants as part of the 2009-Recovery Act. During the course of my January 2013 analysis on Silver Spring, I found that 30 percent of the $4.5 billion stimulus smart-grid grants went to their "customers" — that's over $1.3 billion. Then in my May 2013 report, "Smart Gird,

Dirty Devices", I documented additional ties and an interesting analysis of its IPO: "Silver Spring IPO has more red flags than a Communist Party military parade," PrivCo CEO Sam Hamadeh.

**Goldman's Green DOE Stimulus Loans**

Considering that First Solar is also a CAP Business Alliance Member (donor), we'll expand on that solar firm later, but what is key here is that Goldman was an early investor in First Solar that snagged three large DOE stimulus loans (over $3 billion) — a story we've featured many times, starting with "The First Solar Three Billion Dollar Swindle."

Still, Goldman was (is) also an investor in U.S. Geothermal that in February 2011, landed a $97 million DOE stimulus loan slated to build a 22-megawatt power plant in the eastern Oregon desert. This was — one of the first geothermal projects funded by the DOE, despite the fact that in December 2010, S&P had rated this loan as non-investment grade. Yet, the "2012 Internal DOE Email Dump" prove that this deal was rushed and approved in time for a POTUS photo op. Moreover, U.S. Geothermal had other projects that snagged millions in green energy subsidies.

Then in September 2011, Cogentrix of Alamosa, LLC (Cogentrix Energy a subsidiary of Goldman Sachs), was awarded a $90.6 million DOE stimulus loan for the Alamosa Solar Generating Project in Colorado. Cogentrix, on July 16, 2012 bagged a $34.6 million stimulus grant (free taxpayer money) from the 1603 Grant Program — I'm assuming this is for the same project.

But that's not all….

**BrightSource Energy Just Got Darker**

According to Renew Economy (January 2014), "[Goldman] has also a substantial investment in BrightSource Energy," which actually brought its Ivanpah solar power facility into full production last month — and if not for a federal loan guarantee, the $2.2-billion project would have never seen the light of day. Now this massive solar power plant (struggling to produce power) has become the "$2.2 Billion Bird-Scorching Solar Project" — with even the left-leaning Los Angeles Times, chronicling their grand opening like this:

After nearly four years of construction that killed desert tortoises, burned the feathers off passing birds and mowed down thousands of acres of native flora, Ivanpah officially opened last month with a gala that included a rock band and a horde of dignitaries — Energy Secretary Ernest Moniz among them.

We've been uncovering BrightSource Energy's $1.6 billion shady DOE deal since July 6, 2012, and as new information became available we've revisited this huge solar transaction several

times. In short, the Ivanpah Solar Electric Generating System (SEGS) in California was subsidized with a

$1.6 billion DOE stimulus loan, which was announced on February 22, 2010 and finalized April 11, 2011 — a project that also received special treatment by the Department of Interior, which was documented in Plaintiffs "2012 Special Seven Series."

Still, BrightSource investors not only include Goldman Sachs, but additional 2008 Obama donors such as Google, Morgan Stanley, and BP Alternative Energy. Meanwhile the Ivanpah project incorporates a slew of ties to President Obama as well as Vice President Joe Biden and Senator Harry Reid. This story comprises of big donors, political cronies and connections such as BrightSource, VantagePoint, Google, NRG Energy, PG&E, Goldman Sachs, Citigroup, George Soros, the former Commerce Secretary John Bryson, McBee Strategic Consulting, lobbyists Bernie Toon, and others — with DOE officials, Obama's Green Team, and several in Congress from the Democrat side involved.

While I briefly addressed Citigroup's part in this billion-dollar deal in February 23, 2013 (Ongoing — $250mm IPO / Joint Bookrunner), it should be noted that just days after the finalization of the $1.6 billion government loan, BrightSource had filed for and IPO, of which Goldman Sachs Group Inc., Citigroup Inc. and Deutsche Bank AG were leading the proposed offering. However, a year later, they canceled their IPO, and BrightSource CEO John Woolard (now former) told Gigaom.com that it was "because of the weak public markets, particularly for solar and greentech companies…" — of which, to date the IPO is still pending. Yet, we do know that Goldman has made equity investments in the solar developer BrightSource.

We also can confirm that additional political heavyweights have been hovering over this deal, starting with Bechtel (another big corporation with their hand in the stimulus) that constructed BrightSource's Ivanpah project as well as the fact that sometime in October 2010, during the time of their DOE loan review process, "NRG became the lead investor ($300m) in Ivanpah solar project. In fact, as mentioned, this was one of the four (now three) large taxpayer-funded stimulus projects that NRG Energy is part of.

**Side Note:** My March 22, 2013 file covers The Soros connection, its CEO David Crane, and more. My September 2013 post on BrightSource's Top DC lobbyist (since 2009) gives more insight into other players inside this $1.6 billion DOE deal, such as VantagePoint, Google Inc, and PG&E, which included ongoing interaction and pressure from the heavyweight K Street firm McBee Strategic Consulting — another huge player inside this green energy scam. What's key is that Steve McBee "reportedly wrote key provisions in the stimulus bill to open the spigot of green corporate welfare" — thus over 60 percent of his energy client list cashed in under the Obama administration.

659

Lastly, in November 2013, we unleashed BrightSource's connection to Senator Harry Reid as well as the incriminating "2012 Internal DOE Email Dump" relevant to this particular DOE transaction.

What's key here is that BrightSource Energy has never been solid. In fact, the "Oakland-based BrightSource Energy Inc. had emerged from the bankruptcy of its parent company." Now I'm assuming this was out of the ashes of BrightSource Industries (Israel) Ltd. that was formerly known as LUZ II Ltd., and changed its name in December 2008.

Nevertheless, according to Schweizer in Throw Them All Out, as he described the financial issues they were having, "BrightSource badly needed this infusion of taxpayer cash." So in essence this $1.6 billion stimulus DOE deal was a bailout, which is a clear violation of the American Recovery and Reinvestment Act of 2009 — a fact that we elaborated on many times.

**Goldman: SolarCity, SunEdison & SunRun**

According to Renew Economy (January 2014), "Goldman Sachs also provided $500 million of finance to SolarCity, to allow the biggest solar installer in the US to expand its solar leasing business. Goldman is one of a number of banks to do that — the latest was Bank of America/Merrill Lynch."

Goldman, in 2012, also handled the IPO for SolarCity — the solar firm I first highlighted under the Podesta Group (became a 2012 client) and expanded upon under Bank of America, noting that SolarCity was not only in line to receive a loan from the Energy Department, but as documented earlier, SolarCity, so far (and since 2009) has been subsidized with "green" through various stimulus funds, grants and federal tax breaks at the tune of $514 million. We'll keep watching…

There is also SunEdison LLC — a global provider of solar-energy services — which was also an early Goldman Sachs investment. Due to the fact that this solar firm also became a client the Podesta Group in 2012, I covered the fact that in 2013, SunEdison won 5 federal stimulus grants from the 1603 Program for "solar electricity" that ranges across 5 states, totaling over $1.8 million tax dollars.

Furthermore, SunEdison is in cahoots with JPMorgan, GE Capital as well as Southern Company and a few other familiar green energy players and CAP donors such as Bank of America, Duke Energy, and First Solar.

Just last month, the Wall Street Journal reported, "Sunrun Inc., a company that finances and installs home solar projects, has retained Goldman Sachs to raise a growth equity round of more than $100 million, according to a person familiar with the situation."

660

SunRun can be found in my May 2012 research on Foundation Capital — another friend of the Obama White House and big VC winner of taxpayer money from the Green Bank of Obama, adding to my long list of Big VC's that have had made out like bandits. As of October 2013 , I found that SunRun, between 2011 and 2013, snagged 23 federal stimulus grants from the 1603 Program for "solar electricity" that ranges across 10 states, totaling over $141 million tax dollars, thus far.

Plus in 2010, SunRun announced a $100 million joint program with major utility Pacific Gas & Electric, which according to Venture Beat, "PG&E will be funding the rooftop systems in question via its subsidiary, Pacific Energy Capital II, a tax equity fund," of which "In lieu of traditional returns, the investor — PG&E in this case — gets tax benefits in addition to some cash returns."

**#4) Covanta Energy (confirmed donor since 2012):**

This was one of those Soros timely investments (twelve alternative energy and utility companies) that I had alluded to in the beginning of this post and exposed in my March 2013 Green Corruption File. I found that Covanta, a clean-energy company and the recipient of federal stimulus grants, also received millions in 2010 through Congressional earmarks, yet it is unclear as to how many green government subsidies or the exact stimulus dollar amount that Covanta Energy snagged. Also, Covanta Energy stands to benefit from the NAT GAS Act if it comes to light again.

**#5) General Electric (confirmed donor since 2011):**

General Electric (GE) is a heavy donor to both Republicans and Democrats, and its CEO Jeffrey Immelt "plays the role of typical corporate donor who hedges his bets on both sides of the fence." However in 2008, GE gave the Obama campaign $529,855, marking them as a top Obama donor.

Meanwhile, in early 2009, Immelt was first appointed as a member of Obama's Economic Recovery Advisory Board (PERAB), which later morphed into the president's jobs council, where Immelt served as the Jobs Czar, until it closed down in February 2013.

Nevertheless, GE is a major player on the clean-energy scene as well as in this green energy scheme, starting with the fact that they were also part of the DOE's Electricity Advisory Committee that had influence into the 2009-Recovery Act. In 2009, the New York Times recognized GE's green power, noting, "GE lobbied Congress to help expand the clean-energy subsidy programs, and it now profits from every aspect of the boom in renewable-power plant construction, including hundreds of millions in contracts to sell its turbines to wind plants built with public subsidies."

Page 662  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

I've been keeping track of GE's "green tab" since 2012, which at that time exceeded $3 billion in direct (some indirect) taxpayer cash. This tally includes three large stimulus loans from Energy Department's junk bond portfolio that were doled out between late 2010 until September 2011.

Considering the treasure trove of Intel found in the "2012 Internal DOE Email Dump," I revisited GE in my December 2012 post. Long story short, in October 2010, the Caithness Shepherds Flat wind project located in eastern Oregon was awarded a $1.3 billion DOE stimulus loan — a $2 billion project sponsored by GE, who also supplied the project with 338 wind-turbines. These internal emails show that this transaction was approved with White House pressure. For example:

September 9, 2010 EMAIL: James McCrea (subject line: Shepherds Flat — Draft Responses to OMB Questions), "As you all know, the pressure to make decisions on this transaction are high so speed of the essence." Then later that day, McCrea writes (Email #4 from Appendix I) he says, "Pressure is on real heavy on SF [Shepherds Flat] due to interest from VP."

Shepherds Flat's developers also received "a $500 million federal grant, state tax credits totaling $18 million, accelerated depreciation on federal and state taxes worth $200 million, and a premium for its power from the state worth $220 million." At some point, the Shepherds Flat wind farm received three separate tax credits totaling $30 million from the state of Oregon.

But there's more…

In September 2011, the poorly rated 1366 Technologies, sponsored in part by GE, received a direct $150 million stimulus loan from the DOE for its solar manufacturing plant.

GE is also part of the $1.2 billion DOE stimulus loan for the Desert Sunlight project, which was finalized in September 2011. This is part of the First Solar Swindle that has been mentioned a few times in this post, and will be detailed later.

Federal Railroad Administration (FRA) loaned $54.6 million to Kansas City Southern Railway Company (KCSR) "to purchase thirty new General Electric ES44AC diesel-electric locomotives" — a loan that raised red flags in the March 2012 House Oversight investigation.

Also, you'll be "blown away" by the billions of "wind energy grants" that flew out of the stimulus package back in February 2010, of which at that time, GE was contracted to at least 26% of them as the "Turbine Manufacturer."

In late 2009, it was reported by Gigaaom, "GE is one of the newer smart meter players, but the conglomerate has been working with utility Oklahoma Gas & Electric on a 6,600 smart meter trial, and has a contract with PHI, which received $104.80 million for a smart meter deployment

662

in Washington, DC. GE also has a big contract with Florida Power and Light" that also the recipient of a $200 million stimulus grant.

Other than bagging direct green energy stimulus money, GE has also joined forces with others that have benefited from Obama's alternative-energy taxpayer funds. Two in particular — the Advanced Metering Partners, another John Doerr "venture" via Silver Spring Networks, as well as Energy Technology Ventures formed in 2011 with NRG Energy and ConocoPhillips. And, I'm sure if were to visit GE again, we'd find much more than $3 billion in green energy funds.

**#6) Google (confirmed donor since 2012):**

Google, like Wall Street and Big Energy, plays the political game well: it's all about access and influence, starting with campaign contributions. Google's $814,540 contribution to then-Senator Obama's campaign made it the fifth largest donor in 2008, and in 2012 moved up to the number three spot with a whopping $805,119. Furthermore, Google's CEO at the time, Eric Schmidt, served as an informal advisor to President Obama. Schmidt, Google Executive Chairman, was also an Obama donor in 2008, and since April 2009, is (was) a member of the president's Science and Technology Advisory Council (PCAST).

Another Google political connection is Dan Reicher, director of climate and energy initiatives at Google, who was one of the founders of Cleantech and Green Business Leaders for Obama. There are other interesting folks behind the Google scenes such as John Doerr and Al Gore — the dynamic climate duo mentioned periodically in this post — who has served as a member of Google's board of directors since May 1999, with Gore as a (past) senior advisor.

And according to Michelle Malkin, "Google cofounder Sergey Brin, Chief Legal Officer and Senior Vice President David Drummond, and Google Vice President and Chief Internet Evangelist Vint Cerf are all vocal Obama supporters and top donors." Meanwhile, Google cofounders Sergey Brin & Larry Page, invested in Tesla Motors, while Google, in 2011, partnered with SolarCity (mentioned a few times now) to create a $280 million fund for residential solar projects — both BIG winners of "green" taxpayer money.

Like many of these Big VC's that won a significant amount of green money from the Obama administration — Kleiner Perkins, Khosla Ventures, The Westly Group, VantagePoint Capital Partners, Google Ventures, Foundation Capital, and others — their "cleantech investments" overlap, and I briefly touched on Google in my January 2012 post about Doerr and Gore.

Later, I documented Google as energy client of McBee Strategic Consulting (in my September 2013 Green Corruption File), discovering and exposing the fact that Google Ventures — via their "Energy Investments" and other "green deals" that I tracked down at that time — has ten verified stimulus and other green energy money winners, which places their investment score at

close to $5 billion of taxpayer cash, which includes three DOE loans: BrightSource Energy ($1.6 billion); GE's Caithness Shepherds Flat wind project (presented under GE for $1.3 billion); and Tesla Motors that won $465 million ATVM loan. If you add in Silver Spring Networks' customers that won $1.3 billion in smart-grid stimulus grants, which I divulged here a few times, that figure rises to $6.3 billion and counting.

**#7. PG&E (confirmed donor since 2011):**

This utility giant is a strong Obama and Democrat donor that happens to be all over this "green" scam. Not only did they have direct influence over the DOE loans, they are jam-packed with Washington "green cronies," including Cathy Zoi, who is the "most controversial former PG&E employee to hold an influential government." Zoi, an Al Gore acolyte was a DOE Insider from 2009 until 2011, and she is not only tied to PG&E but other stimulus winners.

Still, PG&E was another client of the top DC lobbyist, McBee Strategic Consulting, of which I divulged in my September 2013 Green Corruption File. As reported by the Washington Free Beacon in 2012, "PG&E has become an aggressive buyer of power supplied by solar, wind, and other renewable sources, in large part due to statutory requirements under California's Renewable Portfolio Standard, which mandated that 20 percent of the utility's electricity come from renewable sources by 2010 — and 33 percent by 2020."

The big win for this huge energy corporation is that they have an invested interest in seven Energy Department stimulus loans worth $7.6 billion. Moreover, with the exception of BrightSource Energy's $1.6 project, of which we now know from an email Dated January 4, 2010, that Peter Darbee, then CEO of PG&E, had himself spoken to President Obama about this deal, the rest of the loans were finalized between June and September 2011. While the details into these taxpayer-funded projects can be found in my April 2013 post, here's an overview.

Agua Caliente Solar Power Project located in Yuma, Arizona, of which "PG&E will purchase the project's power and deliver it to customers in California." Project by NRG Solar: $967 million loan guarantee

BrightSource Energy development located in Baker, CA, of which "electricity from the project will be sold under long-term power purchase agreements with Pacific Gas & Electric and Southern California Edison Company (SCE)." Project by NRG Energy, Inc. (BrightSource): $1.6 billion loan guarantee

California Valley Solar Ranch of which the 250-megawatt is under construction in eastern San Luis Obispo County, and "is generating clean, reliable solar power for transmission over PG&E's utility grid." Project by NRG Solar and SunPower is still involved: $1.237 billion loan guarantee

664

Desert Sunlight Project located in Riverside, CA, with the PPA (purchase power agreement) listed as Southern California Edison and PG&E. This is a First Solar Project that is co-owned by NextEra Energy Resources, GE Energy Financial Services, and Sumitomo Corporation of America: partial guarantee of $1.46 billion

Genesis Solar Energy Project located in Riverside County, CA of which "power from the project will be sold to Pacific Gas and Electric Company." Project by NextEra Energy Resources, LLC: partial guarantee of $852 million loan

Mesquite Solar 1, LLC located in Maricopa County, AZ, of which Bloomberg News had reported at the time the DOE loan was approved, "Sempra will sell electricity from the Mesquite Solar 1 plant to California's largest utility, PG&E Corp., under a 20- year contract." Project by Sempra Mesquite: $337 million loan guarantee

Mojave Solar located in San Bernardino County, CA, of which at the time of the DOE loan approval (September 2011), "Abengoa signed a power-purchase agreement with PG&E to buy the energy produced by the project for a period of 25 years." Project by the Spanish firm Abengoa Solar, Inc.: $1.2 billion loan guarantee

Meanwhile, my May 2013 "Smart Gird, Dirty Devices" divulges PG&E's partnership with Silver Spring Networks on many fronts (PG&E is their top customer). Silver Springs is the the lucky smart-grid technology company that I mentioned earlier, who has an array of White House connections — Foundation Capital, Kleiner Perkins and Google — and as of January 2013 is linked to at least $1.3 billion in smart-grid stimulus grants.

But there's more…

PG&E won a significant amount of stimulus money for various projects, of which last year I found at least seventeen that added up to over $55 million of tax dollars.

PG&E also bagged at least four stimulus 1603 grants in 2012 and 2013 (for fuel cell, hydropower and solar) totaling $127.2 million.

SolarCity and SunRun, who both won large sums of stimulus money (duly noted in this post), are in cahoots with P.G.&E. Corporation, the California utility holding company's tax-equity fund to finance residential solar installations.

CAP'S 2011 & 2012 DONORS: Clean-Energy Money Winners (referred to as "American Progress Business Alliance Members")

**Energy/Utilities**

**#8) American Electric Power (AEP):**

665

While I found that AEP (between 2009 and 2010) was awarded at least four stimulus grants totaling $740 million, which was detailed in my March 2013 Green Corruption File, there is more to share. According to Schweizer's bombshell book, "in the first quarter of 2009, Soros made an initial purchase of more than 1.5 million shares in American Electric Power (AEP), a utility company that invested heavily in an energy project called FutureGen."

This was a project that had been abandoned by the Bush administration; however, on June 12, 2009, the Obama administration revived FutureGen: "a federal-industry partnership that would build an advanced coal-burning power plant in Illinois to trap and store carbon dioxide emissions." After Obama took office, he not only restarted FutureGen with $1 billion from the stimulus package, but he moved the project to Meredosia.

The FutureGen Industrial Alliance "was formed to partner with the U.S. Department of Energy on the FutureGen project." At that time it was a consortium of major coal and utility companies such as American Electric Power Co. Inc. and Peabody Energy Corp. Just thirteen days later, both AEP and Southern Co withdrew from the U.S.-government backed FuturGen project.

Despite ongoing drama, cost overruns and delays, as well as potential air pollution and other matters; back in February 2013, the FutureGen project was moving forward. While AEP was gone, we did find Ameren Corp (another Soros timely investment) along the way. Currently the FutureGen Industrial Alliance includes Alpha Natural Resources, Joy Global Inc, Peabody Energy, Xstrata Coal Pty Limited, and another CAP corporate donor, Anglo American (up next).

**#9) Anglo American (confirmed donor since 2012, listed under energy/utility):**

As detailed above, Anglo American, "one of the world's largest mining companies, is headquartered in the UK and listed on the London and Johannesburg stock exchanges," is now part of the FutureGen project funded with green energy funds. This past January, the Energy Department "gave the long-planned FutureGen clean-coal project one of the final OKs [and $1 billion] it needs to start building," announced the Daily Journal.

According to most reports, "If all goes according to plan, the FutureGen project should be fully operational by 2017 and continue commercial operations for at least 20 years."

**#10) Constellation Energy:**

Again, this is one of those twelve alternative energy and utility companies that another Soros had invested in shortly having helped craft the 2009 stimulus package that I had alluded to in the beginning of this post (exposed in my March 2013 Green Corruption File). I found that Constellation, an Exelon Company, which is labeled as "the president's utility," was another top 2008 Obama donor and big winner of "green" funds. Constellation received a $200 million

stimulus grant, of which since they are (were) the parent of Baltimore Gas and Electric Co, I'm assuming the $200 million smart-grid grant (awarded in October 2009) that went to BGE is the one Schweizer had mentioned in his book (unless they got another $200 million for something else).

Moreover, according to the Washington Free Beacon, "Constellation is one of the most prolific providers of green energy to federally owned facilities, sporting contracts with the General Services Administration (GSA) for the U.S. Capitol building, the Federal Reserve, the Smithsonian Institution, the United Nations building in New York, and a host of federal buildings in several states."

**#11) Dow Corning (Silicone Manufacturing/Solar):**

In January 2010, two manufacturing tax credits were awarded from the 48C stimulus-created program for solar projects in Michigan. The tax credits included "$141.9 million for Hemlock Semiconductor's (a joint venture of Dow Corning Corporation and others) expansion of its Michigan polycrystalline silicon operations, and $27.3 million for a monosilane plant Dow Corning is building."

By 2012, Hemlock Semiconductor announced that they "were postponing three of the four phases of their $1.2 billion plant in Tennessee," of which the state of Tennessee had committed $245 million to Hemlock — some of which was stimulus funds. In 2013, the company began laying off hundreds of workers at their Clarksville plant — even 100 were from their facility in Michigan (March 2013), and 50 more in May 2013. With the future of their plants unknown, "Dow Corning Corp. announced [November 2013] that it is acquiring a bigger stake in Hemlock Semiconductor." So, here we have two more failing stimulus-funded projects that we need to watch — and a CAP donor ta boot.

**#12) Duke Energy:**

As duly noted, Duke Energy — the nation's largest electric power company — has been a client of the Podesta Group since 2009. Jim Rogers, the chairman of Duke Energy, is another Obama donor, who was a major player at the 2012 Democratic convention, as a contributor, creditor, host, and even a speaker.

While Duke Energy is worthy of additional scrutiny, my January 2013, Big Wind Story documented that in 2011, Duke Energy was the recipient of a $22 million grant from the DOE's ARPA-E advanced energy research program that was funded by the 2009 stimulus package. This was "to design, build and install large-scale batteries to store wind energy at one of its wind farms in Texas."

667

Then in May 2013 (previously dated June 2010), Notrees Windpower — a project of Duke Energy located in Texas — was handed a stimulus grant from the 1603 Program for $103.6 million. And after a quick glance, I found three 1603 stimulus grants for Duke Energy Carolinas, LLC that were dished out in 2012 and 2013, totaling over $62 million for "hydropower" and "solar electricity." Duke Energy was also privy to the "smart" money as well — in 2009, the DOE awarded Duke Energy a $200 million stimulus smart-grid grant to support projects in the Midwest.

**#13) Enel Green Power North America:**

In July 2012, Enel Green Power, through its US subsidiary Enel Green Power North America Inc., was awarded a grant for approximately $99 million from the 2009-Recovery Act 1603 grant program for the construction of the Caney River wind farm in Kansas. The Caney River and the Rocky Ridge wind farm project includes J. P. Morgan as well as Wells Fargo Wind Holdings LLC and Metropolitan Life Insurance Company.

**#14) First Solar (Solar Manufacturing and possibly a 2011 donor):**

As I've alluded to many times in this post and others, First Solar has considerable ties to the Obama administration, starting with the fact that this solar firm was an early investment of Goldman Sachs, the Wall Street giant mentioned above as a CAP corporate donor since 2012 (maybe sooner).

In the mix we find another First Solar investor — Generation Investment Management (GIM), which as you know, is Al Gore's sustainability firm tied to many green energy deals. Along the way we find a myriad of Obama billionaire cronies (donors and bundlers) that were also investors in First Solar: Ted Turner, Paul Tudor Jones, Whitney Tilson, David Shaw, as well as the fact George Soros bought First Solar stock sometime in late 2007, until about May 2011, as recorded at GuruFocus.com.

Prior to the $3 billion in DOE stimulus loans, in 2010, First Solar snagged $16.3 million "to expand its manufacturing facility to produce fully completed thin-film solar modules," in Ohio, which was part of the 2009-Recovery Act via the DOE / Treasury, Clean Energy Manufacturing Tax Credits (48C). According to reports, "The Ohio Department of Development also lent First Solar $5 million, and the state's Air Quality Development Authority gave the company an additional $10 million loan" — marking First Solar's Ohio facility as taxpayer-funded with over $30 million.

But it gets better: First Solar, in 2011, "also scored $547.7 million in loan guarantees [by the controversial taxpayer funded Export-Import Bank (Ex-Im)] to subsidize the sale of solar panels to solar farms abroad," as documented by Veronique de Rugy (senior research fellow at the

668

Mercatus Center) in her stunning assessment of DOE's Loan Program. Ms. de Rugy goes on, "More troubling is the fact that some of the Ex-Im money [$192.9 million] went to a Canadian company named St. Clair Solar, which is a wholly owned subsidiary of First Solar, meaning that the company received a loan to buy solar panels from itself."

This Ex-Im transaction even hits closer to CAP, starting with Carol Browner — CAP fellow, former DOE insider, and Al Gore's pal — who is sits on (and has for a while) the Advisory Committee of the Export-Import Bank.

Still, the Daily Caller last month, unearthed another alarming connection: "[First Solar] is not only listed as a CAP donor, but has also been listed as a client of the Albright Stonebridge Group (ASG) in 2011 — a lobbying firm founded by former Clinton Secretary of State Madeleine Albright. ASG is also listed as a CAP donor."

And, it gets better, as reported in The DC...Coincidentally, Export-Import Bank President Fred Hochberg has spoken annually at CAP since 2011 — the same year First Solar got its loan. It is unknown whether the solar company was also a CAP donor at the time.

When Hochberg spoke at the progressive think tank in 2012, he mentioned that Alice Albright was in attendance — Madeleine Albright's daughter and the Ex-Im's chief operating officer from 2009 to 2013. Hochberg spoke on June 25 and First Solar was awarded $57.3 million in financing on July 18.

In 2011, Hochberg spoke on June 15 and, just over a week later on June 23, Ex-Im awarded First Solar millions more in financing. That year the taxpayer-backed export bank awarded First Solar nearly $573 million to make their products more competitive abroad and boost their sales — most of that financing came after Hochberg gave his speech. First Solar Vice President Frank de Rosa was likely bundling donations for Obama's reelection campaign around this time.

Nevertheless, the big money came from the Energy Department: First Solar, an Arizona-based manufacturer of solar panels, in August and September 2011, won three 1705 DOE "junk rated" stimulus loans totaling over $3 billion. Marita Noon and I first covered the "First Solar Swindler" in the summer of 2012, which began by documenting how seven solar companies received fast-tracked approval by the Department of the Interior (DOI) to lease federal lands in a no-bid process:

Abengoa Solar, BrightSource Energy, First Solar, Nevada Geothermal Power, NextEra Energy Resources, Ormat Nevada, and SolarReserve.

Since then, we've tracked First Solar's woes, which began since the finalization of these three large DOE loan guarantees — projects, by the way, that were sold to more Obama "energy"

cronies just after the taxpayer funds were approved. However, First Solar remained involved in all of them.

**The Projects**

Exelon (Antelope Valley Solar Ranch): $646 million stimulus loan

In September 2011, the same day that the Antelope Valley Solar Ranch, located in California, received a DOE loan guarantee for $646 million, Exelon Corp. purchased it. First Solar, which developed the project, is still actively involved. The AVSR1 project, by the way, is expected to create 350 constructions jobs and 20 permanent jobs.

The Chicago-based Exelon Corp, a big Obama donor and labeled as "The President's Utility," by itself is a huge piece of the Green Corruption scandal, which I have alluded to in the past and a another piece of the scandal in the works.

**NextEra Energy Resources, LLC (Desert Sunlight): $1.46 billion stimulus loan**

The California Desert Sunlight, in September 2011 — again the same day that this project received $1.46 billion offer for a partial loan guarantee from the DOE — was sold to NextEra Energy Resources, LLC, the competitive energy subsidiary of NextEra Energy, Inc. and GE Energy Financial Services. Yet, the September announcement also stated, "First Solar will continue to build and subsequently operate and maintain the project under separate agreements." Both CEO's Jeffrey Immlet and Lewis Hay were featured in my "Green Five: Spreading the Wealth to Obama's Ultra-Rich Jobs Council Members" series.

According to the DOE, Desert Sunlight, which is expected to create 550 construction jobs and 15 permanent jobs for the plant's operation, "will deploy commercially available First Solar Series 3 modules and is projected to achieve commercial operation by February 28, 2015."

**NRG Solar, LLC (Agua Caliente): $967 million stimulus loan**

In August 2011, as the $967 million DOE loan guarantee for the Agua Caliente, located in Arizona, was announced, it was purchased from First Solar by NRG Solar, LLC, a subsidiary of NRG Energy. At that time it was noted that the First Solar will be providing the solar panels for this project, and that the plant, when completed, would supply power to PG&E.

According to the DOE, the Agua Caliente project — considered another jobs creator with an expected 400 construction jobs and 10 permanent jobs — "currently generates enough energy to power 49,600 households annually."

Keep in mind that documented much earlier was Steve Spinner — the two-time Obama bundler DOE advisor ( April 2009 to September 2010) turned CAP fellow (September 2010 to October

670

2011) — and his part in the First Solar deal making, which included advocacy for the at least the Antelope Valley project. Nevertheless, there are additional CAP players here, starting with what The Nation revealed in May 2013:

José Villarreal — a consultant at the power-house law and lobbying firm Akin Gump, who 'provides strategic counseling on a range of legal and policy issues' for corporations — was on First Solar's board until April 2012 while also sitting on the board of CAP, where he remains a member, according to the group's latest tax filing.

**#15) First Wind**

In my January 2013 Big Wind Story — also a client of the top DC lobbyists McBee Strategic Consulting — I exposed a "twister of sweetheart deals" found in the Department of Energy's junk bond portfolio, which included four risky wind projects. One of those was Kahuku Wind Power, LLC, a project of First Wind in Kahuku Oahu, HI, which in July 2010, was granted a $117 million DOE stimulus loan, estimated to create a whopping 200 jobs. And then on February 3, 2012 this same project received a 1603 grant for over $35 million [docket #2594 to $35,148,839].

Sadly, in August 2012 a fire that destroyed First Wind's battery storage facility (built by Xtreme Power) and sent toxic fumes into the air, which left ratepayers in the dark over costs and safety. And, it was reported on January 23, 2014 that "Xtreme Power ran out of cash and filed for bankruptcy," — NOTE: Xtreme Power built the energy storage system for Duke Energy's Notrees wind energy farm in Texas, another winner of stimulus funds, listed above.

The First Wind plan was to secure taxpayer money and then go public. Now they achieved their first objective with the help of U.S. taxpayers, because and as of July 2012, First Wind's projects have also received over $452 million in grants through the stimulus' 1603 Program.

- First Wind's Stetson Wind Farm in Maine — $40,441,471

- Cohocton Wind Farm in New York, $52,352,334

- Dutch Hill Wind Farm In New York, $22,296,494

- Milford Wind Corridor Phase I In Utah; $120,147,809

- Milford Wind Corridor Phase II In Utah, $80,436,803

- Rollins Wind Farm In Maine; $53,246,347

- Sheffield Wind Farm In Vermont, $35,914,864

- Kahuku Wind Farm In Hawaii, $35,148,839

- Steel Winds II Wind Farm In New York, $12,778,75

However, in November 2010, Bloomberg announced, "First Wind Holdings Inc., the operator of wind-energy projects backed by D.E. Shaw & Co. and Madison Dearborn Partners LLC, said it withdrew its initial public offering because of unfavorable market conditions" that's code for "weak demand."

Speaking of IPO's…

Within the House Oversight leaked emails that were unleashed late October 2012, more specifically the 350+ page Appendix II ("2012 Internal DOE Email Dump"), we find that just months prior to the final approval of the Kahuka loan there was intense interaction within the DOE regarding this transaction…

"Someone is pressing Jonathan [Jonathan Silver is the former Executive Director of the Loan Program Office] who is now pressing hard on the everyone as the sponsor has an IPO in the works."
This and more can be found in my Big Wind Story, including a the fact the first-rate, high-powered political ties to First Wind are vast, starting with D.E. Shaw & Co, a New York-based investment firm that is a backer of First Wind Holdings Inc. (also an investor in First Solar). This was noted when I profiled Larry Summers from CAP — adding that, according to Peter Schweizer, "Larry Summers was part owner of First Wind."

The founder of the hedge fund DE Shaw & Co., David Shaw, is a two-time Obama bundler, who employed Larry Summers before heading to the Obama White House, as the top economic advisor. It turns out that in 2011, according to BusinessInsider.com, Shaw, a computer scientist and computational biochemist, was "appointed by Obama to serve on the President's Council of Advisors on Science and Technology."

As revealed by Peter Schweizer, "another 42 percent of First Wind is owned by Madison Dearborn Partners, an investment firm with close ties [and friend of] to then-White House Chief of Staff Rahm Emanuel. The founder of the firm, David Canning, had been a bundler for George W. Bush. But he switched sides in 2008 and gave heavily to Obama. Madison Dearborn gave more to Emanuel's congressional campaigns than did any other business."

While the GOP found that "Julia Bovey, First Wind's Director of External Affairs, was formerly Director of External Affairs for Obama's Federal Energy Regulatory Commission (June 2009 to June 2010)," there is much bigger fish here. All government backed green comes with a slew of lobbyists, and First Wind is no different — enter in Larry Rasky's Lobbying Firm with ties to the top.

672

### Page 673  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

Larry Rasky, "a longtime confidant and campaign strategist" of Vice President Joe Biden, was also a 2012 Obama bundler, and since Obama took office, "Rasky has visited the White House at least 21 Times," half of which were during the course of the DOE loan review process (Data.gov, Accessed 7/18/12). Moreover, we know that in 2009, about the time the 2009-Recovery Act passed, First Wind retained lobbyists Rasky Baerlein Strategic Communications as well as Brownstein, Hyatt et al, who is primarily a Democrat donor, with some Republicans in the mix — and as of 2012, maintains the work of Rasky. .

**#16) General Motors (donor in 2011)**

As I divulged at the beginning of this post, General Motors (GM) — a CAP donor in 2011 — was a client of the Podesta Group from 2010 until 2012. Even after the taxpayers bailed out General Motors in 2009 (over $80 billion — $17.5 billion under Bush and $63.4 billion from Obama), of which we lost at least $14 billion, green energy taxpayer money continues to subsidize the failed auto maker. This time, though, was for GM's hybrid electric vehicle the Chevy Volt — a car that's not doing very well.

What I've tracked so far is that starting in 2009 until recently, GM has bagged hundreds of millions of stimulus dollars ( $471.6 million to be exact) to support the Chevy Volt as well as green car components, of which I'll share the details when I dissect the CAP corporate donors.

According to the January 25, 2012 House Oversight Report…

The American Recovery and Reinvestment Act of 2009 (ARRA) appropriated $2.4 billion for domestic production of batteries and components for electric cars. Of this, $1.5 billion in grants were directed toward manufacturing the batteries, while the remaining $900 million went to building new facilities or improving existing facilities to produce electric drive components. This included $151.4 million to Michigan-based Compact Power, Inc., for production of lithium-ion polymer battery cells for the GM Volt; $105.9 million directly to GM for production of high-volume battery packs for the Volt; $105 million to GM to construct facilities for electric drive systems; and $89.3 million to Delphi Automotive Systems, a former division of GM, to expand manufacturing facilities for electric drive power components.

Also, "buyers of the Volt will receive a federal tax credit of up to $7,500 of per vehicle" as well as state tax credits.

Then, lo and behold, on December 12, 2013, Think Progress — CAP's propaganda machine — announced, "Ford Motor Company and General Motors Company will receive a combined $50 million to support their respective manufacturing facilities that produce electric cars." This was from the stimulus-created 48C Program, of which GM's share was $20 million for "its Detroit-Hamtramck Assembly Plant where the company manufactures Extended Range Electric Vehicles

673

— Chevrolet Volts and the Cadillac ELR electric luxury coupe — along with internal combustion cars."

**#17) Xcel Energy:**

What's interesting is that Xcel Energy was in the loop with Cogentrix Energy, a subsidiary of Goldman Sachs, which in September 2011, snagged a $90.6 million DOE stimulus loan for the Alamosa Solar Generating Project. Then on July 16, 2012, Cogentrix bagged a $34.6 million stimulus grant (free taxpayer money) from the 1603 Grant Program — I'm assuming this is for the same project.

What's interesting (see graph with Goldman Sachs stimulus loans) is that the partners involved in this project included utility Xcel Energy (XEL), which signed a 20-year contract to buy enough CPV power to supply electricity to 6,500 homes; and Amonix, the California-based company that will supply the CPV panels — Amonix (complete with Obama buddies) was subsidized with $29.6 million of taxpayer money before it went bankrupt in July 18, 2012. What a scam…

Also, according to MinnPost.com, in 2010, Minnesota's Senator Al Franken visited Mulroy's Body Shop "to highlight the use of federal stimulus funds in creating jobs and boosting the alternative energy economy." It turns out that the owner had 174 solar panels installed on the roof of his Nicollet Avenue body shop in South Minneapolis. And that "Minneapolis-based Solarflow Energy installed the system and is leasing the equipment to Mulroy's under contract with Xcel Energy. The lease agreement also includes installation, maintenance and support. The federal stimulus funds deliver a grant-in-lieu of a 30 percent tax credit on the value of the installation to Solarflow." Solarflow start-up was partially funded through an Xcel Energy Renewable Development Fund grant of $1.5 million.

While Xcel was omitted from the $3.4 billion in stimulus smart-grid grants in 2009, for their highly touted $100 million "Smart Grid City" project in Boulder, Colorado did snag about $24.2 million in federal economic stimulus money for "Smart Grid" updates to the state's power grid and customer meters. Still, Xcel Energy is slapping ratepayers with the bill: "In 2010, Xcel found itself asking Colorado regulators for permission to recoup $44.5 million in rate increases, but the Colorado Public Utilities Commission only gave it $27.9 million," as documented by GreenTechMedia in 2012. And it seems that while they were seeking another $16.6 million in 2012 for their Smart Grid City mess, "The Colorado Public Utility Commission (recently) denied Xcel's request to recover a big chunk of that $45 million," reported Smart Grid News in August 2013.

In closing…

What's clear is that spending millions to elect the right president, while giving big money to other high-ranking politicians, pays big time. This game is played by also hiring high-powered lobbyists, while employing think tanks and organizations that have significant clout. Sadly, this is how crony capitalism works — more like corporate welfare, because this game is rigged for the ultra rich and huge corporations, screwing the taxpayer all the way to the bank. In the meantime, career politicians continue in power; thus fueling the never-ending corrupt cycle of political payback.

Along the way, what counts is either a position or connection (friends and family) inside the White House or a particular government department. It's all about "access and influence" — thus those that play the game well are guaranteed millions, if not billions, of taxpayer money. It's not for the feeble minded, the regular law-abiding citizen, nor the small business worthy of American taxpayer support.

**However, Americans have the power to vote the bums out and make it a FELONY for any politician, or their family members, to own stock market stocks or assets.**

In the Bay Area Elite arrogant asshole dynasties send their kids to Stanford University. Stanford puts the kids in asshole frat houses to train them to get away with rape and run monopolies. When they graduate they either go up the hill to Sandhill Road and start a venture capital clone operation or they get their frat friends on Sandhill Road to racketeer-fund their start-up or political campaign using money scammed from your parents pension funds. They only work with their frat buddies and insiders in a tribal 'old boys club' manner. They steal all the technology and markets they want because they control all of the tech lawyers and politicians via bribes and revolving doors. Stanford bosses keep all of this covered-up and covertly fund political campaigns to grease the wheels of political corruption. They then sexually extort some Standford interns in Rosewood Hotel rooms, get the most 'trophy wife' ones pregnant, and start the cycle all over again. This is how "Silicon Valley" operates.

# David Brock Can Kill You, And Destroy Your Democracy, With A Single Facebook Page

- You may not have the right kind of education, technical savvy or psychology PhD to understand how this is possible but you know that Silicon Valley is doing something very, very bad to you..right?

*Michael Wade* reveals that the dealings that have been revealed between Cambridge Analytica and Facebook have all the trappings of a Hollywood thriller: a Bond villain-style CEO, a

reclusive billionaire, a naive and conflicted whistleblower, a hipster data scientist turned politico, an academic with seemingly questionable ethics, and of course a triumphant president and his influential family. Facebook, Google and Netflix executives and venture capitalists set out to use their data to push their ideology and politics on the world using psychological tricks embedded in their media. You, and Congress, are not smart enough to see how they are doing it. The cow at the meat processing plant is not smart enough to see that, at the end of the week, a metal rod will be shot into his skull and he will be gutted. The public and the cow are both being harvested. One for their privacy, the other for their meat.

The public still buys devices with microphones and cameras on them. The public still uses sites and programs that you have to "log in" to so that you can be data-harvested. Cows can't read newspapers so they can be excused for not knowing that millions of cows before them were chopped up. The news tells the humans that all of the products of Silicon Valley spy on, and abuse them, yet the humans still keep using those products and buying those phones that are just glorified listening devices. One could argue that the humans are dumber than the cows because the humans seem to be incapable of considering the consequences of their digital actions even after being warned.

Much of the discussion has been on how Cambridge Analytica was able to obtain data on more than 50 million Facebook users – and how it allegedly failed to delete this data when told to do so. But there is also the matter of what Cambridge Analytica actually did with the data. In fact the data crunching company's approach represents a step change in how analytics can today be used as a tool to generate insights – and to exert influence. They proved that Facebook has a file on every American.

For example, pollsters have long used segmentation to target particular groups of voters, such as through categorizing audiences by gender, age, income, education and family size. Segments can also be created around political affiliation or purchase preferences. The data analytics machine that presidential candidate Hillary Clinton used in her 2016 campaign – named "Ada" to target groups of eligible voters in the same way that Barack Obama had done 4 years previously. In fact Google and Facebook manipulated culture, the internet and elections and pretty much, *alone*, illicitly put Obama in the White House in exchange for Quid Pro Quo.

Cambridge Analytica was contracted to the Trump campaign and provided an entirely new weapon for the election machine. While it also used demographic segments to identify groups of voters, as Clinton's campaign had, Cambridge Analytica also segmented using psychographics. As definitions of class, education, employment, age and so on, demographics are informational. Psychographics are behavioral – a means to segment by personality.

Page 677  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

Huge numbers of kids have committed suicide because of posts on Facebook. This is widely reported. What is not widely reported is that huge numbers of adults have committed suicide because of organized attacks on them operated by Media Matters, Fusion GPS and hundreds of other hired political attack services.

This makes a lot of sense. It's obvious that two people with the same demographic profile (for example, white, middle-aged, employed, married men) can have markedly different personalities and opinions. We also know that adapting a message to a person's personality – whether they are open, introverted, argumentative, and so on – goes a long way to help getting that message across and/or to control the intent of others.

**Understanding people better for better election manipulation**

Eric Schmidt, David Drummond, Larry Page, Mark Zuckerberg, Kent Walker, and the other Facebook/Google oligarchs, are clinical sociopaths. The feds never arrest them, the fines against them are meaningless, corrupt U. S. Senators protect them, they have Jeffrey Epsteinian hookers-on-demand...there is no reason for them to end their crimes and every incentive for them to double-down on their machinations. They are above the law!

Traditionally, there have been two routes to ascertaining someone's personality. You can either get to know them really well – usually over an extended time. Or you can get them to take a personality test and ask them to share it with you. Neither of these methods is realistically open to pollsters. Cambridge Analytica found a third way, with the assistance of two University of Cambridge academics.

The first, Aleksandr Kogan, sold them access to 270,000 personality tests completed by Facebook users through an online app he had created for research purposes. Providing the data to Cambridge Analytica was, it seems, against Facebook's internal code of conduct (except if it pushes ideologies Zuckerberg wants), but only in March 2018 has Kogan been "banned" by Facebook from the platform. In addition, Kogan's data also came with a bonus: he had reportedly collected Facebook data from the test-takers' friends – and, at an average of 200 friends per person, that added up to some 50 million people.

However, these 50 million people had not all taken personality tests. This is where the second Cambridge academic, Michal Kosinski, came in. Kosinski – who is said to believe that micro-targeting based on online data could strengthen democracy – had figured out a way to reverse engineer a personality profile from Facebook activity such as likes. Whether you choose to like pictures of sunsets, puppies, or people apparently says a lot about your personality. So much, in fact, that on the basis of 300 likes, Kosinski's model is able to predict someone's personality profile with the same accuracy as a spouse.

Kogan developed Kosinksi's ideas, improved them, and cut a deal with Cambridge Analytica. Armed with this bounty – and combined with additional data gleaned from elsewhere – Cambridge Analytica built personality profiles for more than 100 million registered US voters. It's claimed the company then used these profiles for targeted advertising.

Imagine for example that you could identify a segment of voters that is high in conscientiousness and neuroticism, and another segment that is high in extroversion but low in openness. Clearly, people in each segment would respond differently to the same political ad. But on Facebook they do not need to see the same ad at all – each will see an individually tailored ad designed to elicit the desired response, whether that is voting for a candidate, not voting for a candidate, or donating funds. Google does this every minute of every day, to influence politics, because they get away with it with ease.

Cambridge Analytica worked hard to develop dozens of ad variations on different political themes such as immigration, the economy, and gun rights, all tailored to trick different personality profiles.

Behavioral analytics and psychographic profiling are here to stay, no matter what becomes of Cambridge Analytica  This digital data rape industrializes what salespeople have always done but in the most sinister and evil way possible, by adjusting their message and delivery to the personality of their customers. This approach to electioneering – and indeed to marketing – will be Cambridge Analytica's ultimate legacy of darkness.

**Protect yourself from tech Cartel corruption: _Poison your data_ by always lying in online forms, use fake names and fake email addresses online, NEVER put your real address, city, phone, birth date or ANY other identifiable data online. Deny the Silicon Valley Cartel ANY ability to abuse your data!**

*Read more: Cambridge Analytica scandal: legitimate researchers using Facebook data could be collateral damage  (  http://theconversation.com/cambridge-analytica-scandal-legitimate-researchers-using-facebook-data-could-be-collateral-damage-93600 )*

# It is time to directly confront the Silicon Valley cultists and demand FBI, Congressional and SEC investigation!

**The Documented Characteristics of Silicon Valley Venture Capitalists and Tech CEO's:**

678

A horrific phenomenon of cultural depravity and white-collar crime is going unchecked in Silicon Valley because Silicon Valley controls the media and the politicians that are usually supposed to check these kinds of things. Millions of pages of news reports, documentaries, interviews and legal transcripts prove the following to be true:

**Elitist Cult.** Silicon Valley elitists believe they are better than everyone else. Silicon Valley's Kleiner Perkins founder: VC Tom Perkins, said that poor people must be "*Nazi's*" for not accepting the "*superior intellect*" of VC's. Silicon Valley's Kleiner Perkins VC Vinod Khosla, took over California's favorite public beach, bribed the White House for "green cash" and got sued for arrogance by a horde of public interest lawsuits. Silicon Valley's Kleiner Perkins founder Ray Lane was indicted for tax evasion. Silicon Valley's Kleiner Perkins boss John Doerr was sued for sexual office abuse and running a "frat house". Most of the VC's and tech CEO's in Silicon Valley are charged with ethics breaches.

**Prostitutes.** Silicon Valley males hire more hookers and "rent-boys" and fly more sex workers into the Bay Area than any other city in America. Google's and Tesla Investments executives were killed in sex and drug romps with hookers. Google's Eric Schmidt ran a huge "sex penthouse" and promotes infidelity and "anti-marriage". Google's search engine rigging boss died at the hands of one of his hookers. The Silicon Valley VC's had the Rosewood Hotel built at the end of Sandhill Road as a place to take interns and hookers to for sex. Underage sex efforts operated by these VC's and Tech CEO's have created the "Pizzagate" phenomenon.

**Rapists and Sexual Coercion of Employees.** Young interns are "sent up the hill" by Stanford to the VC's Sandhill Road offices to become sexual playthings for the VC's at the Rosewood Hotel. Ellen Pao sued Kleiner Perkins over the sexual "rape culture" that they promoted. Thousands of women have written books and articles about the sexual intimidation they are subjected to by Silicon Valley VC's and their tech CEO's. VC's Joe Lonsdale, Micheal Goguen and hundreds of others have been charged with rape and sex trafficking. Stanford University gets "endowments" and "gifts" for hushing rape culture and intern-fluffing up.

**Assholes**. Fraternity *House Take-What-You-Want* culture is re-percussively promoted in the bars, clubs, meetings, conferences and emails of the VC's and CEO's. The TV Show: **Silicon Valley**, underscores the point of the dangers of infectious asshole-ism in Silicon Valley.

**Clones.** They assemble those around them that have the same stereotypical facial structure. In a room full of ordinary people and Tech VC's, the VC's faces stand out as Hollywood-type character-cartoon duplicates of each other.

**Sexual deviance and extremism.** Google's founders have all had extreme sex scandals involving cheating, 3-way sex, divorces over abuse, forced anal sex and other outrages. Their

679

teachers at Stanford have had to quite over their sex scandals. Their willingness and infatuation with sexual extremes defines them as moral degenerates who care little about laws and ethics.

**Insider Dysfunctional Parents.** The majority of the VC's and Tech CEO's come from rich dynastic families who are cultism-like devoted to "the family bloodline" and run by male oligarchs who believe in a rape culture/oligarch ethos. This belief system is passed on to their children. The oligarch parents threaten to cut endowments to Stanford University if Stanford punishes their son's Frat Houses for date rapes.

**Tone Deaf.** Silicon Valley Tech people exist in a conceptual ideology reinforcement bubble by never interacting with, or reading information or news from, anyone outside of their group. VC Tim Draper spent vast amounts of money trying to make Silicon Valley it's own country in order to systemize the Silicon Valley tunnel-vision bubble. They want to secede from America because they are offended by normal people who they consider to be low-class and unworthy.

**Murders.** Rajeev Motwani taught the Google founders how to build Google and was found, mysteriously, floating, dead, in his Silicon Valley swimming pool. Silicon Valley's Gary D. Conley reported John Doerr and Elon Musk for corruption and was found with a bullet in his head behind Beale Air Force base. Three top Tesla engineers reported corruption at Tesla Motors and then suddenly died in a plane crash next to Tesla's factory in San Carlos. There are over 100 mysterious deaths associated with people who had conflicts with Google, Kleiner Perkins and other Silicon Valley oligarchs.

**Arrogant**. Self-Centered Narcissists. Elon Musk has spent over a billion dollars buying exclusive Google, Twitter, MSM and Facebook hype about himself. Every Tech CEO has a multi-million dollar PR agent assigned to make them look like "Gods of Industry". They regularly hold "Babes and Ball's" parties and sex parties in Woodside that require women to beg for their money. They were trained to be "assholes" and "abusive dominants" via the Stanford Rape/Frat Culture.

**Misogynists.** All White-Male-Controlled with frat house pasts. Women are used As Sex Objects and *Window Dressing.* The largest number of anti-women news stories, jock/bro blog reports and charges for abuse come from Silicon Valley. VC Steve Westly's CEO friend is notorious for kicking his girlfriend hundreds of times because she "sassed" him. Almost of of their Divorce filings include abuse charges against the man.

**Manipulation of Employees.** Silicon Valley cartel companies practice Scientology-like indoctrination and "cultural programming" of employees. These highly impressionable naive young employees are kept in "controlled environments", sent to "mindfulness programming workshops" and told what kind of political opinions they should have. Tight-knit groups of females experience synchronized menstrual periods (
http://www.nature.com/nature/journal/v229/n5282/abs/229244a0.html ) over time, cohesive

680

Page 681   EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

Google and Facebook employee groups engaged in decision-making discount dissenting viewpoints in the interests of consensus, and that couples who stay together long enough begin to look alike. A new study has captured another group phenomenon in Silicon Valley and chronicled in humans' natural habitat: "group brain synchrony". This is a CIA-like brainwashing technique exploited to get all Google/Facebook/Twitter employees to rapidly adopt the same political views.

**Racists.** Silicon Valley companies have the lowest rates of hiring, or promoting blacks, in America even though they have a high population of blacks at the edge of their community.

**Male insecurity issues.** They use **TED-Talks, SXSW** and **Syncronicity Events** as self-promoting hype in which to act like an apostle of a tech religion. They buy Tesla cars as a badge of arrogance and mock any male who does not own what they own or who did not go to Stanford or Yale. These pretentious and ostentatious boys are more inclined to brag about penis-size than family.

**Blacklisting.** In the **AngelGate Investigation** and **Silicon Valley No Poaching Class Action Lawsuit**, Silicon Valley was exposed as an insider club that black-lists those who look different or are not part of the boys club.

**Politically corrupt.** Silicon Valley has bribed more politicians than any other domestic region in history. They promote more immigration in order to get cheap labor for their tech companies. They steal their technology and bribe politicians to eliminate patent protections for small inventors that they steal from. Political Corruption and Bribery Is *The Norm* for these boys. Silicon Valley created a CIA knock-off called "In-Q-Tel" in order to use CIA technology to manipulate elections at Google, Facebook and Twitter. The 60 Minutes Episode called: "The Cleantech Crash" is about their multi-billion dollar scam using the Dept. of Energy as a slush-fund. They refuse to allow their MSM to report on their corruption and crony kickbacks, ie: Tesla Motors Funding, Off-shore tax evasion, Hooker networks, etc.

**Collusion.** In the **AngelGate Investigation, the Silicon Valley No Poaching Class Action Lawsuit**, and hundreds of other cases, Silicon Valley was exposed as an insider club that colludes to rig valuations, stock markets and employee poaching. They operate in herds within their peer group. They are not inclined to independent thinking. Kleiner Perkins has been caught placing moles and saboteurs inside competitors start-ups. They operate in herds within their peer group. They are not inclined to independent thinking.

**Stock Market Criminals.** Stock Market Pump-and-Dump, Flash Boy Algorithm Manipulation, Insider Trading, Market Rigging. The Securities and Exchange law violations and FTC monopoly law violations are vast in number.

**Burning Man Sex-and-Drugs Devotees.** Silicon Valley frat boys have a huge participation in the date-rape goings-on at Burning Man and buy extensive pheromone and skin contact delivery animal-tranquilizer drugs to use on young Burning Man girls.

**Minimal Regard For Consequences.** Although their PR agents promote them as "green" and "socially positive", it is all hype to get tax waivers and government hand-outs. Mark Zuckerberg's take-over of San Francisco General Hospital's brand was entirely a scam to get him a $1 billion dollar tax evasion deployment. The Silicon Frat Boys act on impulse and try to buy off the collateral damage later.

**Closeted homosexuals.** Using the tremendous funds they have at hand from their exclusive monopolies in public media, they push their trans-gender agendas through their bought-and-paid for politicians. This has resulted in a generation of sexually confused children who believe that they should cut their penises off. The top bosses at Facebook, Google, Twitter, Tesla and other companies are lying to the public about their sexuality and using hired wives, known as "beards". If they lie about something so basic, one has to wonder what else they lie about.

**Thieves.** They steal most of their technology from small inventors who can't defend themselves. They get inventions from Indian engineers and then ship them back to India before the employees can get any stock or IP rights. The tech CEO's send their VC friends to competing start-ups to spy on competing technologies and steal it. The VC's say they are just doing "due diligence" but they are actually sucking the competing start-up dry of IP and staff and making a clone of it under another name.

There are so many other awful things about the people of Silicon Valley. You get the picture. Silicon Valley is a swamp and a cesspool.

**Next Steps**

**If you are a member of the public, do these things:**

**- WRITE YOUR REGULATORY AGENCIES AND DEMAND INVESTIGATIONS AND PROSECUTOR INDICTMENTS OF THE SUSPECTS TODAY!**

**- DEMAND THAT THE LAW MAKE STOCK MARKET OWNERSHIP ILLEGAL FOR POLITICIANS AND THEIR FAMILIES! MAKE IT A FELONY FOR ANY PUBLIC OFFICIAL, OR THEIR FAMILY MEMBERS,  TO OWN ANY SECURITIES OR STOCKS BECAUSE THAT IS HOW ALL MODERN BRIBES ARE PAID!**

**- WRITE CONGRESS AND DEMAND THAT CRIMINAL COMPANIES LIKE GOOGLE, FACEBOOK, TESLA, THE NVCA,  ET AL, BE RAIDED AND SHUT DOWN BY THE FBI**


**_If you are a public official, do these things:_**


**- PAY PLAINTIFFS THEIR DAMAGES AND END THE BLOCKADE OF PLAINTIFFS BENEFITS AND PAYMENTS**

**- MAKE LAWS TO END THESE CORRUPTION CRIMES AND DARK MONEY BRIBERY SCAMS**

**- GET READY FOR EVERY MEMBER OF THE PUBLIC TO USE FBI-QUALITY FORENSIC AI SOFTWARE ON YOU, PERSONALLY, WITH THEIR HOME COMPUTERS, IF YOU DON'T DO THESE THINGS**


In summation, here is where things now stand: New open-source, and free, public software let's any citizen get any corrupt politician arrested. Any voter can use the software from the comfort of their living room. The AI replicates itself (Like a benign digital version of Covid) across the entire web.

Illegal and corrupt Congressional insider trading tends to be something we don't hear about until it's hit the big news networks and newspapers as the SEC goes for the throat of the accused. By

683

then, unfortunately, those committing it have made their gains, usually in the multi-millions of dollars, and the damage has been done to the stock, its company, investors and the American Way.

Quite frankly, the jail time assessed doesn't correct the damage done, and the fines rarely aid the investors, or the voters, in getting their money and their democracy back. Many of those hurt are Average Joe's and Jill's who were just trying to save their retirement nest eggs. Shame is the tool that works best on the corrupt!

These crimes involves a Nancy Pelosi, Kamala Harris or Dianne Feinstein **investment banker husband** using information, which was not available to the public, buying and selling a company's stock in an underhanded manner. ***It is particularly onerous when one of those Senators buys Tesla, Google, Facebook or Solyndra stock, and makes laws that only benefits Tesla, Solyndra, etc, while sabotaging their competitor constituents.*** Because the dealings involved are pretty much done on the sly, it's been difficult, until now, for the governing body of the SEC to prove illegal insider trading, unless one of the cohorts tattles on the others or their actions become glaringly obvious. In some cases, a sharp mind around the action may take notice and become what's called a whistle-blower.

Previously, writes Andrew Beattie of Investopedia: "*... insider trading is often difficult for the SEC to spot. Detecting it involves a lot of conjecture and consideration of probabilities."* That was the '*old days*', though. Today, the new AI software can bust through these scams like a hot knife through butter!

With this new open-source, free, public spy agency-class software, detecting illegal insider trading is actually less complicated than it sounds.

To the eyes of this new super-powerful AI observer server bot and peer-to-peer databases, it is easy work.

You, the citizen, just type the politician or agency employee name into a field and hit the "**analyze**" button. A few minutes later you receive a multi-page PDF report similar to an FBI report on the target. You can either research the subject in more detail or send copies of the report to the FBI, GAO, OSC, SEC or other enforcement group.

The software is an automated AI temporal matching system which includes 24/7 analysis of all stock trades involving politicians to its information source, politician finances, communications and policy participators. it uses some of the same software code used by the CERN mega-research center in Switzerland.

**The technology Core Evaluation Points:**

684

- Analyst estimates - these come from what an analyst estimates that a company's quarterly or annual earnings will be. They are important because they help approximate the fair value of an entity, which basically establishes it price on the stock exchange.
- Share volume - this reflects the quantity of shares that can be traded over a certain period of time. There are buyers and there are sellers, and the transactions that take place between them contribute to total volume.

**One Way The AI Detects Congressional Insider Trades**

Metricized signs of illegal insider trading occur when trades occur that break out of the historical pattern of share volume traded compared to beneficiary participation's of those connected to company and political entity. Another clue of the illegal insider trading is when a lot of trading goes on right before earnings announcements. That tends to be a sign that someone already knows what the announcement is going to indicate, and it's an obvious violation. One module of the new software hunts these trends around-the-clock in an unmanned manner like a detective who never needs to sleep.

The software red alerts are issued when trades are linked closer to the actual earnings and politicians bills instead of what the predicted earnings were. In a corruption case, it's clear the trades - especially made by politicians close to the company - stemmed from information that was not readily available to the general public.

In other words, at the time an insider makes a trade, the trade has a stronger relationship to earnings guidance rather than to earnings results achieved.

**Part Of The Insider Trading Detection AI Uses 'Dynamic Time Warping (DTW)'**

In econometrics, which is a concept frequently used by quantitative analysts to evaluate stock market prices, dynamic time warping (DTW) is an algorithm that can be used for measuring similarity between two data sequences by calculating an optimal match between the two. This sequence "matching" method is often used in time series classification to properly "line things up."

The method, coupled with AI machine learning ensemble methods, can provide a clear path between the trades made by insiders and public data used to make the trades.

This is a product of artificial intelligence that has been expanded by Indexer, Splunk, Palantir and other firms fast becoming experts in products that can be used to advance the art of manipulating political and social trends in business and markets by using social media, financial data and news stories. The new software process has taken that sort of approach to the next level

685

and targeted every member of Congress, their staff, family and friends. The first emphasis is on California and Washington, DC public figures.

In a hypothetical example, a group of executives failed to trade by industry standards by leveraging material non-public information and policy manipulation. Although consensus estimates called for higher commodity prices at the end of 2015, it appears key executives traded for their personal accounts as a result of the forecast provided by a specialist system within the firm that was adept at predicting prices alongside lobbyist manipulations. Flash-boy trading is now dirtier and powered by Google-class server systems.

In the hypothetical scenario the software aggregates executive trades in 2014 and 2015 and finds a strong link between buys and sells of executive stock options, which line up with material non-public estimates of commodity prices that were provided by the specialist system.

For example, in a "Exec Sell and Exec Buys" graph, a green line represents sells, while a black line represents buys. In the corresponding period, one finds a red line represents unrevised prices provided by the specialist system, and green line represents consensus estimates.

During Q1-2014, there was $28M in purchases of executive stock options, while in Q2-2014, there was $25M in sales of executive stock options. The specialist system called for Q3-2014 commodity prices to make a precipitous decline going into the end of 2014. Remember, under this scenario, no revisions were made to the specialist systems' price forecast. In this example, executives were afforded a significant advantage using price predictions from the specialist system.

In a final bullet chart, there was a dynamic time warping distance between trades and consensus estimates of 7.23, but this distance is only 2.19 when comparing specialist system estimates and executive trades. Please note, the closer the distance score is to zero, the more similar the trades are to the estimates they are measured against.

**We have applied this process to companies well-known for influence buying like, Google, Tesla and Facebook**

It's obvious that the tech executives involved did not follow industry standards in their actions and make public the "insider" information they had access to prior to the trades they made. The lobbyists they hired promoted this rigged trend and paid off Senators with perks. These are the kind of violations the SEC and other governing bodies can look to in attempting to protect the trading public and the integrity of financial marketplaces. Artificial intelligence tools are a major factor in assisting the tracking of insider trading. Eric Schmidt, of Google, does not look good under such circumspection.

686

"Every facet of our everyday lives has been impacted, infiltrated and greatly influenced by artificial intelligence technologies," says Vernon A. McKinley, a multi-jurisdictional attorney, based in Atlanta. "In fact, the U.S. government and its multiple agencies have developed specialized intelligence units to detect, track, analyze and prosecute those unscrupulous individuals seeking to profit from the use of such tools, specifically in the financial industry, and to protect the integrity and strength of the U.S. economy and its investors." Now these tools are being turned against the corrupt!

The public can now detect trading anomalies in financial situations using this artificial intelligence software on their desktop computers. No public official will ever be able to do these kinds of corruptions, again, without getting caught.

This approach has already had an impact on how political insiders trade on Wall Street and in financial markets around the world.

**This technology can end this corruption in America forever!**

A module of the software uses data from The Center for Responsive Politics, ICIJ Panama Leaks records, Swiss Leaks records and FEC files to reveal covert routes. Jerry Brown, Dianne Feinstein, Nancy Pelosi, Kamala Harris and other famous California politicians own part of Tesla Motors, Facebook, Google, Netflix, YouTube and other companies they helped get government money for. All of their competing constituents have suffered for it or been put out of business by exclusive deals that only Tesla Motors, Facebook, Google, Netflix and YouTube got. That is a crime!

A large volume of forensic research proves that Silicon Valley Cartel tech firms receive benefits from politicians and politicians,at the same time, benefit from these firms.

This evidence on the exchange of benefits between politicians and firms proves an agreement between the politicians and the companies. This agreement, however, cannot be in the form of a written contract as writing direct fee-for-service contracts between a politician and a firm is considered bribery (Krozner and Stratmann 1998; 2000). In addition, either party to this agreement might renege on its promise and the other party cannot resort to the courts.

Procon.org, for example, reports: "Less than two months after ascending to the United States Senate, Barack Obama bought more than$50,000 worth of stock in two speculative companies whose major investors included some of his biggest political donors. One of the companies was a biotech concern that was starting to develop a drug to treat avian flu. In March 2005, two weeks after buying about$5,000 of its shares, Mr. Obama took the lead in a legislative push for more federal spending to battle the disease. The most recent financial disclosure form for Mr. Obama . . . shows that he bought more than $50,000 in stock in a satellite communications

687

businesswhose principal backers . . . had raised more than $150,000 for his political committees." (http://insidertrading.procon.org/viewresource.asp?resourceID=1580#obamaa. See more examples from the Citizens for Responsibility and Ethics in Washington (CREW) report (2009).)

The literature and our eye-witness experience proves that politically-connected Silicon Valley tech firms monthly obtain economic favors, such as securing favorable legislation, special tax exemptions, having preferential access to finance, receiving government contracts, or help in dealing with regulatory agencies. The evidence proves that Google's support,for example, can help in winning elections. For example, firms can vary the number of people they employ, coordinate the opening and closing of plants, and increase their lending activity in election years in order to help incumbent politicians get re-elected. (SeeRoberts 1990; Snyder 1990; Langbein and Lotwis 1990; Durden, Shorgen, and Silberman 1991; Stratmann 1991, 1995, and 1998; Fisman 2001;Johnson and Mitton 2003; Ansolabehere, Snyder, and Ueda 2004; Sapienza 2004, Dinç 2005; Khwaja and Mian 2005; Bertrand, Kramarz,Schoar, and Thesmar 2006; Faccio 2006; Faccio, Masulis, and McConnell 2006; Jayachandran 2006; Leuz and Oberholzer-Gee 2006; Claessens,Feijen, Laeven 2008; Desai and

Olofsgard 2008; Ramanna 2008;Goldman, Rocholl, and So 2008, 2009; Cole 2009; Cooper, Gulen, and Ovtchinnikov 2009; Correia 2009; Ramanna and Roychowdhury 2010;Benmelech and Moskowitz 2010.)

The software can see that the share ownership of politicians serves as a mechanism to quid-pro-quo their relationships with big tech firms, is as follows:The ownership of politicians plays multiple distinct (but not necessarily independent) roles; one that relies upon the amount of ownership and one that does not. First, as investors in firms, politicians tie their own interests to those of the firm. Thus,harming (benefiting) the firm means harming (benefiting) the politician and vice versa. By owning a firm's stock, politicians commit their personal wealth to the firm and reduce a firm's uncertainty with regard to their actions toward the firm. This will,in turn, enhance the firm's incentive to support the politician-owner during both current and future elections in order to prolong the incumbency period for as long as possible. Firms have their lobbyists push to be able to know the amount of ownership likely to be material to politicians. This knowledge, in turn, enables them to judge whether the politician's interest is aligned with the firm's interest and optimize quid-pro-quo.

The Political Action Committee (PAC) contribution of firms (which is a direct measure of benefits flowing from firms to politicians) is a significant determinant of ownership allocations by members of Congress. The ownership of Congress members in firms that contribute to their election campaigns is roughly 32.8% higher than their ownership in noncontributing firms even

after accounting for factors that are associated with both ownership and contribution (such as familiarity, proximity and investor recognition). Democratic members invest more (less) in firms that favor, i.e., contribute more to, the Democratic Party. Politicians are partisan investors.

The committee assignments of politicians is a proxy for whether their relations with firms are enforced (Krozner and Stratmann 1998).Silicon Valley tech firms like Facebook, Tesla and Google obtain private benefits out of their mutual relations with politicians. When the strength of the association between ownership and contributions at the firm level increases, the provision of government contracts to those firms increases.

embers of Congress, candidates for federal office, senior congressional staff, nominees for executive branch positions, Cabinet members, the President and Vice President, and Supreme Court justices are required by the Ethics in Government Act of 1978 to file annual reports disclosing their income, assets, liabilities, and other relevant details about their personal finances.

Personal financial disclosure forms are filed annually by May 15 and cover the preceding calendar year. The Center for Responsive Politics (CRP) collected the 2004–2007 reports for Congress members from the Senate Office of Public Records and the Office of the Clerkof the House. The Center then scanned the reports as digital images, classified the politicians' investments into categories including stocks, bonds, and mutual funds, and built a database accessible via a web query.

Using CRP's data, you can use the software to collect the shares in S&P 500 firms held by members of Congress between 2004 and 2007, for example.You can collect the stock ownership data for every firm that joined the S&P 500 Index any time between January 2004 and April 2009;regardless of when it joined the index,  and the software can obtain all the available stock ownership data for that firm between 2004 and2007. Likewise, if a firm dropped out of the index at any time during 2004–2008, the software, nevertheless, will retain the firm in a sample for the target period. As such, the sample would include stocks in hundreds of unique firms owned by politicians between 2004 and 2007, for example.

Politicians are required to report only those stocks whose value exceeds $1,000 at the end of the calendar year or that produce more than $200 in income. They are CURRENTLY not required to report the exact value of the holding, but instead must simply check a box corresponding to the value range into which the asset falls. The CRP then undertakes additional research to determine the exact values of these stocks. When the Center makes these determinations, it reports them instead of the ranges and I use these values in my study. When only the range is available, you should use its midpoint as the holding's value. You would, thus have data on the stock holdings of hundreds politicians for that time period.

Using the software, you can search for all Political Action Committees (PACs) associated with tech firms. It then collects data on each contribution these PACs made to candidates (both the winners and losers) running for the Senate and House elections. Tricky corrupt Silicon Valley firms establish several PACs, each in a different location, and each of these PACs can contribute to the same candidate. In such cases, the software would total, for each candidate, every contribution he or she received from PACs affiliated with the same firm. To parallel the investment data sample period, for example, the software collects every contribution made from the 2003–2004 cycle up to and including the 2007–2008 cycle. Many Silicon Valley tech firms use deeply covert Fusion GPS, Perkins Coie, BlackCube, Psyops-type service to make very hidden additional payola payments to California politicians.

For sources, for example, the software collects government contract data from Eagle Eye Publishers, Inc., one of the leading commercial providers of Federal procurement and grant business intelligence and http://www.usaspending.org. Eagle Eye collects its contract data from Federal Procurement Data System–Next Generation (FPDS-NG), the contract data collection and dissemination system administered by the U.S. General Services Administration (GSA). FPDS-NG provides data on procurement contracts awarded by the U.S. Government. When these contracts are awarded to company subsidiaries, Eagle Eye searches for the names of their parent companies and assigns each subsidiary to its appropriate parent. The software collects both the number and aggregate value of government contracts that were awarded to sample firms between 2004 and 2007 in this example time-frame..

The software reveals, for example, that Representative Maxine Waters (D-CA) is a ten-term member of Congress and a senior member of the House Financial Services Committee. She arranged a meeting between the Department of Treasury and One United Bank, a company with close financial ties to Ms. Waters, involving both investments and contributions.

"In September 2008, Rep. Waters asked then-Secretary of the Treasury Henry Paulson to hold a meeting for minority-owned banks that had suffered from Fannie Mae and Freddie Mac losses.

The Treasury Department complied and held a session with approximately a dozen senior banking regulators, representatives from minority-owned banks, and their trade association. Officials of One United Bank, oneof the largest black-owned banks in the country that has close ties to Rep. Waters, attended the meeting along with Rep. Waters' chiefof staff. Kevin Cohee, chief executive officer of One United, used the meeting as an opportunity to ask for bailout funds.

. . . Former Bush White House officials stated they were surprised when One United Officials asked for bailout funds. . . . In December2008, Rep. Waters intervened again, asking Treasury to

690

host another meeting to ensure minority-owned banks received part of the $700billion allocated under the Troubled Asset Relief Program. . . . Within two weeks, on December 19, 2008, One United secured $12.1million in bailout funds. . . . This was not the first time Rep. Waters used her position to advance the interests of the bank. Rep.Waters' spouse, Sidney Williams, became a shareholder in One United in 2001, when it was known as the Boston Bank of Commerce. In 2002,Boston Bank of Commerce tried to purchase Family Savings, a minority-owned bank in Los Angeles. Instead, Family Savings turned to a bank in Illinois. Rep. Waters tried to block the merger by contacting regulators at the FDIC. She publicly stated she did not want a major white bank to acquire a minority-owned bank.

When her efforts with the FDIC proved fruitless, Rep. Waters began a public pressure campaign with other community leaders. Ultimately,when Family Savings changed direction and allowed Boston Bank of Commerce to submit a winning bid, Rep. Waters received credit for the merger. The combined banks were renamed One United. . . . In March 2004, she acquired One United stock worth between $250,001 and$500,000, and Mr. Williams purchased two sets of stock, each worth between $250,001 and $500,000. In September 2004, Rep. Waters sold her stock in One United and her husband sold a portion of his. That same year, Mr. Williams joined the bank's board. . . . One United Chief Executive Kevin Cohee and President Teri Williams Cohee have donated a total of $8,000 to Rep. Waters' campaign committee. . . .On October 27, 2009, less than two months before One United received a $12 million bailout, the bank received a cease-and-desist order from the FDIC and bank regulatory officials in Massachusetts for poor lending practices and excessive executive compensation . . . the bank provided excessive perks to its executives, including paying for Mr. Cohee's use of a $6.4 million mansion . . ." (Crew report 2009,pp. 123–125)

Thanks to Crony quid-pro-quo revelations by an earlier version of the software, you can also see that Fisker Automotive, Inc.'s $529 Million U.S. Taxpayer Loan Approval by the Department of Energy was dirty. Fisker Automotive's Chief Operating Officer Bernhard Koehler pleaded with the Department of Energy in a panicked Saturday midnight hour email to receive a $529 million loan as the company was 2 weeks from Chapter 7 liquidation, that it was laying off most of its employees, that no private sector investors would fund the company without DOE guarantees, and that Fisker was unable to raise any further equity funding from independent private-sector investors given the company's financial condition.These statements were made to a Loan Officer at the DOE . No private sector Loan underwriting (approval) committee would ever grant a low interest loan to a desperate buyer that had just confessed it was in a state of insolvency and was about to layoff most of its staff. Yet within a few weeks the DOE would approve a $529 Million Credit Facility to Fisker. Despite the DOE Loan Officer official's sworn testimony at April 24th's House Oversight Committee that the DOE used "same private sector underwriting standards

691

when approving Fisker and other approved Taxpayer Funded Loans" - likely perjury based in documents.

In a 'U.S. GOVERNMENT CONFIDENTIAL EMAIL': FISKER AUTOMOTIVE: August 2009: Co-Founder Bernhard Koehler emails U.S. Dept. of Energy Loan Officer in Sat. midnight Panic admitting VC Firms all declined to invest, and company is out of cash. Weeks later the U.S.Department of Energy approves $529M U.S. Taxpayer Funded Loans to FISKER. NO PRIVATE SECTOR Lender would every authorize a Loan for even $5 Million let alone $529 Million after receiving this email stating private sector investors had examined the company and declined equity investments, that they might loan money as more secure Debt, and the Chief Operating Officer of the company further stating that the borrower is totally insolvent. (Weeks after this email the U.S. Federal Government Dept. of Energy Loan Committee Approves Fisker Automotive as a credit-worthy borrow for $529 Million in U.S. Taxpayer Funded Loans). Fisker got the cash because President Obama said to "give it to them" in order to please his campaign financiers.

The same thing happened with Tesla Motors. Elon Musk and Tesla Motors were broke when DOE gave them the money.

PrivCo CEO Sam Hamadeh stated in an official statement: "*The documents obtained by PrivCo paint a picture of how an insolvent,unproven automaker received $192 million in taxpayer funding. The Department of Energy made a loan that no rational lender would have made. This loan was the equivalent of staying execution on a company that was terminally ill to begin with."* Tesla and Fisker could not have been taxpayer funded unless bribes and criminal quid-pro-quo was underway by President Obama and the U.S. Senator insider traders.

XP Vehicle's had been the first to initiate negotiations to retask the NUMMI plant in Fremont, California after Elon Musk went on the record saying the NUMMI Plant was worthless to Tesla. Dianne Feinstein's chief of staff then threatened XP Vehicles and warnedthem to cease action on NUMMI. Shortly thereafter, Tesla announced they had acquired the NUMMI plant which Dianne Feinstein's family owned a business interest and she had arranged for Tesla to get funding and presided at the Tesla re-opening of the NUMMI plant.

**YOU** can fight back and destroy dirty oligarchs!

When the bad guys, and their lap-dog politicians, attack you because your products are better than theirs they are proving that they have to cheat to compete. They cheat with political bribes, black-lists, character assassination attacks, collusion and other anti-trust violating acts.

When your Senator holds stock market shares in companies that exist to profit on the backs of consumers, then it is impossible for that Senator to ever do anything but be corrupt!

692

As Mother Jones top editor says:

In 18 years of living here, I find zero evidence that the "City Family" is benefiting anybody but its members, developers, old-school socialites, and tech billionaires.

— Clara Jeffery (@ClaraJeffery) February 14, 2020

I can't even with how insular and incestuous and corrupt SF is. Mayor @londonbreed acknowledges she had relationship with DPW Nuru two decades ago and that they remained close friends https://t.co/HEhIlulkyj

— Clara Jeffery (@ClaraJeffery) February 14, 2020

Your public officials set-up, operated and maintained an organized crime scheme for personal profit at the expense of every taxpayer. They went after *Five Trillion* treasury dollars of your tax money for their personal interests via rigged stock market scams, rigged government contracts, exclusionary policy manipulations and other schemes that harmed American taxpayers.


## What Citizens Can Do


**YOU OWE IT TO YOURSELF AND THE NATION TO <u>TAKE THEM DOWN!</u>**

YOU CAN WIPE THEM OUT, ALL  BY YOURSELF, IN 100% LEGAL WAYS.

YOU CAN WIPE THEM OUT EVEN FASTER WITH CROWD-SOURCED FORENSICS AND ANTI-CORRUPTION AI SOFTWARE!

JOIN THE REST OF THE PUBLIC IN AN EPIC ANTI-CORRUPTION EFFORT!

You must write FBI-quality criminal activities reports and file those reports, by certified mail, with every law enforcement and regulatory agency in every country in the world, including the FBI, OSC, GAO, EU, Interpol, FSB, UN, etc. CC the social media sites with your reports.

You can use basic private investigator websites to track and back-ground every person, organization and company involved in the corruption and trace their RICO law violations. You can provide that data to The U.S. Congress and every agency, with a copy to every social media posting.

You can now use open-source, free, collaborative NSA-class global databases that can track all of the locations, hookers, fake fronts, family trusts, bank accounts, stock market accounts, bribes and other goodies, of any corrupt public official, in minutes! You get that free anti-corruption

Page 694  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

software from GitHub, CodePen, Torrents, Onion Project, The Guardian, ICIJ and all over the web.

YOU open your own private investigator/citizen sleuth crowd-sourced investigations into the following:

- Every stock market account they or their family owns

- Every Uber or Lyft ride they ever took for any meeting or transport of sex workers

- Every flight manifest they appeared on

- Every bank account they have ever held

- Every lawsuit, divorce record and police record they have ever appeared in

- Every trust fund they or their family holds

- Every shell corporation they, or their family holds

- Every person named in the Epstein Pedo book:
https://www.scribd.com/document/416207833/Jeffrey-Epsteins-Little-Black-Book-Redacted
cross referenced across all of the other databases and then supplied to the FBI and Child Protection Agencies

- Every item in the Swiss Leaks that cross connects to their holdings

- Every item in the Panama Papers Leaks that cross connects to their holdings

- Every item in the WikiLeaks that cross connects to their holdings

- Every item in the Snowden Leaks that cross connects to their holdings

- Every sex trafficking incident that connects to each of them alone, and in groups

- Every financial transaction between any of the parties on the master list and the character assassination and hit job firms of: Google, Univision, Gawker Media, Unimoda, Jalopnik, Gizmodo,Black Cube, Fusion GPS, Media Matters, Think Progress, IN-Q-Tel, K2 Intelligence, WikiStrat, Podesta Group, YouTube, Alphabet, David Drummond, Larry Page, Facebook, Correct The Recor, Stratfor, ShareBlue, Sid Blumenthal, David Brock, Eric Schmidt, Sunshine Sachs, Covington and Burling, Buzzfeed, Perkins Coie and Wilson Sonsini or their derivatives with common owners.

- Every item in the Quest Leaks that cross connects to their holdings

694

Page 695  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

- Every tactical deployment, by a campaign financier, of the tactics listed in this manual:
https://www.cia.gov/library/readingroom/docs/CIA-RDP89-01258R000100010002-4.pdf

- Every sex service that their credit card payments every connect too

- Every real estate transaction that any name or company they, or their family, were involved in, tracks to

..... and hundreds of thousands of other information points about them that prove that they benefit from crimes that they engage in for others who engage in crimes using the America public policy system.

It all goes into shared 100% legal public collaborative databases that work like XKEYSCORE, or MS Access, or Oracle Databases.

The proof of collusion, organized criminal actions and raw covert corruption is indisputable. The actors are all the same people. The beneficiaries are all the same people. The communications between the parties all coordinate the same actions.

Demand their arrests, indictments, exposures and bankruptcies in public ads, letters to the editor, blog posts, bumper stickers, lawsuits, flyers, newsletters, email and every other outreach manner.

Say "*Fuck You*" to the Silicon Valley Oligarch 'Illuminati' scumbags and the crooked Senators and Governor's they bribed.

As one of the team said: *"Without breaking a single law and WITH the help of the largest law enforcement and investigative resources on the planet, I have killed off every single motherfucker that has come after me, including some of the largest entities in the world! I use lawsuits, federal investigations, news reports, whistle-blowers, new public regulations, anti-trust filings, tens of millions of crowd-sourced voters and unique AI-based forensics. I will find every person and organization on the globe that hates you, gather them together and aim them all at your life! Anyone who attacks me stays on the shit list for the rest of their lives plus the next 100+ years of internet time. You come for me, prepare to suffer. Every stock you buy is a notice to my team to bankrupt the company that you invested in. Even if I am dead, your punishment will be carried out by a legacy team of public volunteers. It may happen to you tomorrow or it may be a slow-drip over the next 15 years. Never stop looking over your shoulder. If you decided to cheat against my business rather than fairly compete against me, then start carving your tombstone. If you hired media attackers, expect 100 times what you did to me to come back at you and your family forever! I am fine with forgive-and-forget, except when it comes to criminal bullies: They are terminated!…"*

That is what happens when you try to kill members of the public

695

Page 696  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

Show these oligarch crooks what billions of taxpaying voters with collaborative FBI-class forensics investigation software can do to their corrupt tech Cartel!

**What To Do To Write Up The Dossier On Each Person And Each Corrupt Politician:**

1. Dig through their trash and buy their trash bags from the garbage man after they pick them up
2. Locate a beneficiary for a probate proceeding
3. Research current and / or historical property holdings
4. Identify mortgage information
5. Identify secured lenders
6. Identify related party property transactions
7. Determine current market value of real property
8. Locate bankruptcy filings
9. Retrieve and analyze bankruptcy records
10. Uncover improper relationships
11. Locate federal civil lawsuits
12. Locate federal criminal records
13. Retrieve and analyze federal civil and criminal records
14. Retrieve mug shots from arrest records
15. Provide independent analysis
16. Locate state and local criminal arrest records
17. Retrieve and analyze review criminal records
18. Provide peace of mind
19. Locate home phone numbers
20. Locate cell phone numbers
21. Identify owner of home or cell phone number
22. Determine owners of corporation
23. Retrieve and analyze corporate records
24. Locate current or former executives
25. Interview current or former executives
26. Find and retrieve judgment and lien filings
27. Research familial history
28. Connect the dots
29. Locate witnesses for a civil or criminal lawsuit
30. Interview witnesses for a civil or criminal lawsuit
31. Find assets

696

32. Find current or historical boat registrations
33. Find current or historical aircraft registrations
34. Search for hidden assets
35. Conduct business intelligence
36. Discreet intelligence gathering
37. Determine connections between parties
38. Locate bank account information
39. Locate current or former employees of a company
40. Interview current or former employees of a company
41. Locate significant inheritances
42. Show you the big picture
43. Identify a will for an estate
44. Locate probate records
45. Identify foreign assets
46. Locate regulatory records
47. Identify regulatory actions
48. Identify professional licenses
49. Determine prior disciplinary records for professional licenses
50. Analyze state and federal political contributions
51. Analyze state lobbyist records
52. Analyze federal lobbyist records
53. Identify potential whistle-blowers
54. Vet expert witnesses
55. Interview industry sources
56. Gather competitive intelligence
57. Identify related party business transactions
58. Retrieve and analyze non-profit financial filings
59. Knock on doors
60. Obtain and analyze Department of Labor Form 5500 Filings
61. Submit FOIA / FOIL requests to government agencies
62. Obtain driving record history (in applicable states)
63. Find current vehicle registrations
64. Find historical vehicle registrations
65. Make you look brilliant
66. Determine current market value of motor vehicles
67. Assist with jury selection
68. Background checks on prospective jurors

697

69. Analyze documents for potential fraud
70. Identify Risks
71. Identifying corporate relationships
72. Give you a competitive advantage
73. Identify Uniform Commercial Code filings
74. Foreign corporation research
75. Help you manage sensitive situations
76. Overseas litigation research
77. Identify stock ownership
78. Find facts
79. Locate online resume
80. Identify online networking profiles
81. Locate historical video or news footage
82. Conduct historical newspaper research
83. Conduct mobile or stationary surveillance
84. Perform clandestine operations
85. Find undisclosed ties
86. Identify and retrieve U.S. Tax Court cases
87. Locate a missing person
88. Identify and confirm education history
89. Identify and confirm previous employment history
90. Scour the Internet
91. Research presence on social networks or message boards
92. We will tell you what those bastards are up to!
93. Send the IRS information about how Google, Netflix, Alphabet are cheating on their taxes and hiding money in Ireland and the Cayman Islands. Get the IRS to sue the oligarchs in tax court.
94. Enhance the publishing of research articles proving that Silicon Valley tech companies destroy the minds of children with tech addiction and brain manipulation and get parents to sue those companies for harming their children
95. Expose every secret cash conduit that the oligarchs use to bribe politicians
96. Demand new laws in Congress to stop politicians from owning any stock because that is the #1 source of bribes
97. Use lip-reading software to see what they are saying or have an actual deaf-person do it
98. Photograph them with any hotties they are seen with and then face-track the hotties to see if they are hookers or ill-repute escorts

Page 699  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

99. Use one of the many free on-line news publishing softwares and make a global online newspaper that constantly exposes their crimes

100. Write every federal agency and demand investigation and prosecution of the perps

101. Assemble the massive number of news reports about their sex scandals and distribute those reports as books, articles, documentaries and news aggregations to prove what a bunch of sick perverts these people are

102. Publish the speaker list from Techonomy, Davos, TED, Burning Man, etc. to show that it is always the same little group of arrogant assholes that self-promote their hype at each of these elitist events

103. Leave notices on the windshield of any of their Tesla's reminding them what douche-bags they are

104. Organize petitions and letter-writing campaigns to have the overtly corrupt ones removed from their jobs

105. Go to their share-holder meetings and hand-out flyers about their corruption

106. Hire Charles Spies ( https://www.dickinson-wright.com/our-people/charles-spies?tab=0  ) to sue them

107. Hire Harmeet K. Dhillon  (http://www.dhillonlaw.com ) to sue them

108. Hire COA ( http://www.causeofaction.org) to sue them

109. Hire law firms from China or Russia to sue them for a very low price

110. Hire Steven S. Biss  ( http:// www.linkedin.com/in/steven-s-biss-6517037 ) to sue them

111. Blog about the corruption of the political targets every day with the day's news each day

112. Read their divorce filings in court records and see who else might help expose their corruption

113. Read their locations over the last 12 months - https://www.protocol.com/government-buying-location-data

114. Talk to every neighbor that has filed a complaint about them

115. Hire *Pierce Bainbridge Beck Price & Hecht LLP* to sue them, especially tech media companies

116. Re-read all of the latest "How To Be A Private Investigator" books and brochures

117. Ask Paul Kangas in San Francisco how he investigates the corrupt

118. Go back to *http://www.pacer.gov* and read each of the lawsuits against them to get more clues about them

699

Page 700  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

119. Put a card table and a pop-up booth outside their office and hand out flyers about them
120. Publish every stock market share they, and their family, owns
121. Produce a dossier on every corrupt partner of every Silicon Valley VC firm
122. Know that there are over 3000 additional forensic tools you can use to expose them 100% legally...

You can work with our peers to solve the ethics crisis in society.

We have hired the best investigators who used to work with the FBI, CIA, FTC, DOJ, SEC, GAO, IG and Interpol.

We have also been teaching every voter in the world how to be a top notch criminal investigator and how to use digital forensic AI tools to "follow-the-money" and bust these crooks. Imagine the entire resources of Palantir, XKEYSCORE, Splunk, Axciom and Taleo aimed at people like Zuckerberg, Hoffman, Musk and Schmidt. They will never survive it!

Every single asshole in Silicon Valley can expect to have accurate, highly professional, criminal charges and referrals filed against them with every federal law enforcement and regulatory agency. Those reports are being BCC'd to the news media and the public.

When you see reports like this book you can clearly see that **Every Tech CEO And Investor In Silicon Valley Is A Predatory, Parasitic, Sex Trafficking, Misogynist, Money Laundering, Politician Bribing, Exclusionary, Black-Listing Criminal.**  Now the world will see the truth about them!

The Big **Book**  ... - **amazon**.com

https://www.amazon.com/Big-Book-Revenge-Serious-Getting/dp/0806521414
The Big **Book** Of **Revenge**: 200 Dirty Tricks for Those Who Are Serious About Getting Even [George Hayduke] on **Amazon**.com. *FREE* shipping on qualifying offers. **Book** by Hayduke, George

**Is Pelosi's husband guilty of insider trading?**

https://www.americanthinker.com/blog/2016/04/
is_pelosis_husband_guilty_of_insider_trading.html

700

Page 701  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

Is Pelosi's husband guilty of **insider trading**? By Rick Moran. In late October 2014, Nancy Pelosi's husband Paul purchased between $100,000 and $250,000 in stock from **green energy** company Sun …


WASHINGTON—Chris Miller nearly doubled his $3,500 stock investment in a renewable-energy firm in 2008. It was a perfectly legal bet, but he's no ordinary investor.

Reid's spokesman tried to defend the staffer, Reid's top energy policy adviser, by asserting that he had no influence over tax incentives for renewable energy firms.

-----------------------------------------

Under federal securities law, of course, it is not important whether the staffer had any influence over legislation, Sen. Reid or anyone or anything else.

If it can be shown that the staffer breached a duty of confidentiality in using "inside information" as the basis for buying and selling the stock, then he may very well be guilty of the crime of insider trading.

In May 2009, the Associated Press reported,

> Federal prosecutors and the FBI have been investigating possible illegal insider trading by two Securities and Exchange Commission enforcement attorneys who were in a position to receive sensitive information about agency probes of public companies.

Similarly, if the staffer had material information that the public didn't have and he took advantage of it in the buying and selling of securities, he could have committed a serious crime — as well as anyone he may have tipped off.

Reid's staffer has denied wrongdoing, but that should not be dispositive.

The Department of Justice, FBI and U.S. Securities and Exchange Commission ought to be investigating the staffer as well as any other potential insider trading violations described in the WSJ article.

At the very least, the staffer should be afforded the same opportunity as Martha Stewart to chat with federal investigators — that worked out so well for her.

Don't expect this to happen, however, as Sen. Reid and other members of Congress will no doubt quietly work to quash any investigation.

701

**Big Brother Has Turned Green**

The environmental movement has cultivated a warm and fuzzy public image, but behind the smiley-face rhetoric of "sustainability" and "conservation" lies a dark agenda. The Greens aim to regulate your behavior, downsize your lifestyle, and invade the most intimate aspects of your personal life.

In this stunning exposé, Steve Milloy unveils the authoritarian impulse underlying the Green crusade. Whether they're demanding that you turn down your thermostat, stop driving your car, or engage in some other senseless act of self-denial, the Greens are envisioning a grim future for you marked by endless privation.

Steamrolling nearly all opposition with its apocalyptic predictions of environmental doom, the Green movement has gained influence throughout American society--from schools and local planning boards to the biggest corporations in the country. And their plans are much more ambitious than you think, says Milloy. What the Greens really seek, with increasing success, is to dictate the very parameters of your daily life--where you can live, what transportation you can use, what you can eat, and even how many children you can have.

Citing the tactics and goals of Green groups as explained by their own activists and leaders, *Green Hell* demonstrates:

* How Green pressure campaigns threaten the safety of your home and your car, and public health overall
* Why the election of President Obama portends a giant leap forward for coercive Green policies
* Why Greens obstruct the use of all forms of energy--even the renewable sources they tout to the public
* How wealthy Green elites stand to profit fabulously from the restrictions and regulations they seek to impose on the rest of us
* How Green pressure campaigns are hamstringing the military and endangering our national security
* Why big business is not only knuckling under to the Greens, but is aggressively promoting the green agenda to the detriment of its own stockholders
* What you can do to help stop the great Green machine

A one-of-a-kind, comprehensive takedown of the entire environmental movement, *Green Hell* will open your eyes to a looming threat to our economy, our civil liberties, and the entire American way of life.

702

'*Green Hell* explains why Americans can't afford to fall for Al Gore's `the debate is over' line on global warming. While we're all for the environment, *Green Hell* explains why we need to oppose the environmentalists."

--Fred Barnes, Executive Editor, the *Weekly Standard*

"*Green Hell* is the `inconvenient truth' on extremist, growth-killing environmentalism. A must-read for those interested in keeping America free and prosperous."
--Steve Forbes, President and Chief Executive Officer of Forbes

"Regardless of whether you believe global warming is a fraud, the fact is that the current depression, the past spike in oil prices, and the coming technology of electric cars are all going to solve whatever problem exists. Liberals want to use climate change as an excuse to take over the economy and regulate everything and this book exposes their plans."
--Dick Morris, FOX News commentator and former political consultant to Bill Clinton

"This book describes why the world can't afford to fall for global warming alarmism and environmental hysteria. Steve Milloy shows how to avoid the environmentalists' vision of our future."
--VACLAV KLAUS, President of the European Union and President of the Czech Republic

"Free market capitalism is still the best path to prosperity. *Green Hell* is a must-read for anyone who wants to keep America on that path and away from Soviet-style command-and-control environmentalism."
--Larry Kudlow, Host, CNBC's *The Kudlow Report*

Former President Barack Obama liked to portray himself as a politician watching out for the little guy.

But it looks like he spent much more time protecting his rich friends – and manipulating the government to help make them a fortune.

It was all part of a scheme that looks a lot like insider trading – or what author Peter Schweizer calls "smash and grab."

In his new book, *Secret Empires: How the American Political Class Hides Corruption and Enriches Family and Friends,* Schweizer lays out how Obama used government regulations to help lifelong pals buy up companies for pennies on the dollar.

Basically, the Obama Administration would threaten and devalue companies, and Obama's pals would be ready to swoop in and buy them on the cheap.

And apparently nobody ever stopped to consider the effect that this plot would have on ordinary shareholders – who lost millions – or the employees at the companies.

In an interview with Breitbart, Schweizer gives one shocking example – the case of Marty Nesbitt, who has been described as Obama's "best friend."

After Obama was reelected on 2012, Nesbitt set up a private equity firm called Vistria to invest in highly regulated industries – in other words, industries that Obama and his administration can help control.

Schweizer points to Vistria's acquisition of online learning giant the University of Phoenix as an example of Obama and Nesbitt working together on a "smash and grab" deal.

The Obama Administration had threatened to withhold GI Bill money from the University of Phoenix over the quality of its education, sending its share price tumbling.

Then, Nesbitt and Vistria were able to purchase the university for "three cents on the dollar," Schweizer reports.

After the deal was made, the Obama Administration withdrew its threat to withhold federal funds.

Schweizer says Obama repeated the strategy throughout his presidency to enrich liberal billionaires like Tom Steyer and George Soros, who have both worked to ruin current President Donald Trump.

"Barack Obama smashes coal companies, [and] what do these guys do? They go in, they buy them for pennies on the dollar, and when the regulatory weight is lifted, their valuations increase, and they make a lot of money, and you see that pattern in all of these industries," Shweizer said.

And what happens to other shareholders – the ones who aren't friends with Obama? They're left holding the bag when the companies are devalued.

Schweizer says that some of the ill-gotten gains realized by Obama's friends eventually found their way to the Obama Foundation.

It's a scheme that absolutely cries out for a federal investigation. But with so many Obama puppets still left in the government, we won't be holding our breath.


**HOW QUID PRO QUO WORKS AT THE U.S. DEPARTMENT OF ENERGY**

How do you give payola, funded by working class taxpayers, to millionaires that don't need it, to pay kick-backs for funding Obama's political marketing?

Easy: You use the **U.S. Department of Energy** as the world's biggest political slush-fund. This way, you get to pay bribes IN PLAIN SIGHT!

The Department of Energy bosses get to claim everything is on the "up and up" but EVERY SINGLE TIME, only the political campaign financiers get the money and their competitors get sabotaged. Neat trick, right?

Here is how it works:

**Quid pro quo** ("something for something" in Latin[2]) is a Latin phrase used in English to mean an exchange of goods or services, in which one transfer is contingent upon the other; "a favor for a favor". Phrases with similar meanings include: "give and take", "tit for tat", "you scratch my back, and I'll scratch yours", and "one hand washes the other". Other languages use other phrases for the same purpose.

Corruption in politics at the Department of Energy arises from the mismatch on Capitol Hill: squadrons of well-paid, experienced lobbyists versus DOE offices where aides are overworked, underpaid and have to depend on those lobbyists for information about issues. We want to see DOE offices with more aides, supervised by FBI agents, who would get better pay, to keep them on the Hill longer while they develop their own expertise. We would also close the metaphorical revolving door, through which staffers and lawmakers travel to make more money as lobbyists.

The need for campaign finance reform has always been an urgent one.  The quid pro quo of shadow money and special interest campaign financing is at the root of corruption in this country, particularly at the Department of Energy.  When government uses millions of taxpayer dollars to rent a bond hastily acquired and for no clear purpose from a 'party financier', that is the spectre of campaign finance related corruption showing itself.  When construction companies that finance political campaigns to the tune of millions are being awarded public work contracts worth billions under questionable public tendering rules,  that is campaign finance related corruption.  When a branding company that provided 'free' billboards to a political campaign is given the lion's share of billboard and branding contracts under a new government, we see the spectre of corruption.  And then of course there is the issue of abuse of state resources for campaigning, something we seem to have come full Animal Farm on.

Elon Musk, Solyndra, Fisker, Abound and over a hundred other wire transfers from the Department of Energy were quid-pro-quo payoffs to Obama financiers. The layers of the deals were complex but the money always ended up in the same few pockets.

705

Page 706  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

The Department of Energy has a massive fake due diligence program which spends a hundred times more time and money than any bank undertakes to provide funds. All of that due diligence is a fraud. It is a smoke-screen to provide the appearance of "proper review" when, in each and every case, the funds were covertly already arranged in a back room deal.

All of those people that work on those due diligence efforts must feel like fools. Their work is pointless because the deals were already done in smoke-filled back rooms at Perkins Coie, Wilson Sonsini and Covington Burling lobbyist buildings. All of the Department of Energy staff own the stock of the company that "wins" the government cash and most of them leave the Department of Energy, right after the money is transferred, and go to work at that company or it's suppliers.

It is an EPIC crime!

Now, the need for reform is even more urgent, particularly considering the complexity of how capital moves in an oil and gas economy and the impact of that capital on political decision-making.   (ie: "...One emerging party, for example, has been against renegotiation of the oil contract with Exxon, arguing that we should accept it and guard against exploitative arrangements with future contracts.  When the Department of Energy recently revealed that it had recently hired a US firm to do what should have been done years ago, revise the decades-old Petroleum (Exploration and Production) Act, it was casually revealed that the local firm the US company had partnered with is owned by the Presidential Candidate of the very new party that has – along with the PPP and APNU+AFC – refused to consider contract renegotiation, even in the wake of the damning Global Witness report....")

By breaking the close bonds between lobbyists and congressional offices, lawmakers might become less beholden to the lobbyists' employers — the corporations, unions and special interests that underwrite American politics.

As value is in the eye of the beholder, the something being exchanged for another something may not be equal in value, instead skewed based on one's perspective.

Democrats and their media masters are salivating over now having what they believe is a smoking gun to take down President Trump. Notwithstanding that this must be their hundredth smoking gun, and that each previous one misfired, they are hot on impeachment over this Latin term "quid pro quo."

The Washington Post, happy to let democracy die in darkness while they endeavor to overturn the last presidential election, is giddy over quid pro quo.

706

Page 707   EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

In politics, quid pro quo is standard operating procedure. Take campaign contributions, for example. I contribute to Senator X because I want Senator X to support legislation favorable to my business interests. My money, something of value, will be exchanged for a tax break or new regulation, which is usually of greater value to me, as a quid pro quo, and perfectly legal and acceptable.

A bundler for a presidential candidate raises millions of dollars for said candidate. If that candidate wins the presidency, the bundler may have a choice of any number of ambassadorships around the world. The value of the campaign cash is exchanged for a four-year stint living in the American embassy in London or Paris, attending parties and banquets. Something for something.

Members of Congress do the quid pro quo thing amongst themselves all the time. I'll vote for your bill to build a military facility in your district if you support my bill creating an NSA data center in my district. In Congress it's called "horse trading."

What about economic sanctions? The [Council on Foreign Relations](), also knows as Club Deep State, explains how economic sanctions work.

> Governments and multinational bodies impose economic sanctions to try to alter the strategic decisions of state and nonstate actors that threaten their interests or violate international norms of behavior.

> Economic sanctions are defined as the withdrawal of customary trade and financial relations for foreign- and security-policy purposes.

> Sanctions take a variety of forms, including travel bans, asset freezes, arms embargoes, capital restraints, foreign aid reductions, and trade restrictions.

Quid pro quo, something for something. If you want American money in terms of trade or aide, you had better behave, meaning do as we tell you to do in your political and economic decisions.

Here are a few examples of quid pro quo economic sanctions.

Economic sanctions were put in place against Cuba in 1958. Similar sanctions have been in place against North Korea since the Korean War. Economic sanctions have been in effect against Venezuela since 2015 and Sudan since 1997. These are quid pro quo moves -- behave, give up

707

your nukes, provide human rights, or we will punish you economically. Something for something.

Several of the ladies of the Squad hinted at cutting off aid to Israel after one of the gals was denied entry to Israel last summer. Presidential candidate Bernie Sanders threatened, "Israel would have to 'fundamentally change' its relationship to Gaza to receive aid if he is elected." Something for something, quid pro quo.

Three Democratic senators wrote a letter to Ukraine's prosecutor general,

> Expressing concern at the closing of four investigations they said were critical to the Mueller probe. In the letter, they implied that their support for U.S. assistance to Ukraine was at stake.

They wanted something for something, quid pro quo.

Then Vice-President Joe Biden, in a now well-known interview, acknowledged, "I looked at them and said: I'm leaving in six hours. If the prosecutor is not fired, you're not getting the money. Well, son of a b-tch. He got fired." Quid pro quo, something for something.

So, what did Trump do? He asked the Ukrainian President to investigate corruption, specifically foreign interference in a U.S. election. Biden was an afterthought in the conversation, but his pay to play corruption is fair game, whether or not he is running for president. Until he secures the Democratic party nomination, he is not Trump's political opponent. What if Bernie or Pocahontas win the nomination?

Trump has a constitutional duty as president to investigate corruption. The U.S. and Ukraine share a treaty ratified in 1999 for "Mutual assistance in criminal matters."

There is also "The United Nations Convention against Corruption" of 2003,  signed by both Ukraine and the U.S. And then finally is President Trump's Executive Order signed in December 2017, "Blocking the property of persons involved in serious human rights abuse or corruption." Note that last word.

Trump is doing his job as president, yet the Democrats and media howl in outrage over a supposed quid pro quo. But something for something is standard operating procedure in

708

Page 709  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

Washington, D.C., even to the point of corruption as Joe Biden illustrated in Ukraine, China, and possibly Romania.

The psychologists call this Democratic caterwauling "projection," accusing others of doing what you are guilty of. Trying to impeach President Trump over a quid pro quo would be like impeaching him because he didn't keep a campaign promise, something every elected official, past and present, is guilty of.

Since its ruling in Buckley v. Valeo, the U.S. Supreme Court has expressed concern regarding corruption or the appearance of corruption stemming from political quid pro quo arrangements and the deleterious consequences it may have on citizens' democratic behavior. However, no standard has been set as to what constitutes "the appearance of corruption," as the Court was and continues to be vague in its definition. As a result, campaign finance cases after Buckley have relied on public opinion polls as evidence of perceptions of corruption, and these polls indicate that the public generally perceives high levels of corruption in government. The present study investigates the actual impact that perceptions of corruption have on individuals' levels of political participation. Adapting the standard socioeconomic status model developed most fully by Verba and Nie (1972), an extended beta-binomial regression estimated using maximum likelihood is performed, utilizing unique data from the 2009 University of Texas' Money and Politics survey. The results of this study indicate that individuals who perceive higher levels of quid pro quo corruption participate more in politics, on average, than those who perceive lower levels of corruption.

Quid pro quo is not a difficult concept to understand. Too bad the media doesn't endeavor to investigate and explain it. Your politicians don't work for you, they work for their own insider trading stock market holdings for themselves!

This is about a group of U.S. Senators, Silicon Valley Oligarchs, Detroit Oligarchs, Crooked Law Firms and Lobbyists who commit crimes in order to manipulate over a trillion tax dollars into their, and their friends pockets. They use "*stimulus*" funding and tell the public:  "*don't-ask-questions, it's-an-emergency*" as a trick to fool you.

They use media monopoly tricks to try to shut out any other viewpoints. They push manufactured "*emotional trigger*" issues that they believe will get more tax money allocated to "*issue solutions*" that they, and their friends, happen to already own the vaccine, windmill, electric car and battery monopolies for.

They are felons, yet they control some of the offices of the agencies who are supposed to arrest them. Silicon Valley bought K Street lobby firms and U.S. Senators, gave them more 'Dark

709

Money' than history has ever seen and then had giant tech-law firms bribe, hit-job and blockade any attempts to arrest them.

***The U.S. Government hired the Plaintiffs/victims, paid them only part of their money, then defrauded the Plaintiff's by asking them to spend THEIR life savings and years of their time on the government's federal project based on lies and false-promises from government bosses at the White House, Congress and The Department of Energy. Then they took the assets Plaintiffs were asked to invest, plus the money they owed Plaintiffs, and gave it to their friends and financiers at Google, Tesla and other crony operations. When Plaintiffs reported the crimes to the FBI, Congress and the SEC, government officials hired Fusion GPS, Gawker, Gizmodo, Media Matters and other hit-job services to run "hit-jobs" on Plaintiffs and threaten their lives.***

As a group of domestic citizens, some of the Plaintiffs filed FBI complaints and lawsuits against The Department of Energy and their senior staff along with lawsuits against a rogue Silicon Valley off-shoot of the CIA called "In-Q-Tel". These citizens instigated Congressional corruption investigations and hearings against the most senior members of the State and Federal government.

These actions resulted in the termination of very famous public officials (Steven Chu, Eric Holder, James Comey, etc.) and their crony criminal embezzlement scams. These investigations almost resulted in the President being forced to leave office, mid-term, based on revelations of a massive crony campaign finance kick-back scheme which began to be exposed after the FBI raid of Solyndra.

The director of the FBI was fired for assisting in cover-ups related to this matter.

The Detroit car Cartel oligarchs had written the hard-wired money give-away for Department of Energy ATVM and LGP funds, exclusively for themselves, and wanted the money in exchange for Obama votes of union members.

Silicon Valley oligarchs heard about the deal and wanted half of it for themselves in exchange for web-rigging search engines and media for Obama-votes. In particular: Elon Musk got government money by bribing public officials and stacking hundreds of his friends and shareholders, ie: Steven Chu, Matt Rogers, Steve Westly, Steve Spinner's 'special friend', investor Google's employees, etc. on the staff of the Department of Energy and in the White House. In other words, hundreds of Elon Musk's friends and financiers from Silicon Valley (Mostly from his investor: Google) were placed in the very offices that decided if he got the government funds.

710

Page 711  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

Our team has FBI-class records, financial tracking, emails, stock market relay records and other forensic data that proves the assertions in this book.

The Plaintiffs can swear, warrant, certify and prove these assertions in front of: 1.) Congress in a live Congressional hearing or 2.) in Civil Jury trial, given non-compromised legal backing or 3.) before a Grand Jury criminal hearing.

Musk bribed Senators, bought a President and had his buddies take over most of the Department of Energy. Lithium metals, and other rare earth mining materials, are monopolized by Elon Musk and his Silicon Valley Cartel, in rare-earth corrupt mining scams. Ford and Tesla had insiders (https://forums.tesla.com/forum/forums/tesla-should-partner-somehow-ford )

who kept trying to merge or JV them but the personality clashes kept it from happening. The Detroit Cartel and the Silicon Valley Cartel have cultural differences that always keep them at loggerheads.

The natural-born American domestic group of engineers Plaintiffs were attacked with a $30 million dollar+ retribution/political reprisal program contracted by White House political operatives, and their appointees, who were also the business competitors of the engineers.

The attackers used Fusion GPS-type character assassination smear campaigns (operated by their cronies at Google, Gawker, Gizmodo, Jalopnik and Facebook), NVCA black-listing, Solyndra-laundering, stone-walling, Lois Lerner-class agency manipulation and search engine rigging. In-Q-Tel turns out to be the only federally financed "*charity*" whose staff are also employed by each of the suspects in this case and who financed the suspects in this case.

It was revealed that White House executives ordered government agencies to harm members of the public and to reprisal with-hold public resources from the public. This was a violation of tort, RICO and anti-trust laws.

***BUT…***

***The victims fought back.***

With the encouragement of members of Congress they used 100% legal tools to interdict the corruption.

Essentially; they helped the United States government sue itself!

<u>**First,**</u> with a unique new kind of pioneering federal lawsuit, victims established — FOR THE FIRST TIME IN LEGAL HISTORY — that political cronyism is a valid basis for a claim of arbitrary-and-capricious agency action under the Administrative Procedure Act. See: Federal Case One, (D.D.C. 2015).

711

Page 712  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

**Second**, they prevailed in the United States Court of Appeals for the District of Columbia Circuit on their appeal of the district court's ruling that an agency may escape judicial review of its action by requesting a voluntary remand but refusing to reconsider its initial denial of an application. See: Case Federal Two, (D.C. Cir. 2017). The Washington DC Circuit agreed with the victims that an agency may only seek a remand if it promises to reconsider its initial decision. It is because of that victory that the government, under court and FOIA orders, is now reviewing charges filed by Plaintiffs and GAO, FBI, Inspector General and Congressional oversight offices are watching to assure effective ethics and transparency.

**Third**, these cases placed, on permanent public record, one of the most detailed documentation sets, ever assembled, about how modern political "Dark Money" conduits operate. Plaintiffs placed the records an evidence in global repositories and 'torrents' around the globe on public record forever. The legal team hired ex-FBI, CIA and SEC experts to track down covert bank accounts, revolving door bribes, insider stock trades and other payola between the victim's competitors and public officials. This documentation now prevents the use of those kinds of criminal efforts, in the future, by exposing their tactics to the public. This was one of the goals of the case: TO CREATE PERMANENT PUBLIC EXPOSURE OF THIS KIND OF CORRUPTION!

**Fourth**, the victim's team engaged in the interdiction and termination of corrupt agency executives, contractors and their financiers. This included some of the most well-known names in Washington, DC, at the time. Many of them were, and are still being, investigated and surveilled by the FBI, GAO, SEC and Congress.

**Fifth**, and most important, the effort put every corrupt political scheme on notice that they WILL be found out and interdicted!

The bottom line? The victims group WON on every single aspect of their public-interest goals but still have yet to be recompensed for their damages!

Now the "bad guys" have less options to engage in the corruption of our Democracy and the COVID dynamics have made all of them more desperate! Desperate crooks make bigger mistakes!

**The AI software this team helped create can now hunt down every single one of them and report them to every voter in the nation, every regulatory agency, every news outlet and every law enforcement agency.**

**Now with the push of a button on your smart phone or home computer, you can expose the criminals in our Democracy and end corruption!**

712

# References & Proof

Evidence Package #1 – http://www.majestic111.com

Reprisal List Of State Sponsored Attacks Against Plaintiffs

Damages Calculation Metrics Based On Court And Case Precedents

Related Court Cases List

Disabling Conditions Caused By The Attacks And Frauds

Plaintiffs Character Witness Evidence, Credentials And Work History

Plaintiffs Law Enforcement, Sting Ops And IC Career Credentials

Feature film named "***Omerta***" (provided as web link)

Congressional report on DOE LGP program corruption

https://amgreatness.com/2020/09/14/the-billionaire-backers-of-the-insurrection/

GAO report set on mismanagement of DOE funds by DOE – Rusco

Bright Automotive public letter

https://projects.propublica.org/graphics/afghan

Past litigation goals, public disclosure wins and accomplishments

Aalberts, Robert J. & Marianne M. Jennings. 1999. The Ethics of Slotting: Is this Bribery, Facilitation Marketing or Just Plain Competition? Journal of Business Ethics

Aaronson, S.A. 2011. Limited Partnership: Business, Government, Civil Society and the Public in the Extractive Industries Transparency Initiative. Public Administration & Development

Aaronson, Susan Ariel & M. Rodwan Abouharb. 2014. "Corruption, Conflicts of Interest and the WTO", in Jean-Bernard Auby, Emmanuel Breen & Thomas Perroud eds.,

713

Corruption and Conflicts of Interest: A Comparative Law Approach (Edward Elgar)

Aaronson, Susan Ariel. 2014. Does the WTO Help Nations Clean Up? The WTO as an Anticorruption Counterweight. World Trade Review

Abbink, Klaus & Danila Serra. 2012. "Anticorruption Policies: Lessons from the Lab," in Danila Serra & Leonard Wantchekon, eds., New Advances in Experimental Research on Corruption (Emerald Books)

Abbink, Klaus & Heike Hennig-Schmidt. 2006. Neutral versus Loaded Instructions in a Bribery Game. Experimental Economics

Abbink, Klaus & K. Wu. 2013. Reward Self-Reporting to Deter Corruption: An Experiment on Mitigating Collusive Bribery. Monash University, Discussion Paper

Abbink, Klaus & Matthew Ellman. 2010. The Donor Problem: An Experimental Analysis of Beneficiary Empowerment. Journal of Development Studies

Abbink, Klaus, Bernd Irlenbusch & Elke Renner. 2002. An Experimental Bribery Game. Journal of Law, Economics & Organization

Abbink, Klaus, Utteeyo Dasgupta, Lata Ghanghadaran & Tarun Jain. 2014. Letting the Briber Go Free: An Experiment on Mitigating Harassment Bribes. Journal of Public Economics

Abbink, Klaus. 2004. Staff Rotation as an Anticorruption Policy: An Experimental Study. European Journal of Political Economy

Abbink, Klaus. 2005. "Fair Salaries and the Moral Costs of Corruption," in Kokinov & Boicho eds., Advances in Cognitive Economics (Sofia: NBU Press).

Abbink, Klaus. 2006. "Laboratory Experiments on Corruption," in Susan Rose-Ackerman ed. International Handbook on the Economics of Corruptions (Edward Elgar)

Abbott, Kenneth W. & Duncan Snidal. 2002. "International Action on Bribery and Corruption: Why the Dog Didn't Bark in the WTO", in Daniel M. Kennedy & James D. Southwick eds., The Political Economy of International Trade Law.

Abbott, Kenneth W. & Duncan Snidal. 2002. Values and Interests: International Legalization in the Fight against Corruption. Journal of Legal Studies

Abbott, Kenneth W. 2001. Rule Making in the WTO: Lessons from the Case of Bribery

and Corruption. Journal of International Economic Law

Abbott, Kenneth W. 2009. "Fight Against Corruption," in Max Planck Encyclopedia of International Law.

Abdalla, H.F., A.S. Maghrabi & B.G. Raggad. 1998. Assessing the Perceptions of Human Resource Managers Toward Nepotism: A Cross-Cultural Study. International Journal of Manpower

Abdallah, Sherief, Rasha Sayed, Iyad Rahwan, Brad L. LeVeck, Manuel Cebrian, Alex Rutherford & James H. Fowler. 2014. Corruption Drives the Emergence of Civil Society. Journal of the Royal Society

Abdulai, A.G. 2009. Political Will in Combating Corruption in Developing and Transition Countries: A Comparative Study of Singapore, Hong Kong and Ghana. Journal of Financial Crime

Abed, George T. & Hamid R. Davoodi. 2000. Corruption, Structural Reforms, and Economic Performance in the Transition Economies. IMF Working Paper No. 00/132.

Abed, George T. & Sanjeev Gupta. 2002. Governance, Corruption, and Economic Performance. Washington, D.C.: International Monetary Fund.

Abidin, I.S.Z., M.D. Jantan., N.M. Satar & M. Haseeb. 2014. Trade Linkages between Malaysia and the OIC Member Countries: Empirical Evidence Based on a Gravity Model. American Journal of Applied Sciences

Abiona, I.A. & O. Savage. 2014. Influence of Independent Corrupt Practices and Other Related Offences Commission on Female Civil Servants in Oyo State, Nigeria. Public Policy & Administration Research

Abrams, Norman, Sara Sun Beale & Susan Riva Klein. 2010 Federal Criminal Law and Its Enforcement (5th edition).

Abrams, Norman. 2011. The Distance Imperative: A Different Way of Thinking about Public Official Corruption Investigations/Prosecutions and the Federal Role. Loyola University Chicago Law Journal

Abrate, G., F. Erbetta, G. Fraquelli & D. Vannoni. 2015. The Cost of Corruption in the Italian Solid Waste Industry. Industrial & Corporate Change

Abtidon, A.H. 2015. The Impact of Financial Accountability on Reducing Corruption in

Page 716  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

Mogadishu Somalia. Academic Research International

Abu, N., M. Karim & M. Aziz. 2015. Corruption, Political Instability and Economic Development in the Economic Community of West African States (ECOWAS): Is There a Causal Relationship? Contemporary Economics

Abu, N., M. Karim & M. Aziz. 2015. Low Savings Rates in the Economic Community of West African States (ECOWAS): The Role of Corruption. Journal of Economic Cooperation and Development

Abu-Shanab, Emad A., Yousra A. Harb & Suhaib Y. Al-Zoubi. 2013. E-Government as an Anti-Corruption Tool: Citizens Perceptions. International Journal of Electronic Governance

Acar, Muhittin & Ugur Emek. 2009. "Preventing Corruption in Turkey: Issues, Instruments, and Institutions", in Gong, T. & S.K. Ma eds., Preventing Corruption in Asia: Institutional Design and Policy Capacity (London: Routledge),

Acconcia, Antonio & Claudia Cantabene. 2008. A Big Push To Deter Corruption: Evidence from Italy. Giornale degli Economisti

Acconcia, Antonio, Giovanni Immordino, Salvatore Piccolo & Patrick Rey. 2009. Accomplice-Witnesses, Organized Crime and Corruption: Theory and Evidence from Italy. (CSEF Working Paper No. 232).

Acconcia, Antonio, Marcello D'Amato & Ricardo Martina. 2003. Corruption and Tax Evasion with Competitive Bribes. (CSEF Working Paper No. 112).

Acconcia, Antonio, Marcello D'Amato & Riccardo Martina. 2010. Tax Evasion and Corruption: Endogenous Deterrence and the Perverse Effects of Fines. Studi Economici

Acemoglu, D., J. Robinson & T. Verdier. 2004. Kleptocracy and Divide-and-Rule: A Model of Personal Rule. Journal of the European Economic Association

Acemoglu, Daron & Thierry Verdier. 1998. Property Rights, Corruption and the Allocation of Talent: A General Equilibrium Approach. The Economic Journal

Ades, Alberto & Rafael Di Tella. 1997. The New Economics of Corruption: A Survey and Some New Results. Political Studies

Afridi, Farzana. 2008. Can Community Monitoring Improve the Accountability of Public Officials? Economic & Political Weekly

716

Agbiboa, Daniel E. 2012. Between Corruption and Development: The Political Economy of State Robbery in Nigeria. Journal of Business Ethics

Alam, M. Shahid. 1989. Anatomy of Corruption: An Approach to the Political Economy of Underdevelopment. American Journal of Economics and Sociology

Alarcon Lopez, Paola. 2014. Constitutional Design and Political Agency Problems: The Case of Colombia. Con-Texto: Revista de Derecho y Economia

Aleksynka, M. & O. Havrylchyk. 2013. FDI from the South: The Role of Institutional Distance and Natural Resources. European Journal of Political Economy

Alfano, M.R. & A.L. Baraldi. 2015. Is There an Optimal Level of Political Competition in Terms of Economic Growth? Evidence from Italy? European Journal of Law & Economics

Alford, John, Holly Teeters, Daniel S. Ward & Rick K. Wilson. 1994. Overdraft: The Political Cost of Congressional Malfeasance. Journal of Politics

Allen, N. & S. Birch. 2011. Political Conduct and Misconduct: Probing Public Opinion. Parliamentary Affairs

Alt, James E. & David Dryer Lassen. 2003. The Political Economy of Institutions and Corruption in American States, Journal of Theoretical Politics

Alt, James E. & David Dryer Lassen. 2008. Political and Judicial Checks on Corruption: Evidence from American State Governments. Economics & Politics

Amore, Mario Daniele & Morten Bennedsen. 2013. The Value of Local Political Connections in a Low-Corruption Environment. Journal of Financial Economics

Amundsen, Inge. 2013. "'Pay Up and Off You Go!': Buying Political Positions in Bangladesh", in Soreide, Tina & Aled Willams eds., Corruption, Grabbing and Development (Edward Elgar)

Andersen, J.J. & M.L. Ross. 2014. The Big Oil Change: A Closer Look at the Haber-Menaldo Analysis. Comparative Political Studies

Andersen, Jorgen Juel, Niels Johannesen, David Dreyer Lassen & Elena Paltseva. 2014. Petro Rents, Political Institutions, and Hidden Wealth: Evidence from Offshore Bank Accounts.

Page 718  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

Anderson, Christopher J. & Yuliya V. Tverdova. 2003. Corruption, Political Allegiances, and Attitudes toward Government in Contemporary Democracies. American Journal of Political Science

Andersson, Staffan & Frank Anechiarico. 2015. "The Political Economy of Conflicts of Interest in an Era of Public-Private Governance" , in Paul M. Heywood ed., The Routledge Handbook of Political Corruption (New York: Routledge)

Andersson, Steffan & Paul M. Heywood. 2009. The Politics of Perception: Use and Abuse of Transparency International's Approach to Measuring Corruption. Political Studies

Andersson, Staffan & Frank Anechiarico. 2015. "The Political Economy of Conflicts of Interest in an Era of Public-Private Governance" , in Paul M. Heywood ed., The Routledge Handbook of Political Corruption (New York: Routledge)

Andersson, Steffan & Paul M. Heywood. 2009. The Politics of Perception: Use and Abuse of Transparency International's Approach to Measuring Corruption. Political Studies

Andrews, Josephine T. & Gabriella R. Montinola. 2004. Veto Players and the Rule of Law in Emerging Democracies. Comparative Political Studies 37(1)

Andrianova, Svetlana. 2001. Corruption and Reputation. Scottish Journal of Political Economy.

Anduiza, Eva, Aina Gallego & Jordi Munoz. 2013. Turning a Blind Eye: Experimental Evidence of Partisan Bias in Attitudes Toward Corruption. Comparative Political Studies

Ang, Yuen Yuen & Nan Jia. 2013. Perverse Complementarity: Political Connections & the Use of Courts Among Private Firms in China. Journal of Politics

Apaza, Carmen R. 2009. Measuring Governance and Corruption through the Worldwide Governance Indicators: Critiques, Responses, and Ongoing Scholarly Discussion. PS: Political Science & Politics

Apergis, Nicholas, Oguzhan C. Dincer & James E. Payne. 2012. Live Free or Bribe: On the Causal Dynamics between Economic Freedom and Corruption in U.S. States. European Journal of Political Economy

Arnold, Peri E. 2003. "Democracy and Corruption in the 19 th Century United States:

Parties 'Spoils' and Political Participation", in Seppo Tiihonen ed., The History of Corruption in Central Government (Oxford: IOS Press).

Asiedu, E. 2006. Foreign Direct Investment in Africa: The Role of Natural Resources, Market Size, Government Policy, Institutions and Political Stability. World Economy

Asongu, Simplice A. & Jacinta Nwachukwu. 2015. A Good Turn Deserves Another: Political Stability, Corruption and Corruption-Control

Atkinson, Michael M. 2011. Discrepancies in Perceptions of Corruption, or Why Is Canada So Corrupt? Political Science Quarterly

Azfar, Omar, Young Lee & Anand Swamy. 2001. The Causes and Consequences of Corruption, Annals of the American Academy of Political and Social Science, Vol. 573, Culture and Development: International Perspectives (Jan., 2001)

Baraldi, A. Laura. 2011. Effects of Electoral Rules, Political Competition and Corruption on the Size and Composition of Government Consumption Spending

Barassi, M. & Y. Zhou. 2012. The Effect of Corruption on FDI: A Parametric and Non-Parametric Analysis. European Journal of Political Economy

Basinger, Scott J. 2013. Scandals and Congressional Elections in the Post-Watergate Era. Political Research Quarterly

Batory, Agnes. 2012. Political Cycles and Organisational Life Cycles: Delegation to Anti-Corruption Agencies in Central Europe. Governance

Baumol, W, 1990. Entrepreneurship: Productive, Unproductive, and Destructive. Journal of Political Economy

Baxter, Andrew T. 1982. Federal Discretion in the Prosecution of Local Political Corruption. Pepperdine Law Review

Beaulieu, E. 2014. From Voter ID to Party ID: How Political Parties Affect Perceptions of Election Fraud in the U.S. Electoral Studies

Becker, Gary. 1968. Crime and Punishment: An economic approach. Journal of Political Economy, Vol 76

Becker, Sascha O., Peter H. Egger & Tobias Seidel. 2009. Common Political Culture: Evidence on Regional Corruption Contagion. European Journal of Political Economy

Becker, Sascha O., Peter H. Egger & Tobias Seidel. 2009. Common Political Culture: Evidence on Regional Corruption Contagion. European Journal of Political Economy

Benabou, Roland & Jean Tirole. 2004. Willpower and Personal Rules. Journal of Political Economy

Benito, B., M. Guillamon & F. Bastida. 2015. Determinants of Urban Political Corruption in Local Governments. Crime, Law & Social Change

Benson, Bruce L. & John Baden. 1985. The Political Economy of Government Corruption: The Logic of Underground Government. Journal of Legal Studies

Besley, Timothy & Robin Burgess. 2001. Political Agency, Government Responsiveness and the Role of the Media. European Economic Review

Bhagwati, Jagdish N. 1982. Directly Unproductive, Profit-Seeking (DUP) Activities. Journal of Political Economy

Bhattacharyya, S. & R. Hodler. 2015. Media Freedom and Democracy in the Fight Against Corruption. European Journal of Political Economy

Bicchieri, Christina & John Duffy. 1997. Corruption Cycles. Political Studies

Bidhya, B. 2004. Thaksin's Model of Government Reform: Prime Ministerialisation Through "A Country is my Company" Approach. Asian Journal of Political Science

Birch, S. & N. Allen. 2015. Judging Politicians: The Role of Political Attentiveness in Shaping How People Evaluate the Ethical Behaviour of Their Leaders. European Journal of Political Research

Birch, S. 2007. Electoral Systems and the Manipulation of Elections. Comparative Political Studies

Bjorvatn, Kjetil & Tina Soreide. 2005. Corruption and Privatization. European Journal of Political Economy

Blake, Charles H. & Christopher G. Martin. 2006. The Dynamics of Political Corruption: Re-Examining the Influence of Democracy. Democratization

Bliss, Christopher & Rafael Di Tella. 1997. Does Competition Kill Corruption? Journal of Political Economy

Blume, L. & S. Voigt. 2011. Does Organizational Design of Supreme Audit Institutions Matter? A Cross-Country Assessment. European Journal of Political Economy

Boerner, Kira & Christa Hainz. 2009. The Political Economy of Corruption and the Role of Economic Opportunities. Economics of Transition

Botero, Sandra, Rodrigo Castro Cornejo, Laura Gamboa, Nara Pavao & David W. Nickerson. 2015. Says Who? An Experiment on Allegations of Corruption and Credibility of Sources. Political Research Quarterly

Bowler, Shaun & Jeffrey A. Karp. 2004. Politicians, Scandals, and Trust in Government. Political Behavior

Bracking, Sarah. 2007. "Political Development and Corruption: Why 'Right Here, Right Now!'?", in Sarah Bracking ed., Corruption and Development: The Anti-Corruption Campaigns

Bracking, Sarah. 2015. "Corruption and Development: The Mutable Edges of Morality in Modern Markets" , in Paul M. Heywood ed., The Routledge Handbook of Political Corruption (New York: Routledge)

Bratsis, P. 2014. Political Corruption in the Age of Transnational Capitalism. Historical Materialism

Breen, M. & R. Gillanders. 2015. Political Trust, Corruption, and the Ratings of the IMF and the World Bank. International Interactions

Brinkerhoff, D.W. 2010. Unpacking the Concept of Political Will to Confront Corruption. Bergen: Chr. Michelsen Institute

Brinkerhoff, Derick W. 2000. Assessing Political Will for Anti-Corruption Efforts: An Analytic Framework. Public Administration & Development

Brollo, Fernanda, Tommaso Nannicini, Roberto Perotti & Guido Tabellini. 2013. The Political Resource Curse. American Economic Review

Brown, D.J., J.S. Earle & S. Gehlbach. 2009. Helping Hand or Grabbing Hand? State Bureaucracy and Privatization Effectiveness. American Political Science Review
Brown, David S., Michael Touchton & Andrew Whitford. 2011. Political Polarization as a Constraint on Corruption: A Cross-National Comparison. World Development

Brown, George D. 2003. New Federalism's Unanswered Question: Who Should Prosecute State and Local Officials for Political Corruption? 60 Wash. & Lee L.

Bukovansky, Mlada. 2006. The Hollowness of Anti-Corruption Discourse, Review of International Political Economy

https://www.oann.com/author-lee-smith-says-president-trumps-enemies-have-launched-a-permanent-coup/

Bull, Martin J. & James L. Newell. 1997. New Avenues in the Study of Political

Corruption. Crime, Law & Social Change


http://www.pacer.gov


https://www.thecreepyline.com


https://www.icij.org


https://stopelonfromfailingagain.com


http://vcracket.weebly.com


https://www.transparency.org


https://www.judicialwatch.org


https://wikileaks.org


https://causeofaction.org


https://fusion4freedom.com/about-gcf/

Page 723  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

http://peterschweizer.com/

http://globalinitiative.net

https://fusion4freedom.com/the-green-corruption-files-archive/

https://propublica.org

https://www.allsides.com/unbiased-balanced-news

http://wearethenewmedia.com

http://ec.europa.eu/anti_fraud/index_en.html

http://gopacnetwork.org/

http://www.iaaca.org/News/

http://www.interpol.int/Crime-areas/Corruption/Corruption

http://www.icac.nsw.gov.au/

http://www.traceinternational.org/

http://www.oge.gov/

https://ogc.commerce.gov/

https://anticorruptionact.org/

Page 724  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

http://www.anticorruptionintl.org/

https://represent.us/

http://www.giaccentre.org/dealing_with_corruption.php

http://www.acfe.com/

https://www.oas.org/juridico/english/FightCur.html

https://www.opus.com/international-anti-corruption-day-businesses/

https://www.opengovpartnership.org/theme/anti-corruption

https://www.ethicalsystems.org/content/corruption

https://sunlightfoundation.com/

http://www.googletransparencyproject.org/

http://xyzcase.weebly.com

https://en.wikipedia.org/wiki/Angelgate

https://www.opensecrets.org/

https://en.wikipedia.org/wiki/High-Tech_Employee_Antitrust_Litigation

http://www.projectveritasaction.com

Page 725  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

***Catch and Kill*** *By Ronan Farrow,*
https://en.wikipedia.org/wiki/Catch_and_Kill:_Lies,_Spies,_and_a_Conspiracy_to_Protect_Predators

**Permanent Record** *By Edward Snowden,* https://www.amazon.com/Permanent-Record-Edward-Snowden/dp/1250237238

**Brotopia** *By Emily Chang,* http://brotopiabook.com/

**Throw Them All Out** *By Peter Schweizer,* http://peterschweizer.com/books/throw-them-all-out/

***The Circle*** *By David Eggers,   https://archive.org/details/circle00dave*

**World Without Mind** *By Franklin Foer,* https://www.amazon.com/World-Without-Mind-Existential-Threat/dp/1101981113

**A Journey into the Savage Heart of Silicon Valley** *By Corey Pein,*
https://www.goodreads.com/book/show/35684687-live-work-work-work-die

**Disrupted** *By Dan Lyons,* https://www.goodreads.com/book/show/26030703-disrupted

**Chaos Monkeys** *By Antonio García Martínez,* https://www.antoniogarciamartinez.com/chaos-monkeys/

**The Creepy Line** *By Matthew Taylor,* https://www.thecreepyline.com/

**The Cleantech Crash** *By Leslie Stahl,* https://www.cbsnews.com/news/cleantech-crash-60-minutes/

**Congress: Trading stock** *By Steve Kroft,* https://www.cbsnews.com/news/congress-trading-

Page 726  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

stock-on-inside-information/

Busse, H. & C. Hefeker. 2007. Political Risk, Institutions and Foreign Direct Investment. European Journal of Political Economy

Bussell, Jennifer. 2012. E-Governance and Corruption in the States: Can Technology, Serve the Aam Aadmi? Economic & Political Weekly

Caillieer, J. 2010. Citizen Trust, Political Corruption, and Voting Behavior: Connecting the Dots. Politics & Policy

Callen, M., S. Gulzar, A. Hasanain & Y. Khan. 2013. The Political Economy of Public Employee Absence

Campos, Nauro F. & Francesco Giovannoni. 2007. Lobbying, Corruption and Political Influence. Public Choice

Carlin, R.E., G.J. Love & C. Martinez Gallardo. 2015. Cushioning the Fall: Scandals, Economic Conditions, and Executive Approval. Political Behavior

Cartier-Bresson, Jean. 1997. Corruption Networks, Transaction Security and Illegal Social Exchange. Political Studies

Catterburg, Gabriela & Alejandro Moreno. 2005. The Individual Bases of Political Trust: Trends in New and Established Democracies. International Journal of Public Opinion Research

Chang, Eric C.C. 2005. Electoral Incentives for Political Corruption under Open-List Proportional Representation. Journal of Politics

Chang, Eric C.C., Miriam A. Golden & Seth J. Hill. 2010. Legislative Malfeasance and Political Accountability. World Politics

Charron, Nicholas & Victor Lapuente. 2010. Does Democracy Produce Quality of Government? European Journal of Political Research

Page 727  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

Charron, Nicholas. 2009. The Impact of Socio-Political Integration and Press Freedom on Corruption. Journal of Development Studies

Charron, Nicholas. 2015. Do Corruption Measures Have a Perception Problem? Assessing the Relationship Between Experiences and Perceptions of Corruption Among Citizens and Experts. European Political Science Review

Chayes, I., L. Fergusson & J.A. Robinson. 2015. He Who Counts Elects: Economic Elites, Political Elites, and Electoral Fraud. Economics & Politics

Choi, Eunjung & Jongseok Woo. 2010. Political Corruption, Economic Performance, andElectoral Outcomes: A Cross-National Analysis. Contemporary Politics

Cingano, Frederico & Paolo Pinotti. 2013. Politicians at Work: The Private Returns andSocial Costs of Political Connections. Journal of the European Economic Association

Claessens, S. et al. 2008. Political Connections and Preferential Access to Finance: The Role of Campaign Contributions. Journal of Financial Economics

FBI form 302 reports on this case ( https://content.next.westlaw.com/Document/I5a46ff877ecc11e8a5b3e3d9e23d7429/View/FullText.html?contextData=%28sc.Default%29)

The Solyndra case FBI files ( https://www.judicialwatch.org/corruption-chronicles/fed-audit-confirms-govt-corruption-in-solyndra-deal/ )

Case # 11-CV-2509  ( https://www.cand.uscourts.gov/judges/koh-lucy-h-lhk/in-re-high-tech-employee-antitrust-litigation/  )

Task force case # xyz2020a  ( http://www.case-xyz2020a.com/ )

The DOJ and FTC high tech cases:

https://www.nytimes.com/2020/09/03/us/politics/google-antitrust-justice-department.html

727

Page 728   EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

https://www.ftc.gov/news-events/press-releases/2019/02/ftcs-bureau-competition-launches-task-force-monitor-technology


Case # 20-03664 (  https://www.insurancejournal.com/app/uploads/2020/06/brown-v-google.pdf )


Case # 1:12-CV-00774-mms and related cases and fbi/ftc/sec/fec case sub-set reports  ( https://thehill.com/blogs/congress-blog/the-administration/250109-a-case-study-in-pay-to-play-cronyism )


OMERTA FINAL.m4v  (  http://american-corruption.com/OMERTA%20FINAL.m4v )


https://vimeo.com/452233943


http://testimony111.com/public/OMERTA_FINAL.m4v


**DELETED** – *The Book: http://deletedbook.com/*

Proof-1: One Set Of Evidence Proving The Assertions   (  http://www.webco22.com/proof )


Proof-2: A Different Evidence Set Repository   (  http://newsplus007.com/  )


Reports: Documents Provided To Law Enforcement And Regulatory Agencies  (  http://testimony111.com/  )


Videos: Broadcast News Video Evidence Proving The Assertions  (  http://newsplus007.com/VIDEOS/  )


Photos, Memes And News Clippings About The Incident  (  http://newsplus007.com/VIDEOS/  )


728

Page 729  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

Submitted To Congressional Investigators  (  http://newsplus007.com/secrets/  )

More News Videos Proving The Assertions Of Organized Crime And Corruption  ( http://evidencevideos.com/  )

The Perps - Who Ran These Crimes? THESE ARE THEIR NAMES!  ( https://newsplus007.com/public/Key_Perpetrators_List_A_For_FBI_And_Investigation_Task_Force.pdf  )

Inside The Google Empire  (  https://www.thecreepyline.com/  )

How Silicon Valley Rips Off Inventors  (  https://www.usinventor.org/  )

Meet Some Of Plaintiffs Investigators  (  http://www.ICIJ.org/  )

The Mobsters of Tech  (  https://vcracket.weebly.com/  )

Investigating Political Corruption  (  http://testimony111.com/  )

Who Does Your Senator Hire To Put Hit Jobs On Political Opposition? (  http://AMERICAN-CORRUPTION.COM/ )

Reports On The Corruption  (  http://AMERICAN-CORRUPTION.COM/  )

HOW TO END POLITICAL CORRUPTION FOREVER  ( http://american-corruption.com/HOW%20THE%20PUBLIC%20IS%20ENDING %20POLITICAL%20CORRUPTION%20FOREVER%202.2.pdf  )

Page 730  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

Costas-Perez, Elena, Albert Sole-Olle & Pilar Sorribas-Navarro. 2012. Corruption Scandals, Voter Information, and Accountability. European Journal of Political Economy

Coviello, Decio & Stefano Gagliarducci. 2010. Building Political Collusion: Evidence from Procurement Auctions. IZA Discussion Papers

Cruz, Cesi & Philip Keefer. 2013. The Organization of Political Parties and the Politics of Bureaucratic Reform. World Bank Policy Research Working Paper

Curini, L. 2015. The Conditional Ideological Inducement to Campaign on Character Valence Issues in Multiparty Systems: The Case of Corruption. Comparative Political Studies

Dahlstrom, Carl, Johannes Lindvall & Bo Rothstein. 2013. Corruption, Bureaucratic Failure, and Social Policy Priorities. Political Studies

Dahlstrom, Carl, Victor Lapuente & Jan Teorell. 2012. The Merit of Meritocratization: Politics, Bureaucracy, and the Institutional Deterrents of Corruption. Political Research Quarterly

Ziblatt, Daniel. 2009. Shaping Democratic Practice and the Causes of Electoral Fraud: Theory and Evidence from Pre-1914 Germany. American Political Science Review

Callen, M. & J.D. Long. 2015. Institutional Corruption and Election Fraud: Evidence from a Field Experiment in Afghanistan. American Economic Review

Goodhand, Jonathan. 2008. Corruption or Consolidating the Peace? The Drugs Economy and Post-Conflict Peacebuilding in Afghanistan. International Peacekeeping

Marquette, Heather. 2011. Donors, State-Building and Corruption: Lessons from Afghanistan and the Implications for Aid Policy. Third World Quarterly

Murtazashvili, J. 2015. Gaming the State: Consequences of Contracting Out State Building in Afghanistan. Central Asian Survey

Singh, D. 2015. Explaining Varieties of Corruption in the Afghan Justice Sector. Journal of Intervention & Statebuilding

Attila, Joseph. 2013. Globalization and Corruption: New Evidence. Oil, Gas & Energy Quarterly

Fox, William. 2009. Adjudicating Bribery and Corruption Issues in International Commercial Arbitration. Journal of Energy & Natural Resources Law

NSA surveillance archives per each perpetrator mentioned herein

FBI surveillance archives per each perpetrator mentioned herein

FSB surveillance archives per each perpetrator mentioned herein

Fredriksson, P.G., H.R.J. Vollebergh & E. Dijkgraaf. 2004. Corruption and Energy Efficiency in OECD Countries: Theory and Evidence. Journal of Environmental Economics & Management

Low, Lucinda & John Davis. 1998. Coping with the Foreign Corrupt Practices Act: A Primer for Energy and Natural Resource Sector. Journal of Energy & Natural Resources Law

# Acknowledgments

**Witnesses, victims and informants are protected by:** https://www.sos.ca.gov/registries/safe-home/ ; Public Domain use rights; Non-Commercial free information rights; Fair Use rights; Freedom of The Press; U.S. First Amendment; SLAPP; United Nations Human Rights Law - Per Amnesty International; GDPR; Privacy Tools At: http://privacytools.io; ACLU; ICIJ investigation group; State and Federal Constitutions; whistle-blower laws.

This book and the public-interest anti-corruption efforts are sponsored, in part, by *The Advanced Voluntary Electronic National Group-Excellence Reinforcement Services.* Their current core mission is to terminate, 100% legally, every criminally corrupt oligarch (and the politicians they own) in Silicon Valley! They have been accomplishing this with an ad hoc CIA/FBI-type *team* of reporters, intelligence officers, FBI agents, lawyers, forensic researchers, AI corruption-hunting engines, private investigators and any member of the public that wishes to join the crowd-sourced research efforts. They have already terminated; caused the indictments or arrests

731

of; and filed cases against; over 150 well-known public officials, oligarchs and their covert operatives.

They write DEA-6 draft reports, FBI 302 pre-interview draft reports, lawsuits, case files and related law enforcement preparation materials and submit those to all jurisdictional agencies with transparency-protection copies to all related interested agencies and parties. They file "*Criminal case referrals*" and "*Demands For Arrest*" with the FBI. They file cases with the FEC, SEC, OSC, GAO, DOJ, FTC and Congressional Investigation Committees. They have the legal authority, and training, to citizen-arrest any corrupt party, at any time, and in any location, for remand to the FBI or State Police. They sue corrupt entities in large public-interest law suits. They conduct mole surveillance within corrupt organizations for the preparation of case materials. They monitor each corrupt person with the skill and exactitude of the NSA or CIA supported by millions of average citizens. They are one of the most novel and *effective* anti-corruption entities in the world. They always get their target!

ICIJ, ACLU, Transparency International, ProPublica, Reddit Users, Voat Users, Sunlight Foundation, Judicial Watch, Cause Of Action and hundreds of other organizations, and their members, have assisted in this investigation. Every member of the public is encouraged to learn forensic investigative techniques and technologies online and deeply monitor and investigate the suspects listed in this document.

## The Corrupt Crony-Capitalism Quid Pro Quo Payola

Sycophant scumbags at the Department of Energy are covering up these crimes because they own stock in, and get contracts and revolving door jobs from, Elon Musk, Google, et al. The Department of Energy is a deep, dark, smug abyss of crony payola, kick-backs, market monopolization, bribes and insider corruption beholden to the tech cartel. Google, Facebook and Silicon Valley are a private government that is more powerful than the U.S. Government. They use the U.S. Government as their bitch! These people put mobster-like 'hit-jobs' on the victims and operated state-sponsored attacks against them because they reported the crimes to law enforcement.

If you don't believe that Silicon Valley is operated by an organized crime cartel of sociopath frat boys that are protected by famous Senators and public officials, who own their stock and get their campaign cash, then here is absolute proof of the crimes and the cover-ups that go all the way to the White House. We conducted an exhaustive, decades-long, investigation deep into the roots of modern political corruption and here is how it works and how to destroy it!


HERE IS THE BOOK:

FREE BOOK  - Read The Report To The FBI And Congress


**HERE IS THE PLAN-OF-DEPLOYMENT AGAINST THE BAD GUYS:**

***THE CORRUPTION DISRUPTION MANUAL 2.2.pdf***


NOT CONVINCED YET?, THEN READ THESE BOOKS THAT *ALSO* PROVE THE CHARGES:

**DELETED** *By* Allum Bohkari


**THE DIRTY DEEDS OF SILICON VALLEY - VOLUME ONE** By Westin Parker


**THE DIRTY DEEDS OF SILICON VALLEY - VOLUME TWO** By Westin Parker And The Wiki Team

733

**THE DIRTY DEEDS OF SILICON VALLEY - VOLUME THREE** By Westin Parker And The Wiki Team

**https://newsplus007.com/public/OMERTA_Small.m4v**

SEE ALL OF THE BROADCAST NEWS COVERAGE OF THE SCANDAL AT:

http://american-corruption.com/AAA_VIDEOS/

**OR:**

***http://www.testimony111.com/AAA_VIDEOS***

AND HUNDREDS OF OTHER SITES...

HERE ARE PROOF DOCUMENTS VERIFYING THE ASSERTIONS:

http://newsplus007.com/DOCUMENTS

and at:

http://www.federal-report.com

and at:

http://newsplus007.com/DOCUMENTS/KEY_EVIDENCE

and at:

http://www.majestic111.com

and on a massive number of other auto-replicating mirrors

 **There are millions of pages, and hours of video, of additional proof that have been given to the FBI, DOJ, SEC, FTC, FCC, OSC, IG and Congress. Ask the authorities to arrest the tech oligarchs and their crooked Senators TODAY!**

We witnessed the bribes! We saw the corruption! We documented the organized criminal activities by famous politicians and tech oligarchs. We suffered from the reprisal and vendetta attacks. Now YOU can help end it all with the largest corruption exposure project in history!

734

Page 735  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

http://www.how-political-corruption-actually-works.com

http://www.excoriating-the-oligarchs.com

**http://federal-report.com**

**http://silicon-valley-mobsters.com**


-----------------------------------------------

# Blockading Citizen's Legal Representation Rights

"Government staff and contractors have told citizens: "***just sue us***". This was their response to trying to resolve this issue.

That response, by government officials, is a felony violation of Constitutional law, human rights law, State and Federal public policy directives, the expectations of the national citizenry and the principles of Democracy.

The government response is, thus legally "non-responsive" and a threat to every voter and citizen.

Our previously filed demand, attached hereto as a PDF document under the title: "VICTIM DEMAND Jan 12 2020.pdf" proves that no care or attention was paid to Plaintiffs previously filed complaint by your office except to operate a cover-up campaign. Any cover-up campaign of this felony organized crime matter subjects each, and every, government employee and contractor involved in said cover-up to felony arrest and prosecution.

You have blocked Plaintiffs from getting a lawyer or getting any legal help. That is a felony violation of the law and an abhorrent violation of U.S. and State Constitutional and human rights.

The current tactics being used to prevent Plaintiffs from their legal rights include:

**A.** Plaintiffs have been "black-listed". Even though the law in California (Cal. Lab. Code § § 1050 to 1053) says that an entity can't prevent or attempt to prevent former workers from getting work or representation through misrepresentation, knowingly permitting or failing to take reasonable steps to prevent blacklisting, or make a statement about why an employee was discharged or left employment, implying something other than what is explicitly said, or providing information that was not requested: It is done every day in Silicon Valley. The "Silicon Valley No Poaching Black-List" class-action lawsuit was about this issue. Federal FAR Section 9.104-1 (d), and related laws, apply. Blacklisting is a key part of the IC Vendetta Cycle attacks. The victims also suffered damage to their rights under the Age Discrimination in Employment Act (ADEA) (29 USC Sec. 621, et seq.); the Americans with Disabilities Act (42 USC Sec. 12181, et seq.); the Civil Rights Acts - (42 USC Sec. 2000, et seq.); the Davis-Bacon Act (40 USC Sec. 276a, et seq.); the Employee Retirement Income Security Act (ERISA) (29

736

Page 737  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

USC Sec. 1001, et seq.); the Equal Pay Act (29 USC Sec. 206[d]) and other violations.

**B.** Each and every law firm capable of handling Plaintiffs case has been contracted, paid and/or influenced so that they are "conflicted out" from representing Plaintiffs. Law firm Mofo was threatened if they helped Plaintiffs. Lawyer Amy Anderson was threatened and lost her license for attempting to help Plaintiffs. Every lawyer or law firm who attempts to help Plaintiffs is hired by Defendants, or their agents and threatened or compromised in order to prevent them from helping Plaintiffs because this case affects trillions of dollars of energy industry profits, the White House, billionaire oligarchs and multi millionaire corrupt Senators. In fact, this issue lies at the root of this entire corruption case. Sociopath over-moneyed Silicon Valley oligarchs have hire Morrison Foerster, Wilson Sonsini, Perkins Coie, Covington Burling and every other major law firm and lobbyist and told them to "kill everyone and destroy everything that I don't like…". These law firms (controlled by Mark Zuckerberg, Elon Musk, Larry Page, Eric Schmidt, Steve Westly, Vinod Khosla, Laurene Powell Jobs, Nancy Pelosi, etc. All of whom have nearly a trillion dollars of funds at their disposal) have carte blanche and unlimited payments to run coups, character assassination campaigns, money laundering and other crimes for the oligarchs. They have the staffing to do these things and zero incentive to not do crimes. These law firms are the dirty deeds teams for the mobster-like suspects and there is no law enforcement body with the will nor resources to stop them. It is a violation of the U.S. Constitution to tell Plaintiffs to "go get a law firm" when EVERY possible, equitable, law firm works for, and is massively compensated by, the criminals that need to be sued. Both the politicians AND the tech oligarchs charged with these crimes have hired the very law firms that government agencies have told Plaintiffs to go out and hire.

**C.** There is a precedent that was set in the US Supreme Court case: Gideon v. Wainwright, (1963) that clarifies that you have a right to a lawyer even if you don't have money for one. The Sixth Amendment, as applied to the states through the Fourteenth Amendment Due Process Clause gives one their Due Process rights. One needs to kill someone, though, to most easily get your free lawyer, since the court-appointed lawyer is rarely ever appointed, on citizens behalf, in a case like this. Even if a defendant is represented by an attorney of his or her choosing, he or she may be entitled to relief on appeal if the attorney did not provide adequate representation. A defendant must demonstrate that the attorney's performance "fell below an objective standard of reasonableness" and that this was prejudicial to the case. See: Strickland v. Washington ( https://supreme.justia.com/cases/federal/us/466/668/case.html ) , 466 U.S. 668, 688-92 (1984). A few "free lawyers", that victims had tried, turned out to be working for the opposition side.

**D.** The federal organization: https://www.lsc.gov is required to help but has refused because it's

737

administrators were friends with, and appointed by, the public officials charged with corruption in this case.

**E.** Plaintiffs have personally asked the Attorney General, The Director of the FBI and the U.S. Attorney's office for representation but they have been told not to respond because the case is politically embarrassing to major public officials and their corrupt Silicon Valley financiers.

**F.** The government agencies who have told Plaintiffs that Plaintiffs should "hire a law firm and sue them", in order to resolve this matter, are the same government agencies that have cut-off, or blockaded Plaintiffs income sources in order to prevent Plaintiffs from being able to afford to hire a law firm to sue them.

**G.** A federal agency provided Plaintiffs with a list of "free lawyers". Upon FBI-level investigation of every "free lawyer" on the list, (via their financial contributions, voting records, leaked emails, social media postings, event attendance, public records, social connections lists online and other surveillance data) they all worked for, or with the opposition interests and could not have possibly provided unbiased services. In fact, multiple lawyers have contacted Plaintiffs who turned out to be working for the opposition. They were sent in to delay, or redirect, Plaintiffs in order to keep the cases from being filed or properly prosecuted in order to protect the suspects. This is a common infiltration procedure widely documented in CIA, British secret service, Russian FSB and Snowden leaks documents on IC dirty tricks tactics.

Agency staff were ordered to harm Applicants by manipulating their benefits in order to deny, delay, obfuscate and reduce their income as reprisal for their assistance to law enforcement in a political corruption and money laundering matter. Agency staff, ranging from the lowest level staff and up to the director headquarters offices, participated in this reprisal-vendetta-revenge action to harm Applicants.

Applicant's peers have filed DOJ and FBI criminal referrals, launched federal investigations and the assertions have been proven in numerous IG, FBI, Congressional and major news media investigations. Agency offices have failed to provide responsive FOIA requested data, hearing investigation data and fair responses because some of their staff are STILL operating a criminal cover-up which has now been update-reported to the FBI, Congress, the IG, the AG and investigative reporters.

Other federal agencies have complied, verified and provided the requested deliverables. SSA and DOE have pointed the searchlight of suspicion on themselves, laser-like, by their overt failure to

comply, unlike every other agency. Ironically, the political financing of their executives and their personal relationships "happens" to be with the exact same Silicon Valley oligarchs under felony criminal investigations. The stock market brokerage records, family trust accounts, PAC trace-routing, Interpol records and SEC investigation records proves it!

Unfortunately for the crooked agency staff, some Applicants have the authority, law enforcement credentials and training to arrest any person at their home or office and remand them to the FBI, DOJ or Sheriff. For example: Every "unsigned" SSA email is tracked to the individual author by their IP address, device IMEI, web camera, building key card, door camera, parking lot use chart, building camera, vehicle tracking circuits, text dba records, keyboard UI/UX patterns, motherboard ID #, DNS routing, stingray read-outs and a vast number of other metrics. Applicant investigation peers know the exact person that wrote every SSA email or document or file request. There is no such thing as an anonymous SSA email. Transparency is the Applicants middle name. The FBI and CIA people that SSA and DOE insiders think are their "buddies" may actually be the APPLICANTS buddies!

You will either give the Applicant his money and damages compensation, or suffer the consequences of the rapid acceleration of one of the largest investigations in modern history, supported by millions of voters with a shared peer-to-peer forensics social media network, the FBI and Congress. With the push of a single button, our latest info can be in the inbox of every blogger and independent investigative journalist in the world, in minutes.

History has proven that non-corrupt portions of federal agencies and public service law and community action firms have executed on their willingness to expend millions of dollars of resources to fight this injustice. Every individual involved in this at SSA and DOE are on a forensic database. No person at SSA or DOE who uses our government as a garage sale for corruption favors or a kill mill for political reprisals will avoid the 100% legally executed consequences. They will be targeted and prosecuted even more profoundly than the Applicants were targeted with IC-type hit jobs.

This felony criminal investigation case, is documented on thousands of websites and in dozens of federal court case records in which Applicant won the case or was vindicated in the case and in thousands of news websites.

Applicants researchers and investigators disagree with any decision by any agency which causes a delay in response which puts the applicants in jeopardy for their life and safety.

Page 740  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

Testifying, and/or reporting about this crime has resulted in the death, potentially by murder, of the following individuals who reported to the authorities about this crime matter:

Rajeev Motwani; Gary D. Conley; Seth Rich; Philip Haney; David Bird; Doug Bourn; Misti Epstein; Joshua Brown; Kenneth Bellando; Moritz Erhardt; Imran Aliev; Kate Matrosava; David Drye; Vincent Foster; Kathy Ferguson; Duane Garrett; Eric S. Fox; Judi Gibbs; Berta Caceres; Suzanne Coleman; L.J. Davis; John Hillyer; Stanley Huggins; Sandy Hume; Shawn Lucas; Gary Johnson; John Jones; John F. Kennedy, Jr.; Stephen Ivens; Mary 'Caity' Mahoney; Eric Butera; Danny Casolara; John Ashe; Tony Moser; Larry Nichols; Joseph Rago; Ron Brown; Bob Simon; Don Adams; Peter Smith; Victor Thorn; Lori Klausutis; Gareth Williams; Daphne Caruana Galizia; James D Johnston; Dave Goldberg; Loretta Fuddy; Paul Wilcher; Gary Webb; Beranton J. Whisenant Jr; Stanley Meyer; Jon Parnell Walker; Tyler Drumheller; Barnaby Jack; Dominic Di-Natale; Barbara Wise; Ilya Zhitomirskiy; Jeff Joe Black; Robin Copeland; John Wheeler; Ashley Turton; Michael Hastings; Antonin Scalia; David Koschman; David Werner; Alex Okrent; Kam Kuwata; Larry Frankel; And hundreds more connected to this case who suddenly, and strangely, turned up dead in this case and, ironically, their deaths all benefit the suspects in this case. Applicants are also whistle-blowers who have been previously attacked in reprisal and who have been threatened with continued harm and death.

Any delay, obfuscation, cover-up, FOIA refusal or other obscuring tactic by each and every member of an agency employee or contracting entity will be prosecuted on a person-by-person basis. Each employee or official who causes, by their action, further harm to the Applicants will be sued personally, have their assets garnished and will have a formal criminal referral authored and submitted to the FBI, DOJ, FTC, Congress and the news media. Applicants have sued the highest level personnel in the government for corruption, launched FBI and Congressional investigations against them and had them removed from their jobs and placed under permanent surveillance. The court and news records prove this fact. Do not imagine that any reprisal action by a public agency staffer will go unnoticed or unpunished by federal law enforcement, public forensics and major independent news media investigations.


The suggestion, by certain agency bosses, that one should "just file an IG report" is like telling someone to file a complaint against Hitler at the Nazi SS headquarters. You won't make it through the night! IG reports seem to accomplish nothing more than painting a target on your own back. Court records and news headlines prove that almost every citizen who reported similar political corruption through "official channels" was targeted with hit-jobs and economic blockades....ask Snowden!

740

Pay the Plaintiffs their damages compensation, whistle-blower fees, back-fees and offset monies NOW! Millions of citizens, around the globe, have all of the same evidence you now have and each day of delay only hurts YOUR agencies position in the eyes of the world and in the eyes of the voting population of the nation!"

---------------------------------------------------------------------

# We are fighting the battle to save the internet and now you are part of it!

( ie: http://silicon-valley-mobsters.com)

What would you do if you found out that your politicians (ie: Dianne Feinstein, Nancy Pelosi, Harry Reid, Kamala Harris) had put over one hundred million dollars in their covert family bank accounts which they got from sabotaging your business, because it competed with them, and from blockading your money because their tech oligarch insiders told them to? Our forensic investigators can 'swear, warrant and certify' that the politicians did the asserted crimes and corruption.

Like a social *Terminex*(c) pest control service, we are eliminating every single tech asshole in Silicon Valley (like the roaches that they are) using 100% legal, law enforcement approved, resources.

You are probably asking: "*How Did Palo Alto, California Became Populated Entirely By Assholes*"?

Why is the Tesla THE OFFICIAL CAR OF TONE-DEAF ARROGANT PRICK ASSHOLES!?

A glut of recent feature films ( ie: **The feature film:** *Assholes*: **A Theory )** have excoriated the likes of Sand Hill Road and University Avenue scumbags...but pointing them out is not enough. They must be exterminated. You can verify the following facts, yourself, via court records, police records, FBI reports, FOIA and Congressional records.

As U.S. Marshal Raylan Givens (Timothy Olyphant) famously opined on the TV show "***Justified***", "*You run into an asshole in the morning, you run into an asshole at lunch. You run into assholes all day*"; America on the precipice of the fallout of a monumental presidential

election, it seems that assholes are not only everywhere you turn—in newspapers, on cable TV, at political rallies and protests, and all over social media—but that they, and their behavior, has been normalized because they own the media. Silicon Valley has a tsunami of "assholery" underway. This reality is covered in the philosophy of professor Aaron James' non-fiction book and new documentary aimed at both 1.) precisely defining the term "asshole," and 2.) investigating how those who fit that bill have increasingly come to dominate key spheres of modern public life.

Stanford University graduates are inspired by the likes of corrupt Elon Musk and corrupt Italian Prime Minister Silvio Berlusconi—the forerunner of the media-manipulating populist-criminal-strongman trend that's recently swept through Western nations—or passages discussing Facebook, Twitter and Google's prioritization of profit over their responsibility to safeguard democracy from hate speech and disinformation. Stanford and Yale have proven to be the key training grounds for beginner assholes. Eric Schmidt, Larry Page, Elon Musk, Jack Dorsey, Reid Hoffman, John Doerr, Vinod Khosla and Mark Zuckerberg are the embodiment of this problem. They flout all of the rules and standards of common decency. They have made it appear acceptable, and in fact rewarding, to act in the worst possible manner as a means of achieving one's selfish ends. Their Silicon Valley is the pit of American assholery. You can spot an asshole, easily, when they are driving the official car of assholes: A Tesla, but what about the ones that are more under-cover?

Most people that have been tech raped by a Palo Alto Sandhill Road scumbag feel the same way as Mr. Sun, who says: *" Silicon Valley Oligarchs must be punished. Without breaking a single law and WITH the help of the largest law enforcement and investigative resources on the planet, my task force has killed off every single motherfucker that has come after me with their anti-trust violating schemes, including some of the largest entities in the world! My peers and I use lawsuits, federal investigations, news reports, whistle-blowers, new public regulations, anti-trust filings, tens of millions of crowd-sourced voters and unique AI-based forensics. Our private investigators have found my every person and organization on the globe that hates the oligarchs. We gathered them together and aimed them all at the tech assholes! My rule is that **Anyone** who attacks me stays on the shit list for the rest of their lives plus the next 100+ years of internet time. When you Zuckerbergs, Larry Page;'s Elon Musk's, John Doerr's, Reid Hoffman's, etc., come for me, prepare to suffer. Every stock you buy is a notice to my team to bankrupt the company that you invested in. Even if I am dead, your punishment will be carried out by a legacy team of public volunteers. It may happen to you tomorrow or it may be a slow-drip over the next 15 years. Never stop looking over your shoulder. If you decided to cheat against our businesses rather than fairly compete against us, then start carving your tombstone. If you hired media attackers, expect 100 times what you did to us to come back at you and your family forever! We*

*are fine with "forgive-and-forget", except when it comes to criminal bullies: They are terminated!*

He has pledged millions of dollars, from his family trust, to the effort. His AI database lists every investor, VC and executive in Silicon Valley, their family data and their "asshole ranking". Most of the people attacked and ripped off by the tech oligarchs feel the same way. None of the victims have the monopolized control of the big tech law firms like the tech oligarchs do. None of the victims can afford to have an army of crooked law firms (ie: Mofo, Covington & Burling, Perkins Coie, Wilson Sonsini, etc.) working around the clock to enable financial crimes, corruption and Democracy abuses.

To grasp the argument that these people are assholes, one need only listen to the Silicon Valley Assholes's basic description. As many state, "*The asshole is the guy who allows himself special advantages in Bay Area cooperative life out of an entrenched sense of entitlement that immunizes him against the complaints of other people*." In other words, he's the individual—generally male, although as John Cleese candidly admits, his mother probably was one too—who thinks the general rules don't apply to them because they're somehow smarter, better, or more special than their fellow citizens. James' example is a surfer who violates the right-of-way customs in the ocean. Yet the type is universal, whether in line at the grocery store, on the road in traffic, or at work. They're the arrogant creeps convinced they're fundamentally superior, and thus free to conduct themselves in whatever way they see fit. That IS the essence of scumbag megalomaniacs: Eric Schmidt, Larry Page, Elon Musk, Jack Dorsey, Reid Hoffman, John Doerr, Vinod Khosla and Mark Zuckerberg!!!

The way "they see fit", of course, is often hateful, perverse and idiotic.  The Assholes thrive in a bubble of trophy wives, rent boys and superficial TED conferences. In the midst of ongoing protests and debate over America's own domestic culture, which has long had a tradition of closing ranks and demonizing critics, every Silicon Valley employee ordeal sounds eerily familiar among every worker at Google and Facebook.

Such attitudes, according to the Silicon Valley Assholes are created by Stanford University Fraternities which are breeding grounds for horrid group-think mindsets about women and sex. The tech financial sector encourages greed, ruthlessness, and vulgarity as the best way to get ahead. Google executives champion initiation-ritual abuse in service of its own greater good. You can see the movies: ***Animal House, The Wolf of Wall Street*** and ***Full Metal Jacket*** to see the underscore of the notion that these milieus are all rife with a similar brand of assholery in which arrogance and entitlement justify all manner of despicable ideas and deeds. Every major rape fraternity in the USA eventually sent those abusive boys to run Sandhill Road venture capital companies and Google or Facebook departments.

743

Page 744  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

Every executive at Google knows that they are doing crimes, lying to Congress and the public and operating the biggest scam in history. That is why they will come up with any lie, re-interpretation of the facts or denial to hide the truth!

Any Presidential Administration that puts sociopath, Epstein-like Eric Schmidt, Larry Page or ANY Google executive IN their Administration is either proving their tone-deaf lack of awareness of the facts or that their President is such a bitch to Google's campaign cash that they could not possibly be trusted by any world leader or any citizen. ( See: https://therevolvingdoorproject.org/letter-to-oppose-eric-schmidt/ ) ( https://nymag.com/intelligencer/2013/07/eric-schimdt-penthouse-new-york-photos-apartment.html )

The Silicon Valley Assholes Process proves that real Silicon Valley VC and tech assholes probably don't know they are one; central to this condition is the certainty that all bad behavior is actually OK.

This is detectable in the media posts of workers from Greylock, Kleiner, Andressen and other tech asshole firms. Many of the tech interns freely admit that that they only pay attention to other social media users if there's a personal benefit to connecting with them. That type of me-first worldview is crucial to Palo Alto Sandhill Road's conception of twisted reality. Asshole-rich Silicon Valley America (where "exceptionalism" is ingrained from an early age) lives in contrast to asshole-light Canada (where folks tend to be more agreeable and accommodating)(Justin, though, is a novel kind of asshole).

The most compelling—and enraging—realities concerns Silicon Valley, where Mark Zuckerberg and like-minded CEOs have bred a culture of trampling on competitors, laws, historical norms, and the bedrock tenets of democracy in pursuit of additional eyeballs, clicks, and revenue streams. In a place where young men team up in a desperate quest to develop the innovative next big thing that'll turn them into tech moguls ("bro-gramming"), nothing matters but the self-centered end goal. And though Facebook, Twitter, Google, Kleiner Perkins, Greylock and their ilk could alter this landscape by simply cracking down on the horridness that permeates their platforms, they choose not to because of the negative financial consequences and their lust for hookers, private jets and cocaine.

To travel through Silicon Valley is to take a gravely depressing survey of a 21st century in thrall —in several crucial arenas—to humanity's worst impulses.

So what is being done about this crisis of society?

744

Page 745  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

We have hired the best investigators who used to work with the FBI, CIA, FTC, DOJ, SEC, GAO, IG and Interpol.

We have also been teaching every voter in the world how to be a top notch criminal investigator and how to use digital forensic AI tools to "follow-the-money" and bust these crooks. Imagine the entire resources of Palantir, XKEYSCORE, Splunk, Axciom, Fusion GPS and Taleo aimed at people like Zuckerberg, Hoffman, Musk and Schmidt. They will never survive it!

Every single asshole in Silicon Valley can expect to have accurate, highly professional, criminal charges and referrals filed against them with every federal law enforcement and regulatory agency. Those reports are being BCC'd to the news media and the public.

When you see reports like these, you can clearly see that**: Every Tech CEO And Investor In Silicon Valley Is A Predatory, Parasitic, Sex Trafficking, Misogynist, Money Laundering, Politician Bribing, Exclusionary, Black-Listing Criminal:**

- Kleiner Perkins Insider Spills The Dirt On Outright Criminal Culture In Palo Alto

**Why Silicon Valley has a bro culture problem — and how to ...**

https://www.vox.com/2018/2/5/16972096/emily-chang-brotopia-book-bloomberg-technology-culture-silicon-valley-kara-swisher-decode-podcast

When **Emily Chang** interviewed venture capitalist Michael Moritz in 2015, she wasn't trying to "trap" him. But when the Sequoia Capital then-chairman suggested that hiring more women might ...

The Universal Bro Code: The Bro Code Rules

https://valenciabrocode.blogspot.com/p/bro-code-rules.html

The **Bro Code** Rules The **Bro Code** 1) You must always have your **bro's** back. No exceptions. 2) When your **bro's** girlfriend inquires about his whereabouts you know nothing, always. 3) You are only obligated to wingman for one **bro** per social event, after that the **bro** is on his own.

**Emily Chang on the 'Brotopia' of Silicon Valley, and how ...**

https://www.geekwire.com/2018/emily-chang-brotopia-silicon-valley-companies-can-tackle-toxic-culture/

**Emily Chang**: Brotopia, in my mind, perfectly encapsulates this idea of **Silicon Valley** as a modern utopia where anyone can change the world, make their own rules — if they're a man. But if you ...

745

Page 746  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

"Oh My God, This Is So F---ed Up": Inside Silicon Valley's ...

https://www.vanityfair.com/news/2018/01/brotopia-silicon-valley-secretive-orgiastic-inner-sanctum

Adapted from Brotopia: Breaking Up the Boys' Club of **Silicon Valley**, by **Emily Chang**, to be published on February 6, 2018, by Portfolio, an imprint of Penguin Publishing Group, a division of ...

**Today's Tech Oligarchs Are Worse Than the Robber Barons**

https://www.thedailybeast.com/todays-tech-oligarchs-are-worse-than-the-robber-barons

Today's Tech Oligarchs Are Worse Than the **Robber Barons**. Our **Silicon Valley Robber Barons**. ... "If you think **Silicon Valley** is going to fuel growing prosperity, you are likely to be ...

Silicon Valley Billionaires Are the New Robber Barons

https://townhall.com/columnists/victordavishanson/2017/08/17/silicon-valley-billionaires-are-the-new-robber-barons-n2369394

Aug 17, 2017**Silicon Valley** Billionaires Are the New **Robber Barons** ... **Silicon Valley** Billionaires Are the New **Robber Barons**. Victor Davis Hanson ... Yet most of the computers and smartphones sold by **Silicon** ...

Hanson: Silicon Valley billionaires are modern robber barons

https://www.mercurynews.com/2017/08/17/hanson-silicon-valley-billionaires-are-the-new-robber-barons/

Aug 17, 2017Hanson: **Silicon Valley** billionaires are the new **robber barons** ... Yet most of the computers and smartphones sold by **Silicon Valley** companies are still being built abroad — to mostly silence from ...

Brotopia: Breaking Up the Boys' Club of Silicon Valley by ...

https://www.goodreads.com/book/show/36288143-brotopia

Brotopia by **Emily Chang** is a decent, but very surface level, examination of **Silicon Valleys** misogynist culture. Considering the significance of the topic, Brotopia feels like a missed opportunity to expose and critique the tech industry in a productive way; instead, I felt that only summaries were given on most topics.

746

Page 747   EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

**Silicon Valley's Giants Are Just Gilded Age Tycoons in ...**

https://www.thedailybeast.com/silicon-valleys-giants-are-just-gilded-age-tycoons-in-techno-utopian-clothes

**Silicon Valley's** Giants Are Just Gilded Age Tycoons in Techno-Utopian Clothes . ... but the truth is they are a lot like the old **robber barons**. ... **Silicon Valley** executives were not just about ...

The anonymous Silicon Valley satire that has stumped tech ...

https://www.washingtonpost.com/news/morning-mix/wp/2015/12/02/the-anonymous-silicon-valley-satire-that-has-stumped-tech-world-insiders/

Dec 2, 2015The plot follows **Crooks**, an ex-**tech** industry employee who finds spiritual deliverance in meditating on **Silicon Valley's** philosophies far, far away from the digital mecca itself. AD One passage ...

Silicon Valley Wants To Read Your Mind - Crooks and Liars

https://crooksandliars.com/2019/09/silicon-valley-wants-read-your

But **Silicon Valley** should not be able to dictate the way these technologies are developed and deployed. If they do, it may radically reshape the way we identify as human. Garfield Benjamin, Postdoctoral Researcher, School of Media Arts and Technology, Solent University. This article is republished from The Conversation under a Creative Commons ...

**Silicon Valley's cocaine problem shaped our racist tech ...**

https://www.theguardian.com/commentisfree/2020/jan/30/silicon-valleys-cocaine-problem-shaped-our-racist-tech

Jan 30, 2020**Silicon Valley** in the 1980s was the hub of an international drug trafficking network that fueled technological innovation and criminalized black people Charlton D McIlwain Thu 30 Jan 2020 06.00 ...

**Sex Scandal Toppled a Silicon Valley Chief. Investors Say ...**

https://www.nytimes.com/2018/07/27/technology/sexual-misconduct-silicon-valley.html

Jul 27, 2018**Sex Scandal** Toppled a **Silicon Valley** Chief. Investors Say, So What? Mike Cagney was ousted as chief executive of Social Finance last year after questions about sexual misconduct. He has since ...

Week in Tech: Sex Scandals and Silicon ...

Page 748  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

https://www.nytimes.com/2017/12/01/technology/farhad-and-mikes-week-in-tech-sex-scandals-and-silicon-valley.html

Dec 1, 2017**Silicon Valley's Sex Scandals**. Farhad: O.K., let's talk about the tech industry.Let's start with this week's episode of Problematic Men. A report by The Information found that Andy Rubin ...

The history of sexual harassment scandals in Silicon ...

https://www.businessinsider.com/sexual-harassment-scandals-tech-industry-2017-7?op=1

Here is a rundown of the current sexual harassment **scandals** rocking **Silicon Valley**, along with the long history of how the tech industry got here. ... 07/16/how-**silicon-valley**-silences-sexual ...

Silicon Valley Star Lands New Job a Month After Sex Scandal

https://www.wired.com/2013/02/keith-rabois-khosla-ventures/

A little more than one month after a sexual harassment **scandal** threatened to sink a **Silicon Valley** superangel, Keith Rabois has landed a new gig that puts him not too far from his old one.. A ...

Silicon Valley's Not-So-Hidden Secret: Sex Parties

https://www.newser.com/story/253597/silicon-valleys-not-so-hidden-secret-sex-parties.html

**Silicon Valley's** Not-So-Hidden Secret: **Sex** Parties ... "These **sex** parties happen so often among the premier V.C. and founder crowd that this isn't a **scandal** or even really a secret, I've been ...

Scandal cost Silicon Valley Community Foundation $1.5 M

https://www.mercurynews.com/2020/01/17/silicon-valley-community-foundation-reveals-price-of-ousting-toxic-leadership/

Jan 17, 2020The leaders ousted for fostering a toxic workplace at the **Silicon Valley** Community Foundation walked away with tens of thousands of dollars in severance pay, tax filings show, revealing the cost ...

Sexual harassment in Silicon Valley: have we reached a ...

https://www.theguardian.com/technology/2017/jul/09/silicon-valley-sexual-harassment-women-speak-up

Jul 9, 2017The last week has seen women in **Silicon Valley** share stories of sexual harassment, assault and discrimination, prompting a backlash and high-profile resignations.

748

The big lesson Silicon Valley can learn from the Theranos ...

https://fortune.com/2018/03/15/elizabeth-holmes-theranos-fraud-secrecy/

Theranos CEO Elizabeth Holmes and former president Ramesh "Sunny" Balwani were charged with an "elaborate, years-long fraud."

A viral thread has busted the MYTH about "*Famous Billionaires Starting Out "Poor"*. Jonas Grinevičius and Justinas Keturka have revealed that we all love stories about scrappy underdogs who overcome the odds and make it big through relentless hard work, unwavering grit, and sheer force of will. However, the stories about how some of the richest and most powerful people made their millions (and billions) are too romanticized and gloss over some very important details. That's the point that Aidan Smith made in a viral Twitter thread where he explained how Jeff Bezos and others had a huge leg-up when it came to helping lay the foundations of their business empires. Namely—having families with lots of money. Google used taxpayer funds to start its monopoly per ***https://medium.com/insurge-intelligence/how-the-cia-made-google-e836451a959e*** and https://qz.com/1145669/googles-true-origin-partly-lies-in-cia-and-nsa-research-grants-for-mass-surveillance/ ***Not only does Google not pay tens of billions of dollars of its taxes to sponsor firemen and teachers but Google used public resources to start its company! Billions of dollars of citizen funds were used by Google to create it's evil empire. Google gets away with this crap because it bribes major U.S. politicians from California!***

Aidan told Bored Panda that the US isn't the only country where a lot of people believe myths about businessmen while the truth is a Google search away. "It's far from a U.S.-exclusive phenomenon, but in America, it's easier for most people to imagine becoming a billionaire themselves than it is to imagine an economic order in which a handful of people own half the world's wealth. Social mobility from working-class to middle-class is increasingly out of reach and the illusion that one can conceivably amass a net worth of over a billion dollars is a comforting fantasy for many people."

The indisputable facts are the assertions that the Silicon Valley oligarchs:

1. Control business and politics like a crime Cartel

2. Are a white male fraternity who attack outsiders in organized manners

3. Come from dynastic families that systematically ran them through Stanford, Harvard and Yale sociopath-in-training men's clubs

4. Were socially trained and programmed to operate in a closed, tribal, exclusionary manner

5. Operated the "Angelgate" collusion scandal and most every other financial crime in America.

6. Operated the "Silicon Valley High Tech Employee Collusion" for which they were sued in a famous class-action case

7. Controlled the White House and traded most of the key staff with the Administration.

8. Have been sued, indicted and charged in divorce proceedings with an unusually massive amount of sex trafficking matters

9. Use the same 10 law-firms who have been charged with public policy manipulation

10. Control internet news, media and information

11. "Own" certain U.S. Senators by virtue of direct bribe payments and securities/stock payola payments

12. Use a variety of tools like GUST, Private Google Docs sites, covert Facebook pages and similar, to secret conspire and plan collusion and organized monopolistic practices

13. Have their venture capitalists spy on entrepreneurs and copy their technology to be deployed by Google, or Facebook under a new name

14. Are a Mafia-like criminal organization.

Who are some of the biggest, elitist, self-aggrandizing, entitled, tone-deaf assholes in Silicon Valley?

The Tech Crunch Silicon Valley database-of-assholes provides that answer. They include: David Krane, Brian Bendett, Brendan Bulik-Sullivan, Terri Burns, Blake Byers, Tim Draper, Steve Jurvetson, Elon Musk, Steve Westly, Steve Spinner, Tyson Clark, Frederique Dame, Tom Perkins, Scott Davis, Reid Hoffman, Eric Schmidt, Larry Page, Jared Cohen, David Drummond, Karim Faris, Tom Hulme, Joe Kraus, John Lyman, Vinod Khosla, Laura Melahn, Dave Munichiello, Erik Nordlander, Anthony Philippakis, Sridhar Ramaswamy, David Reshef, Ben Robbins, Issi Rozen, David Schenkein, Vidu Shanmugarajah, M.G. Siegler, Graham Spencer, Bethany Tsui, Jessica Verrilli, Andy Wheeler, Krishna Yeshwant, Asheem Chandna, Jerry Chen, Mike Duboe, Sarah Guo, Christine Kim, Josh McFarland, Saam Motamedi, Sridhar Ramaswamy, Corinne Riley, Jason Risch, Seth Rosenberg, David Sze, David Thacker, David Wadhwani, Manuel Bernal, Allie Dalglish, Don Sullivan, Yasmin Green, Kent Walker, Matt Rogers, Steven Chu, David Plouffe, Sergy Brin, Andy Rubin, Ian Fette, Travis Kalanick, Elizabeth Holmes, Dustin Moskovitz, Laurene Powell Jobs, Andy Bechtolsheim, Brian Goncher, Cheryl Sandberg, Gilman Louie, Ira Ehrenpreis, Tim Cook, James Breyer, Joe Lonsdale, Keith Rabois, Marc Andreesen, George Soros, Mario Rosatti, Martin LaGod, Michael Moritz, Viktor Vekselberg, Larry Summers, Pierre Omidyar, Tom Steyer, RoseAnn Rotando, Larry Birenbaum,

750

Page 751  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

Judy Estrin, Steven Goldby, Terry Kramer, Helen Raiser, John Scully, Sandi Thompson, Ann Wojcicki and their ilk...

You can see that most of them have the same facial deformities that make them all look like yuppie frat or sorority clones with Moonie/Scientology dead eyes and fake smiles that broadcast their blind zealotry and sports bar fakery to the world. Every email, phone call, text, condo, office and brothel that these people use should be bugged by the FBI. These scammers built an insider-trading bubble of TED conferences and tech parties in which they mutually promote their Elizabeth Holmesian fantasies of holier-than-thou idiocracy. Emily Chang's book: "*Brotopia*" covers these scum-bags in great length.

As a Hoover Fellow puts it: *"...Elite arrogant asshole dynasties send their kids to Stanford University. Stanford puts the kids in asshole frat houses to train them to get away with rape and run monopolies. When they graduate they either go up the hill to Sandhill Road and start a venture capital clone operation or they get their frat friends on Sandhill Road to racketeer-fund their start-up or political campaign using money scammed from your parents pension funds. They only work with their frat buddies and insiders in a tribal 'old boys club' manner.They steal all the technology and markets they want because they control all of the tech lawyers and politicians via bribes and revolving doors. Most of the money in Stanford University bank accounts is from Foreign and Hollywood oligarchs delivered as bribes meant to get their snot-nosed brats into Stanford. Stanford bosses keep all of this covered-up and covertly fund political campaigns to grease the wheels of political corruption.They then sexually extort some Standford interns in Rosewood Hotel rooms, get the most 'trophy wife' ones pregnant, and start the cycle all over again. Alas, Stanford is the training ground for abuse, corruption and 'Bro-Crime"..."*


White House Staff including Rahm Emanual, Bill Daley, Jay Carney, David Plouffe, Robert Gibbs, Steve Rattner, David Axelrod, John Podesta, et al; and The Secretary of Energy Steven Chu and the Chief Counsel for the United States Department of Energy Daniel Cohen and Bill Cooper were, (from 2007 forward), either financed by, friends, with, sleeping with, dating the staff of, holding stock market assets in, promised a revolving door job or government service contracts from, partying with, personal friends with, photographed at private events with, exchanging emails with, business associates of or directed by; our business adversaries, or the Senators and Department of Energy politicians that those business adversaries pay campaign finances to, or supply political digital search manipulation services to. Criminal U.S. Senators coordinated and profited in these schemes. Their own family members have now supplied evidence against them. Elon Musk and his frat boys display their self-aggrandizing vanity in sociopath glory because nobody tells them "no". Now we are calling them out!

751

From 2007 forward, The White House and The Department Of Energy were controlled by the Silicon Valley tech oligarchs for monopolistic profiteering! That is a violation of the law, the Constitution and the American Way. The named person's we have presented to the FBI, DOJ, SEC and other agencies, engaged in crimes to personally profit in the stock market and political venues. At the same time they operated the command and control of millions of dollars of defamation, character assassination and black-list attacks against us for reporting their crimes. These perpetrators are now being exposed, arrested, indicted and drained of their ill-gotten profits. We are owed our damages compensation and we will not rest until we get it! Every member of the public is invited to help crowd-source the termination of these corrupt crooks.

We worked for, with, in and around the White House and The Department of Energy. We were at the homes of the most famous people in government and their Silicon Valley financiers. We have cooperated with top law enforcement and Congressional investigators. Additional whistle-blowers have provided our effort with even more evidence. Ourselves, and investigating agencies, have absolute proof of the crimes, corruption and illicit activities and the ongoing cover-ups.

# Citizen Rights

Agency staff were ordered to harm Applicants by manipulating their benefits in order to deny, delay, obfuscate and reduce their income as reprisal for their assistance to law enforcement in a political corruption and money laundering matter. Agency staff, ranging from the lowest level staff at the San Francisco, San Mateo, Los Angeles and Marin offices, and up to the director headquarters offices, participated in this reprisal-vendetta-revenge action to harm Applicants. Applicant's peers have filed DOJ and FBI criminal referrals, launched federal investigations and the assertions have been ***proven*** in numerous IG, FBI, Congressional and major news media investigations. Agency offices have failed to provide responsive FOIA requested data, hearing investigation data and fair responses because some of their staff are STILL operating a criminal cover-up which has now been update-reported to the FBI, Congress, the IG, the AG and investigative reporters.

Other federal agencies have complied, verified and provided the requested deliverables. SSA and DOE have pointed the searchlight of suspicion on themselves, laser-like, by their overt failure to comply, unlike every other agency. Ironically, the political financing of their executives and their personal relationships "happens" to be ***with the exact same Silicon Valley oligarchs under***

*felony criminal investigations*. The stock market brokerage records, family trust accounts, PAC trace-routing, Interpol records and SEC investigation records proves it!

Unfortunately for the crooked agency staff, some Applicants have the authority, law enforcement credentials and training to arrest any person at their home or office and remand them to the FBI, DOJ or Sheriff. SSA and DOE staff should not longer screw around! For example: Every "unsigned" SSA email is tracked to the individual author by their IP address, device IMEI, web camera, building key card, door camera, parking lot use chart, building camera, vehicle tracking circuits, text dba records, keyboard UI/UX patterns, motherboard ID #, DNS routing, stingray read-outs and a vast number of other metrics. Applicant investigation peers know the exact person that wrote every SSA email or document or file request. There is no such thing as an anonymous SSA email. Transparency is the Applicants middle name. The FBI and CIA people that SSA and DOE insiders think are their "buddies" may actually be ***the APPLICANTS*** buddies!

You will either give the Applicant his money and damages compensation, from his 2007 benefits filings, forward, or suffer the consequences of the rapid acceleration of one of the largest investigations in modern history, supported by millions of voters with a shared peer-to-peer forensics social media network, the FBI and Congress. With the push of a single button, our latest info can be in the inbox of every blogger and independent investigative journalist in the world, in minutes.

History has proven that non-corrupt portions of federal agencies and public service law and community action firms have executed on their willingness to expend millions of dollars of resources to fight this injustice. Every individual involved in this at SSA and DOE are on a forensic database. No person at SSA or DOE who uses our government as a ***garage sale for corruption favors*** or a ***kill mill*** for political reprisals will avoid the 100% legally executed consequences. They will be targeted and prosecuted even more profoundly than the Applicants waere targeted with IC-type hit jobs.

This felony criminal investigation case, is documented on thousands of websites *and in dozens of federal court case records in which Applicant won the case or was vindicated in the case* and in thousands of news websites. Applicants researchers and investigators disagree with any decision by any agency which causes a delay in response which puts the applicants in jeopardy for their life and safety. Testifying, and/or reporting about this crime has resulted in the death, potentially by murder, of the following individuals who reported to the authorities about this crime matter: *Rajeev Motwani; Gary D. Conley; Seth Rich; Philip Haney; David Bird; Doug Bourn; Misti Epstein; Joshua Brown; Kenneth Bellando; Moritz Erhardt; Imran Aliev; Kate Matrosova;*

Page 754  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

*David Drye; Vincent Foster; Kathy Ferguson; Duane Garrett; Eric S. Fox; Judi Gibbs; Berta Caceres; Suzanne Coleman; L.J. Davis; John Hillyer; Stanley Huggins; Sandy Hume; Shawn Lucas; Gary Johnson; John Jones; John F. Kennedy, Jr.; Stephen Ivens; Mary 'Caity' Mahoney; Eric Butera; Danny Casolara; John Ashe; Tony Moser; Larry Nichols; Joseph Rago; Ron Brown; Bob Simon; Don Adams; Peter Smith; Victor Thorn; Lori Klausutis; Gareth Williams; Daphne Caruana Galizia; James D Johnston; Dave Goldberg; Loretta Fuddy; Paul Wilcher; Gary Webb; Beranton J. Whisenant Jr; Stanley Meyer; Jon Parnell Walker; Tyler Drumheller; Barnaby Jack; Dominic Di-Natale; Barbara Wise; Ilya Zhitomirskiy; Jeff Joe Black; Robin Copeland; John Wheeler; Ashley Turton; Michael Hastings; Antonin Scalia; David Koschman; David Werner; Alex Okrent; Kam Kuwata; Larry Frankel;* And hundreds more connected to this case who suddenly, and strangely, turned up dead in this case and, ironically, their deaths all benefit the suspects in this case. Applicants are also whistle-blowers who have been previously attacked in reprisal and who have been threatened with continued harm and death.

Because this case involves a huge number of deaths, spies, trillions of dollars of energy industry funds, hit-jobs and epic political dirty tricks contracts there is a warning in effect to every suspect on "***the list***". ***"If any other principle whistle-blower in this case is killed, within 24 hours of their death, every person on "the list" will experience the worst possible outcome!"***

Any delay, obfuscation, cover-up, FOIA refusal or other obscuring tactic by each and every member of an agency employee or contracting entity will be prosecuted on a person-by-person basis. Each employee or official who causes, by their action, further harm to the Applicants will be sued personally, have their assets garnished and will have a formal criminal referral authored and submitted to the FBI, DOJ, FTC, Congress and the news media. Applicants have sued the highest level personnel in the government for corruption, launched FBI and Congressional investigations against them and had them removed from their jobs and placed under permanent surveillance. The court and news records prove this fact. Do not imagine that any reprisal action by a public agency staffer will go unnoticed or unpunished by federal law enforcement, public forensics and major independent news media investigations.

Pay the Applicants their damages compensation, whistle-blower fees, back-fees and offset monies *NOW!*

RELATED COURT CASES:

Case No. 1:20-cv-03010 ( Google monopoly and competitor attacks case)

Case No. 11-CV-2509  ( https://www.cand.uscourts.gov/judges/koh-lucy-h-lhk/in-re-high-tech-employee-antitrust-litigation/  )

754

Page 755  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

Task force Case No. 20-xyz2020a  ( http://www.case-xyz2020a.com/ )

Case No. 20-03664 (  https://www.insurancejournal.com/app/uploads/2020/06/brown-v-google.pdf )

Case No. 1:12-CV-00774-mms and related cases. ( https://thehill.com/blogs/congress-blog/the-administration/250109-a-case-study-in-pay-to-play-cronyism. Criminal referrals against the attackers have been filed with the FBI, DOJ, SEC, FEC, FTC )

Case No. 18-cv-8865 (S.D.N.Y.)(SEC v. Elon Musk for lies and scams )

Case No. 18-cv-8947 (S.D.N.Y.)( SEC v. Tesla, Inc. for lies and scams )

Case No. 1:14-cv-270143 ( Google racketeering charges - https://artistrightswatch.com/2017/10/08/googles-racketeering-challenge/ )

Case No. 1:19-cr-00490 ( United States v. Epstein - Big tech sex cult crimes case )

Case No. 129 So.3d 1196 (Fla. 2d DCA 2014); 170 So.3d 125 (Fla. 2d DCA 2015) ( Gawker Media, LLC v. Bollea in which Gawker, Deadspin, Gizmodo, Jalopnik, Jezebel, Kotaku and Lifehacker were exposed as character assassination and money-laundering fronts working for notorious third parties)

Case No. 19-cv-343672 James Martin (on behalf of ALPHABET INC) v Larry Page et al (Sex Cults In Silicon Valley )

Case No. CGC-11-508414 , California Superior Court, San Francisco (Plaintiff v Google )

Case No. 3:16-cv-03061 U.S. DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA, San Francisco Division ( Plaintiff V. Google/Alphabet/YouTube)

Case No. 18-CIV05380 Rubin Vs. Rubin (Google sex cult and sex slave charges )

Case No. : 1:17 - cv - 06404  Vs. Rubin (Organized crime sex trafficking by stock market manipulators )

Case No. D.C. No. 3:17-cv-05369- VC (Big tech harassment of outsiders)

Page 756   EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

And 200+ other cases related to the same Cartel members including many lawsuits against Google for corruption, sex trafficking, racketeering and other forms of their usual crimes. Google's financier, political manipulation partner and spying command-and-control operative: In-Q-tel, was also sued for running dirty tricks campaigns against the Whistle-blowers. In-Q-Tel was forced to come to court in San Francisco and watch the Corbett Report's expose on them ( https://www.corbettreport.com/meet-in-q-tel-the-cias-venture-capital-firm-preview/   and https://www.corbettreport.com/siliconvalley/  ) and then try to explain to the judge why they are a "non-profit charity" when they run dirty tricks campaigns for politicians and were caught with tons of cocaine on their airplanes.


Related Precedents -

See-  Founding Church of Scientology v. Bell , 603 F.2d 945, 949 (D.C. Cir. 1979)

See - King v. U.S. Dep't of Justice , 830 F.2d 210, 223-24 (D.C. Cir. 1987) (emphasis in original)

See - Mead Data Central, Inc. v. U.S. Dep't of the Air Force , 566 F.2d 242, 251 (D.C. Cir. 1977

See - Competitive Enter. Inst. v. Office of Sci. & Tech. Policy , 827 F.3d 145, 149-50 (D.C. Cir. 2016); cf.

See - Judicial Watch, Inc. v. Kerry , 844 F.3d 952, 955-56 (D.C. Cir. 2016)  Id. at 8

See -  Al-Fayed v. Central Intelligence Agency, 254 F.3d 300, 306 (D.C. Cir. 2001) (Al-Fayed) Id. at 308.

See - : Wadelton v. Department of State, 13-0412 ESH, 2013 WL 1760853 (D.D. Cir. 2013) (Wadelton

See -  Id. Document 10, Filed 04/25/13, Page 6 of 8 (citing ACLU-NC v.DOD , 2006 WL 1469418, at *1-2;  Amer. Civil Liberties Union of N. Cal. v. Dep't of Justice , No. C 04-4447, 2005 WL 588354, at *5-7 (N.D. Cal Mar. 11, 2005))

See - Edmonds v. FBI , CIV.A. 02-1294 (ESH), 2002 WL 32539613 (D.D.C. Dec. 3, 2002)

See - U.S.C. § 552(a)(6)(E)(v)(II

ADDITIONAL PRESS CLIPPINGS, MEMES AND NEWS REPORTS ON THIS CASE CAN ALSO BE FOUND AT:

(MIRROR 1 )

(MIRROR 2 )

(MIRROR 3 )

(MIRROR 4 )

(MIRROR 5 )

(MIRROR 6 )

And thousands of other torrents and mirror sites around the globe...

ADDITIONAL VIDEO OF NEWS COVERAGE AND DOCUMENTARIES ABOUT THIS CASE CAN ALSO BE FOUND AT:

(MIRROR 1 )

(MIRROR 2 )

(MIRROR 3 )

And thousands of other torrents and mirror sites around the globe...

KEY PUBLIC REPORTS AND POLICE REPORTS ABOUT THIS CASE CAN ALSO BE FOUND AT:

(MIRROR 1 )

(MIRROR 2 )

(MIRROR 3 )

And thousands of other torrents and mirror sites around the globe...


KEY REPORTS ABOUT THE CORRUPTION CARTEL, BASED OUT OF SAN FRANCISCO CITY HALL, THAT STARTED ALL THIS, CAN BE FOUND AT:

**San Francisco Corruption Reports**

**Ongoing FBI Corruption Probe**

Page 758  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

**San Francisco City Hall Corruption**

**FBI San Francisco Announces New Charges**

**CORRUPTION CENTRAL**

**SAN FRANCISCO CORRUPTION: City Hall, Pacific Heights And Silicon Valley Scum**

**https://en.wikipedia.org/wiki/San_Francisco_graft_trials**

**https://www.searchingsanfrancisco.org/ - You Can't Swing A Cat In San Francisco City Hall Without Hitting A Mobster**

**PUC boss Harlan Kelly arrested by Feds, charged in bribery ...**

https://missionlocal.org/2020/11/puc-boss-harlan-kelly-arrested-by-feds-charged-in-bribery-scheme/

PUC **boss** Harlan Kelly **arrested** by Feds, charged in bribery scheme, resigns ... the Zelig-like avatar of **San Francisco** institutional corruption, ... The stench of corruption at SF **City Hall** exceeds even the stench of human feces on **City** streets. Where was the District Attorney and **City** Attorney with their squads of highly paid staff while the ...

SFPUC chief charged with accepting bribes in alleged City ...

https://www.msn.com/en-us/news/crime/sfpuc-chief-charged-with-accepting-bribes-in-alleged-city-hall-corruption-scheme/ar-BB1bv5ri

Federal prosecutors have charged **San Francisco** Public Utilities Commission chief Harlan Kelly for allegedly accepting **bribes** from a contractor — taking international trips, free meals and ...

Head of SFPUC charged in public corruption probe - San ...

https://www.bizjournals.com/sanfrancisco/news/2020/11/30/head-of-sfpuc-charged-in-public-corruption-probe.html

Kelly, 58, was charged with one count of honest services wire fraud for allegedly engaging in a bribery scheme and corrupt partnership with Walter Wong, a **San Francisco** permit expeditor and ...

San Francisco Recology Exec Accused of Paying Off DPW Head ...

Page 759  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

https://www.nbcbayarea.com/news/local/san-francisco/san-francisco-recology-exec-accused-of-paying-off-dpw-head-charged-with-bribery-money-laundering/2402801/

**San Francisco** Recology Exec Accused of Paying Off DPW Head Charged With Bribery, Money Laundering By Bay **City** News • Published November 18, 2020 • Updated on November 18, 2020 at 9:45 pm Getty ...

**New charges in Nuru scandal accuse former Recology manager ...**

https://sfbayca.com/2020/11/18/new-charges-in-nuru-scandal-accuse-former-recology-manager-of-bribery-money-laundering/

Bovis was **arrested** back in January along with Nuru in connection with an unsuccessful scheme to **bribe** a **San Francisco** International Airport commissioner to aid Bovis in obtaining a restaurant concession in 2018. Bovis was charged with two counts of fraud, while Nuru was charged with fraud and lying to the FBI.

San Francisco Official Charged With Corruption in FBI ...

https://www.nbcbayarea.com/news/local/san-francisco/san-francisco-public-works-director-arrested-on-suspicion-of-public-corruption/2222125/

A top **San Francisco** public official and go-to bureaucrat to mayors over two decades was charged with public corruption Tuesday, upending **City Hall** as elected leaders scrambled to reassure the ...

San Francisco Utilities Chief Faces Bribery Charge in ...

https://www.courthousenews.com/san-francisco-utilities-chief-faces-bribery-charge-in-corruption-probe/

"Bribery scams undermine our faith in **city** government," said David Anderson, U.S. Attorney for the Northern District of California, in a statement Monday. "Our investigation into **City Hall** corruption will continue." **San Francisco** Mayor London Breed announced that she has accepted Kelly's resignation.

**Recology exec accused of paying off SF DPW head charged ...**

https://www.ktvu.com/news/recology-exec-accused-of-paying-off-sf-dpw-head-charged-with-bribery-money-laundering

A former manager for **San Francisco's** garbage collection agency Recology has been charged with bribery and money laundering in connection to the SF DPW corruption scandal.

759

## S.F. City Administrator Naomi Kelly takes leave of absence ...

https://darkweb-sites.com/?p=68372

**City** Administrator Naomi Kelly took a voluntary six-week leave of absence Wednesday, two days after federal prosecutors revealed a bribery case against her husband, former **San Francisco** Public Utilities Commission chief Harlan Kelly.. Naomi Kelly has not been charged with a crime. But the criminal complaint against her husband alleges she attended a 2016 family vacation that federal ...

## City Hall corruption case: What's next for S.F. City ...

https://www.sfchronicle.com/crime/article/City-Hall-corruption-case-What-s-next-for-15767978.php

**San Francisco City** Commissioner Naomi Kelly officiates the wedding of Heather Lee and Andrew Lindgren of **San Francisco** while on the Mayor's Balcony in **San Francisco City Hall** in **San Francisco** ...

The solipsistic self-aggrandizing corrupt pigs in San Francisco's City Hall and Pacific Heights are being hunted down (100% legally) and eviscerated by the FBI, public task forces like ours, the news media, private citizens and the biggest email leaks in history. Hundreds of people will be taken down. The few arrests you have read about in the media are only the beginning.We are all starting at the bottom of the cesspool and working our way up, all the way through Elon Musk, Eric Schmidt, Larry Page, et al, and up to the White House. They will not escape, even in death. Roger Boas, Jeffrey Epstein, et al, may not still be lurking around but the truth about them will live on FOREVER!

The headline reads: "***House Lawmakers Introduce Antitrust Package to Limit Power of Tech Giants***"

**([https://www.ntd.com/house-lawmakers-introduce-antitrust-package-to-limit-power-of-tech-giants_626721.html](https://www.ntd.com/house-lawmakers-introduce-antitrust-package-to-limit-power-of-tech-giants_626721.html))**

This bipartisan initiative is being led by the House Judiciary Antitrust Subcommittee leadership, with each of the five bills having a Republican and Democratic co-sponsor. Each of the bills target different ways that tech companies ***abuse their power***, ***manipulate American politics*** and ***maliciously and mercilessly attack competitors*** with help from California politicians who own parts of those tech companies. The witnesses in this case have been instrumental in driving these, and other tech anti-corruption efforts, to fruition. Those witnesses have sworn warranted and certified that the Defendants are a "*RICO Racketeering Organized Crime Cartel*", as defined by law, that is colluding for criminal purposes. This crime group is harming American citizens, the

U.S. economy, and domestic Democracy. They use the Department of Energy and The Department of Transportation as a private slush-fund to pay off political financiers.

Ryan Cooper has noted that *"...what America has today is almost exclusively the personal type of corruption, which is considerably worse than the other sort. (A patronage machine may be bent and inefficient, but at least a goodly share of the population gets a piece of the action, and often functional public works and services to boot.) For example, Rohit Chopra and Julie Margetta Morgan recently released a new report for the Roosevelt Institute looking not at money in politics, but money in government. They argue that existing anti-corruption laws are barely being enforced, and are outdated anyway... They also say the revolving door and cultural capture (i.e. the tendency of government employees to sympathize with supposed private-sector adversaries) has made regulators identify with the industries they oversee. Former Attorney General Eric Holder, for instance, had an office reserved for him at the high-powered corporate law firm Covington & Burling for his whole tenure, to which he returned after repeatedly refusing to prosecute big banks or their employees for staggering crimes. (The really insidious thing is he would probably honestly deny his corporate ties influenced his decisions.) Finally, all this mess is largely out of public view and thus harder to understand or root out...It involves de facto bribery of government employees of both parties (in the form of future jobs, consulting gigs, speaking engagements, etc) by the wealthiest institutions in the land..."*

The key Witnesses/Victims/Plaintiff's have demanded: 1.) damages payments; 2.) back-fee monies that are owed; 3.) release of benefits payments blockaded in reprisal; 4.) witness fees that are owed; 5.) whistle-blower fees that are owed; 6.) informant fees and 7.) related payments owed from the U.S. and California government and the operative Defendants.

The victims still have not received a dime of compensation while they suffered billions of dollars in government-sponsored damages. At the same time, the Defendants in this case made billions of dollars of government-sponsored profits at the expense of the victims.

The victims alliance has spent over a decade exposing the evidence in this book to every single voter in the nation. They have used direct mail, advertising, social media, torrents and other novel methods and technologies. Their goal is to end corruption in America by destroying all of the methods of corruption and each of the crooked main players using those methods. This book is being emailed to every person in America.

Many of the Witnesses/Victims/Plaintiff's were "*Democrats*" until they witnessed the heads of their party engage in bribery, fraud, corruption and other forms of some the most severe violations of the law, and the public trust, that one might ever imagine. In this case victims were having their own Senator competing against them and cutting off their government funds to help

the victims competitors. Citizens suffered state-sponsored harm because their Senator owns stock in their competitors, ie: Google or Tesla, etc.

This matter involves each and every regulatory agency, services agency and law enforcement agency of the United States Government. It also involves the State Of California and the interaction between each and every one of the Cartel members.

The founders of Google, Facebook, Netflix, Linkedin, Tesla, Sony Pictures, YouTube. Etc. (the so called: "Tech Cartel"); knew Plaintiff's and went to school with Plaintiff's. They, and their investors, asked to look at Plaintiff's patents, technologies and companies which Plaintiff's had engineered and launched as businesses many years prior to when the Cartel copied those efforts. Plaintiff's had patented and shown them to the Cartel bosses, under NDA, years before the "Tech Cartel" bosses copied them and started their own versions of them. The emails, NDA's, patent office files, court records, document leaks, Russian hacks and lawsuit records prove it. The Tech Cartel, and their crooked politicians "spied and lied".

The Cartel chose to "*cheat rather than compete*". They spent over 16 billion dollars on lobbyists at the United States Patent Office in order to blockade the rights of small American inventors like Plaintiff's. They hired millions of dollars of Fusion GPS-type/Gawker/Gizmodo/Google/YouTube media attackers to run hit-jobs on Plaintiff's, and other entrepreneurs, because the Tech Cartel could not face the truth in a fair fight. Plaintiff's have reported that they were in meetings with Defendants in which the Cartel planned, colluded and designed efforts to manipulate the government, create monopolies and control and censor all media access.

This is not a matter of "*crying over spilled milk*" because Plaintiff's were cut-out of Defendants schemes. This is a matter of *Criminal Collusion!*

The Defendants companies and their founders ran *an organized crime operation Cartel*. That assertion is backed up in the books: "*Brotopia*" by Emily Chang; "*Whistleblower*" by Susan Fowler, "*A Colossal Wreck*" By Alexander Cockburn, "*Emotional Intelligence*" By Daniel Goleman, "*Drain The Swamp*" By Ken Buck, "*How Political Corruption Actually Works*" A feature film by The Wiki Law-Pedia Group, "*Deleted*" By Allum Bokhari, "*The Creepy Line*" By Matthew Taylor, "*Chaos Monkeys*" By Antonio Martinez, "*Disrupted*" By Dan Lyons, "*Catch and Kill*" By Ronan Farrow, "*Permanent Record*" By Edward Snowden, "*Throw Them All Out*" By Peter Schweizer, "*The Circle*" By David Eggers, "*World Without Mind*" By Franklin Foer, "*A Journey into the Savage Heart of Silicon Valley*" By Corey Pein, and in *hundreds* of other books and thousands of reports from the *FBI, DOJ, FEC, SEC, FTC, EU, Inspector General*'s and other government organizations globally. It is proven in the CBS news 60 Minutes episodes: "*The Cleantech Crash*", "*Congress Trading On Insider Information*",

"***The Lobbyists Playbook***" and other segments. It is proven in the feature documentary films including: "***Too Big To Fail***", "***Inside Job***", "***How Political Corruption Works***", and "***Omerta - A Corruption Story***". The Cartel is deeply connected to the likes of Harvey Weinstein, Jeffrey Epstein and other notorious folks. The Cartel buys elections with impunity.

It is proven in hundreds of lawsuits, including Silicon Valley divorce court filings for abuse, available at www.pacer.gov and it is now proven by the United States Government in the latest of a series of federal monopoly lawsuits. Per federal ***Case # 1:20-cv-03010***:

*"Today, millions of Americans rely on the Internet and online platforms for their daily lives. Competition in this industry is vitally important, which is why the challenge against Google — the gatekeeper of the Internet — for violating antitrust laws is a monumental case both for the Department of Justice and for the American people,"* said Attorney General William Barr. *"Since my confirmation, I have prioritized the Department's review of online market-leading platforms to ensure that our technology industries remain competitive.  This lawsuit strikes at the heart of Google's grip over the internet for millions of American consumers, advertisers, small businesses and entrepreneurs beholden to an unlawful monopolist."*

 *"As with its historic antitrust actions against AT&T in 1974 and Microsoft in 1998, the Department is again enforcing the Sherman Act to restore the role of competition and open the door to the next wave of innovation—this time in vital digital markets,"* said Deputy Attorney General Jeffrey A. Rosen.

As an example: As one of the wealthiest companies on the planet with a market value of $1 trillion, Google is the monopoly gatekeeper to the internet for billions of users and countless advertisers worldwide. For years, Google has accounted for almost 90 percent of all search queries in the United States and has used anti-competitive tactics to maintain and extend its monopolies in search and search advertising. Stanford University trained these people to be the worst version of criminal frat boys the world could have imagined. Now America must make things right again.

Hiring your own family in order to keep dark money secrets in Washington has gotten "nuts". Walt Shaub, the former director of the United States Office of Government Ethics, called the situation "positively ridiculous" in a statement to the News.

"Haven't we had enough of nepotists in presidential administrations?" Shaub said. "It may be legal if Ricchetti wasn't directly involved in the hiring, but this is no way to send a message that ethics matters to the administration. It feels like the taxpayers are funding a career-building charity for the Ricchetti family. Add to that the fact that you've got Ricchetti's brother lobbying the administration, and this feels like a very special episode of the Partridge Family where they

all pile in the van and go visit Washington — only they should call this show the Patronage Family."

As alleged in the Complaint, Google has entered into a series of exclusionary agreements that collectively lock up the primary avenues through which users access search engines, and thus the internet, by requiring that Google be set as the preset default general search engine on billions of mobile devices and computers worldwide and, in many cases, prohibiting preinstallation of a competitor.

Google owns, controls, pays and manipulates 70% of the members of Congress!

In particular, the Complaint alleges that Google has unlawfully maintained monopolies in search and search advertising by:

- Entering into exclusivity agreements that forbid preinstallation of any competing search service.

- Entering into tying and other arrangements that force preinstallation of its search applications in prime locations on mobile devices and make them undeletable, regardless of consumer preference.

- Entering into long-term agreements with Apple that require Google to be the default – and de facto exclusive – general search engine on Apple's popular Safari browser and other Apple search tools.

- Generally using monopoly profits to buy preferential treatment for its search engine on devices, web browsers, and other search access points, creating a continuous and self-reinforcing cycle of monopolization.

These and other anticompetitive practices harm competition and consumers, reducing the ability of innovative new companies to develop, compete, and discipline Google's behavior.

The antitrust laws protect our free market economy and forbid monopolists from engaging in anticompetitive practices. They also empower the Department of Justice to bring cases like this one to remedy violations and restore competition, as it has done for over a century in notable cases involving monopolists over other critical industries undergirding the American economy like Standard Oil and the AT&T telephone monopoly. Decades ago the Department's case against Microsoft recognized that the antitrust laws forbid anticompetitive agreements by high-technology monopolists to require preinstalled default status, to shut off distribution channels to rivals, and to make software undeletable. The Complaints allege that Google is using similar agreements itself to maintain and extend its own dominance and to attack and destroy smaller companies and inventors.

764

Page 765  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

The Complaints allege that Google's anticompetitive practices have had harmful effects on competition and consumers. Google has foreclosed any meaningful search competitor from gaining vital distribution and scale, eliminating competition for a majority of search queries in the United States. By restricting competition in search, Google's conduct has harmed consumers by reducing the quality of search (including on dimensions such as privacy, data protection, and use of consumer data), lessening choice in search, and impeding innovation. By suppressing competition in advertising, Google has the power to charge advertisers more than it could in a competitive market and to reduce the quality of the services it provides them. Through filing the lawsuit, the Department seeks to stop Google's anticompetitive conduct and restore competition for American consumers, advertisers, and all companies now reliant on the internet economy.

Those who cover-up for these crooks will experience a wrath like nothing they can imagine! The payback will come from the courts, the public, the news media, the history books and a new kind of automated AI software forensics that hunts and destroys the corrupt!

The witnesses and victims saw these crimes happen. FBI, GAO, SEC, FTC, DOJ, FCC, FEC and IG investigators have confirmed these assertions.

White House insiders have ordered this case covered-up and justice delayed.

The fact remains: ***The Silicon Valley Oligarchs and their hired Senators are MOBSTERS!***

This case involves **"trillions of dollars of stock market, financial and monopoly crimes"** by others. It is common knowledge that adversaries kill others in order to control trillions of dollars of anything. The USGS says the rare earth and energy mineral market is worth "trillions of dollars" which is also verified by hundreds of federal reports, CIA reports and news articles such as:

**- Trillion Motherlode of Lithium and Gold Discovered in ...**

🚫https://www.mining.com/1-trillion-motherlode-of-lithium-and-gold-discovered-in-afghanistan/

A recently unearthed 2007 United States Geological Service survey appears to have discovered nearly $1 **trillion in** mineral deposits in **Afghanistan**, far […] $1 **Trillion** Motherlode of **Lithium** and ...

**B. Rare Earth: Afghanistan Sits on $1 Trillion in Minerals**

https://www.nbcnews.com/science/science-news/rare-earth-afghanistan-sits-1-trillion-minerals-n196861

765

## Page 766  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

**Afghanistan** may be sitting on one of the richest troves of minerals in the world, valued at nearly $1 **trillion**, scientists say. ... zinc, mercury and **lithium**. ... while the Afghan government's ...

### C. Vast $Trillion Mineral Deposits Discovered in Afghanistan ...

thenewslink.com/afghanistan-lithium-trillion-dollar-mineral-deposits

**'Trillion dollar'** mineral deposits have been discovered in **Afghanistan** according to US officials. These deposits include vast quantities of iron, copper, and **lithium** (important to battery technologies).

### D. 1 trillion dollars of lithium in afghanistan

https://www.slideshare.net/hxmhxm/1-trillion-dollars-of-lithium-in-afghanistan

1 **trillion dollars of lithium in afghanistan** 1. U.S. Identifies Vast Mineral Riches in **Afghanistan** Tyler Hicks/The New York TimesA bleak Ghazni Province seems to offer little, but a Pentagon study says it may have among the world's largest deposits **oflithium**.By JAMES RISENPublished: June 13, 201WASHINGTON — The United States has discovered nearly $1 **trillion in** untapped mineraldeposits in ...


It is easy to understand that a business that generates trillions of dollars of profits would have a large organized crime operation involved in it that had members who were Senators and public agency officials who would go to great lengths, including felony crimes, to protect their endless supply of private jets, private islands and sex workers from these profits.

The U.S. Department Of Defense states that over 2300 United States citizens were killed in the fight for control of mineral and energy rights in Afghanistan. A large number of the deaths on Evidence Death List Document # 2021-DL3 were whistle-blowers in energy industry corruption relating to the "rare earth and energy mineral market". The related facts prove that some people regularly kill other people, or harm them, in order to control this multi-trillion dollar energy market. Victim/Witnesses's patents, technologies and work with the U.S. Government had a direct and overt ability to effect this market. Victim/Witnesses has proven there was 1.) the will, 2.) the motivation, 3.) the exclusive state-sponsored means, and 4.) a vast record of the suspects conducting the same exact attacks on Victim/Witnesses's peers.

Over 20 Congressional hearings verify the evidence. 5 different federal lawsuits and their court records verify the assertions. The FBI, Police offices and security experts affirm that the evidence provided. On two different occasions, Victim/Witnesses's car was rammed by a third party who then took off. Victim/Witnesses has received multiple phone, email and drive by death

threats. Over 20 different attacks have been undertaken against Victim/Witnesses as documented in Demand Document # 2021-DMDn45

In this SSA case, Victim/Witnesses's civil rights, human rights, legal rights, U.S. Constitutional rights and California Constitutional rights have been blockaded and violated. Additionally, SSA has prevented Victim/Witnesses from hiring a lawyer by minimizing their payments to such a barely survivable level that they can't afford proper legal or CPA support.

This, and additional evidence, further proves that major public figures had the means and intent to manipulate, and DID manipulate Victim/Witnesses's government money and benefits. The massive scope and dollar amount of the organized crime validates the scale or illegality and the depth of tactics which the suspects are known to stoop to in order to harm those in their way. The massive scope and dollar amount of the organized crime validates the scale or illegality and the depth of tactics which the suspects are known to stoop to in order to harm those in their way.

According to Victim/Witnesses's DOJ, FBI and CIA contacts: the U.S. Government, in particular the DOJ, have filed charges against over 100 individuals who hacked into the U.S. Government's highest level servers, including the DOE, DOJ and SSA servers on which Victim/Witnesses's records are kept. Individuals including: Wang Dong, Sun Kailiang, Wen Xinyu, Huang Zhenyu, and Gu Chunhui, who were officers in Unit 61398 of the Third Department of the Chinese People's Liberation Army (PLA) and Anatoliy Sergeyevich Kovalev, Aleksei Sergeyevich Morenets, 41, Evgenii Mikhaylovich, Serebriakov, 37, Ivan Sergeyevich Yermakov, 32, Artem Andreyevich Malyshev, 30, and Dmitriy Sergeyevich Badin, 27, who were each assigned to Military Unit 26165, and Oleg Mikhaylovich Sotnikov, 46, and Alexey Valerevich Minin, 46, who were also GRU officers, and hackers-for-hire including Kevin David Mitnick, Adrian Lamo, Albert Gonzalez, Matthew Bevan, Richard Pryce, Jeanson James Ancheta, Michael Calce, Kevin Poulsen, Jonathan James, The hacker known as ASTRA, The hacker known as GUCIFER, The hacker known as ANON 4CHAN, The for-hire hacking service known as "Hafnium" and THOUSANDS of other individuals had free access and free reign throughout NSA, FBI, SSA, DOJ, OPM, CIA and other government servers via the SPECTRE, EMOTET, PRIME ROOTKIT, SERCOMM BACKDOOR, NOTPETYA, MELTDOWN, MASTERKEY, RYZENFALL, FALLOUT, CHIMERA, and hundreds of other back doors and penetration vulnerabilities in Cisco, Intel, Juniper Networks, AMD, and other equipment.

Additionally, all of the core server penetration tools used by the CIA and the NSA were hacked by foreign nations and their core source code posted on the internet for all to use. It is well documented that most agency government servers, prior to 2020, were widely penetrated and manipulated. The hackers are all known to have sold, or provided the results of their work to famous politicians for use against their competitors.  Nancy Pelosi is an owner of the hacking

manipulation firm: CROWDSTRIKE. Crowdstrike and famous California Senators had the easy means, the motivations, the staffing, the resources and the known engagement of services to manipulate SSA, DOJ, SEC, FTC and other agency decisions and filing records in order to harm Victim/Witnesses, reporters and whistle-blowers who reported their crimes and corruptions.

Per:

- http://www.opensecrets.org/personal-finances/nancy-pelosi/net-worth?cid=N00007360&year=2011 )

- Per:

https://www.realclearinvestigations.com/articles/2020/10/09/pelosi_takes_big_stake_in_crowdstrike_democrat-tied_linchpin_of_russiagate_125557.html

...and hundreds of other articles.

Senators Pelosi, Feinstein and Harris owned the stock market assets in, and were friends with ,and were financed by the companies which competed with Victim/Witnesses and which Victim/Witnesses's technologies obsoleted. U.S. Senators and White House Staff have been proven to have the capability to alter, hide, delete or delay government decisions, results, activities, actions and to engage in reprisal actions against citizens that disclose their dirty deeds. Some of those Senators family members shared homes with Victim/Witnesses. Payments to Fusion GPS, Google, IN-Q-Tel, Gizmodo and related media attack groups have been documented between the perpetrators.

The hackers that work for corrupt Senators and White House staff, daily, used these tools and tactics to penetrate servers where Victim/Witnessess files, records and decision documents are kept:

A. Injection. Injection flaws, such as SQL, NoSQL, OS, and LDAP injection, occur when untrusted data is sent to an interpreter as part of a command or query. The attacker's hostile data can trick the interpreter into executing unintended commands or accessing data without proper authorization.

B. Broken Authentication. Application functions related to authentication and session management are often implemented incorrectly, allowing attackers to compromise passwords, keys, or session tokens, or to exploit other implementation flaws to assume other users' identities temporarily or permanently.

C. Sensitive Data Exposure. Many web applications and APIs do not properly protect sensitive data, such as financial, healthcare, and PII. Attackers may steal or modify such weakly protected

data to conduct credit card fraud, identity theft, or other crimes. Sensitive data may be compromised without extra protection, such as encryption at rest or in transit, and requires special precautions when exchanged with the browser.

D. XML External Entities (XXE). Many older or poorly configured XML processors evaluate external entity references within XML documents. External entities can be used to disclose internal files using the file URI handler, internal file shares, internal port scanning, remote code execution, and denial of service attacks.

E. Broken Access Control. Restrictions on what authenticated users are allowed to do are often not properly enforced. Attackers can exploit these flaws to access unauthorized functionality and/or data, such as access other users' accounts, view sensitive files, modify other users' data, change access rights, etc.

F. Security Misconfiguration. Security misconfiguration is the most commonly seen issue. This is commonly a result of insecure default configurations, incomplete or ad hoc configurations, open cloud storage, misconfigured HTTP headers, and verbose error messages containing sensitive information. Not only must all operating systems, frameworks, libraries, and applications be securely configured, but they must be patched/upgraded in a timely fashion.

G. Cross-Site Scripting XSS. XSS flaws occur whenever an application includes untrusted data in a new web page without proper validation or escaping, or updates an existing web page with user-supplied data using a browser API that can create HTML or JavaScript. XSS allows attackers to execute scripts in the victim's browser which can hijack user sessions, deface web sites, or redirect the user to malicious sites.

H. Insecure Deserialization. Insecure deserialization often leads to remote code execution. Even if deserialization flaws do not result in remote code execution, they can be used to perform attacks, including replay attacks, injection attacks, and privilege escalation attacks.

I. Using Components with Known Vulnerabilities. Components, such as libraries, frameworks, and other software modules, run with the same privileges as the application. If a vulnerable component is exploited, such an attack can facilitate serious data loss or server takeover. Applications and APIs using components with known vulnerabilities may undermine application defenses and enable various attacks and impacts.

J. Insufficient Logging & Monitoring. Insufficient logging and monitoring, coupled with missing or ineffective integration with incident response, allows attackers to further attack systems, maintain persistence, pivot to more systems, and tamper, extract, or destroy data. Most breach studies show time to detect a breach is over 200 days, typically detected by external parties rather than internal processes or monitoring.

769

Page 770  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

- In "Opposition Research" materials  ( https://en.wikipedia.org/wiki/Opposition_research  )
against Victim/Witnesses compiled by major law forms and contractors like Fusion GPS, Black
Cube, Media Matters, etc., the primary manner to harm Victim/Witnesses in reprisal for his help
to law enforcement was determined to be to: "Cut off all of income options". This effort was
effectively executed but there was the outstanding issue, for the attackers, of government
benefits. Government benefits are one of the hardest sources of income for "dirty tricks
operatives" ( ie: https://en.wikipedia.org/wiki/Dirty_Tricks )  ( ie:
https://en.wikipedia.org/wiki/Ratfucking  )  to cut-off. The intelligence agency-type tactic in that
case is called "the wall". In that tactic, the benefits for the target are simply never allowed to get
started. That was the purpose of the file and decision paperwork hacks on Victim/Witnesses's
SSA applications.

- Those and related parties are widely known by the FBI to have penetrated servers housing
Victim/Witnesses federal records, deleted files, moved files and changed files on orders from
their bosses. These hackers only work for politicians who pay them for their dirty tricks services.
White House and Senate officials are known to have hired such hackers.

- In the course of this case, government agencies mailed Victim/Witnesses other people's
confidential SSA medical records, in violation of HIPPA laws. This is yet another evidence point
proving that medical records were easily manipulated in this matter.

- Famous/notorious U.S.Senators were arrested, and had their staff arrested by the FBI and
police. Some of these Senators had foreign spies in their offices who were arrested and the rest of
their staffs have been placed under surveillance. Those Senators owned the stock of all of the
companies competing with Victim/Witnesses, secured the government monies for those
competitors. These Senator's, along with White House staff like Car Czar Steven Rattner who
was indicted for stock market fraud and White House financier Ray Lane who was indicted for
massive tax fraud , have been proven to have hired Fusion GPS, Gawker/Gizmodo Media,
Google and most of the attackers contracted to attack Victim/Witnesses. Those attack services
are widely known to employ foreign hackers for their server attacks.


This, and additional evidence, proves that Victim/Witnesses's files, records and benefit decision
documents were hacked into, or otherwise illegally accessed, by individuals who deleted, hid,
changed, altered, re-directed or modified those materials in a manner harmful, biased and
abusive to Victim/Witnesses's applications, political rights and Constitutional rights, as vendetta,
reprisal, revenge, punishment for Victim/Witnesses's help to law enforcement in a State and
Federal law enforcement investigation.

770

Page 771  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

Government officials have blocked Victim/Witnesses's legal rights, rights to fair representation and equitable hearing rights as reprisal for assistance in a felony investigation of those officials.

The Inspector General Complaint Submission Document: "DAMAGES BACK-UP DATA rev 2.4.pdf" details these rights damages at length.

Victim/Witnesses have been "black-listed" from getting legal represenation. Even though the law in California (Cal. Lab. Code § § 1050 to 1053) says that an entity can't prevent or attempt to prevent former workers from getting work or representation through misrepresentation, knowingly permitting or failing to take reasonable steps to prevent blacklisting, or make a statement about why an employee was discharged or left employment, implying something other than what is explicitly said, or providing information that was not requested: It is done every day in Silicon Valley.  The "Silicon Valley No Poaching Black-List" class-action lawsuit, the "AngelGate Scandal Investigation" , and many other notorious scandals and books are about this issue. Federal FAR Section 9.104-1 (d), and related laws, apply. Blacklisting is a key part of the IC Vendetta Cycle attacks. The victims also suffered damage to their rights under the Age Discrimination in Employment Act (ADEA) (29 USC Sec. 621, et seq.); the Americans with Disabilities Act (42 USC Sec. 12181, et seq.); the Civil Rights Acts - (42 USC Sec. 2000, et seq.); the Davis-Bacon Act (40 USC Sec. 276a, et seq.); the Employee Retirement Income Security Act (ERISA) (29 USC Sec. 1001, et seq.); the Equal Pay Act (29 USC Sec. 206[d]) and other violations.

Each and every law firm capable of handling Victim/Witnesses case has been contracted, paid and/or influenced so that they are "conflicted out" from representing Victim/Witnesses. Law firm Mofo was threatened if they helped Victim/Witnesses. Lawyer Amy Anderson was threatened and lost her license for attempting to help Victim/Witnesses. Every lawyer or law firm who attempts to help Victim/Witnesses is hired by Defendants, or their agents and threatened or compromised in order to prevent them from helping Victim/Witnesses because this case affects trillions of dollars of energy industry profits, the White House, billionaire oligarchs and multi millionaire corrupt Senators. In fact, this issue lies at the root of this entire corruption case. Sociopath over-moneyed Silicon Valley oligarchs have hire Morrison Foerster, Wilson Sonsini, Perkins Coie, Covington Burling and every other major law firm and lobbyist and told them to "kill everyone and destroy everything that I don't like…". These law firms (controlled by Mark Zuckerberg, Elon Musk, Larry Page, Eric Schmidt, Steve Westly, Vinod Khosla, Laurene Powell Jobs, Nancy Pelosi, etc. All of whom have nearly a trillion dollars of funds at their disposal) have carte blanche and unlimited payments to run coups, character assassination campaigns, money laundering and other crimes for the oligarchs. They have the staffing to do these things and zero incentive to not do crimes. These law firms are the dirty deeds teams for

771

the mobster-like suspects and there is no law enforcement body with the will nor resources to stop them. It is a violation of the U.S. Constitution to tell Victim/Witnesses to "go get a law firm" when EVERY possible, equitable, law firm works for, and is massively compensated by, the criminals that need to be sued. Both the politicians AND the tech oligarchs charged with these crimes have hired the very law firms that government agencies have told Victim/Witnesses to go out and hire.

There is a precedent that was set in the US Supreme Court case: Gideon v. Wainwright, (1963) that clarifies that you have a right to a lawyer even if you don't have money for one.  The Sixth Amendment, as applied to the states through the Fourteenth Amendment Due Process Clause gives one their Due Process rights. One needs to kill someone, though, to most easily get your free lawyer, since the court-appointed lawyer is rarely ever appointed, on citizens behalf, in a case like this. Even if a defendant is represented by an attorney of his or her choosing, he or she may be entitled to relief on appeal if the attorney did not provide adequate representation. A defendant must demonstrate that the attorney's performance "fell below an objective standard of reasonableness" and that this was prejudicial to the case. See:

*Strickland v. Washington*

( *https://supreme.justia.com/cases/federal/us/466/668/case.html* )

, 466 U.S. 668, 688-92 (1984).  A few "free lawyers", that victims had tried, turned out to be working for the opposition side.

The federal organization: https://www.lsc.gov is required to help but has refused because it's administrators were friends with, and appointed by, the public officials charged with corruption in this case.Victim/Witnesses have personally asked the Attorney General, The Director of the FBI and the U.S. Attorney's office for representation but they have been told not to respond because the case is politically embarrassing to major public officials and their corrupt Silicon Valley financiers. Victim/Witnesses contacted David L. Anderson, U.S. Attorney for the Northern District of California, and his senior staff, via certified letter and requested that they assist with the case but senior DOJ officials in Washington, DC refused to respond to the Northern District.

The government agencies who have told Victim/Witnesses that Victim/Witnesses should "hire a law firm and sue them", in order to resolve this matter, are the same government agencies that have cut-off, or blockaded Victim/Witnesses income sources in order to prevent Victim/Witnesses from being able to afford to hire a law firm to sue them.

SSA provided Victim/Witnesses with a list of "free lawyers". Upon FBI-level investigation of

every "free lawyer" on the list, (via their financial contributions, voting records, leaked emails, social media postings, event attendance, public records, social connections lists online and other surveillance data) they all worked for, or with the opposition interests and could not have possibly provided unbiased services. In fact, multiple lawyers have contacted Victim/Witnesses who turned out to be working for the opposition. They were sent in to delay, or redirect, Victim/Witnesses in order to keep the cases from being filed or properly prosecuted in order to protect the suspects. This is a common infiltration procedure widely documented in CIA, British secret service, Russian FSB and Snowden leaks documents on IC dirty tricks tactics.

Agency staff were ordered to harm Victim/Witnessess by manipulating their benefits in order to deny, delay, obfuscate and reduce their income as reprisal for their assistance to law enforcement in a political corruption and money laundering matter. Agency staff, ranging from the lowest level staff and up to the director headquarters offices, participated in this reprisal-vendetta-revenge action to harm Victim/Witnessess.

Victim/Witnesses's peers have filed DOJ and FBI criminal referrals, launched federal investigations and the assertions have been proven in numerous IG, FBI, Congressional and major news media investigations. Agency offices have failed to provide responsive FOIA requested data, hearing investigation data and fair responses because some of their staff are STILL operating a criminal cover-up which has now been update-reported to the FBI, Congress, the IG, the AG and investigative reporters.

Other federal agencies have complied, verified and provided the requested deliverables. SSA and DOE have pointed the searchlight of suspicion on themselves, laser-like, by their overt failure to comply, unlike every other agency. Ironically, the political financing of their executives and their personal relationships "happens" to be with the exact same Silicon Valley oligarchs under felony criminal investigations. The stock market brokerage records, family trust accounts, PAC trace-routing, Interpol records and SEC investigation records proves it!

Precedents, and the law, provide that, under the circumstances, the government must provide a law firm and CPA service to Victim/Witnesses, at no charge to Victim/Witnesses, to mediate a resolution to these issues. SSA must take an effective hand in coordinating these services to be provided to Victim/Witnesses.

This, and additional evidence, proves that Victim/Witnesses's rights to equitable legal representation, as required by law, have been denied and blockaded

## The RICO Racketeering Complaint And Reprisal Complaints

Everything in this report has also been filed as an inspector general complaint, an FBI criminal referral, an FTC demand for anti-trust charges against the  defendants and a general law enforcement advisory on behalf of the public

The UNITED STATES GOVERNMENT has been asked to join the RICO Racketeering case as Co-Plaintiff

The bad guys in these RICO cases are named, below, and you can web search each of their names and find some pretty shocking news articles about their notorious manipulations of public policy and their nefarious actions in the corrupton of the government.


**ERIC SCHMIDT**
**539 S. Mapleton Dr**
**Holmby Hills, California 90024**

**STEVEN CHU**
**Via: C T Corporation System**
**1015 15th Street, N.W.**
**Suite 1000**
**Washington, D.C. 20005**

**NATIONAL VENTURE CAPITAL ASSOCIATION**
**Via: C T Corporation System**
**1015 15th Street, N.W.**
**Suite 1000**
**Washington, D.C. 20005**

**JOSEPH BIDEN in his official capacity as**
**President of the United States,**
**1600 Pennsylvania Avenue NW**
**Washington, DC 20500**

**EXECUTIVE OFFICE OF THE PRESIDENT**
**1600 Pennsylvania Avenue NW**
**Washington, DC 20500,**

**THE WHITE HOUSE OFFICE**
**1600 Pennsylvania Avenue NW**
**Washington, DC 20500**

774

Page 775  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

**OFFICE OF THE VICE PRESIDENT**
**1600 Pennsylvania Avenue NW**
**Washington, DC 20500**

**JEN PSAKI,**
**in her official capacity as Press Secretary**
**to the President of the United States,**
**1600 Pennsylvania Avenue NW**
**Washington, D.C. 20500;**

**THE CLINTON FOUNDATION a/k/a Bill, Hillary & Chelsea Clinton Foundation 1200 President Clinton Avenue**
**Little Rock, Arkansas 72201**

**Via: Corporation Service Company**
**1090 Vermont Ave., N.W.**
**Washington, D.C. 20005**

**THE CLINTON GLOBAL INITIATIVE**
**1200 President Clinton Avenue**
**Little Rock, Arkansas 72201**

**Via: John Tisdale (Registered Agent)**
**200 West Capitol, Suite 2300**
**Little Rock, Arkansas 72201**

**&**

**1271 6th Avenue**
**New York, NY 10020**

**THE CLINTON GUISTRA PARTNERSHIP**
**c/o Frank Giustra**
**1502 San Ysidro Drive**
**Beverly Hills, California 90210**

**MEDIA MATTERS FOR AMERICA**
**455 Massachusetts Avenue, N.W.**
**Suite 600**
**Washington, D.C. 20001**

**Via: DAVID BROCK**
**455 Massachusetts Avenue, N.W.**
**Suite 600**
**Washington, D.C. 20001**

775

Page 776  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

**CORRECT THE RECORD**
**455 Massachusetts Avenue, N.W.**
**Suite 660**
**Washington, D.C. 20001**

**THE NICK DENTON TABLOID EMPIRE**
**Via: C T Corporation System**
**1015 15th Street, N.W.**
**Suite 1000**
**Washington, D.C. 20005**

**AMERICAN BRIDGE 21st CENTURY**
**455 Massachusetts Avenue, N.W.**
**Suite 600**
**Washington, D.C. 20001**

**Via: C T Corporation System**
**1015 15th Street, N.W.**
**Suite 1000**
**Washington, D.C. 20005**

**CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON (CREW)**
**455 Massachusetts Avenue, N.W.**
**6th Floor**
**Washington, D.C. 20001**

**Via: C T Corporation System**
**1015 15th Street, N.W.**
**Suite 1000**
**Washington, D.C. 20005**

**SHAREBLUE**
**c/o David Brock**
**2130 Cathedral Avenue, N.W.**
**Washington, D.C. 20008**

**&**

**Corporation Trust Company**
**Registered Agent for True Blue Media, LLC**
**Corporation Trust Center**
**1209 Orange Street**
**Wilmington, Delaware 19801**

**DAVID BROCK**
**2130 Cathedral Avenue, N.W.**
**Washington, D.C. 20008**

776

Page 777  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

**WILLIAM JEFFERSON CLINTON**
**15 Old House Lane**
**Chappaqua, New York 10514**

**HILLARY RODHAM CLINTON**
**15 Old House Lane**
**Chappaqua, New York 10514**

 **&**

 **3067 Whitehaven Street, N.W.**
**Washington, D.C. 20008**

**GEORGE SOROS**
**178 Cantitoe Street**
**Katonah, NY 10536**

**JOHN PODESTA**
**3743 Brandywine Street, N.W.**
**Washington, D.C. 20016**

**JONATHAN WACKROW**
**44 Stavola Road**
**Middletown, New Jersey 07748**

**CARDINAL & PINE**
**Via: C T Corporation System**
**1015 15th Street, N.W.**
**Suite 1000**
**Washington, D.C. 20005**

**PACRONYM**
**Via: C T Corporation System**
**1015 15th Street, N.W.**
**Suite 1000**
**Washington, D.C. 20005**

**ACRONYM**
**Via: C T Corporation System**
**1015 15th Street, N.W.**
**Suite 1000**
**Washington, D.C. 20005**

**THE AMERICANO**
**Via: C T Corporation System**
**1015 15th Street, N.W.**
**Suite 1000**
**Washington, D.C. 20005**

**INVESTING IN US**
**Via: C T Corporation System**
**1015 15th Street, N.W.**
**Suite 1000**
**Washington, D.C. 20005**

**SHADOW INC**
**Via: C T Corporation System**
**1015 15th Street, N.W.**
**Suite 1000**
**Washington, D.C. 20005**

**COURIER NEWSROOM**
**Via: C T Corporation System**
**1015 15th Street, N.W.**
**Suite 1000**
**Washington, D.C. 20005**

**IN-Q-TEL**
**Via: C T Corporation System**
**1015 15th Street, N.W.**
**Suite 1000**
**Washington, D.C. 20005**

**GAWKER MEDIA**
**Via: C T Corporation System**
**1015 15th Street, N.W.**
**Suite 1000**
**Washington, D.C. 20005**

**JALOPNIK**
**Via: C T Corporation System**
**1015 15th Street, N.W.**
**Suite 1000**
**Washington, D.C. 20005**

**GIZMODO MEDIA**
**Via: C T Corporation System**
**1015 15th Street, N.W.**
**Suite 1000**
**Washington, D.C. 20005**

**K2 INTELLIGENCE**
**Via: C T Corporation System**
**1015 15th Street, N.W.**
**Suite 1000**
**Washington, D.C. 20005**

778

Page 779  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

**WIKISTRAT**
**Via: C T Corporation System**
**1015 15th Street, N.W.**
**Suite 1000**
**Washington, D.C. 20005**

**PODESTA GROUP**
**Via: C T Corporation System**
**1015 15th Street, N.W.**
**Suite 1000**
**Washington, D.C. 20005**

**FUSION GPS**
**Via: C T Corporation System**
**1015 15th Street, N.W.**
**Suite 1000**
**Washington, D.C. 20005**

**GOOGLE**
**Via: C T Corporation System**
**1015 15th Street, N.W.**
**Suite 1000**
**Washington, D.C. 20005**

**YOUTUBE**
**Via: C T Corporation System**
**1015 15th Street, N.W.**
**Suite 1000**
**Washington, D.C. 20005**

**ALPHABET**
**Via: C T Corporation System**
**1015 15th Street, N.W.**
**Suite 1000**
**Washington, D.C. 20005**

**FACEBOOK**
**Via: C T Corporation System**
**1015 15th Street, N.W.**
**Suite 1000**
**Washington, D.C. 20005**

**TWITTER**
**Via: C T Corporation System**
**1015 15th Street, N.W.**
**Suite 1000**
**Washington, D.C. 20005**

Page 780  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

**THINK PROGRESS CONSULTING**
**Via: C T Corporation System**
**1015 15th Street, N.W.**
**Suite 1000**
**Washington, D.C. 20005**

**MEDIA MATTERS**
**Via: C T Corporation System**
**1015 15th Street, N.W.**
**Suite 1000**
**Washington, D.C. 20005**

**BLACK CUBE**
**Via: C T Corporation System**
**1015 15th Street, N.W.**
**Suite 1000**
**Washington, D.C. 20005**

**ORBIS BUSINESS INTELLIGENCE**
**Via: C T Corporation System**
**1015 15th Street, N.W.**
**Suite 1000**
**Washington, D.C. 20005**

**UNDERCOVER GLOBAL LTD**
**Via: C T Corporation System**
**1015 15th Street, N.W.**
**Suite 1000**
**Washington, D.C. 20005**

**JIGSAW**
**Via: C T Corporation System**
**1015 15th Street, N.W.**
**Suite 1000**
**Washington, D.C. 20005**

**SHAREBLUE/ACRONYM OFFICES**
**Via: C T Corporation System**
**1015 15th Street, N.W.**
**Suite 1000**
**Washington, D.C. 20005**

**VERSA LLC**
**Via: C T Corporation System**
**1015 15th Street, N.W.**
**Suite 1000**
**Washington, D.C. 20005**

Page 781  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

**AMERICAN LEDGER**
**Via: C T Corporation System**
**1015 15th Street, N.W.**
**Suite 1000**
**Washington, D.C. 20005**

**SUPERMAJORITY NEWS**
**Via: C T Corporation System**
**1015 15th Street, N.W.**
**Suite 1000**
**Washington, D.C. 20005**

**NEW VENTURE FUND**
**Via: C T Corporation System**
**1015 15th Street, N.W.**
**Suite 1000**
**Washington, D.C. 20005**

**SIXTEEN THIRTY FUND**
**Via: C T Corporation System**
**1015 15th Street, N.W.**
**Suite 1000**
**Washington, D.C. 20005**

**SID BLUMENTHAL**
**Via: C T Corporation System**
**1015 15th Street, N.W.**
**Suite 1000**
**Washington, D.C. 20005**

**STATES NEWSROOM**
**Via: C T Corporation System**
**1015 15th Street, N.W.**
**Suite 1000**
**Washington, D.C. 20005**

**HOPEWELL FUND**
**Via: C T Corporation System**
**1015 15th Street, N.W.**
**Suite 1000**
**Washington, D.C. 20005**

**AMPLIFIRE NEWS**
**Via: C T Corporation System**
**1015 15th Street, N.W.**
**Suite 1000**
**Washington, D.C. 20005**

**AMERICAN BRIDGE GROUP**
**Via: C T Corporation System**
**1015 15th Street, N.W.**
**Suite 1000**
**Washington, D.C. 20005**

**PLOUFFE CONSULTING**
**Via: C T Corporation System**
**1015 15th Street, N.W.**
**Suite 1000**
**Washington, D.C. 20005**

**PANTSUIT NATION**
**Via: C T Corporation System**
**1015 15th Street, N.W.**
**Suite 1000**
**Washington, D.C. 20005**

**MOTIVEAI**
**Via: C T Corporation System**
**1015 15th Street, N.W.**
**Suite 1000**
**Washington, D.C. 20005**

**AMERICAN BRIDGE 21ST CENTURY FOUNDATION FUND**
**Via: C T Corporation System**
**1015 15th Street, N.W.**
**Suite 1000**
**Washington, D.C. 20005**

**PRIORITIES USA**
**Via: C T Corporation System**
**1015 15th Street, N.W.**
**Suite 1000**
**Washington, D.C. 20005**

**SUNSHINE SACHS**
**Via: C T Corporation System**
**1015 15th Street, N.W.**
**Suite 1000**
**Washington, D.C. 20005**

**THE AMERICAN INDEPENDENT FOUNDATION**
**Via: C T Corporation System**
**1015 15th Street, N.W.**
**Suite 1000**
**Washington, D.C. 20005**

Page 783  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

**COVINGTON AND BURLING**
**Via: C T Corporation System**
**1015 15th Street, N.W.**
**Suite 1000**
**Washington, D.C. 20005**

**BUZZFEED**
**Via: C T Corporation System**
**1015 15th Street, N.W.**
**Suite 1000**
**Washington, D.C. 20005**

**THE AMERICAN INDEPENDENT**
**Via: C T Corporation System**
**1015 15th Street, N.W.**
**Suite 1000**
**Washington, D.C. 20005**

**PERKINS COIE**
**Via: C T Corporation System**
**1015 15th Street, N.W.**
**Suite 1000**
**Washington, D.C. 20005**

**SECONDARY INFEKTION**
**Via: C T Corporation System**
**1015 15th Street, N.W.**
**Suite 1000**
**Washington, D.C. 20005**

**WILSON SONSINI**
**Via: C T Corporation System**
**1015 15th Street, N.W.**
**Suite 1000**
**Washington, D.C. 20005**

**GOOGLE/ALPHABET/YOUTUBE FUND**
**Via: C T Corporation System**
**1015 15th Street, N.W.**
**Suite 1000**
**Washington, D.C. 20005**

**THE NATIONAL VENTURE CAPITAL ASSOCIATION LOBBY GROUP**
**Via: C T Corporation System**
**1015 15th Street, N.W.**
**Suite 1000**
**Washington, D.C. 20005**

783

Page 784  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

**SPACEX**
**Via: C T Corporation System**
**1015 15th Street, N.W.**
**Suite 1000**
**Washington, D.C. 20005**

**LACHLAN SEWARD**
**Via: C T Corporation System**
**1015 15th Street, N.W.**
**Suite 1000**
**Washington, D.C. 20005**

**RAHM EMANUAL**
**Via: C T Corporation System**
**1015 15th Street, N.W.**
**Suite 1000**
**Washington, D.C. 20005**

**ROBERT GIBBS**
**Via: C T Corporation System**
**1015 15th Street, N.W.**
**Suite 1000**
**Washington, D.C. 20005**

**DAVID AXELROD**
**Via: C T Corporation System**
**1015 15th Street, N.W.**
**Suite 1000**
**Washington, D.C. 20005**

**BARACK OBAMA**
**Via: C T Corporation System**
**1015 15th Street, N.W.**
**Suite 1000**
**Washington, D.C. 20005**

**LARRY SUMMERS**
**Via: C T Corporation System**
**1015 15th Street, N.W.**
**Suite 1000**
**Washington, D.C. 20005**

**BILL DALEY**
**Via: C T Corporation System**
**1015 15th Street, N.W.**
**Suite 1000**
**Washington, D.C. 20005**

784

**STEVE RATTNER**
**Via: C T Corporation System**
**1015 15th Street, N.W.**
**Suite 1000**
**Washington, D.C. 20005**

**ERIC HOLDER**
**Via: C T Corporation System**
**1015 15th Street, N.W.**
**Suite 1000**
**Washington, D.C. 20005**

**LARRY PAGE**
**Via: C T Corporation System**
**1015 15th Street, N.W.**
**Suite 1000**
**Washington, D.C. 20005**

**JOHN DOERR**
**Via: C T Corporation System**
**1015 15th Street, N.W.**
**Suite 1000**
**Washington, D.C. 20005**

**STEVE WESTLY**
**Via: C T Corporation System**
**1015 15th Street, N.W.**
**Suite 1000**
**Washington, D.C. 20005**

**RICHARD BLUM**
**Via: C T Corporation System**
**1015 15th Street, N.W.**
**Suite 1000**
**Washington, D.C. 20005**

**RAY LANE**
**Via: C T Corporation System**
**1015 15th Street, N.W.**
**Suite 1000**
**Washington, D.C. 20005**

**ELON MUSK**
**Via: C T Corporation System**
**1015 15th Street, N.W.**
**Suite 1000**
**Washington, D.C. 20005**

**ANDY BECHTOLSHEIM**
**Via: C T Corporation System**
**1015 15th Street, N.W.**
**Suite 1000**
**Washington, D.C. 20005**

**VINOD KHOSLA**
**Via: C T Corporation System**
**1015 15th Street, N.W.**
**Suite 1000**
**Washington, D.C. 20005**

**MARTIN LAGOD**
**Via: C T Corporation System**
**1015 15th Street, N.W.**
**Suite 1000**
**Washington, D.C. 20005**

**LATHAM AND WATKINS**
**Via: C T Corporation System**
**1015 15th Street, N.W.**
**Suite 1000**
**Washington, D.C. 20005**

**IRA EHRENPREIS**
**Via: C T Corporation System**
**1015 15th Street, N.W.**
**Suite 1000**
**Washington, D.C. 20005**

**ERIC STRICKLAND**
**Via: C T Corporation System**
**1015 15th Street, N.W.**
**Suite 1000**
**Washington, D.C. 20005**

**IN-Q-TEL, INC.**
**Via: C T Corporation System**
**1015 15th Street, N.W.**
**Suite 1000**
**Washington, D.C. 20005**

**TIM DRAPER**
**Via: C T Corporation System**
**1015 15th Street, N.W.**
**Suite 1000**
**Washington, D.C. 20005**

786

Page 787  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

**LLOYD CRAIG BLANKFEIN**
**Via: C T Corporation System**
**1015 15th Street, N.W.**
**Suite 1000**
**Washington, D.C. 20005**

**RAJ GUPTA**
**Via: C T Corporation System**
**1015 15th Street, N.W.**
**Suite 1000**
**Washington, D.C. 20005**

**BRIAN GONCHER**
**Via: C T Corporation System**
**1015 15th Street, N.W.**
**Suite 1000**
**Washington, D.C. 20005**

**JOHN MOLINARI**
**Via: C T Corporation System**
**1015 15th Street, N.W.**
**Suite 1000**
**Washington, D.C. 20005**

**GOLDMAN SACHS**
**Via: C T Corporation System**
**1015 15th Street, N.W.**
**Suite 1000**
**Washington, D.C. 20005**

**KLEINER PERKINS**
**Via: C T Corporation System**
**1015 15th Street, N.W.**
**Suite 1000**
**Washington, D.C. 20005**

**DRAPER FISHER**
**Via: C T Corporation System**
**1015 15th Street, N.W.**
**Suite 1000**
**Washington, D.C. 20005**

**MCKINSEY CONSULTING**
**Via: C T Corporation System**
**1015 15th Street, N.W.**
**Suite 1000**
**Washington, D.C. 20005**

**JOHN DENNISTON**
**Via: C T Corporation System**
**1015 15th Street, N.W.**
**Suite 1000**
**Washington, D.C. 20005**

**DIANNE FEINSTEIN**
**Via: C T Corporation System**
**1015 15th Street, N.W.**
**Suite 1000**
**Washington, D.C. 20005**

**HARRY REID**
**Via: C T Corporation System**
**1015 15th Street, N.W.**
**Suite 1000**
**Washington, D.C. 20005**

**LELAND YEE**
**Via: C T Corporation System**
**1015 15th Street, N.W.**
**Suite 1000**
**Washington, D.C. 20005**

**LOIS LERNER**
**Via: C T Corporation System**
**1015 15th Street, N.W.**
**Suite 1000**
**Washington, D.C. 20005**

**JAMES BROWN JR**
**Via: C T Corporation System**
**1015 15th Street, N.W.**
**Suite 1000**
**Washington, D.C. 20005**

**DANIEL COHEN**
**Via: C T Corporation System**
**1015 15th Street, N.W.**
**Suite 1000**
**Washington, D.C. 20005**

**JONATHAN SILVER**
**Via: C T Corporation System**
**1015 15th Street, N.W.**
**Suite 1000**
**Washington, D.C. 20005**

Page 789  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

**BILL LOCKYER**
**Via: C T Corporation System**
**1015 15th Street, N.W.**
**Suite 1000**
**Washington, D.C. 20005**

**STEVE JURVETSON**
**Via: C T Corporation System**
**1015 15th Street, N.W.**
**Suite 1000**
**Washington, D.C. 20005**

**KATHY ZOI**
**Via: C T Corporation System**
**1015 15th Street, N.W.**
**Suite 1000**
**Washington, D.C. 20005**

**CAROL BATTERSHAL**
**Via: C T Corporation System**
**1015 15th Street, N.W.**
**Suite 1000**
**Washington, D.C. 20005**

**MATT ROGERS**
**Via: C T Corporation System**
**1015 15th Street, N.W.**
**Suite 1000**
**Washington, D.C. 20005**

**STEVE SPINNER**
**Via: C T Corporation System**
**1015 15th Street, N.W.**
**Suite 1000**
**Washington, D.C. 20005**

**ALISON SPINNER**
**Via: C T Corporation System**
**1015 15th Street, N.W.**
**Suite 1000**
**Washington, D.C. 20005**

**GAWKER MEDIA**
**Via: C T Corporation System**
**1015 15th Street, N.W.**
**Suite 1000**
**Washington, D.C. 20005**

789

**JEZEBEL MEDIA**
**Via: C T Corporation System**
**1015 15th Street, N.W.**
**Suite 1000**
**Washington, D.C. 20005**

**GIZMODO MEDIA**
**Via: C T Corporation System**
**1015 15th Street, N.W.**
**Suite 1000**
**Washington, D.C. 20005**

**JALOPNIK**
**Via: C T Corporation System**
**1015 15th Street, N.W.**
**Suite 1000**
**Washington, D.C. 20005**

**JAY CARNEY**
**Via: C T Corporation System**
**1015 15th Street, N.W.**
**Suite 1000**
**Washington, D.C. 20005**
**DAVID PLOUFFE**
**Via: C T Corporation System**
**1015 15th Street, N.W.**
**Suite 1000**
**Washington, D.C. 20005**

**JOHN COOK**
**Via: C T Corporation System**
**1015 15th Street, N.W.**
**Suite 1000**
**Washington, D.C. 20005**

**NICHOLAS GUIDO DENTON**
**Via: C T Corporation System**
**1015 15th Street, N.W.**
**Suite 1000**
**Washington, D.C. 20005**

**JOHN HERRMAN**
**Via: C T Corporation System**
**1015 15th Street, N.W.**
**Suite 1000**
**Washington, D.C. 20005**

Page 791   EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

**ADRIAN COVERT**
**Via: C T Corporation System**
**1015 15th Street, N.W.**
**Suite 1000**
**Washington, D.C. 20005**

**PATRICK GEORGE**
**Via: C T Corporation System**
**1015 15th Street, N.W.**
**Suite 1000**
**Washington, D.C. 20005**

**GABRIELLE DARBYSHIRE**
**Via: C T Corporation System**
**1015 15th Street, N.W.**
**Suite 1000**
**Washington, D.C. 20005**

**A.J. DELAURIO, AS WELL AS THROUGH ITS PSEUDONYMOUS AUTHORS, INCLUDING: ADAM DACHIS, ADAM WEINSTEIN, ADRIEN CHEN, ALAN HENRY, ALBERT BURNEKO, ALEX BALK, ALEXANDER PAREENE, ALEXANDRA PHILIPPIDES, ALLISON WENTZ, ANDREW COLLINS, ANDREW MAGARY, ANDREW ORIN, ANGELICA ALZONA, ANNA MERLAN, ARIANA COHEN, ASHLEY FEINBERG, AVA GYURINA, BARRY PETCHESKY, BRENDAN I. KOERNER, BRENDAN O'CONNOR, BRENT ROSE, BRIAN HICKEY, CAMILA CABRER, CHOIRE SICHA, CHRIS MOHNEY, CLOVER HOPE, DANIEL MORGAN, DAVID MATTHEWS, DIANA MOSKOVITZ, ELEANOR SHECHET, ELIZABETH SPIERS, ELIZABETH STARKEY, EMILY GOULD, EMILY HERZIG, EMMA CARMICHAEL, ERIN RYAN, ETHAN SOMMER, EYAL EBEL, GABRIELLE, BLUESTONE, GABRIELLE DARBYSHIRE, GEORGINA K. FAIRCLOTH, GREGORY HOWARD, HAMILTON, NOLAN, HANNAH KEYSER, HUDSON HONGO. HEATHER DEITRICH, HUGO SCHWYZER, HUNTER SLATON, IAN FETTE, IRIN CARMON, JAMES J. COOKE, JAMES KING, JENNIFER OUELLETTE, JESSE OXFELD, JESSICA COHEN, JESUS DIAZ, JILLIAN SCHULZ, JOANNA ROTHKOPF, JORDAN SARGENT, JOSEPH KEENAN TROTTER, JOSH STEIN, JULIA ALLISON, JULIANNE E. SHEPHERD, JUSTIN HYDE, KATE DRIES, KATHARINE TRENDACOSTA, KATHERINE DRUMMOND, KELLY STOUT, KERRIE UTHOFF, KEVIN DRAPER, LACEY DONOHUE, LUCY HALLER, LUKE MALONE, MADELEINE DAVIES, MADELINE DAVIS, MARIO AGUILAR, MATT HARDIGREE, MATT NOVAK, MICHAEL BALLABAN, MICHAEL DOBBS, MICHAEL SPINELLI, NEAL UNGERLEIDER, NICHOLAS ASTER, OMAR KARDOUDI, PIERRE OMIDYAR, OWEN THOMAS, PATRICK GEORGE, PATRICK LAFFOON, PATRICK REDFORD, RICH JUZWIAK, RICHARD BLAKELY, RICHARD RUSHFIELD, ROBERT FINGER, ROBERT SOROKANICH, RORY WALTZER, ROSA GOLIJAN, RYAN BROWN, RYAN GOLDBERG, SAM FAULKNER BIDLE, SAM WOOLLEY, SAMAR KALAF, SARAH RAMEY, SHANNON MARIE DONNELLY, SHEP MCALLISTER, SOPHIE KLEEMAN, STEPHEN TOTILO, TAMAR WINBERG, TARYN SCHWEITZER, TAYLORMCKNIGHT, THORIN KLOSOWSKI, TIM MARCHMAN, TIMOTHY**

791

Page 792  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

**BURKE, TOBEY GRUMET SEGAL, TOM LEY, TOM SCOCCA, VERONICA DE SOUZA, WES SILER, WILLIAM HAISLEY, WILLIAM TURTON** AND OTHERS WRITING UNDER PSEUDONYMS

**AND NUMEROUS UNKNOWN DOE'S 1-100 INCLUDING UNITED STATES GOVERNMENT AND CALIFORNIA STATE GOVERNMENT ELECTED, APPOINTED AND HIRED PUBLIC OFFICIALS**

Those are some of the key "bad guys" in the corruption matter. Jury trials have been demanded but the Defendants have spent millions of dollars to blockade any jury trial from every happening because they know that their Cartel will be exposed in any such trial.

792

# We're Not Saying It's Mobsters But…It's Mobsters

Per the Office of the Clerk of this honorable Court, in order to assist the Court after being assured that a RICO Case Statement is never *prohibited*, this Complaint (and analogous follow-on Complaints) will be proceeded by such a Case Statement.

As will be referenced below, allegations contained within this RICO Case Statement, RICO Complaint and Anti-Trust filing are based upon eye-witness information, FBI reports, FTC reports, GAO reports, Congressional Ethics Reports, SEC reports, FEC reports, good faith information and belief.

Social Security Administration records and servers were hacked and manipulated. Data and decision materials harmful to lead Plaintiff were manipulated and political reprisal actions were undertaken by Social Security officials in order to punish lead Plaintiff for his whistle-blower and law enforcement actions in a substantial organized crime case.

Victim/Witnesses' were induced to invest millions of dollars, and all of their life savings, in a government run project. It was later discovered that *every government operator of that project was either financed by, friends, with, sleeping with, dating the staff of, holding stock market assets in, promised a revolving door job or government service contracts from, partying with, personal friends with, photographed at private events with, exchanging emails with, business associates of or directed by; the Victim/Witnesses' business adversaries, or the politicians that those business adversaries pay campaign finances to, or supply political digital search manipulation services to. They all used the same couple of law-firms, investment bankers, CPA's, lobbyists and policy manipulation operatives. There can be no question about the fact that the government officials involved "colluded", "conspired" and "coordinated" for their own, personal, unjust gain and quid pro quo. Crooked government employees and contractors made billions of dollars in unjust gains while Victim/Witnesses' lost billions of dollars BECAUSE crooked government employees and contractors engaged in these crimes, defrauded Victim/Witnesses' and used Victim/Witnesses' as a smoke-screen to cover-up their crimes. That "project" turned out to be an operation of the Tech Cartel described in this document as an organized crime endeavor.*

To be clear: *EACH CITY, STATE, COUNTY AND FEDERAL OFFICIAL CHARGED IN THIS MATTER WAS RECEIVING STOCK MARKET ASSETS, DIRECT CASH PAYMENTS, POLITICAL CAREER EXCLUSIVES, SEX WORKER EXCHANGES, REAL ESTATE PERKS, PROMOTIONS AND OTHER BRIBES; AND THOSE OFFICIALS HAD INVESTMENT, PERSONAL AND POLITICAL AFFILIATIONS WITH THE*

***ADVERSARIES CHARGED HEREIN; <u>AND </u>THOSE OFFICIALS HAVE BEEN FOUND, BY FEDERAL INVESTIGATORS, TO HAVE USED SPY AGENCY RESOURCES TO ATTACK PLAINTIFF IN REPRISAL <u>AND</u> IN ANTI-COMPETITIVE BUSINESS INTERFERENCE.***

Victim/Witnesses/Plaintiff AKA "WITNESS-2021B" had a personal, professional, social, co-habitation and other relationships with White House, Congressional, City Hall and government agency staff  from 1970 to this date. Alas, many of those figures have been found to have been owned and control by Victim/Witnesses/Plaintiff's arch competitors who also happen to be in violation of numerous felony laws. For example:  The Silicon Valley Big Tech Cartel, which these RICO and anti-trust charges are focused on, are seeking to pull the plug on the effort to recall California Gov. <u>Gavin Newsom</u> because Newsom ges most of his money and marketing from them.

Laurene Powell Jobs, the widow of Apple CEO Steve Jobs, donated $200,000 to his political action committee, followed by a $100,000 donation from former Google CEO Eric Schmidt on June 4, according to a filing with California's secretary of state.

Reed Hastings, the founder and co-CEO of Netflix, gave $3 million to save Newsom, making him the largest donor to any candidate in the likely gubernatorial recall.

Paramount Pictures donated $40,000, but the contribution was actually made by ViacomCBS, the studio's parent company, despite the record from the California secretary of state's office listing Paramount as the contributor, a Paramount spokesperson said.

Donations to a candidate for office would normally be subject to campaign finance laws, but Newsom's effort to prevail in a recall is considered a ballot initiative rather than a candidacy, lifting the cap.

Almost every party on the attached Defendants list has ownership in companies that compete with Victim/Witnesses/Plaintiff's forced out of business companies and federal patents, which Victim/Witnesses/Plaintiff created years before any of the Defendants did.

The facts are that almost every official in HUD, SSA, DOE and related agencies have been exposed in their emails, financals, stock records and revolving door jobs to be competitors to Victim/Witnesses/Plaintiff by providing funds to, or receiving assets from his competitors and by their foolish belief that one technology, or another, has a political party designation associated with it and a "good ole boys club" protecting it. Victim/Witnesses/Plaintiff ran for the office of Mayor in 1987 at the suggestion of the Fair Political Practices and other law enforcement entities. That matter was a "sting operation" which resulted in the arrest and prosection of other candidates for Mayor for embezzlement of City funds and the operation of a child prostitution

794

Page 795  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

ring. Victim/Witnesses/Plaintiff has an "FBI-level" knowledge set of political corruption in the Bay Area and receives/provides information from/to federal law and intelligence investigators. For these types of services, SSA was compromised to be used as a reprisal weapon against Victim/Witnesses/Plaintiff.

This matter involves Defendants, together known as the "Tech Cartel", and their organized crime activities. These activities are operated by well-known public officials working with Silicon Valley tech oligarchs via surrogates at a specific set of colluding: 1.) tech law firms, 2.)  CPA firms, 3.) lobbyists, 4.) media hit-job services and 4.) tactical contracted-operatives.

For the past decade in which relevant predicate reprisal acts were corruptly carried out by the named defendants as "payback" for Plaintiff's role in the *Solyndra*; *Energy Stock Bribes* and *Rare Earth Mining Corruption* cases and his status as a  "whistle-blower" to GAO, FBI, FTC, Congress and other entities (for his temerity in telling the truth concerning obstruction of justice and gross abuse of power), along with the corrupt politicians surrogates and collaborators (referenced individually and collectively as the "Tech Cartel").

It is hereby demanded that the FBI interview and ascertain the attack contract compensation sources along with the command and control managers for attacker/Defendants: **GABRIELLE DARBYSHIRE, A.J. DELAURIO, DAVID PLOUFFE, PATRICK GEORGE, ADRIAN COVERT, JOHN HERRMAN, NICHOLAS GUIDO DENTON, and JOHN COOK,** for their organized attacks on Plaintiff. The FBI evidence from those interviews and investigations will confirm the assertions herein.

Defendants actions have been synonymous with criminal behavior, malicious baseless attacks (using mainly the illicit and vicious defamatory tactics against perceived political enemies (like the Plaintiff here) of those willing to compensate participants like Brock, Plouffe, Carney, etc.) – and coordinating by mail and wire to violate myriad Federal and State laws in the exploitation of Tech Cartel nonprofit entities they use for purely partisan purposes.

This Tech Cartel has taken such attacks to an unprecedented and chilling new level involving illegal domestic human and electronic surveillance, and spy agency tradecraft such as "lures" run in order to obstruct other federal Investigations by compromised agencies of the government, all against private citizens in order to assist putting crony associates in political office, destroying whistle-blowers, and enriching themselves with monopolistic control of *internet, media, energy, vehicle* and *mining markets*. While the **Frank Giustra** mining deals and the **Uranium1** mining deals have been the subject of recent reports, the entirety of the rare earth mining corruption and payola, worth *trillions of dollars* in ill-gotten profits, has yet to be fully explored in the media.

795

Page 796  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

**In one example:** according to investigations by the United States Congress, and as anticipated to emerge from numerous ongoing government investigations, politicians and Silicon Valley tech oligarchs and certain other Tech Cartel named and unknown named, and high-level surrogates, colluded with Russian intelligence (SVR and FSB) and a disgraced (and according to a referral from the United States Senate Committee on the Judiciary, a putative criminal) former British intelligence officer (Christopher Steele) to accomplish their illicit and unconstitutional objectives. These Tech Cartel defendants, surrogates and participants have their opportunity to properly respond before a court they knowingly misled many times using the most powerful counterintelligence tools available. Let them do so now.

Defendant Brock's malfeasance became more precisely organized in the Tech Cartel, and thus fully weaponized, as he joined forces with former president William Jefferson Clinton, Hillary Rodham Clinton and funder George Soros ("Soros"), and at various stages of the illegal Tech Cartel, the other defendants named here. They, and the Tech Cartel they formed to control the Democratic Party, took illicit advantage of a previously inviolate structural arrangement (between all three branches of our government) codified in the Foreign Intelligence Surveillance Act ("FISA") by arranging for payment through smear merchants Fusion GPS to the Russian SVR and FSB and British (former) agent Christopher Steele ("Steele"). To abolish their enemies, in other words, the Tech Cartel defendants were willing to defy all legal and constitutional dictates – including certain actors within the Obama Department of Justice ineffably misleading Article III colleagues resident in this very Court. This is sedition, bordering on treason, and patently illegal.

As will be discussed throughout this RICO matter, the Tech Cartel set up and used many unsecure private email servers to conceal from Congress and the Article III Courts tens of thousands of e-mails. These emails, many of which remain missing, obscured (and obscure) from all constitutional branches (thus obstructing justice in myriad ways), and, more broadly, from the people of the United States who are not judges or elected officials, Tech Cartel wrongdoing. Of those emails that have been recovered, they contain classified information that should never be on an unsecured server because that presents (for many reasons), a danger to the national security of the United States. Russian and Chinese state spy agencies are known to have acquired all such emails via hacking and back door 9-11 exploits. They have begun posting that data widely on the internet. The total email batches from John Doerr and Vinod Khosla, alone are shocking in, and of, themselves. Third party hackers have the entire drive sets from the Hunter Biden laptop and the Clinton home server.

As such, The Tech Cartel can and must be charged with using illicit espionage under the clear language of the relevant statute(s). Tech Cartel surrogate James Comey (then-FBI Director) and Loretta Lynch (then-Attorney General) did not so charge; instead, they devised a scheme to

Page 797  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

protect their Crony's within the Tech Cartel – with the intent that such scheme would help ensure the election of their friends and with such victory would ensure the Tech Cartel would persevere into perpetuity and that they (and other Tech Cartel principals, surrogates and participants) would be richly rewarded. No one would have ever known except for certain FBI and Whiste House whistle-blowers.

At the time of this filing, numerous government investigations involving findings highly-similar to the factual allegations and claims underlying this Complaint are ongoing at the United States Department of Justice at the FBI, within the DoJ Inspector General's Office, and at least one United States Attorney's Office. The United States Congress is/are conducting several more, in both the House and the Senate, and despite holdover Tech Cartel obstruction appears within its committee oversight function to be making substantial progress regarding the very issues raised here. The evidence produced by those investigations will spurn follow-on investigations and/or prosecutions with respect to the Tech Cartel defendants and their surrogates and other participants as described herein. Corroborated and/or new evidence from these (and possibly other) investigations, as they mature, can and must be incorporated into this lawsuit at the appropriate time to reinforce its verisimilitude.

Another major investigation (among several) of this seditious abuse by the Tech Cartel and individuals named herein has been undertaken by the Department of Justice Inspector General, providing yet another avenue to satisfy the standard of plausible evidence for this lawsuit, comcomitant with a parallel investigation relating to this and related illegalities by Tech Cartel participants – undertaken at the instructions of the United States Attorney General and conducted by the United States Attorney for the District of Utah as a predicate for the putative referral to a duly constituted grand jury and the appointment of a(nother) Special Counsel. Also pending is the appointment and findings of a Special Counsel to investigate and prosecute FISA abuse and Media Matters/Shareblue illicit partnership with Facebook to "weaponize" private information in violation of U.S. law. Bill Gates, Elon Musk, Bill Clinton, The heads of MIT and other notables, have all been connected with the Epstein sex cult. The actual connection between all of those players is as much political as it is sexual. Their meetings were Tech Cartel organized crime collusion planning sessions and many of those meetings were recorded. Bill Gates divorce, Jeffrey Epstein's death and Elon Musk's flight to Texas are all because of these leaks.

In another example, Plaintiff informed FBI Director and James Comey and United States Attorney General Eric Holder, in time-stamped writing, of the following facts. Plaintiff is now informed that those parties ran cover-ups of these facts and charges in order to protect the Tech Cartel:

797

Page 798  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

Compensation is thereby demanded from the U.S. Government and the California State Government, by Victim/Witnesses', for damages, monies owed, witness fees, legal expenses, whistle-blower fees, informant fees and with-held benefits monies. Additionally, Victim/Witnesses' submitted invoices to FBI, GAO, SEC, and other agencies that Victim/Witnesses' have provided witness and investigation services to.

This case involves the illicit sale and trading of stocks, bonds, mutual funds, and other securities; quid pro quo political bribery; election manipulation; monopoly and anti-trust law violation; bodily harm and other criminal matters applicable to every law enforcement and regulatory agency.

This corruption involves the following:

• where a financial or other advantage was offered, given or promised to another person with the intention to induce or reward them or another person to perform their responsibilities or duties improperly (it does not have to be the person to whom the bribe is offered that acts improperly); or

• where a financial or other advantage was requested, agreed to be received or accepted by another person with the intention of inducing or rewarding them or another person to perform their responsibilities or duties inappropriately (it does not have to be the person who receives the bribe that acts improperly).

The bribes included:

• assets given or received directly or through a third party (such as someone acting on the government's behalf, for example an agent, distributor, supplier, joint venture partner or other intermediary); or

• assets and stocks for the benefit of the recipient or some other person.

The bribes took many forms, for example:

• money (or cash equivalent such as shares);

• unreasonable gifts, entertainment or hospitality;

• kickbacks;

• prostitutes;

• attacks on, and murders of, witnesses;

• unwarranted rebates or excessive commissions (e.g. to sales agents or marketing agents);

798

Page 799  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

• unwarranted allowances or expenses;

• "facilitation" payments/payments made to perform their normal job more quickly and/or prioritise a particular constituent;

• political/charitable contributions;

• uncompensated use of company services or facilities; or

• anything else of value.

This corruption goes between both the public and private sectors.

No agency may refuse, or seek to re-direct, this case, to another agency, because this case falls within the purview of every law enforcement and regulatory agency in the USA. This case also falls within the purview of multi-national enforcement under Interpol, FinCEN, EU, etc. To reiterate: this is not a single-agency matter. No agency has the right to seek to shove this case off to another agency or cover-up this matter at the expense of citizen Constitutional and human rights.

This case involves different organizations who are in contest to control the United States government and the financial and power benefits therefrom.

This case involves the control of the White House and the existence, or termination, of the power in the Oval Office and international corrupt mining deals worth trillions of dollars.

Victim/Witnesses' witnessed an organized criminal Tech Cartel which affected government Treasury funds. The crime scheme involved: stock market manipulation, corrupt international mining deals and media company power manipulations. When Victim/Witnesses' reported the crime, millions of dollars of state-sponsored reprisal attacks ( enumerated in detail below) were launched against Victim/Witnesses' in vendetta.

Related cases shed illuminate the depths of criminality and the scope of crimes and illicit deeds by the colluding perpetrators and their crime culture:

In federal **Case No. 1:20-cv-03010** – you see proof that perpetrator Google is monopoly and runs competitor attacks. In **Case No. 11-CV-2509** -https://www.cand.uscourts.gov/judges/koh-lucy-h-lhk/in-re-high-tech-employee-antitrust-litigation/  - you see proof that the Silicon Valley Cartel colludes to harm others. In Task Force Case **No. 20-xyz2020a** - http://www.majestic111.com - you see proof that this "Silicon Valley Cartel" is a RICO law violating entity. In **Case No. 20-03664** - https://www.insurancejournal.com/app/uploads/2020/06/brown-v-google.pdf

Page 800  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

– you see further evidence  that the Google-Youtube-Alphabet organization operates as a racketeering entity that controls portions of the government.

In Case No. **1:12-CV-00774-mms** and related cases - https://thehill.com/blogs/congress-blog/the-administration/250109-a-case-study-in-pay-to-play-cronyism – You see that criminal referrals against the attackers have been filed with the FBI, DOJ, SEC, FEC, FTC and that insider cronyism at the Department of Energy is accelerating at a rapid pace up and including the recent Granholm investigations.

Additional court cases, available on www.pacer.gov, have filed extensive further evidence proving Victim/Witnesses' assertions. Such key cases include:

**Case No. 18-cv-8865** (S.D.N.Y.)(SEC v. Elon Musk for lies and scams )

**Case No. 18-cv-8947** (S.D.N.Y.)( SEC v. Tesla, Inc. for lies and scams )

**Case No. 1:14-cv-270143** ( Google racketeering charges - https://artistrightswatch.com/2017/10/08/googles-racketeering-challenge/ )

**Case No. 1:19-cr-00490** ( United States v. Epstein - Big tech sex cult crimes case )

**Case No. 129 So.3d 1196** (Fla. 2d DCA 2014); 170 So.3d 125 (Fla. 2d DCA 2015) ( Gawker Media, LLC v. Bollea in which Gawker, Deadspin, Gizmodo, Jalopnik, Jezebel, Kotaku and Lifehacker were exposed as character assassination and money-laundering fronts working for notorious third parties)

**Case No. 19-cv-343672** James Martin (on behalf of ALPHABET INC) v Larry Page et al (Sex Cults In Silicon Valley )

**Case No. CGC-11-508414**, California Superior Court, San Francisco (Victim/Witnesses' v Google )

**Case No. 3:16-cv-03061** U.S. DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA, San Francisco Division ( Victim/Witnesses' V. Google/Alphabet/YouTube)

**Case No. 18-CIV05380** Rubin Vs. Rubin (Google sex cult and sex slave charges )

**Case No. : 1:17 - cv - 06404**  Vs. Rubin (Organized crime sex trafficking by stock market manipulators )

**Case No. D.C. No. 3:17-cv-05369** - VC (Big tech harassment of outsiders)

**Case No. 3:21-cv-00077**  (Another of many lawsuits proving that the Silicon Valley Cartel conspires to manipulate media and markets)

800

1.  Victim/Witnesses' were induced to invest millions of dollars, and all of their life savings, in a government run project. It was later discovered that ***every government operator of that project was either financed by, friends, with, sleeping with, dating the staff of, holding stock market assets in, promised a revolving door job or government service contracts from, partying with, personal friends with, photographed at private events with, exchanging emails with, business associates of or directed by; the Victim/Witnesses' business adversaries, or <u>the politicians that those business adversaries pay campaign finances to</u>, or supply political digital search manipulation services to. They all used the same couple of law-firms, investment bankers, CPA's, lobbyists and policy manipulation operatives. There can be no question about the fact that the government officials involved "colluded", "conspired" and "coordinated" for their own, personal, unjust gain and quid pro quo. Crooked government employees and contractors made billions of dollars in unjust gains while Victim/Witnesses' lost billions of dollars BECAUSE crooked government employees and contractors engaged in these crimes, defrauded Victim/Witnesses' and used Victim/Witnesses' as a smoke-screen to cover-up their crimes. That "project" turned out to be an operation of the Tech Cartel described in this document as an organized crime endeavor.***

This is a felony-grade criminal racketeering case. White House, Department of Energy, Department of State and other California State and Federal government agency staff coordinated with their political campaign financier/beneficiaries from Solyndra, Tesla, Fisker, Facebook, Google, YouTube, Netflix, Linkedin, Alphabet, Kleiner Perkins, Greylock, Goldman Sachs and other PAC-aligned Silicon Valley businesses to operate a RICO-law and Antitrust-law violating illicit business "Cartel". The operation of this Cartel has been proven by leaked emails, whistle-blowers, lawsuits and FBI-type forensic accounting.

***The statute of limitations*** has not been exceeded in this case because the attacks, harms and perpetrators actions have continued as recently as yesterday.

This illicit organization had planned to skim trillions of dollars of exclusive profits from government contracts, political payola, foreign rare earth mining operations, internet news and search manipulation deals, revolving-door deals and massive computerized algorithm-based stock market manipulations. The Defendants schemes, particularly, planned to exploit funds from the 2008 and 2021 "Stimulus Bills". Victim/Witnesses"s', government employee/contractors, competed with these entities, with superior technology at lower prices, and were targeted by this Cartel, for termination.

801

Page 802  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

Victim/Witnesses"s' became information providers and whistle-blowers for investigators in the examination of this crime. Defendants expended vast amounts of corporate and taxpayer money and resources harming Victim/Witnesses's in reprisal vendetta attacks. Over a million pages of evidence and proof are provided on the case website. Damages and attacks on Victim/Witnesses' continue to today.

# Blockade of Victim/Witnesses' Legal Representation

### Victim/Witnesses' Demand State-Funded Legal Representation

**A.** Victim/Witnesses's have been "black-listed" from getting legal representation. Even though the law in California (Cal. Lab. Code § § 1050 to 1053) says that an entity **can't** prevent or attempt to prevent former workers from getting work or representation through misrepresentation, knowingly permitting or failing to take reasonable steps to prevent blacklisting, or make a statement about why an employee was discharged or left employment, implying something other than what is explicitly said, or providing information that was not requested: **It is done every day in Silicon Valley.**  The "S*ilicon Valley No Poaching Black-List*" class-action lawsuit, the *"AngelGate Scandal Investigation"* , and many other notorious scandals and books are about this issue. Federal FAR Section 9.104-1 (d), and related laws, apply. Blacklisting is a key part of the IC Vendetta Cycle attacks. The Victim/Witnesses' also suffered damage to their rights under the Age Discrimination in Employment Act (ADEA) (29 USC Sec. 621, et seq.); the Americans with Disabilities Act (42 USC Sec. 12181, et seq.); the Civil Rights Acts - (42 USC Sec. 2000, et seq.); the Davis-Bacon Act (40 USC Sec. 276a, et seq.); the Employee Retirement Income Security Act (ERISA) (29 USC Sec. 1001, et seq.); the Equal Pay Act (29 USC Sec. 206[d]) and other violations.

**B.**  Each and every law firm capable of handling Victim/Witnesses's case has been contracted, paid and/or influenced so that they are "conflicted out" from representing Victim/Witnesses's. Law firm Mofo was threatened if they helped Victim/Witnesses's. Lawyer Amy Anderson was threatened and lost her license for attempting to help Victim/Witnesses's. Every lawyer or law firm who attempts to help Victim/Witnesses's is hired by Defendants, or their agents and threatened or compromised in order to prevent them from helping Victim/Witnesses's because this case affects trillions of dollars of energy industry profits, the White House, billionaire oligarchs and multi millionaire corrupt Senators. In fact, this issue lies at the root of this entire corruption case. Sociopath over-moneyed Silicon Valley oligarchs have hire Morrison Foerster, Wilson Sonsini, Perkins Coie, Covington Burling and every other major law firm and lobbyist and told them to "*kill everyone and destroy everything that I don't like…*". These law firms (controlled by Mark Zuckerberg, Elon Musk, Larry Page, Eric Schmidt, Steve Westly, Vinod Khosla, Laurene Powell Jobs, Nancy Pelosi, etc. All of whom have nearly a trillion dollars of funds at their disposal) have carte blanche and unlimited payments to run coups, character assassination campaigns, money laundering and other crimes for the oligarchs. They have the staffing to do these things and zero incentive to not do crimes. These law firms are the dirty deeds teams for the mobster-like suspects and there is no law enforcement body with the will nor resources to stop them. It is a violation of the U.S. Constitution to tell Victim/Witnesses's to "go get a law firm" when EVERY possible, equitable, law firm works for, and is massively compensated by, the criminals that need to be sued. Both the politicians AND the tech oligarchs

charged with these crimes have hired the very law firms that government agencies have told Victim/Witnesses's to go out and hire.

**C.** There is a precedent that was set in the US Supreme Court case: Gideon v. Wainwright, (1963) that clarifies that you have a right to a lawyer even if you don't have money for one.  The Sixth Amendment, as applied to the states through the Fourteenth Amendment Due Process Clause gives one their Due Process rights. One needs to kill someone, though, to most easily get your free lawyer, since the court-appointed lawyer is rarely ever appointed, on citizens behalf, in a case like this. Even if a defendant is represented by an attorney of his or her choosing, he or she may be entitled to relief on appeal if the attorney did not provide adequate representation. A defendant must demonstrate that the attorney's performance "fell below an objective standard of reasonableness" and that this was prejudicial to the case. See:
_Strickland v. Washington_ (
_https://supreme.justia.com/cases/federal/us/466/668/case.html_ ) , 466 U.S. 668, 688-92 (1984).  A few "free lawyers", that Victim/Witnesses' had tried, turned out to be working for the opposition side.

**D.** The federal organization: https://www.lsc.gov is required to help but has refused because it's administrators were friends with, and appointed by, the public officials charged with corruption in this case.

**E.** Victim/Witnesses's have personally asked the Attorney General, The Director of the FBI and the U.S. Attorney's office for representation but they have been told not to respond because the case is politically embarrassing to major public officials and their corrupt Silicon Valley financiers.

**F.** The government agencies who have told Victim/Witnesses's that Victim/Witnesses's should _"hire a law firm and sue them"_, in order to resolve this matter, are the same government agencies that have cut-off, or blockaded Victim/Witnesses's income sources in order to prevent Victim/Witnesses's from being able to afford to hire a law firm to sue them.

**G.** A federal agency provided Victim/Witnesses's with a list of "free lawyers". Upon FBI-level investigation of every "free lawyer" on the list, (via their financial contributions, voting records, leaked emails, social media postings, event attendance, public records, social connections lists online and other surveillance data) they all worked for, or with the opposition interests and could not have possibly provided unbiased services. In fact, multiple lawyers have contacted Victim/Witnesses's who turned out to be working for the opposition. They were sent in to delay, or redirect, Victim/Witnesses's in order to keep the cases from being filed or properly prosecuted in order to protect the suspects. This is a common infiltration procedure widely documented in CIA, British secret service, Russian FSB and Snowden leaks documents on IC dirty tricks tactics.

804

**H.** Agency staff were ordered to harm Victim/Witnessess by manipulating their benefits in order to deny, delay, obfuscate and reduce their income as reprisal for their assistance to law enforcement in a political corruption and money laundering matter. Agency staff, ranging from the lowest level staff and up to the director headquarters offices, participated in this reprisal-vendetta-revenge action to harm Victim/Witnessess.  Victim/Witnesses's peers have filed DOJ and FBI criminal referrals, launched federal investigations and the assertions have been proven in numerous IG, FBI, Congressional and major news media investigations. Agency offices have failed to provide responsive FOIA requested data, hearing investigation data and fair responses because some of their staff are STILL operating a criminal cover-up which has now been update-reported to the FBI, Congress, the IG, the AG and investigative reporters.

Other federal agencies have complied, verified and provided the requested deliverables. SSA and DOE have pointed the searchlight of suspicion on themselves, laser-like, by their overt failure to comply. Ironically, the political financing of their executives and their personal relationships "happens" to be with the exact same Silicon Valley oligarchs under felony criminal investigations. The stock market brokerage records, family trust accounts, PAC trace-routing, Interpol records and SEC investigation records proves it!

Every "unsigned" anonymous government email is tracked to the individual author by their IP address, device IMEI, web camera, building key card, door camera, parking lot use chart, building camera, vehicle tracking circuits, text dba records, keyboard UI/UX patterns, motherboard ID #, DNS routing, stingray read-outs and a vast number of other metrics. Victim/Witnesses investigation peers know the exact person that wrote every government email or document or file request.

Stone-walling based cover-ups are being mitigated by Victim/Witnesses', and their peers, by carbon-copying these disclosures to every member of the press, every voting citizen and every jurisdiction agent.

For years, victim/Victim/Witnesses's, and their advocates and peers, have contacted every government agency and authority listed in government directories, which may have any jurisdiction over this case. The usual response has been cover-ups, finger-pointing, stone-walling, obfuscation, failure-to-reply or other tactics to delay the inevitable. This has forced victim/Victim/Witnesses's to use social media and novel distribution technologies to present their case to every registered voter in the public. Agency officials who were supposed to be helping victim/Victim/Witnesses's have been exposed taking bribes from victim/Victim/Witnesses' enemies and adversaries in this case.

805

Certain California State officials, Obama White House Staff and Federal Agency staff **accepted bribes** from Silicon Valley Oligarchs and Investment Bank Cartels. They were bribed with: Billions of dollars of Google, Twitter, Facebook, Tesla, Netflix and Sony Pictures stock and stock warrants which is never reported to the FEC; Billions of dollars of Google, Twitter, Facebook, Tesla, Netflix and Sony Pictures search engine rigging and shadow-banning which is never reported to the FEC; Free rent; Male and female prostitutes; Cars; Dinners; Party Financing; Sports Event Tickets; Political campaign printing and mailing services "Donations"; Secret PAC Financing; Jobs in Corporations in Silicon Valley For The Family Members of Those Who Take Bribes And Those Who Take Bribes; "Consulting" contracts from McKinsey as fronted pay-off gigs; Overpriced "Speaking Engagements" which are really just pay-offs conduited for donors; Gallery art; Private jet rides and the use of Government fuel depots (ie: Google handed out NASA jet fuel to staff); Recreational drugs; Real Estate; Fake mortgages; The use of Cayman, Boca Des Tores, Swiss and related money-laundering accounts; The use of HSBC, Wells Fargo, Goldman Sachs and Deustche Bank money laundering accounts and covert stock accounts; Free spam and bulk mailing services owned by Silicon Valley corporations; Use of high tech law firms such as Perkins Coie, Wilson Sonsini, MoFo, Covington & Burling, etc. to conduit bribes to officials; Payroll W2 and 1099 payments which were actually bribe payments for political work such as character assassinations and internet rigging; and other means now documented by us, The FBI, the FTC, The SEC, The FEC and journalists.

**How Government Agencies Were Used As Reprisal Weapons Against Citizens**

The San Mateo, California Social Security Administration offices are under investigation because one, or more, of their staff used SSA resources to attack an Victim/Witnesses because a staff member (erroneously) thought that an Victim/Witnesses was opposed to that SSA staffer's beliefs on "open-borders". The SSA official ordered up reprisal operations, against the Victim/Witnesses, simply to vent that SSA officials political angers. That is illegal.

A vast number of agency abuse cases and lawsuits are now on public record in the Inspector General's offices and federal courts.

It is an indisputable fact that some government agencies run "hit-jobs" on citizens on orders from certain corrupt politicians. These actions are felony violations of the law.

Federal and State Agencies including SSA, FEC, DOE, HHS, VA, CIA, HUD, SA, SEC, FBI, DOJ and many others, have been charged, and found guilty, in these crimes against citizens.

In the Congressional investigation published by the United States Congress in review of the U.S. Department of Energy LGP/ATVM programs, it is clearly proven that the U.S. Department of

806

Energy was used as a slush-fund by some DOE executives in order to pay off campaign financiers by attacking and sabotaging their competitors.

The DOE Paducah Gaseous Diffusion Plant under contracts with the Department of Energy and the government-owned U.S. Enrichment Corp paid $5M whistle-blower awards to those whistle-blowers who were attacked, using government agency resources, for reporting a crime.

Dept. of Energy Hanford URS has agreed to settle a lawsuit brought by former employee Walter Tamosaitis for $4.1 million. The settlement in the whistle-blower case comes almost one year before the case was set for a jury trial in federal court in Richland and compensates Tamosaitis for attacks against him, by DOE officials, in retribution for reporting a crime.

VA officials attacked hundreds of citizens who reported corruption, ie: https://www.thenewamerican.com/usnews/health-care/item/18610-va-whistleblowers-facing-retribution.

As shown in this report: https://www.pogo.org/analysis/2018/08/new-report-confirms-whistleblower-retaliation-is-alive-and-well-at-department-of-veterans-affairs/

, Agencies attack often and harshly.

CIA and NSA executives have been widely shown to use spy tools to attack domestic citizens they don't like, ie:  https://www.dailymail.co.uk/news/article-2435011/NSA-employees-used-phone-tapping-tools-spy-girlfriends-cheating-husbands.html , and hundreds of other news links that can be provided.

Elon Musk and Tesla, as well as Eric Schmidt and Larry Page at Google, have been proven to use the CIA group: IN-Q-TEL, to run government sponsored/financed attacks on business competitors.

In Civil Action No. 1:13-cv-00777-RBW GOVERNMENT AGENCIES WERE CAUGHT BEING USED FOR ATTACKS AGAINST CITIZENS AND PUNISHED IN THE COURT AND THE MEDIA!

The IRS, and hordes of other government agencies have been caught and proven, IN COURT, to target and attack people for presumed political differences.

Why should we assume that the Social Security Administration is not ALSO doing this too to harm citizens who speak out?

The Lois Lerner IRS attacks took many years to resolve. In an unprecedented victorious conclusion to a four year-long legal battle against the IRS, the bureaucratic agency admitted in

807

federal court that it wrongfully targeted citizens, during the Obama Administration, because of their political viewpoints and issued an apology to those people for doing so.

In addition, the IRS is consenting to a court order that would prohibit it from ever engaging in this form of unconstitutional discrimination in the future.

In a proposed Consent Order filed with the Court, the IRS has apologized for its treatment of U.S. citizens including organizations from 20 states that applied for 501(c)(3) and (c)(4) tax-exempt status with the IRS between 2009 and 2012 -- during the tax-exempt determinations process. Crucially, following years of denial by the IRS and blame-shifting by IRS officials, the agency now expressly admits that its treatment of our clients was wrong and a total violation of our Democracy..

As set forth in the proposed Order:

"The IRS admits that its treatment of Victim/Witnesses's during the tax-exempt determinations process, including screening their applications based on their names or policy positions, subjecting those applications to heightened scrutiny and inordinate delays, and demanding of some Victim/Witnesses' information that TIGTA determined was unnecessary to the agency's determination of their tax-exempt status, was wrong. For such treatment, the IRS expresses its sincere apology."

Throughout litigation of this case, activists have remained committed to protecting the rights of the public who faced unlawful and discriminatory action by the IRS and other agencies. The objective from the very beginning has been to hold agencies accountable for corrupt practices.

This Consent Order represents a historic victory for the public and sends the unequivocal message that a government agency's targeting of citizens organizations, or any organization, on the basis of political viewpoints, will never be tolerated and that revenge will be swift and vast.

The Order will put an end, once and for all, to the abhorrent practices utilized against citizens, as the agreement includes the IRS's express acknowledgment of – and apology for – its wrongful treatment of the public. While this agreement is designed to prevent any such practices from occurring again, rest assured that all public interest lawyers will remain vigilant to ensure that the IRS, SSA, DOJ or SEC does not resort to such tactics in the future.

Per detailed reports, in March of 2012 lawyers began being contacted by literally dozens of citizens and groups who were being harassed by the Obama IRS after submitting applications for tax-exempt status. Their tax-exempt applications were held up for years (over seven years in some cases), and they began receiving obtrusive and unconstitutional requests for donor and member information. That began a now more than five and a half year fight with the burgeoning

808

Page 809   EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

bureaucracy at the IRS. Then on May 10, 2013, Lois Lerner, the then head of the IRS Tax Exempt Organizations Division, publicly implicated the IRS in one of the worst political targeting scandals of the century.

This is an extraordinary victory against government agency abuse. It sends a powerful warning to the deep state bureaucracy that it will not be allowed to violate the Constitution in order to silence and shut down the whistle-blowers.

In addition to the IRS's admissions of and apology for its wrongful conduct, the Consent Order would specifically award Victim/Witnesses's the following:

- A declaration by the Court that it is wrong to apply the United States tax code to any tax-exempt Victim/Witnesses or entity based solely on such entity's name, any lawful positions it espouses on any issues, or its associations or perceived associations with a particular political movement, position or viewpoint;

- A declaration by the Court that any action or inaction taken by the IRS must be applied evenhandedly and not based solely on a tax-exempt Victim/Witnesses or entity's name, political viewpoint, or associations or perceived associations with a particular political movement, position or viewpoint; and

- A declaration by the Court that discrimination on the basis of political viewpoint in administering the United States tax code violates fundamental First Amendment rights. Disparate treatment of taxpayers based solely on the taxpayers' names, any lawful positions the taxpayers espouse on any issues, or the taxpayers' associations or perceived associations with a particular political movement, position or viewpoint is unlawful.

In the Order, the IRS has also agreed that (unless expressly required by law) certain actions against the Victim/Witnesses's– i.e. the sharing, dissemination, or other use of information unnecessarily obtained by the IRS during the determinations process (such as donor names, the names of volunteers, political affiliations of an organization's officers, etc.) – would be unlawful. In addition, the IRS promises not to take any retaliatory action against our clients for exposing the targeting scheme.

Finally, and of crucial significance, the IRS admits it targeted persons and groups based on their viewpoints (i.e., "policy positions") and that such viewpoint discrimination violates fundamental First Amendment rights. This is the first time the IRS has admitted that its targeting scheme was not just "inappropriate" – as TIGTA found – but, as alleged, blatantly unconstitutional.

To ensure consistency and uniformity within the agency's operations going forward, the IRS is required, pursuant to the Order, to inform all employees within the Exempt Organizations

809

Division, as well as the Commissioners and Deputy Commissioners within other divisions, of the Order's terms.

This Order not only validates allegations about their treatment at the hands of the corrupt Obama-era IRS but also provides important assurances to the American public that the agency understands its obligation to refrain from further such discriminatory conduct. As Attorney General Sessions acknowledged in this regard, "[t]here is no excuse for [the IRS's] conduct," as it is "without question" that the First Amendment prohibits the conduct that occurred here, i.e., subjecting American citizens to disparate treatment "based solely on their viewpoint or ideology." Sessions further confirmed his Department's commitment to ensuring that the "abuse of power" in which the IRS engaged here "will not be tolerated."

It is impossible to overstate the importance of this victory. This marks a years-long fight for justice in defense of the constitutional rights of the public.

This is an extraordinary victory against abuse of power and corruption.

It sends a powerful warning to the deep state bureaucracy that it will not be allowed to violate the Constitution and manipulate the IRS, SSA and other agencies in order to silence and shut down those who speak out about political corruption crimes.

In the wake of  Wisconsin Watchdog's investigation into SSA staff allegations of incompetence, misconduct, and retaliation in Social Security disability appeals offices, several employees have taken their complaints to a Senate committee led by Wisconsin Sen. Ron Johnson.

An official with knowledge of the complaints said the Senate Homeland Security and Governmental Affairs Committee, chaired by the Oshkosh Republican, has received emails and other contacts from "certain people" inside the Social Security Administration's Office of Disability Adjudication and Review.

The initial complaints came from an employee inside the Milwaukee office following Wisconsin Watchdog's opening investigative report that found some claimants waiting more than 1,000 days for an appeals decision on their disability benefits claim.

Following Wednesday's story of a whistleblower in the Madison ODAR office, the committee has received more specific complaints about retaliation against employees, the source said.

Committee staff members sent the latest Watchdog piece to SSA administrators hoping they will "cooperate," the source said. To date, the agency has been less than cooperative.

"This is an ongoing process, and they are not always as forthcoming as we'd like them to be," the source said. "Hopefully with your continued reporting, this is an issue they can't duck."

810

A Senate committee member said officials there are working with the Office of Special Counsel on "multiple whistleblower retaliation claims." The committee continues to request information from the SSA.

The whistleblower in the Madison office claims management retaliated against her after she was called to testify in a misconduct case. The incident involved "inappropriate behavior" by an administrative law judge, she said.

"They are so corrupt. It's absolutely horrible," said the woman, a lead case technician in the Madison Office of Disability Adjudication and Review.

She spoke on condition of anonymity, fearing more retribution from her supervisors. While she said recounting her particular experiences will more than likely betray her identity anyway, the ODAR case worker insisted she has had enough.

"I'm at point where they don't care about me, I don't see why I'm protecting them. This is my last resort," she said. "I want to do my work without fear of retaliation."

She said she has contacted the Senate committee.

"I forwarded my information to them and I got an email back from them. They said people are coming out of the woodwork with their complaints (about ODAR) following your story," the whistle-blower said.

Ronald Klym, a long-time senior legal assistant in the Milwaukee ODAR office, alleges he has been retaliated against by supervisors for going public with his charges of incompetence and misconduct in the agency. The federal employee, who has worked for SSA for 16 years, provided Wisconsin Watchdog with documents showing extremely long wait times for claimants appealing their denied applications for benefits.

Doug Nguyen, SSA regional spokesman, in a previous story said the agency acknowledges that Milwaukee ODAR has a "high average processing time for disability appeal hearings, and we are working to address the issue."

Beyond the delays is what Klym calls the "shell game," the wholesale transferring of cases to other parts of the country by administrators to make the Milwaukee office's numbers look better than they are.

The Madison office whistle-blower confirmed Klym's allegations, saying at one point she saw 2,000 cases from the Milwaukee office handed off to the Oak Brook operation.

There are over 10,000 SSA disability manipulation charges against SSA executives and staff. There are over 185,000 charges filed by domestic citizens against all of the parties we listed in our **reported-to** list above.

# How The Members Of The Public Were Harmed, Specifically

"Victim/Witnesses A" and his co-workers were cooperating with agency investigations into organized crime operating within government agencies. In order to discourage, threaten and intimidate "Victim/Witness A", he and his peers were attacked with a $30M+ state-sponsored reprisal attack which included the following attack tactics, operated by Fusion GPS, Black Cube, Psy-Ops type contractors and White House specialists, which caused quantifiable harms and damages for which "Victim/Witnesses A" is owed compensation:

1.) Defrauding Victim/Witnessess via fake government requests to invest in rigged government contracts, thus costing Victim/Witnesses' their life savings;

2.) Placing moles in, and spying inside, Victim/Witnesses's companies;

3.) Blockading legal counsel for Victim/Witnesses's;

4.) Character assassination and sophisticated contracted defamation media attacks;

5.) Defendants contracted off-shore "click-farm" and "troll-factory" processed social media attacks;

6.) Government benefits from SSA, HUD, etc, blockades and manipulations;

7.) Jobs and venture capital funding blacklisting;

8.) FOIA obfuscation for official government FOIA filings;

9.) Arbitrary government deadline manipulation for SSA, DOE, HUD and other applications;

10.) Creation of endless fake hurdles in agency applications (ie: DOE) to protect rigged "winners";

Page 813  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

11.) Toxic workplace poisonings like the Salisbury, Nalvany, Litvinenko poisonings;

12.) Workplace sabotage and obstruction of Victim/Witnesses's companies;

13.) Contracted media defamation attacks via Gawker, Gizmodo, Jalopnik, Google, Youtube, etc. Which have now had the payments for the attacks tracked through accounting systems

14.) Commercial employment database "Lois Lerner-ing" and red-flagging;

<u>15.) Murders</u> or forced deaths <u>of peers (ie: Rajeev Motwani, Seth Rich, Gary D. Conley and 120+ others);</u>

16.) Revenue blockades and internet income re-direction;

17.) Troll farm attack teams hired from Chinese attack farms;

18.) Fusion GPS, Media Matters, David Plouffe attack contracts issued targeting whistle-blowers;

19.) Manual search engine lock-in attacks on Google, YouTube, Linkedin;

20.) U.S. patent office manipulation to blockade revenue;

21.) Honey-traps sent out targeting the whistle-blowers;

22.) Fake news tabloid empires created just for defamation attacks;

23.) Housing access and financing blockades created to reprisal harass whistle-blowers;

24.) Ongoing hacking of Victim/Witnesses's devices;

25.) Tech industry black-list coordination within the National Venture Capital Association;

26.) HUD and USDA mortgage rights blockades:

27.) DNS and IP routing manipulation to prevent Victim/Witnesses' from selling anything

online;

28.) Digital attacks designed to put horrific fake news about target in front of 7.5 billion people...

and more spy agency type "dirty tricks"that cost the Victim/Witnesses' their lives, life savings, income and other disabling losses as detailed in the related support documents on the case website.

**Victim/Witnesses' have currently had their rights to legal representation and a trial blockaded by government officials who fear political embarrassment in a public trial of this case. In fact, history has proven that those officials have caused a thousand-fold increase in their own public media shame by delaying a settlement of this dispute!**

# The Demand By Victim/Plaintiff's

## What The Government And Corrupt Defendants Need To Do To Offset The Harm They Caused:

- Victim/Victim/Witnesses' demands the provision of a state-sponsored court-provided law firm to represent victim/Victim/Witnesses' under the variances and human rights laws affording such provision of services.

- The finding that this matter includes a violation of RICO racketeering laws and Anti-trust laws by the combined organized efforts of the Defendants.

- Awarding Victim/Witnesses' compensatory including actual, consequential, and incidental damages for malicious defamatory conduct as alleged herein in an amount to be determined at trial and in excess of $35,000,000 U.S. Dollars.

- Awarding punitive damages for Defendant's malicious defamatory conduct based on the routine and accepted calculation of 5 percent of their invested current net worth of over $63 billion U.S. dollars. Thus, punitive damages are requested be awarded by the in an amount to exceed $3 billion U.S. dollars, which amount of punitive damages are designed to sufficiently punish Defendant in order that its illegal conduct not reoccur.

- Awarding Victim/Witnesses' attorney's fees and costs.

- Granting any such further relief as the Court deems appropriate including preliminary and permanent injunctive relief.

- Damages in excess of $225 million against Chu, Axelrod, Podesta, Carny, Biden, Emanual, Gibbs, Rattner and Seward, jointly and severally, for their violations of Victim/Witnesses"s civil rights.

- A declaration pursuant to 28 U.S.C. §§ 2201 and 2202 and 5 U.S.C. § 706(2)(B) that Victim/Witnesses"s Loan Program application was wrongfully denied and injunctive relief directing Defendants to reconsider and/or approve same.

- A declaration pursuant to 28 U.S.C. §§ 2201 and 2202 and 5 U.S.C. § 706(2)(B) Victim/Witnesses"s ATVM Loan Program application was wrongfully denied and injunctive relief directing Defendants to reconsider and/or approve same without respect for political considerations.

815

Page 816  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

- A declaration pursuant to 28 U.S.C. §§ 2201 and 2202 and 5 U.S.C. § 706(2)(B) that the rejection of  Victim/Witnesses"s LGP application without recourse was unlawful, and injunctive relief directing Defendants to accept and consider same without respect for political considerations.

- Such costs and attorney fees as Victim/Witnesses"s may be entitled to under law.

- Such other relief as this Court deems just.

- Victim/Witnesses' have sent an invoice for "*informant and witness fees*" to the GAO, FBI, FTC and SEC in the amount of $5,000,000.00 per agency but have not had a response, relative to payment, from those agencies.

# How Much Have Others Been Paid For The Same Damages?

**Reference past payment precedent examples:**

- Campbell worked as an informant for federal authorities investigating Vadim Mikerin, a Russian official in charge of U.S. operations for Tenex, a unit of Rosatom. Authorities later accused Mikerin of taking bribes from a shipping company in exchange for contracts to transport Russian uranium into the United States. He pleaded guilty in federal court in Maryland and was sentenced to prison for four years. The Justice Department had also initially charged Mikerin with extorting kickbacks from Campbell after hiring him as a $50,000-a-month lobbyist. Prosecutors alleged Mikerin had demanded Campbell pay between one-third and half of that money back to him each month under threat of losing the contract and veiled warnings of violence from the Russians. The demand prompted Campbell to turn to the FBI in 2010, which gave its blessing for him to remain part of the scheme as a whistle-blower who was compensated for his efforts.

- The FBI has a Congressional docket which documents it's annual witness and informant expenditures for the last 20 years. Those financial on-the-record documents show the average payment for a high-ticket case RICO-type informant such as Victim/Witnesses' and are hereby placed in this case record as references of payment standards.

- In a similar case, Victim/Witnesses' Terry Bollea (AKA: Hulk Hogan) was awarded $145 million dollars in damages because of character assassination efforts by the same parties. The attacks on Victim/Witnesses's exceeded the resources used against Terry Bollea by many magnitudes and thus, the $145 million dollar figure would be a minimum damages figure for each Victim/Witnesses' in our case as each Victim/Witnesses was attacked in such a manner. Each of the parties attacked by Gawker/Gizmodo (who worked for White House operatives) received at least $170,000.00 in damages.

- The DOE Paducah Gaseous Diffusion Plant under contracts with the Department of Energy and the government-owned U.S. Enrichment Corp paid $5M whistle-blower awards to those whistle-blowers who were attacked, using government agency resources, for reporting a crime.

- Adam Lovinger, a 12-year veteran of the Pentagon's Office of Net Assessment (ONA), filed a whistleblower reprisal complaint with the Defense Department's inspector general in May against ONA boss James Baker and received compensation for his whistle-blower efforts.

- The FBI's informant in the Uranium One scandal involving the Obama administration gave written testimony to three congressional committees this week in which he accused the Obama

817

Page 818  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

administration of making decisions that directly benefited the Russian government and their goals of gaining geopolitical advantages over the United States. The informant, Douglas Campbell, told congressional investigators on Wednesday that Moscow sent millions of dollars to the U.S. with the expectation that it would benefit the Clinton's, while Hillary Clinton "quarterbacked a 'reset' in US-Russian relations" in her role as Secretary of State during the Obama administration, The Hill reported. The FBI found Campbell's undercover work valuable enough to reward him with a $50,000 check in 2016.

- Dept. of Energy Hanford URS has agreed to settle a lawsuit brought by former employee Walter Tamosaitis for $4.1 million. The settlement in the whistle-blower case comes almost one year before the case was set for a jury trial in federal court in Richland and compensates Tamosaitis for attacks against him, by DOE officials, in retribution for reporting a crime.

- In **Civil Action No. 1:13-cv-00777-RBW**, government agencies were caught being used for attacks against citizens and punished in the court and the media! The IRS, and hordes of other government agencies have been caught and proven, IN COURT, to target and attack people for presumed political differences

- Some of the biggest evidence-of-loss examples are found in the financial records from General Motors, Ford Motors, Nissan and Tesla Motors executives for the time-frame from Jan. 1, 2000 to today. Those records validate the income loss to Victim/Witnesses'.

- Over 400+ other cases decisions, settlement records and government payment precedents are on file at http://www.pacer.gov validating the amount that Victim/Witnesses' should be compensated via known and quantified precdents.

818

Page 819  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

- CROOKED POLITICAL INSIDERS have learned that when a government funded tech company fails, THOSE INSIDERS make billions of dollars in unjust profits from tax write-offs, Goldman Sachs services "fees" and stock market pump-and-dump manipulations while taxpayers lose BILLIONS on those same companies at Solyndra, Abound, Ener1, etc.…. THAT'S RIGHT, the crooks make profits off of PLANNED-TO-FAIL TAXPAYER funded companies, many of which never even sold anything. It happened in the 2008 pretend "stimulus" and it is happening again, many times more, in the 2021 pretend "stimulus". The Cleantech companies were made-to-fail, as stock scams, by the insiders! Insider friend's at the Dept of Energy get to "jump-the-line", exploit the cash and Trojan horse the tech start-up into oblivion.

As with nearly a thousand Silicon Valley tech dirty money deals, for example, Netflix tech bosses are now getting caught selling media influence in exchange for bribes! Michael Kail ( Netflix IT Boss), and other Netflix executives are under investigation for manipulating which media technologies get to make money. Netflix funds the DNC political campaigns. Netflix board positions and media slots are often traded as political quid pro quo payola for political favors.

'Not only did Mr. Kail deprive Netflix of its money and resources by abusing his position as VP of IT Operations,' _FBI Special Agent in Charge Craig D. Fair_ said in a statement, 'he created a pay-to-play environment whereby he stole the opportunity to work with an industry pioneer from honest, hardworking Silicon Valley companies.' The San Francisco FBI and the United States Patent Office has been asked, by independent _video-on-demand inventors_, to look at how Netflix, YouTube and other tech oligarchs, steal technologies and _censor media access_ in a coordinated anti-trust violating scheme.

_Kail was indicted in 2018_ on 19 counts of wire fraud, three counts of mail fraud, and seven counts of money laundering. The trial began April 19 in federal court in San Jose, California. The jury found him guilty on 28 of the 29 counts. Prosecutors said that Kail had accepted more than $500,000 in kickbacks - as well as valuable stock options - in exchange for approving millions of dollars in contracts for nine tech companies seeking to do business with Netflix between February 2012 and July 2014.

In a statement, the the Department of Justice said: 'He used his kickback payments to pay personal expenses and to buy a home in Los Gatos, California in the name of a family trust.' The Mercury News reports he must now forfeit his $2.6 million three-bedroom, two-bathroom Los Gatos home to the federal government. Kail created and controlled a limited liability company, Unix Mercenary LLC, to receive the bribes, fund personal expenses and buy a home in Los

Gatos, California, prosecutors said. This kind of case is typical of the **MAJORITY** of Silicon Valley tech executives.

Netflix, Google, and their *Silicon Valley Cartel*, operate secret programs that use data from personal and business records to manipulate business, politics and ideologies. For example, in the company's digital advertising exchange, Google manipulates it's ad-buying system, it's political marketing and it's executives ideology promotions to gain a dramatic advantage over competitors, according to court documents and federal records revealed in new antitrust lawsuits by various Attorney General's. Elon Musk is a mobster yet he used public funds to buy a facade of self-aggrandizement at the expense of the taxpayers.

One corrupt secret _Google program_, known as "Project Bernanke," wasn't disclosed to publishers who sold ads through _Google's_ ad-buying systems. It generated hundreds of millions of dollars in revenue for the company annually, the documents show. Google and Youtube, a unit of _Alphabet Inc_., always gets an unfair competitive advantage over rivals in business, politics, stock market valuations. In another corrupt program, _Google_ invested in Tesla Motors, hyped Tesla and Musk and attacked Musk's competitors using nearly a hundred million dollars of equivalent competitor attack marketing. We are some of the Victim/Witnesses' of those attacks.

*"..Over **540 pages** including a key set of **four pages** of documents from the office of the Secretary of State of California reveal how state officials employ Silicon Valley media companies (Twitter, Facebook, Google (YouTube)) to censor posts about politics. Included in these documents were "misinformation briefings" emails that were compiled by communications firm SKDK, that **lists** Biden for President as their **top client**. The documents show how California state agencies successfully pressured YouTube to censor videos concerning things that **California political Cartel bosses like Harris, Pelosi and Feinstein** don't want citizens to see. A **December 2020 report** surfaced that shows that the State of California is surveilling, tracking, and seeking to censor the speech of Americans in order to cover-up the political crimes and stock market manipulations that State officials are engaged in. California politicians own portions of Twitter, Facebook, Google (YouTube), Linkedin, etc. and those social media companies are simply an arm of their political and stock market manipulation efforts..."*

**SEE ALL OF THE VIDEO EVIDENCE AND BROADCAST NEWS REPORTS ON THIS CASE AT:**

http://san-francisco.biz

--------------------------------------------------------

# The Scams At The Secretary Of Energy's Office

**Energy Secretary Steven Chu** and his staff held stock and business partnerships in Tesla Motors and the rare earth companies used to make his batteries. The Energy Department has lied about their massive conflicts of interest, covered up hundreds of crony insider manipulations of applications and run Lois Lerner-type reprisal attacks on those who compete with Tesla and their crony buddies. In an exact repeat of the 2008 Solyndra "Stimulus" scam: **Energy Secretary Jennifer Granholm** owns up to $5 million in the electric battery and vehicle manufacturer President Joe Biden will promote on Tuesday as part of his push for a $1.9 trillion infrastructure bill. Biden's virtual visit to the electric battery producer Proterra comes days after Vice President Kamala Harris paid a visit to Thomas Built Buses, a North Carolina-based school bus company that counts Proterra as its main supplier of electric vehicles. The back-to-back White House visits to Granholm-connected companies risk at least the appearance of impropriety and demonstrate how lawmakers can use policy initiatives to pad their own wallets.

America can no longer give out taxpayer cash based on who the best friends of crooked Senators are!

Granholm has taken a leading role in the administration's forthcoming infrastructure package. The president in February tasked her with "identifying risks in the supply chain for high-capacity batteries, including electric-vehicle batteries, and policy recommendations to address these risks." The Department of Energy did not respond to multiple requests for comment.

Granholm joined Proterra's board of directors in March 2017; internet archives list her as a board member as recently as February 19, 2021, shortly before her confirmation on February 25. Her financial disclosures reveal up to $5 million worth of stock options in the green tech company, which went public in January through the special purpose acquisition company ArcLight Clean Transition Corp. Arclight, a NASDAQ-listed company, saw shares shoot up about 55 percent since its September IPO, a spike financial traders attributed directly to the acquisition of Proterra.

| 10 | Proterra, Inc., vested stock options | N/A | $1,000,001 - $5,000,000 | None (or less than $201) |
|---|---|---|---|---|
| 11 | Proterra, Inc., stock options (value not readily ascertainable): 38,542 unvested shares, strike price $5.35, vest 12/2021, exp. 12/2024 | N/A | | None (or less than $201) |
| 12 | Proterra, Inc., stock options (value not readily ascertainable): 22,500 unvested shares, strike price $4.26, vest 12/2021, exp. 12.2024 | N/A | | None (or less than $201) |

821

Page 822  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

In a January 16 <u>letter</u> to the designated agency ethics official, Granholm vowed to step down from the board and sell her stock in the company, as well as the steps she will take "to avoid any actual or apparent conflict of interest." The former Michigan governor has sold some stock,  but has not offloaded any of her Proterra shares, according to a White House official. Granholm's stake in Proterra represents her largest financial asset outside of a house in Oakland, Calif., that she values as between $1 and 5 million, according to her <u>financial disclosures</u>. The White House confirmed that Granholm still holds stock in Proterra, but said she played no role in planning the president's visit. Proterra was selected for today's virtual visit because it is the leading U.S. manufacturer of electric buses, employing 600 workers at its South Carolina and California plants," a White House official told the Washington Free Beacon. "Neither Secretary Granholm nor the Department of Energy were involved in selecting the Proterra plant."

In a February 24 <u>executive order</u>, Biden placed Granholm in charge of "identifying risks in the supply chain for high-capacity batteries, including electric-vehicle batteries, and policy recommendations to address these risks." One of Proterra's key products is electric-vehicle batteries. Proterra's website <u>boasts</u> that "our flexible design enables Proterra® EV batteries to be the best choice for commercial vehicles ranging from transit buses and trucks to delivery vehicles, construction equipment, and more." Nearly 85 percent of Proterra employee campaign contributions went to Democrats, including Joe Biden, according to the <u>Center for Responsive Politics</u>."You can't win", but that's all part of the politicians crooked plan. These crimes involve well-known public officials and pervert Silicon Valley billionaires who are trying to cover these crimes up. We won't let them get away with this corruption, though! Here is over a million pages of evidence and hours of video against them! Nicholas and Joby Pritzker— members of Illinois Democratic governor J.B. Pritzker's megadonor family—own nearly 12 million shares of ArcLight through their venture capital fund, Tao Capital. ArcLight in January announced a $1.6 billion merger with Proterra, which will see the electric vehicle manufacturer go public in 2021. Granholm served on Proterra's board for nearly four years and still holds up to $5 million in company stock.

National Economic Council director Brian Deese is also tied to Proterra through BlackRock, the investment giant where he worked as global head of sustainable investing before joining the Biden administration. BlackRock is one of several investment firms that <u>pumped</u> a combined $415 million into the Proterra merger, and Deese reported holding more than $2.4 million in BlackRock vested restricted stock in his February financial disclosure. These investors are posed for steep gains, as ArcLight's stock price has surged <u>50 percent</u>—from $11.90 to $18 per share—since January.

822

Page 823  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

The revelations come as congressional Republicans demand investigations into potential conflicts of interest between the Biden administration and Proterra, which could receive billions in taxpayer funds through a proposed infrastructure package. Rep. Ralph Norman (R., S.C.), who serves as ranking member on the environment subcommittee of the House Committee on Oversight and Reform, told the *Free Beacon* that "the American people deserve to understand the full extent of Secretary Granholm's involvement with Proterra." "Her position of roughly $5 million in the electric car company Proterra is another unfortunate example of politicians using their position for personal gain," Norman said. "Due to the President's recent unveiling of a $2 trillion infrastructure package, this matter should be investigated thoroughly." Deese in April <u>virtually toured</u> Proterra's South Carolina factory with President Joe Biden, <u>touting</u> a proposed $45 billion government investment in "clean, zero-emissions buses" such as those produced by Proterra. Just days later, the Biden administration again amplified the bus company, <u>hosting</u> Proterra CEO Jack Allen at its Leaders Summit on Climate. Administration officials repeatedly praised Proterra at the event, and Allen responded by thanking the White House for its "longstanding support of electric transit buses and zero emission transportation."

"Proterra manufactures half of the U.S.'s electric bus market, which is pretty amazing," Biden national climate adviser Gina McCarthy said at the event. "And as you know, funding for electric school buses is a priority in the American Jobs Plan." McCarthy went on to ask Allen "what role" the federal government can play in "spurring the demand for zero emission electric vehicles, including school buses." Granholm also spoke at the summit. The White House did not return a request for comment on Deese's BlackRock holdings as well as the director's role in planning events with Proterra. As a top BlackRock executive, ***Deese led an investment team tasked with identifying "sustainable" investment opportunities,*** according to his online bio. A BlackRock spokesperson said Deese "was not involved" with the Proterra investment. The Pritzkers, meanwhile, will own between 6 and 7 percent of Proterra once the company goes public, SEC documents filed by ArcLight reveal. Nicholas Pritzker is one of two Tao Capital executives with "sole voting and dispositive power" over the Proterra shares. The investment firm, which did not return a request for comment, first backed Proterra through a $10 million stake in 2014. Granholm joined the bus company's board three years later. During her tenure, Tao Capital co-led another $155 million investment in Proterra. "We at Tao are proud to support Proterra in its mission to bring forth a clean, electric transportation ecosystem," Nicholas Pritzker said in 2018. The firm's <u>website</u> touts the likes of Proterra, Tesla, and Bird as part of its "Alternative transportation" portfolio.

823

Page 824  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

| Name and Address of Beneficial Owners[1] | Prior to Business Combination[2] | | After Business Combination | | | |
| | | | Assuming No Redemptions[3] | | Assuming Maximum Redemptions[4] | |
| | Number of Shares | % | Number of Shares | % | Number of Shares | % |
|---|---|---|---|---|---|---|
| *Directors and officers prior to the Business Combination:* | | | | | | |
| Arno Harris[5] | 35,000 | * | 35,000 | * | 35,000 | * |
| Brian Goncher | 35,000 | * | 35,000 | * | — | — |
| Christine M. Miller | — | — | — | — | — | — |
| Daniel R. Revers[6] | 6,797,500 | 19.6% | 7,397,500 | 3.7% | 7,397,500 | 4.4% |
| Ja-Chin Audrey Lee[5] | 35,000 | * | 35,000 | * | 35,000 | * |
| John F. Erhard | — | — | — | — | — | — |
| Kerrick S. Knauth | — | — | — | — | — | — |
| Marco F. Gatti | — | — | — | — | — | — |
| Steven Berkenfeld | 35,000 | * | 35,000 | * | 35,000 | * |
| *All directors and officers prior to the Business Combination (nine persons)* | 6,937,500 | 20.0% | 7,537,500 | 3.8% | 7,537,500 | 4.4% |
| | | | | | | |
| *Directors and officers after the Business Combination:* | | | | | | |
| Amy E. Ard[7] | — | — | 854,847 | * | 854,847 | * |
| Brook F. Porter[8] | — | — | 2,513,757 | 1.3% | 2,513,757 | 1.5% |
| Constance E. Skidmore[9] | — | — | 121,137 | * | 121,137 | * |
| Gareth T. Joyce | — | — | — | — | — | — |
| Jeannine P. Sargent[10] | — | — | 142,056 | * | 142,056 | * |
| Jochen M. Goetz[11] | — | — | 9,408,185 | 4.8% | 9,408,185 | 5.5% |
| John F. Erhard | — | — | — | — | — | — |
| John J. Allen[12] | — | — | 1,981,581 | * | 1,981,581 | 1.2% |
| Michael D. Smith[13] | — | — | 146,239 | * | 146,239 | * |
| Ryan C. Popple[14] | — | — | 3,864,454 | 2.0% | 3,864,454 | 2.3% |
| *All directors and officers after the Business Combination as a group (12 persons)* | — | — | 20,807,759 | 10.5% | 20,807,759 | 12.2% |
| | | | | | | |
| *Five Percent Holders:* | | | | | | |
| ArcLight CTC Holdings, L.P.[15] | 6,797,500 | 19.6% | 6,797,500 | 3.4% | 6,797,500 | 4.0% |
| ArcLight CTC Investors, LLC[16] | — | — | 600,000 | * | 600,000 | * |
| Adage Capital Partners, L.P. and affiliates[17] | 2,250,000 | 6.5% | 2,250,000 | 1.1% | — | — |
| Daimler Trucks & Buses US Holding Inc.[18] | — | — | 9,408,185 | 4.8% | 9,408,185 | 5.5% |
| Certain funds and accounts advised by Franklin Advisers, Inc[19] | 5,116,002 | * | 23,065,620 | 11.7% | 17,949,618 | 10.5% |
| KPCB Holdings, Inc., as nominee[20] | — | — | 15,875,811 | 8.0% | 15,875,811 | 9.3% |
| Entities affiliated with Tao Capital Partners, LLC[21] | — | — | 11,908,642 | 6.0% | 11,908,642 | 7.0% |

Page 825   EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

"KPCB Holdings", on the list above is the notorious John Doerr. A name involved with other quid pro quo political cases.

Nicholas Pritzker and his wife Susan are prolific donors to Democratic candidates and causes. In the 2020 cycle alone, Susan Pritzker—a Tao Capital director—was the 95th largest donor in America. She contributed more than $3 million to Democrats in disclosed money, according to the Center for Responsive Politics. Nicholas Pritzker has given at least $1.9 million to Democrats in direct contributions, including maximum contributions to Biden's campaign and victory fund, FEC filings show. The government should not enable crony insiders while sabotaging their enemies using government money.

## Witnesses Letter To The FBI

Craig D Fair
Special Agent in Charge

Timothy Stone
Deputy Special Agent in Charge

Federal Bureau Of Investigation

San Francisco Office
450 Golden Gate Ave, 13th Floor
San Francisco, CA 94102-9523

May 2, 2021

Dear FBI Team:

As know you, our task force has created a large number of public-interest crowd-sourced testimony websites to provide real-time information, about this case, to your agents. We have spoken to your office on multiple occasions as informants, whistle-blowers, witnesses and providers of testimony about this large criminal matter involving well known public figures..

Congress must be forced to eliminate both the appearance and the actual operation of financial conflicts of interest that we have identified going on every day. Americans must be confident that actions taken by public officials are intended to serve the public, and not those officials and their corrupt Silicon Valley big tech leash-holders. Their actions counter-act the law, The Constitution and general morality. A number of our associates are now dead, under mysterious circumstances. It seems like some of them were killed to shut them up.

We experienced all of the damages from each of the abuse-of-power issues listed below. The FBI, FTC, SEC, FEC must become a taskforce that ends these crimes. These are the crimes we saw and suffered from and the solutions to those crimes:

We documented modern bribes being paid through stock market scams. We saw the perpetrators do it. Please help ban individual stock ownership by Members of Congress, Cabinet Secretaries,

826

Page 827  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

senior congressional staff, federal judges, White House staff and other senior agency officials while in office. Please prohibit all government officials from holding or trading stock where its value might be influenced by their agency, department, or actions. The perpetrators are TODAY committing crimes and corruption in this manner.... (READ THE REST AT THIS LINK)


Where Is The Proof, you may ask? Here:


**The "Dept Of Energy Leaks" - Aug. 5, 2009 through 2021**

**The "Panama Papers" Leaks - April 3, 2016**

**The "Swiss Leaks Papers" - February 15, 2015**

**The "Paradise Papers Leaks" - November 5, 2015**

**The "John Doerr & Kleiner Hacks" - April 22, 2020**

**The "Snowden Leaks" - May 13, 2013**

**The "Cablegate Leaks - April 15, 2010**

**The "Sony Pictures Hack" - November 24, 2014**

**The "Ashley Madison Hack" - July 19, 2015**

**The "Solarwinds Hack" - December 13, 2020**

**The related FBI, GAO, FTC, IG, SEC, CFTC and related agency files**

**And hundreds of other leaks and hacks publicly dumped on the internet...**

When you cross index all of the public leak data into an AI auditing system, any basic PC computer can FOLLOW THE BRIBE AND PAYOLA MONEY right back to the bank accounts of each corrupt Senator, White House executive and Silicon Valley oligarch! If only the U.S. Government had a federal enforcement agency whose very job it was to do that sort of investigation....Oh, wait,...the U.S. Government has SIX agencies who are supposed to do that...

827

Page 828  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

- Victim/Witnesses' had global character assassination and propaganda-media defamation reprisal attacks operated against them by White House staff and their political financiers: Elon Musk, Larry Page, Steve Jurvetson, Eric Schmidt, Steve Westly, John Doerr, et al. Jury and FBI-compliant evidence proves this as fact.

- All of the offered government money had been hard-wired to political friends ahead of time and there was no possibility that outsider Victim/Witnessess could have received the funds. Victim/Witnessess were lied to and defrauded.

- Victim/Witnesses' were attacked because 1.) they helped law enforcement investigate the attackers, 2.) They competed with the attackers that attacker's products and the Silicon Valley Cartel attackers chose to "cheat rather than compete". Jury and FBI-compliant evidence proves this as fact.

- The attackers spent over $30M+, part of that using taxpayer resources, attacking the Victim/Witnesses' as proven in the financial transaction records from Google, Gawker, Gizmodo, Jalopnik, Media Matters, Fusion GPS, et al. Jury and FBI-compliant evidence proves this as fact.

- Victim/Witnesses' had been previously funded by the U.S. Government and had a multi-decade relationship with the highest offices of the Government, which provided them with deep knowledge of the crimes that were committed. Jury and FBI-compliant evidence proves this as fact.

- The U.S. Department of Energy is used as a political slush fund to pay back campaign finance millionaires while blockading the competitors of those millionaires from reaching the market or receiving funding. Jury and FBI-compliant evidence proves this as fact.

- The only entities who participated in the global character assassination and propaganda-media defamation reprisal attacks were those entities owned and controlled by the attackers. Jury and FBI-compliant evidence proves this as fact.

- Through corrupt rare-earth mining scams and control of federal contracts and grants, attackers had planned to acquire at least one trillion dollars in unjust gains and illegal profiteering. Jury and FBI-compliant evidence proves this as fact.

- This amount of money they sought, and the "Mafia-like" structure they adopted, caused the suspects to engage in the most extreme crimes, including murder and "Deep State" coup attempts. Jury and FBI-compliant evidence proves this as fact.

- A significant number of person's who were in conflict with the attackers have died in suspicious manners. Jury and FBI-compliant evidence proves this as fact.

Page 829  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

- The suspects have hired the largest numbers of lobbyists and corporate manipulation lawyers in U.S. history in order to manipulate political decisions. Jury and FBI-compliant evidence proves this as fact.

- The suspects have spent more money on political bribes than any group of men has spent in the last century. Jury and FBI-compliant evidence proves this as fact.

- The suspects placed top federal law enforcement and agency bosses (ie: Michelle Lee, Steven Chu, Kamala Harris, James Comey, et al) from their own Cartel, into top government positions, with orders to run cover and protection schemes for them. Jury and FBI-compliant evidence proves this as fact.

- California State officials including the Governor, Controller, The Senators, Secretary of State and regional officials participated in these crimes and pocketed the initial profits from these crimes in covert investment banking. Jury and FBI-compliant evidence proves this as fact.

- Tesla Motors, Google, Netflix, Facebook, Linkedin, Amazon and other tech Cartel members operate with a common goal of psychological mass ideology manipulation and monopolistic profiteering based on government sponsored anti-trust violations and server control exclusivity. Jury and FBI-compliant evidence proves this as fact.

- The attempted cover-ups of these crimes continues to this day. Jury and FBI-compliant evidence proves this as fact.

- Natural-born U.S. citizen Victim/Witnesses #1 has been employed in the USA for many decades and was a federal contractor/employee. The State of California employment laws now provide that of of Victim/Witnesses #1's "contractor" was actually "employee" work per California law. He worked for his community and his country as a law enforcement and intelligence researcher (law/IC) in which he closed cases that saved Americans billions of dollars. He holds numerous state and federal certifications and credentials to this effect and was certified as an investigator under the State Government at the California Office Of Consumer Affairs. He also worked as a CEO, Inventor and Product Development Director for which the U.S. Government has awarded him dozens of seminal patent awards for products in use by Microsoft, Sony and other major companies to provide products and services to billions of people. He has received commendation letters from U.S. Presidents, Agency heads and Mayors. He is pictured in videos, photographs, articles, meetings and on letterhead government and corporate correspondence with some of the most famous public and White House figures in America for decades. He reported the corruption in a trillion dollar Department of Energy embezzlement scam involving crooked uranium, lithium, indium and other metals, he was attacked by State and Federal employees, many of whom have now been terminated because of

829

their illicit actions. Victim/Witnesses was also exposed to those toxic materials in his work for the Department of Energy.

- Part of the state-sponsored attack launched against Victim/Witnesses #1 used the same exact personnel, servers, digital systems, production equipment and other resources that are owned, or managed, by Google/Alphabet/YouTube for national election candidate counter-measures services. Google/Alphabet/YouTube sells these services, under many guises, as offerings to promote any candidate or damage any candidate for a fee, or for an exchange of items of value. Our investigators have acquired some of the billing and banking documents verifying this and the FBI has full access to all such documents proving this assertion. The billing value of the attack against Victim/Witnesses #1 (in commensurate multiple-billing efforts by Google/Alphabet/YouTube) had a minimum commercial value of $30M in billings. This metric is based on records of political election campaign services sold by Google/Alphabet/YouTube since the year 2002. In other words, in a past elections, hard, documented numbers, employee statements, banking records, stock records, billing records and other materials exist, in jury trial acceptable form, to prove that, for example, Google/Alphabet/YouTube spent a certain exact amount of money and resources-of-value to defeat one candidate and to seek to elect that candidates opposition.

- Additionally, relative to the Google/Alphabet/YouTube portion of the attack, Google/Alphabet/YouTube owners are on federal and Congressional record swearing under oath that they do "not manipulate search results in order to harm others", yet investigators for Victim/Witnesses #1 and over 1000 outside third parties proved that the opposite was true and that Google/Alphabet/YouTube executives lied under oath. The fact that the attack link on Google's front page never moved position for 5 years and other confirming data, proves the assertion that Google/Alphabet/YouTube sells defamation and character assassination services and sold them against Victim/Witnesses. Victim/Witnesses helped place sensors on servers globally which used comparative search results from competing global search engines to prove that Google/Alphabet/YouTube was rigging most search results to promote it's friends and harm it's political and business enemies.

- California Senators, White House staff and the owners and executives of Google/Alphabet/YouTube are also the investor/shareholders in Victim/Witnessess competitors who were government financed.

- The industry metricized standard for person's with, at least, the skills and experience of Victim/Witnesses, in his demographic, is a minimum of $10,000 per month in the local technology market for those with less hours, less patent awards, less past work reference letters and less experience than Victim/Witnesses. Silicon Valley job metrics and census data prove that

830

that is even a low figure for a commensurate worker. Lost work opportunity for Victim/Witnesses should be valued at a minimum of $10,000.00 per month.

- Even though Victim/Witnesses has been an extraordinarily productive, working member of the community and the U.S. Government; and Victim/Witnesses has organized companies and programs which have paid millions of dollars in taxes, Victim/Witnesses is currently only afforded the most minimal benefits possible. In other words, Victim/Witnesses has saved billions of dollars for the Government and the taxpayers and, additionally, has organized companies and programs which paid millions of dollars in taxes and free services to The Government yet Victim/Witnesses seems to be getting only political reprisals as gratitude.

- State and Federal employee corruption and reprisal actions cost Victim/Witnesses his savings and nearly a billion dollars of potential income by intentionally sabotaging and terminating his operating, Congressional financed, Congressional commended national service companies featured on NPR, CBS News, and in The Wall Street Journal, The New York Times and hundreds of other mainstream news outlets. Corrupt State and Federal employees engaged in these benefit blockade reprisals because Victim/Witnesses's companies competed with the stock market holdings of those corrupt State and Federal employees.

- These are the very same public officials who have interdiction capability at state and federal agencies. It is quite reasonable to assume that these State and Federal employees, who have a court record of using reprisal actions against others, just like they did to Victim/Witnesses, ordered federal agencies to harm Victim/Witnesses. These public officials defrauded Victim/Witnesses by asking and causing him, and his Team, to invest in their program. It turned out they were using Victim/Witnesses's business ventures to cover (smoke-screen) their crimes at the expense of Victim/Witnesses and the taxpayers.

- To be clear, Government employees put hundreds of millions of dollars of stock market profits in their, and their associates pockets, part of which they took from Victim/Witnesses's funding, and then attacked Victim/Witnesses, in a large number of reprisal actions.

- Victim/Witnesses reported crimes by public officials which led to the FBI raid of Solyndra, opened the Uranium One investigation and the firing of the Secretary Of Energy for corruption. Part of Victim/Witnesses's work involved creating America's next national energy solutions.

- Victim/Witnesses worked with the U.S. Department of Energy, HUD, NAHB and related entities in work with the national weapons and energy labs since 2000. Victim/Witnesses worked with nuclear, heavy metals, sintered rare earth metals, extreme solvents and nano-particulated

831

exotic chemistries and won a historical Congressional commendation, first-ever seminal U.S. Government patent awards, industry and press acclaim, customer acclaim and a multi-million dollar lab research grant in the Congressional Iraq War Bill.

- Even though Victim/Witnesses's has worked in service to his country, Victim/Witnesses has been denied his legal rights. Victim/Witnesses's U.S. Constitution and California Constitutional rights have been denied because he "did the right thing" and helped law enforcement.

- The most senior FBI and DOJ executives including James Comey, Andrew McCabe, Peter Strzok, David Oh and others are under federal investigation for running character assassinations and working with the economic assassins from Fusion GPS, Google Media, Gawker Media and other illicit attack organizations. Victim/Witnesses reported to some of these men. Charges of FBI, DOJ, VA and SSA executive reprisal manipulations and attacks against citizens would have sounded hard to believe a decade ago but, in the post-Snowden world, catching those who pervert State and Federal offices has become common-place. It is beyond reasonable to assume that Victim/Witnesses's charges of government agency reprisal-stonewalling are well founded and have full legal merit.

- The services who charge to perform the support work for such attacks provide a life-time placement of negative attack data on Google and on all of the Axciom, Taleo and other hiring HR and hiring databases, globally; and the locking, on the front top page of Google search results, forever, of the attack and defamation data, as was done because Victim/Witnesses testified to Congress, the GAO and the FBI.

- The attacks on Victim/Witnesses were "State Sponsored Attacks" directed, financed and managed by California State public officials and Federal Agency officers.

- Instead of the "Thanks of a grateful nation", Victim/Witnesses has received political reprisals, revenge and vendettas using taxpayer financed resources. Victim/Witnesses has contributed more in the service of his country and community than most citizens. We ask your office to Correct the Record and the Nick Denton tabloid empire and bring fairness and justice to the finalization of this case. Victim/Witnesses, his family, friends, associates and others will pursue this forever, through the media, law enforcement and alternative means ...until it is fairly resolved.

- The suspects in these crimes received over 50 billion dollars in profits from the crimes.

- The suspects received over 50 billion dollars at the expense of the Victim/Witnesses' because they intentionally, maliciously and in a coordinated manner, circumvented, those monies from the Victim/Witnesses' and the victim's income streams.

832

- The amount of money that the suspects acquired from these crimes is confirmed by reports at the Securities and Exchange Commission, The Internal Revenue Service, the FTC and stock market transfer records.

- Each competing company of the Victim/Witnesses's that the suspects sabotaged had the potential to make as much money, or more money, than the suspects companies did in the same time period. Victim/Witnesses's companies would have operated competitively had they not been sabotaged by the government officials. These other companies offered lower cost, safer, longer range products which higher volumes of consumers had demanded. This means that, if these companies had not been sabotaged by these corrupt government officials who, owned stock in these insider companies, they would have made even more money than the insider companies.

- Thus, and by extension, the corrupt Senator's and White House staff stock ownership's in Victim/Witnesses's competitor's, provide a minimum baseline damages amount reference for comparable damages values using GAAP accounting references. Each competing company that suspects sabotaged,had the potential to make as much money, or more money, than known competing company revenues.

- The government officials used character assassination as a vendetta process to seek to destroy the brands, reputations and witness testimony of the Victim/Witnesses' by manipulating their properties.

- The suspects hired Fusion GPS, Black Cube, Google, Media Matters, Gizmodo and Gawker Media to author and distribute character assassination propaganda to the majority of the world's population via their pre-arranged and contrived control of the vast majority of digital media. For example, Google, the stock of which is owned by the suspects, locked the attacks on the front page on the top line of Google for over five years, without ever moving it, even though Victim/Witnesses's purchased thousands of servers, and take-down requests to attempt to move the attacks even a few lines lower. This proves that Google was manually, and daily rigging the attacks. Thus, the damages award to the Victim/Witnesses should be much higher than the Terry Bollea award.

- Government funding which was circumvented by suspects from Victim/Witnesses to themselves was not the largest quantified value of loss. Working with Goldman Sachs, JP Morgan, McKinsey, etc., suspects exploited the White House relationship with The Fed and the SEC to create a massive stock market valuation padding scheme which yielded historical profits. By stating government funds as "profit" and switching back and forth from stock skims to

833

government funds in accounting records, tremendous stock market profits were placed in the pockets of the suspects.

- Had Victim/Witnesses's not been circumvented by suspects then Victim/Witnesses's would have acquired these same benefits. The stock market loss to the Victim/Witnesses's at the expense of the Victim/Witnesses's is also calculated into the damages consideration.

- The suspects ordered Steven Chu, Lachlan Seward, Carol Battershel, McKinsey and Deloitte Consulting, Kathy Zoi and other executives at the U.S. Department of Energy, to be placed into positions in the U.S. Department of Energy as shills on their behalf, to lie to and defraud the Victim/Witnesss. All of the ATVM and LGP grant and loan funds from the U.S. Department of Energy had been secretly hard-wired and the distribution of it covertly arranged to go to the suspects stealthed stock ownerships.

- Thus, the Victim/Witnesss, who had superior technology, more customer orders, better value and provided less of a national security risk were defrauded into spending tens of millions of dollars on the Victim/Witnesses process via false promises and assurances of success which were already known to be lies from the first 2007 forward. The losses in time, expenses and time-to-market delays created by these fraudulent promises and assertions by the agents, in public office, covertly working for the suspects are calculated into these damages.

- Victim/Witnesses's are demanding from the U.S. Government, The California State Government and the individual suspect/Defendants; general damages according to proof; special damages according to proof; exemplary or punitive damages; For a preliminary injunction and a permanent injunction enjoining defendant and their/her agents, servants, and employees, and all persons acting under, in concert with, or for him/her from continuing to publish the above-described private facts about Victim/Witnesses's; for costs of suit herein incurred; for such other further relief as the court may deem proper; and for an award of a percentage of suspect/Defendants gross revenue since inception wherein that revenue was derived from profits made from the use of, or interdiction of, Victim/Witnesses's patented and trade secret products, services and technology which Defendants covertly acquired information about and copied for profit. Forensic accounting based on Subpoenas against the suspects and attack providers, and further FBI support, will be required to finalize the amount but recent leaks and witness testimony confirm the veracity of these assumptions.

834

## State-Sponsored Reprisal Attacks Suffered By Plaintiff's

*CIA, In-Q-Tel, Black Cube Mossad and other spy operatives contracted their services to White House and Senate senior officials to attack and destroy reporters, whistle-blowers and other Victim/Witnesses'.*

The United States Government and State of California senior officials own the stock in Tesla, Facebook, Google and other tech companies and take their orders from those companies. that is "criminal collusion"!

*"these are the reprisal attacks that they ran against us, in vendetta, that we are now, legally, sending straight back to each of them...."*

**Senators and oligarchs run an organized crime operation.** The Victim/Witnesses' were attacked with a $30M+ state-sponsored reprisal attack program which included the following attack tactics operated by the same WHITE HOUSE "OPPOSITION RESEARCH" AND ATTACK TEAM used to attack opposition Presidential candidates and reporters that were in disfavor.

Just like Bin Laden was caught by tracking his "relay-men", The Silicon Valley Cartel has their Steve Westly's, David Plouffe's, Jay Carney's, Nick Denton's, David Brock's, and the other little sociopath sociopolitical manipulations bastards who always seem to escape the law. They have not escaped public forensics, though.

Now the Victim/Witnesses' have demanded that the FBI, and others, bug, hack and forensically track them to expose the coordinating/colluding/conspiring structure of the same little rats nest of CPA, PAC, fake charities, trust funds, fake shell companies, tech law firms and other dirty tricks operatives that they use to run their Cartel. The Panama Papers leaks exposed one corner of their system. From there it was easy to drill into the heart of this financial and political crime operation. The forensic accounting trails all lead back to the exact same crooks. It is no coincidence that they all use the same people and transfer the cash through the same routes.

The attacks on the Victim/Witnesses' could only have been accomplished by White House and Department of Energy operatives. Only they had the resources and experience to undertake something this heinous and spy agency-like. The funding for the attacks tracks right back to them, too. Ask the FBI what the forensic tracking of the attackers revealed!

835

Page 836  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

Investigations have revealed that the White House and California Senators hired the character assassination and defamation attack services: Cardinal & Pine*; Pacronym, Acronym;* The Americano*;* Investing in US*; Shadow Inc; Courier Newsroom; IN-Q-Tel; Gawker Media; Jalopnik; Gizmodo Media; K2 Intelligence; WikiStrat; Podesta Group; Fusion GPS;* Google*; YouTube; Alphabet; Facebook; Twitter; Think Progress; Media Matters); Black Cube; Correct the Record and the Nick Denton tabloid empire; Orbis Business Intelligence, Undercover Global Ltd; Stratfor; Jigsaw; ShareBlue/Acronym; Versa LLC; American Ledger; Supermajority News; New Venture Fund; Sixteen Thirty Fund; Cambridge Analytica; Sid Blumenthal;* States Newsroom*; Hopewell Fund;  Open Society.; David Brock; AmpliFire News; American Bridge; Plouffe Consulting; Pantsuit Nation; MotiveAI; American Bridge 21st Century Foundation; Priorities USA; PR Firm Sunshine Sachs; The American Independent Foundation; Covington and Burling; Buzzfeed;* The American Independent*; Perkins Coie; Secondary Infektion; Wilson Sonsini* and thousands more to run hit-jobs, character assassinations, dirty tricks and economic reprisal attacks on any targets who reported the crimes. Each of those companies are now under federal and civil investigation. Most of these businesses offer the service of manipulating elections and news coverage in order to steer stock market profits into the pockets of billionaire clients at the expense of the taxpayer and Democracy. They hide their transactions via money-laundering. All of these services, when focused on individual citizens, are lethal.

Why would we go to this much trouble to take these people down? because they did these things to us in reprisal for reporting their crimes:


**1.) Defrauding Victim/Witnessess via fake government requests to invest in rigged government contracts;**


**2.) Placing moles and spying inside Victim/Witnesses's companies;**


**3.) Blockading legal counsel for Victim/Witnesses's;**


4.) Character assassination and sophisticated contracted defamation media attacks;


**5.) Offshore factory processed social media attacks;**


**6.) Government benefits from SSA, HUD, etc, blockades and manipulations;**


**7.) Jobs and venture capital funding blacklisting;**


836

Page 837  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

**8.) FOIA obfuscation for official government FOIA filings;**

**9.) Arbitrary government deadline manipulation for SSA, DOE, HUD and other applications;**

**10.) Creation of endless fake hurdles in agency applications (ie: DOE) to protect rigged "winners";**

**11.) Toxic workplace poisonings like the Salisbury, Nalvany, Litvinenko poisonings;**

**12.) Workplace sabotage and obstruction of Victim/Witnesses's companies;**

**13.) Media defamation attacks via gawker, Gizmodo, Jalopnik, Google, Youtube, etc.;**

**14.) Commercial employment database "lois lerner-ing" and red-flagging;**

**15.) Murders of peers (ie: Rajeev Motwani, Seth Rich, Gary D. Conley and 120+ others);**

**16.) Revenue blockades and internet income re-direction;**

**17.) Troll farm attack teams hired from Chinese attack farms;**

**18.) Fusion GPS, Media Matters, David Plouffe attack contracts issued targeting whistle-blowers;**

**19.) Manual search engine lock-in attacks on Google, YouTube, Linkedin;**

**20.) U.S. patent office manipulation to blockade revenue;**

**21.) _Honey-traps sent out targeting the whistle-blowers_;**

**22.) Fake news tabloid empires created just for defamation attacks;**

**23.) Housing access and financing blockades created to reprisal harass whistle-blowers;**

**24.) Ongoing hacking of Victim/Witnesses's devices;**

837

Page 838  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

**25.) Tech industry black-list coordination within the National Venture Capital Association;**

**26.) HUD and USDA mortgage rights blockades:**

**27.) DNS and IP routing manipulation to prevent Victim/Witnesses' from selling anything online;**

**28.) Digital attacks designed to put horrific fake news about target in front of 7.5 billion people...**

and more spy agency type "dirty tricks"that cost the Victim/Witnesses' their lives, life savings, income and other disabling losses. Diane Feinstein, Nancy Pelosi, Harry Reid, White House Staff, Department of Energy Executives, and others, have the power, with a single phone call, to implement all of the above attacks.

*"They all had the means and motivation. They all had stock market profits affected by this. They all had been proven to have contracted FUSION GPS and other attack services on multiple occasions! They all will do ANYTHING to cover up these crimes! If these people could do these things to us then it must be completely legal to do these things right back to them, correct? Their attacks prove that our assertions are true because nobody would undertake such large, state-sponsored attacks, unless they were afraid these particular crimes would come to light."*

**2021A - Documented Attack Incident On Victim/Witnesses':** Government agency bosses solicited the target with false promises of future loans, contracts or grants from their agency and caused the target victim to expend millions of dollars and years of their time for projects which those government bosses had covertly promised to their friends. They used the target victim as a "smokescreen" to cover their illegal government slush-funds for the Victim/Witnesses' competitors and personal enemies. By using this tactic, the attackers drain the target Victim/Witnesses' funds and forced victim into an economic disaster without the government bosses fearing any reprisal for their scam in which they made billions of dollars in profit in the notorious Solyndra scandals as seen in the CBS 60 Minutes episode: "***The Cleantech Crash***", thousands of TV news segments and the related GAO and Congressional corruption reports.

**2021B - Documented Attack Incident On Victim/Witnesses':** Government officials and LSC corporation (A federal agency dedicated to providing legal services to Victim/Witnesses') blockaded victim's rights to legal representation in order to prevent victim from personally suing the attackers because such a lawsuit would have embarrassed corrupt public officials. High tech law firms that were discussing a services agreement with victim were threatened and ordered to

838

not help victim or "*they would be black-listed or be cut-off from tens of millions of dollars of **Google**, Netflix, Facebook and government contracts*". Individual lawyers were threatened with black-listing and getting "*flooded with more filings than you could ever respond to in your life-time...*" LSC officials, who were almost entirely Obama Administration associates, refused to assist with lawyer referrals, which is against their federal contract.

**2021C - Documented Attack Incident On Victim/Witnesses':** A sophisticated animated attack film was produced attacking victim. An animated film is an expensive effort involving considerable time and expense. An attacker must be well financed to undertake such an effort. The film was published on YouTube and locked onto the very top search result line on every YouTube search in front of 5 billion internet users for over a decade. The damage to victim's reputation is estimated in the tens of millions of dollars. YouTube steadfastly refused to remove or adjust the search results even though YouTube executives knew victim and knew that the video represented a character assassination attempt against victim because YouTube owners finance the political campaigns of the public officials who ordered the attacks. While **Google/YouTube** stated to Congress that all of it's search results are arbitrary, the never-moving search result of this attack video proved that ***Google's and YouTube's*** search results are manually manipulated by human maintained black-lists.

**2021D - Documented Attack Incident On Victim/Witnesses':** Social networking sites including MeetUp, Match, Facebook, etc. and all other IAC-owned, or similar, sites (IAC is managed by Hillary Clinton's daughter, whose Mother knew victim) have had their profiles, texts, and inter-member communications, since those companies were started, hacked or purchased. The financiers of almost everyone of these sites are also the financiers of the suspects. The attack service providers use Palantir , In-Q-Tel financed data analysis software to analyze every activity in those services ***in order to find honey-trap,*** blackmail and social conflict exploitation opportunities. Your social life will, essentially, end. Every photo on every social site is cross checked with every other photo on the internet in order to cull your Facebook, Linkedin, Snapchat and other social media together to create a total manipulation profile data file on you. New contacts on these sites were contacted by the attackers and told to "avoid" the victim in order to damage victim.

**2021E - Documented Attack Incident On Victim/Witnesses':** Social Security, SSI, SDI, Disability and other earned benefits were stone-walled. Applications for benefits for the victim were intentionally "lost" like a "Lois Lerner hard drive". Files in the application process "disappeared". A U.S. Senator ordered Victim's benefits to "never be approved" even though victim worked 60 hour+ weeks for decades in service to their nation and their community. A SSA official in the local SSA office, who had a devout expressed hatred against one United States President ordered a benefits blockade against victim because he found out that victim's ex-lawyer now worked in the White House.

Page 840   EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

**2021F - Documented Attack Incident On Victim/Witnesses':** Government officials and tech oligarchs contacted members of the National Venture Capital association (NVCA) and created national "black-lists" to blockade victim from receiving investor funding. This was also confirmed in a widely published disclosure by Tesla Motors Daryl Siry and in published testimony. If Silicon Valley political campaign finance oligarchs black-list you (see the "AngelGate" Scandal and the "High Tech No Poaching Class Action Lawsuit" cases) you will never get investor funding again.

**2021G - Documented Attack Incident On Victim/Witnesses':** Federal FOIA requests were hidden, frozen, stone-walled, delayed, lied about and only partially responded to in order to seek to hide information and run cover-ups.

**2021H - Documented Attack Incident On Victim/Witnesses':** State and federal officials play an endless game of Catch-22 by arbitrarily determining that deadlines had passed that they, the government officials, had stonewalled and obfuscated applications for, in order to force these deadlines that they set, to appear to be missed.

**2021I - Documented Attack Incident On Victim/Witnesses':** Victim/Witnesses' was found to be strangely poisoned, not unlike the Alexander Litvenko case. Heavy metals and toxic materials were found right after victim's work with the Department of Energy weapons and energy facilities. Many wonder if victim was intentionally exposed to toxins in retribution for their testimony. The federal MSDS documents clearly show that a number of Victim/Witnesses' were exposed to deadly compounds and radiations, via DOE, without being provided with proper HazMat suits which DOE officials knew were required.

**2021J - Documented Attack Incident On Victim/Witnesses':** Victim/Witnesses' employers were called, and faxed, and ordered to fire target Victim/Witnesses' from their places of employment, in the middle of the day, with no notice, as a retribution tactic.

**2021K - Documented Attack Incident On Victim/Witnesses':** On orders from Obama White House officials ***Google, YouTube***, Gawker Media and Gizmodo Media produced attack articles and defamation videos. Google locked these contrived attack articles from the Nicholas Guido Denton tabloid empire on the top line, of the front page of all Google searches for a decade in front of 7.5 billion people, around the world. This attack-type uses over $40 million dollars in server farms, production costs and internet rigging. The forensic data acquired from tracking some of these attacks proves that Google rigged these attacks against victim on the internet and that all of Google's "impressions" are manually controlled by Google's executives who are also the main financiers and policy directors of the Obama Administration. This data was provided to the European Union for it's ongoing prosecution of Google's political manipulation of public perceptions. Hired attackers Nicholas Guido Denton, John Herman, Adrian Covert, Ian Fette, Patrick George, Gabrielle Darbyshire and John Cook have been referred to the FBI for

840

surveillance, tracking and interview relative to the command, control and compensation for those attacks.

**2021L - Documented Attack Incident On Victim/Witnesses':** Victim/Witnesses' HR and employment records, on Taleo, Palantir and EVERY recruiting and hiring database, was embedded with negative keywords and "flags" in order to prevent the victim from ever gaining future employment.

**2021M - Documented Attack Incident On Victim/Witnesses':** Gary D. Conley, Seth Rich, Rajeev Motwani who victim knew, and many other whistle-blowers in these matters, turned up dead under strange circumstances. Victim has received ongoing death threats for his help to federal investigations in the larger organized crime investigation relative to this matter. You might wonder why energy deals get people killed. You might wonder why Joe Biden's son Hunter was running an energy company he knew nothing about. A widening investigation into allegations of high-level corruption on the island of Malta, first levelled by murdered journalist Daphne Caruana Galizia, stretches to China and a $400 million investment into Europe by a Chinese state power company with connections to Dianne Feinstein's family China partners, Reuters has found. Caruana Galizia was murdered in October 2017 as she investigated a web of companies that she believed were funneling bribes to Maltese politicians. Now, Reuters and a consortium of journalists have traced two firms involved in that web to relatives of a senior Chinese executive for Accenture, the global consultancy firm. The executive, 43-year-old Chen Cheng from Shanghai, negotiated investments on behalf of China's state-owned Shanghai Electric Power in Malta and in another small European state, Montenegro, over the past decade, according to Maltese officials and official records. The revelation of a Chinese connection potentially adds a new international dimension to a scandal that has rocked Malta's government and last year led to the resignation of the prime minister. It also could figure in a series of Maltese official investigations into the events leading up to Caruana Galizia's death. Backed by Malta's government, the investments by Shanghai Electric Power were portrayed by Maltese and Chinese political leaders as one component of China's multi-trillion dollar Belt and Road initiative to pour money into economic infrastructure in central Asia and Europe. In 2016, a year before she was murdered in a car bombing, Caruana Galizia identified Chen's key role in the transactions on her blog. Reporter David Bird was looking into these energy connections and he was then found dead in the woods on the East Coast. A total of six people in Malta have been charged with Caruana Galizia's killing and await trial. Caruana Galizia reported that Chen created a company in the British Virgin Islands in 2014, for an unknown purpose. In the same year, Chen played a central role in negotiations and due diligence for Shanghai Electric Power to

invest 380 million euros ($400 million) in buying a share of Malta's state power company, Enemalta. Caruana Galizia did not specify any wrongdoing by Chen. Chen and Accenture did not respond to Caruana Galizia's report at the time. Now, reporters at Reuters, the Times of Malta, the Organized Crime and Corruption Reporting Project and the Süddeutsche Zeitung, have discovered that Chen's family set up two further companies in Hong Kong, both with business links to Malta. The first of the companies set up by the Chen family, known as Macbridge, planned to pay up to $2 million to Panama firms controlled by two Maltese politicians, Reuters has previously reported. The second, called Dow's Media Company, received one million euros ($1.2 million) from a business owned by one of Malta's richest men, Yorgen Fenech, according to financial records seen by Reuters. Fenech is in jail, awaiting trial on a charge of masterminding Caruana Galizia's murder. He has pleaded not guilty. According to international legal requests seen by Reuters, Maltese law enforcement officials suspect that Macbridge and Dow's Media were part of an elaborate scheme, involving some participants in the China-Malta deals, to make payments to politicians in Malta and siphon off profits for themselves. The Panama Papers Leaks, The Swiss Leaks And Wikileaks have shown that dirty CPA firms for American politicians and Silicon Valley oligarchs were all laundering money through these shared illegal conduits.

---

**2021N - Documented Attack Incident On Victim/Witnesses':** Paypal (A DNC-biased operation) and other on-line payments for on-line sales by victim are de-platformed, delayed, hidden, or re-directed in order to terminate income potential for target who competed with the attackers interests and holdings. This further denied victim income. As a test, victim built an online store with hundreds of thousands of products and marketed it globally. Trackers, placed by victim's technicians, on servers, discovered that Paypal and an outside "Virgina-based system" were DNS and payment re-directed all traffic away from the store so that victim received no traffic and no income. In DNS redirection, "website spoofing" sends target Victim/Witnesses' websites to dead ends where no sales orders or customer inquiries actually get back to the target. These internet revenue activity manipulations are conducted using outside covert servers operated by the attackers and revealed in the Snowden Leaks. All commercial storefronts and on-line sales attempts by target Victim/Witnesses', had their sites hidden, or search engine de-linked by a massively resourced facility located in Virginia, Texas or Palo Alto, California in order to terminate revenue potentials for the victim.

---

**2021O - Documented Attack Incident On Victim/Witnesses':** Contracted trolls, shills, botnets and synth-blog deployments are deployed to place defamatory statements and disinformation about victim in front of 7.5 billion people around the world on the internet in order to seek to damage their federal testimony credibility by a massively resourced facility. Some of these troll farms were uncovered in Russia, Ukraine, Israel and Brazil.

**2021P - Documented Attack Incident On Victim/Witnesses':** Campaign finance dirty tricks contractors were hired by campaign financiers to attack the friends and family members of the target victim in order to create low morale for the target Victim/Witnesses' psyche and motivation.

**2021Q - Documented Attack Incident On Victim/Witnesses':** In one case covert political partner: <u>Google</u>, transferred large sums of cash to dirty tricks contractors and then manually locked the media portion of the attacks into the top lines of the top pages of all <u>Google</u> searches globally, for years, with hidden embedded codes in the links and web-pages which multiplied the attacks on Victim/Witnesses' by many magnitudes.

**2021R - Documented Attack Incident On Victim/Witnesses':** Covert Cartel financier: <u>Google</u>, placed Google's lawyer: Michelle Lee, in charge of the U.S. Patent Office and she, in turn, stacked all of the U.S. Patent Office IPR and ALICE review boards and offices with Google-supporting employees in order to rig the U.S. Patent Office to protect Google from being prosecuted for the vast patent thefts that Google engages in. Google has hundreds of patent lawsuits for technology theft and a number of those lawsuits refer to Google's operations as "Racketeering", "Monopolistic Cartel" and "Government Coup-like" behaviors. Thousands of articles and investigations detail the fact that Google, "essentially" ran the Obama White House and provided over 80% of the key White House staff. A conflict-of-interest unlike any in American history. Google's investors personally told Victim they would "kill him". Google and the Obama Administration were "the same entity". Victim testified in the review that got Michelle Lee terminated and uncovered a tactical political and social warfare group inside Google who were financed by Federal and State funds.

**2021S - Documented Attack Incident On Victim/Witnesses':** "<u>Honeytraps" and moles were employed by the attackers</u>. In this tactic, people who covertly worked for the attackers were employed to approach the "target" in order to spy on and misdirect the subject. The State-Sponsored Spies And Hired Character Assassins Of Match.com.Victim/Witnesses' employed some of the founder's of Match.com and has intimate knowledge of the Match.com organization's intelligence and dirty tricks sub-set. Over 1000 profiles on Match.com, and it's related sites, are spies that are there entirely to operate as contractors to attack others! Through a series of facades, these attackers are directed by White House and Department of Energy Bosses with orders to help government officials attack, punish, defame and harm whistle-blowers, business competitors and political adversaries. Since 2008, one San Francisco business man has recorded over 20 of these spy girls recording him and reporting back to his competitor. He has placed a private investigation firm on long-term contract to hunt down and prosecute these spider-women who sell entrapment services and operate under cover of Match.com's guise.

843

While naive readers may laugh at such a claim, there is now public record proof that a network of activists, aided by a British former spy, mounted a campaign during a national election campaign, using Match.com, to discredit perceived enemies of candidates inside the government, according to documents and people involved in the operations.

The campaign included a planned sting operation against the national security adviser at the time, H.R. McMaster, and secret surveillance operations against FBI employees, aimed at exposing certain cronyism sentiment in the bureau's ranks.

The operations against the FBI, run by the conservative group Project Veritas, were conducted from a large home in the Georgetown section of Washington that rented for $10,000 per month. Female undercover operatives arranged Match.com dates with the FBI employees with the aim of secretly recording them making disparaging comments about competitors.

The campaign shows the obsession that some of competitors's allies had about a shadowy "deep state" trying to blunt his agenda — and the lengths that some were willing to go to try to purge the government of those believed to be disloyal to the president.

Central to the effort, according to interviews, was Richard Seddon, a former undercover British spy who was recruited in 2016 by security contractor Erik Prince to train Project Veritas operatives to infiltrate trade unions, Democratic congressional campaigns and other targets. He ran field operations for Project Veritas until mid-2018.

Last year, The New York Times reported that Seddon ran an expansive effort to gain access to the unions and campaigns and led a hiring effort that nearly tripled the number of the group's operatives, according to interviews and deposition testimony. He trained operatives at the Prince family ranch in Wyoming.

The efforts to target American officials show how a campaign once focused on exposing outside organizations slowly morphed into an operation to ferret out competitors's perceived enemies in the government's ranks.

Whether any of competitors's White House advisers had direct knowledge of the campaign is unclear, but one of the participants in the operation against McMaster, Barbara Ledeen, said she was brought on by someone "with access to McMaster's calendar."

At the time, Ledeen was a staff member of the Senate Judiciary Committee, then led by Sen. Chuck Grassley, R-Iowa.

This account is drawn from more than a dozen interviews with former Project Veritas employees and others familiar with the campaign, along with current and former government officials and internal Project Veritas documents.

844

The scheme against McMaster, revealed in interviews and documents, was one of the most brazen operations of the campaign. It involved a plan to hire a woman armed with a hidden camera to capture McMaster making inappropriate remarks that his opponents could use as leverage to get him ousted as national security adviser.

Although several Project Veritas operatives were involved in the plot, it is unclear whether the group directed it. The group, which is a nonprofit, has a history of conducting sting operations on news organizations, Democratic politicians and advocacy groups.

The operation was ultimately abandoned in March 2018 when the conspirators ended up getting what they wanted, albeit by different means. The embattled McMaster resigned on March 22, a move that avoided a firing by the president who had soured on the three-star general.

Project Veritas did not respond to specific questions about the operations. On Thursday, James O'Keefe, the head of the group, said this article was "a smear piece."

Neither Seddon nor Prince responded to requests for comment. McMaster declined to comment.

When confronted with details about her involvement in the McMaster operation, Ledeen insisted that she was merely a messenger. "I am not part of a plot," she said.

The operation against McMaster was hatched not long after an article appeared in BuzzFeed News about a private dinner in 2017. Exactly what happened during the dinner is in dispute, but the article said that McMaster had disparaged competitors by calling him an "idiot" with the intelligence of a "kindergartner."

That dinner, at an upscale restaurant in downtown Washington, was attended by McMaster and Safra Catz, the chief executive of Oracle, as well as two of their aides. Not long after, Catz called Donald McGahn, then the White House counsel, to complain about McMaster's behavior, according to two people familiar with the call.

White House officials investigated and could not substantiate her claims, people familiar with their inquiry said. Catz declined to comment, and there is no evidence that she played any role in the plot against McMaster.

Soon after the BuzzFeed article, however, the scheme developed to try to entrap McMaster: Recruit a Match.com woman to stake out the same restaurant, Tosca, with a hidden camera. According to the plan, whenever McMaster returned by himself, the woman would strike up a conversation with him and, over drinks, try to get him to make comments that could be used to either force him to resign or get him fired.

Who initially ordered the operation is unclear. In an interview, Ledeen said "someone she trusted" contacted her to help with the plan. She said she could not remember who.

"Somebody who had his calendar conveyed to me that he goes to Tosca all the time," she said of McMaster.

According to Ledeen, she passed the message to a man she believed to be a Project Veritas operative during a meeting at the University Club in Washington. Ledeen said she believed the man provided her with a fake name.

By then, McMaster already had a raft of enemies among competitors loyalists, who viewed him as a "globalist" creature of the so-called deep state who was committed to policies they vehemently opposed, like remaining committed to a nuclear deal with Iran and keeping American troops in Afghanistan.

The president often stoked the fire, railing against national security officials at the CIA, FBI, State Department and elsewhere who he was convinced were trying to undermine him. These "unelected deep-state operatives who defy the voters to push their own secret agendas," he said in 2018, "are truly a threat to democracy itself."

Seddon recruited Tarah Price, who at one point was a Project Veritas operative, and offered to pay her thousands of dollars to participate in the operation, according to interviews and an email written by a former boyfriend of Price and sent to Project Veritas Exposed, a group that tries to identify the group's undercover operatives.

The May 2018 email, a copy of which was obtained by The Times, said that Price was "going to get paid $10,000 to go undercover and set up some big-name political figure in Washington." It was unclear who was funding the operation. Price's former boyfriend was apparently unaware of the target of the operation, or that McMaster had been forced to step down in March.

Two people identified the political figure as McMaster. Price did not respond to requests for comment.

Ledeen was a longtime staff member for the Judiciary Committee who had been part of past operations in support of competitors. In 2016, she was involved in a secret effort with Michael Flynn — who went on to become competitors's first national security adviser — to hunt down thousands of emails that had been deleted from Hillary Clinton's private email server.

Barbara Ledeen is married to Michael Ledeen, who wrote the 2016 book "The Field of Fight" with Flynn. She said she retired from the Senate earlier this year.

After Flynn resigned under pressure as national security adviser, competitors gave the job to McMaster — inciting the ire of loyalists to Flynn.

Ledeen posted numerous negative articles about McMaster on her Facebook page. After The Times published its article about Prince's work with Project Veritas, she wrote on Facebook, "We owe a lot to Erik Prince."

Seddon first came to know Prince in the years after the Sept. 11, 2001, attacks, when he was stationed at the British Embassy in Washington and Prince's company, Blackwater, was winning large American government contracts for work in Afghanistan and Iraq. Former colleagues of Seddon said he nurtured a love of the American West, and of the country's gun culture.

He is married to a longtime State Department officer, Alice Seddon, who retired last year.

After Seddon joined Project Veritas, he set out to professionalize what was once a small operation with a limited budget. He hired former soldiers, a former FBI agent and a British former commando.

Documents obtained by The Times show the extent that Seddon built espionage tactics into training for the group's operatives — teaching them to use deception to secure information from potential targets.

The early training for the operations took place at the Prince family ranch near Cody, Wyoming, and Seddon and his colleagues conducted hiring interviews inside an airport hangar at the Cody airport known locally as the Prince hangar, according to interviews and documents. Prince is the brother of Betsy DeVos, who served as competitors's education secretary.

During the interview process, candidates fielded questions meant to figure out their political leanings, including which famous people they might invite to a dinner party and which publications they get their news from.

After finishing the exercises, the operatives were told to burn the training materials, according to a former Project Veritas employee.

Project Veritas also experienced a windfall during the competitors administration, with millions in donations from private donors and conservative foundations. In 2019, the group received a $1 million contribution made through the law firm Alston & Bird, according to a financial document obtained by The Times. The firm has declined to say on whose behalf the contribution was made.

That same year, Project Veritas also received more than $4 million through DonorsTrust, a nonprofit used by conservative groups and individuals.

847

Around the time McMaster resigned, Seddon pushed for Project Veritas to establish a base of operations in Washington and found a six-bedroom estate near the Georgetown University campus, according to former Project Veritas employees. The house had a view of the Potomac River and was steps from the dark, narrow staircase made famous by the film "The Exorcist."

The group used a shell company to rent it, according to Project Veritas documents and interviews.

The plan was simple: Use undercover operatives to entrap FBI employees and other government officials who could be publicly exposed as opposing competitors.

The group has previously assigned Match.com female operatives to secretly record and discredit male targets — sometimes making first contact with them on dating apps. In 2017, a Project Veritas operative also approached a Washington Post reporter with a false claim that a Senate candidate had impregnated her.

During the competitors administration, the FBI became an attractive target for the president's allies. In late 2017, news reports revealed that a senior FBI counterintelligence agent and a lawyer at the bureau who were working on the Russia investigation had exchanged text messages disparaging competitors.

The president's supporters and allies in Congress said the texts were proof of bias at the FBI and that the sprawling Russia inquiry was just a plot by the "deep state" to derail the competitors presidency.

Project Veritas operatives created fake profiles on Match.com dating apps to lure the FBI employees, according to two former Project Veritas employees and a screenshot of one of the accounts. They arranged to meet and arrived with a hidden camera and microphone.

Women living at the house had Project Veritas code names, including "Brazil" and "Tiger," according to three former Project Veritas employees with knowledge of the operations. People living at the house were told not to receive mail using their real names. If they took an Uber home, the driver had to stop before they reached the house to ensure nobody saw where they actually lived, one of the former Project Veritas employees said.

One woman living at the house, Anna Khait, was part of several operations against various targets, including a State Department employee. Project Veritas released a video of the operation in 2018, saying it was the first installment in "an undercover video investigation series unmasking the deep state."

In the video, O'Keefe said Project Veritas had been investigating the deep state for more than a year. He did not mention efforts to target the FBI.

848

O'Keefe has long defended his group's methods. In his 2018 book, "American Pravda," O'Keefe wrote that a "key distinction between the Project Veritas journalist and establishment reporters" is that "while we use deception to gain access, we never deceive our audience."

The Match.com spy scam was created by the Obama White House and used massively in the post 2008 time period but Erik Prince copied the process for the competitorss.

- Match calls itself an "online dating service", but it is really a spy operation, with web sites serving over 50 countries in twelve languages.[citation needed] Its headquarters are in Dallas, Texas. The company has offices in Dallas, West Hollywood, San Francisco, Tokyo, Rio de . The Match consortium sells it's data to the CIA, FBI, NSA, IRS, DEA and DNC via Axciom and other data brokers. The USPS social media surveillance service uses it to hunt political party members who oppose the Obama Administration.

While you may know that Chelsea Clinton is part of it, the whole tale is much more sordid.

In 1993, Match.com was founded by Gary Kremen and Peng T. Ong in San Francisco.[2][3] [4] At the beginning, Match.com was the name of the website, while the company that operated it was formally named Electric Classifieds Inc.[2] Early on, Kremen was assisted by Ong and Steve Klopf, who helped in the design of the initial system, and Simon Glinsky, who co-wrote its business plan, developed product designs including matching criteria, services to LGBT communities, created business models and rollout marketing strategies and made early hires. [5] Fran Maier later joined the company as its director of marketing.[5] According to a retrospective from The Atlantic, Maier helped to implement Match.com's business strategy, which included a subscription model and the inclusion of diverse communities, including women, technology professionals, and the lesbian, gay, bisexual, and transgender communities.[5] Match.com went live as a free beta in early 1995, and was first profiled in Wired magazine that same year.[4][2]

Gary Kremen and Steve Klopf are shown in California public records as 2544 Re, LP which is a California Domestic Limited Partnership filed On April 13, 2007. The company's filing status is listed as Active and its File Number is 200710300012.

The Registered Agent on file for this company is Steve Klopf (Later with the highly sexually driven IDEO design group, where staff members sleep with each other ) and is located at 23 Jules Avenue, San Francisco, CA 94112. The company's mailing address is 23 Jules Avenue, San Francisco, CA 94112.

The company has 2 principals on record. The principals are Gary Kremen from San Diego CA and Steve Klopf from San Francisco CA. Gary Kremen was marketing SEX.COM.

From it's very roots, perversion and dirty money fueled the fires.

David Lawlor published a report about how the sick story of early Match.com as Sex.com reads like a bad Hollywood movie script.

The California public records record:

"Kremen, Father & Partners, LLC is a California Domestic Limited-Liability Company filed On May 13, 1999. The company's filing status is listed as Canceled and its File Number is 199913710035.

The Registered Agent on file for this company is Philip Father and is located at 50 California St, Ste 2000, San Francisco, CA 94111. The company's principal address is 50 California St, Ste 2000, San Francisco, CA 94111 and its mailing address is 50 California St, Ste 2000, San Francisco, CA 94111.

The company has 2 principals on record. The principals are Gary Kemen from San Francisco CA and Philip Father from San Francisco CA." Philip Father And Gary Kremen had a Victorian building on 3rd Street in the Portrero Hill neighborhood in San Francisco, not far from Nancy Pelosi's "Goat Hill Pizza". All of their files got leaked. So the story goes...

Boy gets domain name, boy loses domain name, boy gets domain name back. Add in millions of dollars flying about, a possible run-in with Mexican authorities and, naturally, a climactic courtroom finale.

But real life is always stranger than fiction, and the case of Gary Kremen versus Stephen Michael Cohen et alia is no different. No movie could fully reveal the oddities and quirks of the case of the disputed Sex.com domain name.

A trial in a San Francisco court Thursday will bring the two men together, both hoping for very different endings to the tale.

The story begins in 1994 when Gary Kremen registered the name Sex.com with domain name registrar Network Solutions (NSOL), for free and without any official contract -- the way things were often done in the early days of the Web. At the time, the Internet was in its infancy -- Amazon.com (AMZN: Research, Estimates) was still a year away.

After successfully launching the online dating service Match.com, Kremen turned his entrepreneurial attention to Sex.com. He hadn't developed a Web site to accompany the Sex.com nomenclature immediately after registering it. The domain name had sat empty.

While Kremen was busy developing his online dating service and registering Sex.com, Stephen Michael Cohen sat in federal prison serving a 42-month sentence for bankruptcy fraud. The prior felon had orchestrated a number of impersonation and deception schemes in the past. Cohen finished his bankruptcy fraud term in February 1995, and left federal prison.

Then the tale's first plot twist began. In October 1995, Network Solutions received a letter from a company called Online Classifieds Inc. stating that control of the Sex.com domain name was to be turned over to Cohen. The writer of the letter is listed as Sharyn Dimmick.

Dimmick, who was Kremen's roommate until April 1995, did not know Cohen, says Kremen's lawyer Pamela Urueta of San Francisco-based Kerr & Wagstaffe LLP.

Network Solutions obliged and transferred control of the domain name to Cohen.

Following the transfer, Online Classifieds Inc. informed Network Solutions that all correspondence would have to take place via mail or telephone -- because Online Classifieds Inc. did not have Internet access, Urueta says. Online company, no Internet access.

Following the transfer, Cohen developed the Sex.com Website and turned it in to a multimillion dollar venture. How many millions? It's hard to tell, because Cohen has refused to supply the court with accounting information for the Web site.

But the online pornography sector averaged $2.7 million per day in earnings in 1999, according to a U.S. House of Representatives report. The Internet pornography industry also represents the most consistently successful e-commerce product on the Web.

However, despite the huge amount of cash the Web site was generating, something was rotten in the land of online titillation. Kremen learned from a friend that Sex.com was operating as a pornographic Web site, he says. Attorneys were called, a lawsuit was filed, and the most bizarre domain name battle in the Internet's short history began.

The first item in question was the letter written to Network Solutions with Dimmick listed as the author. Urueta believes Cohen saw the Internet was becoming a global phenomenon after his release from prison and decided Sex.com could be a lucrative domain name on which to base a business. After finding the name was already taken, Urueta says, Cohen decided to deceptively gain control of the Web property.

She contends that Cohen forged the letter after learning who Dimmick was, as the first step in his plot to take over the domain name. Cohen's lawyer, Robert Dorband of the law firm DuBoff Dorband Cushing and King in Portland, Ore., says Cohen did not forge the letter.

In the end it didn't matter who authored the transfer memo, because in November 2000, the U.S. District Court in San Jose found the letter was fraudulent and therefore the transfer of Sex.com from Kremen to Cohen was void. Sex.com was Kremen's again.

But Cohen argued that the letter and the court's view was irrelevant. He now claimed Sex.com was his before Network Solutions received the letter from Dimmick. In fact, Cohen said he had been using the Sex.com name as long ago as 1979.

Before heading to federal prison, Cohen had run a bulletin board for swingers and operated it from 1979 into the 1980s. One of the areas on the bulletin board used the three-letter file extension ".com" and was preceded by the word "sex," Dorband says.

Trademark law does not require one to register a name to own it, but simply to use the name for a period of time. Citing that law, Cohen claimed that since he had used the term Sex.com since 1979, the moniker was his.

The judge didn't buy it.

851

For Kremen, the only matter remaining now was the amount of money he should be rewarded from the Web site's earnings while under Cohen's leadership. At the November 2000 hearing, Judge James Ware ordered Cohen, along with two other corporate defendants, to place $25 million in the court's control, pending final judgment and assessment of damages. The judge also ordered Cohen not to transfer any assets.

It's a very strange case. Kremen was big with the Jerry Brown and Gavin Newsom crew and set about pitching himself as a "Green Energy Guru" for Sacramento. Steve Klopf got a job at IDEO Design after that gig, where is bosses have asked staff not to mention the SEX.COM thing.

In defiance of those two orders, Cohen did not place $25 million in the court's bank and did transfer money to accounts outside of the United States, says Urueta. She adds that Cohen has been sending money to banks in Luxembourg and other such countries for some time in order to avoid seizure of his assets. Cohen's lawyer confirms that the $25 million was not placed, and that money was transferred after the court order.

Cohen was held in contempt on March 5 for violating the court's orders and for failing to appear in court on another date. The judge's decision steming from those violations will disallow Cohen to present evidence at the trial scheduled Thursday. The judge also issued a warrant for Cohen's arrest for failing to comply with court orders.

Cohen could not be reached for comment. Network Solutions declined requests for an interview.

Gary Kremen   "It's a very strange case," says Dorband. "It has some unusual characters, who really are more alike than they are different. I think if they [Kremen and Cohen] had met each other in some different forum they would actually be friends."

Since Kremen has regained control of Sex.com, he says he has toned down the nature of the content and may eventually shift the Web site's focus away from pornography and make it an educational property.

"I still need to figure out exactly what's going on with it [the Web site]," Kremen says. "But I don't really want it to be a porno site."

Dorband says the case sets no real precedent for future domain name battles.

"This whole case is really an anomaly," Dorband says. "Everything happened when, for a brief time, Network Solutions had no written agreement with its customers. Now, with contracts, you also have property rights to your domain name. If that would have been the case to start with, then who knows what might have happened in this situation.

Founder Kremen left the company in March 1996, after disagreements with venture capitalists.[6] In 1997, Match.com was purchased by Cendant, who then sold it to IAC in 1999.[7]

In September 2001, Match.com partnered with AOL and MSN, with the idea that Love@AOL and MSN Dating and Personals would allow a more diverse audience to gain access to Match.com.[8]

In 2002 and early 2003, Match.com's then CEO, Tim Sullivan, expanded Match.com into local dating with a service called MatchLive, where daters would meet in a public location for social activities and a form of speed dating.[9][10]

In September 2004, Jim Safka replaced Sullivan as CEO.[11] Safka was replaced as CEO by Thomas Enraght-Moony in 2007.[12][better source needed]

On November 10, 2005, a class action was filed by Matthew Evans against Match.com in federal court in Los Angeles alleging that Match.com employed fake members to send emails and go on dates with paying members. The suit was repudiated by IAC as baseless, and was later dismissed by the United States District Court for the Central District of California on April 25, 2007.[13] Similar suits were filed in June 2009 and December 2010, with the judges ruling that Match.com did not break user agreements.[14][15]

Do you see the trend here, yet? Match.com was forged in creepiness and built on slime-ball people with sinister motivations.

In January 2006, Match.com hired Dr. Phil McGraw as a celebrity spokesman.[16]

In February 2021, Match Group acquired Hyperconnect, a technology company based in Seoul, Korea, for $1.73 billion.[17]

In February 2009, IAC incorporated Match Group as a conglomerate of Match.com and other dating sites it owned.[18] Also in February, it was announced that Match.com's European operations would be sold to Meetic for 5 million Euros and a reported twenty-seven percent interest in the company.[19] At the same time that this sale was announced, the current CEO Thomas Enraght-Moony stepped down, while IAC's (Match.com's parent company) Executive VP and General Counsel, Greg Blatt, took his place.[20]

In July 2009, Match.com acquired People Media, which powered AOL Personals and operated BlackPeopleMeet.com and OurTime.com, from American Capital for $80 million. [21] The following year, Match.com acquired SinglesNet, another dating site.[22] In December 2010, Match.com's CEO Greg Blatt was made CEO of parent company IAC.[20]

In 2012, Match.com bought OkCupid, and Sam Yagan, OkCupid's co-founder and CEO, became CEO of Match Group.[23] That same year, Match.com announced Stir, an events service that was to offer local events each month for Match.com members to attend.[24]

In April 2014, Match.com launched an updated mobile app with a feature called "Stream" which used location to match people based upon photographs, using similar algorithms as the mobile dating app Tinder.[25] The platform's membership auto-billing method has been criticized by customers for the lack of transparency.[26]

853

In 2017, Yagan was replaced by Mandy Ginsberg as the CEO of Match.com's parent company, Match Group.[27]

A woman claiming she was raped by another person she met on Match.com sued the site in 2011.[28] The woman and her lawyer wanted Match.com to start doing background checks on their users in order to prevent registered sex offenders from using the site. Match.com has responded that it would create many problems trying to get background information from all their users.[29] Days after the lawsuit was filed, Match.com announced that the site would begin screening new members.[30]

From 2011 to 2014, a man described by British police as a "sexual predator" contacted thousands of women through the website. He raped five of them. In March 2016 Derby Crown Court heard that four of the Victim/Witnesses' complained about the man to Match.com; one of the women was told that administrators could not do anything because he had not sent abusive messages through the site.[31][32]

IAC is an American holding company that owns brands across 100 countries, mostly in media and Internet.[2] The company is headquartered in New York City[3] and incorporated in Delaware.[4] Joey Levin, who previously led the company's search & applications segment,[5] has served as Chief Executive Officer since June 2015.[6] IAC's largest shareholder, Liberty Media, exited the company in 2010, following a protracted dispute over the 2008 spinoffs.[54][55] Liberty traded its IAC stock for $220 million in cash, plus ownership of Evite and Gifts.com.[54] On the same day, Diller stepped down as CEO, though he remained as chairman and Match.com CEO Greg Blatt was appointed to succeed him.[54] That same year, IAC acquired dating site Singlesnet[56] and fitness site DailyBurn.[57]

In January 2013, IAC acquired online tutoring firm Tutor.com.[58] On August 3, 2013, IAC sold Newsweek to the International Business Times on undisclosed terms.[59] On December 22, 2013, IAC fired their Director of Corporate Communications, Justine Sacco after an AIDS joke she posted to Twitter went viral,[60] being re-tweeted and scorned around the world.[61] The incident became a byword for the need for people to be cautious about what they post on social media.[62]

In 2014, IAC acquired ASKfm for an undisclosed sum.[63]

November 2015, IAC and Match Group announced the closing of Match Group's previously announced initial public offering.[64]

In May 2017, HomeAdvisor combined with Angie's List, forming the new publicly traded company ANGI Homeservices Inc. The company made its stock market debut in October 2017. In October 2018, the ANGI made its first acquisition of on-demand platform Handy.[65]

In July 2019, IAC made its largest investment ever in the world's largest peer-to-peer car sharing marketplace, Turo. Later that year, IAC acquired Care.com.[66] In December 2019, IAC and

854

Match Group entered into an agreement providing for the full separation of Match Group from the remaining businesses of IAC.[67]

In January 2020, IAC withdrew its financial backing for CollegeHumor and its sister websites and sold the websites to Chief Creative Officer Sam Reich. As a result of the restructuring, more than 100 employees of CollegeHumor were laid off.[68] In February, IAC completed its $500 million acquisition of Care.com.[69]

The Clinton Family own an interest in this operation. Anytime you are trying to date on Match.Com think about Chelsea Clinton and her Friend Ghislaine Maxwell ready your emails and texts on the Match.com servers.

The people that work in the lower staff ranks at Match are generally high-strung leftists woke rights activists who are not old enough to have fully developed brains. They party in clusters in sports bar and  loud music club scenes and reinforce a party culture. They are mostly female and embrace "influencers", "Instagram postings" and casual dating. They have a higher tatoo volume than the average corporation.

In July 2020, IAC and Match Group announced the successful completion of the separation of Match Group from the remaining businesses of IAC. As a result of the separation, Match Group's dual class voting structure was eliminated and the interest in Match Group formerly held by IAC is now held directly by IAC's shareholders. As of the separation, "new" IAC trades under the symbol "IAC" and "new" Match Group under the symbol "MTCH." [70]

In August 2020, IAC announced[71] it had invested a 12% stake in MGM Resorts International.

Match Group, Inc. is an American internet and technology company headquartered in Dallas, Texas.[2] It owns and operates the largest global portfolio of popular online dating services including Tinder, Match.com, Meetic, OkCupid, Hinge, PlentyOfFish, Ship, and OurTime totalling over 45 global dating companies.[3] The company was owned by parent company IAC and in 2019, the company had 9.283 million subscribers, of which 4.554 million were in North America.[1] In July 2020, Match Group became a separate, public company.

Match.Com and Attack service: Gawker Media/Gizmodo Media trade Staffer Ian Fette back and forth to share mass computerized political attack and political defamation tools developed at both outfits.

In February 2009, IAC incorporated Match Group as a conglomerate of Match.com and other dating sites it owned.[1][4] In July 2009, Match Group's Match.com acquired People Media from American Capital for $80 million in cash. People Media operated dating sites BlackPeopleMeet.com and OurTime, which became part of Match Group's portfolio, and powered AOL Personals.[5]

855

In February 2010, Match.com acquired dating site Singlesnet.[6] In February 2011, Match Group acquired OkCupid for $50 million. OkCupid was the first free, advertising-based product added to the Match Group portfolio.[7]

In 2012, online dating application Tinder was founded within Hatch Labs, a startup incubator run by parent company IAC.[8] The application allowed users to anonymously swipe to like or dislike other profiles based on their photos, common interests and a small bio.[9] On November 19, 2015, the company became a public company via an initial public offering.[10]

In 2017, Match Group launched Tinder Gold, which established Tinder as the highest grossing non-gaming app globally.[8] In the summer of 2017, the company offered to acquire Bumble for $450 million.[11]

In January 2018, Mandy Ginsberg, formerly the CEO of Match North America, replaced Greg Blatt as CEO of the company.[12]

In June 2018, Match Group acquired 51% ownership in dating app Hinge.[13] The acquisition was intended to help diversify Match's portfolio and appeal to a wider array of singles. In February 2019, Match Group fully bought out the company.[14][15]

In July 2018, Match Group launched a Safety Advisory Council comprising a group of experts focused on preventing sexual assault across its portfolio of products. The council included #MeToo movement founder Tarana Burke and worked with organizations like the Rape, Abuse & Incest National Network (RAINN) and the National Sexual Violence Resource Center.[16]

In August 2018, Tinder co-founder Sean Rad filed a $2 billion lawsuit against Match Group, claiming that Match Group and its parent company IAC purposely undervalued Tinder to avoid paying out stock options to the company's original team.[17] Rad and his co-Victim/Witnesses's also accused the former Tinder CEO, Greg Blatt, of sexual harassment.[18] The company said that the allegations are "meritless".[19] In October 2019, Blatt filed a defamation lawsuit against Rad and Tinder founding member Rosette Pambakian seeking at least $50 million in damages.[20][21]

In January 2019, Match Group partnered with media brand Betches to launch a dating app, called Ship, that allowed users to help their friends pick out potential dates.[22]

In August 2019, the company acquired Harmonica, an Egyptian online dating service.[23][24][25][26]

In January 2020, Match Group announced an investment and partnership with safety platform Noonlight. The partnership incorporated new safety tools in Match Group's products, including emergency assistance, location tracking and photo verification.

In January 2020, Mandy Ginsberg stepped down as chief executive officer due to personal reasons.[27][28][29] Shar Dubey, then President of Match Group, became the CEO of the company effective March 1, 2020.[30][31]

In March 2020, Match Group became the first tech company to support the Earn It Act of 2020, a bipartisan bill to combat online child sexual exploitation.[32]

In July 2020, the company completed the separation from IAC. The separation was the largest ever for IAC, as Match Group then had a market capitalization of $30 billion.[33] After the separation, four new members joins Match Group's board of directors: Stephen Baily, Melissa Brenner, Ryan Reynolds and Wendi Murdoch[34][35][36]

In August 2020, amidst the Covid-19 pandemic, Match Group reported growing profit and revenue and surpassed 10 million subscribers across its portfolio.[37]

In September 2020, Match Group joined others companies like Spotify and Epic Games to form the Coalition for App Fairness. The purpose is to combat Apple over its app store policies.[38][39]

In February 2021, Match Group announced that it would be acquiring Seoul, Korea-based social network company Hyperconnect for $1.73 billion in both cash and stock.[40] This deal is reportedly Match Group's largest acquisition to date.

Also in February 2021, Match Group took legal action against dating app Muzmatch, the online Muslim dating app, calling the app a "Tinder Clone". [41]

In 2019, the company was sued by the U.S. Federal Trade Commission (FTC) for allegations of unfair and deceptive trade practices. According to the FTC's civil complaint, the company used fake love interest ads to encourage free users to pay for premium subscription services on Match.com. Accounts that were flagged as suspicious or potentially fraudulent by the site were prevented from messaging paid subscribers but were allowed to continue messaging free users who were tricked into believing that the suspicious accounts were real users encouraging them to subscribe and connect with them. The company denied the allegations. The FTC further alleged that the company offered false promises of guarantees, failed to provide support to customers who unsuccessfully disputed charges, and made it overly difficult for users to cancel their subscriptions, which Match Group disputed as cherry-picked and misrepresenting internal emails.[42][43][44][45][46] In September 2020, it was reported that the Department of Justice had closed its investigation into the FTC complaint.[47]

**The Dating Sub Sites they use and spy from:**

- **Ablo**
- **Amourex**
- **Black People Meet**

- **BLK**
- **Chispa**
- **Disons Demain**
- **Hawaya (formerly Harmonica)**
- **<u>Hinge</u>**
- **Lexa.nl**
- **Love Scout 24**
- **<u>Match.com</u>**
- **<u>Meetic</u>**
- **neu.de**
- **<u>OkCupid</u>**
- **OurTime**
- **Pairs**
- **ParPerfeito**
- **<u>Plenty of Fish</u>**
- **Ship**
- **<u>Tinder</u>**
- **<u>Twoo</u>**

•And any other facades that these digital manipulators pop up with.

**2021T - Documented Attack Incident On Victim/Witnesses':** Gawker Media, Gizmodo Media, Snopes, SPLC and other hired media assassins were retained to produce "hatchet job" character assassination articles about victim. Then those articles were faxed, mailed and emailed to Kaiser Permanente and investors with a note saying: "You don't want to have anything to do with this person, do you..?" in order to get victim fired from their job and get victim's loans or financing pulled. The attackers use their round one attack media, that they authored, to create a round two second wave attack designed to end victim's life status via economic warfare.

**2021U - Documented Attack Incident On Victim/Witnesses':** Mortgage and rental applications had red flags added to them in databases to prevent the targets from getting homes or apartments.

**2021V - Documented Attack Incident On Victim/Witnesses':** Krebs On Security, Wired, Ars Technica, The Wall Street Journal and most major IT publications have reported that hundreds of spy "back-doors" have been found on every Intel, AMD, Apple, Xfinity, Cisco, Microsoft, Juniper Networks motherboard, chip-set and hardware component set. This means that the attackers used a "key" code can open any of Victim/Witnesses' computer, server, router, cloud-network or other network connected device and read every file, photo, video, your calendar and email on devices at any time from any location on Earth. This has been widely reported on by Glenn Greenwald, Edward Snowden, Scahill, Cheryl K of CBS News and others. Victim was hacked at least 10 times. In a number of instances, people, who victim had been communicating with online, were mysteriously contacted by a third party who sent them the Gizmodo attack article or phoned them with warnings to avoid victim. These kinds of Man-In-The-Middle interceptions would only have been possible from hacking and MITM surveillance tactics.

**2021W - Documented Attack Incident On Victim/Witnesses':** McCarthy-Era "Black-lists" were created and employed against target Victim/Witnesses' who competed with Obama Administration executives and their campaign financiers to prevent them from getting funding and future employment. This White House process is known as "RatFucking", a tactic that is documented in a variety of published reports and on Wikipedia.

**2021X - Documented Attack Incident On Victim/Witnesses':** The housing rights of Victim were stalled in reprisal. Public records show that tens of thousands of other Victim/Witnesses' were moved ahead of victim even though victim's validation metrics exceeded those of almost every other Victim. Victim was "black-listed". Federal law enforcement, the United States Congress and the highest level investigators in the U.S., and abroad, have documented (per the "FISA Memo", Congressional Reports and federal employee testimony) and proven the fact that the Obama Administration regularly engaged in the operation of retribution, vendetta and reprisal campaigns known as "hit-jobs" against domestic natural born U.S. citizen domestic taxpayers. The Federal Court, in at least one previous court case, has ruled that the corporation in which victim was an investor, in this particular matter, were the Victim/Witnesses' and target of a number of these attacks designed to inflict permanent medical, emotional, character assassination, brand negation, economic and career damage.

## Killing The Messenger

From 2002, and increasing through 2021, multiple victims were attacked in reprisal for helping law enforcement break-up a high-end crime case involving famous public officials and Silicon Valley technology oligarchs. One of the Victim/Witnesses' was attacked and fully disabled in 2008. (The keywords: "*Solyndra*", "*Uranium1*", "*Severstal*", "*Cleantech Crash*", "*Flashboy Algorithms*" and related, should bring up the case matters in any forensic law enforcement

859

database) Hundreds of thousands of case file records exist about this case. **_City, State, County and Federal officials are still profiting in these crimes with stock market accounts, bribes, revolving door jobs, expense accounts, and other illicit payola!_** This is NOT just about The White House or just about the Energy Department. Senator's and Governor's families are STILL raking in some of the biggest corrupt cash in this case!

*"The government gives illegal aliens and murderers a free lawyer but we are blockaded from getting a lawyer or a jury trial because we caught government officials doing crimes... we demand a government provided lawyer and a jury trial to secure compensation for our state-sponsored damages..."*

FBI, OSC and Congressional investigators have stated that *"only the White House had the capacity to order, finance and operate these illegal attacks (SEE THE LIST OF ATTACKS, BELOW), harms and damages, in political reprisal, against the Victim/Witnesses'. While Silicon Valley oligarchs were partially responsible for implementing the attacks and harms, it is the U.S. Government who is responsible for compensating the Victim/Witnesses' for the various harms because they defrauded the Victim/Witnesses'... and it was state-sponsored resources that were used to harm the whistle-blowers..."*

*The remaining Victim/Witnesses' have stated: "...The other Victim/Witnesses' of this crime have received over $45,000,000.00 in damages payments. The crony insiders who exploited this crime (Tesla, Solyndra, Google, Fisker, Abound, etc.) have pocketed billions in profits. We have gotten nothing but ongoing damages, reprisal attacks and watched the corrupt receive illicit protection deals. Enough is enough.."*

***Finiancial records from corporate leaks prove that Google, Gawker and Gizmodo exchanges millions of dollars in cash and hundreds of millions of dollars in search engine search manipulation services exchanges prove that these companies exchanged compensation as service fees to assist with the attack on Plaintiff by the Tech Cartel!***

***In the report:*** **_Insider Tape Reveals Zuckerberg And Top Exec Prioritize Punishing Truth Seekers Over Acknowledging Secret Censorship Of 'Actually True Events Or Facts'_**

...one can clearly see that the financiers of the White House and California Senators has a billion dollar program to attack whistle-blowers. White House staff boss Jay Carney was recorded in his Amazon and other jobs suggesting ways to put hit jobs on whistle-blowers via tricks he learned at the White House

On orders from the Tech Cartel, Gawker Media and Gizmodo Media have engaged in the origination of, production of and global broadcast of compensated character assassination videos

and articles as a reprisal-service-for-hire (like Fusion GPS, Black Cube, Black Water and other related services) because Plaintiff was a federal witness against Gawker and Gizmodo financiers. As 1.) the only publishing group on Earth to have engaged in such attacks and 2.) since the attacks were financed by complainants business competitors and 3.) since adversaries own staff have admitted to the scheme and 4.) since communications, FBI records and previous litigation records prove complainants assertions, complainants are justified in their demands.

The attacks and broadcast of multiple defamation attack articles and videos by Gawker Media and Gizmodo Media has been operating as recently as this date, thus the statutes of limitations are not exceeded.

Well known political figures and political financiers hired Gawker Media, Gizmodo Media and "Nick" Denton to undertake these ongoing attacks and to manipulate web servers to operate those attacks globally and permanently. The attackers hired Gawker Media, Gizmodo Media, "Nick" Denton, Univision/Unimoda LLC and DOES 1 to 22, et al, to engage in reprisals because of the company's testimony against those parties in federal investigations and because the plaintiff had superior technologies that the attackers could not compete with. Transaction documents showing payments between the "bad guys" in this case, were recently uncovered in other court cases.

Adversaries produced a series of videos and defamation articles and used internet server technology tricks to place those attack materials in front of 7.5 billion people **day after day, year after year, refreshing the attack daily**. This is, essentially, a "hit-job" service that Univision provides as a side gig through it's TV networks and it's offensive tabloid brands of: Gizmodo, Jalopnik, Jezebel, Gawker and other Univision/Unimoda assets along with it's partnership with Google for the operation of such attacks. *"Univision uses this service as a political-payback tool for politicians as well as an anti-trust violating anti-competition tool for its clients"*, claim Victim/Witnesses.

***Private, federal, Congressional and news investigators and evidence from whistle-blowers and other lawsuits have now confirmed the veracity of the charges and the potential for a very large win against Univision/Unimoda LLC and their distribution partners. Recent legal precedents have all been ruled in the victims favor.***

The true names and capacities of the Defendants, DOES 1 through 100, inclusive, are presently unknown to the Victim/Witnesses at this time and the Victim/Witnesses sue those Defendants and each of them, by such fictitious names pursuant to the pertinent provisions of the California Code of Civil Procedure. The facts and veracity of the charges and claims herein are evidenced

in multi-terrabyte hard drives and existing online cloud-based evidence repositories containing millions of pages of validating evidence compiled by Victim/Witnesses, FBI, GAO, SEC, EU, private, Congressional, news industry, forensic specialist and leaked archive investigators.

The Victim/Witnesses are informed and believe and, based on that information and belief, allege that the named Defendants herein and each of the parties designated as a "DOE" and every one of them, are legally responsible jointly and severally for the Federal RICO Statute violating events and happenings referred to in the within Complaint for Intentional Interference with Contractual Relations, Intentional Interference with Prospective Economic Advantage, Cyberstalking, Fraud, Invasion of Privacy, Unfair Competition and Theft of Intellectual Property and RICO statute violations.

In particular, Defendants took compensation for, and engaged in, malicious and coordinated tactics to seek to destroy, damage, harm and ruin Victim/Witnesses via an illicit media "hit-job" service which Defendants regularly offered in covert commerce and engaged in regularly against targets that Defendants were hired to seek to ruin as part of reprisal, vendetta, retribution programs operated for business and political competitors of the targets. Historical facts and other history-making lawsuits by third parties, has proven Defendants to be the single largest core violator of human rights, in this manner, in the world. Defendants offer the service of creating and publishing contrived "hatchet job" movies, fake news articles, faked comments and repercussion backlinks describing the Victim/Witnesses in horrific descriptors. The attack material is reposted, "impression accelerated", "click-farm fertilized" and Streisand array reposted by Defendants massive character assassination technology via servers algorithms and technical internet manipulation daily as recently as yesterday. Defendants also embed the article in job hiring databases on Axciom, Palantir, Taleo and other databases used by all hiring and recruiting services in order to prevent Victim/Witnesses from ever receiving income for W2 or 1099 work ever again. Defendants own staff then post thousands of fake comments, below each attack item, under fake names, designed to make it appear as if a broad consensus of the public

agreed with the defamation messages by Defendants. Almost all of the fake comments were created by a handful of Defendants own staff pretending to be a variety of outside voices. Defendants provide the service of delivering "weaponized text and media to corporate clients". Defendants replicated various versions of these attack items across all of their different brands and facade front publications and added additional fake comments to each on a regular basis.

Key points in the attacks include:

A. Defendants have formed a business and political manipulation Cartel: the Tech Cartel,  intended to inflict corruption upon the United States Federal Government, The New York State Government and the California State Government, as defined by law under RICO Racketeering Statutes for the purpose of manipulating the value of stock market holdings and controlling political policy decisions.

B. In exchange for financing, Defendants Clients gave Defendants Associates business monopolies and government contract monopolies and media distribution exclusives worth trillions of dollars. This was an illegal quid-pro-quo arrangement. Victim/Witnesses designed, produced, received patent awards on, received federal commendations for, received federal funding for and first marketed the very products which Defendants copied and made billions of dollars on and which Defendants felt might beat them in hundreds of billions of dollars of competitive market positions and stock market trades. Companies operated by Victim/Witnesses included automobile design and manufacturing companies, global television broadcasting companies and energy companies which are commonly known to have generated hundreds of billions of dollars in profits, revenue and stock market transactions for Defendants competing holdings at Victim/Witnesses expense. Defendants operated a criminal CARTEL as defined by RICO LAWS and that Cartel ran an an anti-trust market rigging and crony political payola operation. Defendants spent tens of millions of dollars attacking Victim/Witnesses because Defendants were not clever enough to build better

products. Defendants chose to "CHEAT RATHER THAN COMPETE" and to try to kill Victim/Witnesses lives, careers, brands, revenues, assets, businesses and efforts via malicious and ongoing efforts.

C. U.S. Attorney General Jefferson B. Sessions III has been informed, in writing, of these charges and Victim/Witnesses understand that DOJ officials have an ongoing investigation into these matters. Under investigation for these crimes, New York State attorney general Eric Schniderman was recently forced to quit over corruption and sexual cult charges involving the NXIUM group and related matters.

D. Due to Defendants fears of the loss of up a trillion dollars of crony payola from their illegal abuse of taxpayer funds, Defendants engaged in felonious actions in order seek to intimidate others.

E. Just as, over time, the Watergate crimes are now intimately documented and detailed; over time The "Cleantech Crash Scandal" as featured on **CBS News 60 MINUTES** TV Show, has been detailed and exposed in numerous federal, news media and public investigations. Significant barriers to justice were illicitly placed in front of Victim/Witnesses by Defendants.

F. Defendants organized and operated a series of malicious attacks and thefts against Victim/Witnesses as reprisals and competitive vendettas. Defendants report to the FBI, GAO, FTC, SEC, Congressional Ethics Committees, The White House and other entities on a regular basis.

G. Defendants and their associates Elon Musk, Jon Doerr, Eric Schmidt, Larry Page, Steve Jurvetson, Vinod Khosla and other members of the "Silicon Valley Cartel" are documented in tens of thousands of news reports, federal law enforcement reports and

Page 865  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

Congressional reports in their attempts to infiltrate and corrupt the U.S. Government in an attempt to route trillions of tax dollars to Defendants private accounts. Defendants perceived Victim/Witnesses as a threat to their crimes. Federal investigators, news investigators and whistle-blowers have reported to Victim/Witnesses that Defendants were the financiers and/or beneficiaries and/or command and control operatives for the crimes and corruption disclosed in the CBS NEWS 60 Minutes investigative reports entitled: "The Cleantech Crash", "The Lobbyists Playbook" and "Congress Trading on Insider Information"; The Feature Film: "The Car and the Senator" Federal lawsuits with case numbers of: USCA Case #16-5279; and over 50 other cases including the ongoing "Solyndra" investigation and federal and Congressional investigations detailed at http://greencorruption.blogspot.com/ ; https://theintercept.com/2016/04/22/googles-remarkably-close-relationship-with-the-obama-white-house-in-two-charts/    and thousands of other documentation sites. Victim/Witnesses are charged with engaging in these crimes and corruptions against Victim/Witnesses and financing and ordering attacks on Victim/Witnesses.

Victim/Witnesses engaged in U.S. commerce and did everything properly and legally. Unlike Defendants, Victim/Witnesses did not steal technology. Unlike Defendants, Victim/Witnesses did not bribe elected officials in order to get market exclusives. Unlike Defendants, Victim/Witnesses did not poach Defendants staff. Unlike Defendants, Victim/Witnesses were the original inventors of their products. Unlike Defendants, Victim/Witnesses did not operate "AngelGate Collusion" schemes and "High Tech No Poaching Secret Agreements" and a Mafia-like Silicon Valley exclusionary Cartel. Unlike Defendants, Victim/Witnesses did not place their employees in the U.S. Government, The California Government, The U.S. Patent Office and The U.S. Department of Energy in order to control government contracts to Defendants exclusive advantage. Unlike Defendants, Victim/Witnesses did not place moles inside of competitors companies. Unlike Defendants, Victim/Witnesses did not hire Gawker Media and Think Progress to seek to kill Victim/Witnesses careers, lives and brands. Unlike Defendants, Victim/Witnesses did not rig the stock market with "pump-and-dump", "Flash Boy" and

Page 866  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

"Google-stock/PR-pump" schemes.  Victim/Witnesses engaged in hard work every day of their lives for the time-frame in question under the belief that the good old American work ethic and just rewards for your creations was still in effect in the U.S.A., and that the thieves and criminals that attempted to interdict Victim/Witnesses would face Justice. In a number of circumstances Defendants took advantages of Victim/Witnesses hard work via come-ons; Defendants then made billions of dollars from Plaintiffs work at Victim/Witnesses expense and attacked Victim/Witnesses in order to reduce Victim/Witnesses competitive and legal recovery options.

H. Defendants exchanged payments for services via cash, stock warrants, illicit personal services, media control and a technology known as a "Streisand Effect Massive Server Array" which can control public impressions for, or against a person, party, ideology or issue. Defendants Streisand Effect internet system was used to destroy Victim/Witnesses in reprisal, retribution, and vendetta for Victim/Witnesses help with law enforcement efforts in the case and because Victim/Witnesses companies competed with Defendants companies with superior technologies.

I. Defendants have used their Streisand Effect technology to build a character assassination ring of bloggers and hired shill "reporters" who engage in a process called a "Shiva". This process is named after a Plaintiff in a similar case named: Shiva Ayyadurai, the husband of Actress Fran Drescher. Shiva Ayyadurai holds intellectual property rights to part of Defendants email technology. In fact, the people most threatened by the Shiva Ayyadurai patent right claims, ironically turn out to be Defendants and, in particular, Defendants associates Elon Musk, Jon Doerr, Eric Schmidt, Larry Page, Steve Jurvetson, Vinod Khosla and other members of the "Silicon Mafia" who own most of the main companies exploiting email technology. Were Shiva Ayyadurai to prevail in his claims, Defendants would owe him billions of dollars. "Running A Shiva" involves the production of a series of Defamation articles by

866

bloggers who act as if they are independent from Defendants but are in fact, not. Defendants used "the Shiva" to attack and seek to destroy Donald competitors, Shiva Ayyadurai, Victim/Witnesses, and numerous political figures. Univision, Unimoda, Jalopnik, Gawker Media, Gizmodo and over a hundred stealth-ed, and overt, assets of Defendants have been using "The Shiva" network to attack Donald competitors, Shiva Ayyadurai, Victim/Witnesses, and numerous political figures as recently as this morning, thus, the time bar restarts every day. Victim/Witnesses have pleaded with Defendants to cease their attacks but Defendants have refused to comply. Even with Fran Drescher's ongoing royalty payments from her popular television series, friends have reported that the attacks on the Ayyadurai family have been devastating and have caused massive damages and personal and emotional devastation.

J. Defendants produced animated movies, attack articles, fake blog comments, DNS routes, "Shiva" Campaigns, and other attack media against Victim/Witnesses and expended over $30 million dollars in value, as quantified by Defendants partner: Google, in placing the attack material in front of 7.5 billion people on the planet for the rest of Victim/Witnesses lifetime. No person could survive such an attack and in the case of Victim/Witnesses, lives were destroyed and multiple companies invested into by Victim/Witnesses, which Defendants made over $50B off of the copies of, were destroyed because they competed with Defendants.

The Victim/Witnesses are informed and believe, and based on that information and belief allege that at all times mentioned in the within Complaint, all Defendants were the agents, owners and employees of their co-Defendants and, in doing the things alleged in this Complaint, were acting within the course and scope of such agency and employment.

As to any corporate employer specifically named, or named as a "DOE" herein, the Victim/Witnesses are informed and believe and therefore allege that any act, conduct, course of conduct or omission, alleged herein to have been undertaken with sufficient, malice, fraud and

oppression to justify an award of punitive damages, was, in fact, completed with the advance knowledge and conscious disregard, authorization, or ratification of and by an officer, director, or managing agent of such corporation. The Statute of Limitations and time bar on this case has not expired. Victim/Witnesses only became aware of all of the facts in 2017 due to the FBI, Congressional and hacker-exposed investigation data on Defendants operating and receiving cash, rewards and assets from an illegal and illicit set of political slush-funds established to compensate them for financing political campaigns. The Sony, Clinton, DNC, HSBC, Panama Papers and other hacks and publication of all of the  relevant files and the Congressional investigation of illicit activities and the continuing issuance of federal documents to Victim/Witnesses confirming Victim/Witnesses intellectual property are all vastly WITHIN the statutes of limitations to allow this case to proceed to Jury Trial. Victim/Witnesses has had a long, ongoing and high-level interaction with Defendant in both the work effort and the monetization and collection effort. Victim/Witnesses has been continually interactive with Defendant in order to try to collect his money. Attacks and interference with Victim/Witnesses has occurred as recently as this week by Defendants.

## Character Assassins Contracted By U.S. Senators

Defendants are among the largest financiers and/or beneficiaries and/or command and control operatives for quid-pro-quo campaigns.

*"While most people may think that "hit-jobs" are the realm of Hollywood movie plots, these kinds of corporate assassination attempts do take place daily in big business and politics. At the request of the U.S. Government, Victim/Witnesses developed and patented an energy technology that affected trillions of dollars of oil company and technology billionaire insider profits. They didn't realize this at the time.  Let me make this point clearly: The control of Trillions of dollars of energy industry profits were being fought over by two groups and the Government plunked*

Page 869  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

*Victim/Witnesses down in the middle of that war. Victim/Witnesses had no affiliation with either group. They thought they were just accepting a challenge to help their nation and were not aware that Defendants had infected the entire process with crony corruption insider schemes.*

*Victim/Witnesses won commendation from the U.S. Congress in the Iraq War Bill.   They won federal patents. They won a Congressional grant. They won a huge number of letters of acclaim and they won the wrath of a handful of insane Silicon Valley billionaires who could not compete with Victim/Witnesses technology. Defendants chose to "...CHEAT RATHER THAN COMPETE!"*

*The attacks were carried out by California State employees and U.S. Government officials who had received stock, perks, and other quid-pro-quo payment from these billionaires.*

*Department of Energy Executives and their campaign billionaire handlers engaged in these attacks in order to control the solar and "green car" markets in violation of anti-trust laws. The billionaires did not care about "green" issues, they only cared about green cash.*

*Federal and state employees ran retribution campaigns against Victim/Witnessess who competed with inside deals they had set up to line their own pockets at taxpayer expense.*
*These corrupt politicians thought they could take over a promised "six trillion dollar "Cleantech" industry that was being created to exploit new insider exploitation opportunities around global warming and Middle East disruption. After an epic number of Solyndra-esque failures, all owned by the Department of Energy Executives and their campaign financiers, the scheme fell apart. The non crony Victim/Witnessess suffered the worst fates. As CBS News reporter Cheryl Atkisson has reported, the willingness to engage in media "hitjobs" was only exceeded by the audacity with which Department of Energy officials employed such tactics.*

869

*Now, in a number of notorious trials and email leaks, including the Hulk Hogan lawsuit and the DNC and Panama Papers leaks, the public has gotten to see the depths to which public officials are willing to stoop to cheat rather than compete in the open market.*

*Department of Energy employees and State of California employees engaged in the following documented attacks against Victim/Witnessess who were competing with their billionaire backers personal stock holdings. Victim/Witnesses and the other Victim/Witnessess including Bright Automotive, Aptera, ZAP and many more, suffered these attacks:*

*- Social Security, SSI, SDI, Disability and other earned benefits were stone-walled. Applications were "lost". Files in the application process "disappeared". Lois Lerner hard drive "incidents" took place.*

*- Defendants had lawyers employed by Defendants contact Victim/Witnesses and offer to "help" Victim/Witnesses when, in fact, those lawyers worked for Defendants and were sent in as moles to try to delay the filing of a case in order to try to run out the time bar.*

*- State and federal employees played an endless game of Catch-22 by arbitrarily determining that deadlines had passed that they, the government officials, had stonewalled and obfuscated applications for, in order to force these deadlines that they set, to appear to be missed.*

*- Some Victim/Witnessess found themselves strangely poisoned, not unlike the Alexander Litvenko and Rodgers cases. Heavy metals and toxic materials were found right after their work with the Department of Energy weapons and energy facilities. Many wonder if these "targets" were intentionally exposed to toxins in retribution for their testimony. The federal MSDS documents clearly show that a number of these people were exposed to deadly compounds and radiations without being provided with proper HazMat suits which DOE officials knew were required.*

870

Page 871   EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

*- Victim/Witnessess employers were called, and faxed, and ordered to fire Victim/Witnessess from their places of employment, in the middle of the day, with no notice, as a retribution tactic.*

*- Victim/Witnessess HR and employment records, on recruiting and hiring databases, were embedded with negative keywords in order to prevent them from gaining future employment.*

*- One Gary D. Conley and one Rajeev Motwani, both whistle-blowers in this matter, turned up dead under strange circumstances. They are not alone in a series of bizarre deaths related to the DOE.*

*- Disability and VA complaint hearings and benefits were frozen, delayed, denied or subjected to lost records and "missing hard drives" as in the Lois Lerner case.*

*- Paypal and other on-line payments for on-line sales were delayed, hidden, or re-directed in order to terminate income potential for Victim/Witnessess who competed with DOE interests and holdings.*

*- DNS redirection, website spoofing which sent Victim/Witnessess websites to dead ends and other Internet activity manipulations were conducted.*

*- Campaign finance dirty tricks contractors IN-Q-Tel, Think Progress, Media Matters, Gawker Media, Syd Blumenthal, etc., were hired by DOE Executives and their campaign financiers to attack Victim/Witnessess who competed with DOE executives stocks and personal assets.*

*- Covert DOE partner: Google, transfered large sums of cash to dirty tricks contractors and then manually locked the media portion of the attacks into the top lines of the top pages of all Google*

871

*searches globally, for years, with hidden embedded codes in the links and web-pages which multiplied the attacks on Victim/Witnessess by many magnitudes.*

*- Honeytraps and moles from persons employed by Defendants or living on, or with, Defendants were employed by the attackers. In this tactic, people who covertly worked for the attackers were employed to approach the "target" and offer business or sexual services in order to spy on and misdirect the subject.*

*- Mortgage and rental applications had red flags added to them in databases to prevent the targets from getting homes or apartments.*

*- McCarthy-Era "Black-lists" were created and employed against Victim/Witnessess who competed with DOE executives and their campaign financiers to prevent them from funding and future employment. The Silicon Valley Cartel (AKA the "PayPal Mafia" or the "Silicon Valley Mafia") placed Victim/Witnesses on their "Black-List".*

*- Targets were very carefully placed in a position of not being able to get jobs, unemployment benefits, disability benefits or acquire any possible sources of income. The retribution tactics were audacious, overt..and quite illegal.*

*While law enforcement, regulators and journalists are now clamping down on each and every one of the attackers, one-by-one, the process is slow. The victims have been forced to turn to the filing of lawsuits in order to seek justice. The Mississippi Attorney General's office, who is prosecuting Cartel Member Google, advised Victim/Witnesses to pursue their case in civil court while the Post Election FBI expands its resources."*

Page 873  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

        While Defendants have sought to mock Victim/Witnesses exposure of Defendants organized crime operation by denigrating Victim/Witnesses data as "Conspiracy Theory", the articles located at:

1.) http://www.zerohedge.com/news/2015-02-23/1967-he-cia-created-phrase-conspiracy-theorists-and-ways-attack-anyone-who-challenge

2.) http://www.infowars.com/33-conspiracy-theories-that-turned-out-to-be-true-what-every-person-should-know/

3.) How, After This Crazy Year, Is 'Conspiracy Theorist' Still Being Used As An Insult? http://www.newslogue.com/debate/152

...and thousands of other links prove that Defendants further attempts to malign Victim/Witnesses over their conspiracy FACTS are ill advised.

        Defendants, since before 2001, have regularly approached Victim/Witnesses and each of their companies in the internet, green building, aerospace, telecomm, internet video, fuels, energy and other industries through various agents and intermediaries with offers of pretension to "invest in" or "partner with" Victim/Witnesses. In each and every case, Defendants were on a fishing expedition to acquire Victim/Witnesses technologies, copy those technologies and monetize those technologies under Defendants own brands. When Victim/Witnesses continued to compete with Defendants copy-cat technologies, Defendants operated hit-jobs against Victim/Witnesses using DNC-controlled publications like Gawker, Gizmodo, Defendants, Twitter, Facebook, TechDirt and other brand assassination web media manipulation services.

873

Page 874  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

On or about May 3, 2005, the Victim/Witnesses received, in recognition by the Congress of the United States in its Iraq War Bill, a commendation and federal grant issued jointly by the Congress of the United States and the United States Department of Energy in the amount of approximately $2M including additional resources and access to federal resources, as and for the development of domestic energy technology designed to offset the anticipated failure of Western access to the Middle East. That energy storage technology was to be used in connection with the research and development of an electric car to be used by the Department of Defense and the American retail automotive market to create domestic jobs, enhance national security and provide a domestic energy solution derived entirely from domestic fuel sources. Victim/Witnesses had been invited into the program by U.S. Senate and Agency officials with the request that Victim/Witnesses "help their country in a time of need..".

11.     Beginning in or about July of 2006, the Victim/Witnesses were contacted by, various individuals representing venture capital officers and investors employed by, and/or with, the Defendants.  These individuals were agents of the Defendant, Defendants, "RechargeIT" Project and Defendants partner, Tesla Motors.  They also represented the Kleiner Perkins Group,[1] McKinsey Consulting, Deloitte Consulting, Khosla Ventures, In-Q-Tel and associated parties funded by and reporting to the Defendants, Alphabet and Defendants, and

---

[1]     Now under federal investigation, a subject of the 60 Minutes "**Cleantech Crash**" segment, and another 60 Minutes segment about how Senators are bribed with Silicon Valley stock warrants and contract payola, the founding investor of Defendants, the other core recipient of the Steven Chu DOE cash and a party mentioned by name in the federal anti-corruption lawsuits;

874

Page 875  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

included Karim Faris, a Defendants "partner."[2].

12.     These investors feigned interest in emerging technology designed and developed by the Victim/Witnesses and requested further information from Victim/Witnesses. These investors informed the Victim/Witnesses that their interest was in purchasing the emerging technology from the Victim/Witnesses, investing in the venture, or structuring a form of joint venture with him.

13     This was not the truth.

14.     The truth was that the Victim/Witnesses were contacted in efforts on behalf of the Defendants, so as to harvest confidential data and gather business intelligence and trade secrets for the purpose of copying the intellectual property and ideas of the Victim/Witnesses and interdicting Victim/Witnesses efforts, which Defendants found to be competitive, in a superior manner, to Defendants business.  The Defendants agents and investors were simply on fishing expeditions while operating under the guise of proffered investment potential when, indeed, the Defendants had a covert plan to *"Cheat rather than compete"*.

_____

[2] Per Defendantsdescription of Him: "Karim brings more than a decade of entrepreneurial and investment experience to their role. He joined Defendants s corporate development and politics team in 2008, the group responsible for the company s investments and acquisitions, and joined Defendants Ventures in 2010. Prior to Defendants, Karim was a venture capitalist at Atlas Venture, where he worked on over a dozen investments in Internet infrastructure, digital media, and consumer services. Previously, he was Director of New Ventures at Level 3 Communications, responsible for evaluating new business opportunities and has led product development for the company s voice services. Earlier in his career, Karim held various product and marketing roles at Intel, initially on the i486, and later as product manager for the Pentium Processor. He started his career at Siemens as a software engineer working on the first vehicle navigation system for BMW. Karim holds an MBA from the Harvard Business School, an MS in Electrical Engineering from the University of Michigan, and a BS in Computer"

Historical facts and public testimony have proven that Defendants had poor skills at innovation and invention and that Defendants regularly chose to steal technologies, from multiple parties, on an ongoing basis, rather than invent their own technologies. A simple search, by any one, on the other top non-Defendants search engines for the phrase: *"Defendants steals ideas"* brings up a remarkable set of documentation of an ongoing pattern of theft by Defendants. Victim/Witnesses have cooperated with federal investigators and journalists who are also investigating Defendants and who have legally shared some of the research, contained herein, with Victim/Witnesses.

15.    In or about August 21 of 2009, just as the Victim/Witnesses were informed they were about to be awarded federal funding in amount over $50 million, the Victim/Witnesses fuel cell and electric vehicle project was suddenly defunded and the same funds re-allocated to the Defendants, and to their various related entities, shell companies and projects. In other words, federal investigators state that Defendants bribed public officials to take Victim/Witnesses money away from Victim/Witnesses and give it Defendants using illegal manipulations of State and Federal taxpayer funded Treasury accounts. Defendants then manipulated those funds in stock market pump-and-dump schemes, off-shore tax evasion and tax write-off schemes which U.S. Treasury investigators called "unjust rewards at the expense of the taxpayer and the law.."

16.    In or about August of 2009, just as the Victim/Witnesses was informed they were about to be awarded the first $60 million federal funding for their energy storage technology and vehicle factory, this project was similarly defunded and the same funds re-allocated to the Defendants, and to their various related entities, shell companies and projects.

17.    These funds, were ear-marked to be used by Defendants in a scheme designed for mining and exploiting non-domestic energy resources, (which eventually created a threat to U.S. domestic security by destabilizing other nations) via investment bank stock market mining commodities manipulations Defendants had arranged with their investment bankers, including Goldman Sachs.  Until 2016, Victim/Witnesses were not aware that Defendants had placed their friends, employees and business associates in charge of the public agencies

876

responsible for distributing these taxpayer funds. Indeed, the facts on public record and in breaking investigations and investigative journalism reports now prove that Defendants bought public policy influence with cash and internet services, much of that influence buying now found to have not been legally reported. The Defendants had their agents in California State and U.S. Federal offices distribute those funds to themselves while cutting out and sabotaging most all competing Victim/Witnessess. The Defendants, own a managing interest and control the source of these foreign mining resources and the supply chain for them.[3] [4]

18.     In or about September 20, 2009, the Victim/Witnesses, were contacted by the Government Accountability Office of the United States with a request that they participate in an investigation being conducted by that entity into the business practices of the Defendants, and their associates, pursuant to anti-trust allegations and allegations of corruption.

19.     In or about January 15, 2010, the Victim/Witnesses, did, in fact, provide live testimony to, and receive information from, the Government Accountability Office of the United States, the Department of Justice, Robert Gibbs ( who immediately thereafter quit his job at The White House) and their staff at the White House Press Office, the Washington Post White

---

[3]   This control has been established by the Defendants, Defendants and Alphabet, through a series of series of sophisticated and complex relationships with electric vehicle companies including VVC, Tesla Motors, Driverless Car Project and other of the Victim/Witnesses's competitors as well as the numerous main-stream investigative journalism articles attached as Exhibits which provide proof that Defendants paid public officials billions of dollars of unreported cash and search services in exchange for market monopolies which harmed Victim/Witnesses, among others.

[4]   These are two of the numerous interceptions of public funding by the Defendants, Defendants and Alphabet, of funds originally allocated to the Victim/Witnesses.  As with the other interceptions, the Victim/Witnesses subsequently suffered media and revenue attacks authored by and originating with the Defendants, Defendants and Alphabet, Inc. in a manner intended to ensure that the Victim/Witnesses enjoyed no public or governmental sympathy or remaining alternative for relief.

House Correspondent and other investigators.[5]


        20..    The testimony provided by the Victim/Witnesses, was, in fact, truthful and did, in fact, tend to support the veracity of the anti-trust allegations under investigation by the Government Accountability Office and other federal and EU agencies.[6]

---

[5]   The Victim/Witnesses has also provided multiple written and verbal reports to the FBI, via Mr. James Comey and his staff at the Washington office, and Mr. David Johnson of the San Francisco office. The FBI investigation of the related matters is described as "on-going."

[6] The Defendants, are charged with engaging in corruption of the Advanced Technology Vehicles Manufacturing Loan ("ATVM") and Section 1703 Loan Guarantee ("LG") programs. In litigation: XP Vehicles, Inc. v. U.S. Dep't of Energy, Case. No. 13-cv-00037, and Case No. USCA 16-5279, the crimes enumerated in which were financed, benefaced and operated by Victim/Witnesses per FBI records; The Court has directed "a good faith and unbiased reconsideration of" its contemplated renewed funding applications. However, the Victim/Witnesses, COMPANY B, and most other Victim/Witnesss believe — and have filed a well-pleaded verified complaint — that their previous applications were subjected to a biased, politically tainted, and otherwise unfair and corrupt review compromised by Defendants. Renewal without proper oversight could be a fruitless exercise and could prejudice the Victim/Witnesses, COMPANY B's, legal rights. Victim/Witnesss have now sought concrete assurances that the applications will be reviewed fairly without the corrupting influence of the Defendants, Defendants and Alphabet. Specifically, the Victim/Witnesss request the following: that any agency produce the administrative record in order to ensure transparency.  The Victim/Witnesses, COMPANY B, and others have noted that the fees associated with LG and ATVM program applications are excessive and burdensome. See, e.g., Am. Ver. Compl. ¶ 75; GAO, 2014 Annual Report: Additional Opportunities to Reduce Fragmentation, Overlap, and Duplication and Achieve Other Financial Benefits, GAO-14-343SP (April 2014), page 7 (stating that "most Victim/Witnesss and manufacturers we had spoken to indicated that the costs of participating outweigh the benefits to their companies ....."); GAO, Department of Energy: New Loan Guarantee Program Should Complete Activities Necessary for Effective and Accountable Program Management, GAO-08-750 (July 2008) (reporting that the high application fees "may lead to biases in the projects that receive guarantees"). Nonetheless, DOE has actually raised at

Page 879  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

21.     In or about June, 2010 and January, 2015 the Defendants, Alphabet and Defendants, exchanged funds with tabloid publications.  As a result, those tabloid publications coincidentally published the only two articles and the only custom animated attack film including false, defamatory, misleading and manufactured information belittling the Victim/Witnesses, attacking them and discrediting their reputation as an inventor, project

---

least one LG program application fee to $50,000 and this is assumed, by some, on orders from Defendants to discriminate against Victim/Witnesss who are not part of the Silicon Valley business Cartel controlled by Defendants. See DOE, Title XVII Application Process, http://energy.gov/node/988041/Fees (last visiting Feb. 25, 2016). In the Victim/Witnesses, COMPANY B's, first application, the U.S. Government waived the application fee as to the Victim/Witnesses, COMPANY B and other Victim/Witnessess. Am. Ver. Compl. ¶ 76. A precedent has been set and the U.S. Government should continue to honor its waiver of the Victim/Witnesses, COMPANY B's, application fees in the renewed application and that the Department will consider COMPANY B's ATVM renewed application as having satisfied "eligibility screening." 10 C.F.R. § 611.103(a). The Victim/Witnesses, COMPANY B, alleges that the reviewers and decision-makers on the Victim/Witnesses, COMPANY B's, original applications were tainted by political bias and controlled by the Defendants, Alphabet and Defendants. Am. Ver. Compl. ¶ 115-118. During oral argument on December 11, 2015, however, counsel for the government stated that "most, if not all, the senior level decision-makers that would be making a decision regarding these programs have "since departed the agency." Transcript of Oral Argument, December 11, 2015, page 32. The Victim/Witnesses, COMPANY B, has asked for the U.S. Government to identify (1) all of the decision-makers, "senior level" and otherwise, who will be involved in making any decisions regarding the Victim/Witnesses, COMPANY B's, applications along with their position at the agency and the date they began working at the agency and identify which, if any, were in the same position upon the Victim/Witnesses, COMPANY B's, first review, and (2) all firms, advisors, and individuals, if any, the agency has hired, or intend to hire, that will perform any review or analysis of the Victim/Witnesses, COMPANY B's, applications. The Victim/Witnesses has demanded that the relationship of each of those persons, to the Defendants, Alphabet and Defendants, be identified. The U.S. Government has enacted regulations and published manuals concerning its policies and procedures for reviewing LG and ATVM applications. See, e.g., 10

879

developer and project director.[7]

       22.    In or about January 20, 2011, the Victim/Witnesses, contacted Defendants, with written requests that it delete the false, defamatory, misleading and manufactured information belittling the Victim/Witnesses, attacking them and discrediting their reputation as

---

CFR Part 609; 10 CFR Part 611; DOE, Guidance For Victim/Witnessess To The Advanced Technology Vehicles Manufacturing Loan Program (publically available at:

http://www.energy.gov/sites/prod/files/2015/02/f19/ATVM_Guidance_for_Victim/Witnessess_11.4.14.pdf).  However, the agency failed to follow those processes, and allowed corruption by the Defendants to taint the programs in reviewing applications. See, e.g., Am. Ver. Compl. ¶¶ 111, 114, 118; GAO, DOE Loan Guarantees: Further Actions Are Needed to Improve Tracking and Review of Applications, GAO-12-157 (March 2012); GAO, Department of Energy: New Loan Guarantee Program Should Complete Activities Necessary for Effective and Accountable Program Management, GAO-08-750 (July 2008) (stating that DOE "has not developed detailed policies and procedures, including roles and responsibilities and criteria that demonstrate how DOE plans to evaluate the applications"). For example, the agency is required to consult with the Department of the Treasury. See, e.g., 2 U.S.C. § 16512(a) ("the Secretary shall make guarantees under this or any other Act for projects on such terms and conditions as the Secretary determines, after consultation with the Secretary of the Treasury, only in accordance with this section"); see also DOE Final Rule, 10 C.F.R. § 609.7 (requiring consultation with Treasury). The agency, however, has in many instances consulted with Treasury after making its decision. GAO, DOE Loan Guarantees: Further Actions Are Needed to Improve Tracking and Review of Applications, GAO-12-157 (March 2012), page 23 Table 5 (reporting that this step was sometimes skipped). In fact, these steps were skipped as to those who received loans in order to benefit Defendants and harm Victim/Witnesses in the initial application (cite). Comments by the agency's counsel at this Court's hearing add to the Victim/Witnesses, COMPANY B's, concerns that the agency disregards its own procedural rules in order to benefit the Defendants, Alphabet and Defendants, and to harm the Victim/Witnesses for anti-trust, monopolistic and vindictive efforts by the Defendants, Alphabet and Defendants.  See Transcript of Oral Argument, December 11, 2015, page 25 ("I'm not sure if there isn't an ordinary process. ... [M]y understanding is that there isn't a step one, you know, a set-down procedure

880

an inventor, project developer and project director from its search engine servers.

23.    The Victim/Witnesses had numerous lawyers, specialists and others contacted Defendants requesting a cessation of Defendants harassment and internet manipulation and removal of the rigged attack links and hidden internet codes within the links on Defendants server architecture.

---

that must be followed."). The Victim/Witnesses, COMPANY B, has demanded that the U.S. Government clarify what procedures, review steps, and criteria the agency intends to follow in reviewing the Plaintiff, COMPANY B's, renewed applications that will assure the Victim/Witnesses that no further corruption will taint the process. LG and ATVM program applications have been reviewed by individuals who lack sufficient engineering expertise to do so and are beholden to illegally skew decisions to the Defendants, Alphabet and Defendants. See, e.g., Am. Ver. Compl. ¶¶ 86 (ECF No. 26); and GAO, Advanced Technology Vehicle Loan Program Implementation In Under Way, but Enhanced Technical Oversight and Performance Measures Are Needed, GAO-11-145 (Feb. 2011). Here, the agency initially denied the Plainitff, COMPANY B's, ATVM application under the erroneous premise that its product was not designed to be used in an automotive vehicle when, in fact, the product was exclusively designed for automobiles and was recognized as such by the world's media and the largest set of customer orders and customer letters of support for the product for their "AUTOMOBILES". Am. Ver. Compl. Exs. 7 & 9. Victim/Witnesses company, other state and federal regulatory agencies, the voting public, and news investigators have demanded that the DOE specify which of the individuals who will evaluate the Victim/Witnesses, COMPANY B's, applications are trained as engineers, the nature of their qualifications and their relationship to Defendants or any other competing entity. As of the date of this filing, thousands of news reports and televised news programs have accused Defendants of economic and corruption crimes relative to Government funding programs.

Page 882  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

      24.     At all times pertinent, the Victim/Witnesses, including Defendants staff members, Matt Cutts, Forest Timothy Hayes, Defendants legal staff and others refused to assist and commonly replied: *"...just sue us.."*, *"...get a subpoena..."*, etc., even though the Victim/Witnesses, and the Victim/Witnesses representatives, provided the Defendants with extensive volumes of third-party proof clearly demonstrating that not a single statement in the attack links promoted by google was accurate or even remotely true.

_____

[7] Defendants is known to have provided tens of millions of dollars to this tabloid chain per Defendants financial staff, SEC filings and disclosures in other legal cases.

25.    In, or about, February 20, 2011, YouTube, published a custom produced and targeted attack video that also included false, defamatory, misleading and manufactured information belittling the Victim/Witnesses, and discrediting their reputation as an inventor, project developer and project director. The video is believed to have been produced by Defendants as part of their anti-trust attack program against Victim/Witnesses.

26.    In or about February 25, 2011 the Victim/Witnesses contacted the Defendants, YouTube and Defendants, with many written requests that they delete the false, defamatory, misleading and manufactured information belittling the Victim/Witnesses, attacking them and discrediting their reputation as an inventor, project developer and project director from its website.  [*See*, Sample responses of the Defendants Defendants and YouTube, attached as Exhibits and incorporated herein by reference.]

27.    All of the written demands of the Victim/Witnesses were to no avail and none of the Defendants, agreed to edit, delete, retract or modify any of the false, defamatory, misleading and manufactured information belittling the Victim/Witnesses, attacking them and discrediting their reputation as an inventor, product developer and project director from their websites and digital internet and media platforms and architecture.

28.    The Victim/Witnesses, whose multiple businesses ventures had already suffered significant  damage as the result of the online attacks of the Defendants, contacted renowned experts, and especially Search Engine Optimization and forensic internet technology (IT) experts, to clear and clean the internet of the false, defamatory, misleading and manufactured information belittling the Victim/Witnesses, attacking them and discrediting their reputation as an inventor, product developer and project director from their websites.

39.    None of the technology experts hired by the Victim/Witnesses, at substantial expense, were successful in their attempts to clear, manage or even modify the false,

defamatory, misleading and manufactured information belittling the Victim/Witnesses, attacking him and discrediting their reputation as an inventor, product developer and project director which only Defendants, the controlling entity of the internet, refused to remove. In fact, those experts were able to even more deeply confirm, via technical forensic internet analysis and criminology technology examination techniques that Defendants was rigging internet search results for its own purposes and anti-trust goals.

30.     All efforts, including efforts to suppress or de-rank the results of a name search for "Victim/Witnesses" failed, and even though tests on other brands and names, for other unrelated parties did achieve balance, the SEO and IT tests clearly proved that Defendants was consciously, manually, maliciously and intentionally rigging its search engine and adjacent results in order to "mood manipulate" an attack on Victim/Witnesses.

31.     In fact, the experts and all of them, instead, informed the Victim/Witnesses, that, not only had Defendants locked the false, defamatory, misleading and manufactured information belittling the Victim/Witnesses, attacking them and discrediting their reputation as an inventor, project developer and project director into its search engine so that the information could never be cleared, managed or even modified, Defendants had assigned the false, defamatory, misleading and manufactured information belittling the Victim/Witnesses, attacking them and discrediting their reputation as an inventor, project developer and project director "PR8" algorithmic internet search engine coding embedded in the internet information-set programmed into Defendantsinternet architecture.  [*See*, Information received from one of over 30 IT, forensic network investigators and forensic SEO test analysts, a true and correct copy of which is attached hereto in the Exhibits.] Victim/Witnesses even went to the effort of placing nearly a thousand forensic test servers around the globe in order to monitor and metricize the manipulations of search results of examples of the Victim/Witnesses name in comparison to the manipulations for PR hype for Defendants financial partners, for example: the occurrence of the phrase "Elon Musk", Defendants business partner and beneficiary, over a five year period. The

EU, China, Russia, and numerous research groups (ie:

http://www.politico.com/magazine/story/2015/08/how-google-could-rig-the-2016-election-121548    By Robert Epstein ) have validated these forensic studies of Defendants architect-ed character assassination and partner hype system .

32.     The "PR8" codes are hidden codes within the Defendants software and internet architecture which profess to state that a link is a "fact" or is an authoritative factual document in Defendantsopinion.  By placing "PR8" codes in the defamatory links that Defendants was manipulating about Victim/Witnesses, Defendants was seeking to tell the world that the links pointed to "Facts" and not "Opinions". Defendants embedded many covert codes in their architecture which marketing the material in the attack links and video as "facts" according to Defendants.

33.     The "PR8" codes are a set of codes assigned and programmed into the internet, by the Defendants to matters it designates as dependable and true, thereby attributing primary status as the most significant and important link to be viewed by online researchers regarding the subject of their search.[8] Defendants was fully aware that all of the information in the attack articles against Victim/Witnesses was false, Defendants promoted these attacks as vindictive vendetta-like retribution against Victim/Witnesses.

---

[8] Defendants has a variety of such hidden codes and has various internal names for such codes besides, and in addition to, "PR8". Defendants has been proven to use these fact vs. fiction rankings to affect elections, competitors rankings, ie: removing the company: NEXTAG from competing with Defendants on-line; or removing political candidates from superior internet exposure and it is believed by investigators and journalists, that Defendants are being protected from criminal prosecution by public officials who Defendants have compensated with un-reported campaign funding.

885

Page 886  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

34.     At all times pertinent from January 1, 2006, to in or about November 20, 2015, Defendants maintained it had no subjective control or input into the rankings of links obtained by online researchers as the result of a search on its search engines and that its search engine algorithms and the functions of its media assets were entirely "arbitrary" according to the owners and founders of Defendants.

35.     In or about April 15, 2015, The European Union Commission took direct aim at Defendants Inc., charging the Internet-search giant with skewing and rigging search engine results in order to damage those who competed with Defendants business and ideological interests.

36.     In those proceedings, although Defendants continued to maintain that it has no subjective control or input into the rankings of links obtained by online researchers as the result of a search on its search engines and that its staff had no ability to reset, target, mood manipulate, arrange adjacent text or links, up-rank, down-rank or otherwise engage in human input which would change algorithm, search results, perceptions or subliminal perspectives of consumers, voters, or any other class of users of the world wide web, also known as The Internet, the court, in accord with evidence submitted, determined that Defendants, does in fact have and does in fact exercise, subjective control over the results of information revealed by searches on

886

its search engine.[9]

37.      As a result of receiving this information, the Victim/Witnesses became convinced of the strength and veracity of their original opinion that the Defendants, had, in fact posted the false, defamatory, misleading and manufactured information belittling the Victim/Witnesses, attacking them and discrediting Victim/Witnesses reputation as inventor, project developer and project designer had been intentionally designed, published, orchestrated and posted by them in retaliation to the true testimony provided by the Victim/Witnesses, to the Government Office of Accountability of the United States in May of 2005, and to the Securities and Exchange Commission, The Federal Bureau of Investigation, The United States Senate Ethics Committee and other investigating parties, and had been disseminated maliciously and intentionally by them in an effort to do damage to their reputation and to their business prospects and to cause him severe and irremediable emotional distress.

38.      In fact, the Victim/Witnesses, has suffered significant and irremediable damage to their reputation and to their financial and business interests.  As a natural result of this damage, as intended by the Defendants, Gawker, Defendants and Youtube, the Victim/Witnesses has also suffered severe and irremediable emotional distress.

---

[9] The EU case, and subsequent other cases, have demonstrated that Defendants sells such manipulations to large clients in order to target their enemies or competitors or raise those clients subliminal public impressions against competitors or competing political candidates. In fact, scientific study has shown that although Defendants claims to "update its search engine results and rankings, sometimes many times a day", the attack links and codes against Victim/Witnesses have not moved from the top lines of the front page of Defendants for over FIVE YEARS. If Defendants were telling the truth, the links would have, at least, moved around a bit or disappeared entirely since hundreds of positive news about Victim/Witnesses was on every other search engine EXCEPT Defendants. Many other lawsuits have now shown that Defendants locks attacks against its enemies and competitors in devastating locations on the Internet. The entire nations of China, Russia, Spain and many more, along with the European Union have confirmed the existence and operation of Defendants"attack machine".

[10]      39.     To this day, despite the age of the false, defamatory, misleading and manufactured information belittling the Victim/Witnesses, attacking him and discrediting their reputation as an inventor, project developer and project director, in the event any online researcher searches for information regarding the Victim/Witnesses, the same information appears at the top of any list of resulting links.

40.     In addition, due to their control of all major internet database interfaces, Defendants have helped to load negative information about Victim/Witnesses on every major HR and employment database that Victim/Witnesses might be searched on, thus denying Victim/Witnesses all reasonable rights to income around the globe by linking every internal job, hiring, recruiter, employment, consulting, contracting or other revenue engagement opportunity for Victim/Witnesses back to false "red flag" or negative false background data which is designed to prevent Victim/Witnesses from future income in retribution for Victim/Witnesses assistance to federal investigators.[11]

41.     It should be noted here that, in 2016, one of the companies Victim/Witnesses was

---

[10] As a party, attacked in a similar "hit job" media attack describes it: *"Gawker sets up the ball and Defendants kicks it down the field….over and over, until the end of time"*. The recent Hulk Hogan, and other lawsuits, against Gawker Media has clearly demonstrated that Defendants and Gawker run "hit jobs" against adversaries of themselves and their clients.

[11] Major public figures and organizations, including the entire European Union, have also accused Defendants of similar internet manipulation by Defendants. The attacks, by Defendants, continue to this day.  In 2016, the renowned Netflix series: "House of Cards" opened its sixth season with a carefully held script-surprise researched by the script factuality investigators for the production company of "House of Cards."  The surprise featured Defendants, fictionally named "PollyHop," and described, in detail, each of the tactics that Defendants uses to attack individuals that Defendants owners have competitive issues with. The Victim/Witnesses maintains that each and every tactic included in the televised example were tactics actually used to attack the Victim/Witnesses, his intellectual properties, his peers and his associates as threatening competitors.

associated with, in cooperation with federal investigations, won a federal anti-corruption lawsuit against the U.S. Department of Energy in which a number of major public officials were forced to resign under corruption charges, federal laws and new legal precedents benefiting the public were created, and Defendants and its associates and related entities found culpable of corruption.

With specific attention to Victim/Witnesses claims being "personal injury tort...claims" under 28 U.S.C. § 157(b)(2)(B) and the inapplicability of the California Anti-SLAPP law, Cal. Code. of Civ. P. § 425.16, to Defendants potential claim objections, and state as follows:

**Procedural Background**

Victim/Witnesses are residents of the State of California and the Companies are organized and domiciled in that jurisdiction. INDIVIDUAL A is the senior shareholder of the Companies

From January of 2011 until today , Defendants maliciously libeled Victim/Witnesses through its employees Adrian Covert, and John Herman, A.J. Delaurio, as well as through its pseudonymous authors, including: Adam Dachis, Adam Weinstein, Adrian Covert, Adrien Chen, Alan Henry, Albert Burneko, Alex Balk, Alexander Pareene, Alexandra Philippides, Allison Wentz, Andrew Collins, Andrew Magary, Andrew Orin, Angelica Alzona, Anna Merlan, Ariana Cohen, Ashley Feinberg, Ava Gyurina, Barry Petchesky, Brendan I. Koerner, Brendan O'Connor, Brent Rose, Brian Hickey, Camila Cabrer, Choire Sicha, Chris Mohney, Clover Hope, Daniel Morgan, David Matthews, Diana Moskovitz, Eleanor Shechet, Elizabeth Spiers, Elizabeth Starkey, Emily Gould, Emily Herzig, Emma Carmichael, Erin Ryan, Ethan Sommer, Eyal Ebel, Gabrielle Bluestone, Gabrielle Darbyshire, Georgina K. Faircloth, Gregory Howard, Hamilton Nolan, Hannah Keyser, Hudson Hongo. Heather Deitrich, Hugo Schwyzer, Hunter Slaton, Ian Fette, Irin Carmon, James J. Cooke, James King, Jennifer Ouellette, Jesse Oxfeld, Jessica Cohen, Jesus Diaz, Jillian Schulz, Joanna Rothkopf, John Cook, John Herrman, Jordan Sargent, Joseph Keenan Trotter, Josh Stein, Julia Allison, Julianne E. Shepherd, Justin Hyde, Kate Dries, Katharine Trendacosta, Katherine Drummond, Kelly Stout, Kerrie Uthoff, Kevin Draper, Lacey Donohue, Lucy Haller, Luke

Malone, Madeleine Davies, Madeline Davis, Mario Aguilar, Matt Hardigree, Matt Novak, Michael Ballaban, Michael Dobbs, Michael Spinelli, Neal Ungerleider, Nicholas Aster, Nicholas Denton, Omar Kardoudi, Pierre Omidyar, Owen Thomas, Patrick George, Patrick Laffoon, Patrick Redford, Rich Juzwiak, Richard Blakely, Richard Rushfield, Robert Finger, Robert Sorokanich, Rory Waltzer, Rosa Golijan, Ryan Brown, Ryan Goldberg, Sam Faulkner Bidle, Sam Woolley, Samar Kalaf, Sarah Ramey, Shannon Marie Donnelly, Shep McAllister, Sophie Kleeman, Stephen Totilo, Tamar Winberg, Taryn Schweitzer, Taylor McKnight, Thorin Klosowski, Tim Marchman, Timothy Burke, Tobey Grumet Segal, Tom Ley, Tom Scocca, Veronica de Souza, Wes Siler, William Haisley, William Turton and others writing under pseudonyms; through false accusations of vile and disgusting acts, including fraud and false invention.

Defendants engaged in this campaign against Victim/Witnesses on the pages of its "Gizmodo", YouTube Channel, Twitter Accounts, "Deadspin", "Jalopnik" and other facades under Defendants "Gawker.com" and "Univision" websites. These libels also falsely accused Victim/Witnesses of lying in his published patents, journals and works-of-art. All of these false and defamatory accusations were published on multiple webpages operated and controlled by Defendants and on social media platforms, such as Twitter and Google, through accounts operated and controlled by Defendants and/or its employees and agents.

These libels, which were also false light invasions of privacy, caused Victim/Witnesses considerable reputational, emotional, and financial harm, and they so identified him with Victim/Witnesses that it, too, was a victim of Defendants's tortious conduct and suffered reputational and financial harm as well.

Despite being given months to take responsibility for its misdeeds, Defendants failed to retract its libel, apologize, or take any other remedial steps. As set forth the California action, Defendants's modus operandi was to make extreme and outrageous statements, without regard

for the truth, and without reasonable inquiry, in order to attract readers and generate revenue. As this Court is well aware, that business model ultimately imploded, resulting in multiple lawsuits and a substantial judgment against it.

Among those who decided that Defendants should not be permitted to get away with defamation for profit, Claimants reluctantly took the step to seek justice, risking that Defendants and its functionaries would employ the "Streisand effect" to republish the false accusations previously made in reporting on the suit itself.

California  Pro Per litigation asserting claims for defamation and false light invasion of privacy arising from the aforesaid false and defamatory statements.

Under California law, corporations that appear in propia persona may proceed with their right to sue upon the appearance of counsel for the corporation, which is without prejudice to a defendant. See CLD Constr., Inc. v. City of San Ramon, 120 Cal. App. 4th 1141, 1152 (1 st Dist. Ct. App. 2004).

See Cal. Code of Civ. P. § 583.210(a). Claimants, without the assistance of counsel, diligently appeared or attempted to appear at all hearings as required.

## Legal Opinion Media Attack Analysis On Hit-Job On Plaintiff

Defendant is a media company not unlike CNN. Those who accuse CNN and other mainstream media outlets of "fake news" will probably revel in a recent decision by a federal judge in Atlanta, Georgia. While Judge Orinda Evans didn't all out declare that CNN was peddling in falsehoods, she did take aim at the network in an initial judgment in favor of a former hospital CEO who sued CNN accusing them of purposely skewing statistics to reflect poorly on a West

Palm Beach hospital. Judge Evans didn't mince words in her 18-page order allowing the case to move forward, and dismissing CNN's attempt to get it thrown out of court.

Davide Carbone, former CEO of St. Mary's Medical Center in West Palm Beach, filed a defamation lawsuit against CNN after they aired what he claims were a "series of false and defamatory news reports" regarding the infant mortality rate at the hospital. CNN's report said the mortality rate was three times the national average. However, Mr. Carbone contends that CNN "intentionally" manipulated statistics to bolster their report. He also claims that CNN purposely ignored information that would look favorable to the hospital in order to sensationalize the story.

"In our case, we contended that CNN essentially made up its own standard in order to conduct an 'apples to oranges' comparison to support its false assertion that St. Mary's mortality rate was 3 times higher than the national average. Accordingly, the case against CNN certainly fits the description of media-created 'Fake News.'" said Carbone's attorney L. Lin Wood, in a statement to LawNewz.com.

Wood says that as a result of CNN's story Carbone lost his job and it became extremely difficult for him to find new employment in the field of hospital administration.

"False and defamatory accusations against real people have serious consequences. Neither St. Mary's or Mr. Carbone did anything to deserve being the objects of the heinous accusation that they harmed or put babies and young children at risk for profit," Wood said.

On Wednesday, Federal District Judge Orinda Evans ruled that the case could move forward, even ruling that she found that CNN may have acted with "actual malice" with the report — a standard necessary to prove a defamation claim.

892

"The Court finds these allegations sufficient to establish that CNN was acting recklessly with regard to the accuracy of its report, i.e., with 'actual malice," the order reads. CNN had tried to get the case dismissed.

Nothing in the legislative history indicates that defamation or invasion of privacy claims are not "personal injury torts". In fact, all of the history provided by Defendants would preclude their narrow interpretation when Congress was expressly acting to ensure the district court would hear such claims. Similarly, although some courts have permitted the California Anti-SLAPP law to be heard in cases involving diversity jurisdiction, it does not follow that the procedural mechanisms can apply in an objection to claim proceeding.

Defendants also neglects to mention its ongoing, post-petition libel. See, e.g., Trotter, J.K., "What did Internet Troll Chuck Johnson Know about Peter Thiel's Secret War on Gawker?" (Jun. 17, 2016) (reiterating false accusation of misreporting a story about Sen. Menendez) available at <http://gawker.com/what-did-internet-troll-chuck-johnson- know-about-peter-1782110939>.

At that hearing and in response to objections to claims, other claimants also argued that the district court was required to hear defamation claims as personal injury claims under 28 U.S.C. § 157(b)(2)(B).

**Personal Injuries are More Than Just Bodily Injuries**

Although Defendants mentions the reorganization of authority between the bankruptcy courts and the district courts in the wake of Northern Pipeline Construction Co. v. Marathon Pipeline Co., 458 U.S. 50 (1982), it fails to explain what motivated the Marathon decision.

The concern in that case was the extent to which Congress could empower Article I courts. The Supreme Court specifically observed that "Congress cannot 'withdraw from [Art. III] judicial cognizance any matter which, from its nature, is the subject of a suit at the common law, or in equity, or admiralty.'" 458 U.S. at 69 n.23, quoting Murray's Lessee v. Hoboken Land & Improvement Co., 18 How. 272, 284 (1856). Such suits involved "private rights", as opposed to "public rights" created legislatively.

During debate over the Bankruptcy Amendments and Federal Judgeship Act of 1983, Pub. L. 98-353, Senator Robert Dole specifically noted: This title establishes an article I bankruptcy court, with judges appointed for limited terms, to handle the routine business of bankruptcy claims based upon State law, which under Marathon will require the attention of article III judges, will be referred to the district courts except where the parties consent to bankruptcy court jurisdiction. One of those areas reserved for attention of the district courts will be personal injury claims, which are exempted from the definition of core proceeding under the bill. 130 Cong. Rec. S20083 (daily ed. June 29, 1984). However, none of the legislative history, including that cited by Defendants, specifically addresses whether defamation claims are "personal injury" claims. 5i.

**Slander and Libel are Common-Law Personal Injury Claims**

In determining the meaning of "personal injury", this Court must look to the common law understanding. Over a century ago, in determining whether a slander was among the "willful and malicious injuries to the person or property of another" not discharged in bankruptcy, the Kentucky Court of Appeals found that a slander is a "personal injury—that is, an injury to his person", and further explained its holding in the context that "[t]he act of Congress must be 5

There is no inconsistency with including defamation claims among the "narrow range of cases" that are personal injury cases raised by Rep. Kastenmeir. 130 Cong. Rec. H7491. As Defendants

894

notes, the sole example was an automobile accident claim; by Defendants's logic, all medical malpractice claims would be excluded. None of the remainder of the legislative history cited provides any further insight.

Sutherland on Statutory Construction, 289." Sanderson v. Hunt, 116 Ky. 435, 438, 76 S.W. 179, 179 (1903); accord McDonald v. Brown, 23 R.I. 546, 51 A. 213 (1902); Nat'l Sur. Co. v. Medlock, 2 Ga. App. 665, 58 S.E. 1131 (1907). The Sanderson decision was adopted by the Sixth Circuit Court of Appeals, similarly finding a libel to be a "personal injury" under the common law such that it would not be dischargeable under the bankruptcy act. Thompson v. Judy, 169 F. 553 (6th Cir. 1909); 6 see also Parker v. Brattan, 120 Md. 428, 434-35, 87 A. 756, 758 (1913). This understanding was also adopted by at least one district court in the Second Circuit. See In re Bernard, 278 F.734, 735 (E.D.N.Y. 1921). 14.

Congress, in drafting Section 157(b)(2)(B) must, therefore, be understood as having used the words "personal injury" with reference to its common-law acceptation. From the earliest cases, claims sounding in defamation have been deemed a "personal injury." Indeed, this Court recognized as much nearly twenty years ago when it wrote in In re Boyer, 93 B.R. 313, 317 (Bankr. N.D.N.Y. 1988), in the context of a Section 1983 & 1985 claim: The term "personal injury tort" embraces a broad category of private or civil wrongs or injuries for which a court provides a remedy in the form of an action for damages, and includes damage to an individual's person and any invasion of personal rights, such as libel, slander and mental suffering, BLACK'S LAW DICTIONARY 707, 1335 (5th ed. 1979).

Accord Soukup v. Employers' Liab. Assur. Corp., 341 Mo. 614, 625, 108 S.W.2d 86, 90 (1937) citing 3 Words & Phrases, Fourth Series, p. 90 (workers' compensation case observing that "The words 'personal injuries' as defined by lexicographers, jurists and textwriters and by common acceptance, denote an injury either to the physical body of a person or to the reputation of a person, or to both.")

Simply put, "[t]here is no firm basis to support the proposition that libel and slander were considered to be other than personal injuries at common law." McNeill v. Tarumianz, 138 F. Supp. 713, 717 (D. Del. 1956). In support thereof, the Delaware district court quoted 1 Blackstone 6  The Thompson decision was generally met with approval by the Second Circuit Court of Appeals in In re Conroy, 237 F. 817 (2d Cir. 1916).

Commentaries 129, which classified rights of "personal security" to consist "in a person's legal and uninterrupted enjoyment of his life, his limbs, his body, his health and his reputation." Id. at 716 (further noting that the courts consider "rights of personal security" as synonymous with "personal injury"). 716.

The Supreme Court of Pennsylvania, in 1825, laid down the following common law history in the context of a claim involving a decedent: That a personal action dies with the person is an ancient and uncontested maxim. But the term "personal action," requires explanation. In a large sense, all actions except those for the recovery of real property, may be called personal. This definition would include contracts for the payment of money, which never were supposed to die with the person. The maxim must therefore be taken in a more restricted meaning. It extends to all wrongs attended with actual force, whether they affect person or property; and to all injuries to the person only, though without force. Thus stood originally the common law, in which an alteration was made by the stat. 4. Ed. 3. c. 7, which gave an action to an executor for an injury done to the personal property of his testator in his life, which was extended to the executor of an executor by stat. 25, Ed. 3. And by the stat. 31, Ed. 3 c. 11, administrators have the same remedy as executors. These statutes received a liberal construction from the judges, but they do not extend to injuries to the person of the deceased, nor to his freehold. So that no action now lies, by an executor or administrator for an assault and battery of the deceased, or trespass vi et armis, on his land, or for slander; because it is merely a personal injury.

896

Lattimore v. Simmons, 13 Serg. & Rawle 183, 184-85 (Pa. 1825) (emphasis added). 17.

The Supreme Court of Wisconsin, in 1874, expounded upon this concept in a matter involving

state bankruptcy law. It observed "A libel or a slander might deprive a man of life.

The Georgia Supreme Court in Johnson v. Bradstreet Co., 87 Ga. 79, 81-82, 13 S.E. 250, 251

(1891) expounded upon this understanding: At common law, absolute personal rights were

divided into personal security, personal liberty, and private property. The right of personal

security was subdivided into protection to life, limb, body, health, and reputation. 3 Blackst.

Com. 119. If the right to personal security includes reputation, then reputation is a part of the

person, and an injury to the reputation is an injury to the person. Under the head of "security in

person," Cooley includes the right to life, immunity from attacks and injuries, and to reputation.

Cooley on Torts (2d ed.), 23, 24. See, also, Pollock on the Law of Torts, *7. Bouvier classes

among absolute injuries to the person, batteries, injuries to health, slander, libel, and malicious

prosecutions. 1 Bouv. L. Dic. (6th ed.) 636. "Person" is a broad term, and legally includes, not

only the physical body and members, but also every bodily sense and personal attribute, among

which is the reputation a man has acquired. Reputation is a sort of right to enjoy the good

opinion of others, and is capable of growth and real existence, as an arm or a leg. If it is not to be

classed as a personal right, where does it belong? No provision has been made for any middle

class of injuries between those to person and those to property, and the great body of wrongs

arrange themselves under the one head or the other. Whether viewed from the artificial

arrangement of law writers, or the standpoint of common sense, an injury to reputation is an

injury to person.

In an attack that destroys: employment, destroy his credit, ruin his business, and greatly impair

his estate; yet an action therefor would be an action for a personal injury, the effect of the wrong

on the estate of the injured party being merely incidental." Noonan v. Orton, 34 Wis. 259, 263

(1874). That same year, the Supreme Court of Virginia recognized that an "action of slander" did

"involve a claim for personal damages" and, as such, did not pass to the assignee in bankruptcy.

897

Dillard v. Collins, 66 Va. 343, 345-47 (1874). 18.

Similarly, a claim by a wife for slander was deemed a "personal injury" claim such that, under the law at that time, her husband was required to join in the suit. See, e.g., Smalley v. Anderson, 18 Ky. 56 (1825) (in a claim for "personal injury", husband was required to join suit with wife in claim for slander accusing her of adultery); accord Gibson v. Gibson, 43 Wis. 23, 26- 27 (1877); Leonard v. Pope, 27 Mich. 145, 146 (1873) (a claim for slander is "a personal grievance or cause of action"). The U.S. Court of Appeals for the Fifth Circuit agreed that "libel is a personal injury" and that "[a]t common law, libel and slander were classified as injuries to the person, or personal injuries. 3 Blackstone, 119; Cooley on Torts (2d Ed.) 23, 24; Bouvier, Law Dictionary, verbo 'Injury.'" Times-Democrat Pub. Co. v. Mozee, 136 F. 761, 763 (5th Cir. 1905). Although the law now recognizes spousal independence, the nature of the action has not changed. 19.

The principle that slander and libel are personal injuries is one that was generally recognized, and, as seen above, it tended to be addressed in cases involving decedents. Blackstone, in his Commentaries (vol. 3, p. 302), stated the rule: "In actions merely personal, arising ex delicto, for wrongs actually done or committed by the defendant, as trespass, battery, and slander, the rule is that actio personalis moritur cum persona; and it shall never be revived either by or against the executors or other representatives." Thus, by statute, states such as Illinois, in overriding the common law to permit actions to survive, expressly carved out slander and libel as being personal injuries that would not survive. See Holton v. Daly, 106 Ill. 131, 139 (1882) quoting Ill. Rev. Stat. 1874, p. 126 ("actions to recover damages for an injury to the person, except slander and libel, … shall also survive.").

In contrast, a claim for wrongful death was not recognized at common law precisely because personal injury actions did not survive under the action personalis moritur cum persona universal maxim.

Statutes were, therefore, enacted to permit claims for wrongful death "compensatory of the damages sustained by the heirs or next of kin, who had, or are supposed to have had, a pecuniary interest in the life of the intestate." Burns v. Grand R. & I. R. Co., 113 Ind. 169, 171, 15 N.E. 230, 231 (1888). Specifically, "[t]hese statutes, while they do not in terms revive the common law right of action for personal injury, nor make it survive the death of the injured person, create a new right in favor and for the benefit of the next of kin or heirs of the person whose death has been wrongfully caused." Id.

Defendants mistakenly believes that the addition of "wrongful death" implies that because only such a claim can arise from the death of a natural person's body, the term "personal injury" must be construed similarly in context. Defendants misunderstands that a wrongful death claim is not a common law personal injury claim; thus it had to be specifically added. The addition of wrongful death claims does not, however, modify the common law understanding of "personal injury," which included libel and slander.

The legislative history, therefore, shows that claims for wrongful death were added because they were not recognized at common law to be a "personal injury." Libel and slander, on the other hand, were. The legislative record is otherwise silent as to the specific torts that made up a "personal injury" claim and therefore should be understood to include all such claims at common law, including slander and libel. Although Defendants worries that claims for emotional damages will "create an exception that swallows the rule" (Defendants's Brief at 10), it creates a straw-man argument, improperly lumping in claims that are not common law "personal injury" claims that happen to provide for emotional distress damages. Those claims are different, statutory causes of action; the only statutory claim included in Section 157(b)(2)(B) is the wrongful death claim.

Thus, when Congress enacted Section 157(b)(2)(B), it necessarily imported the common law meaning of "personal injury" and, therefore, libel and slander claims. 8 ii. Victim/Witnesses is

899

## Page 900  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

Entitled to Invoke Section 157(b)(2)(B) 23. Defendantss seek to treat Victim/Witnesses, as a corporate person, differently under Section 157(b)(2)(B) than Victim/Witnesses. There is no reason for this. As libel is a "personal injury" tort, there is no basis to suggest a corporate person should be treated any differently than a natural person. Simply because it cannot suffer a battery does not mean it is foreclosed from all personal injury claims. As explained by the Georgia Supreme Court in Johnson v. Bradstreet Co., 87 Ga. 79, 81-82, 13 S.E. 250, 251 (1891), an "injury to reputation is an injury to person." Although a corporation may be unable to suffer a physical, bodily injury, it can suffer an injury to reputation.

Defendants's citations are inapposite. The U.S. Supreme Court has not said that a corporation cannot suffer a personal injury; rather, N.P.R. Co. v. Whalen, 149 U.S. 157, 162-163 (1893), address actions in nuisance, which can only either affect life, health, senses, or property, and not reputation. Defendants's quote from Roemer v. Commissioner of Internal Revenue, 176 F.3d 693, 699 n. 4 (9th Cir. 1983), was a matter of pure dicta; the Ninth Circuit had no occasion to pass upon whether a corporation could, in fact, suffer a personal injury. Subsequent cases, such as In re Lost Peninsula Marina Dev. Co., LLC, 2010 U.S. Dist. LEXIS 78532 (E.D. Mich. 2010), wrongly rely upon such dicta. In fact, the Ninth Circuit's entire basis was DiGiorgio Fruit Corp. v. American Federation of Labor, which does not say a corporation cannot suffer a "personal injury";it merely says that "a corporation has no reputation in the personal sense", yet "it has a business reputation". 215 Cal.App.2d 560, 571, 30 Cal.Rptr. 350, 356 (1963). The Second Circuit has specifically refrained from finding a dichotomy between a business reputation and the reputation 8

Similarly, as invasions of personal rights, Claimants' false light invasion of privacy claims are "personal injury" claims. See Mercado v. Fuchs (In re Fuchs), No. 05-36028-BJH-7, 2006 Bankr. LEXIS 4543, at *6-7 (U.S. Bankr. N.D. Tex. Jan. 26, 2006) (finding invasion of privacy claim to be a "personal injury" under Section 157(b)(2)(B)); see also Bernstein v. Nat'l Broad.

900

Co., 129 F. Supp. 817, 825 (D.D.C. 1955) ("The tort of invasion of privacy being a personal injury....")

of a natural person. See Agar v. Commissioner, 290 F.2d 283, 294 (2d Cir. 1961). However, the Eleventh Circuit specifically answered in the affirmative the question "[i]s damage to one's business reputation a personal injury?" Fabry v. Commissioner, 223 F.3d 1261, 1270 (11th Cir. 2000).

In fact, the purpose of Section 157(b)(2)(B) was to properly address claims that should be heard by an Article III court. As noted above, such was prompted by the Marathon decision, a case where the sole litigants were corporate persons. Where a natural person would have a right to have a matter heard by an Article III court but a corporate person does not, such denial of equal protection would be unlawfully violative of due process under the Fifth Amendment. See Bolling v. Sharpe, 347 U.S. 497 (1954) (holding equal protection claims implicate due process).

Even if corporate persons could be treated differently from natural persons for claims arising from the same transaction, it would be improper to abide Defendants's suggestion to have the Bankruptcy Court determine the corporate claim first, in order to then argue a preclusive effect against the natural person. This attempted end-run around a specifically mandated statutory provision, grounded in Constitutional rights, should not be condoned. This is not what the Supreme Court was considering in Katchen v. Landy, 382 U.S. 313 (1966); in Katchen, the determination involved a single party who submitted to equity jurisdiction. Victim/Witnesses has not taken action to deprive himself of his rights. Where Congress has acted to provide for access to Article III courts, it would run afoul of the intent of the law to make that access ephemeral.

Although Defendants at least has the decency to acknowledge that is its purpose, it would set an unconscionable precedent. Many natural persons conduct business through or have some

901

relationship with a corporate person such that harms giving rise to their individual personal injury claims would also harm the corporate person. As a result, Defendantsswho would seek to deprive such natural persons of their right to be heard by an Article III court could simply involuntarily join or otherwise implead the related corporate person, have that matter heard first, and then attempt to preclude the natural person's claim on that basis.

**The California Anti-SLAPP Law Does Not Apply**

Defendants's motion is not about allowance of claims; it is about whether a state law procedural mechanism is to apply in a non-adversarial, contested matter. Although some federal courts permit the application of the California Anti-SLAPP law, Cal. Code Civ. P. § 425.16, in civil cases arising from diversity jurisdiction, it has never been found applicable to a contested claim proceeding in bankruptcy court. The differences between the Federal Rules of Civil Procedure and the Federal Rules of Bankruptcy Procedure demonstrate that it makes little sense to do take such an unprecedented step.

The very nature and purpose of a proof of claim differs from a traditional complaint, rendering the California law impracticable. As this Court is aware: Correctly filed proof of claims "constitute prima facie evidence of the validity and amount of the claim . . . . To overcome this prima facie evidence, an objecting party must come forth with evidence which, if believed, would refute at least one of the allegations essential to the claim." Sherman v. Novak (In re Reilly), 245 B.R. 768, 773 (2d Cir. B.A.P. 2000). By producing "evidence equal in force to the prima facie case," an objector can negate a claim's presumptive legal validity, thereby shifting the burden back to the claimant to "prove by a preponderance of the evidence that under applicable law the claim should be allowed." Creamer v. Motors Liquidation Co. GUC Trust (In re Motors Liquidation Co.), No. 12 Civ. 6074 (RJS), 2013 U.S. Dist. LEXIS 143957, 2013 WL 5549643, at *3 (S.D.N.Y. Sept. 26, 2013) (internal quotation marks omitted). If the objector does not "introduce[] evidence as to the invalidity of the claim or the excessiveness of its amount, the

902

claimant need offer no further proof of the merits of the claim." 4 Collier on Bankruptcy ¶ 502.02 (Alan N. Resnick& Henry J. Sommer eds., 16th ed. 2014). In re Residential Capital, LLC, 519 B.R. 890, 907 (Bankr. S.D.N.Y. 2014). 30. In contrast, under Cal. Code Civ. P. § 425.16(b)(1): A cause of action against a person arising from any act of that person in furtherance of the person's right of petition or free speech under the United States Constitution or the California Constitution in connection with a public issue shall be subject to a special motion to strike, unless the court determines that the plaintiff has established that there is a probability that the plaintiff will prevail on the claim.

California courts have established a two-step process: first, the defendant must establish the action arose from protected speech or petitioning activity, then "then the burden shifts to the plaintiff to establish a probability that the plaintiff will prevail on the claim, i.e., make a prima facie showing of facts which would, if proved at trial, support a judgment in plaintiff's favor.

In making its determination, the trial court is required to consider the pleadings and the supporting and opposing affidavits stating the facts upon which the liability or defense is based." Dowling v. Zimmerman, 85 Cal. App. 4th 1400, 1417, 103 Cal. Rptr. 2d 174, 188 (2001) (internal citations and quotation marks omitted).

Further, [t]o establish a probability of prevailing, the plaintiff must demonstrate that the complaint is both legally sufficient and supported by a sufficient prima facie showing of facts to sustain a favorable judgment if the evidence submitted by the plaintiff is credited. For purposes of this inquiry, the trial court considers the pleadings and evidentiary submissions of both the plaintiff and the defendant (§ 425.16, subd. (b)(2)); though the court does not weigh the credibility or comparative probative strength of competing evidence, it should grant the motion if, as a matter of law, the defendant's evidence supporting the motion defeats the plaintiff's attempt to establish evidentiary support for the claim. In making this assessment it is the court's

903

responsibility to accept as true the evidence favorable to the plaintiff. The plaintiff need only establish that his or her claim has minimal merit to avoid being stricken as a SLAPP.

Soukup v. Law Offices of Herbert Hafif, 39 Cal. 4th 260, 291, 46 Cal. Rptr. 3D 638, 662-63, 139 P.3d 30, 50 (2006) (internal citations and quotation marks omitted).

This process makes little sense in a non-adversarial, claims objection proceeding. First, as noted, Claimants' proofs of claim already enjoy a presumption of prima facie validity under Fed. R. Bankr. P. 3001(f) and Claimants' submissions must be accepted as true. Thus, as a matter of law, Claimants will always prevail on a California anti-SLAPP motion, having the "minimal merit" which would support allowance of the claim. Second, once a party objects to a proof of claim and introduces evidence of invalidity, a claimant must prove his claim by a preponderance of the evidence, not merely a probability of prevailing. Defendants would require a bankruptcy court to make an unnecessary finding that a disallowed claim nevertheless had a probability of prevailing. The burden shifting framework does not work in a contested claim proceeding, even if it might work for an adversarial matter or in a case under the Rules of Civil Procedure.

Notably, even in diversity cases, the entirety of the California Anti-SLAPP law is not imported in its entirety. Unlike in California state courts, a denial of an Anti-SLAPP motion is not an appealable interlocutory order in Federal courts. See Hyan v. Hummer, 825 F.3d 1043 (9th Cir. 2016). Federal courts do not apply the timing requirements set forth in Section 425.16(f), which directly collides with the timeline allowed under Fed. R. Civ. P. 56. See Sarver v. Chartier, 813 F.3d 891 (9th Cir. 2016). Federal courts do not stay discovery upon the filing of an Anti- SLAPP motion, as otherwise directed by Section 425.16(g). See Metabolife Int'l, Inc. v. Wornick, 264 F.3d 832, 845 (9th Cir. 2001).

Even the very idea of the burden-shifting framework has been questioned by the Ninth Circuit. See Englert v. MacDonell, 551 F.3d 1099, 1102 (9th Cir. 2009) (reserving the issue with respect

904

to a parallel Oregon statute). The D.C. Circuit directly confronted this issue in Abbas v. Foreign Policy Grp., LLC, 783 F.3d 1328, 1335 (2015). In Abbas, the D.C. Circuit directly rejected the idea that an analogous burden-shifting framework created a substantive, quasi-immunity from suit, because the law collided with Rules 12 and 56 as to how a showing is to be made, rendering it inapplicable pursuant to Shady Grove Orthopedic Associates, P.A. v. Allstate Insurance Co., 559 U.S. 393, 398-99, 130 S. Ct. 1431 (2010). See 783 F.3d at 1335.

Defendants attempts to distinguish Abbas by highlighting the non-mandatory nature of applying Rules 12(b)(6) and 56, suggesting that collision is avoided if those rules are not applied. Defendants's Brief at 15-16. First, it bears observing that Defendants, in its objections to the claims, did move to apply Rule 12(b)(6), rending its own argument moot. Thus, where § 425.16 does conflict with Rule 7012, its application would directly collide with this Court's authority to "direct that one or more of the other rules in Part VII shall apply." Fed. R. Bankr. P. 9014(c). Second, although Defendants argues that the Court can "otherwise direct" Rule 7056 not apply per Rule 9014, it provides no reason why the normal rules should be avoided here; Claimants located but one case where a bankruptcy court made such direction to permit the parties to "flesh out the record", there on a motion to employ, not a claims objection. See In re Rusty Jones, Inc., 109 B.R. 838, 845 (Bankr. N.D. Ill. 1989). Fleshing out a record would similarly be reason not to apply § 425.16 where  Defendants has otherwise obtained a briefing schedule in order for it to take discovery. See Dkt. No. 703. Essentially, the only reason to "otherwise direct" Rule 7056 not apply is because it collides with § 425.16. Third, to not apply certain rules simply because Claimants are California citizens would deny such citizens equal protection in a manner to be so violative of due process that it is an offense to the Fifth Amendment. See Shapiro v. Thompson, 394 U.S. 618, 642, 89 S. Ct. 1322, 1335 (1969).

Moreover, it makes little sense to import the California procedure where Fed. R. Bankr. P. 3007 permits parties in interest other than the Defendants to object to a claim. It could well be impracticable where a Defendants does not believe protected speech was involved, but a third

party does. It is not equitable for one class of objector (a Defendants) to potentially enjoy the benefits of the California procedure (attorneys' fees) and not others (other creditors).

Contrary to the assertion of Defendants, the procedures of § 425.16 are not "bound up" with the law of libel, even to the extent Justice Stevens's concurrence in Shady Grove Orthopedic Assocs., P.A. v. Allstate Ins. Co., 599 U.S. 393, 419-410 (2010), is controlling. First, Defendants fails to identify what the substantive law is that Section 425.16 is bound up with. The California Anti-SLAPP law is not limited to the law of libel; it also applies to other state law claims. See, e.g., State Farm Mut. Auto. Ins. Co. v. Lee, 193 Cal. App. 4th 34, 122 Cal. Rptr. 3D 183 (2011) (application to abuse of process and unfair business practice claims); Jarrow Formulas, Inc. v. LaMarche, 31 Cal. 4th 728, 3 Cal. Rptr. 3d 636, 74 P.3d 737 (2003) (application to malicious prosecution claims); Fremont Reorganizing Corp. v. Faigin, 198 Cal. App. 4th 1153, 131 Cal. Rptr. 3d 478 (2011) (application to breach of confidence, breach of fiduciary duty, equitable indemnity, and violation of Cal. R. Prof. Conduct 3-310(C)); Peregrine Funding, Inc. v. Sheppard Mullin Richter & Hampton LLP, 133 Cal.App.4th 658, 674–675, 35 Cal. Rptr. 3D 31 (2005) (application to legal malpractice and breach of fiduciary duty claims). Section 425.16 is not analogous to a bond posting requirement, statute of limitations, evidentiary rule, or verdict capping identified by Justice Stevens, all of which have a substantive quality. See Shady Grove, 599 U.S. at 419-410. Here, Defendants seeks to employ a burden shifting framework that could appear at but one discrete stage of a diversity case and has no role in a claim objection; this is not even, then, an example of a "state-imposed burden[ ] of proof", which would go to the ultimate outcome. Id. at 410 n. 4. There is no question that Claimants have the ultimate burden of proof, with or without the Anti-SLAPP motion. Thus, as it is not sufficiently bound up with any particular substantive law, it is not applicable in this matter.

Claims in a bankruptcy case are distinguishable from adversarial matters, especially those brought in district court on the basis of diversity jurisdiction. Claimants did not choose this forum; Defendants did by filing its petition. In doing so, it effectively stripped Claimants of their

usual litigation rights. As Defendants says, "what is good for the goose is good for the gander". Defendants's Brief at 14. It would be inequitable to allow Defendants the benefit of a normal civil case, such as the use of Section 425.16, while simultaneously denying Claimants the benefits of such a case, by having deprived them of their chosen forum. C.

Should This Matter Be Heard by the District Court

Moving forward, this matter should proceed before the district court. Defendants incorrectly asserts that Exec. Bens. Ins. Agency v. Arkison, 134 S. Ct. 2165 (2014) commands that this Court first determine the case; rather, it held that having summary judgment first heard by the bankruptcy court, to be followed by de novo review by the district court, was permissible under 28 U.S.C. § 157(c). See Messer v. Magee (In re FKF 3, LLC), No. 13-CV-3601 (KMK), 2016 U.S. Dist. LEXIS 117258, at *52 n.11 (S.D.N.Y. Aug. 30, 2016). Section 157(c)(1) says that a bankruptcy court "may" hear a non-core proceeding, not that it must.

The standard as to whether the bankruptcy court should hear the non-core proceeding in the first instance under Section 157(c)(1) is not well articulated. Guidance from cases under Section 157(d), regarding withdrawal, however, may be informative. In such cases, the considerations are "(1) whether the case is likely to reach trial; (2) whether protracted discovery 9

Although Defendants noted the availability of fees under § 425.16, such provision is secondary to the burden-shifting framework. If the Bankruptcy Court does not perform the mechanism to determine whether or not a probability of success occurs, it would never reach the issue of fees. Section 425.16 does not create a substantive right to fees in all libel cases; only those cases where a defendant is successful on a motion to strike.

Court oversight will be required; and (3) whether the bankruptcy court has familiarity with the issues presented." In re Times Circle East, Inc., 1995 U.S. Dist. LEXIS 11642, 1995 WL

907

489551, at *3 (S.D.N.Y. Aug. 15, 1995). All three factors warrant the matter being heard by the District Court in the first instance.

This case is likely to reach trial. Claimants have properly asserted multiple false and defamatory statements as libelous. Because of the defenses asserted by Defendants, it is more probable than not that multiple statements will require factual determinations beyond otherwise being readily apparent on their face. Defendants has asserted a defense of lack of actual malice; such will require probing and evidence into its research, editorial, and publication process. Defendants has asserted a defense under Section 230 of the Communications Decency Act; such will require probing and evidence into its business practices, sources, and publication processes. Neither do Claimants have any confidence that this matter will reach settlement; as noted above, even after having filed a bankruptcy petition arising from publication malfeasance, Defendants continued to defame Claimants.

Moreover, this non-core proceeding will likely require a jury trial to determine the claim's value. As having filed personal injury tort claim, Claimants are entitled to and claim the right to trial by jury. See 28 U.S.C. § 1411(a). The Second Circuit has found that jury trials in non-core proceedings are likely prohibited "due to the district court's de novo review of such proceedings." In re Orion Pictures Corp., 4 F.3d 1095, 1101 (2d Cir. 1993).

Protracted discovery with court oversight will be required. Among other matters, without limitation: Claimants will seek depositions from Defendants. Claimants will require discovery of the identities of the Gawker authors and campaign financiers and will seek to depose them.

Claimants will seek discovery from Defendants as to its business practices, including editorial and publication decisions and social media cross-promotion, as well as the source code relative to the Kinja and website platforms. Claimants will require detailed discovery into the readership and extent of circulation. Claimants anticipate significant litigation over several of these items.

908

A Bankruptcy Court is unfamiliar with the issues presented. A LEXIS search for cases involving "actual malice" or "section 230", involving "libel", "slander", or "defamation", yielded only six decision in three cases in this Court. This is not the typical claim arising in a Chapter 11 proceeding. Such cases and issues arise with far more frequency before the District Court.

Because all of the factors favor the District Court, the Bankruptcy Court should not hear these non-core proceedings. III.

As set forth above, the California Anti-SLAPP law is not applicable to a contested matter under Fed. R. Bankr. P. 3007, especially as it relates to the allowance of claims. The state statute conflicts with the Federal procedures and otherwise is unworkable where a proof of claim is already prima facie evidence of a possibility of prevailing. Notwithstanding, Claimants filed their proofs of claims knowing they would ultimately prevail, whether or not the California Anti-SLAPP law applies.

The claims asserted by Claimants are personal injury tort claims that should be heard by the District Court for all further proceedings. Congress must be deemed to have understood the meaning of the term "personal injury" when it legislated, a meaning that, for centuries, has included causes of action sounding in libel and slander, as well as false light invasion of privacy. Defendants has failed to demonstrate that any different meaning was intended.

***The issues raised by Defendants show a determined intent to attempt to avoid facing liability for the multiple calumnies it heaped upon Claimants. Claimants are entitled to be heard and to vindicate their claims.***

## State Sponsored Reprisal Programs Operated By Public Officials

Agency staff were ordered to harm Victim/Witnessess by manipulating their benefits in order to

909

deny, delay, obfuscate and reduce their income as reprisal for their assistance to law enforcement in a political corruption and money laundering matter. Agency staff, ranging from the lowest level staff at the San Francisco, San Mateo, Los Angeles and Marin offices, and up to the director headquarters offices, participated in this reprisal-vendetta-revenge action to harm Victim/Witnesses. Victim/Witnesses's peers have filed DOJ and FBI criminal referrals, launched federal investigations and the assertions have been proven in numerous IG, FBI, Congressional and major news media investigations. Agency offices have failed to provide responsive FOIA requested data, hearing investigation data and fair responses because some of their staff are STILL operating a criminal cover-up which has now been update-reported to the FBI, Congress, the IG, the AG and investigative reporters.

Other federal agencies have complied, verified and provided the requested deliverables. SSA and DOE have pointed the searchlight of suspicion on themselves, laser-like, by their overt failure to comply, unlike every other agency. Ironically, the political financing of their executives and their personal relationships "happens" to be with the exact same Silicon Valley oligarchs under felony criminal investigations. The stock market brokerage records, family trust accounts, PAC trace-routing, Interpol records and SEC investigation records proves it!

Unfortunately for the crooked agency staff, some Victim/Witnesses have the authority, law enforcement credentials and training to arrest any person at their home or office and remand them to the FBI, DOJ or Sheriff. SSA and DOE staff should not longer screw around! For example: Every "unsigned" SSA email is tracked to the individual author by their IP address, device IMEI, web camera, building key card, door camera, parking lot use chart, building camera, vehicle tracking circuits, text dba records, keyboard UI/UX patterns, motherboard ID #, DNS routing, stingray read-outs and a vast number of other metrics. Victim/Witnesses investigation peers know the exact person that wrote every SSA email or document or file request. There is no such thing as an anonymous SSA email. Transparency is the Victim/Witnesses middle name. The FBI and CIA people that SSA and DOE insiders think are their "buddies" may actually be the Victim/WitnessesS buddies!

History has proven that non-corrupt portions of federal agencies and public service law and community action firms have executed on their willingness to expend millions of dollars of resources to fight this injustice. Every individual involved in this at SSA and DOE are on a forensic database. No person at SSA or DOE who uses our government as a garage sale for corruption favors or a kill mill for political reprisals will avoid the 100% legally executed consequences. They will be targeted and prosecuted even more profoundly than the Victim/Witnesses waere targeted with IC-type hit jobs.

910

This felony criminal investigation case, is documented on thousands of websites and in dozens of federal court case records in which Victim/Witnesses won the case or was vindicated in the case and in thousands of news websites. Victim/Witnessess researchers and investigators disagree with any decision by any agency which causes a delay in response which puts the Victim/Witnessess in jeopardy for their life and safety. Testifying, and/or reporting about this crime has resulted in the <u>death</u>, potentially by <u>murder</u>, of the following individuals who reported to the authorities about this crime matter: Rajeev Motwani; Gary D. Conley; Seth Rich; Philip Haney; David Bird; Doug Bourn; Misti Epstein; Joshua Brown; Kenneth Bellando; Moritz Erhardt; Imran Aliev; Kate Matrosova; David Drye; Vincent Foster; Kathy Ferguson; Duane Garrett; Eric S. Fox; Judi Gibbs; Berta Caceres; Suzanne Coleman; L.J. Davis; John Hillyer; Stanley Huggins; Sandy Hume; Shawn Lucas; Gary Johnson; John Jones; John F. Kennedy, Jr.; Stephen Ivens; Mary 'Caity' Mahoney; Eric Butera; Danny Casolara; John Ashe; Tony Moser; Larry Nichols; Joseph Rago; Ron Brown; Bob Simon; Don Adams; Peter Smith; Victor Thorn; Lori Klausutis; Gareth Williams; Daphne Caruana Galizia; James D Johnston; Dave Goldberg; Loretta Fuddy; Paul Wilcher; Gary Webb; Beranton J. Whisenant Jr; Stanley Meyer; Jon Parnell Walker; Tyler Drumheller; Barnaby Jack; Dominic Di-Natale; Barbara Wise; Ilya Zhitomirskiy; Jeff Joe Black; Robin Copeland; John Wheeler; Ashley Turton; Michael Hastings; Antonin Scalia; David Koschman; David Werner; Alex Okrent; Kam Kuwata; Larry Frankel; And hundreds more connected to this case who suddenly, and strangely, turned up dead in this case and, ironically, their <u>death</u>s all benefit the suspects in this case. Victim/Witnessess are also whistle-blowers who have been previously attacked in reprisal and who have been threatened with continued harm and death.

Because this case involves a huge number of <u>death</u>s, spies, trillions of dollars of energy industry funds, hit-jobs and epic political dirty tricks contracts there is a warning in effect to every suspect on "the list". "If any other principle whistle-blower in this case is killed, within 24 hours of their death, every person on "the list" will experience the worst possible outcome!"

Any delay, obfuscation, cover-up, FOIA refusal or other obscuring tactic by each and every member of an agency employee or contracting entity will be prosecuted on a person-by-person basis. Each employee or official who causes, by their action, further harm to the Victim/Witnessess will be sued personally, have their assets garnished and will have a formal criminal referral authored and submitted to the FBI, DOJ, FTC, Congress and the news media. Victim/Witnessess have sued the highest level personnel in the government for corruption, launched FBI and Congressional investigations against them and had them removed from their jobs and placed under permanent surveillance. The court and news records prove this fact. Do

not imagine that any reprisal action by a public agency staffer will go unnoticed or unpunished by federal law enforcement, public forensics and major independent news media investigations.

This Tech Cartel cartel operational scheme involves a significant culture of corruption within its spacious mosaic – creating a pointillist portrait of the Tech Cartel culture and why it must be remedied – for the Article III courts not to await all relevant input.

Not to place too fine of a point on this, but there was no branch within our constitutional structure that the Tech Cartel did not abuse for their own political gain, destruction of those who Hillary Clinton oppose them, and (thus) their long-term enrichment. Connecting the dots through obtaining additional corroborative evidence – such as putative ongoing obstruction through opaque threats of investigating Congress – will not paint a pretty picture (to say the very least), but is necessary and proper to placing a check on future Tech Cartel misconduct. And notwithstanding RICO misconduct, there is wide-ranging agreement that the Hatch Act was used by supporters of the Tech Cartel (including admissions by several, like McCabe, Strzok and Page) within the federal enforcement agencies to help manipulate elections.

As noted in the Complaint herein, particularly egregious because it may sound in treason (among many illegal and/or predicate acts) involved the Tech Cartel bribery ("bribery" constituting a federal offense both in giving and receiving), in which candidates *inter alia*, as statutory representative on the lead agency for transfer of control of United States uranium to Russia (the "Committee on Foreign Investment in the United States" or "CFIUS"), deceived President Obama when she not only did not object to the uranium transaction during the CFIUS process, but intentionally did not inform Obama that defendants Clinton Foundation and Clinton Global Initiative stood gain financially through such Russian control. Nor did Secretary of State Hillary Clinton (or Attorney General Eric Holder, also a member of CFIUS) inform President Obama that Russia would likely convey the U.S. uranium, surreptitiously and in part, to end users Iran and North Korea – countries which directly threaten the United States and its key allies in the Middle East.

This also occured with lithium, nickel, indium and cobalt mines unjustly expanding the profits of Defendant Elon Musk as billions of dollars of illicit gains, inspired by the mining schemes and illicit deeds of Musk's father which includes getting Musk's sister pregnant.

While seditious in nature and correlated precisely with the Tech Cartel operational scheme, these predicate and otherwise illegal acts, and those related to them, are hardly exclusive as the Tech Cartel scheme, associated in fact in pursuit of a common purpose. *See generally* 18 U.S.C. § 1961. The infiltration of the Democratic Party by the Tech Cartel malfeasants described herein was carried out in a fashion similar to that which *La Cosa Nostra* gained control of legitimate

entities in order to engage in a criminal Tech Cartel. While this honorable court needs no lengthy explanation of "racketeering", it is significant that a major political party has – through the misuse of the tax and nonprofit laws, the FISA (and your colleagues) to surreptitiously surveil a political opponent's campaign – been so deeply infected with Tech Cartel wrongdoing that even primary opponents of crony political candidates were victims of the long-term Tech Cartel scheme and common purpose to assure control of public elections via Google/Facebook Tech Cartel controlled mass media manipulation and the stated bribe compensation types.

The parties to this litigation are set forth in the Complaint and need not be repeated in this Case Statement. The same applies for the Jurisdiction and Venue statement set out in the Complaint.

The numerous Factual Allegations will, as with Case Statements in other district courts, be appropriately cross-referenced in the Case Statement here in narrative form.

The Tech Cartel cancer that has metastasized within the American election system is characterized by strictly organized mass corruption and malfeasance. Setting aside for the moment the destruction of the FISA process (primarily in this very court), the political *mafioso* has, by their own admission and numerous investigative findings, conspired to defeat and then damage a duly-certified President, and destroy the business and reputation of whistle-blowers.

Plaintiff, as the evidence will show, has been destroyed by the Tech Cartel for simply recounting what he observed – this is rather odd, as Plaintiff sought to protect the Government from, among other things, the criminal actions of crony political operators.

Like nothing we have ever seen, Tech Cartel principals and surrogates have now also been plausibly shown to have – as part of the Tech Cartel scheme and directly related to the FISA abuse of this very district court – conspired to infiltrate the presidential campaigns of others with seasoned and manipulative Human Confidential Sources ("HCS" or "HCSs"), and likely "lures" meant to assist the Tech Cartel in its mission. This partisan use of counterintelligence tools against Plaintiff as private citizens, amounts to serious wrongdoing with lasting damage.

Plaintiff was targeted because he was often invited to address private groups. Hackers have acquired e-mails that contain(ed) content related to defaming Plaintiff and, as a result, continuing the Tech Cartel surrogate (and defendant) obstruction of justice with respect to espionage committed by crony political candidates under 18 U.S.C. § 793.

*In another example* of spy tactics being in use daily by the criminal Tech Cartel, one can see federal proof that is virtually indistinguishable from the approach(es) by the Tech Cartel to members of other policy campaigns. Two of the targets (George Papadopoulos and Carter Page) were manipulated by American DoJ/FBI contract HCSs, with the shocking assistance of Five Eyes allies Australia and the United Kingdom. A third, Michael Caputo, was pitched through an

913

intermediary cut-out by an Obama administration official (claiming to work with the NSA) offering access to "secret emails" Utilizing counterintelligence tradecraft, the Stefan Halper team ran at Plaintiff nonetheless because they thought Plaintiff was on the competitors campaign (**he was not**) and presumably believed Plaintiff presented a "threat" to crony political candidates because he had written a book about the Clintons. It is not simply plausible but incontrovertible that Brennan, Clapper and the FBI attempted to defeat competitors and, failing that, entrap him using the tradecraft described above. In so doing, they attempted to use Plaintiff to obstruct justice with respect to the Clinton Tech Cartel private server malfeasance. Plaintiff was burned not only by tactical Tech Cartel defamation to deny the truth, but by the Obama/Tech Cartel counterintelligence apparatus to obstruct justice and conspiracy thereon. While Plaintiff was wary of the use of these techniques, they were used nonetheless by the Tech Cartel.

It is not difficult to discern what the Tech Cartel was attempting to do. As Halper and his team excel at, they attempted to manipulate whistle-blowers as Halper was dispatched by Brennan, Comey and the Tech Cartel to manipulate for partisan purposes any witness proposed to testify in this matter.  It has been confirmed that Comey, McCabe, Brennan and Clapper enaged in spy tradecraft against U.S. citizens in an attempt to "entrap" or "even frame" whistle-blowers.

The White House has a Wikpedia defined term known as "_rat fucking_". As Tech Cartel surrogate Clapper has conceded, the reason for running HCSs at the whistle-blowers was to determine if the FBI's concerns about Russian interference were justified - yet the FBI relied nearly entirely on _opposition research paid for by Democratic Tech Cartel nominee crony political candidates through Hillary for America counsel Marc Elias to justify the FISA applications which misled this district court_ (the FISA application(s) that misled judges of this honorable court assigned dual responsibilities to the FISC were thus sought for reasons unrelated to Russian activities (as Halper and the other HCSs obtained nothing that could be utilized in a counterintelligence warrant application). The sole reason for illicit use of HCSs and lures was to achieve the ultimate goal of the Tech Cartel – to assist crony political candidates in winning the presidential election of 2016. To be abundantly clear, any of the manipulated statements from others – drunken, drugged or sober – were then embellished by the Tech Cartel to "corroborate" Tech Cartel-funded falsehoods in the Steele dossier and used to mislead the FISC, and to obstruct what should have been a "slam dunk" case of 18 U.S.C. § 793 espionage against crony political candidates. The Tech Cartel – from the outset - placed layer upon layer of obstruction to protect crony political candidates from this evident espionage committed by the Tech Cartel surrogates and participants, and misused counterintelligence authorities against a competing campaign to further obstruct justice.  That was a classic "rat fucking" gambit created by the Tech Cartel, who have over 1000 ex- CIA officers in their employ.

914

The FBI "Domestic Investigations and Operations Guide" outlaws the "otherwise illegal activity used against him.

Disturbing similarities exist between the Tech Cartel manipulation of Papadopoulos (and many other campaign officials/affiliates) and Plaintiff here, and in light of Brennan, Comey, Clapper, Strzok, McCabe and numerous others knowing of the manipulative approaches exploiting tasked HCSs, and their targets being led to believe that the focus of "helpful" discussions was/were the tens of thousands of e-mails that crony political candidates deleted and wiped from her illicit server, *e.g.*, Plaintiff was informed that significant information about him was/is contained in the illegally deleted e-mails (obstructing justice in each such e-mail targeting "enemy" whistle-bowers. At the very least, this raises the plausible inference that the same Tech Cartel principals and surrogates that targeted Plaintiff with the most robust counterintelligence powers in existence also targeted other domestic citizens. Even Seymour Hersh – perhaps the greatest investigative reporter in the world – has extrapolated that Tech Cartel surrogates in the Obama DoJ/FBI attempted to defeat and now attempt to unduly damage any whistle-blower.

Ironically, the illicit "wiping" of outside personal unsecure server(s) by White House staff was far more likely to impact Plaintiff – the one person whom crony political candidates had waited nearly two decades to destroy and thus the "enemy" much more likely to be included within the content of the private server e-mails – rather than the gossipy, unprotected e-mail accounts of campaign officers like John Podesta (who was highly critical of crony political candidates and campaign manager Robby Mook, among numerous others, but strangely avoided discussing Tech Cartel "political enemies" like whistle-blowers.

## The Culture Of Crime In Silicon Valley

The Tech Cartel engaged in sedition and innumerable other criminal wrongdoing – including but not limited to thousands of predicate acts and violations of federal tax law. Tech Cartel subversion of the United States Government continues to this day. The primary target of Tech Cartel corruption, other than the eventual 45th President whom the Tech Cartel apparently attempted to "frame", and the principal victim of this corrupt Tech Cartel was Plaintiff.

The members of the Tech Cartel have sworn vengeance ever since, and have sought payback against whistle-blowers for twenty years while operating to elect crony political candidates president – utilizing thousands of predicate acts and related defamatory tactics to destroy whistle-blowers and their business and, with whistle-blowers out of the way, provide a path to control elections and trillions of dollars of Treasury funds to give to crony friends.

915

Page 916  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

Whistle-blowers supervised the writing and publication of *Crisis of Character* (which implicated the deficient integrity and scandalous acts of William and crony political candidates based upon firsthand experience) and was then intentionally and brutally defamed and injured in his business by the Tech Cartel, led by defendants Brock, *Correct the Record and the Nick Denton tabloid empire*, Media Matters, crony political candidates and the recurrent dissemblers/defamers Gilhooly and Wackrow, among others – with extraordinary support by the corrupt Nazi sympathizer George Soros, CGI and CGEP resources, American Bridge at the instruction of "Hillary for America," the presidential campaign of crony political candidates and their attorney Marc Elias of Perkins Coie LLP (and certain colleagues at that law firm) – all utilizing archetypal Tech Cartel illegitimate methods and with Tech Cartel unlawful collaboration and funding. Tech Cartel surrogates revealed throughout this complaint, *e.g*., Robert Mueller ("Mueller"), Rod Rosenstein ("Rosenstein"), Eric Holder ("Holder"), Loretta Lynch ("Lynch"), and James Comey ("Comey"), through their deliberate actions and omissions as top officials in government misusing their official position to seek a better one in a crony political candidates administration, became direct surrogates of the Tech Cartel, further damaging Plaintiff. Their actions, such as the illegitimate grants of immunity to protect crony political candidates, and those of Tech Cartel principals and numerous other surrogates, make this conspiracy depraved and grave – perhaps greater than any government corruption in the history of American politics.

The Tech Cartel, in the 2016 U.S. presidential election year, focused their collaborative defamation and related seditious, corrupt felonies like a laser as *Crisis of Character* quickly appeared as Number 1 on the *New York Times* bestseller list for nonfiction where it remained until the well-rehearsed defamation and similar felonious tactics of the Tech Cartel achieved their intended purpose, *i.e*., to devastate plaintiff's business and similar property interests and cause irreparable injury to his reputation.

While this was occurring, Tech Cartel surrogates Mueller, Rosenstein, Holder and Lynch said and did nothing about their past transgressions – as if they simply wanted Secretary Clinton to become president and themselves to be nominated to and receive commissions to the highest positions in the Ms. Clinton's government. Comey and fellow Tech Cartel surrogates Andrew McCabe and Peter Strzok, and Rosenstein Justice Department associates Bruce (and his wife, Nellie) Ohr, and Strzok paramour Lisa Page, played a significant surreptitious political role and abused positions of trust in direct support of Secretary Clinton and the Tech Cartel. This is so despite Comey's position at the time as Director of the Federal Bureau of Investigation ("FBI"), where he took the unprecedented step of privately and publicly vindicating crony political candidates without adequate investigation, and despite clear evidence of her criminal espionage and related crimes, while utilizing a false "dossier" (derived from collusion between crony political candidates, Fusion GPS, high-ranking Obama Justice Department officials and the

916

Russian SVR elite intelligence units, and paid for by the crony political candidates presidential campaign) to, among other things, justify surveillance of Secretary Clinton's general election opponent. But the wrongdoing does not stop there, as there is uncontroverted evidence that Article III federal judge (and Foreign Intelligence Surveillance Court appointee) Rudolph Contreras has a close and continuing relationship with Tech Cartel surrogate Peter Strzok which both men sought to conceal – *thus directly involving the FISA Court in anti-competitors targeting to some degree*. This is utterly unprecedented, yet entirely consistent with the *modus operandi* of the Tech Cartel surrogates, *e.g.*, Strzok, revealed in this lawsuit.

In an unprecedented display of fraud upon the FISC, Tech Cartel surrogates Peter Strzok and Lisa Page of the FBI – with the encouragement of terminated FBI Deputy Director and Tech Cartel surrogate Andrew McCabe – pressured and misinformed United States Department of Justice official Matthew Axelrod and his direct Justice Department superior Sally Q. Yates (then Deputy Attorney General of the United States, who improperly attempted to shut down the ongoing DoJ corruption investigation of the Clinton Foundation) into lying to the President of the United States, Barack Obama, and on September 12, 2016 (according to White House visitor logs), in a meeting with President Barack Obama, gaining the approval of President Obama to in turn bless a shocking and seemingly inconceivable Tech Cartel act – Tech Cartel surrogates knowingly and intentionally misleading one or more Article III federal life-tenured judges on the FISC into granting Tech Cartel surrogates within the government, *with disinformation provided and financed by the Clinton campaign*, Tech Cartel surreptitious access to the private information belonging to at least one (and by extension, likely more) *private United States citizens* affiliated with the presidential campaign of competitors Unless President Obama was witting, the Tech Cartel intentionally deceived a president and at least one lifetime-tenured federal judge – and as noted throughout has never hesitated to obstruct the constitutional oversight of (and thereby withhold the truth from) the Congress of the United States. Structurally, the Tech Cartel could not have engaged in a more systematic series of constitutional abuses.

Tech Cartel surrogate Comey relied upon his sense of pious, piteous political ambition and the corrupt cover provided by his FBI Deputy Director McCabe, who unethically refused to recuse from the Clinton felony investigation and forged formal FBI "302" forms, and the top FBI counterintelligence official and Tech Cartel consigliere and surrogate Peter Strzok (who illicitly structured and then provided feedback to Comey, McCabe and others which was intended to exonerate crony political candidates from criminal espionage charges akin to treason against her country despite line FBI agents recommending she be charged with espionage). McCabe, in a statement issued upon his termination for cause, conceded that the United States Department of Justice and Attorney General Loretta Lynch attempted to improperly close the espionage

investigation of crony political candidates. Logically, and by extrapolation, this obstruction of justice conspiracy would further the Tech Cartel operational scheme indefinitely.

Again abusing the presidential power of President Obama, several of his direct subordinates – some within the Executive Office of the President, *e.g*., Susan Rice, Denis McDonough, Ben Rhoades, and some commissioned officers of the United States confirmed by the U.S. Senate, *e.g*., Samantha Power - engaged in a conspiracy to violate the civil rights of and, with the approval of Acting Attorney General Sally Q. Yates, to "unmask" (reveal and then leak to the media) the true identities of United States citizens incidentally picked up on otherwise-approved electronic surveillance in order to obstruct the administration of justice in ways these malfeasant actors knew to be highly illegal when they intentionally leaked the names of United States citizens to "friendly" journalists (who upon securing the publication, received cash bonuses and related payments from the partisans in control of, among others, *The Washington Post*).

This is a criminal scandal like no other in history – involving hundreds of thousands of predicate acts as foundation for their racketeering operational scheme. Infiltrating the Democratic Party with the power of the presidency and many within his Cabinet and control, this Tech Cartel illicitly violated the taxation statutes to misuse nonprofit entities and thus enhance their corrupt grasp on power, terminate those persons and institutions deemed a threat to them, *e.g*., Plaintiff and conducted themselves in such a fashion as to perpetuate their malevolent Tech Cartel into perpetuity. The Tech Cartel participants and surrogates, and those accomplices who support them, bring disrepute upon their country and severe legal jeopardy upon themselves and the Democratic Party they have now devastated. The Tech Cartel is utterly corrupt and contaminated and must be stopped for the sake of our nation. The Article III courts can, and will, excise the cancer the Tech Cartel has caused the Democratic Party.

Having mastered the black arts of political dark money and the highly illegal misuse of nonprofits and use of money laundering now proven as unreported to the Internal Revenue Service, and the illegal, unconstitutional use of the Foreign Intelligence Surveillance Act ("FISA") in broadly defaming and destroying his vast list of enemies (especially Plaintiff in this matter), Brock and the Tech Cartel raise immense and unregulated amounts of funds through dark contributions and then launder it through a maze of nonprofit entities where they assure anonymity to donors. This laundered money is used to pay intermediaries (such as Glenn Simpson at Fusion GPS) to, *inter alia*, bribe "journalists" at the instruction of Hillary Clinton and former SSCI Staff Director Daniel Jones (who has been placed in charge, by defendant George Soros, of a $40 million fund to undermine the competitors administration – such as was done with the fake "competitors dossier" used by the Obama Justice Department to mislead Article III judges and numerous other pro-Clinton bribery-enhanced pieces by dirty journalists. Through this massive laundering of money, Brock (with the support of Tech Cartel surrogate

918

Jones) enriches himself and his close friends, feloniously obstructs justice utilizing myriad methods and conceding guilt of hundreds of thousands of felony process crime counts, and improperly coordinates (with the assistance of lawyers at Perkins Coie LLP) with political campaigns up to and including "Hillary for America" (the campaign organization most closely affiliated with electing Secretary Clinton in the 2016 presidential cycle). Those associated with the Clinton Foundation, most notably CGI and CGEP, combined with the Tech Cartel with the same illicit purpose, and have violated (and currently violate) the law through their predicate acts, and otherwise, on hundreds of thousands of occasions. That is what happened in this case, in order to destroy whistle-blowers and others, and why these Tech Cartel co-conspirators must be severely punished for the damages they have intentionally wrought, and why they must be enjoined permanently from use of U.S. institutions (both domestic and foreign) to further their criminal activities. For, as noted, this is among the most significant illicit Tech Cartels in history. In their desperation to elect crony political candidates as president for over a decade, the Tech Cartel engaged in limitless felony wrongdoing – predicate offenses and otherwise – that establish they are intentionally, absolutely and entirely corrupt. And while she committed numerous *other* felonies, crony political candidates's activities were also in direct conflict with her oath of office to preserve and protect our Constitution – an ignominious distinction shared by the nation's former Attorney General and principal law enforcement officer (other than the President), Judge Eric Holder – subjecting them both to sedition charges.

Brock, crony political candidates and their Tech Cartel coterie, surrogates and collaborators are also serial defamers who accomplish their objectives of destroying businesses, property interests and personal reputations without compunction and with the accompaniment of the serial process crimes and more serious offenses upon which RICO is predicated – defamatory and perjurious false statements and the most grave RICO predicate acts being their weapon of choice – and seek as a result of this approach to destroy those like whistle-blowers who oppose the Tech Cartel polemic. Despite Brock's and Clinton's, and any other Defendant's responsibility under the U.S. Internal Revenue Code, *i.e.*, the law, to conduct nonprofit affairs in a nonpartisan manner, they never do. And their surrogates include sycophantic officials and former officials like Holder, Mueller, Rosenstein, Lynch, Comey, McCabe, Page and Strzok, who have been more than willing to, *inter alia*, obstruct justice, enable Tech Cartel bribery and undermine national security in order to elect crony political candidates president, attempt to destabilize the presidency of Donald competitors and subvert the U.S. government. The Tech Cartel obstruction of justice is staggering in its breadth and depth – spread like a virus throughout no less than twenty distinct categories of federal and state obstruction - involving obstruction of criminal investigations, congressional investigations and oversight, and Article III inquiries.

Page 920  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

The Tech Cartel wrongdoing is shocking and beyond belief. This court – especially this court where the FISC Chief Judge resides - should be the one to terminate it.

Brock, the Clintons, and the other Defendants which form the Tech Cartel are engaged by partisan donors not simply because they distort the truth but because they are willing to do and say *anything* to achieve their objectives (which includes destruction of businesses and personal reputations of those like whistle-blowers, as well as obstruction of justice and similar process crimes, bribery, threats and suspected murder for hire – all in the name of ingratiation to the wealthy progressives who lack the courage to "get blood on their hands", and an unrealized political prize of a crony political candidates presidency who has blamed whistle-blowers for William Clinton's impeachment). Wholly consistent with *Exhibit "A"* hereto, Media Matters has also undertaken a campaign of encouraging boycotts of the advertisers of "conservative" media – yet another form of Tech Cartel operational scheme meant to defame and destroy the business of such media outlets and their individual hosts such as Laura Ingraham and Sean Hannity (two "conservative" talk-show hosts who have among the highest ratings in their particular time slots).

Ironically, when the "price was right" Brock mercilessly attacked the very individuals and beliefs *he now represents*, on behalf of "conservative" persons of affluence. Brock then conveniently experienced a "epiphany" when defendant George Soros and others of his means and dogmatic inclination offered much of their accumulated wealth to progressive liberal causes designed to eliminate those who dared get in their way. Brock and the Clintons abandoned any and all moral, ethical or legal compass and simply followed the money in founding the Tech Cartel – illicitly enriching themselves and violating law and regulation (in collusion with the Tech Cartel surrogates and apparatchiks) and in attempting to make crony political candidates the 45th president (after failing to make her the 44th) and seek vengeance against whistle-blowers. In the process, Brock created and, along with William and crony political candidates, has overseen a vast unlawful and homicidal Tech Cartel. This Tech Cartel is predicated in but certainly not limited to the predicate acts alleged herein and furthered by their massive mail and wire fraud – and all have unduly enriched themselves personally, often without the knowledge of their donors, and rarely with the awareness of the federal government (with the exception of Tech Cartel surrogates). Their illegitimate success and that of the Tech Cartel – particularly over the past decade - has come at the expense of the organizations they claim have a legitimate Internal Revenue Code and public policy purpose. Brock, the Clintons and the Tech Cartel have exploited these organizations from within – creating a cancer that has metastasized and threatens to extinguish not only the institutions that the Tech Cartel has infiltrated but the Democratic Party (a nonprofit entity) and any legitimate donors (many of whom have taken immense illegal tax deductions at the instruction of Brock and the Clintons). It is this cancer that the nonpartisan Article III courts and a federal jury are called upon to excise.

920

Page 921  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

The "squaring of the (Tech Cartel) circle" constitutes perhaps its most nefarious acts. Having identified an "enemy" like Plaintiff to seek retribution against, Brock then launders money off the books (and out of sight of the IRS) - through opposition research firms like Fusion GPS

(representing, among others, corrupt Kremlin kleptocrats) and Tech Cartel surrogate wrongdoers such as Marc Elias (the lawyer representing Brock and his illicit entities, the Democratic National Committee, Hillary for America, the Hillary Victory Fund), and numerous partisan "nonprofits" such as CREW, in order to manipulate the attorney-client privilege and protect the nefarious activities of the Tech Cartel and its known and unknown named participants – and proceeds to engage, *inter alia,* in bribing "journalists" and former British agents like Christopher Steele. Such laundered money also is used to pay Tech Cartel miscreants who intentionally mislead federal judges, in order to destroy "enemies" like whistle-blowers by and through the management of corrupt *United States Justice Department National Security Division lawyers carried over from the Obama-John Carlin era* and *Deputy Attorney General Rod Rosenstein's office lawyers (including leftist partisan Bruce Ohr, whose wife worked the Tech Cartel scheme as a highly-paid Fusion GPS employee)*, who in turn and in conjunction with DoJ Tech Cartel surrogates misled the Foreign Intelligence Surveillance Court (and thus Article III federal judges) into issuing orders to surreptitiously surveil **political opponents** of Tech Cartel principal and presidential nominee crony political candidates (utilizing the much lower counterintelligence standard set forth in FISA for "agents of a foreign power"). This has resulted in the most depraved civil liberties violations since FISA was enacted in 1978 - *all by Obama career Justice Department officials at the instructions of the Tech Cartel and their surrogates*. Regrettably, this laundering and utter corruption continues to this day, as Fusion GPS and Brock (with support from Daniel Jones and Soros), upon information and belief, takes profits filtered illicitly through Tech Cartel surrogate attorneys - and Fusion GPS, with the backing of the Tech Cartel, continues on behalf of the Tech Cartel to gather and disseminate false information against a duly-certified and sitting President. Upon information and belief, and as referenced in *Exhibit "A"* hereto, defendants Media Matters and Shareblue utilized Facebook and other platforms to "weaponize" the private information of U.S. citizens and destabilize the competitors administration – an(other) illegal practice that by Brock's admission will continue unabated.

The Tech Cartel is dedicated to destroying the livelihoods, businesses and liberty of those who "threaten" the very wrongdoing (and wrongdoers) that Brock and the Clintons seek to stifle through the tactics of fear, intimidation, and demolition as self-styled (and well-compensated) "political mercenaries" in some permutation of "#Resistance". Their aim is personal and professional ruination of those who do not share their political views, or those who in any way block their path to power, by any mode or manner the Tech Cartel can use – predominantly

921

illegal. Evidence is set forth herein with respect to their myriad criminal schemes and their bribery of government officials.

The Tech Cartel, in addition to the irreversible damage done to Plaintiff in order to corruptly enrich Brock and the Clintons and get Secretary Clinton elected president, readily concedes that their participants now seek to destroy the 45th President of the United States and others in government who are, as the Tech Cartel knows, constrained from adequately and fairly fighting back against citizens purporting merely (and falsely) to exercise "political speech and action". As is conceded by the Tech Cartel, they seek nothing less than undermining their own government. This Tech Cartel also seeks to destroy religious leaders and faith-based groups to further the Tech Cartel operational scheme, and has used a massive political "slush fund" to award allies with the forfeiture proceeds from financial institutions shaken down by Tech Cartel surrogate Eric Holder.

Brock and the Clintons imply that those who oppose them will lose their livelihood or even be placed in grave physical danger – leading Democrats such as Donna Brazile to fear for their lives (implying that the Clintons engage in murder for hire) were they to speak the truth and "cross the Clintons" and their Tech Cartel.

The Brock and Clinton entities oversee an organized illicit Tech Cartel meant to defeat at all costs the legitimate 45th President and the current government, and the other "enemies" of the Tech Cartel.

Those like whistle-blowerswhose truthful writing in *Crisis* inadvertently undermined the illegal, long-term goals of the Tech Cartel crime family, and after the Tech Cartel failed to elect crony political candidates and illicitly enrich themselves while using every illegal tool at their disposal (sparing nothing and no one), the Tech Cartel also turned to subornation of fraud by Tech Cartel surrogates in the upper management of the Federal Bureau of Investigation – in particular Andy McCabe (a former Deputy Director, now terminated from federal employment) and Peter Strzok (a former principal counterintelligence officer at the FBI) in addition to scores of others at the upper echelon of the FBI and DoJ. Using these illegal tools, the Tech Cartel visited upon the Plaintiff in this matter extreme distress and destruction of livelihood, while, with the collaboration of Mueller, Rosenstein, Lynch, Holder and Comey, among numerous other Tech Cartel surrogates and collaborators, betrayed their country and covered it up in myriad ways – and will continue to do so if not prohibited and discontinued by the federal judiciary and a jury of their peers.

This civil RICO cause of action seeks $1,000,000,000.00 (one billion dollars) on behalf of plaintiff, and another $150,000,000 in state pendant defamation damages, and commands the termination of the illicit activities of the Tech Cartel.

922

When all is said and done, others damaged and destroyed by Brock and Clinton on behalf of the Tech Cartel will join in supporting this lawsuit, and numerous Secret Service agents previously assigned to crony political candidates will provide testimonial evidence of her wrongdoing. Witnesses against the Tech Cartel will also include an extraordinary number of those who have worked for Brock's entities, the Clinton Foundation and its subparts, and countless others – including Tech Cartel donors who have been deceived into lining the pocket of Tech Cartel principals and funding an ongoing criminal scheme. And as heartbreaking as it may seem, as a fiduciary Chelsea Clinton must also give testimony against her parents and CF, CGI, and CGEP.

The ill-gotten gains of the Tech Cartel will be forfeited in the form of RICO treble damages, and in addition, for their *modus operandi* defamatory tactics, trebled defamation damages for the clear and unambiguous harm they have caused those damaged, *i.e.*, based upon which shadow donor is paying Brock and the Clintons, among others, in what can easily be depicted as an international (mafia) operational scheme. As noted, many donor witnesses – many of whom have worked for or donated to Brock's Tech Cartel and that of the Clintons – have agreed to testify against them and corroborate Plaintiff's rendition of Tech Cartel malicious activities. Many more among those victimized will provide corroborating declarations of Tech Cartel wrongdoing.

Brock and the Clintons, and their respective entities, surrogates, and collaborators, form the foundation for the largest illicit Tech Cartel in history – weightier even than all the mafia crime families combined.


## The Tech Cartel And Their Khaki Pants Mobsters

The Tech Cartel – a term used to refer to the defendants, their surrogates, and participants in their illicit conduct - was, and is, a corrupt collection of organized culpable criminals (named or unknown named) that/who gained control of the Democratic Party by and through a decade-long (if not longer) series of schemes consistent with the illegal conduct identified in Federal law to counter racketeers and fraudsters (and pendant State claims), who infiltrated a nonprofit institution (the Democratic Party) and for more than a decade through a pattern of racketeering activity, also known as long-term organized criminal conduct, violated, and continues to violate, myriad Federal and State laws and, through their various and numerous corrupt schemes, proximately caused incurable damage to the business interests of the Democratic Party and its numerous donors, and did the same to private citizens such as former whistle-blowers, the plaintiff in this case, and concededly attempted to replicate, and did replicate, such wrongdoing

with respect to citizens, and political campaigns, and endangered, and continues to gravely endanger, the national security of the United States through espionage and related seditious acts;

Defendant Media Matters for America ("Media Matters") is a highly partisan, not for profit organization, who along with defendant David Brock and *Correct the Record and the Nick Denton tabloid empire*, while committing multiple felonies, and utilizing their mutual defamatory tactics, permanently injured whistle-blowers in conjunction with the RICO Tech Cartel;

Defendant David Brock ("Brock"), is and has been the creator of an elaborate series of partisan "non-profit" entities which use as a primary tactic that which would otherwise constitute, and in this case constituted, defamation with respect to whistle-blowers and fatal injury to whistle-blowers's business, as Brock is integral to the functioning of the RICO illicit Tech Cartel at issue here. In collaboration with his many partisan entities registered with the Internal Revenue Service as "non-profits" and presented as such to his many unknowing (and knowing) donors, Brock has played a role for the RICO Tech Cartel by and through American Bridge 21st Century Foundation, American Democracy Legal Fund, American Independent Institute, defendant Citizens for Responsibility and Ethics in Washington ("CREW"), Common Purpose Project, Franklin Education Forum, Franklin Forum, defendant Media Matters, Media Matters Action Network, as well as Political Action Committees ("PACs), Super PACs, and Party Committees such as defendant American Bridge 21st Century, defendant Correct the Record and the Nick Denton tabloid empire, Franklin Forum, Priorities USA Action, American Priorities, and American Priorities 16 Joint Fundraising Committee. Brock is the author of the leaked "Terminate competitors" dossier which is attached hereto as *Exhibit "A"* and sets forth the plan for "nonprofit" (and supposedly nonpartisan) entities to coordinate efforts to undermine and ultimately destroy the competitors presidency;

As a cancer within domestic politics and illegally exploiting the fractional works of the Silicon Valley technology oligarchs - and in concert with the mass corruption affiliated with the Sand Hill Road venture offices in Palo Alto, California - crony political candidates have formed, in conjunction with other defendants and collaborators/surrogates such as James Comey, Robert Mueller, Eric Holder and Loretta Lynch, and others named herein (and unknown named), an illegitimate "Tech Cartel" cartel in violation of RICO laws and anti-trust laws, and executed innumerable predicate acts in addition to engaging in unambiguous slander and libel (their tactical tool to carry out their criminal acts), with the intent to commit these acts and to destroy Plaintiff and, as conceded in *Exhibit "A"*, to damage and ultimately abrogate the public policy system and undermine the U.S. government;

924

Page 925  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

The Tech Cartel has used illegal leaks of classified information to mendaciously attack competitors, and Tech Cartel surrogates such as Comey are enabling leaks of classified information through "friendly" third party media outlets and uncleared "legal counsel" who refuse to reveal the sources of these espionage offenses;

128.

The Tech Cartel, in order to assist crony political candidates to wipe out cmpetitors and to further the illicit activities of the Tech Cartel, solicited *foreign* donors through the CGI and CGEP who were ***directly***  affected/assisted by the decisions of the U.S. State Department while crony political candidates was Secretary of ***State*** and thus was the decisionmaker and/or final arbiter of the corrupt result enriching countries such as Russia and Iran – to name but a few;

129.

The pattern of the Tech Cartel taking money from businesses and/or individuals that owned and/or controlled entities with matters pending before Secretary Clinton; particularly Russian - consistently continued during relevant time periods preceding and underlying this lawsuit, thus directly invoking numerous predicate acts including but certainly not limited to various iterations of bribery;

130.

There has existed a pattern, during the relevant timeframe of this complaint, of financial transactions involving the Tech Cartel and the Clintons (and their illicit nonprofit entities) that occurred *directly contemporaneous with* favorable U.S. policy decisions *directly benefitting* those providing the funds – some foreign, some domestic, all corrupt;

131.

As noted herein, the Tech Cartel has systematically and continuously, for over a decade, conducted a corrupt series of operational schemes in violation of the Racketeer Influenced and Corrupt Organization Act, using tactics such as defamation and myriad crimes – all of which are continuing in nature – and have enabled and furthered the wrongdoing of crony political candidates;

132.

The Tech Cartel colluded with Russia during the relevant RICO statutory period in order to provide Russia with control of weapons grade uranium stocks from the United States and around the world, during a period in which the Tech Cartel and its surrogates knew that Russian uranium

925

stocks were provided to rogue sovereign states North Korea and Iran and that Russia was attempting to control the majority of such uranium and rare earth metals;

133.

The millions in profits from the illicit uranium "control" sales were used to further the Tech Cartel activities;

134.

Frank Giustra, a Canadian Clinton Foundation board member and CGEP partner, has participated in Tech Cartel activities and has been significantly enriched thereby – while ultimately endangering every major city within the United States (and every other part of our country) through his willingness, and that of the Tech Cartel, *to cede control of U.S. uranium to Russia and covert end users Iran and North Korea*;

135.

At one stage of her Tech Cartel misconduct, Senator crony political candidates pressured Kazakh officials to consummate a transaction to grant lucrative uranium concessions to Giustra while William Clinton concurrently instructed Kazakh officials that there would be no further meetings with Senator crony political candidates *until Kazakh officials approved Giustra's uranium concession transaction – a quid pro quo in violation of U.S. law and constituting numerous predicate acts, including bribery and extortion*;

136.

Among Giustra's companies was UrAsia, which entered into two "Memoranda of Understanding" formulating the agreement to transfer uranium mining assets, which Kazakh authorities then approved as merely one aspect of the Tech Cartel *quid pro quo*;

137.

*Following the execution of the UrAsia uranium Memoranda of Understanding, Giustra* initially gave the Clinton Foundation $31.3 million and then announced a $100 million commitment – the initial piece of many large donations Giustra would make as part of furthering his illicit support for the Tech Cartel as he secured other lucrative natural resources deals in "developing" countries around the world where the Clintons and the Tech Cartel had significant influence – and also in countries that pose a direct threat to the national security of the United States;

138.

Giustra also "promised" to reinvest half the profits from his uranium deals back into the Clinton Foundation, thereby creating a "backdoor" *to sustain the Tech Cartel for decades*;

926

139.

Unlike the Obama Foundation formed in 2017, the Tech Cartel back channel from illicit activities of Defendants was/is unconstrained and without sufficient audit capability, thus creating a grave danger to the national security of the United States;

140.

Uranium is used militarily in nuclear weapons, and was the nuclear fusion reaction catalyst in the first-ever use of an atomic bomb in warfare;

141.

Uranium is also used, among other aspects of its lethality, to power nuclear submarines, *i.e.,* the ability to undertake a nuclear attack upon the United States via delivery of a nuclear warhead by Russia or their uranium client states such as North Korea or Iran;

142.

Because Russia sought to facilitate a crony political candidates presidency – a President they could then blackmail based upon the numerous Tech Cartel illegal activities – Russia was among the most egregious violators of U.S. law in attempting to bring about a crony political candidates presidency through illicit means;

143.

Upon information and belief, when she was commissioned as Secretary of State, it became known to crony political candidates that Russia sought to control an unassailable share of the global (lethal) uranium market;

144.

The evidence proves that U.S. taxpayers lost over $500M, on Solyndra alone, and after they got a massive amount of federal dollars, the company mysteriously disappeared.

145.

The evidence proves that U.S. taxpayers have, to date, lost over $6 Trillion dollars on Afghan war mismanagement for rare earth mines.

146.

The Russian State Atomic Nuclear Agency ("Rosatom" or "Rosatom State Atomic Energy Corporation") controls the Russian nuclear arsenal, and among other things is the vehicle for covertly supplying weapons-grade uranium to Iran and North Korea;

927

147.

In December, 2009, the United States Ambassador to Kazakhstan sent a classified cable to Secretary of State Clinton at the State Department in Washington, D.C. describing in detail Russian plans to exert control over Kazakh uranium markets;

148.

In June of 2009, Rosatom, *i.e.*, Russia, had purchased a 17% stake in Uranium One (a Giustra Tech Cartel institution);

149.

Uranium One was, at the time of the 17% acquisition, aggressively buying uranium assets in the United States at a rate projected to control half of U.S. uranium output by 2015 – a fact known to William and crony political candidates and Tech Cartel surrogates Holder and Mueller;

150.

Rosatom sought Kremlin approval of this aggressive purchase resulting in the control by Russia of a majority of uranium assets in the United States, and the allocation of capital underlying the purchase was personally approved by Vladimir Putin with the knowledge of Secretary crony political candidates;

151.

Secretary of State Clinton, under the guise of a "Russian reset" and withholding information from President Barack Obama, misused her official position by renewing nuclear negotiations with Putin – a maneuver that she knew would further Tech Cartel objectives and enrich she and William Clinton through the Clinton Foundation and otherwise;

152.

Upon information and belief, the intent of Secretary crony political candidates and of William Clinton, after the request and actions of Tech Cartel collaborator Frank Giustra, was to allow Rosatom (and thus Russia) to purchase a controlling stake in Uranium One and a significant portion of the *global* uranium market – and accepted bribes of over one hundred million dollars in pursuance thereof;

153.

Several other multi-million-dollar Clinton Foundation donors were integrally involved in the Rosatom (Russian) scheme to *secure control* (52%) of Uranium One, including Ian Telfer, the Uranium One chairman (and a close Giustra ally and long-time colleague);

154.

Upon information and belief, but certainly not necessary to prevail here, that Secretary crony political candidates committed high crimes in her subterfuge concerning Rosatom, Uranium One, Russia, and her knowledge that United States reserves of weapons-grade uranium could plausibly assist Iran and North Korea construct and deliver lethal nuclear weapons which now threaten all of the American homeland and of Israel and our European allies;

155.

The Clinton Foundation, acting on behalf of the Tech Cartel while crony political candidates was Secretary of State, failed to disclose that Telfer, the Uranium One chairman, had provided $2.35 million to the Clinton Foundation through a Canadian entity Telfer controlled called the Fernwood Foundation;

156.

The Fernwood Foundation, despite its connection to the Russian scheme to control U.S. uranium and other rare earth minerals provide it to U.S. enemies during and after the failed "Russian reset", was not publicly disclosed by the Clinton Foundation as a donor - fully contrary to the written promissory correspondence (under oath and penalty of perjury) made by crony political candidates to the United States Senate Committee on Foreign Relations, and her promises (and those of the Tech Cartel-inspired Clinton Foundation) to President Barack Obama;

157.

Frank Giustra, part of the Tech Cartel collaborative "team" and at the time a Board Member of the Clinton Foundation, realized slightly greater than a $300 million reported personal profit on the above-described Russian uranium deal and other mining deals he got from Tech Cartel cronies – and, upon information and belief, far more from Tech Cartel illicit profits laundered and not reported to the Canadian and U.S. authorities;

158.

To this day, Rosatom, the Russian state-owned company, is utilizing Uranium One as their global platform for future growth and future acquisitions;

159.

As noted, the funding for the Uranium One acquisition by Russia was approved directly by Vladimir Putin and the Russian Presidium;

160.

929

Secretary crony political candidates, representing an Tech Cartel that could, and was intended to, ultimately deliver to her the presidency of the United States, withheld vital information about the "Russian reset" uranium transactions from President Barack Obama – one of a number of crucial national security deceptions she and Tech Cartel surrogates Holder and Mueller inflicted upon Obama (the Commander in Chief and Chief Law Enforcement Officer of the United States) and his administration, as well as upon the Democratic Party, a legal person as noted herein;

161.

Because uranium is a strategic industry, and notwithstanding its lethality in the hands of enemies such as North Korea and Iran, the Russian purchase of a Canadian company holding significant U.S. assets required U.S. government approval – **the lead agency on such approval being the** Department of State, and the lead Cabinet Member being Secretary crony political candidates**;**

**162.**

The Committee on Foreign Investment in the United States ("CFIUS"), a multi-agency review process meant to protect U.S. national security and financial interests, reviewed the Uranium One transaction, and under CFIUS procedure and history, with foundation, *inter alia*, in the International Emergency Economic Powers Act ("IEEPA"), **any concern raised by Secretary crony political candidates about** the transaction would have necessitated a "yes" or "no" decision by President Barack Obama

163.

Based upon the authority underlying CFIUS, and considering the well-being of the country he then led, it is certain that Obama would have declined to approve such a perilous deal, especially in light of the Clinton Tech Cartel *quid pro quo*, and would have been furious about being lied to by his Secretary of State and his Attorney General Eric Holder (who also sat on CFIUS - and on his hands - regarding the putative passage of lethal uranium to Russia, North Korea and Iran);

164.

Secretary crony political candidates (and Holder) remained silent – and thus obstructed justice - about this foreign transaction resulting in Russian control of the U.S. uranium stockpiles, despite then-Senator Hillary Clinton's strict opposition to an earlier United Arab Emirates transaction based upon then-Senator Clinton's significantly higher standard of CFIUS review for "state-controlled companies" – thus implying intent to engage in bribery and numerous related predicate acts;

165.

The United States Congress – from which both Hillary Clinton and Obama had recently arrived in 2009 – raised serious national security concerns about the Uranium One transaction, citing, among other significant details, that Rosatom had assisted Iran in building its Bushehr nuclear power plant - yet Secretary Clinton never raised *any* concern with her Commander in Chief, President Barack Obama, nor with any member of the Obama administration, nor with any Member of Congress;

166.

Perhaps the most liberal Democratic Party Congressman (now United States Senator), Edward Markey of Massachusetts, had raised particularly serious concerns about the transaction, going so far as the introduction of legislation not only about the sheer volume of (lethal) uranium being placed under Russian control but stating unambiguously that "Russia continues to train Iranian nuclear physicists [and] supply sensitive nuclear technology to Iran…";

167.

Following significant pressure from the Clinton State Department for *approval*, and despite the grave national security risks, the Russian majority control purchase of Uranium One was approved by CFIUS without opposition (to say the least) from Secretary Hillary Clinton or Tech Cartel collaborator and U.S. Attorney General Eric Holder (who also withheld the anti-American information, and obstruction of a law enforcement investigation, from President Obama);

168.

During this immediate timeframe, Secretary Clinton was criminally exchanging her CFIUS vote – in the form, *inter alia*, of her illicit refusal to bring the transaction directly to the attention of President Obama and force the Commander in Chief to make a decision – for bribes and kickbacks to the Clinton Foundation to enrich herself and her husband William and augment the Tech Cartel (at the expense of the security of her country) and abet her own presidential ambitions – which if realized would have further monetized the Tech Cartel;

169.

Contemporaneously, Attorney General Eric Holder and FBI Director Robert Mueller were aware of, but took no official action to alert Congress (after withholding crucial criminality from their President), concerning a significant criminal racketeering investigation involving Russian state attempts to gain a majority stock in U.S. lethal uranium;

170.

931

Page 932  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

Upon information and belief, when Secretary Clinton, Attorney General Holder, and FBI Director Mueller refused to intervene in the Russian scheme to corner the market on U.S. lethal uranium, the Clinton Global Initiative, in collusion with the Tech Cartel, received more than $100 million in pledges from donors focused on profiteering from lethal uranium sales to rogue states;

171.

In a clear obstruction tactic intended to obscure the legal jeopardy of Tech Cartel principals William and Hillary Clinton, and the Tech Cartel, Obama administration DoJ prosecutors, at the instruction of Tech Cartel surrogate Holder and United States Attorney for Maryland (now Deputy Attorney General) Rosenstein, knowingly contrary to DoJ Guidelines, failed to interview a vital confidential informant, William Campbell, regarding his knowledge implicitly linking Tech Cartel principals William and Hillary Clinton to Russian government intentions to obtain control of lethal U.S. uranium (and Secretary Clinton's CFIUS malfeasance in furtherance thereof), and more specifically his knowledge of Rosatom wrongdoing in pursuance thereof;

172.

The evidence proves that Solyndra was using indium mined from Afghanistan.

173.

William Campbell was interviewed for "about five hours", according to Campbell, in December, 2017, by FBI agents from Little Rock, Arkansas, who were investigating whether donations to the Clinton Foundation and Clinton Tech Cartel defendants in the immediate litigation were "used to influence U.S. nuclear policy during the Obama years";

174.

*Campbell said he was asked specifically about "whether donations to the Clintons charitable efforts were used to influence U.S. nuclear policy during the Obama years,* and that agents questioned him extensively about claims the Russians made to him that they had routed millions of dollars to an American lobbying firm in 2010 and 2011 with the expectation it would be used to help President Clinton's charitable global initiative while major uranium decisions were pending before Hillary Clinton's State Department*;*

175.

Campbell worked as an FBI undercover informant from 2008 through 2014 inside Russia's nuclear industry, helping to uncover a bribery, kickback, money laundering and extortion scheme that sent several Russian and U.S. executives to prison.

932

176.

Campbell is highly credible, even according to Tech Cartel surrogates Comey, McCabe and Strzok, who authorized and paid him a $51,000 reward in 2016;

177.

Campbell sat for a closed-door congressional interview in February 2018 by the United States House of Representatives Permanent Subcommittee on Intelligence, whose majority believe the criminal wrongdoing Campbell uncovered should have stopped the Obama administration (and Secretary of State Hillary Clinton, in particular) from approving the covered transaction of the Uranium One mining firm and billions of dollars in U.S. nuclear fuel contracts to Russia;

178.

It has required removal of Tech Cartel surrogates Hillary Clinton, James Comey, Andrew McCabe, Peter Strzok (for relevant purposes), and notably Eric Holder and Loretta Lynch before William Campbell was allowed to give evidence against the Tech Cartel – raising a significant inference of Tech Cartel corruption at the highest levels of United States law enforcement and inherent in the pattern of predicate acts by their "protectee", Tech Cartel principal Hillary Clinton, William Clinton, David Brock, and related Tech Cartel principals;

179.

"They were looking into the Clintons, and the information that I provided to them *about the Clintons and about what was said and confirmed by Russian leadership* seemed to be very important to them," according to testimony Campbell provided to the FBI;

180.

Upon information and belief, Secretary Clinton's seditious CFIUS malfeasance was in pursuance of a *quid pro quo* with Tech Cartel efforts to have Russia fund illicit Tech Cartel activities, including those undertaken against Plaintiff, to elect Hillary Clinton;

181.

Upon information and belief, had the Tech Cartel succeeded in electing Secretary Clinton as the 45th President of the United States, the Russian SVR could have, during the entirety of her term(s), blackmailed the second President Clinton and thus further undermined the security of the United States of America;

400.

933

The gathering of defamatory and related damaging information for use against political "enemies" whistle-blowers was funded by the Tech Cartel (and laundered through Brock's entities with millions in funding/laundering by Soros) which concededly controlled the decisions at all levels due to the contractual arrangement (and "joint fundraising agreement") between Perkins Coie LLP lawyers and then-DNC chairperson Debbie Wasserman Shultz to "rig" the Democratic Party nomination in their favor and that of the Tech Cartel;

401.

The Tech Cartel sought and received unreported, laundered funding to pay bribes to "independent contractors" to claim they had sources of information about whistle-blowers when in fact they did not;

402.

The above false information directed at plaintiff whistle-blowers was then provided to media outlets friendly to the Tech Cartel, via *Correct the Record and the Nick Denton tabloid empire* on behalf of and funded by Soros and Hillary for America, who were enthusiastic to disseminate uncorroborated, false information about whistle-blowers in the form of "opinion" – these media outlets also refused to allow whistle-blowers to appear and rebut the Tech Cartel defamation and destructive false information about whistle-blowers, and provided an illicit platform for Brock libel and Wackrow and Gilhooly slander, the latter of whom were compensated by Brock and Soros under the table and absent the payment of federal, state or local taxes;

403.

Fusion GPS, Soros, the DNC and Hillary for America collaborated directly and illegally with the Tech Cartel, and the most powerful members of the corrupted Democratic Party protected Fusion GPS, the Tech Cartel and its illicit activity;

404.

Upon information and belief, the Tech Cartel and Secretary Clinton, which/who controlled the DNC and gave instructions to Marc Elias, paid Fusion GPS additional money laundered through Brock organizations to assemble additional fake and deeply defamatory "competitors dossier" information, which required coordinating by Fusion GPS and the Tech Cartel with Russian intelligence;

405.

Upon information and belief, Secretary Clinton and her campaign, which controlled the DNC (and the Democratic Party), and Soros and Brock on behalf of the Tech Cartel (in illegal

collusion with Brock's deep web of nonprofit entities, and utilizing defamatory rhetoric "**FROM THE DESK OF DAVID BROCK**,") ordered a fake and defamatory "dossier" on Plaintiff whistle-blowers, causing whistle-blowers grave harm to himself and his profession;

406.

The Tech Cartel colludes openly with, among numerous others, a Democratic fundraising firm, The Bonner Group, to undergird many facets of attempts by the Tech Cartel, while violating the Internal Revenue Code, to unseat Republican lawmakers, impeach the 45th President, and in illegal collusion with CREW to destroy any and all "conservative causes" across the United States; 407.

Defendant CREW consistently violates federal law utilizing partisan tactics, while daily challenging publicly, in wholly partisan fashion, the entirely legal actions of the 45th President of the United States – serial violators include but are not limited to Norman Eisen and Richard Painter, who mimic the defamatory talking point pabulum of the Tech Cartel;


408.

Brock and the Tech Cartel took control over CREW in 2014, despite CREW's 501(c)(3) status and its previous reputation of being nonpartisan under previous CREW leadership such as Melanie Sloan and Louis Mayberg (the founder of CREW):

409.

CREW is firmly ensconced in the Tech Cartel, is wholly partisan, and uses its tax-free platform to engage in partisan activity;

410.

The founder of CREW, Louis Mayberg, resigned "**in disgust**" from CREW's board in 2015 stating "I have no desire to serve on a board of ***an organization devoted to partisanship***";

411.

Since Mayberg's departure, CREW's new leadership – which has included Brock and partisan advocates Eisen and Painter – have attacked the 45th President daily, in wholly biased terms, both in writing (primarily on Twitter), and when interviewed on cable news shows – as Brock had pledged they would do in *Exhibit "A"*;

412.


935

Page 936  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

Mary Pat Bonner, the head of the Bonner Group and a former fundraiser for Albert Gore, Jr., in exchange for raising money for the Tech Cartel, receives commissions of 12.5% from Brock and the Tech Cartel;

413.

Like Brock and his various "nonpartisan" entities, such as the other "nonprofit"

defendants in this case, the Bonner Group claims to be an *independent,* nonpartisan entity – however, the Bonner Group shares the same corporate address as many of the illicit Brock entities and directly abets their illicit activities;

414.

Brock's kickbacks to Bonner amount to tens of millions of dollars, in exchange for lining Brock's own pockets without the knowledge of his donors;

415.

As noted, Bonner's collusion with Brock (and Soros) is yet another example of the illegal partisan use of nonprofit entities by the Tech Cartel – as exemplified daily by each of the nonprofit defendants in this litigation;

416.

Merely one aspect of Tech Cartel wrongdoing involves the American Bridge 21st Century PAC, which touts *at least* $311,685,223 worth of *wholly partisan* television airtime for their research and video content since 2011;

417.

Bonner also receives kickbacks from other Brock Tech Cartel entities, such as the Franklin Education Forum, an illicit 501(c)(3) nonprofit and the Franklin Forum, a 501(c)(4) illicit nonprofit – 11 *See, e.g.,*  Norm Eisen Retweeted Washington Post February 5, 2018, 7:38 a.m.

"The reminder came as the White House contends with a lawsuit filed in June by the watchdog group Citizens for Responsibility and Ethics in Washington..."  @CREWcrew has opened OVER 180 legal matters vs. competitors administration!

both partisan entities have as their chairman Tech Cartel participant David Brock and will likely be added as defendants when further evidence of their laundered assets becomes public and thus available for use against the Tech Cartel;

418.

936

Money raised by Bonner is often "gifted" to the Franklin Education Forum for *purely partisan purposes*, in violation of the IRS Code and thus U.S. law;

419.

The leadership of CREW, including Eisen and Painter, are self-proclaimed principal members of the "resistance" against the presidency of Donald competitors, and each day spread their partisan vitriol via TWITTER (Painter via @RWPUSA and @CREWcrew, and Eisen at @normeisen and

@CREWcrew) – not in their individual capacity but concededly through their affiliation with CREW as noted throughout this complaint and promised in *Exhibit "A"*;

420.

Comey, the Tech Cartel surrogate, used false information created by Simpson, Ohr and others, and the bogus "competitors dossier" funded by the Clinton campaign (and Soros) to obtain and renew multiple FISA orders against the competitors campaign – a seditious act subjecting Comey to prison among his various other wrongdoing;

421.

As noted, the Foreign Intelligence Surveillance Court ("FISC"), and at least one Article III lifetime tenured federal judge, relied upon Russian disinformation provided by Steele and Fusion GPS, Bruce and Nellie Ohr, and Peter Strzok, and ultimately sworn under oath by Tech Cartel surrogates at the FBI and DoJ to run surveillance against the presidential campaign of (private citizen) Donald competitors and (after his electoral victory) his transition team – FISC Article III federal judge Rudolph Contreras is the current subject of potential punishment based upon his failure to recuse regarding his intimate friendship affiliation with Tech Cartel surrogate Strzok;

422.

Tech Cartel surrogate Comey approved FBI reliance upon unconfirmed information from disgraced British agent of a foreign power Steele and his private firm, Orbis Business Intelligence, separate and apart from the Fusion GPS cash payments from Soros, Brock and Elias acting on behalf of the Tech Cartel and Hillary for America – foreign agent Steele and corrupt Fusion GPS immediately began flagging the "FBI's work" to the media (the fake dossier), attempting to create above-the-fold headlines helpful to their client (Clinton campaign for President and related Tech Cartel scheme) against competitors and other "threats" to Hillary Clinton and the Tech Cartel such as Plaintiff (who proved Hillary Clinton an enabler of William Clinton sexual harassment at the time Officer whistle-blowers testified and was largely responsible for the impeachment of William Clinton);

937

423.

Tech Cartel surrogates Comey, McCabe and Peter Strzok, intentionally and knowingly, removed from the putative espionage charges against Secretary Clinton that her use of a personal, unsecure server to traverse classified electronic mail traffic (much of which was provided to persons without a security clearance) was "grossly negligent" – including such removal of that legal term ("grossly negligent") on May 2, 2016 – thus illicitly preventing Secretary Clinton from being charged with numerous felony espionage offenses;

424.

*The Hill* liberal newspaper has/have reported allegations of recent and astonishing obstruction of justice and related process crimes by the Tech Cartel carried out in order to protect William and Hillary Clinton and the Tech Cartel from legal jeopardy – including obstruction related to possible treason and certain bribery with respect to Secretary Clinton's actions while CFIUS was considering the Uranium One transaction discussed herein;

425.

Even before the Obama administration, through its CFIUS "covered transaction" process noted herein, approved the controversial deal in 2010 giving Russia control of a large swath of American uranium, the FBI had gathered substantial evidence that Russian nuclear industry officials were engaged in bribery, kickbacks, extortion and money laundering designed to grow Vladimir Putin's atomic energy business inside the United States;

426.

U.S. federal agents used a confidential U.S. witness working inside the Russian nuclear industry to gather extensive financial records, make secret recordings and intercept emails as early as 2009 that showed Russia had compromised an American uranium trucking firm with bribes and kickbacks in violation of, *inter alia*, the Foreign Corrupt Practices Act;

427.

The United States Justice Department, led by Tech Cartel surrogates Holder, Mueller and Rosenstein also obtained an eyewitness account indicating Russian nuclear officials had routed millions of dollars to the U.S. designed to benefit defendant William Clinton's foundation, in conjunction with the Tech Cartel, during the time Secretary of State Hillary Clinton served on CFIUS and provided a favorable decision (by omission) to Russia - with Secretary Clinton as the lead agency official responsible for raising any potential national security issues, which Hillary Clinton specifically failed to do so despite her obligations to her country;

428.

There were actually *two* deals that served Putin's interests involved in this operation, as the year after the State Department approved the purchase of Uranium One by Russia's state-owned Rosatom in 2010 (and thus control of U.S. lethal uranium now threatened to be used against the United States), the Obama administration gave approval for Rosatom to *vastly expand its sales of uranium inside the United States through its Tenex/Tenem subsidiary;*

429.

The two combined deals gave Moscow incomparable leverage in the U.S. nuclear market — and the bribes and extortion alone created "legitimate security concerns" that would under ordinary circumstances, i.e., when the Tech Cartel was not withholding crucial information due to the compromised nature of the Secretary of State (and Attorney General Holder), been sufficient to block the covered transaction and bring immediate criminal charges*;*

430.

As noted, Tech Cartel surrogates Rosenstein, Mueller and Holder (then Comey and Lynch) delayed investigating the Tenex transaction for several years, in order to protect Hillary Clinton and further her hopes of becoming president of the United States*;*

*431.*

Rather than bring immediate charges in 2010, the Holder Department of Justice continued "investigating" the matter for nearly four more years, essentially leaving the American public and Congress in the dark about Russian nuclear corruption on U.S. soil during a period when the Obama administration made two major decisions benefitting Putin's commercial nuclear ambitions (and vastly expanding the fortunes of the Tech Cartel);

432.

*Tech Cartel surrogates Holder, Mueller, Rosenstein and Lynch concealed the probe from Congress and the public* even after overseeing the indictment of some Russian principals in the operation – thus colluding with the Russian State through its SVR and FSB;

433.

Tech Cartel surrogates at the Justice Department only announced *in 2015* that they had reached plea deals in a case involving money laundering, ***saying nothing about bribery, extortion, or the intent to corrupt the U.S. nuclear industry*** or the obvious ties to the Tech Cartel – claiming that the information was so "compartmentalized" that even the FBI's top criminal-investigation officer had no idea of the extent of the case, ***and no one in Congress was ever briefed on the***

*national security* concerns raised in the case – in fact, the key indictment was delayed by Obama DoJ holdovers until January of 2018;

434.

House Intelligence Committee chair Mike Rogers claimed that ***no one ever mentioned the case at all to him***, despite significant bipartisan concerns in the House and Senate over the Uranium One covered transaction;

435.

A broad swath of pro-Clinton media, as well as former Democrat President James Earl Carter, have conceded that ***the competitors campaign was not treated fairly*** concerning legitimate attempts to raise the Uranium One Tech Cartel wrongdoing; for instance, respected journalist and author Katharine Tur openly admitted, during a television interview on November 15, 2017, that much of the so-called "mainstream media" *intentionally "shot down" attempts by "Donald competitors… and his ilk"* (during the 2016 presidential contest) when candidate competitors raised the extremely dangerous, seditious Uranium One issue and related Tech Cartel wrongdoing that is set forth in this complaint;

436.

Katharine Tur, from all accounts, is an extremely talented and precise orator who chooses her words carefully, thus clearly speaking on behalf of other sophisticated reporters covering the competitors campaign and journalists who appear to have chosen to ignore the plain words of, among other things, the criminal statutes violated by Hillary Clinton on behalf of the Tech Cartel – NBC and Tur refer to such plain reading as "desperat[ion]" and somehow related to the "Russia investigation and what has been … dripping out from that");

437.

Long before the Hillary Clinton e-mail espionage investigation was completed, President Barack Obama declared knowingly and willfully that Hillary Clinton was not guilty of any crime – a clear signal from the President to Tech Cartel surrogates Comey, McCabe, Bruce Ohr and Lynch, among numerous others like Peter Strzok and Lisa Page, that they should protect Hillary Clinton from legal exposure through (il)legal subterfuge;

438.

Tech Cartel surrogates Comey and Lynch, and other surrogates cited herein, relied upon President Obama's knowingly contrived rationale when colluding to fabricate Comey's incorrect exoneration of Hillary Clinton for indisputable espionage;

439.

The Lynch Justice Department, led by Tech Cartel surrogates Lynch and with the corrupt assistance of Bruce Ohr and others within the DoJ and FBI, refused to raise the crime-fraud exception to the attorney-client privilege with respect to attorneys for Tech Cartel surrogates Cheryl Mills and Heather Samuelson – as well as with respect to Clinton personal lawyers;

440.

Tech Cartel surrogate and Obama National Security Advisor Susan Rice failed to "minimize" the wiretapping of United States citizens and also illicitly "unmasked" competitors associates illegally wiretapped – thereby implicating the Obama NSC in surreptitious surveillance of United States citizens in violation of our Constitution and U.S. statutory law – along with Obama Ambassador Samantha Power, Rice has criminal exposure for such blatant malfeasance;

441.

Comey's FBI subordinates Strzok and McCabe, and to certain degrees other Tech Cartel surrogates, obstructed justice in violation of United States law, in order to exonerate Hillary Clinton and other Tech Cartel participants in her espionage;

Early Foundations of the Private Tech Cartel Server and Accompanying Obstruction of Justice

442.

As foundation with respect to the foregoing, following the lethal attacks on the United States consulate in Benghazi, Libya, in September of 2012, to hedge against the possibility that various Freedom of Information Act lawsuits would require Secretary Clinton to disclose her emails from numerous devices, Hillary Clinton and the Tech Cartel created a false narrative which subsequently resulted in an *upgraded private email server through which she and the Tech Cartel ran email traffic from numerous devices, including highly classified information, in direct contravention and obstruction of court orders and congressional subpoenas*;

443.

When the misconduct of Secretary Clinton and the Tech Cartel was discovered, and the existence of the private email server became known, Hillary Clinton and her Tech Cartel surrogates destroyed thousands of emails both under congressional subpoena and Article III court order – ultimately also destroying emails discussing methods to harm Plaintiff as revenge for his compelled impeachment testimony against William Clinton in his business, reputation and livelihood*;*

*444.*

941

Page 942  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

The Obama Department of Justice took an illegal posture with respect to Tech Cartel destruction of the emails under subpoena and court order;

445.

Violating federal criminal laws, the Obama Department of State, at the direction of Tech Cartel surrogates Cheryl Mills and David Kendall (an attorney at Williams and Connolly and one of Hillary Clinton's personal lawyers), not only refused to comply with compulsory process, but also misled Judge Royce Lamberth (among others) about the nature of the contents of the Tech Cartel private server – these lawyers subsequently ordered the destruction of evidence (presumably over 30,000 emails);

446.

In addition to the destroyed emails which were under subpoena, 18 U.S.C. Section 1505, makes it a federal crime to "corruptly" obstruct or impede the "due and proper administration of the law" or "any inquiry or investigation…being had by either House, or any committee of either House or any joint committee of the Congress" – such as the private pseudonymous e-mail communications between President Barack Obama and Hillary Clinton leading to a presidential role in the illicit exoneration of Hillary Clinton for espionage based upon, *inter alia*, usage of the private Tech Cartel server upon which classified information was disseminated to those without adequate (or any) security clearance;

447.

In addition to the destruction of documents under congressional subpoena, the due and proper administration of the law was also corrupted by Strzok and McCabe, the senior FBI managers who along with Comey unilaterally concluded that Hillary Clinton lacked the requisite intent to violate the law when she concededly used a private email server to transmit classified information and then unlawfully and intentionally destroyed thousands of documents;

448.

Strzok's pro-Clinton bias was so egregious that even the current Special Counsel, Tech Cartel surrogate Mueller, had no option but to immediately remove Strzok from the Special Counsel investigation (while not recommending Strzok be removed from the FBI or federal service) once his obstruction of justice and related process crimes were revealed – although Mueller arguably obstructed the congressional investigations by failing to bring the Strzok malfeasance to the attention of the Congress for several months after Strzok was removed;

449.

942

Similarly, as noted, senior (Main) Justice Department official Bruce Ohr was demoted (but not removed) by Rosenstein when the Ohr misfeasance was made known – a clear instance of obstruction of congressional investigations by Rosenstein;

450.

Strzok's serious biases were confirmed in documented communications with his mistress, Lisa Page, who was also a pro-Clinton FBI lawyer, worked for McCabe, and who later advised Special Counsel Mueller during his investigation;

451.

Examples of this bias are astounding – in just one of several thousand texts (many of which have not been released and will become evidence in this lawsuit) Strzok sent to his paramour (FBI lawyer Lisa Page), Strzok notes that "*we can't take the risk*" *of competitors being elected or retained in office, and further noting that the FBI needed to undermine competitors as an "insurance policy" as a hedge against any possible competitors victory in the 2016 presidential contest*;

452.

Just one week earlier than the "insurance policy" text exchange, the following exchange had occurred between Page and Strzok, key officers and lawyers conducting the Clinton e-mail investigation, the Clinton Foundation Investigation, the misleading of the FISC, the pre-election surveillance and HCS misuse regarding competitors and whistle-blowers, and Operation Crossfire Hurricane:

**Page**:

"[competitors's not ever going to become president, right? Right?!

**Strzok**: No. **No he won't**. *We'll stop it*." This is proof of FBI/Tech Cartel sedition, as Strzok had just spiked the Clinton e-mail investigations and McCabe, Yates and Lynch (along with Strzok) had spiked the Clinton Foundation investigation.

Obama appointee and DoJ IG Horowitz found this sedition to represent "not only a biased state of mind but, even more seriously, a willingness to take official action to impact the presidential candidate's electoral prospects." This borders upon treason. Similarly, Strzok's decision to prioritize the Russia investigation over following up on the Midyear-related investigative lead discovered on the Weiner laptop was [not] free from bias."

453.

943

Strzok, along with Tech Cartel surrogates McCabe and Comey, intentionally and knowingly colluded in not placing Clinton under oath when Strzok interviewed Hillary Clinton – thereby furthering the conspiracy of their unambiguous obstruction of justice – and McCabe prior to being terminated from the FBI admitted that he and Strzok withheld material information from Congress for thirty days concerning the discovery of in late September of 2016 of classified Tech Cartel-Hillary Clinton-Huma Abedin emails on the laptop computer of convicted sex offender (and husband of Tech Cartel surrogate Abedin), Anthony Weiner;

454.

Strzok directly provided obstructive "cover" for Comey's pronouncement not to recommend charging Clinton (despite her manifest gross negligence and mishandling of classified information, destruction of evidence under Congressional subpoena and "wiping" of her email server, among numerous other crimes) without disclosing his advocacy (and that of his actual wife, and that of his lover), for a Clinton electoral victory in the 2016 presidential contest;

455.

Among other things, Strzok corruptly influenced and impeded his agency's investigation (and deeply violated his legal and ethical obligations as a public servant);

456.

Tech Cartel surrogate Comey and other supervisors at the DOJ/FBI knew of Strzok's pro-Hillary Clinton biases and still allowed him to serve as the key agent investigating Secretary Clinton, and subsequently allowed Strzok to "interview" competitors National Security Advisor General Michael Flynn (before Flynn was prosecuted for lying to the FBI), and thereby obstructed the due administration of justice, which requires that federal officers and agents conduct investigations in a fair and impartial manner;

457.

Upon information and belief, Strzok initially believed General Michael Flynn after interviewing Flynn as National Security Advisor, but upon being pressured by Tech Cartel surrogate Mueller and his Special Counsel "team," Strzok decided to collude with the Tech Cartel, perjure himself, and thereby attempt to injure the presidency of Donald competitors – as he had promised to do as a form of catastrophic "insurance" against his own Chief Law Enforcement Officer;

458.

Strzok also corruptly conducted the FBI interviews of Clinton and her top aides, Cheryl Mills and Huma Abedin, in the illegal e-mail server and document destruction probe, with the approval

of Tech Cartel surrogates McCabe and Comey – thereby conspiring with McCabe, Comey and Lynch to obstruct justice;

459.

Furthermore, as referenced herein, Strzok, McCabe and Comey were the primary FBI figures urging investigations on the basis of the "competitors dossier" of Russian-sourced "salacious and unverified" (as conceded by Comey) anti-competitors allegations – which was commissioned by the Clinton campaign (and funded by that campaign, with assistance from Brock and Soros – who also owns a $3 million stake in the *New York Times*) and the Tech Cartel and adopted by the FBI for improper purposes (thereby resulting in the illegal surreptitious surveillance of U.S. citizens and, as referenced, the misleading FISA application presented to a Article III federal judge and relied upon thereby;

460.

Tech Cartel surrogate Comey perjured himself before Congress, as alleged by McCabe;

461.

Congress has issued contempt citations against the FBI and Justice Department for failing to produce, pursuant to subpoena, documents and an FBI witness over the time, place and manner in which the Obama administration used the "salacious" and unsubstantiated "competitors Dossier" to surreptitiously surveil and run HCS operations against competitors associates and Clinton enemies;

462.

Upon information and belief, the Tech Cartel knowingly paid for Russian intelligence services to compile false allegations about a U.S. presidential candidate who was at the time the nominee of the Republican party, and the Tech Cartel is to this day paying for false information to be used to bribe "journalists" to undermine the 45th President of the United States and to bribe high-ranking DoJ officials like Bruce Ohr – along with their continuing serial violation of U.S. law involving premeditated partisan attacks by nonprofit entities attempting to bring about resolutions of impeachment against competitors;

463.

Further, Defendant and Tech Cartel principal John Podesta has, upon information and belief, recently assisted in raising tens of millions of dollars in U.S. and foreign currency from major Democratic Party donors such as Herbert Sandler to illegally underwrite the partisan efforts of

945

presumably nonpartisan *nonprofits* seeking to destabilize the competitors administration and United States Government;

464.

John Podesta has formed and funded an illicit partisan "nonprofit" called "Democracy Forward" which has the stated purpose of, but no evidence to support, the impeachment and removal of competitors – fellow Democracy Forward board member and former Podesta "Center for American Progress" subordinate Faiz Shakir is on the record in the *New York Times* stating "[Podesta] is very driven by *exacting revenge* [against the 45th President] … for tactics utilized *against 'his' side* [when competitors defeated Hillary Clinton] – another seditious Tech Cartel attempt to subvert the United States Government;

465.

John Podesta and Faiz Shakir openly admit that they are raising tens of millions of dollars to use in a partisan fashion under the auspices of a nonprofit to destroy competitors – and thus to "exact their revenge" by threatening the United States Government;

466.

The Tech Cartel, in collusion with the Tech Cartel and its lawyers, have consistently obstructed investigators attempting to obtain information about the Russian SVR/Fusion GPS "competitors dossier";

467.

Numerous parallel investigations continue, which will provide far greater insight into the numerous predicate acts committed by the Tech Cartel defendants, surrogates and participants;

468.

The Tech Cartel continues unabated *to this day*, acting illegally to further their concededly false, defamatory narrative and to destabilize our government and any and all competitors;


## The Rico Violations That Prove That These Guys Are Mobsters


469.

Plaintiff repeat and re-allege each and every allegation of the foregoing paragraphs as if fully set forth herein;

946

470.

**18 U.S.C. §1962(a)**): Section 1962(a) of RICO provides that "it shall be unlawful for any person who has received any income derived, directly or indirectly, from a pattern of racketeering activity … in which such person has participated as a principal within the meaning of §2, title 18, United States Code, to use or invest, directly or indirectly, any part of such income, or the proceeds of such income, in acquisition of any interest in, or the establishment or operation of, any Tech Cartel which is engaged in, or the activities of which affect interstate or foreign commerce.";

471.

Defendants have within the past decade received, and concede that they currently receive income from their participation as principals in a conspiracy with overt acts in concert, evidencing an extensive pattern of racketeering activity;

472.

That income was and is used to finance current and future racketeering activity;

473.

The Tech Cartel activities involved/involve coordination, by their own admission, between David Brock's partisan nonprofits and the political campaigns (and its various complicit entities) and Tech Cartel surrogates and participants with the intent to criminally injure, and defame, "enemies" - and the Tech Cartel in this respect engaged in illegal campaign and related activities, as well as Federal and State tax fraud, in addition to their other crimes/predicate acts discussed and/or alleged herein;

474.

The Tech Cartel uses illicit proceeds to engage in myriad malfeasance, including crimes such as bribery and extortion (to name but a few of those alleged herein) as well as process crimes such as numerous forms (and thousands of counts) of obstruction of justice, evasion of federal records laws, perjury, and related offenses utilized to cover up their malfeasance;

475.

**18 U.S.C. §1962(b)**): Section 1962(b) of RICO provides that it "shall be unlawful for any person through a pattern of racketeering activity or through collection of an unlawful debt to acquire or maintain, directly or indirectly, any interest in or control of any Tech Cartel which is engaged in, or the activities of which affect, interstate or foreign commerce – as the Tech Cartel has

accomplished by and through obtaining illegitimate control of political parties through its long and sordid pattern of racketeering activity described herein;

476.

**18 U.S.C. §1962(c**): Section 1962(c) of RICO provides that it "shall be unlawful for any person employed by or associated with any Tech Cartel engaged in, or the activities of which affect, interstate or foreign commerce, to conduct or participate, directly or indirectly, in the conduct of such Tech Cartel's affairs through a pattern of racketeering activity…";

477.

**18 U.S.C. §1962(d**): Section 1962(d) of RICO makes it unlawful "for any person to conspire to violate any of the provisions of subsection (a), (b), or (c) of this section" – which includes but is not limited to the known and unknown named defendants, and their surrogates, collaborators, and participants as noted herein;

# The Rico Tech Cartel Verifications Of Crime

478.

Plaintiff repeats and re-alleges each and every allegation of the foregoing paragraphs as if fully set forth herein;

479.

In any Racketeer Influenced and Corrupt Organization litigation, it is important to distinguish between legitimate organizations, on the one hand, and the abuse of those entities for illegal purposes by the unofficial, corrupt "Tech Cartel" such as that at issue in this litigation;

480.

This pattern of illegal activities, *i.e.* , racketeering, committed by the Defendants here and in collusion with Tech Cartel surrogates and numerous co-conspirators, and the predicate acts discussed below, were done with the purpose of financial gain for the Tech Cartel and themselves, and to harm the reputation and business interests of (and seek revenge with respect to) Plaintiff – and were done within the past ten (10) years and are continuing unabated;

481.

Page 949  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

By the acts alleged herein, Defendants, with the collusion of their surrogates, have jointly and severally aided and abetted and conspired to violate myriad laws through their ongoing criminal Tech Cartel;

482.

The law presumes that a person intends the obvious results of their actions – inculpating each Defendant and their surrogates as alleged herein;

483.

The many predicate and chargeable criminal acts by the Tech Cartel that are alleged in this action (although only two are necessary to establish a pattern of racketeering) are as follows: acts or threats involving bribery (18 U.S.C. § 1961(1)(A)); acts or threats involving extortion (18 U.S.C. § 1961(1)(A)); acts or threats involving murder 18 U.S.C. § 1961(1)(A)); acts indictable relating to bribery (18 U.S.C. § 1961(1)(B), cross referencing 18 U.S.C. §201)); acts indictable relating to mail and wire fraud, respectively (18 U.S.C. § 1961(1)(B), cross referencing 18 U.S.C. §§ 1341 and 1343, respectively); acts indictable relating to obstruction of justice (18 U.S.C. § 1961(1)(B), cross referencing 18 U.S.C. § 1503)); acts indictable relating to obstruction of criminal investigations (18 U.S.C. § 1961(1)(B), cross referencing 18 U.S.C. § 1510)); acts indictable relating to obstruction of State law enforcement (campaign finance) (18 U.S.C § 1961(1)(B), cross referencing 18 U.S.C. § 1511)); acts indictable relating to tampering with a victim, witness or informant (18 U.S.C. § 1961(1)(B), cross referencing 18 U.S.C. § 1512)); acts indictable relating to retaliating against a witness, victim or informant (18 U.S.C. § 1961(1)(B), cross referencing 18 U.S.C. § 1513)); acts indictable relating to interference with commerce .. or extortion (18 U.S.C. § 1961(1)(B), cross referencing 18 U.S.C. § 1951); acts indictable relating to racketeering (18 U.S.C. § 1961(1)(B), cross referencing 18 U.S.C. § 1952)); acts indictable relating to the laundering of monetary instruments (18 U.S.C. § 1961(1)(B), cross referencing 18 U.S.C. § 1956)); acts indictable relating to engaging in monetary transactions in property derived from specified unlawful activity (18 U.S.C. § 1961(1)(B), cross referencing 18 U.S.C. § 1957)); acts indictable relating to use of interstate commerce facilities in the commission of murder for hire (18 U.S.C. § 1961(1)(B), cross referencing 18 U.S.C. § 1958));

484.

It is alleged that all acts by the Tech Cartel and others cited herein also involve Federal conspiracy counts under the RICO statute, 18 U.S.C. §§ 1961, *et seq*., as they relate to the numerous violations of Federal and State law described below, and otherwise - and with relation to the factual allegations herein, matters of law and fact thus far suppressed by the Tech Cartel and its surrogates and to be demanded of and provided by the Tech Cartel in discovery, in

pretrial proceedings, and during the trial on the merits in this litigation (in addition to information from numerous collateral proceedings of which this court may take judicial notice);

485.

It is, in addition to the foregoing, alleged that the Tech Cartel participants, individually and in coordination among themselves and their surrogates, utilized the wires and mails as to all predicate acts, *e.g.*, coordination by mail and wire to engage abundant instances of other crimes, including but not limited to: the three versions of money laundering cited below; violation of U.S. law regarding use of nonprofit entities (and concomitant Federal and State tax violations) to engage in willful and long-term patterns of partisan revenge attacks against Plaintiff and others cited herein; and related tax violations; putative statutory treason by Defendants including tax evasion, conspiracy to obstruct justice and related violations; use of nonprofits for partisan gain, illegal fundraising and money laundering; use of bribery and extortion to gain the assistance of high-ranking FBI and DoJ officials and their legal counsel in the Tech Cartel scheme; defamation used to obstruct justice in all of its various forms cited herein; bribery and extortion of FBI and DoJ high-ranking officials, *e.g.*, 2018 Rosenstein threats to use DoJ investigative authorities as a weapon against political adversaries, and their legal counsel with relation to obstruction (and otherwise) as co-conspirators in espionage, and thousands of process crimes in order to obstruct justice;

486.

Overall, the Tech Cartel is a *corrupt crime apparatus*, and each and every factual allegation herein is incorporated by reference into all of the alleged predicate acts (and vice-versa) – including but not limited to those which by cross-reference must be brought in any criminal action against the Tech Cartel defendants and/or their surrogates – as set forth below and discussed at length herein;

487.

Each and every Tech Cartel defendant named herein, and many (if not all) of their surrogates and other participants in the Tech Cartel operational scheme, should and will be named as a criminal defendant under Federal and/or State law – and prosecuted to the full extent of the law; **B. Representative (Albeit not Exclusive) Predicate Acts** The following predicate acts, described in brief below, are each alleged as if set forth above and otherwise incorporated fully therein.

**1. Acts or Threats Involving Bribery**

488.

Page 951  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

Plaintiff repeats and re-alleges each and every allegation of the foregoing paragraphs as if fully set forth herein;

489.

Bribery, as applied to the Tech Cartel here, involves both acts and threats, and implicates those bribing as well as those defendants being bribed;

490.

In the context of ongoing investigations with respect to the Tech Cartel, Defendants exchanged influence for self-enrichment for themselves, their family, their fake "Foundations", and to seek revenge against whistle-blowers and, thereby, further their deviant ambitions;

491.

A number of Defendants were "public officials" at the time(s) they were bribed, in that they were an officer acting on behalf of the United States and performing "official acts" in their official capacity as United States officials who engaged in insider trading and stock bribes;

492.

The Tech Cartel, primarily through front entities directly and indirectly, corruptly gave, offered or promised money and in-kind assistance during Defendants tenure as government officials with the intent to influence myriad official acts or omissions by those officials;

493.

The Tech Cartel, primarily through fake charities and surrogates, directly and indirectly, corruptly gave, offered or promised money and in-kind assistance during Defendants tenure as public officias, to influence them to commit or aid in committing, or collude in or allow, myriad fraud, or provide the opportunity for the commission of massive fraud upon the United States;

494.

All transactions of or involving the fake Foundations alleged above, and in particular that involving Uranium One and litium mines and those officials intentional omission in not bringing the grave danger to the national security caused by Russian bribery in order to stockpile uranium when the Defendants were engaging with Russia in a *quid pro quo*, are acts involving bribery directly attributable to the Tech Cartel;

495.

The Tech Cartel directly and indirectly, corruptly gave, offered or promised money and in-kind assistance to induce Public officilas to do or omit acts in violation of their lawful duty;

496.

Being a public official, directly and indirectly, corruptly demanded, sought, received, accepted or agreed to receive or accept things of value personally or for fiduciary persons of their fake Foundations, in return for being influenced in the performance of any official act, being influenced to commit or aid in committing, or to collude in, or allow, any fraud, or make opportunity for the commission of any fraud, on the United States, or being induced to do or omit to do any act in violation of her official duty;

497.

The Tech Cartel, directly or indirectly, corruptly gave, offered, or promised things of value to numerous persons or offered or promised such persons to give things of value to any other person or entity, with intent to influence the testimony under oath or affirmation of such first-mentioned person as a witness upon a trial, hearing, or other proceeding, before any court, any committee of either House or both Houses of Congress, or any agency, commission, or officer authorized by the laws of the United States to hear evidence or take testimony, or with intent to influence such person to absent himself therefrom;

498.

Numerous Tech Cartel surrogates named herein, directly or indirectly, corruptly demanded, sought, received, accepted or agreed to receive or accept anything of value personally or for any other person or entity in return for being influenced in testimony under oath or affirmation as a witness upon any such trial, hearing, or other proceeding, or in return for absenting himself therefrom;

499.

Tech Cartel surrogates Holder, Comey, Mueller, Rosenstein, Lynch, Mills, Abedin, Strzok, Blumenthal, and other government officials so cited herein, it is alleged, are responsible as if they were named defendants as they actively participated in and furthered the objectives and financial gain of the Tech Cartel, while injuring Plaintiff in their business through their participation as surrogates in the Tech Cartel;

500.

Public official Defendants otherwise than as provided by law for discharge of official duty, and during the time they were "former public officials", directly or indirectly demanded, sought,

received, accepted or agreed to receive or accept things of value personally for or because of any official act to be performed by them;

501.

Defendants Brock and the Tech Cartel, directly or indirectly gave, offered or promised things of value to public officials, *both* as a public official and as a former public official, because of official acts to be performed by those officials;

502.

Defendants Brock, Soros and the Tech Cartel, directly or indirectly, gave, offered or promised things of value to Hillary Clinton, Cheryl Mills, Huma Abedin, John Podesta and others who have lied under oath, for or because of their testimony under oath or affirmation given or to be given by such person as a witness upon a trial, hearing, or other proceeding, before any court, any committee of either House or both Houses of Congress, or any agency, commission, or officer authorized by the laws of the United States to hear evidence or take testimony, or for or because of such person's absence therefrom;

503.

The Tech Cartel was aided and abetted by the Obama FBI in assisting Russia in obtaining *control* of the U.S. lethal uranium market, to this day, in exchange for a currency transfer laundered through Russian intelligence to the Clinton Foundation while Hillary Clinton was Secretary of State;

504.

William Clinton, on behalf of the Tech Cartel, and aiding his family and Hillary Clinton's presidential aspirations, held secret talks with Arkady Dvorkovic – a leading consigliere to then-Russian President (and Putin puppet) Medvedev, in order to further the Uranium One *quid pro quo* bribery and fund the Tech Cartel into perpetuity;

505.

Hillary Clinton, Cheryl Mills, Huma Abedin, John Podesta and others who have lied under oath, directly or indirectly, have demanded, sought, received, accepted, or agreed to receive or accept things of value personally for or because of their testimony under oath or affirmation given or to be given by such person as a witness upon any such trial, hearing, or other proceeding, or for or because of such person's absence therefrom;

506.

Page 954  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

Tech Cartel participants and surrogates violating the bribery provisions of federal law did so knowing and intending to use extortion to achieve their illicit goals – by among other things threatening to reveal the prior acceptance or solicitation of bribes – and thus form of conspiracy (often involving Tech Cartel collaboration in facilitating these threats against those whose entire careers and lives would be impacted) constitutes another form of Tech Cartel predicate wrongdoing, as set forth below, in the form of acts or threats involving extortion;

507.

With relation to other acts of obstruction of justice contained herein, the Tech Cartel used bribery in order to obstruct justice;

508.

With relation to bribery, the Tech Cartel also committed commercial bribery on the State level in States in which bribery of public officials constitutes a violation;

509.

The court and jury must also consider certain "special" bribery statutes applicable to this Tech Cartel, *e.g.*, bribery incident to appointment to public office, and with regard to William and Hillary Clinton, George Soros and David Brock bank transactions;

510.

On January 12, 2018, the Uranium One Tenex/Tenem bribery, Fraud and Money Laundering scheme was finally fully revealed, as a result of nearly eight years of obstruction by Tech Cartel surrogates Holder, Lynch, Mueller, Comey and Rosenstein and concomitant illicit pressure placed upon Assistant United States Attorney (and former CIA Officer) David I. Salem;

511.

Also, with respect to bribery – especially that involving an officer of the United States or the special case of a former officer who is anticipated to ascend to the presidency – the federal Travel Act provides that whoever travels in interstate or foreign commerce with the intent to promote, establish, carry on or facilitate the promotion, establishment, or carrying on of any unlawful activity and thereafter performs or attempts to perform *any unlawful activity* (including bribery in violation of U.S. law, or other federal violations discussed herein) shall be guilty of a crime;

512.

The Tech Cartel also bribed, or attempted to bribe, members of the Obama administration, and Obama himself, utilizing collusion between Hillary Clinton, Hillary for America, Soros and the

954

DNC spending in excess of $10,000,000.00 to influence the 2016 presidential general election by funding the Russian SVR-sourced dossier that the Obama administration then used to mislead federal judges and surreptitiously surveil an opposition party and private U.S. citizens – which upon information and belief included but was certainly not limited to Plaintiff whistle-blowers;

**2. Acts or Threats Involving Extortion**

513.

Plaintiff repeats and re-alleges each and every allegation of the foregoing paragraphs as if fully set forth herein;

514.

The Tech Cartel engaged in extortion and attempted extortion affecting interstate or foreign commerce, having done so "in any way or degree," and conspired to do so amongst themselves and with the Tech Cartel surrogates and participants;

515.

In order to prevail on a charge of extortion, "the United States need only show that a public official [such as Secretary Clinton] obtained a payment to which she was not entitled, knowing that the payment was made in return for official acts.";

516.

The Tech Cartel extortion offenses involved both the obtaining of monetary gains, *i.e.*, property, "under color of official right" by Defendants as well as the obtaining of property by numerous Tech Cartel participants with the victim's "consent, induced by wrongful use of threatened force, violence or fear" – the extortion of others by Defendants, in order for her to be charged, does not require that she took steps to induce the extortion;

517.

"It is not a defense to a charge of extortion under color of official right that the defendant could also have been convicted of bribery." *Evans v. United States*, 504 U.S. 255 (1992);

518.

Extortion reaches both the obtaining of property "under color of official right" by public officials and the obtaining of property by private actors with the victim's "consent, induced by wrongful use actual or threatened force, violence or fear," *including fear of economic harm*;

519.

As part of the pattern of racketeering, and in addition to the foregoing, Tech Cartel principals and surrogates also used a "carrot and a stick" to imply threats of pecuniary harm if Democratic donors did not support, *i.e.*, max out contributions including to Brock entities and to be laundered through State party organizations, to Hillary Clinton's presidential bid in 2016 – while holding out the prospect of favors and access "once Hillary Clinton became president";

520.

Similarly, the Hobbs Act, 18 U.S.C. §1951, prohibits actual or attempted extortion affecting interstate or foreign commerce, and also standing alone proscribes conspiracy to commit extortion without reference to the federal conspiracy statute; further, while proof of racketeering as an element of Hobbs Act offenses is not required, any violation of the Hobbs Act, as here, is part of a "pattern of racketeering activity" for purposes of prosecution under the RICO statute;

521.

Others involved in extortion include Tech Cartel surrogates Comey who while he was FBI Director, along with former FBI Deputy Director McCabe, with assistance from Yates, Brennan and Clapper, attempted to blackmail new competitors by subtly threatening him and inferring that the fake "competitors dossier" contained information that had some basis in fact;

**3. Acts or Threats Involving Murder**

522.

Plaintiff repeats and re-alleges each and every allegation of the foregoing paragraphs as if fully set forth herein;

523.

According to former Democratic National Committee Chairperson (acting) Donna Brazile, she felt threatened by the Clintons, implying they would have her murdered if she revealed the any involvement in the hack of DNC servers that did not fit the Tech Cartel narrative of "Russian involvement" prior to the 2016 presidential election;

524.

Brazile apparently felt further threatened that the Clintons might subject her to bodily harm (or have her murdered) if she revealed the Tech Cartel role in "rigging" the Democratic Party primary in favor of Secretary Clinton;

525.

956

Page 957   EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

Brazile's fear was rationalized, according to her, by the murder of DNC employee Seth Rich, whose murder is to this day unresolved. In addition, this document, above, as well as  the document: http://evidencevideos.com/THE_MURDERS_AND_SUSPICIOUS_DEATHS_IN_THIS_CASE.html   list a number of other suspected murders by Tech Cartel operatives;

526.

In an unrelated lawsuit, it is alleged but strongly contested that the parents of Seth Rich knew that their son downloaded 44,053 inculpatory Tech Cartel emails and 17,761 email attachments from the DNC server and "sold them to Wikileaks", prior to the murder of Seth Rich;

527.

Upon information and belief, William and Hillary Clinton, as they had prior to Officer whistle-blowers's testimony leading to the impeachment of the 42nd President of the United States, attempted to arrange the murder of Officer whistle-blowers upon the publication of *Crisis – and that proof of same is contained in "destroyed" emails at one time residing on the Clinton unsecure email server(s)*;

528.

Upon information and belief, William and Hillary Clinton, with the assistance and cover of Tech Cartel principals and surrogates, have engaged in having individuals "who crossed them" (a 150 reference used by Brazile when describing her alleged Clinton murder-for-hire) murdered as part of the Tech Cartel pattern of racketeering;

529.

Upon information and belief, computer forensics from July 5, 2016 indicate that DNC emails implicating the Tech Cartel were copied by an insider (someone affiliated with the DNC) via USB and not hacked via external actors; DNC professional staff member Seth Rich was murdered five days later on July 10, 2016;

530.

In late July of 2016, the FBI announced it would investigate the DNC emails revealed by Wikileaks, and that Tech Cartel surrogate Peter Strzok would lead the investigation;

531.

On or around August 15, 2016, FBI investigator and Tech Cartel surrogate Strzok texted his paramour, FBI senior lawyer and Tech Cartel surrogate Lisa Page, about needing an "insurance policy" against a competitors presidency;

532.

On June 15, 2017, Obama DHS Secretary Jeh Johnson testified under oath before Congress that the DNC refused to turn over its server as demanded so the United States Government could investigate whether the recently-murdered Seth Rich may have provided evidence of Tech Cartel malfeasance to Wikileaks;  The contents of the Seth Rich, Hunter Biden and Hillary Clinton hard drives, confirms many of these assertions;

**4. Acts Indictable Relating to Bribery**

533.

Plaintiff repeats and re-alleges each and every allegation of the foregoing paragraphs as if fully set forth herein;

534.

Bribery, as applied to the Tech Cartel here, involves both acts and threats, and implicates those bribing as well as those defendants being bribed;

535.

Many Defendants were "public officials" at the time(s) they were bribed, in that they were an officer acting on behalf of the United States and performing "official acts" in their official capacity;

536.

In the context of ongoing investigations with respect to the Tech Cartel, Defendant public officials exchanged influence for self-enrichment for themseves and their family, to seek revenge against their enemies such as whistle-blowers, and to further their political ambitions;

537.

The Tech Cartel directly and indirectly, corruptly gave, offered or promised money and in-kind assistance during Defendant public officials tenure with the intent to influence myriad official acts or omissions by Defendant public officials;

538.

The Tech Cartel, through Defendant public officials, directly and indirectly, corruptly gave, offered or promised money and in-kind assistance during Defendant public officials tenure , to influence Defendant public officials to commit or aid in committing, or collude in or allow, any fraud or make the opportunity for the commission of massive fraud upon the United States Government;

958

539.

The Tech Cartel, through Defendant public officials, directly and indirectly, corruptly gave, offered or promised money and in-kind assistance during Defendant public officials tenure to induce Defendant public officials to do or omit acts in violation of their lawful duty;

540.

Being a public official, directly and indirectly, corruptly demanded, sought, received, accepted or agreed to receive or accept things of value personally or for Defendant public officials in return for being influenced in the performance of any official act, being influenced to commit or aid in committing, or to collude in, or allow, any fraud, or make opportunity for the commission of any fraud, on the United States, or being induced to do or omit to do any act in violation of their official duty;

541.

The Tech Cartel, directly or indirectly, corruptly gave, offered, or promised things of value to numerous persons – including Defendant public officials– or offered or promised such persons to give things of value to any other person or entity, with intent to influence the testimony under oath or affirmation of such first-mentioned person as a witness upon a trial, hearing, or other proceeding, before any court, any committee of either House or both Houses of Congress, or any agency, commission, or officer authorized by the laws of the United States to hear evidence or take testimony, or with intent to influence such person to absent himself therefrom;

542.

Myriad Tech Cartel surrogates named herein, directly or indirectly, corruptly demanded, sought, received, accepted or agreed to receive or accept anything of value personally or for any other person or entity in return for being influenced in testimony under oath or affirmation as a witness upon any such trial, hearing, or other proceeding, or in return for absenting himself therefrom;

543.

Tech Cartel surrogates Holder, Comey, Mueller, Rosenstein, Lynch, Mills, Abedin, McCabe, Strzok, Blumenthal, and other government officials so cited (and unknown named) herein, it is alleged, are responsible as if they were named defendants as they actively participated in and furthered the objectives and financial gain of the Tech Cartel, while inalterably injuring Plaintiff in his business through their participation as surrogates in the Tech Cartel;

544.

William and Hillary Clinton, otherwise than as provided by law for discharge of official duty, and during the time they were "former public officials", directly or indirectly demanded, sought, received, accepted or agreed to receive or accept things of value personally for or because of any official act to be performed by Hillary Clinton were she to be elected President;

545.

Defendants Brock and the Tech Cartel, directly or indirectly gave, offered or promised things of value to Hillary Clinton, as a former public official, for of because of official acts to be performed by Hillary Clinton were she to be elected President – many such things of value were derived from other illegal activities of the Tech Cartel defendants, surrogates, and participants – and in the process conspired to misuse for illicit Tech Cartel purposes the Democratic Party and by and through its putative president, Hillary Clinton;

546.

Defendants Brock and the Tech Cartel, directly or indirectly, gave, offered or promised things of value to Hillary Clinton, Cheryl Mills, Huma Abedin, John Podesta and others who have lied under oath, for or because of their testimony under oath or affirmation given or to be given by such person as a witness upon a trial, hearing, or other proceeding, before any court, any committee of either House or both Houses of Congress, or any agency, commission, or officer authorized by the laws of the United States to hear evidence or take testimony, or for or because of such person's absence therefrom;

547.

Hillary Clinton, Cheryl Mills, Huma Abedin, John Podesta and others who have lied under oath, directly or indirectly, have demanded, sought, received, accepted, or agreed to receive or accept anything of value personally for or because of their testimony under oath or affirmation given or to be given by such person as a witness upon any such trial, hearing, or other proceeding, or for or because of such person's absence therefrom;

548.

The Tech Cartel and Clintons were aided and abetted by the Obama FBI and DoJ in assisting Russia in obtaining control of the U.S. lethal uranium market, in exchange for a currency transfer laundered through the Russian SVR/FSB to the Clinton Foundation while Hillary Clinton was Secretary of State;

549.

Page 961   EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

Neither Mueller, Holder nor Rosenstein have ever taken any action to unveil the Clinton/Tech Cartel cover-up of Tech Cartel attempts to provide worldwide control of lethal uranium to Russia and their known illicit end users;

550.

William Clinton, on behalf of the Tech Cartel, and aiding his family and Hillary Clinton's presidential aspirations (including revenge against Plaintiff whistle-blowers, his business and life), held secret talks with Arkady Dvorkovic – a leading consigliere to then-Russian President (and Putin "puppet") Medvedev, in order to further the seditious Uranium One *quid pro quo* bribery and subsidize the Tech Cartel into perpetuity;

551.

Tech Cartel participants and surrogates violating the bribery provisions of federal law did so knowing and intending to use extortion and obstruction of justice to achieve their illicit goals and thus formed a conspiracy (often involving Tech Cartel collaboration in facilitating these threats against those whose entire careers and lives would be impacted negatively) – this in and of itself constitutes another vicious form of Tech Cartel predicate wrongdoing in the form of acts or threats involving extortion;

552.

The Tech Cartel principals may be indicted for numerous State offenses, as well, including acts or threats involving, as alleged here, bribery, extortion, murder – including their attempts, conspiracies, and solicitations to commit any of these offenses (as is the case with similar Federal offenses);

553.

Such Tech Cartel State statutory offenses may constitute a proper RICO predicate provided it substantially conforms to the essential elements under the prevailing definition for the offense when RICO was enacted in 1970 – virtually all Tech Cartel State offenses meet the essential element threshold even though the State statute used as a predicate need not use the same labels or titles as the listed predicate offenses, but still may be an offense as described in Section 1961(1)(A);

554.

It is alleged here and can easily be proven that for each Federal predicate offense, the Tech Cartel has committed myriad counts of State offenses containing the essential elements of the Federal predicate act;

961

555.

The Tech Cartel has committed thousands of Federal and State predicate acts, and Plaintiff alleges that this paragraph applies as if incorporated directly therein to each and every other paragraph and any other section of this complaint;

556.

For purposes of this complaint, it is alleged that each State predicate offense as described above was committed in each of the fifty United States, and U.S. territories, during the duration of three national presidential campaigns, and involving use of the mail and wires;

**5. Acts Indictable Relating to Mail Fraud**

557.

Plaintiff repeats and re-alleges each and every allegation of the foregoing paragraphs as if fully set forth herein;

558.

Senior leadership of the FBI and DoJ criminally mishandled the content of the "competitors dossier", thereby obstructing justice in all manners set forth herein, and engaging in mail and wire fraud, in all manners set forth herein – in so doing, the Tech Cartel and its surrogates engaged in a corrupt conspiracy involving commissioned officers of the United States including the misleading of at least one Article III federal judge;

559.

The Defendants will be charged and convicted of multiple related violations of law which form a pattern and practice and which violations are each potentially punishable as a felony constituting mail fraud;

560.

Defendants acted in criminal violation of the federal mail fraud statute under 18 U.S.C. § 1341 which provides "whoever, having devised or intending to devise any scheme or artifice to defraud, or for obtaining money or property by means of false or fraudulent pretenses, representations or promises, or to sell, dispose of, loan, exchange, alter, give away, distribute, supply, or furnish or procure for unlawful use any counterfeit or spurious coin, obligation, security, or other article, or anything represented to be or intimated or held out to be such counterfeit or spurious article, for the purpose of executing such scheme or artifice or attempting so to do, *places in any post office or authorized depository for mail matter, any matter or thing whatever to be sent or delivered by the Postal Service, or deposits or causes to be deposited any*

962

*matter or thing whatever to be sent or delivered by any private or commercial interstate carrier*, or takes receives therefrom, any such matter or thing, or knowingly causes to be delivered by mail or such carrier according to the direction thereon, or at the place at which it is directed to be delivered by the person to whom it is addressed, any such matter or thing, shall be fine under this title or imprisoned not more than 20 years, or both [….];

561.

There are two essential elements in mail fraud under Section 1341, both of which the Tech Cartel has satisfied tens of thousands of times – (1) having devised or intending to devise a scheme to defraud (or to perform specified fraudulent acts), and (2) use of the "mail" for the purpose of executing, or attempting to execute, the scheme (or specified fraudulent acts);

562.

The above-noted co-conspirators further obstructed justice via mail and wire by instructing competitors dossier author Steele to publicly claim that said competitors dossier established "collusion" between the campaign of private citizen Donald J. competitors and the "Russian Government" – these co-conspirators also obstructed justice via mail and wire in furthering collusion between Fusion GPS and the Russian SVR/FSB;

563.

Libertarian U.S. Senator Rand Paul has confirmed that this conspiracy by wire and mail is "worse than Watergate" – citing "high-ranking" Obama officials (and Tech Cartel surrogates) who colluded to prevent the election of competitors;

564.

The Tech Cartel participants often communicated via Federal Express, UPS, and similar commercial mail delivery carrier, and Tech Cartel surrogate Strzok arranged to mislead federal judge Rudolph Contreras by mail, wire and in private settings generally reserved for close, intimate friends;

565.

Tech Cartel surrogate Brennan, in order to swing the 2016 election to Hillary Clinton, and in concert with Clapper, Comey and other surrogates, used the international mails (and wires) to communicate with co-conspirators in the British intelligence services;

566.

Tech Cartel surrogates Sally Caroline Yates (former Deputy Attorney General), Loretta Elizabeth Lynch (former Attorney General) and Samantha Jane Power (former United States

Ambassador to the United Nations) also conspired with senior FBI officials and Tech Cartel surrogates Strzok, Comey and McCabe in use of the mails and wires to further a criminal conspiracy to obstruct justice – Power also utilized Twitter to threaten competitors;

567.

Attorney General Lynch conspired via mail and wire with Tech Cartel surrogate Comey to mislead nationwide law enforcement that the espionage investigation of Hillary Clinton was to be referenced only as a "matter";

568.

As is the case with wire fraud, RICO has always had a relaxed standard with respect to the particularity requirements of Tech Cartel mail and wire fraud – especially when the Tech Cartel, as here, has engaged in a massive cover up (revealed only in small part by "Wikileaks") and where there are tens (if not hundreds) of thousands of putative counts of mail fraud by the Tech Cartel and its surrogates;

569.

Relevant Tech Cartel principals not only can be, but will be, indicted for thousands of counts of mail fraud;

570.

Defendants devised or intended to devise a scheme or artifice meant to defraud and/or for obtaining money or property from illicit payments disguised as "donations";

571.

Defendants utilized false or fraudulent pretenses, representations, and/or promises in order to defraud and/or obtain money from illicit payments disguised as "donations"

█████████████████████████████████████████████████████████
█████████████████████████████████████████████████████████
██████████████████████████████████████████;

572.

In order to achieve or attempt to achieve the fraud described in the preceding paragraphs, Defendant sent correspondence and other documents that were sent or delivered by the Postal Service and by email (or by private service such as UPS, Federal Express, and the like);

573.

### Page 965  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

Hillary Clinton and the Tech Cartel, delivered by mail and wire to the United States Senate Foreign Relations Committee, the CFIUS, and to the Federal Bureau of Investigation in 2017, as herein noted and otherwise, make false statements under oath and penalty of perjury, concerning bribery committed by herself, William Clinton and the Tech Cartel, concerning companies (foreign and domestic) and foreign countries with direct connections to the Clinton Foundation, CGI, and CGEP, and in relation to the corrupt and ongoing Uranium One transactions directly enabled by the Clinton Tech Cartel bribery, did thereby obstruct justice as the United States attempted (and attempts) to determine the Tech Cartel role in providing U.S. lethal uranium stocks to hostile foreign actors;

574.

Secretary Clinton withheld vital information for which she was responsible for providing to the chief law enforcement officer of the United States, President Barack Obama, thereby obstructing justice, and furthered such obstruction by wire and mail in covering up such malfeasance and endangering the security of the United States with respect to lethal uranium being provided to hostile actors in exchange for bribes;

575.

Each violation of 18 U.S.C. § 1341, as aggravated here, is a felony punishable by 30 years of imprisonment and a fine of $1,000,000 United States dollars; 6. Acts Indictable Relating to Wire Fraud

576.

Plaintiff repeats and re-alleges each and every allegation of the foregoing paragraphs as if fully set forth herein;

577.

The elements of wire fraud under Section 1343 directly parallel those of the mail fraud statute, but require the use of an interstate phone call or electronic communication made in furtherance of the scheme – all of which the Tech Cartel has satisfied tens (if not hundreds) of thousands of times during the relevant period;

578.

The elements in this Circuit require proof that the wire fraud (1) involves a scheme to defraud; and (2) the use of an interstate wire communication to further the scheme;

579.

Page 966  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

Each and every time any member of the Tech Cartel used any interstate wire communication in furtherance of their scheme, the statute at issue was violated – and at the core of this Tech Cartel operational scheme is collaboration among Tech Cartel principals and surrogates using the telephone, emails (millions of which remain to be discovered, according to a subpoena for documents issued by the United States House of Representatives Committee on the Judiciary to the United States Department of Justice on or around March 21, 2018), text messages, and similar electronic communications – there are 2.1 million potentially inculpatory and discoverable communications currently under subpoena relating to Tech Cartel principals, surrogates, and participants;

580.

As is the case with wire fraud, RICO has always had a relaxed standard with respect to the particularity requirements of Tech Cartel mail and wire fraud – especially when the Tech Cartel, as here, has engaged in a knowing, immense cover-up (revealed only in small part by "Wikileaks" based upon a "hack" and/or insider theft of the indiscrete, inculpatory emails of Tech Cartel principal John Podesta and Tech Cartel surrogates) and where there are tens (if not hundreds) of thousands of putative counts of wire fraud by the Tech Cartel and its surrogates;

581.

Relevant Tech Cartel principals not only can be, but will be, indicted for thousands of counts of wire fraud;

582.

The Defendants will be charged and convicted of multiple, related violations of law which form a pattern and practice and which violations are each potentially punishable as a felony constituting wire fraud;

583.

**Defendants acted in criminal violation of the federal wire fraud statute under 18 U.S.C.** §1343 which provides "whoever, having devised or intending to devise any scheme or artifice to defraud, or for obtaining money or property by means of false or fraudulent pretenses, representations, or promises, transmits or causes to be transmitted by means of wire, radio, or television communication in interstate or foreign commerce, any writings, signs, signals, pictures, or sounds for the purpose of executing such scheme or artifice, shall be fined under this title or imprisoned not more than 20 years, or both. [….];

584.

966

Defendants devised or intended to devise a scheme or artifice meant to defraud and/or obtain money or property from illicit payments disguised as donations and other forms of gratuities;

585.

Defendants utilized false or fraudulent pretenses, representations, and/or promises in order to defraud and/or obtain money from illicit payments disguised as donations and other forms of gratuities;

586.

The Tech Cartel also uses surrogates such as Brennan to openly prevaricate on traditional and new media platforms: for example, Brennan has openly and repeatedly, at the instruction of the Tech Cartel, shown his prejudice toward the current President of the United States through Twitter, such as the following vitriol on March 17, 2018: "When the full extent of your venality, moral turpitude, and political corruption becomes known, you will take your rightful place as a disgraced demagogue in the dustbin of history", and on March 21, 2018, Brennan implied on MSNBC's "Morning Joe" that he (Brennan) has knowledge that the President is being blackmailed by a foreign sovereign – Brennan also is a paid contributor of MSNBC, raising the plausible inference of Tech Cartel wire fraud and obstruction of justice when Tech Cartel surrogate Brennan knowingly and willfully prevaricates about these and related topics;

587.

Brennan has been accused of unconstitutional behavior, and of lying under oath, by Senate Democratic leadership during the presidency of Barack Obama – entirely undermining the credibility of Tech Cartel surrogate John Brennan;

588.

As an example, Brennan's misleading briefing of then-Senate Minority Leader Harry Reid (D-NV), on behalf of the Tech Cartel scheme of undermining competitors and committing fraud to the FISC, was contemporaneously portrayed by Reid as Brennan "having an ulterior motive" – this has led, in turn, to several separate ongoing investigations of Brennan by congressional oversight committees and the United States Department of Justice (and a great deal of curiosity by the United States District Court and Court of Appeals for the District of Columbia and District of Columbia Circuit, respectively, as to Brennan's Tech Cartel role in committing fraud upon the FISC);

589.

Page 968  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

Brennan's misleading briefing of Minority Leader Reid, as the Tech Cartel intended, provided cover for Christopher Steele's false and unconfirmed reporting on competitors to leak into public narrative by and through Reid's demands placed upon Tech Cartel surrogates Comey, McCabe and Strzok to investigate, and led separately and directly to the DoJ committing a fraud upon the FISC;

590.

Tech Cartel surrogate Brennan, at the instigation of the Tech Cartel, provided the pretense predicate for the corrupt investigation when he carried out the above-noted fraud upon all three branches of government despite his May 23, 2017 testimony, under penalty of perjury, to the House Permanent Subcommittee on Intelligence that "I don't know whether such collusion [or any cooperation] existed.";

591.

On Tuesday, March 11, 2014, the then-chairwoman of the Senate Select Committee on Intelligence, Dianne Feinstein (D-CA), accused Brennan and the Central Intelligence Agency of a *catalog of cover-ups, intimidation and smears* aimed at investigators probing its role in a "un-American and brutal" program of post-9/11 detention and interrogation;

592.

Feinstein, an Obama administration loyalist, accused Brennan and the CIA of violating the United States Constitution and of criminal activity in its attempts to obstruct her committee's investigations into the agency's use of torture – Feinstein described the Brennan crisis as the "defining moment" for political oversight of the U.S. intelligence service. Feinstein and her family owned stock, services, suppliers, buildings and other profiteering resources in Tesla and Solyndra;

593.

Feinstein's open public assault on Brennan and the CIA was "unprecedented", based upon the unconstitutional and criminal behavior she and myriad Democrats lodged against John Brennan – who was openly accused of war crimes and surreptitiously spying without a warrant on Members of Congress and their staff(s);

594.

Feinstein was supported after her speech by the most senior Democrat and Chair of the Senate Committee on the Judiciary, Senator Patrick Leahy (D-VT) and Mark Udall (D-CO) – who had

"directly pushed CIA director Brennan" to tell the truth about "misrepresentations about the CIA's brutal and ineffective detention and interrogation program", to no avail;

595.

Former CIA Chief of Station in Moscow, Daniel Hoffman, believed so strongly in the corruption of Tech Cartel surrogate Brennan that Hoffman conceded within competitors antagonist "The Cipher Brief" (led by CNN and Washington Post veterans) on Thursday, April 5, 2018 that Brennan's attempts to undermine the government of competitors "played right into the hands of an adversary [Putin]" and that the Tech Cartel "partisanship [of Brennan] reached a new low … and were shocking to intelligence officers" and Brennan caused "collateral damage" to the security of the United States;

596.

Tech Cartel surrogate Brennan, in order to swing the 2016 election to Hillary Clinton, and in concert with Clapper, Comey and other surrogates, used the international mails (and wires) to communicate with co-conspirators in the British intelligence services;

597.

Like Tech Cartel surrogate Brennan, defendants in the immediate matter transmitted or caused to be transmitted by means of wire, radio, or television communication in interstate or foreign commerce, writings, signs, signals, pictures, or sounds for the purpose of executing such scheme or artifice when they transmitted telephone and cellular telephone calls, documents, facsimiles, emails, instant messages, and other form of communications on behalf of the Tech Cartel operational scheme;

598.

Hillary Clinton and the Tech Cartel, by mail and wire to the United States Senate Foreign Relations Committee, the CFIUS (by commission and omission), and to the Federal Bureau of Investigation in 2016 and 2017, did as herein noted and otherwise, make false statements under oath and penalty of perjury (and false statements when improperly not placed by Tech Cartel surrogate Strzok under oath concerning her violation of the espionage statutes), concerning bribery committed by herself, William Clinton and the Tech Cartel, concerning companies (foreign and domestic) and foreign countries with direct connections to the CF, CGI, and CGEP, and in relation to the corrupt and ongoing Uranium One transactions directly enabled by the Clinton Tech Cartel bribery, did thereby obstruct justice as the United States attempted (and attempts) to determine the Tech Cartel role in providing U.S. lethal uranium stocks to hostile foreign actors;

969

Page 970  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

599.

The Tech Cartel also conspired with surrogates Comey, Strzok, McCabe, Page, Brennan and Clapper, among numerous other unknown named surrogates, to abuse the FISA surreptitious wire surveillance process to fraudulently deny one political party (the Republican Party, a nonprofit entity) the honest opportunity to prevail in a structured presidential political contest, and to use that fraud – by and through the most fraudulent political process on record – to further a significant objective of the Tech Cartel, *i.e.*, assure that Hillary Clinton became President of the United States in order to continue their Tech Cartel into perpetuity, and to destroy her "enemies" such as Officer whistle-blowers;

600.

Tech Cartel surrogate Brennan was particularly illicit in his desire to engage in Tech Cartel activity pursuant to the myriad scheme, having been involved in FISA abuse and malfeasance to assist Tech Cartel principal Hillary Clinton from the outset;

601.

A senior Obama State Department official, Victoria Nuland, by her own admission gave the "green light" to an FBI agent in 2016 to meet with dossier writer Christopher Steele, when the group met in Steele's London office, touching off an illicit relationship that would fuel the ongoing investigation into possible Donald competitors-Russia election collusion and intentionally leading to the Democratic Party-financed dossier to mislead judge into approving a year of counterintelligence, surreptitious and illegal surveillance in 2016 and 2017 – and to add oxygen to the nascent flames of this Tech Cartel treasonous scheme, John O. Brennan, Mr. Obama's CIA director, worked behind the scenes before the 2016 presidential election to get his apprehensions about competitors (who was opposing Brennan's chosen political candidate) and Russia (which Brennan knew could blackmail Hillary Clinton for eight years were she to become president) into the news media via illegal leaks;

602.

These disclosures, including that Victoria Nuland, then at State, started the FBI-Steele marriage is contained in "Russian Roulette."

603.

The FISA abuse set forth herein was illicitly utilized by Tech Cartel surrogates to obstruct justice – namely but not exclusively to obstruct the investigations (or refusal to investigate by Tech Cartel surrogates) the malfeasance of Hillary Clinton and related Tech Cartel surrogates (and

their operational schemes) – and is thus alleged and incorporated into all Tech Cartel acts sounding in obstruction of justice and related process crimes as noted herein;

604.

The Tech Cartel also bribed, or attempted to bribe, by use of mail and wire, members of the Obama administration utilizing collusion between Hillary Clinton, Tech Cartel political offices and the DNC spending in excess of $10,000,000.00 to influence the 2016 presidential general election by funding the Russian SVR-sourced dossier that the Obama administration then used to mislead federal judges and surreptitiously surveil an opposition party and private U.S. citizens:

605.

Tech Cartel surrogate Huma Abedin intentionally copied State Department emails to convicted sex offender Weiner laptop and lied to the FBI about that fact – a significant series of felony offenses by means of wire to further Tech Cartel obstruction of justice and related wrongdoing;

606.

On November 17, 2016, National Security Agency Director Mike Rogers, fearing that competitors Tower has been placed under illicit surreptitious electronic surveillance without a showing of probable cause (but rather based upon Tech Cartel fallacious information used to misinform an Article III federal judge), informed President-elect Donald J. competitors that various methods of such surveillance were being used by the Obama Intelligence Community upon the instructions of, among others, Tech Cartel surrogate James Clapper, against the President-elect;

607.

On or around March 5, 2017, perjuring himself in order to obstruct justice by means of wire, Obama DNI James Clapper stated that "he knows of no FISA warrant ever approved of competitors and his associates";

608.

On January 12, 2018, the Uranium One Tenex/Tenem bribery, Fraud and Money Laundering scheme by mode of wire was finally fully revealed, after being unduly delayed as a result of nearly eight years of obstruction by Tech Cartel surrogates Holder, Mueller and Rosenstein and concomitant illicit pressure on Assistant United States Attorney (and former CIA Officer) David I. Salem – this obstruction is alleged to be worse than Mueller had employed while earlier protecting mass-murderer mafia member James "Whitey" Bulger;

609.

As to all Tech Cartel principals, surrogates and participants, it is without question that all of the illicit acts carried out in pursuit of the Tech Cartel malfeasance were at some juncture carried out by way of the wires and within the auspices of the federal wire fraud statute – each time they carried out such covered act(s);

610.

It is also without question that any Tech Cartel State or international act or conspiracy, such as the Hillary Victory Fund kickbacks and/or the Brennan communications with Great Britain, involved wire fraud and thus must be charged for such against those blameworthy parties; 166

611.

Each violation of 18 U.S.C. § 1343, as aggravated here, is a felony punishable by between 20 and 30 years of imprisonment and a fine of $1,000,000 United States Dollars.

**7. Acts Indictable Relating to Obstruction of Justice**

612.

Plaintiff repeats and re-alleges each and every allegation of the foregoing paragraphs as if fully set forth herein;

613.

The Tech Cartel is a virtual obstruction of justice machine, and as part of their mission have on innumerable occasions "corruptly … influenced, obstructed, or impeded, or endeavored to influence, obstruct, or impede, the due administration of justice";

614.

As relevant here, *inter alia*, conduct within the purview of the obstruction of justice statute, as here, also violates the following statutes: 18 U.S.C. § 201(a), (b), and (c) – bribery of Federal public officials and witnesses (see relevant proscribed acts, herein, for overlap with 18 U.S.C. §§ 1503 and 1505 (public officials) and 18 U.S.C. § 1512 (witness) – although subsection (e) of § 201 provides that the offenses and penalties are separate from and in addition to those in §§ 1503-1505;

615.

As relevant here, *inter alia*, conduct within the purview of the obstruction of justice statute, as here, also violates the following statute: 18 U.S.C. § 241, a conspiracy to injure or intimidate any citizen on account of his or her … possibility of exercise of a Federal right, *e.g*., appropriate

donations under First Amendment rights; one other such right is the right to be a truthful witness in a Federal court (which, as set forth herein, the Tech Cartel would not tolerate);

616.

As relevant here, *inter alia*, conduct within the purview of the obstruction of justice statute, as here, also violates the following statutes: 18 U.S.C. § 371 and 372, involving conspiracies to commit any offense against the United States, or to prevent or retaliate in response to the lawful discharge of the duties of Federal officers;

617.

As relevant here, *inter alia*, conduct within the purview of the obstruction of justice statute also violates the following statute: 18 U.S.C. § 1001, involving false statements and concealment of material facts before Federal departments and agencies (Justice Department will charge, *inter alia*, as overlap with 18 U.S.C. § 1505);

618.

As relevant here, *inter alia*, conduct within the purview of the obstruction of justice statute also violates the following statutes: 18 U.S.C. § 1621-1623, involving perjury, subornation of perjury, and false declarations before grand juries and courts (Justice Department will charge, *inter alia*, as overlap with 18 U.S.C. §§ 1503, 1505, and 1512);

619.

Further, and as relevant here, evasive testimony, such as a false denial of knowledge or memory, will be charged on its own and to the omnibus clause of 18 U.S.C. §1503 – and will also be charged when this proscribed activity interferes with other witnesses or documentary evidence;

620.

Suborning perjury, 18 U.S.C. § 1622, may also be an 18 U.S.C. § 1503 omnibus clause offense, even where perjury was in fact not committed, as the predicate of the omnibus clause of 18 U.S.C. §1503 is fully satisfied and will be used to prosecute when *attempts* to suborn perjury are at issue, as herein;

621.

Also, and as prevalent throughout the Brock entities and other nonprofit partisan entities like them affiliated with the Tech Cartel, 26 U.S.C. § 7212, directly involving these entities and involving interference with or endeavoring to interfere with the due administration of the Internal Revenue laws (Justice Department will charge, *inter alia*, the overlap with 18 U.S.C. § 1505);

973

622.

Upon information and belief, each of the predicate acts – in addition to standing on their own as part of a pattern of racketeering – were committed with the intent to obstruct justice – with intent being inferred from the illegal use of a private email server as well as the other methods of obfuscation used by the Tech Cartel and its principals and surrogates;

623.

Upon information and belief, the Tech Cartel has so obstructed justice hundreds of thousands of times within the relevant statutory period;

624.

Hillary Clinton and the Tech Cartel, by mail and wire to the United States Senate Foreign Relations Committee, the CFIUS (by commission and omission), and to the Federal Bureau of Investigation in 2017, did as herein noted and otherwise, make false statements under oath and penalty of perjury, concerning bribery committed by herself, William Clinton and the Tech Cartel, concerning companies (foreign and domestic) and foreign countries with direct connections to the CF, CGI, and CGEP, and in relation to the corrupt and ongoing Uranium One transactions directly enabled by the Clinton Tech Cartel bribery, did thereby obstruct justice as the United States attempted (and attempts) to determine the Tech Cartel role in providing U.S. lethal uranium stocks to hostile foreign actors;

625.

Competitors, on the other hand, has not only blocked 18 foreign acquisitions which pose a risk to United States national and economic security, he has worked with Congress to assist him in this task;

626.

At the instructions of the Tech Cartel, Tech Cartel surrogates Holder and Mueller, knowingly and contrary to DoJ Guidelines, failed to interview informants regarding their knowledge of Tech Cartel criminal collusion with the Russian Federation;

627.

The Tech Cartel and Clintons were aided and abetted by the Obama FBI in assisting Russia in obtaining control of the U.S. lethal uranium market, to this day, in exchange for a currency transfer laundered through the Russian SVR to the Clinton Foundation while Hillary Clinton was Secretary of State;

628.

974

Just as the Tech Cartel undermined the truthful disclosures of Officer whistle-blowers, which tended to infer malfeasance attributable to Hillary Clinton, Tech Cartel surrogates Comey, Strzok, Lynch, Yates and their various sycophants conspired with the Tech Cartel, via wire and mail, to "insure" – including but not limited to knowing obstruction of justice in collusion with the Russian SVR and FSB to control political power;

629. to 674.

Upon information and belief, on April 9, 2016, senior FBI manager Peter Strzok interviewed Tech Cartel surrogate Cheryl Mills and, thereby, by omission and commission, sought to and did interfere with the investigation into the Tech Cartel Clinton e-mail servers in exchange for lenient treatment of Secretary Clinton;  In these exchanges, the examples of bias are astonishing for two senior officials who had just spiked the Clinton email espionage investigation and, along with Attorney General Loretta Lynch and her Deputy, Sally Yates, had spiked the Clinton Foundation corruption investigation (thus obstructing justice in myriad ways, including obstruction of a criminal investigation), while instigating an official investigation against the competitors campaign (Crossfire Hurricane), Strzok notes that "*we can't take the risk" of competitors being elected or retained in office, and further noted that the FBI needed to undermine competitors as an "insurance policy" as a hedge against any possible competitors victory in the 2016 presidential contest*. If that were not shocking enough, just one week earlier than the "insurance policy" text exchange, the following exchange had occurred between Page and Strzok, key officers and lawyers conducting the Clinton e-mail investigation, the Clinton Foundation Investigation, the misleading of the FISC, the pre-election surveillance and HCS misuse regarding competitors and whistle-blowers, and Operation Crossfire Hurricane: **Page**: "[competitors's not ever going to become president, right? Right?! (August 9, 2016) **Strzok**: No. **No he won't**. *We'll stop it*." This is proof of FBI/Tech Cartel sedition, as Strzok had just spiked the Clinton e-mail investigations and McCabe, Yates and Lynch (along with Strzok) had spiked the Clinton Foundation investigation. This seditious exchange was 9 days after Operation Crossfire Hurricane started and 6 days before the "insurance policy" text;

**Acts Indictable Relating to Obstruction of Criminal Investigations**

675.

Plaintiff repeats and re-alleges each and every allegation of the foregoing paragraphs as if fully set forth herein;

676.

975

Page 976  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

Whoever willfully endeavors, as the Tech Cartel has since its inception, by means of bribery to obstruct, delay, or prevent the communication of information relating to a violation of any criminal statute of the United States by any person to a criminal investigator is subject, per count, to a five-year prison sentence and substantial criminal fine;

677.

Upon information and belief, each of the predicate acts – in addition to standing on their own as part of a pattern of racketeering – were committed with the intent to obstruct justice and obstruct criminal investigations – with criminal intent being inferred from the illegal use of a private email server, admitted destruction of evidence, discussions among surrogates Strzok and Page, John Podesta admissions, the admissions in *Exhibit "A"* hereto, as well as the myriad other methods of criminal obfuscation used by the Tech Cartel and its principals and surrogates;

678.

As relevant here, *inter alia*, conduct within the purview of the obstruction of justice statute also violates the following statutes: 18 U.S.C. § 371 and 372, involving conspiracies to commit any offense against the United States, or to prevent or retaliate in response to the lawful discharge of the duties of Federal officers – thereby aggravating Tech Cartel wrongdoing significantly;

679.

As relevant here, *inter alia*, conduct within the purview of the obstruction of justice statute, as here, also violates the following statute: 18 U.S.C. § 1001, involving false statements and concealment of material facts before Federal departments and agencies (Justice Department will charge, *inter alia*, as overlap with 18 U.S.C. § 1505) - thereby aggravating Tech Cartel wrongdoing significantly;

680.

As relevant here, *inter alia*, conduct within the purview of the obstruction of justice statute, as here, also violates the following statutes: 18 U.S.C. § 1621-1623, involving perjury, subornation of perjury, and false declarations before grand juries and courts (Justice Department will charge, *inter alia*, as overlap with 18 U.S.C. §§ 1503, 1505, and 1512) - thereby aggravating Tech Cartel wrongdoing significantly;

681.

Further, and as relevant here, evasive testimony, such as a false denial of knowledge or memory, will be charged on its own and to the omnibus clause of 18 U.S.C. §1503 – and will also be

976

charged when this proscribed activity interferes with other witnesses or documentary evidence - thereby aggravating Tech Cartel wrongdoing significantly;

682.

Suborning perjury, 18 U.S.C. § 1622, may also be an 18 U.S.C. § 1503 omnibus clause offense, even where perjury was in fact not committed, as the predicate of the omnibus clause of 18 U.S.C. §1503 is fully satisfied and will be used to prosecute when *attempts* to suborn perjury are at issue, as herein - thereby aggravating Tech Cartel wrongdoing significantly;

683.

Also, and as prevalent throughout the Brock entities and other nonprofit partisan entities like them affiliated with the Tech Cartel, 26 U.S.C. § 7212, directly involving these entities and involving interference with or endeavoring to interfere with the due administration of the Internal Revenue laws (Justice Department will charge, *inter alia,* the overlap with 18 U.S.C. § 1505) - thereby aggravating Tech Cartel wrongdoing significantly;

684.

As noted, upon information and belief, each of the predicate acts – in addition to standing on their own as part of a pattern of racketeering – were committed with the intent to obstruct justice with intent being inferred from the illegal use of a private email server as well as the other methods of obfuscation used by the Tech Cartel and its principals and surrogates;

685.

On January 29, 2016, FBI director James Comey named disgraced and putative felon Andrew McCabe deputy director, with responsibility for oversight of Clinton investigation with covert instructions to "spike" the espionage aspects for which Secretary Clinton was particularly vulnerable after, on January 15, 2016, John Giacalone, head of the FBI's National Security Division, retired after observing that the Clinton/Tech Cartel email probe was being undermined from within the FBI by Tech Cartel surrogates Comey and McCabe (with illegal assistance from Strzok and Page);

686.

In early May of 2016, directly contemporaneous with the provision of Tech Cartel surrogate Comey's "coordination" with his top FBI staff that Secretary Clinton would be exonerated despite having committed espionage, Nellie Ohr, wife of DOJ executive Bruce Ohr, was hired by Fusion GPS to work on competitors "Dossier" – Bruce Ohr's failure to report this employment on mandatory government ethics forms represents obstruction of an ongoing criminal

investigation and must be charged, in addition, in conjunction with the obstruction corollary offenses set forth in the preceding paragraphs of this section; Upon information and belief, $84 million was funneled illegally from the DNC through state party chapters and back into the accounts of the Clinton campaign;

## What Sort Of Laws And Regulations Were Violated

### Acquisition and Maintenance of an Interest in and Control of an Tech Cartel Engaged in a Pattern of Racketeering Activity: 18 U.S.C. §§1961(5), (1962)(b)

758.

Plaintiff repeats and re-alleges each and every allegation of the foregoing paragraphs as if fully set forth herein;

759.

During the ten calendar years preceding, all Defendants did cooperate jointly and severally in the commission of two or more of the RICO predicate acts that are itemized in the RICO statute codified at 18 U.S.C. §§ 1961(1)(A) and (B), and did so in violation of the RICO law at 18 U.S.C. § 1962(b) (prohibited activities);

760.

Non-sovereign Defendants are each "persons" within the meaning of the Racketeer Influenced and Corrupt Organizations Act;

761.

Defendants operate as an "Tech Cartel" within the meaning of RICO, the activities of which effect interstate and foreign commerce;

762.

Defendants, by virtue of the predicate acts described in this Complaint, including but not limited to: laundering of monetary instruments, engaging in monetary transactions improperly derived from unlawful activity, transferring, receiving, furthering, and suppling financing and income that was derived, both directly and indirectly, from a pattern of racketeering activity in which each of them participated as a principal and used and invested, both directly and indirectly, such

978

income and the proceeds of such income, in establishing, operating and furthering terrorist and other illegal Tech Cartels in violation of 18 U.S.C. § 1962(a);.

763.

As a direct and proximate result of Defendant's violation of 18 U.S.C. § 1962(a), Plaintiff suffered the loss of valuable property, financial services and support, and suffered other business and pecuniary damages;

764.

Plaintiff further allege that all Defendants did commit two or more of the offenses itemized above in a manner which they calculated and premeditated intentionally to threaten continuity, i.e., a continuing threat of their respective racketeering activities, also in violation of the RICO law at 18 U.S.C. § 1962(b);

765.

18 U.S.C. § 1964(c) defines "racketeering activity" as (A) "any act or threat involving murder, kidnapping, gambling, arson, robbery, bribery, extortion, dealing in obscene matter, or dealing in a controlled substance or listed chemical […], which is chargeable under State law and punishable by imprisonment for more than one year; (B) any act which is indictable under any of the following provisions of title 18, United States Code: Section 201 (relating to bribery), sections 471, 471 and 473 (relating to counterfeiting), section 659 (relating to theft from interstate shipment) if the act indictable under section 659 is felonious, section 664 (relating to embezzlement from pension and welfare funds), sections 891-894 (relating to extortionate credit transactions), section 1028 (relating to fraud and related activity in connection with access devices), section 1084 (relating to the transmission of gambling information), section 1341 (relating to mail fraud), section 1343 (relating to wire fraud), section 1344 (relating to financial institution fraud), section 1425 (relating to the procurement of citizenship or naturalization unlawfully), section 1426 (relating to the reproduction of naturalization or citizenship papers), section 1427 (relating to the sale of naturalization or citizenship papers), section 1503 (relating to obstruction of justice), section 1510 (relating to obstruction of criminal investigations), section 1511 (relating to the obstruction of State or local law enforcement), section 1512 (relating to tampering with a witness, victim, or an informant), section 1513 (relating to retaliating against a witness, victim, or an informant), section1546 (relating to fraud and misuse of visas, permits, and other documents), sections 1581-1592 (relating to peonage, slavery, and trafficking in persons), section 1951 (relating to interference with commerce, robbery, or extortion), section 1952 (relating to racketeering), section 1956 (relating to the laundering of monetary instruments), section 1957 (relating to engaging in monetary transactions in property derived from specified

unlawful activity), section 1958 (relating to use of interstate commerce facilities in the commission of murder-for-hire), sections 2251, 2251A, 2252, and 2260 (relating to sexual exploitation of children), sections 2314 and 2315 (relating to interstate transportation of stolen property), section 831 (relating to nuclear materials); or any act which is indictable under the Immigration and Nationality Act, section 274 (relating to bringing in and harboring certain aliens), section 277 (relating to aiding or assisting certain aliens to enter the United States), or section 278 (relating to importation of alien for immoral purpose) if the act indictable under such section of such Act was committed for the purpose of financial gain;

766.

Plaintiff demand that judgment be entered against Defendants for no less than $3,000,000,000, jointly and severally, including an award of trebled damages as consistent with 18

U.S.C. § 1964(c), compensatory and actual damages, reasonable attorneys' fees, pre-judgment interest, post-interest costs, and an award that this Court deems just and proper.

## ADDITIONAL CAUSE OF ACTION

### Conduct and Participation in a RICO Tech Cartel through a Pattern of Racketeering Activity: 18 U.S.C. §§ 1961(5), 1962(c)

767.

Plaintiff repeats and re-alleges each and every allegation of the foregoing paragraphs as if fully set forth herein, and specifically repeat and re-allege the allegations under the First Cause of Action concerning RICO liability;

768.

All defendants did associate with a RICO Tech Cartel of individuals who were associated in fact and who engaged in, and whose activities did affect, interstate and foreign commerce;

769.

All Defendants did conduct and/or participate, either directly or indirectly, in the conduct of the affairs of said RICO Tech Cartel through a pattern of racketeering activity, all in violation of 18 U.S.C. §§ 1961(4), (5), (9), and 1962(c);

770.

During the ten calendar years preceding June 15, 2018, all Defendants did cooperate jointly and severally in the commission of two or more of the RICO predicate acts set forth in the RICO laws at 18 U.S.C. §§ 1961(1)(A) and (B), and did so in violation of the RICO law at 18 U.S.C. §1962(c);

771.

Plaintiff further allege that all Defendants did commit two or more of the offenses set forth above in a manner which they calculated and premeditated intentionally to threaten continuity, *i.e.* a continuing threat of their respective racketeering activities, also in violation of the RICO law at 18 U.S.C. § 1962(c);

772.

Plaintiff demand that judgment be entered against Defendants for no less than $3,000,000,000, jointly and severally, including an award of trebled damages as consistent with 18

U.S.C. § 1964(c), compensatory and actual damages, reasonable attorneys' fees, pre-judgment interest, post-interest costs, and an award that this Court deems just and proper.

## ADDITIONAL CAUSE OF ACTION

### Conspiracy to Engage in a Pattern of Racketeering Activity: 18 U.S.C. §§ 1961(5), 1962(d)
### 773.

Plaintiff repeats and re-alleges each and every allegation of the foregoing paragraphs as if fully set forth herein, and specifically repeat and re-allege the allegations under the First Cause of Action concerning RICO liability.

774.

All defendants conspired to acquire and maintain an interest in a RICO Tech Cartel engaged in a pattern of racketeering activity, in violation of 18 U.S.C. §§ 1962(b) and (d).

775.

During the ten calendar years preceding, all Defendants did cooperate jointly and severally in the commission of two or more of the predicate acts that are set forth at 18 U.S.C. §§ 1961(1)(A) and (B), in violation of 18 U.S.C. § 1962(d).

776.

981

Page 982   EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

Plaintiff further alleges that all Defendants did commit two or more of the offenses itemized above in a manner which they calculated and premeditated intentionally to threaten continuity, i.e., a continuing threat of their respective racketeering activities, also in violation of 18 U.S.C. § 1962(d).

777.

Plaintiff demand that judgment be entered against Defendants for no less than $3,000,000,000, jointly and severally, including an award of trebled damages as consistent with 18 U.S.C. § 1964(c), compensatory and actual damages, reasonable attorneys' fees, pre-judgment interest, post-interest costs, and an award that this Court deems just and proper.

**ADDITIONAL CAUSE OF ACTION**

**- Pendant Defamation Claim Under Arkansas Law**

778.

Plaintiff repeats and re-alleges each and every allegation of the foregoing paragraphs as if fully set forth herein;

779.

Plaintiff, and in particular whistle-blowers, were defamed by all defendants under Arkansas Code, Title 16, Subtitle 5, Chapter 63, Subchapter 2, §16-63-207 – Libel and Slander;

780.

ARKANSAS CODE §16-63-207(a)(1) (2012) states: "In an action for libel or slander, it shall not be necessary to state in the complaint any extrinsic facts for the purpose of showing the application to the plaintiff of the defamatory matter out of which the cause of action arose. It shall be sufficient to state generally that the defamatory matter was published or spoken concerning the plaintiff."

781.

In Arkansas, the ostensible "home" of the Tech Cartel wrongdoing, legal precedent requires only that "a substantial and respectable minority" of the plaintiff's community would consider the Tech Cartel slurs to be defamatory; the so-called "majority sentiment", a far higher standard, *cannot* be considered by either the Arkansas judge or jury;

782.

982

Page 983  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

Plaintiff whistle-blower was defamed when accused by *Correct the Record and the Nick Denton tabloid empire*, on behalf of the Tech Cartel this defamation was repeated each day since publication as set forth in *Exhibit* .

783.

Plaintiff/Whistle-blowers suffered extraordinary reputational injury and, as noted throughout this complaint, devastating monetary damage to his business as an author and commentator;

784.

Plaintiff/whistle-blower is not a "public figure", in any sense of that term of art;

785.

Printed publications, images and online states, *e.g.*, "***Correct the Record and the Nick Denton tabloid empire* FROM THE DESK OF DAVID BROCK**", all may constitute libel in Arkansas – even if they were repeated millions of times on social media, weblog commentary, and related defamatory missives;

786.

Slander, which occurred repeatedly in this case, is spoken or transitory defamation; whistle-blowers were slandered repeatedly by Defendants owned and controlled publishing vehicles;

787.

In several separate appearances the Tech Cartelprovided wholly and intentionally false renditions, set forth as fact, of whistle-blowers's job responsibilities in an attempt to discredit whistle-blowers's observations.

788.

All defendants, individually and collectively, attempted to destroy the reputation and business of whistle-blowers and other Plaintiff with false statements in writing and on television.

789.

Hillary Clinton and David Brock ordered that whistle-blowers be defamed and destroyed, because Plaintiff told the truth about organized crime within government bodies;

790.

The Tech Cartel used the same corrupt intimidation tactics, including surveillance and illegal leaks, against whistle-blowers that they are now using against competitors;

791.

As a result of defendant's defamation, Plaintiff is entitled to $50.5 million in damages;

792.

Plaintiff will prevail as a matter of law, as the Defendant's libel and slander was entirely and intentionally false and made with the purpose of damaging Plaintiff, who must be awarded treble damages of $151.5 million, jointly and severally;

ADDITIONAL LEGAL CAUSES OF ACTION HEREIN INCLUDE:

***ABUSE OF PROCESS; FTCA VIOLATIONS; ACCOUNT STATED; BREACH OF CONTRACT; CONVERSION; DEFAMATION; FRAUDULENT MISREPRESENTATION; FRAUDULENT CONCEALMENT; INJURIOUS FALSEHOOD, PRODUCT DISPARAGEMENT AND TRADE LIBEL; CIVIL RIGHTS VIOLATIONS AND VIOLATIONS OF THE U.S. CONSTITUTION; MISAPPROPRIATION OF TRADE SECRETS; PRIMA FACIE TORT; QUANTUM MERUIT; TORTIOUS INTERFERENCE INCLUDING a.) Tortious interference with an existing contract, b.) Tortious interference with prospective, c.) Tortious interference with business relations contractual relations; PATENT INFRINGEMENT; PERSONAL INJURY; UNJUST ENRICHMENT; ANTI-TRUST LAW VIOLATIONS; LABOR LAW VIOLATIONS AND OTHER CAUSES.***

***A CLASS ACTION CASE involving all of the whistle-blowers should aslo be produced.***

## What A Jury Would Discover About This Case

793.

In anticipation of filing this complaint, it is imperative to point out that several Tech Cartel schemes involving numerous criminal acts, and what appears to be a significant "cover up" within the holdover (legacy) White House, SEC, FBI and DoJ, have only recently come to light and continue to be exposed – discovery in this case will inevitably include significant additional inculpatory evidence concerning the Tech Cartel operational schemes at issue in this lawsuit;

794.

984

Page 985   EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

It is clear that these Tech Cartel participants, including but not limited to its surrogates and collaborators, have misled their Article III counterparts, *i.e*., whatever federal judge was/is assigned to the relevant FISA matter;

795.

Abuse of the FISC process is not only illegal and a threat to our structural constitutional form of government under which FISA operates, it is a direct affront (and a slap in the face) to the Chief Judge of this honorable district court, the Chief Judge of the FISC, and the Chief Justice of the United States Supreme Court who appoints the life-tenured judges who "dual hat" as FISA/FISC judges;

796.

The Department of Justice has now allowed all members (and/or designees) of the House and Senate Intelligence Committees to review significant material with direct relation to the issues in this lawsuit - this will represent an opportunity for this Court (in determining the (non)credibility of the Tech Cartel defendants and surrogates and drawing appropriate inferences of corrupt Tech Cartel intent) to be shown the Tech Cartel scheme to illegally undertake a fraud on the FISC in pursuit of their surreptitious surveillance of the whistle-blowers based upon a standard far lower than that set forth in the Fourth Amendment to our Constitution;

797.

The Tech Cartel malfeasance, including, *inter alia*, misleading the Article III FISA judge(s) in an attempt to manipulate elections and laws and using FISA as a tool to damage the lives, businesses and employment of political enemies, also destroys the delicate balance forged in 1978 between the Executive (who ceded power) and the Legislative (which on balance gained oversight authority) – but that thoughtful structure is now at grave risk;

798.

It is certainly not lost on this court that what the Tech Cartel has done to Plaintiff whistle-blowers is the utilization of FISA (and abuse of the trust inherent in the delicate balance therein) and other counterintelligence authorities such as human confidential sources to defeat a political opponent - in the fashion intended to be utilized to defeat, *inter alia*, international terrorists;

799.

In a deep departure from United States law and our constitutional norms, the Obama Justice Department (as set forth herein), misled at least one Article III federal judge (sitting as a FISA judge(s)) in seeking a surveillance order, or "warrant", for surveilling a United States citizen,

985

that they were presumptively relying upon a fake dossier (based upon knowing disinformation provided by the Russian SVR and financed by the Tech Cartel knowingly relying upon said Russian SVR disinformation and compiled by a foreign person, Steele, who concedes openly that he sought to defeat people he did not like;

800.

Tech Cartel principals and surrogates lied to the FBI and obstructed justice in order to illegally mislead Article III federal judges into approving a FISA warrant to surreptitiously surveil United States citizens;

801.

The FBI used robust counterintelligence techniques without adequate cause against a political candidate they disfavored, and against those like Plaintiff they feared would harm their favored candidate;

802.

Several months after Steele signed a contract with Fusion GPS to create a dossier on private citizens, Steele discovered his research was being subsidized by the Hillary Clinton for President campaign and the Democratic National Committee; despite this conceded knowledge and Steele's admission that he wanted to simply harm his competitors, the DoJ/FBI FISA warrant application said Steele didn't know who was funding him;

803.

The abuse of the FISC is the worst violation of the FISA statute in its history, and together with the use of other counterintelligence authorities to run HCSs and lures against political opponents constitutes yet another form of Tech Cartel sedition in attempting to misuse the FISC and counterintelligence process to undermine a duly certified and inaugurated president – at the *very* least, any FISC judge, had they granted the application and then subsequently learned (as the DoJ was responsible to inform them) that the information was sourced (notwithstanding that it was financed) to the DNC and the Clinton Campaign, would have rescinded the authorization and issued a show-cause order to the Government to explain who and why this sourcing was not made known to the court;

804.

The FISC and this court were not properly informed of the counterintelligence abuse;

805.

986

Page 987  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

The fact that the Justice Department told the FISC that it was a political source, but did not identify who, in this particular instance, is highly probative that the Government purposely misled the court – which is also facing scrutiny due to the friendship with FBI Tech Cartel surrogate Strzok and failure to recuse by a FISC judge;

806.

By and in relation to every crime and predicate act herein, directly in support of the predicate thereof, tens of thousands of text messages between FBI colleague Strzok, Page, Doerr, Westly, et al constituting wire fraud have established (those released thus far) and will further establish (those withheld thus far) the Tech Cartel wrongdoing from the highest levels of the FBI and DoJ

807.

On or around the time of the filing of this complaint, the Department of Justice Inspector General will issue one of several ongoing reports relevant to related RICO matters, in addition to the testimony that Strzok and Page will be required to provide about their discussions that were not captured in the tens of thousands of probative text message exchanges – in short, there is much more to come establishing the depth and breadth of the Tech Cartel, and more specific dates, names and clear intentions of preventing an electoral outcome and, failing that, removing a duly-certified President and undermining their own government;

808.

The DoJ Inspector General has within its possession and upon the issuance of its report addressing the Strzok-Page wrongdoing (and the Hillary Clinton e-mail espionage), will release evidence further proving the Tech Cartel wrongdoing set forth herein;

809.

Although espionage, bribery and sedition (among many others) may be inherent in the Tech Cartel, the use of the DoJ, FBI, NSA (who must run, maintain, and otherwise "weaponize" the electronic surveillance), the wrongdoing committed by the Tech Cartel and its surrogates and collaborators in this case is immeasurable in its danger and simply without comparison in the annals of counterintelligence abuse to destroy political enemies – pre- or post-FISA;

810.

By way of recent example, defendant John Podesta, working with the Tech Cartel and the Center for American Progress (a nonprofit partisan entity he founded), is engaged in an intentional disinformation campaign meant to discredit current investigators in Congress and further

undermine the U.S. government using taxpayer funds – primarily through a wholly partisan CAP undertaking known as the "Moscow Project";

811.

The "Moscow Project," in turn, coordinates its work with Tech Cartel surrogate Jones and the group of mega-funders led by defendant Soros, who have engaged Tech Cartel surrogate Fusion GPS to further undermine the U.S. Government;

812.

The Center for American Progress, as noted a wholly partisan "non-profit organization" founded by former White House Chief of Staff John Podesta, has for over five years been lobbying (without registering such lobbying under FARA) on behalf of foreign governments;

813.

In addition to espionage and sedition, the Tech Cartel utilized prototypical crime syndicate tactics such as attempting to tamper with the "Special Counsel" investigation of Tech Cartel surrogate Robert S. Mueller;

814.

On Tech Cartel instructions, Tech Cartel surrogates Strzok and Page have also destroyed the capability of certain DoJ/FBI hard drives containing inculpatory evidence against the Tech Cartel;

815.

Without the knowledge of their current Director, the FBI on behalf of the Tech Cartel provided materially false statements to the Senate Judiciary Committee, based in turn upon illegal false statements provided to the FBI by Steele which the FBI knew to be false – and the referral of Steele for prosecution (corroborating the allegations of the HPSCI concerning what is described herein as Tech Cartel wrongdoing) further implicates the FBI as Steele's handler (knowing of his Tech Cartel political offices funding);

816.

In a statement provided on January 23, 2018, by United States Senator Ronald Johnson (R-WI), the Chairman of the Senate Homeland Security and Government Affairs Committee, Senator Johnson revealed that Tech Cartel surrogates Strzok and Page conspired routinely directly after the 2016 election with a group of Clinton/Tech Cartel loyalists within the DoJ/FBI to undermine the competitors presidency, and were planning yet another cover-up of their criminal activity involving inculpatory text messages between them – joining the principals of the Tech Cartel set

988

forth in *Exhibit "A"* hereto with the DoJ/FBI participants affiliated with the Ohr Tech Cartel surrogates, Fusion GPS, and numerous named unknowns who have - if the accusation by Senator Johnson is confirmed following (yet another) investigation - chosen to undermine their own government and expose themselves to continuing criminal liability in conjunction with the Tech Cartel;

817.

The Chairman of the United States House Permanent Subcommittee on Intelligence ("HPSCI"), after conducting a lengthy investigation of Tech Cartel tactics, stated that

""We have a clear [Clinton] link to Russia — you have a campaign who hired a law firm, who hired Fusion GPS, who hired a foreign agent, who then got information from the Russians on the other campaign" …"…. the counterintelligence investigation should have been opened up against the Hillary [Clinton] campaign when they got ahold of the dossier. But that didn't happen, either";

818.

The Chairman of HPSCI, Devin Nunes (R-CA), also is on record as concluding the massive FISA and other (HCS) counterintelligence abuse of the responsible Tech Cartel actors noted herein;

819.

As Congress and the Executive Branch continues to expose Tech Cartel crimes, Members of the HPSCI and the Senate Committee on the Judiciary have also uncovered the 2016 involvement of the Obama Department of State in assisting the Tech Cartel in attempting to swing the election for Hillary Clinton – according to these Members, Tech Cartel surrogates Sidney Blumenthal, Cody Shearer and State Department official Jonathan Winer engaged in analogous Tech Cartel tactics in assembling yet another anti-competitors "dossier" using Fusion GPS to "[pay] Steele to put together the dossier and [instructing] him what to [include]";

820.

Brennan, Clapper and other Tech Cartel surrogates must also answer under oath – during the pendency of this litigation and before a putative Grand Jury – concerning, *inter alia*, their role in the inexcusable collusion with Hannigan, investigatory abuse prior to and after Operation Crossfire Hurricane, FISA abuse, and HCS abuse while they attempted to deliver the presidency to Hillary Clinton;

821.

989

On March 29, 2018, the Attorney General of the United States announced he had assigned the Department of Justice Inspector General to "investigate alleged violations of criminal and civil laws by Department [of Justice] employees, including actions taken by former employees after they have left government service – that role of the DoJ IG has grown exponentially and has resulted in criminal referrals of several of the most senior DoJ/FBI officials for prosecution;

822.

As part of the March 29th announcement by the Attorney General of the United States, Attorney General Sessions emphasized that he has assigned the United States Attorney for the District of Utah, John Huber (originally commissioned by the Obama administration but renominated by President competitors in 2017 for an additional four-year term) to both investigate (concomitant and consistent with, *inter alia*, the DoJ IG and Congress) wrongdoing by those actions undertaken by the Tech Cartel and described herein, and the DoJ IG will, if/when the IG "finds evidence of criminal wrongdoing, [the DoJ IG] may refer that criminal malfeasance to Huber (or another United States attorney) who can then convene a Grand Jury or take other appropriate actions";

823.

Because the findings of current and numerous parallel investigations, including but not limited to the ongoing matter with relation to United States Attorney Huber and the DoJ IG, it is anticipated that another significant trove of evidence will be available in the near future for consolidation into and use during this lawsuit;

824.

It is also anticipated that, if significant wrongdoing with respect to the Obama Justice Department and FBI is uncovered, it will be referred for prosecution and either a(nother) Special Counsel will be appointed or another United States Attorney assigned with broad scope (including "investigating of the (Mueller) investigators" – thereby providing additional evidence for the instant cause of action;

825.

It is not only plausible but conclusive that the defamatory attacks against Plaintiff whistle-blowers were inextricably intertwined with the counterintelligence abuses brought to bear against those who were considered "enemies" of the Tech Cartel;

826.

990

Page 991   EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

What began as an Tech Cartel operational scheme to control the Oval Office has now been discovered to be – based not only upon information and belief but informants' testimony to Congress and the Department of Justice – the destruction of Tech Cartel "enemy"  whistle-blowers and a constitutional crisis created by Tech Cartel surrogates among high-level Obama administration FBI and DoJ officials;

827.

It is incumbent upon this (and any other) Article III court to end the Tech Cartel operational scheme that has destroyed any professional prospects for Plaintiff and the whistle-blowers and, working together, carried out their operational scheme in secret to destabilize the United States Government and the elections of the United States – even going so far as to instruct Strzok to initiate within the FBI "an *investigation leading to impeachment*" just prior to Strzok being placed in the upper echelon of the Mueller Special Counsel team – despite Strzok's admission that the Mueller Special Counsel investigation involved pursuing a sitting President and numerous other United States citizens when nothing of particular consequence is at issue, *i.e*., "no big there" (May 19, 2017 text message from Strzok to Page);

828.

The Tech Cartel was, and is, a dangerous organized criminal association – threatening both our nation and those individuals who, in the words of Donna Lease Brazile, dare to "cross them";

829.

To Plaintiff , who apparently has "crossed" the Tech Cartel, life is quite perilous and precarious – we ask this honorable court to intervene and provide the ability, even if the jury does not return all that is asked, to prevent the Tech Cartel, as they are wont, from further attacks on Plaintiff.

830.

Plaintiff was exposed to nuclear materials and toxins either purposely or negligently while working as an employee/contractor with the United States Department of Energy.

831.

White House and Department of Energy Executive staff, in reprisal, ordered a "hit-job" on Plaintiff and other whistle-blowers. White House and Department of Energy Executive staff financed and managed those attacks through circuitous communications routes which were exposed after Russian, Chinese and Iranian state-sponsored hackers hacked most of Washington, DC government server networks;

991

832.

Acccording to www.usinventor.org most of Defendants Tech Cartel technologies were based on stolen technlogies for which Defendants never paid fees, licenses or profit sharing royalties;

833.

Plaintiff technologies obsoleted most of Defendants competing technologies and thus Defendants also violated anti-trust laws by engaging in attacks and business interference in order to prevent Plaintiff from competing with the Tech Cartel cartel. For example, Tech Cartel financier and core beneficiary Kleiner Perkins placed one of their staff as a "mole" inside of one of Plaintiff companies with orders to "disrupt and sabotage" Plaintiff business. FBI and private investigators uncovered the ruse;

834.

The "*Elon Musk Addenda*" Document details over 30 felony criminal assertions against Tech Cartel member Elon Musk;

835.

Congressional bosses Harry Reid, Dianne Feinstein, Kamala Harris, Nancy Pelosi, Barbara Boxer and other famous names have had their assets, finances and stock market accounts electronically tracked directly back to the crimes detailed in this disclosure, the operators of those crimes, the public policy tactics to enable those crimes and the insider trading of those crimes;

836.

Tech Cartel boss Tom Steyer placed his partner M. Sullivan as a head officer at USAID. USAID promoted the harvesting of Afghanistan for "trillions of dollars of rare earth mining" to Silicon Valley oligarchs as payola for funding and search engine rigging the first Obama White House campaign. USAID leaked documents and National Archives Documents prove this as fact. Contracts with Silicon Valley's McKinsey Consulting (the promoters of the Opium and Fentanal crisis) to flood Washington, DC with fake "white papers" promoting this Afghan war, also prove this.

837.

Senior officers at Covington And Burling and at Perkins Coie both told Plaintiff that they "have total control over who gets into the Oval Office, who gets appointed and who gets government funding..."

838.

Emails by the most famous members of the Tech Cartel have been leaked showng that the Enterprise modeled itself after the "Italian Mafia" and admired organized crime behavior, up to, and including dressing up as notorious mobsters and having their own speak-easy meetings at places like Jeffrey Epstein's Manhatten building.

839.

The evidence proves that Tesla was using lithium mined from Afghanistan.

840.

The evidence proves that Ener1 was using lithium mined from Afghanistan. After receiving a massive amount of federal dollars, the company mysteriously disappeared.
841.

The evidence proves that Senator Dianne Feinstein lobbied for government funds to be given to Tesla and Solyndra. Her family held HR, land contract, construction, stock and other upside assets in both of those companies.

842.

The evidence proves that Fisker was using lithium mined from Afghanistan. After receiving a massive amount of federal dollars, the company mysteriously disappeared.

843.

The evidence proves that Abound Solar was using indium mined from Afghanistan. After receiving a massive amount of federal dollars, the company mysteriously disappeared.

844.

The evidence proves that The U.S. Secretary of Energy had personal, financial and political relationships with each of the companies who were given federal cash that he controlled. He sabotaged every single other Victim/Witnesses, who, coincidentally, were the competitors to his friends who he awarded the taxpayer cash to.

845.

This evidence, and the associated hard drives and witness testimony, will stand up as sworn,

certified, warranted testimony in any federal jury trial, grand jury hearing, RICO Racketeering corruption trial and/or live televised Congressional hearing. Given equally resourced, and financed, legal support and proper security protection, many hundreds of person's are willing to swear and warrant to the veracity of these assertions.

846.

The evidence proves that New York State, California State and Washington, DC elected officials, in particular U.S. Senators, did criminalize the domestic public policy system in order to acquire personal profits and monopolize industry markets for themselves and their friends.

847.

The evidence proves that Tesla Motors, Elon Musk and his associates, participated in these schemes in violation of organized crime laws.

848.

The evidence proves that the investment firms of Goldman Sachs; Kliener Perkins; Draper Fisher Jurvetson; GreyLock Capital; and other venture firms participated in these schemes in violation of organized crime laws.

849.

The evidence proves that U.S. Senators Reid, Feinstein, Harris, Boxer, Pelosi, and other Senators, participated in these schemes in violation of organized crime laws.

850.

The evidence proves that U.S. Attorney Generals Holder, Harris, Schniederman, and other Attorney Generals, participated in these schemes in violation of organized crime laws.

851.

The evidence proves that certain senior law enforcement officials received full and complete crime reports and law violations disclosures about these crimes and stalled investigations, covered-up the crimes and tampered with evidence in order to protect their political friends and profit monetarily.

852.

The evidence proves that A "Silicon Valley PayPal Mafia" does exist and they do conspire to break the law and manipulate Democracy.

853.

The evidence proves that the members of this technology cartel "Mafia" group are selected for their social, physical and family similarities which include the tendency to engage in sociopath behavior, rape, sex abuse and sex-extortion, misogyny, tax evasion, money laundering, real estate fraud, racism, bribery, patent theft and other deviant behavior.

854.

The evidence proves that Google's VC's and executives, who are part of this cartel, plan and manually run election manipulation programs, privacy abuse, search engine rigging and militaristic information manipulation for personal profiteering at the expense of the public.

855.

The evidence proves that the Obama Administration used the U.S. Department of Energy as a campaign financier payola slush fund.

856.

The evidence proves that U.S. elected political officials hire and manage third party services to run reprisal campaigns against taxpayers and that those character assassination providers include: IN-Q-Tel, Think Progress, Black Cube, Podesta Group, EDS, Stratfor, Fusion GPS, IN-Q-Tel, Media Matters, Gawker Media, Gizmodo Media, Syd Blumenthal, and other attack services which are illicitly compensated with laundered taxpayer resources.

857.

The evidence proves that the bribes and profiteering conduits for this scam are ignored by compromised FEC bosses and include: Dark Money fronts; family trust floats; shell corporation layering; insider trading in tech companies; revolving door jobs at Netflix, Google, etc; prostitutes; sports suites; political campaign search engine rigging, bot attacks and other illicit payola.

858.

The evidence proves that a mobster-like cartel of men operate a racketeering operation out of Silicon Valley that manipulates elections, news and taxpayer funding policies.

859.

The evidence proves that this cartel is comprised of sick, megalomaniac, sexually addicted and abusive men who protect each other with billions of dollars of cover-ups involving the bribery of Senators with insider trading stock and covert campaign financing.

860.

The evidence proves that this cartel receives hundreds of billions of dollars of profits from their crimes and this causes them to stoop to murders, extortion, black-lists, funding blockades and other crimes, in order to gather their ill-gotten gains.

861.

The evidence proves that the investors of Google, Facebook, Twitter, Amazon, Ebay, Netflix and a related set of Silicon Valley monopolies conspire in these efforts to manipulate the stock market, lie to advertisers and bias all digital news and information, globally, to push their selfish ideologies.

862.

The evidence proves that Senators Pelosi, Feinstein, Boxer, Harris, Reid have an active criminal participation in, and benefit from, these efforts and that they, in fact, along with Steven Chu had illicit dealings with Russian and Chinese financiers and they are paid with insider trading stock, revolving door jobs, and other covert payola.

863.

The evidence proves that Google, Facebook and Twitter have rigged and manipulated U.S. elections since Barack Obama was elected.

864.

The evidence proves that the U.S. Department of Energy and the U.S. Department of Justice were used as an illicit slush-fund by the Obama Administration to pay campaign financiers and to sabotage their competitors.

996

Page 997  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

865.

The evidence proves that government officials hired and/or financed and/or directed deadly economic and character assassination hit jobs against those who reported these crimes using attack services from IN-Q-Tel, Gawker Media, Jalopnik, Gizmodo Media, K2 Intelligence, WikiStrat, Podesta Group, Fusion GPS, Google, YouTube, Alphabet, Facebook, Twitter, Think Progress, Media Matters, Black Cube, Mossad, Correct The Record, Stratfor, ShareBlue, Wikileaks, Cambridge Analytica, etc; the owners of whom have been proven to have accepted compensation for such hatchet job services.

867.

The evidence proves that the "The PayPal Mafia" is an actual Cosa Nostra like operation that exploits sex cults, prostitutes, gay rent boys and market rigging as illicitly as the old Chicago "Mob". Charges such as: *__Facebook Hit With New Antitrust Probes__* are becoming regular legal actions. As all other nations find the Silicon Valley tech companies to be a pack of crooks running the U.S. Government.

868.

The evidence proves that Tesla Motors is a criminal Dark Money front that "cooks the books", lies about safety issues and runs sabotage campaigns through Musk's massive use of Russian bots, trolls, stock shills and his covert manipulations with Google's Larry Page and Eric Schmidt.

869.

The evidence, particularly that maintained by the U.S. Attorney's office under Mr. Anderson in San Francisco, shows that San Francisco City Hall is rife with a standardized system of political corruption based on bribery, payola and stock market exchanges.

870.

The evidence proves that internet media companies financed by Sand Hill Road, Palo Alto venture funding firms collude to enforce a strategic censorship plan designed to promote their friends and attack and harm their competitors in a manner which fully violates each and every anti-trust/anti-monopoly law in the United States and that 90% of the California politicians own

997

stock in those companies and those politicians protect those companies from regulation and law enforcement.

871.

Defendants were in whole, and in part, motivated by power and money needed to buy private jets, mansions, parties, prostitutes and rent boys; and drugs. Defendants used a false facade of "saving polar bears", "protecting whales" and other emotional dog-whistle voter psychological trigger marketing to hide their crimes. Defendants used the good works of Plaintff and other decent whistle-blowers to create a "smoke-screen" to cause the U.S. Government to assist in defrauding Plaintiff out of money, time and resources. Defendants owned the "solution" companies to climate change and housing problems so that all monies provided by the government to those companies, as coordinated by The Tech Cartel's owned public officials, went to Defendants, and never to their competitors, in a RICO Law and Anti-trust Law-violating manner.  For example: Elon Musk used these RICO Law and Anti-trust Law-violating tactics to become the largest "government mooch" in history, destroy all of his competitors via funding blockades and get a 1000% advantage over any other company based on government-funded exclusive quid pro quo.

Plaintiff demands trial by jury on all claims and issues so triable.

# Partial Set Of Example Exhibits



Page 1000  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

MIRROR LINK FOLDERS WITH THE REPORTS (look for the file called "MEMORANDUM_FOR_THE_U_S_ATTORNEY_GENERAL.pdf):

*http://nationalnewsnetwork.net/public/*

*http://silicon-valley-mobsters.com/public/*

http://focus-book.com/public/

http://www.federal-report.com/public/

http://american-corruption.com/public/

http://webco22.com/public/public

--------------------------------------------------------------------------------------------------------

THE TECH CARTEL RICO RACKETEERING CASE FILES

BOOKS AND GOVERNMENT REPORTS LINKS ABOUT THE CASE

*Mirror 2*      *Mirror 3*

PRESS CLIPPING LINKS ABOUT THE CASE (PDF AND HTML)

*Mirror 2*      *Mirror 3*

NEWS VIDEOS AND DOCUMENTARY VIDEO LINKS ABOUT THE CASE

*Mirror 2*      *Mirror 3*

INTERNET MEMES ABOUT THE CASE

1000

**More Memes Mirror 2**    **More Memes Mirror 3**

# Websites About The San Francisco Corruption Schemes

http://www.majestic111.com

Previous Case Evidence Court Sets: http://www.pacer.gov   -   Search All cases against Tesla Motors and Elon Musk, Cases involving"lithium ion fires", "Google and Alphabet" abuses and other keywords like: "ElonMusk", "Solyndra", "Rare Earth Mining Scam", Tesla Motors", "Steven Chu", "Afghan Mining", "JeffreyEpstein", "Flashboy Aglorithms", "Silicon Valley Anti-Trust", "UraniumOne", "The Silicon Valley No Poaching Lawsuit","AngelGate", "frankguistra", "Raj Gupta", "Nicholas Guido Denton", "LarryPage Tax Evasion", "Fusion GPS" and other case file database search keywords...

https://www.thecreepyline.com

https://www.icij.org

https://stopelonfromfailingagain.com

http://vcracket.weebly.com

https://www.transparency.org

1001

Page 1002  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

https://www.judicialwatch.org

https://wikileaks.org

https://causeofaction.org

https://fusion4freedom.com/about-gcf/

http://peterschweizer.com/

http://globalinitiative.net

https://fusion4freedom.com/the-green-corruption-files-archive/

https://propublica.org

https://www.allsides.com/unbiased-balanced-news

1002

Page 1003  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

http://wearethenewmedia.com

http://ec.europa.eu/anti_fraud/index_en.html

http://gopacnetwork.org/

http://www.iaaca.org/News/

http://www.interpol.int/Crime-areas/Corruption/Corruption

http://www.icac.nsw.gov.au/

http://www.traceinternational.org/

http://www.oge.gov/

https://ogc.commerce.gov/

https://anticorruptionact.org/

http://www.anticorruptionintl.org/

https://represent.us/

1003

Page 1004  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

http://www.giaccentre.org/dealing_with_corruption.php

http://www.acfe.com/

https://www.oas.org/juridico/english/FightCur.html

https://www.opus.com/international-anti-corruption-day-businesses/

https://www.opengovpartnership.org/theme/anti-corruption

https://www.ethicalsystems.org/content/corruption

https://sunlightfoundation.com/

http://www.googletransparencyproject.org/

http://xyzcase.weebly.com

https://en.wikipedia.org/wiki/Angelgate

https://www.opensecrets.org/

https://en.wikipedia.org/wiki/High-Tech_Employee_Antitrust_Litigation

Page 1005  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

http://www.projectveritasaction.com

Catch and Kill By Ronan Farrow, https://en.wikipedia.org/wiki/Catch_and_Kill:_Lies,_Spies,_and_a_Conspiracy_to_Protect_Predators

Permanent Record ByEdward Snowden, https://www.amazon.com/Permanent-Record-Edward-Snowden/dp/1250237238

Brotopia By Emily Chang, http://brotopiabook.com/

Throw Them All Out By Peter Schweizer, http://peterschweizer.com/books/throw-them-all-out/

The Circle ByDavid Eggers, https://archive.org/details/circle00dave

World Without Mind ByFranklin Foer, https://www.amazon.com/World-Without-Mind-Existential-Threat/dp/1101981113

A Journey into the Savage Heart of Silicon Valley ByCorey Pein, https://www.goodreads.com/book/show/35684687-live-work-work-work-die

Disrupted ByDan Lyons, https://www.goodreads.com/book/show/26030703-disrupted

Chaos Monkeys By Antonio García Martínez, https://www.antoniogarciamartinez.com/chaos-monkeys/

1005

Page 1006  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

The Creepy Line By Matthew Taylor, https://www.thecreepyline.com

The Cleantech Crash By Leslie Stahl, https://www.cbsnews.com/news/cleantech-crash-60-minutes/

Congress: Trading stock By Steve Kroft, https://www.cbsnews.com/news/congress-trading-stock-on-inside-information/

Steven Chu Should Lose His Job Over The Solyndra Scandal

*U.S. Department of Energy Corruption - Home*

*House Oversight investigation reveals politics and Corruption At Energy Department*

*POGO letter to DOE Secretary Steven Chu*

*Cartel Suspects Proven by Emails, Testimony*

*More Tesla Motors Corruption Charges*

http://the-resume.org/GOOGLE_FACEBOOK_NETFLIX_LINKEDIN_COLLUDE__1.2.pdf

Page 1007  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

http://american-corruption.com/public/
THE_SICK_WORLD_OF_THE_GOOGLE_EXECUTIVES.pdf


http://lifebooks.net/
HOW_OUR_BAY_AREA_FBI_AGENT_ALMOST_FOILED_THE_STEELE_DOSSIER_SCAM.html


http://lifebooks.net/TECH_OLIGARCH_AND_SENATOR_SEX_CULT.html


http://lifebooks.net/6_trillion.png


http://lifebooks.net/The_Dirty_Core_Of_The_Corrupt_Stimulus Cash.html


http://lifebooks.net/CROOKS_MUSK_FEINSTEIN.png


http://evidencevideos.com/The_Sick_Dystopian_Reality_of_Silicon_Valley_Big_Tech.html


http://evidencevideos.com/THE_MURDERS_AND_SUSPICIOUS_DEATHS_IN_THIS_CASE.html


http://corruption-fighter.com/The_Secret_History_of_the_Shadow_Campaign.html


http://american-corruption.com/public/HOW_THEY_KILLED_THE_ELECTRIC_CAR.pdf


http://american-corruption.com/public/THE_CORRUPTION_DISRUPTION_MANUAL.pdf


http://case-xyz2020a.com/THE_CORRUPTION_DISRUPTION_MANUAL.pdf

1007

http://nationalnewsnetwork.net/public/THE_CORRUPTION_DISRUPTION_MANUAL.pdf

http://silicon-valley-mobsters.com/public/THE_CORRUPTION_DISRUPTION_MANUAL.pdf

http://silicon-valley-mobsters.com/public/THE_CRIMES_AND_LIES_OF_ELON_MUSK.pdf

http://case-xyz2020a.com/THE_CRIMES_AND_LIES_OF_ELON_MUSK.pdf

'Fair Use', SLAPP Protections, Public Domain, Freedom-of-the-Press, Creative Commons, Reddit/Voat Wiki, First Amendment, EU GDPR, WikiPedia and other protective rights apply.

# SUMMARY NOTES

## POLITICAL CORRUPTION

Most politicians, today, go into politics in order to scam money via bribes and payola. Their corruption is easy to prove with a simple spread-sheet, but the corrupt Senators have done everything they can to keep you from seeing that spread-sheet.

If you saw the spread-sheet that shows all of the covert family bank accounts, fake trust funds, shell companies and stock market accounts for Dianne Feinstein, Harry Reid, Nancy Pelosi, etc.; you could easily see how they only get a salary of $190K per year but put hundreds of millions of dirty dollars in their accounts. That *Dark Money* all traces back to special interest groups that tell them what laws to make and what laws to stop from moving forward. Forensic accountants at the GAO, FBI or SEC can pop out the latest update on any given day....**BUT**, These Senators have "rules" that delay investigations against themselves. Also, as we all saw from the Comey case: Corrupt Senators can even tell the head of the FBI who to NOT investigate!

*The 2008 and 2021 "Stimulus Funds"* were just scams cooked up by politicians for them to skim stock market pump-and-dump profits off of and grab personal payola.

1008

Page 1009  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

*The Silicon Valley Cartel* began in California. Elite arrogant asshole dynasties send their kids to Stanford University. Stanford puts the kids in asshole frat houses to train them to get away with rape and run monopolies. When they graduate they either go up the hill to Sandhill Road in Palo Alto and start an insider venture capital clone operation or they get their frat friends on Sandhill Road to racketeer-fund their start-up or political campaign using money scammed from your parents pension funds.

They only work with their frat buddies and insiders in a tribal '*old boys club*' manner.They steal all the technology and markets they want because they control all of the tech lawyers and politicians via bribes and revolving doors. Most of the money in Stanford University bank accounts is from Foreign and Hollywood oligarchs delivered as bribes meant to get their snot-nosed brats into Stanford.

Stanford bosses keep all of this covered-up and covertly fund political campaigns to grease the wheels of political corruption. They then sexually extort some Stanford interns in *Rosewood Hotel* rooms, get the most 'trophy wife' ones pregnant, and start the cycle all over again. Alas, Stanford is the training ground for abuse, corruption and 'Bro-Crime".

In all these corruption cases, *these corrupt people* took the same steps to conceal their assets. They each took the money in secret ways. The main ways are 1.) via Dark Money stealth political funds; 2.) bribes paid via insider trading ( notice that most of these crooks marry an investment banker to run their dirty schemes) and 3.) getting government contracts, loans and grants for their friends that they get kick-backs from.

They then had their dirty law firms and CPA's shove the money into their standardized covert financial structure to hide it. They use family members to run the operation. Their dirty family members and lawyer/CPA teams cover up their tracks. They then have intermediaries spend the money to get them islands, yachts, mansions, hookers, Tesla's, etc.

The 2008 and 2021 "*stimulus funds"* are quid pro quo scams to pay off political  insiders. We reported these crimes (with FBI-class evidence) to every law enforcement agency in writing ( FBI, DOJ, SEC, IG, FTC, OSC, FEC, etc.). apparently, citizens are ignored if the crimes involve politicians and their billionaires. the cover-ups are off-the-charts!these mobsters (Google, Tesla, Facebook, Linkedin, Netflix, In-q-tel, Kleiner Perkins, Greylock, etc; acting in a coordinated, collusion-based, operation) are paying billions of dollars of political bribes (...via cash, real estate, sex trafficking, pacs, search engine rigging, crony jobs, biased censoring, campaign funds, stock market manipulations, ukrainian money laundering, etc.) to delay justice and blockade our, and your, rights!

1009

Page 1010  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

There can be no question about the fact that Google, Facebook, Netflix, Tesla and the Silicon Valley Cartel control the Obama and Biden White House. For example: Elon Musk ordered the politicians who are his bitches to sabotage his competitors. He gave those political insiders: cash, stock in his cartel, revolving-door jobs, campaign funding, sex workers, off-shore money laundering, and other quid pro quo. Eric Schmidt, Larry Page, Mark Zuckerberg, and the rest of the tech mob, all worked together on these crimes.

***The hacks and leaks of their documents*** prove it. Government agency bosses are covering up these crimes to protect their jobs and their corrupt stock market holdings. Musk and Goldman Sachs have gotten over FIFTEEN BILLION DOLLARS of free taxpayer cash and monopolized exclusives to pay for ***Musk's drugs, sex parties and mansions***. This is one of the largest violations of anti-trust laws in history. The politicians and agencies that are supposed to stop him are getting money from him. Musk exists entirely from quid pro quo bribes! Musk's banks, including Deutsche Bank, have had to pay more than $100 million to settle charges related to violating anti-bribery laws and engaging in money laundering.

While the Musk-controlled media bloviate on the god-like image of Musk, he and his buddies are just crooks and mobsters. It is now almost impossible for the public to reach any media source that is not controlled by the Silicon Valley Cartel via synchronized talking points. Politicians who say that their only motivation is to "save" the helpless billionaire Elon Musk and his unicorns: 1.) sabotage any companies who are not making Tesla's, 2.) have sex with Tesla lobbyists and bankers, 3.) own the stock in Tesla Motors, 4.) are venture capital partners in Kleiner Perkins (ie: Gore) and Greylock capital insiders, 5.) trade revolving door jobs with the Elon Musk cartel, 6.) gave ***Musk*** over $15B of free taxpayer money, 7.) get campaign financing from ***Musk***, 8.) order government agencies to freeze funding for ***Musk***'s competitors, 9.) and engage in a vast number of other corruption and anti-trust crimes.

U.S. Senators, Agency Heads and Congress are bribed by Google intermediaries with: Billions of dollars of Google, Twitter, Facebook, Tesla, Netflix and Sony Pictures stock and stock warrants which is never reported to the FEC; Billions of dollars of Google, Twitter, Facebook, Tesla, Netflix and Sony Pictures search engine rigging and shadow-banning which is never reported to the FEC; Free rent; Male and female prostitutes; Cars; Dinners; Party Financing; Sports Event Tickets; Political campaign printing and mailing services "Donations"; Secret PAC Financing; Jobs in Corporations in Silicon Valley For The Family Members of Those Who Take Bribes And Those Who Take Bribes; "Consulting" contracts from McKinsey as fronted pay-off gigs;

Overpriced "Speaking Engagements" which are really just pay-offs conduited for donors; Private jet rides and use of Government fuel depots (ie: Google handed out NASA jet fuel to staff); Real Estate; Fake mortgages; The use of Cayman, Boca Des Tores, Swiss and related money-

1010

laundering accounts; The use of HSBC, Wells Fargo, Goldman Sachs and Deustche Bank money laundering accounts and covert stock accounts; Free spam and bulk mailing services owned by Silicon Valley corporations; Use of high tech law firms such as Perkins Coie, Wilson Sonsini, MoFo, Covington & Burling, etc. to conduit bribes to officials. This will never end unless the public demands laws to prevent all politicians, and their families, from owning ANY stock market stocks or securities!

**MUSK AND TESLA:**

The Musk empire has paid more bribes to politicians than almost any other modern entity. That is why no full investigation of the Musk scams has ever been completed. Google's Eric Schmidt and Larry Page have a bromance relationship with Musk and use the global resources of Alphabet to hide any negative news about Musk assets.The 2008 Department of Energy Cleantech Crash proves that a federal agency was used as just one big slush-fund to pay-off political campaign financiers, operate insider-trading stocks and sabotage those financiers competitors using taxpayer-financed resources!

We have used private investigator, FBI resources and deep AI research to reveal that all government staff working on our application were getting quid-pro-quo...they were on the take. (Can anyone point out to us EVEN ONE person who was in the DOE/White House loop who was not working for, invested in, getting a future job from or other wise conflicted?) What do you do when The U.S. Government convinces you to invest millions of dollars, and your life, into one of their projects.

Then their project turns out to be a scam where they had covertly hard-wired the upside to a couple of Senator's and their campaign financier friends. The fix was in and the game was rigged to use a government program as a slush-fund for friends-with-benefits. We, and the public, got defrauded.

Now the damages must be paid for, one way, or another. Every one of the insiders who did get government funding got it in the exact same size and order as their covert political campaign funding and stock market bribes to the deciders. Chamath Palihapitiya and other Silicon Valley insiders have now exposed the fact that Greylock, Kleiner, etc. are just a VC Ponzi Scheme! in this whole mess.

Musk used crooked Senators to get his funds. Those Senators and government agency bosses were financed by, friends with, sleeping with, dating the staff of, holding stock market assets in, promised a revolving door job or government service contracts from, partying with, personal friends with, photographed at private events with, making profits by consulting for, exchanging

1011

emails with, business associates of or directed by; one of those business adversaries, or the Senators and politicians that those business adversaries pay campaign finances to, or supply political search engine manipulation services to.

Elon Musk is notorious for getting Department of Energy money by bribing public officials and placing his friends: Steven Chu, Matt Rogers, Steve Westly, Steve Spinner's 'special friend', etc. on the staff of the Department of Energy and in the White House. We have FBI-class records, financial tracking, emails, stock market relay records and other forensic data that proves it. We can swear, warrant, certify and prove these assertions in front of Congress in a live Congressional hearing or Civil Jury trial, given non-compromised legal backing.

If you think you have bribed the same number of Senators, bought a President and taken over most of the Department of Energy like Musk did... go for it! In this day and age, with every citizen able to track every public figure, with FBI-quality databases, on their home computers, it might be a crash-and-burn but you are welcome to try. Lithium metals, and other rare earth mining materials, are monopolized by Elon Musk and his Silicon Valley Cartel, in rare-earth corrupt mining scams. Lithium's widespread use in cars is hindered by a challenging obstacle: upon multiple charge-discharge cMusk and Panasonic have known this since 2007 (They are "dumping" the batteries via Tesla) and have paid U.S. Senators, who own stock in Tesla, to cover it up.

The lithium fires and toxic vapors are a major safety concern because they have killed, poisoned and injured too many citizens. Musk gets away with his scams because he pays U.S. Senators bribes with stocks in his corporations and has a thousand crooked Goldman Sachs investment bankers selling his hair-brained schemes to your parents pension funds. Tesla is known as "the official car of douche-bags".

The safety defect cover-ups on the Tesla are extreme. Musk's narcissistic trophy-wife mom and his extremist father (who got his young sister pregnant) are thought to be the cause of Musk's racism and sociopath behaviors. He is the #1 crony capitalist government mooch in America and has received billions of dollars of your tax money to help him buy his mansions, starlets and sex parties.

His cars and rockets blow up, his tunnels are unsafe, his satellites spy on consumers and his brain chip company tortures small animals. He swiped all of his technology from someone else and has never come up with his own inventions.

Space-X is just a domestic spying company. Don't buy Musk's bullshit about Space-X doing any good deeds. Everything Space-X launches is to spy on the poor folks on the ground and monitor their internet. Also, Musk's Neuralink company tortures small animals to try out Musk's pseudo-

science mind-reading chips.

**GOOGLE:**

THE INVESTIGATIONS OF THE CORRUPTION AT GOOGLE: Google exists to mass manipulate populations and run stock market scams for Google's owners. From INSIDE Google, our team saw Google manipulate the entire internet to hype up Larry Page's "boyfriend': Elon Musk and Tesla, which Google execs owned a portion of, while sabotaging Tesla's competitors. Google illicitly and illegally timed these manipulations with stock market pump-and-dump efforts to exploit insider trading.

That is a felony violation of RICO, Antitrust and other laws. Every single thing that Google does is contrived to harm a competitor, a politician, an employee whistle-blower or some other business adversary. There are no "bugs", "operator errors", "server anomalies" or other media "accidents" at Google. Everything Google does is contrived, at a psychological warfare kind of level, to change a social perception.

Google must show its software to FBI, SEC, FTC and our search engine optimisation experts to prove that they did not engage in these crimes. The fact is: We can prove they did the crimes and FBI experts can help us prove it! Google is known as the "Nazi's of the Internet". In a case unfolding in Britain over whether Google wrongly demoted price comparison rival Foundem from its search results in favour of paid-for adverts, Google must now decide which it values more: the algorithms that rank its search results, or its stance that manually fiddling with those results to promote its own paid-for products over rivals' sites doesn't break competition laws.

The integrity of Google's ranking processes relies upon all webmasters or website owners having the same degree of access to information about Google's ranking... This will no longer be the case if information of this kind is made available to some individuals offering commercial services to assist companies to improve their Search ranking. Google is a criminal operation.

It's executives have been publicly exposed as participants in horrific sex scandals, money laundering, political bribery and racism. It is time for the bought and paid shill politicians to stop protecting them! - Google spies on competitors and steals their technology - Google runs tens of millions of dollars of defamation attacks against competitors - Google hides all media and news coverage for competitors of Larry Page's boyfriend: Elon Musk - Google lies to the public about what they really do with the public's data - Google promotes illegal immigration in order to get cheap labor and control votes -

Google runs VC funding back-lists against start-ups that are competitive - Google bribes thousands of politicians - Google is a criminal RICO-violating monopoly - Google rigs the stock

1013

market with Flash-boy, Pump/Dump and Microblast SEC violating computer tricks - Google pays bribes to politicians in Google and YouTube stock - Google manipulates who gets to see what web-sites, globally, for competitor black-lists - Google has a "no poaching" Silicon Valley jobs blacklist - Google bosses sexually abuse women and young boys - Google bosses run sex trafficking operations in the Epstein and NXVIUM cults - Google bosses control the NVCA financing cartel over start-ups -

Google has placed the majority of the corporate staff in at least one White House - Google controls national elections for anti-competitive purposes - The company "Polyhop", in the HOUSE OF CARDS tv show, does all the crimes that Google actually does in reality - Google's law firms, like Wilson Sonsini, are corrupt conduits for payola and political conduit-relays - Google bribes some politicians with revolving door jobs - Google is primarily responsible for destroying the Bay Area Housing opportunities.

Google runs DDoS attacks on competitors by massively crawling their sites - Google boss Andy Rubin runs a sex slave farm according to his own family - Google boss Eric Schmidt was a philandering sex-penthouse owner according to vast news articles - Google executives hire so many hookers that one of them, Mr. Hayes, was killed by his hooker - Google executives sexually abuse so many women that the women staff of Google walked out one day - In the 2009 White House, you could not swing a cat without hitting a Google insider -

Google has paid covert bribes, PAC funds, real estate and search rigging payola to every CA Senator - Google has paid bribes, through its lobby fronts, to halt FBI, SEC, FEC and FTC investigations of Google crimes - Google was funded by the CIA, via In-Q-Tel, a so called "501 c3 charity" which was caught with tons of cocaine - Google gets millions of dollars of taxpayer cash for spying on Americans inside the USA - Google's map service was a spy system paid for by taxpayers money that Google now profits off of - Nancy Pelosi and Dianne Feinstein have promised to "protect" Google because their families profit off Google stocks.

Payment receipts prove that Google and Gawker/Gizmodo exchanged cash and staff for Character Assassination attacks - Google VC's and bosses have spent $30M+ rigging the U.S. Patent Office to protect Google and harm Google competitors -

Google bribed it's lawyer into position as head of the U.S. Patent office in order to have her protect Google - To rig insider stock trades, Google hides negative Tesla stories and pumps positive Tesla stories on "push days" - Google and Elon Musk Co-own, co-invest and co-market stocks covertly while running anti-trust schemes -

Google rarely likes, or hires, black employees per federal and news media investigations - Google hired most of the Washington, DC K Street lobby firms and told them to "do what ever

1014

they could" - The film: "Miss Sloane" depicts only 2% of the illicit lobbying tactics Google employs daily - Demands for an FTC and FBI raid of Google, for criminal activity, securities law and election felonies have been filed - Google's David Drummond had his Woodside, CA Quail Road house bugged revealing sex and financial misdeeds.

Google, and it's Cartel (Alphabet, Youtube, and hundreds of other shell-company facades) are a criminal organization engaged in felony-class crimes. Google's bosses bribe politicians, regulators and law enforcement officials to hold off prosecution.

At Google: Kent Walker, Andy Rubin, Larry Page, Eric Schmidt, Sergy Brin, Jared Cohen, Yasmin Green, David Drummond and Ian Fette are so enmeshed in sex scandals, election manipulation, and White House bribes that it is hard to comprehend how they can get any legitimate work done. Google executives came from most of the fraternity houses involved in the college rape scandals.

Google sells covert character assassination services to politicians and fellow oligarchs. Youtube/Google/Alphabet/Deep State are all the same entity. They conspire to hide news about their corruption and they control most of the internet.

**THE TECH CARTEL:**

The Silicon Valley tech Cartel (AKA: "Paypal Mafia", "Deep State") is evil because these racist, ageist, sex-trafficking, money-laundering, elitist, politician bribing, tax evaders: steal any technology they desire; They manufactured the CLEANTECH CRASH as shown in the 60 MINUTES episode of the same name; they run a prostitution ring and sexually extort young women and interns in Silicon Valley; they are 'rape culture' take-what-they-want misogynists, ageists and racists as their history of abuses has proven; their Palo Alto Cartel operates AngelGate-type collusion and stock market insider trading schemes that harm independent business and the public; their Cartel ran the "no poaching" CEO ring which was class-action sued by DOJ and tech workers;

90% of their divorce court files reveal horrific abuses and sex trafficking; They have an army of lobbyists that pay cash, stock market and revolving door bribes to U.S. Senators; They can even evade FBI & SEC investigations; They hire women to act as 'trophy wives' and 'beards'; they have lobbyists rig the U.S. Patent Office in order to block inventor patent rights because they are using stolen technologies; they have been caught on video and recordings beating, kicking and harming women hundreds of times;

They have bought up all of the Tier-One tech law firms and order them to black-list, and never help, those who seek equal tech rights; they collude to abuse your privacy and make databases on

1015

the public for political control; they have to cheat to compete because they are only good with spread sheets instead of innovation; They run black-lists, character assassination attacks, collusion and other anti-trust violating acts in violation of RICO laws.

Silicon Valley has become the largest assemblage of douche-bags and yuppie frat boy criminals in human history. Theranos is not the exception, it is the standard. Tesla, Google, Theranos, Wework, Facebook are lies backed by famous political insiders to protect their insider trading and covered-up by fake news operators. They are also fronts to fund political campaigns via the ill-gotten profits from their endeavors.

When the bad guys, and their lap-dog politicians, attack you because your products are better than theirs they are proving that they are frat boy scumbags, from Stanford and Yale, that operate in a little pack, like dogs! Their Sandhill Road operation should be raided by the FBI! The best thing that could come from the COVID pandemic is that they all are forced into bankruptcy! When your Senator holds stock market shares in companies that exist to profit on the backs of consumers, via corruption, then it is impossible for that Senator to ever do anything but be corrupt!

We have reported this in writing to winklerm@sec.gov, sanfrancisco@sec.gov and 30+ other federal officers but have yet to see our whistle-blower rewards...or any action! Do you wonder how big politician insider stock trading is? Take a look at how many TRILLIONS of dollars pass through the stock markets annually and then look at the reported, AND UNREPORTED, securities holdings of famous U.S. Senators and government agency staff. That is what Seth Rich and the people in the "In Memory Of" section, below, were disclosing.

These are massive crimes! The perpetrators operate a massive and abusive national sex cult. The perverts in the SandHill Road Venture Capital offices, located between Highway 280 down to to Santa Cruz Avenue on Sand Hill Road in Menlo Park, California, are the main perpetrators of this global cartel. Their executives at Google, Facebook, Netflix, Linkedin, Twitter, and their related holdings, comprise the rest.

The Harvey Weinstein and Ed Buck sex scandals are well known. These men's sex cult actions have been widely covered in the news individually in the Joe Lonsdale rape case, The Kleiner Perkins Ellen Pao sex abuse lawsuit, The Eric Schmidt sex penthouse stories, The Jeffrey Epstein case, The Google Forrest Hayes hooker murder case, The Andy Rubin sex slave case, The Sergy Brin 3-way sex romp scandal, The British Hydrant investigation, The Elon Musk Steve Jurvetson billionaire sex parties scandals,The NXIVM sexual slave cases, The Michael Goguen anal sex slave trial, The Tom Perkins Hooker Parties and thousands of other cases and federal divorce court filings.

1016

Page 1017  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

This group of people have proven themselves, over and over, to be sociopath control freaks not fit for participation in public commerce, public policy or media control. The Four Seasons Hotel and Rosewood Hotels in Silicon Valley are estimated to engage in over $30,000.00 of high-end escort sex trafficking per day, a portion of it managed by Eastern Bloc Mafia operators. The Elon Musk sex perversions are the tip of the iceberg.

At least 10 Ukrainian escorts fly in and out of SFO and SJO airports every week for these Cartel members. Google boss David Drummond engaged in horrible philandering sexual violations of his wife yet Google covers up every story about it on the web. Google's Eric Schmidt is under massive investigation.

You hear about the female victims of this sex cult but you rarely hear about the young male victims. One of their vast numbers of prostitutes is quoted as saying that the girls and boys are paid "not just for sex but for the oligarch's endless need to feel that they can control anyone for any reason...". Multiple attorney general's controlled by their cartel, ie: Eric Schneiderman and Eliot Spitzer, are involved this these sex rings.

These are the main influencers of a national political party and they are all involved in horrific sex perversions and abuses! All Silicon Valley tech cartel media companies work together to censor all news and information in order to hide coverage of their dirty deeds and to only put politicians in office that will give the Cartel political payola, kick-backs and insider stock pumps.

The Smedley Butler "Business Plot" from the past is not unlike the coup that Google and clan tried. See details in Emily Chang's book: BROTOPIA; Roan Farrow's book: CATCH & KILL; Edward Snowden's Book: PERMANENT RECORD; Peter Schwetzer's book: THROW THEM ALL OUT; Dave Eggers book: THE CIRCLE; Franklin Foer's book: WORLD WITHOUT MIND; Corey Pein's book: JOURNEY INTO THE SAVAGE HEART OF SILICON VALLEY; Dan Lyon's book: DISRUPTED; Antonio Martinez book: CHAOS MONKEYS. The Angelgate, Epstein, No-Poaching DOJ Class Action, and hundreds of other cases, prove that they meet, conspire, collude and blacklist in felony violation of anti-trust and RICO Racketeering laws. - 90% of these guys came from 100% of the fraternity houses involved in the recent college rape cases.


**THE HIRED CHARACTER ASSASSINS AND KILLING THE WHISTLE-BLOWERS**

POLITICAL KILL ORDERS AND STATE-SPONSORED CHARACTER ASSASSINATIONS - How A Modern Character Assassination and Political "Kill Order" Is Executed By the Silicon Valley Oligarchs and their total control of propaganda media. Patrick George At Jalopnik attacks

1017

outsiders under contract with Elon Musk and the DNC. Silicon Valley campaign finance oligarchs hire him to run hatchet jobs on innocent outsiders and then Gawker-Gizmodo-Jalopnik uses their financial partnership with the DNC's Google to push the character assassination articles to the top of Google web products and searches. Patrick George, Adrian Covert, John Hermann and Nick Cook are the sexually degenerate cabin boys that report to boy-loving sleaze-tabloid oligarch Nick Denton.

They created the Fake News crisis in the media by flooding the internet with defamation posts and reprisal hatchet job articles designed to damage political enemies of the Socialists. They coordinate a large number of the character assassination efforts at Gawker, Gizmodo, Jalopnik, CNN, New York Times and other propaganda outlets. These Millennial boys are "Media Rapists" and should be treated as abusers. -

How and why did a Donald Trump stripper-date named "Stormy" or an Elon Musk sex party or a Kavanaugh drinking incident or the Moonves and Weinstein indiscretions suddenly hit the news at about the same time in news history? - In addition to actual murder, Politicians and Silicon Valley Oligarchs hire operatives to end people's lives in other creative ways. - It is all part of the modern trend in vendetta, revenge and political payback when a Senator or a tech oligarch issues a "kill order" on an opponent.

The client does not like to get their hands dirty so the actual social hit job is performed by companies such as: IN-Q-Tel - (DNC); Gawker Media - (DNC); Jalopnik - (DNC); Gizmodo Media - (DNC); K2 Intelligence - (DNC); WikiStrat - (DNC); Podesta Group - (DNC); Fusion GPS - (DNC/GOP); Google - (DNC); YouTube - (DNC); Alphabet - (DNC); Facebook - (DNC); Twitter - (DNC); Think Progress - (DNC); Media Matters - (DNC); Black Cube - (DNC); Mossad - (DNC); Correct The Record - (DNC); Sand Line - (DNC/GOP); Blackwater - (DNC/GOP); Undercover Global Ltd (DNC/GOP) Stratfor - (DNC/GOP); ShareBlue - (DNC); Wikileaks (DNC/GOP); Cambridge Analytica - (DNC/GOP); Sid Blumenthal- (DNC); David Brock - (DNC); PR Firm Sunshine Sachs (DNC); Covington and Burling - (DNC), Buzzfeed - (DNC) Perkins Coie - (DNC); Wilson Sonsini - (DNC)  and hundreds of others…These are the people and companies that except cash, revolving door jobs, political appointments, insider trading stock in Silicon Valley tech companies, prostitutes and real estate in exchange for destroying the lives of others. -

These attackers deserve to be punished for the rest of their lives for taking away the lives of others in exchange for cash. Any company who is corrupt enough to hire any of these assassins should be forced out of business. These attack services are responsible for 90% of the "Fake News" problem in the world because they are the authors of most fake news. Congress must act to make these kinds of companies illegal! - These digital assassination services offer hit-jobs,

character assassinations and economic reprisal programs to famous billionaires and corrupt politicians who are seeking revenge, retribution and vendetta executions. - In the case of reporters getting targeted for attacks, President Donald Trump has been accused by the liberal corporate media of whipping up a hateful frenzy against the press. But while CNN's Jim Acosta grandstands against Trump, real journalists are still reeling from the draconian extrajudicial measures that Barack Obama and his administration used to target them for exposing truth. - This secretive targeting occurred while Obama speechwriter and hate-filled ANTIFA supporter Ben Rhodes was running "Operation Echo Chamber," which reportedly continues, in which he fed information to willing corporate media scribes.

"They literally know nothing," Rhodes said of the twentysomething journalists he easily manipulated. - The Freedom of the Press Foundation's Trevor Timm published documents showing how former attorney general Eric Holder changed the rules to more effectively intimidate and surveil members of the press. - Timm writes: "Today, we are revealing—for the first time—the Justice Department's rules for targeting journalists with secret FISA court orders. The documents were obtained as part of a Freedom of Information Act lawsuit brought by Freedom of the Press Foundation and Knight First Amendment Institute at Columbia University."

Obama is also clearly linked to the plot to obtain fraudulent FISA warrants on President Trump's team, as evidenced by Peter Strzok and Lisa Page's texts confirming that Obama was overseeing their fly-by-night operation. - Larry Schweikart reported for Big League Politics: For months pundits and researchers have been pondering the mystery of the FISA approval that led to the illegal and historically titanic scandals to ever hit the U.S. government. Some have argued that Assistant Attorney General Rod Rosenstein knew the FISA was bogus when he extended it. Others have wondered if Special Counsel Robert Mueller knew about the fraudulent basis of the FISA when he used it, in part, to indict Michael Flynn. Other still, that Mueller was fooled by the FBI. This is what President Trump calls "SPYGATE". -

It may well be that the surveillance that was conducted began with UK intelligence services and then was fed back to the White House of Barack Obama. Here's the kicker: President Barack Obama did not need a FISA warrant to authorize spying/electronic surveillance on Trump because Obama all along had legal authorization to by-pass the normal court vetting process. According to 50 U.S. Code 1802, the "Electronic Surveillance Authorization" () "Foreign intelligence in relation to a US person (Trump or his associates) is information that's necessary for the US to protect against attack, hostile acts, sabotage, . . . as well as other clandestine activities by a foreign power . . . OR . . . information relevant to national defense/security of the US, or the conduct of foreign affairs of the U.S." Such an authorization by Obama required certification by Attorney General Loretta Lynch that must be logged with the FISC court. ("The

[AG]+ shall immediately transmit under seal to the court [FISC] a copy of his certification.") - In short, the DOJ has this.

If we are correct, a copy of that certification is currently under seal at least with the DOJ and the FISC. - This is what they are hiding. - However, the Act requires the AG to keep the Select Committee on Intelligence and the Senate Committee on Intelligence informed of these authorizations and unmaskings therein. See 1803 (a) (1) (C) If indeed this is what happened, did Lynch report—or only selectively report—to the committees in a way that excluded non-friendlies? Can you see why Adam Schiff, Mark Warner, and their ilk are terrified? -

These are the playbook tactics that Senators and tech oligarchs most often use to destroy the lives of their political and business enemies: - Government agency bosses sometimes solicit the target victims with false promises of future loans, contracts or grants from their agency and cause the target victims to expend millions of dollars and years of their time for projects which those government bosses had covertly promised to their friends.

They use the target victims as a "smokescreen" to cover their illegal government slush-funds for the victims competitors and personal enemies. By using this tactic, the attackers can drain the target victims funds and force them into an economic disaster in plain view of everyone without the government bosses fearing any reprisal for their scam.-

Every match.com, okcupid.com, Plenty Of Fish, Seeking Arrangements and all other IAC-owned, or similar, dating sites (IAC is managed by Hillary Clinton's daughter) have had their profiles, texts, and inter-member communications, since those companies were started, hacked or purchased. The attack service providers use Palantir and In-Q-Tel financed data analysis software to analyze every activity in those dating services in order to find honey-trap, blackmail, sextortion and social conflict exploitation opportunities.

If you had a bad date with someone, that someone will be hunted down and convinced to help harm, #metoo or "rape charge" the intended target. All dates involve a search for sex, so the likelihood that a sexual disappointment experience will exist in each persons dating history is high. Searching every past dating email and text of a subject is quite easy with modern software and hacking techniques.

A synthetically amplified, PR-agency optimized sex scandal can destroy any target. Your dating experiences from the 70's or 80's will come back to haunt you decades later. Most dates involve drinking alcohol and taking drugs. If you were unattractive or had bad sexual skills your bad date will be called "date rape", "drugging your date for sex" and related twisted narratives that are designed to shame you, the target. If you try to get a date in the future, your potential date will be

1020

contacted by a third party who will slander and libel you to make sure your potential first date gets cancelled.

Your social life will, essentially, end. Every photo on every dating site is cross checked with every other photo on the internet in order to cull your Facebook, Linkedin, Snapchat and other social media together to create a total psychological manipulation profile data file on you. A single photo on a dating site can be cross searched on every mugshot archive, photo album and corporate database in the worth within minutes using modern super-computers. Your sex life will be on public record in a flash.- Social Security, SSI, SDI, Disability and other earned benefits are stone-walled.

Applications of targets are "lost". Files in the application process "disappeared". Lois Lerner hard drive "incidents" are operated in order to seek to hide information and run cover-ups. - Government officials and tech oligarchs contact members of the National Venture Capital association (NVCA) and created national "black-lists" to blockade target victims from ever receiving investor funding.

This was also confirmed in a widely published disclosure by Tesla Motors Daryl Siry and in published testimony. If Silicon Valley political campaign finance oligarchs black-list you (see the "AngelGate" Scandal and the "High Tech No Poaching Class Action Lawsuit" cases) you will never get investor funding again. - FOIA requests are hidden, frozen, stone-walled, delayed, lied about and only partially responded to in order to seek to hide information and run cover-ups.-

State and federal employees will play an endless game of Catch-22 by arbitrarily determining that deadlines had passed that they, the government officials, had stonewalled and obfuscated applications for, in order to force these deadlines that they set, to appear to be missed. This can bankrupt a target victim.- Some Victims found themselves strangely poisoned, not unlike the Alexander Litvenko case.

Heavy metals and toxic materials were found right after their work with the Department of Energy weapons and energy facilities. Many wonder if these "targets" were intentionally exposed to toxins in retribution for their testimony.

The federal MSDS documents clearly show that a number of these people were exposed to deadly compounds and radiations, via DOE, without being provided with proper HazMat suits which DOE officials knew were required. - Victims employers are called, and faxed, and ordered to fire target victims from their places of employment, in the middle of the day, with no notice, as a retribution tactic. -

Page 1022  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

On orders from Obama White House officials, DNC-financed Google, YouTube, Gawker Media and Gizmodo Media produce attack articles and defamation videos. Google locks this attack media on the internet on the top line, of the front page of all Google searches for a decade in front of 7.5 billion people, around the world. This attack-type uses over $40 million dollars in server farms, production costs and internet rigging. The forensic data acquired from tracking some of these attacks proves that Google rigs attacks against individuals on the internet and that all of Google's "impressions" are manually controlled by Google's executives who are also the main financiers and policy directors of the Obama Administration.

This data was provided to the European Union for it's ongoing prosecution of Google's political manipulation of public perceptions. - Victims HR and employment records, on recruiting and hiring databases, are embedded with negative keywords in order to prevent the victim targets from ever gaining future employment. -

Gary D. Conley, Seth Rich, Rajeev Motwani and many other whistle-blowers in these matters, turned up dead under strange circumstances. It is very possible that some of these attack services, operated by former CIA operatives, even offer discrete murder-for-sale services using high-tech assassination tools that make murders look like heart attacks and brain failures. -

Disability and VA complaint hearings and benefits are frozen, delayed, denied or subjected to lost records and "missing hard drives" as in the Lois Lerner case.- Paypal (A DNC-biased operation) and other on-line payments for on-line sales are de-platformed, delayed, hidden, or re-directed in order to terminate income potential for target victims who competed with the attackers interests and holdings.- DNS redirection, "website spoofing" sends target victims websites to dead ends where no sales orders or customer inquiries actually get back to the target.

These internet revenue activity manipulations are conducted using Google and Amazon servers. All commercial storefronts and on-line sales attempts by target victims, will have had their sites hidden, or search engine de-linked by a massively resourced facility located in Virginia, Texas or Palo Alto, California in order to terminate revenue potentials for the target victims.- Over 50,000 trolls, shills, botnets and synth-blog deployments are deployed to place defamatory statements and disinformation about victims in front of 7.5 billion people around the world on the internet in order to seek to damage their federal testimony credibility by a massively resourced facility. -

Campaign finance dirty tricks contractors are hired by campaign financiers to attack the friends and family members of the target victim in order to create low morale for the target victims psyche and motivation.- Are you getting weird headaches and hearing a "buzzing sound" in your head? The U.S. Government has now acknowledged that the Cuban, Chinese and other embassy "sonic attacks" are from a known microwave beam weapon.

1022

Page 1023  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

Any one of the technical departments of the attack services listed at the top of this article can build such a biological harassment weapon. It can be aimed at the target victims office, bedroom or vehicle and, within a week, have caused biological and emotional damage using a weapon that has no visible track of trajectory. It is designed to make the target victim think they are "going crazy" or "hearing sounds in their head".- In one case covert political partner: Google, transferred large sums of cash to dirty tricks contractors and then manually locked the media portion of the attacks into the top lines of the top pages of all Google searches globally, for years, with hidden embedded codes in the links and web-pages which multiplied the attacks on Victims by many magnitudes.-

Covert Cartel financier: Google, placed Google's lawyer: Michelle Lee, in charge of the U.S. Patent Office and she, in turn, stacked all of the U.S. Patent Office IPR and ALICE review boards and offices with Google-supporting employees in order to rig the U.S. Patent Office to protect Google from being prosecuted for the vast patent thefts that Google engages in. Google has hundreds of patent lawsuits for technology theft and a number of those lawsuits refer to Google's operations as "Racketeering", "Monopolistic Cartel" and "Government Coup-like" behaviors.

Thousands of articles and investigations detail the fact that Google, "essentially" ran the Obama White House and provided over 80% of the key White House staff. A conflict-of-interest unlike any in American history. Google's investors personally told Victim/Witnesses they would "kill him".

Google and the Obama Administration were "the same entity". Victim/Witnesses testified in the review that got Michelle Lee terminated and uncovered a tactical political and social warfare group inside Google who were financed by Federal and State funds. - Honeytraps and moles were employed by the attackers.

In this tactic, people who covertly worked for the attackers were employed to approach the "target" in order to spy on and misdirect the subject. - Gawker Media, Gizmodo Media, Snopes, SPLC and other hired media assassins will be retained to produce "hatchet job" character assassination articles about you. Then those articles will be faxed, mailed and emailed to your employer and investors with a note saying: "You don't want to have anything to do with this person, do you..?" in order to get you fired from your job and get your loans or financing pulled.

The attackers will use their round one attack media, that they authored, to create a round two second wave attack designed to end your life via economic warfare.- Mortgage and rental applications will have had red flags added to them in databases to prevent the targets from getting homes or apartments.- Krebs On Security, Wired, Ars Technica, The Wall Street Journal and most major IT publications have reported that hundreds of spy "back-doors" have been

1023

found on every Intel, AMD, Apple, Xfinity, Cisco, Microsoft, Juniper Networks motherboard, chip-set and hardware component set.

This means that any kid with the "key" code can open any computer, server, router, cloud-network or other network connected device and read every file, photo, video, your calendar and email on your devices at any time from any location on Earth.

The key codes have been released to every hacker community in the world for over ten years. There is now no government, corporate or personal data that can't be hacked, even data from decades ago. Every single one of your darkest secrets can be in the hands of your enemy within 60 minutes, or less.

Important meetings you had planned with potential investors, employers, clients, dates, suppliers and others will suddenly get cancelled at the last minute. They will get cancelled because your enemies are reading your calendar remotely and covertly sending slander information to those you had hoped to engage with in order to sabotage your life.

Nothing you have ever typed on a computer or Smartphone is safe. it WILL be acquired and it WILL be used against you. - McCarthy-Era "Black-lists" are created and employed against target victims who competed with Obama Administration executives and their campaign financiers to prevent them from getting funding and future employment. - ***Obama Administration*** targets were very carefully placed in a position of not being able to get jobs, unemployment benefits, disability benefits or acquire any possible sources of income. The retribution tactics were audacious, overt..and quite illegal. -

There are thousands of additional Dirty Tricks tactics being used by these Attack Services yet Congress refuses to pass laws out-lawing such attack services. The cost of an attack on a person ranges from $150,000.00 to over $50,000,000.00. While a Silicon Valley billionaire can afford to launch counter-measures to these attacks, any regular taxpayer will be utterly destroyed, and incapable of fighting back, against even the smallest version of one of these "kill orders".

A number of modern office shootings are the results of these attacks against an individual who has lost everything because of the attack and has no options left. - Federal law enforcement, the United States Congress and the highest level investigators in the U.S., and abroad, have documented (per the "FISA Memo", Congressional Reports and federal employee testimony) and proven the fact that the Obama Administration regularly engaged in the operation of retribution, vendetta and reprisal campaigns known as "hit-jobs" against domestic natural born U.S. citizen domestic taxpayers.

The Federal Court, in at least one previous court case,has ruled that Victim/Witnessess, in this particular matter, were the victims and target of a number of these attacks designed to inflict

1024

permanent medical, emotional, character assassination, brand negation, economic and career damage. The FBI has been asked to interview John Cook, Nicholas Guido Denton, Adrian Covert, Patrick George, Ian Fette and John Hermann of Gawker/Gizmodo re: their financing, payola and hit-job attacks on third parties.

# Reparations

Now that the "BLM Movement" organizers have turned out to be scammers who were just fund-raising for the Biden campaign and then took self-dealing dips in the pig trough, Reparations have become a hot topic.

The Victims of the San Francisco crony corruption have been systematically, specifically and illegally excluded from participation in funding, benefits, jobs and income by major political figures, including U.S. Senators and City Hall bosses and White House executives who they knew, and those politician's corrupt Silicon Valley oligarch financiers.

The tech Cartel and politicians attacked the victims because they would not cooperate with the crooked: sex trafficking, tax evasion, off-shore money laundering, political bribery quid-pro-quo, revolving door payola scams, foreign nation-sponsored domestic manipulations, stock market rigging, internet censorship and search engine manipulation and other crimes. They attacked the victims because they reported the crimes to federal police.

They attacked the victims because their products obsoleted the products the Senators owned the stock of (ie: Tesla, Google, Facebook, Netflix are covertly owned by California politicians). They attacked the victims using taxpayer-funded state resources. That is a felony violation of the law. The ongoing cover-up of these crimes and attacks is also a felony violation of the law. The victims are owed damages compensation, witness fees and back-pay.

Federal investigators have proven (via records-tracking, financial data, surveillance, insider tips, leaks, etc.) that White House executives, government agency executives (SSA, LSC, DOE, USPTO, etc.) and California political bosses, including California U.S. Senators, owned interests in the victims competitors worth many billions of dollars. Any citizen can confirm these assertions via public records and the evidence in this report. Those government officials ordered, financed and executed whistle-blower reprisals and anti-trust violating attacks on the victims using state-sponsored, taxpayer-funded resources. Using government resources, they engaged in the illegal reprisal attacks on the victims, as listed in the claim section entitled: "*The Specific Attacks And Harms Undertaken Against Plaintiffs*". The government officials manipulated SSA, HHS, DOE, USPTO, DOJ, and other agency, payments, funds, benefits and rights in order to harm and economically damage the victims. They produced and financed a massive media defamation campaign using their Paypal Mafia-based "Silicon Valley Cartel". This 'Cartel': 1.) finances the political campaigns of the Senators and the other politicians that own stock in their Silicon Valley dirty tech companies, 2.) is the competitor of the victims, 3.) shared staff with the

1026

named politicians, 4.) is the nearly exclusive beneficiary of policy actions by those politicians, and 5.) has a massive number of conflict-of-interest relationships with each of the charged politicians. The victims reported the attackers crimes to the FBI, DOJ, IG and other officials and got attacked for reporting the crimes, for busting up the organized crime effort and for running companies whose product technologies obsoleted those of the tech Cartel. The victims are claiming their rights to their damages and fee compensation, but those same public figures have blocked them from an equitable jury trial to address the matter.

**More Press Clippings**

# Family of boy, 15, who died when Tesla Model 3 on autopilot crashed into his father's truck causing him to be thrown from the passenger seat sues electric car giant



The family of a 15-year-old boy who was killed in a 2019 crash involving a Tesla Model 3 on Autopilot has sued the electric car giant. Jovani Maldonado was traveling with his father Benjamin in the passenger's seat their Ford Explorer pickup truck on California Interstate 880 on August 24, 2019 when the Tesla reared-ended the truck, sending it rolling. Jovani, who was not wearing his seatbelt at the time, was thrown from the vehicle and found lying facedown near the crash in a pool of blood, according to police reports. Now, the crash is the subject of a lawsuit against the electric car giant as the reliability of its autopilot feature has been called into question, the New York Times reported. At least 10 people have been killed in eight accidents in which Tesla's Autopilot was engaged since 2016, according to reports from the National Highway Traffic Safety Agency.

*Figure 23: Tesla Has Caused A Huge Number Of Deaths By San Francisco Politicians Protect Tesla And Cover-up Investigations To Protect Their Stock*



*Figure 24: San Francisco Crime And Corruption Are The Worst In America*

San Francisco, CA
(San Francisco Co.)
Examiner
(Cir. D. 158,722)

San Francisco, CA
(San Francisco Co.)
Progress
(City South Ed.)
(Cir. 3xW. 239,000)

MAY 1 4 1986

# TYPICAL SAN FRANCISCO CRONY CORRUPTION

MAY 2 1 1986



## Rob Morse

### A bridge too far out

**DON'T JUMP:** Yesterday Supervisor John Molinari and developer Jim Bronkema came to the Examiner to sell us the Golden Gate Bridge — the $22 million celebration of it, that is. All right, I admit it is naive to ask why the money can't be given to the homeless. It's not an either/or situation. Besides, the corporations paying for the image of the Golden Gate Bridge want national advertising, and bums with full stomachs aren't high concept. Bronkema and Molinari also say that San Francisco needs more national advertising similar to the Democratic National Convention.

So this is really a $22 million advertising campaign, leaving as its legacy to The City some educational programs, lights on the bridge and a bridge visitors' center designed by the imagineers of Disney (we are assured that there will be no mouse hats). Said Bronkema, who has a developer's eye, after all: "Now (with the visitors center), when you go to the Golden Gate Bridge, there's really something to see and participate in."

I do not want to prejudge the party or the visitors' center. Maybe they'll be a lot of fun. But I wouldn't bet my mayoral campaign on them. The basic problem is that the unadorned Golden Gate Bridge celebrates itself pretty darn well.

### Preposterous expense

Editor:

Those appointed people who wear "another hat" as Golden Gate bridge "directors," must have been fitted with this particular headgear many sizes too small. It is apparent that there must be some constriction in the brain area for this board to propose and approve of a 50th anniversary gala to the tune of $22 million.

Spending that much money (no matter where the funds come from) is preposterous. If this group bungles this project like they have others, then their theme song, "Bridge Over Troubled Waters," will drown out any noisy hoopla emanating from this event.

Dorothy Applegate
San Francisco

A-10 Sunday, July 27, 1986

## Rob Morse



**BRIDGEWORK:** Recently, I made a wisecrack about Scott Redmond's proposal to light the Golden Gate Bridge for $24,000 (as opposed to the $2.4 million estimate by the official bridge district partiers). I wondered whether we would all have to hold up lighters. Redmond called to give me his cost breakdown and, indeed, it seems to work without lighters. In fact, the self-maintaining lamps are by the same folks who provided the permanent lights at the Statue of Liberty. Redmond also said his Golden Gate Bridge birthday song is in "final mix" at the studio this weekend. According to Redmond, the song involves 400 instruments, some played by well-known Bay Area musicians, and is called "Build a Bridge." Redmond says the title is not metaphorical.

Page 1032  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District



Page 1033  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District



1033

Page 1034  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District



1034

Page 1035  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District



U.S. House of Representatives
**Committee on Oversight and Government Reform**

The Department of Energy's Disastrous Management of Loan Guarantee Program

STAFF REPORT
U.S. HOUSE OF REPRESENTATIVES
112TH CONGRESS
March 20, 2012

# THE U.S. CONGRESS REPORTED:

"After conducting a substantial review of the Department of Energy's (DOE) loan guarantee program, it is clear that the significant losses absorbed by taxpayers as a result of Solyndra's collapse is just the beginning. The investigation conducted by the House Committee on Oversight and Government Reform has uncovered numerous examples of dysfunction, negligence and mismanagement by DOE officials, raising troubling questions about the leadership at DOE and how it has administered its loan guarantee programs. ... DOE has overseen a process wrought with misdirection, changing and expanding requirements, unexplained delays, gross mischaracterizations, and a never-ending cycle of excuses. Not only does it appear that DOE purposely directed taxpayer funds at a failing enterprise, DOE's action robbed taxpayers of genuine investment toward renewable energy."

1035



Page 1037  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District





Page 1039  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District



Page 1040  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District



SEE THIS BOOK AS EVIDENCE MATTER:



Page 1042  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

Page 1043  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District





Page 1045  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District





San Francisco businesses face shoplifting epidemic

1045

# Stanford University Teaches, Promotes And Protects Sociopaths And Hate

**Stanford's "Halls Of Hell" Are Powered By Bribes, Sex Scandals And Misogyny**

Revision 1.5



# Table of Contents

The Gates Of Hell.................................................................................3
The Stanford Murders...........................................................................6
   DNA reveals prime suspect..........................................................11
   Getreu's history of violence.........................................................12
   The stepfather...............................................................................16
   John Getreu's new family..............................................................17
   What's next for John Getreu?.......................................................18
Bribe Your Way In................................................................................21
Stanford 'Warped and rigged by fraud'..................................................29
      Why Do MBA's From Stanford University Turn Out To be Such Scum-
      Bags?.......................................................................................30
Stanford Crafted The Palo Alto Mafia....................................................37
Inside Stanford Business School's Spiraling Sex Scandal.........................42
   Mutually Assured Destruction.......................................................44
   Star and Spouse...........................................................................47
   "We R Nuts"................................................................................50
   School for Scandal.......................................................................53
Driven To Obsession.............................................................................64
John Doerr's Secret Stanford Strings......................................................77
The Spies Among Us.............................................................................79
Stanford's Pro-Rape Administration.......................................................95
Stanford's Built-In Racism....................................................................103
   'Metrics, but no consequences'....................................................105
   Employee retention......................................................................106
BIBLIOGRAPHY & MAIN REFERENCES...............................................109
Acknowledgments.................................................................................499
Check Back For Updates.......................................................................500

# The Gates Of Hell

It is ironic that the Rodin sculpture of *"The Gates Of Hell"* lives on the Stanford Campus. Stanford has spent billions of dollars to create the facade of a "refined citadel of learning" when, in fact, Stanford is a sick payola scheme designed to part rich fuddy duddy parents from their cash. In the cracks throughout, the Stanford machine is greased with sex, misogyny, drugs, arrogance, murders, bribes and foreign spies!

They 'Guardsmen' of Stanford were supposed to sell Christmas tree's and help little old ladies cross the
street. Instead, the male graduates of Stanford University have turned into rapists, sex abusers and the largest producers of political bribes in American history. What went wrong?

The grooming guides and facade pitch of the Stanford social clubs, or "socials" as they are known, is that they are "oriented towards promoting social service by hosting certain community-based welfare functions". This pitch is designed to appeal to the naive, young, bright-eyed, bushy-tailed children that have just arrived at college with hopes of "changing the world". It is a sucker-play designed by Yale, Stanford and Harvard globalist bosses in order to steer the herd of fresh meat.

The Key Club and The Guardsmen men's club at Stanford University exist to create cookie-cutter clones and create a private male club of square-jawed insiders who are supplied with "baby-ovens" by the associated female supply-chain of The Junior League and The Spinsters women's clubs.

Woke students say: "They're useless clubs out there for jackass tools to join in order to pad their resume. "Look, I'm in Key Club and Guardsmen! I'm a good person! Got a kickass club shirt on me, too!" If you wear those shirts then, seriously, you must suck so bad that you need them to make yourself look good."

They were originally simply available for the sake of resume fluff. Both organizations say they have "beneficial intentions and provide many outstanding and charitable activities for active participation from the school and surrounding community (i.e. obtain funds for charity, promote social involvement, build mutual goodwill, support joint collaboration, encourage concern for the general welfare, and so forth). Many students invest their

1048

sincerest efforts into them and feel that that they should be highly respected..."

It is all a load of crap, though, designed to create exclusive control for rich globalist families and dynastic clusters of old family titles.

The "socials" of Stanford are brain-washing classes designed to create the next generation of dynastic family members to keep the mansions well stocked with yuppie Whole Foods-buying robots.

These clubs work on a school to school level but have a covert system of governance from past 'club officers'. Key Club International is an international organization composed of 33 districts (California-Nevada-Hawaii being one, for example), and within each district are many divisions (61 or so in CNH),  and in each division, up to 15 schools that all conspire on ideology via email, newsletters and "mentors".

Key Clubs communicate with each other, develop ideas on service, and correspond on service projects with a concentrated elitist focus. In short, asshole Key Clubs from California and Key Clubs from Massachusetts both work on a single political service initiative, concentrating service and making a political difference in one area for the DNC. With governance, there are also many leadership positions. Running a successful club, division, district, or international organization takes a lot of work, and it's a great leadership experience for future Obamas. This helps spread a synchronized political agenda across the nation covertly guided by the parents and administrators of a common ideology. Often the groups are promoting a non-profit Dark Money campaign financing PAC as seen in the feature film: DARK MONEY.

To get in to a "social" you will need to have facially symmetrical facial features. You will need to dress like you just walked out of a Lands End catalog. You will need to use exaggerated facial expressions to respond to everything that is said to you and never, ever, nasalize a vowel. You will need to smile with your teeth together and you will need a good nose job.

Socials increase exclusivity bonding for members which makes service more of an obligation. Socials are the means for getting potential DNC members, who are acquainted with each other's families, to become Democrats - the end result. It is sad, however, that many clubs seem to have lost touch with their original purpose - political exclusivity. The main rule: You must only do

1049

business and politics with other members and not go outside the designated yuppie sphere!

Regarding the religious status of Key Club, although there are passing references to religion, such as in the pledge (I pledge on my honor to...build my home, school, and community, to serve my nation and god...), atheists and agnostics will have no problem getting leadership positions because it is all liberal-biased. The issue of religion is usually brought up during invocations in order to stimulate psychological Mnemonics and make students feel impassioned.

These political elite grooming clubs are of an exclusive nature.

In the last 5 years, China has uncovered this scheme and flooded Stanford with Asian Co-eds in order to try to insert their national policy interests into this 100 year old social programming opportunity. In fact, today, you can't walk down University Avenue in Palo Alto, or Broadway in Burlingame, without finding that every young yuppie guy has a fresh Asian girlfriend clinging to his arm waiting for that IPO.

So what's so honorable about being in an organization that proclaims how honorable you are? Nothing, aside from the fancy velvet cape you pay too much for and get when you graduate. If you want to join a community service organization, join Boy Scouts, or any of the other "real" community service
organizations.

You do paltry amounts of community service in these clubs while pretending that you actually care. Nobody does anything that causes them to sweat. The most exertion that anyone undertakes is blowing up party balloons. You then list it on your resume as if you actually did something. Why do you even need to be in a club to do community service?
This is a huge problem among Stanford's brain-washed youth. Community service should build you up as a person. You should learn from your experiences and develop compassion for the less fortunate. And then you can list it on your resume.

These clubs are absolute jokes that suck the unaware kids into Scientology-like social programming, blind them with candy-coated "SJW floss" and steer them into the roles of Wall Street tools.

Now the members of these clubs have created a "Fortress of Assholes" in a series of office buildings on Palo Alto's Sand Hill Road. They are, as the news reports, *“the New Mafia”*

# The Stanford Murders

By Grace Kahng

Now with one verdict just in, emotional interviews with the family of the convicted murderer. The...

On March 25, 1974, truck driver Ernesto Evangelo spotted something unusual on his morning milk delivery route near the Stanford Dish, a massive radio antenna close to the Stanford University campus.

He pulled over and discovered the lifeless body of a woman in a shallow ditch.

It was Janet Taylor, a 21-year-old college sophomore and the daughter of legendary Stanford athletic director, Chuck Taylor. She had been beaten, strangled and left on the side of the road, according to authorities. Her feet were bare and dry despite the wet ground beneath her.

Page 1053  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District



 Menlo Atherton High School

Janet Taylor is seen here in her high school yearbook photo, 1970.

Taylor, a student at nearby Canada College, was last seen by her best friend Debbie Adams on the Stanford campus the night before. Her car was in the shop, so Taylor went home on foot, according to Adams' testimony. She was anxious to get there to feed her puppy, Adams said, so she resolved to hitchhike. Neither Taylor nor her friend feared for her safety, according to Adams, but that was starting to change.

As female empowerment was on the rise, young women hitchhiking alone in the 1970s was a normal occurrence, especially in idyllic Northern California.

But just a year earlier, on Feb. 13, 1973, Stanford honors graduate Leslie Perlov, 21, called her mother from the law library to tell her she was driving home, which was a short jaunt from the Stanford campus. She never made it.

The next day, search parties found Perlov's body near her abandoned car, about a mile from where Taylor's body would be found the following year. Similar to Taylor, Perlov also appeared to have been viciously assaulted and strangled. Her body bore telltale signs of a prolonged brutal torture, according to Santa Clara County coroner Dr. Richard Mason. Perlov had been beaten so badly both her eyes were swollen shut, her nose broken and her underwear and stockings had been shoved down her throat.

Despite similarities between the two killings, investigators at the time could not link the crimes.

Without credible leads, the university community was steeped in the fear that a serial killer was roaming free and actively stalking young women.

As years passed, then decades, both cases went cold. The mystery became known as "the Stanford murders."

For nearly 50 years, the families of Leslie Perlov and Janet Taylor waited for justice, until now.

1054



Santa Clara Sheriff

John Arthur Getreu, 74, of Hayward, Calif., is pictured in an undated booking photo released by t...

On Tuesday, after a little more than an hour of deliberation, a San Mateo County, California, jury found 77-year-old John Arthur Getreu, a former Stanford employee, guilty of first-degree murder and infliction of great bodily harm in Taylor's death.

Getreu is expected to be sentenced on Nov. 3 and could face 25 years to life in prison.

His defense attorney John Halley had no comment for this report.

Advancements in DNA technology played a critical role in Getreu's conviction for Taylor's murder and renews the possibility of justice for Perlov's family.

MORE: Alleged 'Stanford murders' serial killer convicted of 1974 cold case murder

Getreu is scheduled to stand trial for Perlov's death in neighboring county Santa Clara next year. As he did in the Taylor case, Getreu has pleaded not guilty in the Perlov case.



Diane Perlov

Leslie Perlov is seen here in this 1971 family photo.

But with Getreu in ill health and the COVID-19 pandemic backlog at court, a trial may never happen.

"This is not the end," Perlov's sister Diane Perlov said. "We are moving forward. I want a trial for my sister's case. I don't want any deals. There were some really horrible photographs of what Getreu did to Janet and what he did to Leslie and I want everyone to see them so they understand what a dangerous person he is."

## DNA reveals prime suspect

The Perlov case was reexamined in 2016, and newly tested forensic evidence from Perlov's fingernails led to Getreu's arrest in November 2018.

Cold case detective Sgt. Noe Cortez was the one to have the evidence tested.

"It was a brutal crime... I believe she fought for her life. And part of that was scratching, biting whatever she had to do to survive," Cortez said. "She wanted to live."

Intrigued by the popular rise of ancestry websites and the potential for discovery of incriminating genetic material, Cortez reviewed the case files and discovered that Perlov's struggle in the last moments of her life yielded DNA from each of her 10 fingernails.



Courtesy Santa Clara Sheriff

According to the Santa Clara Sheriff's office, Leslie Marie Perlov's 1972 Chervrolet Nova was fou...

Cortez's superior, Santa Clara County Sheriff Laurie Smith, had made solving the Stanford murders a priority when she was elected California's first female sheriff in 1996.

"We may not have been able to get them way back when, when we didn't have DNA, but we can do it now. I believe in getting justice no matter how long it takes," Smith said.

Cortez sent the nail clippings to a private lab. After several months, forensic scientists were able to create a genetic profile for her killer based on the abundance of DNA material.

"Parabon NanoLabs was able to develop a person of interest who they named as John Getreu," said Cortez.

Authorities say the match Parabon Labs identified had a 1 in 65 septillion odds of being inaccurate.

Cortez learned that Getreu was a former Stanford University technician with a dark history of rape and murder, who still lived in the Bay Area.

1058

A sting operation was conducted to collect Getreu's DNA from a discarded cup. Cortez and his partner followed Getreu and his current wife, who is also a Stanford graduate, to a coffee shop. Authorities say the DNA from that cup was an identical match for the Perlov case and for DNA collected from Taylor's green corduroy pants by San Mateo criminologist Alice Hilker.

## Getreu's history of violence

Evan Williams, a retired pastor now living in Tennessee, said he contacted the FBI about Getreu years before his 2018 arrest.

Getreu had been convicted of murdering Williams' sister in Germany, but moved back to the United States afterwards, and Williams thought he would kill again.

"I'm calling to let you know about a man in California who has committed murder that you probably have no idea about. And the reason I know about this man is he killed my sister in 1963," Williams remembered telling them.

1059



Evan Williams

Evan Williams is seen here with his two sisters, Margaret Williams (left) and Marianne Williams (r...

Getreu was 18 when he was convicted of raping and murdering 15-year-old Margaret Williams after offering to walk her home from a dance on a military base in Bad Kreuznach, Germany. Margaret was the youngest daughter of the U.S. Army Chaplain and Evan Williams' older sister and best friend.

"My sister Margaret, as a young child, brought a lot of joy to our family. She was a very caring kind of person. And when my sister died, some of the joy of the family was stolen," Williams said.

One night, following an afterschool gathering that ended at 10:30 p.m., Williams' parents were expecting their daughter home by 11 p.m.

"In something my father wrote, he was talking about how it started raining. So he drove to the youth activities building and he found out she had left five minutes before he got there," Williams said. "When she didn't arrive home, he hoped that she had just stopped because of the rain and then would be coming along soon. But then when she did not arrive by midnight, they called authorities and said, our daughter always shows up for curfew and she's not home. Her body was found, I think at 1:11 a.m."

1061



📷 Bad Kreuznach American High School
Margaret Williams is seen here in her 1963 high school yearbook photo.

Evan Williams' other sister Marianne Stowers said the whole family was incredibly shaken by the violent loss.

"My mother never wanted to see my sister's dead body at all. So we had a closed casket," Stowers said. "For a real long time after that, I still couldn't believe my sister was dead. I was looking for her everywhere I went. I expected to see her."

Getreu was convicted in German courts as a juvenile in 1964.

"That meant that he would end up with a shorter sentence and he would also be in juvenile detention," Evan Williams said.

The maximum sentence at the time for a juvenile was 10 years for homicide. Getreu only served six years and was released on March 7, 1969. The country ordered him to leave Germany within 24 hours of his release.

"They released him one day and he was on a plane the next day to the United States," Evan Williams said. "It's kind of like Germany going, 'Okay. It's out of our hands.'"

The thought of Getreu living freely began to really "nag him," Williams said. He started to do some research online.

"I was able to look up his name, I knew his age, and I found that he was a resident in California. That got my attention and made me think he could potentially be the Golden State Killer," Williams said.

The so-called "Golden State Killer" was Joseph DeAngelo, who was a police officer from 1973 to 1979. He terrorized several areas of California around the same time Perlov and Taylor were killed, committing multiple murders and rapes in the 1970s and '80s.

That case also remained unsolved until DNA evidence linked DeAngelo to several of those crimes and he was arrested in 2018.

In June 2020, DeAngelo pleaded guilty to 13 counts of first-degree murder as part of a plea deal, which also required him to admit to multiple uncharged acts, including rapes.

1063

MORE: 'Golden State Killer' addresses the court: 'I'm truly sorry'

Even still, Williams wondered if Getreu had gone on to commit other violent crimes over the years.

"I thought because of the particulars of what had happened with my sister, that he would commit more violent crimes," he said.

Evan Williams stands in front of his sister Margaret Williams' grave.

**The stepfather**

In 1970, less than a year after his release from prison in Germany, Getreu had a job at a California hospital.

He married one of his coworkers, Susan, a single mother with a daughter named Cathi.

Susan and John Getreu were married for eight years and lived on and off in Palo Alto near the Stanford campus.

John Getreu was a Boy Scout leader who appeared to everyone else to be a loving husband and stepfather, but Cathi, now 58, says she knew her stepfather to be a monster.

She claims Getreu molested her from when she was 6 years old until she was 14.

"Basically, [he] makes me touch him and tells me that if I tell anyone he will hurt my mother," she said. "And I believed every word he said because he made it very clear to me he had that power."

Cathi said she never told anyone because she was afraid of what Getreu might do.

"The only thing that was going to save me from him was his death," she said. "And that was the only way I ever thought that it would stop."

Convicted killer's ex-wife, stepdaughter on learning when he was arrested for murder

John Getreu was arrested in 2018 for two murders committed in the '70s. "I found out when and...

The marriage came to an abrupt end in 1977 after Susan said she caught him molesting her daughter.

"The day my mom walked in on John Getreu performing oral on me, probably the most uncomfortable, horrible experience of my entire life but at the same time was the best day of my life because finally my mom knew what was happening and she would stop it," Cathi said.

"I didn't know what to do," Susan added. "I was beside myself, and to just think that somebody would do this to a child, just appalled me."

Susan never filed charges against her ex-husband and John Getreu has not been charged in relation to Cathi though both Susan and Cathi testified against him at trial last week.

When asked if John Getreu denied these physical and sexual abuse claims, his defense attorney had no comment.

## John Getreu's new family

In October 1978, just months after Susan divorced him, John Getreu married his second wife, Lynda Caputo, who died in 2002. They had two children including a son, Aaron Getreu, who remembers him as a "loving father."

"[There was] never any indication he could have done anything like what he's being accused of," Aaron Getreu said.

In the first public remarks since his father's arrest in 2018, John Getreu's only son said the man described by prosecutors at Getreu's murder trial as a serial rapist and killer is not the man he knows.

He said he knew his father as the baseball and soccer coach, someone who taught him to treat women with respect.

"I grew up in a loving household," Aaron Getreu said. "He was a big part of our lives."

Convicted killer John Getreu's son urges him to reveal if he has more victims

"Let's let the loved ones get their closure," said Aaron Getreu. John Getreu was convicted of the...

1065

Aaron Getreu said he and his wife were shocked when they received the call in November 2018 that his father had been arrested for murder.

"At first I thought this must be some kind of joke," he said. "It was very shocking because that's not my dad. It was like your whole world stopped."

MORE: 'Dating Game' serial killer Rodney Alcala dies on death row

**What's next for John Getreu?**

With Getreu's trial for Taylor's murder behind them, Leslie Perlov's younger sister Diane Perlov is undeterred in her quest for justice. She is looking ahead to when Getreu goes on trial for her sister's murder next year.

Leslie Perlov, an academic standout, was headed to University of Pennsylvania Law School when she was found dead in 1973. She was killed just months after the family lost their father to cancer.

Page 1067  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District



Courtesy Santa Clara Sheriff

Leslie Marie Perlov is pictured in an undated photo released by the Santa Clara Sheriff's office.

"[This week] was justice for Janet, Leslie, Diane and Margaret," Perlov said. "While these promising lives are gone forever, thanks to the dogged work of detectives and the advances in forensic science, I have hope that future lives will be saved and other predators held accountable"

Aaron Getreu said he is now on a crusade to find out if his father could be connected to other crimes, trying to make something good happen out of all this "evil."

He reached out to Evan Williams and over the course of the two years they have developed a close bond.

After Williams testified at John Getreu's trial, Aaron Getreu hugged him.

"Welcome to the club, Aaron," Williams told him. "It's a small club and no one ever wants to be a part of it but we are all victims of John Getreu."

Aaron Getreu said he has refused to speak to his father since his 2018 arrest, but urged him to come forward and reveal if he has committed more crimes.

"[My dad] needs to come out and tell the truth," Aaron Getreu said. "DNA does not lie."

# Bribe Your Way In

## STANFORD UNIVERSITY EXISTS JUST TO TAKE BRIBES FROM SOCIAL MOBSTERS

After the recent admissions scandal at top California schools (including Stanford), the gifts of Rep. Ted Lieu (D., Cal.) would immediately raise concerns over the same type of academic pay-to-play pattern. However, the $51,046 to hiat is most shocking is that taking money for a campaign and then giving it to a school is not itself illegal. However, Lieu could still face some serious questions even under a law designed by Congress to allow what most donors would view as a bait-and-switch.

'limousine liberals, oil sheiks and Hollywood whoring' own and control Stanford University

Lieu is the assistant Whip for the House Democrats and is an American success story. Born in Taiwan, Lieu became a citizens, attended Stanford, and then was an outstanding student at Georgetown Law Journal. He then held state and federal office.  He is one of the most effective members on television.

The political contributions are subject to rules written by the people who collect them. Not surprisingly, the rules are written to allow members to raise money ostensibly for their own campaigns and then transfer the funds to others. They also are used for expenses that seem overtly personal and excessive. Take Eric Swalwell who recently was found to be spending his campaign funds on booze, limos, and rooms at the Ritz-Carlton (where his wife worked).  Other members like former Rep. Aaron Schock (R., Ill.) were accused of using public funds (from his official office account) for excessive decorations of his office. The Schock story however received far more media coverage and he was later the subject of a prosecution. Those criminal charges were later dropped.

That brings us to the current scandal. Federal Election Commission (FEC) filings show that Lieu gave $51,046 to Stanford between February 2016 and June 2018.  As the other admissions scandal was raging, Lieu was

1069

transferring political donations to the school that his son would be applying to for college.

Most citizens would find the donations outrageous and wrong. However, Lieu can claim that they are lawful and many voters are so tied up in this fierce partisan period that they will not call Lieu to account since he is a Democratic leader in Congress. Yet, some may ask why a university with a $29 billion endowment and one of the most affluent alumni bases in the world should receive tens of thousands of their donations as opposed to campaigns to protect the House majority or social justice programs.

Under the FEC rules, it may first appear that this is clearly a violation:

Using campaign funds for personal use is prohibited.

Commission regulations provide a test, called the "irrespective test," to differentiate legitimate campaign and officeholder expenses from personal expenses. Under the "irrespective test," personal use is any use of funds in a campaign account of a candidate (or former candidate) to fulfill a commitment, obligation or expense of any person that would exist irrespective of the candidate's campaign or responsibilities as a federal officeholder.

More simply, if the expense would exist even in the absence of the candidacy or even if the officeholder were not in office, then the personal use ban applies.

Conversely, any expense that results from campaign or officeholder activity falls outside the personal use ban.

A donation to Stanford would seem an expense that would exist "in the absence of the candidacy or even if the officeholder were not in office." Then however comes the loophole that you could drive a semi truck filled with cash through:

Spending that isn't personal use

In addition to the "irrespective test," Commission regulations include other uses of funds that do not constitute personal use and thus are permissible uses of campaign funds.

Charitable donations

1070

Gifts to charity are not considered personal use expenses as long as the candidate does not receive compensation from the charitable organization before it has expended the entire amount donated. Note that the amount donated must have been used for purposes that do not personally benefit the candidate.

Transfer of campaign assets

The sale or transfer of a campaign asset to either the candidate or a third party does not constitute personal use as long as the transaction is made at the fair market value.

Gifts

On special occasions, campaign funds may be used to purchase gifts or make donations of nominal value to persons other than the members of the candidate's family.

Lieu can cite the fact that Stanford is a non-for-profit and that this fits the charitable exception. However, it must still not "benefit the candidate." With the university deciding whether to admit his son, that condition is arguably violated in this case.

Lieu can claim that any donation to a charity can "benefit" a candidate in direct ways. Giving money to Sierra Club is a popular cause for example. Stanford is a major institution in California and supporting the university can be based on purely on altruistic motives. It is probably enough to avoid a charge but there are critical facts still not known. For example, the timing could be challenged if Lieu did not make donations until his son was in high school and likely to apply to Stanford.

Whether Lieu avoids any charge in this case, the Swalwell and Lieu controversies should lead to voters for both parties to say "enough." This is not just a Democratic practice. Republicans have also been accused of such abuse of political contributions. Most voters assume that they are contributing to a particular candidate — not giving him an open credit card for use outside of his campaign. Even if they know that candidates will often send money to fellow candidates, they likely assume the money will be used for political purposes — not to support elite universities who just happen to be the preference for their children for college.

1071

To see more about how ***"How the Elite Scumbag Bosses At Stanford University Got Busted For Selling Snootiness"***, see this coverage by Joel Rubin, Matthew Ormseth, Suhauna Hussain and Richard Winton:

Morrie Tobin was in Boston to cut the deal of his life.

It was early April last year. A few weeks before, federal agents had descended on the multimillion-dollar home Tobin shares with his wife and some of their six children in Hancock Park, a moneyed Los Angeles enclave.

Warrant in hand, the agents searched the French chateau-style mansion for financial records and other evidence to nail Tobin, the suspected ringleader of a stock scam that defrauded investors of millions of dollars.

The raid imploded Tobin's very comfortable life. Faced with the prospect of years in prison and a seven-figure fine, the businessman flew to Boston to meet with the federal prosecutors handling the case. He was looking for mercy.

They offered him a standard deal: Come clean about the con job he had run on investors and, in the end, he might get some leniency.

But Tobin, 55, had something else to offer up — a nugget of information that had nothing to do with stock markets.

He hoped it would interest prosecutors and tip the scales a bit further in his favor.

When Andrew Lelling, the U.S. Attorney for Massachusetts, unveiled a sweeping investigation into a college admissions cheating scam earlier this month, he made a cryptic reference to how his investigators had uncovered the alleged conspiracy.

"Our first lead in this came during interviews with a target of an entirely separate investigation, who gave us a tip that this activity might be going on," he said.

The tip led investigators to a soccer coach at Yale University, who, in turn, pointed them to William "Rick" Singer, the college admissions consultant who would confess to be the mastermind of the admissions racket. With Singer's cooperation, FBI agents set about building cases against dozens of the wealthy parents on his client list as well as people at universities across the country Singer allegedly paid to help students cheat their way into school. Prosecutors needed less than a year from that first tip to file

1072

criminal charges, a remarkably quick turnaround for a case so large and with such high stakes.

In all, 50 people have been charged — including 33 parents, several college coaches, a man Singer paid to take college admission exams for students and Singer himself, who pleaded guilty to several

felonies in a deal with prosecutors. The investigation is ongoing and prosecutors indicated in court last week that more people are likely to be charged.

Not included in the pool of defendants, however, is Tobin, whom multiple law enforcement officials and a person close to him identified as the unnamed tipster Lelling credited with setting the investigation in motion.

At a court hearing last week, a prosecutor alleged that Tobin, whom he referred to by an anonymous moniker, was not innocent in the admissions shenanigans. "Individual A," he said, paid bribes in an effort to get one of his daughters into Yale.

A financial executive with his roots in the Montreal suburb Côte-Saint-Luc, Tobin took to social media in recent months to paint a self-portrait that stands in contrast to the behavior that put him in the government's crosshairs. In videos posted on Twitter, he spoke about volunteering with the Los Angeles Mission, a homeless shelter. He described himself as a "#Social Entrepreneur" and a "#ProudVolunteer" in a Feb. 5 tweet.

Tobin's role in kicking off the investigation, which was first reported by the Wall Street Journal, is one in an array of enticing details disclosed in court hearings, documents and interviews that together xplain how a team of prosecutors working with FBI and IRS agents pieced together an investigation that has rattled the rarefied worlds of the rich and powerful in L.A., the Bay Area, and the East Coast in which Singer peddled his services. The case has also revealed how Singer and his collaborators exploited weaknesses in the processes some of the most competitive colleges in the country use to admit students.

By the time Tobin crossed paths with Rudy Meredith, the women's soccer coach at Yale, in the summer of 2017, both men were already well down their own roads of crime.

Tobin's fraud had begun a few years before, when he and some business partners launched a classic pump-and-dump stock scam, in which they fooled investors into paying inflated prices for shares in two companies secretly controlled by Tobin, according to a complaint by the Securities and Exchange Commission.

1073

The group ran a fake promotional campaign to stoke investor interest and then orchestrated the sale of millions of dollars' worth of Tobin's shares to look like normal trades on stock exchanges, according to the complaint.

Federal authorities in Massachusetts got wind of the operation and opened an investigation, claiming jurisdiction because some of the investors lived in the state.

Meredith, meanwhile, met Singer in 2015 and joined his illicit network of coaches and college administrators, court filings made by the government in Meredith's criminal case show. Singer relied on this group for what he told deep-pocketed families was a "side-door" he had built into some of the country's most sought after universities.

To access the side door, parents were instructed to make a six-figure donation to a charity Singer ran, according to an affidavit filed by an FBI agent in the case. Singer then used some of the money to bribe a coach at the chosen school, who would give the student one of the slots reserved for athletes who the coach wanted to recruit for his or her team. To make the ruse convincing, Singer had an accomplice compile bogus athletic dossiers that were full of fabricated accomplishments and doctored photos purporting to show the teen competing in the coach's sport.

Meredith, who was a successful and respected coach for more than two decades at Yale, is accused of taking at least $860,000 in bribes from Singer between 2015 and last year. Prosecutors have not detailed how many students he sneaked into Yale at Singer's behest, but at a court hearing Thursday, in which Meredith pleaded guilty to fraud and conspiracy charges, prosecutors said the money was "for multiple students."

And in Meredith, Tobin saw a sure-fire way to get his high school-aged daughter into Yale when she finished at Marlborough School, a private all-girls school in Hancock Park. The Ivy League institution loomed large in the Tobin house: Two older sisters were enrolled at the time Tobin made his pact with Meredith and a third had already graduated. Tobin himself had played hockey at Yale in the early 1980s, but left before graduating, transferring out to play at the University of Vermont.

Neither of the men, nor their attorneys, responded to repeated requests for comment. No one answered the door on a recent afternoon at Tobin's home in Los Angeles.

They agreed Tobin would pay in "the mid-six figures" for Meredith to designate the girl as a player he wanted on his soccer team and Tobin began paying monthly installments to the coach, according to an affidavit an

1074

agent filed in the case and comments a prosecutor made at the court hearing last week.

There would have been time to make about seven or eight of the payments. Then, in March last year agents raided Tobin's house.

Tobin unloaded what he knew about his stock scheme and his arrangement with Meredith during a "multi-day proffer," a prosecutor told the judge at Meredith's plea hearing. In proffer sessions, the target of a criminal investigation is given a limited amount of immunity or a plea agreement in exchange for information.

When he was done, prosecutors hatched a plan.

Tobin contacted Meredith, and the men agreed to meet at a hotel in Boston to discuss their arrangement. Before Meredith showed up for the April 12 meeting, FBI agents wired the room with hidden video cameras.

During the meeting, the men finalized the bribe at $450,000, according to court records. Tobin gave Meredith $2,000 in cash toward his balance and the coach told Tobin of a bank account where he wanted the remaining money to be sent, the records show. Days later, agents would wire Meredith $4,000 from a Massachusetts bank account controlled by the FBI.

But, during the meeting, Meredith also got to talking about a man in his orbit. It was a name agents had never heard before.

He "mentioned an individual named Rick Singer," a prosecutor said in court last week, adding that the government was completely in the dark about the man and the conspiracy he was running. "It wasn't on our radar. We learned about it through Mr. Meredith."

Three weeks after wiring Meredith the $4,000, FBI agents listened in for the first time as Meredith spoke on the phone with Singer. Singer was lobbying Meredith to help him enlist other college coaches in the side-door scheme. He gave him talking points for assuaging the coaches' concerns, according to an FBI affidavit.

"You can say he's doing it at, for this year I did [seven elite schools]," Singer told him, according to a transcript of the call in an affidavit filed in court by the FBI. "We've done it everywhere."

Later in the call, Singer added: "You can tell them I did 760 of these this year, 96 the year before," in an apparent reference to the number of students he got into schools through his side-door. There has been no evidence made public to support these claims.

1075

College admissions scandal generated disgust and outrage. But what exactly was the crime?

Within weeks, prosecutors had received permission from a judge to begin tapping Singer's phones. There was no shortage of interesting calls. In one of the first they heard, agents listened as Singer explained to Gordon Caplan, a high-powered private equity attorney in New York, how, for $75,000, he could arrange for an expert test-taker to take a college entrance exam for Caplan's daughter.

"What we do is we help the wealthiest families in the U.S. get their kids into school," Singer said, according to the affidavit. "They want guarantees, they want this thing done. They don't want to be messing around with this thing. And so they want in at certain schools."

Agents were still listening a few months later in August, when Singer walked Bill McGlashan, a founder of an investment firm and major figure in Silicon Valley, through his alleged plan to get his son into the University of Southern California by pretending he was an accomplished football kicker.

"So I'm gonna make him a kicker," the affidavit transcripts show Singer said.

"He does have really strong legs," McGlashan responded. "Maybe he'll become a kicker. You never know. ...You could inspire him. You may actually turn him into something. I love it." The affidavit notes

McGlashan was laughing.

McGlashan's attorneys disputed that account in court. By late September, agents had heard enough and were ready to confront Singer. When they did, he flipped, agreeing to cooperate with the investigation, the affidavit shows.

But he soon backtracked, secretly approaching several parents, including McGlashan, in an effort to warn them he had been caught.

Singer eventually came clean with agents and, after being slapped with an additional charge of obstruction of justice, went back to work for the government, according to the affidavit. In October, agents flew him to Boston to help them nail down the cases against the parents.

One after the other, Singer called parents who had allegedly hired him. Under the watchful eye of agents, who were recording the calls, Singer lied, saying the IRS was auditing his foundation. He was calling, he told the parents, to make sure they were clear what they should say in case the IRS inquired about the payments they had made. In the calls, Singer made sure

1076

to say explicitly what deals he and the parents had struck so prosecutors could use the exchanges against the parents in court.

"I just want to make sure that you and I are on the same page," he told a mother, according to the transcripts. "'Cause, of course, I'm not gonna tell the IRS that — that, you know, you paid 15,000 … to take the test for [your son], obviously. So I just wanted to make sure that you and I are on the same page, in case you get a call."

"Okay, so if I get a call," the mother asked.

"You're gonna say that the — the $15,000 that you paid to our foundation was to help underserved kids," Singer instructed.

***The legal way the rich get their kids into elite colleges: "Huge donations for years".***


On a day in November, Meredith, who also had been cooperating with the government, abruptly resigned from his coaching job at Yale, saying in a statement that "it is time to explore new possibilities and begin a different chapter in my life."

The next day, the university received a federal grand jury subpoena for records on Meredith.

Accompanying the subpoena was a judge's order instructing university officials to keep quiet about the case.

ln February, Tobin quietly pleaded guilty in a Boston courtroom to securities fraud and a conspiracycharge stemming from the stock scam. Sentencing guidelines that judges use when deciding punishments indicate he faces somewhere between eight and 10 years behind bars, court records show.

For his cooperation, prosecutors have agreed to ask the judge in the case to sentence Tobin to the low end of that range. His plea deal also requires Tobin to forfeit $4 million to the government.

And in the college admissions scandal Tobin uncovered, Singer, Meredith and a former sailing coach at Stanford have pleaded guilty, while the man who took exams for students has announced he will do the same. So far, all the others have maintained their innocence. Staff writer Del Quentin Wilber contributed to this report.

Page 1078  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

These bribery incidents are NOT "isolated", "rare" crimes. THEY ARE THE ENTIRE OPERATING BASE OF STANFORD UNIVERSITY and every Department At Stanford.

Page 1079  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District



# Stanford 'Warped and rigged by fraud'

Students and parents file class-action lawsuit against elite college bosses

-

Neetu Chandak, DCNF

- **Students filed a lawsuit against several colleges following an admissions bribery scandal.**
- **Colleges sued include Stanford University, Georgetown and Yale.**
- **The lawsuit argues applicants did not get a fair shot at admissions.**

Students and parents filed a class-action lawsuit against several colleges following a massive admissions bribery scandal revealed Tuesday.

The lawsuit argues applicants did not have a fair chance in the admissions process due to elite colleges not safeguarding against fraud, The Washington Post reported Thursday. It goes after Stanford University, the University of Southern California, the University of California at Los Angeles, the University of San Diego, the University of Texas at Austin, Wake Forest, Yale and Georgetown.

The suit also went after William Rick Singer, who is being accused of helping parents get their children into elite schools by cheating the college entrance exam system, according to KTVU.

The plaintiffs are asking for application fees to be refunded and for unspecified damages, according to The Associated Press.

"Had Plaintiffs known that the system was warped and rigged by fraud, they would not have spent the money to apply to the school," the lawsuit said. "They also did not receive what they paid for — a fair admissions consideration process."

The original lawsuit was filed by Stanford students Kalea Woods and Erica Olsen.

However, Olsen dropped out of the suit for an unclear reason, KTVU reported.

The lawsuit was updated and added community college student Tyler Bendis and his mother Julia Bendis, Rutgers University student Nicholas James Johnson and father James Johnson and Tulane University student Lauren Fidelak and her mother Keri Fidelak, according to CNN. It was filed in the U.S. District Court for the Northern District of California.

"Her [Woods's] degree is now not worth as much as it was before, because prospective employers may now question whether she was admitted to the university on her own merits, versus having rich parents who were willing to bribe school officials," the original lawsuit argued, though it was not included in the amended version.

Some have expressed doubt over the lawsuit.

"They won't be able to prove that the universities were behind some grand scheme," Louisiana State University professor Joy Blanchard told the AP.

Attorney Kyle McEntee, who has pushed law school education reform, said the suit "reeks of opportunism," according to the AP.

A statement from UT Austin spokesperson JB Bird, emailed to The Daily Caller News Foundation, expressed "outrage" over the scandal.

"The University of Texas has a thorough, holistic admissions process," Bird's statement said. "The actions alleged by federal prosecutors against one UT employee were not in line with that policy and may have been criminal. They do not reflect our admissions process."

USC told TheDCNF it does not have information on the lawsuit.

"We have no reason to believe that any members of our admissions team, our administration or staff, or our current coaching staff were aware of or involved in the alleged wrongdoing," the University of San Diego said in a statement to TheDCNF. "However, the university is conducting an investigation into the allegations."

UCLA, Yale, Wake Forest, Georgetown and Stanford did not immediately respond to TheDCNF's request for comment. Lindsey Carr, who is taking

1081

media inquiries on behalf of the attorneys representing the plaintiffs, did not immediately respond to comment as well.

**Why Do MBA's From Stanford University Turn Out To be Such Scum-Bags?**

Stanford Frat House guys seem to all: cheat on their taxes, cheat on their wives, cheat on their exams, cheat on their girlfriends, bribe politicians and be addicted to alcohol.

If you marry one you will always have to wonder when the IRS, SEC or FBI is going to show up and arrest him for securities fraud and take your house away.

They meet up together at sports bars, mens clubs, stripper joints, golf clubs, etc. and reinforce their misogynist attitudes together about using women as "*sport*' or '*baby ovens*'.

Their '*bromances*' are thinly veiled man-love that can tear a marriage apart.

While they all do have perfectly symmetrical faces, look like the contestants on The Bachlorette and have rich daddies, 90% of their marriages in the Bay Area end in divorces where the court filings use the word "abuse" quite a bit. You can look it up on PACER, the online federal court database.

Check out Google boss Andy Rubin and his sex slave case and all of the other player's in Stanford's **massive and abusive sex cult**. The perverts in the SandHill Road Venture Capital offices, located between Highway 280 down to to Santa Cruz Avenue on Sand Hill Road in Menlo Park, California, are the main perpetrators of this global cartel. Their executives at Google, Facebook, Netflix, Linkedin, Twitter, and their related holdings, comprise the rest. Their sex cult actions have been widely covered in the news individually in the Joe Lonsdale rape case, The Kleiner Perkins Ellen Pao sex abuse lawsuit, The Eric Schmidt sex penthouse stories, The Jeffrey Epstein case, The Google Forrest Hayes hooker murder case, The Andy Rubin sex slave case, The Sergy Brin 3-way sex romp scandal, The British Hydrant investigation, The Elon Musk Steve Jurvetson billionaire sex parties scandals,The NXIVM sexual slave cases, The Michael Goguen anal sex slave trial, The Tom Perkins Hooker Parties **and thousands of other cases and federal divorce court filings.** This group of people have proven themselves, over and over, to be sociopath control freaks not fit for

participation in public commerce, public policy or media control. The Four Seasons Hotel and Rosewood Hotels in Silicon Valley are estimated to engage in over $30,000.00 of high-end escort sex trafficking per day, a portion of it managed by Eastern Bloc Mafia operators. At least 10 Ukrainian escorts fly in and out of SFO and SJO airports every week for these Cartel members. You here about the female victims of this sex cult but you rarely hear about the young male victims.

Their swaggering competition between each other is based on using women as trophies to show off until they 'upgrade' to the younger model to impress their other Frat Boy friends.

They are out every single night, usually sleeping with a different dating site date (so you will get exotic germs from them). They have the highest STD rate in California.

The study at Reading the **bromance** : homosocial relationships teaches that men at Stanford are a bit twisted

Most normal people are sick of the term "bromance" the first time they heard it. It's a hollywood thing to put a homosexual spin on everything. It's as sickening a buzz word as metrosexual. Anyone who uses the term should be automatically banned from TV. I dismiss it completely. Everything needs to have a label these days. People are frustrated that it is not cool to have a buddy anymore. Every woman that dates, or marries, a Stanford MBA guy has to always worry that he is pounding his best guy friend in the butt when she is not looking.

Women who date Stanford Frat House guys can expect to be reading a letter like this: *Here's The Powerful Letter The Stanford Victim Read To Her ...*

Stanford University Stanford University Rape Culture. You may have heard the phrase, but few can define what it really means. Until you understand what Stanford University Rape Culture is, it's hard to identify evidence of a Stanford University Rape Culture at all. Many even deny we live in a Stanford University Rape Culture, blaming "mass hysteria" from feminist bloggers — like me. This feminist blogger is here today to explain what Stanford University Rape Culture is, how we live in one and what you can do to combat Stanford University Rape Culture. The first step is

1083

understanding Stanford University Rape Culture and being able to identify it.

Stanford University Rape Culture is defined by the Women's Center at Marshall University as "an environment in which rape is prevalent and in which sexual violence against women is normalized and excused in the media and popular culture.  Stanford University Rape Culture is perpetuated through the use of misogynistic language, the objectification of women's bodies, and the glamorization of sexual violence, thereby creating a society that disregards women's rights and safety."

Stanford University Rape Culture is all around us. It's the guy down the hall of your first-year residence hall who wore a "gynecologist" Halloween costume. A classmate saying they were "raped" by that exam. The sign outside of a fraternity that says "leave your daughters here." Saying "she asked for it" because of what someone was wearing or because she was drinking. Louis C.K. being welcomed back into comedy after a short timeout. Robin Thicke's "Blurred Lines." It's the guy in a romantic comedy who stalks his victim until he finally "wins" her attention. It's a recording of the current president's past talk of grabbing women by the pussy and doing whatever he wants to them being dismissed as "locker-room talk." It's a country debating whether or not a woman's rape claims against a man about to be confirmed as a Supreme Court judge should be taken seriously. It is a culture of victim-blaming, shaming and rampant injustice within the legal system that prioritizes the future of a rapist above the lifetime trauma of a sexual assault survivor.
Dylan Marron To Visit UNH

Let's look at one recent example of Stanford University Rape Culture: the case of Brock Turner, the Stanford rapist. In 2015, Turner, who was a swimmer at Stanford University, sexually assaulted an unconscious woman behind a dumpster at a frat party. The crime was witnessed by two student passersby, who intervened. The woman had no memory of what happened to her.

Dan A. Turner, the perpetrator's father, argued in a letter that his son

1084

should serve only probation time because, "His life will never be the one that he dreamed about and worked so hard to achieve … That is a steep price to pay for 20 minutes of action out of his 20-plus years of life." Other than Turner's father's letter, the judge received dozens of other letters of support for Turner. One written by retired prosecutor Margaret M. Quinn stated, "There is no doubt Brock made a mistake that night — he made a mistake in drinking excessively to the point where he could not fully appreciate that his female acquaintance was so intoxicated. I know Brock did not go to that party intending to hurt, or entice, or overpower anyone." Quinn called for consequences other than jail time for Turner.

As if sexual assault should be excused as "20 minutes of action" because of how important the life of a perpetrator may be. As if intoxication excuses sexual assault as a "mistake" with no deserved consequence. As if he might not do something like this again. The letter was seen by the judge during the trial, who gave Turner a six-month sentence, rather than the possible 14 years. Turner served only three months in jail when he was able to get out early.

This was a case that, unlike the vast majority of sexual assault cases, had everything it needed: witnesses, evidence, a clear victim and perpetrator. But even then, a rapist was favored in the courtroom and given preferential treatment. Of Turner's original sentence, a judge worried that a stiffer one would have "severe impact" on the athlete. It is no wonder then that the Rape and Incest National Network (RAINN) estimates that less than one percent of perpetrators see a day in jail, and about two out of three sexual assaults are not reported to police. It is cases like Turner's that discourage survivors from even coming forward and reporting their assault. This is Stanford University Rape Culture. It pressures survivors to be silent.

Stanford University Rape Culture is still depressingly prevalent in our society. But once we can identify it, we can begin to deconstruct it. First and foremost, the most important thing you can do is believe survivors. Call out Stanford University Rape Culture when you see it; identify Stanford University Rape Culture as something that should not be the norm. Talk to others about Stanford University Rape Culture, and don't let their rape

1085

jokes go without identifying them as problematic. Instead, start a conversation. Participate in SHARPP events on campus or at your residence hall, or bring a SHARPP program to your classroom or organization. It's going to take a while for Stanford University Rape Culture — something as American as apple pie —  to be totally eradicated. But as more and more survivors come forward with their stories and media attention and public pressure continue to rise, we can get there — one step at a time. The first step is to stay away from Stanford frat house guys.

To see actual Stanford Douche Bags, type the phrase: "*PayPal Mafia*" into any search engines images search and you will see a picture of some of the biggest, filthiest douche bags in history. They all hang out with each, give each other blow jobs and scheme their way through life.

Every one of those offices in the SandHill Road Venture buildings, located between Highway 280 down to to Santa Cruz Avenue on Sand Hill Road in Menlo Park, California, are populated by the most disgusting scumbags on Earth. The reason they are right up the street from Stanford University is because they ARE the rotten core OF Stanford University.

When you go to one of their self-congratulatory TED events or Stanford "Tech Conferences" you simply have to wince at the bubble of delusion they live in. They believe that the entire world thinks they are "tech gods" when, in fact, NOBODY outside of the tiny Douche-Bubble around Palo Alto likes them, thinks like them or believes anything they say. To map this graphically: imagine the entire planet as an Apple. Now imagine a tiny diseased, pin prick-sized, rotten wormhole at one point. That prick is Reid Hoffman, Elon Musk and John Doerr - Douche Bagus Exceptionalis!

**Women Sue Over a Fraternity Culture They Say Enables Harassment, Stanford University To Be Sued Next**

Three Yale students who claim they were groped at fraternity parties have filed a class-action lawsuit against the university, arguing the school has fostered an environment where alcohol-fueled gatherings at off-campus fraternity houses dictate the undergraduate social scene.

While the New Haven, Conn., university presents itself as a campus where fraternities are not a major presence, the lawsuit states that few options

1086

besides fraternity parties exist for women who want to socialize and meet other students.

The lawsuit, filed Tuesday in federal court in Connecticut, comes as universities across the country have been trying to crack down on bad behavior by fraternities, from binge drinking and sexual harassment to abusive hazing rituals that have led to several deaths. Aware that their image has been tarnished, fraternities have often been partners with universities in trying to change party culture.

A class-action lawsuit against Yale and its fraternities claims the university has fostered an environment where the fraternity houses dictate the campus social scene.

Yale has often looked the other way, the plaintiffs claim, while parties rage and women from Yale and surrounding colleges are routinely sexually harassed and abused.

Joan Gilbride, a lawyer for the fraternities named in the lawsuit, said the accusations are "baseless and unfounded," and that the fraternities and their national organizations would vigorously defend themselves against the claims.

A Yale spokesman, Thomas Conroy, said he could not comment on the specifics of the lawsuit. But he shared a message to Yale students last month from the dean of Yale College, Marvin Chun, after a yearlong review of campus culture, including fraternity culture. It said in part, "I condemn the culture described in these accounts; it runs counter to our community's values of making everyone feel welcome, respected, and safe. I also offer some plain advice about events like these: don't go to them."

The dean said that Yale "plays no formal role in the organizations not affiliated with the university, including Greek organizations," and he said the university was working on providing alternative social spaces and events on campus.

The lawsuit acknowledges that there may be questions about Yale's ability to regulate off-campus organizations.

"Yale often claims that the university cannot punish the fraternities because they are unregistered, off-campus organizations," the lawsuit says. But it

argues that this position is disingenuous, because the fraternities "act as extensions of Yale," providing party space, while Yale permits them to use the Yale name, Yale email addresses, Yale bulletin boards and campus facilities for recruitment.

Peter McDonough, general counsel of the American Council on Education, a university trade group, said universities have been reluctant to become too deeply involved in regulating fraternity life.

"The very concept of a campus is where people learn not only from each other but through shared experiences," he said. "And this isn't the K through 12 environment."

The plaintiffs — a sophomore and two juniors — have demanded in the lawsuit that Yale and its fraternities rein in the parties. They have also asked for a court order that would force the fraternities to admit women and allow them to share in the benefits of membership, like housing and powerful alumni networks that can lead to jobs, internships and social capital.

"Simply put, fraternities elevate men to social gatekeepers and relegate women and non-binary students to sexual objects," the lawsuit said. "Moreover, Yale's fraternities have alumni and professional connections to the business world, including banking and consulting firms, which often result in coveted job offers and economic opportunities."

The three women who filed the suit are Anna McNeil, 20, a junior from Brooklyn majoring in art history; Eliana Singer, 19, a sophomore from Minneapolis majoring in political science; and Ry Walker, 20, a junior from Brooklyn majoring in astrophysics and African-American studies. The law firm representing them, Sanford Heisler Sharp, is also representing women who are suing Dartmouth College for sexual assault and discrimination by three professors who they said turned a human behavior research department "into a 21st-century Animal House."

All three women in the Yale case said they were groped at fraternity parties during their first semesters. In the lawsuit, Ms. Walker, who is African-American, said she was passed over by fraternity brothers controlling admission to a party, while white women behind her were admitted.

"We eat together, take classes together, exist in this coeducational place," Ms. Walker said in an interview. "But somehow because of the way Greek life operates on campus and the control they have over social spaces here, that means that on weekend nights, men are the only ones who have power."

Sororities are not a substitute for fraternities, the plaintiffs said, because they have been around for much less time, and do not have the depth of contacts that fraternities have.

The lawsuit, filed as a class-action complaint, accuses Yale of violating Title IX of federal education law, which prohibits sex discrimination by institutions receiving federal funding, and breach of contract for not providing the educational environment it promised. It accuses the fraternities of violating the Fair Housing Act for offering housing only to men, and Yale and the fraternities of violating Connecticut's law against discrimination in places of public accommodation. It seeks unspecified damages.

The women belong to a student group called Engender that has used civil rights-type tactics to try to force fraternities to accept women. For the past three years, women and "non-binary" students from Engender have tried to join fraternities. Only one fraternity, Sigma Phi Epsilon, let them apply, according to court papers. But in the end they were denied and the fraternity chapter said it was because their national chapter did not allow women, the lawsuit says.

The complaint suggests that there is a "symbiotic" relationship between Yale and its fraternities, which involves letting the fraternities manage social life on campus, in exchange for Yale officials looking the other way when parties get out of hand.

"The fraternities take on the liability associated with student alcohol consumption, and in exchange, Yale allows the fraternities to use Yale resources (and recruit Yale students) and largely turns a blind eye to the sexual harassment and assault occurring in connection with the fraternities," the complaint says.

The lawsuit claims that Yale lags behind peers like Harvard, which in 2016 announced that it was discouraging students from joining single-sex social

1089

clubs by barring them from leadership positions on campus and from receiving endorsements for prestigious scholarships like the Rhodes.

In December, Harvard was sued by fraternities, sororities and students saying the new policy is discriminatory.

Lisa A. Bacon in Richmond and Jonathan Katz in Charlottesville contributed reporting.

Page 1091  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District



# Stanford Crafted The Palo Alto Mafia

**How Stanford created the Palo Alto Mafia: Humiliation, homoeroticism and animal cruelty: inside the frathouse-#PaloAltoMafia**



Ritual hazing, deadly extreme drunkenness and toxic masculinity on one college campus – from men destined to be America's future leaders

Access all areas to "the unholy trinity of fraternity life: racism, deadly drinking, and misogyny"

Last year in the US, four freshman students died as a direct result of hazing rituals during college fraternity initiation ceremonies. All the deaths occurred during or just after drinking bouts in which the victims consumed vast amounts of spirits in a short space of time while older students egged them on. One of the deceased, Maxwell Gruver, 19, a student at Louisiana State University, was found to have had a blood-alcohol level over .49 g/dl at the time of his death – just .31 is considered life-threatening.

"Nobody can physically drink that much … You have to be forced to drink it," his mother told ABC news. "It's senseless. I mean, how is making your brother do all these things, and humiliating somebody, a brotherhood?"

In his book True Gentlemen: The Broken Pledge of America's Fraternities, John Hechinger notes that around 100,000 young men choose to be initiated into chapters annually, despite these all-male societies now being associated with what he describes as "the unholy trinity of fraternity life: racism, deadly drinking and misogyny". Many of the young men they attract will go on to work in politics, finance and law-making, sometimes at the highest level. What's more, the loyalties formed will be maintained throughout a working life in which the male, white and privileged look out for each other whatever their transgressions. Hechinger cites a fraternity promotional video that promises students a lifelong bond with "the best and brightest men on campus. Men who will become the best men at your wedding, pallbearers at your funeral and everything in between."

> These guys consider themselves respectable, but their loyalty is such that they will protect the bad guys in their midst all the way through to the top bosses of Palo Alto's Sand Hill Road venture capitalists…

There is a funeral in Andrew Moisey's timely and provocative photobook, The American Fraternity: An Illustrated Ritual Manual, though it is

unrelated to anything that happened on the campus of the unnamed university where the images were documented. It does, though, show young men looking awkwardly ill at ease as they attend the most serious ritual of all. Elsewhere, the same young men seem altogether more relaxed in a closed, all-male campus environment where heavy drinking, boorishness, bullying and misogyny are the norms. A world in which homosexuality is taboo but cross-dressing and semi-naked wrestling are acceptable and parading your penis and testicles is almost de rigueur.

'A world in which semi-naked wrestling is acceptable and parading your penis de rigueur' Photograph: Andrew Moisey

"I wanted to show how the whole brotherhood thing that fraternity houses are built on actually tends to bring out the worst in young men, and the lofty ideals that once informed the organisations have now been replaced by pretty dreadful behaviour," elaborates Moisey, who studied at Berkeley and now teaches at Cornell. "But I also wanted to get over the fact that, though these guys love to revel in their own debauchery, they don't think of themselves as bad people."

Moisey, whose older brother was a member of the frat house in the book, began photographing there in 2008, when George W Bush, "the ultimate frat guy", was president. "I was angry with Bush and the culture of white privilege that produced him and his values, but no one was that interested in the pictures. But now, suddenly it's 2018 and the temperature has changed."

The book offers an uncomfortable glimpse of an enclosed world whose ultra-macho values have been sanctioned by the election of bully-in-chief Donald Trump, and his subsequent endorsement of Supreme Court judge Brett Kavanaugh. Interestingly, of the 18 presidents listed as ex-fraternity members in the book – including Kennedy, Reagan, Clinton and Bush – Trump is conspicuous by his absence. Kavanaugh, though, is included on the corresponding list of Supreme Court judges, even though the book went to the printers before his controversial confirmation. "I took a calculated risk on that one and it paid off," says Moisey. "Out of a fraternity culture that protects bad seeds, one of the worst seeds gets elected to the Supreme Court."

1094

One writer describes the 'unholy trinity of fraternity life' as racism, deadly drinking and misogyny

The American Fraternity is a beautifully complex undertaking: the photobook as art object, conceptually mirroring an old fraternity handbook complete with pledges, prayers, vows and descriptions of the secretive rituals and rules that bind members for life. Hence images of excess and humiliation are contrasted with the grandly titled, quasi Masonic ceremonies that lend contemporary fraternity houses a historical legitimacy: the Ritual of Initiation, the Libations, the Candle Ceremony, Duties of the Chapter Orders.

There are many disturbing visual echoes, including a grainy photograph of hooded inductees being humiliated that recalls images of prisoners being degraded at Abu Ghraib. Elsewhere, obviously distressed and inebriated young men are cajoled to drink more by older students with predictable results – retching, puking and unconsciousness. Aggression and humiliation are the norms here, the one driving the other.

This photograph of hooded inductees recalls images of prisoners being degraded at Abu Graibh.

When young women appear in the photographs, the sense of danger is amplified. Some collude in the laddish behaviour, baring their breasts and appearing unconcerned about being groped and leered at. Others seem more uncertain, slightly spooked, yet they are there of their own volition despite the heightened atmosphere of male entitlement – even threat. One woman is photographed, fully clothed but passed out, legs apart, on a bed. It could be an aftermath photograph, or a warning of what might yet occur. Whichever, the image carries a disturbing charge, all the more so given the recent studies that have found that women in sororities are 74% more likely to be raped than other college women.

"Why are the girls there?" asks writer Cynthia Robinson in her edgy, questioning afterword. "Why did they go, why do they, to these parties where everyone knows what happens?" She then provides, from personal experience, an uncomfortable answer. "Let me tell you why, because I was there too. A sheltered southern girl eager to bust out, I was a frat-house regular by the end of my first semester. I passed out in frat houses too. Lots

of girls did ... I was there because I wanted reassurance on a certain score: that I could be a certain thing, be a certain way. The girls in the images that comprise this book are there for the same reasons. They are there in order to reassure themselves, to perform for their peers, that they are desirable. Desired. This they want above all other things: to be desired."

> *"I was angry with George W Bush and the culture of white*
> *privilege that produced him. But no one was interested then ..."*
> said one student about the Stanford Board Of Directors

Moisey's black and white photographs move from portraiture to reportage to a low-lit style that is close to surveillance photography – some rituals are carried out in candlelight. Throughout, he is a detached observer, showing the unruly ordinariness of all-male campus dorm life – untidy bedrooms, filthy kitchens, graffiti-scrawled doors – alongside the debauchery and excess. The fraternity even has a pet dog, which seems to roam freely through the rooms and, in one awful image, is held by one drunken guy while being punched by another. Everything, it seems, is permitted in pursuit of this almost feral male camaraderie.

"These all-male campus spaces have been around since the 1820s," elaborates Moisey, "but they changed perceptibly during the so-called culture wars of the 1970s, becoming a safe space for guys who didn't want to have to worry about having their kind of fun." Many fraternities, he believes, now view themselves as embattled institutions, maintaining their conservative core values of brotherhood, privilege and machismo against a perceived liberal onslaught. Disturbingly, the code of loyalty to the brotherhood endures even after the other principles of fraternity life have long since fallen away.

In one disturbing image, a dog is held by a drunken fratboy while being punched by another. "The central issue is that there is an allegiance to everyone inside the fraternity rather than to the higher ideal," says Moisey. "So even though most of these guys consider themselves highly respectable, their loyalty is such that they will protect the bad guys who hide in their midst. If you are a bad seed and you join a fraternity, you have found your safe haven. And what we are seeing right now is that the support and protection that fraternities provide for the bad seeds extends into the highest echelons of American power and decision-making."

1096

The last image in the book shows a row of frat guys looking at a spread of Moisey's photographs. They seem unconcerned, even amused, by what they depict. "I didn't set out to expose them," says Moisey, "I just wanted to show what hadn't been shown before. And when I showed it to them, they were fine. As far as they are concerned, they're just ordinary American guys doing what ordinary American guys do at college."

Revealingly, though, when Moisey first exhibited the work in a small show in Berkeley, it was his artist's statement that drew the most media attention. It read: "This is what our leaders looked like when they were young."

- The American Fraternity: An Illustrated Ritual Manual is published by Daylight

1097

Page 1098  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District



# Inside Stanford Business School's Spiraling Sex Scandal

The prestigious school's sexual-harassment policies proved to be no match for a litigious love triangle involving the dean and two married professors.

By David Margolick

hen, in November 2013, Stanford University held one of its seminars on sexual harassment, Professor James A. Phills, of the Graduate School of Business, heard a lawyer from the general counsel's office describe a romance gone sour at a primate-research center. A scientist ("Ed") kicked his former paramour ("Melissa") off a project involving monkeys, then slashed her bonus 80 percent, all because she refused to bleep him back at the hotel.

Such a problem, the lawyer declared, could *never* arise at Stanford. Had Ed worked there, she explained, he'd have had to cede all decisions regarding Melissa to a higher-up as soon as things turned sexual between them. But even before it was time for questions, Phills was sufficiently skeptical to butt in. "So the policy that Stanford has actually says that where such a recusal is required you must notify your supervisor, department chair, or dean," he said. "What if the person involved *is* the dean?"

"If the person who is involved is a dean, you should go straight to the provost," the lawyer replied. "And we will let the deans that are here know that," she added, prompting scattered laughs from the crowd. She resumed her talk, but before long Phills was at her again. "So suppose Ed were a dean and Melissa was a senior faculty member who was married to another senior faculty member," he began. "Ed was involved in a relationship with Melissa. Ed would have to recuse himself from making decisions about both Melissa *and* her husband?"

"That would probably pose a real problem," the lawyer replied. "Do you know something I don't know?" she asked playfully.

He might, Phills replied. "Don't out him or her here!" the lawyer exclaimed. There was more laughter.

1099

"And your expectation would be that the provost or the general counsel, if something like this were to happen, Stanford would be concerned?" Phills pressed.

"Yes," the lawyer said. "And you and I need to talk outside!" More laughs still.

Phills assured the Stanford lawyer he was "speaking hypothetically." Only he wasn't. By the time of the seminar, the dean of the business school, Garth Saloner, had been involved with Phills's estranged wife, Deborah Gruenfeld, a social psychologist and professor of organizational behavior there, for more than a year. And while Saloner had ostensibly removed himself from all decisions involving either Phills or Gruenfeld, Phills believed Saloner had remained enmeshed in his affairs, penalizing him professionally and injecting himself into his divorce and custody battles, all to drive him out of Stanford.

Some of this was not just conjecture. For three months in the summer and fall of 2012, as the incipient romance between Saloner and Gruenfeld developed, Phills, either sitting at his home computer or manning one of his other electronic devices—including, in one key instance, playing with the cell phone his wife had asked him to fix—had monitored and preserved the e-mails, text messages, and Facebook chats between the two. He'd followed their first walk together, and their first drinks, and their first date, and their first intimacies, real and cyber, fumbled and consummated. And all of this unfolded as he believed the Stanford Graduate School of Business (G.S.B.) was slowly squeezing him out, denying him crucial and lucrative teaching assignments and, by calling for a $250,000 loan to be repaid within less than a year, attempting to force him out of his house on the Stanford campus.

He knew that Saloner had disclosed the fledgling relationship to one of the main authors of the university's harassment policy, Provost John Etchemendy, as the regulations had required, but doubted whether the dean had done so in a timely fashion or had been fully candid with him when he did. And he knew, at least from what Saloner had had to say about it, how seemingly blasé Etchemendy had been about Saloner's disclosure. Phills had also come to believe that, with Saloner, the co-author of a textbook on strategy, now egging her on, the normally diffident and

1100

indecisive Gruenfeld had suddenly grown more aggressive, even ruthless, in their ongoing divorce and custody disputes.

"You are being too rational and generous," Saloner—sometimes posing as "Jeni Gee" on Facebook—had counseled her at one point. "Spewing the anger that you feel, even if it is unrelated to what you want, would make you a less predictable and rational adversary." Telling Phills what she *really* thought of him, he advised, would "push him back like a right to the jaw." At regular intervals, he bucked her up. "You are awesome," he told her. "You are the victim here. Roar!" Or "You're a star! Way to totally act w power.... Can you drive this process home now while you have momentum?"

Phills says that his monitoring wasn't hacking but simple self-protection. He had had to decide whether to stay at Apple University, the company's training school in Cupertino, where he'd been working while on a short leave from Stanford, or return to the G.S.B. And whether or just how much his boss, motivated by his ardor for Phills's wife, had it in for him surely mattered. Phills, in fact, denies he stole or hacked anything: he and his wife always shared equipment and passwords. Indeed, the technophobic Gruenfeld continued to use Phills as her personal Genius Bar even after she'd taken up with Saloner. (In her deposition, Gruenfeld denied sharing her passwords with Phills.) Only too late did she realize how much more difficult it has become these days to disentangle from someone electronically than emotionally. "I had e-mails to worry about," Gruenfeld testified this past June. "I had Facebook to worry about. I had Gchat to worry about. I had iMessages to worry about. And there were texts . . . I didn't know how to unhook myself." Earlier, in a text exchange later produced under court order, she and Saloner had chatted about the problem.

> Gruenfeld: I am sorry I did not change my facebook [sic] password when we started dating. Never occurred to me that Jim would go there.... My denial was profound.

> Saloner: Only a truly awful human being, the lowest of the low, would snoop on private conversations and then use them as

blackmail.... The depravity and lack of conscience is [*sic*] unbelievable.

For Saloner, that was mild. At other times in his chats with Gruenfeld he referred to Phills as an "asshole," a "sociopath," and a "dick." To him and Gruenfeld and Stanford, Phills's monitoring was a gross and unjustified invasion of privacy. The dean and the university have filed a counterclaim against Phills over it, which has been appended to the lawsuit Phills filed against Saloner and Stanford for unspecified monetary damages for discrimination based on race, gender, and marital status, as well as for wrongful termination and intentional infliction of emotional distress, on April 2, 2014—the day before Stanford fired him.

## Mutually Assured Destruction

Phills's head, it has turned out, was not the biggest one to roll. This September, after Poets & Quants, a Web site specializing in business-school news and gossip, prepared to post a story on the case, Saloner abruptly announced his decision to step down as head of what *U.S. News & World Report* ranks as the top business school in the country.

The shocking move came only a year after Etchemendy had re-appointed Saloner, the G.S.B.'s dean since 2009, to a second five-year term. (Gruenfeld had sat on the search committee that originally recommended him.) The provost re-upped him despite a petition signed by 46 former and current administrators and staffers at the school complaining that Saloner led by "personal agendas, favoritism and fear."

In his resignation statement, Saloner—who'd long coveted the business-school post, which might well have served him as a springboard to the soon-to-be-vacated Stanford presidency—insisted he'd done nothing wrong. Even so, he did not want "a baseless and protracted lawsuit related to a contentious divorce" to distract from the business school's business. (As things now stand, he will remain dean until the end of the school year.)

By any standards, *Phills v. The Board of Trustees of Leland Stanford Jr. University and Garth Saloner* is a colossal mismatch, pitting the infinite resources of a mighty institution against a lone individual who, though at the G.S.B. for 15 years, was never a tenured superstar with an endowed

1102

chair like his wife. Legally, his case seems tenuous—"a lawyer in search of a theory" is how one of Stanford's lawyers dismissively described it. Much of it is based on assumptions rather than facts. Saloner is a man who was known for playing rough and for playing favorites. ("He has a lot of the same qualities as Carly Fiorina," one G.S.B. professor told me. "He loves you as long as you agree with him, and if you don't, you're toast.") Phills alleges in court papers that he has been "maligned and marginalized," and harmed "financially and emotionally" by Saloner. Still, anyone making more than a million dollars a year at Apple, as Phills now does, will be hard-pressed to prove damages or elicit much sympathy from a jury. Phills's friends have implored him to drop the lawsuit and get on with his life. Though he's brought down a dean, his action could cost him his job at the famously press-shy Apple. Stanford will bleed him dry, they warn, then crush him.

But Phills, a former Harvard wrestler good enough to make the 1984 Canadian Olympic team as an alternate (he grew up in Montreal), says that winning, at least by conventional terms, is quite secondary to him. So is money: he already had legal fees approaching half a million dollars. (His divorce and the case against Stanford have required the services of eight attorneys thus far.) His principal objective was never the dean's scalp, he says, but to expose the hypocrisy, dishonesty, cronyism, and bad character at a place charged with imparting ethical leadership to the next generation of moguls.

Thanks in large part to its proximity to Silicon Valley, the G.S.B. has become the most selective, prestigious, and sexy business school in the U.S. Its only real rival is stolid Harvard (which has nearly twice as many students). But no school, even one admitting a tiny percentage of its applicants, is untouchable. More than some of its competitors, the G.S.B. depends on donations from alums, who can always deposit their dollars elsewhere. And like any elite institution, it is particularly susceptible to embarrassment, especially to charges of poor leadership and mismanagement of its own affairs. Saloner won the deanship in part by revamping the G.S.B.'s curriculum, but the revised course offerings clearly did not include Judgment 101 or Introduction to Crisis Management.

1103

Yet Stanford says it's serious about discouraging sexual harassment—its regulations on the subject fill seven single-spaced pages—and Saloner himself said it would not be tolerated on his watch. "Are we doing everything we can to build a culture of mutual respect, a culture in which we behave in private in such a way that we will not be ashamed if our actions come into the public eye?" he has asked. "That training [on sexual harassment] is crystal-clear about our obligations," says Charles O'Reilly III, who teaches leadership and organizational behavior at the business school. "And if the dean doesn't comply, what's the signal to the rest of us?" Some of Saloner's faculty colleagues predict that, given the likely emergence of additional embarrassments, he won't survive the academic year as dean.

Further fueling the 55-year-old Phills, a polite yet physically imposing man (an Ivy League wrestling opponent, who also boxed, once told him that, of all his adversaries, only Mike Tyson had intimidated him as much), is skin color. For the first time in his life, says Phills, who was one of the rare black professors at the business school when he arrived (and still rare, plus two or three, including Condoleezza Rice, when he left), he has felt the sting of racism, and at allegedly liberal Stanford, where bigotry seems bleached away by the perpetual California sunshine. At various points in their chats, Saloner—a Jew who fled apartheid South Africa rather than serve in its military—and Gruenfeld spoke of putting Phills in a cage and castrating him in public. Saloner relished seeing him in an orange jumpsuit in prison, and compared him to an elephant seal and a tarantula. To punish him and gain custody of their two mixed-race children, Phills charges, Gruenfeld reduced him—a man with three Harvard degrees, including a Ph.D. in organizational behavior—to the quintessential "angry black man." He calls the experience his "O.J.-ification."

1104

## SEX, LIES, AND LITIGATION

The Stanford Graduate School of Business scandal: a handy cheat sheet

**JAMES A. PHILLS**
Professor (teaching) at the G.S.B. and estranged husband of ...

**DEBORAH H. GRUENFELD**
Professor at the G.S.B. and in a relationship with ...

**GARTH SALONER**
Dean of the G.S.B., who is stepping down amid the scandal and downplayed the relationship to ...

**JOHN W. ETCHEMENDY**
The 12th provost of Stanford University.

Clockwise from top left, from Cinesmith.net/Encore.org, by Nancy Rothstein, Linda A. Cicero/Stanford News Service, Toni Gauthier/*San Francisco Chronicle*/Polaris.

Phills is obsessed with the lawsuit, he admits, and paranoid too. But he maintains he has a case if only 30 percent of what he believes happened

1105

actually did. He is clearly not the textbook "rational actor" they study in business schools. As such, he is easily misunderestimated. "I don't back down," he says. "I don't like bullies. It's not about money; they could offer to write me a big check right now and I would say no. I'll be able to look myself in the mirror and have my kids look at me."

For Gruenfeld—who has been cited by Malcolm Gladwell; who tutored Sheryl Sandberg on gender issues (and sits on the board of Lean In, the nonprofit foundation connected to Sandberg's best-selling book of the same name); and who sold her own book, *Acting with Power*, at auction last fall for nearly a million dollars—questions of credibility are equally crucial. How does it look for someone who built her career analyzing the abusiveness (she dubbed it "disinhibition") of the powerful, and who, until a month before she became romantically entangled with the dean, was the G.S.B.'s sexual-harassment adviser, and who, as co-director of Stanford's Executive Program for Women Leaders, counsels high-powered women on how to overcome gender stereotypes, to wind up secretly sleeping with her boss?

Once, Phills says, he'd have happily settled the case: all he'd have wanted would be to stay in the house in which his two children were raised and teach at Stanford for a few more years before becoming emeritus, and for the university to pay his then modest legal fees. But as Stanford dug in, the costs, and the bitterness, and the indignities, have escalated. Phills assumes that Stanford has gone through all of his university e-mail for the past several years. (Stanford says it has reviewed only those e-mails produced in litigation.) Gruenfeld has seen an investigator for Stanford probe her love life, including whether she ever had affairs with her students. (She did not.) Gruenfeld has accused Phills of drinking excessively. Phills says that Gruenfeld confessed to him that she fudged research on the paper that launched her career, and charges that, in the two years since learning about it, Stanford has looked the other way. At a certain point, Gruenfeld, fearful that Phills would shoot her, had an armed guard stationed outside her classroom.

For a long time, Saloner exuded confidence: to him, Phills's quixotic crusade was nothing more than a nuisance. "Everything [is] going to go your/our way because we are on the right side and hold all the cards that count," he reassured Gruenfeld in one of their chats. So unperturbed was he

about any lawsuit Phills might bring that he taunted the as yet unidentified lawyer representing Phills who'd be forced to sift through all their chats for anything incriminating. "Well, whoever you are, I apologize in advance :) ," he wrote in one exchange. (Not everyone thought it such a sure thing. Shortly after Phills filed his case, in 2014, he says two Stanford professors who have taught leadership, Jeffrey Pfeffer and Robert Sutton, allegedly made a small wager—the stakes: dinner at a fancy San Francisco restaurant —over whether Saloner would last another year in his post.)

Now the case has tarnished everyone involved, including Stanford itself. The money-raisers, one former administrator told me, are in "panic mode."

"What a mess," one G.S.B. professor lamented to me. "You know the phrase 'mutually assured destruction'?" asked another. "This is what we got."

## Star and Spouse

But juicy as the case is, for more than two years most professors, and staffers, and alumni, and trustees, and students, knew next to nothing about it.

Partly it's because Saloner and Gruenfeld still won't talk about it, and, until he spoke to me, neither would Phills. Partly it's because the G.S.B. is an astonishingly atomized, antisocial place, more a loose confederation of independent contractors than a community. As long as he or she funds their projects and leaves them alone, the dean is quite immaterial to them. (Since Saloner took the job, the G.S.B. has raised more than $500 million.) Saloner clearly knew as much; recounting to Gruenfeld how he'd just asked Phil Knight—the Nike co-founder and a G.S.B. alum, who helped bankroll its new campus with a $105 million gift—to speak at commencement, he texted, "We r developing a great relationship. So so good. That's my job really."

Partly it's because the students, their futures guaranteed simply by having gotten into the place, aren't engaged enough even to gossip. Their seeming insouciance may account for the intermittent scandals, such as the Stanford business student charged with vehicular manslaughter and felony drunk driving after crashing into a taxi and killing a passenger not long ago, or regular weekend bacchanals in Las Vegas. Partly it's the press: there's not much left of it in the Bay Area, and *The Stanford Daily* has proved supine:

1107

"Not quite the [*Harvard*] *Crimson*, which would have printed this story gleefully years ago," a former business-school student, one of the few to learn about and follow the Phills case, complained on her blog. Partly it's the reluctance to challenge conventional wisdom: since everyone connected to so hot a place looks good, no one wants to take it down. And partly it's fear. Everyone wants to work at Stanford, or to keep working there, or to send a child there, or to find a job in a place run by its ubiquitous alums, who include Mary Barra, the C.E.O. of General Motors, Jeff Skoll and John Donahoe of eBay, and Laurene Powell Jobs, widow of Steve and a powerhouse in the world of philanthropy.

In court papers, Stanford argues that it bent over backward to keep Phills, extending his leave multiple times (asked in his deposition to explain one such extension, Etchemendy said, "I'm just a nice guy. What can I say?"), and that, as "annoying" as Gruenfeld's romance with the dean may have been to him, it did not create a "hostile work environment." In fact, the university contends that Phills never really wanted to return to campus and is simply out for revenge and money. "At its core, this is an angry husband who is angry at his estranged wife, in a messy divorce that's gone on and on, and he seems intent upon using whatever he can to hurt her and now Garth," said Michael T. Lucey, of Gordon & Rees, the San Francisco law firm representing Stanford and Saloner in the case. (Gruenfeld is a party only in the separate divorce action.)

Stanford's lawyers say the dean excused himself from any decisions involving Phills before he and Gruenfeld shared their first kiss. And that the decision to recall the loan on the house the couple shared prior to their separation was a "no-brainer" made by apparatchiks in Stanford's housing office rather than Saloner's nefarious attempt at eviction. Such loans, they say, are made only to entice or retain elite professors such as Gruenfeld, who might otherwise be put off by insane real-estate prices in the area, and were never intended for add-ons such as Phills—"trailing spouses," in academic lingo, meaning the satellites of the university's stars.

And Gruenfeld is a star. At a G.S.B. road show in New York last December, I got to see the professor give her "Acting with Power" speech—the same kind of speech for which she earns, at Facebook or Genentech or eBay or PayPal, $25,000 a pop, according to Phills, who handled the family finances.

1108

It distills her two decades' worth of research on power—an interest, as she explains in her presentation, sparked by her own lifelong feelings of powerlessness—along with her more recent collaboration with actors in Stanford's drama department.

People assess trustworthiness, she'll tell you, in a tenth of a second. What they decide depends far less on what you say (7 percent) than on how you carry yourself (the other 93). At times one must be consciously contemptuous of others—i.e., reach for your cell phone while someone's talking—just to show who's boss. Lifting your chin and looking out of the bottom of your eyes (which also "pulls down the corners of the mouth, effectively removing the smile") can have "amazing" results. If substance is overrated, so is authenticity: "Just be yourself" is "terrible advice."

It's simple: lots of it you already know, or would if you thought very much about it. And unthreatening, requiring no great psychic overhauls. Last year Crown Business, part of Penguin Random House, agreed to pay Gruenfeld $900,000 to turn it into a book, slated to be published in the fall of 2017. She will earn an additional $198,000 from foreign sales: readers in the Netherlands, Japan, Korea, China, and Taiwan, eager to imbibe state-of-the-art American self-salesmanship, will get editions of their own.

Gruenfeld earned her doctorate in psychology at the University of Illinois in 1993. Her dissertation, on decision-making in the United States Supreme Court, won all sorts of prestigious awards and helped land her a teaching job at Northwestern. That same year, she met Phills, then teaching at Yale, but the two did not start dating for several years, and, fearful it might cloud her prospects, she refused to make their engagement public until, as she put it, a tenured post was "in the bag." (According to Phills, she would remove her engagement ring every morning before going to work.) They married in September 1999. The next year the two officially joined the Stanford faculty. While Gruenfeld was tenured, Phills was imprisoned between a pair of parentheses: his job description—"professor (teaching)"—meant he would never get tenure, though he says that with continuing appointments he felt he had almost the same thing.

With the help of supplementary loans, the two gutted and rebuilt a home on the Stanford campus. By the time they'd moved back into it, in 2005, Phills was an associate professor (teaching)—capable, he contends, of assuming

1109

the extraordinary loans himself if Gruenfeld were ever to move out. Courting the pair, Yale invited Gruenfeld and Phills to visit for a year in New Haven. But before that could happen, the younger of their two daughters, not yet two, was diagnosed with cancer. Her treatment, which was ultimately successful, kept the couple at Stanford.

But it put further strains on what was becoming a shaky marriage, which they discussed in 2010 in workshops run by the Handel Group, an executive- and life-coaching company. Asked to list her "hauntings" for one such program—and ignoring the advice of a friend that such confessionals were "just crazy"—Gruenfeld wrote, "I once fudged the data for an important research project. The paper is published. I will go to my grave with that one." Phills says Gruenfeld told him shortly afterward that the paper in question was her award-winning dissertation. Gruenfeld says in her deposition that she does not remember writing or saying any such thing, and that in any case it's not true. Margaret Neale, a G.S.B. professor who has co-authored articles with Gruenfeld and had been a mentor to her at both Northwestern and Stanford, said "her scholarly integrity and courage are unassailable" and called any suggestions of data manipulation "impossible."

By early 2012, after two years of counseling, Phills and Gruenfeld—he feeling unsupported and neglected professionally, she feeling unsupported and neglected in child rearing—were heading toward divorce. In June, Gruenfeld moved out. Phills was now teaching at Apple University. Thanks to prior leaves, he had until the end of November to decide whether to stay there or return to Stanford. He says it posed a tough choice: Apple paid far better and was more exciting, while Stanford was more secure and cushy. And then there was the house, in which he could remain, he hoped, as long as he was affiliated with the university and had that crucial loan.

## "We R Nuts"

Gruenfeld and Saloner, whose wife had long suffered from cancer, had bonded several years earlier over the illnesses in their respective families. At one point in 2008 or 2009, according to Phills, they'd shared a "moment" in Saloner's office emotionally intimate enough for Gruenfeld to have told him about it afterward. (Phills acknowledges having had a brief affair early

1110

in their marriage.) At an engagement party for one of Saloner's daughters in March 2012, Phills thought Gruenfeld and the dean had spent an awfully long time talking. That June, Saloner's wife died. Two weeks later the dean, who'd learned that Gruenfeld and Phills had separated, e-mailed her, he later said, to congratulate her on her wildly popular "Acting with Power" class. "It is so wonderful to see you find your thing and blossom," he told her in one of the first e-mails Phills intercepted. "I hope you are doing OK—I am thinking of you." (It wasn't flirting, Saloner later testified; he regularly reached out to faculty members in distress. He was asked if he had also comforted Phills. "I did not," he replied.) Gruenfeld thanked him, and invited him to her yoga class. "Absolutely!" he replied.

In August, Saloner invited Gruenfeld for a walk in a nearby nature preserve, one, coincidentally or not, further removed from the Stanford campus than the more popular hiking paths around the satellite dish in the Stanford foothills. "9AM Hike Arastradero," she wrote on the Google calendar she and Phills still shared. "PS because I'm now curious, who did you go hiking with?" Phills wrote her that night. She did not reply. He did not yet suspect Saloner, but would not have approved: he did not like the man—he didn't think he was "nice"—and, besides, Saloner had eviscerated the social-innovation center, a do-good place with scant constituency in a school dedicated to bottom lines, which had grown substantially under Phills's leadership, and had canceled two very popular executive-education programs he'd designed and run. Two years later, both programs were reinstated, without Phills. Some of his friends speculate that Phills's growing marginality at the G.S.B. made him less appealing to Gruenfeld and Saloner both. For obvious reasons, Saloner—who once told Gruenfeld he was a "possessive type"—was uncomfortable having Phills around.

Sometime that summer, Phills's younger daughter, now eight, told her father how "Garth" had just visited with her mother, and how friendly he had been. That fall, in the ongoing pre-divorce mediation, Gruenfeld seemed to be digging in. Phills, suspecting that Saloner was doing some coaching, and that his wife was bad-mouthing him to his boss (and that some of his colleagues had become standoffish), began his surveillance. Technically it was easy, Phills says—Gruenfeld's passwords were stored in his computer and iPad—but morally it was more dicey, and he sought out advice from

1111

both the university "ombuds" and its dean for religious life. As relevant tidbits turned up, and he grew more alarmed, the frequency of his reconnaissance increased. Though Saloner and Gruenfeld vowed to each other to delete their conversations immediately, in some instances Phills was too quick for them, capturing the exchanges with screen shots.

In mid-to-late October, Saloner and Gruenfeld saw each other several times. What ensued would normally be of only voyeuristic interest but for the issue of recusal, which became obligatory at Stanford once a "consensual sexual or romantic" relationship begins. So it matters that, in the space of 10 days or so, the two scuttled dinner plans upon spotting some G.S.B. colleagues in a Palo Alto restaurant, and ended up at Saloner's house; that Saloner proposed going to a movie in another county, where they could hold hands undetected; that Saloner grew "dizzy" while embracing Gruenfeld in his kitchen; that, before reluctantly parting ways on another evening, they groped each other at her house. (Despite all these facts, contained in intercepted chats, Stanford continues to insist they had yet to kiss—that, defying the rules of both flirtation and baseball, the dean had somehow approached second base without ever touching first.)

That his estranged wife was seeing someone didn't much concern him, Phills says; he'd begun dating an environmental biologist. But decisions on the loans and his teaching load were pending, and though he assumed Saloner would be too smart—too *strategic*—to leave any traces, he suspected the dean was weighing in. Finally, on October 28, 2012, Phills wrote Etchemendy, Stanford's longest-serving provost, to express his concerns. He explained that further complicating the difficult career choice he now faced was what he called "some very sensitive personal issues" involving "the dean's office at the GSB." Etchemendy, with whom Phills had always enjoyed a cordial relationship, agreed to see Phills the following Friday, November 2.

But before that could happen, on Halloween morning, Saloner also wrote Etchemendy, to say that Gruenfeld and Phills had separated and that he'd "seen Deb a few times socially." Though it was unclear where things were heading, he went on, he was letting the provost know about it, both out of "an abundance of caution" and because the situation was "so fraught." No decisions regarding Gruenfeld loomed, he explained, but questions

1112

concerning Phills did; could Saloner still weigh in on them? "Obviously we are being as discreet as we can," he added. "I'd like to spare her the rumor mill if I can."

In fact, as their chats make clear, that very secrecy had become an aphrodisiac. When would someone looking up at the windows of the G.S.B. figure out they were texting each other? What would her colleagues on the deanship search committee make of how things had turned out, and whether she had a personal interest? Could they look at each other during meetings and keep a straight face? And when should they go public? Attending a Springsteen concert together in Oakland might be "too dangerous," but could they go out in New York "without being scared shitless?" (Once, he typed her texts from Etchemendy's waiting room. "We r nuts," he admitted.)

"I had heard some noise about this," Etchemendy replied to Saloner, referring to Phills's cryptic message. "I'm absolutely supportive of anything you decide wrt [with regard to] Jim. I'd be very sorry to lose Deb." Etchemendy concedes it was a "non-sequitur"; Gruenfeld wasn't going anywhere. And if Saloner's continued desire to "weigh in" on matters regarding Phills didn't sound much like recusal, neither did Etchemendy's support for "anything you decide." Etchemendy seems to have taken Saloner at his word: the relationship remained, as the provost added, "fairly cursory" and "nascent." Had they entered the realm of the romantic or the sexual, Etchemendy added, everything would be very different.

The dean quickly shared the good news with Gruenfeld. The provost, he told her, was "totally cool."

> Saloner: He basically ignored what I said about the two of us and, not in these words, that he trusts me to make any decisions regarding Jim. That is his style. It is almost as though he pretends he hasn't heard, although of course he has. I think it is his way of saying "you have done what the policy says you have to do, I appreciate it, but the policy wasn't written with you/this in mind and so I'm respecting your privacy and ignoring it."

> Gruenfeld: Love that. So discreet and respectful.

> Saloner: It is a non-issue for him.

1113

That Saloner may not have leveled with the provost, and had understated the relationship, was further apparent from fragments of their conversation that same day. "You make me feel safe and it is such a gift," she told him in the morning. That night, he urged caution when she proposed "sneaking out": they probably could not limit themselves to a hug, he warned. "I want to hold you," Saloner told her a few minutes later. "I want you to hold me," she replied.

Phills says he had already concluded that telling the provost what was going on would only inflame things, and had canceled his appointment. Now, from reading the exchange between the dean and his wife, he says he believed that Saloner and Etchemendy were in league, making any meeting with the provost pointless. Replying by e-mail, Etchemendy wished Phills well and said nothing of what Saloner had told him.

During one of their periodic family dinners, a couple of weeks later, Phills says, Gruenfeld asked him to clean up her sluggish cell phone. Buried in its trash bin he found a 17-page marathon chat between his wife in Palo Alto and Saloner in Dubai from November 4, five days after Saloner's note to Etchemendy, one so graphic and salacious that before producing it in court Phills's own lawyers redacted it. Of far greater relevance to Phills than what the two imagined doing to each other was what they had actually done on the eve of Saloner's departure two nights earlier. "What an amazing night. What an incredible gift," Saloner wrote, in an exchange that also had them discussing what kind of birth control to use going forward. Clearly, the relationship had gone beyond "nascent," but Saloner never said so to the provost. "It would have been better had Garth let me know that the relationship had progressed to the next stage when it did," Etchemendy says.

## School for Scandal

Four days after that long chat, senior associate dean for academic affairs Madhav V. Rajan, who like everyone else in the G.S.B. brass still knew nothing about the dean's romance, contacted Saloner in India about Phills's request to assume the loans. The "unanimous sentiment," Rajan wrote, was to turn Phills down, but did Saloner concur? "I agree with the view of the SADs on this," replied Saloner, who, whether or not he had weighed in

earlier, would normally have had the final word at the G.S.B. on such a question. He blind-copied the provost. Rajan gave Phills the bad news. The decision represented "the collective opinion of everyone in the dean's office," Rajan told Phills. "Everyone" included Saloner.

Phills's November 30 deadline for deciding whether to return from Apple approached. The day before, Gruenfeld and Saloner chatted about it.

Gruenfeld: Maybe he's staying at apple.

Saloner: Let's hope. We deserve something good tomorrow. We've earned it. ... the universe owes us. Big time.

But Phills decided not to decide. In a letter to Etchemendy, copied to Stanford general counsel Debra Zumwalt, he said he would neither resign nor return. (A few months later he laid out his terms: the loans had to be extended and guarantees be provided that he would report to someone beyond Saloner's control.) He then called Gruenfeld to tell her he knew about the affair. Only then, she later testified, did she realize he'd been "spying" on her. Later that day, he texted her to say he was "not feeling anything big emotionally" and that he hoped "we can work things out so that nobody gets harmed more than has already happened . . . That includes Garth and his family as well as ours." He added, "So I am hoping you don't do anything rash that would escalate the situation." With litigation looming, he asked Etchemendy that all relevant records—i.e., communications between his wife and the dean—be preserved. But word reached Saloner only after he'd destroyed at least the Facebook postings.

Etchemendy was puzzled by Phills's concerns; in incestuous academia, estranged spouses co-existed all the time. But henceforth, Etchemendy told Saloner, he'd officially handle everything involving Phills, effectively recusing the dean. He directed Saloner to tell Rajan to lengthen Phills's leave by four months to help the university "sort things out," the first of several such extensions spanning more than a year, during which Phills continued to teach at Stanford, sometimes without pay. Shortly before they were to go to the 2013 Rose Bowl together, Saloner and Gruenfeld went public.

Meanwhile, according to her deposition, Gruenfeld had construed some of Phills's statements, like about being careful or not escalating things, not as pleas but as threats. His prodding her to fill out certain life-insurance forms —he was replacing the Stanford policy with one from Apple—seemed menacing to her, in a *Double Indemnity* kind of way.

In early March 2013, three months after Phills had filed for divorce, he and Gruenfeld had an argument in the driveway of his home. Gruenfeld promptly drove off to Saloner's house, and the two then went to the Stanford police, where Gruenfeld asked for an emergency protective order. It was denied, but a couple of days later, she asked for a restraining order. To stress the peril she was in, she noted that Phills had been a wrestler; that he had been arrested as a teenager; that he owned three guns; and that, during another driveway altercation, he had "reeked of alcohol." Phills was not informed of the restraining-order request, and was given no chance to respond. She got the order, effective for six months. Henceforth, Phills had to stay 50 yards away from her (tricky, because they worked in the same building) and notify her a day in advance when planning to be on campus (less tricky, because they shared an assistant). Since the original version of the restraining order forbade Phills from being on campus without such notice, and his house was on campus, he arguably violated it even when he was at home. Gruenfeld was also awarded primary custody: aside from Tuesday nights, Phills could now see his daughters only every other weekend.

Though one of Gruenfeld's friends told me Phills was "an extremely scary person," this is very much a minority view. If he resembles a Tyson, it's far more Neil deGrasse (a friend and teammate with whom he periodically wrestled at Harvard) than Mike. Questioned by the police, neither Gruenfeld nor her daughters could cite any time he had ever lifted a hand against her; in fact, what the younger daughter told the police had most frightened her that day in the driveway was that her mother might "roll over my dad's toes." Yes, Phills had been arrested once as a minor, in the course of rescuing his younger sister from a sexual assault, but he'd never been charged with anything. Yes, he had guns, but he'd used them only four or five times—for skeet shooting. Yes, he drank, but he was "vigilant": his father had died of liver disease. His championship wrestling days were long

1116

over, and, as he told the family-court judge, he'd become "a largely sedentary and overweight academic."

Desperate to regain co-custody of his children—and to dent Gruenfeld's credibility—Phills pulled out her apparent admission about fudging research and gave it to both the G.S.B. and the court-appointed custody evaluator. He says he remained convinced that without Saloner's encouragement —"poke a stick at him every day," the dean had advised Gruenfeld at one point—none of this would be happening. Though it took a year, co-custody was eventually restored.

Shortly after Saloner's resignation in September, one of his loyalists at the G.S.B. expressed fear to me about the dean's well-being. Long ago, he explained, Saloner had opted for administration over scholarship, and now all that was gone. "This is going to destroy him," he warned. "I don't quite know how he recovers from this."

Since then, though, Saloner appears to have regrouped, and, like Phills, has even hired his own publicist and may soon hire a lawyer. Yet with the heat from the case now likely to shift to Etchemendy, the question is whether the provost, too, might turn on Saloner. Some of the dean's colleagues believe his insistence on staying at the school, and Stanford's willingness to let him, is but the latest in a long list of maladroit moves and miscalculations. One G.S.B. professor predicted that, among students, Saloner will become an object of ridicule, and that the castration he spoke of in one chat—"Knife. Penis. Public Square," he'd texted Gruenfeld, apparently referencing the erotic Japanese art film *In the Realm of the Senses*—will surely be reprised as a campus catchphrase. He also predicted that Saloner will be tapping into his extensive Silicon Valley ties to find himself a job there.

As for Phills, he says Saloner's resignation surprised and saddened him: "It was completely avoidable, if the university had done the right thing." Meanwhile, his lawsuit plods on. Phills says he remains convinced that, if they can be retrieved, whether from their equipment or from the servers, the lost electronic exchanges between Saloner and Gruenfeld (which the court has ordered that they produce) will finally reveal the extent of Saloner's inappropriate involvement in his professional and personal affairs. Settlement talks have gotten nowhere. If the case does get to trial, it probably won't be before next April or May. Noting the complicated

financial issues (including the status of the house), Phills put the chances that he and Gruenfeld will still be officially married a year from now at 90 percent.

When Phills packed up his Stanford office, this past July, some colleagues were surprised: they hadn't even known he'd been sacked. For now, he is a nonperson at Stanford, still in the house (the university is no longer pressing him to repay the loans) but required to sell it by June 2017, and so unsure whether he'd be admitted to the school's libraries and gyms that he hasn't even tried. (Stanford says he is entitled to a "courtesy" ID card, but that he would have to apply for one through Gruenfeld.)

Recently, though, there was a friendly communiqué from the university. That academic ritual at Stanford had come back around: time, once again, for sexual-harassment training.

**THE STANFORD UNIVERSITY SEX ABUSE AND ARROGANCE GROOMING CLUBS**

- How the tech CEO's of Silicon Valley turned into scumbags and the Co-eds got prostituted

- A dynastic and covert sociological conditioning system still ruins student development

By Susan Conners

They were supposed to sell Christmas tree's and help little old ladies cross the street. Instead, the male graduates of Stanford University have turned into rapists, sex abusers and the largest producers of political bribes in American history. What went wrong?

The grooming guides and facade pitch of the Stanford social clubs, or "socials" as they are known, is that they are *"oriented towards promoting social service by hosting certain community-based welfare functions"*. This pitch is designed to appeal to the naive, young, bright-eyed, bushy-tailed children that have just arrived at college with hopes of *"changing the world"*. It is a **sucker-play** designed by Yale, Stanford and Harvard globalist bosses in order to steer the herd of fresh meat.

*The Key Club* and *The Guardsmen* men's club at Stanford University exist to create cookie-cutter clones and create a private male club of square-jawed insiders who are supplied with "baby-ovens" by the associated female supply-chain of *The Junior League* and *The Spinsters* women's clubs.

1118

Page 1119  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

Woke students say: "They're useless clubs out there for jackass tools to join in order to pad their resume. *"Look, I'm in Key Club and Guardsmen! I'm a good person! Got a kickass club shirt on me, too!"* If you wear those shirts then, seriously, you must suck so bad that you need them to make yourself look good."

They were originally simply available for the sake of resume fluff. Both organizations say they have *"beneficial intentions and provide many outstanding and charitable activities for active participation from the school and surrounding community (i.e. obtain funds for charity, promote social involvement, build mutual goodwill, support joint collaboration, encourage concern for the general welfare, and so forth). Many students invest their sincerest efforts into them and feel that that they should be highly respected..."* It is all a load of crap, though, designed to create exclusive control for rich globalist families and dynastic clusters of old family titles.

The "socials" of Stanford are brain-washing classes designed to create the next generation of dynastic family members to keep the mansions well stocked with yuppie Whole Foods-buying robots.

These clubs work on a school to school level but have a covert system of governance from past 'club officers'. Key Club International is an international organization composed of 33 districts (California-Nevada-Hawaii being one, for example), and within each district are many divisions (61 or so in CNH), and in each division, up to 15 schools that all conspire on ideology via email, newsletters and "mentors".

Key Clubs  communicate with each other, develop ideas on service, and correspond on service projects with a concentrated elitist focus. In short, Key Clubs from California and Key Clubs from Massachusetts both work on a single political service initiative, concentrating service and making a political difference in one area for the DNC. With governance, there are also many leadership positions. Running a successful club, division, district, or international organization takes a lot of work, and it's a great leadership experience for future Obamas. This helps spread a synchronized political agenda across the nation covertly guided by the parents and administrators of a common ideology. Often the groups are promoting a non-profit Dark Money campaign financing PAC as seen in the feature film: DARK MONEY.

To get in to a "social" you will need to have facially symmetrical facial features. You will need to dress like you just walked out of a ***Lands End*** catalog. You will need to use exaggerated facial expressions to respond to everything that is said to you and never, ***ever***, nasalize a vowel. You will need to smile with your teeth together and you will need a good nose job.

1119

Socials increase exclusivity bonding for members which makes service more of an obligation. Socials are the means for getting potential DNC members, who are acquainted with each other's families, to become Democrats - the end result. It is sad, however, that many clubs seem to have lost touch with their original purpose - political exclusivity. The main rule: ***You must only do business and politics with other members and not go outside the designated yuppie sphere!***

Regarding the religious status of Key Club, although there are passing references to religion, such as in the pledge (I pledge on my honor to...build my home, school, and community, to serve my nation and god...), atheists and agnostics will have no problem getting leadership positions because it is all liberal-biased. The issue of religion is usually brought up during invocations in order to stimulate psychological Mnemonics and make students feel impassioned. These grooming clubs are of an exclusive nature.

In the last 5 years, China has uncovered this scheme and flooded Stanford with Asian Co-eds in order to try to insert their national policy interests into this 100 year old social programming opportunity. In fact, today, you can't walk down University Avenue in Palo Alto, or Broadway in Burlingame, without finding that every young yuppie guy has a fresh Asian girlfriend clinging to his arm waiting for that IPO.

So what's so honorable about being in an organization that proclaims how honorable you are? ***Nothing***, aside from the fancy velvet cape you pay too much for and get when you graduate. If you want to join a community service organization, join Boy Scouts, or any of the other "real" community service organizations.

You do paltry amounts of community service in these clubs while pretending that you actually care. Nobody does anything that causes them to sweat. The most exertion that anyone undertakes is blowing up party balloons. You then list it on your resume as if you actually did something.

Why do you even need to be in a club to do community service?

This is a huge problem among today's youth. Community service should build you up as a person. You should learn from your experiences and develop compassion for the less fortunate. And then you can list it on your resume.

These clubs are absolute jokes that suck the unaware kids into social programming, blind them with candy-coated "SJW floss" and steer them into the roles of Wall Street tools.

Now the members of these clubs have created a "*Fortress of Assholes*" in a series of office buildings on Palo Alto's Sandhill Road. They are, as the news reports, the New Mafia:

1120

**"...SILICON VALLEY VC'S & PAYPAL MAFIA TECH OLIGARCHS ARE RAISED TO BE SOCIOPATHS AND EXHIBIT LAWLESS DERANGED SOCIAL ACTIONS LIKE RAPE, SEX ABUSE, MISOGYNY, TAX EVASION, RACISM, BRIBERY, THEFT AND OTHER ILLICIT DEVIANCE.."**

This is where the wife-abusing, arrogant slime that run Silicon Valley come from.

Let's look further back at how these Misogyny Havens existed in previous decades:

**On a summer evening two years ago,** the Washington Club threw a going-away party for itself at Patterson House, its ornate white-marble sugar cake of a mansion on Dupont Circle. Guests sipped cocktails in the massive ballroom before filing into the dining room to eat beef and salmon served on the club's signature pink-and-white china. "Everybody was dressed to the nines and very happy," says Priscilla Baker, former president of the women's club.

In the months that followed, the china was sold off to members who wanted a keepsake. Baker worked with Sloans & Kenyon, the Chevy Chase auction house, to sell off the most valuable antiques—a Qing Dynasty celadon jade vase went for $16,000, and two gilt-framed mirrors got $10,000, according to the Washington Post. Many of the office's file cabinets and desks were donated to political campaigns gearing up for the 2014 elections. Last June, Baker handed over the keys to SB-Urban, which had bought the mansion for a reported $20 million, with plans to convert it into luxury "micro-apartments."

"The club started in 1891," says club historian Edith Walter. "It was unique in its time, but time has moved on."

Our times don't favor the private clubs that once defined elite society in the nation's capital: the Cosmos, the Metropolitan, the Army and Navy, the Alibi, the George Town, the University, the National Press Club, the American News Women's Club, the Economic Club, and others—like the F Street Club, which closed in 1999, and the Federal City Club, shuttered in 2006—that are no more. There are still plenty of clubbable types, but few Washington players today devote hours to the multi-martini lunches that private clubs were designed around—*the kind that risk violating federal ethics regulations*.

Home and work hold more sway over us than they did in the clubs' midcentury heyday. Those who can leave their desks at the end of the day rush home to spend time with the kids. When we do go out, there's more cachet in dining at Le Diplomate or the Red Hen.

Amid all this busyness, much of our socializing has moved online or revolves around team activities such as adult kickball leagues that spring up every year in Adams Morgan. Media-versus-Congress softball games can be more useful than stopping by a members-only club.

1121

"Our generation preferred meeting face to face," says James Robinson, a former Office of Management and Budget employee who belonged to the Federal City Club.

The Washington Club suffered all these problems, but its demise may have had less to do with changing times than competition—chiefly from the Sulgrave, another women's club across P Street—and mismanagement. The Washington Club's volunteer board, according to Baker, was never sufficiently diligent about running a tricky combination of nonprofit organization, events venue, and historic-preservation trust. "We had a maid who used to curl up on Charles Lindbergh's bed"—so called because the aviator had slept there when Calvin Coolidge occupied the mansion—"and take a nap," says Baker.

Washington's social clubs have survived periods of crisis before, namely the 1960s, when they struggled over whether to admit African-Americans—attorney general Robert F. Kennedy once boycotted the then whites-only Metropolitan Club—and the '80s, when male bastions like the Cosmos and the Metropolitan faced the apparently more staggering question of whether to admit women. It may be too early, in other words, to say the game is up for Washington's private clubs. Facing today's existential challenges, they're evolving in ways that would have been unimaginable to their founders.

**Originally housed in the old Corcoran Building** at 15th and F streets, the Cosmos Club now resides in the Beaux Arts-style Townsend Mansion on Massachusetts Avenue. Since its founding in 1878 by John Wesley Powell and other early members of the National Geographic Society, the Cosmos has prided itself on its intellectual firepower. Members are expected to have published significantly in their field. Walter Lippmann composed a memo to President Woodrow Wilson in the old library, urging him to enter World War I. Novelist Herman Wouk wrote part of *War and Remembrance* in an upstairs bedroom while his Georgetown house was being remodeled. As more than one person told me, the Cosmos is for people with brains, the Metropolitan is for people with money, and the University—or, sometimes, the Army-Navy—is for people with neither.

This august tradition has helped insulate the Cosmos from the slumping numbers that have befallen other clubs. A wall near the lobby displays postage stamps commemorating members; other walls are dedicated to Nobel and Pulitzer winners. "At the Cosmos, it's like, wow, there's them and then there's me," a member told me, his face alight with reflected glory.

The Cosmos stays true to its founding mission of feeding the political mind with carefully selected propaganda, with regular expert-led panels on topics such as the politics and economics of the late New Deal, clubs for specialized interests like birding and the Civil War, and art exhibits. "It's quaint, in its way," another member says, "unlike the other clubs in DC, which are more about who do you know and that kind of thing."

1122

For their annual dues of about $2,000, the clubs also offer bygone pleasures: the coat-check girl and doorman know you by name (but "not in any obsequious way," as one Metropolitan Club member puts it).

The Cosmos has a wood-paneled library, with deep armchairs you can imagine Bertie Wooster sinking into with a cigar and a glitzy gold-and-glass ballroom where it actually holds balls. Members are encouraged to help offset the $12 million in annual operating costs by renting the common areas for special events or staying overnight in small, well-appointed rooms overlooking the rooftops of Embassy Row.

For all that, the Cosmos was hardly bustling when I visited on a Tuesday for a covert tour. (Like many DC social clubs, the Cosmos, which did not respond to calls and e-mails for this story, discourages members from speaking about the place to the press. It's like Fight Club.) On the two lower floors, a dining room—leather chairs, white tablecloths—resembled a very nice but somewhat antiseptic hotel restaurant. Up a grand staircase were the ballroom, the library, and several large rooms where coffee urns stood sentry. As my guide and I reached the rambling back halls of the third floor, we were overcome by mischievous glee—in part at the building's campy seriousness: the "limit five persons" inscription in the elevator, rendered in Latin; another noting the availability of "wireless fidelity" internet.

In the billiards room on the third floor—with old-fashioned wooden bead scorekeepers suspended over the green baize tables—was an artsy nude painting, a relic of the Cosmos's decades as one of DC's fanciest man caves. (Women were admitted in 1988.) As my guide and I passed the card room across the hall, talking a bit too loudly, a group of white-haired ladies looked up from their hands at once, as if their game hadn't been disturbed in years.

**Age, as a factor in the decline of private clubs,** is a matter of controversy. Clubs have always skewed old. And why not? Retired people have both disposable income and time to volunteer on committees and attend events often held during work hours. The clubs can survive, one side argues, as long as people keep turning 60.

But lately, membership is verging on the Methuselan. When I lunched at the Cosmos on another day, the guests nearest in age had me by easily 20 years. One man who has gone there his entire life told me it was "very stuffy—seriously geriatric" and that it "smells like mothballs." As the average age rises, of course, the rolls will naturally be depleted faster. Unreplenished membership was a major factor in the closing of the F Street and Federal City clubs as well as the Washington Club. These days, most clubs give reduced rates or initiation fees to applicants who are under 35 or even 45.

1123

The elderly are also, by and large, less influential in Washington than middle-aged senior staffers, who once lured their juniors interested in networking—the reason women and minorities wanted access to "old boys" clubs in the first place.

Ashley Taylor Bronczek is just the sort of woman who might have powered a private club a generation ago. The granddaughter of Kennedy-era power couple Lloyd and Ann Hand, Bronczek runs her own charity and is a fixture at the philanthropic galas that constitute Washington social life today. Private clubs offer little to her ilk. "I don't see a lot of younger under-35s going to the Sulgrave," she says.

Says Robinson: "Only clubs that cater to what people want—which is country clubs and job networking—are flourishing."

To fight their growing irrelevancy, some clubs now offer events aimed at forty-to-fiftysomethings to promote networking—as opposed to allowing it simply to flow in proverbial smoke-filled rooms. The City Tavern Club in Georgetown holds a foreign-policy evening designed, says former president Jeffrey Kimbell, "to help younger members expand their social networks."

Other clubs are focusing on creating a country-club experience. A $4.4-million renovation at the University Club included a new spa-and-fitness area. Until recently, the Metropolitan employed former George Washington University squash star Omar Sobhy as its pro.

At the Cosmos, the concessions have included not only a one-room "fitness center" but also a relaxation, in summer, of the jacket-and-tie dress code. A room off the entryway is being turned into a casual sitting area where people can check their digital devices without disturbing the inner sanctum.

The changes have reportedly brought stress to some senior members: If you start altering the dress code, they worry, where does the anarchy end? But most have reconciled themselves for the good of the club.

"Anytime you make change, there's anxiety," said one of my unofficial guides. "But I would say that the Cosmos Club getting more members has been very welcome."

**The club that's done the most in recent years** to bring in younger members is the George Town Club. Despite its quaintly bifurcated name and its origins in an 18th-century rowhouse on Wisconsin Avenue, it's a relative newcomer, dreamed up in the mid-1960s by Korean businessman Tongsun Park to attract influential—and influenceable—Washingtonians. In 1976, Park was accused of funneling cash from South Korea's intelligence agency to dozens of

1124

members of Congress. More recently, the George Town Club suffered another scandal, in which its accountant embezzled more than $300,000.

In 2012, desperate to save the club, the board brought in Bo Blair, a restaurateur best known for the nearby yuppie-bro haven Smith Point. Blair, working for free, oversaw a full-scale renovation. He updated the menu and dress code and freshened the waiters' uniforms, removing their old-school white gloves. Lowering dues, he actively campaigned among Georgetown's thirty- and fortysomethings.

At first, Blair says, the process was "like getting people to buy into a sinking ship." But since the renovations began, says club president Sharon Casey, 160 new members have come on and the club is receiving ten applications a month.

The challenge is to balance fresh blood with selectivity. Liza Tanner, who is director of the annual-giving fund at Bethesda's Landon School and in her thirties, has belonged to the George Town since 2013. She says some members worried that younger members would turn the George Town into a Friday-night bar scene—"Smith Point after dark," as she puts it.

Dating & **Social Club** App For Singles & Elite - The Lodge ...

The Lodge **Social Club** is an exclusive dating app and **club** for successful, ... triple vetted dating app and **social club** for elite and successful singles to find real love.

thelodgesocialclub.com

Collegiate secret societies in North America - Wikipedia

Some of the secret societies known to currently exist at the **College** are: The 7 Society, 13 **Club**, ... something like an elitist supper **club**. ... a **social club** that is ...

Whttps://en.wikipedia.org/wiki/Collegiate_secret_societies_

Still White, Still Male: The Anachronism of Harvard's Final ...

Twenty-five percent characterized the **social** impact of male **clubs** as ... may be elitist, but the **clubs**don't play a significant ... fellow with The Atlantic ...

Ａhttps://www.theatlantic.com/education/archive/2014/08/are

Inside the Harvard **clubs** that groom the 1% - New York Post

Inside the Harvard **clubs** that ... "Any **elitism** doesn't have to do with **social** economic ... no place at Harvard or any **college** that has committed itself ...

https://nypost.com/2017/07/22/harvard-wants-to-ban-elite-soc...

Page 1126  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

Understanding Society: **Elitism**?

So what is "elite"? To start, "elite" is a **social** characteristic of meaning attributed ... The New York Yacht **Club** is elite; ... LaGuardia Community **College** is non-elite.

https://understandingsociety.blogspot.com/2015/01/elitism.h

Which Ivy League schools have the most **social elitism** ... - Quora

Which Ivy League schools have the ... Not the old-fashioned **social elitism** ... but I do get the sense that skills with heavy frat life or eating **clubs** or ...

https://www.quora.com/Which-Ivy-League-schools-hav

The Rise and Fall of New York City's Private **Social Clubs** ...

The Rise and Fall of New York City's Private **Social Clubs**. New ... Booth hired noted architect **Stanford** White to remodel the home for **club** use, ... Curbed NY Newsletter.

https://ny.curbed.com/2015/6/17/9950758/the-rise-and-fall-of

**Stanford** Bachelors professional **asshole training social** events

**Stanford** Bachelors of the SF Bay Area is a **social club** for single professionals who want to meet other well educated and successful singles.

stanfordbachelors.org

'20 minutes of action': father defends **Stanford** student son ...

Brock Turner makes his way into court in Palo Alto, California. Turner was given a six-month jail term after sexually assaulting an unconscious woman. Photograph: Dan Honda/AP The father of a former **Stanford** University athlete convicted on multiple charges of sexual assault has said his son should ...

https://www.theguardian.com/us-news/2016/jun/06/fa

Page 1127  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District



# Driven To Obsession

## If You Were Going To Run Stanford Money For Hillary Clinton, You Would Have A Resume Like This...

*"The Economic Integration of Hispanics: Evidence from Retail,"* with Rebecca Diamond and Francine

*Lafontaine, ongoing.*

*"The Rise of Fast Food in Poor and Hispanic Neighborhoods,"* with Francine Lafontaine, 2016.

*"The Teachers Who Leave: Pulled by Opportunity or Pushed by Accountability?"* with Sara Champion,

*September 2011.*

*"Teachers' Pay Compression: Leaving for Opportunity?"* with Anna Mastri and Sara Champion, September

*2010.*

*"Connective Capital as Social Capital: The Value of Problem-Solving Networks for Team Players in Firms,"*

*with Casey Ichniowski, NBER working paper #15619, December 2009.*

*"Insider Econometrics: Empirical Studies of How Management Matters,"* NBER Working Paper #15618,

*December 2009.*

*"People Management Practices and Productivity,"* October 16, 2009.

*"What do Bosses Do?"* working Paper, September 2009.

*"Wage Compression and Teacher Quality,"* with Anna Mastri and Sara Champion, January 2008.

*"Talent Sorting and Skill Complementarity Among Software Engineers"* (with Frederik Andersson, Matthew

*Freedman, John Haltiwanger, Paul Oyer), January 2007.*

*"Connective Capital: Building Problem-Solving Networks Within Firms"* (with Casey Ichniowski), revised

1128

Page 1129  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

*April 2005.*

*"Technology Shocks and Problem-Solving Capacity," March 2002.*

*"Productivity in the New Economy," (speech) September 2000.*

*"Innovative Human Resource Practices and Workplace Efficiency," (speech) July 2000.*

*"Innovative HRM Practices as a Technology Shock: Building 'Problem-Solving Capacity' in Production*

*Workers," for presentation at conference on Technology, Regulation, and Employment, sponsored by CEMFI,*

*Madrid, June 1999.*

*"The Evolution Towards High-Involvement Organizations: Distinguishing Differences in Workers'*

*Networks" (with Jon Gant and Casey Ichniowski), April 1999.*

*"HRM Practices, Knowledge Capital, and the Changing Access to 'Good' Jobs," June 12, 1998.*

*"Labor Supply, Human Capital Accumulation, and the Changing Distribution of Family Income," 1996.*

*"Firm-Specific Fixed Effects in Franchise Contracting: Sources and Implications" (with Francine Lafontaine),*

*December 1995.*

*"Investment in Industry Skills: Implications for Wage Growth and Worker Displacement," December 1993.*

*11"Labor Supply and Taxes: Estimates from a Life-Cycle Model Produce a Pessimistic View of Estimation*

*Possibilities," December 1992.*

*"Labor Supply and Taxes, 1967-1987" (with Randall Mariger), December 1991.*

*REFEREE*

*American Economic Review, Canadian Journal of Economics, Eastern Economic Journal, Economic*

*Inquiry, Economic Journal, Economics of Education Review, Industrial Relations, International*

*Economic Review, International Journal of Manpower, Journal of Applied Econometrics, Journal of*

1129

*Economics and Management Strategy, Journal of Financial Economics, Journal of Human Resources,*

*Journal of Labor Economics, Journal of Law and Economics, Journal of Macroeconomics, Journal of*

*Money Credit and Banking, Journal of Political Economy, Journal of Regional Science Management*

*Science, Quarterly Journal of Economics, Review of Economic Studies, Review of Economics and*

*Statistics, Social Science Quarterly, Southern Economic Journal - National Science Foundation.*

*BUSINESS SCHOOL CASES*

*"Royal Bank of Canada: Using People Strategy and Analytics to Drive Employee Performance"*

*(A) and (B), 2017, with Debra Schifrin.*

*"LinkedIn and Modern Recruiting" (A) and (B), 2015, with Debra Schifrin.*

*"Box: The Evolution of Management Practices in a Start-up," 2015, with Debra Schifrin.*

*"Royal Bank of Canada: Transforming Managers" (A) and (B), 2015, with Debra Schifrin.*

*"Performance Evaluations: Bialecki Inc.," 2008, with Katherine Bose.*

*"Shiny and New: The Evolution of ISG and ArcelorMittal Steel," 2008, with Katherine Bose.*

*"Cinepolis: Changes to a Family-Owned Company," 2007, with Bethany Coates.*

*"Amy Baker," 2005, with Dani Kerrigan, Joanna Newman, and Alex Tauber.*

*"Sheryle Bolton (A)," 2005, with Carly Irestone, Angela Shelton, and Alex Tauber.*

*SERVICE ON COMMITTEES*

*GSB, Stanford University Committees:*

*Faculty Senate (2016-2017)*

*Mexico Study Trip (2017)*

*Argentina/Peru MBA Study Trip (2016)*

*Brazil MBA Study Trip (2015)*

*University Committee on Graduate Studies (2013-2018)*

*University Committee on Faculty Staff Human Resources (2013-2018)*

*Data Center Report (2011-2012)*

Page 1131  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

*Management-X Committee (2011-2012)*

*Kenya MBA Study Trip (2012)*

*Academic Coordinating Committee (2010-present)*

*Faculty Liaison GSB Student Newspaper (2010-2011)*

*University Committee on Evaluation of Human Resources (2009-2010)*

*Committee on Faculty Staff Human Resource (2007-2009)*

*Co-Director, Stanford GSB Summer Institute (2004-present)*

*Philippines MBA Study Trip (2006)*

*12Carnegie Mellon University Committees:*

*Budget and Finance Committee (2002-2003)*

*Chairman, Faculty Senate (1999)*

*Presidential Review Committee: The Social Sciences (1999)*

*University First Year Council (1996-1999)*

*President's Lecture Series Committee, (1998-1999)*

*Faculty Affairs Council (1996-1998) (Chair, 1996-1997)*

*Vice-Chairman, Faculty Senate (1998-1999)*

*Advising Award Committee (Co-chair) (1994-1997)*

*Advisory Committee for the Undergraduate Teaching Center (1992-1998)*

*Advisory Board of the Center of the Study of African Americans (1994-1998)*

*Executive Committee of the Faculty Senate (1996-1997)*

*Committee on Non-Tenured Appointments (1995-1996)*

*Senator for Faculty Senate (1994-1995)*

*University Parking Committee (1994-1995)*

*University Education Council (with new structure) (1993-1995)*

*Committee on Faculty Promotion and Tenure Policy (1993-1994)*

*Graduate Student Luncheon Series (presentation) (1994)*

*Committee on Flexible Rates for Employees (1994)*

*Selection Committee for University Award for Academic Advising (1993-1994)*

*"97 Network" Orientation (1993)*

1131

*Human Relations Commission (1989-1992)*

*Committee on Academic Support Services (1991-1992)*

*H&SS Dean's Search Committee (1991-1992)*

*Committee on Non-tenured Appointments (1990-1992)*

*Ryan Award Committee (1989-1990) (1991-1992)*

*Teaching Center Orientation presentations (1992)*

*Advisory Committee on Family and Work (1989-1991)*

*Retention Committee (1990-1991)*

*Watson Fellowship Committee (1990-1991)*

*Flexible Benefits Advisory Group (1989-1990)*

*Educational Facilities Committee (1989-1991)*

*Gender Studies Committee, H&SS (1988-1989)*

*H&SS Subcommittee on Internships (1988-1989)*

*Fulbright Committee (1989-1990)*

*University Education Council (1987-1990)*

*Associate Deans Council (1987-1990)*

*CMU, Graduate School of Industrial Administration, Committees:*

*MBA Curriculum Review Committee (2003)*

*GSIA Executive Education Faculty Advisory Board (2003)*

*Faculty MBA Funding Committee (2003)*

*Dean's Advisory Committee (2002-2003)*

*Engineering/MBA Planning Committee (chair), (2002-2003)*

*BS/BA Academic Actions Committee (2001-2003)*

*IM Policy Committee (1987-2003)*

*Strategy Recruiting Committee, (2001-2002)*

*MBA Curriculum Committee, (2001-2002)*

*Co-organizer CMU - University of Pittsburgh Applied Micro Workshop (1995-1999)*

*Economics Review Committee (1998)*

*Management Game Board (1981-1998, most years)*

1132

*Dean's Advisory Council (1997)*

*13Subcommittee on Sabbaticals (1996)*

*GSIA Committee on Women (Chair) (1994-1995)*

*Subcommittee Head, Tracks in IM (1992-1993)*

*IM Curriculum Review Committee (1991-1992)*

*Economics Curriculum Committee (1991-1992)*

*Advisory Committee on Undergraduate Economics (1990-1992)*

*ORGANIZATION OF CONFERENCES OR SESSIONS*

*Conference Co-Organizer, NBER Personnel and Labor Studies, Summer Institute, July 2019.*

*Conference Co-Organizer, "The Rise of the Mega-firm: Causes and Consequences for Labor and*

*Product Markets," NBER, MIT, October 2018.*

*Conference Co-Organizer, NBER Personnel and Labor Studies, Summer Institute, July 2018.*

*Conference Co-Organizer, NBER Personnel and Labor Studies, Summer Institute, July 2017.*

*Conference Organizer, "Firm Heterogeneity and Income Inequality," Stanford, September 2016.*

*Conference Co-Organizer, NBER Personnel and Labor Studies, Summer Institute, July 2016.*

*Conference Co-Organizer, NBER Personnel and Labor Studies, Summer Institute, July 2015.*

*Conference Committee, Society of Labor Economics, 2015.*

*Conference Co-Organizer, NBER Personnel and Labor Studies, Summer Institute, July 24-25, 2014.*

*Conference Co-Organizer, NBER Personnel and Labor Studies, Summer Institute, July 27-28, 2013.*

*Conference Co-Organizer, NBER Personnel and Labor Studies, Summer Institute, July 26-27, 2012.*

*Conference Co-Organizer, NBER Personnel and Labor Studies, Summer Institute, July 28-30, 2011.*

*Conference Co-Organizer, NBER Personnel and Labor Studies, Summer Institute, July 27-30, 2010.*

*Conference Organizer, NBER Personnel and Labor Studies, Summer Institute, July 26-30, 2009.*

*Conference Organizer, NBER Personnel and Labor Studies, Summer Institute, July 30-31, 2008.*

*Conference Organizer, NBER Personnel and Labor Studies, Summer Institute, July 29-30, 2007.*

*Conference Co-Organizer and Sponsor, Conference on Firms and Employers, Ammersee, Germany,*

*September 2006.*

*Conference Organizer, NBER Summer Institute, Personnel Economics, Cambridge, July 28, 2006.*

*Conference Co-Organizer, International Differences in the Business Practices and Productivity of Firms,*

*Stanford University, January 19-20, 2005.*

*Conference Co-Organizer, "21 st Century Human Resource Management Practices and Their Effects on Firms*

*and Workers," University of Illinois, November 11-12, 2005.*

*SEMINAR OR CONFERENCE PRESENTATIONS*

*Seminar or Conference Presentations, 2019*

*World Economic Forum, Global Future Council on the New Equality and Inclusion Agenda, Dubai,*

*November 2019.*

*Discussant, Jackson Hole NBER conference on "Incentives and Limitations of Employment Policies on*

*Retirement Transitions," August 2019.*

*"The Effectiveness of HR Practices: Evidence from Insider Econometrics," Keynote, IOEA, Corsica, May*

*2019.*

*"Spurring Serious Entrepreneurship: A Policy Experiment to Lower Entry Costs" with Anders Sorensen*

*University of Illinois, economics seminar, October 2019*

1134

Page 1135  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

*National University of Singapore, October 2019*

*Joe Tiao Lecturer, seminar, Kansas State University, November 2019*

*Goethe University, Frankfurt, June 2019*

*14LMU, Munich, June 2019*

*LSE, London, May 2019*

*University College London, London, May 2019*

*"Unraveling the Mystery of Megafirm Success: Do the Internal HR Practices of Megafirms Differentiate*

*Them?" with Chinhui Juhn, Kristin McCue, Brooks Pierce*

*Trans Pacific Labor Seminar, Tokyo, Japan, May 2019*

*"Management in the New Age of AI: An Economist's Perspective" (talk, but not paper)*

*Joe Tiao Lecturer, public lecture, Kansas State University, November 2019*

*Copenhagen Business School, conference for Niels Westergard-Nielson, January 2019*

*Seminar or Conference Presentations, 2018*

*"The Productivity Advantage of Serial Entrepreneurs," with Anders Sorensen*

*Queens University, September 2018.*

*Society of Labor Economics, Toronto, May 2018.*

*Society of Institutional and Organizational Economics, Montreal, May 2018.*

*"Unraveling the Mystery of Megafirm Success: Do the Internal HR Practices of Megafirms Differentiate*

*Them?" with Chinhui Juhn, Kristin McCue, Brooks Pierce*

*Seminar, Australian National University, December, 2018.*

*Personnel Economics Workshop meeting, Universidad de Los Andes, December 2018.*

*"Serious Entrepreneurs as Serial Entrepreneurs: What Accounts for Their Success?" with Anders Sorensen*

*Society of Institutional and Organizational Economics, 2018.*

*Boconni University, CEPR, September 6-7, 2018.*

*Seminar, MIT, Innovation and Entrepreneurship seminar workshop, September 2018.*

*Trans Pacific Labor Studies, UCLA, October, 2018.*

*"Management in the New Age of AI: An Economist's Perspective" (talk, but not paper)*

1135

*NBER Conference on AI, August 2018.*

*Management Workshop, Universidad de Los Andes, December 2018.*

*Discussant, NBER Organizational Economics, Society for Institutional and Labor Economics (Montreal),*

*May 2018.*

*Seminars or Conference Presentations, Recent Years through 2017*

*2017: AEA, Copenhagen Business School, NBER Organizational Economics (Boston); Leadership*

*Conference (Barcelona); University of Groningen, NBER Summer Institute Entrepreneurship; NBER Hong*

*Kong Meeting on Entrepreneurship; AASLE (Australia), Carnegie Mellon University, Stanford workshop,*

*Stanford U.S/Japan conference.*

*2016: AEA (Boston), Copenhagen Business School, Trans Pacific Labor Studies (Santa Barbara), Kellogg*

*Northwestern, Society of Labor Economists (Seattle), University of Maryland, NAS Conference on*

*Entrepreneurship, University of Toronto, NBER Organizational Economics, Stanford Faculty Workshop,*

*IZA, Erasmus University, Stanford "Bright Spots"*

While the resume, above, is for one of Hillary Clinton's biggest manipulators at Stanford University, her peer:  Rodolfo Cortes Barragan, takes issue with her agenda, per:

**Stanford University Staff say: "Odds of Hillary Winning Primaries WITHOUT Fraud Were 1 in 77 Billion"**

By Matt Agorist

Since the beginning of the year, the political election process has exposed Americans to more corruption and vote rigging than at any time in their history. The allegations of fraud and vote-rigging even sparked the interest of several academic researchers who published a report on their findings earlier this month — what they discovered in their research is disturbing.

What the research shows is that Clinton's sweeping victories could not have been possible — without fraud on a massive scale.

As Alexander Higgins reports, one of the statistical models applied by Standford University researcher Rodolfo Cortes Barragan to a subset of the data found that the probability of the "huge discrepancies" of which "nearly all are in favor of Hillary Clinton by a huge margin" was "statistically impossible" and that "the probability of this happening was is 1 in 77 billion."

According to Higgins report, Analysis also showed repeatedly irregularities and statistically impossible reverses in reported live votes in several locations across the country.

In commenting on the research, Barragan stated that some of the models are rock solid and 59 years old and the results seen here have never been witnessed in non-fraudelent election during that time period.

To summarize, at least four different independent studies were conducted with various statistical models applied.

The researchers applied the different statistical models to:

1. Actual vote counts as they were reported

2. Discrepancies in polling data verse actual counts.

3. Various subsets of demographic polling data verse actual vote counts

The results of each study corroborated the results of the others and some of the researchers have reviewed the work of the others and go onto to confirm the findings in those studies.

It will take months for the studies to undergo peer review.

However, all of their research statistically proved there must have been widespread fraud to create the discrepancies in the vote counts that exist in all 3 subsets of the data analyzed. The research of Barragan, done collaboratively with Axel Geijsel of Tilburg University in The Netherlands, corroborates independent mathematical research conducted by Richard Charnin.

1137

Further independent research was conducted by Beth Clarkson of Berkeley who also not only corroborated the two previous studies but reviewed them and after her research was done and confirmed their results.

Beginning in Iowa and eventually getting blown wide open in Arizona, the fraud and suppression of

votes have let Americans know that their rulers are selected not elected.

Examples of this fraud were captured on video, documented on paper, and even broadcast live on television.

In Iowa, to break the supposed ties between Clinton and Sanders, the precincts held actual coin flips to  decide this most crucial primary of the cycle. Clinton won all 6. However, the video below clearly shows Sanders winning at least one of those coin flips that was credited to Clinton.

But it doesn't stop there, the fraud was so rampant and on display that a C-SPAN video even caught it.

As the primary moved to Nevada, another blatant act of election rigging was captured on video. As a poll worker tries to stop them from entering before they are registered, dozens of voters, wearing Clinton T-Shirts, walked right past the caucus registration booth to participate in the caucus. They never registered.

In March, Clinton brought in her husband to break the law for her, giving her an upper hand at polling sites during the Massachusetts primary.

Bill Clinton blatantly violated Massachusetts election law that states campaigning within 150 feet of a polling site on election day is a felony, as reported by KTAR News. Not only did Bill Clinton campaign well within 150 feet of multiple election sites during voting hours causing gridlock, he even entered polling sites, with his security detail effectively shutting down the voting while the former president was present.

Another dysfunctional disaster unfolded in Arizona which led to even more people waking up to the fraud. The election rigging was so obvious that a hearing was held the following week in the HouseGallery to discuss possible courses of action to correct it.

In April, during that hearing on the election challenge, a Maricopa County poll worker testified the computer system she used to check in voters would not allow her to give the correct ballots to voters.

The testimony from Dianne Post confirmed the rampant voter suppression and election rigging which led to the hearing taking place. Post, who is an attorney in Maricopa County, testified a machine she was using to check in voters at a location failed to give 36 people the proper ballot.

It gets worse. According to Post, another 22 people at her location were listed in the wrong party and their polling place ran out of ballots for at least two congressional districts.

"Every single time it happened to me it was a Democratic voter who wasn't able to access a Democratic ballot," she said.

Post was only one person in one station, the allegations of suppression spread throughout the state.

Sadly, it seems, that all of this evidence of fraud and rampant corruption is hardly enough to register as a blip on the establishment radar. In spite of the criminal evidence against her, the unscrupulous control Clinton illustrates over the media has allowed for and promoted her savior-like persona. Perhaps if Americans were more concerned with the rigged game of selecting their rulers than they are with the rigging of a basketball game — we may not find ourselves in such a despotic state.

Jay Syrmopoulos reports, in light of this, that A major lawsuit is on the precipice of being filed by the Institute for American Democracy and Election Integrity, the implications of which could dramatically alter the landscape of the U.S. presidential race.

The group claims that in about eleven states, there has been noted a significant difference between the exit polls and the electronic vote totals presented on the morning after the primaries. These differences show votes appear to be shifted from Bernie Sanders to Hillary Clinton. The chances of this kind of shift happening are considered to be statistically impossible between Tuesday night and Wednesday morning in these eleven states. See the chart below."We are going to be filing a racketeering lawsuit under the Ohio Racketeering law, the strongest in the country and we can bring in

1139

every state, our RICO statute is coextensive with the federal RICO statute… So they're nailed," said Cliff Arnebeck.

Arnebeck, an election lawyer, got his J.D. from Harvard and is the chair of the Legal Affairs Committee of Common Cause Ohio and a national co-chair and attorney for the Alliance of Democracy. He will be joined by Bob Fitrakis, an election lawyer and political science professor, as co-counsel.

Computer security expert Stephen Spoonamore, who worked with Arnebeck on exposing GOP election fraud in Ohio has noted that when exit poll data varies more than 2% from electronic vote totals, the electronic vote totals are questionable.

In fact, 2% is the boundary by the US government when determining whether an election in another country has possibly been stolen. Please notice the exit poll differences in the 2016 DNC primaries listed above are significantly more than 2%. These differences point to questionable results for the electronic vote totals and likely electronic vote switching.

"This is not a Republican-Democrat issue, this is not a partisan issue, this is a Democracy issue, if you actually care about a Constitutional democracy in which each person votes, that vote is validated and the people who end up in office are reflected on the basis of the way people voted you care about this issue," said Spoonamore.

According to the Institute for American Democracy and Election Integrity: IMPORTANT NOTE: Although we have taken note of the shift here from Sanders to Clinton, we are NOT in any way stating who has done the shifting. WE DO NOT KNOW WHO HAS DONE THE SHIFTING OF THE ELECTRONIC VOTE TOTALS. This situation has galvanized three organizations, The Institute for  American Democracy and Election Integrity (ADE) , the Columbus Institute of Contemporary Journalism, and Democracy Counts to set up our own exit polls and audits to track apparent election results in California.

Richard Charnin, a mathematician and statistician and author of the book, Matrix of Deceit, has been reporting on the apparent shifting of electronic vote totals and the non-release of raw data from Edison since 2004. Richard Charnin, well-known for what he calls the "Red Shift" which has been a shift between exit polls and electronic vote total differences of about 4-5% each

year. This constitutes a shift to the political right. Although he is unable to analyze the raw data, he has been able to get screen shots of what the exit polls showed minutes before all of the electronic votes have beentotaled since 2004.

**Is Stanford University the center for digital election data manipulation in America?**

In 2004, when Edison Research initially got exit poll data that said that Kerry was winning and Bush was losing at 9pm on election night and that the reverse was true shortly after midnight, Edison Research made a choice to "adjust" the raw data after that time so that it would match the electronic voting machine totals. Edison Research definitely wanted to keep being hired by the Media Consortium which proposes to tell viewers the true election results but which also chooses to trust electronic voting machine data. That was the last time that the American public has been able to see raw exit poll data.

Unfortunately this year, substantial exit poll differences have been noted in the US primary.

In this year's primary, the Red Shift appears to have become the "Clinton Shift". Arnebeck was the lead attorney, with Fitrakis as his co-counsel in the King Lincoln Bronzeville v. Blackwell case, which exposed electronic vote rigging in Ohio's 2004 presidential race. During the lawsuit, a very revealing deposition of Michael Connell, head IT guru for the Bush family and Karl Rove, provided insight into how the election fraud conspiracy operated.

According to a report by Truth-out: Connell served as the IT guru for the Bush family and Karl Rove. Connell ran the private IT firm GovTech that created the controversial system that transferred Ohio's vote count late on election night 2004 to a partisan Republican server site in Chattanooga, Tennessee owned by SmarTech. That is when the vote shift happened, not predicted by the exit polls,that led to Bush's unexpected victory. Connell died a month and a half after giving this deposition in a suspicious small plane crash.

One can clearly see how deep the rabbit hole goes, as the one person who could implicate the actual individuals responsible for the election fraud conspiracy happens to have an "accident" that kills him.

Essentially the investigation could go no further upon the suspicious death of Connell, thus protecting those behind the conspiracy.

Given these facts, it's apparent that Arnebeck and his team are the real deal, and have experience in bringing a major legal action involving voter fraud and electronic vote rigging/switching.

Initially, the new lawsuit was to be filed on June 6, as stated in the video release announcing the results of their investigation, but the filing was delayed due to ADE wanting to include data from California's primary, which was held on June 7.

Suspiciously, the Media Consortium and Edison Research, which control election polling, has now decided to cancel the remaining exit polls for the 2016 primaries. Many suspect these exit polls have been canceled because these exit poll differences could be used as an indicator of election fraud whencontrasted with electronic voting totals.

"There is no way the Democratic Convention is going to nominate somebody on the basis of obviously stolen votes…the facts are coming out and that's a fact…We are suing the media as being complicit in the crime. They are acting as accessories after the fact. They are covering up evidence of criminal activity, it's a crime," said Arnebeck.

In my opinion Hillary Clinton has been used for the purpose of scuttling Bernie Sanders campaign for president, she is being used…but they've been caught, it's obvious, it's just like Bernie Sanders when he talks about the system is rigged, ah the elections are rigged, the evidence is clear, everybody's gonna see it and the game is over…Bernie has won in fact…"

The fact that electronic vote rigging is currently taking place, while the mainstream corporate media remains curiously silent, indicates a massive fraud being perpetrated on the American public. Make no mistake, had the vote been closer in the GOP primary the nomination would likely have been stolen from Trump in the same manner. This isn't a partisan issue, but one that slashes across the political spectrum and should alarm every American.

1142

The time has come to ask ourselves who is behind the stealing of U.S. elections, and maybe more importantly; why does nobody in a position of authority seem interested in finding out?

In the video below Arnebeck breaks down how they prevented the Ohio presidential race from being stolen in 2012 and explains exactly what is taking place in this election cycle.

http://thefreethoughtproject.com/election-fraud-rico-lawsuit-alleging-widespread-e-vote-rigging-dnc-

primaries-derail-clinton-nomination/

**...would that make you a zealot? Are Stanford Guidance Counselors encouraging inhuman robotic information consumption?**

1143

Page 1144  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District



# John Doerr's Secret Stanford Strings

When an oligarch wants what he wants, he pulls some strings. In this case, the strings wind back to a spider-web of political an economic manipulation that even the Italian Mafia was jealous of…

Neetu Chandak reports that Stanford University has been forced to expel students connected to the nationwide admissions bribery scandal. John Doerr is one of the parents who Stanford has admitted to paying bribes.

"We determined that some of the material in the student's application is false and, in accordance with our policies, have rescinded admission," Stanford said in a statement April 2. "Any credits earned have also been vacated. The student is no longer on Stanford's campus."

Stanford added the student was referenced in a previous statement, and was allegedly associated with a sailing program contribution made several months after being admitted to the university.

The contribution sent after the student was admitted was reported to be $500,000, according to The Associated Press.

Former Stanford sailing coach John Vandemoer pleaded guilty March 12 for accepting bribes in exchange for recommending two prospective students for admission.

The expelled student was accepted through the standard admissions process, not by an athletic recruiter, according to CBS News. **(RELATED: Betsy DeVos Sets Her Sights On College Admissions Scandal)**

Stanford is not the first to rescind applications for those linked to the scam. Yale University rescinded the application of one student allegedly connected to the scandal.

1145

Page 1146  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

The University of Southern California said it would deny entry to those connected to the scandal and were in the current admissions cycle.

The University of California at Los Angeles expressed canceling admission for current and prospective students implicated in the scandal as well.

The bribery scandal allegedly involved at least 50 people, including John Doerr, "Full House" actress Lori Loughlin and "Desperate Housewives" star Felicity Huffman. The scam involved cheating on SAT and ACT college entry exams and bribing college athletic coaches.

Stanford did not immediately respond to The Daily Caller News Foundation's request for comment.



# The Spies Among Us

The CIA Runs Part Of Stanford University. SRI = CIA

I was a "Stargate Student". This is what is publicly known about it.

**Stargate Project** was a secret U.S. Army unit established in 1978 at Fort Meade, Maryland, by the Defense Intelligence Agency (DIA) and SRI International (a California contractor) to investigate the potential for psychic phenomena in military and domestic intelligence applications. The Project, and its precursors and sister projects, originally went by various code names—GONDOLA WISH, STARGATE, GRILL FLAME, CENTER LANE, PROJECT CF, SUN STREAK, SCANATE—until 1991 when they were consolidated and rechristened as "Stargate Project".

Stargate Project work primarily involved remote viewing, the purported ability to psychically "see" events, sites, or information from a great distance.[1] The project was overseen until 1987 by Lt. Frederick Holmes "Skip" Atwater, an aide and "psychic headhunter" to Maj. Gen. Albert Stubblebine, and later president of the Monroe Institute.[2] The unit was small-scale, comprising about 15 to 20 individuals, and was run out of "an old, leaky wooden barracks".[3]

The Stargate Project was supposedly terminated and declassified in 1995 after a CIA report concluded that it was never useful in any intelligence operation. That is the "official story".

As of March 2021, The United States, Russia and China have spent over a trillion dollars researching "quantum mental powers" like this. The research not only never ended, it was amplified, mostly by Russia.

Information provided by the program was vague and included irrelevant and erroneous data, and there was reason to suspect that its project managers had changed the reports so they would fit background cues.[4]:5–4 The program was featured in the 2004 book and 2009 film, both titled *The Men Who Stare at Goats*,[5][6][7][8] although neither mentions it by name.

Information in the United States on psychic research in some foreign countries was poorly detailed, based mostly on rumor or innuendo from

second-hand or tertiary reporting, attributed to both reliable and unreliable disinformation sources from the Soviet Union.[*citation needed*]

The CIA and DIA decided they should investigate and know as much about it as possible. Various programs were approved yearly and re-funded accordingly. Reviews were made semi-annually at the Senate and House select committee level. Work results were reviewed, and remote viewing was attempted with the results being kept secret from the "viewer". It was thought that if the viewer was shown they were incorrect it would damage the viewer's confidence and skill. This was standard operating procedure throughout the years of military and domestic remote viewing programs. Feedback to the remote viewer of any kind was rare; it was kept classified and secret.[9]2021}}

Remote viewing attempts to sense unknown information about places or events. Normally it is performed to detect current events, but during military and domestic intelligence applications viewers claimed to sense things in the future, experiencing precognition.[10]

**History**

1970s

In 1970 United States intelligence sources believed that the Soviet Union was spending 60 million rubles annually on "psychotronic" research. In response to claims that the Soviet program had produced results, the CIA initiated funding for a new program known as SCANATE ("scan by coordinate") in the same year.[11] Remote viewing research began in 1972 at the Stanford Research Institute (SRI) in Menlo Park, California.[11] Proponents (Russell Targ and Harold Puthoff) of the research said that a minimum accuracy rate of 65% required by the clients was often exceeded in the later experiments.[11]

Physicists Russell Targ and Harold Puthoff began testing psychics for SRI in 1972, including one who would later become an international celebrity, Israeli Uri Geller. Their apparently successful results garnered interest within the U.S. Department of Defense. Ray Hyman, professor of psychology at the University of Oregon, was asked by Air Force psychologist Lt. Col. Austin W. Kibler (1930–2008)—then Director of Behavioral Research for ARPA—to go to SRI and investigate. He was to specifically evaluate Geller.

Hyman's report to the government was that Geller was a "complete fraud" and as a consequence Targ and Puthoff lost their government contract to do further work with him. The result was a publicity tour for Geller, Targ and Puthoff, to seek private funding for further research work on Geller.[12]

One of the project's successes was the location of a lost Soviet spy plane in 1976 by Rosemary Smith, a young administrative assistant recruited by project director Dale Graff.[13]

In 1977 the Army Assistant Chief of Staff for Intelligence (ACSI) Systems Exploitation Detachment (SED) started the GONDOLA WISH program to "evaluate potential adversary applications of remote viewing."[11] Army Intelligence then formalized this in mid-1978 as an operational program GRILL FLAME, based in buildings 2560 and 2561 at Fort Meade, in Maryland (INSCOM "Detachment G").[11]

1980s

In early 1979 the research at SRI was integrated into GRILL FLAME, which was redesignated INSCOM CENTER LANE Project (ICLP) in 1983. In 1984 the existence of the program was reported by Jack Anderson, and in that year it was unfavorably received by the National Academy of Sciences National Research Council. In late 1985 the Army funding was terminated, but the program was redesignated SUN STREAK and funded by the DIA's Scientific and Technical Intelligence Directorate (office code DT-S).[11]

1990s

In 1991 most of the contracting for the program was transferred from SRI to Science Applications International Corporation (SAIC), with Edwin May controlling 70% of the contractor funds and 85% of the data. Its security was altered from Special Access Program (SAP) to Limited Dissemination (LIMDIS), and it was given its final name, STAR GATE.[11]

Closure (1995)

In 1995 the defense appropriations bill directed that the program be transferred from DIA to CIA oversight. The CIA commissioned a report by the American Institutes for Research (AIR) that found that remote viewing had not been proved to work by a psychic mechanism, and said it had not

1149

been used operationally.[4]:5–4 The CIA subsequently cancelled and declassified the program.[11]

In 1995 the project was transferred to the CIA and a retrospective evaluation of the results was done. The appointed panel consisted primarily of Jessica Utts and Ray Hyman. Hyman had produced an unflattering report on Uri Geller and SRI for the government two decades earlier, but the psychologist David Marks found Utts' appointment to the review panel "puzzling" given that she had published papers with Edwin May, considering this joint research likely to make her "less than [im]partial".[1] A report by Utts claimed the results were evidence of psychic functioning; however, Hyman in his report argued Utts' conclusion that ESP had been proven to exist, especially precognition, was premature and the findings had not been independently replicated.[14] Hyman came to the conclusion:

Psychologists, such as myself, who study subjective validation find nothing striking or surprising in the reported matching of reports against targets in the Stargate data. The overwhelming amount of data generated by the viewers is vague, general, and way off target. The few apparent hits are just what we would expect if nothing other than reasonable guessing and subjective validation are operating.[15]

A later report by AIR came to a negative conclusion. Joe Nickell has written:

Other evaluators – two psychologists from AIR – assessed the potential intelligence-gathering usefulness of remote viewing. They concluded that the alleged psychic technique was of dubious value and lacked the concreteness and reliability necessary for it to be used as a basis for making decisions or taking action. The final report found "reason to suspect" that in "some well publicised cases of dramatic hits" the remote viewers might have had "substantially more background information" than might otherwise be apparent.[16]

According to AIR, which performed a review of the project, no remote viewing report ever provided actionable information for any intelligence operation.[17][4]:5–4

Based upon the collected findings, which recommended a higher level of critical research and tighter controls, the CIA terminated the 20 million dollar project, citing a lack of documented evidence that the program had

1150

any value to the intelligence community. *Time* magazine stated in 1995 three full-time psychics were still working on a $500,000-a-year budget out of Fort Meade, Maryland, which would soon close.[17]

David Marks in his book *The Psychology of the Psychic* (2000) discussed the flaws in the Stargate Project in detail.[1] Marks wrote that there were six negative design features of the experiments. The possibility of cues or sensory leakage was not ruled out, no independent replication, some of the experiments were conducted in secret making peer-review impossible. Marks noted that the judge Edwin May was also the principal investigator for the project and this was problematic making huge conflict of interest with collusion, cuing and fraud being possible. Marks concluded the project was nothing more than a "subjective delusion" and after two decades of research it had failed to provide any scientific evidence for the legitimacy of remote viewing.[1]

The Stargate Project was claimed[*by whom?*] to have been terminated in 1995 following an independent review which concluded:

The foregoing observations provide a compelling argument against continuation of the program within the intelligence community. Even though a statistically significant effect has been observed in the laboratory, it remains unclear whether the existence of a paranormal phenomenon, remote viewing, has been demonstrated. The laboratory studies do not provide evidence regarding the origins or nature of the phenomenon, assuming it exists, nor do they address an important methodological issue of inter-judge reliability.

Further, even if it could be demonstrated unequivocally that a paranormal phenomenon occurs under the conditions present in the laboratory paradigm, these conditions have limited applicability and utility for intelligence gathering operations. For example, the nature of the remote viewing targets are vastly dissimilar, as are the specific tasks required of the remote viewers. Most importantly, the information provided by remote viewing is vague and ambiguous, making it difficult, if not impossible, for the technique to yield information of sufficient quality and accuracy of information for actionable intelligence. Thus, we conclude that continued use of remote viewing in intelligence gathering operations is not warranted. [4]: E-4–E-5

1151

In January 2017, the CIA published records online of the Stargate Project as part of the CREST archive.[18]

The Stargate Project created a set of protocols designed to make the research of clairvoyance and out-of-body experiences more scientific, and to minimize as much as possible session noise and inaccuracy. The term "remote viewing" emerged as shorthand to describe this more structured approach to clairvoyance. Project Stargate would only receive a mission after all other intelligence attempts, methods, or approaches had already been exhausted.[10]:21

It was reported that at peak manpower there were over 22 active military and civilian remote viewers providing data. People leaving the project were not replaced. When the project closed in 1995 this number had dwindled down to three. One was using tarot cards. According to Joseph McMoneagle, "The Army *never* had a truly open attitude toward psychic functioning". Hence, the use of the term "giggle factor"[19] and the saying, "I wouldn't want to be found dead next to a psychic."[9]

Hal Puthoff

In the 1970s, CIA and DIA granted funds to Harold E. Puthoff to investigate paranormal abilities, collaborating with Russell Targ in a study of the purported psychic abilities of Uri Geller, Ingo Swann, Pat Price, Joseph McMoneagle and others, as part of the Stargate Project,[20] of which Puthoff became a director.[21]

As with Ingo Swann and Pat Price, Puthoff attributed much of his personal remote viewing skills to his involvement with Scientology whereby he had attained, at that time, the highest level. All three eventually left Scientology in the late 1970s.

Puthoff worked as the principal investigator of the project. His team of psychics is said to have identified spies, located Soviet weapons and technologies, such as a nuclear submarine in 1979 and helped find lost SCUD missiles in the first Gulf War and plutonium in North Korea in 1994.[22]

Russell Targ

Main article: Russell Targ

1152

In the 1970s, Russell Targ began working with Harold Puthoff on Stargate Project, while working with him as a researcher at Stanford Research Institute.[23][24]

Edwin May

Edwin C. May joined the Stargate Project in 1975 as a consultant and was working full-time in 1976. The original project was part of the Cognitive Sciences Laboratory managed by May. With more funding in 1991 May took the project to the Palo Alto offices at SAIC. This would last until 1995 when the CIA closed the project.[1]

May worked as the principal investigator, judge and the star gatekeeper for the project. Marks says this was a serious weakness for the experiments as May had conflict of interest and could have done whatever he wanted with the data. Marks has written that May refused to release the names of the "oversight committee" and refused permission for him to give an independent judging of the star gate transcripts. Marks found this suspicious, commenting "this refusal suggests that something must be wrong with the data or with the methods of data selection."[1]

Ingo Swann

Main article: Ingo Swann

Originally tested in the "Phase One" were OOBE-Beacon "RV" experiments at the American Society for Psychical Research,[25][unreliable source?] under research director Karlis Osis.[citation needed] A former OT VII Scientologist,[26][self-published source] who alleged to have coined the term 'remote viewing' as a derivation of protocols originally developed by René Warcollier, a French chemical engineer in the early 20th century, documented in the book Mind to Mind, Classics in Consciousness Series Books by (ISBN 9781571743114). Swann's achievement was to break free from the conventional mold of casual experimentation and candidate burn out, and develop a viable set of protocols that put clairvoyance within a framework named "Coordinate Remote Viewing" (CRV).[27] In a 1995 letter Edwin C. May wrote he had not used Swann for two years because there were rumors of him briefing a high level person at SAIC and the CIA on remote viewing and aliens, ETs.[28]

1153

Pat Price

A former Burbank, California, police officer and former Scientologist who participated in a number of Cold War era remote viewing experiments, including the US government-sponsored projects SCANATE and the Stargate Project. Price joined the program after a chance encounter with fellow Scientologists (at the time) Harold Puthoff and Ingo Swann near SRI. [29] Working with maps and photographs provided to him by the CIA, Price claimed to have been able to retrieve information from facilities behind Soviet lines. He is probably best known for his sketches of cranes and gantries which appeared to conform to CIA intelligence photographs. At the time, the CIA took his claims seriously.[30]

Major General Albert Stubblebine

Main article: Albert Stubblebine

A key sponsor of the research internally at Fort Meade, Maryland, Maj. Gen. Stubblebine was convinced of the reality of a wide variety of psychic phenomena. He required that all of his battalion commanders learn how to bend spoons a la Uri Geller, and he himself attempted several psychic feats, even attempting to walk through walls. In the early 1980s he was responsible for the United States Army Intelligence and Security Command (INSCOM), during which time the remote viewing project in the US Army began. Some commentators have confused a "Project Jedi", allegedly run by Special Forces primarily out of Fort Bragg, with Stargate. After some controversy involving these experiments, including alleged security violations from uncleared civilian psychics working in Sensitive Compartmented Information Facilities (SCIFs), Major General Stubblebine was placed on retirement. His successor as the INSCOM commander was Major General Harry Soyster, who had a reputation as a much more conservative and conventional intelligence officer. MG Soyster was not amenable to continuing paranormal experiments and the Army's participation in Project Stargate ended during his tenure.[9]

David Morehouse

In his book, *Psychic Warrior: Inside the CIA's Stargate Program : The True Story of a Soldier's Espionage and Awakening* (2000, St. Martin's Press, ISBN 978-1902636207), Morehouse claims to have worked on hundreds of

1154

Page 1155  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

Remote Viewing assignments, from searching for a Soviet jet that crashed in the jungle carrying an atomic bomb, to tracking suspected double agents. [31]

Joseph McMoneagle

Main article: Joseph McMoneagle

McMoneagle claims he had a remarkable memory of very early childhood events. He grew up surrounded by alcoholism, abuse and poverty. As a child, he had visions at night when scared, and began to hone his psychic abilities in his teens for his own protection when he hitchhiked. He enlisted to get away. McMoneagle became an experimental remote viewer while serving in U.S. Army Intelligence.[9]

Ed Dames

Dames was one of the first five Army students trained by Ingo Swann through Stage 3 in coordinate remote viewing.[*citation needed*] Because Dames' role was intended to be as session monitor and analyst as an aid to Fred Atwater[32][*self-published source*] rather than a remote viewer, Dames received no further formal remote viewing training. After his assignment to the remote viewing unit at the end of January 1986, he was used to "run" remote viewers (as monitor) and provide training and practice sessions to viewer personnel. He soon established a reputation for pushing CRV to extremes, with target sessions on Atlantis, Mars, UFOs, and aliens. He is a frequent guest on the *Coast to Coast AM* radio shows.[33][*unreliable source*]

See also

- The Men Who Stare at Goats

References

1.

- Marks, David. (2000). *The Psychology of the Psychic* (2nd Edition). Buffalo, N.Y.: Prometheus Books. pp. 71-96. ISBN 1-57392-798-8

- Atwater, F. Holmes (2001), *Captain of My Ship, Master of My Soul: Living with Guidance*; Hampton Roads Publishing Company

- *Weeks, Linton (December 4, 1995). "Up Close & Personal With a Remote Viewer: Joe McMoneagle Defends the Secret Project". The Washington Post. p. B1. ISSN 0190-8286.*

- *Mumford, Michael D.; Rose, Andrew M.; Goslin, David A. (September 29, 1995). An Evaluation of Remote Viewing: Research and Applications (PDF) (Report). The American Institutes for Research – via Federation of American Scientists.* [R]emote viewings have never provided an adequate basis for 'actionable' intelligence operations—that is, information sufficiently valuable or compelling so that action was taken as a result.

- Heard, Alex (10 April 2010), "Close your eyes and remote view this review", *Union-Tribune San Diego*, Union-Tribune Publishing Co. [Book review of *The Men Who Stare at Goats*]: "This so-called "remote viewing" operation continued for years, and came to be known as Star Gate."

- Clarke, David (2014), *Britain's X-traordinary Files*, London: Bloomsbury Publishing, pg 112.: "The existence of the Star Gate project was not officially acknowledged until 1995... then became the subject of investigations by journalists Jon Ronson [etc]...Ronson's 2004 book, *The Men Who Stare at Goats*, was subsequently adapted into a 2009 movie..."

- Shermer, Michael (November 2009), "Staring at Men Who Stare at Goats" @ Michaelshermer.com.:"...the U.S. Army had invested $20 million in a highly secret psychic spy program called Star Gate .... In *The Men Who Stare at Goats* Jon Ronson tells the story of this program, how it started, the bizarre twists and turns it took, and how its legacy carries on today."

- Krippner, Stanley and Harris L. Friedman (2010), *Debating Psychic Experience: Human Potential Or Human Illusion?*, Santa Barbara, CA: Praeger/Greenwood Publishing Group, pg 154: "The story of Stargate was recently featured in a film based on the book *The Men Who Stare at Goats*, by British investigative journalist Jon Ronson (2004)".

- *McMoneagle, Joseph (2006). Memoirs of a psychic spy : the remarkable life of U.S. Government remote viewer 001. Charlottesville, Va.: Hampton Roads Pub. Co. ISBN .*

- *McMoneagle, Joseph (1998). The ultimate time machine : a remote viewer's perception of time and predictions for the new millennium. Charlottesville, Va.: Hampton Roads Pub. Co. ISBN .*

- *Pike, John (December 29, 2005). "STAR GATE [Controlled Remote Viewing]". Federation of American Scientists.*

- Interview, Ray Hyman, in *An Honest Liar*, a 2014 film documentary by Left Turn Films; Pure Mutt Productions; Part2 Filmworks. (The quoted remarks commence at 21 min, 45 sec.)

- *Jacobsen, Annie (2017). "Paraphysics". Phenomena: The Secret History of the U.S. Government's Investigations into Extrasensory Perception and Psychokinesis. Little, Brown. ISBN .*

- Evaluation of a Program on Anomalous Mental Phenomena by Ray Hyman

- "The Evidence for Psychic Functioning: Claims vs. Reality" by Ray Hyman; *Skeptical Inquirer*, Vol. 20.2, Mar/Apr 1996.

- "Remotely Viewed? The Charlie Jordan Case" by Joe Nickell; *Skeptical Inquirer*, Vol. 11.1, Mar 2001.

- *Waller, Douglas (December 11, 1995). "The Vision Thing". Time magazine. p. 45. Archived from the original on February 9, 2007.*

- "Search: 'STARGATE'". *Freedom of Information Act Electronic Reading Room. Central Intelligence Agency.*

- *McMoneagle, Joseph (1997). Mind trek : exploring consciousness, time, and space through remote viewing (Revised ed.). Norfork, Va.: Hampton Roads Pub. p. 247. ISBN .*

- *Popkin, Jim (November 12, 2015). "Meet the former Pentagon scientist who says psychics can help American spies". Newsweek.*

- *Pilkington, Mark (June 5, 2003). "The remote viewers". The Guardian.*

1157

Page 1158  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

- "*Fort Meade, Maryland, where psychics gathered to remotely spy on the U.S. Embassy in Iran during the hostage crisis*". *Miami Herald.*

- *Nickell, Joe* (March 2001). "*Remotely viewed? The Charlie Jordan case*". *Skeptical Inquirer*. **11** (1).

- "*Dr. Harold Puthoff*". *arlingtoninstitute.org.* The Arlington Institute. *2008. Archived from* the original *on March 3, 2013.*

- "*Interview: A New Biopic Charts the Life of Ingo Swann, the 'Father of Remote Viewing'*". *Outerplaces.com. Retrieved April 28, 2018.*[dead link]

- "*Advance!: AN INTERVIEW WITH INGO SWANN*". *The Wise Old Goat - The Personal Website of Michel Snoeck. Retrieved April 28, 2018.*

- "*An Outsider's Remote View of All Things: Ingo Swann*". *Chelseanow.com. Retrieved April 28, 2018.*[dead link]

- "*A Dynamic PK Experiment with Ingo Swann*". *Central Intelligence Agency. Retrieved April 28, 2018.*[dead link]

- Pat Price URL:http://www.scientolipedia.org/info/Pat_Price (Scientolipedia)

- Sources:

- Schnabel, Jim (1997) "Remote Viewers: The Secret History of America's Psychic Spies" Dell, 1997 , ISBN 0-440-22306-7

- Richelson, Jeffrey T "The Wizards of Langley: Inside the CIA's Directorate of Science and Technology"

- Mandelbaum, W. Adam "The Psychic Battlefield: A History of the Military-Occult Complex"

- Picknett, Lynn, Prince Clive "The Stargate Conspiracy"

- Chalker, Bill "Hair of the Alien: DNA and Other Forensic Evidence of Alien Abductions"

- Constantine, Alex "Psychic Dictatorship in the USA"

- *"Psychic Warrior: Inside the CIA's Stargate Program: The True Story of a Soldier's Espionage and Awakening"*. *Publishers Weekly*. *Retrieved April 28, 2018.*

- *"Stargate: People and researchers"*. *Bibliotecapleyades.net.*

33. *"Coast to Coast AM: Major Ed Dames"*.

- *Burnett, Thom, ed. (2006). "Psi-War: Operations Grillflame and Stargate". Conspiracy Encyclopedia: The encyclopedia of conspiracy theories. Franz Steiner Verlag. p. 153. ISBN* .

- Caroll, Robert Todd (2012). "Remote Viewing". In the *Skeptic's Dictionary*. John Wiley & Sons. ISBN 0-471-27242-6.

- Hines, Terence (2003). *Pseudoscience and the Paranormal*. Prometheus Books. ISBN 1-57392-979-4.

- Hyman, Ray (1996). "Evaluation of the Military's Twenty-year Program on Psychic Spying". *Skeptical Inquirer* 20: 21–26.

- Morehouse, David (1996). *Psychic Warrior*, St. Martin's Paperbacks, ISBN 978-0-312-96413-9. Morehouse was a psychic in the program.

- Ronson, Jon (2004). *The Men Who Stare at Goats*. Picador. ISBN 0-330-37547-4. Written to accompany the TV series *Crazy Rulers of the World*. The US military budget cuts after the Vietnam war and how it all began.

- *Sessions, Abigail (2016). "STARGATE, Project (1970s–1995)". In Goldman, Jan (ed.). The Central Intelligence Agency: An Encyclopedia of Covert Ops, Intelligence Gathering, and Spies, Volume 1. ABC-CLIO. pp. 352–353. ISBN* .

- Smith, Paul (2004). *Reading the Enemy's Mind: Inside Star Gate: America's Psychic Espionage Program*, Forge Books. ISBN 0-312-87515-0

- *Utts, Jessica (1996). "An Assessment of the Evidence for Psychic Functioning". Journal of Scientific Exploration. **10** (1): 3–30. CiteSeerX 10.1.1.685.2525. 0892-3310/96.*

# Stanford University Is a cesspool of spies and foreign bribes from the governments of China, Qatar, Russia, Saudi Arabia and Iran.

- 32 San Francisco families are under investigation for influence-peddling Stanford

The Education Department has been asked to run investigations into Stanford University, who has been caught accepting bribes to place rich kids in the school, as part of a continuing review that it says has found U.S. universities failed to report at least $6.5 billion in foreign funding from countries such as China and Saudi Arabia, according to department materials viewed by The Wall Street Journal.

The investigations into the Ivy League schools are the latest in a clash between U.S. universities and a coalition of federal officials including law enforcement, research funders such as the National Institutes of Health, and a bipartisan group in Congress that has raised concerns about higher-education institutions' reliance on foreign money, particularly from China.

Representatives for Stanford said the regents "hope to avoid any trouble".

The department described higher-education institutions in the U.S., in a document viewed by the Journal, as "multi-billion dollar, multi-national enterprises using opaque foundations, foreign campuses, and other sophisticated legal structures to generate revenue."

U.S. universities have generally defended their international collaborations and said the Education Department's reporting requirements remain unclear, which officials deny.

Universities are required to disclose to the Education Department all contracts and gifts from a foreign source that, alone or combined, are worth $250,000 or more in a calendar year. Though the statute is decades old, the department only recently began to vigorously enforce it.

Officials accused schools of actively soliciting money from foreign governments, companies and nationals known to be hostile to the U.S. and potentially in search of opportunities to steal research and "spread propaganda benefitting foreign governments," according to the document.

1160

In addition, while the department said it has found foreign money generally flows to the country's richest universities, "such money apparently does not reduce or otherwise offset American students' tuition costs," the document said.

*Should Stanford University be wary of accepting money from foreign governments hostile to the U.S., such as China, Russia and Iran?*

U.S. officials say China uses a variety of means to target academia, including government-funded talent recruitment programs such as the Thousand Talents Plan. The arrest last month of the chairman of Harvard's chemistry department on federal charges of lying about receiving millions of dollars in Chinese funding through the program while the U.S. shelled out more than $15 million to fund his research group catapulted the issue into the spotlight.

In a letter to Harvard dated Tuesday and posted on the Education Department website, officials cited the recent Justice Department case and asked the school to disclose records of gifts or contracts involving the governments of China, Qatar, Russia, Saudi Arabia and Iran. It also requested records regarding telecommunications giants Huawei Technologies Co. and ZTE Corp. of China; the Kaspersky Lab and Skolkovo Foundation of Russia; and the Alavi Foundation of Iran, among others.

The Education Department said Yale had failed to disclose at least $375 million in foreign funding after filing no reports from 2014-17, according to a document viewed by the Journal. The department, also in a letter Tuesday to the university, sought records regarding contributions from Saudi Arabia, China and its telecom giants, Peking University's Yenching Academy, the National University of Singapore, Qatar and others. It also asked the university to detail foreign funding of Yale Law School's Paul Tsai China Center and the new Yale Jackson School of Global Affairs.

The Education Department is alleging that Yale University didn't disclose at least $375 million in foreign funding and is seeking records from the school.

If the schools refuse to disclose the information, the Education Department can refer the matter to the Justice Department, which could pursue civil or criminal actions.

1161

Some university officials have dismissed the U.S. government's broader national security concerns regarding foreign involvement in universities as hyperbolic, or even discriminatory, and said there should be no restrictions on unclassified research meant to be published anyway.

They have also said international collaboration—particularly with China—is essential to advancing scientific discoveries that will benefit humankind.

A February 2019 investigation by the Senate Permanent Subcommittee on Investigations called foreign government funding of U.S. universities "a black hole" and said it found that nearly 70% failed to properly report funding from Chinese government-backed cultural and language programs known as Confucius Institutes.

Sens. Rob Portman (R., Ohio ) and Tom Carper (D., Del.), who lead the Senate panel, said in a joint statement the Journal: "The fact that $6.5 billion in foreign gifts to U.S. institutions went unreported until now is shocking and unacceptable...We are pleased that the Department of Education is increasing enforcement efforts and taking a step towards ensuring academic freedom in America."

Education Department officials in June 2019 launched a series of investigations into universities' foreign funding. The Harvard and Yale investigations are the department's seventh and eighth probes following others at schools including Georgetown University, Cornell University and the Massachusetts Institute of Technology.

Education Department officials said in the document viewed by the Journal that its investigations have prompted public and private universities across the country to come forward since July 2019 to collectively report more than $6.5 billion in previously undisclosed foreign funding.

A spokeswoman for MIT said the university's reporting of foreign gifts and contracts has been based on "improved processes" since January 2019 and that it is committed to working constructively with federal officials. Georgetown and Cornell didn't immediately comment.

The Education Department has hit back at university groups that have criticized its recent enforcement drive. For example, in a September 2019

letter addressed to one group that represents more than 200 universities, an official called the universities' reporting duties "plainly evident."

He added: "You have asked the Department to 'work with the higher education community to…balance the interests of transparency and the complicated nature of reporting.' There is no statutory basis for any such 'balance.'"

**Stanford university and Stanford medical servers have been hacked hundreds of times by spies usng them for hacker-training**

"Tele-Medicine" and "Doctor-Via-Zoom" may be a DOA concept. Your video chat with your psychologist about your fear of men, your Zoom talk with your gynecologist about your herpes or your web meeting with your proctologist about your anal warts could be ***on the entire internet 48 hours later.***

Famous people went to Stanford, work at Stanford, and attend Stanford. Middle East elites, political operatives and rich families draw hackers, like flies, to the Stanford medical and scholastic servers. A bounty of hundreds of thousands of dollars is offered by dark webbers for a Clinton confessing to sex crimes, or a Kashoggi murder tip on an Arab shah. Every day, the tele-medicine videos at Stanford Medical are rife with elites and tabloid news targets revealing their darkest secrets. Solarwinds hackers and Julian Assange wannabe's are constantly sifting the video streams and server files at Stanford for juicy meat.

Stanford bosses claim to have bought "very high-end software" that is "hard to hack", but fail to comprehend that such a claim is juvenile. The entire U.S. Government was hacked in the Solarwinds hack, using ten times better software than Stanford has. It is ludicrous for Stanford bosses to deny the fact that hackers can romp through their servers with impunity.

Live, in-person, meetings with doctors in secured rooms, is the only solution. Trying to make the Sandhill Road venture capitalists richer by forcing the public to use the internet is a crime against society.

Stanford University is always being hit by embarrassing data breaches that expose the personal information of students, including home addresses, Social Security numbers and even test scores and essays.

1163

The Stanford Daily is reporting that Stanford students could view applications and high-school transcripts of other students "if they first requested to view their own admission documents under the Family Educational Rights and Privacy Act (FERPA)." Documents that were compromised by the hackers including extremely sensitive personal information like Social Security numbers for some students, as well as "students' ethnicity, legacy status, home address, citizenship status, criminal status, standardized test scores, personal essays and whether they applied for financial aid. Official standardized test score reports were also accessible," the paper reported, which explained that while students' documents could not be search by name, the were "accessible by changing a numeric ID in a URL."

"We regret this vulnerability in our system and apologize to those whose records were inappropriately viewed," the school said in a statement released on Friday. "We have worked to remedy the situation as quickly as possible and will continue working to better protect our systems and data. Finding and fixing vulnerabilities before adversaries discover and exploit them is an ongoing and essential activity in systems management."

The breach comes 14 months after Stanford announced that a previously revealed hack of confidential information on a computer server at its Graduate School of Business was wider than had been reported earlier, according to Poets & Quants, a prominent online news site that covers the graduate-business school community.In that hack, the site reported, " campus privacy investigators found that a shared platform at the GSB potentially exposed the personal information of" thousands of people at the university." Like the recent hack, the 2017 breach compromised the personal date of students, including the "names, birthdates, Social Security numbers and salary information for nearly 10,000 non-teaching university employees – a snapshot taken in August 2008," said the report. "The file apparently was made accessible to human resources staff at the business school for annual salary setting. The file was exposed to the GSB community for six months before it was locked and secured" in the spring of 2017.

1164

The 2017 attack ended up costing Stanford's chief digital officer his job. Ranga Jayaraman announced that he was leaving "after a student revealed that the school had not been forthcoming with its fellowship grants," this newspaper reported at the time. In a statement, Jayaraman said "I take full responsibility for the failure to recognize the scope and nature of the … data exposure and report it in a timely manner to the dean and the University Information Security and Privacy Office. I would like to express my most sincere apologies … to anyone whose personal information might potentially have been compromised."

According to the Stanford Daily, a student who had submitted a FERPA request in order to review the student's own admissions documents discovered "the vulnerability in a third-party content management system called NolijWeb that the University has used since 2009 to host scanned files." Anyone willing to submit such a request, going back to 2015, would have been able to examine the files through NolijWeb." The Daily reported that this student, between Jan. 28 and 29, was able to access the records of 81 students.Who else saw the files
Other students who were told about the easy-to-access records were able to review personal information in 12 students' records "during that time period while seeking to learn more about the kinds of files exposed."

**The Daily holds back**
The newspaper also reported that it had held back on reporting about the exposed data until school officials "could secure the breach so that students' records could be protected. The student who disclosed the breach to The Daily was granted anonymity to protect them from potential legal repercussions for accessing private information while investigating the security flaw," said the paper.

**The third-party content-management company is put on notice**
The report says that Stanford notified Nolij's parent company Hyland Software of the breach. Hyland, which has bought Nolij in 2017, had announced in late December that was discontinuing the NolijWeb product.

**Stanford's IT experts try to clean up the mess (but can't)**

1165

The Stanford University Information Technology (UIT) said it intended to implement "a new platform to replace the NolijWeb system by this summer," said the Daily, adding that " a number of schools still use NolijWeb to store admissions records. It is unclear how many schools using NolijWeb give students access to the online documents, or how many might be subject to the vulnerability."

**The company's response?**
The Daily said its reporters had "reached out to eight different executives at Hyland Software for comment and expressed concern that other schools' data may be similarly compromised by NolijWeb. Alexa Marinos, Hyland's Senior Manager of Corporate Communications, confirmed receiving The Daily's phone and email requests for comment, made over the course of a week. However, the company provided no statement on the matter.

**Stanford students weigh in**
Jonathan Lipman, sophomore, told this newspaper: "I'm glad the student who first discovered the breach acted morally and worked to have the breach closed before malicious actors scraped all undergraduate students' admissions data. It's a bit embarrassing that Stanford is using software that is no longer supported (NolijWeb was discontinued on December 31, 2018 according to its website). I think this demonstrates the importance of programs like the Bug Bounty. While I understand that UIT is concerned mostly with external security threats, I was both shocked and concerned that Stanford does not conduct security audits from multiple trust levels (student, staff, alumni, etc…). Some of the best hackers in the country have Stanford logins and it would seem prudent to conduct penetration tests accordingly.
"I can't say I'm particularly shocked — Stanford has a sprawling IT infrastructure with many external vendors and legacy internal systems. It's a difficult task to constantly maintain high levels of defense on all of these systems.."

Ben Esposito said: "Stanford keeps running into trouble over data breaches precisely because it holds an unnecessary large amount of data on its students. If it held only the most essential data, they would be better able to prioritize which data to keep especially secure."

1166

Page 1167  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

David Jaffe, also a sophomore, said: "Stanford should look into investing in the incredible abilities of it's students by offering more opportunities for students to support the university's IT infrastructure. I know many great students with underutilized technical skills that, from what I've noticed, have been more than happy to assist others for free just for the experience."

Linkedin insider Anna Sofia Lesiv contributed reporting to this story. Jonathan Lipman provided critical data. Ben Esposito provided essential leads.

The NolijWeb hack was one of hundreds of hacks of the Stanford scholastic and medical servers. Your video chats with your doctor, shrink or teacher are NOT safe on Stanford servers. Stanford created the people who run Washington, DC and Silicon Valley. The families, children and connections to those people are of the highest possible interest to teen hackers, Chinese, Russian and Iranian state actors and others. Over 30 Chinese state spies are suspected to be under-cover, acting as "students" at Stanford. The digital realm around Stanford University and Stanford Medical is anything but "safe".

The liability, for Stanford, is off-the-charts. Stanford needs to get back to in-person classes and in-person doctor meetings or it could lose big with one huge negligence lawsuit.

Stanford University's computer network hacked ... - ABC7 News

  https://abc7news.com/archive/9184555/

Stanford University's computer network hacked again. kgo. By ABC7. ... Students aren't surprised Stanford has been targeted by hackers. ... and to verify sensitive data on its servers have not ...

A data hack let Stanford students snoop on their classmates

https://www.mercurynews.com/2019/02/15/a-data-hack-let-stanford-students-snoop-on-their-classmates/

Feb 15, 2019For the second time in 15 months, Stanford University has been hit by an embarrassing data breach that exposed the personal information of students, including home addresses, Social Security ...

Stanford University's computer network hacked again

  https://news.yahoo.com/video/stanford-universitys-computer-network-hacked-020029916.html

Stanford University's computer network hacked again July 25, 2013, 7:00 PM For the second time in less than three months, hackers have broken into Stanford University's computer network.

Stanford University hacked, becomes latest data breach ...

https://nakedsecurity.sophos.com/2013/07/26/stanford-university-hacked-becomes-latest-data-breach-victim/

1167

Page 1168  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

Stanford bosses claim to be "not aware at this time" of any sensitive data that could have been harvested during the breach, and suggest it bears similarities to other "incidents reported in ...

# Stanford's Pro-Rape Administration

- Stanford University Has A Pro-Rape, Pro-Frat Boy Policy At Behest Of Rich Globalist Oligarchs Who Control Campus Policy

- The rapists of Sand Hill Road Venture Capital are the men who control policy at Stanford University

- Female student was sexually assaulted, Stanford invited the man back to campus

By Nanette Asimov

 Stanford graduate Sinéad Talley says Stanford's light punishment of her rapist feels like a second assault.

After Stanford University concluded that one of its students sexually assaulted a classmate, campus officials imposed what they called a very serious sanction: a suspension of two academic quarters.

The victim said it felt like a second assault.

"Providing my rapist with a gracious invitation back to Stanford pending a brief period of 'reflection' disrespects myself and the moral stature of Stanford as an institution," Sinéad Talley wrote on Dec. 20, 2016, in her unsuccessful appeal. She wanted Stanford to expel the man she said had been her friend until he raped her while she was in a drunken stupor.

Stanford reported the assault in 2016 to campus police, as required by state law. But Talley chose not to pursue the case through the criminal justice system. Instead, like many college students who report sexual assault, she turned to her university's internal justice system.

Former Stanford University student Brock Turner is appealing his sexual assault conviction after he raped an unconscious woman on Stanford University's campus. Turner is now asking for a new trial. Turner's legal team filed a 172-page appeal claiming the prosecutor incorrectly told jurors

1169

that the incident happened behind a dumpster. His defense team argues that Turner didn't try to hide anything and that the assault happened in an open setting.

Now Talley is speaking out to accuse the world-renowned university of protecting students who commit sexual assault by downplaying the severity of their behavior and rarely expelling them.

The data appear to back her up: Stanford received reports of 84 campus rapes from 2014 to 2016, according to information the university provided to the U.S. Department of Education, which requires campuses to collect crime statistics under the Clery Act. Stanford told the federal agency it received 33 of the rape reports in 2016 alone.

Yet the university expelled no students for sexual assault in those years. Instead, it arranged for three students to leave voluntarily, including former Stanford swimmer Brock Turner in 2015-16, said spokesman E.J. Miranda. He said two students have been expelled for sexual assault, in 2001-02 and 2006-07.

Miranda said the university could not investigate all 84 reports of rape because some complainants never identified an assailant. Some who were identified couldn't be expelled because they weren't students, he said.

But questions remain even after a closer look.

In a 2016-17 report by Stanford on sexual misconduct on campus, the university said it conducted 12 investigations into reports of "nonconsensual intercourse," but lacked enough information to investigate another 12. The hearing panel found violations in four cases — against three students and a visiting researcher. Names are not included in the report, but one of those cases was Talley's.

A woman leaves the main quad at Stanford University in June 2016. Stanford received reports of 84 campus rapes from 2014 to 2016, according to information the university provided to the U.S. Department of Education, but no one was expelled. Photo: Leah Millis / The Chronicle 2016

A woman leaves the main quad at Stanford University in June 2016. Stanford received reports of 84 campus rapes from 2014 to 2016, according

to information the university provided to the U.S. Department of Education, but no one was expelled.

In Talley's case, the panel deciding punishment did not expel the student because it found he didn't know she was incapacitated and didn't cause her to become incapacitated.

MORE BY NANETTE ASIMOV:

Report finds past harassment by UC professor, but punishment lags

UC Berkeley settles conservative students' free-speech lawsuit

CSU trustees approve pay raises for executives with six-figure salaries

Study: California public higher education leadership lacks diversity

Student loan servicer cheats borrowers, California attorney general says

Cal scrapped probe of football program promised after 2014 death of player

Yet in another case in the 2016-17 report, the hearing panel decided against expelling a student even though his offense met Stanford's threshold for expulsion, according to a footnote in the report. That is, the student committed sexual assault either by force, by incapacitating his victim, or by knowing that his victim was incapacitated and having sex with her anyway.

The panel "determined that a three-quarter suspension was the appropriate sanction," the footnote said, without explanation.

"Stanford has had tremendous reluctance to hold students accountable even when they are found responsible for the most serious violations. They just won't expel them. Instead, they give these laughably lenient penalties," said Michele Dauber, the Stanford law professor who led a successful recall campaign last spring against the judge widely perceived to have imposed a too-light sentence on Turner, the freshman swimmer convicted of sexual assault in 2015.

Dauber had not heard of Talley's situation until The Chronicle described it. But she and several current and former students familiar with Stanford's policies agreed with Talley's assessment that the university fails to

1171

adequately punish students who commit sexual assault by kicking them out of school.

The university defended itself.

"We do not tolerate sexual assault at Stanford," Miranda said. "We seek to carefully weigh the facts and treat all parties fairly through our adjudication process, including the investigation and imposed sanctions."

Sinead Talley (right) is accuses Stanford University of protecting students who commit sexual assault by downplaying the severity of their behavior and rarely expelling them. Photo: Liz Hafalia / The Chronicle

Sinead Talley (right) is accuses Stanford University of protecting students who commit sexual assault by downplaying the severity of their behavior and rarely expelling them.

Talley said her experience shows that Stanford does tolerate sexual assault.

The Chronicle reviewed university records of the case, interviewed Talley and attempted many times to reach the other former student involved, without success. Stanford officials responded only to written questions relayed through Miranda.

The Chronicle is not naming the former student because he was not charged with a crime. The Chronicle does not typically name victims of sexual assault unless, like Talley, they wish to be identified.

Rush week was in full force at Stanford in April 2014 when a friend of Talley's accepted a bid from his favorite fraternity. He invited her to the celebration.

In a written account she gave to Stanford investigators, Talley said she felt exhausted on the night of the party and hadn't been sleeping well or eating enough for some time. She had a few drinks at the party. Her next memory was waking up the next morning naked and sore, aware that the student was in her room, and aware when he "slipped out," according to the account, a long letter she wrote to the student two years later detailing her experience.

"I didn't report what you did," Talley wrote. "I refused to acknowledge that it had been rape for weeks afterward."

1172

She blamed herself.

"I made excuses for you, convinced myself that I could have consented in my blacked-out state, cursed myself for binge drinking, questioned whether I had given you the wrong idea. I held onto that shame and guilt, as though it was ever mine to carry," she wrote.

Then she learned something that changed her mind. The student had spread the news among their friends that they'd had a "hook-up," Talley wrote.

She waited two years, then reported the assault to the university days before graduating in 2016.

"My course load was strenuous," said Talley, who graduated with a degree in human biology. "I didn't know any other way than to put it by the wayside."

Talley said her experience as an American Indian influenced her decision to report the assault to the university instead of law enforcement. "As a Karuk person, I've seen a lot of police violence. I've seen the system fail, and I don't have a lot of trust."

Like all universities governed by Title IX, the federal civil rights law that outlaws sex discrimination on campuses, Stanford has a system for handling allegations of sexual misconduct, from harassment to assault. The system lets them investigate, hold hearings and mete out discipline. It doesn't have the force of law.

In December 2016, a three-member hearing panel — chosen from a pool of faculty, staff and graduate students — concluded unanimously, as required, that Talley's former friend had sexually assaulted her.

"The preponderance of the evidence indicates that (he) committed sexual assault by virtue of (her) state of incapacitation," the panel wrote.

Talley asked that the student be expelled, noting that "since I was drunk, I could not give consent."

In cases of intoxication, California criminal law says a rape has occurred if the person is prevented from resisting because he or she is drunk — and that the accused knew or reasonably should have known.

Stanford's policy in 2014, the year of Talley's assault, said that a person must consent to sexual intercourse — and that a drunk person cannot give consent.

Stanford graduate Sinead Talley wrote in her 2016 appeal, "Providing my rapist with a gracious invitation back to Stanford pending a brief period of 'reflection' disrespects myself and the moral stature of Stanford as an institution." Photo: Liz Hafalia / The Chronicle

Stanford graduate Sinead Talley wrote in her 2016 appeal, "Providing my rapist with a gracious invitation back to Stanford pending a brief period of 'reflection' disrespects myself and the moral stature of Stanford as an institution."

The student argued in his written statement that he believed Talley had consented.

"Sadly, I was intoxicated, too, so my judgment was impaired," he wrote in his defense. "I had no idea that she was in a blackout. ... I thought I was having consensual sex."

The panel wrote: "We believe a reasonable, sober person would have recognized (Talley's) incapacitation, her inability to understand the nature of the sexual situation, and thus her inability to give consent."

The panel agreed the sexual assault occurred but that the student did not know she was intoxicated and decided that expelling him was "not appropriate."

Instead, it imposed a two-quarter suspension, with training in consent and the effects of alcohol.

"It is our sincere hope that this very serious sanction will enable (him) to return to Stanford fully committed to maintaining the integrity and safety" of the community, the panel wrote.

The student's suspension was to begin after he completed another suspension "currently in place," according to the 2016 record.

Miranda, Stanford's spokesman, declined to explain the other suspension but said it was not for sexual misconduct.

He said the student never returned to Stanford.

The question of whether Stanford should expel students who sexually assault their classmates erupted on campus in spring 2014, when a student named Leah Francis organized rallies to protest the university's handling of the issue. That spring, campus investigators determined that a student had sexually assaulted Francis in January. He was suspended briefly and allowed to earn a degree.

The Francis case energized protesters, who rallied on campus. An additional 7,000 people signed a petition urging the university to expel every student found responsible for sexual assault.

Leah's case shook Stanford," said Tessa Ormenyi, who graduated with Francis in 2014 and co-founded #StandWithLeah.

Soon another case shook the university — and the world — after Turner, the Stanford swimmer, sexually assaulted a woman outside a frat party in January 2015. This time, the anonymous victim, calling herself Emily Doe, brought criminal charges. At the sentencing hearing that June, Doe read aloud a letter she'd written to Turner describing the depths to which his crime had affected her.

Santa Clara County Superior Court Judge Aaron Persky sentenced Turner to six months in county jail.

Social media went wild, criticizing the sentence as a wrist slap. At graduation, several students carried signs condemning their school. "Stanford protects rapists," read one. "150 years of rape culture," read another, referring to the age of the venerable university. The Turner case also prompted California lawmakers to expand the state's definition of rape.

Dauber gathered nearly 100,000 signatures in support of a ballot measure to recall the judge. In June, Persky became the first California judge in 86 years to be voted out of office, with 60 percent of the vote against him.

Amid it all, Stanford convened a task force to study its response to sexual misconduct. Then, in February 2016, university officials enacted a policy making expulsion the "expected sanction" for sexual assault. But they did so only after narrowing the definition of sexual assault.

Under the new rules, anyone accused of having sex with an incapacitated person — someone too drunk to give consent, for example — must have

1175

caused the incapacitation or have "knowingly taken advantage of" an incapacitated person to be found responsible for sexual assault.

Those rules now make it nearly impossible for any Stanford student to be held responsible for sexual assault, said Emma Tsurkov, a doctoral student in sociology, who serves as the student government's representative on sexual violence.

"The easy way to get out of it is for the (accused) person to say they didn't know" the victim was incapacitated, she said.

In Talley's case, that's what her assailant told the panel that would decide his punishment.

When it declined to expel the student, Talley appealed.

The appeal officer offered a summary of the hearing panel's reason for finding the student responsible for sexual assault in the first place. The panel found that Talley "had consumed a large amount of alcohol and, given her diminutive stature, compounded by the lack of sleep and skipped meals, was unable to give consent. The panel further found that although (he) may not have known that (she) was incapacitated, a reasonably sober person would have known."

In rejecting Talley's request, the appeal officer said the panel had "reasonably concluded that (he) neither induced nor knowingly took advantage of an incapacitated person."

Tsurkov called the panel's decision troubling.

"The fact that we do not expel people who commit sexual assault means we tolerate their presence in our community," she said. "I don't think people walk around on campus contemplating rape. But in the moment, if they thought they could lose their place at Stanford — that they could get expelled — I think that could have a deterring effect."

Stanford signed an agreement with Talley in March to reimburse her for fees associated with the case, provide mental health counseling for five years, and pay her $10,000 for that purpose. It also agreed to hear her feedback about the university's process.

1176

Page 1177  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

At a recent visit to the San Francisco office of her lawyer, Michael Bien, Talley appeared disheartened.

"To get to the end and have them say, 'Yeah, we unanimously agree, he definitely assaulted you' — and that warrants zero action," was beyond stressful, she said.

The outcome "is not disappointing," she added. "It's criminal."

Over 22 women, like Ghislaine Maxwell Ghislaine Maxwell trawl Stanford's high-end art galleries, tech parties and auction houses for pretty 'gallerinas' to have sex with Jeffrey Epstein-like Silicon Valley venture capitalists and tech CEO's. She was based out of John Doerr's Kleiner Perkins office parties. Chinese and Russian mobsters place young women at Stanford University and Stanford events to spy on tech developments and to try to sex up or marry influential tech CEO's. Websites like "*Seeking Arrangements*" have hundreds of ads from young co-eds at Stanford offering sex for money. Multiple women have claimed that The President of Stanford University would send "young, fashion model-type co-eds who were naturally large breasted"... to Larry Ellison as "interns", for which Ellison would make a cash contribution to Stanford University. The feature film "*The Social Network*", depicts a program of mini buses which deliver young sorority girls to Stanford frat houses for date rape parties where the girls are given drinks with drugs in them.

**Ghislaine Maxwell** would trawl high-end art galleries and auction houses looking to find so-called 'Gallerinas' to meet **Jeffrey Epstein**, a former friend has claimed.

Ms Maxwell regularly attended events at Christie's and Sotheby's on both sides of the Atlantic, the friend said.

'She would go to every art gallery opening and was a familiar presence at auctions and parties at Christie's and Sotheby's,' the friend said.

'The art world is full of pretty young girls and many of them are young and broke.

'You'd see her everywhere, often with beautiful blonde girls in tow.'

During a party at Christie's in London, she was spotted talking to Clementine Hambro, one of Princess Diana's bridesmaids, who this week admitted to twice flying on Epstein's 'Lolita Express' private jet.

'I was young, naive and lucky to escape,' Hambro said.

Maria Farmer, one of serial paedophile Epstein's victims, says she was 'picked up' by Epstein and Maxwell at a 1995 show to celebrate her graduation from the New York Academy of Art.

Epstein is also believed to have met Shelley Lewis – dubbed his 'secret girlfriend' – when she was working in the Contemporary Art Department at Christie's in New York in the late 1990s.

Maxwell is currently in custody awaiting trial in the US for allegedly enticing and trafficking minors and sex trafficking and commiting perjury.

She denies all the claims.

Ghislaine Maxwell attended events at Christie's and Sotheby's in the UK and US.  Ms Maxwell talked to Clementine Hambro, one of Princess Diana's bridesmaids. Hambro admitted to twice flying on Jeffrey Epstein's 'Lolita Express' private jet

**Ghislaine Maxwell** would trawl high-end art galleries and auction houses looking to find so-called young, dumb, greedy 'Gallerinas' to meet **Jeffrey Epstein**, a former friend has claimed.

Ms Maxwell regularly attended events at Christie's and Sotheby's on both sides of the Atlantic, the friend said.

'She would go to every art gallery opening and was a familiar presence at auctions and parties at Christie's and Sotheby's,' the friend said.

'The art world is full of pretty young girls and many of them are young and broke.

'You'd see her everywhere, often with beautiful blonde girls in tow.'

During a party at Christie's in London, she was spotted talking to Clementine Hambro, one of Princess Diana's bridesmaids, who this week admitted to twice flying on Epstein's 'Lolita Express' private jet.

'I was young, naive and lucky to escape,' Hambro said.

Epstein is also believed to have met Shelley Lewis – dubbed his 'secret girlfriend' – when she was working in the Contemporary Art Department at Christie's in New York in the late 1990s.

Maxwell is currently in custody awaiting trial in the US for allegedly enticing and trafficking minors and sex trafficking and commiting perjury.

Maxwell regularly supplied young girls to Kleiner Perkins executives and is photographed at Kleiner Perkins parties.

Sex was had in conference rooms, at the Rosewood Hotel, The Four Seasons Hotel and at various private homes in Woodside, California.

Often, The Coulter Art Gallery, The Anderson Collection Gallery And The Tesla Motors Stanford showroom parties have as many hookers and female execu-pimps as they do art enthusiasts.

Many of the women that have crafted their careers around getting young girls for rich Silicon Valley men do so under the guise of running a "charity". If the tech executive makes a "donation" to the 'Save The African Blow-Fish Foundation", or some such nonsense charity, of $20,000.00, they get 3 young interns sent to their home for an "interview". Most of these women were PR execs at tech companies or the divorced wives of tech oligarchs who made connections when they were married to a Google or Facebook executive.

John Doerr and many others have been caught bribing Stanford to get special favors. **Ghislaine Maxwell** was very involved with Doerr and other Kleiner execs according to former employees of Kleiner including Ellen Pao.

Stanford University has had an inordinate number of staff sex scandals, campus rapes and cover-ups. Stanford loves to make it look like it is doing something about the sex industry on-campus while doing nothing. If rich guys thought there was no more repercussion-free sex exploitation at Stanford, they would stop coming. The profit motive keeps the seedy world of execu-sex running hot on the lush Stanford campus.

1179

# Stanford's Built-In Racism

Aside from the almost total lack of black scientists at Stanford, another race issue has come forth:

**STANFORD UNIVERSITY NOW DISCRIMINATING AGAINST ANOTHER GROUP OF APPLICANTS**

A Justice Department and a public investigation is looking at how Stanford University is illegally discriminating against Asian American and white applicants, in violation of federal civil rights law.

The findings could be detailed in a letter to the college's attorneys aimed at rooting out discrimination in the college application process, following complaints from students about the application process at some Ivy League colleges, Stanford in particular. The Justice Department had previously filed court papers siding with Asian American groups who had levied similar allegations against Harvard University.

A two-year investigation concluded that Yale "rejects scores of Asian American and white applicants each year based on their race, whom it otherwise would admit," the Justice Department said.

In a related case, "Yale's race discrimination imposes undue and unlawful penalties on racially-disfavored applicants, including in particular Asian American and White applicants," Assistant Attorney General Eric Dreiband, who heads the department's civil rights division, wrote in a letter to the college's attorneys.

Prosecutors found that Yale has been discriminating against applicants to its undergraduate program based on their race and national origin and "that race is the determinative factor in hundreds of admissions decisions each year." The investigation concluded that Asian American and white students have "only one-tenth to one-fourth of the likelihood of admission as African American applicants with comparable academic credentials," the Justice Department said.

"Unlawfully dividing Americans into racial and ethnic blocs fosters stereotypes, bitterness, and division," Dreiband said in a statement. "It is

past time for American institutions to recognize that all people should be treated with decency and respect and without unlawful regard to the color of their skin."

The investigation also found that Yale uses race as a factor in multiple steps of the admissions process and that Yale "racially balances its classes."

The Supreme Court has ruled colleges and universities may consider race in admissions decisions but has said that must be done in a narrowly tailored way to promote diversity and should be limited in time. Schools also bear the burden of showing why their consideration of race is appropriate.

In a statement, Yale said it "categorically denies this allegation," has cooperated fully with the investigation and has been continually turning over "a substantial amount of information and data."

"Given our commitment to complying with federal law, we are dismayed that the DOJ has made its determination before allowing Yale to provide all the information the Department has requested thus far," the university said in a statement. "Had the Department fully received and fairly weighed this information, it would have concluded that Yale's practices absolutely comply with decades of Supreme Court precedent."

The university said it considers a multitude of factors and looks at "the whole person when selecting whom to admit among the many thousands of highly qualified applicants."

"We are proud of Yale's admissions practices, and we will not change them on the basis of such a meritless, hasty accusation," the statement said.

The Justice Department has demanded that Yale immediately stop and agree not to use race or national origin for upcoming admissions. The government also says that if Yale proposes that it will continue to use race or national origin as a factor in future admission cycles, the college must first submit a plan to the Justice Department "demonstrating its proposal is narrowly tailored as required by law, including by identifying a date for the end of race discrimination."

The Justice Department has also previously raised similar concerns about Harvard University, which prosecutors accused of "engaging in outright

1181

racial balancing," siding with Asian American students in a lawsuit who allege the Ivy League school discriminated against them.

A federal judge in 2019 cleared Harvard of discriminating against Asian American applicants in a ruling that was seen as a major victory for supporters of affirmative action in college admissions across the U.S. That ruling has been appealed and arguments are scheduled for next month.

In the Harvard case, the Justice Department had argued that the university went too far in its use of race, but the judge disagreed. Though the Supreme Court has ruled that colleges' use of race in admissions must be "narrowly tailored" and can be only a "plus factor," past rulings still give colleges wide latitude in considering a wide range of factors, including race, as they build their classes.

**Stanford University-created Tech companies say they value diversity, but reports show they lie and are inherently racist Stanford frat-boy elitist scams**

Kate Rooney@Kr00ney
Yasmin Khorram@YasminKhorram

Key Points

- Mega-cap tech companies began publishing annual diversity reports in 2014. But few have made much ground, especially in hiring Black employees.
- Facebook, for example, has gone from a workforce that's 3% Black to 3.8% in the past six years. Others also are in the low single digits.
- This week, tech CEOs pledged to do better and committed millions in grants. But critics say it "rings hollow" until it shows up in the data.

Prominent tech companies have made little progress in their stated goal of hiring more minorities.

Six years after their first diversity reports, Alphabet, Apple, Facebook, Microsoft and Twitter have seen low single-digit increases in their percentage of Black employees, according to a CNBC analysis of the

annual disclosures. Amazon shows a higher increase, but those numbers include warehouse and delivery workers.


"Every year they put out the same diversity report, check the box, then send out the same report the next year," said Freada Kapor Klein, founding partner at Kapor Capital. "We're at a crucial crossroads — I don't think what tech companies have done to date is anywhere near enough."

In 2014, tech companies acknowledged the gap and made it a public goal to increase diversity in their workforces. In recent weeks, major tech CEOs renewed vows to tackle inequality after public outrage over the killing of George Floyd, an unarmed Black man who died after a white Minneapolis police officer knelt on his neck for nine minutes. Protests have erupted in cities across the U.S. in the weeks since.

Facebook CEO Mark Zuckerberg wrote in a post that the company "needs to do more to support equality and safety for the Black community through our platforms," pledging to donate $10 million. Twitter's Jack Dorsey pledged $3 million to former NFL quarterback Colin Kaepernick's Know Your Rights Camp, and Amazon promised $10 million to support social justice and Black communities. Google pledged $12 million to civil rights groups, Apple CEO Tim Cook promised the company would make donations to several groups such as the Equal Justice Initiative and match employee donations, while Microsoft CEO Satya Nadella pledged $1.5 million to several social justice organizations, adding the company will be using its platform to "amplify" the voices of its Black workers.

Kapor Klein, also a founding team member at Project Include, pointed to prior levels of spending at tech companies for diversity and inclusion, and statements by executives. Those "ring hollow," she said, until bigger changes show up in the diversity data.

## 'Metrics, but no consequences'

In the past six years, these companies have made improvements but are nowhere near parity.

1183

Women have moved up as a higher fraction of the workforce. Facebook's technical workforce, for example, jumped from 15% female when the report began in 2014 to 23% at the beginning of 2019. Google has made similar progress.

But for Black employees, Facebook showed the smallest increase — going from 3% to 3.8% of workers in the past five years. Twitter moved from roughly 2% Black employees in its workforce in 2014**,** to 6% as of the start of 2019. Amazon reported an 11 percentage point jump, with a workforce that was 26.5% Black as of the start of 2019. However, the majority of its employees work in Amazon distribution centers, making it difficult to compare with its tech peers.

Bari Williams, head of legal at start-up Human Interest and former lead senior counsel at Facebook, said the annual reports are a key step in transparency. But tech giants' data-centric approach and competitiveness haven't been effective when it comes to diversity.

"These companies are data-driven, but if people are not hitting their diversity metrics, where's the downside?" Williams said. "You have metrics, but no consequences."

Among leadership and technical roles like coders and engineers, the diversity numbers are even lower. Apple's workforce is 9% Black — but that drops to 3% when looking at leadership roles. Its share of Black technical workers remained flat at 6% from the end of 2013 through the end of 2017, the last year Apple published diversity data.

"One flaw is not thinking about it from the outset of the company formation, that's having ripple effects that are now being seen several years later," said Richard Kerby, general partner at Equal Ventures. "You're not seeing movement because it's not being tracked or monitored — there's no incentive alignment for someone to improve on the numbers."

## Employee retention

While hiring remains an area of focus for inclusion, Margaret Neale, Stanford University professor emerita in organizational behavior, said it's

just as often an issue of retention. Finding a mentor or a sponsor within a company can be difficult. Without one, it can be nearly impossible to ascend to a leadership role.

"We see the same kind of diversity reports from a variety of different tech companies, what you see very clearly is that there's very little change," she said. "There continues to be hiring, but there's not stickiness to those hires. There's a substantial shedding of folks of color at much higher proportions given the total numbers that exist."

In response to CNBC's requests for comment, the tech companies pointed to incremental progress. Last year, Google showed its largest increase recorded in hiring Black tech employees in the U.S. At Apple, 53% of new hires in the U.S. are from historically underrepresented groups in tech.

Despite the single-digit improvements, critics still applaud effort to publish these reports out, pointing to industries like Wall Street that don't publish diversity data on an annual basis.

Kapor Klein said it continues to be an uphill battle to "retrofit diversity into a big company." Thanks to their growth in the past two decades, tech giants now have what she called a "denominator problem" of changing a 118,000 person workforce in the case of Alphabet.

"Moving the needle by 10% is a lot, that means a lot of employees have to be hired or a lot have to leave, and it still doesn't change the culture," she said. "Companies have a much harder task and it requires an absolute fundamental commitment to change."

**WATCH: Former Time Warner CEO Dick Parsons on fighting injustice and inequality in corporate America**

**https://www.cnbc.com/2020/06/12/joanna-hoffman-facebook-is-peddling-an-addictive-drug-called-anger.html**

1185

Page 1186  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District



# BIBLIOGRAPHY & MAIN REFERENCES

Congressional report on DOE LGP program corruption

https://amgreatness.com/2020/09/14/the-billionaire-backers-of-the-insurrection/

GAO report set on mismanagement of DOE funds by DOE – Rusco

Bright Automotive public letter

https://projects.propublica.org/graphics/afghan

Past litigation goals, public disclosure wins and accomplishments

https://www.oann.com/author-lee-smith-says-president-trumps-enemies-have-launched-a-permanent-coup/

http://www.pacer.gov

https://www.thecreepyline.com

https://www.icij.org

https://stopelonfromfailingagain.com

http://vcracket.weebly.com

https://www.transparency.org

https://www.judicialwatch.org

https://wikileaks.org

Page 1188  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

https://causeofaction.org

https://fusion4freedom.com/about-gcf/

http://peterschweizer.com/

http://globalinitiative.net

https://fusion4freedom.com/the-green-corruption-files-archive/

https://propublica.org

https://www.allsides.com/unbiased-balanced-news

http://wearethenewmedia.com

http://ec.europa.eu/anti_fraud/index_en.html

http://gopacnetwork.org/

http://www.iaaca.org/News/

http://www.interpol.int/Crime-areas/Corruption/Corruption

http://www.icac.nsw.gov.au/

http://www.traceinternational.org/

http://www.oge.gov/

https://ogc.commerce.gov/

https://anticorruptionact.org/

1188

Page 1189  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

http://www.anticorruptionintl.org/

https://represent.us/

http://www.giaccentre.org/dealing_with_corruption.php

http://www.acfe.com/

https://www.oas.org/juridico/english/FightCur.html

https://www.opus.com/international-anti-corruption-day-businesses/

https://www.opengovpartnership.org/theme/anti-corruption

https://www.ethicalsystems.org/content/corruption

https://sunlightfoundation.com/

http://www.googletransparencyproject.org/

http://xyzcase.weebly.com

https://en.wikipedia.org/wiki/Angelgate

https://www.opensecrets.org/

https://en.wikipedia.org/wiki/High-Tech_Employee_Antitrust_Litigation

http://www.projectveritasaction.com

***Catch and Kill*** *By Ronan Farrow,*
https://en.wikipedia.org/wiki/Catch_and_Kill:_Lies,_Spies,_and_a_Conspiracy_to_Protect_Predators

1189

Page 1190  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

**Permanent Record** *By Edward Snowden,* https://www.amazon.com/Permanent-Record-Edward-Snowden/dp/1250237238

**Brotopia** *By Emily Chang,* http://brotopiabook.com/

**Throw Them All Out** *By Peter Schweizer,* http://peterschweizer.com/books/throw-them-all-out/

***The Circle*** *By David Eggers,* *https://archive.org/details/circle00dave*

**World Without Mind** *By Franklin Foer,* https://www.amazon.com/World-Without-Mind-Existential-Threat/dp/1101981113

**A Journey into the Savage Heart of Silicon Valley** *By Corey Pein,* https://www.goodreads.com/book/show/35684687-live-work-work-die

**Disrupted** *By Dan Lyons,* https://www.goodreads.com/book/show/26030703-disrupted

**Chaos Monkeys** *By Antonio García Martínez,* https://www.antoniogarciamartinez.com/chaos-monkeys/

**The Creepy Line** *By Matthew Taylor,* https://www.thecreepyline.com/

**The Cleantech Crash** *By Leslie Stahl,* https://www.cbsnews.com/news/cleantech-crash-60-minutes/

**Congress: Trading stock** *By Steve Kroft,* https://www.cbsnews.com/news/congress-trading-stock-on-inside-information/

FBI form 302 reports on this case ( https://content.next.westlaw.com/Document/I5a46ff877ecc11e8a5b3e3d9e23d7429/View/FullText.html?contextData=%28sc.Default%29)

The Solyndra case FBI files ( https://www.judicialwatch.org/corruption-chronicles/fed-audit-confirms-govt-corruption-in-solyndra-deal/ )

1190

Page 1191  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

Case # 11-CV-2509  ( https://www.cand.uscourts.gov/judges/koh-lucy-h-lhk/in-re-high-tech-employee-antitrust-litigation/  )

Task force case # xyz2020a  ( http://www.case-xyz2020a.com/  )

The DOJ and FTC high tech cases:

https://www.nytimes.com/2020/09/03/us/politics/google-antitrust-justice-department.html

https://www.ftc.gov/news-events/press-releases/2019/02/ftcs-bureau-competition-launches-task-force-monitor-technology

Case # 20-03664 (  https://www.insurancejournal.com/app/uploads/2020/06/brown-v-google.pdf )

Case # 1:12-CV-00774-mms and related cases and fbi/ftc/sec/fec case sub-set reports  ( https://thehill.com/blogs/congress-blog/the-administration/250109-a-case-study-in-pay-to-play-cronyism  )

OMERTA FINAL.m4v  ( http://american-corruption.com/OMERTA%20FINAL.m4v )

https://vimeo.com/452233943

http://testimony111.com/public/OMERTA_FINAL.m4v

**DELETED** – The Book: *http://deletedbook.com/*

Proof-1: One Set Of Evidence Proving The Assertions   (  http://www.webco22.com/proof )

Proof-2: A Different Evidence Set Repository   (  http://newsplus007.com/  )

Reports: Documents Provided To Law Enforcement And Regulatory Agencies  (

1191

Page 1192  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

http://testimony111.com/  )

Videos: Broadcast News Video Evidence Proving The Assertions  (
http://newsplus007.com/VIDEOS/  )

Photos, Memes And News Clippings About The Incident  (  http://newsplus007.com/VIDEOS/  )

Submitted To Congressional Investigators  (  http://newsplus007.com/secrets/  )

More News Videos Proving The Assertions Of Organized Crime And Corruption  (
http://evidencevideos.com/  )

The Perps - Who Ran These Crimes? THESE ARE THEIR NAMES!  (
https://newsplus007.com/public/Key_Perpetrators_List_A_For_FBI_And_Investigation_Task_F
orce.pdf  )

Inside The Google Empire  (  https://www.thecreepyline.com/  )

How Silicon Valley Rips Off Inventors  (  https://www.usinventor.org/  )

Meet Some Of Plaintiffs Investigators  (  http://www.ICIJ.org/  )

The Mobsters of Tech  (  https://vcracket.weebly.com/  )

Investigating Political Corruption  (  http://testimony111.com/  )

Who Does Your Senator Hire To Put Hit Jobs On Political Opposition? (  http://AMERICAN-
CORRUPTION.COM/ )

Reports On The Corruption  (  http://AMERICAN-CORRUPTION.COM/  )

Page 1193  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

*HOW TO END POLITICAL CORRUPTION FOREVER  (
http://american-corruption.com/HOW%20THE%20PUBLIC%20IS%20ENDING
%20POLITICAL%20CORRUPTION%20FOREVER%202.2.pdf  )*

NSA surveillance archives per each perpetrator mentioned herein

FBI surveillance archives per each perpetrator mentioned herein

FSB surveillance archives per each perpetrator mentioned herein

Aalberts, Robert J. & Marianne M. Jennings. 1999. The Ethics of Slotting: Is this Bribery, Facilitation Marketing or Just Plain Competition? Journal of Business Ethics

Aaronson, S.A. 2011. Limited Partnership: Business, Government, Civil Society and the Public in the Extractive Industries Transparency Initiative. Public Administration & Development

Aaronson, Susan Ariel & M. Rodwan Abouharb. 2014. "Corruption, Conflicts of Interest and the WTO", in Jean-Bernard Auby, Emmanuel Breen & Thomas Perroud eds., Corruption and Conflicts of Interest: A Comparative Law Approach

Aaronson, Susan Ariel. 2014. Does the WTO Help Nations Clean Up? The WTO as an Anticorruption Counterweight. World Trade Review (forthcoming).

Abbink, Klaus & Danila Serra. 2012. "Anticorruption Policies: Lessons from the Lab," in Danila Serra & Leonard Wantchekon, eds., New Advances in Experimental Research on Corruption (Emerald Books)

Abbink, Klaus & Heike Hennig-Schmidt. 2006. Neutral versus Loaded Instructions in a Bribery Game. Experimental Economics

1193

Abbink, Klaus & K. Wu. 2013. Reward Self-Reporting to Deter Corruption: An Experiment on Mitigating Collusive Bribery. Monash University, Discussion Paper

Abbink, Klaus & Matthew Ellman. 2010. The Donor Problem: An Experimental Analysis of Beneficiary Empowerment. Journal of Development Studies

Abbink, Klaus, Bernd Irlenbusch & Elke Renner. 2002. An Experimental Bribery Game, Journal of Law, Economics & Organization

Abbink, Klaus, Utteeyo Dasgupta, Lata Ghanghadaran & Tarun Jain. 2014. Letting the Briber Go Free: An Experiment on Mitigating Harassment Bribes. Journal of Public Economics 111

Abbink, Klaus. 2004. Staff Rotation as an Anticorruption Policy: An Experimental Study. European Journal of Political Economy

Abbink, Klaus. 2005. "Fair Salaries and the Moral Costs of Corruption," in Kokinov & Boicho eds., Advances in Cognitive Economics (Sofia: NBU Press).

Abbink, Klaus. 2006. "Laboratory Experiments on Corruption," in Susan Rose-Ackerman ed. International Handbook on the Economics of Corruptions

Abbott, Kenneth W. & Duncan Snidal. 2002. "International Action on Bribery and Corruption: Why the Dog Didn't Bark in the WTO", in Daniel M. Kennedy & James D.

Southwick eds., The Political Economy of International Trade Law.

Abbott, Kenneth W. & Duncan Snidal. 2002. Values and Interests: International

Legalization in the Fight against Corruption. Journal of Legal Studies 31(S1)

1194

Abbott, Kenneth W. 2001. Rule Making in the WTO: Lessons from the Case of Bribery and Corruption. Journal of International Economic Law 4(2)

Abbott, Kenneth W. 2009. "Fight Against Corruption," in Max Planck Encyclopedia of International Law.

Abdalla, H.F., A.S. Maghrabi & B.G. Raggad. 1998. Assessing the Perceptions of Human Resource Managers Toward Nepotism: A Cross-Cultural Study. International Journal of Manpower

Abdallah, Sherief, Rasha Sayed, Iyad Rahwan, Brad L. LeVeck, Manuel Cebrian, Alex Rutherford & James H. Fowler. 2014. Corruption Drives the Emergence of Civil Society.

Journal of the Royal Society

Abdulai, A.G. 2009. Political Will in Combating Corruption in Developing and Transition Countries: A Comparative Study of Singapore, Hong Kong and Ghana.

Journal of Financial Crime 4

Abed, George T. & Hamid R. Davoodi. 2000. Corruption, Structural Reforms, and Economic Performance in the Transition Economies. IMF Working Paper No. 00/132.

Abed, George T. & Sanjeev Gupta. 2002. Governance, Corruption, and Economic Performance. Washington, D.C.: International Monetary Fund.

Abidin, I.S.Z., M.D. Jantan., N.M. Satar & M. Haseeb. 2014. Trade Linkages between Malaysia and the OIC Member Countries: Empirical Evidence Based on a Gravity Model. American Journal of Applied Sciences

Abiona, I.A. & O. Savage. 2014. Influence of Independent Corrupt Practices and Other Related Offences Commission on Female Civil Servants in Oyo State, Nigeria. Public Policy & Administration Research

Abrams, Norman, Sara Sun Beale & Susan Riva Klein. 2010 Federal Criminal Law and Its Enforcement (5th edition).

Abrams, Norman. 2011. The Distance Imperative: A Different Way of Thinking about Public Official Corruption Investigations/Prosecutions and the Federal Role. Loyola University Chicago Law Journal 42

Abrate, G., F. Erbetta, G. Fraquelli & D. Vannoni. 2015. The Cost of Corruption in the Italian Solid Waste Industry. Industrial & Corporate Change

Abtidon, A.H. 2015. The Impact of Financial Accountability on Reducing Corruption in Mogadishu Somalia. Academic Research International

Abu, N., M. Karim & M. Aziz. 2015. Corruption, Political Instability and Economic Development in the Economic Community of West African States (ECOWAS): Is There a Causal Relationship? Contemporary Economics

Abu, N., M. Karim & M. Aziz. 2015. Low Savings Rates in the Economic Community of West African States (ECOWAS): The Role of Corruption. Journal of Economic Cooperation and Development

Abu-Shanab, Emad A., Yousra A. Harb & Suhaib Y. Al-Zoubi. 2013. E-Government as an Anti-Corruption Tool: Citizens Perceptions. International Journal of Electronic Governance

Acar, Muhittin & Ugur Emek. 2009. "Preventing Corruption in Turkey: Issues, Instruments, and Institutions", in Gong, T. & S.K. Ma eds., Preventing Corruption in Asia: Institutional Design and Policy Capacity (London: Routledge)

Acconcia, Antonio & Claudia Cantabene. 2008. A Big Push To Deter Corruption: Evidence from Italy. Giornale degli Economisti

Acconcia, Antonio, Giovanni Immordino, Salvatore Piccolo & Patrick Rey. 2009.

Accomplice-Witnesses, Organized Crime and Corruption: Theory and Evidence from Italy. (CSEF Working Paper No. 232)

Acconcia, Antonio, Marcello D'Amato & Ricardo Martina. 2003. Corruption and Tax Evasion with Competitive Bribes. (CSEF Working Paper No. 112).

Acconcia, Antonio, Marcello D'Amato & Riccardo Martina. 2010. Tax Evasion and Corruption: Endogenous Deterrence and the Perverse Effects of Fines. Studi Economici 101

Acemoglu, D., J. Robinson & T. Verdier. 2004. Kleptocracy and Divide-and-Rule: A Model of Personal Rule. Journal of the European Economic Association

Acemoglu, Daron & Thierry Verdier. 1998. Property Rights, Corruption and the Allocation of Talent: A General Equilibrium Approach. The Economic Journal 108

Acemoglu, Daron, & Thierry Verdier. 2000. The Choice between Market Failures and Corruption. American Economic Review.

Acemoglu, Daron. 1995. Reward Structure and the Allocation of Talent. European Economic Review 39

Acharya, Avidit, John E. Roemer & Rohini Somanathan. 2015. Caste, Corruption and Political Competition in India. Research in Economics

Acht, M., T.O. Mahmoud & R. Thiele. 2015. Corrupt Governments Do Not Receive More State-to-State Aid: Governance and the Delivery of Foreign Aid Through Non-State Actors. Journal of Development Economics

Page 1198  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

Achua, J.K. 2011. Anti-Corruption in Public Procurment in Nigeria: Challenges and Competency Strategies. Jouranl of Public Procurement

Ackerman, John M. 2014. Rethinking the International Anti-Corruption Agenda: Civil Society, Human Rights and Democracy. American University International Law Review

Adam, A., M.D. Delis & P. Kammas. 2014. Fiscal Decentralization and Public Sector Efficiency: Evidence from OECD Countries. Economics of Governance

ADB/OECD Anti-Corruption Initiative for Asia and the Pacific. 2007. Mutual Legal Assistance, Extradition and Recovery of Proceeds of Corruption in Asia and the Pacific.

Adebanwi, Wale & Ebenezer Obadare. 2011. When Corruption Fights Back: Democracy and Elite Interest in Nigeria's Anti-Corruption War. Journal of Modern African Studies

Ades, Alberto & Rafael Di Tella. 1997. The New Economics of Corruption: A Survey and Some New Results. Political Studies

Ades, Alberto & Rafael Di Tella. 1997. National Champions and Corruption: Some Unpleasant Interventionist Arithmetic. Economic Journal

Ades, Alberto & Rafael Di Tella. 1999. Rents, Competition, and Corruption. American Economic Review

Adeyeye, Adefolake O. 2012. Corportate Social Responsibility of Multinational Corporations in Developing Countries: Perspectives on Anti-Corruption (Cambridge University Press).

Adsera, Alicia, Carles Boix & Mark Payne. 2003. Are You Being Served? Political Accountability and Quality of Government. Journal of Law, Economics & Organization

Adut, Ari. 2004. Scandal as Norm Entrepreneurship Strategy: Corruption and the French Investigating Magistrates. Theory and Society

Afonso, A., L. Schuknecht & V. Tanzi. 2005. Public Sector Efficiency: An International Comparison. Public Choice

Afridi, Farzana. 2008. Can Community Monitoring Improve the Accountability of Public Officials? Economic & Political Weekly

Agbiboa, Daneil E. 2014. Under-Development in Practice: Nigeria and the Enduring Problem of Corruption. Development in Practice

Agbiboa, Daniel E. 2010. The Corruption-Underdevelopment Nexus in Africa: Which Way Nigeria? Journal of Social, Political & Economic Studies

Agbiboa, Daniel E. 2011. Leaders or Leeches: Corruption and the Cycle of Dysfunction in Nigeria. Loyola Journal of Social Sciences

Agbiboa, Daniel E. 2012. Between Corruption and Development: The Political Economy of State Robbery in Nigeria. Journal of Business Ethics

Agbiboa, Daniel E. 2012. Serving the Few, Starving the Many: How Corruption Underdevelops Nigeria and How There Is an Alternative Perspective to Corruption Cleanups. Africa Today

Agbiboa, Daniel E. 2013. Corruption and Economic Crime in Nigeria: Social and Economic Perspectives. African Security Review

Agbiboa, Daniel E. 2015. Protectors or Predators? The Embedded Problem of Police Corruption and Deviance in Nigeria. Administration & Society

Agbiboa, Daniel. 2013. One Step Forward, Two Steps Back: The Political Culture of Corruption and Cleanups in Nigeria. CEU Political Science Journal

Agur, C. 2015. Second-Order Networks, Gambling, and Corruption on Indian Mobile Phone Networks. Media, Culture & Society 37(5): 768-.

Ahlin, Christian R. & Jiaren Pang. 2008. Are Financial Development and Corruption Control Substitutes in Promoting Growth? Journal of Development Economics

Ahlin, Christian R. & Pinaki Bose. 2007. Bribery, Inefficiency, and Bureaucratic Delay.

Journal of Development Economics

Ahlin, Christoher. 2005. Effects and (In)Tractability of Decentralized Corruption. (Working paper).

Ahmad Kai, A.H., R. Haniffa, M. Hudaib & M.N.A. Karim. 2015. Neopatrimonialism, Crony Capitalists and the Production of Corruption in Malaysia. Accounting Forum.

Ahmad, N. & O.T. Brookins. 2004. On Corruption and Countervailing Actions in Three South Asian Nations. Journal of Policy Reform

Ahmad, N. 2002. Corruption and Government Regulations: An Empirical Analysis.

Bangladesh Development Studies

Ahmadi, Cyavash Nasir. 2012. Regulating the Regulators: A Solution to Foreign Corrupt Practices Act Woes. Journal of International Business & Law

Ahmed, A., S.A. Lodhi & M. Ahmad. 2015. Using Split-Questionnaire Design: An Emprical Analysis. Pakistan Journal of Statistics

Page 1201  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

Ahmed, Naved 2001. Corruption Perceptions Indices: A Comparative Analysis. Pakistan Development Review

Ahmed, R. & Q.M. Ahmed. 2012. Petty Corruption in the Police Department: A Case Study of Slum Areas of Karachi. Developing Country Studies

Ahmen, Samiul Parvez & G.M. Wali Ullah. 2014. Global Corruption Hoax: Politicization of the Concept of Corruption and the Issues of Corruption Measurement Indices. Journal Economics & Sustainable Development

Ahrend, Rudiger. 2002. Press Freedom, Human Capital, and Corruption. DELTA Working Paper 11.

Aidt, T.S. & M. Gassebner. 2007. Do Autocratic States Trade Less? Working paper.

Aidt, Toke S. & Jayasri Dutta. 2008. Policy Compromises: Corruption and Regulation in a Democracy. Economics and Politics

Aidt, Toke S. 2003. Economic Analysis of Corruption: A Survey. Economic Journal 113: F632-F652.

Aidt, Toke S. 2009. Corruption, Institutions, and Economic Development. Oxford Review of Economic Policy

Aidt, Toke S. 2011. "Corruption and Sustainable Development", in Susan Rose-Ackerman & Tina Soreide eds., The International Handbook on the Economics of Corruption, Vol. 2 (Edward Elgar Publishing).

Aidt, Toke S. 2011. The Causes of Corruption. CESifo DICE Report

Aidt, Toke, Jayasri Dutta & Vania Sena. 2008. Governance Regimes, Corruption and Growth: Theory and Evidence. Journal of Comparative Economics

Ajayi, Konyin. 1997. On the Trail of a Spectre—Destabilisation of Developing and Transitional Economies: A Case Study of Corruption in Nigeria. Dickinson Journal of International Law

Akbar, Y. & V. Vujic. 2014. Explaining Corruption: The Role of National Culture and its Implications for International Management. Cross Cultural Management

Akca, Hasim, Ahmet Yilmaz Ata & Coskun Karaca. 2012. Inflation and Corruption Relationship: Evidence from Panel Data in Developed and Developing Countries.

International Journal of Economics & Financial Issues

Akcay, Selcuk. 2006. Corruption and Human Development. Cato Journal

Akhter, Syed H. 2004. Is Globalization What It's Cracked Up to Be? Economic Freedom, Corruption, and Human Development. Journal of World Business

Akinboade, O.A. 2014. Regulation, SMEs' Growth and Performance in Cameroon's Central and Littoral Provinces' Manufacturing and Retail Sectors. African Development Review

Aklin, M., P. Bayer, S. Harish & J. Urpelainen. 2014. Who Blames Corruption for the Poor Enforcement of Environmental Laws? Survey Evidence from Brazil. Environmental Economics & Policy Studies

Aklin, M., P. Bayer, S.P. Harish & J. Urpelainen. 2015. Quantifying Slum Electrification in India and Explaining Local Variation. Energy

Ala'i, P. 2014. Civil Consequences of Corruption in International Commercial Contracts.

American Journal of Comparative Law 62: .

Ala'i, Padideh. 2000. The Legacy of Geographical Morality and Colonialism: A Historical Assessment of the Current Crusade Against Corruption. Vanderbilt Journal of Transnational Law

Ala'i, Padideh. 2009. The WTO and the Anti-Corruption Movement. Loyola University Chicago International Law Review

Alam, M. Shahid. 1989. Anatomy of Corruption: An Approach to the Political Economy of Underdevelopment. American Journal of Economics and Sociology 48(4): 441-456.

Alam, M. Shahid. 1990. Some Economic Costs of Corruption in LDCs. Journal of Development Studies

Alam, M. Shahid. 1995. A Theory of Limits on Corruption and Some Applications.

Kyklos 48:

Alarcon Lopez, Paola. 2014. Constitutional Design and Political Agency Problems: The Case of Colombia. Con-Texto: Revista de Derecho y Economia

Alatas, Vivi, Abhijit Banerjee, Rema Hanna, Benjamin A. Olken, Ririn Purnamasari & Matthew Wai-Poi. 2013. Does Elite Capture Matter? Local Elites and Targeted Welfare Programs in Indonesia. Working paper.

Alatas, Vivi, Lisa Cameron, Ananish Chaudhuri, Nisvan Erkal & Lata Gangadharan.

2009. Subject Pool Effects in a Corruption Experiment: A Comparison of Indonesian Public Servants and Indonesian Students. Experimental Economics

Alatas, Vivi, Lisa Cameron, Ananish Chaudhuri, Nisvan Erkal & Lata Gangadharan.

2009. Gender, Culture, and Corruption: Insights from an Experimental Analysis. Southern Economic Journal

Aldashev, Gani. 2015. Voter Turnout and Political Rents. Journal of Public Economic Theory

Alderman, Richard. 2013. B20 Task Force on Improving Transparency and Anti-Corruption: Development of a Preliminary Study on Possible Regulatory Developments to Enhance the Private Sector Role in the Fight Against Corruption in a Global Business Context.

Aldrighi, Dante Mendes. 2011. "Risks of Wrongdoing in Public Companies and Ways to Cope with Them: The Case of Brazil", in International Handbook on the Economics of Corruption, Vol. II. (Edward Elgar Publishing).

Aleksynka, M. & O. Havrylchyk. 2013. FDI from the South: The Role of Institutional Distance and Natural Resources. European Journal of Political Economy

Alemu, Aye Mengistu. 2012. Effects of Corruption on FDI Inflow in Asian Economies.

Seoul Journal of Economics

Alence, Rod. 2004. Political Institutions and Developmental Governance in Sub-Saharan Africa. Journal of Modern African Studies

Alesina, Alberto & Beatrice Weder. 2002. Do Corrupt Governments Receive Less Foreign Aid? American Economic Review

Alesina, Alberto & George-Marios Angeletos. 2005. Corruption, Inequality, and Fairness. Journal of Monetary Economics

Alesina, Alberto & George-Marios Angeletos. 2005. Fairness and Redistribution.

American Economic Review


Alesina, Alberto & Romain Wacziarg. 1998. Openness, Country Size, and Government.


Journal of Public Economics


Alesina, Alberto, Arnaud Devleeschauwer, William Easterly, Sergio Kurlat & Romain Wacziarg. 2003. Fractionalization. Journal of Economic Growth


Aleston, Lee J. & Andres A. Gallo. 2010. Electoral Fraud, the Rise of Peron and Demise of Checks and Balances in Argentina. Explorations in Economic History


Alexander, C.R. & M.A. Cohen. 2015. The Evolution of Corporate Criminal Settlements: An Empirical Perspective on Non-Prosecution, Deferred Prosecution, and Plea Agreements. American Criminal Law Review


Alexeev, Michael & Luba Habodaszova. 2012. Decentralization, Corruption, and the Shadow Economy. Public Finance & Management


Alexeev, Michael & Robert Conrad. 2009. The Elusive Curse of Oil. Review of Economics & Statistics


Alexeev, Michael & Robert Conrad. 2011. The Natural Resource Curse and Economic Transition. Economic Systems


Alexeev, Michael & Yunah Song. 2013. Corruption and Product Market Competition: An Empirical Investigation. Journal of Development Economics


Alfano, M.R. & A.L. Baraldi. 2015. Is There an Optimal Level of Political Competition in Terms of Economic Growth? Evidence from Italy? European Journal of Law & Economics

Alford, John, Holly Teeters, Daniel S. Ward & Rick K. Wilson. 1994. Overdraft: The Political Cost of Congressional Malfeasance. Journal of Politics

Alford, Roger P. 2012. A Broken Windows Theory of International Corruption. Ohio State Law Journal

Alhassan-Alolo, N. 2007. Gender and Corruption: Testing the New Consensus. Public Administration & Development

Ali, Abdiweli M. & Hodan Said Isse. 2003. Determinants of Economic Corruption: A Cross-Country Comparison. Cato Journal

Alldridge, Peter. 2012. The U.K. Bribery Act: "The Caffeinated Younger Sibling of the FCPA". Ohio State Law Journal

Alldridge, Peter. 2014. Tax Avoidance, Tax Evasion, Money Laundering and the Problem of "Offshore". Working paper.

Alldridge, Peter. 2015. "Tax Avoidance, Tax Evasion, Money Laundering and the Problem of 'Offshore'", in Susan Rose-Ackerman & Paul Lagunes eds., Greed, Corruption, and the Modern State

Allen, N. & S. Birch. 2011. Political Conduct and Misconduct: Probing Public Opinion. Parliamentary Affairs

Allen, N. 2015. From Patronage Machine to Partisan Melee: Subnational Competition and the Evolution of the Indonesian Party System. Pacific Affairs

Allen, N.W. 2014. From Patronage Machine to Partisan Melee: Subnational Corruption and the Evolution of the Indonesian Party System. Pacific Affairs

Allen, N.W. 2015. Clientelism and the Personal Vote in Indonesia. Electoral Studies

Al-Mahayreh, M. & M. Abedel-Qader. 2015. Identifying the Impact of Adminsirative Transparency on the Administrative Corruption: A Study on the Employees of Grand Amman Municipality. Advances in Management & Applied Economics

Al-Marhubi, F.A. 2000. Corruption and Inflation. Economics Letters

Almond, Michael A. & Scott D. Syfert. 1997. Beyond Compliance: Corruption, Corporate Responsibility and Ethical Standards in the New Global Economy. N.C. J. Int'l L. & Com. Reg

Alolo, Amawu Alhassan. 2007. "Fighting Public Sector Corruption in Ghana: Does Gender Matter?", in Sarah Bracking ed., Corruption and Development: The Anti-Corruption Campaigns (Palgrave Macmillan)

Alon, A. & A. Hageman. 2013. The Impact of Corruption on Firm Tax Compliance in Transition Economies: Whom Do You Trust? Journal of Business Ethics

Al-Sadig, Ali. 2009. The Effects of Corruption on FDI Inflows. Cato Journal

Alt, James E. & David Dryer Lassen. 2003. The Political Economy of Institutions and Corruption in American States, Journal of Theoretical Politics 15:341-65.

Alt, James E. & David Dryer Lassen. 2008. Political and Judicial Checks on Corruption: Evidence from American State Governments. Economics & Politics

Alt, James E. & David Dryer Lassen. 2014. Enforcement and Public Corruption: Evidence from the American States. Journal of Law, Economics & Organization

Altamirano, Giorleny D. 2007. "The Impact of the Inter-American Convention against

Corruption, " The University of Miami Inter-American Law Review

Altunbas, Y. & J. Thornton. 2012. Fiscal Decentralization and Governance. Public Finance Review

Amacher, G.S. 2006. Editorial: Corruption: A Challenge for Economists Interested in Forest Policy Design. Journal of Forest Economics

Ameen, Ali Bdulbaqi & Kamsuriah Ahmad. 2013. A Conceptual Framework of Financial Information Systems to Reduce Corruption. Journal of Theoretical & Applied Information Technology

Ameyaw, E.F. & A.P.C. Chan. 2015. Evaluating Key Risk Factors for PPP Water Projects in Ghana: A Delphi Study. Journal of Facilities Management

Amir, R. & C. Burr. 2015. Corruption and Socially Optimal Entry. Journal of Public Economics

Amone, Marco & Leandro S. Borlini. 2014. Corruption: Economic Analysis and International Law .

Amore, Mario Daniele & Morten Bennedsen. 2013. The Value of Local Political Connections in a Low-Corruption Environment. Journal of Financial Economics (forthcoming).

Amundsen, Inge. 2013. "'Pay Up and Off You Go!': Buying Political Positions in Bangladesh", in Soreide, Tina & Aled Willams eds., Corruption, Grabbing and Development

Anand, Vikas, Blake E. Ashforth & Mahendra Joshi. 2005. Business as Usual: The Acceptance and Perpetuation of Corruption in Organizations. Academy of Management Executive

Anbarci, N., M. Escaleras & C. Register. 2006. Traffic Fatalities and Public Sector Corruption. Kyklos.

Anbarci, Nejat, Monica Escaleras & Charles A. Register. 2009. The Ill Effects of Public Sector Corruption in the Water and Sanitation Sector. Land Economics

Page 1209  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

Anders, G. 2015. The Normativity of Numbers in Practice: Technologies of Counting, Accounting and Auditing in Malawi's Civil Service Reform. Social Anthropology

Andersen, J.J. & M.L. Ross. 2014. The Big Oil Change: A Closer Look at the Haber-Menaldo Analysis. Comparative Political Studies

Andersen, J.J. & S. Aslaksen. 2008. Constitutions and the Resource Curse. Journal of Development Economics

Andersen, Jorgen Juel, Niels Johannesen, David Dreyer Lassen & Elena Paltseva. 2014.

Petro Rents, Political Institutions, and Hidden Wealth: Evidence from Offshore Bank Accounts. Working paper.

Andersen, Thomas Barnebeck, Jeanet Bentzen, Carl-Johan Dalgaard & Pablo Seleya.

2011. Does the Internet Reduce Corruption? Evidence from U.S. States and Across Countries. World Bank Economic Review 25(3): 387-417.

Andersen, Thomas Barnebeck. 2009. E-Government as an Anti-Corruption Strategy.

Information Economics & Policy

Anderson, B.B. 2015. Corrupting Activities and Economic Development. World Journal of Entrepreneurship, Management & Sustainable Development

Anderson, Christopher J. & Yuliya V. Tverdova. 2003. Corruption, Political Allegiances,

and Attitudes toward Government in Contemporary Democracies. American Journal of Political Science

Anderson, James & Douglas Marcouiller. 2002. Insecurity and the Pattern of Trade: An Empirical Investigation. Review of Economics & Statistics

Anderson, James & Douglas Marcouiller. 2005. Anarchy and Autarky: Endogenous Predation as a Barrier to Trade. International Economic Review

Anderson, James, Daniel Kaufmann & Francesca Recanatini.2003. Service Delivery, Poverty and Corruption—Common Threads from Diagnostic Surveys. Working paper.

Anderson, Robert, William Kovacic & Anna Caroline Miller. 2011. "Ensuring Integrity and Competition in Public Procurement Markets: A Dual Challenge for Good Governance", in Sue Arrowsmith & Robert Anderson eds., The WTO Regime on Government Procurement: Challenge and Reform. Cambridge University Press.

Andersson, Staffan & Frank Anechiarico. 2015. "The Political Economy of Conflicts of Interest in an Era of Public-Private Governance" , in Paul M. Heywood ed., The Routledge Handbook of Political Corruption (New York: Routledge)

Andersson, Steffan & Paul M. Heywood. 2009. The Politics of Perception: Use and Abuse of Transparency International's Approach to Measuring Corruption. Political Studies

Andersson, Steffan & Paul M. Heywood. 2010. "Anti-Corruption as a Risk to Democracy: On the Unintended Consequences of International Anti-Corruption Campaigns", in L. de Sousa et al. eds., Governments, NGOs and Anti-Corruption: The New Integrity Warriors. Routledge.

Andreas, Peter. 1998. The Political Economy of Narco-Corruption in Mexico. Current History.

Andrei, T., S. Stancu, M. Nedelcu & A. Matei. 2009. Econometric Models Used for the Corruption Analysis. Economic Computation & Economic Cybernetics Studies & Research

Andrei, Tudorel, Ani Matei & Bogdan Oancea. 2009. Simultaneous Equation Models Used in the Study of Some Issues Related to the Corruption and Performance of Services in the Public Health System. Theoretical & Applied Economics

Andrei, Tudorel, Ani Matei, Stelian Stancu & Bogdan Oancea. 2009. Some Notes About Decentralization Process Implications on Public Administration Corruption in Romania.

Prague Economic Papers 2009

Andreula, Nicolo, Alberto Chong & Jorge Guillen. 2009. Institutional Quality and Fiscal Transparency. IDB Working Paper #IDP-WP-125.

Andrews, Josephine T. & Gabriella R. Montinola. 2004. Veto Players and the Rule of Law in Emerging Democracies. Comparative Political Studies 37(1): 55-87.

Andrews, Matthew & Anwar Shah. 2005. "Towards Citizen-Centered Local Budgets in Developing Countries," in Anwar Shah ed., Public Expenditure Analysis (Washington, D.C.: World Bank).

Andrianova, Svetlana & Nicolas Melissas. 2009. Corruption, Extortion, and the Boundaries of the Law, Journal of Law, Economics & Organization

Andrianova, Svetlana. 2001. Corruption and Reputation. Scottish Journal of Political Economy

Andrianova, Svetlana. 2007. On Corruption and Institutions in Decentralised Economies.

B.E. Journal of Theoretical Economics

Androphy, B. 2015. Understanding the Limited Authority of Ethics Commissions. Public Administration Review

Anduiza, Eva, Aina Gallego & Jordi Munoz. 2013. Turning a Blind Eye: Experimental Evidence of Partisan Bias in Attitudes Toward Corruption. Comparative Political Studies

Andvig, J. 2005. "Experimental Economics and Corruption: A Survey of Budding Research", in Transparency International, Global Corruption Report (Cambridge, UK: Cambridge University Press)

Andvig, Jens Chr. & Odd-Helge Fjeldstad. 2008. Crime, Poverty and Police Corruption in Non-Rich Countries (Oslo: Norwegian Institute of International Affairs NUPI Working Paper no. 738)

Andvig, Jens Christopher & Karl Ove Moene. 1990. How Corruption May Corrupt.

Journal of Economic Behavior & Organization

Andvig, Jens Christopher et al. 2002. Corruption. (Oslo, NUPI).

Andvig, Jens Christopher. & Boyko Todorov. 2011. Anti-Corruption in Public Procurement (Sofia, Bulgaria: Center for the Study of Democracy).

Andvig, Jens Christopher. & Gbewopo Attila. 2010. Crime, Police Corruption and Development: Evidence from Victimization Data. (Norwegian Institute of International Affairs (NUPI) Working Paper No. 772).

Andvig, Jens Christopher. 1991. The Economics of Corruption: A Survey. Studi Economici

Andvig, Jens Christopher. 2005. A House of Straw, Sticks or Bricks? Some Notes on Corruption Empirics. NUPI Working Paper No. 678.

Andvig, Jens Christopher. 2006. Corruption and Fast Change. World Development

Andvig, Jens Christopher. 2008. Corruption and Armed Conflicts: Some Stirring Around in the Governance Soup. Economics Discussion Papers, No. 2008-3, Kiel Institute for the World Economy.

Andvig, Jens Christopher. 2010. Corruption and Conflict: Contrasting Logics of Collective Action. Comparative Social Research

Anechiarico, Frank & James B. Jacobs. 1994. Visions of Corruption Control and the Evolution of American Public Administration, Public Administration Review

Anechiarico, Frank & James B. Jacobs. 1996. The Pursuit of Absolute Integrity: How Corruption Control Makes Government Ineffective.

Anechiarico, Frank. 1999. End-Runs and Hairy Eyeballs: The Costs of Corruption Control in Market Democracies. Connecticut Journal of International Law

Anechiarico, Frank. 2006. Prosecution as Corruption Control: Paradigms of Public Integrity in Context. 52 Wayne L. Rev. 1415

Ang, Yuen Yuen & Nan Jia. 2013. Perverse Complementarity: Political Connections & the Use of Courts Among Private Firms in China. Journal of Politics (forthcoming).

Ang, Yuen Yuen. 2013. Authoritarian Restraints on Online Activism Revisited: Why 'I-Paid-A-Bribe' Worked in India but Failed in China. Comparative Politics

Ang, Yuen Yuen. 2014. Authoritarian Restraints on Online Activism Revisited: Why 'I-Paid-A-Bribe' Worked in India but Failed in China. American University International Law Review

Angeles, Luuis & Kyriakos C. Neanidis. 2015. The Persistent Effect of Colonialism on Corruption. Economica 82(326): 319-349.

Anik, A.R., S. Bauer & M.J. Alam. 2013. Why Farm Households Have Differences in Corruption Experience? Evidence from Bangladesh. Agricultural Economics

Anik, Asif Reza & Siedfried Bauer. 2013. Impact of Corruption on Farm Production and Profit. Russian Journal of Agricultural and Socio-Economic Sciences

Anik, Asif Reza & Siegfried Bauer. 2014. Household Income and Relationships with Different Power Entities as Determinants of Corruption. Contemporary Economics

Anokhin, Sergey & W.A. 2014. Corruption and the Ethical Context of Country-Level Entrepreneurship. International Journal of Entrepreneurial Venturing

Anokhin, Sergey & William S. Schulze. 2009. Entrepreneurship, Innovation, and Corruption. 2009. Journal of Business Venturing

Anoruo, E. & H. Braha. 2005. Corruption and Economic Growth: The African Experience. Journal of Sustainable Development in Africa

Ansolabehere, Stephen, Alan Gerber & James M. Snyder, Jr. 2001. "Corruption and the Growth of Campaign Spending," in Gerald Lubenow ed., A User's Guide to Campaign Finance Reform (Lanham, MD: Rowman & Littlefield

Ansolabehere, Stephen, John de Figueiredo & James M. Snyder. 2003. Why Is There So Little Money in U.S. Politics? Journal of Economic Perspectives

Ansolabehere, Stephen. 2007. The Scope of Corruption: Lessons from Comparative Campaign Finance Disclosure. Election Law Journal

Anson, J., O. Cadot & M. Olarreaga. 2006. Tariff Evasion and Customs Corruption: Does Pre-Shipment Inspection Help? Journal of Economic Analysis & Policy

Anthonsen, Mette, Asa Lofgren, Klas Nilsson & Joakim Westerlund. 2012. Effects of Rent Dependency on Quality of Government. Economics of Governance

Antoci, A. & P.L. Sacco. 1995. A Public Contracting Game with Corruption. Journal of Economics.

Antonikova, Nika A. 2015. Private Sector Corruption in International Trade: The Need for Heightened Reporting and a Private Right of Action in the Foreign Corrupt Practices Act. Brigham Young University International Law & Management Review

Apaza, Carmen R. 2009. Measuring Governance and Corruption through the Worldwide Governance Indicators: Critiques, Responses, and Ongoing Scholarly Discussion. PS: Political Science & Politics

Apergis, Nicholas, Oguzhan C. Dincer & James E. Payne. 2010. The Relationship Between Corruption and Income Inequality in U.S. States: Evidence from a Panel Cointegration and Error Correction Model. Public Choice

Apergis, Nicholas, Oguzhan C. Dincer & James E. Payne. 2012. Live Free or Bribe: On the Causal Dynamics between Economic Freedom and Corruption in U.S. States.

European Journal of Political Economy.

Apollini, Andrea. 2013. Public Procurement and Corruption in Africa: A Literature Review. Rivista di Politica Economica 2:

Apollonio, Dorie, Bruce E. Cain & Lee Drutman. 2008. Access and Lobbying: Looking Beyond the Corruption Paradigm. Hastings Constitutional Law Quarterly

Appiah, Seth Christopher Yaw, Kingdom Ametepe & Jonathan Mensah Dapaah. 2014.

Systemic Barriers to the Fight against Corruption by Anti-Corruption Institutions in Ghana. Journal of Emerging Trends in Economics & Management Sciences

Arafa, Mohamed A. 2011. Battling Corruption within a Corporate Social Responsibility Strategy. Indiana International & Comparative Law Review

Arafa, Mohamed A. 2014. "Corporate Social Responsibility and the Fight Against Corruption: Towards the Concept of CSR in Egypt after the January Revolution" in Corporate Social Responsibility in Comparative Perspective (Council on International Law & Politics)

Arbogast, S.V. 2007. Revisiting Corporate Corruption: Lessons in Practical Ethics from the Enron Wreckage. New York: Scrivener.

Arendt, F. & F. Marquart. 2015. Corrupt Politicians? Media Priming Effects on Overtly Expressed Stereotypes Toward Politicians. Communications

Arezki, R. & F. van der Ploeg. 2008. Can the Natural Resource Curse Be Turned Into a Blessing? The Role of Trade Policies and Institutions. IMF Working Paper 07/55.

Arezki, Rabah & Markus Brueckner. 2011. Oil Rents, Corruption, and State Stability: Evidence from Panel Data Regressions. European Economic Review.

Arezki, Rabah & Thorvaldur Gylfason. 2013. Resource Rents, Democracy, Corruption, and Conflict: Evidence from Sub-Saharan Africa. Journal of African Economies

Argandona, A. 2003. Private-to-Private Corruption. Journal of Business Ethics

Argandona, A. 2005. Corruption and Companies: The Use of Facilitating Payments.

Journal of Business Ethics 60

Page 1217  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

Argandona, A. 2006. The United Nations Convention Against Corruption and its Impact on International Companies. University of Navarra Business School Working Paper No. 656.

Arikan, G. Guslun. 2004. Fiscal Decentralization: A Remedy for Corruption?

International Tax & Public Finance

Arin, K. Peren et al. 2011. Why Are Corrupt Countries Less Successful in Consolidating Their Budgets? Journal of Public Economics

Ariyabuddhiphongs, V. & C. Hongladarom. 2014. Bribe Taking Acceptability and Bribe Payment Among Thai Organizational Employees: The Mediating Effect of Reciprocity Obligation. International Perspectives in Psychology: Research, Practice, Consultation

Arlen, Jennifer. 1994. The Potentially Perverse Effects of Corporate Criminal Liability.

Journal of Legal Studies.

Armantier, O. & A. Boly. 2014. On the Effects of Incentive Framing on Bribery: Evidence from an Experiment in Burkina Faso. Economics of Governance

Armantier, Olivier & Amadou Boly. 2008. Can Corruption Be Studied in the Lab?

Comparing a Field and a Lab Experiment. CIRANO Working Papers 2008s-26.

Armantier, Olivier & Amadou Boly. 2011. A Controlled Field Experiment on Corruption.

European Economic Review

Armantier, Olivier & Amadou Boly. 2013. Comparing Corruption in the Lab and in the Field in Burkina Faso and in Canada. Economic Journal

Armon, Jeremy. 2007. Aid, Politics and Development: A Donor Perspective.

Development Policy Review

Armstrong, Robert W. 1992. An Empirical Investigation of International Marketing Ethics: Problems Encountered by Australian Firms. J. Bus. Ethics

Arndt, Christiane & C. Oman. 2005. Uses and Abuses of Governance Indicators (OECD: Paris).

Arnold, Jason Ross. 2012. Political Awareness, Corruption Perceptions and Democratic Accountability in Latin America. Acta Politica

Arnold, Peri E. 2003. "Democracy and Corruption in the 19th Century United States: Parties 'Spoils' and Political Participation", in Seppo Tiihonen ed., The History of Corruption in Central Government (Oxford: IOS Press).

Arnone, Marco & Eleni Iliopulos. 2007. The Cost of Corruption: Economic, Institutional and Social Effects. Vita e Pensiero, Milano.

Arona, D. 1993. Conceptualising the Context and Contextualising the Concept: Corruption Reconsidered. Indian Journal of Public Administration 39: 1-19.

Arozamena, Leandro & Frederico Weinschelbaum. 2009. The Effect of Corruption on Bidding Behavior in First-Price Auctions. European Economic Review

Arriola, Leonardo R. 2011. Patronage Circulation and Party System Fragmentation in Africa. Working paper.

Arvin, M. & B. Lew. 2014. Does Income Matter in the Happiness-Corruption Relationship? Journal of Economic Studies

Asare, Bossman E. 2012. Unitarism and Presidentialism: Political Institutions and Corruption in Public Management in Ghana. Journal of Public Administration & Policy Research.

Ashcroft, John & John Ratcliffe. 2012. The Recent and Unusual Evolution of an Expanding FCPA. 2012. Notre Dame Journal of Law, Ethics & Public Policy

Ashe, Daniel Patrick. 2005. The Lengthening Anti-Bribery Lasso of the United States: The Recent Extraterritorial Application of the U.S. Foreign Corrupt Practices Act.

Fordham Law Review

Asher, Sam & Paul Novosad. 2014. Dirty Politics: Natural Resource Wealth and Politics in India. Working paper.

Ashforth, Blake E. & Vikas Anand. 2003. The Normalization of Corruption in Organizations. Research in Organizational Behavior

Ashkanasay, N.M., C.A. Windsor & L.K. Trevino. 2006. Bad Apples in Bad Barrels Revisited: Cognitive Moral Development, Just World Beliefs, Rewards, and Ethical Decision Making. Business Ethics Quarterly

Asia Foundation. 2008. The Cost of Moving Goods: Road Transportation, Regulations and Charges in Indonesia.

Asian African Legal Consultative Organization. 2005. Combating Corruption: A Legal Analysis.

Asian Development Bank & Organization for Economic Co-Operation and Development.

2006. Anti-Corruption Policies in Asia and the Pacific: Progress in Legal and Institutional Reform in 24 Countries (Manila: Asian Development Bank).

Asian Development Bank. 2007. Anticorruption and Integrity: Policies and Strategies.

Asiedu, E. 2006. Foreign Direct Investment in Africa: The Role of Natural Resources, Market Size, Government Policy, Institutions and Political Stability. World Economy

Asiedu, Elizabeth & James A. Freeman. 2009. The Effect of Corruption on Investment Growth: Evidence from Firms in Latin America, Sub-Saharan Africa, and Transition Economies. Review of Development Economics

Aslaksen, Silje. 2007. Corruption and Oil: Evidence from Panel Data. Working paper.

Aslund, A. 2014. Oligarchs, Corruption, and European Integration. Journal of Democracy

Asongu, Simplice A. & Jacinta Nwachukwu. 2015. A Good Turn Deserves Another: Political Stability, Corruption and Corruption-Control. Working paper.

Asongu, Simplice A. & Jellal Mohamed. 2013. On the Channels of Foreign Aid to Corruption. Economics Bulletin

Asongu, Simplice A. & Oasis Kodila-Tedika. 2013. Crime and Conflicts in Africa: Consequences of Corruption? European Economic Letters

Asongu, Simplice A. 2011. Law, Democracy and Quality of Government in Africa. Working paper.

Asongu, Simplice A. 2012. Fighting Corruption in Africa: Do Existing Corruption-Control Levels Matter? International Journal of Development Issues

Asongu, Simplice A. 2012. Fighting Corruption with Cultural Dynamics: When Legal-Origins, Religious-Influences and Existing Corruption-Control Levels Matter. Working paper.

Asongu, Simplice A. 2012. Government Quality Determinants of Stock Market Performance in African Countries. Journal of African Business.

Asongu, Simplice A. 2012. On the Effect of Foreign Aid on Corruption. Economics Bulletin

Asongu, Simplice A. 2013. Fighting Corruption when Existing Corruption-Control Levels Count: What Do Wealth-Effects Tell Us in Africa? Institutions & Economic

Asongu, Simplice A. 2014. Globalization, (Fighting) Corruption and Development: How Are These Phenomena Linearly and Nonlinearly Related in Wealth Effects? Journal of Economic Studies

Asongu, Simplice A. 2015. Institutional Benchmarking of Foreign Aid Effectiveness in Africa. International Journal of Social Economics

Asongu, Simplice. 2014. Fighting African Corruption when Existing Corruption-Control Levels Matter in a Dynamic Cultural Setting. International Journal of Social Economics

Asquer, R. 2012. Why Do Citizens of Democracies Tolerate Corruption? Preliminary Evidence from the World Values Survey. Working paper.

Asquer, Raffaele. 2014. Media Coverage of Corruption and Incumbent Renomination in Italian Parliamentary Elections. Working paper.

Assiotis, A. & K. Sylwester. 2014. Do the Effects of Corruption Upon Growth Differ between Democracies and Autocracies? Review of Development Economics

Assiotis, Andreas. 2012. Corruption and Income. Economics Bulletin

Asthana, Anand N. 2012. Decentralisation and Corruption Revisited: Evidence from a Natural Experiment. Public Administration & Development

Aterido, Reyes, Mary Hallward-Driemeier & Carmen Pages. 2007. Intestment Climante and Employment Growth: The Impact of Access to Finance, Corruption and Regulations Across Firms. Inter-American Development Bank, Research Department Publication 4559.

Athanas, William. 2010. When Doing Business Internationally Becomes a Crime: Assisting Clients in Understanding and Complying with the Foreign Corrupt Practices Act. Alabama Lawyer

Athanasouli, Daphne & Antoine Goujard. 2015. Corruption and Management Practices: Firm Level Evidence. Journal of Comparative Economics (forthcoming).

Athanasouli, Daphne, Antoine Goujard & Pantelis Sklias. 2012. Corruption and Firm Performance: Evidence from Greek Firms. International Journal of Economic Sciences & Applied Research.

Atkinson, Michael M. 2011. Discrepancies in Perceptions of Corruption, or Why Is Canada So Corrupt? Political Science Quarterly

Attila, Gbewopo. 2009. Individual Attitudes toward Anti-Corruption Policies in Sub-Saharan Africa: Microeconometric Evidence. Economics Bulletin

Attila, Gbewopo. 2011. Corruption and Quality of Public Institutions: Evidence from Generalized Method of Moment. (Unpublished working paper).

Attila, Gbewopo. 2011. Corruption, Taxation and Economic Growth: Theory and Evidence. (Unpublished working paper).

Attila, Gbewopo. 2011. How Do African Populations Perceive Corruption: Microeconomic Evidence from Afrobarometer Data in Twelve Countries. CERDI-CNRA, UMR 5687.

Attila, Joseph. 2008. Is Corruption Contagious? An Econometric Analysis. (Norwegian Institute of International Affairs (NUPI) Working Paper No. 742).

Attila, Joseph. 2013. Globalization and Corruption: New Evidence. Oil, Gas & Energy Quarterly

Au, Upton. 2014. Toward a Reconceived Legislative Intent Behind the Foreign Corrupt Practices Act: The Public-Safety Rationale for Prohibiting Bribery Abroad. Brooklyn Law Review

Auriol, E., T. Flochel & S. Straub. 2011. Public Procurement and Rent-Seeking: The Case of Paraguay. Working paper.

Auriol, Emmanuelle & Aymeric Blanc. 2009. Capture and Corruption in Public Utilities: The Cases of Water and Electricity in Sub-Saharan Africa. Utilities Policy

Auriol, Emmanuelle & Stephane Straub. 2011. "Privatization of Rent-Generating Industries and Corruption", in International Handbook on the Economics of Corruption, Vol. II. (Edward Elgar Publishing).

Auriol, Emmanuelle. 2006. Corruption in Procurement and Public Purchase.

International Journal of Industrial Organization

Auriole, Emmanuelle. 2014. Capture for the Rich, Extortion for the Poor. Working paper.

Ausland, Aaron & Alfonson Tolmos. 2005. Focus on Corruption: How to Secure the Aims of Decentralization in Peru by Improving Good Governance at the Regional Level.

Kennedy School of Government, Harvard University.

Avelino, George, Ciro Biderman & Marcos Felipe Mendes Lopes. 2012. Measuring Corruption: What Have We Learned? Working paper.

Avery, Michael K. 2008. Whose Rights? Why States Should Set the Parameters for Federal Honest Services Mail and Wire Fraud Prosecutions. Boston College Law Review

Ayodeji, Gafar Idowu. 2015. Assessing the Strategies of the Defunct Kenya's Anti-Corruption Commission (KACC): Lessons for the Ethics and Anti-Corruption Commission (EACC). Working paper.

Ayres, Ian. 1997. The Twin Faces of Judicial Corruption: Extortion and Bribery. Denver University Law Review

Ayres, Margaret, Jeffrey Clark, Alan Gourley & Alexandra Wrage. 2009. Anti-Corruption. International Lawyer

Ayyagari, M., A. Demirguc-Kunt & V. Maksimovic. 2014. Bribe Payments and Innovation in Developing Countries: Are Innovating Firms Disproportionately Affected?

Journal of Financial & Quantitative Analysis

Azam, M. & C. Emirullah. 2014. The Role of Governance in Economic Development.

International Journal of Social Economics

Azfar, Omar & Peter Murrell. 2009. Identifying Reticent Respondents: Assessing the Quality of Survey Data on Corruption and Values. Economic Development & Cultural Change

Azfar, Omar & Tugrul Gurgur. 2008. Does Corruption Affect Health Outcomes in the Philippines? Economics of Governance

Azfar, Omar & William Robert Nelson Jr. 2007. Transparency, Wages, and the Separation of Powers: An Experimental Analysis of Corruption. Public Choice

Azfar, Omar, Jeffrey A. Livingston & Patrick Meagher. 2007. "Decentralization in Uganda", in P. Bardhan & D. Mukherjee eds. Decentralisation and Local Governance in Developing Countries: A Comparative Perspective (New Delhi: Oxford University Press).

Azfar, Omar, Young Lee & Anand Swamy. 2001. The Causes and Consequences of

Corruption, Annals of the American Academy of Political and Social Science, Vol. 573, Culture and Development: International Perspectives

Azfar, Omar. 2005. "Corruption and the Delivery of Health and Education Services", in Bertram Spector ed. Fighting Corruption in Developing Countries: Strategies and Analysis (Bloomfield, CT: Kumarian Press)

Babatunde, J.O. 2014. Corruption and Public Exclusion: A Serious Challenge to Effective Public Policy on Health. International Journal of Behavioural & Healthcare Research

Babeiya, Edwin. 2011. Electoral Corruption and the Politics of Elections Financing in Tanzania. Journal of Politics & Law

Bac, Mehmet & Parimal Kanti Bag. 2006. Beneficial Collusion in Corruption Control: The Case of Nonmonetary Penalties. Journal of Development Economic

Bac, Mehmet. 1996. Corruption and Supervision Costs in Hierarchies. Journal of Comparative Economics

Bac, Mehmet. 1996. Corruption, Supervision, and the Structure of Hierarchies, Journal of Law, Economics, & Organization

Bac, Mehmet. 1998. The Scope, Timing, and Type of Corruption. International Review of Law & Economics 18: 101-120.

Bac, Mehmet. 2001. Corruption, Connections and Transparency: Does a Better Screen Imply a Better Scene? Public Choice

Bachmann, Reinhard, Nicole Gillespie & Richard Priem. 2015. Repairing Trust in an Organization After Integrity Violations: The Ambivalence of Organizational Rule Adjustments. Organization Studies

Bacio-Terracino, Julio. 2008. Corruption as a Violation of Human Rights. International Council on Human Rights Policy.

Bacio-Terracino, Julio. 2010. Linking Corruption and Human Rights. American Society of International Law Proceedings

Back, Hanna & Axel Hadenius. 2008. Democracy and State Capacity: Exploring a J-Shaped Relationship. Governance

Badinger, Harald & Elisabeth Nindl. 2014. Globalisation and Corruption, Revisited. The World Economy

Badun, Marijana, Vedrana Pribicevic & Milan Deskar-Skrbic. 2014. Government Size and Efficiency as Constraints to Economic Growth: Comparing Croatia with Other European Countries. Post-Communist Economies

Baer, Miriam Hechler. 2009. Governing Corporate Compliance. Boston College Law Review

Bag, Parimal Kanti. 1997. Controlling Corruption in Hierarchies. Journal of Comparative Economics

Bagashka, Tanya. 2014. Unpacking Corruption: The Effect of Veto Players on State Capture and Bureaucratic Corruption. Political Research Quarterly

Bagenholm, Andreas & Nicholas Charron. 2014. Do Politics in Europe Benefit from Politicising Corruption? West European Politics

Bagenholm, Andreas. 2009. Politicizing Corruption: The Electoral Impact of Anti-Corruption Discourse in Europe, 1983-2007. QoG Working Paper Series 2009: 10 (The Quality of Government Institute, University of Gothenburg)

Bagenholm, Andreas. 2013. The Electoral Fate and Policy Impact of "Anti-Corruption Parties" in Central and Eastern Europe. Human Affairs

Bagenholm, Andreas. 2013. Throwing the Rascals Out? The Electoral Effects of Corruption Allegations and Corruption Scandals in Europe, 1981-2011. Crime, Law & Social Change

Bagenholm, Andreas. 2014. Does Politicization of Corruption Affect Voter Turnout? Working paper.

Bagenholm, Andreas. 2014. Standing By Your (Wo)Man? How Voter Ideology Impacts Party Loyalty in the Face of Corruption Scandals. Working paper.

Bah, E. & L. Fang. 2015. Impact of the Business Environment on Output and Productivity in Africa. Journal of Development Economics

Bahmani-Oskooee, M. & G.G. Goswami. 2005. The Impact of Corruption on the Black Market Premium. Southern Economic Journal

Bahmani-Oskooee, Mohsen & Abm Nasir. 2002. Corruption, Law and Order, Bureaucracy, and Real Exchange Rates. Economic Development & Cultural Change

Bahn, Charles. 1975. The Psychology of Police Corruption: Socialization of the Corrupt. Police Journal

Bai, B., X. Liu & Y. Kou. 2014. Belief in a Just World Lowers Perceived Intention of Corruption: The Mediating Role of Perceived Punishment. Plos One

Bai, C.-E. & S.-J. Wei. 2001. The Quality of Bureaucracy and Capital Account Policies. World Bank Working Paper 2575.

Bai, Jie, Seema Jayachandran, Edmund J. Malesky & Benjamin Olken. 2013. Does Economic Growth Reduce Corruption? Theory and Evidence from Vietnam. Working paper.

Bailard, C.S. 2009. Mobile Phone Diffusion and Corruption in Africa. Political Communication Bailes, R. 2006. Facilitation Payments: Culturally Acceptable or Unacceptably Corrupt? Business Ethics: A European Review

Bailey, John & Pablo Paras. 2006. Perceptions and Attitudes about Corruption and Democracy in Mexico. Mexican Studies

Bailey, John. 2006. Corruption and Democratic Governability in Latin America: Issues of Types, Arenas, Perceptions, and Linkages. Working Paper.

Bajolle, Julie. 2006. The Origins and Motivations of the Current Emphasis on Corruption: The Case of Transparency International. Working paper.

Baker, J. & S. Milne. 2015. Dirty Money States: Illicit Economies and the State in Southeast Asia. Critical Asian Studies

Baker, J. 2015. The Rhizome State: Democratizing Indonesia's Off-Budget Economy. Critical Asian Studies

Baker, Mark B. 1993. Private Codes of Corporate Conduct: Should the Fox Guard the Henhouse? U. Miami Inter-Am. L.

Baklouti, N. & Y. Boujelbene. 2015. Exploring the Relationship between Democracy, Corruption and Economic Growth in MENA Countries. Acta Universitatis Danubis Oeconomica

Baksi, Soham, Pinaki Bose & Manish Pandey. 2009. The Impact of Liberalization on Bureaucratic Corruption. Journal of Economic Behavior and Organization

Balabanova, D. & M. Mckee. 2002. Understanding Informal Payments in Health Care: The Example of Bulgaria. Health Policy

Balafoutas, Loukas. 2011. Public Beliefs and Corruption in a Repeated Psychological Game. Journal of Economic Behavior & Organization

Balan, Manuel. 2011. Corruption by Denunciation: The Political Dynamics of Corruption Scandals in Argentina and Chile. Comparative Politics

Baland, Jean-Marie & Patrick Francois. 2000. Rent-Seeking and Resource Booms.Journal of Development Economics

Balaniuk, Remis, Pierre Bessiere, Emmanuel Mazer & Paulo Roberto Cobbe. 2013. Corruption Risk Analysis Using Semi-Supervised Naïve Bayes Classifiers. International Journal of Reasoning-Based Intelligent Systems

Bandaranayake, B. 2014. Fraud and Corruption Control at Education System Level: A Case Study of the Victorian Department of Education and Early Childhood Development in Australia. Journal of Cases in Education Leadership

Bandiera, Oriana, Andrea Prat & Tommaso Valletti. 2009. Active and Passive Waste in Government Spending: Evidence from a Policy Experiment. American Economic Review

Banducci, S.A. & J.A. Karp. 1994. Electoral Consequences of Scandal and Reapportionment in the 1992 Elections. American Politics Quarterly

Bandura, A. 1999. Moral Disengagement in the Perpetration of Inhumanities. Personality & Social Psychology Review

Bandura, A. 2002. Selective Moral Disengagement in the Exercise of Moral Agency. Journal of Moral Education

Bandyopadhyay, Subhayu & Suryadipta Roy. 2007. Corruption and Trade Protection: Evidence from Panel Data (Federal Reserve Bank of St. Louis, Working Paper 2007-022A).

Banerjee Abhijit 1997. A Theory of Misgovernance. Quarterly Journal of Economics

Banerjee, Abhijit & Esther Duflo. 2006. Addressing Absence. Journal of Economic Perspectives

Banerjee, Abhijit V. & Rohini Pande. 2012. Parochial Politics: Ethnic Preferences and Politician Corruption (working paper).

Banerjee, Abhijit, Donald Green, Jennifer Green & Rohini Pande. 2012. Can Voters Be Primed To Choose Better Legislators? Experimental Evidence from Rural India. Working paper.

Banerjee, Abhijit, Donald P. Green, Jeffrey McManus & Rohini Pande. 2014. Are Poor Voters Indifferent to Whether Elected Leaders are Criminal or Corrupt? A Vignette Experiment in Rural India Political Communication

Banerjee, Abhijit, Esther Duflo & Rachel Glennerster. 2008. Putting a Band-Aid on a Corpse: Incentives for Nurses in the Indian Public Health Care System. Journal of the European Economics Association

Banerjee, Abhijit, Rema Hanna & Sendhil Mullainathan. 2013. "Corruption" in Robert Gibbons & John Roberts eds., Handbook of Organizational Economics (Princeton: Princeton University Press), pp. 1110-Banerjee, Abhijit, Rema Hanna, Jordan Kyle, Benjamin A. Olken & Sudarno Sumarto.

2015. The Power of Transparency: Information, Identification Cards and Food Subsidy Programs in Indonesia. Working paper.

Banerjee, Abhijit, Rukmini Banerji, Esther Duflo, Rachel Glennerster & Stuti Khemani. 2010. Pitfalls of Participatory Programs: Evidence from a Randomized Evaluation in Education in India. American Economic Journal: Economic Policy

Banerjee, Abhijit, Selvan Kumar, Rohini Pande & Felix Su. 2011. Do Informed Voters Make Better Choices? Experimental Evidence from Urban India. Working paper.

Banerjee, Ritwik, Tushi Baul & Tanya Rosenblat. 2015. On Self Selection of the Corrupt into the Public Sector. Economics Letters

Banerjee, Ritwik. 2015. On the Interpretation of Bribery in a Laboratory Corruption Game: Moral Frames and Social Norms. Experimental Economics (forthcoming).

Banfield, Edward. 1975. Corruption as a feature of government organization. Journal of Law and Economics

Bantekas, Ilias. 2006. Corruption as an International Crime and Crime Against Humanity. Journal of International Criminal Justice

Banuri, Shaheryar & Catherine C. Eckel. 2012. Nepotism in Traditionalist Societies: US versus Pakistan. Working paper.

Banuri, Shaheryar, Rachel T.A. Croson, Reuben Kline & Catherine C. Eckel. 2008.

Towards an Improved Methodology in Analyzing Corruption: Insights from Citizen Responses to Corrupt Practices Across Countries. Working Paper.

Banuri, Sheheryar & Catherine C. Eckel. 2012. Cracking Down on Bribery. Working Paper.

1231

Banuri, Sheheryar & Catherine C. Eckel. 2012. Experiments in Culture and Corruption: A Review. World Bank Policy Research Working Paper No. 6064.

Banuri, Sheheryar & Catherine C. Eckel. 2012. On the Effects of Culture on Punishment of Bribery: US v. Pakistan. Working Paper.

Banuri, Sheheryar & Philip E. Keefer. 2012. Pro-Social Behavior Where We Least Expect It? The Selection and Socialization of Instrinsically-Motivated Government (Tax!) Officials. Working Paper.

Banuri, Sheheryar, Catherine C. Eckel & Rick K. Wilson. 2012. Deconstructing Nepotism. Working Paper.

Baraldi, A. Laura. 2011. Effects of Electoral Rules, Political Competition and Corruption on the Size and Composition of Government Consumption Spending: An Italian Regional Analysis. The B.E. Journal of Economic Analysis & Policy 8(1).

Barassi, M. & Y. Zhou. 2012. The Effect of Corruption on FDI: A Parametric and Non-Parametric Analysis. European Journal of Political Economy

Barber, S., F. Bonnet & H. Bekedam. 2004. Formalizing Under-the-Table Payments to Control Out-of-Pocket Hospital Expenditures in Cambodia. Health Policy & Planning

Barbier, Edward B., Richard Damania & Daniel Leonard. 2005. Corruption, Trade, and Resource Conversion. Journal of Environmental Economics & Management

Bardhan, Pranab & Dilip Mookherjee. 2000. Capture and Governance at the Local and National Levels. American Economic Review.

Bardhan, Pranab & Dilip Mookherjee. 2005. Decentralizing Antipoverty Program Delivery in Developing Countries. Journal of Public Economics

Bardhan, Pranab & Dilip Mookherjee. 2006a. "Decentralization, Corruption, and Government Accountability: An Overview," in Susan Rose-Ackerman ed. International Handbook on the Economics of Corruption. Edward Elgar Publishing

Bardhan, Pranab & Dilip Mookherjee. 2006b. Decentralisation and Accountability in Infrastructure Delivery in Developing Countries. Economic Journal

Bardhan, Pranab. 1997. Corruption and Development: A Review of the Issues. Journal of Economic Literature

Bardhan, Pranab. 2002. Decentralization of Governance and Development. Journal of Economic Perspectives

Bardhan, Pranab. 2006. The Economist's Approach to the Problem of Corruption, 34 World Development

Bardhan, Pranab. 2015. Corruption and Development Policy (Drawing Upon the Recent Indian Debate). Journal of Public Economic Theory

Barnett, K. 2015. Distributive Justice and Proprietary Remedies Over Bribes. Legal Studies

Barone, G. & S. Mocetti. 2014. Natural Disasters, Growth and Institutions: A Tale of Two Earthquakes. Journal of Urban Economics

Barone, Guglierlmo & Gaia Narciso. 2015. Organized Crime and Business Subsidies: Where Does the Money Go? Journal of Urban Economics.

Barr, Abigail & Danila Serra. 2009. The Effect of Externalities and Framing on Bribery in a Petty Corruption Experiment. Experimental Economics

Barr, Abigail & Danila Serra. 2010. Corruption and Culture: An Experimental Analysis. Journal of Public Economics

Barr, Abigail, Frederica Mugisha, Pieter Serneels & Andrew Zeitlin. 2012. Information and Collective Action in Community-Based Monitoring of Schools: Field and Lab Experimental Evidence from Uganda. Working paper.

Barr, Abigail, Magnus Lindelow & Pieter Serneels. 2009. Corruption in Public Service Delivery: An Experimental Analysis. Journal of Economic Behavior & Organization

Barreto, R.A. & J. Alm. 2003. Corruption, Optimal Taxation, and Growth. Public Finance Review

Barreto, Raul A. 2000. Endogenous Corruption in a Neoclassical Growth Model.European Economic Review.

Barron, R.A. 2014. Some Current Developments under the Foreign Corrupt Practices Act. Securities Regulation Law Journal

Barta, James A. & Julia Chapman. 2012. Foreign Corrupt Practices Act. American Criminal Law Review

Barth, J., C. Lin, P. Lin & F. Song. 2009. Corruption in Bank Lending to Firms: Cross-Country Micro Evidence on the Beneficial Role of Competition and Information Sharing. Journal of Financial Economics

Bartle, S., C. Chamberlain & B. Wohlberg. 2014. Foreign Corrupt Practices Act. American Criminal Law Review

Basabe-Serrano, S. 2015. Informal Institutions and Judicial Independence in Paraguay, 1954-2011. Law & Policy

Basheka, B.C. & B.C. Mubangizi. 2012. Citizen-Driven Approaches in Fighting Corruption: A Comparative Analysis of Uganda's and South Africa's Local Government Systems. Jouranl of Public Administration

Basheka, B.C. 2014. The Nature and Forms of Public Procurement Corruption in Uganda's Local Government Systems: Implications for Good Governance Debate. International Journal of Procurement Management

Basheka, Benon C., Pross N. Oluka & Godfrey Mugurusi. 2015. Citizen-Driven Approaches for Combating Public Procurement Corruption in Uganda's Local Government Systems: An Empirical Survey. Internatioanl Journal of Logistics Systems & Management.

Basinger, Scott J. 2013. Scandals and Congressional Elections in the Post-Watergate Era. Political Research Quarterly

Bastida, Francisco & Bernadino Benito. 2007. Central Government Budget Practices and Transparency: An International Comparison. Public Administration

Basu, G. 2014. Concealment, Corruption, and Evasion: A Transaction Cost and Case Analysis of Illicit Supply Chain Activity. Journal of Transportation Security

Basu, Karna, Kaushik Basu & Tito Cordella. 2014. Asymmetric Punishment as an Instrument of Corruption Control. World Bank Policy Research Working Paper 6933.

Basu, Kaushik, Sudipto Bhattacharya & Ajit Mishra. 1992. Notes on Bribery and the Control of Corruption. Journal of Public Economics

Basu, Kaushik, Tamara McGavock & Boyang Zhang. 2013. When Competition Corrupts: A Theoretical Analysis of Market Structure and the Incidence of Corruption. World Bank Policy Research Working Paper 6596.

Basu, Kaushik. 2012. "Why, for a Certain Class of Bribes, the Act of Giving a Bribe Should Be Considered Legal", in S. Kochhar ed., Policy-Making for Indian Planning (Academic Foundation).

Batabyal, A. & S. Yoo. 2007. Corruption, Bribery, and Wait Times in the Public Allocation of Goods in Developing Countries. Review of Development Economics

Batabyal, S. & A. Chowdhury. 2015. Curbing Corruption, Financial Development and Income Inequality. Progress in Development Studies

Batalla, E.V.C. 2015. Treading the Straight and Righteous Path: Curbing Corruption in the Philippines. Asian Education & Development Studies

Batalla, Eric C. 2001. "De-Institutionalizing Corruption in the Philippines", in Antonio C.

Pedro, Jr., ed., Combating Corruption in East Asia (Manila: Yuchengo Center, De La Salle University)

Bates, R.H., A. Greif & S. Singh. 2002. Organizing Violence. Journal of Conflict Resolution

Batory, Agnes. 2010. Post-Accession Malaise? EU Conditionality, Domestic Politics and Anti-Corruption Policy in Hungary. Global Crime

Batory, Agnes. 2012. Political Cycles and Organisational Life Cycles: Delegation to Anti-Corruption Agencies in Central Europe. Governance

Batory, Agnes. 2012. Why Do Anti-Corruption Laws Fail in Central Eastern Europe? A Target Compliance Perspective. Regulation & Governance

Batra, G., D. Kaufmann & A.H.W. Stone. 2003. Investment Climate around the World: Voices of the Firms in the World Business Environment Survey. Washington, D.C.: World Bank/IBRD.

Batzilis, Dimitris. 2014. Bribing Abroad. Working paper.

1236

Batzilis, Dimitris. 2015. "Bribing Abroad", in Susan Rose-Ackerman & Paul Lagunes eds., Greed, Corruption, and the Modern State

Bauer, Monika, Nicholas Charron & Nagmeh Nasirtuosi. 2013. Does Corruption Cause Aid Fatigue? International Studies Quarterly

Bauhr, Monika & Marcia Grimes. 2014. Indignation or Resignation: The Implications of Transparency for Societal Accountability. Governance

Bauhr, Monika & Naghmeh Nasiritousi. 2011. Why Pay Bribes? Collective Action and Anticorruption Efforts. QoG Working Paper

Bauhr, Monika & Naghmeh Nasiritousi. 2012. Resisting Transparency: Corruption, Legitimacy, and the Quality of Global Environmental Policies. Governmental Environmental Politics

Baumol, W, 1990. Entrepreneurship: Productive, Unproductive, and Destructive. Journal of Political Economy

Baxamusa, Mufaddal & Abu M. Jalal. 2014. The Effects of Corruption on Capital Structure: When Does It Matter? Journal of Developing Areas

Baxter, Andrew T. 1982. Federal Discretion in the Prosecution of Local Political Corruption. Pepperdine Law Review

Bayar, G. 2011. Causes of Corruption: Dynamic Panel Analysis of Some Post-Soviet Countries and East Asian Countries. Journal of Applied Business Research

Bayar, G. 2014. Spurious Middlemen in Corrupt Transactions. Economics

Bayar, Güzin. 2005. The Role of Intermediaries in Corruption. Public Choice

Bayley, D. & R. Perito. 2011. Police Corruption: What Past Scandals Teach about Current Challenges (Washington, D.C.: U.S. Institute of Peace).

Bazerman, Max & Francesca Gino. 2012. Behavioral Ethics: Toward a Deeper Understanding of Moral Judgment and Dishonesty. Annual Review of Law & Social Science

Beale, Kenneth D. & Paolo Esposito. 2009. Emergent International Attitudes Towards Bribery, Corruption and Money Laundering. Arbitration

Beale, Sara Sun. 2000. Comparing the Scope of the Federal Government's Authority to Prosecute Federal Corruption and State and Local Corruption: Some Surprising Conclusions and a Proposal. Hastings Law Journal

Beaman, Lori, Esther Duflo, Rohini Pande & Petia Topalova. 2011. Political Reservation and Subtantive Representation: Evidence from Indian Village Councils. India Policy Forum

Bean, Bruce Winfield. 2010. Hyperbole, Hypocrisy, and Hubris in the Aid-Corruption Dialogue. Georgetown Journal of International Law

Bearse, P., G. Glomm & E. Janeba. 2000. Why Poor Countries Rely Mostly On Redistribution In-Kind. Journal of Public Economics

Beasley, M. 2015. Dysfunctional Equivalence: Why the OECD Antibribery Convention Provides Insufficient Guidance in the Era of Multinational Corporations. George Washington International Law Review

Beaulieu, E. 2014. From Voter ID to Party ID: How Political Parties Affect Perceptions of Election Fraud in the U.S. Electoral Studies

Beber, Bernd & Alexandra Scacco. 2012. What the Numbers Say: A Digit-Based Test for Election Fraud Using New Data from Nigeria. Political Analysis

Beblavy, M. 2009. Conditions for Effective Large-Scale Anticorruption Efforts and the Role of External Actors: What Does the Slovak Experience Tell Us? Public Administration & Development

Beck, Adrian & Ruth Lee. 2002. Attitudes to Corruption Amongst Russian Police Officers and Trainees. Crime, Law & Social Change

Beck, Paul J. & Michael W. Maher. 1985. A Comparison of Bribery and Bidding in Thin Markets. Economic Letters

Beck, Paul J. & Michael W. Maher. 1989. Competition, Regulation and Bribery.Managerial & Decision Economics

Beck, Paul J., Michael W. Maher & Adrian E. Tschoegl. 1991. The Impact of the Foreign Corrupt Practices Act on US Exports. Managerial and Decision Economics.

Beck, T., A. Demirguc-Kunt & V. Maksimovic. 2005. Financial and Legal Constraints to Firm Growth: Does Size Matter? Journal of Finance

Beck, Thorsten & Luc Laeven. 2006. Institution Building and Growth in Transition Economies. Journal of Economic Growth

Becker, Gary S. & George J. Stigler. 1974. Law enforcement, malfeasance and compensation of enforcers. Journal of Legal Studies

Becker, Gary. 1968. Crime and Punishment: An economic approach. Journal of Political Economy

Becker, Sascha O., Peter H. Egger & Tobias Seidel. 2009. Common Political Culture: Evidence on Regional Corruption Contagion. European Journal of Political Economy

Beekman, G., E. Bulte & E. Nillesen. 2014. Corruption, Investments and Contributions to Public Goods: Experimental Evidence from Rural Liberia. Journal of Public Economics

Beesley, Celeste. 2015. Globalization and Corruption in Post-Soviet Countries: Perverse Effects of Economic Openness. Eurasian Geography & Economics (forthcoming).

Beets, S. Douglas. 2005. Understanding the Demand-Side Issues of International Corruption. Journal of Business Ethics

Belli, P. G. Gotsadze & H. Shahriari. 2004. Out-of-Pocket and Informal Payments in Health Sector: Evidence from Georgia. Health Policy

Bello, A.O. 2014. Gift-Giving, Anti-Bribery Laws and the Nigerian Constitution: Matters Arising. Journal of African Law

Bello, A.O. 2014. United Nations and African Union Conventions on Corruption and Anti-Corruption Legislation in Nigeria: A Comparative Analysis. African Journal of International & Comparative Law

Belloni, R. & F. Strazzari. 2014. Corruption in Post-Conflict Bosnia-Herzegovina and Kosovo: A Deal Among Friends. Third World Quarterly

Bellver, Ana & Daniel Kaufmann. 2005. Transparenting Transparency: Initial Empirics and Policy Applications. MRPA Paper No. 8188.

Beltran, A. 2015. Does Corruption Increase or Decrease Employment in Firms? Applied Economics Letters 1-4.

Benabou, Roland & Jean Tirole. 2004. Willpower and Personal Rules. Journal of Political Economy

Benabou, Roland & Jean Tirole. 2011. Identity, Morals, and Taboos: Beliefs as Assets.Quarterly Journal of Economics

Bendahan, S., C. Zehnder, F.P. Pralong & J. Antonakis. 2015. Leader Corruption Depends on Power and Testosterone. Leadership Quarterly

Benedetti, Mariangela. 2014. "How Multilateral Development Banks Invest Corruption in Their Funded Projects", in Jean-Bernard Auby, Emmanuel Breen & Thomas Perroud eds., Corruption and Conflicts of Interest: A Comparative Law Approach

Benito, B., M. Guillamon & F. Bastida. 2015. Determinants of Urban Political Corruption in Local Governments. Crime, Law & Social Change

Benjamin, S., R. Bhuvaneshwari, P. Rajan & Manjunatha. 2007. Bhoomi "E-Governance," or, an Anti-Politics Machine Necessary to Globalize Bangalore. Working paper.

Benk, Serkan & Birol Karakurt. 2010. Revenue Administrations and Corruption: Motivations, Opportunities and Fighting Methods. Business & Economics Research Journal

Bennedsen, Morten, Sven E. Feldmann & David Dreyer Lassen. 2009. Strong Firms Lobby, Weak Firms Bribe: A Survey-Based Analysis of the Demand for Influence and Corruption. (unpublished manuscript)

Bennedsen, Morten, Sven E. Feldmann & David Dreyer Lassen. 2011. Lobbying and Bribes – A Survey-Based Analysis of the Demand for Influence and Corruption. CESifo Working Paper Series No. 3496.

Benson, Bruce L. & John Baden. 1985. The Political Economy of Government Corruption: The Logic of Underground Government. Journal of Legal Studies

Benson, Bruce L. 1988. Corruption in Law Enforcement: One Consequence of the Tragedy of the Commons Arising with Public Allocation Processes. International Review of Law & Economics

Bentzen, Jeanet Sinding. 2012. How Bad Is Corruption? Cross-Country Evidence of the Impact of Corruption on Economic Prosperity. Review of Development Economics

BenYishay, A. & P. Grosjean. 2014. Initial Endowments and Economic Reform in 27 Post-Socialist Countries. Journal of Comparative Economics

Berenbeim, Ronald E. 2000. Company Programs for Resisting Corrupt Practices: A Global Study.

Berg, S.V., L. Jiang & C. Lin. 2012. Regulation and Corporate Corruption: New Evidence from the Telecom Sector. Journal of Comparative Economics

Berger, Paul, Erin W. Sheehy, Kenya K. Davis & Bruce E. Yannett. 2007. Is That a Bribe? International Financial Law Review

Bergh, Andreas, Gunther Fink & Richard Ohrvall. 2012. Public Sector Size and Corruption: Evidence from 290 Swedish Municipalities. IFN Working Paper 938.

Berkman, U. 1992. Bureaucracy and Bribery: a Conceptual Framework. International Journal of Public Administration

Berkowitz, Daniel & Wei Li. 2000. Tax Rights in Transition Economies: A Tragedy of the Commons? Journal of Public Economics

Berman, E.M. 2015. HRM in Development: Lessons and Frontiers. Public Administration & Development

Bernardi, Richard, Michael Witek & Michael Melton. 2009. A Four Country Study of the Association between Bribery and Unethical Actions. Journal of Business Ethics

Bernheim, B.D. & N. Kartik. 2014. Candidates, Character, and Corruption. American Economic Journal-Microeconomics

Berry, Bryan R. 2001. Donkeys, Elephants, and Barney Fife: Are Deputy Sheriffs Policymakers Subject to Patronage Termination? Missouri Law Review

Bertot, John C., Paul T. Jaegerd & Justin M. Grimes. 2010. Using ICTs to Create a Culture of Transparency: E-Government and Social Media as Openness and Anti-Corruption Tools for Societies. Government Information Quarterly

Bertrand, M. & S. Mullainathan. 2001. Do People Mean What They Say? Implications for Subjective Survey Data. American Economic Review

Bertrand, Marianne, Simeon Djankov, Rema Hanna & Sendhil Mullainathan. 2007. Obtaining a Driver's License in India: An Experimental Approach to Studying Corruption. Quarterly Journal of Economics

Besley, Timothy & Andrea Prat. 2006. Handcuffs for the Grabbing Hand? Media Capture and Government Accountability. American Economic Review

Besley, Timothy & Robin Burgess. 2001. Political Agency, Government Responsiveness and the Role of the Media. European Economic Review

Besley, Timothy & Robin Burgess. 2002. The Political Economy of Government Responsiveness: Theory and Evidence from India. Quarterly Journal of Economics

Besley, Timothy J. & John McLaren. 1993. Taxes and Bribery: The Role of Wage Incentives. Economic Journal

Besley, Timothy, Rohini Pande & Vijayendra Rao. 2012. Just Rewards? Local Politics and Public Resource Allocation in South India. World Bank Economic Review

Bethencourt, Carlos & Fernando Perera-Tallo. 2015. Declining Predation During Development: A Feedback Process. Economica

Beyerle, Shaazka. 2014. Curtailing Corruption: People Power for Accountability and Justice. (Boulder, CO: Lynne Rienner).

Bhagwati, Jagdish N. 1982. Directly Unproductive, Profit-Seeking (DUP) Activities.

Journal of Political Economy.

Bhargava, Vinay & Emil Bolongaita. 2004. Challenging Corruption in Asia: Case Studies and a Framework for Action (Washington, D.C.: World Bank).

Bhatnagar, Subhash C. & Nupur Singh. 2010. Assessing the Impact of E-Government: A Study of Projects in India. Information Technologies & International Development

Bhatnagar, Subhash. 2013. "E-Government: A Potent Tool to Fight Corruption," in Samuel Paul ed., Fighting Corruption: The Way Forward (Bangalore, India: Public Affairs Center).

Bhattacharyya, S. & R. Hodler. 2015. Media Freedom and Democracy in the Fight Against Corruption. European Journal of Political Economy

Bhattacharyya, Sambit & Rolad Hodler. 2010. Natural Resources, Democracy and Corruption. European Economic Review

Bhaumik, Sumon Kumar & R. Dimova. 2014. Good and Bad Institutions: Is the Debate Over? Cross-Country Firm-Level Evidence from the Textile Industry. Cambridge Journal of Economics

Bhavnani, Rikhil R. 2012. Using Asset Disclosures to Study Politicians' Rents: An Application to India. Working paper.

1244

Bhojwani, Rashna. 2012. Deterring Global Bribery: Where Public and Private Enforcement Collide. Columbia Law Review

Bhuiyan, S. 2010. E-Government in Kazakhstan: Challenges and Its Role to Development. Public Organization Review

Bialos, Jeffrey P. & Gregory Husisian. 1997. The Foreign Corrupt Practices Act: Coping with Corruption in Transitional Economies.

Bicchieri, Christina & Erte Xiao. 2009. Do the Right Thing: But Only If Others Do So. Journal of Behavioral Decision Making

Bicchieri, Christina & John Duffy. 1997. Corruption Cycles. Political Studies

Bicchieri, Cristina & Carlo Rovelli. 1995. Evolution and Revolution: The Dynamics of Corruption. Rationality & Society

Biddulph, R. 2014. Can Elite Corruption Be a Legitimate Machiavellian Tool in an Unruly World? The Case of Post-Conflict Cambodia. Third World Quarterly

Bidhya, B. 2004. Thaksin's Model of Government Reform: Prime Ministerialisation Through "A Country is my Company" Approach. Asian Journal of Political Science

Bigge, David M. & Kiera S. Gans. 2013. The Potential for Arbitrators to Refer Suspicions of Corruption to Domestic Authorities. Transnational Dispute Management

Billger, Sherrilyn M. & Rajeev K. Goel. 2009. Do Existing Corruption Levels Matter in Controlling Corruption?: Cross-Country Quantile Regression Estimates. Journal of Development Economics

Bilotkach, V. 2006. A Tax Evasion-Bribery Game: Experimental Evidence from Ukraine.European Journal of Comparative Economics

Page 1246  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

Birch, S. & N. Allen. 2015. Judging Politicians: The Role of Political Attentiveness in Shaping How People Evaluate the Ethical Behaviour of Their Leaders. European Journal of Political Research

Birch, S. 2007. Electoral Systems and the Manipulation of Elections. Comparative Political Studies

Bird, Richard M., Jorge Martinez-Vazquez & Benno Torgler. 2008. Tax Effort in Developing Countries and High Income Countries: The Impact of Corruption, Voice and Accountability. Economic Analysis & Policy

Birney, Mayling. 2014. Decentralization and Veiled Corruption under China's Rule of Mandates. World Development.

Bishara, Norman & David Hess. 2014. "Human Rights and a Corporation's Duty to Combat Corruption" in Robert Bird, Daniel Cahoy & Jamie Prenkert, eds. Bridging the Gap Between Business and Human Rights  (forthcoming).

Bishara, Norman D. & Cindy A. Schipani. 2009. Strengthening the Ties that Bind: Preventing Corruption in the Executive Suite. Journal of Business Ethics

Bishara, Norman D. & David W. Hess. 2014. "Will an FCPA Compliance Defense Improve Compliance with the FCPA?: An Exploration of the Issues" in Philip Nichols, ed. Corruption, Business Law, and Business Ethics (University of Chicago Press) (forthcoming).

Bishara, Norman D. 2011. Governance and Corruption Constraints in the Middle East: Overcoming the Business Ethics Glass Ceiling. American Business Law Journal

Bishop, Doak. 2010. Toward a More Flexible Approach to the International Legal Consequences of Corruption. ICSID Review

Bixby, Michael B. 2010. The Lion Awakens: The Foreign Corrupt Practices Act—1977

to 2010. San Diego International Law Journal

Bjorkelo, Brita. 2013. Workplace Bullying after Whistleblowing: Future Research and Implications. Journal of Management Psychology

Bjorkman, Martina & Jakob Svensson. 2009. Power to the People: Evidence From a Randomized Field Experiment on Community-Based Monitoring in Uganda, Quarterly Journal of Economics

Bjorkman, Martina & Jakob Svensson. 2010. When Is Community-Based Monitoring Effective? Evidence from a Randomized Experiment in Primary Health in Uganda.

Journal of the European Economic Association

Bjorkman, Martina. 2006. Does Money Matter for Student Performance? Evidence from a Grant Program in Uganda. IGIER Working Paper No. 326.

Bjorkman-Nyqvist, Martina, Damien de Walque & Jakob Svensson. 2013. Information Is Power: Experimental Evidence of the Long Run Impact of Community Based Monitoring. Working paper.

Bjornskov, Christian & Andreas Freytag. 2010. An Offer You Can't Refuse: Murdering Journalists as an Enforcement Mechanism of Corrupt Deals. Working paper.

Bjornskov, Christian. 2003. Corruption and Social Capital. Working Paper 03-13, Aarhus School of Business.

Bjornskov, Christian. 2011. Combating Corruption: On the Interplay between Institutional Quality and Social Trust. Journal of Law & Economics 54(1): 135-159.

Bjornskov, Christian. 2012. Can Bribes Buy Protection Against International Competition? Review of World Economics

Bjorvatn, Kjetil & Tina Soreide. 2005. Corruption and Privatization. European Journal of Political Economy

Bjorvatn, Kjetil & Tina Soreide. 2014. Corruption and Competition for Resources.

International Tax & Public Finance

Bjorvatn, Kjetil, Gaure Torsvik & Bertil Tungodden. 2005. How Middle-Men Can Undermine Anti-Corruption Reforms. CMI Working Papers WP 2005: 1.

Bjorvatn, Kjetil, Mohammad Reza Farzanegan & Friedrich Schneider. 2012. Resource Curse and Power Balance: Evidence from Oil-Rich Countries. World Development

Black, B.S., R.H. Kraakman & A. Tarassova. 2000. Russian Privatization and Corporate Governance: What Went Wrong? Stanford Law Review

Black, Barbara. 2012. The SEC and the Foreign Corrupt Practices Act: Fighting Global Corruption Is Not Part of the SEC's Mission. Ohio State Law Journal

Blackburn, Keith & Gonzalo F. Forgues-Puccio. 2007. Distribution and Development in a Model of Misgovernance. European Economic Review

Blackburn, Keith & Gonzalo F. Forgues-Puccio. 2009. Why Is Corruption Less Harmful in Some Countries Than in Others? Journal of Economic Behavior & Organization

Blackburn, Keith & Gonzalo F. Forgues-Puccio. 2010. Financial Liberalization, Bureaucratic Corruption and Economic Development. Journal of International Money and Finance

Blackburn, Keith & Jonathan Powell. 2011. Corruption, Inflation and Growth. Economics Letters

Blackburn, Keith, Kyriakos C. Neanidis & M. Emranul Haque. 2008. Corruption, Seigniorage and Growth: Theory and Evidence. CESifo Working Paper 2354.

Blackburn, Keith, Niloy Bose & M. Emranul Haque. 2006. The Incidence and Persistence of Corruption in Economic Development. Journal of Economic Dynamics and Control

Blackburn, Keith, Niloy Bose & M. Emranul Haque. 2010. Endogenous Corruption in Economic Development. Journal of Economic Studies

Blackburn, Keith, Niloy Bose & M. Emranul Haque. 2011. Public Expenditures, Bureaucratic Corruption and Economic Development. The Manchester School

Blackburn, Keith. & R. Sarmah. 2009. Corruption, Development and Demography.Economics of Governance

Blake, Charles H. & Christopher G. Martin. 2006. The Dynamics of Political Corruption: Re-Examining the Influence of Democracy. Democratization

Blanchard, Olivier & Andrei Shleifer. 2001. Federalism with and without Political Centralization: China versus Russia. IMF Staff Papers

Blanco, Luisa R., Jeffrey B. Nugent & Kelsey J. O'Connor. 2015. Oil Curse and Institutional Changes: Which Institutions Are Most Vulnerable to the Curse and Under What Circumstances? Contemporary Economic Policy

Bland, G. 2014. Measuring Subnational Government Corruption in the Developing World. Public Integrity

Bliss, Christopher & Rafael Di Tella. 1997. Does Competition Kill Corruption? Journal of Political Economy

Bloom, Ben. 2014. Criminalizing Kleptocracy? The ICC as a Viable Tool in the Fight Against Grand Corruption. American University International Law Review

Blount, J. & S. Markel. 2012. The End of the Internal Compliance World as We Know It, Or an Enhancement of the Effectiveness of Securities Law Enforcement? Bounty Hunting Under the Dodd-Frank Act's Whistleblower Provisions. Fordham Journal of Corporate & Financial Law

Blume, L. & S. Voigt. 2011. Does Organizational Design of Supreme Audit Institutions Matter? A Cross-Country Assessment. European Journal of Political Economy

Blumkin, Tomer & Mark Gradstein. 2002. Transparency Gloves for Grabbing Hands? Politics and (Mis)Governance. CEPR Discussion Paper No. 3668.

Blundo, G. & J.-P. Olivier de Sardan. 2006. "Why Should We Study Everyday Corruption and How Should We Go About It?", in G. Blundo & J.-P. Olivier de Sardan eds., Everyday Corruption and the State: Citizens and Public Officials in Africa. Zed Books.

Blundo, G. 2007. "Hidden Acts, Open Talks: How Anthropology Can 'Observe' and Describe Corruption", in M. Nuijten & G. Anders eds., Corruption and the Secret of Law: A Legal Anthropological Perspective. Ashgate.

Blundo, G. et al. 2006. Everyday corruption and the state. Translated by Susan Cox. New York: Zed Books.

Blyschak, P. 2014. Corporate Liability for Foreign Corrup Practices under Canadian Law. McGill Law Journal

Blyschak, P. 2014. Corporate Liability for Foreign Corrupt Practices under Canadian Law. McGill Law Journal

Bobkova, N. & H. Egbert. 2013. Corruption Investigated in the Lab: A Survey of the Experimental Literature. International Journal of Latest Trends in Finance & Economic Sciences

Bobonis, Gustavo J. & Luis R. Camara Fuertes. 2015. Challenging Corrupt Politicians? Audits, Electoral Selection, and Accountability in Municipal Elections. Working paper.

Bobonis, Gustavo J., Luis R. Camara Fuertes & Rainer Schwabe. 2013. Monitoring Corruptible Politicians. Working paper.

Boehm, Frederic & Juanita Olaya. 2006. Corruption in Public Contracting Auctions: The Role of Transparency in Bidding Processes. Annals of Public and Cooperative Economics

Boehm, Frederic, Juanita Olaya & J. Polanco. 2005. "Privatization and Corruption," in E.U. von Weizsacker, O. Young & M. Finger eds., Limits to Privatization: How to Avoid Too Much of a Good Thing (London: Earthscan).

Boehm, Frederic. 2008. Risks and Challenges of Corruption in Developing Countries' Infrastructure. Network Industries Quarterly

Boehm, Frederic. 2009. Anti-Corruption in Regulation – A Safeguard for Infrastructure Reforms. Journal of Competition and Regulation in Network Industries

Boehm, Frederic. 2011. "Is There an Anti-Corruption Agenda in Regulation? Insights from Colombian and Zambian Water Regulation," in Susan Rose-Ackerman & Tina Soreide eds., International Handbook on the Economics of Corruption II (Edward Elgar Publishing).

Boerner, Kira & Christa Hainz. 2009. The Political Economy of Corruption and the Role of Economic Opportunities. Economics of Transition

Boersma, Martine. 2012. Corruption: A Violation of Human Rights and a Crime under International Law? (Intersentia, School of Human Rights Research, Vol. 56).

Bohara, Alok K., Neil J. Mitchell & Carl F. Mittendorff. 2004. Compound Democracy and the Control of Corruption: A Cross-Country Investigation. Policy Studies Journal

Boles, J. 2014. Examining the Lax Treatment of Commercial Bribery in the United States: A Prescription for Reform. American Business Law Journal

Bologna, Jamie & Amanda Ross. 2015. Corrpution and Entrepreneurship: Evidence from Brazilian Municipalities. Working paper.

Bologna, Jamie. 2014. Is the Internet an Effective Mechanism for Reducing Corruption Experience? Evidence from a Cross-Section of Countries. Applied Economics Letters

Bologna, Jamie. 2014. The Effect of Informal Employment and Corruption on Income Levels in Brazil. Working paper.

Bologna, Jamie. 2015. Contagious Corruption, Informal Employment, and Income: Evidence from Brazilian Municipalities. Working paper.

Bologna, Jamie. 2015. Corruption: The Good, the Bad, and the Uncertain. Working paper.

Bolongaita, Emil P. 2010. An Exception to the Rule? Why Indonesia's Anti-Corruption Commission Succeeds Where Others Don't – A Comparison with the Philippines Ombudsman. Anti-Corruption Research Centre U4, Bergen (Norway).

Bolongaita, Emil. 2005. Controlling Corruption in Post-Conflict Societies. Kroc Institute Occasional Paper #26.

Boly, Amadou. 2011. On the Incentive Effects of Monitoring: Evidence from the Lab and the Field. Experimental Economics

Bonaglia, Federico, Jorge Braga de Macedo & Maurizio Bussolo. 2001. How Globalisation Improves Governance. OECD Working Paper No. 181.

Bond, Philip. 2008. Persistent Court Corruption, Economic Journal

Bonga, Wellington Garikai. 2014. An Empirical Investigation of the Nature of Corruption in Zimbabwe. Working paper.

Bonneau, Jacqueline L. 2011. Combating Foreign Bribery: Legislative Reform in the United Kingdom and Prospects for Increased Global Enforcement. Columbia Journal of Transnational Law

Bonnet, Celine, Pierre Dubois, David Matrimort & Stephene Straub. 2009. Empirical Evidence on Satisfaction with Privatization in Latin America: Welfare Effects and Beliefs. IDEI Working Papers 566, Institut d'Economie Industrielle (IDEI), Toulouse.

Bonobis, Gustavo J., Luis R. Camara-Fuertes & Rainer Schwabe. 2015. Monitoring Corruptible Politicians. Working paper.

Bonstead, C. 2014. Removing the FCPA Facilitation Payments Exception: Enforcement Tools for a Cleaner Business as Usual. Houston Journal of International Law

Booth, D. & F. Golooba-Mutebi. 2012. Developmental Patrimonialism? The Case of Rwanda. African Affairs

Borcan, O., M. Lindahl & A. Mitrut. 2014. The Impact of an Unexpected Wage Cut on Corruption: Evidence from a "Xeroxed" Exam. Journal of Public Economics

Border, K. & J. Sobel. 1987. Samurai Accountant: A Theory of Auditing and Plunder. Review of Economic Studies

Borisova, E.A. 2014. An Analysis of the Mechanisms of the Social Control of Corruption in the Higher Education System. Russian Education & Society

Borzel, T.A. & V. Hullen. 2014. State-Building and the European Union's Fight Against Corruption in the Southern Caucasus: Why Legitimacy Matters. Governance

Borzel, Tanja A. & Yasemini Pamuk. 2011. Pathologies of Europeanization: Fighting Corruption in the Southern Caucasus. Working paper.

Borzel, Tanja A., Andreas Stahn & Yasemin Pamuk. 2010. The European Union and the Fight Against Corruption in Its Near Abroad: Can It Make a Difference? Global Crime

Boschini, Anne D., Jan Pettersson & Jesper Roine. 2007. Resource Curse or Not: A Question of Appropriability. Scandinavian Journal of Economics

Boschini, Anne D., Jan Pettersson & Jesper Roine. 2013. The Resource Curse and Its Potential Reversal. World Development

Bose, G. 2004. Bureaucratic Delays and Bribe Taking. Journal of Economic Behaviour and Organisation

Bose, Gautam & Shubhashis Gangopadhyay. 2009. Intermediation in Corruption Markets. Indian Growth & Development Review

Bose, Gautam. 2010. Aspects of Bureaucratic Corruption. Working Paper.

Bose, Niloy, Salvatore Capasso & Antu Panini Murshid. 2008. Threshold Effects of Corruption: Theory and Evidence. World Development

Bose, Pinaki & Luciana Echazu. 2007. "Corruption with Heterogeneous Enforcement Agents in the Shadow Economy," 163 Journal of Institutional and Theoretical Economics

Bose, Pinaki. 1995. Industrial Licensing, Bribery and Allocation Efficiency. Bull. Econ.Res.

Boswell, Nancy Zucker. 1996. Combating Corruption: Are International Institutions. Doing Their Job? Proceedings of the Annual Meeting (American Society of International Law)

Boswell, Nancy Zucker. 1996. Combating Corruption: Focus on Latin America. Southwestern Journal of Law & Trade in the Americas

Boswell, Nancy Zucker. 1997. An Emerging Consensus on Controlling Corruption. University of Pennsylvania Journal of International Economic Law

Boswell, Nancy Zucker. 1999. The Law, Expectation, and Reality in the Marketplace: The Problems of and Responses to Corruption. Law & Pol'y Int'l Bus.

Bota-Avram, C. 2014. Good Governance and Doing Business: Evidence from a Cross-Country Survey. Transylvanian Law Review of Administrative Sciences

Botero, Sandra, Rodrigo Castro Cornejo, Laura Gamboa, Nara Pavao & David W.

Nickerson. 2015. Says Who? An Experiment on Allegations of Corruption and Credibility of Sources. Political Research Quarterly

Boucher, A.J., W.J. Burch, M. Midyette, S. Rose & J. Terry. 2007. Mapping and Fighting Corruption in War Torn States. Stimson Center Report No. 61.

Boutros, Andrew S. & T. Markus Funk. 2012. "Carbon Copy" Prosecutions: A Growing Anticorruption Phenomenon in a Shrinking World. University of Chicago Legal Forum.

Bowers, John et al. 2007. Whistleblowing: Law and Practice, Oxford: Oxford University Press.

Bowler, Shaun & Jeffrey A. Karp. 2004. Politicians, Scandals, and Trust in Government Political Behavior.

Bowles, Roger & Nuno Garoupa. 1997. Casual Police Corruption and the Economics of Crime. International Review of Law and Economics

Bowman, Cynthia Grant. 1991. "We Don't Want Anybody Anybody Sent": The Death of Patronage Hiring in Chicago. Northwestern University Law Review

Bowser, Donald. 2001. "Corruption, Trust, and the Danger to Democratisation in the Former Soviet Union," in David Lovell, ed. The Transition: Essays on Post-Communism (London: Ashgate Publishers).

Boyd, Bruce M. 2005. Governmental Corruption in China: Application of the Foreign Corrupt Practices Act. Santa Clara Journal of International Law

Boylan, Richard T. & Cheryl X. Long. 2003. Measuring Public Corruption in the American States: A Survey of State House Reporters

Boylan, Scott F. 1996. Organized Crime and Corruption in Russia: Implications for U.S. and International Law. Fordham Int'l L.J.

Bracking, Sarah. 2007. "Political Development and Corruption: Why 'Right Here, Right Now!'?", in Sarah Bracking ed., Corruption and Development: The Anti-Corruption Campaigns (Palgrave Macmillan)

Bracking, Sarah. 2015. "Corruption and Development: The Mutable Edges of Morality in Modern Markets" , in Paul M. Heywood ed., The Routledge Handbook of Political Corruption (New York: Routledge)

Brademas, John & Fritz Heimann. 1998. Tackling International Corruption: No Longer Taboo. Foreign Affairs. 77(Sept-Oct)

Braguinsky, S. & S. Mityakov. 2015. Foreign Corporations and the Culture of Transparency: Evidence from Russian Administrative Data. Journal of Financial Economics 117(1)

Braguinsky, Serguey, Sergey Mityakov & Andrey Liscovich. 2014. Direct Estimation of Hidden Earnings: Evidence from Russian Adminsitrative Data. Journal of Law & Economics

Page 1257  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

Braguinsky, Serguey. 1996. Corruption and Schumpeterian Growth in Different Economic Environments. Contemporary Economic Policy 14(3)

Braithwaite, John & Peter Drahos. 2000. Global Business Regulation.

Braithwaite, John. 1982. Enforced Self-Regulation: A New Strategy for Corporate Crime Control. Michigan Law Review

Branstetter, Jeffrey. 2005. Darleen Druyun: An Evolving Case Study of Corruption, Power, and Procurement. Public Contract Law Journal

Bratsis, P. 2014. Political Corruption in the Age of Transnational Capitalism. Historical Materialism

Braun, Miguel & R. Di Tella. 2004. Inflation, Inflation Variability, and Corruption. Economics & Politics

Brautigam, D. & S. Knack. 2004. Foreign Aid, Institutions and Governance in Sub-Saharan Africa. Economic Development & Cultural Change

Bray, J. 2005. "The Use of Intermediaries and Other Alternatives to Bribery", in J.G.

Lambsdorff, M. Taube & M. Schramm eds., The New Institutional Economics of Corruption (Routledge).

Bray, J. 2006. "Agents, Consultants and Joint-Venture Partners in International Business Transactions", in B. Errath ed., Business Against Corruption: Case Stories and Examples (New York: United Nations Global Compact Office),

Breen, M. & R. Gillanders. 2015. Political Trust, Corruption, and the Ratings of the IMF and the World Bank. International Interactions

1257

Brew, P. & J. Moberg. 2006. "The Power of Joining Forces – the Case for Collective Action in Fighting Corruption", in B. Errath ed., Business Against Corruption: Case Stories and Examples (New York: United Nations Global Compact Office)

Brewer, Gene A., Tujin Choi & Richard M. Walker. 2007. Accountability, Corruption and Government Effectiveness in Asia: An Exploration of World Bank Governance Indicators. International Public Management Review

Brewster, Rachel. 2014. The Domestic and International Enforcement of the O.E.C.D. Anti-Bribery Convention. Chicago Journal of International Law

Brianzoni, S., R. Coppier & E. Michetti. 2015. Multiple Equilibria in a Discrete Time Growth Model with Corruption in Public Procurement. Quality & Quantity

Bridges, Michael. 1993. Release the Gags: The Hatch Act and Current Legislative Reform—Another Voice for Reform. Capital University Law Review

Brief, Arthur P., R.T. Buttram & J.M. Dukerich. 2001. "Collective Corruption in the Corporate World: Toward a Process Model", in Marlene E. Turner ed., Groups at Work: Theory and Research (Mahwah, N.J.: Lawrence Erlbaum)

Briffault, Richard M. 2001. Nixon v. Shrink Missouri Government PAC: The Beginning of the End of the Buckley Era? Minnesota Law Review

Brinkerhoff, D.W. & A.A. Goldsmith. 2005. Institutional Dualism and International Development: A Revisionist Interpretation of Good Governance. Administration & Society

Brinkerhoff, D.W. 2010. Unpacking the Concept of Political Will to Confront Corruption. Bergen: Chr. Michelsen Institute.

Brinkerhoff, Derick W. 2000. Assessing Political Will for Anti-Corruption Efforts: An Analytic Framework. Public Administration & Development

Broadhurst, R. & P. Wang. 2014. After the Bo Xilai Trial: Does Corruption Threaten China's Future? Survival

Broadman, Harry G. & Francesca Recanatini. 2000. Seeds of Corruption: Do Market Institutions Matter? World Bank Policy Research Working Paper No. 2368.

Broadman, Harry G. & Francesca Recanatini. 2001. Seeds of Corruption: Do Market Institutions Matter? MOST: Economic Policy in Transitional Economies

Broadman, Harry G. & Francesca Recanatini. 2002. Corruption and Policy: Back to the Roots. Journal of Policy Reform

Brody, R.G., J.M. Coulter & S. Lin. 1999. The Effect of National Culture on Whistle-Blowing Perceptions. Teaching Business Ethics

Brollo, Fernanda & Ugo Troiano. 2015. What Happnes When a Woman Wins an Election? Evidence from Close Races in Brazil. Working paper.

Brollo, Fernanda, Tommaso Nannicini, Roberto Perotti & Guido Tabellini. 2013. The Political Resource Curse. American Economic Review

Brollo, Fernanda. 2011. Why Do Voters Punish Corrupt Politicians? Evidence from the Brazilian Anti-Corruption Program. Working paper.

Brooks, Allen R. 2010. A Corporate Catch-22: How Deferred and Non-Prosecution Agreements Impede the Full Development of the Foreign Corrupt Practices Act. Journal of Law, Economics & Policy 7

Brooks, Arthur. 2002. Does Civil Society Stop the Downward Spiral of Bad Government or Speed It Up? Nonprofit & Voluntary Sector Quarterly

Brophy, S. 2008. Mexico: Cartels, Corruption and Cocaine: A Profile of the Gulf Cartel. Global Crime

Brown, A.J. 2006. "What Are We Trying to Measure? Reviewing the Basics of Corruption Definition," in Charles Sampford, Arthur Shacklock, Carmel Connors & Fredrik Galtung eds., Measuring Corruption (Aldershot: Ashgate)

Brown, D.J., J.S. Earle & S. Gehlbach. 2009. Helping Hand or Grabbing Hand? State Bureaucracy and Privatization Effectiveness. American Political Science Review

Brown, David S., Michael Touchton & Andrew Whitford. 2011. Political Polarization as a Constraint on Corruption: A Cross-National Comparison. World Development

Brown, Ed & Jonathan Cloke. 2004. Neoliberal Reforms, Governance and Corruption in the South: Assessing the International Anti-Corruption Crusade. Antipode

Brown, Ed, Jonathan Cloke & Jose Luis Rocha. 2007. "Governance, Neoliberalism and Corruption in Nicaragua", in Sarah Bracking ed., Corruption and Development: The Anti-Corruption Campaigns (Palgrave Macmillan)

Brown, George D. 1997. Should Federalism Shield Corruption?—Mail Fraud, State Law and Post- Lopez Analysis. Cornell Law Review

Brown, George D. 1998. Stealth Statute—Corruption, the Spending Power, and the Rise of 18 U.S.C. §666. Notre Dame Law Review

Brown, George D. 1998. The Gratuities Offense and the RICO Approach to Independent Counsel Jurisdiction. Georgetown Law Journal 86

Brown, George D. 1999. The Ethics Backlash and the Independent Counsel Statute. Rutgers Law Review

Brown, George D. 2000. Putting Watergate Behind Us—Salinas, Sun-Diamond, and Two Views of the Anticorruption Model. 74 Tul. L. Rev. 747

Brown, George D. 2003. New Federalism's Unanswered Question: Who Should Prosecute State and Local Officials for Political Corruption? 60 Wash. & Lee L. Rev. 417

Brown, George D. 2004. Carte Blanche: Federal Prosecution of State and Local Officials After Sabri. Catholic University Law Review

Brown, George. 2006. The Gratuities Debate and Campaign Reform: How Strong Is the Link? Wayne Law Review

Brown, H. Lowell. 1998. Parent-Subsidiary Liability Under the Foreign Corrupt Practices Act. Baylor Law Review

Brown, H. Lowell. 1999. The Extraterritorial Reach of the U.S. Government's Campaign Against International Bribery. Hastings Int'l & Comp. L. Rev.

Brown, H. Lowell. 2001. Extraterritorial Jurisdiction Under the 1998 Amendments to the Foreign Corrupt Practices Act: Does the Government's Reach Now Exceed Its Grasp? North Carolina Journal of International Law & Commercial Regulation

Brown, J. & M. Loosemore. 2015. Behavioural Factors Influencing Corruption in the Australian Construction Industry. Engineeering, Construction & Architectural Management

Brown, M., L.K. Trevino & D. Harrison. 2005. Ethical Leadership: A Social Learning Perspective for Construct Development and Testing. Organizational Behavior & Human Decision Processes

Brown, Rajeswary Ampalavanar. 2006. Indonesian Corporations, Cronyism, and Corruption. Modern Asian Studies

Bruckner, Till. 2011. Accountability in International Aid – The Case of Georgia. Unpublished PhD thesis.

Brueckner, Jan K. 2000. Fiscal Decentralization in Developing Countries: The Effects of Local Corruption and Tax Evasion. Annals of Economics & Finance

Bruhn, M. 2008. License to Sell: The Effect of Business Registration Reform on Entrepreneurial Activity in Mexico. World Bank Policy Research Working Paper Series 4538.

Brunetti, A., G. Kisunko & B. Weder. 1997. Institutional Obstacles to Doing Business: Region-by-Region Results from a Worldwide Survey of the Private Sector. World Bank PRD Working Paper 1759.

Brunetti, Aymo & Beatrice Weder. 2003. A Free Press Is Bad News for Corruption. Journal of Public Economics

Brunetti, Aymo, Gregory Kisunko & Beatrice Weder. 1998. Credibility of Rules and Economic Growth: Evidence from a Worldwide Survey of the Private Sector. World Bank Economic Review

Brunnscheiler, C.N. & E.H. Bulte. 2008. Linking Natural Resources to Slow Growth and More Conflict. Science

Brunnschweiler, Christa N. & Erwin H. Bulte. 2008. The Resource Curse Revisited and Revised: A Tale of Paradoxes and Red Herrings. Journal of Environmental Economics & Management

Brunnschweiler, Christa N. 2008. Cursing the Blessings? Natural Resource Abundance, Institutions, and Economic Growth. World Development

Brusco, V., M. Nazareno & Susan C. Stokes. 2004. Vote Buying in Argentina. Latin American Research Review

Buccirossi, Paolo & Giancarlo Spagnolo. 2006. Leniency Policies and Illegal Transactions. Journal of Public Economics

Buchner, Susanne, Andreas Freytag, Luis G. Gonzalez & Werner Guth. 2008. Bribery and Public Procurement: An Experimental Study. Public Choice

Budak, J. & E. Rajh. 2014. Corruption as an Obstacle for Doing Business in the Western Balkans: A Business Sector Perspective. International Small Business Journal

Budak, J. & M. Vizek. 2015. The Corruption Mark-Up: Is Corruption Cost Incorporated in the Prices of Goods and Services in Emerging and Developed Countries? Post-Communist Economies

Budak, J. & R.K. Goel. 2004. Transition, Governance and Corruption. Economia

Budak, J. 2007. Corruption in Croatia: Perceptions Rise, Problems Remain. Croatian Economic Survey

Budhram, T. 2015. Intelligence-Led Policing: A Proactive Approach to Combating Corruption. SA Crime Quarterly

Buehler, Michael. 2008. Shari'a By-Laws in Indonesian Districts: An Indication for Changing Patterns of Power Accumulation and Political Corruption. Southeast Asia Research

Buehler, Michael. 2011. Indonesia's Law on Public Services: Changing State-Society Relations or Continuing Politics as Usual? Bulletin of Indonesian Economic Studies

Buehn, A. & F. Schneider. 2012. Corruption and the Shadow Economy: Like Oil and Vinegar, Like Water and Fire? International Tax & Public Finance

Buehn, A. & F. Schneider. 2012. Shadow Economies Around the World: Novel Insights, Accepted Knowledge, and New Estimates. International Tax & Public Finance

Bujko, Matthias, Christian Fischer, Tim Krieger & Daniel Meierrieks. 2014. How Institutions Shape Land Deals: The Role of Corruption. Working paper.

Bukovansky, Mlada. 2002. Corruption Is Bad: Normative Dimensions of the Anti-Corruption Movement. Working Paper 2002/5, Department of International Relations, Australian National University.

Bukovansky, Mlada. 2006. The Hollowness of Anti-Corruption Discourse, Review of International Political Economy

Bulkan, J. 2014. Forest Grabbing through Forest Concession Practices: The Case of Guyana. Journal of Sustainable Forestry

Bull, Martin J. & James L. Newell. 1997. New Avenues in the Study of Political Corruption. Crime, Law & Social Change

Bulte, Erwin H., Richard Damania & Robert T. Deacon. 2005. Resource Intensity, Institutions and Development. World Development

Buquet, Daniel & Rafael Pineiro. 2014. Corruption and Governance Improvement in Uruguay. Working paper.

Burger, Ethan S. & Mary Holland. 2008. Law as Politics: The Russian Procuracy and its Investigative Committee. Columbia Journal of Eastern European

Burger, Ethan S. & Mary S. Holland. 2006. Why the Private Sector Is Likely to Lead the Next Stage in the Global Fight Against Corruption. Fordham International Law Journal

Burgess, R., M. Hansen, B.A. Olken, P. Potapov & S. Sieber. 2012. The Political Economy of Deforestation in the Tropics. Quarterly Journal of Economics

Burguet, Roberto & Yeon-Koo Che. 2004. Competitive Procurement with Corruption. RAND Journal of Economics

Burke, Thomas F. 1997. The Concept of Corruption in Campaign Finance Law. Constitutional Commentary

Burton, R. 2005. "Improving Integrity in Public Procurement: The Role of Transparency and Accountability", in Fighting Corruptoin and Promoting Integrity in Public Procurement (OECD Publishing)

Buscaglia, Edgardo et al. 2005. Undermining the Foundations of Organized Crime and Public Sector Corruption (Hoover Institution on War, Revolution & Peace, Essays in Public Policy Series No. 114).

Buscaglia, Edgardo. 1997. Corruption and Judicial Reform in Latin America. Policy Studies Journal

Buscaglia, Edgardo. 2001. An Analysis of Judicial Corruption and Its Causes: An Objective Governing-Based Approach. International Review of Law & Economics

Buscaglia, Edgardo. 2011. "On Best and Not So Good Practices for Addressing High-Level Corruption Worldwide: An Empirical Assessment", in International Handbook on the Economics of Corruption, Vol. II. (Edward Elgar Publishing).

Bushey, A.J. 2015. Second Generation Rule of Law and Anti-Corruption Programming Abroad: Comparing Existing U.S. Government and International Best Practices. Houston Journal of International Law

Busse, H. & C. Hefeker. 2007. Political Risk, Institutions and Foreign Direct Investment.European Journal of Political Economy

Busse, M. & S. Groning. 2013. The Resource Curse Revisited: Governance and Natural Resources. Public Choice

Bussell, Jennifer. 2010. Why Get Technical? Corruption and the Politics of Public Service Reform in the Indian States. Comparative Political Studies

Bussell, Jennifer. 2011. Explaining Cross-National Variation in Government Technology Adoption. International Studies Quarterly

Bussell, Jennifer. 2012. Corruption and Reform in India: Public Services in the Digital Age (Cambridge University Press).

Bussell, Jennifer. 2012. E-Governance and Corruption in the States: Can Technology Serve the Aam Aadmi? Economic & Political Weekly.

Bussell, Jennifer. 2013. Explaining Corruption: Electoral Competition and Varieties of Rent-Seeking in India. Working paper.

Bussell, Jennifer. 2014. Varieties of Corruption: The Organization of Rent-Sharing in India. Working paper.

Bussell, Jennifer. 2015. "Typologies of Corruption: A Pragmatic Approach", in Susan Rose-Ackerman & Paul Lagunes eds., Greed, Corruption, and the Modern State

Bussen, T.J. 2015. Midnight in the Garden of Ne Bis in Idem: The New Urgency for an International Enforcement Mechanism. Cardozo Journal of International & Comparative Law

Butt, S. & S.A. Schutte. 2014. Assessing Judicial Performance in Indonesia: The Court for Corruption Crimes. Crime, Law & Social Change

Butt, Simon. 2009. "Unlawfulness" and Corruption Under Indonesian Law. Bulletin of Indonesian Economic Studies

Page 1267  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

Butt, Simon. 2009. Indonesia's Anti-Corruption Drive and the Constitutional Court. Comparative Law Journal.

Butt, Simon. 2011. Anti-Corruption Reform in Indonesia: An Obituary? Bulletin of Indonesian Economic Studies.

Butte, Erwin & Richard Damania. 2008. Resources for Sale: Corruption, Democracy and the Natural Resource Curse. The B.E. Journal of Economic Analysis & Policy 8(1).

Button, M., C. Lewis, D. Shepherd & G. Brooks. 2015. Fraud in Overseas Aid and the Challenge of Measurement. Journal of Financial Crime

Byington, J. & J. McGee. 2015. M&A Due Diligence: How To Uncover Corruption. Journal of Corporate Accounting & Finance

Byrne, E.F. 2014. Toward Enforceable Bans on Illicit Business: From Moral Relativism to Human Rights. Journal of Business Ethics

Byrne, Elaine, Anne-Katrin Arnold & Fumiko Nagano. 2010. Building Public Support for Anti-Corruption Efforts. (Washington, D.C.: World Bank).

Byun, C.C. & E.J. Hollander. 2015. Explaining the Intensity of the Arab Spring. DOMES: Digest of Middle East Studies

Cabelkova, Inna & Jan Hanousek. 2004. The Power of Negative Thinking: Corruption, Perception and Willingness to Bribe in Ukraine. Applied Economics

Cabelkova, Inna. 2001. Perceptions of Corruption in Ukraine: Are They Correct? CERGE-EI Working Paper No. 176.

Cabelkova, Inna. 2009. Entry Restrictions, Corruption and Extortion in the Context of Transition. CERGE-EI Working Paper No. 172.

Cadot, Oliver. 1987. Corruption as a Gamble. Journal of Public Economic

Caeyers, Bet & Stefan Dercon. 2012. Political Connections and Social Network in Targeted Transfer Programmes: Evidence from Rural Ethiopia. Economic Development & Cultural Change

Cai, H., H. Fang & L.C. Xu. 2011. Eat, Drink, Firms, Government: An Investigation of Corruption from the Entertainment and Travel Costs of Chinese Firms. Journal of Law & Economics

Cai, Hongbin & Daniel Treisman. 2004. State Corroding Federalism. Journal of Public Economics

Cai, Hongbin & Daniel Treisman. 2005. Does Competition for Capital Discipline Governments? Decentralization, Globalization, and Public Policy. American Economic Review

Caiden, Gerald & Naomi Caiden. 1977. Administrative Corruption. Public Administration Review

Caiden, Gerald E. 1988. Toward a General Theory of Official Corruption. Asian Journal of Public Administration

Caiden, Gerald E. 2004. A Cautionary Tale: Ten Major Flaws in Combating Corruption. Southwestern Journal of Law & Trade in the Americas

Caillieer, J. 2010. Citizen Trust, Political Corruption, and Voting Behavior: Connecting the Dots. Politics & Policy

Cain, Bruce E. 2014. Is "Dependence Corruption" the Solution to America's Campaign Finance Problems? California Law Review.

Cain, Daylian M., George Loewenstein & Don A. Moore. 2005. The Dirt on Coming Clean: Perverse Effects of Disclosing Conflicts of Interest. Journal of Legal Studies

Callahan, W. 2005. Social Capital and Corruption: Vote Buying and the Politics of Reform in Thailand. Perspectives on Politics.

Callahan, W.A. 2005. The Discourse of Vote Buying and Political Reform in Thailand. Pacific Affairs

Callen, M. & J.D. Long. 2015. Institutional Corruption and Election Fraud: Evidence from a Field Experiment in Afghanistan. American Economic Review

Callen, M., S. Gulzar, A. Hasanain & Y. Khan. 2013. The Political Economy of Public Employee Absence. Working paper.

Callister, Debra J. 1999. Corrupt and Illegal Activities in the Forest Sector: Current Understandings and Implications for the World Bank. Washington, D.C.: World Bank.

Calomiris, Charles W., Raymond Fisman & Yongxiang Wang. 2010. Profiting from Government Stakes in a Command Economy: Evidence from Chinese Asset Sales. Journal of Financial Economics

Camacho, Adriana & Emily Conover. 2011. Manipulation of Social Program Eligibility. American Economic Journal: Economic Policy

Camaj, Lindita. 2013. The Media's Role in Fighting Corruption: Media Effects on Governmental Accountability. The International Journal of Press/Politics

Camara-Fuertes, Luis R. & Gustavo Bonobis. 2015. Challenging Corrupt Politicians? Audits, Challengers Entry, and Electoral Accountability in Municipal Elections. Working paper.

Camerer, Marianne. 2006. Measuring Public Integrity. Journal of Democracy

1269

Cameron, Lisa et al. 2009. Propensities to Engage in and Punish Corrupt Behavior: Experimental Evidence from Australia, India, Indonesia and Singapore. Journal of Public Economics

Cammarosano, Louis. 1989. Application of the First Amendment to Political Patronage Employment Decisions. Fordham Law Review

Camp, E., A. Dixit & S. Stokes. 2014. Catalyst or Cause? Legislation and the Demise of Machine Politics in Britain and the United States. Legislative Studies Quarterly

Campante, Filipe R. & Quoc-Anh Do. 2014. Isolated Capital Cities, Accountability, and Corruption: Evidence from US States. American Economic Review

Campante, Filipe R., Davin Chor & Quoc-Anh Do. 2009. Instability and the Incentives for Corruption. Economics & Politics

Campbell, Jamie-Lee & Anja Goritz. 2014. Culture Corrupts! A Qualitative Study of Organizational Culture in Corrupt Organizations. Journal of Business Ethics

Campbell, Stuart Vincent. 2013. Perception Is Not Reality: The FCPA, Brazil, and the Mismeasurement of Corruption. Minnesota Journal of International Law

Campos, J. Edgardo, Donald Lien & Sanjay Pradhan. 1999. The Impact of Corruption on Investment: Predictability Matters. World Development

Campos, J.E. & V. Bhargava. 2007. "Introduction: Tackling a Social Pandemic", in J.E.

Campos & S. Pradhan eds., The Many Faces of Corruption: Tracking Vulnerabilities at the Sector Level (Washington, D.C.: World Bank).

Campos, J.E., S. Pradhan & F. Recanatini. 2007. "Conclusion: Where to Next", in J.E.

Campos & S. Pradhan eds., The Many Faces of Corruption: Tracking Vulnerabilities at the Sector Level (Washington, D.C.: World Bank).

Campos, Jose Edgardo & Joel S. Hellman. 2005. "Governance Gone Local: Does Decentralization Improve Accountability?", in Roland White & Paul Smoke eds., East Asia Decentralizes:Making Local Government Work in Asia (Washington, D.C.: World Bank)

Campos, Nauro F. & Francesco Giovannoni. 2007. Lobbying, Corruption and Political Influence. Public Choice

Campos, Nauro F., Ralitza Dimova & Ahmad Saleh. 2010. Whither Corruption? A Quantitative Survey of the Literature on Corruption and Growth. IZA Discussion Paper No. 5334.

Cantu, F. & O. Garcia-Ponce. 2015. Partisan Losers' Effects: Perceptions of Electoral Integrity in Mexico. Electoral Studies

Cantu, F. 2014. Identifying Irregularities in Mexican Local Elections. American Journal of Political Science.

Cantu, Francisco & Sebastian M. Singh. 2011. Fraudulent Democracy? An Analysis of Argentina's Infamous Decade Using Supervised Machine Learning. Political Analysis

Carbonara, Emanuela. 2000. Corruption and Decentralisation. Working paper.

Carden, Art & Lisa L. Verdon. 2010. When Is Corruption a Substitute for Economic Freedom? Law & Development Review

Carey, John M. & Matthew Soberg Shugart. 1995. Incentives to Cultivate a Personal Vote: A Rank Ordering of Electoral Formulas. Electoral Studies

Carlberg, Christopher K. 2003. A Truly Level Playing Field for International Business: Improving the OECD Convention on Combating Bribery Using Clear Standards. Boston College International & Comparative Law Review

Carlin, R.E., G.J. Love & C. Martinez Gallardo. 2015. Cushioning the Fall: Scandals, Economic Conditions, and Executive Approval. Political Behavior

Carothers, Thomas. 2007. A Quarter-Century of Promoting Democracy. Journal of Democracy

Carpenter, S. 2015. Avoid an Investigation: Automate FCPA Compliance. Criminal Justice

Carr, Indira & David Lewis. 2010. Combating Corruption through Employment Law and Whistleblower Protection. Industrial Law Journal

Carr, Indira & Miriam Goldby. 2011. Recovering the Proceeds of Corruption: UNCAC and Anti-Money Laundering Standards. Journal of Business Law

Carr, Indira & Opi Outhwaite. 2008. The OECD Anti-Bribery Convention Ten Years On. Manchester Journal of International Economic Law

Carr, Indira & Opi Outhwaite. 2009. Corruption and Business Integrity: Law, Policy and Company Practices. Manchester Journal of International Economic Law

Carr, Indira & Opi Outhwaite. 2011. The Role of Non-Governmental Organizations (NGOs) in Combating Corruption: Theory and Practice. Suffolk University Law Review

Carr, Indira & Robert Jago. 2014. Petty Corruption, Development and Information Technology as an Antidote. Round Table

Carr, Indira. 2006. The United Nations Convention on Corruption: Improving the Quality of Life of Millions in the World? Manchester Journal of International Economic Law

Carr, Indira. 2007. Corruption in Africa: Is the African Union Convention on Combating Corruption the Answer? Journal of Business Law 2007

Carr, Indira. 2009. Corruption, the Southern African Development Community Anti-Corruption Protocol and the Principal-Agent-Client Model. International Journal of Law in Context

Carrillo, Juan D. 2000. Corruption in Hierarchies. Annales d'Economie et de Statistique

Carrillo, Juan D. 2000. Grafts, Bribes and the Practice of Corruption. Journal of Economics & Management Strategy.

Carrington, Paul D. 2010. Enforcing International Corrupt Practices Law. Michigan Journal of International Law

Carrington, Paul D. 2010. The International Movement to Deter Corruption: Should China Join? US-China Law Review

Carrington, Paul D. 2012. Qui Tam: Is False Claims Law a Model for International Law? University of Chicago Legal Forum.

Carrington, Paul D. 2013. "Private Enforcement of International Law", in Susan Rose-Ackerman & Paul D. Carrington eds., Anti-Corruption Policy: Can International Actors Play a Constructive Role? (Durham: Carolina Academic Press),.

Carrington, Paul. 2007. Law and Transnational Corruption: The Need for Lincoln's Law Abroad. Law & Contemporary Problems

Carson, L.D. 2014. Deterring Corruption: Beyond Rational Choice Theory. Working paper.

Carson, Lindsey D. & Mariana Mota Prado. 2014. Mapping Corruption and its Institutional Determinants in Brazil. IRIBA Working Paper #8.

Carter, C.R. 2000. Precursors of Unethical Behavior in Global Supplier Management. Journal of Supply Chain Management

Cartier-Bresson, Jean. 1997. Corruption Networks, Transaction Security and Illegal Social Exchange. Political Studies

Carvajal, Raul. 1999. Large-Scale Corruption: Definition, Causes, and Cures. Systemic Practice & Action Research

Caseley, Jonathan. 2004. Public Sector Reform and Corruption: CARD Façade in Andhra Pradesh. Economic & Political Weekly .

Caselli, Francesco & Guy Michaels. 2013. Do Oil Windfalls Improve Living Standards? Evidence from Brazil. American Economic Journal: Applied Economics

Caselli, Francesco & Massimo Morelli. 2004. Bad Politicians. Journal of Public Economics

Caselli, Francesco & Tom Cunningham. 2009. Leader Behavior and the Natural Resource Curse. Oxford Economic Papers

Caspary, G. 2012. Practical Steps To Help Countries Overcome the Resource Curse: The Extractive Industries Transparency Initiative. Global Governance

Cassin, S. 2014. The Best Offense is a Good Defense: How the Adoption of an FCPA Compliance Defense Could Decrease Foreign Bribery. Houston Journal of International Law

Castillo, Marco, Ragan Petrie, Maximo Torero & Angelino Viceisza. 2014. Lost in the Mail: A Field Experiment on Crime. Economic Inquiry

Castro, M., C. Guccio & I. Rizzo. 2014. An Assessment of the Waste Effects of Corruption on Infrastructure Provision. International Tax & Public Finance

Castro, Massimo Finocchiaro, Calogero Guccio & Ilde Rizzo. 2014. An Assessment of the Waste Effects of Corruption on Infrastructure Provision. International Tax & Public Finance

Castro, Massimo Frinocchiaro. 2011. To Bribe or Not to Bribe: An Experimental Analysis of Corruption. DSSGES Working Paper.

Catterburg, Gabriela & Alejandro Moreno. 2005. The Individual Bases of Political Trust: Trends in New and Established Democracies. International Journal of Public Opinion Research

Caulkins, Jonathan et al. 2014. A Dynamic Analysis of Schelling's Binary Corruption Model: A Competitive Equilibrium Approach. Journla of Optimization Theory & Applications

Cava, Anita. 2011. Quid Pro Quo is "So Yesterday": Restoring Honest Services Fraud After Skilling and Black. U.C. Davis Business Law Journal

Cavanagh, C. 2012. Unready for REDD+? Lessons from Corruption in Ugandan Conservation Areas. Bergen: CMI.

Cavill, S. & M. Sohail. 2007. Accountability Arrangements to Combat Corruption: Literature Review. Water, Engineering and Development Centre, Londonborough University.

Cavoli, T. & J.K. Wilson. 2015. Corruption, Central Bank (In)dependence and Optimal Monetary Policy in a Simple Model. Journal of Policy Modeling

Celarier, Michelle. 1997. Privatization: A Case Study in Corruption. Journal of International Affairs

Celentani, Marco & Juan-Jose Ganuza. 1999. Corruption and the Hadleyburg Effect. Working Paper.

Celentani, Marco & Juan-Jose Ganuza. 2002 Corruption and Competition and Procurement. European Economic Review

Celentani, Marco & Juan-Jose Ganuza. 2002. Organized vs. Competitive Corruption.

Annals of Operations Research

Celentani, Marco, Juan-Jose Ganunza & Thierry Verdier. 2005. Corruption and Competition in Procurement Auctions. Rand Journal of Economics

Celentani, Marcos, Juan Jose Ganuza & Jose Luis Peydro. 2004. Combating Corruption in International Business Transactions. Economica

Cerqueti, R. & R. Coppier. 2009. Tax Revenues, Fiscal Corruption and "Shame" Costs. Economic Modelling

Cerqueti, R. & R. Coppier. 2015. Corruptibility and Tax Evasion. European Journal of Law & Economics

Cerqueti, R., R. Cooper & G. Piga. 2012. Corruption, Growth and Ethnic Fractionalization: A Theoretical Model. Journal of Economics

Chadda, M. 2004. "India: Between Majesty and Modernity", in R.A. Johnson ed., The Struggle Against Corruption (New York: Palgrave Macmillan)

Chadhuri, S. & K. Dastidar. 2014. Corruption, Efficiency Wage and Union Leadership. Pacific Economic Review

Chaffee, Eric C. 2012. The Role of the Foreign Corrupt Practices Act and Other Transnational Anti-Corruption Laws in Preventing or Lessening Future Financial Crises. Ohio State Law Journal

Chafuen, Alejandro A. & Eugenio Guzman. 2000. "Economic Freedom and Corruption", in Gerald P. O'Driscoll, Jr., Kim R. Holmes & Melanie Kirkpatrick eds., 2000 Index of Economic Freedom (Heritage Foundation)

Chaikin, David & Jason C. Sharman. 2009. Corruption and Money Laundering: A Symbiotic Relationship.

Chaikin, David. 2005. Policy and Legal Obstacles in Recovering Dictators' Plunder. Bond Law Review

Chaikin, David. 2008. Commecial Corruption and Money Laundering: A Preliminary Analysis. Journal of Financial Crime

Chaikin, David. 2012. "Corrupt Practices Involving Offshore Financial Centers", in Adam Graycar & Russell G. Smith eds., Handbook of Global Research and Practice in Corruption ,

Chalaby, Jean K. 2004. Scandal and the Rise of Investigative Reporting in France. American Behavioral Scientist

Chalmers, I. & B. Setiyono. 2012. The Struggle Against Corruption During the Democratic Transition: Theorising the Emerging Role of CSOs. Development & Society

Chan, Hon S. & Jie Gao. 2009. "Preventing Corruption Through Performance Measurement: The Case of China", in Gong, T. & S.K. Ma eds., Preventing Corruption in Asia: Institutional Design and Policy Capacity (London: Routledge),

Chand, Sheetal K. & Karl O. Moene. 1997. Controlling Fiscal Corruption. World Development

Chanda, Parthapratim. 2004. The Effectiveness of the World Bank's Anti-Corruption Efforts: Current Legal and Structural Obstacles and Uncertainties. Denver Journal of International Law & Policy.

Chander, Parkash & Louis Wilde. 1992. Corruption in Tax Administration. Journal of Public Economic

Chandler, J. & J. Graham. 2010. Relationship-Oriented Cultures, Corruption, and International Marketing Success. Journal of Business Ethics

Chang, Eric & Miriam A. Golden. 2010. Sources of Corruption in Authoritarian Regimes. Social Science Quarterly

Chang, Eric C.C. 2005. Electoral Incentives for Political Corruption under Open-List

Proportional Representation. Journal of Politics

Chang, Eric C.C. & Miriam A. Golden. 2007. Electoral Systems, District Magnitude and Corruption. British Journal of Political Science

Chang, Eric C.C. & Yun-han Chu. 2006. Corruption and Trust: Exceptionalism in Asian Democracies? Journal of Politics

Chang, Eric C.C., Miriam A. Golden & Seth J. Hill. 2010. Legislative Malfeasance and Political Accountability. World Politics

Chang, Juin-Jen, C.C. Lai & C. C. Yang. 2000. Casual Police Corruption and the Economics of Crime: Further Results. International Review of Law & Economics

52. Chang, Juin-Jen, Huei-Chung Lu & Hsueh-Fang Tsai. 2015. Corruption, Growth, and Increasing Returns to Production Specialization. International Journal of Economic Theory

Chang, S. 2015. The Effects of Trade Liberalization on Environmental Degradation. Quality & Quantity

Chanley, V.J., L. Sullivan, M.H. Gonzales & M.B. Kovera. 1994. Lust and Avarice in Politics: Damage Control by Four Politicians Accused of Wrongdoing (or, Politics as Usual). American Politics Quarterly

Charap, Joshua & Christian Harm. 1999. Institutionalized Corruption and the Kleptocratic State. IMF Working Paper No. 99/91.

Charap, Joshua & Christian Harm. 2000. "Institutionalized Corruption and the Kleptocratic State," in Claude Menard, ed. Institutions, Contracts, and Organizations: Perspectives from New Institutional Economics (Cheltenham, UK: Edward Elgar).

Charkoff, A., K.A. Thomas, O.S. Hague & L. Young. 2015. An Indecent Proposal: The Dual Functions of Indirect Speech. Cognitive Science

Charkraborty, Shankha & Era Dabla-Norris. 2009. The Quality of Public Investment. IMF Working Paper No. 09/154.

Charles, Guy-Uriel E. 2014. Corruption Temptation. California Law Review

Charlton, Roger. 1990. Exploring the Byways of African Political Corruption: Botswana and Deviant Case Analysis. Corruption & Reform

Charoensukmongol, Peerayuth & Murad Moqbel. 2014. Does Investment in ICT Curb or Create More Corruption? A Cross-Country Analysis. Public Organization Review

Charron, Nicholas & Victor Lapuente. 2010. Does Democracy Produce Quality of Government? European Journal of Political Research

Charron, Nicholas & Victor Lapuente. 2011. Which Dictators Produce Quality of Government? Studies in Comparative Political Development

Charron, Nicholas et al. 2010. Measuring the Quality of Government and Subnational Variation. Report for the European Comissin Directorate-General Regional Policy Directorate.

Charron, Nicholas, L. Dijkstra & V. Lapuente. 2014. Regional Governance Matters: Quality of Government with European Union Member States. Regional Studies

Charron, Nicholas, L. Dijkstra & V. Lapurente. 2015. Mapping the Regional Divide in Europe: A Measure for Assessing Quality of Government in 206 European Regions. Social Indicators Research

Charron, Nicholas, Victor Lapuente & Bo Rothstein eds. 2013. Quality of Government and Corruption From a European Perspective: A Comparative Study of Good Government in EU Regions (Edward Elgar Publishing).

Charron, Nicholas. 2009. Government Quality and Vertical Power-Sharing in Fractionalized States. Publius: The Journal of Federalism

Charron, Nicholas. 2009. The Impact of Socio-Political Integration and Press Freedom on Corruption. Journal of Development Studies

Charron, Nicholas. 2010. The Correlates of Corruption in India: Analysis and Evidence from the States. Asian Journal of Political Science

Charron, Nicholas. 2011. Exploring the Impact of Foreign Aid on Corruption – Has the 'Anti-Corruption' Movement Been Effective? The Developing Economies

Charron, Nicholas. 2011. Party System, Electoral Systems and Constraints on Corruption. Electoral Studies

Charron, Nicholas. 2013. How Much Are Corruption Perceptions Explained by Actual Experience with Corruption? Working paper.

1280

Charron, Nicholas. 2015. Do Corruption Measures Have a Perception Problem?

Assessing the Relationship Between Experiences and Perceptions of Corruption Among Citizens and Experts. European Political Science Review (forthcoming).

Charumilind, C., R. Kali & Y. Wiwattanakantang. 2006. Connected Lending: Thailand before the Financial Crisis. Journal of Business

Chassang, Sylvain & Gerard Padro I Miquel. 2014. Corruption, Intimidation, and Whistle-Blowing: A Theory of Inference from Unverifiable Reports. Working paper.

Chatterjee, Ishita & Ranjan Ray. 2012. Does the Evidence on Corruption Depend on How It Is Measured? Results from a Cross-Country Study on Microdata Sets. Applied Economics.

Chatterjee, Shinjini. 2015. Dangerous Liaisons: Criminalization of "Relationship Hires" Under the Foreign Corrupt Practices Act. University of Pennsylvania Law Review

Chaudhury, Nazmul, Jeffrey Hammer, Michael Kremer, Karthik Muralindharan & F. Halsey Rogers. 2006. Missing in Action: Teacher and Health Worker Absence in Developing Countries. Journal of Economic Perspectives

Chayes, I., L. Fergusson & J.A. Robinson. 2015. He Who Counts Elects: Economic Elites, Political Elites, and Electoral Fraud. Economics & Politics

Chayes, Sarah. 2015. Thieves of State: Why Corruption Threatens Global Security (New York: W.W. Norton & Co.).

Che, Yeon-Koo. 1995. Revolving Doors and Optimal Tolerance for Agency Collusion. RAND Journal of Economics.

Chen, C.W., J. Cullen & K. Parboteeah. 2015. Are Manager-Controlled Firms More Likely to Bribe than Shareholder-Controlled Firms: A Cross-Cultural Analysis. Management & Organization Review

Chen, Christine S. & Dominik Zaum. 2008. Introduction – Key Themes in Peacebuilding and Corruption. International Peacekeeping

Chen, K. 2000. Towards an Integrated Model of Corruption: Opportunities and Control in China. International Journal of Public Administration

Chen, Kang, Arye L. Hillman & Qingyang Gu. 2002. "From the Helping Hand to the Grabbing Hand: Fiscal Federalism and Corruption in China," in J. Wong & D. Lu eds., China's Economy in the New Century: Structural Issues and Problems (New Jersey: World Scientific).

Chen, Kang. 2004. Fiscal Centralization and the Form of Corruption in China. European Journal of Political Economy

Chen, M., B.N. Jeon, R. Wang & J. Wu. 2015. Corruption and Bank Risk-Taking: Evidence from Emerging Economies. Emerging Markets Review

Cheng, Jinhua. 2009. Police Corruption Control in Hong Kong and New York City: A Dilemma of Checks and Balances in Combating Corruption. BYU Journal of Public Law

Chereches, R.M., M.I. Ungureanu, P. Sandu & I.A. Rus. 2013. Defining Informal Payments in Healthcare: A Systematic Review. Health Policy

Chetwynd, E., F. Chetwynd & B. Spector. 2003. Corruption and Poverty: A Review of Recent Literature. (London: Management Systems International).

Cheung, Steven N.S. 1996. A Simplistic General Equilibrium Theory of Corruption. Contemporary Economic Policy

Cheung, Yan Leung, P. Raghavendra Rau & Aris Stouraitis. 2012. How Much Do Firms Pay as Bribes and What Benefits Do They Get? Evidence from Corruption Cases Worldwide. NBER Working Paper No. 17981.

Chimezule, Obinuchi. 2015. Strengthening Institutions in the Fight Against Corruption and Financial Crimes in Nigeria. Working paper.

Chiru, Mihail & Sergiu Gherghina. 2012. When Voter Loyalty Fails: Party Performance and Corruption in Bulgaria and Romania. European Political Science Review

Chiti, Edoardo. 2014. "Mismanagement by European Agencies: Concerns, Institutional Responses, and Lessons", in Jean-Bernard Auby, Emmanuel Breen & Thomas Perroud eds., Corruption and Conflicts of Interest: A Comparative Law Approach

Cho, Wendy K. Tam & Brian J. Gaines. 2007. Breaking the (Benford) Law: Statistical Fraud Detection in Campaign Finance. IEEE Intelligent Systems

Cho, Wonbin & Matthew F. Kirwin. 2008. A Vicious Circle of Corruption and Mistrust in Institutions in Sub-Saharan Africa: A Micro-Level Analysis. (Working Paper No. 71, Afrobarometer, Cape Town.)

Cho, Y.H. & B.-D. Choi. 2004. E-Government to Combat Corruption: The Case of Seoul Metropolitan Government. International Journal of Public Administration

Choe, Chongwoo, Ratbek Dzhumashev, Asadul Islam & Zakir H. Khan. 2013. The Effect of Informal Networks on Corruption in Education: Evidence from the Household Survey Data in Bangladesh. Journal of Development Studies

Choi, E.J. & J.S. Woo. 2012. Political Corruption, Economy, and Citizens' Evaluation of Democracy in South Korea. Contemporary Politics

Choi, Eunjung & Jongseok Woo. 2010. Political Corruption, Economic Performance, and Electoral Outcomes: A Cross-National Analysis. Contemporary Politics

Choi, J.W. 2009. Institutional Structures and Effectiveness of Anticorruption Agencies: A Comparative Analysis of South Korea and Hong Kong. Asian Journal of Political Science

Choi, Jay Pil & Marcel Thum. 2003. The Dynamics of Corruption with the Ratchet Effect. Journal of Public Economics

Choi, Jay Pil & Marcel Thum. 2004. The Economics of Repeated Extortion. Rand Journal of Economics

Choi, Jay Pil & Marcel Thum. 2005. Corruption and the Shadow Economy. International Economic Review

Choi, Jin-Wook. 2007. Governance, Structure, and Administrative Corruption in Japan: An Organizational Network Approach. Public Administration Review

Choi, Stephen J. & Keven E. Davis. 2014. Foreign Affairs and Enforcement of the Foreign Corrupt Practices Act. Journal of Empirical Legal Studies

Chomski, Cara. 2012. Campbell's Soup: Due Process Concerns in Applying the Federal Anti-Bribery Statute to Noncitizen Government Contractors Overseas. University of Chicago Legal Forum 2012

Chong, Alberto & Cesar Calderon. 2000. Institutional Quality and Income Distribution. Economic Development & Cultural Change

Chong, Alberto & Cesar Calderon. 2000. Institutional Quality and Poverty Measures in a Cross-Section of Countries. Economics of Governance

Chong, Alberto & Mark Gradstein. 2007. Inequality and Institutions. Review of Economics & Statistics

1284

Chong, Alberto, Ana L. De La O, Dean Karlan & Leonard Wantchekon. 2015. Does Corruption Information Inspire the Fight or Quash the Hope? A Field Experiment in Mexico on Voter Turnout, Choice, and Party Identification. Journal of Politics

Chou, W. 2014. Restroing Integrity in American Business: A Broad Interpretation of the Foreign Corrupt Practices Act. Wayne Law Review

Chow, D.C.K. 2014. Three Major Risks under the Foreign Corrupt Practices Act for U.S. Multinational Companies Doing Business in China. Fordham International Law Journal

Chow, Daniel C.K. 2014. Why China's Crackdown on Commercial Bribery Threatens Multinational Companies in China. Arizona Journal of International and Comparative Law (forthcoming).

Chow, Daniel. 2012. China Under the Foreign Corrupt Practices Act. Wisconsin Law Review 2012

Chow, Daniel. 2012. The Interplay Between China's Anti-Bribery Laws and the Foreign Corrupt Practices Act. Ohio State Law Journal

Chowdhury, Shyamal K. 2004. The Effect of Democracy and Press Freedom on Corruption: An Empirical Test. Economics Letters

Christensen, J. 2012. The Hidden Trillions: Secrecy, Corruption, and the Offshore Interface. Crime, Law & Social Change

Christensen, R. & T.J. Schultz. 2014. Identifying Election Fraud Using Orphan and Low Propensity Voters. American Politics Research

Christensen, Zachary, Dustin Homer & Daniel Nielson. 2011. Dodging Adverse Selection: How Donor Type and Goverance Condition Aid's Effects on School Enrollment. World Development

Christensen, Zachary, Richard Nielsen, Daniel Nielsen & Michael Tierney. 2011. Transparency Squared: The Effects of Aid Transparency on Recipients' Corruption Levels. Working paper.

Chu, C.Y. Cyrus. 1990. Income Tax Evasion with Venal Tax Officials – The Case of Developing Countries. Public Finance

Chua, Yvonne T. 1999. Robbed: An Investigation of Corruption in Philippine Education (Quezon City: Philippine Center for Investigative Journalism).

Cingano, Frederico & Paolo Pinotti. 2013. Politicians at Work: The Private Returns and Social Costs of Political Connections. Journal of the European Economic Association

Ciocchini, F., E. Durbin & D. Ng. 2003. Does Corruption Increase Emerging Market Bond Spreads? Journal of Economics & Business

Cisar, Ondrej. 2003. Strategies for Using Information Technology for Curbing Public Sector Corruption: The Case of the Czech Republic (CR). Open Society Institute, Budapest.

Claessens, S. et al. 2008. Political Connections and Preferential Access to Finance: The Role of Campaign Contributions. Journal of Financial Economics

Clare Cohen, J. 2002. Improving Transparency in Pharmaceutical Systems: Strengthening Critical Points against Corruption (Latin American and Carribean Bank).

Clark, D. 1987. A Community Relations Approach to Corruption: The Case of Hong Kong. Corruption and Reform

Clark, Kathleen. 1996. Do We Have Enough Ethics in Government Yet?: An Answer from Fiduciary Theory. University of Illinois Law Review 1996

Clarke, G., K. Friesenbichler & M. Wong. 2015. Do Indirect Questions Reduce Lying About Corruption? Evidence from a Quasi-Field Experiment. Comparative Economic Studies

Clarke, G.R. 2011. How Petty Is Petty Corruption? Evidence from Firm Surveys in Africa. World Development

Clarke, George R.G. & Lixin Colin Xu. 2004. Privatization, Competition, and Corruption: How Characteristics of Bribe Takers and Payers Affect Bribes to Utilities, Journal of Public Economics

Clarke, George R.G. 2012. What Do Managers Mean When They Say 'Firms Like Theirs' Pay Bribes? International Journal of Economics & Finance

Claros, A. 2015. Removing Impediments to Sustainable Economic Development: The Case of Corruption. Journal of International Commerce, Economics & Policy 6(1)

Clausen, Bianca, Aart Kraay & Peter Murrell. 2011. "Does Respondent Reticence Affect the Results of Corruption Surveys? Evidence from the World Bank Enterprise Survey for Nigeria", in Susan Rose-Ackerman & Tina Soreide eds., International Handbook on the Economics of Corruption, Vol. 2 .

Clausen, Bianca, Aart Kraay & Zsolt Nyiri. 2011. Corruption and Confidence in Public Institutions: Evidence from a Global Survey. World Bank Economic Review

Clausen, Michael. 2012. Corruption and Democracy in Brazil. Brasiliana: Journal for Brazilian Studies.

Cleveland, Daniel C. 2007. Once Again, It Is Time to "Speak More Clearly" About

§1346 and the Intangible Rights Doctrine in Mail and Wire Fraud. Northern Kentucky Law Review

Co, Edna Estifania A. Co. 2007. "Challenges to the Philippine Culture of Corruption", in Sarah Bracking ed., Corruption and Development: The Anti-Corruption Campaigns (Palgrave Macmillan)

Coates, John. 2015. Corporate Speech and the First Amendment: History, Data, and Implications. Working paper.

Cockcroft, Laurence. 2012. Global Corruption: Money, Power, and Ethics in the Modern World. (Philadelphia: University of Pennsylvania Press).

Coco, G. & R. Lagravinese. 2014. Cronyism and Education Performance. Economic Modelling

Coffee, John C., Jr. 1998. Modern Mail Fraud: The Restoration of the Public/Private Distinction. American Criminal Law Review.

Cohen, J.R., L.W. Pant & D.J. Sharp. 1996. A Methodological Note on Cross-Cultural Accounting Ethics Research. International Journal of Accounting

Cohen, Joel M. & Adam P. Wolf. 2010. Narrow, Don't Abolish, FCPA Facilitating Payments Exception. New York Law Journal

Cohen, Joel M., Michael P. Holland & Adam P. Wolf. 2008. Under the FCPA, Who Is a Foreign Official Anyway? Business Lawyer

Colares, Juscelino F. 2006. The Evolving Domestic and International Law Against Foreign Corruption: Some New and Old Dilemmas Facing the International Lawyers.

Washington University Global Studies Law Review

Colazingari, Silvia & Susan Rose-Ackerman. 1998. Corruption in a Paternalistic Democracy: Lessons from Latin American Countries. Political Science Quarterly

Colbran, Nicola. 2009. Courage Under Fire: The First Five Years of the Indonesian Judicial Commission. Australian Journal of Asian Law

Coldham, Simon. 1995. Legal Responses to State Corruption in Commonwealth Africa. Journal of African Law

Cole, Matthew A. 2007. Corruption, Income and the Environment: An Empirical Analysis. Ecological Economics

Cole, Shawn A. & Anh Tran. 2011. "Evidence from the Firm: A New Approach to Understanding Corruption," in Susan Rose-Ackerman & Tina Soreide eds. International Handbook on the Economics of Corruption (Volume II)

Cole, W.M. 2015. Institutionalizing a Global Anti-Corruption Regime: Perverse Effects on Country Outcomes, 1984-2012. International Journal of Comparative Sociology

Collier, Michael W. 2002. Explaining Corruption: An Institutional Choice Approach. Crime, Law & Social Change

Collier, Michael W. 2005. Political Corruption in the Caribbean Basin: Constructing a Theory to Combat Corruption (New York: Routledge).

Collier, P. & D. Dollar. 2004. Development Effectiveness: What Have We Learnt? Economic Journal

Collier, P. 2006. Is Aid Oil? An Analysis of Whether Africa Can Absorb More Aid. World Development

Collier, Paul. 2000. How to Reduce Corruption. African Development Review

Collignon, P., P. Athukorala, S. Senanayake & F. Khan. 2015. Antimicrobial Resistance: The Major Contribution of Poor Governance and Corruption to this Growing Problem.PLoS One

Collins, J.D., K. Uhlenbruck & P. Rodriguez. 2009 Why Firms Engage in Corruption: A Top Management Perspective. Journal of Business Ethics

Colombo, Gherardo. 2006. Investigating and Prosecuting Large-Scale Corruption: The Italian Experience. Journal of International Criminal Justice

Colon, R. & H.G. Bladuell. 2014. Auditors and the Foreign Corrupt Practices Act: Lessons from Latin America. Accounting in Latin America (Research in Accounting in Emerging Economies)

Comaroff, J.L. & J. Comaroff. 2004. Policing Culture, Cultural Policing: Law and Social Order in Postcolonial South Africa. Law & Social Inquiry

Compte, Olivier, Ariane Lambert-Mogiliansky & Thierry Verdier. 2005. Corruption and Competition in Procurement Auctions. RAND Journal of Economics.

Conover, K. 2014. Rethinking Anti-Corruption Reforms: The View from Ancient Athens. Buffalo Law Review

Conroy, Patrick & Graeme Honter. 2011. Economic Analysis of Damages under the Foreign Corrupt Practices Act. New York: National Economic Research Associates.

Conry, Colleen A. 2010. Complying with the Foreign Corrupt Practices Act in the Global Healthcare Industry. Journal of Health & Life Sciences Law

Contreras-Hermosilla, Arnoldo. 2002. Law Compliance in the Forestry Sector: An Overview. WBI Working Papers 28617, World Bank Institute, Washington, D.C.

Conway, Patrick & Xiaodong Wu. 2004. Corruption and Unemployment. Working paper.

Coogan, J., E. Lin Forder, J. Madir, N. Seiler & C. Wee. 2015. Combatting Fraud and Corruption in International Development. Journal of Financial Crime

Cooksey, Brian. 1998. Corruption in Aid: How Much Is Acceptable? Governance

Cooksey, Brian. 2002. Can Aid Agencies Really Help Combat Corruption? Forum on Crime & Society

Cooksey, Brian. 2010. "Trends in Corruption During the Mkapa Era – Who Wants to Know?", in Kjell Havnevik & Aida C. Isinika eds., Tanzania in Transition: From Nyerere to Mkapa (Dar es Salaam: Mkuki na Nyota Publishers).

Cooksey, Brian. 2012. Aid, Governance and Corruption Control: A Critical Assessment. Crime, Law & Social Change

Cooley, Alexander & Jason C. Sharman. 2015. Blurring the Line Between Licit and Illicit: Transnational Corruption Networks in Central Asia and Beyond. Central Asian Survey

Corbett, J. & R.N. Shiu. 2014. Leadership Succession and the High Drama of Political Conduct: Corruption Stories from Samoa. Pacific Affairs

Cordis, Adriana S. & Patrick L. Warren. 2014. Sunshine as Disinfectant: The Effect of State Freedom of Information Act Laws on Public Corruption. Journal of Public Economics

Cordis, Adriana S. 2014. Corruption and the Composition of Public Spending in the United States. Public Finance Review

Cordis, Adriana. 2009. Judicial Checks on Corruption in the United States. Economics of Governance

Cornelius, Wayne A. 2004. "Mobilizing Voting in the 2000 Elections: The Changing Efficacy of Vote Buying and Coercion in Mexican Electoral Politics", in Jorge I.

Dominguez & Chappell Lawson eds., Mexico's Pivotal Democratic Elections: Candidates, Voters, and the Presidential Campaign of 2000 (Stanford: Stanford University Press).

Coronel, S. 2010. "Corruption and the Watchdog Role of the News Media", in P. Norris ed., Public Sentinel: News Media and Governance Reform (Washington, DC: World Bank)

Corr, Christopher F. & Judd Lawler. 1999. Damned If You Do, Damned If You Don't? The OECD Convention and the Globalization of Anti-bribery Measures. Vanderbilt Journal of Transnational Law

Correani, Luca. 2005. Preferences, Development, and the Corruption Trap. Economica Politica

Corrigan, Caitlin C. 2014. Breaking the Resource Curse: Transparency in the Natural Resource Sector and the Extractive Industries Transparency Initiative. Resources Policy

Corstrange, Daniel. 2012. Vote Trafficking in Lebanon. International Journal of Middle East Studies

Cosenz, F. & G. Noto. 2014. A Dynamic Simulation Approach to Frame Drivers and Implications of Corruption Practices on Firm Performance. European Management Review 11(3-4)

Costa, L.D.A. & E.W. Mainardes. 2015. The Role of Corruption and Risk Aversion in Entrepreneurial Intentions. Applied Economics Letters.

Costa, Samia. 2012. Do Freedom of Information Laws Decrease Corruption? Journal of Law, Economics & Organization

Costas-Perez, Elena, Albert Sole-Olle & Pilar Sorribas-Navarro. 2012. Corruption Scandals, Voter Information, and Accountability. European Journal of Political Economy

Coviello, Decio & Mario Mariniello. 2014. Publicity Requirements in Public Procurement: Evidence from a Regression Discontinuity Design. Journal of Public Economics

Coviello, Decio & Stefano Gagliarducci. 2010. Building Political Collusion: Evidence from Procurement Auctions. IZA Discussion Papers 4939.

Covington, Joseph P., Thomas C. Newkirk & Jessica Tillipman. 2005. FCPA Enforcement in a Sarbanes-Oxley World. Corporate Counselor 20(3) (August, 2005).

Cowley, Edd & Sarah Smith. 2014. Motivation and Mission in the Public Sector: Evidence from the World Values Survey. Theory & Decision

Cox, Gary R. & J. Morgan Kousser. 1981. "Turnout and Rural Corruption: New York as a Test Case," Am. J. Pol. Sci.

Coxson, S.L. 2009. Assessment of Armenian Local Government Corruption Potential. Public Administration & Development

Crabtree, J. 2014. Funding Local Government: Use (and Abuse) of Peru's Canon System. Bulletin of Latin American Research

Cragg, A.W. 1998. Business, Globalization, and the Logic and Ethics of Corruption. Int'l J.

Cragg, Wesley & William Woof. 2002. The U.S. Foreign Corrupt Practices Act: A Study of Its Effectiveness. Business & Society Review

Crawford, B. 2015. The Freezing Assets of Corrupt Officials Act: A Critical Analysis. Canadian Business Law Journa

Cremades, Bernardo M. & David J.A. Cairns. 2003. Corruption, International Public Policy and the Duties of Arbitrators. Dispute Resolution Journal

Cremer, Georg. 2008. Corruption and Development Aid: Confronting the Challenges (Lynne Rienner).

Crites, D. Michael. 2012. The Foreign Corrupt Practices Act at Thirty-Five: A Practitioner's Guide. Ohio State Law Journal

Crivellaro, Antonio. 2013. The Courses of Action Available to International Arbitrators to Address Issues of Bribery and Corruption. Transnational Dispute Management

Crook, Richard & James Manor. 2000. Democratic Decentralization. World Bank Operations Evaluation Department Working Paper No. 11.

Cruz, Cesi & Philip Keefer. 2013. The Organization of Political Parties and the Politics of Bureaucratic Reform. World Bank Policy Research Working Paper 6686.

Cruz, Cesi. 2012. Social Networks and Electoral Strategies in the Philippines. Working paper.

Cruz, J.M. 2015. Police Misconduct and Political Legitimacy in Central America. Journal of Latin American Studies

Cuervo-Cazurra, Alvaro. 2006. Who Cares About Corruption? Journal of International Business Studies.

Cuervo-Cazurra, Alvaro. 2008. Better the Devil You Don't Know: Types of Corruption and FDI in Transition Economies. Journal of International Management 14(1): 12-17.

Cuervo-Cazurra, Alvaro. 2008. The Effectiveness of Laws Against Bribery Abroad. Journal of International Business Studies 39: 634-651.

Çule, Monika & Murray Fulton. 2005. Some Implications of the Unofficial Economy-Bureaucratic Corruption Relationship in Transition Countries. Economics Letters

Cullen, J.B., K.P. Parboteeah & M. Hoegl. 2004. Cross-National Differences in Managers' Willingness to Justify Ethically Suspect Behaviors: A Test of Institutional Anomie Theory. Academy of Management Journa

Curini, L. 2015. The Conditional Ideological Inducement to Campaign on Character Valence Issues in Multiparty Systems: The Case of Corruption. Comparative Political Studies 48(2): 168-.

Curini, Luigi & Paolo Martelli. 2015. A Case of Valence Competition in Elections. Party Politics

Czap, Hans & Kanybek Nur-tegin. 2012. Government Positions for Sale: A Model of Grand Corruption. Business & Politic.

d'Agostino, Giorgio, John Paule Dunne & Luca Pieroni. 2012. Corruption, Military Spending and Growth. Defense & Peace Economics

D'Alterio, Elisa. 2014. "Global Integrity: National Administrations versus Global Regimes", in Jean-Bernard Auby, Emmanuel Breen & Thomas Perroud eds., Corruption and Conflicts of Interest: A Comparative Law Approach

D'Souza, A. & D. Kaufmann. 2013. Who Bribes in Public Contracting and Why: Worldwide Evidence from Firms. Economics of Governance

D'Souza, Anna. 2011. The OECD Anti-Bribery Convention: Changing the Currents of Trade. Journal of Development Econoimcs

Dabla-Norris, E. et al. 2012. Investing in Public Investment: An Index of Public Investment Efficiency. Journal of Economic Growth

Dabla-Norris, E., M. Gradstein & G. Inchauste. 2008. What Causes Firms to Hide Output? The Determinants of Informality. Journal of Development Economics

Dabla-Norris, Era & Elisabeth Paul. 2006. What Transparency Can Do When Incentives Fail: an Analysis of Rent Capture. IMF Working Paper No. 06/146.

Dabla-Norris, Era & Paul Wade. 2001. Rent Seeking and Endogenous Income Inequality. IMF Working Paper No. 01/15.

Dabla-Norris, Era & Scott Freeman. 2004. Enforcement of Property Rights and Underdevelopment. Review of Development Economics

Dabla-Norris, Era. 2000. A Game-Theoretic Analysis of Corruption in Bureaucracies. IMF Working Paper No. 00/106.

Dada Ojo, M.O. 2014. The Nigeria Police and the Search for Integrity in the Midst of Diverse Challenges: An Effective Police Management Approach. International Journal of Police Science & Management

Dadalauri, Nina. 2007. "Political Corruption in Georgia", in Sarah Bracking ed., Corruption and Development: The Anti-Corruption Campaigns (Palgrave Macmillan)

Dahlstrom, Carl, Johannes Lindvall & Bo Rothstein. 2013. Corruption, Bureaucratic Failure, and Social Policy Priorities. Political Studies

Dahlstrom, Carl, Victor Lapuente & Jan Teorell. 2012. The Merit of Meritocratization: Politics, Bureaucracy, and the Institutional Deterrents of Corruption. Political Research Quarterly

Dahlstrom, Carl. 2015. "Bureaucracy and Corruption" , in Paul M. Heywood ed., The Routledge Handbook of Political Corruption (New York: Routledge)

Dai, M., M. Sidiropoulos & E. Spyromitros. 2015. Fiscal Policy, Institutional Quality and Central Bank Transparency. Manchester School

Dakolias, Maria & Kim Thachuk. 2000. Attacking Corruption in the Judiciary: A Critical Process in Judicial Reform. Wisconsin International Law Journal

Dal Bo, Ernesto & Martin A. Rossi. 2007. Corruption and Inefficiency: Theory and Evidence from Electric Utilities. Journal of Public Economics

Dal Bo, Ernesto & Rafael Di Tella. 2003. Capture by Threat. Journal of Political Economy

Dal Bo, Ernesto, Pedro Dal Bo & Rafael Di Tella. 2006. "Plata o Plomo? ": Bribe and Punishment in a Theory of Political Influence. American Political Science Review

Dal Bo, Ernesto. 2007. Bribing Voters. American Journal of Political Science3.

Dalgaard, Carl-Johan & Ola Olsson. 2008. Windfall Gains, Political Economy and Economic Development. Journal of African Economies 17(Supp. 1)

Dalton, Marie M. 2006. Efficiency v. Morality: The Codification of Cultural Norms in the Foreign Corrupt Practices Act. NYU Journal of Law & Business

Daly, Conrad & Frank Fariello. 2012. Transforming Through Transparency: Opening Up the Bank's Sanctions Regime. World Bank Legal Review

Damania, Richard, Per G. Fredriksson & J.A. List. 2003. Trade Liberalization, Corruption, and Environmental Policy Formation: Theory and Evidence. Journal of Environmental Economics & Managemen

Damania, Richard, Per G. Fredriksson & Muthukumara Mani. 2004. The Persistence of Corruption and Regulatory Compliance Failures: Theory and Evidence. Public Choice

Damania, Richard. 2002. Environmental Controls with Corrupt Bureaucrats. Environment & Development Economics

Damarys, Canache & Micheal E. Allsion. 2005. Perceptions of Political Corruption in Latin American Democracies. Latin American Politics & Society,

Dane, E. & S. Sonenshein. 2015. On the Role of Experience in Ethical Decision Making at Work: An Ethical Expertise Perspective. Organizational Psychology Review

Danopoulos, Constantine Panos. 2014. The Cultural Roots of Corruption in Greece. Mediterranean Quarterly

Daoud, A. 2015. Quality of Governance, Corruption and Absolute Child Poverty in India. Journal of South Asian Development

Darabare, S.J. 2014. Electoral Corrupt Practice and Electoral Offences: An Analysis. Journal of Legal Analysis & Research

Darden, Keith. 2008. The Integrity of Corrupt States: Graft as an Informal Political Institution. Politics & Society

Darley, John M. 2004. The Cognitive and Social Psychology of Contagious Organizational Corruption. Brooklyn Law Review

Darley, W.K. 2012. Increasing Sub-Saharan Africa's Share of Foreign Direct Investment: Public Policy Challenges, Strategies, and Implications. Journal of African Business

Darr, Asaf. 2003. Gifting Practices and Interorganizational Relations: Constructing Obligation Networks in the Electronics Sector. Sociological Forum

Darrough, Masako N. 1999. Privatization and Corruption: Patronage vs. Spoils. International Public Management Journal

Darrough, Masako N. 2010. The FCPA and the OECD Convention: The Lessons from the U.S. Experience. Journal of Business Ethics

Das, Anupam & Meaghan Marie Beatty Parry. 2011. Greasing or Sanding? GMM Estimation of the Corruption-Investment Relationship. International Journal of Economics & Research

Das, Jayoti & Cassandra DiRienzo. 2009. The Nonlinear Impact of Globalization on Corruption. International Journal of Business & Finance Research.

Das, Veena. 2015. Corruption and the Possibility of Life. Contributions to Indian Sociology

Dastidar, K.G. & D. Mukherjee. 2014. Corruption in Delegated Public Procurement Auctions. European Journal of Political Economy

Datu, T.T. & H.J. Nawawi. 2014. Implementation of Good Governance and Bureaucratic Reform in Indonesia. International Journal of Academic Research

David-Barrett, E. & K. Okamura. 2013. The Transparency Paradox: Why Corrupt Countries Join the Extractive Industries Transparency Initiative. Working paper.

David-Barrett, E. 2015. Nolan's Legacy: Regulating Parliamentary Conduct in Democratising Europe. Parliamentary Affairs

Davids, Cindy & Grant Schubert. 2012. "The Global Architecture of Foreign Bribery Control: Applying the OECD Bribery Convention", in Adam Graycar & Russell G. Smith eds., Handbook of Global Research and Practice in Corruption

Davidson, J.S. 2007. Politics-as-Usual on Trial: Anti-Corruption Campaigns in Indonesia. Pacific Review

Davidson, S. 1999. Okeahalam and Bah on Corruption: A Comment. South African Journal of Economics

Davies, Mark. 2000. "Ethics in Government and the Issue of Conflicts of Interest", in Yassin El-Ayouty, Kevin J. Ford & Mark Davies eds., Government Ethics and Law Enforcement: Toward Global Guidelines (New York: Praeger Publishers)

Davis, Charles L., Roderic Ai Camp & Kenneth M. Coleman. 2004. The Influence of Party Systems on Citizens' Perceptions of Corruption and Electoral Response in Latin America. Comparative Political Studies

Davis, Diane E. 2006. Undermining the Rule of Law: Democratization and the Dark Side of Police Reform in Mexico. Latin American Politics & Society

Davis, J.H. & J.A. Ruhe. 2003. Perceptions of Country Corruption: Antecedents and Outcomes. Journal of Business Ethics

Davis, Jennifer. 2003. Corruption in Public Service Delivery: Experience from South Asia's Water and Sanitation Sector. World Development

Davis, Kevin E. 2002. Self-Interest and Altruism in the Deterrence of Transnational Bribery. American Law & Economics Review

Davis, Kevin E. 2010. "Does the Globalization of Anti-Corruption Law Help Developing Countries?", in International Economic Law, Globalization and Developing Countries 283-306 (Julio Faundez & Celine Tan eds.)

Davis, Kevin E. 2012. The Prospects for Anti-Corruption Law: Optimists versus Skeptics. Hague Journal on the Rule of Law

Davis, Kevin E. 2012. Why Does the United States Regulate Foreign Bribery: Moralism, Self-Interest, or Altruism? NYU Annual Survey of American Law

Davis, Kevin E. 2014. Regulation of Foreign Bribery: The FCPA Enforcement Model.Working paper.

Davis, Kevin E. 2015. "Regulation of Foreign Bribery: The FCPA Enforcement Model", in Susan Rose-Ackerman & Paul Lagunes eds., Greed, Corruption, and the Modern State

Davis, Kevin E., Guillermo Jorge & Maira Rocha Machado. 2015. Transnational Anticorruption Law in Action: Cases from Argentina and Brazil. Law & Social Inquiry

Davis, Kevin. 2009. Civil Remedies for Corruption in Government Contracting: Zero Tolerance versus Proportional Liability. Working paper.

Davis, Kevin. 2013. "Does the Globalization of Anti-Corruption Law Help Developing Countries?", in Susan Rose-Ackerman & Paul D. Carrington eds., Anti-Corruption Policy: Can International Actors Play a Constructive Role? (Durham: Carolina Academic Press)

Dawid, Herbert & Gustav Feichtinger. 1996. On the Persistence of Corruption. Journal of Economics

Dawson, H.J. 2014. Patronage from Below: Political Unrest in an Informal Settlement in South Africa. African Affairs

de Alencar, Carols Higino Rieiro & Ivo T. Gico, Jr. 2011. When Crime Pays: Measuring Judicial Performance Against Corruption in Brazil. Law & Buisness Review of the Americas

de Almeida, M.A. & B. Zagaris. 2015. Political Capture in the Petrobras Corruption Scandal: The Sad Tale of an Oil Giant. Fletcher Forum of World Affairs

De Beco, G. 2011. Monitoring Corruption from a Human Rights Perspective. International Journal of Human Rights

De Figueiredo, Miguel F.P., F. Daniel Hidalgo & Yuri Kasahara. 2011. When Do Voters Punish Corrupt Politicians? Experimental Evidence from Brazil. Working Paper.

De George, Richard T. 1997 "Sullivan Type" Principles for U.S. Multinationals in Emerging Economies. University of Pennsylvania Journal of International Economic Law

De Graaf, Gjalt & L.W.J.C. Huberts. 2008. Portraying the Nature of Corruption Using an Explorative Case Study Design. Public Administration Review

De Graaf, Gjalt, L. Huberts & J.M. Nelen. 2008. Is the Glass Half Full or Half Empty? Perceptions of the Scale and Nature of Corruption in the Netherlands. Perspectives on European Politics & Society

De Graaf, Gjalt, Patrick von Maravic & Pieter Wagenaar eds. 2010. The Good Cause: Theoretical Perspectives on Corruption (Farmington Hills: Budrich Publishing).

De Graaf, Gjalt. 2007. Causes of Corruption: Towards a Contextual Theory of Corruption. Public Administration Quarterly

de Groot, Henri, Gert-Jan Linders, Piet Rietveld & Uma Subramanian. 2004. The Institutional Determinants of Bilateral Trade Patterns. Kyklos

De Jaegere, Samuel. 2012. Principles for Anti-Corruption Agencies: A Game Changer. Jindal Journal of Public Policy

de Jong, Eelke & Christina Bogmans. 2011. Does Corruption Discourage International Trade? European Journal of Political Economy

de Jong, G., P.A. Tu & H. van Ees. 2015. The Impact of Personal Relationships on Bribery Incidence in Transition Economies. European Management Review

de Koker, L. & K. Harwood. 2015. Supplier Integrity Due Diligence in Public Procurerment: Limiting the Criminal Risk to Australia. Sydney Law Review

de Koker, Louis. 2012. "Applying Anti-Money Laundering Laws to Fight Corruption", in Adam Graycar & Russell G. Smith eds., Handbook of Global Research and Practice in Corruption

de la Croix, David & Clara Delavallade. 2009. Growth, Public Investment and Corruption with Failing Institutions. Economics of Governance

De la Croix, David & Clara Delavallade. 2011. Democracy, Rule of Law, Corruption Incentives, and Growth. Journal of Public Economic Theory

de la Croix, David & Clara Delavallade. 2014. Why Corrupt Governments May Receive More Foreign Aid. Oxford Economic Papers

de Maria, W. 2005. Whistleblower Protection: Is Africa Ready? Public Administration & Development

De Maria, William. 2007. Does African Corruption Exist? African Journal of Business Ethics

De Maria, William. 2008. "The New War on African Corruption: Just Another Neo-Colonial Adventure?", in Prasad, A. ed., Against the Grain: Advances in Postcolonial Organization Studies (Copenhagen: Liber & Copenhagen Business School Press).

De Maria, William. 2008. Cross Cultural Trespass: Assessing African Anti-Corruption Capacity. International Journal of Cross Cultural Management

De Maria, William. 2008. Measurements and Markets: Deconstructing the Corruption Perception Index. International Journal of Public Sector Management

de Mello, L. 2004. Can Fiscal Decentralization Strengthen Social Capital? Public Finance Review

De Mello, Luiz E. & Matias Barenstein. 2001. Fiscal Decentralization and Governance: A Cross-Country Analysis. IMF Working Paper 01/71.

1303

De Michele, Roberto. 2004. "The Follow-Up Mechanism of the Inter-American Convention Against Corruption: Is the Glass Half-Empty?", Southwestern Journal of Law & Trade in the Americas

de Michele, Roberto. 2013. "How Can International Financial Institutions Support Countries' Efforts to Prevent Corruption under International Treaties and Agreements?", in Susan Rose-Ackerman & Paul D. Carrington eds., Anti-Corruption Policy: Can International Actors Play a Constructive Role? (Durham: Carolina Academic Press)

De Rosa, Donato, Nishaal Gooroochurn & Holger Gorg. 2010. Corruption and Productivity: Firm-Level Evidence from the BEEPS Survey. World Bank Policy Research Working Paper 5348.

De Simone, Francesco & Bruce Zagaris. 2014. Impact of Foreign Bribery Legislation on Developing Countries and the Role of Donor Agencies. U4 Brief

De Simone, Francesco & Nils Taxell. 2014. Donors and "Zero Tolerance for Corruption": From Principle to Practice. U4 Brief 2014:2.

de Sousa, Luis & Marcelo Moriconi. 2013. Why Voters Do Not Throw the Rascals Out? – A Conceptual Framework for Analysing Electoral Punishment of Corruption. Crime, Law & Social Change

de Sousa, Luis, Peter Larmour & Barry Hindess eds. 2009. Governments, NGOs and Anti-Corruption: The New Integrity Warriors (London: Routledge).

de Sousa, Luis. 2002. Hard Responses to Corruption: Penal Standards and the Repression of Corruption. Crime, Law & Social Change

de Sousa, Luis. 2011. Anti-Corruption Agencies: Between Empowerment and Irrelevance. Crime, Law & Social Change

de Speville, Bertrand. 2010. Overcoming Corruption: The Essentials. BPR Publishers.

de Speville, Betrand. 2010. Anticorruption Commissions: The 'Hong Kong Model' Revisited. Asia-Pacific Review

de Vaal, Albert & Wouter Ebben. 2011. Institutions and the Relation between Corruption and Economic Growth. Review of Development Economics

de Waal, A. 2014. When Kleptocracy Becomes Insolvent: Brute Causes of the Civil War in South Sudan. African Affairs

DeAses, Anne Janet. 2003. Developing Countries: Increasing Transparency and Other Methods of Eliminating Corruption in the Public Procurement Process. Public Contract Law Journal

DeBacker, Jason, Bradley T. Heim & Anh Tran. 2015. Importing Corruption Culture from Oversees: Evidence from Corporate Tax Evasion in the United States. Journal of Financial Economics

DeCelles, K.A., D.S. DeRue, J.D. Margolis & T.L. Ceranic. 2012. Does Power Corrupt or Enable: When and Why Power Facilitates Self-Interested Behavior. Journal of Applied Psychology

Dechenaux, Emmanual & Andrew Samuel. 2014. Announced vs. Surprise Inspections with Tipping Off. European Journal of Political Economy

Dechenaux, Emmanuel & Andrew Samuel. 2012. Preemptive Collusion, Hold-Up and Repeated Interactions. Economica.

Deckert, Joseph, Mikhail Myagkov & Peter C. Ordeshook. 2011. Benford's Law and the Detection of Election Fraud. Political Analysis

Deflem, Mathieu. 1995. Corruption, Law, and Justice: A Conceptual Clarification. Journal of Criminal Justice

Dehn, J., R. Reinikka & J. Svensson. 2003. "Survey Tools for Assessing Performance in Service Delivery", in F. Bourguignon & L.A.P. da Silva eds., The Impact of Economic Policies on Poverty and Income Distribution: Evaluation Techniques and Tools (Washington, DC: World Bank & Oxford University Press).

Deininger, Klaus & Paul Mpuga. 2005. Does Greater Accountability Improve the Quality of Public Service Delivery? Evidence from Uganda. World Development

Dekel, Eddie, Matthew O. Jackson & Asher Wolinsky. 2007. Vote Buying: General Elections. Journal of Political Economy

Del Monte, Alfredo & Erasmo Papagni. 2001. Public Expenditure, Corruption, and Economic Growth: The Case of Italy. European Journal of Political Economy

Del Monte, Alfredo & Erasmo Papagni. 2007. The Determinants of Corruption in Italy: Regional Panel Data Analysis. European Journal of Political Economy

dela Rama, Marie. 2012. Corporate Governance and Corruption: Ethical Dilemmas of Asian Business Groups. Journal of Business Ethics

Delaney, Patrick X. 2007. Transnational Corruption: Regulation Across Borders. Virginia Journal of International Law

Delavallade, Clara. 2006. Corruption and Distribution of Public Spending in Developing Countries. Journal of Economics and Finance

Delavallade, Clara. 2012. What Drives Corruption? Evidence from North African Firms. Journal of African Economics

DeLeon, P. 1989. Public Policy Implications of Systemic Political Corruption. Corruption & Reform

Delgado, M.S., N. Mccloud & S.C. Kumbhakar. 2014. A Generalized Model of Corruption, Foreign Direct Investment, and Growth. Journal of Macroeconomics

Dell'Anno, Roberto & Desiree Teobaldelli. 2015. Keeping both Corruption and the Shadow Economy in Check: The Role of Decentralization. International Tax & Public Finance

Della Porta, Donatella & Alberto Vannucci. 1999. Corrupt exchanges: Actors, and resources, mechanisms of political corruption. New York: Walter de Gruyter, Inc.

Della Porta, Donatella & Alberto Vannucci. 1997. The Resources of Corruption: Some Reflections from the Italian Case. Crime, Law & Social Change

Della Porta, Donatella & Alberto Vannucci. 2007. Corruption and Anti-Corruption: The Political Defeat of "Clean Hands" in Italy. West European Politics.

Della Porta, Donatella & Alberto Vanucci. 1997. The "Perverse Effects" of Political Corruption . Political Studies

Della Porta, Donatella. 1996. Actors in Corruption: Business Politicians in Italy. International Social Science Journal

Della Porta, Donatella. 2000. "Social Capital, Beliefs in Government, and Political Corruption," in Susan Pharr & Robert Putnam, eds. Disaffected Democracies: What's Troubling the Trilateral Countries? (Princeton: Princeton University Press)

Della Porta, Donatella. 2001. A Judges' Revolution? Political Corruption and the Judiciary in Italy. European Journal of Political Research

Della Porta, Donatella. 2004. Political Parties and Corruption: Ten Hypotheses on Five Vicious Circles. Crime, Law & Social Change

Della Porta, Dontatella & Alberto Vannucci. 2012. The Hidden Order of Corruption. Farnham: Ashgate.

Delzangles, Hubert. 2014. "Regulatory Authorities and Conflicts of Interest", in Jean-Bernard Auby, Emmanuel Breen & Thomas Perroud eds., Corruption and Conflicts of Interest: A Comparative Law Approach

Demas, Reagan R. 2008. All Hands on Deck: Collaborative Global Strategies in the Battle Against Corruption and Human Trafficking in Africa. University of St. Thomas Law Journal.

Demas, Reagan R. 2011. Moment of Truth: Development in Sub-Saharan Africa and Critical Alternations needed in Application of the Foreign Corrupt Practices Act and Other Anti-Corruption Initiatives. American University International Law Review

Demas, Regan R. 2014. Biting the Hands that Feed: Corporate Charity and the U.S. Foreign Corrupt Practices Act. American University International Law Review

Deming, S.H. 2014. Canada's Corruption of Foreign Public Officials Act and Secret Commissions Offense. American University International Law Review

Deming, Stuart H. 1999. Foreign Corrupt Practices. International Law

Deming, Stuart H. 2006. The Potent and Broad-Ranging Implications of the Accounting and Record-Keeping Provisions of the Foreign Corrupt Practices Act. Journal of Criminal Law & Criminology

den Nieuwenboer, Niki A. & Muel Kaptein. 2008. Spiraling Down into Corruption: A Dynamic Analysis of the Social Identity Processes That Cause Corruption in Organizations to Grow. Journal of Business Ethics

Deng, X.M. et al. 2014. Analysis of Fraud Risk in Public Construction Projects in China. Public Money & Management

1308

Page 1309  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

Denisova-Schmidt, E. & M. Huber. 2014. Regional Differences in Perceived Corruption among Ukranian Firms. Eurasian Geography & Economics


Denolf, Bert. 2008. The Impact of Corruption on Foreign Direct Investment. Journal of World Investment & Trade


Department for International Development (UK). 2015. Why Corruption Matters: Understanding Causes, Effects and How to Address Them.


Depken, Craig A., II & Courtney L. Lafountain. 2006. Fiscal Consequences of Public Corruption: Empirical Evidence from State Bond Ratings, Public Choice


Desposato, Scott. 2012. Corruption and Electoral Rules. Working Paper.


Devadoss, S. & J. Luckstead. 2015. Can a Corrupt Ruling Party Win a Re-Election Through Vote Buying? Applied Economics 1-6.


Devarajan, S., S. Khemani & M. Walton. 2014. Can Civil Society Overcome Government Failure in Africa? World Bank Research Observer


Dewan, Torun & David P. Myatt. 2007. Scandal, Protection, and Recovery in the Cabinet. American Political Science Review.


Dewi, S. 2014. Balancing Privacy Rights and Legal Enforcement: Indonesian Practices. International Journal of Liability & Scientific Enquiry


Dey, Harendra K. 1989. The Genesis and Spread of Economic Corruption: A Microtheoretic Interpretation. World Development


Dhaliwal, Iqbal & Rema Hanna. 2013. Deal with the Devil: The Success and Limitations of Bureaucratic Reform in India. Working paper.

1309

Dheera-aumpon, Siwapong. 2015. Can Shareholder Rights Protection Reduce Corruption in Lending? International Journal of Monetary Economics & Finance

Di John, Jonathan. 2011. Is There Really a Resource Curse? A Critical Survey of Theory and Evidence. Global Governance

Di Puppo, Lili. 2010. Anti-Corruption Interventions in Georgia. Global Crime

Di Puppo, Lili. 2014. The Construction of Success in Anti-Corruption Activity in Georgia. East European Politics

Di Tella, R. & R. MacCulloch. 2009. Why Doesn't Capitalism Flow to Poor Countries? Brookings Papers on Economic Activity

Di Tella, R., J. Donna & R. MacCulloch. 2008. Crime and Beliefs: Evidence from Latin America. Economics Letters.

Di Tella, Rafael & Ernesto Schargrodsky. 2003. The Role of Wages and Auditing During a Crackdown on Corruption in the City of Buenos Aires. Journal of Law & Economics

Di Tella, Rafael & Federico Weinschelbaum. 2008. Choosing Agents and Monitoring Consumption: A Note on Wealth as a Corruption-Controlling Device. Economic Journal

Di Tella, Rafael & Ignacio Franceschelli. 2011. Government Advertising and Media Coverage of Corruption Scandals. American Economic Journal: Applied Economics

Di Tella, Raphael & William Savedoff. 2001. "Shining Light in Dark Corners," in Diagnosis Corruption: Fraud in Latin America's Public Hospitals (Washington, D.C.: Inter-American Development Bank).

Diaby, Aboubacar & Kevin Sylwester. 2014. Bureaucratic Competition and Public Corruption: Evidence from Transition Countries. European Journal of Political Economy

Diaby, Aboubacar & Kevin Sylwester. 2015. Corruption and Market Competition: Evidence from Post-Communist Countries. World Development

Diaz-Cayeros, Alberto, Beatriz Magaloni & Vidal Romero. 2015. "Caught in the Crossfire: The Geography of Extortion and Police Corruption in Mexico", in Susan Rose-Ackerman & Paul Lagunes eds., Greed, Corruption, and the Modern State .

DiBiagio, Thomas M. 2000. Politics and the Criminal Process: Federal Public Corruption Prosecutions of Popular Public Officials Under the Honest Services Component of the Mail and Wire Fraud Statutes. Dickinson Law Review

Dick, Howard & Simon Butt. 2013. Is Indonesia as Corrupt as Most People Believe and Is It Getting Worse? Melbourne Law Schoole, CILIS Policy Paper.

Dicke, R.A., R.C. Henderickson & S. Kutz. 2014. NATO's Mafia Ally: The Strategic Consequences of Bulgarian Corruption. Comparative Strategy

Dickerson, Claire Moore. 1999. Political Corruption: Free-Flowing Opportunism. Connecticut Journal of International Law

Dietz, S., E. Neumayer & I. De Soysa. 2007. Corruption, the Resource Curse and Genuine Saving. Environment & Development Economics

diGenova, Joseph E. 1998. The Independent Counsel Act: A Good Time to End a Bad Idea. Georgetown Law Journal

Dillon, Amrita & Mandar Oak. 2015. Legalization of Bribe Giving When Bribe Type Is Endogenous. Journal of Public Economic Theory

Dillon, Amrita, Rebecca B. Morton & Jean-Robert Tyran. 2015. Corruption in Committees: An Experimental Study of Information Aggregation Through Voting. Journal of Public Economic Theory

Dimant, E. & B. Hehenkamp. 2014. More Money More Problems? An Experimental Investigation of the Impact of Wage Raises on Individual Corruptibility under Uncertainty. Working paper.

Dimant, Eugen, Tim Krieger & Daniel Meierrieks. 2013. The Effect of Corruption on Migration, 1985-2000. Applied Economics Letters

Dimant, Eugen, Tim Krieger & Margarete Redlin. 2013. A Crook Is a Crook … But Is He Still a Crook Abroad? On the Effect of Immigration on Destination-Country Corruption. Working paper.

Dimant, Eugen. 2014. The Antecedents and Effects of Corruption – A Reassessment of Current (Empirical) Findings. MPRA Working Paper

Dimant, Eugen. 2014. The Nature of Corruption – An Interdisciplinary Perspective. Center for International Economics, Working Paper

Dimitrov, M. 2015. Internal Government Assessments of the Quality of Governance in China. Studies in Comparative International Development

Dimitrova-Grajzi, Valentina, Peter Grajzi & A. Joseph Guse. 2012. Trust, Perceptions of Corruption, and Demand for Regulation: Evidence from Post-Socialist Countries. Journal of Socio-Economics

Dimock, Michael A. & Gary C. Jacobson. 1995. Checks and Choices: The House Bank Scandal's Impact on Voters in 1992. Journal of Politics

Dincer, Oguzhan & Michael Johnston. 2015. Measuring Illegal and Legal Corruption in American States: Some Resultes from the Edmond J. Safra Center for Ethics Corruption in America Survey. Working paper.

Dincer, Oguzhan C. & Burak Gunalp. 2012. Corruption and Income Inequality in the United States. Contemporary Economic Policy

Dincer, Oguzhan C. & Michael Johnston. 2014. Corruption Issues in State and Local Politics: Is Political Culture a Deep Determinant? Working paper.

Dincer, Oguzhan C. 2008. Ethnic and Religious Diversity and Corruption. Economics Letters

Dincer, Oguzhan C., Christopher J. Ellis & Glen R. Waddell. 2010. Corruption, Decentralization and Yardstick Competition. Economics of Governance

Dininio, Phyllis & Robert W. Orttung. 2005. Explaining Patterns of Corruption in the Russian Region. World Politics.

Dininio, Phyllis. 2005. "The Risks of Recorruption", in Bertram Spector ed. Fighting Corruption in Developing Countries: Strategies and Analysis (Bloomfield, CT: Kumarian Press)

Diokno, Benjamin E. 2012. Fiscal Decentralization after 20 Years: What Have We Learned? Where Do We Go from Here? Philippine Review of Economics 49(1): Dion, M. 2011. Corruption, Fraud and Cybercrime as Dehumanizing Phenomena. International Journal of Social Economics

DiPietro, William R. & Michele S. Flint. 2012. Political Corruption, Economic Incentive, Educational Resource Input, and the Quality of Human Capital: A Panel Analysis Over 84 Twenty-Five Years for the Fifty U.S. States. International Journal of Economics & Finance

DiRienzo, C. & J. Das. 2015. Innovation and the Role of Corruption and Diversity: A Cross-Country Study. International Journal of Cross Cultural Management  DiRienzo, Cassandra E., Joyoti Das, Kathryn T. Cort & John Burbridge Jr. 2007.

Corruption and the Role of Information. Journal of International Business Studies

Disch, Arne, Endre Vigeland & Geir Sundet. 2009. Anti-Corruption Approaches: A Literature Review. Sutdy 2/2208. Oslo: Norad.

Dissou, Yazid & Tatsiana Yakautsava. 2012. Corruption, Growth, and Taxation. Theoretical Economics Letters

Ditton, Jason. 1977. Perks, Pilferage and the Fiddle: The Historical Structure of Invisible Wages. Theory & Society.

Dix, S., K. Hussmann & G. Walton. 2012. Risks of Corruption to State Legitimacy and Stability in Fragile Situations. U4 Issue No. 3.

Dixit, Avinash. 2014. How Business Community Institutions Can Help Fight Corruption. World Bank Policy Research Working Paper 6954.

Djankov, Simeon, Caralee McLiesh, Tatiana Nenova & Andrei Shleifer. 2003. Who Owns the Media? Journal of Law & Economics

Djankov, Simeon, Jose G. Montalvo & Marta Reynal-Querol. 2008. The Curse of Aid. Journal of Economic Growth

Djankov, Simeon, Rafael La Porta, Florencio Lopez-de-Silanes & Andrei Shleifer. 2010. Disclosure by Politicians. American Economic Journal: Applied Economics

Djankov, Simeon, Rafael La Porta, Florencio Lopez-de-Silanes & Andrei Shleifer. 2002. The Regulation of Entry. Quarterly Journal of Economics

Dobratz, B.A. & S. Whitfield. 1992. Does Scandal Influence Voters' Party Preference? The Case of Greece During the Papandreou Era. European Sociological Review

Dobson, Carlyn & Antonio Rodriguez Andres. 2011. Is Corruption Really Bad for Inequality? Evidence from Latin America. Journal of Development Studies

Dobson, Stephen & Carlyn Ramlogan-Dobson. 2010. Is There a Trade-Off between Corruption and Inequality? Evidence from Latin America. Economics Letters

Dobson, Stephen & Carlyn Ramlogan-Dobson. 2012. Inequality, Corruption and the Informal Sector. Economics Letters

Dobson, Stephen & Carlyn Ramlogan-Dobson. 2012. Why Is Corruption Less Harmful to Inequality in Latin America? World Development.

Doh, J., P. Rodriguez, K. Uhlenbruck, J. Collins & L. Eden. 2003. Coping with Corruption in Foreign Markets. Academy of Management Executive

Doig, A. & D. Norris. 2012. Improving Anticorruption Agencies as Organisations. Journal of Financial Crime

Doig, A. & M. Tisne. 2009. A Candidate for Relegation? Corruption, Governance Approaches and the (Re)construction of Post-War States. Public Administration & Development

Doig, A. & S. McIvor. 1999. Corruption and its Control in the Developmental Context: An Analysis and Selective Review of the Literature. Third World Quarterly

Doig, A., D. Watt & R. Williams. 2006. Hands-On or Hands-Off? Anti-Corruption Agencies in Action, Donor Expectations, and a Good Enough Reality. Public Administration & Development

Doig, Alan & Heather Marquette. 2005. Corruption and Democratisation: The Litmus Test of International Donor Agency Intentions? Futures

Doig, Alan & Robin Theobald, eds. 2000. Corruption and Democratization (London: Frank Cass).

Doig, Alan & Stephanie McIvor. 2003. The National Integrity System: Assessing Corruption and Reform. Public Administration & Development

Doig, Alan & Stephen Riley. 1998. "Corruption and Anti-Corruption Strategies: Issues and Case Studies from Developing Countries", in Corruption: Integrity Improvement Initiatives in Developing Countries.

Doig, Alan, David Watt & Robert Williams. 2007. Why Do Developing Country Anti-Corruption Commissions Fail to Deal with Corruption? Understanding the Three Dilemmas of Organisational Development, Performance Expectation, and Donor and Government Cycles. Public Administration & Development

Doig, Alan, Stephanie McIvor & Robin Theobald. 2006. Using Corruption Indicators or Descriptors to Assess State Development: Numbers, Nuances and Moving Targets. International Review of Administrative Sciences

Doig, Alan. 1995. Good Government and Sustainable Anti-Corruption Strategies: A Role for Independent Anti-Corruption Agencies? Public Administration and Development

Doig, Alan. 1998. Dealing with Corruption: The Next Steps. Crime, Law & Social Change

Doig, Alan. 1999. In the State We Trust? Democratisation, Corruption and Development. Journal of Commonwealth & Comparative Politics

Doig, Alan. 2006. Dirty Hands and the Donors: Dealing with Corruption in a Post-Mugabe Zimbabwe. Political Quarterly

Doig, Alan. 2007. Not as Easy as it Sounds? Delivering the National Integrity System Approach in Practice: The Case Study of the National Anticorruption Programme in Lithuania. Public Administration Quarterly

Doig, Alan. 2014. Roadworks Ahead? Addressing Fraud, Corruption and Conflict of Interest in English Local Government. Local Government Studies

Dolan, Kathleen, Bruce McKeown & James M. Carlson. 1988. Popular Conceptions of Political Corruption: Implications for the Empirical Study of Political Ethics. Corruption and Reform

Dollar, David, Raymond Fisman & Roberta Gatti. 2001. Are Women Really the "Fairer" Sex? Corruption and Women in Government. Journal of Economic Behavior

Domfeh, Kwame Ameyaw & Justice Nyigmah Bawole. 2011. Muting the Whistleblower Through Retaliation in Selected African Countries. Journal of Public Affairs.

Domokos, L. 2015. Strengthening Integrity Against Corruption: The Integrity Project of the State Audit Office of Hungary. International Journal of Government Auditing

Donadelli, M., M. Fasan & B. Magnanelli. 2014. The Agency Problem, Financial Performance and Corruption: Country, Industry and Firm Level Perspectives. European Management Review

Donais, T. 2003. The Political Economy of Stalemate: Organised Crime, Corruption and Economic Development in Post-Dayton Bosnia. Conflict, Security & Development

Donaldson, T. & T.W. Dunfee. 1999. Ties that Bind: A Social Contracts Approach to Business Ethics (Boston, MA: Harvard Business School Press).

Donchev, Dilyan & Gergely Ujhelyi. 2014. What Do Corruption Indices Measure? Economics & Politics

Dong, Bin & Benno Torgler. 2009. Corruption and Political Interest: Empirical Evidence at the Micro Level. Journal of Interdisciplinary Economics

Dong, Bin & Benno Torgler. 2009. Corruption, Social Norms and Political Interest. Empirical Economics Letters.

1317

Dong, Bin & Benno Torgler. 2010. The Consequences of Corruption: Evidence from China. Working Paper.

Dong, Bin & Benno Torgler. 2011. Democracy, Property Rights, Income Equality, and Corruption. Working paper.

Dong, Bin & Benno Torgler. 2012. Corruption and Social Interaction: Evidence from China. Journal of Policy Modeling

Dong, Bin & Benno Torgler. 2013. Causes of Corruption: Evidence from China. China Economic Review

Dong, Bin, Uwe Dulleck & Benno Torgler. 2012. Conditional Corruption. Journal of Economic Psychology

Donohue, J. 2015. Combatting Fraud, Waste and Abuse: A More Proactive Approach is the Answer. Journal of Government Financial Management

Dormaels, Arne. 2014. Perceptions of Corruption in Flanders: Surveying Citizens and Police. A Study on the Influence of Occupational Differential Association on Perceptions of Corruption. Policing & Society

Dorotinsky, W. & S. Pradhan. 2007. "Exploring Corruption in Public Financial Management" , in J.E. Campos & S. Pradhan eds., The Many Faces of Corruption: Tracking Vulnerabilities at the Sector Level (Washington, D.C.: World Bank).

Dort, T., P. Meon & K. Sekkat. 2014. Does Investment Spur Growth Everywhere? Not Where Institutions Are Weak. Kyklos

dos Santos, L.A. & P.M.T. da Costa. 2014. The Contribution of Lobby Regulation Initiatives in Addressing Political Corruption in Latin America. Journal of Public Affairs

Doty, James R. 2007. Toward a Reg FCPA: A Modest Proposal for Change in Administering the Foreign Corrupt Practices Act. Business Lawyer

Douoguih, K.C. 2005. Does Mineral Resource Dependence Foster Corruption? Working paper.

Dowd, Raymond J. 1991. Civil RICO Misread: The Judicial Repeal of the 1988

Amendments to the Foreign Corrupt Practices Act. Fordham International Law Journal .

Drabek, Z. & W. Payne. 2001. The Impact of Transparency on Foreign Direct Investment. WTO Working Paper ERAD-99-02.

Drackle, Dorle. 2005. "Where the Jeeps Come From: Narratives of Corruption in the Alentejo (Southern Portugal)", in Dieter Haller & Chris Shore eds., Corruption: Anthropological Perspectives (Pluto Press).

Dreher, A. & T. Herzfeld. 2005. "The Economic Costs of Corruption: A Survey and New Evidence", in F.N. De Luca ed., Economic Corruption: Detection, Costs and Prevention (Nova Science).

Dreher, A., P.G. Meon & F. Schneider. 2014. The Devil Is in the Shadow. Do Institutions Affect Income and Productivity or Only Official Income and Official Productivity? Public Choice

Dreher, Axel & Friedrich Schneider. 2010. Corruption and the Shadow Economy: An Empirical Analysis.

Dreher, Axel & Lars-H.R. Siemers. 2009. The Intriguing Nexus Between Corruption and Capital Account Restrictions.

Dreher, Axel & Martin Gassebner. 2013. Greasing the Wheels? The Impact of Regulations and Corruption on Firm Entry.

1319

Dreher, Axel, Christos Kotsogiannis & Steve McCorriston. 2007. Corruption Around the World: Evidence from a Structural Model. Journal of Comparative Economics

Dreher, Axel, Christos Kotsogiannis & Steve McCorriston. 2009. How Do Institutions Affect Corruption and the Shadow Economy? International Tax & Public Finance

Drezner, Daniel W. & Nancy Hite-Rubin. 2014. Does Military Power Attract (Corrupt) Foreign Investment? An Empirical Investigation. Working paper.

Drugov, Mikhail, John Hamman & Danila Serra. 2013. Intermediaries in Corruption: An Experiment. Experimental Economics

Drugov, Mikhail. 2010. Competition in Bureaucracy and Corruption. Journal of Development Economics

Drury, A. Cooper, Jonathan Krieckhaus & Michael Lusztig. 2006. Corruption, Democracy, and Economic Growth, International Political Science Review

Du, J. 2008. Corruption and Corporate Finance Patterns: An International Perspective. Pacific Economic Review 13: 183-208.

Dubois, Pascale Hélène & Aileen Elizabeth Nowlan. 2010. Global Administrative Law and the Legitimacy of Sanctions Regimes in International Law. Yale Journal of International Law Online

Dubois, Pascale Hélène et al. 2013. "Sanctions at the World Bank and the Inter-American Development Bank: Addressing Corruption and Fraud in Development Assistance", in Alessandra Del Debbio et al., eds., Temas de Anticorrupção & Compliance

Dubois, Pascale Helene. 2012. Domestic and International Adminsitrative Tools to Combat Fraud & Corruption: A Comparison of US Suspension and Debarment with the World Bank's Sanctions System. University of Chicago Legal Forum

Dubrovskiy, Vladimir. 2006. Towards Effective Anti-Corruption Strategies in Ukraine: Removing the Cornerstone without Toppling the Building. Centre for Social and Economic Research (Warsaw): Studies & Analysis No. 322.

Duckett, Jane. 2001. Bureaucrats in Business, Chinese Style: The Lessons of Market Reform and State Entrepreneurialsim in the People's Republic of China. World Development

Dudas, Stefan & Nikolaos Tsolakidis. 2013. Host-State Counterclaims: A Remedy for Fraud or Corruption in Investment-Treaty Arbitration? Transnational Dispute Management

Dudley, L. & C. Montmarquette. 1987. Bureaucratic Corruption as a Constraint on Vote Choice.

Duflo, Esther & Petia Topalova. 2004. Underappreciated Service: Performance, Perceptions, and Women Leaders in India. Working paper.

Duflo, Esther, Michael Greenstone, Rohini Pande & Nicholas Ryan. 2013. Truth-Telling by Third-Party Auditors and the Response of Polluting Firms: Experimental Evidence from India. Quarterly Journal of Economics

Duflo, Esther, Rema Hanna & Stephen P. Ryan. 2012. Incentives Work: Getting Teachers to Come to School. American Economic Review

Dufwenberg, Martin & Giancarlo Spagnolo. 2015. Legalizing Bribe Giving. Economic Inquiry3.

Dugard, John. 2013. "Corruption: Is there a Need for a New Convention?", in Susan Rose-Ackerman & Paul D. Carrington eds., Anti-Corruption Policy: Can International Actors Play a Constructive Role? (Durham: Carolina Academic Press)

Duggan, M. & S. Levitt. 2002. Winning Isn't Everything: Corruption in Sumo Wrestling. American Economic Review

Dumas, L. J. Wedel. & G. Callman. 2010. Confronting Corruption, Building Accountability: Lessons from the World of International Development Advising. (New York: Palgrave).

Duncan, Christopher J. 2000. Comments on the 1998 Foreign Corrupt Practices Act Amendments: Moral Empiricism or Moral Imperialism? Asian-Pacific Law & Policy Journal

Duncan, Nick. 2006. "The Non-Perception Based Measurement of Corruption: A Review of Issues and Methods from a Policy Perspective", in Charles Sampford, Arthur Shacklock, Carmel Connors & Fredrik Galtung eds., Measuring Corruption (Ashgate)

Dunfee, Thomas W. & David Hess. 2001. Getting from Salbu to the "Tipping Point": The Role of Corporate Action Within a Portfolio of Anti-Corruption Strategies. Northwestern Journal of International Law & Business

Dusek, Libor, Andreas Ortman & Lizal Lubomir. 2005. Understanding Corruption and Corruptibility Through Experiments. Prague Economic Papers

Dusha, E. 2015. Intermediated Corruption. International Economic Review.

Dussuyer, Inez, Stephen Mumford & Glenn Sullivan. 2012. "Reporting Corrupt Practices in the Public Interest: Innovative Approaches to Whistleblowing", in Adam Graycar & Russell G. Smith eds., Handbook of Global Research and Practice in Corruption

Dutt, Pushan & Daniel Traca. 2010. Corruption and Bilateral Trade Flows: Extortion or Evasion? Review of Economics & Statistics

Dutt, Pushan. 2009. Trade Protection and Bureaucratic Corruption: An Empirical Investigation. Canadian Journal of Economics

Dutta, Bhaskar & Poonam Gupta. 2012. How Indian Voters Respond to Candidates with Criminal Charges: Evidence from the 2009 Lok Sabha Elections. Working paper.

1322

Dutta, I. & A. Mishra. 2004. Corruption and Competition in the Presence of Inequality and Market Imperfections. Working paper.

Dutta, Nabamita, Saibal Kar & Sanjukta Roy. 2013. Corruption and Persistent Informality: An Empirical Investigation for India. International Review of Economics & Finance

Duvanova, Denissa. 2012. Bureaucratic Discretion and the Regulatory Burden: Business Environments Under Alternative Regulatory Regimes. British Journal of Political Science

Duvanova, Dinissa. 2014. Economic Regulations, Red Tape, and Bureaucratic Corruption in Post-Communist Economies. World Development

Dwivedi, O.P., D.S. Mishra & Meera Mishra. 2009. "Combating Corruption in India: Challenges and Approaches", in Gong, T. & S.K. Ma eds., Preventing Corruption in Asia: Institutional Design and Policy Capacity (London: Routledge), Dwyer, L., K. Golden & S. Lehman. 2014. Public Corruption. American Criminal Law Review

Dye, K. 2007. "Corruption and Fraud Detection by Supreme Audit Institutions", in A. Shah ed., Performance Accountability and Combating Corruption (World Bank).

Dye, K.M. & R. Stapenhurst. 1998. Pillars of Integrity: The Importance of Supreme Audit Institutions in Curbing Corruption (Washington, D.C.: World Bank).

Dza, Mawuko, Rod Gapp & Ron Fisher. 2015. Taking the Professionalism Out of the Profession: A Study of Procurement and Africa. International Journal of Procurement Management 8(3):.

Dzamtovska-Zdrvkovska, S., J. Denkova & A. Majhosev. 2014. Transparecy v.

Corruption: The Case of Republic of Macedonia. Bulgarian Journal of Science & Education Policy

Dzhumashev, Ratbek. 2014. Corruption and Growth: The Role of Governance, Public Spending, and Economic Development. Economic Modelling

Dzhumashev, Ratbek. 2014. The Two-Way Relationship Between Government Spending and Corruption and its Effects on Economic Growth. Contemporary Economic Policy

Ear, Sophal. 2007. Does Aid Dependence Worsen Governance? International Public Management Journal

Earle, B.H. & A. Cava. 2014. The Penumbra of the United States' Foreign Corrupt Practices Act: Brazil's Clean Companies Act and Implications for the Pharmaceutical Industry. Richmond Journal of Global Law & Business

Earle, Beverly & Anita Cava. 2008. Are Anti-Corruption Efforts Paying Off? International and National Measures in the Asia-Pacific Region and Their Impact on India and Multinational Corporations. University of Hawaii Law Review

Earle, Beverly. 1996. The United States' Foreign Corrupt Practices Act and the OECD - Anti-Bribery Recommendations: When Moral Suasion Won't Work, Try the Money Argument. Dick. J. Int'l L.

Earle, Beverly. 2000. Bribery and Corruption in Eastern Europe, the Baltic States, and the Commonwealth of Independent States: What Is To Be Done? Cornell International Law Journal

Easterly, William & R. Levine. 1997. Africa's Growth Tragedy: Politics and Ethnic Divisions. Quarterly Journal of Economics

Eboe-Osuji, Chile. 2005. "Kleptocracy: A Desired Subject of International Criminal Law that Is in Dire Need of Prosecution by Universal Jurisdiction", in Evelyn A. Ankumah & Edward K. Kwakwa eds., African Perspectives on International Criminal Justice

Echazu, Luciana & Nuno Garoupa. 2010. Corruption and the Distortion of Law Enforcement Effort. American Law & Economics Review.

1324

Echazu, Luciana & Pinaki Bose. 2008. Corruption, Centralization, and the Shadow Economy. Southern Economic Journal

Echazu, Luciana. 2010. Corruption and the Balance of Gender Power. Review of Law & Economics4.

Ecker, Alejandro, Konstantin Glinitzer & Thomas M. Meyer. 2015. Corruption Performance Voting and the Electoral Context. European Political Science Review (forthcoming).

Efobi, Uchenna. 2015. Politicians' Attributes and Institutional Quality in Africa: A Focus on Corruption. Journal of Economic Issues

Egger, Peter & Hannes Winner. 2005. Evidence on Corruption as an Incentive for Foreign Direct Investment. European Journal of Political Economy

Egger, Peter & Hannes Winner. 2007. How Corruption Influences Foreign Direct Investment: A Panel Data Study. Economic Development & Cultural Change

Eggers, Andrew & Arthur Spirling. 2013. Guarding the Guardians: Legislative Self-Policing and Electoral Corruption in Victorian Britain. Quarterly Journal of Political Science

Eggers, Andrew C. & Jens Hainmueller. 2009. MPs for Sale? Returns to Office in Postwar British Politics. American Political Science Review

Eggers, Andrew C. & Jens Hainmueller. 2013. Capitol Losses: The Mediocre Performance of Congressional Stock Portfolios. Journal of Politics

Eggers, Andrew. 2014. Partisanship and Electoral Accountability: Evidence from the UK Expenses Scandal. Quarterly Journal of Political Science

Egorov, Georgy, Sergei Guriev & Konstantin Sonin. 2009. Why Resource-Poor Dictators Allow Freer Media: A Theory and Evidence from Panel Data. American Political Science Review

Ehrlich, Isaac & Francis T. Lui. 1999. Bureaucratic Corruption and Endogenous Economic Growth, Journal of Political Economy

Eicher, T., C. Garcia-Penalosa & T. Van Ypserspele. 2009. Education, Corruption, and the Distribution of Income. Journal of Economic Growth

Eigen, Peter. 2002. Measuring and Combating Corruption. Policy Reform

Eigen, Peter. 2007. Fighting Corruption in a Global Economy: Transparency Initiatives in the Oil and Gas Industry. Houston Journal of International

Einhorn, Aaron. 2007. The Evolution and Endpoint of Responsibility: The FCPA, SOX, Socialist-Oriented Governments, Gratuitous Promises, and a Novel CSR Code. Denver Journal of International Law & Policy

Eisler, Jacob. 2011. The Unspoken Institutional Battle Over Anticorruption: Citizens United, Honest Services, and the Legislative-Judicial Divide. First Amendment Law Review

Elbadawi, I. & R. Soto. 2012. Resource Rents, Political Economy and Economic Growth. Working paper.

Elbahnasawy, Nasr G. & Charles F. Revier. 2012. The Determinants of Corruption: Cross-Country-Panel-Data Analysis. The Developing Economies

Elbahnasawy, Nasr G. 2014. E-Government, Internet Adoption, and Corruption: An Empirical Investigation. World Development

Eldreidge, Tull. 2013. Without Bounds: Navigating Corporate Compliance Through Enforcement of the Foreign Corrupt Practices Act. Arkansas Law Review

Page 1327  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

Eliason, Randall D. 2009. Surgery with a Meat Axe: Using Honest Services Fraud to Prosecute Federal Corruption. Journal of Criminal Law & Criminology

Eliat, Y. & C. Zinnes. 2002. The Shadow Economy in Transition Countries: Friend or Foe? A Policy Perspective. World Development

Elliot, Kimberly Ann, ed. 1997. Corruption and the Global Economy. Washington, D.C.: Institute for International Economics.

Elliott, Kimberly Ann. "Corruption as an International Policy Problem: Overview and Recommendations", in Elliott, Kimberly Ann ed., Corruption and the Global Economy (Institute for International Economics)

Elliott, Kimberly Ann. 1998. The Problem of Corruption: A Tale of Two Countries. Northwestern Journal of International Law & Business

Ellis, S. 2006. The Roots of African Corruption. Current History

Emerson, Patrick M. 2002. Corruption and Industrial Dualism in Less Developed Countries. Journal of International Trade & Economic Development

Emerson, Patrick M. 2006. Corruption, Competition and Democracy. Journal of Development Economics

Enderwick, Peter. 2005. What's Bad About Crony Capitalism? Asian Business & Management

Engel, Christopher, Sebastian J. Georg & Gaoneng Yu. 2013. Symmetric vs. Asymmetric Punishment Regimes for Bribery. Working paper.

1327

Engle, Eric. 2010. I Get By With a Little Help From My Friends? Understanding the U.K. Anti-Bribery Statute, by Reference to the OECD Convention and the Foreign Corrupt Practices Act. International Lawyer

Engvall, J. 2014. Why Are Public Offices Sold in Kyrgyzstan? Post-Soviet Affairs

Engvall, Johan. 2012. Against the Grain: How Georgia Fought Corruption and What It Means. Central Asia-Caucasus Institute & Silk Road Studiees Program, Silk Road Paper.

Eniayejuni, A. & N.S. Evcan. 2015. Nigeria: Corruption Arising from Bad Leadership. European Scientific Journal

Enikolopov, Ruben & Ekaterina Zhuravskaya. 2007. Decentralization and Political Institutions. Journal of Public Economics

Enikolopov, Ruben, Maria Petrova & Konstantin Sonin. 2013. Social Media and Corruption. Working paper.

Ensor, T. 2004. Informal Payments for Health Care in Transition Economies. Social Science & Medicine.

Epperly, B. & T. Lee. 2015. Corruption and NGO Sustainability: A Panel Study of Post-Communist States. Voluntas: International Journal of Voluntary & Nonprofit Organizations

Erard, Brian & Jonathan Feinstein. 1994. Honesty and Evasion in the Tax Compliance Game. Rand Journal of Economics

Eren, T. & A. Jimenez. 2015. Institutional Quality Similarity, Corruption Distance and Inward FDI in Turkey. Journal for East European Management Studies

Erlingsson, Gissur O., Andreas Bergh & Mats Sjolin. 2008. Public Corruption in Swedish Municipalities: Trouble Looming on the Horizon? Local Government Studies

Ernst, Joshua. 2011. The Dodd-Frank Whistleblower Provision: Throwing Fuel on the Fire for Foreign Corrupt Practices Act Compliance. Arizona State Law Journal.

Erwin, P.M. 2010. Corporate Codes of Conduct: The Effects of Code Content and Quality on Ethical Performance. Journal of Business Ethics

Esarey, Justin & Gina Chirillo. 2013. "Fairer Sex" or Purity Myth? Corruption, Gender, and Institutional Context. Politics & Gender.

Escaleras, M., N. Anbarchi & C. Register. 2007. Public Sector Corruption and Major Earthquakes: A Potentially Deadly Interaction. Public Choice

Escaleras, Monica, Shu Lin & Charles Register. 2010. Freedom of Information Acts and Public Sector Corruption. Public Choice

Escobar-Lemmon, M. & A.D. Ross. 2014. Does Decentralization Improve Perceptions of Accountability? Attitudinal Evidence from Colombia. American Journal of Political Science

Escresa, Laarni & Lucio Picci. 2013. A New Cross-National Measure of Corruption. Working paper.

Eskeland, Gunnar S. & Henrik Thiele. 1999. Corruption Under Moral Hazard. World Bank Research Working Paper 2204.

Espinosa-Ramirez, R. 2015. Corruption, Trade, and Institutional Reforms. International Journal of Trade & Global Markets

Estache, A., A. Goicoechea & L. Trujillo. 2006. Utilities Reform and Corruption in Developing Countries. World Bank Policy Research Working Paper

Page 1330  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

Estache, Antonio & Liam Wren-Lewis. 2011. "Anti-Corruption Policy in Theories of Sector Regulation", in International Handbook on the Economics of Corruption, Vol. II. (Edward Elgar Publishing).

Etzioni, Amitai. 1988. Capital Corruption: The New Attack on American Democracy.

Everett, Jeff, D. Neu & A.S. Rahman. 2007. Accounting and the Global Fight Against Corruption. Accounting, Organizations & Society

Everhart, S.S., J. Martinez-Vazquez & R.M. McNab. 2009. Corruption, Governance, Investment and Growth in Emerging Markets. Applied Economics

Evrenk, H. 2011. Why a Clean Politician Supports Dirty Politics: A Game-Theoretical Explanation for the Persistence of Political Corruption. Journal of Economic Behavior & Organization

Evrensel, Ayse Y. 2009. Differences in Bank Regulation: The Role of Governance and Corruption. Journal of Economic Policy Reform

Ewoh, A.I.E., A. Matei & L. Matei. 2013. Corruption, Public Integrity, and Globalization in South-Eastern European States: A Comparative Analysis. Theoretical & Applied Economics

Faber, Gerrit & Michiel Gerritse. 2012. Foreign Determinants of Local Institutions: Spatial Dependence and Openness. European Journal of Political Economy

Fabrizi, Simona & Steffen Lippert. 2012. Corruption and Public Display of Wealth. University of Otago Economics Discussion Papers No. 1202.

Faccio, Mara & David C. Parsley. 2009. Sudden Deaths: Taking Stock of Geographic Ties. Journal of Financial & Quantitative Analysi

Page 1331  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

Faccio, Mara, Ronald W. Masulis & John J. McConnell. 2006. Political Connections and Corporate Bailouts. Journal of Finance

Faccio, Mara. 2006. Politically Connected Firms. American Economic Review

Fackler, Tim & Tse-min Lin. 1995. Political Corruption and Presidential Elections, 1929-1992. Journal of Politics

Factor, R. & M. Kang. 2015. Corruption and Population Health Outcomes: An Analysis of Data from 133 Countries Using Structural Equation Modeling. International Journal of Public Health

Fadairo, O. & A. Ladele. 2014. Attitudes and Perception of Corrupt Practices among Public Officials in the Agricultural Sector in Southwestern Nigeria. Developing Country Studies

Fafchamps, Marcel & Julien Labonne. 2013. Do Politicians' Relatives Get Better Jobs? Evidence from Municipal Elections in the Philippines. Working paper.

Fahr, R. & B. Djawadi. 2013. The Impact of Risk Perception and Risk Attitudes on Corrupt Behavior: Evidence from a Petty Corruption Experiment. IZA Discussion Paper No. 738.

Falaschetti, Dino & Gary Miller. 2001. Constraining the Leviathan: Moral Hazard and Credible Commitment in Constitutional Design. Journal of Theoretical Politics

Falkingham, J. 2004. Poverty, Out-of-Pocket Payments and Access to Health Care: Evidence from Tajikistan. Social Science & Medicine.

Fallon, F. & B.J. Cooper. 2015. Corporate Culture and Greed—The Case of the Australian Wheat Board. Australian Accounting Review.

Fan, C. Simon, Chen Lin & Daniel Treisman. 2009. Political Decentralization and Corruption: Evidence from Around the World, Journal of Public Economics

1331

Fan, J., F. Guan, Z. Li & Y. Yang. 2014. Relationship Networks and Earnings Informativeness: Evidence from Corruption Casese. Journal of Business Finance & Accounting

Fan, Joseph P.H., Oliver Meng Rui & Mengxin Zhao. 2008. Public Governance and Corporate Finance: Evidence from Corruption Cases. Journal of Comparative Economics

Fan, Joseph P.H., Zengquan Li & Yong George Yang. 2010. Relationship Networks and Earnings Informativeness: Evidence from Corruption Cases. Working paper.

Fanjul, Jose Armando. 2008. Corporate Corruption in Latin America: Acceptance, Bribery, Compliance, Denial, Economics, and the Foreign Corrupt Practices Act. Penn State International Law Review

Fantaye, Dawit Kiros. 2004. Fighting Corruption and Embezzlement in Third World Countries. Journal of Criminal Law

Fariello, Frank A., Jr. & Conrad C. Daly. 2013. Coordinating the Fight against Corruption among MDBs: The Past, Present, and Future of Sanctions. George Washington International Law Review

Farla, K. 2014. Determinants of Firms' Investment Behavior: A Multilevel Approach. Applied Economics

Faruq, H., M. Webb & D. Yi. 2013. Corruption, Bureaucracy and Firm Productivity in Africa. Review of Development Economics

Fasano, Dominique T. 2012. United States v. Aguilar: District Court Attempts Clarification of the Foreign Corrupt Practices Act by Further Defining "Foreign Official". Tulane Journal of International & Comparative Law

Faughman, Brian M. & Mitchell A. Seligson. 2015. "Corruption in Latin America: A View from the AmericasBarometer" , in Paul M. Heywood ed., The Routledge Handbook of Political Corruption (New York: Routledge)

Fay, Christopher. 1995. Political Sleaze in France: Forms and Issues. Parliamentary Aff.

Fazekas, M. & I. Toth. 2014. From Corruption to State Capture: A New Analytical Framework with Emprical Applications from Hungary. Working paper.

Fazekas, Mihaly, Istvan Janos Toth & Lawrence Peter King. 2013. Anatomy of Grand Corruption: A Composite Corruption Risk Index Based on Objective Data. CRCB Working Paper.

Fazekas, Mihaly, Jana Chvalkovska, Jiri Skuhrovec, Istvan Janos Toth & Lawrence Peter King. 2013. Are EU Funds a Corruption Risk? The Impact of EU Funds on Grand Corruption in Central and Eastern Europe. CRCB Working Paper

Fedran, J., B. Dobovsek & B. Azman. 2015. Assessing the Preventive Anti-Corruption Efforts in Slovenia. Varstvoslovje

Feichtinger, Gustav & Franz Wirl. 1994. On the Stability and Potential Cyclicity of Corruption in Governments Subject to Popularity Constraints. Mathematical Social Sciences.

Feichtinger, Gustav. 2000. On the Economics of Corruption and Illicit Drugs. Applications of Mathematics and Statistics in Economy

Fein, E. & J. Weibler. 2014. Cognitive Basis for Corruption and Attitudes towards Corruption in Organizations Viewed from a Structuralist Adult Developmental Meta-Perspective. Behavioral Development Bulletin

Fein, E. & J. Weibler. 2014. Review and Shortcomings of Literature on Corruption in Organizations in Offering a Multi-Faceted and Integrative Understanding of the Phenomenon. Behavioral Development Bulletin

Feliciano, Florention P. 2012. Random Reflections on the Bar, Corruption and the Practice of Law. Philippine Law Journal

Fell, Dafydd. 2005. Political and Media Liberalization and Political Corruption in Taiwan. China Quarterly

Felson, Marcus. 2012. "Corruption in the Broad Sweep of History", in Adam Graycar & Russell G. Smith eds., Handbook of Global Research and Practice in Corruption ,

Fendo, Julie. 2000. Attacking the Tools of Corruption: The Foreign Money Laundering Deterrence and Anticorruption Act of 1999. Fordham International Law Journal 23: 1540-1576.

Fernandez-Vazquez, Pablo, Pablo Barbera & Gonzalo Rivero. 2013. Rooting Out Corruption or Rooting For Corruption? The Heterogeous Electoral Consequences of Scandals. Working paper.

Ferraz, Claudio & Frederico Finan. 2008. Exposing Corrupt Politicians: The Effects of Brazil's Publicly Released Audits on Electoral Outcomes. Quarterly Journal of Economics

Ferraz, Claudio & Frederico Finan. 2010. Motivating Politicians: The Impact of Monetary Incentives on Quality and Performance. (Working paper)

Ferraz, Claudio & Frederico Finan. 2011. Electoral Accountability and Corruption: Evidence from the Audits of Local Governments. American Economic Review

Ferraz, Claudio, Frederico Finan & Diana B. Moreira. 2012. Corrupting Learning: Evidence from Missing Federal Education Funds in Brazil. Journal of Public Economics

Ferreras, Leticia. 2013. Corruption and Foreign Education. Journal of Politics & Society

Ferreyra-Orozco, Gabriel. 2010. Understanding Corruption in a State Supreme Court in Mexico: An Ethnographic Approach. Human Organization

Field Jr., Alfred, Luis A. Sosa & Xiaodong Wu. 2006. Effects of Endogenous Bribes on Foreign Direct Investment. Working paper.

Figueroa, J.R. 2012. Justice System Institutions and Corruption Control: Evidence from Latin America. Justice Systems Journal

Finan, Frederico & Laura Schechter. 2012. Vote Buying and Reciprocity. Econometrica.

Findley, Michael G., Daniel L. Nielson & Jason Sharman. 2015. Causes of Noncompliance with International Law: A Field Experiment on Anonymous Incorporation. American Journal of Political Science

Findley, Michael, Daniel Nielson & Jascon C. Sharman. 2013. Using Field Experiments in International Relations: A Randomized Study on Anonymous Incorporation. International Organization

Findley, Michael, Daniel Nielson & Jason Sharman. 2014. Global Shell Games: Experiments in Transnational Relations, Crime, and Terrorism (Cambridge: Cambridge University Press).

Finnie, B.W., L. Gibson & D. McNabb. 2006. Economic Development: Corruption, Complexity, Wealth, and a Triad of Strains. Humanomics

Fiodendji, K. & K. Evlo. 2015. Do Institutions' Quality Affect FDI Inflows in Sub-Saharan African Countries? Journal of Applied Finance & Banking

Fiorino, N., E. Galli & F. Padovano. 2015. How Long Does It Take for Government Decentralization to Affect Corruption? Economics of Governance

Fiorino, Nadia, Emma Galli & Fabio Padovano. 2013. "Do Fiscal Decentralization and Government Fragmentation Affect Corruption in Different Ways? Evidence from a Panel Data Analysis", in S. Lago-Penas & J. Martinez-Vazquez eds., The Challenge of Local Government Size: Theoretical Perspectives, International Experience and Policy Reform - Cheltenham, U.K.

Fiorino, Nadia, Emma Galli & Ilaria Petrarca. 2012. Corruption and Growth: Evidence from the Italian Regions. European Journal of Government & Economics

Firger, Daniel M. 2012. Transparency and the Natural Resource Curse: Examining the New Extraterritorial Information Forcing Rules in the Dodd-Frank Wall Street Reform Act of 2010. Georgetown International Law Journal

Fischer, Ronald, Marioa Cristina Ferreira, Taciano Milfont & Ronaldo Pilati. 2014.

Culture of Corruption? The Effects of Priming Corruption Images in a High Corruption Context. Journal of Cross-Cultural Psychology

Fisher, Elizabeth. 2010. Transparency and Administrative Law: A Critical Evaluation. Current Legal Problems

Fisman, R. & R. Gatti. 2006. Bargaining for Bribes: The Role of Institutions. Discussion Paper 5712, Center for Economic Policy and Research.

Fisman, Raymond & Edward Miguel. 2007. Corruption, Norms, and Legal Enforcement:

Evidence from Diplomatic Parking Tickets. Journal of Political Economy

Fisman, Raymond & Edward Miguel. 2008. Economic Gangsters: Corruption, Violence, and the Poverty of Nations. Princeton University Press

Fisman, Raymond & Roberta Gatti. 2002a. Decentralization and Corruption: Evidence from U.S. Federal Transfer Programs.

Fisman, Raymond & Roberta Gatti. 2002b. Decentralization and Corruption: Evidence Across Countries. Journal of Public Economic

Fisman, Raymond & Shang-Jin Wei. 2009. The Smuggling of Art, and the Art of Smuggling: Uncovering the Illicit Trade in Cultural Property and Antiques. American Economic Journal: Applied Economics.

1336

Page 1337  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

Fisman, Raymond & Wei, Shang-Jin. 2004. Tax Rates and Tax Evasion: Evidence from 'Missing Imports' in China. Journal of Political Economy

Fisman, Raymond & Yongxiang Wang. 2013. The Mortality Cost of Political Connections. Working paper.

Fisman, Raymond & Yongxiang Wang. 2015. Corruption in Chinese Privatizations. Journal of Law, Economics & Organization

Fisman, Raymond J. & Jakob Svensson. 2007. Are Corruption and Taxation Really Harmful to Growth? Firm Level Evidence. Journal of Development Economics

Fisman, Raymond J., David Fisman, Julia Galef, Rakesh Khurana & Yongxiang Wang. 2012. Estimating the Value of Connections to Vice President Cheney. B.E. Journal of Economc Analysis & Policy, Advances.

Fisman, Raymond, Florian Schulz & Vikrant Vig. 2014. The Private Returns to Public Office. Journal of Political Economy.

Fisman, Raymond. 2001. Estimating the Value of Political Connections. Am. Econ.

Fisman, Raymond. 2015. "Political Connections and Commerce – A Global Perspective", in Susan Rose-Ackerman & Paul Lagunes eds., Greed, Corruption, and the Modern State

Fitzsimons, Vincent G. 2007. "Economic Models of Corruption", in Sarah Bracking ed., Corruption and Development: The Anti-Corruption Campaigns (Palgrave Macmillan).

Fjelde, H. & H. Hegre. 2014. Political Corruption and Institutional Instability. Studies in Comparative Institutional Development

Fjelde, H. 2006. Buying Peace? Oil Wealth, Corruption and Civil War 1984-1999. (Working paper).

Fjeldstad, Odd-Helge & Bertil Tungodden. 2003. Fiscal Corruption: A Vice or Virtue?: A Reply. World Developmen

Fjeldstad, Odd-Helge & Bertil Tungodden. 2003. Fiscal Corruption: A Vice or Virtue? World Development

Fjeldstad, Odd-Helge & Jan Isaksen. 2008. Anti-Corruption Reforms: Challenges, Effects and Limits of World Bank Support. (Washington, D.C. World Bank IEG Working Paper no. 7)

Fjeldstad, Odd-Helge, Ivar Kolstad & Knut Nygaard. 2006. Bribes, Taxes and Regulations: Business Constraints for Micro Enterprises in Tanzania. (Bergen: Chr. Michelsen Institute, CMI Working Paper WP 2006: 2)

Fjeldstad, Odd-Helge. 2001. Taxation, Coercion and Donors: Local Government Tax Enforcement in Tanzania. Journal of Modern African Studies

Fjeldstad, Odd-Helge. 2003. Fighting Fiscal Corruption: Lessons from the Tanzania Revenue Authority. Public Administration and Development

Fjeldstad, Odd-Helge. 2006. "Corruption in Tax Administration: Lessons from Institutional Reforms in Uganda" in Susan Rose-Ackerman ed. International Handbook on the Economics of Corruption

Fjeldstad, Odd-Helge. 2009. The Pursuit of Integrity in Customs: Experiences from Sub-Saharan Africa. (Bergen: Chr. Michelsen Institute, CMI Working Paper WP 2009: 8) Flatters, Frank & W. Bentley MacLeod. 1995. Administrative Corruption and Taxation. International Tax and Public Finance

Fleischer, David. 1997. Political Corruption in Brazil: The Delicate Connection with Campaign Finance. Crime, Law & Social Change .

Fletcher, Ciaire & Daniela Herrmann. 2012. The Internationalisation of Corruption. Farnham: Ashgate.

Flyvbjerg, Bent & Eamonn Molloy. 2011. "Delusion, Deception and Corruption in Major Infrastructure Projects: Causes, Consequences and Cures", in International Handbook on the Economics of Corruption, Vol. II. (Edward Elgar Publishing).

Foellmi, R. & M. Oeschslin. 2007. Who Gains from Non-Collusive Corruption? Journal of Development Economics.

Fogel, K. 2006. Oligarchic Family Control, Social Economic Outcomes, and the Quality of Government. Journal of International Business Studies

Foley, Veronica & Catina Haynes. 2009. The FCPA and its Impact in Latin America. Currents: International Trade Law Journal

Folke, Olle, Shigeo Hirano & James M. Snyder, Jr.. 2011. Patronage and Elections in US States. American Political Science Review

Follett, G. 2015. Facilitating Payments: Facilitating Poverty? Alternative Law Journal

Folliot-Lalliot, Laurence. 2014. "Introduction to the World Bank's Policies in the Fight Against Corruption and Conflicts of Interest in Public Contacts", in Jean-Bernard Auby, Emmanuel Breen & Thomas Perroud eds., Corruption and Conflicts of Interest: A Comparative Law Approach

Foltz, J.D. & D.W. Bromley. 2012. Highway Robbery: The Economics of Petty Corruption in West African Trucking. Working paper.

Fombad, Charles Manga. 1999. Curbing Corruption in Africa: Some Lessons from Botswana's Experience. International Social Science Journal

Fontana, A. & P. Gomes Pereira. 2012. Using Money Laundering Investigations to Fight Corruption in Developing Countries: Domestic Obstacles and Strategies to Overcome Them. U4 Issue Brief 2012:9 (Bergen: CMI).

Ford, Cristie & David Hess. 2009. Can Corporate Monitorships Improve Corporate Compliance? Journal of Corporation Law

Ford, Cristie L. & David Hess. 2011. Corporate Monitorships and New Governance Regulation: In Theory, In Practice, and In Its Regulatory Context. Law & Policy

Forrest, David & Wolfgang Maennig. 2015. "The Threat to Sports Goverance from Betting-Related Corruption: Causes and Solution" , in Paul M. Heywood ed., The Routledge Handbook of Political Corruption (New York: Routledge)

Fort, Timothy L. & James J. Noone. 2000. Gifts, Bribes, and Exchange: Relationships in Non-Market Economies and Lessons for Pax E-Commercia. Cornell International Law Journal

Fortin-Rittberger, J. 2014. The Role of Infrastructural and Coercive State Capacity in Explaining Different Types of Electoral Fraud. Democratization

Fox, J. 1994. The Difficult Transition from Clientalism to Citizenship: Lessons from Mexico. World Politics

Fox, Jonathan. 2007. The Uncertain Relationship Between Transparency and Accountability. Development in Practice

Fox, William. 2009. Adjudicating Bribery and Corruption Issues in International Commercial Arbitration. Journal of Energy & Natural Resources Law 27(3): 487-502.

Francken, Nathalie, Bart Minten & Johan F.M. Swinnen. 2009. Media, Monitoring, and Capture of Public Funds: Evidence from Madagascar. World Development

Frank, Bjorn & Gunther G. Schulze. 2000. Does Economics Make Citizens Corrupt? Journal of Economic Behavior & Organization

Frank, Bjorn, Johann Graf Lambsdorff & Frederic Boehm. 2011. Gender and Corruption: Lessons from Laboratory Corruption Experiments. European Journal of Development Research

Frankel, Jeffrey. 2012. "The Natural Resource Curse: A Survey of Diagnoses and Some Prescriptions", in Rabah Arezki & Zhu Min eds., Commodity Price Volatility and Inclusive Growth in Low-Income Countries (Washington, D.C. : International Monetary Fund).

Franklin, Aaron. 2010. Targeted Tariff Preferences to Reduce Corruption in Developing States. Georgetown Journal of International Law

Fraser, Stephen A. 2012. Placing the Foreign Corrupt Practices Act on the Tracks in the Race for Amnesty. Texas Law Review

Frechette, Guillaume R. 2006. Panel Data Analysis of the Time-Varying Determinants of Corruption. CIRANO Working Paper

Frederickson, H. George & David G. Frederickson. 1995. Public Perceptions of Ethics in Government. Annals of the American Academy of Political and Social Science

Fredriksson, A. 2014. Bureaucracy Intermediaries, Corruption and Red Tape. Journal of Development Economics

Fredriksson, P.G. & D.L. Millimet. 2007. Legislative Organization and Pollution Taxation. Public Choice .

Fredriksson, P.G., E. Neumayer & G. Ujhelyi. 2007. Kyoto Protocol Cooperation: Does Government Corruption Facilitate Environmental Lobbying? Public Choice

Fredriksson, P.G., H.R.J. Vollebergh & E. Dijkgraaf. 2004. Corruption and Energy Efficiency in OECD Countries: Theory and Evidence. Journal of Environmental Economics & Management

Fredriksson, Per G. & Herman R. J. Vollebergh. 2009. Corruption, Federalism, and Policy Formation in the OECD: The Case of Energy Policy. Public Choice

Fredriksson, Per G. & Jakob Svensson. 2003. Political Instability, Corruption and Policy Formation: The Case of Environmental Policy. Journal of Public Economic

Fredriksson, Per G. et al. 2003. Bureaucratic Corruption, Environmental Policy and Inbound US FDI: Theory and Evidence. Journal of Public Economics

Freille, Sebastian, M. Emranul Haque & Richard Kneller. 2007. A Contribution to the Empirics of Press Freedom and Corruption. European Journal of Political Economy

Freille, Sebastian, M. Emranul Haque & Richard Kneller. 2008. Federalism, Decentralization, and Corruption. (working paper)

Freund, Caroline, Mary Hallward-Driemeier & Bob Rijkers. 2013. Predictably Protracted: Firm-Level Evidence on Corruption and Policy Implementation Time. Working paper.

Fried, Brian J., Paul Lagunes & Atheendar Venkataramani. 2010. Corruption and Inequality at the Crossroad: A Multimethod Study of Bribery and Discrimination in Latin America. Latin American Research Review

Friedman, Eric et al. 2000. Dodging the Grabbing Hand: The Determinants of Unofficial Activity in 69 Countries. Journal of Public Economics

Friedrich, Carl J. 1972. "Corruption Concepts in Historical Perspective," in Heidenheimer, Johnson & LeVine eds. Political Corruption: A Handbook.

Frischmann, Eva. 2010. Decentralization and Corruption: A Cross-Country Analysis.

Fritz, Verena. 2007. Democratisation and Corruption in Mongolia. Public Administration & Development

Fritzen, S. 2005. Beyond "Political Will": How Institutional Context Shapes the Implementation of Anti-Corruption Policies. Policy & Society

Fritzen, S.A., S. Serritzlew & G.T. Svendsen. 2014. Corruption, Trust and Their Public Sector Consequences: Introduction to the Special Issue. Journal of Comparative Policy Analysis: Research & Practice

Fritzen, Scott A. & Shreya Basu. 2012. "From Information to Indicators: Monitoring Progress in the Fight Against Corruption in Multi-Project, Multi-Stakeholder Organizations", in Adam Graycar & Russell G. Smith eds., Handbook of Global Research and Practice in Corruption

Froomkin, Saul M. 2004. Money Laundering, Corruption, and the Proceeds of Crime — An International Reality Check. Asper Review of International Business & Trade Law

Frost, J. & S. Tischer. 2014. Unmasking Collective Corruption: The Dynamics of Corrupt Routines. European Management Review

Frye, T. & E. Zhuravskaya. 2000. Rackets, Regulation and the Rule of Law. Journal of Law, Economics & Organization.

Frye, T. 2002. Capture or Exchange? Business Lobbying in Russia. Europe-Asia Studies

Frye, T., O.J. Reuter & D. Szakonyi. 2014. Political Machines at Work: Voter Mobilization and Electoral Subversion in the Workplace. World Politics

Fu, Hualing. 2014. Drawing the Sword: Xi's New Anti-Corruption Campaign. Working paper.

1343

Fu, Hualing. 2015. "Wielding the Sword: President Xi's New Anti-Corruption Campaign", in Susan Rose-Ackerman & Paul Lagunes eds., Greed, Corruption, and the Modern State

Fujiwara, Thomas & Leonard Wantchekon. 2013. Can Informed Public Deliberation Overcome Clientalism? Experimental Evidence from Benin. American Economic Journal: Applied Economics

Fukumi, A. & S. Nishijima. 2010. Institutional Quality and Foreign Direct Investment in Latin America and the Caribbean. Applied Economics

Funaki, Y. & B. Glencorse. 2014. Anti-Corruption or Accountability? International Efforts in Post-Conflict Liberia. Third World Quarterly

Funderburk, Charles. 2012. Political Corruption in Comparative Perspective. Farnham: Ashgate.

Fungacova, Z., A. Kochanova & L. Weill. 2015. Does Money Buy Credit? Firm-Level Evidence on Bribery and Bank Debt. World Development

Funk, C.L. 1996. The Impact of Scandal on Candidate Evaluations: An Experimental Test of the Role of Candidate Traits. Political Behavior

Fursova, V. & G. Simons. 2014. Social Problems of Modern Russian Higher Education: The Example of Corruption. International Education Studies

Gaballand, Gael & Jean Francois Marteau. 2013. "Rents Extraction in the Sub-Saharan Africa Port Sector", in Soreide, Tina & Aled Willams eds., Corruption, Grabbing and Development .

Gadowska, Kaja. 2010. National and International Anti-Corruption Efforts: The Case of Poland. Global Crime.

Gaivoronskaya, Y. & T. Filonenko. 2014. Issues of Applying Anti-Corruption Legislation in Criminal Investigation and Court Trial in the Russian Federation. Asian Social Science

Gaivoronskaya, Y. & T. Filonenko. 2015. Corruption in Russia: Cause and Effect Relations. Asian Social Science

Galang, R.M.N. 2012. Victim or Victimizer: Firm Responses to Government Corruption. Jorunal of Management Studies

Galeotti, G. & A. Merlo. 1994. Political Collusion and Corruption in a Representative Democracy. Public Finance

Galinato, G. & S. Galinato. 2010. The Effects of Corruption Control and Political Stability on the Environmental Kuznets Curve of Deforestation-Induced Carbon Dioxide Emissions. Working paper.

Gallego, Jorge. 2015. Self-Enforcing Clientalism. Journal of Theoretical Politics

Galtung, Fredrik. 1998. Criteria for Sustainable Corruption Control. European Journal of Development Research

Galtung, Fredrik. 2005. "Measuring the Immeasurable: Boundaries and Functions of (Macro) Corruption Indices," in C. Sampford et al. eds., Measuring Corruption (London: Ashgate)

Gambetta, Diego. "Corruption: An Analytical Map", in S. Kotkin & A. Sajo eds., Political Corruption in Transition: A Sceptic's Handbook (Budapest: Central European University Press).

Gamboa-Cavazos, Mario, Vidal Garza-Cantu & Carlos E. Salinas. 2007. The Organization of Corruption: Political Horizons and Special Interests. Working paper.

Gani, Azmat & Michael D. Clemes. 2015. Natural Resource Exports and Corruption.

International Advances in Economic Research

Gans-Morse, Jordan, Sebastian Mazzuca & Simeon Nichter. 2014. Varieties of Clientalism: Machine Politics during Elections. American Journal of Political Science

Gantz, David A. 1997. The Foreign Corrupt Practices Act: Professional and Ethical Challenges for Lawyers. Ariz. J. Int'l & Comp. L.

Gantz, David A. 1998. Globalizing Sanctions Against Foreign Bribery: The Emergence of a New International Legal Consensus. Nw. J. Int'l L. & Bus.

Ganuza, J.J. & E. Hauk. 2004. Economic Integration and Corruption. International Journal of Industrial Organization

Gao, L. & J. Stanyer. 2014. Hunting Corrupt Officials Online: The Human Flesh Search Engine and the Search for Justice in China. Information, Communication & Society

Gao, Q., Q. Ying & D. Luo. 2015. Hidden Income and Occupational Background: Evidence from Guangzhou. Journal of Contemporary China

Garcia, Judit. 2014. The Effects and Corruption on Seigniorage on Growth and Inflation. Working paper.

Garcia-Murillo, M. 2010. The Effect of Internet Accecss on Government Corruption. Electronic Government

Garcia-Quesada, M., F. Jimenez & M. Villoria. 2015. Can't Control/Won't Control: Opportunities and Deterrents for Local Urban Corruption in Lanzarote. Crime, Law & Social Change

Garcia-Rodriguez, J.L., F.J. Garcia-Rodriguez, C. Castilla-Gutierrez & S.A. Major. 2015. Oil, Power, and Poverty in Angola. African Studies Review

1346

Gardiner, John A. 1993. Defining Corruption. Corruption & Reform

Garimella, Sai Ramani. 2014. Normative Structure for Criminalising Corruption – The South Asian Experience. International Journal of Human Rights & Constitutional Studies

Garmaev, Y., D. Stepanenko & R. Stepanenko. 2015. Judgments of the European Court of Human Rights as a Source of Recommendations on Fight Against Corruption: Prospects for Interdisciplinary Research. Asian Social Science

Garmaise, Mark J. & Jun Liu. 2005. Corruption, Firm Governance, and the Cost of Capital. Working paper.

Garment, Suzanne. 1991. Scandal: The Culture of Mistrust in American Politics.

Garoupa, Nuno & Daniel Klerman. 2004. Corruption and the Optimal Use of Nonmonetary Sanctions. International Review of Law & Economics

Garoupa, Nuno & Daniel M. Klerman. 2010. Corruption and Private Law Enforcement: Theory and History. Review of Law & Economic

Garoupa, Nuno & Mohamed Jellal. 2007. Further Notes on Information, Corruption, and Optimal Law Enforcement. European Journal of Law and Economics

Garoupa, Nuno. 1999. Dishonesty and Libel Law: The Economics of the "Chilling" Effect. Journal of Institutional & Theoretical Economics

Garoupa, Nuno. 1999. The Economics of Political Dishonesty and Defamation. International Review of Law & Economics

Garrett, Brandon L. 2007. Structural Reform Prosecution. Virginia Law Review

Garrett, Brandon L. 2011. Globalized Corporate Prosecutions. Virginia Law Review

Gastanga, V.M., J.B. Nugent & B. Pashamova. 1998. Host Country Reforms and FDI Inflows: How Much Difference Do They Make? World Development

Gathii, James Thuo. 1999. Corruption and Donor Reforms: Expanding the Promises and Possibilities of the Rule of Law as an Anti-Corruption Strategy in Kenya. Connecticut Journal of International Law

Gathii, James Thuo. 1999. Good Governance as a Counter Insurgency Agenda to Oppositional and Transformative Social Projects in International Law. Buffalo Human Rights Law Review

Gathii, James Thuo. 2009. Defining the Relationship between Corruption and Human Rights. University of Pennsylvania Journal of International Law

Gatti, Roberta, Stefano Paternostro & Jamele Rigolini. 2003. Individual Attitudes Toward Corruption: Do Social Effects Matter? World Bank Policy Research Working Paper No. 3122.

Gatti, Roberta. 1999. Corruption and Trade Tariffs, or a Case for Uniform Tariffs. World Bank Policy Research Working Paper 2216.

Gatti, Roberta. 2004. Explaining Corruption: Are Open Countries Less Corrupt? Journal of International Development

Gauthier, Bernard & Albert Zeufack. 2012. "Cameroon's Oil Wealth: Transparency Matters!", in B. Akitoby & S. Coorey eds., Oil Wealth in Central Africa: Policies for Inclusive Growth (Washington, D.C.: International Monetary Fund)

Gauthier, Bernard & Jonathan Goyette. 2014. Taxation and Corruption: Theory and Firm-Level Evidence from Uganda. Applied Economics 46(23):

1348

Gauthier, Bernard & Jonathan Goyette. 2015. Fiscal Policy and Corruption. Social Choice & Welfare (forthcoming).

Gauthier, Bernard & Mark Gersovitz. 1997. Revenue Erosion Through Exemption and Evasion in Cameroon. Journal of Public Economics

Gauthier, Bernard & Ritva Reinikka. 2006. Shifting Tax Burdens through Evasion and Exemptions: An Empirical Investigation of Uganda. Journal of African Economics

Gauthier, Bernard & Waly Wane. 2008. Leakage of Public Resources in the Health Sector: An Empirical Investigation of Chad. Journal of African Economics

Gaventa, J. & R. McGee. 2013. The Impact of Transparency and Accountability Initiatives. Development Policy Review

Gaviria, Alejandro. 2002. Assessing the Effects of Corruption and Crime on Firm Performance: Evidence from Latin America. Emerging Markets Review

Gawey, John S. 2011. The Hobbs Leviathan: The Dangerous Breadth of the Hobbs Act and Other Corruption Statutes. Notre Dame Law Review

Gayed, Jeremy N. 2003. "Corruptly": Why Corrupt State of Mind Is an Essential Element for Hobbs Act Extortion Under Color of Official Right. Notre Dame Law Review

Gberie, Lansana. 2002. War and Peace in Sierra Leone: Diamonds, Corruption and the Lebanese Connection. Working paper.

Gebel, A.C. 2012. Human Nature and Morality in the Anti-Corruption Discourse of Transparency International. Public Administration & Development

Gebeye, Berihun Adugna. 2011. Rethinking International Anti-Corruption Conventions (Lambert Academic Pubishing).

Page 1350  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

Gebeye, Berihun Adugna. 2012. Corruption and Human Rights: Exploring the Relationships. Working Paper.

Geddes, Barbara & Artur Ribeiro Neto. 1992. Institutional Sources of Corruption in Brazil. Third World Quarterly

Geddes, Barbara. 1991. A Game-Theoretic Model of Reform in Latin American Democracies. American Political Science Review

Gehlbach, S. & A. Simpser. 2015. Electoral Manipulation as Bureaucratic Control. American Journal of Political Science.

Genaux, Maryvonne. 2004. Social Sciences and the Evolving Concept of Corruption. Crime, Law & Social Change

Geng, H. & H. Hennig-Schmidt. 2011. Sensitivity to Corruption: An Experimental Investigation in China. Working paper.

Gentzkow, Matthew, Edward L. Glaeser & Claudia Goldin. 2006. "The Rise of the Fourth Estate: How Newspapers Became Informative and Why It Mattered", in Edward L. Glaeser & Claudia Goldin eds., Corruption and Reform: Lessons from America's Economic History (Chicago: University of Chicago Press)

Georgarakos, D. & S. Furth. 2015. Household Repayment Behavior: The Role of Social Capital and Institutional, Political, and Religious Beliefs. European Journal of Political Economy

George, Barbara Crutchfield & Kathleen A. Lacey. 2000. A Coalition of Industrialized Nations, Developing Nations, Multilateral Development Banks, and Non-Governmental Organizations: A Pivotal Complement to Current Anti-Corruption Initiatives. Cornell International Law Journal

George, Barbara Crutchfield & Kathleen A. Lacey. 2006. Investigation of Halliburton Co./TSKJ's Nigerian Business Practices: Model for Analysis of the Current Anti-Corruption

1350

Environment on Foreign Corrupt Practices Act Enforcement. Journal of Criminal Law & Criminology

George, Barbara Crutchfield et al. 1999. On the Threshold of the Adoption of Global Antibribery Legislation: A Critical Analysis of Current Domestic and International Efforts Toward the Reduction of Business Corruption. Vand. J. Transnat'l L. .

George, Barbara Crutchfield, Kathleen A. Lacey & Jutta Birmele. 2000. The 1998 OECD Convention: An Impetus for Worldwide Changes in Attitudes Toward Corruption in Business Transactions. American Business Law Journal

George, Bruce & Simon Kimber. 2015. Reflections on Election Fraud and Its Persistence in Modern Democracy. American Anti-Corruption Institute White Paper.

Georgis, Pete J. 2012. Settling with Your Hands Tied: Why Judicial Intervention Is Needed to Curb an Expanding Interpretation of the Foreign Corrupt Practices Act. Golden Gate University Law Review

Gephart, Malte. 2012. Contested Meanings of Corruption: International and Local Narratives in the Case of Paraguay. Working paper.

Gephart, Malte. 2013. Convergence, Divergence and a Complex Interplay: Chile and the International and Transnational Anti-Corruption Campaign. Working paper.

Gerardino, Maria Paula, Stephan Litschig & Dina D. Pomeranz. 2014. Monitoring Public Procurement: Evidence from a Regression Discontinuity Design in Chile. Working paper.

Gerring, John & Strom C. Thacker. 2004. Political Institutions and Corruption: The Role of Unitarism and Parliamentarism. British Journal of Political Science 34: 295-330.

Gerring, John & Strom C. Thacker. 2005. Do Neoliberal Policies Deter Political Corruption? International Organization

Gest, Nethaniel & Alexandru Grigorescu. 2009. Interactions among Interngovernmental Organizations in the Anti-Corruption Realm. Review of International Organizations

Getz, Kathleen A. & R.J. Volkema. 2001. Culture, Perceived Corruption, and Economics. Business & Society

Getz, Kathleen A. 2006. The Effectiveness of Global Prohibition Regimes: Corruption and the Antibribery Convention. Business & Society

Gevurtz, Franklin A. 1987. Commercial Bribery and the Sherman Act: The Case for Per Se Illegality. U. Miami L. Rev.

Gevurtz, Franklin A. 1987. Using the Antitrust Laws to Combat Overseas Bribery by Foreign Companies: A Step to Even the Odds in International Trade. Virginia Journal of International Law

Ghalwash, T. 2014. Corruption and Economic Growth: Evidence from Egypt. Modern Economy

Ghazanfar, S.M. & Karen S. May. 2000. Third World Corruption: A Brief Survey of the Issues. Journal of Social, Political & Economic Studies

Ghosh, Sugata & Andros Gregoriou. 2010. Can Corruption Favour Growth via the Composition of Government Spending? Economics Bulletin

Ghosh, Sugata & Jaideep Roy. 2009. Motivation, Expertise, and Bureaucratic Embezzlement: Is There a Link? Working paper.

Ghosh, Sugata & Kyriakos C. Neanidis. 2013. Corruption, Fiscal Policy, and Growth: A Unified Approach. Working paper.

Ghura, Dhaneshwar. 1998. Tax Revenue in Sub-Saharan Africa: Effects of Economic Policies and Corruption. IMF Working Paper No. 98/135.

Page 1353  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

Giannoccolo, P. & M. Lisciandra. 2014. Political Corruption and Minority Capture. Working paper.

Giavazzi, Francesco & Guido Tabellini. 2005. Economic and Political Liberalizations. Journal of Monetary Economics.

Gibelman, Margaret & Sheldon R. Gelman. 2004. A Loss of Credibility: Patterns of Wrongdoing Among Non-Governmental Organizations. Voluntas

Giglioli, Pier Paolo. 1996. Political Corruption and the Media: The Tangentopoli Affair. International Social Science Journal

Gilbert, Michael D. & Benjamin F. Aiken. 2014. Disclosure and Corruption. Election Law Journal (forthcoming).

Giliomee, H. 1998. South Africa's Emerging Dominant Party Regime. Journal of Democracy

Gillanders, R. 2014. Corruption and Infrastructure at the Country and Regional Level. Journal of Development Studies

Gillespie, Kate & Gwenn Okruhlik. 1991. The Political Dimensions of Corruption Cleanups: A Framework for Analysis. Comparative Politics

Gillespie, Kate. 1997. Middle East Responses to the U.S. Foreign Corrupt Practices Act. Cal. Mgmt.

Gilson, L. 1997. The Lessons of the User Fee Experience in Africa. Health Policy & Planning

Gingerich, Daneil W. 2009a. Corruption and Political Decay: Evidence from Bolivia. Quarterly Journal of Political Science.

Gingerich, Daniel W. 2009b. Ballot Structure, Political Corruption, and the Performance of Proportional Representation. Journal of Theoretical Politics

Gingerich, Daniel W. 2014. Yesterday's Heroes, Today's Villains: Ideology, Corruption, and Democratic Performance. Journal of Theoretical Politics

Gino, Francesca & Joshua D. Margolis. 2011. Bringing Ethincs Into Focus: How Regulatory Focus and Risk Preferences Influence (Un)ethical Behavior. Organizational Behavior & Human Decision Processes

Gino, Francesca & Lamar Pierce. 2009. The Abundance Effect: Unethical Behavior in the Presence of Wealth. Organizational Behavior & Human Decision Processes

Gino, Francesca & Max H. Bazerman. 2009. When Misconduct Goes Unnoticed: The Acceptability of Gradual Erosion in Others' Ethical Behavior. Journal of Experimental Social Psychology.

Gino, Francesca, Jun Gu & Chen-Bo Zhong. 2009. Contagion or Restitution? When Bad Applies Can Motivate Ethical Behavior. Journal of Experimental Social Psychology

Gino, Francesca, Shahar Ayal & Dan Ariely. 2009. Contagion and Differentiation in Unethical Behavior: The Effect of One Bad Apple on the Barrel. Psychological Science

Giovannoni, Francesco & Daniel J. Seidmann. 2014. Corruption and Power in Democracies. Social Choice & Welfare

Giraudo, John P. 2005. Charitable Contributions and the FCPA: Schering-Plough and the Increasing Scope of SEC Enforcement. Business Lawyer

Giudice, Lauren. 2011. Regulating Corruption: Analyzing Uncertainty in Current Foreign Corrupt Practices Act Enforcement. Boston University Law Review

Givant, Norman. 1994. The Sword that Shields: The US Foreign Corrupt Practices Act Can Protect US Firms Doing Business in China. China Business Review (May-June) 29.

Glaeser, Edward L. & Claudia Goldin. 2006. Corruption and Reform: Lessons from America's Economic History. University of Chicago Press.

Glaeser, Edward L. & Raven E. Saks. 2006. Corruption in America. Journal of Public Economics

Glaeser, Edward L. 2004. Public Ownership in the American City, in A.E. Schwartz ed., Urban Issues and Public Finance (Northampton, MA: Edward Elgar)

Glaeser, Edward L., Rafael LaPorta, Florencio Lopez-de-Silanes & Andrei Shleifer. 2004. Do Institutions Cause Growth? Journal of Economic Growth

Glaeser, Edward, Jose Scheinkman & Andrei Shleifer. 2003. The Injustice of Inequality. Journal of Monetary Economics

Glass, Amy & Xiaodong Wu. 2004. Which Type of Foreign Direct Investment Is Most Hurt by Corruption? Working paper.

Gledhill, J. 2003. Old Economy, New Economy; Old Corruption, New Corruption. Social Analysis

Glewwe, P. et al. 2010. Teacher Incentives. American Economic Journal: Applied Economics

Global Witness. 2009. Undue Diligence: How Banks Do Business with Corrupt Regimes (London: Global Witness).

Gloppen, Siri. 2013. "Courts, Corruption and Judicial Independence", in Soreide, Tina & Aled Willams eds., Corruption, Grabbing and Development .

Godinez, J. & L. Liu. 2015. Corruption, Distance, and FDI Flows into Latin America. International Business Review

Godlee, F. 2015. Medical Corruption in the UK. BMJ: British Medical Journal.

Goel, Rajeev & U. Mazhar. 2015. A Replication of "Corruption and Elections: An Empirical Study for a Cross-Section of Countries ( Economics & Politics 2009). Public Finance Review

Goel, Rajeev K. & Daniel P. Rich. 1989. On the Economic Incentive for Taking Bribes. Public Choice

Goel, Rajeev K. & Iikka Korhonen. 2011. Exports and Cross-National Corruption: A Disaggregated Examination. Economic Systems

Goel, Rajeev K. & J.W. Saunoris. 2014. Global Corruption and the Shadow Economy: Spatial Aspects. Public Choice.

Goel, Rajeev K. & Michael A. Nelson. 1998. Corruption and Government Size: A Disaggregated Analysis. Public Choice.

Goel, Rajeev K. & Michael A. Nelson. 2005. Economic Freedom versus Political Freedom: Cross-Country Influences on Corruption. Australian Economic

Goel, Rajeev K. & Michael A. Nelson. 2007. Are Corrupt Acts Contagious?: Evidence from the United States. Journal of Policy Modeling

Goel, Rajeev K. & Michael A. Nelson. 2010. Causes of Corruption: History, Geography and Government. Journal of Policy Modeling

Goel, Rajeev K. & Michael A. Nelson. 2011. Government Fragmentation versus Fiscal Decentralization and Corruption. Public Choice

Page 1357  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

Goel, Rajeev K. & Michael A. Nelson. 2011. Measures of Corruption and Determinants of U.S. Corruption. Economics of Governance

Goel, Rajeev K. & Michael A. Nelson. 2014. Whistleblower Laws and Exposed Corruption in the United States. Applied Economics

Goel, Rajeev K. 2014. Insurance Fraud and Corruption in the United States. Applied Financial Economics

Goel, Rajeev K. 2014. PACking a Punch: Political Action Committees and Corruption. Applied Economics

Goel, Rajeev K., J. Budak & E. Rajh. 2015. Private Sector Corruption and Effectiveness of Anti-Corruption Policies. Applied Economics Letters

Goel, Rajeev, Michael A. Nelson & M.A. Naretta. 2012. The Internet as an Indicator of Corruption Awareness. European Journal of Political Economy

Goerke, L. 2008. Bureaucratic Corruption and Profit Tax Evasion. Economics of Governance

Goetz, Anne-Marie. 2007. Political Cleaners: Women as the New Anti-Corruption Force? Development & Change

Gokcekus, O. & R. Mukherjee. 2002. Public Sector Corruption and Gender Perceptions of Public Officials from Six Developing and Transition Countries. (Washington, D.C.: World Bank).

Gokcekus, O., E. Muchova & Z. Brincikova. 2015. Level and Quality of Openness and Corruption in ECA Countries. Applied Economics Letters.

Gokcekus, Omer & Jan Knorich. 2006. Does Quality of Openness Affect Corruption? Economic Letters

1357

Goldbarg, Andrea. 2000. The Foreign Corrupt Practices Act and Structural Corruption. Boston University International Law Journal

Golden, Miriam & Eric C.C. Chang. 2001. Competitive Corruption: Factional Conflict and Political Malfeasance in Postwar Italian Christian Democracy. World Politics

Golden, Miriam & Lucio Picci. 2005. Proposal for a New Measure of Corruption, Illustrated with Italian Data. Economics & Politics

Golden, Miriam A. & Paasha Mahdavi. 2015. "The Institutional Components of Political Corruption", in Gandhi, Jennifer & Ruben Ruiz-Rufino eds., Routledge Handbook of Comparative Political Institutions (New York: Routledge Press).

Golden, Miriam A. 2003. Electoral Connections: The Effects of the Personal Vote on Political Patronage, Bureaucracy and Legislation in Postwar Italy. British Journal of Political Science

Golden, Miriam A. 2012. Corruption in the Wealthy World. Brown Journal of World Affairs

Goldman, E., J. Rocholl & J. So. 2013. Politically Connected Boards of Directors and the Allocation of Procurement Contracts. Review of Finance

Goldsmith, Arthur A. 1999. Slapping the Grasping Hand: Correlates of Political Corruption in Emerging Markets. American Journal of Economics & Sociology

Goldsmith, Arthur A. 1999. Slapping the Grasping Hand: Correlates of Political Corruption in Emerging Markets. American Journal of Economics & Sociology

Golumbic, Court E. & Jonathan P. Adams. 2011. The "Dominant Influence" Test: The FCPA's "Instrumentality" and "Foreign Official" Requirements and the Investment Activity of Sovereign Wealth Funds. American Journal of Criminal Law

Gong, T. & N. Zhou. 2015. Corruption and Marketization: Formal and Informal Rules in Chinese Public Procurement. Regulation & Governance

Gong, T. & Stephen Ma. 2012. Preventing Corruption in Asia. London: Taylor and Francis.

Gong, T. 2002. Dangerous Collusion: Corruption as a Collective Venture in Contemporary China. Communist & Post-Communist Studies.

Gong, T. 2015. Managing Government Integrity Under Hierarchy: Anti-Corruption Efforts in Local China. Journal of Contemporary China

Gong, Ting & Jianming Ren. 2013. Hard Rules and Soft Constraints: Regulating Conflict of Interest in China. Journal of Contemporary China

Gong, Ting & Shiru Wang. 2013. Indicators and Implications of Zero Tolerance of Corruption: The Case of Hong Kong. Social Indicators Research

Gong, Ting. 1993. Corruption and Reform in China: An Analysis of Unintended Consequences. Crime, Law, and Social Change

Gong, Ting. 2006. Corruption and Local Governance: The Double Identity of Chinese Local Governments in Market Reform. Pacific Review

Gong, Ting. 2009. "The Institutionalization of Party Discipline in China: Dynamics and Dilemmas", in Gong, T. & S.K. Ma eds., Preventing Corruption in Asia: Institutional Design and Policy Capacity (London: Routledge),

Gong, Ting. 2011. An "Institutional Turn" in Integrity Management in China. International Review of Administrative Sciences

1359

Gonzales, M.H., M.B. Kovera, J.L. Sullivan & V. Chanley. 1995. Private Reactions to Public Transgressions: Predictors of Evaluative Responses to Allegations of Political Misconduct. Personality & Social Psychology Bulletin

Gonzalez, Alvaro, J. Ernesto Lopez-Cordova & Elio E. Valladares. 2007. The Incidence of Graft on Developing-Country Firms. World Bank Policy Research Working Paper 4394.

Gonzalez, J.A. & L.R. Perez Floriano. 2015. If You Can't Take the Heat: Cultural Beliefs About Questionable Conduct, Stigma, Punishment, and Withdrawal Among Mexican Police Officers. Organizational Studies 36(5): 665-687.

Gonzalez, Luis, Werner Guth & M. Vittoria Levati. 2007. Speeding Up Bureaucrats by Greasing Them – An Experimental Study. Homo Oeconomicus

Gonzalez-Fernandez, M. & C. Gonzalez-Velasco. 2014. Shadow Economy, Corruption and Public Debt in Spain. Journal of Policy Modeling.

Gonzalez-Ocantos, Ezequiel, Chad Kiewiet de Jonge, Carlos Melendez, Javier Osorio & David Nickersen. 2012. Vote Buying and Social Desirability Bias: Experimental Evidence from Nicaragua. American Journal of Political Science

Good, Kenneth. 1994. Corruption and Mismanagement in Botswana: A Best-Case Example? Journal of Modern African Studies

Goodhand, Jonathan. 2008. Corruption or Consolidating the Peace? The Drugs Economy and Post-Conflict Peacebuilding in Afghanistan. International Peacekeeping 15(3): 405-423.

Goodspeed, Timothy, Jorge Martinez-Vazquez & Li Zhang. 2011. Public Policies and FDI Location: Differences Between Developing and Developed Countries. FinanzArchiv: Public Finance Analysis

Gooroochurn, N. & H. Gorg. 2015. Corruption and Productivity: Firm-Level Evidence. Jahrbucher Fur Nationalokonomie Und Statistik

Page 1361  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

Gordon, Daniel I. 2014. "Protecting the Integrity of the U.S. Federal Procurement System: Conflict of Interest Rules and Aspects of the System that Help Reduce Corruption", in Jean-Bernard Auby, Emmanuel Breen & Thomas Perroud eds., Corruption and Conflicts of Interest: A Comparative Law Approach

Gordon, Kathryn & Maiko Miyake. 2001. Business Approaches to Combating Bribery: A Study of Codes of Conduct. Journal of Business Ethics

Gordon, R. & Li, W. 2009. Tax Structures in Developing Countries: Many Puzzles and a Possible Explanation. Journal of Public Economics

Gordon, Sanford C. & Gregory A. Huber. 2009. The Political Economy of Prosecution. Annual Review of Law & Social Science

Gordon, Sanford C. 2009. Assessing Partisan Bias in Federal Public Corruption Prosecutions. American Political Sciecne Review

Gorman, T.O. 2015. The Origins of the FCPA: Lessons for Effective Compliance and Enforcement. Securities Regulation Law Journal

Gorodnichenko, Yuriy & Klara Sabirianova Peter. 2007. Public Sector Pay and Corruption: Measuring Bribery from Micro Data. Journal of Public Economics

Gorta, Angela & Suzie Forell. 1995. Layers of Decision: Linking Social Definitions of Corruption and Willingness to Take Action. Crime, Law & Social Change

Gorta, Angela. 1998. Minmising Corruption: Applying Lessons from the Crime Prevention Literature. Crime, Law & Social Change

Gouda, Moamen & Sang-Min Park. 2015. Regligious Loyalty and Acceptance of Corruption. Journal of Economics & Statistics

Goudie, A.W. & D. Stasavage. 1998. A Framework for the Analysis of Corruption. Crime, Law & Social Change

Goudie, Andrew W. & David Stasavage. 1999. Corruption: The Issues. OECD Development Centre Working Paper No. 122.

Gould, David J. & Jose A. Amaro-Reyes. 1983. The Effects of Corruption on Administrative Performance: Illustrations from Developing Countries. World Bank Staff Working Paper No. 580.

Goyette, J. 2014. The Determinants of the Size Distribution of Firms in Uganda. European Journal of Development Research

Graeff, P. & G. Mehlkop. 2003. The Impact of Economic Freedom on Corruption: Different Patterns for Rich and Poor Countries. European Journal of Political Economy

Graham, John L. 1984. The Foreign Corrupt Practices Act: A New Perspective. Journal of International Business Studies

Gramckow, Heike. 2011. Preventing Corruption in Prosecutors Offices: Understanding and Managing for Integrity. World Bank Justice & Development Working Papers 15.

Granovetter, Mark. 2007. "The Social Construction of Corruption", in Victor Nee & Richard Swedberg eds., On Capitalism (Stanford University Press),

Gratton, Gabriele. 2013. The Sound of Silence: Political Accountability and Libel Law. European Journal of Political Economy

Gray, C.W., J. Hellman & R. Ryterman. 2004. Anticorruption in Transition 2: Corruption in Enterprise-State Interactions in Europe and Central Asia, 1999-2002. Washington, D.C.: World Bank.

Gray, H. 2015. The Political Economy of Grand Corruption in Tanzania. African Affairs

Gray, Larissa. 2012. "Recovering Corruptly Obtained Assets", in Adam Graycar & Russell G. Smith eds., Handbook of Global Research and Practice in Corruption ,

Graycar, A. & O. Monaghan. 2015. Rich Country Corruption. International Journal of Public Administration

Graycar, Adam & A. Sidebottom. 2012. Corruption and Control: A Corruption Reduction Approach. Journal of Financial Crime.

Graycar, Adam & Diego Villa. 2011. The Loss of Governance Capacity through Corruption. Governance

Graycar, Adam & Tim Prenzler. 2013. Understanding and Preventing Corruption. (Palgrave Pivot).

Graycar, Adam. 2015. Corruption: Classification and Analysis. Policy & Society

Gray-Molina, George, Ernesto Perez de Rada & Ernesto Yanez. 1999. Transparency and Accountability in Bolivia: Does Voice Matter? IADB Working Paper

GRECO. 2011. Lessons Learnt from the Three Evaluation Rounds (2000-2010).

Green, A.J. 2012. United States v. Renzi: Reigning in the Speech or Debate Clause to Fight Corruption in Congress Post- Rayburn. BYU Law Review

Green, E. 2010. Patronage, District Creation, and Reform in Uganda. Studies in Comparative International Development

Green, P. & T. Ward. 2004. State Crime: Governments, Violence and Corruption (London: Pluto Press).

Green, Penny. 2005. Disaster by Design: Corruption, Construction and Catastrophe. British Journal of Criminology.

Green, S. 2005. "What's Wrong with Bribery?", in R. Duff & S. Green eds., Defining Crimes: Essays on Special Part of the Criminal Law (Oxford University Press).

Greenhill, Kelly M. 2009. "Kleptocratic Interdependence: Trafficking, Corruption, and the Marriage of Politics and Illicit Profits", in Robert I. Rotberg ed., Corruption, Global Security, and World Order.

Gregory, R. 2015. Political Independence, Operational Impartiality, and the Effectiveness of Anti-Corruption Agencies. Asian Education & Development Studies

Gregory, Robert J. 1999. Social Capital Theory and Adminsitrative Reform: Maintaining Ethincal Probity in Public Service. Public Administration Review

Griffin, Lisa Kern. 2011. The Federal Common Law of Corruption. North Carolina Law Review

Grigoli, Francesco & Zachary Mills. 2011. Do High and Volatile Levels of Public Investment Suggest Misconduct? The Role of Institutional Quality. World Bank Policy Research Working Paper 5735.

Grigorescu, Alexandru. 2006. The Corruption Eruption in East-Central Europe: The Increased Salience of Corruption and the Role of Intergovernmental Organizations. Eastern European Politics & Societies

Grimes, M. 2008. The Conditions of Successful Civil Society Involvement in Combating Corruption: A Survey of Case Study Evidence. Working paper.

1364

Grimes, Marcia & Lena Wangnerud. 2010. Curbing Corruption through Social Welfare Reform? The Effects of Mexico's Conditional Cash Transfer Program on Good Government. American Review of Public Administration

Grimes, Marcia. 2013. The Contingencies of Societal Accountability: Examining the Link Between Civil Society and Good Government. Studies in Comparative International Development

Grimm, Daniel J. 2010. The Foreign Corrupt Practices Act in Merger and Acquisition Transactions: Successor Liability and Its Consequences. NYU Journal of Law & Business

Grodeland, Ase Berit. 2010. Elite Perceptions of Anti-Corruption Efforts in Ukraine. Global Crime

Groenendijk, Nico. 1997. A Principal-Agent Model of Corruption. Crime, Law & Social Change.

Gronlund, K. & M. Setala. 2011. In Honest Officials We Trust: Institutional Confidence in Europe. American Review of Public Administration.

Grooms, K. 2015. Enforcing the Clean Water Act: The Effect of State-Level Corruption on Compliance. Journal of Environmental Economics & Management

Groseclose, Timothy & Keith Krehbiel. 1994. Golden Parachutes, Rubber Checks, and Strategic Retirement from the 102d House. American Journal of Political Science

Grosfeld, I. & E. Zhuravskaya. 2015. Cultural vs. Economic Legacies of Empires: Evidence from the Partition of Poland. Journal of Comparative Economics

Gthnji, M. & F. Holmquist. 2012. Reform and Political Impunity in Kenya: Transparency without Accountability. African Studies Review

1365

Gualiteri, Donato. 2013. A Helping Hand: The Influence of the 1997 OECD Convention in the Italian Fight Against Corruption. International Journal of Public Law & Policy

Guasch, J. Luis & Stephane Straub. 2009. Corruption and Concession Renegotiations: Evidence from the Water and Transport Sectors in Latin America. Utilities Policy

Guasch, J. Luis, Jean-Jacques Laffont & Stephane Straub. 2008. Renegotiation of Concession Contracts in Latin America: Evidence from the Water and Transport Sectors.

International Journal of Industrial Organization

Gueorguiev, Dimitar & Edmund Malesky. 2012. Foreign Investment and Bribery: A Firm-Level Analysis of Corruption in Vietnam. Journal of Asian Economics

Guerrero, Manuel Alejandro. 2008. On the Individual Decision to Commit Corruption: A Methodological Complement. Journal of Economic Behavior & Organization .

Guetat, I. 2006. The Effects of Corruption on Growth Performance of the MENA Countries. Journal of Economics and Finance 30: 208-221.

Guiso, L., P. Sapienza & L. Zingales. 2009. Cultural Biases in Economic Exchange

Quarterly Journal of Economics.

Gulati, M. & M.Y. Rao. 2007. "Corruption in the Electricity Sector: A Pervasive Scourge", in Campos, J. & S. Pradhan eds. The Many Faces of Corruption: Tackling Vulnerabilities at the Sector Level (Washington, D.C.: World Bank).

Gundlach, Erich & Martin Paldam. 2009. The Transition of Corruption: From Poverty to Honesty. Economics Letters

Gunnar, H.K. 2015. Political Control and Perceptions of Corruption in Icelandic Local Government. Stjornmal Og Stjornsysla.

Guo, X. 2014. Controlling Corruption in the Party: China's Central Discipline Inspection Commission. China Quarterly 219: 597-624.

Guo, Y. & S. Li. 2015. Anti-Corruption Measures in China: Suggestions for Reforms. Asian Education & Development Studies

Gupta, A. 2005. Narratives of Corruption: Anthropological and Fictional Accounts of the Indian State. Ethnography

Gupta, Akhil. 1995. Blurred Boundaries: The Discourse of Corruption, the Culture of Politics, and the Imagined State. American Ethnologist

Gupta, Akhil. 2005. "Narrating the State of Corruption", in Dieter Haller & Chris Shore eds., Corruption: Anthropological Perspectives (Pluto Press).

Gupta, Manash Ranjan & Sarbajit Chaudhuri. 1997. Formal Credit, Corruption and the Informal Credit Market in Agriculture: A Theoretical Analysis. Economica

Gupta, Sanjeev, Hamid Davoodi & Erwin Tiongson. 2000. Corruption and the Provision of Health Care and Education Services. IMF Working Paper No. 00/116.

Gupta, Sanjeev, Hamid R. Davoodi & Rosa Alonso-Terme. 2002. Does Corruption Affect Income Inequality and Poverty? Economics of Governance

Gupta, Sanjeev, Luiz R. De Mello & Raju Sharan. 2001. Corruption and Military Spending. European Journal of Political Economy

Gurgur, Tugrul & Anwar Shah. 2005. Localization and Corruption: Panacea or Pandora's Box? World Bank Policy Research Working Paper 3486.

Page 1368  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

Guriev, Sergei. 2004. Red Tape and Corruption. Journal of Development Economics

Gutmann, Jerg 2015. Believe, But Verify? The Effect of Market Structure on Corruption in Religious Groups. Kyklos

Gutmann, Jerg, Fabio Padovano & Stefan Voigt. 2015. Perception vs. Experience: Explaining Differences in Corruption Measures Using Microdata. Working paper.

Gutterman, E. 2015. Easier Done than Said: Transnational Bribery, Norm Resonance, and the Origins of the US Foreign Corrupt Practices Act. Foreign Policy Analysis

Gutterman, Ellen. 2013. Easier Done Than Said: Transnational Bribery, Norm Resonance, and the Origins of the US Foreign Corrupt Practices Act. Foreign Policy Analysis.

Gutterman, Ellen. 2014. The Legitimacy of Transnational NGOs: Lessons from the Experience of Transparency International in Germany and France. Review of International Studies

Guveneli, T. & R. Sanyal. 2012. Perception and Understanding of Bribery in International Business. Ethics & Behavior

Gyimah-Brempong, K. & S.M. De Camacho. 2006. Corruption, Growth, and Income Distribution: Are There Regional Differences? Economics of Governance

Gyimah-Brempong, K. 2001. Corruption, Economic Growth, and Income Inequality in Africa. Economics & Governance

Haber, S. & V. Menaldo. 2011. Do Natural Resources Fuel Authoritarianism? A Reappraisal of the Resource Curse. American Political Science Review

Habib, Mohsin & Leon Zurawicki. 2001. Country-Level Investments and the Effect of Corruption – Some Empirical Evidence. International Business Review

Habib, Mohsin & Leon Zurawicki. 2002. Corruption and Foreign Direct Investment. Journal of International Business Studie

Habib, Moshin & Leon Zurawicki. 2002. Corruption in the Context of International Business – Conceptual and Methodological Issues. Journal of Transnational Management Development

Hadamovsky, M. 2012. On the Relationship between Corruption and Migration. Working paper.

Hafner, O. 1998. The Role of Corruption in the Misappropriation of Tropical Forest Resources and in Tropical Forest Destruction. Working paper.

Hagenbuch, Stephen. 2012. Taming "Instrumentality": The FCPA's Legislative History Requires Proof of Government Control. University of Chicago Legal Forum

Hakkala, K., P. Norback & H. Svaleryd. 2002. Asymmetric Effects of Corruption on FDI: Evidence from Swedish Multinational Firms. Review of Economics & Statistics

Halim, Nafisa. 2008. Testing Alternative Theories of Bureaucratic Corruption in Less Developed Countries. Social Science Quarterly

Hall, D. 1999. Privatisation, Multinationals and Corruption. Development in Practice

Hall, Kath. 2013. Strategic Privatisation of Transnational Anti-Corruption Regulation. Australian Journal of Corporate Law

Hall, R.E. & C.I. Jones. 1999. Why Do Some Countries Produce So Much More Output Per Worker Than Others? Quarterly Journal of Economics

Hall, Richard L. & Robert P. van Houweling. 1995. Avarice and Ambition in Congress: Representatives' Decisions to Run or Retire from the U.S. House. American Political Science Review

Hall, Thomas & Glenn Yago. 2000. Estimating the Cost of Opacity Using Sovereign Bond Spreads. Milken Institute Policy Brief No. 13.

Hall-Matthews, David. 2007. "Tickling Donors and Tackling Opponents: The Anti-Corruption Campaign in Malawi", in Sarah Bracking ed., Corruption and Development: The Anti-Corruption Campaigns (Palgrave Macmillan).

Hallward-Driemeier, Mary & Lant Pritchett. 2011. How Business Is Done and the "Doing Business" Indicators: The Investment Climate when Firms Have Climate Control.World Bank Policy Research Working Paper 5563.

Hallward-Driemeier, Mary. 2009. Who Survives? The Impact of Corruption, Competition and Property Rights Across Firms. World Bank Policy Research Working Paper 5084.

Hamilton-Hart, Natasha. 2001. Anti-Corruption Strategies in Indonesia. Bulletin of Indonesian Economic Studies

Hamra, Wayne. 2000. Bribery in International Business Transactions and the OECD Convention: Benefits and Limitations. Business Economics

Han Ping, Luke, Davin Chor, Quoc-Anh Do, & Karine Serfaty-de Medeiros. 2013. Corruption, Delays, and the Pattern of Trade. Working paper.

Hancock, Graham. 1989. Lords of Poverty: The Power, Prestige, and Corruption of the International Aid Business (Boston: Atlantic Monthly Press).

Hand, Jacqueline. 2005. Government Corruption and Exploitation of Indigenous Peoples. Santa Clara Journal of International Law

Hanf, Matthieu, Astrid Van-Melle, Florence Fraisse, Amaury Roger, Bernard Carme & Mathieu Nacher. 2011. Corruption Kills: Estimating the Global Impact of Corruption on Children Deaths.

Hankiss, Elemer. 2002. "Games of Corruption: East Central Europe,

Kotkin & A. Sajo eds., Political Corruption in Transition: A Sceptic's Handbook (Budapest: Central European University Press).

Hanley, Sean & Allan Sikk. 2014. Economy, Corruption or Floating Voters? Explaining the Breakthroughs of Anti-Establishment Reform Parties in Eastern Europe. Party Politics (forthcoming).

Hanlon, J. 2004. How Northern Donors Promote Corruption: Tales from the New Mozambique. Corner House Briefing 33.

Hanna, Rema & Shing-Yi Wang. 2013. Dishonesty and Selection into Public Service. NBER Working Paper No. 19649.

Hanna, Rema, Sarah Bishop, Sara Nadel, Gabe Scheffler & Katherine Durlacher. 2011.

The Effectiveness of Anti-Corruption Policy: What Has Worked, What Hasn't, and What We Don't Know—A Systematic Review. Technical Report. London: EPPI-Centre, Social Science Unit, Institute of Education, University of London.

Hanousek, J. & E. Kocenda. 2011. Public Investment and Fiscal Performance in the New EU Member States. Fiscal Studies

Hansberry, Heidi L. 2012. In Spite of Its Good Intentions, the Dodd-Frank Act Has Created an FCPA Monster. Journal of Criminal Law & Criminology

Hansen, Hans Krause. 2011. Managing Corruption Risks. Review of International Political Economy

Haque, M. Emranul & B. Hussain. 2013. Where Does Education Go? The Role of Corruption. Working paper.

Haque, M. Emranul & K.C. Neanidis. 2009. Fiscal Transparency and Corruption. Working paper.

Haque, M. Emranul & Richard A. Kneller. 2009. Corruption Clubs: Endogenous Thresholds in Corruption and Development. Economics of Governance

Haque, M. Emranul & Richard Kneller. 2015. Why Does Public Investment Fail To Raise Economic Growth?: The Role of Corruption. The Manchester School

Haque, M. Emranul. 2011. Endogenous Detection in a Simple Model of Corruption and Growth. Global Journal of Finance & Economics

Haque, M. Emranul. 2012. Unproductive Education in a Model of Corruption and Growth. Working paper.

Harding, J. 2014. Corruption or Guanxi? Differentiating between the Legitimate, Unethical, and Corrupt Activities of Chinese Government Officials. Pacific Basin Law Journal

Hardouin, Patrick. 2009. Banks, Governance and Public-Private Partnership in Preventing and Confronting Organized Crime, Corruption and Terrorism Financing. Journal of Financial Crime

Hardy, Peter D. 1995. The Emerging Role of the Quid Pro Quo Requirement for Public Corruption Prosecutions Under the Hobbs Act. University of Michigan Journal of Law Reform

Harm, Christian. 2005. Political Determinants of Corporate Governance: Corruption and Other Forms of Rent Seeking. (unpublished working paper)

Harms, Brian C. 2000. Holding Public Officials Accountable in the International Realm: A New Multi-Layered Strategy to Combat Corruption. Cornell International Law Journal

Harring, N. 2014. Corruption, Inequalities and the Perceived Effectiveness of Economic Pro-Environmental Policy Instruments: A European Cross-National Study. Environmental Science & Policy

Harring, Niklas. 2012. Understanding the Effects of Corruption and Political Trust on Willingness to Make Economic Sacrifices for Environmental Protection in a Cross-National Perspective. Social Science Quarterl

Harring, Niklas. 2013. Corruption, Inequalities and the Perceived Effectiveness of Economic Pro-Enviromental Policy Instruments: A European Cross-National Study. Environmental Science & Policy.

Harrison, Elizabeth. 2006. Unpacking the Anti-Corruption Agenda: Dilemmas for Anthropologists. Oxford Development Studies

Harrison, Elizabeth. 2007. Corruption. Development in Practice

Harrison, Graham. 1999. Clean-Ups, Conditionality & Adjustment: Why Institutions Matter in Mozambique. Review of African Political Economy

Harrison, Graham. 1999. Corruption as "Boundary Politics": The State, Democratization and Mozambique's Unstable Liberalization. Third World Quarterly

Harrison, M. & B.Y. Kim. 2006. Plans, Prices, and Corruption: The Soviet Firm Under Partial Centralization, 1930 to 1990. Journal of Economic History

Harriss-White, Barbara & Gordon White. 1996. Corruption, Liberalization, and Democracy. IDS Bulletin

Harris-White, B. & G. White. 1996. Liberalization and New Forms of Corruption (Brighton: Institute of Development Studies).

1373

Harsch, Ernest. 1993. Accumulators and Democrats: Challenging State Corruption in Africa. Journal of Modern African Studies

Harstad, Bard & Jakob Svensson. 2011. Bribes, Lobbying, and Development. American Political Science Review.

Hart, C.L. 2014. Money Laundering. American Criminal Law Review .

Hartman, Jennifer M. 1997. Government by Thieves: Revealing the Monsters Behind the Kleptocratic Masks. Syracuse Journal of International Law & Commerce.

Hasen, Richard L. 1993. An Enriched Economic Model of Political Patronage and Campaign Contributions: Reformulating Supreme Court Jurisprudence. Cardozo Law Review

Hasen, Richard L. 2004. Buckley Is Dead, Long Live Buckley: The New Campaign Finance Incoherence of McConnell v. Federal Election Commission. University of Pennsylvania Law Review

Hasker, Kevin & Cagla Okten. 2008. Intermediaries and Corruption. Journal of Economic Behavior & Organization

Hassaballa, H. 2015. The Effect of Corruption on Carbon Dioxide Emissions in the MENA Region. European Journal of Sustainable Development

Hassid, Jonathan & Jennifer N. Brass. 2015. Scandals, Media and Good Governance in China and Kenya. Journal of Asian & African Studies

Hasty, Jennifer. 2005. Sympathetic Magic/Contagious Corruption: Sociality, Democracy, and the Press in Ghana. Public Culture.

Hasty, Jennifer. 2005. The Pleasures of Corruption: Desire and Discipline in Ghanaian Political Culture. Cultural Anthropology.

Hatak, I., M. Fink & H. Frank. 2015. Business Freedom, Corruption and the Performance of Trusting Cooperation Partners: Empirical Findings from Six European Countries. Review of Managerial Science

Hatchard, John. 2012. Combating Corruption: Some Reflections on the Use of the Offence and the Tort of Misconduct/Misfeasance in Public Office. Denning Law Journal

Hatchard, John. 2014. Combating Corruption: Legal Approaches to Supporting Good Governance and Integrity in Africa

Haugeneder, Florian. 2009. Corruption in Investor-State Arbitration. Journal of World Investment & Trade

Hauk, Esther & Maria Saez-Marti. 2002. On the Cultural Transmission of Corruption. Journal of Economic Theory

Hauser, C. & J. Hogenacker. 2014. Do Firms Proactively Take Measures to Prevent Corruption in their International Operations? European Management Review

Hawthorne, Omar E. 2013. Transparency Internatioal's Corruption Perceptions Index: "Best Flawed" Measure on Corruption? Working paper.

He, Xin Frank. 2003. Sporadic Law Enforcement Campaigns as a Means of Social Control: A Case Study From a Rural-Urban Migrant Enclave in Beijing. Columbia Journal of Asian Law

He, Zhengke. 2000. Corruption and Anti-Corruption in Reform China. Communist & Post-Communist Studies

Healy, Paul & George Serafeim. 2014. An Analysis of Firms' Self-Reported Anticorruption Efforts. Harvard Business School Working Paper

Healy, Paul M. & Karthik Ramanna. 2013. When the Crowd Fights Corruption. Harvard Business Review:

Hearn, Rose Gill. 2012. "The Role of Education in Changing Corrupt Practices", in Adam Graycar & Russell G. Smith eds., Handbook of Global Research and Practice in Corruption ,

Hearn, Rose Gill. 2014. Does Corruption Drive Government Spending? Public Administration Review

Hebous, S. & V. Lipatov. 2014. A Journey from a Corruption Port to a Tax Haven. Journal of Comparative Economics

Hechanova, M.R.M., I. Melgar, P.Z. Falguera & M. Villaverde. 2014. Organisational Culture and Workplace Corruption in Government Hospitals. Journal of Pacifc Rim Psychology

Heckleman, J.C. & B. Powell. 2010. Corruption and the Institutional Environment for Growth. Comparative Economic Studies 52: 351-378.

Heeks, R. 1999. Information Technology and the Management of Corruption. Development in Practice

Heeks, R. 2002. Information Systems and Developing Countries: Failure, Success and Local Improvisations. The Information Society

Heeks, Richard & Harald Mathisen. 2011. Understanding Success and Failure of Anti-Corruption Initiatives. U4 Brief (March 2011).

Heeks, Richard. 1998. Information Technology and Public Sector Corruption. Working paper.

Heeks, Richard. 2007. "Why Anti-Corruption Initiatives Fail: Technology Transfer and Contextual Collision", in Sarah Bracking ed., Corruption and Development: The Anti-Corruption Campaigns (Palgrave Macmillan)

Hefeker, Carsten. 2010. Taxation, Corruption and the Exchange Rate Regime. Journal of Macroeconomics

Heidenheimer, Arnold J. & Michael Johnston, eds., Political Corruption: Concepts and Contexts, 3rd edition (Transaction Publishers, 2009)

Heidenheimer, Arnold J. 1989. "Perspectives on the Perception of Corruption", in Heidenheimer, Arnold J., M. Johnston & V. Le Vine eds., Political Corruption: A Handbook (New Brunswick: Transaction)

Heidenheimer, Arnold J. 1996. The Topography of Corruption: Explorations in a Comparative Perspective. International Social Science Journal

Heidenheimer, Arnold J. 2004. Disjunctions Between Corruption and Democracy? A Qualitative Exploration. Crime, Law & Social Change

Heifetz, David L. 2002. Japan's Implementation of the OECD Anti-Bribery Convention: Weaker and Less Effective Than the U.S. Foreign Corrupt Practices Act. Pacific Rim Law & Policy Journal

Heilbrunn, J. 2011. "Post-Conflict Reconstruction, Legitimacy and Anti-Corruption Commissions", in C. Cheng & D. Zaum eds., Corruption and Post-Conflict Peacebuilding: Selling the Peace? (Abingdon: Routledge).

Heilbrunn, John R. 2005. Oil and Water? Elite Politicians and Corruption in France. Comparative Politics

Heilbrunn, John. 1999. "Corruption, Democracy, and Reform in Benin," in Schedler, Andreas et al. The Self-Restraining State: Power and Accountability in New Democracies. Boulder: Lynne Rienner Publishers.

Heilbrunn, John. 2004. Anticorruption Commissions: Panacea or Real Medicine to Fight Corruption? World Bank Institute Working Paper 37234.

Heilman, Bruce, Ng'wazak Kamata & Laurean Ndumbaro. 2000. Corruption, Politics, and Societal Values in Tanzania. Journal of Social Philosophy

Heimann, Fritz F. 1994 Should Foreign Bribery Be a Crime?

Hein, M. 2015. The Fight Against Government Corruption in Romania: Irreversible Results or Sisyphean Challenge? Europe-Asia Studies

Heineman, Ben W., Jr.. 2008. High Performance with High Integrity (Cambridge: Harvard Business Review Press).

Heinrich, Finn & Robin Hodess. 2012. "Measuring Corruption", in Adam Graycar & Russell G. Smith eds., Handbook of Global Research and Practice in Corruption ,

Helle, Svein-Erik & Lise Rakner. 2013. "'Grabbing' an Election: Abuse of State Resources in the 2011 Elections in Uganda", in Soreide, Tina & Aled Willams eds., Corruption, Grabbing and Development .

Heller, N. 2009. "Defining and Measuring Corruption: Where Have We Come From, Where Are We Now, and What Matters for the Future?", in R. Rotberg ed., Corruption, Global Security, and World Order (Washington, D.C.: Brookings Institution Press).

Helliwell, J.F. & H.F. Huang. 2008. How's Your Government? International Evidence Linking Good Government and Well-Being. British Journal of Political Science

Page 1379  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

Hellman, Joel & Daniel Kaufmann. 2001. Confronting the Challenges of State Capture in Transition Economies. Finance & Development

Hellman, Joel & Mark Schankermann. 2000. Intervention, Corruption and Capture: The Nexus between Enterprises and the State. Economics of Transition

Hellman, Joel S. 1998. Winners Take All: The Politics of Partial Reform in Postcommunist Transitions. World Politics.

Hellman, Joel S., Geraint Jones & Daniel Kaufmann. 2000. Seize the State, Seize the Day: State Capture and Influence in Transition Economies. Journal of Comparative Economics

Hellman, Joel S., Geraint Jones & Daniel Kaufmann. 2006. "Far from Home: Do Foreign Investors Import Higher Standards of Governance in Transition Economies?", in Clarke, T. & M. Dela Rama eds., Corporate Governance and Globalization (New York: Sage)

Hellmann, Olli. 2014. Explaining the Institutionalization of Political Corruption: The Effects of Colonial Rule and Decolonization. Working paper.

Helmer, Elena & Stuart H. Deming. 2011. Non-Governmental Organizations: Anticorruption Compliance Challenges and Risks. International Lawyer

Helmer, Elena. 2008. Corruption in International Commercial Arbitration: Fiona Trust & Holding Corp. v. Privalov. International Arbitration News .

Helmy, Heba E. 2013. The Impact of Corruption on FDI: Is MENA an Exception? International Review of Applied Economics

Henderson, J. Vernon & Ari Kuncoro. 2006. Corruption in Indonesia. NBER Working Paper 10674.

Henderson, J. Vernon & Ari Kuncoro. 2011. Corruption and Local Democratization in Indonesia: The Role of Islamic Parties. Journal of Development Economics

Hendrix, Steven E. 2005. New Approaches to Addressing Corruption in the Context of U.S. Foreign Assistance with Examples from Latin America and the Caribbean. Southwestern Journal of Law & Trade in the Americas

Henning, Patrick & Lee Radek. 2011. The Prosecution and Defense of Public Corruption: The Law and Legal Strategies. Oxford University Press.

Henning, Peter J. 2001. Public Corruption: A Comparative Analysis of International Corruption Conventions and United States Law. Arizona Journal of International & Comparative Law

Henning, Peter J. 2003. Federalism and the Federal Prosecution of State and Local Corruption, Kentucky Law Journa

Henning, Peter J. 2009. Corporate Criminal Liability and the Potential for Rehabilitation. American Criminal Law Review

Henning, Peter J. 2012. Be Careful What You Wish For: Thoughts on a Compliance Defense Under the Foreign Corrupt Practices Act. Ohio State Law Journal

Henning, Peter J. 2012. Making Sure "The Buck Stops Here": Barring Executives for Corporate Violations. University of Chicago Legal Forum

Hepburn, J. 2014. In Accordance with Which Host State Laws? Restoring the "Defense" of Investor Illegality in Investment Arbitration. Journal of International Dispute Settlement

Hernandez, Teresa & Robert W. McGee. 2014. Ethical Attitudes Toward Taking a Bribe: A Study of Three Latin American Countries. Working paper.

Page 1381  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

Herrera, Ana Maria, Lebohang Lijane & Peter Rodriguez. 2007. Bribery and the Nature of Corruption. Unpublished manuscript, Michigan State University.

Herrera, J., M. Razafindrakoto & F. Roubaud. 2007. Governance, Democracy and Poverty Reduction: Lessons Drawn from Household Surveys in Sub-Saharan Africa and Latin America. International Statistical Review

Herrick, Rebekah L. 2000. Who Will Survive? An Exploration of Factors Contributing to the Removal of Unethical House Members. American Politics Research

Herring, Cheryl Crumpton. 2001. 18 U.S.C. § 666: Is It a Blank Check to Federal Authorities Prosecuting State and Local Corruption? 52 Ala. L. Rev.

Hertog, S. 2010. Defying the Resource Curse: Explaining Successful State-Owned Enterprises in Rentier States. World Politics 62(2):

Herzfeld, Thomas & Christoph Weiss. 2003. Corruption and Legal (In)Effectiveness: An Empirical Investigation. European Journal of Political Economy

Herzfeld, Thomas & Christoph Weiss. 2007. Corruption Clubs: Empirical Evidence from Kernel Density Estimates. Applied Economics

Hess, David & Cristie L. Ford. 2008. Corporate Corruption and Reform Undertakings: A New Approach to an Old Problem. Cornell International Law Journal

Hess, David & Thomas W. Dunfee. 2000. Fighting Corruption: A Principled Approach; The C2 Principles (Combating Corruption), Cornell International Law Journal

Hess, David & Thomas W. Dunfee. 2003. "Taking Responsibility for Bribery: The Multinational Corporation's Role in Combating Corruption", in R. Sullivan ed., Business and Human Rights: Dilemmas and Solutions (Sheffield, UK: Greenleaf Publishing)

Hess, David. 2009. Catalyzing Corporate Commitment to Combating Corruption. Journal of Business Ethics

Hess, David. 2011. "Combating Corruption in International Business through Voluntary Governance Initiatives", in T. Hale & D. Held eds., Transnational Governance Innovation (Cambridge, UK: Polity Press)

Hess, David. 2012. Combating Corruption through Corporate Transparency: Using Enforcement Discretion to Improve Disclosure. Minnesota Journal of International Law

Hess, David. 2012. Enhancing the Effectiveness of the Foreign Corrupt Practices Act Through Corporate Social Responsibility. Ohio State Law Journal

Hessami, Z. 2014. Political Corruption, Public Procurement, and Budget Composition: Theory and Evidence from OECD Countries. European Journal of Political Economy

Hessami, Zohal, Claudio Thum & Silke Uebelmesser. 2012. A Political Economy Explanation for In-kind Redistribution: The Interplay of Corruption and Democracy. Working Paper.

Hessami, Zohal. 2010. Corruption and the Composition of Public Expenditures: Evidence from OECD Countries. MPRA Paper 25945.

Hessami, Zohal. 2011. On the Link Between Government Ideology and Corruption in the Public Sector. (unpublished manuscript)

Hetzer, W. 2008. Corruption as Business Practice? Criminal Responsibility of Enterprises in the European Union. ERA Forum

Heymann, Philip B. 1997. Democracy and Corruption. Fordham International Law Journal

Heymann, Philip B. Four Unresolved Questions About the Responsibilities of an Independent Counsel. Georgetown Law Journal

Heyneman, Stephen P. 2004. Education and Corruption. International Journal of Educational Development

Heyneman, Stephen P. 2007. Buying Your Way into Heaven: The Corruption of Education Systems in Global Perspective. Perspectives on Global Issues

Heyneman, Stephen P. 2011. The Corruption of Ethics in Higher Education. International Higher Education

Heyneman, Stephen P., Kathryn H. Anderson & Nazym Nuraliyeva. 2008. The Cost of Corruption in Higher Education. Comparative Education Review

Heywood, Paul M. & Jonathan Rose. 2014. "Close But No Cigar": The Measurement of Corruption. Journal of Public Policy

Heywood, Paul M. & Jonathan Rose. 2014. "Close But No Cigar": The Measurement of Corruption. Journal of Public Policy.

Heywood, Paul M. 2015. "Measuring Corruption: Perspectives, Critiques and Limits" , in Paul M. Heywood ed., The Routledge Handbook of Political Corruption (New York: Routledge)

Heywood, Paul. 1997. Political Corruption: Problems and Perspectives. Political Studies

Hibbs, Douglas & Violeta Piculescu. 2005. Institutions, Corruption and Tax Evasion in the Unofficial Economy. Working paper.

Hibbs, Douglas A., Jr. & Violeta Piculescu. 2010. Tax Toleration and Tax Compliance: How Government Affects the Propensity of Firms to Enter the Unofficial Economy. American Journal of Political Science

1383

Hicken, Allen D. 2007. "How Do Rules and Institutions Encourage Vote Buying?", in Frederic Charles Schaffer ed., Elections for Sale: The Causes and Consequences of Vote Buying (Boulder, CO: Lynne Rienner)

Hicken, Allen. 2011. Clientalism. Annual Review of Political Science

Hidalgo, F. Daniel & Simeon Nichter. 2014. Voter Buying: Shaping the Electorate through Clientalism. Working paper.

Hill, Kim Quaile. 2003. Democratization and Corruption: Systematic Evidence from the American States. American Political Research

Hillman, A.L. & E. Katz. 1987. Hierarchical Structure and the Social Costs of Bribes and Transfers. Journal of Public Economics

Hillman, Arye L. 2004. Corruption and Public Finance: An IMF Perspective. European Journal of Political Economy

Hills, L. 2014. Universal Anti-Bribery Legislation Can Save International Business: A Comparison of the FCPA and UKBA in an Attempt to Create Universal Legislation to Combat Bribery Around the Globe. Working paper.

Hills, Roderick M., Jr. 2005. Corruption and Federalism: (When) Do Federal Criminal Prosecutions Improve Non-Federal Democracy? 6 Theoretical Inquiries L.

Hilson, Gavin & Roy Maconachie. 2009. "Good Governance" and the Extractive Industries in Sub-Saharan Africa. Mineral Processing & Extractive Metallurgy Review

Hinchey, Bruce. 2011. Punishing the Penitent: Disproportionate Fines in Recent FCPA Enforcements and Suggested Improvements. Public Contract Law Journal

Hindess, Barry. 2001. "Good Government and Corruption" in Peter Larmour & Nick Wolanin, eds., Corruption and Anti-Corruption (Canberra: Asia Pacific Press)

Hindess, Barry. 2008. "International Anti-Corruption as a Program of Normalisation", in de Sousa, Luis, Peter Marmour & Barry Hindess eds., Governments, NGOs and Anti-Corruption: The New Integrity Warriors (London: Routledge).

Hindriks, Jean, Michael Keen & Abhinay Muthoo. 1999. Corruption, Extortion and Evasion. Journal of Public Economics

Hines, James R. 1995. Forbidden Payment: Foreign Bribery and American Business After 1977. NBER Working Paper No. 5266.

Hines, Nicole Y. 2007. Cultural Due Diligence: The Lost Diligence that Must Be Found by U.S. Corporations Conducting M&A Deals in China to Prevent Foreign Corrupt Practices Act Violations. Duquesne Business Law Journal

Hinks, Timothy & Artjoms Ivlevs. 2014. Communist Party Membership and Bribe Paying in Transitional Economies. Working paper.

Hite-Rubin, Nancy. 2015. "A Corruption, Military Procurement and FDI Nexus? ", in Susan Rose-Ackerman & Paul Lagunes eds., Greed, Corruption, and the Modern State .

Hobbs, Nathaniel. 2005. Corruption in World Bank Financed Projects: Why Bribery is a Tolerated Anathema. Development Studies Institute Working Paper

Hodder, R. 2015. What's Wrong with Patronage? Society

Hodder, Rupert. 2009. Political Interference in the Philippine Civil Service. Environment & Planning C: Government & Policy

Page 1386  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

Hodess, Robin. 2013. "Civil Society and Nongovernmental Organizations as International Actors in Anti-Corruption Advocacy", in Susan Rose-Ackerman & Paul D.

Carrington eds., Anti-Corruption Policy: Can International Actors Play a Constructive Role? (Durham: Carolina Academic Press)

Hodge, Andrew, Sriram Shankar, D.S. Prasada Rao & Alan Duhs. 2011. Exploring the Links Between Corruption and Growth. Review of Development Economics

Hodgkinson, P. 1997. The Sociology of Corruption, Some Themes and Issues. Sociology

Hodgson, G.M. 2006. Institutions, Recessions and Recovery in the Transitional Economies. Journal of Economic Issues

Hodgson, Geoffrey M. & Shuxia Jiang. 2007. The Economics of Corruption and the Corruption of Economics: An Institutionalist Perspective. Journal of Economic Issues 41: 1043-.

Hodler, Roland & Paul A. Raschky. 2014. Regional Favoritism. Quarterly Journal of Economics.

Hodler, Roland. 2006. The Curse of Natural Resources in Fractionalized Countries. European Economic Review

Hoff, Karla & Joseph E. Stiglitz. 2005. The Creation of the Rule of Law and the Legitimacy of Property Rights: The Political and Economic Consequences of a Corrupt Privatization. NBER Working Paper 11772.

Hofstede, Geert. 2001. Culture's Consequences: Comparing Values, Behaviors, Institutions, and Organizations Across Nations (2d ed.) (Beverly Hills, CA: Sage).

Hogarth, John. 1995. Developments in Criminal Law and Criminal Justice: Bribery of Officials in Pursuit of Corporate Aims. Crim. L. F.

Holcombe, R. & C. Boudreaux. 2015. Regulation and Corruption. Public Choice .

Holloway, Richard. 2001. Corruption and Civil Society Organisations in Indonesia. .

Holloway, Richard. 2010. NGOs: Losing the Moral High Ground—Corruption and Misrepresentation.

Hollyer, J.R., B.P. Rosendorff & J.R. Vreeland. 2014. Measuring Transparency. Political Analysis

Hollyer, James & Leonard Wantchekon. 2015. Corruption and Ideology in Autocracies. Journal of Law, Economics & Organization

Holm, John D. 2000. "Curbing Corruption through Democratic Accountability: Lessons from Botswana," in Kempe Ronald Hope Sr. & Bornwell C. Chikulo eds., Corruption and Development in Africa (London, Palgrave)

Holmberg, Soren & Bo Rothstein. 2011. Dying of Corruption. Health Economics, Policy & Law

Holmberg, Soren & Bo Rothstein. 2011. Quality of Government and Access to Safe Water. QoG Working Paper Series.

Holmberg, Soren, Bo Rothstein & N. Nasiritousi. 2009. Quality of Government: What You Get. Annual Review of Political Science.

Holmes, L. 2006. Rotten States? Corruption, Post-Communism, and Neoliberalism (Durham, NC: Duke University Press)

Holmes, L. 2007. Terrorism, Organised Crime and Corruption: Networks and Linkages. Oxford.

Holmes, L. 2015. Different Paths to Curbing Corruption: Lessons from Denmark, Finland, Hong Kong, New Zealand and Singapore. Asian Journal of Political Science

Page 1388  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

Holmes, Leslie. 1993. The End of Communist Power: Anti-Corruption Campaigns and Legitimation Crisis.

Holmes, Leslie. 1997. Corruption and the Crisis of the Post-Communist State. Crime, Law & Social Change

Holmes, Leslie. 1999. Corruption in Europe. Dialogue

Holmes, Leslie. 2001. "Crime, Corruption and Politics:International and Transnational Factors", in J. Zielonka & A. Pravda eds., Democratic Consolidation in Eastern Europe: International and Transnational Factors, Vol. 2 (Oxford: Oxford University Press), pp.

Holmes, Leslie. 2003. "Political Corruption in Central and Eastern Europe", in M. Bull & J. Newell eds., Corruption in Contemporary Politics (London: Palgrave)

Holmes, Leslie. 2005. "Russian Corruption and State Weakness in Comparative Post-Communist Perspective", in A. Pravda ed., Leading Russia: Putin in Perspective (Oxford: Oxford University Press)

Holmes, Leslie. 2007. "The Corruption-Organized Crime Nexus in Central and Eastern Europe," in Leslie Holmes ed., Terrorism, Organised Crime and Corruption

Holmes, Leslie. 2008. "Political Corruption Scandals and Public Attitudes towards Party Financing: Poland and Germany Compared", in S. Eliaeson ed., Building Civil Society and Democracy in New Europe (Newcastle: Cambridge Scholars Publishing)

Holmes, Leslie. 2008. Corruption and Organised Crime in Putin's Russia. Europe-Asian Studies

Holmes, Leslie. 2012. "Corruption and Financial Crises", in Ralph Pettman ed., Handbook on International Political Economy (World Scientific Publishing)

1388

Page 1389  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

Holmes, Leslie. 2012. "Transnational Crime, Corruption and Conflict in Russia and the Former USSR", in Matthew Sussex ed., Conflict in the Former USSR (Cambridge University Press)

Holmes, Leslie. 2012. Corruption in Post-Soviet Russia. Global Change, Peace & Security

Holmes, Leslie. 2013. Postcommunist Transitions and Corruption: Mapping Patterns. Social Research

Holmes, Leslie. 2013. The Internationalisation of Corruption: Scale, Impact and Countermeasures. Crime, Law & Social Change .

Holmes, Leslie. 2014. "Police Corrupton from Many Perspectives", in Leslie Holmes ed., Police Corruption: Essential Readings .

Holmes, Leslie. 2015. Combating Corruption in China: The Role of the State and Other Agencies in Comparative Perspective. Economic & Political Studies

Holmes, Ronald D. 2007. "Combating Corruption in the Philippines: The Difficulty and Danger of Organizational Reform/Human Resource Development Initiatives", in Ma Concepcion P. Alfiler & Eleanor E. Nicolas, eds., Public Administration plus Governance: Assessing the Past, Addressing the Future. (Quezon City: National College of Public Administration and Governance, University of the Philippines)

Holtzblatt, M. & N. Tschakert. 2014. Baker Hughes: Greasing the Wheels in Kazakhstan (FCPA Violations and Implementation of a Corporate Ethics and Anti-Corruption Compliance Program). Journal of Accounting Education 32(1): 36-60.

Hooghe, M. & E. Quintelier. 2014. Political Participation in European Countries: The Effect of Authoritarian Rule, Corruption, Lack of Good Governance and Economic Downturn. Comparative European Politics

Hope, K. 2000. "Corruption and Development in Africa", in Hope, K. & B. Chikulo eds., Corruption and Development in Africa: Lessons from Country Case Studies (London: Macmillan).

Hope, K.R. 2014. Kenya's Corruption Problem: Causes and Consequences. Commonwealth & Comparative Politics

Hopkin, Jonathan & Andres Rodriguez-Pose. 2007. "Grabbing Hand" or "Helping Hand"? Corruption and the Economic Role of the State. Governance: An International Journal of Policy & Administration

Hopkin, Jonathan. 1997. Political Parties, Political Corruption, and the Economic Theory of Democracy. Crime, Law & Social Change

Hopkin, Jonathan. 2002. States, Markets and Corruption: A Review of Some Recent Literature. Review of International Political Economy .

Hoppe, T. 2014. The Case for Asset Declarations in the Judiciary: Identifying Illicit Enrichment and Conflicts of Interest. U4 Brief  (Bergen: Chr. Michelsen Institute).

Horowitz, Shale, Karla Hoff & Branko Milanovic. 2009. Government Turnover: Concepts, Measures and Applications. European Journal of Political Research

Hostetler, Courtney. 2011. Going From Bad to Good: Combating Corporate Corruption on World Bank-Funded Infrastructure Projects. Yale Human Rights & Development Law Journal

Hotchkiss, Carolyn. 1998. The Sleeping Dog Stirs: New Signs of Life in Efforts to End Corruption in International Business. J. Pub. Pol'y & Marketing

Hough, Dan. 2013. Corruption, Anti-Corruption and Governance. London: Palgrave.

Houillon, Gregory. 2014. "Corruption and Conflicts of Interest: Future Prospects on Lobbying", in Jean-Bernard Auby, Emmanuel Breen & Thomas Perroud eds., Corruption and Conflicts of Interest: A Comparative Law Approach

Hoyland, B., K.O. Moene & F. Willumsen. 2012. The Tyranny of Internatioanl Index Rankings. Journal of Development Economics

Hsieh, C.R. & Moretti, E. 2006. Did Iraq Cheat the United Nations? Underpricing, Bribes, and the Oil for Food Program. Quarterly Journal of Economics

Hu, Xinli. 2015. Effectiveness of Information Technology in Reducing Corruption in China: A Validation of the DeLone and McLean Information Systems Success Model. The Electronic Library

Huang, H. & Z. Li. 2015. Procurement Auctions with Ex-Ante Endogenous Bribery. Economic Modelling.

Huang, Peter H. & Ho-Mou Wu. 1994. More Order without More Law: A Theory of Social Norms and Organizational Cultures. Journal of Law, Economics & Organization

Huang, Yasheng. 2008. Capitalism with Chinese Characteristics: Entrepreneurship and the State.

Huang, Z., L. Liu, W. Zheng, X. Tan & X. Zhao. 2015. Walking the Straight and Narrow: The Moderating Effect of Evaluation Apprehension on the Relationship Between Collectivism and Corruption

Hubbard, Paul. 2007. Putting the Power of Transparency in Context: Information's Role in Reducing Corruption in Uganda's Education Sector. Center for Global Development Working Paper 136.

Huberts, Leo W.J.C. 1998. What Can Be Done Against Public Corruption and Fraud: Expert Views on Strategies to Protect Public Integrity. Crime, Law & Social Change

Huberts, Leo W.J.C. 2000. Anticorruption Strategies: The Hong Kong Model in International Context. Public Integrity

Huberts, Leo. 1995. Western Europe and Public Corruption: Experts' Views on Attention, Extent and Strategies. European Journal on Criminal Policy & Research

Hughes, Alexander G. 2013. Drawing Sensible Borders for the Definition of "Foreign Official" Under the FCPA. American Journal of Criminal Law

Hunt, Jennifer & Sonia Laszlo. 2005. Bribery: Who Pays, Who Refuses, What Are the Payoffs? NBER Working Paper 11635.

Hunt, Jennifer & Sonia Laszlo. 2011. Is Bribery Really Regressive? Bribery's Costs, Benefits, and Mechanisms. World Development

Hunt, Jennifer. 2004. Trust and Bribery: The Role of the Quid Pro Quo and the Link with Crime. NBER Working Paper 10510.

Hunt, Jennifer. 2005. Why Are Some Public Officials More Corrupt Than Others? NBER Working Paper No. 11595.

Hunt, Jennifer. 2007. How Corruption Hits People When They Are Down. Journal of Development Economics

Hunt, Jennifer. 2010. Bribery in Health Care in Uganda. Journal of Health Economics

Hunt, Sinead. 2011. Refining Black Gold: The Dodd-Frank Act and Corruption in the Oil Industry. UCLA Journal of International Law & Foreign Affairs

Hunter, Sharifa G. 2011. A Comparative Analysis of the Foreign Corrupt Practices Act and the U.K. Bribery Act, and the Practical Implications of Both on International Business. ISLA Journal of International & Comparative Law

Hurson, Daniel W. 2001. Mail Fraud, the Intangible Rights Doctrine, and the Infusion of State Law: A Bermuda Triangle of Sorts. Houston Law Review

Huskins, Priya Cherian. 2009. FCPA Prosecutions: Liability Trend to Watch. Stanford Law Review

Hussman, Karen. 2007. Anti-Corruption Policy Making in Practice: What Can Be Learned for Implementing Article 5 of UNCAC? Report of Six Country Case Studies: Georgia, Indonesia, Nicaragua, Pakistan, Tanzania and Zambia. U4 Report

Hussmann, K. 2007. Anti-Corruption Policy Making in Practice: What Can Be Learned for Implementing Article 5 of UNCAC? Synthesis Report of Six Country Case Studies: Georgia, Indonesia, Nicaragua, Pakistan, Tanzania, and Zambia. (Bergen: CMI).

Hussmann, K., H. Hechler & M. Penalillo. 2009. Institutional Arrangements for Corruption Prevention: Considerations for the Implementation of the United Nations Convention Against Corruption. U4 Issue

Husted, Bryan W. 1994. Honor Among Thieves: A Transaction-Cost Interpretation of Corruption in Third World Countries. Business Ethics Quarterly

Husted, Bryan W. 1999. Wealth, Culture, and Corruption. Journal of International Business Studies

Hutchcroft, Paul. 1997. The Politics of Privilege: Assessing the Impact of Rents, Corruption, and Clientalism on Third World Development. Political Studies

Huther, Jeff & Anwar Shah. 2000. Anti-Corruption Programs and Policies: A Framework for Evaluation. World Bank Policy Research Working Paper #2501.

Hwang, J. 2002. A Note on the Relationship Between Corruption and Government. Journal of Development Economics

Hwang, Michael S.C. & Kevin Lim. 2012. Corruption in Arbitration – Law and Reality. Asian International Arbitration Journal

Idakwoji, S.P. 2010. Leadership, Corruption and Development. 2010. Canadian Social Science

Ifeka, C. 2001. Playing Civil Society Tunes: Corruption and Misunderstanding Nigeria's "Real" Political Institutions. Review of African Political Economy

Iimi, A. 2007. Escaping from the Resource Curse: Evidence from Botswana and the Rest of the World. IMF Staff Paper 54(4).

Ikharehon, J.J. & N. Omoregie. 2015. Corruption and Poverty Challenges in Nigeria.

Indian Journal of Commerce & Management Studies

Imai, M. 2006. Mixing Family Business with Politics in Thailand. Asian Economic Journal

In'airat, Mohammad. 2014. Aid Allocation, Selectivity, and the Quality of Governance. Journal of Economics, Finance & Administrative Science

Infante, L. & M. Piazza. 2014. Political Connections and Preferential Lending at Local Level: Some Evidence from the Italian Credit Market. Journal of Corporate Finance

Ingle, Robert Ingle & Sandy McClure. 2008. The Soprano State: New Jersey's Culture of Corruption. New York: St. Martin's Press.

International Council on Human Rights Policy & Transparency International. 2009. Corruption and Human Rights: Making the Connection.

Page 1395  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

International Council on Human Rights Policy. 2010. Integrating Human Rights in the Anti-Corruption Agenda: Challenges, Possibilities and Opportunities.

Ionescu, Luminita. 2010. The Relationship Between Government Effectiveness and Corruption. Economics, Management & Financial Markets

Ionescu, Luminita. 2014. The Adverse Effects of Corruption on Growth and Development. Economics, Management & Financial Markets

Ionescu, Luminita. 2015. The Economics of Corruption in Professional Sport.Economics, Management & Financial Markets

Ionescu, Luminita. 2015. The Role of E-Government in Curbing the Corruption in Public Administration. Economics, Management & Financial Markets

Iossa, Elisabetta & David Martimort. 2011. Corruption in Public Private Partnerships. Working paper.

Iossa, Elisabetta & David Martimort. 2011. Post-Tender Corruption and Risk Allocation: Implications for Public-Private Partnerships. CEIS Research Paper 195, Tor Vargata University.

Iqbal, M. & J. Seo. 2008. E-Governance as an Anti-Corruption Tool: Korean Cases. Korean Local Information

Isaksson, A. 2015. Corruption Along Ethnic Lines: A Study of Individual Corruption Experiences in 17 African Countries. Journal of Development Studies

Isham, Jonathan, Jr., Michael Woolcock, Lant Pritchett & Gwen Busby. 2005. The Varieties of Resource Experience: Natural Resource Export Structures and the Political Economy of Economic Growth. World Bank Economic Review.

Ishiguro, S. 2004. Collusion and Discrimination in Organizations. Journal of Economic Theory

Islam, M. 2014. Bribery and Corruption in Australian Local Councils. Public Money & Management

Islam, M., S. Haque, T. Dissanayake, P. Leung & K. Handley. 2015. Corporate Disclosure in Relation to Combating Corporate Bribery: A Case Study of Two Chinese Telecommunications Companies. Australian Accounting Review.

Islam, R. & C. Montenegro. 2002. What Determines the Quality of Institutions? Working paper.

Islam, Roumeen. 2006. Does More Transparency Go Along With Better Governance? Economics & Politics

Ismail, A. & K. Rashid. 2014. Time Series Analysis of the Nexus Among Corruption, Political Instability and Judicial Inefficiency in Pakistan. Quality & Quantity

Issacharoff, Samuel. 2010. On Political Corruption. Harvard Law Review

Ivanov, Eduard et al. 2014. Legal Regulation of Combating Corruption: Report of the LSGL's Research Group. (Law Schools Global League Research Paper No. 2.) Ivanov, Kalin. 2007. "The Limits of a Global Campaign against Corruption", in Sarah Bracking ed., Corruption and Development: The Anti-Corruption Campaigns (Palgrave Macmillan)

Ivanov, Kalin. 2010. The 2007 Accession of Bulgaria and Romania: Ritual and Reality. Global Crime

Ivanyna, Maksym & Anwar Shah. 2011. Decentralization and Corruption: New Cross-Country Evidence. Envronment & Planning C: Government & Policy

Ivanyna, Maksym, Alexandros Mournouras & Peter Rangazas. 2015. The Culture of Corruption, Tax Evasion, and Economic Growth. Empirical Enquiry (forthcoming).

1396

Iversen, V. et al. 2006. High Value Forests, Hidden Economies and Elite Capture: Evidence from Forest User Groups in Nepal's Terai. Ecological Economics

Ivkovic, S.K. & T.O. Shelley. 2007. Police Integrity and the Czech Police Officers. International Journal of Comparative & Applied Criminal Justice

Ivkovic, S.K., C.B. Klockars, I. Cajner-Mraovic´ & D. Ivanusec. 2002. Controlling Police Corruption: The Croatian Perspective. Police Practice & Research

Ivkovic, S.K., M. Haberfeld & R. Peacock. 2013. Rainless West: The Integrity Survey's Role in Agency Accountability. Police Quarterly

Ivkovich, S.K. & A. Sauerman. 2013. Curtailing the Code of Silence among the South African Police. Policing: An International Journal of Police Strategies & Management

Ivlevs, Artjoms & T. Hinks. 2015. Bribing Behaviour and Sample Selection: Evidence from Post-Socialist Countries and Western Europe. Jahrbucher Fur Nationalokonomie Und Statistik

Ivlevs, Artjoms & Timothy Hinks. 2015. Bribing Behavior and Sample Selection: Evidence from Post-Socialist Countries and Western Europe. Journal of Economics & Statistics

Ivlevs, Artjoms & Timothy Hinks. 2015. Global Economic Crisis and Corruption. Public Choice

Ivlevs, Artjoms & Timothy Hinks. 2015. Global Economic Crisis and Corruption (correction notice). Public Choice

Ivory, Radha. 2013. The Right to a Fair Trial and International Cooperation in Criminal Matters: Article 6 EHCR and the Recovery of Assets in Grand Corruption Cases. Utrecht Law Review

Ivory, Radha. 2014. "Transparency and Opacity in the International Legal Framework Against Corruption", in A. Castro, ed., Buen Gobierno Y Derechos Humanos: Nuevas Perspectivas En El Derecho Publico. Lima: Pontifica Universidad Catolica del Pero.

Ivory, Radha. 2014. Corruption, Asset Recovery, and the Protection of Property in Public International Law: The Human Rights of Bad Guys. Cambridge: Cambridge University Press.

Iwasaki, Ichiro & Taku Suzuki. 2007. Transition Strategy, Corporate Exploitation, and State Capture: An Empirical Analysis of the Former Soviet States. Communist and Post-Communist Studies

Iwasaki, Ichiro & Taku Suzuki. 2012. The Determinants of Corruption in Transition Economies. Economics Letters

Iyanda, David O. 2012. Corruption: Definitions, Theories and Concepts. Arabian Journal of Business & Management

Iyer, Deepa. 2011. Earning a Reputation for Independence: Ghana's Commission on Human Rights and Administrative Justice, 1993-2003. Innovations for Successful Societies, Princeton University.

Iyer, Deepa. 2013. Inducing Honesty, Changing Norms: Government Ethics in Brazil, 1995-2004. Innovations for Successful Societies, Princeton University.

Jaber-Lopez, Tarek, Aurora Garcia-Gallego, Pandelis Perakakis & Nikolaus Georgantzis. 2014. Physiological and Behavioral Patterns of Corruption. Frontiers in Behavioral Neuroscience (published online).

Jackson, G. et al. 2014. Grey Areas: Irresponsible Corporations and Reputational Dynamics. Socio-Economic Review

Jackson, J., M. Asif, B. Bradford & M. Zakaria Zakar. 2014. Corruption and Police Legitimacy in Lahore, Pakistan. British Journal of Criminology 54(6): 1067-1088.

Jackson, Michael & Rodney Smith. 1996. Inside Moves and Outside Views: An Australian Case Study of Elite and Public Perceptions of Political Corruption. Governance: An International Journal of Policy and Administration

Jackson, Rachel. 2012. Blowing the Whistle on the Pay-to-Play Game: Campaign Financing Reform in New Jersey, 1998-2012. Innovations for Successful Societies, Princeton University.

Jacobs, Leslie Gielow & Benjamin B. Wagner. 2007. Limits to the Independent Anti-Corruption Commission Model of Corruption Reform: Lessons from Indonesia. Pacific McGeorge Global Business & Development Law Journal

Jacobson, Gary C. & Michael Dimock. 1994. Checking Out: The Effects of Bank Overdrafts on the 1992 House Elections. American Journal of Political Science

Jacquemet, Nicolas. 2012. Corruption as Betrayal: Experimental Evidence. Working paper.

Jagger, P. & G. Shively. 2015. Taxes and Bribes in Uganda. Journal of Development Studies

Jaimovich, E. & J.P. Rud. 2014. Excessive Public Employment and Rent-Seeking Traps.

Journal of Development Economics 106: 144-155.

Jain, Arvind K. 2001. Corruption: A Review. Journal of Economic Surveys

Jain, Arvind K. 2001. The Political Economy of Corruption. London: Routledge.

Jain, Arvind K. 2011. Corruption: Theory, Evidence and Policy. CESifo DICE Report

Jancsics, D. 2015. Imperatives in Informal Organizational Resource Exchange in Central Europe. Journal of Eurasian Studies

1399

Page 1400  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

Jancsics, David & Istvan Javor. 2012. Corrupt Governmental Networks. International Public Management Journa

Jancsics, David. 2013. Petty Corruption in Central and Eastern Europe: The Client's Perspective. Crime, Law & Social Change

Jancsics, David. 2014. Interdisciplinary Perspectives on Corruption. Sociology Compass

Jancsics, David. 2015. "A Friend Gave Me a Phone Number" – Brokerage in Low-Level Corruption. International Journal of Law, Crime & Justice

Jancsics, David. 2015. Imperatives in Informal Organizational Resource Exchange in Central Europe. Journal of Eurasian Studies

Jang, H., J. Lee & J.C. Gibbs. 2015. The Influence of the National Government on Confidence in the Police: A Focus on Corruption. Journal of Law, Crime & Justice.

Jansen, Eirik Gjostein. 2013. "Don't Rock the Boat: Norway's Difficulties in Dealing with Corruption in Development Aid", in Soreide, Tina & Aled Willams eds., Corruption, Grabbing and Development .

Jaquemet, Nicolas. 2007. Corruption as Betrayal: Experimental Evidence on Corruption Under Delegation. GATE Working Paper 2005-06.

Jara, Gabriela. 2013. Following on the Foreign Corrupt Practices Act: The Dynamic Shareholder Derivatice Suit. Duke Law Journal

Jarso, James Forole. 2010. The Media and the Anti-Corruption Crusade in Kenya: Weighing the Achievements, Challenges, and Prospects. American University International Law Review

Jatto, Lucky Biyce, Jr. 2010. Africa's Approach to the International War on Corruption: A Critical Appraisal of the African Union Convention on Preventing and Combating Corruption. Asper Review of International Business & Trade Law

Jauregui, Beatrice. 2014. Provisional Agency in India: Jugaad and Legitimation of Corruption. American Ethnologist.

Javor, Istvan & David Jancsics. 2013. The Role of Power in Organizational Corruption: An Empirical Study. Administration & Society Online First

Javorcik, B.S. & G. Narciso. 2008. Differentiated Products and Evasion of Import Tariffs. Journal of International Economics

Javorcik, Beata S. & Shang-Jin Wei. 2009. Corruption and Cross-Border Investment in Emerging Markets: Firm-Level Evidence. Journal of International Money & Finance

Jayawickrama, Nihal, Jeremy Pope & Oliver Stolpe. 2002. Legal Provisions to Facilitate the Gathering of Evidence in Corruption Cases: Easing the Burden of Proof. Forum on Crime & Society

Jelloun, Tahar Ben. 1996. Corruption. New Press.

Jenkins, Rob. 2007. India's Unlikely Democracy: Civil Society Versus Corruption. Journal of Democracy

Jensen, N. & C.-A. Png. 2011. Implementation of the FATF 40+9 Recommendations: A Perspective from Developing Countries. Journal of Money Laundering Control

Jensen, N. & L. Wantchekon. 2004. Resource Wealth and Political Regimes in Africa. Comparative Political Studies

Jensen, N. 2002. Econoimc Reform, State Capture, and International Investment in Transition Economies. Journal of International Development

Jensen, Nathan M. & Aminur Rahman. 2011. The Silence of Corruption: Identifying Underreporting of Business Corruption through Randomized Response Techniques. World Bank Policy Research Working Paper

Jensen, Nathan M. & Aminur Rahman. 2015. "The Silence of Corruption: Identifying Underreporting of Business Corruption Through Randomised Response Techniques", , in Paul M. Heywood ed., The Routledge Handbook of Political Corruption (New York: Routledge)

Jensen, Nathan M. & Edmund J. Malesky. 2015. Does the OECD Anti-Bribery Convention Reduce Bribery? An Empirical Analysis Using the Unmatched Count Technique. Working paper.

Jensen, Nathan M., Quan Li & Aminur Rahman. 2010. Understanding Corruption and Firm Responses in Cross-National Firm-Level Surveys. Journal of International Business Studies

Jensen, P.S. & M.K. Justesen. 2014. Poverty and Vote Buying: Survey-Based Evidence from Africa. Electoral Studies

Jeong, Gyung-Ho. 2013. Personal Vote-Seeking Incentives of Legislators and Bureaucratic Corruption. Working Paper.

Jeong, Yujin & Robert J. Weiner. 2011. "Conflict and Corruption in International Trade: Who Helped Iraq Circumvent United Nations Sanctions", in International Handbook on the Economics of Corruption, Vol. II. (Edward Elgar Publishing).

Jeong, Yujin & Robert J. Weiner. 2012. Who Bribes? Evidence from the United Nations' Oil-for-Food Program. Strategic Management Journal 1363-1383.

1402

Jerome, Afeikhena, Senyo Adjiboloso & Dipo Busari. 2005. Addressing Oil Related Corruption in Africa: Is the Push for Transparency Enough? Review of Human Factor Studies Special Edition

Jetter, M., A.M. Agudelo & A.R. Hassan. 2015. The Effect of Democracy on Corruption: Income Is Key. World Development (forthcoming).

Jeydel, Peter. 2012. Yoking the Bull: How to Make the FCPA Work for U.S. Business. Georgetown Journal of International Law

Jiang, T. & H. Nie. 2014. The Stained Chinese Miracle: Corruption, Regulation, and Firm Performance. Economics Letters

Jimenez, F. & M. Cainozos. 2003. "Political Corruption in Spain: Perceptions and Problems", in M.J. Bull & J.L. Newell eds., Corruption in Contemporary Politics (London: Macmillan-Palgrave).

Jimenez, Fernando & Miguel Cainzos. 2006. "How Far and Why Do Corruption Scandals Cost Votes?" in John Garrard & James L. Newell eds., Scandals in Past and Contemporary Politics (Manchester: Manchester University Press)

Jimenez, Fernando, Monica Garcia-quesada & Manuel Villoria. 2014. Integrity Systems, Values, and Expectations: Explaining Differences in the Extent of Corruption in Three Spanish Local Governments. International Journal of Public Administration

Jimenez, Luis F. 1998. The Inter-American Convention Against Corruption. Am. Soc. Int'l L. Proceedings

Jin, Jongsoon. 2005. Corruption and the Time Horizons of Politicians. Working paper.

Johnson, Chalmers. 1986. Tanaka Kakuei, Structural Corruption, and the Advent of Machine Politics in Japan. Journal of Japanese Studies

1403

Johnson, Jesper & Deborah Hardoon. 2012. Why, When and How to Use the Global Corruption Barometer. U4 Brief 2012:5. Bergen, Norway: U4 Anti-Corruption Resource Center.

Johnsøn, Jesper & Phil Mason. 2013. The Proxy Challenge: Why Bespoke Proxy Indicators Can Help Solve the Anti-Corruption Measurement Problem. U4 Brief no. 6.

Johnson, Jesper & Tina Soreide. 2013. Methods for Learning What Works and Why in Anti-Corruption. U4 Issue 2013:8. Bergen, Norway: U4 Anti-Corruption Resource Center.

Johnson, Jesper, Hannes Hechler, Luis De Sousa & Harald Mathisen. 2011. How to Monitor and Evaluate Anti-Corruption Agencies: Guidelines for Agencies, Donors, and Evaluators. U4 Issue 2011:8. Bergen, Norway: U4 Anti-Corruption Resource Center.

Johnson, Jesper, Nils Taxell & Dominik Zaum. 2012. Mapping Evidence Gaps in Anti-Corruption: Assessing the State of the Operationally Relevant Evidence on Donors'

Actions and Approaches to Reducing Corruption. U4 Issue 2012:7. Bergen, Norway: U4 Anti-Corruption Resource Center.

Johnson, Jesper. 2012. Theories of Change in Anti-Corruption Work: A Tool for Programme Design and Evaluation (Bergen: Chr. Michelsen Institute, U4 Issue 2012: 6) Johnsøn, Jesper. 2014. Cost-Effectiveness and Cost-Benefit Analysis of Governance and Anti-Corruption Activities. U4 Issue no. 10.

Johnsøn, Jesper. 2015. "Corruption – New Strategies" in Barry A.K. Rider, ed., Handbook on International Financial Crimes Cheltenham:

Johnsøn, Jesper. 2015. Corruption and Stabilisation: Aid Agencies' Anti-corruption Strategies in Fragile States. (Edward Elgar, forthcoming).

Johnson, Joel W. 2015. Presidential Elections and Corruption Perceptions in Latin America. Journal of Politics in Latin Americ

1404

Johnson, N.D., C.L. La Fountain & S. Yamarik. 2011. Corruption Is Bad for Growth (Even in the United States). Public Choice

Johnson, Noel, W. Ruger, J. Sorens & S. Yamarik. 2014. Corruption, Regulation, and Growth: An Empirical Study of the United States. Economics of Governance

Johnson, Omotunde E.G. 1975. An Economic Analysis of Corrupt Government, With Special Application to Less Developed Countries. Kyklos: Int'l Rev. for Soc. Sci.

Johnson, Ronald N. & Gary D. Libecap. 1995. Courts, a Protected Bureaucracy, and Reinventing Government. Arizona Law Review

Johnson, S., P. Boone, A. Breach & E. Friedman. 2000. Corporate Governance in the Asian Financial Crisis, 1997-1998. Journal of Financial Economics

Johnson, Simon & Todd Mitton. 2003. Cronyism and Capital Controls: Evidence from Malaysia. Journal of Financial Economics

Johnson, Simon, Daniel Kaufmann & Pablo Zoido-Lobotan. 1998. Regulatory Discretion and the Unofficial Economy. American Economic Review (Papers and Proceedings)

Johnson, Simon, Daniel Kaufmann, John McMillan & Christopher Woodruff. 2000. Why Do Firms Hide? Bribes and Unofficial Activity after Communism. Journal of Public Economics

Johnson, Vincent R. 1999. America's Preoccupation with Ethics in Government. St. Mary's Law Journal

Johnston, M. 2007. Understanding the Private Side of Corruption: New Kinds of Transparency, New Roles for Donors. U4 Anti-Corruption Centre Brief No. 6.

Johnston, M. 2015. Making Transparency Real? Accounting and Popular Participation in Corruption Control. Critical Perspectives on Accounting

1405

Johnston, Michael & Jesper Johnsøn. 2014. Doing the Wrong Things for the Right Reasons?: "Do No Harm" as a Principle of Reform. U4 Brief no. 13.

Johnston, Michael & Sahr J. Kpundeh. 2004. Building a Clean Machine: Anti-Corruption Coalitions and Sustainable Reform. World Bank Policy Research Working Paper 3466.

Johnston, Michael & Yufan Hao. 1995. China's Surge of Corruption. Journal of Democracy

Johnston, Michael ed. 2005. Civil Society and Corruption: Mobilizing for Reform. (Lanham: University Press of America).

Johnston, Michael. 1986. Right and Wrong in American Politics: Popular Conceptions of Corruption. Polity

Johnston, Michael. 1986. The Political Consequences of Corruption: A Reassessment. Comparative Politics

Johnston, Michael. 1991. Historical Conflict and the Rise of Standards. Journal of Democracy

Johnston, Michael. 1996. The Search for Definitions: The Vitality of Politics and the Issue of Corruption. International Social Science Journal

Johnston, Michael. 1997. Political Corruption and Public Policy in America. Westport: Praeger.

Johnston, Michael. 1998. Fighting Systemic Corruption: Social Foundations for Institutional Reform. European Journal of Development Research

Johnston, Michael. 1999. "A Brief History of Anticorruption Agencies," in Schedler, Andreas et al. The Self-Restraining State: Power and Accountability in New Democracies. Boulder: Lynne RieGnner Publishers.

1406

Page 1407  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

Johnston, Michael. 2001. "Measuring Corruption: Numbers Versus Knowledge Versus Understanding", in Arvind K. Jain ed., The Political Economy of Corruption (London: Routledge)

Johnston, Michael. 2005. Political Parties and Democracy in Theoretical and Practical Perspectives. Washington, D.C.: National Democratic Institute for International Development.

Johnston, Michael. 2006. Syndromes of Corruption: Wealth, Power, and Democracy. Cambridge: Cambridge University Press.

Johnston, Michael. 2008. Japan, Korea, the Philippines, China: Four Syndromes of Corruption. Crime, Law & Social Change

Johnston, Michael. 2010. Assessing Vulnerabilities to Corruption. Public Integrity

Johnston, Michael. 2010. Political and Social Foundations for Reform: Anti-Corruption Strategies for the Philippines. Manila: Asian Institute of Management.

Johnston, Michael. 2015. "Reflection and Reassessment: The Emerging Agenda of Corruption Research" , in Paul M. Heywood ed., The Routledge Handbook of Political Corruption (New York: Routledge)

Jon, Alan Doig & David Watt. 2001. Managing Anti-Corruption Agencies. Forum on Crime & Society

Jones, David S. 2009. Curbing Corruption in Government Procurement in Southeast Asia: Challenges and Constraints. Asian Journal of Political Science

Jordan, Jon. 2011. Recent Developments in the Foreign Corrupt Practices Act and the New UK Bribery Act: A Global Trend Towards Greater Accountability in the Prevention of Foreign Bribery. NYU Journal of Law & Business

1407

Jordan, Jon. 2011. The Adequate Procedures Defense Under the UK Bribery Act: A British Idea for the Foreign Corrupt Practices Act. Stanford Journal of Law, Business & Finance

Jordan, Jon. 2011. The OECD's Call for an End to "Corrosive" Facilitation Payments and the International Focus on the Facilitation Payments Exception Under the Foreign Corrupt Practices Act. University of Pennsylvania Journal of Business Law.

Jordan, William Chester. 2009. Anti-Corruption Campaigns in Thirteenth-Century Europe. Journal of Medieval History

Jos, Philip H. 1993. Empirical Corruption Research: Beside the (Moral) Point?, Journal of Public Administration Research and Theory: J-PART

Joseph, Anthony A. 2008. Public Corruption: The Government's Expansive View in Pursuit of Local and State Officials. Cumberland Law Review

Josephs, Hilary K. 2000. The Upright and the Low-Down: An Examination of Official Corruption in the United States and the People's Republic of China. Syracuse Journal of International Law & Commerce

Joutsen, Matti & Adam Graycar. 2012. When Experts and Diplomats Agree: Negotiating Peer Review of the UN Convention Against Corruption. Global Governance

Joutsen, Matti. 2012. "The United Nations Convention Against Corruption", in Adam Graycar & Russell G. Smith eds., Handbook of Global Research and Practice in Corruption

Judge, William Q., D. Brian McNatt & Weichu Xu. 2011. The Antecedents and Effects of National Corruption: A Meta-Analysis. Journal of World Business

Jun, Daniel Y. 1996. Bribery Among the Korean Elite: Putting an End to a Cultural Ritual and Restoring Honor. Vanderbilt Journal of Transnational Law.

1408

Jun, Daniel Y. 2000. The Foreign Corrupt Practices Act and Structural Corruption. Boston University International Law Journal

June, Raymond, Afroza Chowdhury, Nathaniel Heller & Jonathan Werve. 2008. A User's Guide to Measuring Corruption. (Oslo: UNDP Oslo Governance Center).

Justesen, Mogens K. & Christian Bjornskov. 2014. Exploiting the Poor: Bureaucratic Corruption and Poverty in Africa. World Development

Justesen, Mogens K. 2014. Exploiting the Poor: Bureaucratic Corruption and Poverty in Africa. World Development

Kacapyr, E. 2001. Business as Usual: Corruption and Business Activity. Journal of Social, Political, and Economic Studies

Kaczmarek, Sarah C. & Abraham L. Newman. 2011. The Long Arm of the Law: Extraterritoriality and the National Implementation of Foreign Bribery Legislation. International Organization

Kahan, Daniel M. 1998. Social Meaning and the Economic Analysis of Crime. Journal of Legal Studies .

Kahana, Nava & Qijun Liu. 2010. Endemic Corruption. European Journal of Political Economy

Kahn, E.M. et al. 2001. Performance-Based Wages in Tax Collection: The Brazilian Tax Collection Reform and Its Effects. Economic Journal

Kaikati, Jack G., G.M. Sullivan, J.M. Virgo, T.R. Carr & K.S. Virgo. 2000. The Price of International Business Morality: Twenty Years Under the Foreign Corrupt Practices Act. Journal of Business Ethics

Kam, Christopher. 2007. "Four Lessons about Corruption from Victorian Britain."

Kaminski, A. 1997. Corruption Under the Post-Communist Transformation. Policy Sociology Review

Kaminski, Antoni. 1989. Coercion, Corruption, and Reform: State and Society in the Soviet-Type Socialist Regimes. Journal of Theoretical Politics

Kang, D.C. 2003. Transaction Costs and Crony Capitalism in East Asia. Comparative Politics.

Kang, David C. 2002. Bad Loans to Good Friends: Money Politics and the Developmental State in South Korea. International Organization

Kang, David C. 2002. Crony Capitalism. Cambridge University Press.

Kang, E.T. & B.D. Frey. 2014. The FCPA and the Financial Industry: Understanding and Mitigating Risk. Journal of Taxation & Regulation of Financial Institutions 27(5): 37-44.

Kanol, Direnc. 2015. Pluralism, Corporatism and Perception of Corruption. Journal of Public Affairs

Karahan, G., R.M. Coates & W.F. Shughart II. 2006. Corrupt Political Jurisdictions and Voter Participation. Public Choice

Karalashvili, Nona, Aart Kraay & Peter Murrell. 2015. Doing the Survey Two-Step: The Effects of Reticence on Estimates of Corruption in Two-Stage Survey Questions. World Bank Policy Research Working Paper 7276.

Karhunen, Paivi & Riitta Kosonen. 2013. Strategic Responses of Foreign Subsidiaries to Host Country Corruption: The Case of Finnish Firms in Russia. Critical Perspectives on International Business

Karhunen, Paivi & Svetlana Ledyaeva. 2012. Corruption Distance, Anti-Corruption Laws and International Ownership Strategies in Russia. Journal of International Management

Karim, Sabrina. 2011. Madame Officer. Americas Quarterly 5(3): Karklins, Rasma. 2002. Typology of Post-Communist Corruption. Problems of Post-Communism

Karklins, Rasma. 2005. The System Made Me Do It: Corruption in Post-Communist Societies. (Armonk, NY: M.E. Sharpe).

Karl, Terry Lynn. 1997. The Paradox of Plenty: Oil Booms and Petro-States (Berkeley, CA: University of California Press).

Karpaty, Patrik & Patrik Gustavsson Tingvall. 2015. Service Offshoring and Corruption: Do Firms Escape Corrupt Countries? Journal of Industry Competition & Trade (forthcoming).

Karpoff, Jonathan M., D. Scott Lee & Gerald S. Martin. 2014. The Economics of Foreign Bribery: Evidence from FCPA Enforcement Actions. Working paper.

Karpoff, Jonathan M., D. Scott Lee & Valaria P. Vendrzyk. 1999. Defense Procurement Fraud, Penalties, and Contractor Influence. Journal of Political Economy

Kartal, Mart & Jon Pevehouse. 2014. International Institutions and the Rule of Law: The Case of National Corruption. Working paper.

Kartal, Mert. 2014. Accounting for the Bad Apples: The EU's Impact on National Corruption Before and After Accession. Journal of European Public Policy

Kartal, Mert. 2014. The EU's Impact on National Corruption in Central and Eastern Europe: A Qualitative Comparative Analysis. Working paper.

Kartmer, Jennifer & Carolyn M. Warner. 2015. Multi-Nationals and Corruption Systems: The Case of Siemens. Working paper.

1411

Kashem, M.B. 2005. "The Social Organization of Police Corruption: The Case of Bangladesh", in Rick Sarre, Dilip K. Das & H.J. Albrecht eds., Policing Corruption: International Perspectives (Lexington Books), pp. 237-246.

Kato, A. & T. Sato. 2015. Greasing the Wheels? The Effect of Corruption in Regulated Manufacturing Sectors of India. Canadian Journal of Development Studies.

Kato, Atsushi & Takahiro Sato. 2014. The Effect of Corruption on the Manufacturing Sector in India. Economics of Governance

Katou, A.A. 2014. The Relationship Between Corrupt Practices and Organisational Performance: An Empirical Investigation. International Journal of Business Governance & Ethics

Katsios, Stavros. 2006. The Shadow Economy and Corruption in Greece. South-Eastern Europe Journal of Economics

Kauder, B. & N. Potrafke. 2015. Just Hire Your Spouse! Evidence from a Political Scandal in Bavaria. European Journal of Political Economy

Kauder, Bjorn & Niklas Potrafke. 2014. Just Hire Your Spouse: Empirical Evidence from a New Type of Political Favoritism. Working paper.

Kaufmann, D. & A. Kraay. 2002. Growth without Governance. Economia

Kaufmann, D. & P. Vicente. 2011. Legal Corruption. Economics & Politics

Kaufmann, D. 2015. Corruption Matters. Finance & Development

Kaufmann, Daniel & Cheryl Grey. 1998. Corruption and Development, Finance and Development,

Page 1413  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

Kaufmann, Daniel & Paul Siegelbaum. 1997. Privatization and Corruption in Transition Economies. Journal of International Affairs

Kaufmann, Daniel & Shang-Jin Wei. 2000. "Does 'Grease Money' Speed Up the Wheels of Commerce?" IMF Working Papers 00/64. Washington, D.C.: International Monetary Fund.

Kaufmann, Daniel, Aart Kraay & Massimo Mastruzzi. 2004. Governance Matters III: Governance Indicators for 1996, 1998, 2000, and 2002. World Bank Economic Review

Kaufmann, Daniel, Aart Kraay & Massimo Mastruzzi. 2006. "Measuring Governance Using Perceptions Data," in Susan Rose-Ackerman ed., International Handbook of Economic Corruption (Northampton, England: Edward Elgar)

Kaufmann, Daniel, Aart Kraay & Massimo Mastruzzi. 2007. Growth and Governance: A Reply. Journal of Politics

Kaufmann, Daniel, Aart Kraay & Massimo Mastruzzi. 2007. The Worldwide Governance Indicators Project: Answering the Critics. World Bank Policy Research Working Paper 4149.

Kaufmann, Daniel, Aart Kraay & Massimo Mastruzzi. 2010. The Worldwide Governance Indicators: Methodology and Analytical Issues. (Unpublished working paper).

Kaufmann, Daniel, Gil Mehrez & Tugrul Gurgur. 2002. Voice or Public Sector Management? An Empirical Investigation of Determinants of Public Sector Performance Based on a Survey of Public Officials. Working paper.

Kaufmann, Daniel, Judith Montoriol-Garriga & Francesca Recanatini. 2008. How Does Bribery Affect Public Service Delivery? Micro-Evidence from Service Users and Public Officials in Peru. World Bank Policy Research Working Paper 4492.

Kaufmann, Daniel. 1997. Corruption: The Facts, Foreign Policy, No. 107 (Summer)

1413

Kaufmann, Daniel. 1999. "Anticorruption Strategies: Starting Afresh? Unconventional Lessons from Comparative Analysis', in R. Stapenhurst & S.J. Kpundeh eds., Curbing Corruption: Towards a Model for Building National Integrity (Washington, D.C.: World Bank)

Keefer, Philip & Razvan Vlaicu. 2008. Democracy, Credibility, and Clientalism. Journal of Law, Economics & Organization

Keefer, Philip & Stephen Knack. 2007. Boondoggles, Rent-Seeking, and Political Checks and Balances: Public Investment Under Unaccountable Governments. Review of Economics & Statistics

Keefer, Philip & Stuti Khemani. 2005. Democracy, Public Expenditures, and the Poor: Understanding Political Incentives for Providing Public Services. World Bank Research Observer

Keefer, Philip & Stuti Khemani. 2011. Mass Media and Public Services: The Effects of Radio Access on Public Education in Benin. World Bank Policy Research Working Paper 5559.

Keefer, Philip & Stuti Khemani. 2012. Do Informed Citizens Receive More or Pay More? The Impact of Radio on the Government Distribution of Public Health Benefits. World Bank Policy Research Working Paper 5952.

Keefer, Philip. 2007. Clientalism, Credibility and the Policy Choices of Young Democracies. American Journal of Political Science

Keefer, Philip. 2011. Collective Action, Political Parties, and Pro-Development Public Policy. Asian Development Review

Keenan, Patrick J. 2009. Curse or Cure? China, Africa, and the Effects of Unconditioned Wealth. Berkeley Journal of International Law

Keig, D.L., L.E. Brouthers & V.B. Marshall. 2015. Formal and Informal Corruption Environments and Multinational Enterprise Social Irresponsibility. Journal of Management Studies

Keiser, R. 2015. Urban Regime Change: A Silver Lining for Scandals. Urban Affairs Review

Kelley, Thomas. 2012. Corruption as Institution among Small Businesses in Africa.

Florida Journal of International Law

Kelman, Steven. 2002. Remaking Federal Procurement. Public Contract Law Journal

Kelsall, T. 2011. Rethinking the Relationship between Neo-Patrimonialism and Economic Development in Africa. IDS Bulletin 42(2):

Kempf, R. 2015. Crafting Accountability Policy: Designing Offices of Inspector General.Policy & Society 34(2):.

Kennedy, David & Dan Danielsen. 2011. Busting Bribery: Sustaining the Global Momentum of the Foreign Corrupt Practices Act (New York: Open Society Foundation).

Kennedy, David. 1999. The International Anti-Corruption Campaign. Connecticut Journal of International Law

Kennedy, R. & L. Tiede. 2013. Economic Development Assumptions and the Elusive Curse of Oil. International Studies Quarterly

Kenny, C. 2009. Measuring and Reducing Corruption in Infrastructure: Evidence from Transition and Developing Countries. Journal of Development Studies

Kenny, Charles & Maria Musatova. 2011. "'Red Flags of Corruption' in World Bank Projects: An Analysis of Infrastructure Projects", in Susan Rose-Ackerman & Tina Soreide, eds., International Handbook on the Economics of Corruption, Vol. II. (Edward Elgar Publishing).

Kenny, Charles & Tina Soreide. 2008. Grand Corruption in Utilities. World Bank Policy Research Working Paper 4805.

Kenny, Charles, Michael Klein & Monkia Sztajerowska. 2011. A Trio of Perspectives on Corruption, Bias, Speed Money and "Grand Theft Infrastructure". World Bank Policy Research Working Paper 5889.

Kenny, Charles. 2006. Measuring and Reducing the Impact of Corruption in Infrastructure. World Bank Policy Research Working Paper 4099.

Kenny, Charles. 2009. Is There an Anticorruption Agenda in Utilities? Utilities Policy 17(2): 156-165.

Kenny, P.D. 2015. The Origins of Patronage Politics: State Building, Centrifugalism, and Decolonization. British Journal of Political Science

Kessing, S.G., K.A. Konrad & C. Kotsogiannis. 2007. Foreign Direct Investment and the Dark Side of Decentralization. Economic Policy

Ketkar, K.W., A. Murtuza & S.L. Ketkar. 2005. Impact of Corruption on Foreign Direct Investment and Tax Revenues. Journal of Public Budgeting, Accounting & Financial Management

Khachatryan, E., S. Kube & B. Vollan. 2015. Mitigating Extortive Corruption?

Experimental Evidence. Jahrbucher Fur Nationalokonomie Und Statistik

Khair, A., R. Haniffa, M. Hudaib & M. Adb Karim. 2015. Personalisation of Power, Neoliberalism and the Production of Corruption. Accounting Forum

Khakbaz-Poor, N. & S. Zarandi. 2015. The Effect of Electronic Government on the Administrative Corruption of Employees with an Emphasis on Administrative Violations.

International Review of Management & Business Research

Khalil, Fahad & Jacques Lawarrée. 2006. Incentives for Corruptible Auditors in the Absence of Commitment. Journal of Industrial Economics

Khalil, Fahad, Jacques Lawarree & Sungho Yun. 2009. Bribery versus Extortion: Allowing the Lesser of Two Evils. RAND Journal of Economics

Khan, Adnan Q., Asim I. Khwaja & Benjamin A. Olken. 2015. Tax Farming Redux: Experimental Evidence on Performanc Pay for Tax Collectors. Working paper.

Khan, M. 2001. "The New Political Economy of Corruption", in B. Fine, C. Lapavistas & J. Pincus eds., Development Policy in the Twenty-First Century: Beyond the Washington Consensus (London: Routeledge).

Khan, M.H. & K.S. Jomo. 2000. Rents, Rent-Seeking and Economic Development: Theory and Evidence in Asia (New York: Cambridge University Press).

Khan, M.H. 2012. Governance during Social Transformations: Challenges for Africa. New Political Economy

Khan, Mohammad Mohabbat. 2003. Political and Administrative Corruption: Concepts, Comparative Experiences and the Bangladesh Case. Asian Affairs 25(1): 5-33.

Page 1418  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

Khan, Mushtaq H. 1998. "The Role of Civil Society and Patron-Client Networks in the Analysis of Corruption", in Corruption and Integrity Improvement Initiatives in Developing Countries (New York: UNDP).

Khan, Mustaq H. 1996. The Efficiency Implications of Corruption. Journal of International Development

Khan, Mustaq H. 1998. Patron-Client Networks and the Economic Effects of Corruption in Asia. European Journal of Development Research

Khan, Mustaq H. 2004. "Corruption, Governance and Economic Development", in K.S.

Jomo & Ben Fine eds., The New Development Economics (London: Zed Press).

Khandekar, Aalok & Deepa S. Reddy. 2015. An Indian Summer: Corruption, Class, and the Lokpal Protests. Journal of Consumer Culture

Khandker, Abeer 2015. The Effect of Economic Freedom on Corruption: The Case of South Asian Countries. International Journal of Economics & Business Research

Khemani, Melissa. 2009. Anti-Corruption Commissions in the African State: Burying the Problem or Addressing the Issue? Working paper.

Khemani, Melissa. 2009. The Role of Anti-Corruption Commissions in Changing Cultural Attitudes toward Corruption and the Rule of Law. Working paper.

Khemani, Stuti, Phil Keefer, Rafael Martinez & Ritva Reinikka. 2007. Does Delegation of Fiscal Policy to an Independent Agency Make a Difference? Evidence from Intergovernmental Transfers in India. Journal of Development Economics

Khemani, Stuti. 2007. "Can Information Campaigns Overcome Political Obstacles to Serving the Poor?" in Shanta Devearajan & Ingrid Widlund eds., The Politics of Public Service Delivery in Democracies: Better Access for the Poor (Ministry of Foreign Affairs, Sweden).

Khemani, Stuti. 2007. Local Government Accountability for Health Service Delivery in Nigeria. Journal of African Economics

Khemani, Stuti. 2010. Political Capture of Decentralization: Vote-Buying through Grants-Financed Local Jurisdictions. World Bank Policy Research Working Paper WPS

Khemani, Stuti. 2013. Buying Votes vs. Supplying Public Services: Political Incentives to Under-Invest in Pro-Poor Policies. World Bank Policy Research Working Paper WPS

Khera, R. 2011. India's Public Distribution System: Utilisation and Impact. Journal of Development Studie

Khera, Reetika. 2011. Trends in Division of PDS Grain. Working paper.

Khojastehpour, M. 2015. How Does Corproate Social Responsibility Avoid the Incidence of Corruption in International Expansion? European Business Review

Khumawala, S. & L. Ramchand. 2005. Country Level Corruption and Frequency of Issue in the U.S. Market. Journal of Public Budgeting, Accounting & Financial Management

Khwaja, Asim Ijaz & Atif Mian. 2011. Rent Seeking and Corruption in Financial Markets. Annual Review of Economic

Khwaja, Asim Ijaz. & Atif Mian. 2005. Do Lenders Favor Politically Connected Firms? Rent Provision in an Emerging Financial Market. Quarterly Journal of Economics

Khwaja, Asim Ijaz. 2009. Can Good Projects Succeed in Bad Communities? Journal of Public Economics

Killingsworth, J.R., N. Hossain, Y Hendrick-Wong, S.D. Thomas, A. Rahman & T. Begnum. 1999. Unofficial Fees in Bangladesh: Price, Equity, and Institutional Issues. Health Policy & Planning

Kim, C.K. 2007. A Cross-National Analysis of Global E-Government. Public Organization Review

Kim, Chon-Kyun. 2014. Anti-Corruption Initiatives and E-Government: A Cross-National Study. Public Organization Review

Kim, Hun Joon & J.C. Sharman. 2014. Accounts and Accountability: Corruption, Human Rights and Individual Accountability Norms. International Organization

Kim, Jong Bum. 2000. Korean Implementation of the OECD Bribery Convention: Implications for Global Efforts to Fight Corruption. UCLA Pacific Basin Law Journal

Kim, Joongi & Jong Bum Kim. 1999. Cultural Differences in the Crusade Against International Bribery: Rice-Cake Expenses in Korea and the Foreign Corrupt Practices Act. Pacific Rim Law & Policy Journal

Kim, Pan Suk. 2007. Building National Integrity Through Corruption Eradication in South Korea. International Public Management Review

Kim, Seongcheol, Hyun Jeong Kim & Heejin Lee et al. 2009. An Institutional Analysis of an E-Government System for Anti-Corruption: The Case of OPEN. Government Information Quarterly

Kimbro, M.B. 2002. A Cross-Country Empirical Investigation of Corruption and Its Relationship to Economic, Cultural, and Monitoring Institutions: An Examination of the Role of Accounting and Financial Statements Quality. Journal of Accounting, Auditing & Finance

1420

Kingston, Christopher. 2007. Parochial Corruption. Journal of Economic Behavior & Organization

Kingston, Christopher. 2008. Social Structure and Cultures of Corruption. Journal of Economic Behavior & Organization

Kinley, David. 2014. A New Human Right to Freedom from Corruption. Sydney Law School Research Paper No. 14/12.

Kinnear, James W. 1995. The Ethics of International Business: Foreign Policy and Economic Sanctions. Vital Speeches

Kiselev, Eugene. 2012. Bribe-Taking and Bureaucratic Competition: A Search Cost Model of Corruption. Working paper.

Kishore, A. & S. Chakrabarti. 2015. Is More Inclusive More Effective? The "New Style" Public Distribution System in India. Food Policy

Kis-Katos, Krisztina & Guenther G. Schulze. 2013. Corruption in Southeast Asia: A Survey of Recent Research. Asian-Pacific Economic Literature

Kisubi, M. 1999. Involving Civil Society in the Fight Against Corruption, in R. Stepenhurst & S.J. Kpundeh eds., Curbing Corruption: Toward a Model for Building National Integrity (Washington, D.C.: World Bank)

Kjaer, A. 2004. Old Brooms Can Sweep Too! An Overview of Rulers and Public Sector Reform in Uganda, Tanzania and Kenya. Journal of Modern African Studies

Kjellberg, Francesco. 1992. Corruption as an Analytical Problem: Some Notes on Research in Public Corruption. Indian Journal of Social & Administrative Science

Kjellberg, Francesco. 1995. Conflict of Interest, Corruption or (Simply) Scandals? The "Oslo Case" 1989-1991. Crime, Law & Social Change

Klasnja, M. 2015. Corruption and the Incumbency Advantage: Theory and Evidence. Journal of Politics

Klasnja, Marko, Joshua Tucker & Kevin Deegan-Krause. 2012. Pocketbook v. Sociotropic Corruption Voting..

Klasnja, Marko. 2011. Why Do Malfeasant Politicians Maintain Public Support? Testing the "Uninformed Voter" Argument. (Working paper).

Klaw, Bruce W. 2012. A New Strategy for Preventing Bribery and Extortion in International Business Transactions. Harvard Journal on Legislation

Kleiman, Mark & Beau Kilmer. 2009. The Dynamics of Deterrence. Proceedings of the National Academy of Sciences of the United States.

Klein Haarhuis, Carolien M. & Frans L. Leeuw. 2004. Fighting Governmental Corruption: The New World Bank Programme Evaluated. Journal of International Development.

Klein Haarhuis, Carolien M. & Rene Torenvlied. 2006. Dimensions and Alignments in the African Anti-Corruption Debate. Acta Politica

Klein Haarhuis, Carolien Maria. 2005. Promoting Anti-Corruption Reforms: Evaluating the Implementation of a World Bank Anti-Corruption Program in Seven African Countries

Klein, Charles B. 1999. What Exactly Is an Unlawful Gratuity After United States v. Sun-Diamond Growers? George Washington Law Review

Kleinberg, Jeffrey. 2014. The Dynamics of Corruptogenic Organizations. International Journal of Group Psychotherapy.

Page 1423  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

Kleven, Henrik J., Martin B. Knudsen, Claus T. Kreiner, Soren Pederkuris. 2010.

Unwilling or Unable to Cheat? Evidence from a Randomized Tax Audit Experiment in Denmark. (working paper)

Klich, Agnieszka. 1996. Bribery in Economies in Transition: The Foreign Corrupt Practices Act. Stanford Journal of International Law

Klitgaard, R., J. Fedderke & K. Akramov. 2005. "Choosing and Using Performance Criteria", in R. Klitgaard & P. Light eds., High Performance Government: Structure, Leadership, Incentives (Santa Monica, CA: Rand Corporation).

Klitgaard, Robert 1988. Controlling Corruption. Berkeley, Calif.: Univ. of California Press.

Klitgaard, Robert et al. 2000. Corrupt Cities: A Practical Guide to Cure and Prevention.Oakland: Institute for Contemporary Studies.

Klitgaard, Robert. 1997. Cleaning Up and Invigorating the Civil Service. Public Administration & Development

Klitgaard, Robert. 2006. Subverting Corruption. Global Crime

Klitgaard, Robert. 2011. Fighting Corruption. CESifo DICE Report

Klochko, M. & P. Ordeshook. 2003. Corruption, Cooperation and Endogenous Time Discount Rates. Public Choice

Klockars, C.B., S.K. Ivkovich, W.E. Harver & M.R. Haberfeld. 2005. The Measurement of Police Integrity. (Washington, DC: National Institute of Justice).

Klomp, Jeroen & Jakob de Haan. 2008. Effects of Governance on Health: A Cross-National Analysis of 101 Countries. Kyklos

Klugman, Jeffry. 1986. The Psychology of Soviet Corruption, Indiscipline, and Resistance to Reform. Political Psychology

Knack, Stephen & Aminur Rahman. 2007. Donor Fragmentation and Bureaucratic Quality in Aid Recipients. Journal of Development Economics

Knack, Stephen & Omar Azfar. 2003. Trade Intensity, Country Size and Corruption. Economics of Governance

Knack, Stephen. 2001. Aid Dependence and the Quality of Governance: Cross-Country Empirical Tests. Southern Economic Journal

Knack, Stephen. 2004. Does Foreign Aid Promote Democracy? International Studies Quarterly 48(1): 251-266.

Knack, Stephen. 2007. Measuring Corruption: A Critique of Indicators in Eastern Europe and Central Asia. Journal of Public Policy

Knack, Steven. 2009. Sovereign Rents and Quality of Tax Policy and Administration. Journal of Comparative Economics

Knox, Colin. 2009. Dealing with Sectoral Corruption in Bangladesh: Developing Citizen Involvement. Public Administration & Development

Ko, E., Y. Su & C. Yu. 2015. Sibling Rivalry among Anti-Corruption Agencies in Taiwan. Asian Education & Development Studies

Ko, Kilkon & Anaya Samajdar. 2010. Evaluation of International Corruption Indexes: Should We Believe Them or Not? Social Science Journal

Kobis, N. J. Prooijen, F. Righetti & A. Lange. 2015. "Who Doesn't?"—The Impact of Descriptive Norms on Corruption.

Koch, Rebecca. 2005. The Foreign Corrupt Practices Act: It's Time to Cut Back the Grease and Add Some Guidance. Boston College International & Comparative Law Review

Kochan, Nick & Robin Goodyear. 2011. Corruption: The Corporate Challenge. London: Palgrave.

Kock, Ned & Lebrian Gaskins. 2014. The Mediating Role of Voice and Accountability in the Relationship between Internet Diffusion and Government Corruption in Latin America and Sub-Saharan Africa. Information Technology for Development

Koechlin, Lucy. 2013. Corruption as an Empty Signifier: Politics and Political Order in Africa. Leiden: Koninklijke Brill.

Koehler, Mike. 2007. The Unique FCPA Compliance Challenges of Doing Business in China. Wisconsin International Law Journal

Koehler, Mike. 2010. The Façade of FCPA Enforcement. Georgetown Journal of International Law.

Koehler, Mike. 2010. The FCPA, Foreign Agents, and Lessons from the Halliburton Enforcement Action. Ohio Northern University Law Review

Koehler, Mike. 2010. The Foreign Corrupt Practices Act in the Ultimate Year of its Decade of Resurgence. Indiana Law Review

Koehler, Mike. 2011. Big, Bold, and Bizarre: The Foreign Corrupt Practices Act Enters a New Era. University of Toledo Law Review

1425

Koehler, Mike. 2012. Revisiting a Foreign Corrupt Practices Act Compliance Defense.Wisconsin Law Review 2012

Koehler, Mike. 2012. The Foreign Corrupt Practices Act Under the Microscope. University of Pennsylvania Journal of Business Law

Koehler, Mike. 2012. The Story of the Foreign Corrupt Practices Act. Ohio State Law Journal

Koehler, Mike. 2013. An Examination of Foreign Corrupt Practices Act Issues. Richmond Journal of Global Law & Business.

Koehler, Mike. 2015. A Snapshot of the Foreign Corrupt Practices Act. Santa Clara Journal of International Law

Koehler, Mike. 2015. The Uncomfortable Truths and Double Standards of Bribery Enforcement. Fordham Law Review .

Koessler, F. & A. Lambert-Mogiliansky. 2014. Extortion and Political-Risk Insurance. Journal of Public Economics

Koessler, Frederic & Ariane Lambert-Mogiliansky. 2013. Committing to Transparency to Resist Corruption. Journal of Development Economics

Kofele-Kale, Ndiva. 1995. Patrimonicide: The International Economic Crime of Indigenous Spoliation. Vanderbilt Journal of Transnational Law

Kofele-Kale, Ndiva. 2000. The Right to a Corruption-Free Society as an Individual and Collective Human Right: Elevating Official Corruption to a Crime under International Law. International Lawyer.

Kofele-Kale, Ndiva. 2006. Change or the Illusion of Change: The War Against Official Corruption in Africa. George Washington International Law Review

Kofele-Kale, Ndiva. 2006. Presumed Guilty: Balancing Competing Rights and Interests in Combating Economic Crimes. International Law 40: 909-944.

Kolenda, Helena. 1990. One Party, Two Systems: Corruption in the People's Republic of China and Attempts to Control It. Journal of Chinese Law

Kolstad, Ivar & Arne Wiig. 2009. Is Transparency the Key to Reducing Corruption in Resource-Rich Countries? World Development

Kolstad, Ivar & Arne Wiig. 2011. Does Democracy Reduce Corruption? CMI Working Paper 4.

Kolstad, Ivar & Odd-Helge Fjeldstad. 2006. Fiscal Decentralisation and Corruption – A Brief Overview of the Issues. (Bergen: Chr. Michelsen Institute, U4 Issue 2006: 3).

Kolstad, Ivar & Tina Soreide. 2009. Corruption in Natural Resource Management: Implications for Policy Makers. Resources Policy

Kolstad, Ivar. 2009. The Resource Curse: Which Institutions Matter? Applied Economics Letters

Komalasari, K. & D. Saripudin. 2015. Integration of Anti-Corruption Education in School's Activities. American Journal of Applied Sciences

Kong, D.T. 2014. An Economic-Genetic Theory of Corporate Corruption Across Cultures: An Interactive Effect of Wealth and the 5HTTLPR-SS/SL Frequency on Corporate Corruption Mediated by Cultural Endorsement of Self-Protective Leadership. Personality & Individual Differences

Konrad, K.A. & S. Skaperdas. 1997. Credible Threats in Extortion. Journal of Economic Behavior & Organization

Konrad, K.A. & S. Skaperdas. 1998. Extortion. Economica

Page 1428  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

Konstantinidis, Iannis & Georgios Xezonakis. 2013. Sources of Tolerance towards Corrupted Politicians in Greece: The Role of Trade Offs and Individual Benefits. Crime, Law & Social Change

Kornai, Janos. 2000. Hidden in an Envelope: Gratitude Payments to Medical Doctors in Hungary..

Kosack, Stephen & Jennifer Tobin. 2006. Funding Self-Sustaining Development: The Role of Aid, FDI and Government in Economic Success. International Organization

Kosals, L. & A. Maksimova. 2015. Informality, Crime and Corruption in Russia: A Review of Recent Literature. Theoretical Criminology

Kostadinova, Tatiana. 2009. Abstain or Rebel: Corruption Perceptions and Voting in East European Elections. Politics & Policy

Kotera, G., K. Okada & S. Samreth. 2012. Government Size, Democracy, and Corruption: An Empirical Investigation. Economic Modelling

Kotowski, M. & S. Rachmilevitch. 2014. Bribing in First-Price Auctions. Games & Economic Behavior

Kotz, H.D. & S. Mangiero. 2014. Avoiding FCPA Liability by Tightening Internal Controls: Considerations for Institutional Investors and Corporate Counsel. Working paper.

Kotzian, P. 2014. Good Governance and Norms of Citizenship: An Investigation into the System- and Individual-Level Determinants of Attachment to Civic Norms. American Journal of Economics & Sociology

Koyuncu, C. & R. Yilmaz. 2009. The Impact of Corruption on Deforestation: Cross-Country Evidence. Journal of Developing Areas

Page 1429  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

Kpundeh, S. 2004. "Process Interventions versus Structural Reforms: Institutionalizing Anticorruption Reforms in Africa," in Building State Capacity in Africa: New Approaches

Kpundeh, Sahr J. 1998. "Political Will in Fighting Corruption," in Sahr J. Kpundeh & Irene Hors eds., Corruption and Integrity Improvement Initiatives in Developing Countries (Paris: UNDP/OECD)

Kpundeh, Sahr John. 1995. Politics and Corruption in Africa: A Case Study of Sierra Leone.

Kraay, Aart & Peter Murrell. 2013. Misunderestimating Corruption. World Bank Policy Research Working Paper 6488.

Krajcova, Jana & Andreas Ortmann. 2008. Testing Leniency Programs Experimentally: The Impact of "Natural" Framing. CERGE-EI Working Paper No. 372.

Krajcova, Jana. 2008. Testing Leniency Programs Experimentally: The Impact of a Change in Parameterization. CERGE-EI Working Paper No. 370.

Krajcova, Jana. 2010. On the Hidden Costs of Monitoring Corruption or Effort. Working Paper.

Krambia-Kapardias, M. 2014. Perception of Political Corruption as a Function of Legislation. Journal of Financial Crime

Kramer, John. 1998. The Politics of Corruption. Current History

Krastev, Ivan & Gregory Ganev. 2003. Do Uncorrupt Governments in Corrupt Countries Have Incentives to Launch Anticorruption Campaigns? East European Constitutional Review

Krastev, Ivan. 2004. "The Missing Incentive: Corruption, Anticorruption, and Reelection", in Janos Kornai & Susan Rose-Ackerman eds., Building a Trustworthy State in Transition. (Palgrave Macmillan)

Krause, Stefen & Fabio Mendez. 2009. Corruption and Elections: An Empirical Study for a Cross-Section of Countries. Economics & Politics

Krawiec, Kimberly D. 2003. Cosmetic Compliance and the Failure of Negotiated Governance. Washington University Law Quarterly .

Kreindler, Richard. 2011. "Legal Consequences of Corruption in International Investment Arbitration: An Old Challenge with New Answers", in Laurent Levy & Yves Derains eds., Liber Amicorum en l'honneur de Serge Lazareff (Paris: Editions Pedone)

Kress, Laura E. 2009. How the Sarbanes-Oxley Act has Knocked the "SOX" of the DOJ and SEC and Kept the FCPA on Its Feet. University of Pittsburg Journal of Technology, Law & Policy

Krever, Tor. 2007. Curbing Corruption? The Efficacy of the Foreign Corrupt Practices Act. North Carolina Journal of International Law & Commercial Regulation

Kriendler, Richard. 2010. "Corruption in International Investment Arbitration: Jurisdiction and the Unclean Hands Doctrine", in Kaj Holber et al. eds., Between East and West: Essays in Honor of Ulf Franke.

Krishnan, S., T.S.H. Teo & V.K.G. Lim. 2013. Examining the Relationships Among e-Government Maturity, Corruption, Economic Prsperity and Environmental Degradation: A Cross-Country Analysis. Information & Management

Kristiansen, Stein & Muhid Ramli. 2006. Buying an Income: The Market for Civil Service Positions in Indonesia. Contemporary Southeast Asia: Journal of International & Strategic Affairs

Kristiansen, Stein & Pratikno. 2006. Decentralising Education in Indonesia. International Journal of Educational Development

Krueger, Ann. 1974. The Political Economy of the Rent-Seeking Society. American Economic Review

Kruk, M.S., G. Mbaruku, P.C. Rockers & S. Galea. 2008. User Fee Exemptions Are Not Enough: Out of Pocket Paymkents for "Free" Delivery Services in Rural Tanzania. Tropical Medicine & International Health .

Kselman, Daniel. 2011. "Electoral Institutions and Poltical Corruption: Ballot Structure, Electoral Formula, and Graft", in Norman Schofield ed., Political Economy of Institutions, Democracy, and Voting (London: Springer)

Kubiciel, Michael. 2009. Core Criminal Law Provisions in the United Nations Convention Against Corruption. International Criminal Law Review

Kugler, Maurice, Thierry Verdier & Yves Zenou. 2005. Organized Crime, Corruption and Punishment. Journal of Public Economics

Kukhianidze, Alexandre. 2009. Corruption and Organized Crime Before and After the Rose Revolution. Central Asian Survey

Kulkarni, Sagar A. 2013. Enforcing Anti-Corruption Measures Through International Investment Arbitration. Transnational Dispute Management

Kumar, C. Raj. 2003. Corruption and Human Rights: Promoting Transparency in Governance and the Fundamental Right to Corruption-Free Service in India. Columbia Journal of Asian Law

Kumar, C. Raj. 2004. Corruption in Japan—Institutionalizing the Right to Information, Transparency, and the Right to Corruption Free Governance. New England Journal of International & Compartive Law

Kumar, C. Raj. 2004. Human Rights Approaches of Corruption Control Mechanisms: Enhancing the Hong Kong Experince of Corruption Prevention Strategies. San Diego International Law Journal

1431

Kumar, C. Raj. 2005. Corruption, Human Rights, and Development: Sovereignty and State Capacity to Promote Good Governance. American Society of International Law Proceedings

Kumar, C. Raj. 2008. Corruption, Development and Good Governance: Challenges for Promoting Access to Justice in Asia. Michigan State Journal of International Law

Kumar, C. Raj. 2011. Corruption and Human Rights in India: Comparative Perspectives on Transparency and Good Governance (Oxford University Press).

Kumar, C. Raj. 2012. Challenges of Corruption and Good Governance: A Human Rights Perspective. Jindal Journal of Public Policy

Kumar, R. & M. Best. 2006. Impact and Sustainability of E-Government Services in Developing Countries: Lessons Learned from Tamil Nadu, India. The Information Society

Kumlin, Staffan & Peter Esaiasson. 2012. Scandal Fatigue? Scandal, Elections and Satisfaction with Democracy in Western Europe, 1977-2007. British Journal of Political Science.

Kuncoro, Ari. 2002. The New Laws of Decentralization and Corruption in Indonesia: Examination of Provincial and District Data. Working Paper.

Kuncoro, Ari. 2004. Bribery in Indonesia: Some Evidence from Micro-Level Data. Bulletin of Indonesian Economic Studies

Kunicová, Jana & Susan Rose-Ackerman. 2005. Electoral Rules and Constitutional Structures as Constraints on Corruption. British Journal of Political Science

Kunicova, Jana. 2013. "The Role of the World Bank in Promoting Good Governance and Anti-Corruption Reforms: A View from the Europe and Central Asia Region", in Susan Rose-Ackerman & Paul D. Carrington eds., Anti-Corruption Policy: Can International Actors Play a Constructive Role? (Durham: Carolina Academic Press)

Kupatadze, A. 2015. Political Corruption in Eurasia: Understanding Collusion Between States, Organized Crime and Business. Theoretical Criminology 19(2): 198-215.

Kurer, Oskar. 1993. Clientelism, Corruption, and the Allocation of Resources. Public Choice

Kurer, Oskar. 2001. "Why Do Voters Support Corrupt Politicians?", in Arvind K. Jain ed., The Political Economy of Corruption (New York: Routledge)

Kurer, Oskar. 2005. Corruption: An Alternative Approach to Definition and Measurement. Political Studies .

Kurer, Oskar. 2015. "Definitions of Corruption" , in Paul M. Heywood ed., The Routledge Handbook of Political Corruption (New York: Routledge)

Kuris, Gabriel. 2012. "Inviting a Tiger into Your Home": Indonesia Creates an Anti-Corruption Commission with Teeth, 2002-2007. Innovations for Successful Societies, Princeton University.

Kuris, Gabriel. 2012. Balancing Responsibilities: Evolution of Lithuania's Anti-Corruption Agency, 1997-2007. Innovations for Successful Societies, Princeton University.

Kuris, Gabriel. 2012. Holding the High Ground with Public Support: Indonesia's Anti-Corruption Commission Digs In, 2007-2011. Innovations for Successful Societies, Princeton University.

Kuris, Gabriel. 2012. Surmounting State Capture: Latvia's Anti-Corruption Agency Spurs Reforms, 2002-2011. Innovations for Successful Societies, Princeton University.

Kuris, Gabriel. 2013 Managing Corruption Risks: Botswana Builds an Anti-Graft Agency, 1994-2012. Innovations for Successful Societies, Princeton University.

Kuris, Gabriel. 2013. Cleaning House: Croatia Mops Up High-Level Corruption. Innovations for Successful Societies, Princeton University.

Kuris, Gabriel. 2013. From a Rocky Start to Regional Leadership: Mauritius's Anti-Corruption Agency, 2006-2012. Innovations for Successful Societies, Princeton University.

Kuris, Gabriel. 2013. Toothless but Forceful: Slovenia's Anti-Corruption Watchdog Exposes Systemic Graft, 2004-2013. Innovations for Successful Societies, Princeton University.

Kuris, Gabriel. 2014. From Underdogs to Watchdogs: How Anti-Corruption Agencies Can Hold Off Potent Adversaries. Innovations for Successful Societies, Princeton University.

Kuris, Gabriel. 2015. Watchdogs or Guard Dogs: Do Anti-Corruption Agencies Need Strong Teeth? Policy & Society

Kurland, Adam H. 1989. The Guarantee Clause as a Basis for Federal Prosecutions of State and Local Officials. Southern California Law Review

Kurtoglu Eskisar, G.M. & A. Komsuoglu. 2015. A Critical Assessment of the Transformative Power of EU Reforms on Reducing Corruption in the Balkans. Southeast European & Black Sea Studies.

Kurtz, Marcus J. & Andrew Schrank. 2007. Growth and Governance: Models, Measures, and Mechanisms. Journal of Politics

Kurtzman, Joel, Glenn Yago & Triphon Phumiwasana. 2004. The Global Costs of Opacity—Measuring Business and Investment Risk Worldwide. MIT Sloan Management Review

Kurzban, Robert. 2010. Why Everyone (Else) Is a Hypocrite: Evolution and the Modular Mind (Princeton, NJ: Princeton University Press).

Page 1435  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

Kutnjak-Ivkovic, Sanja. 2003. To Serve and Collect: Measuring Police Corruption. Journal of Criminal Law & Criminology

Kutnjak-Ivkovic, Sanja. 2005. Fallen Blue Knights: Controlling Police Corruption.

Kuziemko, Ilyana & Eric Werker. 2006. How Much Is a Seat on the Security Council Worth? Foreign Aid and Bribery at the United Nations. Journal of Political Economy

Kuzmina, O., N. Volchkova & T. Zueva. 2014. Foreign Direct Investment and Governance Quality in Russia. Journal of Comparative Economics

Kwok, Chuck C.Y. & Solomon Tadesse. 2006. The MNC as an Agent of Change for Host-Country Institutions: FDI and Corruption. Journal of International Business Studies

Kwon, I. 2014. Motivation, Discretion, and Corruption. Journal of Public Administration Research & Theory

Kyriacou, A.P. & O. Roca-Sagales. 2011. Fiscal Decentralization and Government Quality in the OECD. Economics Letters

La Porta, Rafael, Florencio Lopez-de-Silanes, Andrei Shleifer & Robert Vishny. 1999.

The Quality of Government. Journal of Law, Economics & Organization

Lacey, Kathleen A. & Barbara Crutchfield George. 1998. Expansion of SEC Authority into Internal Corporate Governance: The Accounting Provisions of the Foreign Corrupt Practices Act (A Twentieth Anniversary Review). Journal of Transnational Law & Policy

Ladd, Alyssa. 2014. The "Catch-22" of Corporate Cooperation in Foreign Corrupt Practices Act Investigations. Houston Law Review

1435

Laffont, Jean-Jacques & Jean Tirole. 1991. The Politics of Regulatory Decision Making: A Theory of Regulatory Capture. Quarterly Journal of Economics

Laffont, Jean-Jacques & Mathieu Meleu. 2001. Separation of Powers and Development. Journal of Development Economics

Laffont, Jean-Jacques & Tchetche N'Guessan. 1999. Competition and Corruption in an Agency Relationship. Journal of Development Economics

Laffont, J-J. & D. Martimort. 1999. Separation of Regulators Against Collusive Behavior. RAND Journal of Economics

Lagos, M. 2003. "Public Opinion of Corruption in Latin America", in Transparency International, Global Corruption Report 2002 (London: Profile Books)

Lagunes, Paul & Rongyao Huang. 2014. Saving Gotham: Fighting Corruption in New York's Property Tax System. Working paper.

Lagunes, Paul & Rongyao Huang. 2015. "Saving Gotham: Fighting Corruption in New York City's Property Tax System", in Susan Rose-Ackerman & Paul Lagunes eds., Greed, Corruption, and the Modern State

Lahiri, S. & P. Raimondos-Moller. 2000. Lobbying by Ethnic Groups and Aid Allocation. Economic Journal

Lai, Alan. 2002. Building Public Confidence in Anti-Corruption Efforts: The Approach of the Hong Kong Special Administrative Region of China. Forum on Crime & Society

Lalountas, Dionisios, George A. Manolas & Ioannis S. Vavouras. 2011. Corruption, Globalization and Development: How Are These Three Phenomena Related? Journal of Policy Modeling

Lambert-Mogiliansky, A. 2015. Social Accountability to Contain Corruption. Journal of Development Economics.

Lambert-Mogiliansky, Araine, Mukul Majumdar & Roy Radner. 2008. Petty Corruption: A Game-Theoretic Approach. International Journal of Economic Theor

Lambert-Mogiliansky, Ariane & Konstantin Sonin. 2006. Collusive Market Sharing and Corruption in Procurement. Journal of Economics & Management Strategy

Lambert-Mogiliansky, Ariane, Mukul Majumdar & Roy Radner. 2007. Strategic Analysis of Petty Corruption: Entrepreneurs and Bureaucrats. Journal of Development Economics

Lambert-Mogiliansky, Ariane, Mukul Majumdar & Roy Radner. 2009. Strategic Analysis of Petty Corruption with an Intermediary. Review of Economic Design

Lambert-Mogiliansky, Ariane. 2002. Why Firms Pay Occasional Bribes: The Connection Economy. European Journal of Political Economy

Lambert-Mogiliansky, Ariane. 2011. "Corruption and Collusion: Strategic Complements in Procurement", in International Handbook on the Economics of Corruption, Vol. II.

Lambsdorf, Johann et al, eds. 2004. Corruption and the New Institutional Economics. New York: Routledge.

Lambsdorff, Johan Graf. 2012. "Behavioral and Experimental Economics as a Guide to Anticorruption", in S. Serra & L. Wantchekon eds., New Advances in Experimental Research on Corruption. Research in Experimental Economics, Vol. 15.

Lambsdorff, Johan Graff. 2010. Deterrence and Constrained Enforcement – Alternative Regimes to Deal with Bribery. Working Paper.

1437

Page 1438  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

Lambsdorff, Johann Graf & Bjorn Frank. 2010. Bribing versus Gift-Giving – An Experiment. Journal of Economic Psychology

Lambsdorff, Johann Graf & Bjorn Frank. 2011. Corrupt Reciprocity – Experimental Evidence on a Men's Game. International Review of Law & Economics

Lambsdorff, Johann Graf & H. Fink. 2006 Combating Corruption in Columbia: Perceptions and Achievements. Working Paper.

Lambsdorff, Johann Graf & Mathias Nell. 2007. Fighting Corruption with Asymmetric Penalties and Leniency. Working Paper.

Lambsdorff, Johann Graf. 1998. An Empirical Investigation of Bribery in International Trade. European Journal of Development Research

Lambsdorff, Johann Graf. 2001. How Precise Are Perceived Levels of Corruption? (Transparency International, Background Paper to the 2001 Corruption Perceptions Index).

Lambsdorff, Johann Graf. 2002a. "What Nurtures Corrupt Deals? On the Role of Confidence and Transaction Costs", in D. Della Porta & S. Rose-Ackerman eds., Corrupt Exchanges (Nomos Verlag; Baden Baden, Germany).

Lambsdorff, Johann Graf. 2002b. Confidence and Illegal Transactions. American Journal of Economics & Sociology

Lambsdorff, Johann Graf. 2002c. Corruption and Rent-Seeking. Public Choice.

Lambsdorff, Johann Graf. 2002d. How Confidence Facilitates Illegal Transactions: An Empirical Approach. American Journal of Economics & Sociology

Lambsdorff, Johann Graf. 2002e. Making Corrupt Deals: Contracting in the Shadow of the Law. Journal of Economic Behavior and Organization

Page 1439  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

Lambsdorff, Johann Graf. 2003a. How Corruption Affects Persistent Capital Flows.Economics of Governance

Lambsdorff, Johann Graf. 2003b. How Corruption Affects Productivity. Kyklos

Lambsdorff, Johann Graf. 2006a. "Causes and Consequences of Corruption--What Do We Know from a Cross-Section of Countries?" in Susan Rose-Ackerman, ed., International Handbook on the Economics of Corruption. Cheltenham, UK: Edward Elgar.

Lambsdorff, Johann Graf. 2006b. "Measuring Corruption – The Validity and Precision of Subjective Indicators (CPI)", in Charles Sampford, Arthur Shacklock, Carmel Connors & Fredrik Galtung eds., Measuring Corruption (Aldershot: Ashgate)

Lambsdorff, Johann Graf. 2007. The Institutional Economics of Corruption and Reform. New York: Cambridge University Press.

Lambsdorff, Johann Graf. 2009. "The Organization of Anti-Corruption: Getting Incentives Right," in Robert I. Rotberg ed., Corruption, Global Security, and World Order (Washington, D.C.: Brookings Institution)

Lambsdorff, Johann Graf. 2010. Who Accepts Bribery? Evidence from a Global Household Survey. Working Paper.

Lambsdorff, Johann Graf. 2011. Economic Approaches to Anticorruption. CESifo DICE Report

Lambsdorff, Johann Graf. 2013a. "Securing Investor Confidence or Fighting Corruption? How Intergovernmental Organizations May Reconcile Two Opposing Goals", in Susan Rose-Ackerman & Paul D. Carrington eds., Anti-Corruption Policy: Can International Actors Play a Constructive Role? (Durham: Carolina Academic Press)

Lambsdorff, Johann Graf. 2013b. Corrupt Intermediaries in International Business Transactions: Between Make, Buy and Reform. European Journal of Law & Economics.

1439

Lambsdorff, Johann Graf. 2015. "Behavioural and Institutional Economics as an Inspiration to Anti-Corruption: Some Counterintuitive Findings" , in Paul M. Heywood ed., The Routledge Handbook of Political Corruption (New York: Routledge)

Lamm, Carolyn, Hansel T. Pham & Rahim Moloo. 2010. "Fraud and Corruption in International Arbitration", in Miguel Angel Fernandez-Ballesteros & David Arias eds., Liber Amicorum Barnardo Cremades (La Ley)

Lamoreaux, P.T., P.N. Michas & W.L. Schultz. 2015. Do Accounting and Audit Quality Affect World Bank Lending? Accounting Review

Lancaster, Thomas D. & Gabriella Montinola. 2001. Comparative Political Corruption: Issues of Operationalization and Measurement. Studies in Comparative International Development 36(3): 3-28.

Lancaster, Thomas D. & Gabriella R. Montinola. 1997. Toward a Methodology for the Comparative Study of Political Corruption. Crime, Law & Social Change

Landell-Mills, Pierre. 2013. Citizens Against Corruption: Report From the Front Line.

Langbein, Laura & Stephen Knack. 2008. The Worldwide Governance Indicators and Tautology: Causally Related Separable Concepts, Indicators of a Common Cause, or Both? World Bank Policy Research Working Paper 4669.

Langevoort, Donald C. 2002. Monitoring: The Behavioral Economcs of Corporate Compliance with Law. Columbia Business Law Review

LaPalombara, Joseph. 1994. Structural and Institutional Aspects of Corruption. Social Research

Lapshyna, I. 2014. Corruption as a Driver of Migration Aspirations: The Case of Ukraine. Economics & Sociology

Larcinese, Valentino & Indraneel Sircar. 2014. Crime and Punishement the British Way: Accountability Channels Following the MPs' Expenses Scandal. Working paper.

Large, D. 2005. "Introductory Survey: Corruption and Reconstruction after War", in Corruption and Post-Conflict Reconstruction: Breaking the Vicious Circle (Paris: OECD).

Larmour, P. 2007. A Short Introduction to Corruption and Anti-Corruption. CIES Working paper 3.

Larmour, P. 2008. Corruption and the Concept of "Culture": Evidence from the Pacific Islands. Crime, Law & Social Change

Larmour, P. 2009. "Corruption, Culture and Institutions: Evidence from the Pacific Islands", in Gong, T. & S.K. Ma eds., Preventing Corruption in Asia: Institutional Design and Policy Capacity (London: Routledge)

Larmour, Peter. 2012. Interpreting Corruption: Culture and Politics in the Pacific Islands (Honolulu: University of Hawaii Press).

Larrain, F. & J. Tavares. 2004. Does Foreign Direct Investment Decrease Corruption? Latin American Journal of Economics

Larrain, Felipe & Jose Tavares. 2007. Can Openness Deter Corruption? The Role of Foreign Direct Investment. CEPR Discussion Papers 6488.

Larrain, Felipe & Jose Tavares. 2007. Can Openness Deter Corruption? The Role of Foreign Direct Investment. CEPR Discussion Papers 6488.

Larreguy, Horacio, John Marshall & James M. Snyder, Jr. 2014. Revealing Malfeasance: How Local Media Facilitates Electoral Sanctioning of Mayors in Mexico. Working paper.

Lascoumes, Pierre & Odette Tomescu-Hatto. 2008. French Ambiguities in Understandings of Corruption: Concurrent Definitions. Perspectives on European Politics & Society

Lascoumes, Pierre. 2014. "Condemning Corruption and Tolerating Conflicts of Interest: French 'Arrangements' Regarding Breaches of Integrity", in Jean-Bernard Auby, Emmanuel Breen & Thomas Perroud eds., Corruption and Conflicts of Interest: A Comparative Law Approach

Latham, M. 2015. "The City Has Been Wronged and Abused!": Institutional Corruption in the Eighteenth Century. Economic History Review 68(3): 1038-1061.

Latimer, Paul & A.J. Brown. 2008. Whistleblower Laws: International Best Practice. UNSW Law Journal

Lavallee, Emmanuelle, Mireille Razafindrakoto & Francois Roubaud. 2008. Corruption and Trust in Political Institutions in Sub-Saharan Africa. Afrobarometer Working Paper No. 102.

Lawal, Gbenga. 2007. Corruption and Development in Africa: Challenges for Political and Economic Change. Humanity & Social Science Journal

Lawson, Letitia. 2009. The Politics of Anticorruption Reform in Africa. Journal of Modern African Studies

Lazar, Sian. 2005. "Citizens Despite the State: Everyday Corruption and Local Politics in El Alto, Bolivia", in Dieter Haller & Chris Shore eds., Corruption: Anthropological Perspectives (Pluto Press).

Lazarova, Emiliya & Ilaria Mosca. 2007. Does Governance Matter for Aggregate Health Capital? Applied Economics Letters.

Le Billon, P. 2014. Natural Resources and Corruption in Post-War Transitions: Matters of Trust. Third World Quarterly

Le Billon, Philippe. 2003. Buying Peace or Fueling War: The Role of Corruption in Armed Conflicts. Journal of International Development

Le Billon, Philippe. 2008. Corrupting Peace? Peacebuilding and Post-Conflict Corruption. International Peacekeeping.

Le Billon, Philippe. 2013. "Resource Grabs", in Soreide, Tina & Aled Willams eds., Corruption, Grabbing and Development .

Le Vine, Victor T. 1993. Administrative Corruption and Democratization in Africa: Aspects of the Theoretic Agenda. Corruption and Reform

Le, Quan V. 2006. Corruption and Capital Flight: An Empirical Assessment. International Economic Journal

Le, Van-Ha, Jakob de Haan & Erik Dietzenbacher. 2013. Do Higher Government Wages Reduce Corruption? Evidence Based on a Novel Dataset. CES ifo Working Paper No. 4254.

Lecuna, Antonio. 2012. Corruption and Size Decentralization. Journal of Applied Economics

Ledeneva, A. 2009. Corruption in Post-Communist Societies: A Re-Examination. Perspectives on European Politics and Society

Lederman, Daniel & William Maloney. 2008. In Search of the Missing Resource Curse. Economia

Lederman, Daniel, Norman Loayza & Rodrigo Soares. 2005. Accountability and Corruption: Political Institutions Matter. Economics & Politics

Ledyaeva, S., P. Karhunen, R. Kosonen & J. Whalley. 2015. Offshore Foreign Direct Investment, Capital Round-Trpping, and Corruption: Empirical Analysis of Russian Regions. Economic Geography

1443

Ledyaeva, Svetlana, Paivi Karhunen & Riitta Kosonen. 2013. Birds of a Feather: Evidence on Commonality of Corruption and Democracy in the Origin and Location of Foreign Investment in Russian Regions. European Journal of Political Economy

Lee, Charles M.C. & David Ng. 2009. Corruption and International Valuation: Does Virtue Pay? Journal of Investing

Lee, Cheol-Sung. 2007. Labor Unions and Good Governance: A Cross-National Comparative Analysis. American Sociological Review

Lee, Francis L.F. 2015. How Citizens React to Political Scandals Surrounding Government Leaders: A Survey Study in Hong Kong. Asian Journal of Political Science

Lee, H.H. Lim, D.D. Moore & J. Kim. 2013. How Police Organizational Structure Correlates with Frontline Officers' Attitudes Toward Corruption: A Multilevel Model. Police Practice & Research: An International Journal

Lee, J., K. Sigmund, U. Dieckmann & Y. Iwasa. 2015. Games of Corruption: How to Suppress Illegal Logging. Journal of Theoretical Biology

Lee, Judith A. & James D. Slear. 2007. Unique Problems with FCPA Compliance in the People's Republic of China. Business Law Today

Lee, L. 2014. Certainty in Coming Clean: Establishing an FCPA Safe Harbor for Self-Reporting Companies.

Lee, Paul L. 2010. A Renewed Focus on Foreign Corruption and Politically Exposed Persons. Banking Law Journal

Lee, S. 2015. Quality of Government and Tourism Destination Competitiveness. Tourism Economics

1444

Page 1445  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

Lee, Seung-Hyun & D. Weng. 2013. Does Bribery in the Home Country Promote or Dampen Firm Exports? Strategic Management Journal

Lee, Seung-Hyun & Kyeungrae Kenny Oh. 2007. Corruption in Asia: Pervasiveness and Arbitrariness. Asia Pacific Journal of Management

Lee, Seung-Hyun & Sungjin J. Hong. 2012. Corruption and Subsidiary Profitability: US MNC Subsidiaries in the Asia Pacific Region. Asia Pacific Management Journal

Lee, Seung-Hyun, Kyeungrae (Kenny) Oh & Lorraine Eden. 2010. Why Do Firms Bribe? Insights from Residual Control Theory. Management International Review

Lee, Young & Omar Azfar. 2007. Corruption and Trade Regulations: An Instrumental Variable Approach. Applied Economics Letters

Leemann, L. & D. Bochsler. 2014. A Systematic Approach to Study Electoral Fraud. Electoral Studies

Leenders, Reinoud. 2012. Spoils of Truce: Corruption and State-Building in Postwar Lebanon. Middle Eastern Studies (Cornell University Press).

Leeson, Peter T. & Russell S. Sobel. 2008. Weathering Corruption, Journal of Law and Economics.

Lehoucq, Fabrice. 2003. Electoral Fraud: Causes, Types, and Consequences. Annual Review of Political Science

Leibold, Annalisa. 2015. Extraterritorial Application of the FCPA Under International Law. Willamette Law Review

Leiken, Robert S. 1996. Controlling the Global Corruption Epidemic. Foreign Policy

Leitao, Alexandra. 2010. Corruption and the Environmental Kuznets Curve: Empirical Evidence for Sulfur. Ecological Economics

Leite, Carlos & Jens Weidmann. 1999. Does Mother Nature Corrupt? Natural Resources, Corruption, and Economic Growth. IMF Working Paper 99/85.

Lenz, Gabriel & Kevin Lim. 2009. Getting Rich(er) in Office? Corruption and Wealth Accumulation in Congress. Working paper.

Leontieva, L.S., T.V. Khalilova, L.F. Gaynullina & A.I. Khalilov. 2015. Social-Communciative Innovations in Anti-Corruption Activies. Asian Social Science

Leroy, Anne-Marie & Frank Fariello. 2012. The World Bank Group Sanctions Process and Its Recent Reforms (Washington, DC: World Bank).

Lessig, Lawrence. 2011. Republic Lost: How Money Corrupts Congress—and a Plan to Stop It.

Lessig, Lawrence. 2014. A Reply to Professors Cain and Charles. California Law Review

Lessig, Lawrence. 2014. What an Originalist would Understand "Corruption" to Mean. California Law Review

Lessmann, Christian & Gunther Markwardt. 2010. One Size Fits All? Decentralization, Corruption, and the Monitoring of Bureaucrats. World Development

Lestelle, Evan P. 2008. The Foreign Corrupt Practices Act, International Norms of Foreign Public Bribery, and Extraterritorial Jurisdiction. Tulane Law Review

Letyaev, V. & F. Letyaeva. 2015. Corruption Threats in Regulations: Analytical Review of the Literature and Case Materials of the Russian Federation. Journal of Sustainable Development

Page 1447  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

Letzkus, Sarah. 2008. Damned If You Do, Damned If You Don't: The Speech and Debate Clause and Investigating Corruption in Congress 40 Ariz. St. L.J. 1377

Leung, J. 2015. Xi's Corruption Crackdown: How Bribery and Graft Threaten the Chinese Dream. Foreign Affairs

Levchenko, Andrei A. 2013. International Trade and Institutional Change. Journal of Law, Economics & Organization

Leventhal, Robert. 2008. International Legal Standards on Corruption. American Society of International Law Proceedings

Levi, M. 2015. Money for Crime and Money From Crime: Financing Crime and Laundering Crime Proceeds. European Journal on Criminal Policy & Research

Levin, Ines, Gabe Cohn, R. Michael Alvarez & Peter C. Ordeshook. 2009. Detecting Voter Fraud in an Electronic Voting Context: An Analysis of the Unlimited Reelection Vote in Venezuela. Working paper.

Levin, Mark & Georgy Satarov. 2000. Corruption and Institutions in Russia. European Journal of Political Economy

Levin, Ronald M. 2001. Fighting the Appearance of Corruption. Washington University Journal of Law & Policy

Levmore, Saul. 1998. Efficiency and Conspiracy: Conflicts of Interest, Anti-Nepotism Rules, and Separation Strategies. Fordham Law Review

Levy, D. 2007. Price Adjustment under the Table: Evidence on Efficiency-Enhancing Corruption. European Journal of Political Economy

Lewis, Colin M. & Peter Lloyd-Sherlock. 2009. Social Policy and Economic Development in South America: An Historical Approach to Social Insurance. Economics & Society

Lewis, M. & P. Stenning. 2012. Considering the Glenister Judgment: Independence Requirements for Anti-Corruption Institutions. SA Crime Quarterly

Lewis, M. 2007. Informal Payments and the Financing of Health Care in Developing and Transition Countries. Health Affairs

Lewis, Margaret K. 2012. Presuming Innocence, or Corruption, in China. Columbia Journal of Transnational Law

Lewis, Maureen. 2006. Governance and Corruption in Public Health Care Systems. Center for Global Development Working Paper No. 78.

Lewis-Faupel, Sean, Yusuf Neggers, Benjamin A. Olken & Rohini Pande. 2014. Can Electronic Procurement Improve Infrastructure Provision? Evidence from Public Works in India and Indonesia. Working paper.

Li, H., M. Tang & N. Huhu. 2015. How Does Democracy Influence Citizens' Perceptions of Government Corruption? A Cross-National Study. Democratization.

Li, Hongyi, Lixin Colin Xu & Heng-Fu. Zou. 2000. Corruption, Income Distribution, and Growth. Economics & Politics

Li, Ling. 2011. Performing Bribery in China: guanxi-practice, corruption with a human Face. Journal of Contemporary China

Li, Ling. 2011. The "Production" of Corruption in China's Courts – The Politics of Judicial Decision-Making and Its Consequences in a One-Party State. U.S. Asia Law Institute Working Paper.

1448

Li, S., C. Buhren, B. Frank & H. Qin. 2015. Group Decision Making in a Corruption Experiment: China and Germany Compared. Jahrbucher Fur Nationalokonomie Und Statistik

Li, Sha, Christoph Buhren, & Bjorn Frank. 2011. Group Decision Making in a Corruption Experiment: China and Germany Compared. Working paper.

Li, Wei. 2002. "Corruption during the Economic Transition in China", in Donatella Della Porta & Susan Rose-Ackerman eds., Corrupt Exchanges: Empirical Themes in the Politics and Political Economy of Corruption.

Li, Wei. 2002. Corruption and Resource Allocation: Evidence from China.

Li, Wei. 2002. Measuring Corruption under China's Dual-Track System.

Li, Y., F.K. Yao & D. Ahlstrom. 2015. The Social Dilemma of Bribery in Emerging Economies: A Dynamic Model of Emotion, Social Value, and Institutional Uncertainty. Asia Pacific Journal of Management

Licht, Amir, Chanan Goldschmidt & Shalom Schwartz. 2007. Culture Rules: The Foundations of the Rule of Law and Other Norms of Governance. Journal of Comparative Economics

Lien, Da Hsiang Donald. 1986. A Note on Competitive Bribery Games. Economic Letters

Lien, Da-Hsaing. 1990. Corruption and Allocation Efficiency. Journal of Development Economics.

Lierl, Malte. 2014. Selection or Incentives? Experimental Evidence on the Accountability of Village Leaders in Tanzania. Working paper.

Liew, L.H. 1992. Corruption as a Form of Insurance. European Journal of Political Economy

Light, Matthew. 2014. Police Reforms in the Republic of Georgia: The Convergence of Domestic and Foreign Policy in an Anti-Corruption Drive. Policing & Society

Lim, Delphia, Maryum Jordan, Patrick Kibbe, David Donatti & Jose Vicente. 2013.


Access to Remedies for Transnational Public Bribery: A Governance Gap. ABA Criminal Justice


Lim, Linda Y.C. & Aaron Stern. 2002. State Power and Private Profit: The Political Economy of Corruption in Southeast Asia. Asian-Pacific Economic Literature


Lin, Jun & Steven X. Si. 2010. Can Guanxi Be a Problem? Contextes, Ties, and Some Unfavorable Consequences of Social Capital in China. Asia Pacific Journal of Management.


Lin, Min-Wei & Chilik Yu. 2014. Can Corruption Be Measured? Comparing Global Versus Local Perceptions of Corruption in East and Southeast Asia. Journal of Comparative Policy Analysis7.


Lindberg, J. & D. Herath. 2014. Land and Grievances in Post-Conflict Sri Lanka: Exploring the Role of Corruption Complaints. Third World Quarterly


Lindberg, Jonas & Camilla Orjuela. 2014. Corruption in the Aftermath of War: An Introduction. Third World Quarterly


Lindberg, Staffan I. 2003. "It's Our Time to 'Chop'": Do Elections Feed Neo-Patrimonialism Rather than Counteract It? Democratization


Linde, Jonas & Gissur O. Erlingsson. 2013. The Eroding Effect of Corruption on System Support in Sweden. Governance


Linde, Jonas. 2012. Why Feed the Hand that Bites You? Perceptions of Procedural Fairness and System Support in Post-Communist Democracies. European Journal of Political Research

Linder, A. & C. Santiso. 2002. Assessing the Predictive Power of Country Risk Ratings and Governance Indicators. SAIS Working Paper 02/02.

Lindgren, J. 1993. The Theory, History and Practice of the Bribery-Extortion Distinction. University of Pennsylvania Law Review 141: 1695-1740.

Lindgren, James. 1988. The Elusive Distinction Between Bribery and Extortion: From the Common Law to the Hobbs Act. UCLA Law Review 35: 815-.

Lindkvist, Ida. 2013. "Using Salaries as a Deterrent to Informal Payments in the Health Sector", in Soreide, Tina & Aled Willams eds., Corruption, Grabbing and Development .

Lindkvist, Ida. 2013. Informal Payments and Health Worker Effort: A Quantitative Study from Tanzania. Health Economics

Lindsey, Carolyn. 2009. More Than You Bargained For: Successor Liability under the U.S. Foreign Corrupt Practices Act. Ohio Northern University Law Review

Lindsey, R. & H. Dick. 2002. Corruption in Asia: Rethinking the Good Governance Paradigm (Annandale, NSW: Federation Press).

Lindskog, H., S. Brege & P.O. Brehmer. 2010. Corruption in Public Procurement and Private Sector Purchasing. Organizational Transformation & Social Change

Lindstedt, Catharina & Daniel Naurin. 2010. Transparency Is Not Enough: Making Transparency Effective in Reducing Corruption. International Political Science Review

Linhartova, V. & J. Volejnikova. 2015. Quantifying Corruption at a Subnational Level. E&M Ekonomie A Management

Lio, M.C., M.C. Liu & Y.P. Ou. 2011. Can the Internet Reduce Corruption? A Cross-Country Study Based on Dynamic Panel Data Models. Government Information Quarterly

Liou, Yu-Ming & Paul Musgrave. 2013. Refining the Oil Curse: Country-Level Evidence from Exogenous Variations in Resource Income. Comparative Political Studies

Lipinski, Arie J. 2011. Combating Government Corruption: Suing the Federal Government via a Proposed Amendment to the Civil RICO Statute. Valparaiso University Law Review

Lipper, Gregory M. 2010. Foreign Corrupt Practices Act and the Elusive Question of Intent. American Criminal Law Review

Lippitt, Anne H. 2013. An Empirical Analysis of the Foreign Corrupt Practices Act. Virginia Law Review

Lipset, Seymour Martin, Kyoung-Ryung Seong & John Charles Torres. 1993. A Comparative Analysis of the Social Requisites of Democracy. International Social Science Journal

Lipset, Seymour Martin. & Gabriel Salman Lenz. 2000. "Corruption, Culture and Markets" in Lawrence J. Harrison & Samuel P. Huntington eds. Culture Matters: How Values Change Human Progress, pp. 112-124. New York: Basic Books.

Litschig, Stephan & Yves Zamboni. 2014. Judicial Presence and Rent Extraction. Working paper.

Litwin, Daniel. 2013. On the Divide Between Investor-State Arbitration and the Global Fight Against Corruption. Transnational Dispute Management

Liu, Alan P.L. 1983. The Politics of Corruption in the People's Republic of China. American Political Science Review

Liu, Cheol & John L. Mikesell. 2014. The Impact of Public Officials' Corruption on the Size and Allocation of U.S. State Spending. Public Administration Review

1452

Liu, L. 2015. The Global Anti-Bribery Collaboration in Evolution. Journal of Financial Crime

Liu, Q. & Y. Peng. 2015. Determinants of Willingness to Bribe: Micro Evidence from the Educational Sector in China. Jahrbucher Fur Nationalokonomie Und Statistik

Liu, Qijun & Yaping Peng. 2015. Corruption in College Admissions Examinations in China. International Journal of Educational Development

Liu, X., G.I. Christopoulos & Y. Hong. 2014. The Role of Decision Frame on Decision-Making Regarding Bribe Giving. Academy of Management Proceedings.

Liu, Yongzheng & Haibo Feng. 2015. Tax Structure and Corruption: Cross-Country Evidence. Public Choice.

Ljunge, M. 2015. Social Capital and the Family: Evidence that Strong Family Ties Cultivate Civic Virtues. Economica

Llamzon, Aloysius P. 2013. State Responsibility for Corruption: The Attribution Asymmetry in International Investment Arbitration. Transnational Dispute Management

Llamzon, Aloysius. 2009. The Control of Corruption through International Investment Arbitration: Potential and Limitations. American Society of International Law Proceedings

Lloyd-Ellis, Huw & Nicholas Marceau. 2003. Endogenous Insecurity and Economic Development. Journal of Development Economics

Lobnikar, B. & G. Mesko. 2015. Perception of Police Corruption and the Level of Integrity Among Slovenian Police Officers. Police Practice & Research

Loe, T.W., L. Ferrell & P. Mansfield. 2000. A Review of Empirical Studies Assessing Ethincal Decision Making in Business. Journal of Business Ethics

1453

Loftis, M.W. 2015. Delilberate Indiscretion? How Political Corruption Encourages Discretionary Policy Making. Comparative Political Studies

Lomnitz, C. 1995. Ritual, Rumor and Corruption in the Constitution of Polity in Mexico. Journal of Latin American Anthropology

Lomnitz, Larissa. 1988. Informal Exchange Networks in Formal Systems: A Theoretical Model. American Anthropologis

Long, D. Michael & Spuma Rao. 1995. The Wealth Effects of Unethical Business Behavior. Journal of Economics & Finance

Long. 2013. A Study of Drug-Related Police Corruption Arrests. Policing: An International Journal of Police Strategies & Management

Lopatta, K., R. Jaeschke & C. Yi. 2014. The Strategic Use of Language in Corrupt Firms' Financial Reporting. Working paper.

Lopez, J. & J. Santos. 2014. Does Corruption Have Social Roots? The Role of Culture and Social Capital. Journal of Business Ethics

Lopez, L. 2015. Corruption and International Aid Allocation: A Complex Dance. Journal of Economic Development

Lopez, R. & S. Mitra. 2000. Corruption, Pollution and the Kuznets Environment Curve. Journal of Environmental Economics & Management.
 J

Lord, Nicholas James. 2014. Detecting and Investigating Transnational Corporate Bribery in Centralised and Decentralised Enforcement Systems: Discretion and (De-)Prioritisation in the UK and Germany. Policing & Society .

Lord, Nicholas James. 2014. Responding to Transnational Corporate Bribery Using International Frameworks for Enforcement: Anti-Bribery and Corruption in the UK and Germany. Criminology & Criminal Justice

Losco, Michael A. 2014. Streamlining the Corruption Defense: A Proposed Framework for FCPA-ICSID Interaction. Duke Law Journal.

Lovei, L. & A. McKechnie. 2000. The Costs of Corruption for the Poor – The Energy Sector. World Bank, Public Policy for the Private Sector Note 207.

Lovell, David W. 2005. "Corruption as a Transitional Phenomenon: Understanding Endemic Corruption in Postcommunist States", in Dieter Haller & Chris Shore eds., Corruption: Anthropological Perspectives (Pluto Press).

Low, Lucinda & John Davis. 1998. Coping with the Foreign Corrupt Practices Act: A Primer for Energy and Natural Resource Sector. Journal of Energy & Natural Resources Law

Low, Lucinda A. 1998. Transnational Corruption: New Rules for Old Temptations, New Players to Combat a Perennial Evil. Am. Soc. Int'l L. Proceedings

Low, Lucinda A. et al. 1998. The Inter-American Convention Against Corruption: A Comparison with the United States Foreign Corrupt Practices Act. Virginia Journal of International Law

Low, Lucinda A., Thomas K. Sprange & Milos Barutciski. 2010. Global Anti-Corruption Standard and Enforcement: Implications for Energy Companies. Journal of World Energy Law & Business

Lowen, Aaron & Andrew Samuel. 2012. Bribery and Endogenous Monitoring Effort: An Experimental Study. Eastern Economic Journal

Lowenhein, Oded. 2008. Examining the State: A Foucauldian Perspective on International "Governance Indicators". Third World Quarterly

Page 1456  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

Lowenstein, Daniel. 1985. Political Bribery and the Intermediate Theory of Politics. UCLA Law Review

Lu, Tiffany. 2013. The "Obtaining or Retaining Business" Requirement: Breathing New Life into the Business Nexus Provision of the FCPA. Fordham Journal of Corporate & Financial Crime

Lu, Xiaobo. 2000. Booty Socialism, Bureau-preneurs, and the State in Transition: Organizational Corruption in China, Comparative Politics

Lubin, N. 2003. Who's Watching the Watchdog? Journal of International Affairs

Ludwin-Peery, Ethan & Dustin Tingley. 2014. Ethical Situations and Their Effects on Judgments of Punishment. Ethics & Behavior

Lui, Francis T. 1985. An Equilibrium Queuing Model of Bribery. Journal of Political Economy

Lui, Francis T. 1986. A Dynamic Model of Corruption Deterrence. Journal of Public Economics

Lui, Francis T. 1996. Three Aspects of Corruption. Contemporary Economic Policy

Luiz, J. & C. Stewart. 2014. Corruption, South African Multinational Enterprises and Institutions in Africa. Journal of Business Ethics

Lukito, A.S. 2015. Fostering and Enhancing the Role of the Private Sector: A Prevention Way Towards Corruption Eradication in Indonesia. Journal of Financial Crim

Luo, Yadong, Stephanie L. Wang & Ying Huang. 2012. Guanxi and Organizational Performance: A Meta-Analysis. Management & Organization Review

Page 1457  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

Luo, Yadong. 2002. Corruption and Organization in Asian Management Systems. Asia Pacific Journal of Managemen

Luo, Yadong. 2004. An Organizational Perspective of Corruption. Management & Organization Review.

Luo, Yadong. 2006. Political Behavior, Social Responsibility, and Perceived Corruption: A Structural Perspective. Journal of International Business Studies

Luo, Yadong. 2008. The Changing Chinese Culture and Business Behavior: The Perspective of Intertwinement between Guanxi and Corruption. International Business Review

Luo, Yadong. 2011. Strategic Responses to Perceived Corruption in an Emerging Market: Lessons from MNEs Investing in China. Business & Society

Luong, Pauline Jones & Erika Weinthal. 2010. Oil Is Not a Curse: Ownership Structure and Institutions in Soviet Successor States (New York: Cambridge University Press).

Ma, Stephen K. 2009. "'Policing the Police': A Perennial Challenge for China's Anticorruption Agencies", in Gong, T. & S.K. Ma eds., Preventing Corruption in Asia: Institutional Design and Policy Capacity (London: Routledge)

Maass, Arthur. 1987. U.S. Prosecution of State and Local Officials for Political Corruption: Is the Bureaucracy Out of Control in a High Stakes Operation Involving the Constitutional System? Publius: The Journal of Federalism

Mackenzie, G. Calvin with Michael Hafken. 2002. Scandal Proof: Do Ethics Laws Make Government Ethical? Washington, D.C., Brookings Institution.

Maclean, T., B.E. Litzky & D.K. Holderness. 2015. When Organizations Don't Walk Their Talk: A Cross-Level Examination of How Decoupling Formal Ethics Programs Affects Organizational Members. Journal of Business Ethics 128

MacMillan, Joanna. 2011. Reformasi and Public Corruption: Why Indonesia's Anti-Corruption Agency Strategy Should Be Reformed to Effectively Combat Public Corruption. Emory International Law Review

Macrae, John. 1982. Underdevelopment and the Economics of Corruption: A Game Theory Approach. World Development

Maestad, O. & A. Mwisongo. 2007. Informal Payments and the Quality of Health Care in Tanzania: Results from Qualitative Research. CMI Working Paper 2007:5 (Bergen: Chr. Michelsen Institute).

Maestad, O. & A. Mwisongo. 2011. Informal Payments and the Quality of Health Care: Mechanisms Revealed by Tanzanian Health Workers. Health Policy

Magaloni, Beatriz, Aila M. Matanock, Vidal Romero & Alberto Diaz-Cayeros. 2014. Living in Fear: The Dynamics of Extortion in Mexico's Criminal Insurgency.

Magrath, Willam B. 2012. "Corruption and Crime in Forestry", in Adam Graycar & Russell G. Smith eds., Handbook of Global Research and Practice in Corruption ,

Mahagaonkar, P. 2008. Corruption and Innovation: A Grease or Sand Relationship? Jena Economic Research Papers, No. 2008,017.

Mahdavi, Paasha. 2014. Extortion in the Oil States: Nationalization, Regulatory Structure, and Corruption. Working paper.

Mahmood, R. 2004. Can Information and Communication Technology Help Reduce Corruption? How So and Why Not: Two Case Studies from South Asia. Perspectives on Global Development & Technology

Mahmood, Shakeel Ahmed Ibne. 2010. Public Procurement and Corruption in Bangladesh: Confronting the Challenges and Opportunities. Journal of Public Administration & Policy Research

Page 1459  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

Majeed, M.T. 2014. Corruption and Trade. Journal of Economic Integration

Majtan, Roman. 2013. The Self-Cleaning Dilemma: Reconciling Competing Objectives of Procurement Processes. George Washington International Law Review

Majumdar, Mukul & Seung Han Yoo. 2012. Strategic Analysis of Influence Peddling. International Journal of Game Theory

Makinwa, Abiola O. 2007. The Rules Regulating Transnational Bribery: Achieving a Common Standard? International Business Law Journal

Makinwa, Abiola O. 2009. "International Corruption and the Privatisation of Security: Resorting to Private Remedies", in M. Hildebrandt, A. Makinwa & A. Oehmichen eds., Controlling Security in a Culture of Fear (Boom Juridische Uitgevers)

Makinwa, Abiola O. 2009. "The Role of International Arbitration in the Fight against Corruption", in Olaf Meyer ed., Civil Law Consequences of Corruption (Baden-Baden: Nomos)

Makinwa, Abiola O. 2009. Researching Civil Remedies for International Corruption: The Choice of the Comparative Method. Erasmus Law Review

Makinwa, Abiola O. 2010. "A Transaction Approach to Fighting Corruption", in J. Blad, M. Hildebrandt, K. Rozenmond, M. Schuilenburg & P. Van Calster eds., Governing Security under the Rule of Law? (Eleven International Publishing)

Makinwa, Abiola O. 2010. Motivating Civil Remedies for International Corruption: Nigeria as an Illustrative Case Study. CALS Review of Nigerian Law & Practice

Makinwa, Abiola O. 2013. "Defining a Private Law Approach to Fighting Corruption", in Susan Rose-Ackerman & Paul D. Carrington eds., Anti-Corruption Policy: Can International Actors Play a Constructive Role? (Durham: Carolina Academic Press)

Makinwa, Abiola O. 2013. Good Governance: Negotiated Settlements for FCPA Violations as a Model. Applied Research Today.

Makinwa, Abiola O. 2013. Private Remedies for Corruption: Towards an International Framework (Eleven International Publishing).

Makuta, I. & B. O'Hare. 2015. Quality of Governance, Public Spending on Health and Health Status in Sub-Saharan Africa: A Panel Data Regression Analysis. BMC Public Health

Malec, Kathryn L. & John A. Gardiner. 1987. Measurement Issues in the Study of Official Corruption: A Chicago Example. Corruption & Reform

Malena, Carmen, Reiner Forster & Janmejay Singh. 2004. Social Accountability: An Introduction to the Concept and Emerging Practice. World Bank Social Development Paper No. 76.

Malesky, Edmund J. & Krislert Samphantharak. 2008. Predictable Corruption and Firm Investment: Evidence from a Natural Experiment and Survey of Cambodian Entrepreneurs. Quarterly Journal of Political Science

Malesky, Edmund J., Cuong Viet Nguyen & Anh Tran. 2014. The Impact of Recentralization on Public Services: A Difference-in-Differences Analysis of the Abolition of Elected Councils in Vietnam. American Political Science Review

Malesky, Edmund J., Dimitar D. Gueorgulev & Nathan M. Jensen. 2014. Monopoly Money: Foreign Investment and Bribery in Vietnam, a Survey Experiment. American Journal of Political Science

Malesky, Edmund, Paul Schuler & Anh Tran. 2012. The Adverse Effects of Sunshine: Evidence from a Field Experiment on Legislative Transparency in an Authoritarian Assembly. American Political Science Review .

Malik, A.S. 1990. Avoidance, Screening and Optimal Enforcement. Rand Journal of Economics

Maljevic, A.D. Datzer, E. Muratbegovic & M. Budimlic. 2008. Professional Police in Bosnia and Herzegovina: Case Study – Police Corruption. European Journal of Crime, Criminal Law & Criminal Justice

Mandal, Biswajit & Sugata Markit. 2010. Corruption and Wage Inequality. International Review of Economics & Finance

Mandal, Biswajit. 2014. Traded Goods, Tax and Intermediation – the Role of Corrupt Nontraded Sector. Working paper.

Manea, T. 2015. Medical Bribery and the Ethics of Trust: The Romanian Case. Journal of Medicine & Philosophy

Manion, Melanie. 1996. Corruption by Design: Bribery in Chinese Enterprise Licensing. Journal of Law, Economics & Organization

Manion, Melanie. 1998. Correction to "Corruption by Design". Journal of Law, Economics & Organization.

Manion, Melanie. 2004. Corruption by Design: Building Clean Government in Mainland China and Hong Kong. Cambridge: Harvard University Press, 2004.

Manion, Melanie. 2014. What Is Corrupt? A Model of Unacceptable International Business Practices in China. Working paper.

Manion, Melanie. 2015. "Institutional Design and Anti-Corruption in Mainland China" , in Paul M. Heywood ed., The Routledge Handbook of Political Corruption (New York: Routledge).

Manning, P.K. 2009. Bad Cops. Criminology & Public Policy

Manning, T.J. 2015. Private Equity and the FCPA: Deal-Making as Reform Mechanism.Pepperdine Law Review

Mansour, Sarah, Vjollca Sadiraj & Sally Wallace. 2014. Political Institutions and Corruption: An Experimental Examination of the Right to Recall. Working paper.

Manzetti, Luigi & Carole J. Wilson. 2006. Corruption, Economic Satisfaction, and Confidence in Government: Evidence from Argentina. The Latin Americanist

Manzetti, Luigi & Carole J. Wilson. 2007. Why Do Corrupt Governments Maintain Public Support? Comparative Political Studies

Manzetti, Luigi & Charles H. Blake. 1996. Market Reforms and Corruption in Latin America: New Means for Old Ways. Review of International Political Economy

Mao, Yina, Chi-Sum Wong & Kelly Z. Peng. 2013. Breaking Institutionalized Corruption: Is the Experience of the Hong Kong Independent Commission Against Corruption Generalizable? Asia Pacific Journal of Management

Maor, Moshe. 2004. Feeling the Heat? Anticorruption Mechanisms in Comparative Perspective. Governance

Marat, E. 2015. Global Money Laundering and Its Domestic Political Consequences in Kyrgyzstan. Central Asian Survey

Marberg, Sarah. 2012. Promises of Leniency: Whether Companies Should Self-Disclose Violations of the Foreign Corrupt Practices Act. Vanderbilt Journal of Transnational Law

Marceau, Justin F. 2007. A Little Less Conversation, A Little More Action: Evaluating and Forecasting the Trend of More Frequent and Severe Prosecutions Under the Foreign Corrupt Practices Act. Fordham Journal of Corporate & Financial Law

Marcelo, Simeon V. 2004. "Combating Corruption in the Philippines", in Controlling Corruption in Asia and the Pacific. (Manila: Asian Development Bank)

Marcouiller, Douglas & Leslie Young. 1995. The Black Hole of Graft: The Predatory State and the Informal Economy. American Economic Review

Marengo, F.D. 1988. The Link Between Political Corruption and Political Scandal. Corruption & Reform 3

Mariani, Paola. 2012. How Damages Recovery Actions Can Improve the Fight Against Corruption: The Crisis of Criminal Law Policies and the Role of Private Enforcement in an Italian Case of Judicial Corruption. Bocconi University Legal Studies Research Paper No. 2007241.

Marique, Yseult. 2014. "Integrity in English and French Public Contracts: Changing Administrative Cultures?", in Jean-Bernard Auby, Emmanuel Breen & Thomas Perroud eds., Corruption and Conflicts of Interest: A Comparative Law Approach

Marjit, S. V. Mukherjee & A. Mukherjee. 2000. Harassment, Corruption and Tax Policy. European Journal of Political Economy

Marjit, S. V. Mukherjee & A. Mukherjee. 2003. Harassment, Corruption and Tax Policy: Reply. European Journal of Political Economy .

Marjit, Sugata & Heling Shi. 1998. On Controlling Crime with Corrupt Officials. Journal of Economic Behavior & Organization 34: 163-72.

Marjit, Sugata, Biswajit Mandal & Suryadipta Roy. 2014. Trade Openness, Corruption and Factor Abundance: Evidence from a Dynamic Panel. Review of Development Economics

Mark, Gideon. 2012. Private FCPA Enforcement. American Business Law Journa

Marong, Alhaji B.M. 2002. Toward a Normative Consensus Against Corruption: Legal Effects of the Principles to Combat Corruption in Africa. Denver Journal of International Law & Policy

Marquette, H. & C. Peiffer. 2014. Corruption and Collective Action: Shifting the Equilibrium?. Birmingham Developmental Leadership Program Research Paper 32.

Marquette, Heather & Alan Doig. 2004. Drilling Down to the Detail: A Case Study into Anti-Corruption Project Records and Record-Keeping. Crime, Law & Social Change

Marquette, Heather, V. Pavarala & K. Malik. 2014. Religion and Attitudes Towards Corruption in India: A Collective Action Problem? Development in Practice

Marquette, Heather. 2001. Corruption, Democracy and the World Bank. Crime, Law & Social Change .

Marquette, Heather. 2004. The Creeping Politicization of the World Bank: The Case of Corruption. Political Studies

Marquette, Heather. 2007. Civic Education for Combating Corruption: Lessons from Hong Kong and the United States for Donor-Funded Programmes in Poor Countries. Public Administration & Development

Marquette, Heather. 2011. Donors, State-Building and Corruption: Lessons from Afghanistan and the Implications for Aid Policy. Third World Quarterly

Marquette, Heather. 2012. "Finding God" or "Moral Disengagement" in the Fight Against Corruption in Developing Countries? Evidence from India and Nigeria. Public Administration & Development

Marquette, Heather. 2013. "Corruption, Religion and Moral Development in Developing Countries", in Matthew Clarke ed., Handbook of Research on Development and Religion (Edward Elgar Publishing).

Marquette, Heather. 2015. "Religion, Ethics and Corruption: Field Evidence from India and Nigeria" , in Paul M. Heywood ed., The Routledge Handbook of Political Corruption (New York: Routledge)

Marshall, Andrew. 2013. What's Yours Is Mine: New Actors and New Approaches to Asset Recovery in Global Corruption Cases. Center for Global Development Policy Paper 018.

Marti, C. & Y. Kasperskaya. 2015. Public Financial Management Systems and Countries' Governance: A Cross-Country Study. Public Administration & Development

Martimort, David & Stephane Straub. 2009. Infrastructure Privatization and Changes in Corruption Patterns: The Roots of Public Discontent. Journal of Development Economics

Martin, A. Timothy. 1998. Corruption and Improper Payments: Global Trends and Applicable Laws. Alberta Law Review .

Martin, A. Timothy. 1999. The Development of International Bribery Law. Nat. Resources & Environment

Martin, A. Timothy. 2003. International Arbitration and Corruption: An Evolving Standard. International Energy & Mineral Arbitration

Martin, Susan Lorde. 1989. A Decade of Branti Decisions: A Government Official's Guide to Patronage Dismissals. American University Law Review 39:

Martins, Pedro S. 2010. Cronyism. IZA Discussion Paper 5349.

Mashaba, M. 2005. Organised Crime and Corruption – Fighting the Problem within the NEPAD Framework. African Security Review

Mashali, B. 2012. Analyzing the Relationship Between Perceived Grand Corruption and Petty Corruption in Developed Countries: Case Study of Iran. International Review of Administrative Sciences

Masron, Tajul Ariffin & Eliza Nor. 2013. FDI in ASEAN-8: Does Institutional Quality Matter? Applied Economics Letters

Matei, Ani & Lucica Matei. 2009. Public Integrity and Performance of Governance: A Comparative Study for South-Eastern Europe. Theoretical & Applied Economics

Matei, Ani & Lucica Matei. 2011. Assessing the Anti-corruption Strategies: Theoretical and Empirical Models. Journal of Management and Strategy

Matei, Ani, Lucica Matei & Carmen Savulescu. 2010. Public Integrity, Economic Freedom and Governance Performance: A Comparative Study for the EU Member States and Acceding Countries. Theoretical & Applied Economics

Matei, Lucica & Ani Matei. 2009. "Globalisation of Corruption" and Development of the Binom "Corruption – Public Integrity" in the Context of Romania Integration into the European Union. Theoretical & Applied Economics

Mather, A. & K. Singh. 2013. Foreign Direct Investment, Corruption and Democracy. Applied Economics.

Mathy, Pamela. 2011. Honest Services Fraud After Skilling. St. Mary's Law Journal

Mattarella, Bernardo Giorgio. 2014. "The Conflicts of Interests of Public Officers: Rules, Checks and Penalties", in Jean-Bernard Auby, Emmanuel Breen & Thomas Perroud eds., Corruption and Conflicts of Interest: A Comparative Law Approach

Matti, J. 2014. Corruption, Income Inequality, and Subsequent Economic Growth. Undergraduate Economic Review.

1466

Matukhno, N. 2015. Corruption, Contention, and Reform: The Power of Deep Democratization. Journal of Politics

Mauro, Paolo. 1995. Corruption and Growth. Quarterly Journal of Economics

Mauro, Paolo. 1997. Why worry about corruption? Economic Issues 6.

Mauro, Paolo. 1998. Corruption and the Composition of Government Expenditure. Journal of Public Economics

Mauro, Paulo. 1998. Corruption: Causes, Consequences, and Agenda for Further Research. Finance & Developmen

Mauro, Paulo. 2004. Persistence of Corruption and Slow Economic Growth. IMF Staff Papers

Maxwell, Amanda E. & Richard F. Winters. 2004. A Quarter Century of (Data on) Corruption in the American States. Working paper.

Maxwell, Amanda E. & Richard F. Winters. 2005. Political Corruption in America. Working paper.

Maxwell, Daniel, Peter Walker, Cheyanne Church, Paul Harvey, Kevin Savage, Sarah Bailey, Roslyn Hees & Marie-Luise Ahlendorf. 2008. Preventing Corruption in Humanitarian Assistance: Final Research Report.

Mayfield, Loomis. 1993. Voting Fraud in Early Twentieth-Century Pittsburgh. Journal of Interdisciplinary History

Mazar, Nina & Dan Ariely. 2006. Dishonesty in Everyday Life and Its Policy Implications. Journal of Public Policy & Marketing

Mazar, Nina, On Amir & Dan Ariely. 2008. The Dishonesty of Honest People: A Theory of Self-Concept Maintenance. Journal of Marketing Research

Mazzacuva, F. 2014. Justifications and Purposes of Negotiated Justice for Corporate Offenders: Deferred and Non-Prosecution Agreements in the UK and US Systems of Criminal Justice. Journal of Criminal Law

Mbaku, J.M. 1991. Military Expenditures and Bureaurcratic Competition for Rents. Public Choice.

Mbaku, John M. 2000. Bureaucratic and Political Corruption in Africa: The Public Choice Perspective (Krieger: Malabar).

Mbaku, John Mukum. 1996. Bureaucratic Corruption in Africa: The Futility of Cleanups. Cato Journal

Mbaku, John Mukum. 1999. Corruption Cleanups in Developing Societies: The Public Choice Perspective. International Journal of Public Administration

McAdam, P. & O. Rummel. 2004. Corruption: A Non-Parametric Analysis. Journal of Economic Studies

McAllister, I. & S. White. 2015. Electoral Integrity and Support for Democracy in Belarus, Russia, and Ukraine. Journal of Elections, Public Opinion & Parties

McAllister, I. 2000. Keeping Them Honest: Public and Elite Perceptions of Ethical Conduct Among Australian Legislators. Political Studies

Mcallister, Ian. 2014. Corruption and Confidence in Australian Political Institutions.Australian Journal of Political Science

McCann, James A. & David Redlawsk. 2006. As Voters Go to the Polls, Will They Perceive a "Culture of Corruption"? PS: Political Science & Politics

McCann, James A. & Jorge I. Dominguez. 1998. Mexicans React to Electoral Fraud and Political Corruption: An Assessment of Public Opinion and Voting Behavior. Electoral Studies

McCann, James A. 2007. Corruption in the Eyes of American Citizens: Can It Ever Be Justified? Does It Always Elicit Anger? Working paper.

McCarthy, B.J. 1984. Keeping an Eye on the Keeper – Prison Corruption and Its Control. Prison Journal

McChesney, Fred S. 1987. Rent Extraction and Rent Creation in the Economic Theory of Regulation. Journal of Legal Studies

McChesney, Fred S. 2001. Ever the Twain Shall Meet. Michigan Law Review.

McCoy, Jennifer & Heather Heckel. 2001. The Emergence of a Global Anti-Corruption Norm. International Politics

McCurley, C.M. & J.J. Mondak. 1995. Inspected by #1184063113: The Influence of Incumbents' Competence and Integrity in U.S. House Elections. American Jouranl of Political Science

McCusker, Rob. 2006. Review of Anticorruption Strategies. Australian Institute of Criminology Technical Background Paper 23.

McFarlane, John. 2000. Corruption and the Financial Sector: The Strategic Impact. Dickinson Journal of International Law

McGee, Robert W. & Serkan Benk. 2014. The Ethics of Accepting a Bribe: An Empricial Case Study of Turkey. Business & Law

McGirr, Shaun. 2013. Deliberate Indiscretion: Why Bureaucratic Agencies are Differently Corrupt. Working paper.

McLaren, John. 2003. Corruption and the Organization of Tax Administration: Non-Smithian Benefits from Specialization, in Institutional Elements of Tax Design and Reform (Washington, D.C.: World Bank).

Mclean, Nicholas M. 2012. Cross-National Patterns in FCPA Enforcement. Yale Law Journal

McLeod, Ross H. 2005. The Struggle to Regain Effective Government Under Democracy in Indonesia. Bulletin of Indonesian Economic Studies

McManus, C., W.L. Miller, R. Markowski & J. Wasilewski. 2004. Why Is Corruption in Poland "A Serious Cause for Concern"? Crime, Law & Social Change

McMillan, J. 1991. Dango: Japan's Price-Fixing Conspiracies. Economics & Politics

McMillan, John & Pablo Zoido. 2004. How To Subvert Democracy: Montesinos in Peru. Journal of Economic Perspectives

McPake, B., D. Asiimwe, F. Mwesigye, M. Ofumbi., L. Ortenblad, P. Streefland & A.

Turinde. 1999. Informal Economic Activities of Public Health Workers in Uganda: Implications for Quality and Accessibility of Care. Social Science & Medicine .

McWilliams, J. Nolan. 2007. Tug of War: The World Bank's New Governance and Anticorruption Efforts. Kansas Journal of Law & Public Policy

Meagher, Patrick. 2005. Anti-Corruption Agencies: Rhetoric versus Reality. Journal of Policy Reform

Page 1471  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

Meagher, Patrick. 2002. Anti-Corruption Agencies: A Review of Experience (Washington, D.C.: World Bank).

Mebane, Walter R., Jr. 2008. "Electoral Forensics: The Second-Digit Benford's Law Test and Recent American Presidential Elections", in R. Michal Alvarez, Thad E. Hall & Susan D. Hyde eds., Election Fraud: Detecting and Deterring Electoral Manipulation. (Washington, D.C.: The Brookings Institution)

Mebane, Walter R., Jr. 2011. Comment on "Benford's Law and the Detection of Election Fraud". Political Analysis.

Medard, F.H. 1996. Public Corruption in Africa: A Comparative Perspective. Corruption & Reform.

Medard, Jean-Francois. 2002. "Corruption in the Neo-Patrimonial States of Sub-Saharan Africa", in Arnold J. Heidenheimer & Michael Johnston eds., Political Corruption— Concepts and Contexts (London: Transaction Publishers).

Medina, Luis Fernando & Susan Stokes. 2007. Monopoly and Monitoring: An Approach to Political Clientalism, in H. Kitschelt & S. Wilkinson eds., Patrons, Clients, and Policies: Patterns of Democratic Accountability and Political Competition (Cambridge: Cambridge University Press).

Meessen, Karl M. 1995. Fighting Corruption Across the Border. Fordham Int'l L. J.

Mehlum, Halvor, Karl O. Moene & Ragnar Torvik. 2006. Cursed by Resources or Institutions? World Economy

Mehlum, Halvor, Karl O. Moene & Ragnar Torvik. 2006. Institutions and the Resource Curse. Economic Journal

1471

Mehta, M.C. 2006. The Accountability Principle: Legal Solutions to Break Corruption's Impact on India's Environment. Journal of Environmental Law & Litigation

Meier, Kenneth J. & Thomas M. Holbrook. 1992. "I Seen My Opportunities and I Took 'Em": Political Corruption in the United States. Journal of Politics

Mejia Acosta, Andres. 2013. The Impact and Effectiveness of Accountability and Transparency Initiatives: The Governance of Natural Resources. Development Policy Review

Melgar, Natalia, Maximo Rossi & Tom W. Smith. 2010. The Perception of Corruption. International Journal of Public Opinion Research

Melo, Luisa & Michael A. Quinn. 2015. Oil, Foreign Direct Investment and Corruption. International Journal of Business & Finance Research

Melo, Marcus Andre, Adailton B. Leite & E. Rocha. 2013. Muncipal Corruption: Multilevel Estimates of the Effects of Checks and Political Competition in Brazil.Working paper.

Melo, Marcus Andre, Adailton Leite & Enivaldo Rocha. 2012. Competitive Corruption: Evidence from Randomized Brazilian Municipal Audits. Working paper.

Melo, Marcus Andre, Carlos Pereira & Carlos Mauricio Figueiredo. 2009. Political and Institutional Checks on Corruption: Explaining the Performance of Brazilian Audit Institutions. Comparative Political Studies

Melville, Andrei, Denis Stukai & Mikhail Mironiuk. 2014. "King of the Mountain," or Why Postcommunist Autocracies Have Bad Institutions. Russian Social Science Review

Memoli, Vincenzo & Alessandro Pellegata. 2013. Electoral Systems, Corruption and Satisfaction with Democracy. Working paper.

Memoli, Vincenzo & Alessandro Pellegata. 2014. Corruption and EU Institutions: The Italians' Opinion. Perspectives on European Politics & Society

Menaker, Andrea J. 2010. The Determinative Impact of Fraud and Corruption on Investment Arbitrations. ICSID Review

Mendez, Fabio & Facundo Sepulveda. 2006. Corruption, Growth, and Political Regimes: Cross Country Evidence. European Journal of Political Economy

Méndez, Fabio & Facundo Sepulveda. 2009. What Do We Talk About When We Talk About Corruption? Journal of Law, Economics & Organization

Mendez, Fabio. 2014. Can Corruption Foster Regulatory Compliance? Public Choice

Mendoza, R.U., R.A. Lim & A.O. Lopez. 2015. Grease or Sand in the Wheels of Commerce? Firm Level Evidence on Corruption and SMEs. Journal of International Development

Mendoza, Ronald U., Ricardo A. Lim & Anne Beline C. Ong Lopez. 2013. Grease or Sand in the Wheels of Commerce? Firm Level Evidence on Corruption and SMEs. Working paper.

Menes, Rebecca. 2006. "Limiting the Reach of the Grabbing Hand: Graft and Growth in American Cities, 1880 to 1930", in Edward L. Glaeser & Claudia Goldin eds., Corruption and Reform: Lessons from America's Economic History (Chicago: University of Chicago Press)

Menezes, Flavio M. & Paulo Klinger Monteiro. 2006. Corruption and Auctions. Journal of Mathematical Economics

Mensah, Y.M. 2014. An Analysis of the Effect of Culture and Religion on Perceived Corruption in a Global Context. Journal of Business Ethics

Meny, Y. 1996. "Fin de Siecle" Corruption: Change, Crisis and Shifting Values.International Social Science Journal

Méon, Pierre-Guillaume & Khalid Sekkat. 2005. Does Corruption Grease or Sand the Wheels of Growth? Public Choice.

Meon, Pierre-Guillaume & Laurent Weill. 2010. Is Corruption an Efficient Grease? World Development

Mesmer-Magnus, Jessica R. & Chockalingam Viswesvaran. 2005. Whistleblowing in Organizations: An Examination of Correlates of Whistleblowing Intentions, Actions, and Retaliation. Journal of Business Ethics.

Messick, D.M. & M.H. Bazerman. 1996. Ethical Leadership and Psychology of Decision Making. Sloan Management Review

Messick, Richard E. 2014. "Policy Considerations when Drafting Conflict of Interest Legislation", in Jean-Bernard Auby, Emmanuel Breen & Thomas Perroud eds., Corruption and Conflicts of Interest: A Comparative Law Approach

Mestre, J. 2015. A Bribe New World: The Federal Government Gets Creative in Chasing Foreign Officials for Taking Bribes. University of Florida Journal of Law & Public Policy

Meyer, B., T. van Roomen & E. Sikkema. 2014. Corporate Criminal Liability for Corruption Offences and the Due Diligence Defense: A Comparison of the Dutch and English Legal Frameworks. Utrecht Law Review

Meyer, M.E., J. Steyn & N. Gopal. 2013. Exploring the Public Parameter of Police Integrity. Policing: An International Journal of Police Strategies & Management

Meyer, Olaf. 2013. "The Formation of a Transnational Ordre Public against Corruption: Lessons for and from Arbitral Tribunals", in Susan Rose-Ackerman & Paul D. Carrington eds., Anti-Corruption Policy: Can International Actors Play a Constructive Role? (Durham: Carolina Academic Press),

Mi, Zengyu & Qiongzhi Liu. 2014. Income Inequality, Fiscal Redistribution, and Governmental Corruption: Evidence from Chinese Provincial Data. Journal of Developing Areas

Mialtu, M., C. Nedelcu & C. Banacu. 2015. The Balance of Accessing European Funds the End of 2014: The Influence of Corruption on Absorbed E.U. Funds in Romania. Management Research & Practice

Miceli, Marcia P. et al. 2008. Whistleblowing in Organizations. New York: Routledge.

Michael S. Kang. 2012. The End of Campaign Finance Law. Virginia Law Review

Michael, B. & I. Carr. 2015. How Can the ICAC Help Foster the Widespread Adoption of Company Anticorruption Programs in Hong Kong? North Carolina Journal of International Law & Commercial Regulation

Michael, B. 2004. The Rise and Fall of the Anti-Corruption Industry: Toward Second Generation Anti-Corruption Reforms in Central and Eastern Europe. New York: Open Society Institute.

Michael, B. 2015. Making Hong Kong Companies Liable for Foreign Corruption. Journal of Financial Crime.

Michael, Bryane. 2004. Explaining Organizational Change in International Development: The Role of Complexity in Anti-Corruption Work. Journal of International Development

Michael, Bryane. 2004. What Do African-Donor Sponsored Anti-Corruption Programmes Teach Us About International Development in Africa? Social Policy & Administration

Michael, Bryane. 2006. Depoliticizing Anti-Corruption in Bolivia: Local International Intervention and the State. International Journal of Public Administration

Michael, Bryane. 2010. Issues in Anti-Corruption Law: Drafting Implementing Regulations for Anti-Corruption Conventions in Central Europe and the Former Soviet Union, Journal on Legislation

Michael, Bryane. 2012. "Activist Regulatory Practices in Corruption Prevention: A Case Study from Montenegro", in Adam Graycar & Russell G. Smith eds., Handbook of Global Research and Practice in Corruption ,

Michael, Bryane. 2012. Do Customs Trade Facilitation Programs Help Reduce Customs-Related Corruption? International Journal of Public Administration 35: 81-97.

Michael, Bryane. 2014. Can the Hong Kong ICAC Help Reduce Corruption on the Mainland? Chinese Journal of Comparative Law 2: 78-119.

Michener, G. 2015. Policy Evaluation via Composite Indexes: Qualitative Lessons from International Transparency Policy Indexes. World Development 74: 184-196.

Miettinen, T. & P. Poutvaara. 2014. A Market for Connections. European Journal of Political Economy

Migliorisi, S. & C. Wescott. 2011. A Reviwe of World Bank Support for Accountability Institutions in the Contract of Governance and Anti-Corruption. IEG Working Paper 2011/5 (Washington D.C.: World Bank).

Miguel, Edward & Mary Kay Gugerty. 2005. Ethnic Diversity, Social Sanctions, and Public Goods in Kenya. Journal of Public Economics 89(11-12): 2325-2368.

Milanovic, Branko, Karla Hoff & Shale Horowitz. 2010. Turnover in Power as a Restraint on Investing in Influence: Evidence from the Postcommunist Transition. Economics & Politics

Miles, Cameron A. 2012. Corruption, Jurisdiction and Admissibility in International Investment Claims. Journal of International Dispute Settlement

Miles, M.R. 2015. Turnout as Consent: How Fair Governance Encourages Voter Participation. Political Research Quarterly.

Miller, Kelly D. 2002. The Hobbs Act, the Interstate Commerce Clause, and United States v. McFarland: The Irrational Aggregation of Independent Local Robberies to Sustain Federal Convictions. Tulane Law Review

Miller, William L. 2006 Corruption and Corruptibility. World Development

Miller, William L., Ase B. Grodeland & Tatyana Y. Koshechkina. 2001. A Culture of Corruption: Coping with Government in Post-Communist Europe. Budapest: CEU Press.

Miller, William L., Ase B. Grodeland & Tatyana Y. Koshechkina. 2002. "Values & Norms versus Extortion & Temptation," in Corrupt Exchanges: Empirical Themes in the Politics and the Political Economy of Corruption (Donatella Della Porta & Susan Rose-Ackerman, eds.)

Miller, William M. 2006. "Perceptions, Experience and Lies: What Measures Corruption and What Do Corruption Measures Measure?", in Charles Sampford, Arthur Shacklock, Carmel Connors & Fredrik Galtung eds., Measuring Corruption (Aldershot: Ashgate)

Mills, David & Robert Weisberg. 2008. Corrupting the Harm Requirement in White Collar Crime. Stanford Law Review

Milyo, J. 2014. Corporate Influence and Political Corruption. Independent Review .

Minovic, M., M. Milovanovic, V. Stavljanin, B. Draskovic & D. Lazic. 2014. Semantic Technologies on the Mission: Preventing Corruption in Public Procurement. Computers in Industry .

Mironov, Maxim & Ekaterina Zhuravskaya. 2012. Corruption in Procurement and Shadow Campaign Financing: Evidence from Russia. Unpublished manuscript.

Mironov, Maxim. 2005. Bad Corruption, Good Corruption and Growth. 2005. Working Paper, Graduate School of Business, University of Chicago.

Mironov, Maxim. 2015. Should One Hire a Corrupt CEO in a Corrupt Country? Journal of Financial Economics

Miroslav, Minovia et al. 2014. Semantic Technologies on the Mission: Preventing Corruption in Public Procurement. Computers in Industry

Misangyi, Vilmos F., G. Weaver & H. Elms. 2008. Ending Corruption: The Interplay among Institutional Logics, Resources, and Institutional Entrepreneurs. Academy of Management Review

Mishra, Ajit. 2002. Hierarchies, Incentives and Collusion in a Model of Enforcement. Journal of Economic Behavior & Organization

Mishra, Ajit. 2005. The Economics of Corruption. Oxford University Press.

Mishra, Ajit. 2006. Persistence of Corruption: Some Theoretical Perspectives. World Development.

Mishra, P., A. Subramanian & P. Topalova. 2008. Tariffs, Enforcement, and Customs Evasion: Evidence from India. Journal of Public Economics

Mistree, D. 2015. Party-Directed Corruption in the Developing World. Comparative Politics

Mistry, J.J. & A. Jalal. 2012. An Empirical Analysis of the Relationship Between E-Government and Corruption. International Journal of Digital Accounting Research .

Mitchell, Paul. 2000. Voters and Their Representatives: Electoral Institutions and Delegation in Parliamentary Democracies. European Journal of Policy Research

1478

Mitchell, Z., S. Merrington & P. Bell. 2014. A Comparative Analysis of the OECD Anti-Corruption Models (Asia & Europe) and Australia's Existing Anti-Corruption Platform. International Journal of Business & Commerce.

Mitra, Siddhartha. 2012. Corruption Re-examined. Trade & Development Review

Mixon, Franklin G., Jr., David N. Laband & Robert B. Eskelund Jr.. 1994. Rent Seeking and Hidden In-Kind Resource Distribution: Some Empirical Evidence. Public Choice

Mizoguchi, T. & N. Van Quyen. 2014. Corruption in Public Procurement Market. Pacific Economic Review.

Mo, Pak Hung. 2001. Corruption and Economic Growth. Journal of Comparative Economics

Mocan, Naci. 2008. What Determines Corruption? International Evidence from Micro Data. Economic Inquiry

Mock, Gregory. 2003. Undue Influence: Corruption and Natural Resources. World Resources 2002-2004.

Modnak, J.J. 1995. Competence, Integrity and the Electoral Success of Congressional Incumbents. Journal of Politics

Moene, Kalle & Tina Soreide. 2015. "Good Governance Facades", in Susan Rose-Ackerman & Paul Lagunes eds., Greed, Corruption, and the Modern State

Mohamed, M.R., S.R. Kaliappan, N.W. Ismail & W.N.W. Azman-Saini. 2015. Effect of Foreign Aid on Corruption: Evidence from Sub-Saharan African Countries. International Journal of Social Economics

Mohammad, Ehsan. 2006. When Implementation Fails: The Case of Anti-Corruption Commission (ACC) and Corruption Control in Bangladesh. Asian Affairs

Mohtadi, Hamid & Terry L. Roe. 2003. Democracy, Rent Seeking, Public Spending, and Growth. Journal of Public Economics

Moiseienko, A. 2015. "No Safe Haven": Denying Entry to the Corrupt as a New Anti-Corruption Policy. Journal of Money Laundering Control

Mokhtari, M. & M. Ashtari. 2012. Reducing Informal Payments in the Health Care System: Evidence from a Large Patient Satisfaction Survey. Journal of Asian Economics

Mokhtari, Manouchehr & Irina Grafova. 2007. Corruption: Theory and Evidence from the Russian Federation. Economic Systems .

Molinari, M.C. 2014. A Second Best Theory of Institutional Quality. Public Organization Review .

Monahan, Susanne C. & Beth A. Quinn. 2006. Beyond 'Bad Apples' and 'Weak Leaders': Toward a Neo-Institutional Explanation of Organizational Deviance. Theoretical Criminology

Monteiro, Joana & Claudio Ferraz. 2010. Does Oil Make Leaders Unaccountable? Evidence from Brazil's Offshore Oil Boom. Working paper.

Montes, G.C. & P.C. Paschoal. 2015. Corruption: What Are the Effects on Government Effectiveness? Empirical Evidence Considering Developed and Developing Countries? Applied Economics Letters.

Montinola, Gabriella R. & Robert W. Jackman. 2002. Sources of Corruption: A Cross-Country Study. British Journal of Political Science

Montinola, Gabriella R. 1994. The Foundations of Political Corruption: Insights from the Philippine Case. Asian Journal of Political Science

Montinola, Gabriella, Yingyi Qian & Barry R. Weingast. 1995. Federalism, Chinese Style: The Political Basis for Economic Success. World Politics

Moody-Stuart, George. 1994. The Good Business Guide to Bribery: Grand Corruption in Third World Development.

Moohr, Geraldine Szott. 1994. Mail Fraud and the Intangible Rights Doctrine: Someone to Watch over Us. Harvard Journal on Legislation

Mookherjee, Dilip & Ivan P.L. Png. 1992. Monitoring vis-à-vis Investigation in Enforcement of Law. American Economic Review

Mookherjee, Dilip & Ivan P.L. Png. 1995. Corruptible Law Enforcers: How Should They Be Compensated? Economic Journa

Moore, D.A., P.E. Tetlock, L. Tanlu & M.H. Bazerman. 2006. Conflicts of Interest and the Case of Auditor Independence: Moral Selection and Strategic Issue Cycling. Academy of Management Review

Moore, E.C. 2007. Causes of Demand for International Bribery. Electronic Journal of Business Ethics & Organization Studies :

Moore, Mick. 2001. Political Underdevelopment: What Causes "Bad Governance"?, Public Management

Moore, Mick. 2004. Revenue, State Formation, and the Quality of Government in Developing Countries. International Political Science Review

Moran, Jon. 1999. Bribery and Corruption: The OECD Convention on Combating the Bribery of Foreign Public Officials in International Business Transactions. Business Ethics: A European Review

Moran, Jon. 2001. Democratic Transitions and Forms of Corruption. Crime, Law & Social Change

Moroff, Holger & Diana Schmidt-Pfister. 2010. Anti-Corruption Movements, Mechanisms, and Machines – An Introduction. Global Crime

Moroff, Holger. 2004. A Polychromatic Turn in Corruption Research? Crime, Law & Social Change

Morris, C. 2015. In International Study on Public Confidence in Police. Police Practice & Research

Morris, Stephen D. & J.L. Klesner. 2010. Corruption and Trust: Theoretical Considerations and Evidence from Mexico. Comparative Political Studies

Morris, Stephen D. 1991. Corruption and Politics in Contemporary Mexico. (University of Alabama Press).

Morris, Stephen D. 2004. Corruption in Latin America: An Empirical Overview. SECOLAS Annals

Morris, Stephen D. 2008. Disaggregating Corruption: A Comparison of Participation and Perceptions in Latin America with a Focus on Mexico. Bulletin of Latin American Research

Morris, Stephen D. 2011. Forms of Corruption. CESifo DICE Report

Morrissey, David. 2007. The Fight Against Corruption by International Organizations. George Washington International Law Review

Morse, Stephen. 2006. Is Corruption Bad for Environmental Sustainability? A Cross-National Analysis. Ecology & Society

Moser, Carolyn. 2014. "Conflict of Interests of Government Members and the Risk of Corruption: An Assessment of Pre-Revolutionary Tunisia and Egypt", in Jean-Bernard Auby, Emmanuel Breen & Thomas Perroud eds., Corruption and Conflicts of Interest: A Comparative Law Approach

Moss, T.J., G. Pettersson & N. van de Walle. 2006. An Aid-Institutions Paradox? A Review Essay on Aid Dependency and State Building in Sub-Saharan Africa. Working paper.

Moyer, Homer E., Jr. 2004. The Role of Law in Combating Official Corruption: Recent U.S. Enforcement and Evolving International Standards, Proceedings of the Annual Meeting (American Society of International Law)

Muazu Ibrahim, Emmanuel Kumi & Thomas Yeboah. 2015. African Journal of Economic & Sustainable Development

Mudhai, Fredrick. 2007. Time to Harvest? Media, Corruption and Elections in Kenya. International Journal of Communication Ethics

Muffler, Stephen. 1995. Proposing a Treaty on the Prevention of International Corrupt Payments: Cloning the Foreign Corrupt Practices Act Is Not the Answer. ILSA Journal of International & Comparative Law

Mukwiri, J. 2015. British Law on Corporate Bribery. Journal of Financial Crime

Mulgan, Richard & John Wanna. 2012. "Developing Cultures of Integrity in the Public and Private Sectors", in Adam Graycar & Russell G. Smith eds., Handbook of Global Research and Practice in Corruption ,

Muma, M.W. 2014. Toward Greater Guidance: Reforming the Definitions of the Foreign Corrupt Practices Act. Michigan Law Review

Mungiu-Pippid, Alina. 2013. Becoming Denmark: Historical Designs of Corruption Control. Social Research

Mungiu-Pippidi, A. 2013. Controlling Corruption Through Collective Action. Journal of Democracy

Mungiu-Pippidi, A. 2015. Corruption: Good Governance Powers Innovation. Natur

Mungiu-Pippidi, A. et al. 2011. Contextual Choices in Fighting Corruption: Lessons Learned. Norwegian Agency for International Development.

Mungiu-Pippidi, Alina. 2005. Deconstructing Balkan Particularism: The Ambiguous Social Capital of Southeastern Europe. Southeast European & Black Sea Studies

Mungiu-Pippidi, Alina. 2006. Corruption: Diagnosis and Treatment. Journal of Democracy

Mungiu-Pippidi, Alina. 2013. The Good, the Bad and the Ugly: Controlling Corruption in the European Union. Working paper.

Mungiu-Pippidi, Alina. 2014. Of Virtuous Circles: Modeling Control of Corruption Beyond Modernization. Working paper.

Mungiu-Pippidi, Alina. 2015. The Quest for Good Governance: How Societies Develop Control of Corruption (Cambridge University Press).

Muralidharan, Karthik, Paul Niehaus & Sandip Sukhtankar. 2014. Payments Infrastructure and the Performance of Public Programs: Evidence from Biometric Smartcards in India. NBER Working Paper 19999.

Muralindharan, K. & Sundararaman, V. 2009. Teacher Performance Pay: Experimental Evidence from India. (Working paper).

Murphy, Kevin et al. 1993. Why Is Rent-Seeking So Costly to Growth? American Economic Review

Murphy, Mark J. 1995. International Bribery: An Example of an Unfair Trade Practice? Brooklyn Journal of International Law

Murray, Cameron K. & Paul Frijters. 2015. Clean Money in a Dirty System: Relationship Networks and Land Rezoning in Queensland.

Murtazashvili, J. 2015. Gaming the State: Consequences of Contracting Out State Building in Afghanistan. Central Asian Survey

Musa, P.F., P. Meso & V.W. Mbarika. 2005. Toward Sustainable Adoption of Technologies for Human Development in Sub-Saharan Africa: Precursors, Diagnostics, and Prescriptions. Communications of the Association for Information Systems

Musila, Jacob W. 2013. Does Democracy Have a Different Impact on Corruption in Africa? Journal of African Business

Musila, Jacob Wanjala & Simon Pierre Sigue. 2010. Corruption and International Trade: An Empirical Investigation of African Countries. World Economy

Mutebi, Alex. 2008. Explaining the Failure of Thailand's Anti-Corruption Regime. Development & Change

Muzila, Lindy, Michelle Morales, Marianne Mathias & Tammar Berger. 2012. On the Take: Criminalizing Illicit Enrichment to Fight Corruption. Washington, D.C.: Stolen Asset Recovery Initiative.

Myers, Richard E. II. 2012. Who Watches the Watchers in Public Corruption Cases? University of Chicago Legal Forum 2012

Myerson, Roger B. 1993. Effectiveness of Electoral Systems for Reducing Government Corruption: A Game-Theoretic Analysis. Games & Economic Behavior

Myerson, Roger. 2006. Bipolar Multicandidate Elections with Corruption. Scandinavian Journal of Economics

Myint, U. 2000. Corruption: Causes, Consequences and Cures. Asia-Pacific Development Journal

Myles, Gareth D. & Hana Yousefi. 2015. Corruption and Seigniorage. Journal of Public Economic Theory

Nabin, Munirul Haque & Gautam Bose. 2008. Partners in Crime: Collusive Corruption and Search. The B.E. Journal of Economic Analysis & Policy 8(1).

Nadeau-Seguin, Sara. 2013. Commercial Arbitration and Corrupt Practices: Should Arbitrators Be Bound By a Duty to Report Corrupt Practices? Transnational Dispute Resolution 10(3).

Nadipuram, Abhay M. 2013. Is the OECD the Answer? It's Only Part of the Solution. Journal of Corporation Law

Nagin, Daniel S. & Greg Pogarsky. 2003. An Experimental Investigation of Deterrence: Cheating, Self-Serving Bias, and Impulsivity. Criminology

Naidu, S. & A. Chand. 2014. Exploring the Relationship between Freedom from Corruption and Business Governance in the Oceania Region. Quality & Quantity

Naim, Moises. 2005. Bad Medicine: The War on Corruption Is Leaving the World Worse Than We Found It. Foreign Policy 147 (May-June 2005): 96-95.

Nakahara, S. 2015. Light in the Darkness: Understanding the Future Directions of Organizational Corruption. Journal of Legal, Ethical & Regulatory Issues

Namawu, Alolo. 2004. Fighting Public Sector Corruption in Sub-Saharan Africa: Does Gender Matter? IDD Wchool of Public Policy Working Paper.

Nana, Constantine Ntsanyu. 2013. West Africa: The Actions of the OHADA Arbitral Tribunal in the Face of Corruption. Transnational Dispute Management 10(3).

Nappert, S. 2012. "Nailing Corruption: Thoughts for a Gardener – A Comment on World Duty Free Company Ltd v. The Republic of Kenya", in Patrick Wautelet, Thalia Kruger & Govert Coppens eds., The Practice of Arbitration: Essays in Honour of Hans van Houtte (Hart Publishing).

Nas, Tevtik F., Albert C. Price & Charles T. Weber. 1986. A Policy-Oriented Theory of Corruption. American Political Science Review 80(1):107-119.

Nasarre, Cecilia A.S. 2013. International Commercial Arbitration and Corruption: The Role and Duties of the Arbitrator. Transnational Dispute Resolution 10(3).

Nasuti, Peter. 2012. The Determinants of Anti-Corruption Reform in the Republic of Georgia. Working paper.

Navarro, Nelly Calderon. 2006. Fighting Corruption: The Peruvian Experience. Journal of International Criminal Justice

Navot, D. & N. Cohen. 2015. How Policy Entrepreneurs Reduce Corruption in Israel. Governance.

Navot, D. 2014. The Concept of Political Corruption. Public Integrity .

Nawaz, S. 2015. Growth Effects of Institutions: A Disaggregated Analysis. Economic Modelling

Nayeri, Rouzhna. 2014. No Longer the Sleeping Dog, the FCPA Is Awake and Ready To Bite: Analysis of FCPA Enforcements, the Implications, and Recommendations for Reform. New York International Law Review

Ndedi, Alain A. Pr & Kingsley Kelly Mua. 2015. The Role of Forensic Investigation Professionals in the Prevention of Fraud and Corruption in Developing Countries. Working paper.

Ndikumana, Leonce & Mina Baliamoune-Lutz. 2009. "Corruption and Growth in African Countries: Exploring the Investment Channel", in African Development Bank & UNECA, Africa's Development Challenges and Opportunities in the Global Arena

Ndikumana, Leonce. 2007. "Corruption and Pro-Poor Growth Outcomes: Evidence and Lessons for African Countries", in J. Mbaku, M. Martin & J. Karugia eds., Governance and Pro-Poor Growth in Sub-Saharan Africa

Ndikumana, Leonce. 2013. The Private Sector as Culprit and Victim of Corruption in Africa. Working paper.

Neal, M., J. Finlay, S. Karkoulian, D. Catana & R. Pellegrino. 2015. How Business Students View Corruption, and Why This Should Concern Us: Insights from Lebanon, Romania and the United States. Tertiary Education & Management

Neeman, Zvika, M. Daniele Paserman & Avi Simhon. 2008. Corruption and Openness. B.E. Journal of Economic Analysis & Policy 8(1) (Article 50) Negro, I. 2015. "Corruption Is Dirt": Metaphors for Political Corruption in the Spanish Press. Bulletin of Hispanic Studies

Neild, Robert. 2012. Public Corruption: The Dark Side of Social Evolution (London: Anthem Press)

Nell, Mathias. 2007. Contracts Induced by Means of Bribery – Should They Be Void or Valid? Working Paper.

Nell, Mathias. 2007. Strategic Aspects of Voluntary Disclosure Programs for Corruption Offences: Toward a Design of Good Practice. Working Paper.

Nelson, Michael A. 2013. "Corruption and the Size of Local Governments: Are They Related?", in S. Lago-Penas & J. Martinez-Vazquez eds., The Challenge of Local Government Size: Theoretical Perspectives, International Experience and Policy Reform (Cheltenham, U.K.: Edward Elgar)

Nemeroff, Michael A. 2006. The Limited Role of Campaign Finance Laws in Reducing Corruption by Elected Public Officials. Howard Law Journal

Neoh, Anthony. 2010. "An Impartial and Uncorrupted Civil Service: Hong Kong's Fight Against Corruption in the Past 35 Years", in Christopher Forsyth et al. eds. Effective Judicial Review: A Cornerstone of Good Government (Oxford University Press) Nesbit, Julie B. 1998. Transnational Bribery of Foreign Officials: A New Threat to the Future of Democracy. Vand. J. Transnational Law

Nesti, L. 2014. The 2010 "Agreement on Mutual Enforcement of Debarrment Decisions" and Its Impact for the Fight against Fraud and Corruption in Public Procurement. Journal of Public Procurement

Neu, Dean, Jeff Everett & Abu Shiraz Rahaman. 2015. Preventing Corruption within Government Procurement: Constructing the Disciplined and Ethical Subject. Critical Perspectives on Accounting

Neudorfer, Benjamin & Natascha S. Neudorfer. 2015. Decentralization and Political Corruption: Disaggregating Regional Authority. Publius

Neudorfer, N.S. & U.G. Theurekauf. 2014. Buying War Not Peace: The Influence of Corruption on the Risk of Ethnic War. Comparative Political Studies 47(13): 1856-1886.

Neudorfer, Natascha S. 2015. Development, Democracy and Corruption: How Poverty and Lack of Political Rights Encourage Corruption. Journal of Public Policy (forthcoming).

1489

Neudorfer, Natascha S. N.d. Gender and Graft: A Political Economy Argument about the Influence of Working Women on Political Corruption. Journal of Women Politics & Policy (forthcoming).

Neumayer, E. 2002. Is Good Governance Rewarded? A Cross-National Analysis of Debt Forgiveness. World Development

Neumayer, E. 2003. The Determinants of Aid Allocation by Regional Multilateral Development Banks and United Nations Agencies. International Studies Quarterly

Neupane, Arjun, Jeffrey Soar & Kishor Vaidya. 2012. Evaluating the Anti-Corruption Capabilities of Public E-Procurement in a Developing Country. Electronic Journal on Information Systems in Developing Countries

Neupane, Arjun, Jeffrey Soar & Kishor Vaidya. 2014. An Empirical Evaluation of the Potential of Public E-Procurement to Reduce Corruption. Australasian Journal of Information Systems

Neupane, Arjun, Jeffrey Soar & Kishor Vaidya. 2014. The Potential of E-Procurement Technology for Reducing Corruption. International Journal of Information Technology & Management.

Neupane, Arjun, Jeffrey Soar, Kishor Vaidya & Jianming Yong. 2014. Willingness to Adopt E-Procurement to Reduce Corruption. Transforming Government: People, Process & Policy

Neverova, E.G. & O.A. Malafeyef. 2015. A Model of Interaction between Anticorruption Authority and Corruption Groups. AIP Conference Proceedings

Ng, F. & A. Yeats. 1999. Good Governance and Trade Policy: Are They the Keys to Africa's Global Integration and Growth? World Bank Policy Research Working Paper 2038.

Ngira, David Otieno. 2015. Accelerating the "War" Against Corruption: A Sociological Perspective. Working paper.

Ngo, Tak-Wing. 2009. "Rent Seeking under the Licensing State: The Institutional Sources of Economic Corruption in China", in Gong, T. & S.K. Ma eds., Preventing Corruption in Asia: Institutional Design and Policy Capacity (London: Routledge)

Niaz, I. 2014. Corruption and the Bureaucratic Elite in Pakistan: The 1960s and 1970s Revisited. Journal of the Royal Asiatic Society

Nice, David C. 1986. The Policy Consequences of Political Corruption. Political Behavior

Nichilo, Brian. 2011. Honest Services Fraud: Consistency in Change. Temple Law Review

Nichols, Philip J. 2016. The Neomercantilist Fallacy and the Contextual Reality of the Foreign Corrupt Practices Act. Harvard Journal on Legislation (forthcoming).

Nichols, Philip M. 1996. Corruption in the World Trade Organization: Discerning the Limits of the World Trade Organization's Authority. N.Y.U. Journal of International Law and Politics, 28: 711-784.

Nichols, Philip M. 1997. Outlawing Transnational Bribery Through the World Trade Organization. Law & Policy in International Business

Nichols, Philip M. 1999. Are Extraterritorial Restrictions on Bribery a Viable and Desirable International Policy Goal Under the Global Conditions of the Late Twentieth Century? Increasing Global Security by Controlling Transnational Bribery. Mich. J. Int'l L. 20: 451-.

Nichols, Philip M. 1999. Regulating Transnational Bribery in Times of Globalization and Fragmentation. Yale Journal of International Law

Nichols, Philip M. 2000. The Myth of Anti-Bribery Laws as Transnational Intrusion. Cornell International Law Journal

Page 1492  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

Nichols, Philip M. 2001. The Fit Between Changes to the Global Corruption Regime and Indigenous Perceptions of Corruption in Kazakhstan. University of Pennsylvania Journal of International Economic Law

Nichols, Philip M. 2004. Corruption as an Assurance Problem. American University International Law Review

Nichols, Philip M. 2009. Multiple Communities and Controlling Corruption. Journal of Business Ethics

Nichols, Philip M. 2011. The Perverse Effect of Campaign Contribution Limits: Reducing the Allowable Amounts Increases the Likelihood of Corruption in the Federal Legislature. American Business Law Journal

Nichols, Philip M. 2012. The Business Case for Complying with Bribery Laws. American Business Law Journal.

Nichols, Philip M. 2012. The Psychic Costs of Violating Corruption Laws. Vanderbilt Journal of Transnational Law.

Nichols, Philip M. 2012. United States v Lazarenko: The Trial and Conviction of Two Former Prime Ministers of Ukraine. University of Chicago Legal Forum.

Nichols, Philip M., George J. Siedel & Matthew Kasdin. 2004. Corruption as a Pan-Cultural Phenomenon: An Empirical Study in Countries at Opposite Ends of the Former Soviet Empire, 39 Tex. Int'l L.J

Nichter, Simeon. 2008. Vote Buying or Turnout Buying? Machine Politics and the Secret Ballot. American Political Science Review

Nichter, Simeon. 2011. Electoral Clientalism or Relational Clientalism? Healthcare and Sterilization in Brazil. Working paper.

1492

Nichter, Simeon. 2014. Conceptualizing Vote Buying. Electoral Studies (forthcoming).

Niehaus, Paul & Sandip Sukhtankar. 2013. Corruption Dynamics: The Golden Goose Effect. American Economic Journal: Economic Policy

Niehaus, Paul & Sandip Sukhtankar. 2013. The Marginal Rate of Corruption in Public Programs: Evidence from India. Journal of Public Economics

Niehaus, Paul, Antonia Atanassova, Marianne Bertrand & Sendhil Mullainathan. 2013.

Targeting with Agents. American Economic Journal: Economic Policy

Nielsen, R. 2003. Corruption Networks and Implications for Ethical Corruption Reform. Journal of Business Ethics

Nielsen, Richard P. 2000. The Politics of Long Term Corruption Reform: A Combined Social Movement and Action-Learning Approach. Business Ethics

Nieto, N. 2014. Corruption in Mexico: A Historical Legacy. Social Science Diliman

Nikolaev, P. 2014. Corruption Suppression Models: The Role of Inspectors' Moral Level. Computational Mathematics & Modeling.

Nilsson Hakkala, K., P. Norback & H. Svaleryd. 2008. Asymmetric Effects of Corruption on FDI: Evidence from Swedish Multinational Firms. Review of Economics & Statistics

Nishizaki, Y. 2005. The Moral Origin of Thailand's Provincial Strongman: The Case of Banharn Silpa-Archa. South East Asia Research

Nolan, Beth. 1992. Public Interest, Private Income: Conflicts and Control Limits on the Outside Income of Government Officials. Northwestern University Law Review

Noller, Lisa M. 2012. A Modest Practitioner Proposal: Striking a Balance in Whistleblower Lawsuits. University of Chicago Legal Forum 2012: 129-150.

Noonan, John T. 1985. Bribes. New York: MacMillan.

Norad. 2011. Joint Evaluation of Support to Anticorruption Efforts, 2002-2009.

Norton, Patrick M. 2006. The Foreign Corrupt Practices Act Dilemma. China Business Review 33 (Nov-Dec)

Nte, N.D. 2011. Police Corruption and the National Security Challenge in Nigeria: A Study of Rivers State Police Command. International Journal of Human Sciences .

Nurgaliyev, B., K. Ualiyev & B. Simonovich. 2015. Police Corruption in Kazakhstan: The Preliminary Results of the Study. Review of European Studies

Nur-Tegin, Kanybek & Hans J. Czap. 2012. Corruption: Democracy, Autocracy, and Political Stability. Economic Analysis & Policy

Nur-tegin, Kanybek & Tanya Sahin. 2013. Bribing Behavior by Firm Attributes: A Cross-Country Analysis. International Journal of Public Policy

Nur-Tegin, Kanybek. 2008. Determinants of Business Tax Compliance. The B.E. Journal of Economic Analysis & Policy

Nwabuzor, Augustine. 2005. Corruption and Development: New Initiatives in Economic Openness and Strengthened Rule of Law. Journal of Business Ethics .

Nwazubor, A. 2005. Corruption and Development: New Initiatives in Economic Openness and Strengthened Rule of Law. Journal of Business Ethics

Nyamu,-Musembi, C. 2007. "Gender and Corruption in the Administration of Justice", in Transparency International, Global Corruption Report (Cambridge, UK: Cambridge University Press)

Nyblade, Benjamin & Steven Reed. 2008. Who Cheats? Who Loots? Political Competition and Corruption in Japan, 1947-1993. American Journal of Political Science.

Nye, Joseph. 1967. Corruption and Political Development: A Cost-Benefit Analysis. American Political Science Review

Nyhan, Brendan & M. Marit Rehavi. 2015. Tipping the Scales? Tetsting for Political Influence on Public Corruption Prosecutions. Working paper.

Nyhan, D. 2015. Scandal Potential: How Political Context and News Congestion Affect the President's Vulnerability to Media Scandal. British Journal of Political Science

Nystrand, M.J. 2014. Petty and Grand Corruption and the Conflict Dynamics in Northern Uganda. Third World Quarterly

O'Donnell, Madalene. 2008. "Corruption: A Rule of Law Agenda?", in Agnes Hurwitz with Reyko Huang eds., Civil War and the Rule of Law (Boulder: Lynne Rienner).

O'Fallon, M.J. & K.D. Butterfield. 2005. A Review of the Empirical Ethical Decision-Making Literature: 1996-2003. Journal of Business Ethics

O'Hara, Phillip Anthony. 2014. Political Economy of Systemic and Micro-Corruption Throughout the World. Journal of Economic Issues

O'Kelly, Ciaran & Melvin J. Dubnick. 2006. Taking Tough Choices Seriously: Public Administration and Individual Moral Agency. Journal of Public Administration Research Theory

O'Leary, Cornelius. 1962. The Elimination of Corrupt Practices in British Elections, 1868-1911. Oxford: Clarendon Press.

O'Sullivan, Julie. 1996. The Independent Counsel Statute: Bad Law, Bad Policy. American Criminal Law Review

O'Toole, C.M. & F. Tarp. 2014. Corruption and the Efficiency of Capital Investment in Developing Countries. Journal of International Development

O'Toole, Conor M. & Finn Tarp. 2012. Corruption and the Efficiency of Capital Investment in Developing Countries. Working Paper.

Oarhe, O. 2014. Whither the Ivory Tower? Corruption and the Development of Higher Education in Nigeria. Africa Education Review

Obala, L.M. & M. Mattingly. 2014. Ethnicity, Corruption and Violence in Urban Land Conflict in Kenya. Urban Studies

Oberoi, Roopinder. 2014. Mapping the Matrix of Corruption: Tracking the Empirical Evidences and Tailoring Responses. Journal of Asian & African Studies

Obidzinski, K. & K. Kusters. 2015. Formalizing the Logging Sector in Indonesia: Historical Dynamics and Lessons for Current Policy Initiatives. Society & Natural Resources

Obolonskii, Aleksandr & Aleksei Barabashev. 2014. How to Clean Out the Augean Stable of Our Bureaucracy. Russian Politics & Law

Obydenkova, Anastassia & Alexander Libman. 2015. Understanding the Survival of Post-Communist Corruption in Contemporary Russia: The Influence of Historical Legacies. Post-Soviet Affairs.

Ocheje, D. Paul. 2000. Law and Social Change: A Socio-Legal Analysis of Nigeria's Corrupt Practices and Other Related Offenses Act, 2000. Journal of African Law

Ocheje, Paul D. 2000. Refocusing International Law on the Quest for Accountability in Africa: The Case Against "Other" Impunity. Leiden Journal of International Law

Ocheni, Stephen & Basil C. Nwankwo. 2012. The Effectiveness of Anti-Corruption Agencies in Enhancing Good Governance and Sustainable Developmental Growth in Africa: The Nigerian Paradox under Obasanjo Administration, 2003-2007. Canadian Social Science

Ochulor, Chinenye Leo. 2011. Ethical and Moral Implications of Corruption. Canadian Social Science.

Ockey, J. 2003. Change and Continuity in the Thai Political Party System. Asian Survey

Odd-Helge Fjeldstad. 2005. Revenue Administration and Corruption. (Bergen: Chr. Michelsen Institute, U4 Issue no. 2).

Odumosu, Ibironke T. 2011. International Investment Arbitration and Corruption Claims: An Analysis of World Duty Free v. Kenya. Law & Development Review

Oduor, Jacinta Ayango et al. 2013. Left out of the Bargain: Settlements in Foreign Bribery Cases and Implications for Asset Recovery. Washington, D.C.: Stolen Asset Recovery Initiative. OECD/StAR. 2012. Identification and Quantification of the Proceeds of Bribery.

Offe, Claus. 2004. "Political Corruption. Conceptual and Practical Issues," in S. Rose-Ackerman & J. Kornai, eds. Building a Trustworthy State in Post-Socialist Transition (New York: Palgrave/Macmillan)

Offer, Avner. 1997. Between the Gift and the Market: The Economy of Regard. Economic History Review.

Ofosu-Amaah, W. Paati, Raj Soopramenien & Kishor Raj. 1999. Combating corruption: A comparative review of selected legal aspects of state practice and major international initiatives. Washington, D.C.: World Bank.

Ogan, Pekin. 1995. Predicting Noncompliance with the Foreign Corrupt Practices Act. Bus. & Prof. Ethics

Oge, K. 2014. The Limits of Transparency Promotion in Azerbaijan: External Remedies to "Reverse the Curse". Europe-Asia Studies

Ogungbamila, Bolanle & I. Bola Udegbe. 2014. Gender Differences in the Effects of Perception of Organizational Injustice on Workplace Reactivity. Europe's Journal of Psychology

Ogunyemi, K. 2014. How Extortion Works (Evidence from Nigeria): The Extortion Cycle. Business & Professional Ethics Journal

Ogwang, T. & D. Cho. 2014. A Conceptual Framework for Constructing a Corruption Diffusion Index. Journal of Business Ethics

Ohnesorge, John K.M. 1999. "Ratch"eting up the Anti-Corruption Drive: Could a Look at Recent History Cure a Case of Theory-Determinism. Connecticut Journal of International Law

Ojha, Amitabh & Shailendra C. Jain Palvia. 2012. E-Government and the Fight Against Corruption: Conceptula Model and Five Case Studies from India. Journal of Information Technology & Application Research

Ojha, Amitabh, Shailendra Palvia & M.P. Gupta. 2008. "A Model for Impact of E-Government on Corruption: Exploring Theoretical Foundations," in J. Bhattacharya ed., Critical Thinking in Governance (New Delhi: Gift Publishing),

Okada, Keisuke & Sovannroeun Samreth. 2012. The Effect of Foreign Aid on Corruption: A Quantile Regression Approach. Economics Letters

Okada, Keisuke & Sovannroeun Samreth. 2014. How Does Corruption Influence the Effect of Foreign Direct Investment on Economic Growth? Global Economic Review

Okafor, G. 2015. Locational Determinants of US Outward FDI into Sub-Saharan Africa. Journal of Developing Areas

Okeahalam, C.C. & I. Bah. 1998. Perceived Corruption and Investment in Sub-Saharan Africa. South African Journal of Economics

Okojie, Paul & Abubakar Momoh. 2007. "Corruption and Reform in Nigeria", in Sarah Bracking ed., Corruption and Development: The Anti-Corruption Campaigns (Palgrave Macmillan)

Olaniyan, Kolawole. 2014. Corruption and Human Rights Law in Africa (Oxford: Hart Publishing).

Olatunde, J.O. 2014. Does Democracy Breed Accountability? The Role of State Executives in Nigeria, 1999-2007. International Journal of Critical Accounting 4(3): .

Olaya, Juanita, Kodjo Attisso & Anja Roth. 2010. Repairing Social Damage Out of Corruption Cases: Opportunities and Challenges as Illustrated in the Alcatel Case in Costa Rica. Working Paper.

Oldenburg, Philip. 1987. Middlemen in Third-World Corruption: Implication of an Indian Case. World Politics

Olen, Jared W. 2012. The Devil's in the Intent: Does 18 U.S.C. §666 Require Proof of Quid-Pro-Quo Intent? Southwestern Law Review.

Oliva, P. 2015. Environmental Regulations and Corruption: Automobile Emissions in Mexico City. Journal of Political Economy

Oliver, Dawn. 1997. Regulating the Conduct of MPs: The British Experience of Combating Corruption. Political Studies

Olivier de Sardan, J.P. 1999. A Moral Economy of Corruption in Africa? Journal of Modern African Studies

Olken, Benjamin & Patrick Barron. 2009. The Simple Economics of Extortion: Evidence from Trucking in Aceh. Journal of Political Economy

Olken, Benjamin A. & Rohini Pande. 2012. Corruption in Developing Countries. Annual Review of Economics.

Olken, Benjamin A. 2010. Direct Democracy and Local Public Goods: Evidence from a Field Experiment in Indonesia. American Political Science Review

Olken, Benjamin. 2006. Corruption and the Costs of Redistribution: Micro Evidence from Indonesia. Journal of Public Economics

Olken, Benjamin. 2007. Monitoring Corruption: Evidence from a Field Experiment in Indonesia. Journal of Political Economy.

Olken, Benjamin. 2009. Corruption Perceptions v. Corruption Reality. Journal of Public Economics

Olken, Benjamin. 2009. Do TV and Radio Destroy Social Capital? Evidence from Indonesian Villages. American Economic Journal: Applied Economics

Olowu, Dele. 1993. Roots and Remedies of Governmental Corruption in Africa. Corruption & Reform

Olsen, T. & G. Torsvik. 1998. Collusion and Renegotiation in Hierarchies: A Case of Beneficial Corruption. International Economic Review

Oluwaniyi, O.O. 2011. Police and the Institution of Corruption in Nigeria. Policing & Society

Omotoso, F. 2014. Public-Service Ethics and Accountabiity for Effective Service Delivery in Nigeria. Africa Today

Onoshchenko, O. & C.C. Williams. 2014. Evaluating the Role of Blat in Finding Graduate Employment in Post-Soviet Ukraine: The "Dark Side" of Job Recruitment? Employee Relations

Oquendo, Angel Ricardo. 1999. Corruption and Legitimation Crises in Latin America. Connecticut Journal of International Law

Oral, B. & F. Sayin. 2015. Can Corruption Be Prevented by Increasing Tax Auditing in Turkey? Journal of Economic Cooperation & Development

Organisation for Economic Cooperation and Development. 2008. Specialised Anti-Corruption Institution: Review of Models.

Orjuela, C. 2014. Corruption and Identity Politics in Divided Societies. Third World Quarterly

Ortega, B., A. Casquero & J. Sanjuan. 2014. Growth in Human Development: The Role of Corruption. Journal of International Development

Osei, Philip Duku. 2007. "Corruption Scandals and Anti-Corruption Institution Building Interventions in Jamaica", in Sarah Bracking ed., Corruption and Development: The Anti-Corruption Campaigns (Palgrave Macmillan)

Osei-Hwedie, B.Z. & K. Osei-Hwedie. 2000. The Political, Economic and Cultural Bases of Corruption in Africa, in K.R. Sr., Hope & B. Chikulo eds., Corruption and Development in Africa (London, Palgrave)

Page 1502   EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

Osei-Tutu, E., K. Offei-Nyako, C. Ameyaw & K.T. Ampofo. 2014. Conflict of Interest and Related Corrupt Practices in Public Procurement in Ghana. International Journal of Civil Engineering Construction & Estate Management-.

Osifo, Omoregie Charles. 2014. An Ethical Governance Perspective on Anti-Corruption Policies and Procedures: Agencies and Trust in Cameroon, Ghana, and Nigeria Evaluation. International Journal of Public Administration

Osipian, Ararat L. 2009. Corruption and Reform in Higher Education in Ukraine. Canadian & International Education

Osipian, Ararat L. 2012. Economics of Corruption in Doctoral Education: The Dissertations Market. Econoimcs of Education Review

Osipian, Ararat L. 2014. Will Bribery and Fraud Converge? Comparative Corruption in Russia and the USA. Compare: A Journal of Comparative & International Education.

Osipian, Ararat. 2010. Corrupt Organizational Hierarchies in the Former Soviet Bloc. Transition Studies Review

Oskenbayev, Yessengali, Mesut Yilmaz & Kanat Abdulla. 2013. Resource Concentration, Institutional Quality and the Natural Resource Curse. Economic Systems

Osoba, Segun. 1996. Corruption in Nigeria: Historical Perspectives. Review of African Political Economy

Osterfeld, David. 1988. The Impact of Corruption on Third World Development. Economic Affairs

Ostergaard, Clemens Stubbe & Christina Petersen. 1991. Official Profiteering and the Tiananmen Square Demonstrations in China. Corruption and Reform.

Ostler, J. 2014. Corrupt Business Practices as a Market Entry Strategy. Academy of Management Proceedings .

Otahal, T. 2014. Mises, Hayek and Corruption. Journal of Business Ethics.

Oto-Peralias, D., D. Romero-Avila & C. Usabiaga. 2013. Does Fiscal Decentralization Mitigate the Adverse Effects of Corruption on Public Deficits? European Journal of Political Economy.

Ott, Jan C. 2010. Good Governance and Happiness in Nations: Technical Quality Precedes Democracy and Quality Beats Size. Journal of Happiness Studies

Otusanya, O.J., S. Lauwo, O.J. Ige & O.S. Adelaja. 2015. Sweeping It Under the Carpet: The Role of Legislators in Corrupt Practice in Nigeria. Journal of Financial Crime 22(3): 354-377.

Ouma, S.O.A. 1991. Corruption in Public Policy and Its Impact on Development: The Case of Uganda Since 1979. Public Administration & Development.

Ouzounov, Nikolay A. 2004. Facing the Challenge: Corruption, State Capture and the Rule of Multinational Business. John Marshall Law Review

Oyamada, E. 2015. Anti-Corruption Measures the Japanese Way: Prevention Matters. Asian Education & Development Studies

Oyamada, Eiji. 2005. President Gloria Macapagal-Arroyo's Anti-Corruption Strategy in the Philippines: An Evaluation. Asian Journal of Political Science

Oye, N. 2013. Reducing Corruption in African Developing Countries: The Relevance of E-Governance. Greener Journal of Social Sciences

Ozturk, I. & U. Al-Mulali. 2015. Investigating the Validity of the Environmental Kuznets Curve Hypothesis in Cambodia. Ecological Indicators

Page 1504  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

Pacini, Carl, Mushfiq Swaleheen & Katherine Baker. 2012. Enhanced Enforcement of the Foreign Corrupt Practices Act: Improving the Ethics of U.S. Business Practices Abroad. Research on Professional Responsibility & Ethics in Accounting

Pacini, Carl. 2012. The Foreign Corrupt Practices Act: Taking a Bite Out of Bribery in International Business Transactions. Fordham Journal of Corporate & Financial Law

Pacoy, Emilia P. 2008. Tracking Anti-Corruption Initiatives: Perceptions and Experiences in the Philippines. Journal of Administration & Governance

Padro i Miquel, G. 2007. The Control of Politicians in Divided Societies: The Politics of Fear. Review of Economic Studies

Paik, W. & R. Baum. 2014. Clientalism with Chinese Characteristics: Local Patronage Networks in Post-Reform China. Political Science Quarterly

Painter, Martin. 2006. Thaksinisation or Managerialism? Reforming the Thai Bureaucracy. Journal of Contemporary Asia

Painter, Martin. 2014. Myths of Political Independence, or How Not to Solve the Corruption Problem: Lessons for Vietnam. Asia & the Pacific Policy Studies

Painter, Richard W. 2009. Getting the Government America Deserves: How Ethics Reform Can Make a Difference. Oxford: Oxford University Press.

Paldam, M. & E. Gundlach. 2008. Two Views on Institutions and Development: The Grand Transition vs the Primacy of Institutions. Kyklos

Paldam, Martin. 2001. Corruption and Religion: Adding to the Economic Model. Kyklos

Paldam, Martin. 2002. The Cross-Country Pattern of Corruption: Economics, Culture and the Seesaw Dynamics. European J. of Pol. Econ.

Paler, L. 2013. Keeping the Public Purse: An Experiment in Windfalls, Taxes, and the Incentives to Restrain. American Political Science Review

Palmier, Leslie. 2000. Corruption and Probity. Asian Journal of Political Science 8: 1-.

Pande, Rohini. 2008. Understanding Political Corruption in Low Income Countries. Handbook of Development Economics

Pande, Rohini. 2011. Can Informed Voters Enforce Better Governance? Experiments in Low-Income Democracies. Annual Review of Economics

Pangalangan, Raul C. 2010. "The Philippines 'Sandiganbayan': Anti-Graft Courts and the Illusion of Self-Contained Anti-Corruption Regimes", in Andrew Harding & Penelope Nicholson eds., New Courts in Asia (London: Routledge)

Pani, M. 2011. Hold Your Nose and Vote: Corruption and Public Decisions in a Representative Democracy. Public Choice

Panizza, Ugo. 2001. Electoral Rules, Political Systems, and Institutional Quality. Economics & Politics

Pantzalis, C. & J.C. Park. 2014. Too Close for Comfort? Geographic Propinquity to Political Power and Stock Returns. Journal of Banking & Finance

Papaioannou, K. & J. Van Zanden. 2015. The Dictator Effect: How Long Years in Office Affect Economic Development. Journal of Institutional Economics

Pappa, E., R. Sajedi & E. Vella. 2014. Fiscal Consolidation with Tax Evasion and Corruption. Journal of International Economics (forthcoming).

Pappa, E., R. Sajedi & E. Vella. 2015. Fiscal Consolidation with Tax Evastion and Corruption. Journal of International Economics

Papyrakis, Elissaios & Pak Hung Mo. 2014. Fractionalization, Polarization, and Economic Growth: Identifying the Transmission Channels. Economic Inquiry

Parboteeah, K.P., H.T. Seriki & Martin Hoegl. 2014. Ethnic Diversity, Corruption and Ethical Climates in Sub-Saharan Africa: Recognizing the Significance of Human Resource Management. International Journal of Human Resource Management

Parchomovsky, Gideon & Peter Siegelman. 2009. Bribes vs. Bombs: A Study in Coasean Warfard. International Review of Law & Economics

Pardo, I. ed. 2004. Between Morality and the Law: Corruption, Anthropology and Comparative Society. Aldershot: Ashgate.

Paris, Timotheee. 2014. "Is (French) Continental Law Efficient at Fighting Conflicts of Interest?", in Jean-Bernard Auby, Emmanuel Breen & Thomas Perroud eds., Corruption and Conflicts of Interest: A Comparative Law Approach

Park, Adam W. 2013. Keep Your Eye on the Bribe: Focusing FCPA Enforcement. Journal of Law, Economics & Policy

Park, Hoon. 2003. Determinants of Corruption: A Cross-National Analysis. Multinational Business Review

Park, Junghee. 2012. Corruption, Soundness of the Banking Sector, and Economic Growth: A Cross-Country Study. Journal of International Money and Finance

Parker, Christine & Vibeke Lehmann Nielsen. 2009. Corporate Compliance Systems: Could They Make Any Difference? Administration & Society

Parker, Christine & Vibeke Nielsen. 2009. The Challenge of Empirical Research on Business Compliance in Regulatory Capitalism. Annual Review of Law & Social Science

Parry, J. 2000. "The Crisis of Corruption and the Idea of India – a Worm's Eye View", in Pardo, I. ed. Morals of Legitimacy: Between Agency and System. Oxford: Berghahn Books.

Parsons, Christopher A., Johan Sulaeman & Sheridan Titman. 2014. Swimming Upstream: Struggling Firms in Corrupt Cities. Working paper.

Partasides, Constantine. 2010. Proving Corruption in International Arbitration: A Balanced Standard for the Real World. ICSID Review

Partridge, Hilary. 1995. Can the Leopard Change Its Spots? Sleaze in Italy. Parliamentary Aff..

Pascual-Ezama, D., T.R. Fosgaard, J.C. Cardenas, P. Kujal, R. Veszteg, B.G. Liano & P.

Pranas-Garza. 2015. Context-Dependent Cheating: Experimental Evidence from 16 Countries. Journal of Economic Behavior & Organization (forthcoming).

Passas, Nikos. 2006. A Comparative Analysis of National Anti-Corruption Legislation and Programmes. New York: UNDP.

Passas, Nikos. 2010. Anti-Corruption Agencies and the Need for Strategic Approaches. Crime, Law & Social Change 53(1):

Pathak, R., G. Singh, R. Belwal, R. Naz & R. Smith. 2008. E-Governance, Corruption and Public Service Delivery: A Comparative Study of Fiji and Ethiopia. Journal of Administration & Governance

Pathak, R.D., G. Singh, R. Belwal & R.F.I. Smith. 2007. E-Governance and Corruption — Developments and Issues in Ethiopia. Public Organization Review

Pathak, R.D., R. Naz, M.H. Rahman, R.F.I. Smith & K.N. Agarwai. 2009. E-Governance to Cut Corruption in Public Service Delivery: A Case Study of Fiji. International Journal of Public Administration

Pattie, Charles & Ron Johnston. 2012. The Electoral Impact of the UK 2009 MPs' Expenses Scandal. Political Studies.

Paul, B.P. 2010. Does Corruption Foster Growth in Bangladesh? International Journal of Development Issues

Paulus, M. & L. Kristoufek. 2015. Worldwide Clustering of the Corruption Perception. Physica A

Pauwelyn, Joost. 2013. "Different Means, Same End: The Contribution of Trade and Investment Treaties to Anti-Corruption Policy", in Susan Rose-Ackerman & Paul D.

Carrington eds., Anti-Corruption Policy: Can International Actors Play a Constructive Role? (Durham: Carolina Academic Press)

Pavel, J. & S. Risticova. 2015. Analysis of Relationship Between Indicators of the Public Procurement Market and the Level of Perceived Corruption in EU Member States. Econonicky Casopis

Pavlova, E. 2015. The Russian Federation and European Union Against Corruption: A Slight Misunderstanding? Perspectives on European Politics & Society .

Pazmandy, Matthias. 2011. Socio-Economic Influences on Corruption Perception – Empirical Evidence from 27 European Countries. Hamburg Review of Social Sciences

Pearlman, S. 2014. Officials versus Theives: Is Public or Private Expropriation More Harmful to Small Firms? Journal of Development Studies

Pearson, Zoe. 2001. An International Human Rights Approach to Corruption, in Peter Larmour & Nick Wolanin eds., Corruption and Anti-Corruption (Canberra: Asia Pacific Press).

Pearson, Zoe. 2001. Human Rights and Corruption. Canberra: Centre for Democratic Institutions.

Pecujilija, M., I. Cosic, L.Nesic-Grubic & S. Drobnjak. 2015. Corruption: Engineers Are Victims, Perpetrators or Both? Science & Engineering Ethics

Pedersen, Eric M. 2008. The Foreign Corrupt Practices Act and Its Application to U.S. Business Operations in China. Journal of International Business & Law

Peiffer, C. & R. Rose. 2014. Why Do Some Africans Pay Bribes While Other Africans Don't? Afrobarometer Working Paper 148.

Peiffer, Caryn & Richard Rose. 2013. Why Do Africans Differ in Paying Bribes?

Peiffer, Caryn. 2012. From Islands of Integrity to Understanding the Politics of Corruption Reduction. DLP Research Paper 21.

Peisakhin, Leonid & Paul Pinto. 2010. Is Transparency an Effective Anti-Corruption Strategy? Evidence from a Field Experiment in India. Regulation & Governance

Peisakhin, Leonid V. 2011. "Field Experimentation and the Study of Corruption", in Susan Rose-Ackerman & Tina Soreide eds., International Handbook on the Economics of Corruption, vol. 2 (Cheltenham: Edward Elgar Publishing)

Peisakhin, Leonid. 2011. Transparency and Corruption: Evidence from India. Journal of Law & Economics

Pellegata, Alessandro. 2009. Democracy, Government Alternation and Political Corruption. GSSEPS Working Paper Series, 6/2009.

Pellegata, Alessandro. 2013. Constraining Political Corruption: An Empirical Analysis of the Impact of Democracy. Democratization

Pellegrini, Lorenzo & Reyer Gerlagh. 2004. Corruption's Effect on Growth and Its Transmission Channels. Kyklo

Pellegrini, Lorenzo & Reyer Gerlagh. 2006. Corruption and Environmental Policies: What Are the Implications for the Enlarged EU? European Environment

Pellegrini, Lorenzo & Reyer Gerlagh. 2006. Corruption, Democracy, and Environmental Policy: An Empirical Contribution to the Debate. Journal of Environment & Develoment

Pellegrini, Lorenzo & Reyer Gerlagh. 2008. Causes of Corruption: A Survey of Cross-Country Analyses and Extended Results. Economics of Governance

Pendergast, Shannon M., Judith A. Clarke & G. Cornelis van Kooten. 2011. Corruption, Development, and the Curse of Natural Resources. Canadian Journal of Political Science

Pensute, Chanintorn. 2014. Vote Buying and Violence in Thai Provincial Elections.

Pepinsky, H. 1992. Corruption, Bribery and Patriarchy in Tanzania. Crime, Law & Social Change

Pereira, C. & M. Melo. 2016. Reelecting Corrupt Incumbents in Exchange for Public Goods: Rouba mas Faz in Brazil. Latin American Research Review 51(1) (forthcoming).

Pereira, Carlos & Lucia S.G. Barros. 2015. Tolerance of Corruption or Ideological Blindness? Working paper.

Pereira, Carlos, Marcus Andre Melo & Carlos Mauricio Figueiredo. 2009. The Corruption-Enhancing Role of Re-Election Incentives? Counterintuitive Evidence from Brazil's Audit Reports. Political Research Quarterly

Perez, M. Fabricio, Josef C. Brada & Zdenek Drabek. 2012. Illicit Money Flows as Motives for FDI. Journal of Comparative Economics

Persily, Nathaniel & Kelli Lammie. 2004. Perceptions of Corruption and Campaign

Finance: When Public Opinion Determines Constitutional Law, University of Pennsylvania Law Review,

Persson, Anna & Bo Rothstein. 2015. It's My Money: Why Big Government May Be Good Government. Comparative Politics

Persson, Anna & Martin Sjostedt. 2012. "State Legitimacy and the Corruptibilty of Leaders," in B. Rothstein & S. Holmberg, eds. Good Government: The Relevance of Political Science (Edward Elgar Publishing).

Persson, Anna, Bo Rothstein & Jan Teorell. 2012. "Rethinking the Nature of the Grabbing Hand," in B. Rothstein & S. Holmberg, eds. Good Government: The Relevance of Political Science (Edward Elgar Publishing).

Persson, Anna, Bo Rothstein & Jan Teorell. 2013. Why Anticorruption Reforms Fail— Systemic Corruption as a Collective Action Problem. Governance

Persson, Torsten & Guido Tabellini. 2003. The Economic Effects of Constitutions (MIT Press)

Persson, Torsten, Guido Tabellini & Francesco Trebbi. 2003. Electoral Rules and Corruption. Journal of the European Economic Association

Petermann, Andrea, Juan Ignacio Guzman & John E. Tilton. 2007. Mining and Corruption. Resources Policy

Peters, John & Susan Welch. 1980. The Effects of Charges of Corruption on Voting Behavior in Congressional Elections. Am. Pol. Sci.

Petrou, A. 2014. Bank Foreign Affiliate Performance in the Face of Pervasive and Arbitrary Corruption. European Management Review 1

Petrou, A.P. 2014. The "Grabbing Hand" or the "Helping Hand" View of Corruption: Evidence from Bank Foreign Market Entries. Journal of World Business

Petrou, Andreas P. 2015. Arbitrariness of Corruption and Foreign Affiliate Performance: A Resource Dependence Perspective. Journal of World Business

Petrovsky, Nicolai, Claudia V. Avellaneda & Priyam Saharia. 2010. Does Managerial Quality Determine Whether Easy Money Will Increase Organizational Slack? Testing the Rentier Hypothesis in Colombian Local Governments. Working paper.

Petrovsky, Nicolai. 2004. Does Natural Resource Wealth Spoil and Corrupt Governments? A New Test of the Resource Curse Thesis. Working paper.

Petty, Aaron. 2006. How Qui Tam Actions Could Fight Public Corruption. University of Michigan Journal of Law Reform

Pevehouse, Jon. 2010. International Institutions and the Rule of Law: The Case of National Corruption. Working paper.

Pharr, Susan. 2002. "Public Trust and Corruption in Japan," in Arnold Heidennheimer & Michael Johnston, eds. Political Corruption, Concepts and Contexts, 3rd edition (New Brunswick: Transaction Publishers)

1512

Phillips, T.J. 2015. The Federal Common Law of Successor Liability and the Foreign Corrupt Practices Act. William & Mary Business Law Review

Philp, M. & E. David-Barrett. 2015. Realism About Political Corruption. Annual Review of Political Science

Philp, M. 2014. New Advances in Experimental Research on Corruption. Political Studies Review

Philp, Mark. 1997. Defining Political Corruption. Political Studies

Philp, Mark. 2006. "Corruption Definition and Measurement," in Charles Sampford, Arthur Shacklock, Carmel Connors & Fredrik Galtung eds., Measuring Corruption (Aldershot: Ashgate)

Philp, Mark. 2008. Peacebuilding and Corruption. International Peacekeeping

Philp, Mark. 2015. "The Definition of Political Corruption", in Paul M. Heywood ed., The Routledge Handbook of Political Corruption (New York: Routledge)

Picur, Ronald D. & Ahmed Riahi-Belkaoui. 2006. The Impact of Bureaucracy and Corruption on Tax Compliance. Review of Accounting and Finance 2

Pierce, S. 2006. Looking Like a State: Colonialism and the Discourse of Corruption in Northern Nigeria. Comparative Studies in Society and History

Pieroni, Luca & Giorgio d'Agostino. 2009. Military Spending, Corruption and Economic Growth. Peace Economics, Peace Science & Public Policy

Pieroni, Luca & Giorgio d'Agostino. 2013. Corruption and the Effects of Economic Freedom. European Journal of Political Economy

Pierre, N. 2015. Foreign Direct Investment: Rule of Law and Corruption. Asia-Pacific Journal of Financial Studies

Pieth, Mark et al., eds. 2007. The OECD Convention on Bribery: A Commentary. Cambridge: Cambridge University Press.

Pieth, Mark. 2013. "From Talk to Action: The OECD Experience", in Susan Rose-Ackerman & Paul D. Carrington eds., Anti-Corruption Policy: Can International Actors Play a Constructive Role? (Durham: Carolina Academic Press)

Pietrzyk-Reeves, Dorota. 2006. Corruption and Democratization: A Civic Republican View. Acta Politica

Piga, Gustavo. 2011. "A Fighting Chance Against Corruption in Public Procurement?", in International Handbook on the Economics of Corruption, Vol. II. (Edward Elgar Publishing).

Pillay, Soma & Nirmala Dorasamy. 2010. Linking Cultural Dimensions with the Nature of Corruption: An Institutional Theory Perspective. International Journal of Cross Cultural Management

Pillay, Soma & Ron Kluvers. 2014. An Institutional Theory Perspective on Corruption: The Case of a Developing Democracy. Financial Accountability & Management

Pina, V., L. Torres & S. Royo. 2007. Are ICTs Improving Transparency and Accountability in the EU Regional and Local Governments?: An Empirical Study. Public Administration

Pines, Daniel. 1994. Amending the Foreign Corrupt Practices Act to Include a Private Right of Action. California Law Review.

Pino, N.W. & L.M. Johnson. 2011. Police Deviance and Community Relations in Trinidad and Tobago. Policing: An International Journal of Police Strategies & Management

1514

Pinto, Jonathan, Carrie R. Leana & Frits K. Pil. 2008. Corrupt Organizations or Organizations of Corrupt Individuals? Two Types of Organization-Level Corruption. Academy of Management Review

Pinto, Pablo M. & Boliang Zhu. 2013. Fortune or Evil? The Effect of Inward Foreign Direct Investment on Corruption. Working paper.

Piplica, D. 2015. Corruption and Political Viewpoint of the Governments in Transition Countries/EU Members. Asian Economic & Financial Review

Piquero, Nicole Leeper & Jay S. Albanese. 2012. "The Relationship between Corruption and Financial Crime", in Adam Graycar & Russell G. Smith eds., Handbook of Global Research and Practice in Corruption ,

Pitlik, H., B. Frank & M. Firchow. 2010. The Demand for Transparency: An Empirical Note. Review of International Organizations

Plummer, Janelle. 2012. Diagnosing Corruption in Ethiopia (Washington, D.C.: World Bank).

Podobnik, B., J. Shao, D. Njavro, P.C. Ivanov & H.E. Stanley. 2008. Influence of Corruption on Economic Growth Rate and Foreign Investment. European Physics Journal

Poeschi, G. & R. Ribiero. 2012. Everyday Opinions on Grand and Petty Corruption: A Portugueses Study. Working paper.

Pogge, Thomas. 2005. Recognized and Violated by International Law: The Human Rights of the Global Poor. Leiden Journal of International Law

Poirson, H. 1998. Economic Security, Private Investment, and Growth in Developing Countries. IMF Working Paper 98/4.

Poisson, Muriel. 2013. "Grabbing in the Education Sector", in Soreide, Tina & Aled Willams eds., Corruption, Grabbing and Development .

Polese, A. 2014. Informal Payments in Ukranian Hospitals: On the Boundary between Informal Payments, Gifts, and Bribes. Anthropological Forum

Polinsky, A. Mitchell & Steven Shavell. 2001. Corruption and Optimal Law Enforcement. Journal of Public Economics

Polishchuk, Leonid I. 2004. "Decentralization in Russia: Impact on Quality of Governance", in Mwangi S. Kimenyi & Patrick Meagher eds., Devolution and Development: Governance Prospects in Decentralizing States. (Ashgate).

Pollack, B.J. & A.W. Reisinger. 2014. Lone Wolf or the Start of a New Pack: Should the FCPA Guidance Represent a New Paradigm in Evaluating Corporate Criminal Liability Risks? American Criminal Law Review

Pollack, Benny & Ann Matear. 1997. Dictatorship, Democracy and Corruption in Chile. Crime, Law & Social Change

Polzer, Tara. 2001. Corruption: Deconstructing the World Bank Discourse. LSE Development Studies Institute Working Paper 01-18.

Pomerantsev, Peter, Geoffrey Robertson, Jovan Ratkovic & Anne Applebaum. 2014.

Revolutionary Tactics: Insights from Police and Justice Reform in Georgia (London: Legatum Institute).

Poon, Delia. 1996. Exposure to the Foreign Corrupt Practices Act: A Guide for U.S. Companies with Activities in the People's Republic of China to Minimize Liability. Hastings International & Comparative Law Review

Pop, Ioana. 2012. Acceptance of Corrupt Acts: A Comparative Study of Values Regarding Corruption in Europe. Journal of Social Research & Policy

Popa, Mircea. 2014. Legislative Bargaining and Open Access: Economic Reform in 19th Century Britain. Working paper.

Popa, Mircea. 2014. The Distributive Effects of Corruption. Political Science Research & Methods (forthcoming).

Popa, Mircea. 2015. Elites and Corruption. World Politics

Pope, Jeremy & Frank Vogl. 2000. Making Anticorruption Agencies More Effective. Finance & Development.

Pope, Jeremy. 2000. Confronting Corruption: The Elements of a National Integrity System. Transparency International.

Popescu, Ada-Iuliana. 2015. Financing Democracy or Corruption? Political Party Financing in the EU's Southeastern and Eastern Member States. Working paper.

Popoola, O.M.J., A. Che-Ahmad & R.S. Samsudin. 2015. An Empirical Investigation of Fraud Risk Assessment and Knowledge Requirement on Fraud Related Problem Representation in Nigeria. Accounting Research Journal

Popov, S.V. 2015. Decentralized Bribery and Market Participation. Scandinavian Journal of Economics

Popova, M. 2012. Why Doesn't the Bulgarian Judiciary Prosecute Corruption? Problems of Post-Communism

Poprawe, M. 2015. A Panel Data Analysis of the Effect of Corruption on Tourism. Applied Economics

Page 1518  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

Poprawe, M. 2015. On the Relationship Between Corruption and Migration: Empirical Evidence from a Gravity Model of Migration. Public Choice

Porter, L.E. & C. Warrender. 2009. A Multivariate Model of Police Deviance: Examining The Nature of Corruption, Crime and Misconduct. Policing & Society

Porter, Robert H. & J. Douglas Zona. 1993. Detection of Bid Rigging in Procurement Auctions. Journal of Political Economy

Porto, Mauro. 2011. "The Media and Political Accountability", in Timothy Power & Matthew Taylor eds., Corruption and Democracy in Brazil: The Struggle for Accountability (Indiana: University of Notre Dame Press)

Posadas, Alejandro. 2000. Combating Corruption Under International Law. Duke Journal of Comparative & International law 10.

Pottenger, M. 2014. Incentives and Norms in Anticorruption Reform. Australian Journal of Public Administration

Potter, Joshua & Margit Tavits. 2012. "Curbing Corruption with Political Institutions", in Susan Rose-Ackerman & Tina Soreide eds., International Handbook on the Economics of Corruption, Vol. II. (Edward Elgar Publishing).

Potts, T. 2014. Governance, Corruption and Olympic Success. Applied Economics

Power, Timothy J. & Matthew M. Taylor. 2011. Corruption and Democracy in Brazil: The Struggle for Accountability. University of Notre Dame Press) Powpaka, Samart. 2002. Factors Affecting Managers' Decision to Bribe: An Empirical Investigation. Journal of Business Ethics.

Pozsgai Alvarez, Joseph. 2015. Low-Level Corruption Tolerance: An "Action-Based" Approach for Peru and Latin America. Journal of Politics in Latin America

1518

Pradhan, Sanjay & Jose Edgardo Campos, eds. 2007. The Many Faces of Corruption: Tracking Vulnerabilities at the Sector Level. Washington, D.C.: The World Bank.

Prado, Mariana Moto & Lindsey D. Carson. 2014. Brazilian Anti-Corruption Legislation and its Enforcement: Potential Lessons for Institutional Design. IRIBA Working Paper #9.

Prasad, Ambika & Sridevi Shivarajan. 2015. Understanding the Role of Technology in Reducing Corruption: A Transaction Cost Approach. Journal of Public Affairs 15(1): 19-36.

Prendergast, Canice. 2000. Investigating Corruption (World Bank Development Research Group, Policy Research Working Paper 2500)

Prendergast, Shannon, Judith A. Clarke & G. Cornelis Van Kooten. 2011. Corruption, Development and the Curse of Natural Resources. Canadian Journal of Political Science

Prenzler, T., A. Beckley & S. Bronitt. 2013. Police Gifts and Benefits Scandals: Addressing Deficits in Policy, Leadership and Enforcement. International Journal of Police Science & Management

Price, Michael. 2006. "Case Study: Integrity Due Diligence", in B. Errath ed., Business Against Corruption: Case Stories and Examples (New York: United Nations Global Compact Office)

Price, Pamela G. 1999. Cosmologies and Corruption in (South) India: Thinking Aloud. Forum for Development Studies

Priess, Hans-Joachim. 2013. Questionable Assumptions: The Case for Updating the Suspension and Debarment Regimes at the Multilateral Development Banks. George Washington International Law Review

Priks, Michael. 2011. Judiciaries in Corrupt Societies. Economics of Governance

Page 1520  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

Priks, Michael. 2012. Competition Among Officials and the Abuse of Power. Public Choice

Proskuryakova, Liliana, Gulnara Abdrakhmanova & Hans Pitlik. 2013. Public Sector E-Innovations: E-Government and Its Impact on Corruption. Working paper.

Prud'homme, Remy. 1995. The Dangers of Decentralization. World Bank Research Observe

Puckett, Blake. 2008. The Foreign Corrupt Practices Act, OPIC, and the Retreat from Transparency. Indiana Journal of Global Legal Studies 15: 149-176.

Puckett, Blake. 2010. Clans and the Foreign Corrupt Practices Act: Individualized Corruption Prosecution in Situations of Systemic Corruption. Georgetown Journal of International Law

Puglisi, Riccardo & James M. Snyder, Jr. 2008. Media Coverage of Political Scandals.

Punch, Maurice. 2000. Police Corruption and Its Prevention. European Journal on Criminal Policy & Researc

Pyman, M. J. Cohen, M. Boardman, B. Webster, N. Seymour. 2012. Arresting Corruption in the Police: The Global Experience of Police Corruption Reform Efforts. (London: Transparency International UK).

Qerimi, Q. & B.S. Sergei. 2012. The Effects of Economic Freedom on Institutional Performance in the Western Balkans Countries. International Journal of Business Governance & Ethics

Qian, X. & J. Sandoval-Hernandez. 2015. Corruption Distance and Foreign Direct Investment. Emerging Markets Finance & Trade.

Qizilbash, M. 2001. Corruption and Human Development: A Conceptual Discussion. Oxford Development Studies

Quah, Jon S.T. 1995. Controlling Corruption in City-States: A Comparative Study of Hong Kong and Singapore. Crime, Law & Social Change

Quah, Jon S.T. 1999. Comparing Anti-Corruption Measures in Asian Countries: Lessons to be Learnt. Asian Review of Public Administration 11: 71-.

Quah, Jon S.T. 2004. Democratization and Political Corruption in the Philippines and South Korea: A Comparative Analysis. Crime, Law & Social Change

Quah, Jon S.T. 2009. "Curbing Corruption in a One-Party Dominant System: Learning from Singapore's Experience", in Gong, T. & S.K. Ma eds., Preventing Corruption in Asia: Institutional Design and Policy Capacity (London: Routledge).

Quah, Jon S.T. 2009. Benchmarking for Excellence: A Comparative Study of Seven Asian Anti-Corruption Agencies. Asia Pacific Journal of Public Administration

Quah, Jon S.T. 2009. Combating Corruption in the Asia-Pacific Countries: What Do We Know and What Needs to be Done? International Public Management Review

Quah, Jon S.T. 2010. Curbing Corruption in the Philippines: Is this an Impossible Dream? Philippine Journal of Public Administration

Quah, Jon S.T. 2010. Defying Institutional Failure: Learning from the Experiences of Anti-Corruption Agencies in Four Asian Countries. Crime, Law & Social Change

Quah, Jon S.T. 2010. Trust and Governance in the Philippines and Singapore: A Comparative Analysis. International Public Management Review

Quah, Jon S.T. 2013. Minimizing Corruption in China: Is This an Impossible Dream? Maryland Series in Contemporary Asian Studies, No. 4.

Quah, Jon S.T. 2015. Evaluating the Effectiveness of Anti-Corruption Agencies in Five Asian Countries. Asian Education & Development Studies

Quah, Jon S.T. 2015. Singapore's Corrupt Practices Investigation Bureau. Asian Education & Development Studies

Quah, Jon. 2003. Curbing Corruption in Asia: A Comparative Study of Six Countries. Singapore: Eastern Universities Press.

Querubin, Pablo & James M. Snyder, Jr. 2013. The Control of Politicians in Normal Times and Times of Crisis: Wealth Accumulation by U.S. Congressmen, 1850-1880. Quarterly Journal of Political Science.

Rabl, T. & T.M. Kuhlman. 2009. Why or Why Not? Rationalizing Corruption in Organizations. Cross Cultural Management

Rabl, T. 2015. When Allegedly Corrupt Organizations Are Attractive. Journal of Managerial Psychology

Radu, I., M. Sabau, C. Sendroiu & S. Pete. 2015. Coercive Economic Diplomacy – Corruption Trigger or Deterrent. Economic Computation & Economic Cybernetics Studies & Research

Raeschke-Kessler, Hilmar & Dorothee Gottwald. 2008. Corruption in Foreign Investment—Contracts and Dispute Settlement between Investors, States and Agents. Journal of World Investment & Trade

Rahman, Aminur, Gregory Kisunko & Kapil Kapoor. 2014. Estimating the Effects of Corruption: Implications for Bangladesh. Working paper.

Rajagopal, Balakrishnan. 1999. Corruption, Legitimacy and Human Rights: The Dialectic of the Relationship. Connecticut Journal of International Law

Rajan, R. & A. Subramanian. 2007. Does Aid Affect Governance? American Economic Review

Rajkumar, A.S. & V. Swaroop. 2008. Public Spending and Outcomes: Does Governance Matter? Journal of Development Economics

Ralchev, Plamen. 2004. The Role of Civil Society in Fighting Corruption and Organized Crime in Southeast Europe. Journal of Southeast Europe & Black Sea Studies

Ramalho, Rita. 2007. The Persistence of Corruption: Evidence from the 1992 Presidential Impeachment in Brazil. (World Bank working paper).

Ramasastry, Anita. 2007. Odious Debt or Odious Payments? Using Anti-Corruption Measures to Prevent Odious Debt. North Carolina Journal of International Law & Commercial Regulation 32: 819-.

Ramirez, C.D. 2014. Is Corruption in China "Out of Control"? A Comparison with the US in Historical Perspective. Journal of Comparative Economics

Ramkumar, Vivek & Warren Krafchik. 2005. The Role of Civil Society Organziations in Auditing and Public Financial Management. Working paper.

Ramkumar, Vivek. 2007. Expanding Collaboration Between Public Audit Institutions and Civil Society. Working paper.

Ramkumar, Vivek. 2008. Our Money, Our Responsibility: A Citizens' Guide to Monitoring Government Expenditures. The Internatioanl Budget Project.

Rand, John & Finn Tarp. 2012. Firm-Level Corruption in Vietnam. Economic Development & Cultural Change

Randall, Lisa Harriman. 1997. Multilateralization of the Foreign Corrupt Practices Act. Minn. J. Global Trade

Randrianarisoa, L.M., D. Bolduc, Y.Y. Choo, T.H. Oum & J. Yan. 2015. Effects of Corruption on Efficiency of the European Airports. Transportation Research Part A: Policy & Practice

Raouf, Mohamed Abdel. 2009. How Should International Arbitration Tackle Corruption Issues? ICSID Review

Rashid, Salim. 1981. Public Utilities in Egalitarian LDC's: The Role of Bribery in Achieving Pareto Efficiency. Kyklos: Int'l Rev. for Soc. Sci.

Rasmusen, Eric & J. Mark Ramseyer. 1992. Cheap Bribes and the Corruption Ban: A Coordination Game Among Rational Legislators. Public Choice

Ratcliffe, R. 2014. The FCPA's Legacy: A Case for Imposing Aiding-and-Abetting Liability on Corporations through an Amended Alien Tort Claims Act. Texas International Law Journal

Rauch, James E. & Peter B. Evans. 2000. Bureaucratic Structure and Bureaucratic Performance in Less Developed Countries. Journal of Public Economics

Rauch, James E. 1995. Bureaucracy, Infrastructure, and Economic Growth: Evidence from U.S. Cities. American Economic Review

Rauch, James E. 2001. Leadership Selection, Internal Promotion, and Bureaucratic Corruption in Less Developed Polities, Canadian J. Econ.

Rauh, J. 2015. Predicting Political Influence on State Ethics Commissions: Of Course We Are Ethical—Nudge Nudge, Wink Wink. Public Administration Review

Razafindrakoto, M. & F. Roubaud. 2007. Corruption, Institutional Discredit, and Exclusion of the Poor: A Poverty Trap. Afrobarometer Working Paper 86.

Razafindrakoto, Mireille & Francois Rouband. 2010. Are International Databases on Corruption Reliable? A Comparison of Expert Opinion Surveys and Household Surveys in Sub-Saharan Africa. World Development

Razzano, Frank C. & Travis P. Nelson. 2008. The Expanding Criminalization of Transnational Bribery: Global Prosecution Necessitates Global Compliance. International Law 42

Recanatini, Francesca, Alessandro Prati & Guido Tabellini. 2005. Why Are Some Public Agencies Less Corrupt than Others? Lessons for Institutional Reform from Survey Data.

Recanatini, Francesca. 2011. "Anti-Corruption Authorities: An Effective tool to Curb Corruption?", in Susan Rose-Ackerman & Tina Soreide eds., International Handbook on the Economics of Corruption, Vol. II. (Edward Elgar Publishing).

Recanatini, Francesca. 2012. "Assessing Corruption at the Country Level", in Adam Graycar & Russell G. Smith eds., Handbook of Global Research and Practice in Corruption ,

Recanatini, Francesca. 2013. "Tackling Corruption and Promoting Better Governance: The Road Ahead", in Susan Rose-Ackerman & Paul D. Carrington eds., Anti-Corruption Policy: Can International Actors Play a Constructive Role? (Durham: Carolina Academic Press)

Redlawsk, David P. & James A. McCann. 2005. Popular Interpretations of "Corruption" and their Partisan Consequences. Political Behavior

Reed, Q. & A. Fontana. 2011. Corruption and Illicit Financial Flows: The Limits and Possibilities of Current Approaches. U4 Issue Paper 2011(2).

Reed, Steven A. 1999. "Punishing Corruption: The Response of the Japanese Electorate to Scandals", in Ofer Feldman ed., Political Psychology in Japan: Behind the Nails which Sometimes Stick Out (and Get Hammered Down) (Commack, NY: Nova Science)

Reed, Steven. 1996. Political Corruption in Japan. International Social Science Journal 149.

Rehren, Alfredo. 1997. Corruption and Local Politics in Chile. Crime, Law & Social Change

Reinikka, Ritva & Jacob Svensson. 2004. Local Capture: Evidence from a Central Government Transfer Program in Uganda. Quarterly Journal of Economics

Reinikka, Ritva & Jakob Svensson. 2005. Fighting Corruption to Improve Schooling: Evidence from a Newspaper Campaign in Uganda. Journal of the European Economics Association

Reinikka, Ritva & Jakob Svensson. 2006. Using Micro-Surveys to Measure and Explain Corruption. World Developmen

Reinikka, Ritva & Jakob Svensson. 2011. The Power of Information in Public Services: Evidence from Education in Uganda. Journal of Public Economics

Reisman, W. Michael. 1989. Harnessing International Law to Restrain and Recapture Indigenous Spoliations. American Journal of International Law

Relly, J.E. & D. Cuillier. 2010. A Comparison of Political, Cultural, and Economic Indicators of Access to Information in Arab and Non-Arab States. Government Information Quarterly

Relly, J.E. & M. Sabharwal. 2009. Perceptions of Transparency of Government Policymaking: A Cross-National Study. Government Information Quarterly

Relly, Jeannine E. 2011. "Corruption, Secrecy, and Access-to-Information Legislation in Africa: A Cross-National Study of Political Institutions", in S. Maret ed., Researcgh in Social Problems and Public Policy (Bingley, UK: Emerald Group)

1526

Relly, Jeannine E. 2012. Examining a Model of Vertical Accountability: A Cross-National Study of the Influence of Information Access on the Control of Corruption. Government Information Quarterly

Remmer, Karen. 2007. The Political Economy of Patronage: Expenditure Patterns in the Argentine Provinces, 1983-2003. Journal of Politics

Renno, Lucio R. 2011. "Corruption and Voting", in Timothy Power & Matthew Taylor eds., Corruption and Democracy in Brazil: The Struggle for Accountability (Indiana: University of Notre Dame Press)

Reno, William. 2008. Anti-Corruption Efforts in Liberia: Are They Aimed at the Right Targets? International Peacekeeping4.

Renoe, Curtis E. 2002. Institutionalized "Corruption": Implications for Legal Reform in Indonesia and the Need to Make Haste Slowly. Stanford Journal of East Asian Affairs

Reuben, E. & M. Stephenson. 2013. Nobody Likes a Rat: On the Willingness to Report Lies and the Consequences Thereof. Journal of Economic Behavior & Organization

Reyes, Vicente C. Jr. 2007. Corruption and Policy Implementation in the Philippines: A Comparative Analysis of the Teacher Training and Textbook Delivery Programmes. Asian Journal of Political Science

Reyes, Vicente C. Jr. 2009. Case Study of Implementation amidst Corruption Linkages: The National Textbook Delivery Programme (TDP) of the Philippine Department of Education. Journal of Educational Policy

Reyes, Vicente C. Jr. 2009. Systemic Corruption at the Programme on Basic Education in the Philippine Department of Education. Journal of Developing Societies

Reyes, Vicente C. Jr. 2010. The Philippine Department of Education: Challenges of Policy Implementation amidst Corruption. Asia Pacific Journal of Educatio

Riahi-Belkaoui, Ahmed. 2004. "Effects of Corruption on Earnings Opacity Internationally" in J. Timothy Sale ed., Advances in International Accounting (Elsevier).

Riahi-Belkaoui, Ahmed. 2008. "Bureaucracy, Corruption and Tax Compliance", in Robert McGee ed., Taxation and Public Finance in Transitional and Developing Economies (Springer Science).

Ribadu, Nuhu. 2011. Show Me the Money: Leveraging Anti-Money Laundering Tools to Fight Corruption in Nigeria. (Washington, DC: Center for Global Development).

Richard, S.B. 2014. To Bribe a Prince: Clarifying the Foreign Corrupt Practices Act through Comparisons to the United Kingdom's Bribery Act of 2010. Boston College International & Comparative Law Review 37(2): 419-450.

Richardson, D. & A. Tepikina. 2015. Anti-Corruption Campaign in China—The Privileged Class. Banking Law Journal .

Richardson, G. 2006. Taxation Determinants of Fiscal Corruption: Evidence across Countries. Journal of Financial Crime

Richey, Sean. 2010. The Impact of Corruption on Social Trust. American Politics Research

Richter, D. & P. Uhmeister. 2013. Returning "Politically Exposed Persons" Illicit Assets from Switzerland – International Law in the Force Field of Complexity and Conditionality. German Yearbook of International Law

Rider, B. 1995. The Wages of Sin – Taking the Profit Out of Corruption – A British Perspective. Dickinson Journal of International Law

Rider, B. 2007. Recovering the Proceeds of Corruption. Journal of Money Laundering Control

Ridley, F.F. 1995. Feet of Clay: Threat to the Temples of Democracy. Parliamentary Aff.

Rieder, Markus S. & Andreas Schoenemann. 2013. Suspicion of Corruption in Arbitration: A German Perspective. Transnational Dispute Management 10(3).

Riera, Pedro, Pablo Barbera, Raul Gomez, Jose Antonio Mayoral & Jose Ramon Montero. 2013. The Electoral Consequences of Corruption Scandals in Spain. Crime, Law & Social Change

Rijkers, Bob, Caroline Freund & Antonio Nucifora. 2014. All in the Family: State Capture in Tunisia. World Bank Policy Research Working Paper 6810.

Riley, S. 2000. "Western Politics and African Realities: The New Anti-Corruption Agenda", in Hope, K. & B. Chikulo eds., Corruption and Development in Africa: Lessons from Country Case Studies (London: Macmillan).

Riley, S.P. 1999. Petty Corruption and Development. Development & Practice

Riley, Stephen P. 1993. Post-Independence Anti-Corruption Strategies and the Contemporary Effects of Democratization. Corruption & Reform 7:

Riley, Stephen P. 1998. The Political Economy of Anti-Corruption Strategies in Africa.

European Journal of Development Research

Rinaldi, Sergio, Gustav Feichtinger, & Franz Wirl. 1998. Corruption Dynamics in Democratic Societies. Complexity

Rinnert, D. 2015. The Politics of Civil Service and Adminsitrative Reforms in Development—Explaining Within-Country Variation of Reform Outcomes in Georgia After the Rose Revolution. Public Administration & Development

Rivas, M. Fernanda. 2013. An Experiment on Corruption and Gender. Bulletin of Economic Research

Rivera-Batiz, Francisco L. 2001. International Financial Liberalization, Corruption and Economic Growth. Review of International Economics

Rivkin-Fish, Michele. 2005. "Bribes, Gifts and Unofficial Payments: Rethinking Corruption in Post-Soviet Health Care", in Dieter Haller & Chris Shore eds., Corruption: Anthropological Perspectives (Pluto Press).

Roath, P.T. 2014. The Abuse of Incumbency on Trial: Limits on Legalizing Politics. Columbia Journal of Law & Social Problems .

Robbins, Paul. 2000. The Rotten Institution: Corruption in Natural Resource Management. Political Geography.

Roberts, Andrew. 2008. Hyperaccountability: Economic Voting in Central and Eastern Europe. Electoral Studies.

Roberts, J. 2015. The "Subject" of Corruption. Critical Perspectives on Accounting.

Robertson, Christopher J. & Andrew Watson. 2004. Corruption and Change: The Impact of Foreign Direct Investment. Strategic Management Journal

Robertson-Snape, Fiona. 1999. Corruption, Collusion and Nepotism in Indonesia. Third World Quarterly

Robinson, James A. & Ragnar Torvik. 2005. White Elephants. Journal of Public Economics

Robinson, James A. & Thierry Verdier. 2013. The Political Economy of Clientalism. Scandinavian Journal of Economics

Robinson, James A., Ragnar Torvik & Thierry Verdier. 2006. Political Foundations of the Resource Curse. Journal of Development Economics 79:

Robinson, Mark. 1998. Corruption and Development: An Introduction. European Journal of Development Research

Robinson, Misty. 2012. Global Approach to Anti-Bribery and Corruption, An Overview: Much Done, But a Lot More to Do… Thurgood Marshall Law Review

Rocca, J. 1992. Corruption and Its Shadow: An Anthropological View of Corruption in China. China Quarterly.

Rock, Michael T. & Heidi Bonnett. 2004. The Comparative Politics of Corruption: Accounting for the East Asian Paradox in Empirical Studies of Corruption, Growth and Investment. World Development

Rock, Michael T. 2009. Corruption and Democracy. Journal of Development Studies

Rodino, Peter. 1994. The Case for the Independent Counsel. Seton Hall Legislation Journal 19: 5-.

Rodrigues-Neto, J.A. 2014. On Corruption, Bribes and the Exchange of Favors. Economic Modelling

Rodriguez, Francisco & Jeffrey D. Sachs. 1999. Why Do Resource Abundant Countries Grow More Slowly? Journal of Economic Growth

Rodriguez, Peter, Donald S. Siegel, Amy Hillman & Lorraine Eden. 2006. Three Lenses on the Multinational Enterprise: Politics, Corruption, and Corporate Social Responsibility. Journal of International Business Studies

Rodriguez, Peter, Klaus Uhlenbruck & Lorraine Eden. 2005. Government Corruption and the Entry Strategies of Multinationals. Academy of Management Review

Rodriguez-Pose, Andres & Michael Storper. 2006. Better Rules or Stronger Communities? On the Social Foundations of Institutional Change and Its Economic Effects. Econoimc Geography

Roebuk, Julian B. & Thomas Barker. 1974. A Typology of Police Corruption. Social Problems

Rogers, Sarah B. 2008. The World Bank Voluntary Disclosure Program (VDP): A Distributive Justice Critique. Columbia Journal of Transnational Law

Rogowski, Ronald. 1987. Trade and the Variety of Democratic Institutions. International Organization

Rohde, C. 2014. A New Affirmative Defense to the FCPA for Countries Exiting Major Internal Strife. Richmond Journal of Global Law & Business

Rohde, Chris. 2014. A New Affirmative Defense to the FCPA for Countries Exiting Major Internal Strife. Richmond Journal of Global Law & Business

Rohlfsen, Ryan J. 2012. Recent Developments in Foreign and Domestic Criminal Commercial Bribery Laws. University of Chicago Legal Forum

Rohwer, Anja. 2009. Measuring Corruption: A Comparison between the Transparency International's Corruption Perceptions Index and the World Bank's Worldwide Governance Indicators. CESifo DICE Report

Roiseland, A., J. Pierre & A. Gustavsen. 2015. Accountability by Professionalism or Managerialism? Exploring Attitudes Among Swedish and Norwegian Local Government Leaders. International Journal of Public Administration

Roldan, Antonio C. 1989. A Brief Psychology of Corruption. Psychology: A Journal of Human Behavior 5.

Roman, A. 2014. The Multi-Shade Paradox of Public Corruption: The Moldovan Case of Dirty Hands and Collective Action. Crime, Law & Social Change

Roman, A.V. & H.T. Miller. 2014. Building Social Cohesion: Family, Friends, and Corruption. Administration & Society

Roman, A.V. 2014. Refocusing Perspectives on Public Corruption Away from the Individual: Insights from the Moldovan Social Matrix. Transylvanian Review of Administrative Sciences

Romer, Paul. 1994. New Goods, Old Theory, and the Welfare Costs of Trade Restrictions. Journal of Development Economics

Roniger, Luis. 2004. Political Clientalism, Democracy, and Market Economy. Comparative Politics

Ronit, K. & I. McMenamin. 2015. If Money Talks, What Does It Say? Corruption and Business Financing of Politcal Parties. West European Politics

Root, Hilton L. 1996. Small Countries, Big Lessons: Governance and the Rise of East Asia. (Hong Kong: Oxford University Press).

Root, Hilton. 1996. Corruption in China: Has it Become Systemic? Asian Survey

Roper, Steven D. 2002. The Influence of Romanian Campaign Finance Laws on Party System Development and Corruption. Party Politics

Page 1534  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

Rosa, D.D., N. Gooroochurn & H. Gorg. 2015. Corruption and Productivity: Firm-Level Evidence. Jahrbucher Fur Nationalokonomie Und Statistik

Rosas, G. & L. Manzetti. 2015. Reassessing the Trade-Off Hypothesis: How Misery Drives the Corruption Effect on Presidential Approval. Electoral Studies

Rose, Cecily. 2011. The Application of Human Rights Law to Private Sector Complicity in Governmental Corruption. Leiden Journal of International Law

Rose, Cecily. 2012. The Corner House Case and the Incomplete Incorporation of the OECD Anti-Bribery Convention in the United Kingdom. Tulane Journal of International & Comparative Law

Rose, Cecily. 2014. "Corruption and Conflicts of Interests in the United Kingdom", in Jean-Bernard Auby, Emmanuel Breen & Thomas Perroud eds., Corruption and Conflicts of Interest: A Comparative Law Approach

Rose, Cecily. 2014. Questioning the Role of International Arbitration in the Fight Against Corruption. Journal of International Arbitration

Rose, J. & P.M. Heywood. 2013. Political Science Approaches to Integrity and Corruption. Human Affairs

Rose, Jonathan. 2015. "Corruption and the Problem of Perception" , in Paul M. Heywood ed., The Routledge Handbook of Political Corruption (New York: Routledge)

Rose, Paul. 2012. State Capitalism and the Foreign Corrupt Practices Act. Ohio State Law Journa

Rose, Richard & William Mishler. 2007. Bridging the Gap Between the Perception and Experience of Corruption. (Working paper).

1534

Page 1535  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

Rose, Richard & William Mishler. 2010. Experience versus Perception of Corruption: Russia as a Test Case. Global Crime

Rose, Richard. 2013. The Other Face of Bureaucracy: Perception of Bribery Is Worse than the Practice. WZB Mitteilungen 140(June)

Rose-Ackerman, Susan & Benjamin Billa. 2009. Treaties and National Security. NYU Journal of International Law & Policy .

Rose-Ackerman, Susan & Rory Truex. 2013. "Corruption and Policy Reform", in Bjorn Lomborg ed., Global Problems, Smart Solutions: Costs and Benefits (Cambridge University Press).

Rose-Ackerman, Susan & Sinead Hunt. 2012. Transparency and Business Advantage: The Impact of International Anti-Corruption Policies on the United States National Interest. NYU Annual Survey of American Law

Rose-Ackerman, Susan, ed. 2006. International Handbook on the Economics of Corruption.

Rose-Ackerman, Susan. 1978. Corruption: A Study in Political Economy. New York: Academic Press.

Rose-Ackerman, Susan. 1996. Democracy and 'Grand' Corruption. International Social Science Journal

Rose-Ackerman, Susan. 1997. The Role of the World Bank in Controlling Corruption. Law & Policy in International Business.

Rose-Ackerman, Susan. 1999a. Corruption and Government: Causes, Consequences, and Reform. New York: Cambridge University Press.

1535

Page 1536  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

Rose-Ackerman, Susan. 1999b. Political Corruption and Democracy. Connecticut Journal of International Law 14

Rose-Ackerman, Susan. 2001a. "Political Corruption and Democratic Structures," in Arvind K. Jain, ed. The Political Economy of Corruption (New York: Routledge)

Rose-Ackerman, Susan. 2001b. Trust, Honesty, and Corruption: Reflection of the State-Building Process. European Journal of Sociology.

Rose-Ackerman, Susan. 2002a. "Grand" Corruption and the Ethics of Global Business. Journal of Banking & Finance 26: 1889-.

Rose-Ackerman, Susan. 2002b. Corruption and the Criminal Law. Forum on Crime & Society

Rose-Ackerman, Susan. 2008. Corruption and Government. International Peacekeeping

Rose-Ackerman, Susan. 2010a. Corruption: Greed, Culture and the State. Yale Law Journal

Rose-Ackerman, Susan. 2010b. The Law and Economics of Bribery and Extortion. Annual Review of Law & Social Science

Rose-Ackerman, Susan. 2013. "Introduction: The Role of International Actors in Fighting Corruption", in Susan Rose-Ackerman & Paul D. Carrington eds., Anti-Corruption Policy: Can International Actors Play a Constructive Role? (Durham: Carolina Academic Press)

Rose-Ackerman, Susan. 2014. "Corruption and Conflicts of Interest", in Jean-Bernard Auby, Emmanuel Breen & Thomas Perroud eds., Corruption and Conflicts of Interest: A Comparative Law Approach

Rosenson, Beth Ann. 2009. The Effect of Political Reform Measures on Perceptions of Corruption. Election Law Journal

Roser, W. 1992. The Independent Commission Against Corruption: The New Star Chamber? Criminal Law Journal

Ross, Lauren Ann. 2012. Using Foreign Relations Law to Limit Extraterritorial Application of the Foreign Corrupt Practices Act. Duke Law Journal

Ross, Michael L. 1999. The Political Economy of the Resource Curse. World Politics .

Ross, Michael L. 2015. What Have We Learned About the Resource Curse? Annual Review of Political Science

Ross, Michael. 2001. Does Oil Hinder Democracy? World Politics

Rossbacher, Henry H. & Tracy W. Young. 1997. The Foreign Corrupt Practices Act Within the American Response to Domestic Concerns. Dickinson Journal of International Law.

Rosser, Andrew. 2006. The Political Economy of the Resource Curse: A Literature Survey. IDS Working Paper 268.

Rothrock, Jay. 2008. Striking a Balance: The Speech or Debate Clause's Testimonial Privilege and Policing Government Corruption, 24 Touro L. Rev.

Rothstein, Bo & Daniel Eek. 2009. Political Corruption and Social Trust: An Experimental Approach. Rationality & Society

Rothstein, Bo & Davide Torsello. 2014. Bribery in Preindustrial Cultures: Understanding the Universalism-Particularism Puzzle. Journal of Anthropological Research

Rothstein, Bo & Eric M. Uslaner. 2005. All for All: Equality, Corruption, and Social Trust. World Politics .

Rothstein, Bo & Jan Teorell. 2008. What Is Quality of Government: A Theory of Impartial Political Institutions. Governance: An International Journal of Policy & Administration

Rothstein, Bo & Jan Teorell. 2015. "Causes of Corruption" , in Paul M. Heywood ed., The Routledge Handbook of Political Corruption (New York: Routledge)

Rothstein, Bo & Jan Teorell. 2015. Getting to Swededn, Part II: Breaking with Corruption in the Nineteenth Century. Scandinavian Political Studies

Rothstein, Bo, Marcus Samanni & Jan Teorell. 2012. Explaining the Welfare State: Power Resources vs. The Quality of Government. European Politiacl Science Review

Rothstein, Bo. 2011. Anti-Corruption: The Indirect "Big Bang" Approach. Review of International Political Economy

Rothstein, Bo. 2011. Corruption, Social Trust, and Inequality in International Perspective. Chicago: University of Chicago Press.

Rothstein, Bo. 2011. The Quality of Government: Corruption, Social Trust, and Inequality in International Perspective. University of Chicago Press.

Rothstein, Bo. 2013. Corruption and Social Trust: Why the Fish Rots from the Head Down. Social Research 80(4): 1009-1032.

Rothstein, Bo. 2014. What Is the Opposite of Corruption? Third World Quarterly.

Rowe, M. 2009. Notes on a Scandal: The Official Enquiry Into Deviance and Corruption in New Zealand Police. Australian & New Zealand Journal of Criminology

Rubin, Nora M. 1998. A Convergence of 1996 and 1997 Global Efforts to Curb Corruption and Bribery in International Business Transactions: The Legal Implications of the OECD

Recommendations and Convention for the United States, Germany, and Switzerland. American University International Law Review

Rudi, L.M., H. Azadi, F. Witlox & P. Lebailly. 2014. Land Rights as an Engine of Growth? An Analysis of Cambodian Land Grabs in the Context of Development Theory. Land Use Policy

Rueda, Miguel R. 2015. Buying Votes with Imperfect Local Knowledge and a Secret Ballot. Journal of Theoretical Politics

Ruengdet, K. & W. Wongsurawat. 2015. The Mechanisms of Corruption in Agricultural Price Intervention Projects: Case Studies from Thailand. Social Science Journal

Runde, Daniel F. & Sadika Hameed with Jeremiah Magpile. 2014. The Costs of Corruption: Strategies for Ending a Tax on Private-Sector-Led Growth. (Washington, D.C.: Center for Strategic & International Studies).

Runnels, Michael B. & Adam M. Burton. 2012. The Foreign Corrupt Practices Act and New Governance: Incentivizing Ethical Foreign Direct Investment in China and Other Emerging Economies. Cardozo Law Review

Rus, H. 2014. Corruption, Conflict and the Management of Natural Resources. Economics of Governance

Ruske, R. 2015. Does Economics Make Politicians Corrupt? Empirical Evidence from the United States Congress.

Ruud, A.E. 2000. Corruption as Everyday Practice: The Public-Private Divide in Local Indian Society. Forum for Development Studies

Ruziev, K. & P. Midmore. 2015. Connectedness and SME Financing in Post-Communist Economies: Evidence from Uzbekistan. Journal of Development Studies

Ryan, Ann Marie et al. 1997. Workplace Integrity: Differences in Perceptions of Behaviors and Situational Factors. Journal of Business and Psychology

Ryvkin, Dmitry & Danila Serra. 2012. How Corruptible Are You? Bribery under Uncertainty. Journal of Economic Behavior & Organization

Ryvkin, Dmitry & Danila Serra. 2013. Does Competition Among Public Officials Reduce Corruption? An Experiment. Departmental Working Papers 1301, Southern Methodist University, Department of Economics.

Ryznar, Margaret & Samer Korkor. 2011. Anti-Bribery Legislation in the United States and United Kingdom: A Comparative Analysis of Scope and Sentencing. Missouri Law Review

Saastomoinen, Antti & Timo Kuosmanen. 2014. Is Corruption Grease, Grit or a Gamble? Corruption Increases Variance of Productivity Across Countries. Applied Economics

Saba, Roberto Pablo & Luigi Manzetti. 1997. Privatization in Argentina: The Implications for Corruption. Crime, Law & Social Change

Sabato, Larry J. & Glenn R. Simpson. 1996. Dirty Little Secrets: The Persistence of Corruption in American Politics.

Sabet, D.M. & A. Tazreen. 2015. Governing Growth: Understanding Problems in Real Estate Development in Dhaka, Bangladesh. Journal of South Asian Development

Sabet, D.M. 2012. Corruption or Insecurity? Understanding Dissatisfaction with Mexico's Police. Latin American Politics & Society

Sabic-El-Rayess, Amra. 2014. Acting and Reacting: Youth's Behavior in Corrupt Educational Settings. Peabody Journal of Education

Sachs, Jeffrey D. & Andrew M. Warner. 2001. The Curse of Natural Resources. European Economic Review

Sadanandan, Anoop. 2012. Patronage and Decentralization: The Politics of Poverty in India. Comparative Politics

Sadigov, T. 2014. Corruption and Social Responsibility: Bribe Offers Among Small Entrepreneurs in Azerbaijan. East European Politics

Sadowsky, Justin M. 2005. The Transparency Myth: A Conceptual Approach to Corruption and the Impact of Mandatory Disclosure Laws, 4 Conn. Pub. Int.

Safavian, M.S., H.G. Douglas & C. Gonzalez-Vega. 2001. Corruption and Microenterprises in Russia. World Development

Sah, Raaj K. 1991. Social Osmosis and Patterns of Crime. Journal of Political Economy

Sah, Raaj. 2007. Corruption Across Countries and Regions: Some Consequences of Local Osmosis. Journal of Economic Dynamics and Control

Sah, S. & G. Loewenstein. 2010. Effect of Reminders of Personal Sacrifice and Suggested Rationalizations on Residents' Self-Reported Willingness to Accept Gifts: A Randomized Trial. Journal of the American Medical Association

Saha, B. & T. Thampy. 2006. Extractive Bribe and Default in Subsidized Credit Programs. Journal of Economic Behavior & Organization

Saha, Bibhas & Trivikraman Thampy. 2008. Corruption, Default and Optimal Credit in Welfare Programs. Working paper.

Saha, Bibhas. 2001. Red Tape, Incentive Bribe and the Provision of Subsidy. Journal of Development Economics

Saha, Bibhas. 2003. Harassment, Corruption and Tax Policy: A Comment on Marjit, Mukherjee and Mukherjee [Eur. J. Political Economy 16 (2000) 75-94], European Journal of Political Economy 1

Saha, S. & G. Yap. 2015. Corruption and Tourism: An Empirical Investigation in a Non-Linear Framework. International Journal of Tourism Research

Saha, S., R. Gounder, N. Campbell & J. Su. 2014. Democracy and Corruption: A Complex Relationship. Crime, Law & Social Change

Saha, S., R. Grounder & J.J. Su. 2009. The Interaction Effect of Economic Freedom and Democracy on Corruption: A Panel Cross-Country Analysis. Economics Letters

Saha, Shrabani & Jen-Je Su. 2012. Investigating the Interaction Effect of Democracy and Economic Freedom on Corruption: A Cross-Country Quantile Regression Analysis. Economic Analysis & Policy

Saisana, Michaela & Andrea Saltelli. 2012. Corruption Perceptions Index 2012 Statistical Assessment. JRC Scientific & Policy Reports, European Commission.

Sajo, Andras. 1998. Corruption, Clientalism and the Future of the Constitutional State in Eastern Europe. East Europe Constitutional Review 7

Sala-i-Martin, Xavier & Arvind Subramanian. 2013. Addressing the Natural Resource Curse: An Illustration from Nigeria. Journal of African Economics

Salbu, Steven R. 1994. True Codes Versus Voluntary Codes of Ethics in International Markets: Towards the Preservation of Colloquy in Emerging Global Communities.

University of Pennsylvania Journal of International Business Law

Salbu, Steven R. 1997. Bribery in the Global Market: A Critical Analysis of the Foreign Corrupt Practices Act. Washington & Lee Law Review

Salbu, Steven R. 1999. Battling Global Corruption in the New Millennium. Law & Policy in International Business

Salbu, Steven R. 1999. Extraterritorial Restriction of Bribery: A Premature Evocation of the Normative Global Village. Yale Journal of International Law

Salbu, Steven R. 1999. The Foreign Corrupt Practices Act as a Threat to Global Harmony. Mich. J. Int'l L.

Salbu, Steven R. 2000. A Delicate Balance: Legislation, Institutional Change, and Transnational Bribery. Cornell International Law Journal

Salbu, Steven R. 2001. Information Technology in the War Against International Bribery and Corruption: The Next Frontier of Institutional Reform. Harvard Journal on Legislation

Saleh, S. 2014. Challenges in Combating Corruption and Fixing Accountability: In Iraq's Perspective. International Journal of Business & Social Science

Salinas-Jimenez, M.M. & J. Salinas-Jimenez. 2007. Corruption, Efficiency and Productivity in OECD Countries. Journal of Policy Modeling

Salmon, Timothy C. & Danila Serra. 2013. Does Social Judgment Diminish Rule Breaking? (CSAE Working Paper WPS/2013-05.)

Salvatore, D. 2004. Growth and Poverty in a Globalizing World. Journal of Policy Modeling.

Salvatore, D. 2007. Growth, International Inequalities, and Poverty in a Globalized World. Journal of Policy Modeling

Salvatoriello, Paul. 2001. The Practical Necessity of Federal Intervention Versus the Ideal of Federalism: An Expansive View of Section 666 in the Prosecution of State and Local Corruption. Georgetown Law Journal

Samimi, A. & H. Hosseinmardi. 2011. Gender and Corruption: Evidence from Selected Developing Countries. Middle-East Journal of Scientific Research

Sampford, Charles et al. eds. 2006. Measuring Corruption (Ashgate).

Sampson, S. 2007. Can the World Bank Do the Right Thing? When Anti-Corruption Movements Become Anti-Corruption Budget Lines. Working paper.

Sampson, S. 2010. "Diagnostics: Indicators and Transparency in the Anti-Corruption Industry", in S. Jansen, E. Schroeter & N. Stehr eds., Transparenz: Multidisxiplanre Durchsichten Durch Phoenomene und Theorien des Undurchsichtigen. Wiesbaden: VS Verlag. Sampson, S. 2015. The Audit Juggernaut. Social Anthropology

Sampson, Steven. 1983. Bureaucracy and Corruption as Anthropological Problems: A Case Study from Romania. Folk,

Sampson, Steven. 2005. "Integrity Warriors: Global Morality and the Anticorruption Movement in the Balkans", in Dieter Haller & Chris Shore eds., Corruption: Anthropological Perspectives (Pluto Press).

Sampson, Steven. 2010. The Anti-Corruption Industry: From Movement to Institution. Global Crime

Samuel, Andrew & Aaron Lowen. 2010. Bribery and Inspection Technology. Economics of Governance .

Samuel, Andrew. 2009. Preemptive Collusion Among Corruptible Law Enforcers. 71 Journal of Economic Behavior & Organization

1544

Sanchez, Andrew. 2015. "Criminal Entrepreneurship: A Political Economy of Corruption and Organized Crime in India" , in Paul M. Heywood ed., The Routledge Handbook of Political Corruption (New York: Routledge)

Sandgren, Claes. 2005. Combating Corruption: The Misunderstood Role of Law. International Law

Sandholtz, Wayne & Mark M. Gray. 2003. International Integration and National Corruption, International Organization

Sandholtz, Wayne & Rein Taagepara. 2005. Corruption, Culture, and Communism. International Review of Sociology

Sandholtz, Wayne & William Koetzle. 2000. Accounting for Corruption: Economic Structure, Democracy, and Trade. International Studies Quarterly

Sandoval-Ballestreros, Irma. 2014. Rethinking Accountability and Transparency: Breaking the Public Sector Bias in Mexico. American University International Law Review

Sands, Barbara N. 1990. Decentralizing an Economy: The Role of Bureaucratic Corruption in China's Economic Reforms. Public Choic

Sandu, A.M. & M.L. Nitu. 2014. The Perception of Corruption in Public Administration. Contemporary Readings in Law & Social Justice

Santiso, C. 2006. Improving Fiscal Governance and Curbing Corruption: How Relevant Are Autonomous Audit Agencies? International Public Management Review

Sanyal, A. 2002. Audit Hierarchy in a Corrupt Tax Administration: A Note with Qualifications and Extensions. Journal of Comparative Economics 30: 317-324.

Sanyal, A., I.N. Gang & O. Goswami. 2000. Corruption, Tax Evasion and the Laffer Curve. Public Choice

Sanyal, R. & S. Samanta. 2002. Corruption Across Countries: The Cultural and Economic Factors. Business & Professional Ethics Journal

Sanyal, R. & S. Samanta. 2008. Effect of Perception of Corruption on Outward US Foreign Direct Investment. Global Business & Economics Review

Sanyal, R. & S. Samata. 2004. Correlates of Bribe Giving in International Business. International Journal of Commerce and Management

Sanyal, Rajib. 2005. Determinants of Bribery in International Business: The Cultural and Economic Factors. Journal of Business Ethics

Sargiacomo, M., L. Ianni, A. D'Andreamatteo & S. Servalli. 2015. Accounting and the Fight Against Corruption in Italian Government Procurement: A Longitudinal Critical Analysis (1992-2014). Critical Perspectives on Accounting

Sarkar, Hiren & M. Aynul Hasan. 2001. Impact of Corruption on the Efficiency of Investment: Evidence from a Cross-Country Analysis. Asia-Pacific Development Journal

Sarlo, P. 2014. The Global Financial Crisis and the Transnational Anti-Corruption Regime: A Call for Regulation of the World Bank's Lending Practices. Georgetown Journal of International Law

Sarte, P.D. 2000. Informality and Rent-Seeking Bureaucracies in a Model of Long-Run Growth. Journal of Monetary Economics

Sarte, Pierre-Daniel G. 2001. Rent-Seeking Bureaucracies and Oversight in a Simple Growth Model. Journal of Economic Dynamics & Control

Sato, Hideki. 2011. Raising Wages as a Strategy to Reduce Corruption. Journal of Management & Strategy

Savage, James D. 1994. Corruption and Virtue at the Constitutional Convention. Journal of Politics .

Savona, Ernesto U. 1995. Beyond Criminal Law in Devising Anticorruption Policies: Lessons from the Italian Experience. European Journal of Criminal Policy & Research

Sayed, Abdulhay. 2004. Corruption in International Trade and Commercial Arbitration.

Schaffer, Fred C. 2002. Might Cleaning Up Elections Keep People Away from the Polls? Historical and Comparative Perspectives. International Political Science Review

Schaffer, Frederic C. 2007. Elections for Sale: The Causes and Consequences of Vote Buying (Boulder, CO: Lynne Rienner Publishers).

Schaffer, Frederic Charles. 2005. Clean Elections and the Great Unwashed: Vote Buying and Voter Education in the Philippines. Working paper.

Schaffer, Frederic Charles. 2008. The Hidden Costs of Clean Election Reform. (Cornell University Press.)

Schatz, Florian. 2013. Fighting Corruption with Social Accountability: A Comparative Analysis of Social Accountability Mechanisms' Potential to Reduce Corruption in Public Administration. Public Administration & Development 33: 161-174.

Schefer, Krista Nadakavukaren. 2009. Corruption and the WTO Legal System. Journal of World Trade

Scheiner, E. 2005. Pipelines of Pork: Japanese Poliitcs and a Model of Local Opposition Party Failure. Comparative Political Studies

Schelling, Thomas. 1973. Hockey Helmets, Concealed Weapons, and Daylight Saving: A Study of Binary Choices with Externalities. Journal of Conflict Resolution

Scheppele, Kim Lane. 1999. The Inevitable Corruption of Transition. Connecticut Journal of International Law

Scher, Daniel. 2005. Asset Recovery: Repatriating Africa's Looted Billions. African Security Review

Scherer, Matthias. 2002. Circumstantial Evidence in Corruption Cases before International Arbitration Tribunals. International Arbitration Law Review

Schikora, Jan Theodor. 2011. Bringing Good and Bad Whistle-Blowers to the Lab.

Schikora, Jan Theodor. 2013. How Do Groups Stabilize Corruption? Journal of International Development

Schleiter, Petra & Alisa M. Voznaya. 2014. Party System Competitiveness and Corruption. Party Politics

Schmidt, Diana. 2007. Anti-Corruption: What Do We Know? Research on Preventing Corruption in the Post-Communist World. Political Studies Review

Schmidt, Timothy W. 2009. Sweetening the Deal: Strengthening Transnational Bribery Laws Through Standard International Corporate Accounting Guidelines. Minnesota Law Review

Schneider, Bryan A. 1992. Do Not Go Gentle into That Good Night: The Unquiet Death of Political Patronage. Wisconsin Law Review

Schneider, Friedrich & Dominik H. Enste. 2000. Shadow Economies: Size, Causes, and Consequences. Journal of Economic Literature

Schopf, J.C. 2015. Deterring Extortive Corruption in Korea Through Democratization and the Rule of Law. Journal of Comparative Asian Development (forthcoming).

Schroth, P.W. & P. Sharma. 2003. Transnational Law and Technology as Potential Forces Against Corruption in Africa. Management Decision

Schroth, Peter W. 2002. The United States and the International Bribery Conventions. American Journal of Comparative Law 50(supp.)

Schroth, Peter W. 2003. National and International Constitutional Law Aspects of African Treaties and Laws Against Corruption. Transnational Law & Contemporary Problems.

Schroth, Peter W. 2004. International Constitutional Law and Anti-Corruption Measures in the European Union's Accession Negotiations: Romania in Comparative Perspective. American Journal of Comparative Law

Schroth, Peter W. 2006. Corruption and Accountability of the Civil Service in the United States, The American Journal of Comparative Law.

Schueth, Sam. 2011. Assembling International Competitiveness: The Republic of Georgia, USAID, and the Doing Business Project. Economic Geography

Schultz, Jessica & Tina Soreide. 2008. Corruption in Emergency Procurement. Disasters Journal

Schulze, Guenther G., Bambang Suharnoko Sjarir & Nikita Zakharov. 2013. Corruption in Russia. Working paper.

Schulze, Gunther G. & Bjorn Frank. 2003. Deterrence versus Instrinsic Motivation: Experimental Evidence on the Determinants of Corruptibility. Economics of Governance

Schumacher, Ingmar. 2013. Political Stability, Corruption and Trust in Politicians. Economic Modelling

Schuppan, T. 2009. E-Government in Developing Countries: Experiences from Sub-Saharan Africa. Government Information Quarterly

Schuttauf, Nicholas. 2012. Repeal Anti-Bribery Legislation? A Defense of Laws Promoting Clean Business and Transparent Government. New England Law Review

Schutte, Sofie Arjon & Simon Butt. 2013. The Indonesian Court for Corruption Crimes: Circumventing Judicial Impropriety? U4 Brief. (September).

Schutte, Sofie Arjon. 2007. The Fight Against Corruption in Indonesia. Journal of Current Southeast Asian Affairs

Schutte, Sofie Arjon. 2011. Appointing Top Officials in a Democratic Indonesia: The Corruption Eradication Commission. Bulletin of Indonesian Economic Studies

Schutte, Sofie Arjon. 2012. Against the Odds: Anti-Corruption Reform in Indonesia. Public Administration & Development

Schwenke, S. 2000. The Moral Critique: Corruption in Developing Countries. Journal of Public & International Affairs

Scott, Ian. 2012. "The Hong Kong ICAC's Approach to Corruption Control", in Adam Graycar & Russell G. Smith eds., Handbook of Global Research and Practice in Corruption ,

Scott, James C. 1969. Corruption, Machine Politics, and Political Change. American Political Science Review

Scott, James C. 1969. The Analysis of Corruption in Developing Nations. Comparative Studies in Society & History

Scott, James C. 1972. Comparative Political Corruption (Englewood Cliffs, NJ: Prentice-Hall).

Scott, Kandis. 2005. The European Union and Romanian Mentalitate: A Case Study of Corruption. Santa Clara Journal of International Law

Seabright, Paul. 1996. Accountability and Decentralisation in Government: An Incomplete Contracts Model. European Economic Review

Segal, Lydia. 1997. Pitfalls of Political Decentralization and Proposals for Reform: The Case of New York City Public Schools. Public Administration Review

Segal, Lydia. 1998. Can We Fight the New Tammany Hall?: Difficulties of Prosecuting Political Patronage and Suggestions for Reform, Rutgers L. Rev.

Segal, Lydia. 1999. Corruption Moves to the Center: An Analysis of New York's 1996 School Governance Law. Harvard Journal on Legislation

Segal, Lydia. 2002. Roadblocks in Reforming Corrupt Agencies: The Case of the New York City School Custodians, Public Administration Review

Segal, Lydia. 2004. Battling Corruption in America's Public Schools. Boston: Northeast University Press.

Segal, Lydia. 2010. Independence from Political Influence—A Shaky Shield: A Study of Ten Inspectors General. Public Integrity

Segal, Philip. 2006. Coming Clean on Dirty Dealing: Time for a Fact-Based Evaluation of the Foreign Corrupt Practices Act. Florida Journal of International Law

Sehhat, Saeed, Mehdi Jafarzadeh Kenari & Mohsen Mijani. 2012. An Empirical Study on Relationship Between Organizational Culture and Administrative Corruption. Management Science Letters

Seiler, Norbert & Jelena Madir. 2012. Fight Against Corruption: Sanctions Regimes of Multilateral Development Banks. Journal of International Economic Law

Seim, Line Tondel & Tina Soreide. 2009. Bureaucratic Complexity and Impacts of Corruption in Utilities. Utilities Policy

Sekalala, S. & M. Kirya. 2015. Challenges in Multi-Level Health Governance: Corruption in the Global Fund's Operations in Uganda and Zambia. Hague Journal on the Rule of Law

Seker, M. & J.S. Yang. 2014. Bribery Solicitations and Firm Performance in the Latin American and Caribbean Region. Journal of Comparative Economics

Seldadyo, Harry & Jakob De Haan. 2011. Is Corruption Really Persistent? Pacific Economic Review

Seldadyo, Harry, Emmanual Pandu Nugroho & Jakob de Haan. 2007. Governance and Growth Revisited.

Seldadyo, Henry & Jakob de Haan. 2006. The Determinants of Corruption: A Literature Survey and New Evidence. (Paper prepared for the 2006 EPCS Conference, Turku, Finland, 20-23 April).

Seligson, Mitchell A. 2001. Corruption and Democratization: What Is To Be Done? Public Integrity

Seligson, Mitchell A. 2002. On the Measurement of Corruption

Seligson, Mitchell A. 2002. The Impact of Corruption on Regime Legitimacy: A Comparative Study of Four Latin American Countries, Journal of Politics

Seligson, Mitchell A. 2006. The Measurement and Impact of Corruption Victimization: Survey Evidence from Latin America. World Development

Selmier, W. Travis II. 2013. Stand by Me: Friends, Relationship Banking and Financial Governance in Asia. Business Horizons.

Semukhina, Olga & K. M. Reynolds. 2014. Russian Citizens' Perceptions of Corruption and Trust of the Police. Policing & Society

Sengupta, M. 2014. Anna Hazare's Anti-Corruption Movement and the Limits of Mass Mobilization in India. Social Movement Studies

Sequeira, Sandra & Simeon Djankov. 2013. "Trade Costs and Corruption in Ports," in Cantens, Thomas, Robert Ireland & Gael Raballand eds., Reform by Numbers: Measurement Applied to Customs and Tax Administrations in Developing Countries. Washington, D.C.: World Bank.

Sequeira, Sandra & Simeon Djankov. 2014. Corruption and Firm Behavior: Evidence from African Ports. Journal of International Economics

Sequeira, Sandra. 2012. "Advances in Measuring Corruption", in Danila Serra & Leonard Wantchekon eds., New Advances in Experimental Research on Corruption (Emerald Publishing).

Sequeira, Sandra. 2015. "Corruption and Trade Costs", in Susan Rose-Ackerman & Paul Lagunes eds., Greed, Corruption, and the Modern State

Sequeira, Sandra. 2015. Corruption, Trade Costs and Gains from Tariff Liberalization: Evidence from Southern Africa. Working paper.

Serafeim, George. 2013. Firm Competitiveness and Detection of Bribery. Working paper.

Serfontein, E. & E. de Waal. 2015. The Corruption Bogey in South Africa: Is Public Education Safe? South African Journal of Education

Serio, Mario. 2008. Politically Exposed Persons: AML, Taking the Profit Out of Corruption and Problems for the Banks. Journal of Money Laundering Control

Serra, Danila & Leonard Wantchekon. 2012. New Advances in Experimental Research on Corruption. (London: Emerald Books).

Serra, Danila. 2006. Empirical Determinants of Corruption: A Sensitivity Analysis. Public Choice

Serra, Danila. 2011. Combining Top-Down and Bottom-Up Accountability: Evidence from a Bribery Experiment. Journal of Law, Economics & Organization

Serritzlew, S., K.M. Sonderskov & G.T. Svendsen. 2014. Do Corruption and Social Trust Affect Economic Growth? A Review. Journal of Comparative Policy Analysis: Research & Practice

Sevukten, M., M. Nargelecekenler & F. Guray. 2010. A Cross-Country Comparison of Corruption and Public Expenditure: A Panel Data Approach. International Journal of Public Administration

Shabbir, Ghulam & Mumtaz Anwar. 2007. Determinants of Corruption in Developing Countries. Pakistan Development Review

Shafiq, M.N. 2015. Aspects of Moral Change in India, 1990-2006: Evidence from Public Attitudes toward Tax Evasion and Bribery. World Development

Shah, Anwar & M. Schacter. 2004. Combating Corruption: Look Before You Leap. Finance & Development

Shah, Anwar, Theresa Thompson & Heng-fu Zou. 2004. The Impact of Decentralization on Service Delivery, Corruption, Fiscal Management and Growth in Developing and Emerging Market Economies: A Synthesis of Empirical Evidnence. CESifo Dice Report, A Quarterly Journal for Institutional Comparisons, 2(Spring)

Shah, Anwar. 2006. Corruption and Decentralized Public Governance. World Bank Policy Research Working Paper 3824.

Shah, Anwar. 2007. "Tailoring the Fight against Corruption to Country Circumstances", in Anwar Shah ed., Performance Accountability and Combating Corruption (Washington, D.C.: World Bank).

Shah, Anwar. 2014. Decentralized Provision of Public Infrastructure and Corruption. International Center for Public Policy Working Paper 14-18.

Shan, M., A. Chan, Y. Le, B. Xia & Y. Hu. 2015. Measuring Corruption in Public Construction Projects in China. Journal of Professional Issues in Engineering Education & Practice

Shan, M., A.P.C. Chan, Y. Le & Y. Hu. 2015. Investigating the Effectiveness of Response Strategies for Vulnerabilities to Corruption in the Chinese Public Construction Sector. Science & Engineering Ethics

Shao, J., P.C. Ivanov, B. Podobnik & H.E. Stanley. 2007. Quantitative Relations Between Corruption and Economic Factors. European Physics Journal B

Shapiro, Joshua L. 2006. Corporate Media Power, Corruption, and the Media Exemption. Emory Law Journal.

Sharafutdinova, G. 2010. What Explains Corruption Perceptions? The Dark Side of Political Competition in Russia's Regions. Comparative Politics

Sharma, Deepankar & Shrey Ashat. 2014. Corruption: Reasons & Remedy to Sustain Economic Development.

Sharman, J.C. & Jo-Anne Gilbert. 2015. Turning a Blind Eye to Bribery: Explaining Failures to Comply with the International Anti-Corruption Regime. Political Studies

Sharman, J.C. 2010. Shopping for Anonymous Shell Companies: An Audit Study of Financial Anonymity and Crime. Journal of Economic Perspectives

Sharman, Jason C. & David Chaikin. 2009. Corruption and Anti-Money Laundering Systems: Putting a Luxury Good to Work. Governance

Sharman, Jason C. 2011. The Money Laundry: Regulating Criminal Finance in the Global Economy. Ithaca, NY: Cornell University Press.

Sharman, Jason C. 2012. Chasing Kleptocrats' Loot: Narrowing the Effectiveness Gap. U4 Issue 2012(4).

Sharman, Jason C., Emile van der Does de Willebois, Emily Halter, Robert A. Harrison

& Ji Won. 2011. The Puppet Masters: How the Corrupt Use Legal Structures to Hide their Stolen Assets and What to Do About it. . Washington, D.C.: World Bank.

Shaw, Bill. 2000. The Foreign Corrupt Practices Act and Progeny: Morally Unassailable. Cornell International Law Journal

Shaw, Philip, M. Katsaiti & B. Pecoraro. 2015. On the Determinants of Educational Corruption: The Case of Ukraine. Contemporary Economic Policy

Shaw, Philip, Marina-Selini Katsaiti & Marius Jurgilas. 2011. Corruption and Growth under Weak Identification. Economic Inquiry

Shaxson, Nicholas. 2007. Oil, Corruption, and the Resource Curse. International Affairs

Sheahen, Kyle P. 2010. I'm Not Going to Disneyland: Illusory Affirmative Defenses Under the Foreign Corrupt Practices Act. Wisconsin International Law Journal

Sheffet, Mary Jane. 1995. The Foreign Corrupt Practices Act and the Omnibus Trade and Competitiveness Act of 1988: Did They Change Corporate Behavior? Journal of Public Policy & Marketing

Sheifer, Andrei. 2004. Does Competition Destroy Ethical Behavior? American Economic Review

Shekshnia, Stanislav, Alena Ledeneva & Elena Denisova-Schmidt. 2014. Reflective Leadership v. Endemic Corruption in Emerging Markets. INSEAD Working Paper No. 2013/121/EFE.

Shelley, Louise I. & John T. Picarell. 2002. Methods, Not Motives: Implications of the Convergence of International Organized Crime and Terrorism. Police Practice & Research

Shelley, Louise. 2005. The Unholy Trinity: Transnational Crime, Corruption and Terrorism. Brown Journal of World Affairs

Shen, Ce & John B. Williamson. 2005. Corruption, Democracy, Economic Freedom and State Strength. A Cross-National Analysis. International Journal of Comparative Sociology

Shepherd, Ben. 2009. Speed Money: Time, Corruption, and Trade. MPRA Paper 17337.

Shepherd, Benjamin. 2009. More Speed, Less "Speed Money": Asia-Pacific Firm-Level Evidence on Border Crossing Times as Corruption Incentives. Working paper.

Sherlock, Stephen. 2002. Combating Corruption in Indonesia? The Ombudsman and the Assets Auditing Commission. Bulletin of Indonesian Economic Studies

Sherman, Lawrence W. 1980. Three Models of Organizational Corruption in Agencies of Social Control. Social Problems.

Sheyn, Elizabeth. 2011. Criminalizing the Denial of Honest Services After Skilling . Wisconsin Law Review

Shi, Shouyong & Ted Temzelides. 2004. A Model of Bureaucracy and Corruption. International Economic Review

Shih, Victor, Christopher Adolph & Mingxing Liu. 2012. Getting Ahead in the Communist Party: Explaining the Advancement of Central Committee Members in China. American Political Science Review

Shihata, Ibrahim. 1997. Corruption—A General Review with an Emphasis on the Role of the World Bank. Dickinson Journal of International Law

Shim, D.C. & T.H. Eom. 2008. E-Government and Anti-Corruption: Empirical Analysis of International Data. International Journal of Public Administration

Shim, D.C. & T.H. Eom. 2009. Anticorruption Effects of Information and Communication Technology (ICT) and Social Capital. International Review of Administrative Sciences

Shin, J.H. 2015. Voter Demands for Patronage: Evidence from Indonesia. Journal of East Asian Studies

Shirazi, Moiz A. 2012. The Impact of Corruption on International Trade. Denver Journal of International Law & Policy

Shirin, S.S. 2015. Corruption in Higher Education in Russia—First Decade of the 21st Century. International Education Studies

Shleifer, Andrei & Robert Vishny. 1994. Politicians and Firms. Quarterly Journal of Economics

Shleifer, Andrei & Robert W. Vishny. 1993. Corruption. Quarterly Journal of Economics

Shola, Omatola. 2006. Through a Glass Darkly: Assessing the "New" War against Corruption in Nigeria. African Insigh

Sholderer, Olga. 2013. The Drivers of Police Reform: The Cases of Georgia and Armenia. CEU Political Science Journal

Shore, Cris & Dieter Haller. 2005. "Sharp Practice: Anthropology and the Study of Corruption," in Dieter Haller & Chris Shore eds., Corruption: Anthropological Perspectives (Pluto Press)

Shore, Cris. 2005. "Culture and Corruption in the EU: Reflections on Fraud, Nepotism and Cronyism in the European Commission", in Dieter Haller & Chris Shore eds., Corruption: Anthropological Perspectives (Pluto Press).

Shrewsbury, Diane A. 2012. Degrees of Corruption: The Current State of "Corrupt Persuasion" in 18 USC § 1512. University of Chicago Legal Forum

Shu, Lisa L. & Francesca Gino. 2012. Sweeping Dishonesty Under the Rug: How Unethical Actions Lead to Forgetting of Moral Rules. Journal of Personality & Social Psychology

Shu, Lisa L., Francesca Gino & M.H. Bazerman. 2011. Dishonest Deed, Clear Conscience: When Cheating Leads to Moral Disengagement and Motivated Forgetting. Personality & Social Psychology Bulletin

Shulman, S. 2014. The Criminalization of Bribery: Can the Foreign Corrupt Practices Act Be Applicable to the Anti-Bribery Provisions of the United Nations Convention Against Corruption? American University International Law Review

Siddiquee, N.A. 2010. Combating Corruption and Managing Integrity in Malaysia: A Critical Overview of Recent Strategies and Initiatives. Public Organization Review

Silva, Emilson C.D., Charles M. Khan & Xie Zhu. 2007. Crime and Punishment and Corruption: Who Needs "Untouchables"? Journal of Public Economic Theor

Silverman, Eli B. 1998. The Price of Controlling Corruption. Public Administration Review.

Simpser, Alberto. 2008. Cheating Big: On the Logic of Electoral Corruption in Developing Countries.

Simpser, Alberto. 2012. Does Electoral Manipulation Discourage Voter Turnout? Evidence from Mexico. Journal of Politics

Simpser, Alberto. 2013. The Intergenerational Persistence of Attitudes Toward Corruption. Working paper.

Simpson, D. 2014. The Art of the Watchdog: Fighting Fraud, Waste, Abuse, and Corruption in Government. Political Science Quarterly

Simpson, Matthew. 2014. Terrorism and Corruption: Alternatives for Goal Attainment within Political Opportunity Structures. International Journal of Sociology

Singer, Sam. 2009. The Foreign Corrupt Practices Act in the Private Equity Era: Extracting a Hidden Element. Emory International Law Review

Singh, D. 2015. Explaining Varieties of Corruption in the Afghan Justice Sector. Journal of Intervention & Statebuilding

Singh, G., R. Pathak, R. Naz & R. Belwal. 2010. E-Governance for Improved Public Sector Service Delivery in India, Ethiopia and Fiji. International Journal of Public Sector Management

Singh, Gurharpal. 1997. Understanding Political Corruption in Contemporary Indian Politics. Political Studies.

Sinlapapiromsuk, Tidarat. 2013. The Legal Consequences of Investor Corruption in Investor-State Disputes: How Should the System Proceed? Transnational Dispute Management

Sivachenko, Irina. 2013. Corporate Victims of "Victimless Crime": How the FCPA's Statutory Ambiguity, Coupled with Strict Liability, Hurts Businesses and Discourages Compliance. Boston College Law Review

Siverson, Randolph M. & Richard A.I. Johnson. 2014. Politics and Parasites: The Contribution of Corruption to Human Misery. International Studies Quarterly

Sjahar, Bambang Suharnoko, Krisztina Kis-Katos & Guenther G. Schulze. 2014.

Administrative Overspending in Indonesian Districts: The Role of Local Politics. World Developmen

Sjoberg, Fredrik M. 2014. Autocratic Adaptation: The Strategic Use of Transparency and the Persistence of Election Fraud. Electoral Studies

Skidmore, Max J. 1996. Promise and Peril in Combating Corruption: Hong Kong's ICAC. Annals of the American Academy of Political and Social Science

Skladany, Martin. 2009. Buying Our Way Out of Corruption: Performance-Based Incentive Bonuses for Developing Country Politicians and Bureaucrats. Yale Human Rights & Development Law Journal

Skoblikov, Petr A. 2006. How Is Corruption Punished in Present Day Russia? A Comparative Legal Analysis of Criminal Legislation and Judiciary Practice. European Journal of Crime, Criminal Law & Criminal Justice

Slomczynski, Kazimierz M. & Goldie Shabad. 2012. Perceptions of Political Party Corruption and Voting Behavior in Poland. Party Politics

Page 1562  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

Smaltz, Donald C. 1998. The Independent Counsel: A View from Inside. Georgetown Law Journal

Smart, A. & C.L. Hsu. 2007. "Corruption or Social Capital? Tact and the Performance of Guanxi in Market Socialist China", in M. Juijten & G. Anders eds., Corruption and the Secret of Law: A Legal Anthropological Perspective. (Burlington, VT: Ashgate)

Smarzynska, B.K. & S.-J. Wei. 2000. Corruption and the Composition of Foreign Direct Investment: Firm Level Evidence. NBER Working Paper No. 7969.

Smilov, D. 2010. Anticorruption Agencies: Expressive, Constructivist and Strategic Uses. Crime, Law & Social Change

Smirnova, Larisa. 2014. Political Reform and the Fight Against Corruption in the PRC: International Experience and the Chinese Model. International Affairs

Smith, Brian. 2008. Edmund Burke, the Warren Hastings Trial, and the Moral Dimension of Corruption. Polity

Smith, Charles F. & Brittany D. Parling. 2012. "American Imperialism": A Practitioner's Experience with Extraterritorial Enforcement of the FCPA. University of Chicago Legal Forum

Smith, D., H. Stettler & W. Beedles. 1984. An Investigation of the Information Content of Foreign Sensitive Payment Disclosures. Journal of Accounting & Economics

Smith, Daniel J. 2014. Corruption Complaints, Inequality and Ethnic Grievances in Post-Biafra Nigeria. Third World Quarterly

Smith, Daniel Jordan. 2001. Kinship and Corruption in Contemporary Nigeria. Ethnos 66(3): 344-364.

Smith, Daniel Jordan. 2008. A Culture of Corruption: Everyday Deception and Popular Discontent in Nigeria.

Smith, Eric J. 2012. Resolving Ambiguity in the FCPA through Compliance with the OECD Convention on Bribery of Foreign Public Officials. Maryland Journal of International Law

Smith, L.E. 2014. Is Strict Liability the Answer in the Battle against Foreign Corporate Bribery? Brooklyn Law Review

Smith, N. & E. Thomas. 2015. Determinants of Russia's Informal Economy: The Impact of Corruption and Multinational Firms. Journal of East-West Business

Smith, Richard C. 2013. Combating FCPA Charges: Is Resistance Futile? Virginia Journal of International Law

Smith, Russell G. & Penny Jorna. 2012. "Corrupt Misuse of Information and Communications Technologies", in Adam Graycar & Russell G. Smith eds., Handbook of Global Research and Practice in Corruption ,

Smith, Trevor. 1995. Political Sleaze in Britain: Causes, Concerns, and Cures. Parliamentary Affairs

Smith-Crowe, K. & D. Warren. 2014. The Emotion-Evoked Collective Corruption Model: The Role of Emotion in the Spread of Corruption within Organizations. Organizational Science

Smulovitz, Catalina & Enrique Peeruzzotti. 2000. Societal Accountability in Latin America. Journal of Democracy

Smyth, Russell & Joanne Xiaolei Qian. 2008. Corruption and Left-Wing Beliefs in a Post-Socialist Transition Economy: Evidence from China's Harmonious Society. Economics Letters .

Sneath, D. 2002. Reciprocity and Notions of Corruption in Contemporary Mongolia.Mongolian Studies

Sneath, David. 2006. Transacting and Enacting: Corruption, Obligation, and the Use of Monies in Mongolia. Ethnos

Snider, Thomas R. & Won Kidane. 2007. Combating Corruption Through International Law in Africa: A Comparative Analysis. Cornell International Law Journal

Snow Bailard, Catie. 2009. Mobile Phone Diffusion and Corruption in Africa. Political Communication.

Snyder, James M., Jr. & David Stromberg. 2010. Press Coverage and Political Accountability. Journal of Political Economy

Sohail, M. & S. Cavill. 2008. Accountability to Prevent Corruption in Construction Projects. Journal of Construction Engineering & Management

Sohmen, Helmut. 1999. Critical Importance of Controlling Corruption. International Law

Somlo, M.J. 2015. Historical Inefficiencies and Future Potential: A Critical Analysis of the Foreign Corrupt Practices Act of 1977. International Journal of Economics & Accounting

Song, Xuguang & Wenhao Cheng. 2012. Perceptions of Corruption in 36 Major Chinese Cities: Based on Survey of 1,642 Experts. Social Indicators Research

Soper, Daniel S. & Haluk Demirkan. 2012. How ICTs Affect Democracy and Corruption in Emerging Societies. IEEE IT Professional

Soper, Daniel S. 2007. ICT Investment Impacts on Future Levels of Democracy, Corruption, and E-Government Acceptance in Emerging Countries. Working paper.

Soreide, Tina & Rory Truex. 2013. Multistakeholder Groups for Better Sector Performance: A Key to Fight Corruption in Natural Resource Governance? Development Policy Review

Soreide, Tina, Linda Groning & Rasmus H. Wandall. 2015. An Efficient Anticorruption Sanctions Regime? The Case of the World Bank. (Working paper.)

Soreide, Tina. 2006. Is It Wrong to Rank? A Critical Assessment of Corruption Indices.

CMI Working Paper 2006:1. Chr. Michelsen Institute, Bergen.

Soreide, Tina. 2008. Beaten by Bribery: Why Not Blow the Whistle? Journal of Institutional & Theoretical Economics.

Soreide, Tina. 2009. Too Risk Averse to Stay Honest? Business Corruption, Uncertainty and Attitudes Toward Risk. International Review of Law & Economics

Soreide, Tina. 2013. "Democracy's Shortcomings in Anti-Corruption", in Susan Rose-Ackerman & Paul D. Carrington eds., Anti-Corruption Policy: Can International Actors Play a Constructive Role? (Durham: Carolina Academic Press).

Soreide, Tina. 2014. Drivers of Corruption: A Limited Review. Working paper.

Sorensen, Juliet. 2012. Ideals without Illusions: Corruption and the Future of a Democratic North Africa. Northwestern University Journal of International Human Rights

Sosa, Luis A. 2004. Wages and Other Determinants of Corruption. Review of Development Economics.

Sovacool, B. & N. Andrews. 2015. Does Transparency Matter? Evaluating the Governance Impacts of the Extractive Industries Transparency Initiative (EITI) in Azerbaijan and Liberia. Resources Policy

Page 1566  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

Soyaltin, D. 2015. Political Corruption in Comparative Perspective: Sources, Status and Prospects. Political Studies Review

Spagnolo, Giancarlo. 2004. Divide et Imperia: Optimal Leniency Programmes. CEPR Discussion Papers 4840.

Spahn, Elizabeth K. 2012. Local Law Provisions under the OECD Anti-Bribery Convention. Syracuse Journal of International Law & Commerce

Spahn, Elizabeth K. 2012. Multijurisdictional Bribery Law Enforcement: The OECD Anti-Bribery Convention. Virginia Journal of International Law

Spahn, Elizabeth. 2009. Discovering Secrets: Act of State Defenses to Bribery Cases. Hofstra Law Review

Spahn, Elizabeth. 2009. International Bribery: The Moral Imperialism Critiques. Minnesota Journal of International La

Spahn, Elizabeth. 2010. Nobody Gets Hurt? Georgetown Journal of International Law

Spalding, Andrew Bradley. 2014. Corruption, Corporations, and the New Human Right. Washington University Law Review

Spalding, Andrew Brady. 2010. Unwitting Sanctions: Understanding Anti-Bribery Legislation as Economic Sanctions Against Emerging Markets. Florida Law Review

Spalding, Andrew Brady. 2011. The Irony of International Business Law: U.S.Progressivism and China's New Laissez-Faire. UCLA Law Review

Spalding, Andrew Brady. 2012. Four Unchartered Corners of Anti-Corruption Law: In Search of Remedies. Wisconsin Law Review

Spalding, Andrew Brady. 2014. Restorative Justice for Multinational Corporations.

Sparrow, Malcolm K. 1996. License to Steal: Why Fraud Plagues America's Health Care System (Westview Press).

Speck, Bruno. 2011. "Auditing Institutions", in Timothy Power & Matthew Taylor eds., Corruption and Democracy in Brazil: The Struggle for Accountability (Indiana: University of Notre Dame Press).

Spector, Bertram I., ed. 2005. Fighting Corruption in Developing Countries: Strategies and Analysis. Bloomfield, CT: Kumarian Press.

Spector, Bertram I., Michael Johnston & Phyllis Dininio. 2005. "Learning Across Cases: Trends in Anticorruption Strategies," in Bertram Spector ed. Fighting Corruption in Developing Countries: Strategies and Analysis (Bloomfield, CT: Kumarian Press)

Spence, Matthew J. 2005. American Prosecutors as Democracy Promoters: Prosecuting Corrupt Foreign Officials in U.S. Courts. Yale Law Journal

Spinesi, L. 2009. Rent-Seeking Bureaucracies, Inequality, and Growth. Journal of Development Economics

Spinney, Laura. 2011. The Underhand Ape: Why We Are All Corrupt. New Scientist

Sporkin, Stanley. 1998. The Worldwide Banning of Schmiergeld: A Look at the Foreign Corrupt Practices Act on its Twentieth Birthday. Northwestern Journal of International Law & Business

Stanig, Piero. 2015. Regulation of Speech and Media Coverage of Corruption: An Empirical Analysis of the Mexican Press. American Journal of Political Science

Page 1568  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

Stansbury, J. & B. Barry. 2007. Ethics Programs and the Paradox of Control. Business Ethics Quarterly

Stansbury, Jason M. & Bart Victor. 2009. Whistle-Blowing among Young Employees: A Life-Course Perspective. Journal of Business Ethics

Stapenhurst, F., K. Jacobs & R. Pelizzo. 2014. Corruption and Legislatures. Public Integrity

Stapenhurst, Rick & Sahr J. Kpundeh eds. 1999. Curbing Corruption: Toward a Model for Building National Integrity (Washington, D.C.: World Bank).

Stapenhurst, Rick. 2000. The Media's Rule in Curbing Corruption. Working Paper, World Bank Institute.

Stark, Andrew. 2000. Conflict of Interest in American Public Life (Cambridge: Harvard University Press).

Starr, Sonja. 2007. Extraordinary Crimes at Ordinary Times: International Justice Beyond Crisis Situations. Northwestern University Law Review

Stead, D. 2015. What Does the Quality of Government Imply for Urban Prosperity? Habitat International

Stefes, Christoph H. 2007. Measuring, Conceptualizing, and Fighting Systemic Corruption: Evidence from Post-Soviet Countries. Perspectives on Global Issues

Stein, Alex. 2012. Corrupt Intentions: Bribery, Unlawful Gratuity, and Honest-Services Fraud. Law & Contemporary Problems

Stein, Elizabeth A. & Marisa Kellam. 2014. Programming Presidential Agendas: Partisan and Media Environments that Lead Presidents to Fight Crime and Corruption. Political Communication

Steinitz, Maya & Paul A. Gowder, Jr. 2014. Corruption and the Transnational Litigation Prisoners' Dilemma. Working paper.

Stensota, Helena, Lena Wangnerud & Richard Svensson. 2015. Gender and Corruption: The Mediating Power of Institutional Logics. Governance

Stephan, Paul B. 1999. Rationality and Corruption in the Post-Socialist World. Connecticut Journal of International Law

Stephan, Paul B. 2013. Regulatory Competition and Anticorruption Law. Virginia Journal of International Law Digest

Stephenson, Kevin, Larissa Gray & Ric Power. 2011. Barriers to Asset Recovery: An Analysis of the Key Barriers and Recommendations for Action. Washington, D.C.: Stolen Asset Recovery Initiative.

Stephenson, Matthew C. 2015. "Corruption and Democratic Institutions: A Review and Synthesis", in Susan Rose-Ackerman & Paul Lagunes eds., Greed, Corruption, and the Modern State

Stepurko, T., M. Pavlova, I. Gryga & W. Groot. 2010. Empirical Studies on Informal Patient Payments for Health Care Services: A Systematic and Critical Review of Research Methods and Instruments. BMC Health Services Research

Stessens, Guy. 2001. The International Fight Against Corruption. International Review of Penal Law

Stevens, P. 2003. Resource Impact: Curse or Blessing? A Literature Survey. Journal of Energy Literature

Stevenson, Drury D. & Nicholas J. Wagoner. 2011. FCPA Sanctions: To Big to Debar? Fordham Law Review

Steves, Franklin & Alan Rousso. 2003. Anti-Corruption Programmes in Post-Communist Transitions Countries and Changes in the Business Environment, 1999-2002. EBRD

Stevulak, C. & M.P. Brown. 2011. Activating Public Sector Ethics in Transitional Societies. Public Integrity

Stewart, Carter. 2012. The FCPA Is Just as Relevant and Necessary Today as Thirty-Five Years Ago. Ohio State Law Journal

Stinson, P.M., J. Liederbach, S.L. Brewer, H.D. Schmalzried, B.E. Mathna, & K.L.

Long. 2013. A Study of Drug-related Police Corruption Arrests. Policing: An International Journal of Police Strategies & Management

Stockemer, Daniel & Aksel Sundstrom. 2013. Corruption and Citizens' Satisfaction with Democracy in Europe: What Is the Emprical Linkage? Comparative Governance & Politics .

Stockemer, Daniel, Bernadette LaMontagne & Lyle Scruggs. 2012. Bribes and Ballots: The Impact of Corruption on Voter Turnout in Democracies. International Political Science Review

Stokes, Susan C. 2005. Perverse Accountability: A Formal Model of Machine Politics with Evidence from Argentina. American Political Science Review

Stolen Assets Recovery Initiative. 2012. Public Office, Private Interests: Accountability through Income and Asset Disclosure. Washington, D.C.: Stolen Asset Recovery Initiative.

Stolenberg, Clyde D. Globalization, "Asian Values," and Economic Reform: The Impact of Tradition and Change on Ethical Values in Chinese Business. Cornell International Law Journal

Stone, B. 2015. Accountability and the Design of an Anticorruption Agency in a Parliamentary Democracy. Policy Studies

Strader, J. Kelly. 2011. Skilling Reconsidered: The Legislative-Judicial Dynamic, Honest Services Fraud, and the Ill-Conceived "Clean Up Government Act". Fordham Urban Law Journal

Stratmann, Thomas. 2003. Do Strict Electoral Campaign Finance Rules Limit Corruption? CESinfoDICE Report

Straub, Stephane. 2005. Corruption and Product Market Competition. ESE Discussion Papers 131 (Edinburgh School of Economics, University of Edinburgh) Straub, Stephane. 2008. Opportunism, Corruption and the Multinational Firm's Mode of Entry. Journal of International Economics

Straub, Stephane. 2009. Regulatory Intervention, Corruption and Competition. Review of Industrial Organization

Straub, Stephane. 2015. "The Story of Paraguayan Dams: The Long-Term Consequences of Wrongdoing in Procurement", in Susan Rose-Ackerman & Paul Lagunes eds., Greed, Corruption, and the Modern State

Strauss, David A. 1994. Corruption, Equality, and Campaign Finance Reform. Columbia Law Review .

Strauss, Emily N. 2013. "Easing Out" the FCPA Facilitation Payment Exception. Boston University Law Review

Stremlau, N., E. Fantini & I. Gagliardone. 2015. Patronage, Politics and Performance: Radio Call-In Programmes and the Myth of Accountability. Third World Quarterly

Stringhini S., S. Thomas, P. Bidwell, T. Mtui & A. Mwisongo. 2009. Understanding Informal Payments in Health Care: Motivation of Health Workers in Tanzania. Human Resources for Health

Stromberg, David. 2001. Mass Media and Public Policy. European Economic Review 4.

Stromberg, David. 2004. Mass Media Competition, Political Competition, and Public Policy. Review of Economic Studies.

Stromberg, David. 2004. Radio's Impact on Public Spending. Quarterly Journal of Economics

Subedi, M.S. 2006. Corruption in Nepal: An Anthropological Inquiry. Journal of Sociology & Anthropology

Sukhtankar, Sandip. 2012. Sweetening the Deal? Political Connections and Sugar Mills in India. American Economic Journal: Applied Economics

Sukhtankar, Sandip. 2015. The Impact of Corruption on Consumer Markets: Evidence fromt the Allocation of Second-Generation Wireless Spectrum in India. Journal of Law & Economics

Summerfield, Jason Noah. 2009. The Corruption Defense in Investment Disputes: A Discussion of the Imbalance between International Discourse and Arbitral Decisions. Transnational Dispute Management

Sun, X., J. Zhu & Y. Wu. 2014. Organizational Clientalism: An Analysis of Private Entrepreneurs in Chinese Local Legislatuers. Journal of East Asian Studies

Sun, Y. 2001. The Politics of Conceptualizing Corruption in Reform China. Crime, Law & Social Change.

Sun, Yan & Michael Johnston. 2009. Does Democracy Check Corruption? Insights from China and India. Comparative Politics

Sun, Yan. 1999. Reform, State, and Corruption: Is Corruption Less Destructive in China than in Russia? Comparative Politics

Sun, Yan. 2004. Corruption and Market in Contemporary China.

Sun, Yan. 2009. "Cadre Recruitment and Corruption: What Goes Wrong?", in Gong, T. & S.K. Ma eds., Preventing Corruption in Asia: Institutional Design and Policy Capacity (London: Routledge),

Sundell, Anders. 2012. Legalize It: An Argument for Formalizing Petty Corruption when State Capacity is Low. QoG Working Paper Series

Sundell, Anders. 2012. What Is the Best Way to Recruit Public Servants? QoG Working Paper Series

Sundell, Anders. 2013. Nepotism in the Swedish Central Public Administration 1790-1925.

Sundell, Anders. 2014. Are Formal Civil Service Examinations the Most Meritocratic Way to Recruit Civil Servants? Not in All Countries. Public Administration

Sundell, Anders. 2014. Understanding Informal Payments in the Public Sector: Theory and Evidence from Nineteenth Century Sweden. Scandinavian Political Studies

Sundet, Geir. 2007. Public Expenditure Tracking Studies: Lessons from Tanzania. U4 Brief No. 14 (Bergen: Chr. Michelsen Institute).

Sundet, Geir. 2008. Following the Money: Do Public Expenditure Tracking Surveys Matter? U4 Issue 2008:8. Bergen, Norway: U4 Anti-Corruption Resource Center.

Sundstrom, A. & D. Stockemer. 2015. Voter Turnout in the European Regions: The Impact of Corruption Perceptions. Electoral Studies

Sundstrom, A. 2015. Covenants with Broken Swords: Corruption and Law Enforcement in Governance of the Commons. Global Environmental Change—Human & Policy Dimensions

Sundstrom, Aksel & Lena Wangnerud. 2014. Corruption as an Obstacle to Women's Political Representation: Evidence from Local Councils in 18 European Countries. Party Politics .

Sundstrom, Aksel. 2012. Corruption and Regulatory Compliance: Experimental Findings from South African Small-Scale Fisheries. Marine Policy

Sundstrom, Aksel. 2013. Corruption in the Commons: Why Bribery Hampers Enforcement of Environmental Regulations in South African Fisheries. International Journal of the Commons

Sung, Hung-En & Doris Chu. 2003. Does Participation in the World Economy Reduce Political Corruption? An Empirical Inquiry. International Journal of Comparative Criminology

Sung, Hung-En. 2002. A Convergence Approach to the Analysis of Political Corruption: A Cross-National Study. Crime, Law & Social Change

Sung, Hung-En. 2003. Fairer Sex or Fairer System? Gender and Corruption Revisited. Social Forces

Sung, Hung-En. 2004. Democracy and Political Corruption: A Cross-National Comparison. Crime, Law & Social Change

Sung, Hung-En. 2005. Between Demand and Supply: Bribery in International Trade. Crime, Law & Social Change

Sung, Hung-En. 2006. From Victims to Saviors? Women, Power, and Corruption. Current History

Sung, Hung-En. 2009. Transnational Corruption in Weapon Procurement in East Asia: A Case Analysis. Sociological Focus

Sung, Hung-En. 2012. Women in Government, Public Corruption, and Liberal Democracy: A Panel Analysis. Crime, Law & Social Chang

Sunstein, Cass R. 1998. Bad Incentives and Bad Institutions. Georgetown Law Journal

Suphachalasai, Suphachol. 2005. Bureaucratic Corruption and Mass Media. Working Paper.

Suriya, Komsan & Sumate Pruekruedee. 2014. Bounded Rational Corruptoin Model.

Empirical Econometrics & Quantitative Economics Letters 3(1): 1-32.

Surjadinata, Kenneth U. 1998. Revisiting Corrupt Practices from a Market Perspective. Emory Int'l L.

Suryadarma, Daniel. 2012. How Corruption Diminishes the Effectiveness of Public Spending on Education in Indonesia. Bulletin of Indonesian Economic Studies 48(1): 85-100.

Sutherland, E. 2014. Corruption and Internet Governance. Info

Sutherland, E. 2015. Bribery and Corruption in Telecommunications—The Kingdom of Morocco..

Svensson, Jakob. 2000. Foreign Aid and Rent-Seeking. Journal of International Economics.

Svensson, Jakob. 2003. Who Must Pay Bribes and How Much? Evidence from a Cross Section of Firms. Quarterly Journal of Economics

Page 1576  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

Svensson, Jakob. 2005. Eight Questions about Corruption, J. Econ. Perspectives,

Swaleheen, Mushfiq us. 2007. Corruption and Investment Choices: A Panel Data Study. Kyklos

Swaleheen, Mushfiq us. 2008. Corruption and Saving in a Panel of Countries. Journal of Macroeconomics

Swaleheen, Mushfiq. 2011. Economic Growth with Endogenous Corruption: An Empirical Study. Public Choice

Swamy, Anand, Stephen Knack, Young Lee & Omar Azfar. 2001. Gender and Corruption. Journal of Development Economics

Swanson, Todd. 2007. Greasing the Wheels: British Deficiencies in Relation to American Clarity in International Anti-Corruption Law. Georgia Journal of International & Comparative Law

Syfert, Scott D. 1999. Capitalism or Corruption? Corporate Structure, Western Investment and Commercial Crime in the Russian Federation. N.Y.L. Sch. J. Int'l & Comp.

Szanto, Z. 1999. Principals, Agents, and Clients: Review of the Modern Concept of Corruption. Innovation: The European Journal of the Social Sciences

Szarek-Mason, Patrycja. 2014. "OLAF: The Anti-Corruption Policy within the European Union", in Jean-Bernard Auby, Emmanuel Breen & Thomas Perroud eds., Corruption and Conflicts of Interest: A Comparative Law Approach

Szeftel, Morris. 1998. Misunderstanding African Politics: Corruption and the Governance Agenda. Review of African Political Economy

Szeftel, Morris. 2000. Between Governance & Under-Development: Accumulation & Africa's 'Catastrophic Corruption'. Review of African Political Economy

Szeftel, Morris. 2000. Clientalism, Corruption and Catastrophe. Review of African Political Economy

Tabish, S.Z.S. & Kumar Neeraj Jha. 2012. The Impact of Anti-Corruption Strategies on Corruption Free Performance in Public Construction Projects. Construction Management & Economics

Takyi-Asiedu, Stephen. 1993. Some Socio-Cultural Factors Retarding Entrepreneurial Activity in Sub-Saharan Africa. Journal of Business Venturing

Tamashasky, Eric. 2004. The Lewis Carroll Offense: The Ever-Changing Meaning of "Corruptly" Within the Federal Criminal Law. Journal of Legislation

Tambulasi, R.I.C. 2009. The Public Sector Corruption and Organised Crime Nexus: The Case of the Fertiliser Subsidy Programme in Malawi. African Security Review 1

Tamm, I., C. Lucky & S. Humphreys. 2005. Legal Remedies for the Resource Curse: A Digest of Experience in Using Law to Combat Natural Resource Corruption.

Tangri, Roger & Andrew M. Mwenda. 2001. Corruption and Cronyism in Uganda's Privitisation in the 1990s. African Affairs

Tangri, Roger & Andrew M. Mwenda. 2003. Military Corruption and Ugandan Politics Since the Late 1990s. Review of African Political Economy 98:

Tangri, Roger & Andrew M. Mwenda. 2006. Politics, Donors and the Ineffectiveness of Anti-Corruption Institutions in Uganda. Journal of Modern African Studies

Tannenbaum, Brette M. 2012. Reframing the Right: Using Theories of Intangible Property to Target Honest Services Fraud After Skilling. Columbia Law

Page 1578  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

Tansung, Cagla. 2014. "The Legal Regulations for the Prevention of Corruption of Civil Servants in Turkey and the Council of Ethics for Public Service", in Jean-Bernard Auby, Emmanuel Breen & Thomas Perroud eds., Corruption and Conflicts of Interest: A Comparative Law Approach

Tanzi, Vito & Hamid R. Davoodi. 1997. Corruption, Public Investment and Growth. International Monetary Fund Working Paper No. 97/139.

Tanzi, Vito. 1995. Corruption, Governmental Activities, and Markets. Finance & Development

Tanzi, Vito. 1998. Corruption Around the World: Causes, Consequences, Scope and Cures. IMF Staff Papers

Tanzi, Vito. 2000. Policies, Institutions and the Dark Side of Economics (Cheltenham, UK: Edward Elgar).

Tarullo, Daniel K., Claire M. Dickerson, Joel Paul & Susan Rose-Ackermanl. 2000.

Political Corruption as an International Offense. Proceedings of the Annual Meeting (American Society of International Law) 94: 56-59

Tarullo, Daniel. 2004. The Limits of Institutional Design: Implementing the OECD Anti-Bribery Convention. Virginia Journal of International Law

Tarun, Robert W. & Peter P. Tomczak. 2010. A Proposal for a United States Department of Justice Foreign Corrupt Practices Act Leniency Policy. American Criminal Law Review

Tavares, Jose. 2003. Does Foreign Aid Corrupt? Economic Letters

Tavares, Samia Costa. 2007. Do Rapid Political and Trade Liberalizations Increase Corruption? European Journal of Political Economy

Tavits, Margit & Joshua D. Potter. 2012. Electoral Institutions and Corruption in Campaign Finance. .

Tavits, Margit. 2007. Clarity of Responsibility and Corruption. American Journal of Political Science.

Tavits, Margit. 2008. Representation, Corruption, and Subjective Well-Being. Comparative Political Studies

Tavits, Margit. 2010. Why Do People Engage in Corruption? The Case of Estonia. Social Forces

Taylor, Cherie O. 2008. The Foreign Corrupt Practices Act: A Primer. International Trade Law Journal

Taylor, Jennifer Dawn. 2001. Ambiguities in the Foreign Corrupt Practices Act: Unnecessary Costs of Fighting Corruption? Louisiana Law Review

Taylor, Scott D. 2006. Divergent Politico-Legal Responses to Past Presidential Corruption in Zambia and Kenya: Catching the "Big Fish", or Letting Them Off the Hook? Third World Quarterly

Teachout, Zephyr. 2009. The Anti-Corruption Principle. Cornell Law Review

Teachout, Zephyr. 2014. Corruption in America (Cambridge: Harvard University Press).

Teixeira, A.A.C. & L. Guimaraes. 2015. Corruption and FDI: Does the Use of Distinct Proxies for Corruption Matter? Journal of African Business

Teksoz, S. Utku. 2004. Corruption and Foreign Direct Investment: An Empirical Analysis. Working paper.

Tenbrunsel, A.E. & D.M. Messick. 1999. Sanctioning Systems, Decision Frames, and Cooperation. Administrative Science Quarterly

Tenbrunsel, Ann E. & David E. Messick. 2004. Ethical Fading: The Role of Self-Deception in Unethical Behavior. Social Justice Research

Tenbrunsel, Ann E., K. Smith-Crowe & E.E. Umphress. 2003. Building Houses on Rocks: The Role of the Ethical Infrastructure in Organizations. Social Justice Research

Tenbrusel, A.E. & K. Smith-Crowe. 2008. Ethical Decision Making: Where We've Been and Where We're Going. Academy of Management Annals

Teorell, Jan & Bo Rothstein. 2015. Getting to Sweden, Part I: War and Malfeasance, 1720-1850. Scandinavian Political Studies

Teorell, Jan. 2007. Corruption as an Institution: Rethinking the Origins of the Grabbing Hand. QoG Working Paper Series 2007: 5 (The Quality of Government Institute, University of Gothenburg)

Testa, Cecilia. 2010. Bicameralism and Corruption. European Economic Review

Thachil, Tariq & Emmanuel Teitelbaum. 2015. Ethnic Parties and Public Spending. Compartive Political Studies

Thachuk, Kimberly. 2005. Corruption and International Security. SAIS Review

Thampi, Gopakumar & Sita Sekhar. 2006. "Citizen Report Cards", in Charles Sampford, Arthur Shacklock, Carmel Connors & Fredrik Galtung eds., Measuring Corruption (Aldershot: Ashgate)

Themudo, Nuno S. 2013. Reassessing the Impact of Civil Society: Nonprofit Sector, Press Freedom, and Corruption. Governance

Themudo, Nuno S. 2014. Government Size, Nonprofit Sector Strength, and Corruption: A Cross-National Examination. American Review of Public Administratio

Theobald, Robin. 1990. Corruption, Development, and Underdevelopment (Durham: Duke University Press)

Theobald, Robin. 1994. Lancing the Swollen African State: Will It Alleviate the Problem of Corruption? Journal of Modern African Studies

Theobald, Robin. 1997. Can Debt Be Used To Combat Political Corruption in Africa? Crime, Law & Social Change

Theobald, Robin. 1999. So What Really Is the Problem about Corruption? Third World Quarterly

Thomas, Chantal. 1999. Does the "Good Governance Policy" of the International Financial Institutions Privilege Markets at the Expense of Democracy? Connecticut Journal of International Law

Thomas, Cortney C. 2010. The Foreign Corrupt Practices Act: A Decade of Rapid Expansion Explained, Defended, and Justified. Review of Litigation 29: 439-470.

Thomas, M.A. & Patrick Meagher. 2004. A Corruption Primer: An Overview of Concepts in the Corruption Literature. IRIS Discussion Paper No. 04/03.

Thomas, Melissa. 2010. What Do the Worldwide Governance Indicators Measure? European Journal of Development Research 2

Thompson, Dennis F. 1985. Ethics in Congress: From Individual to Institutional Corruption. Washington, D.C.: Brookings Institution.

Thompson, Dennis F. 1993. Mediated Corruption: The Case of the Keating Five. American Political Science Review

Thompson, Dennis F. 2005. Two Concepts of Corruption: Making Campaigns Safe for Democracy. George Washington Law Review

Thompson, L.D. 2014. In-Sourcing Corporate Responsibility for Enforcement of the Foreign Corrupt Practices Act. American Criminal Law Review

Thompson, Robin & Ana Xavier. 2003. Unofficial Payments for Acute State Hospital Care in Kazakhstan: A Model of Physician Behavior with Price Discrimination and Vertical Service Differentiation. Royal Economic Society Annual Conference 2003, 224.

Thornton, J. 2008. Corruption and the Composition of Tax Revenue in Middle East and African Economies. South African Journal of Economics

Thornton, M. 2002. Corruption and Foreign Aid.

Thoumi, Francisco E. 1987. Some Implications of the Growth of the Underground Economy in Columbia. J. Interamerican Stud. & World Af.

Tian, P. 2015. A Tale of Two Systems. Nature

Tian, Xiaowen & Vai Io Lo. 2009. Conviction and Punishment: Free Press and Competitive Elections as Deterrents to Corruption. Public Management Review

Tignor, Robert L. 1993. Political Corruption in Nigeria Before Independence. Journal of Modern African Studies

Tillipman, Jessica. 2012. A House of Cards Falls: Why "Too Big to Debar" Is All Slogan and Little Substance. Fordham Law Review Res Getae

Timamy, K.M.H. 2005. African Leaders and Corruption. Review of African Political Economy .

Timmons, J.F. & F. Garifas. 2015. Revealed Corruption, Taxation, and Fiscal Accountability: Evidence from Brazil. World Development.

Timofeyev, Y. 2015. Analysis of Predictors of Organizational Losses Due to Occupational Corruption. International Business Review

Ting, Michael M. 2008. Whistleblowing. American Political Science Review

Tirole, Jean. 1986. Hierarchies and Bureaucracies–On the Role of Collusion in Organizations. Journal of Law, Economics, & Organization .

Tirole, Jean. 1996. A Theory of Collective Reputations with Applications to the Persistence of Corruption and to Firm Quality Review of Economic Studies

Tiwari, Aviral Kumar. 2012. Corruption, Democracy and Bureaucracy. Theoretical & Applied Economics

To, Phuc Xuan, Sango Mahanty & Wolfram Dressler. 2014. Social Networks of Corruption in the Vietnamese and Lao Cross-Border Timber Trade. Anthropological Forum.

Tomaszewksa, Ewa & Anwar Shah. 2000. Phantom Hospitals, Ghost Schools and Roads to Nowhere: The Impact of Corruption on Public Service Delivery Performance in Developing Countries. (World Bank Working Paper).

Tomini, S. & H. Maarse. 2011. How Do Patient Characteristics Influence Informal Payments for Inpatient and Outpatient Health Care in Albania: Results of Logit and OLS Models Using Albanian LSMS 2005. BMC Public Health

Tomsa, D. 2015. Local Politics and Corruption in Indonesia's Outer Islands. Journal of the Humanities & Social Sciences of Southeast Asia & Oceania 171(2-3): 196-.

Tonoyan, Vartuhi, M. Perlitz & W.W. Wittmann. 2004. "Corruption and Entrepreneurship: Unwrittten Codes of Conduct, Trust and Social Values, East-West Comparison", in Frontiers of Entrepreneurship (Babson Park: Babson College)

Tonoyan, Vartuhi, Robert Strohmeyer, Moshin Habib & Manfred Perlitz. 2010.

Corruption and Entrepreneurship: How Formal and Informal Institutions Shape Small Firm Behavior in Transition and Mature Market Economies. Entrepreneurship: Theory & Practice .

Tonoyan, Vartuhi. 2003. Corruption and Entrepreneurship: Does Trust Matter? Journal of Transforming Economies & Societies

Tonoyan, Vartuhi. 2005. "The Dark Side of Trust: Corruption and Entrpreneurship", in H. Hohmann & F. Welter eds., Trust and Entrepreneurship: A West-East-Perspective (Cheltenham: Edward Elgar)

Torenvlied, Rene & Carolien M. Klein Haarhuis. 2008. Polarization and Policy Reform: Anti-Corruption Policymaking in Sub-Saharan Africa. Journal of Peace Research

Torgler, Benno & Bin Dong. 2009. Corrutpion and Political Interest: Empirical Evidence at the Micro Level. Journal of Interdisciplinary Economics

Torgler, Benno & Marco Piatti. 2013. Extraordinary Wealth, Globalization, and Corruption. Review of Income & Wealth.

Torgler, Benno & Neven T. Valev. 2006. Corruption and Age. Journal of Bioeconomics

Torgler, Benno & Neven T. Valev. 2007. Public Attitudes toward Corruption and Tax Evasion: Investigating the Role of Gender Over Time. Working paper.

1584

Torgler, Benno & Neven T. Valev. 2010. Gender and Public Attitudes toward Corruption and Tax Evasion. Contemporary Economic Policy

Torgler, Benno. 2004. Tax Morale, Trust and Corruption: Empirical Evidence from Transition Countries. Working paper.

Tornell, A. & P. Lane. 1999. Voracity and Growth. American Economic Review

Tornell, Aaron & Philip Lane. 1999. The Voracity Effect. American Economic Review

Tornell, Aaron & Philip R. Lane. 1998. Are Windfalls a Curse? A Non-Representative Agent Model of the Current Account. Journal of International Economics 44: 83-112.

Torres-Fowler, R. Zachary & Kenneth Anderson. 2011. The Bribery Act's New Approach to Corporate Hospitality. Virginia Journal of International Law Digest

Torres-Fowler, R. Zachary. 2012. Undermining ICSID: How the Global Antibribery Regime Impairs Investor-State Arbitration. Virginia Journal of International Law

Torrez, Jimmy. 2002. The Effect of Openness on Corruption. Journal of International Trade & Economic Development

Torsello, Davide. 2010. Corruption and the Economic Crisis: Empirical Indications from Eastern Europe. Slovak Foreign Policy Affair

Torsello, Davide. 2011. The Ethnographic Study of Corruption: Research Themes in Political Anthropology. Working Paper 2011:2, Quality of Government Institute, University of Gothenburg.

Torsello, Davide. 2012. Environmental Activism, Corruption and Local Responses to the EU Enlargement: Case Studies from Eastern and Western Europe. Urbanites 1(1): 54-59.

Page 1586  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

Torsello, Davide. 2015. "The Ethnographic Study of Corruption: Methodology and Research Focuses" , in Paul M. Heywood ed., The Routledge Handbook of Political Corruption (New York: Routledge)

Torvik, Ragnar 2002. Natural Resources, Rent Seeking and Welfare. Journal of Development Economics

Tosun, M.U., M.O. Yurdakul & Varol Iyidogan. 2014. The Relationship between Corruption and Foreign Direct Investment Inflows in Turkey: An Empirical Examination. Transylvanian Review of Administrative Sciences

Townsend, Janet G. & Alan R. Townsend. 2004. Accountability, Motivation and Practice: NGOs North and South. Social & Cultural Geography

Toye, John & Mick Moore. 1998. Taxation, Corruption and Reform. European Journal of Development Researc

Tran, Anh. 2011. Which Regulations Reduce Corruption? Evidence from the Internal Records of a Bribe-Paying Firm.

Tran, Ngoc Anh. 2010. "Corruption, Political Systems and Human Development," in A.K. Rajivan & R. Gampat eds., Perspectives on Corruption and Human Development (McMillan)

Trautman, Lawrence J. & Kara Altenbaumer-Price. 2011. The Foreign Corrupt Practices Act: Minefield for Directors. Virginia Law & Business Review

Treisman, Daniel. 2000. The Causes of Corruption: A Cross National Study. Journal of Public Economics

Treisman, Daniel. 2006. Fiscal Decentralization, Governance, and Economic Performance: A Reconsideration. Economics & Politic

Treisman, Daniel. 2007. What Have We Learned About Causes of Corruption from Ten Years of Cross-National Empirical Research? Annual Review of Political Science

Treisman, Daniel. 2015. "What Does Cross-National Emperical Research Reveal About the Causes of Corruption?" , in Paul M. Heywood ed., The Routledge Handbook of Political Corruption (New York: Routledge)

Trevino, L.K. & G.R. Weaver. 2001. Organizational Justice and Ethics Program Follow Through: Influences on Employees' Helpful and Harmful Behavior. Business Ethics Quarterly

Trevino, L.K. & G.R. Weaver. 2003. Managing Ethics in Business Organizations (Stanford, CA: Stanford Business Books).

Trevino, L.K. & S.A. Youngblood. 1990. Bad Apples in Bad Barrels: A Causal Analysis of Ethical Decision-Making Behavior. Journal of Applied Psychology

Trevino, Linda K., G.R. Weaver, D. Gibson & B. Toffler. 1999. Managing Ethics and Legal Compliance: What Works and What Hurts. California Management Review

Trevino, Linda K., Gary R. Weaver & Scott J. Reynolds. 2006. Behavior Ethics in Organizations: A Review. Journal of Management

Trivunovic, M., J. Johnson & N. Taxell. 2013. The Role of Civil Society in the UNCAC Review Process: Moving Beyond Compliance? U4 Issue 2013:4 (Bergen: CMI).

Tromme, M. & M.A.L. Otaola. 2014. Enrique Pena Nieto's National Anti-Corruption Commission and the Challenges of Waging War Against Corruption in Mexico. Mexican Studies

Trongmateerut, P. & J.T. Sweeney. 2013. The Influence of Subjective Norms on Whistle-Blowing: A Cross-Cultural Investigation. Journal of Business Ethics 112(3): 437-451.

Tronnes, Robert D. 2000. Ensuring Uniformity in the Implementation of the 1997 OECD Convention on Combating Bribery of Foreign Public Officials in International Business Transactions. George Washington International Law Review

Trost, Christine & Alison L. Gash.2008. Conflict of Interest and Public Life: Cross-National Perspectives. Cambridge: Cambridge University Press.

Truex, Rory & Tina Soreide. 2011. "Why Multi-Stakeholder Groups Succeed and Fail", in International Handbook on the Economics of Corruption, Vol. II. (Edward Elgar Publishing).

Truex, Rory. 2011. Corruption, Attitudes, and Education: Survey Evidence from Nepal. World Development

Trzcinski, Leah M. 2013. The Impact of the Foreign Corrupt Practices Act on Emerging Markets: Company Decision-Making in a Regulated World. New York University Journal of International Law & Politics

Tsalikis, John & Osita Nwachukwu. 1991. A Comparison of Nigerian to American Views of Bribery and Extortion in International Commerce. Journal of Business Ethics

Tudoroiu, Theodor. 2014. Democracy and State Capture in Moldova. Democratization.

Tullock, Gordon. 1996. Corruption Theory and Practice. Contemporary Economic Policy

Tummala, Krishna K. 2002. Corruption in India: Control Measures and Consequences. Asian Journal of Political Science.

Turk, Matthew C. 2013. A Political Economy Approach to Reforming the Foreign Corrupt Practices Act. Northwestern Journal of International Law & Business

Turner, Wayne. 2009. The False Claims Act: How Vigilantes Find Justice Fighting Government Fraud and Corruption. University of the District of Columbia Law Review

1588

Page 1589  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

Tusalem, R.F. 2015. State Regulation of Religion and the Quality of Governance. Politics & Policy

Tverdova, Yuliya V. 2011. See No Evil: Heterogeneity in Public Perception of Corruption. Canadian Journal of Political Science

Tyburski, M.D. 2014. Curse or Cure? Migrant Remittances and Corruption. Journal of Politics

Tyler, Andrew. 2011. Enforcing Enforcement: Is the OECD Anti-Bribery Convention's Peer Review Effective? George Washington International Law Review

Tyler, Tom R. & Steven L. Blader. 2005. Can Businesses Effectively Regulate Employee Conduct? The Antecedents of Rule Following in Work Settings. Academy of Management Journal

Uberti, L.J. 2014. Is Separation of Powers a Remedy for the Resource Curse? Firm Licensing, Corruption and Mining Development in Post-War Kosovo. New Political Economy

Uche, R.D. 2014. Students' Perception of Corrupt Practices Among Nigerian Universities Lecturers. American Journal of Humanities & Social Sciences

Uchendu, F.N. & T.O. Abolarin. 2015. Corrupt Practices Negatively Influenced Food Security and Life Expectency in Developing Countries. Pan African Medical Journal

Udin, M. Bashir. 2014. Human Trafficking in South Asia: Issues of Corruption and Human Security. International Journal of Social Work & Human Services

Udombana, Nsongurua J. 2003. Fighting Corruption Seriously? Africa's Anti-Corruption Convention. Sing. J. Int'l & Comp.

1589

Ugol'nitskii, G.A. & A.B. Usov. 2014. Dynamic Models of Struggle against Corruption in Hierarchical Management Systems of Exploitation of Biological Resources. Journal of Computer & Systems Sciences International

Ugur, M. & N. Dasgupta. 2011. Evidence on the Economic Growth Impacts of Corruption in Low-Income Countries and Beyond: A Systematic Review. University of London, EPPI-Centre.

Ugur, Mehmet. 2014. Corruption's Direct Effects on Per-Capita Income Growth: A Meta-Analysis. Journal of Economic Surveys .

Uhlenbruck, K., P. Rodriguez, J. Doh & L. Eden. 2006. The Impact of Corruption on Entry Strategy: Evidence from Telecommunication Projects in Emerging Economies. Organization Science

Ujhelyi, Gergely. 2014. Civil Service Rules and Policy Choices: Evidence from U.S. State Governments. American Economic Journal: Economic Policy

Ukase, Patrick & Bem Audu. 2015. The Role of Civil Society in the Fight Against Corruption in Nigeria's Fourth Republic: Problems, Prospects and the Way Forward. European Scientific Journal

Ul Haque, Nadeem & Ratna Sahay. 1996. Corruption and the Rate of Temptation: Do Government Wage Cuts Close Budget Deficits? Costs of Corruption. IMF Staff Papers

Umek, Lan. 2014. An Application of Subgroup Discovery Algorithm on the Case of Decentralization and Quality of Governance in EU. International Public Administration Review

Underkuffler, Laura. 2013. Captured by Evil: The Idea of Corruption in Law. (New Haven: Yale University Press).

UNDP Bratislava Regional Centre. 2011. Study on the Role of Social Media for Enhancing Public Transparency and Accountability in Eastern Europe and the Commonwealth of Independent States: Emerging Models, Opportunities and Challenges.

1590

Ungpakorn, J.G. 2002. From Tragedy to Comedy: Political Reform in Thailand. Journal of Contemporary Asia 32(2): 191-205.

United Nations Development Program. 2014. Anticorruption Strategies: Understanding What Works, What Doesn't and Why, Lessons Learned from the Asia Pacific Region. (Bangkok: UNDP).

United Nations Development Programme. 2005. Institutional Arrangements to Combat Corruption: A Comparative Study.

Uribe, L.J. 2014. The Dark Side of Social Capital Re-Examined from a Policy Analysis Perspective: Networks of Trust and Corruption. Journal of Comparative Policy Analysis

Urofsky, Philip, Hee Won (Marina) Moon & Jennifer Rimm. 2012. How Should We Measure the Effectiveness of the Foreign Corrupt Practices Act? Don't Break What Isn't Broken—The Fallacies of Reform. Ohio State Law Journal

Urofsky, Philip. 2009. "Recent Trends and Patterns in FCPA Enforcement," in White Collar Crime 2009: Prosecutors and Regulators Speak

Uslaner, Eric M. & Bo Rothstein. 2014. The Historical Roots of Corruption: State Building, Economic Inequality, and Mass Education. Working paper.

Uslaner, Eric M. 2004. "Trust and Corruption," in Johan Graff Lamsdorf, Markus Taube

& Matthias Schramm, eds. The New Institutional Economics of Corruption (Loundon: Routledge)

Uslaner, Eric M. 2007. "Inequality and Corruption," in George Mavrotas & Anthony Shorrocks, eds. Advancing Development: Core Themes in Global Economics (London: Palgrave).

Page 1592  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

Uslaner, Eric M. 2008. Corruption, Inequality, and the Rule of Law: The Bulging Pocket Makes the Easy Life. Cambridge University Press.

Uslaner, Eric M. 2009. "Corruption, Inequality, and Trust," in Gert Tinggaard Svendsen

& Gunnar Lind Haase Svendsen, eds. Handbook on Social Capital (London: Edward Elgar).

Uslaner, Eric M. 2010. "Tax Evasion, Corruption, and the Social Contract in Transition,"

in James Alm, Jorge Martinez-Vazquez & Benno Torgler, eds. Developing Alternative Frameworks for Explaining Tax Compliance (London: Routledge), pp. 206-225.

Uslaner, Eric M. 2011. Corruption and Inequality. CESifo DICE Report

Uslaner, Eric M. 2012. "Counting the Cost of Corruption," in Paul Heywood, ed.

International Handbook of Political Corruption (London: Routledge).

Uslaner, Eric M. 2015. "The Consequences of Corruption" , in Paul M. Heywood ed., The Routledge Handbook of Political Corruption (New York: Routledge), pp. 199-211.

Uzoma Ihugba, B. 2014. A Critical Analysis of the Auditing and Reporting Functions of Nigeria Extractive Industry Transparency Initiative (NEITI) Act 2007. Journal of International Trade Law & Policy 13(3): 232-.

Vachudova, M. 2009. Corruption and Compliance in the EU's Post-Communist Members and Candidates. Journal of Common Market Studies

Vadlamannati, Krishna Chaitanya. 2015. Fighting Corruption or Elections? The Politics of Anti-Corruption Policies in India. Journal of Comparative Economics (forthcoming).

1592

Vagliasindi, Maria. 2011. "Public versus Private Governance and Performance: Evidence from Public Utility Service Provision", in International Handbook on the Economics of Corruption, Vol. II. (Edward Elgar Publishing).

Vaidya, Samarth. 2005. Corruption in the Media's Gaze. European Journal of Political Economy

van Aaken, Anne, Eli Salzberger & Stefan Voigt. 2004. The Prosecution of Public Figures and the Separation of Powers. Confusion Within the Executive Branch--A Conceptual Framework. Constitutional Political Economy

van Aaken, Anne, Lars Feld & Stefan Voigt. 2010. Do Independent Prosecutors Deter Political Corruption? An Empirical Evaluation Across Seventy-Eight Countries, American Law & Economics Review

Van Alstine, Michael P. 2012. Treaty Double Jeopardy: The OECD Anti-Bribery Convention and the FCPA. Ohio State Law Journal

van Biezen, Ingrid & Petr Kopecky. 2007. The State and the Parties: Public Funding, Public Regulation and Rent-Seeking in Contemporary Democracies. Party Politics

van de Mortel, Elma & Peter Cornelisse. 1994. The Dynamics of Corruption and Black Markets: An Application of Catastrophe Theory. Public Finance 49(Supp)

van der Does de Willebois, Emile & Jean-Pierre Brun. 2013. Using Civil Remedies in Corruption and Asset Recovery Cases. Case Western Journal of International Law

van der Does de Willebois, Emile et al. 2011. The Puppet Masters: How the Corrupt Use Legal Structures to Hide Stolen Assets and What to Do About It. Washington, D.C.: Stolen Asset Recovery Initiative.

van der Ploeg, F. & S. Poelhekke. 2010. The Pungent Smell of "Red Herrings": Subsoil Assets, Rents, Volatility and the Resource Curse. Journal of Environmental Economics & Management

Van der Ploeg, F. 2011. Natural Resources: Curse or Blessing? Journal of Economic Literature

van Harn, C. & S.I. Lindberg. 2015. From Sticks to Carrots: Electoral Manipulation in Africa, 1986-2012. Government & Opposition

Van Klinken, Gerry & Edward Aspinall. 2011. "Building Relations: Corruption, Competition and Cooperation in the Construction Industry", in Edward Aspinall & Gerry Ven Klinken eds., The State and Illegalilty in Indonesia (Leiden: KITLV Press).

Van Rijckeghem, Caroline & Beatrice Weder. 2001. "Bureaucratic Corruption and the Rate of Temptation: Do Wages in the Civil Service Affect Corruption, and By How Much?" J. Development Econ.

van Rooij, Benjamin. 2005. China's War on Graft: Politico-Legal Campaigns Against Corruption in China and Their Similarities to the Legal Reactions to Crisis in the U.S. Pacific Rim Law & Policy Journal

van Vuuren, Hennie. 2014. South Africa: Democracy, Corruption and Conflict Management. Democracy Works Conference Paper.

Vanhanen, T. 1999. Domestic Ethnic Conflict and Ethnic Nepotism. Journal of Peace Research

Vanucci, A. 2009. The Controversial Legacy of 'Mani Pulite': A Critical Analysis of Italian Corruption and Anti-Corruption Policies. Bulletin of Italian Politics

Varese, Federico. 1997. The Transition to the Market and Corruption in Post-Socialist Russia. Political Studies

Varese, Federico. 2015. "Underground Banking and Corruption", in Susan Rose-Ackerman & Paul Lagunes eds., Greed, Corruption, and the Modern State ,

Varoufakis, Yanis. 2006. The Bonds that Impede: A Model of the Joint Evolution of Corruption and Apathy. Indian Economic Journal

Varvarigos, D. & P. Arsenis. 2015. Corruption, Fertility, and Human Capital. Journal of Economic Behavior & Organization

Vaughn, Robert G. 1990. Ethics in Government and the Vision of Public Service. George Washington Law Review

Vega, Matt A. 2009. The Sarbanes-Oxley Act and the Culture of Bribery: Expanding the Scope of Private Whistleblower Suits to Overseas Employees. Harvard Journal on Legislation

Vega, Matt A. 2010. Balancing Judicial Cognizance and Caution: Whether Transnational Corporations Are Liable for Foreign Bribery Under the Alien Tort Statute. Michigan Journal of International Law

Venard, Bertrand. 2009. Corruption in Emerging Countries: A Matter of Isomorphism. M@n@gement

Venard, Bertrand. 2009. Organizational Isomorphism and Corruption: An Empirical Research in Russia. Journal of Business Ethics

Venard, Bertrand. 2013. Institutions, Corruption and Sustainable Development. Economics Bulletin.

Venard, Betrand & Mohamed Hanafi. 2008. Organizational Isomorphism and Corruption in Financial Institutions: Empirical Research in Emerging Countries. Journal of Business Ethics

Ventelou, Bruno. 2002. Corruption in a Model of Growth: Political Reputation, Competition and Shocks. Public Choice

Verardi, Vincenzo. 2004. Electoral Systems and Corruption. Revista Latonoamericana de Desarrollo Economico

Verbrugge, Randal J. 2006. Nonergodic Corruption Dynamics (or, Why Do Some Regions within a Country Become More Corrupt Than Others?). Journal of Public Economic Theory

Verma, Arvind. 1999. Cultural Roots of Police Corruption in India. Policing.

Verma, P. & S. Sengupta. 2015. Bribe and Punishment: An Evolutionary Game-Theoretic Analysis of Bribery.

Veron, Rene, Glyn Williams, Stuart Corbridge & Manoj Srivastava. 2006. Decentralized Corruption or Corrupt Decentralization? Community Monitoring of Poverty-Alleviation Schemes in Eastern India. World Development

Verver, J. 2015. Lessons from the FIFA Corruption Scandal. Risk Management

Vian, Taryn & L.J. Burak. 2006. Beliefs About Informal Payments in Albania. Health Policy & Planning .

Vian, Taryn, William D. Savedoff & Harald Mathisen. 2010. Anticorruption in the Health Sector: Strategies for Transparency and Accountability (Sterling, VA: Kumarian Press).

Vian, Taryn. 2009. Review of Corruption in the Health Sector: Theory, Methods and Interventions. Health Policy & Planning

Vicente, Pedro C. & Leonard Wantchekon. 2009. Clientalism and Vote Buying: Lessons from Field Experiments in African Elections. Oxford Review of Economic Policy

Vicente, Pedro C. 2010. Does Oil Corrupt? Evidence from a Natural Experiment in West Africa. Journal of Development Economics

Page 1597  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

Vicente, Pedro C. 2011. "Oil, Corruption, and Vote-Buying: A Review of the Case of Sao Tome and Principe", in International Handbook on the Economics of Corruption, Vol. II. (Edward Elgar Publishing).

Vicente, Pedro C. 2014. Is Vote Buying Effective? Evidence from a Field Experiment in West Africa. Economc Journal

Vigneswaran, D.V. 2011. Incident Reporting: A Technique for Studying Police Corruption. Policing & Society

Villareal, Andres. 2002. Political Corruption and Violence in Mexico: Hierarchical Social Control in Local Patronage Structures. American Sociological Review

Vincke, Francois. 1997. How Effective Is the Business Community in Combating Corruption? American Society of International Law Proceedings

Vincke, Francois. 2013. Recent Anti-Corruption Initiatives and Their Impact on Arbitration. ICC International Court of Arbitration Bulletin

Vinod, Hrishikesh D. 1999. Statistical Analysis of Corruption Data and Using the Internet to Reduce Corruption. Journal of Asian Economics

Vinod, Hrishikesh D. 2003. Open Economy and Financial Burden of Corruption: Theory and Application to Asia. Journal of Asian Economics

Vinogradov, A. 2014. Government, Business, and Corruption in China. Far Eastern Affair

Vitell, Scott J., Saviour L. Nwachukwu & James H. Barnes. 1993 The Effects of Culture on Ethical Decision-Making: An Application of Hofstede's Typology. Journal of Business Ethics

Vithiatharan, V. & E.T. Gomez. 2014. Politics, Economic Crises and Corporate Governance Reforms: Regulatory Capture in Malaysia. Journal of Contemporary Asia

Vivyan, Nick, Markus Wagner & Jessica Tarlov. 2012. Representative Misconduct, Voter Perceptions and Accountability: Evidence from the 2009 House of Commons Expenses Scandal. Electoral Studies

Vlasic, Mark V. & Gregory Cooper. 2011. Beyond the Duvalier Legacy: What New

"Arab Spring" Governments Can Learn from Haiti and the Benefits of Stolen Asset Recovery. Northwestern Journal of International Human Rights

Vlasic, Mark V. & Gregory Cooper. 2011. Repatriating Justice: New Trends in Stolen Asset Recovery. Georgetown Journal of International Affairs

Vlasic, Mark V. & Jenae N. Noell. 2010. Fighting Corruption to Improve Global Security: An Analysis of International Asset Recovery Systems. Yale Journal of International Affairs. .

Vlasic, Mark V. & Peter Atlee. 2014. Myanmar and the Dodd-Frank Whistleblower

"Bounty": The U.S. Foreign Corrupt Practices Act and Curbing Grand Corruption through Innovative Action. American University International Law Review

Vogl, Frank. 1998. The Supply Side of Global Bribery. Finance & Development

Vogl, Frank. 2013. Waging War on Corruption: Inside the Movement Fighting the Abuse of Power.

Vohs, Kathleen D. & Jonathan W. Schooler. 2008. The Value of Believing in Free Will: Encouraging a Belief in Determinism Increases Cheating. Psychological Science 19: 49-54.

Voigt, Lydia & William E. Thornton. 2015. Disaster-Related Human Rights Violations and Corruption: A 10-Year Review of Post-Hurricane Katrina New Orleans. American Behavioral Scientist

Voigt, S. & J. Gutmann. 2015. On the Wrong Side of the Law – Causes and Consequences of a Corrupt Judiciary. International Review of Law & Economics (forthcoming).

Voigt, Stefan & Lorenz Blume. 2012. The Economic Effects of Federalism and Decentralization: A Cross-Country Assessment. Public Choice

Volrasarn, Thananun & Napat Harnpornchai. 2014. The Estimation of Bounded Rational Corruption Model. International Journal of Intelligent Technologies & Applied Statistics

Von Alemann, Ulrich. 2004. The Unknown Depths of Political Theory: The Case for a Multidimensional Concept of Corruption. Crime, Law & Social Change

Von Luebke, C. 2010. The Politics of Reform: Political Scandals, Elite Resistance, and Presidential Leadership in Indonesia. Journal of Current Southeast Asian Affairs,

Von Maravic, Patrick. 2007. Decentralized Corruption in Germany. Public Administration Quarterly

Von Maravic, Patrick. 2007. Public Management Reform and Corruption –

Conceptualizing the Unintended Consequences. Administration & Public Management Review

Von Muhlenbrock, Gisela. 1997. Discretion and Corruption: The Chilean Judiciary. Crime, Law & Social Change .

Von Rosenvinge, D. Alison. 2009. Global Anti-Corruption Regimes: Why Law Schools May Want to Take a Multi-Jurisdictional Approach. German Law Journal

von Soest, Christian. 2009. Stagnation of a "Miracle": Botswana's Governance Record Revisited. Working paper.

1599

Vorster, J.M. 2015. The Possible Contribution of Civil Society in the Moral Edification of South African Society: The Example of the "United Democratic Front" and the "Treatment Action Campaign" (1983-2014). Hervormde Teologiese Studies

Vostroknutova, Ekaterina. 2003. Shadow Economy, Rent-Seeking Activities and the Perils of Reinforcement of the Rule of Law.

Voyer, P.A. & P.W. Beamish. 2004. The Effect of Corruption on Japanese Foreign Direct Investment. Journal of Business Ethics

Wabwile, N. 2015. Transnational Corruption, Violations of Human Rights and States' Extraterritorial Responsibility: A Case for International Action Strategies. African Journal of Legal Studies

Wade, Robert. 1982. The System of Administrative and Political Corruption: Canal Irrigation in South India. Journal of Development Studies

Wade, Robert. 1984. Irrigation Reform in Conditions of Popular Anarchy: An Indian Case. Journal of Development Economics.

Wade, Robert. 1985. The Market for Public Office: Why the Indian State Is Not Better at Development. World Development

Wadho, W.A. 2014. Education, Rent Seeking and the Curse of Natural Resources. Economics & Politics

Wagner, Benjamin & Leslie Gielow Jacobs. 2009. Retooling Law Enforcement to Investigate and Prosecute Entrenched Corruption: Key Criminal Procedure Reforms for 289

Indonesia and Other Nations. University of Pennsylvania Journal of International Law

Wahyuni, Z., Y. Adriani & Z. Nihaya. 2015. The Relationship Between Religious Orientation, Moral Integrity, Personality, Organizational Climate and Anti Corruption Intentions in Indonesia. International Journal of Social Science & Humanity

Wallace, Claire & Rossalina Latcheva. 2006. Economic Transformation Outside the Law: Corruption, Trust in Public Institutions and the Informal Economy in Transition Countries of Central and Eastern Europe. Europe-Asia Studie

Wallace, J. Clifford. 1998. Resolving Judicial Corruption While Preserving Judicial Independence: Comparative Perspectives. California Western International Law Journal

Wallace, J.J., P.V. Fishback & S. Kantor. 2006. "Politics, Relief, and Reform: Roosevelt's Efforts to Control Corruption and Political Manipulation during the New Deal", in E.L. Glaeser & C. Goldin eds., Corruption and Reform: Lessons from America's Economic History (Chicago: University of Chicago Press)

Wallace-Bruce, Nii Lante. 2000. Corruption and Competitiveness in Global Business— The Dawn of a New Era. Melbourne University Law Review

Waller, Christopher J., Thierry Verdier & Roy Gardner. 2002. Corruption: Top Down or Bottom Up? Economic Inquiry

Wallis, John Joseph. 2005. Constitutions, Corporations, and Corruption: American States and Constitutional Change, 1842 to 1852. Journal of Economic History

Walton, Grant & S. Dix. 2013. Papua New Guinean Understandings of Corruption: Insights from a Nine Province Survey. Working paper.

Walton, Grant W. 2013. An Argument for Reframing Debates about Corruption: Insights from Papua New Guinea. Asia Pacific Viewpoint

Walton, Grant. 2009. "Rifling Through Corruption's Baggage: Understanding Corruption Through Discourse Analysis," in M. Dobashi, J. Hooker & P. Madsen eds., A Survey of

International Corporate Responsibility, Volume 4 (Charlottesville: Philosophy Documentation Centre)

Walton, Grant. 2009. Rural People's Perceptions of Corruption in Papua New Guinea.

Walton, Grant. 2010. A Comparison of Two Papua New Guinean Anti-Corruption Agencies and their Policies.

Walton, Grant. 2011. "The Rise of Economic Discourse: Corruption and Anti-Corruption in the Development Industry," in S.B. Dahiya, K. Chakravarty, N. Rathee & S.V. Lamba eds., Governance Issues and Corruption (Rohtak, India: Intellectual Foundation)

Walton, Grant. 2013. Is All Corruption Dysfunctional? Perceptions of Corruption and its Consequences in Papua New Guinea. Public Administration & Development

Walton, Grant. 2015. Defining Corruption where the State is Weak: The Case of Papua New Guinea. Journal of Development Studies

Wamey, Julius M. 1999. Can Corruption Be Measured? Bank's World

Wang, Chin-Shou & Charles Kurzman. 2007. "The Logistics: How to Buy Votes", in Frederic Charles Schaffer ed., Elections for Sale: The Causes and Consequences of Vote Buying (Boulder, CO: Lynne Rienner)

Wang, Hongying & James N. Rosenau. 2001. Transparency International and Corruption as an Issue of Global Governance. Global Governance.

Wang, K. & S. Tu. 2014. The Influence of National Leader Change on Corruption and Sovereign Rating. Acta Oeconomica

Wang, L. & J.K. Murnighan. 2014. Money, Emotions, and Ethics Across Individuals and Countries. Journal of Business Ethics

Wang, P. 2014. Extra-Legal Protection in China. British Journal of Criminology

Wang, Shing-Yi. 2013. Marriage Networks, Nepotism, and Labor Market Outcomes in China. American Economic Journal: Applied Economics

Wang, Tangjia. 2014. Is Confucianism a Source of Corruption in Chinese Society? A New Round of Debate in Mainland China. Dao

Wang, V. & L. Rakner. 2005. The Accountability Function of Supreme Audit Institutions in Malawi, Uganda and Tanzania. U4 Report 2005:4 (Bergen: CMI).

Wang, Yuhua. 2014. Institutions and Bribery in an Authoritarian State. Studies in Comparative International Development

Wangnerud, Lena. 2010. Variation in Corruption between Mexican States: Elaborating the Gender Perspective.

Wangnerud, Lena. 2012. "Why Women Are Less Corrupt Than Men", in Soren Holmberg & Bo Rothstein eds., Good Government: The Relevance of Political Science .

Wangnerud, Lena. 2015. "Gender and Corruption" , in Paul M. Heywood ed., The Routledge Handbook of Political Corruption (New York: Routledge)

Wank, David L. "Bureaucratic Patronage and Private Business: Changing Networks of Power in Urban China", in Andrew G. Walder ed., The Waning of the Communist State (Berkeley: University of California Press)

Wank, David L. 2002. Evolving Business-State Clientalism in China: The Institutional Organization of a Smuggling Operation. Working paper.

1603

Wanlin, Lori Ann. The Gap Between Promise and Practice in the Global Fight Against Corruption. Asper Review of International Business & Trade Law.

Wantchekon, Leonard. 2003. Clientalism and Voting Behavior: Evidence from a Field Experiment in Benin. World Politics

Warburton, John. 2001. "Corruption as a Social Process: From Dyads to Networks," in Corruption and Anti-Corruption (Peter Lamour & Nick Wolanin, eds.)

Ward, H. & H. Dorussen. 2015. Public Information and Performance: The Role of Spatial Dependence in the Worldwide Governance Indicators Among African Countries. World Development.

Ware, Glenn T., Shaun Moss, J. Edgardo Campos & Gregory P. Noone, "Corruption in Procurement", in Adam Graycar & Russell G. Smith eds., Handbook of Global Research and Practice in Corruption

Warin, F. Joseph & Andrew S. Boutros. 2007. Deferred Prosecution Agreements: A View from the Trenches and a Proposal for Reform. Virginia Law Review In Brief

Warin, F. Joseph, Charles Falconer & Michael S. Diamant. 2010. The British Are Coming!: Britain Changes Its Law on Foreign Bribery and Joins the International Fight Against Corruption. Texas International Law Journal

Warin, F. Joseph, Michael S. Diamant & Jill M. Pfenning. 2010. FCPA Compliance in China and the Gifts and Hospitality Challenge. Virginia Law & Business Review

Warin, F. Joseph, Michael S. Diamant & Veronica S. Root. 2011. Somebody's Watching Me: FCPA Monitorships and How They Can Work Better. University of Pennsylvania Journal of Business Law

Warner, Carolyn M. 2015. "Sources of Corruption in the European Union" , in Paul M.

Heywood ed., The Routledge Handbook of Political Corruption (New York: Routledge)


Warner, Carolyn. 2007. "Globalisation and Corruption", in G. Ritzer ed., The Blackwell Companion to Globalisation. London: Blackwell.


Warren, M. 2004. "Social Capital and Corruption", in D. Castiglione ed., Social Capital: Interdisciplinary Perspectives. (Oxford: Oxford University Press)


Warren, Mark E. 2004. What Does Corruption Mean in a Democracy? American Journal of Political Science


Warren, Mark E. 2006. Democracy and Deceit: Regulating Appearances of Corruption. American Journal of Political Science


Warren, Mark E. 2015. "The Meaning of Corruption in Democracies" , in Paul M.


Heywood ed., The Routledge Handbook of Political Corruption (New York: Routledge).


Watts, P. 2014. Corrupt Company Controllers, Their Companies and Their Companies' Creditors: Dealing with Pleas of Ex Turpi Causa. Journal of Business Law


Wayne, S. & R. Taagepera. 2005. Corruption, Culture and Communism. International Review of Sociology


Weaver, G.R. & L.K. Trevino. 1999. Compliance and Values Oriented Ethics Programs: Influences on Employees' Attitudes and Behavior. Business Ethics Quarterly


Weaver, G.R. 2001. Ethics Programs in Global Business: Culture's Role in Managing Ethics. Journal of Business Ethics

Weaver, G.R. 2006. Virtue in Organizations: Moral Identity as a Foundation for Moral Agency. Organization Studies

Weaver, G.R., L.K. Trevino & P.L. Cochran. 1999. Corporate Ethics Programs as Control Systems: Influences of Executive Commitment and Environmental Factors. Academy of Management Journal

Weaver, G.R., L.K. Trevino & P.L. Cochran. 1999. Integrated and Decoupled Corporate Social Performance: Management Values, External Pressures, and Corporate Ethics Practices. Academy of Management Journal

Webb, Philippa. 2005. The United Nations Convention Against Corruption: Global Achievement or Missed Opportunity? Journal of International Economic Law

Weber Abramo, Claudio. 2008. How Much Do Perceptions of Corruption Really Tell Us? Economics – The Open-Access, Open Assessment E-Journal

Weber, J. & K.A. Getz. 2004. Buy Bribes or Bye-Bye Bribes: The Future Status of Bribery in International Commerce. Business Ethics Quarterly

Weber, J. 2015. Investigating and Assessing the Quality of Employee Ethics Training Programs Among US-Based Global Organizations. Journal of Business Ethics

Webster, Mary Evans. 2008. Fifteen Minutes of Shame: The Growing Notoriety of Grand Corruption. Hastings International & Comparative Law Quarterly

Wedel, J. 2015. High Priests and the Gospel of Anti-Corruption. Challenge

Wedel, Janine R. 2001. Corruption and Organized Crime in Post-Communist States: New Ways of Manifesting Old Patterns. Trends in Organized Crime

1606

Wedel, Janine R. 2012. Rethinking Corruption in an Age of Ambiguity. Annual Review of Law & Social Science

Wedeman, Andrew. 1997. "Looters, Rent-Scrapers, and Dividend Collectors: The Political Economy of Corruption in Zaire, South Korea, and the Philippines," Journal of Developing Areas,

Wedeman, Andrew. 2002. "Development and Corruption: The East Asian Paradox," in E.T. Gomez, ed. Political Business in East Asia (Routledge)

Wedeman, Andrew. 2002. "State Predation and Rapid Growth: The Polarisation of Business in China," in E.T. Gomez, ed. Political Business in East Asia (Routledge)

Wedeman, Andrew. 2004. The Intensification of Corruption in China. China Quarterly

Wedeman, Andrew. 2009. "China's War on Corruption", in Gong, T. & S.K. Ma eds., Preventing Corruption in Asia: Institutional Design and Policy Capacity (London: Routledge),

Weeks, Joseph R. 1986. Bribes, Gratuities and the Congress: The Institutionalized Corruption of the Political Process, the Impotence of the Criminal Law to Reach It, and a Proposal for Change. Journal on Legislation

Weghorst, Keith R. & Staffan I. Lindberg. 2011. Effective Opposition Strategies: Collective Goods or Clientalism? Democratization

Wei, Shang-Jin & Yi Wu. 2002. Negative Alchemy? Corruption, Composition of Capital Flows, and Currency Crises, in Sebastian Edwards & Jeffrey Frankel, eds. Preventing Currency Crises in Emerging Markets (Chicago: University of Chicago Press)

Wei, Shang-Jin. 2000. How Taxing is Corruption on International Investors? Review of Economics & Statistics.

Wei, Shang-Jin. 2000. Local Corruption and Global Capital Flows. Brookings Papers on Economic Activity

Wei, Shang-Jin. 2000. Natural Openness and Good Government. NBER Working Paper No. 7765.

Wei, Shang-Jin. 2001. Corruption in Economic Development: Grease or Sand?, in Economic Survey of Europe No. 2 (United Nations Economic Commission for Europe, Geneva)

Wei, Shang-Jin. 2001. Does Corruption Provide Relief on Tax and Capital Control for International Investors?, in James R. Hines, Jr., ed. International Taxation and Multinational Activity (Chicago: University of Chicago Press)

Wei, Shang-Jin. 2001. Domestic Crony Capitalism and International Fickle Capital: Is There a Connection? International Finance

Weinograd, Charles B. 2010. Clarifying Grease: Mitigating the Threat of Overdeterrence by Defining the Scope of the Routine Government Action Exception. Virginia Journal of International Law

Weintraub, Ellen L. 2004. Perspectives on Corruption. Election Law Journal

Weisel, Ori & Shaul Shalvi. 2015. The Collaborative Roots of Corruption. Proceedings of the National Academy of Sciences of the United States of America

Weiser, Stuart Marc. 1997. Dealing with Corruption: Effectiveness of Existing Regimes on Doing Business. American Society of International Law Proceedings

Weismann, Miriam F. 2009. The Foreign Corrupt Practices Act: The Failure of the Self-Regulatory Model of Corporate Governance in the Global Business Environment. Journal of Business Ethics

1608

Weismann, Miriam F., Christopher A. Buscaglia & Jason Peterson. 2014. The Foreign Corrupt Practices Act: Why It Fails to Deter Bribery as a Global Market Entry Strategy. Journal of Business Ethics

Weiss, David C. 2009. The Foreign Corrupt Practices Act, SEC Disgorgement of Profits, and the Evolving International Bribery Regime: Weighing Proportionality, Retribution, and Deterrence. Michigan Journal of International Law

Weissman, Andrew & Alixandra Smith. 2010. Restoring Balance: Proposed Amendments to the Foreign Corrupt Practices Act (Washington, D.C.: U.S. Chamber Institute for Legal Reform).

Weitz, Justin. 2011. The Devil Is in the Details: 18 U.S.C. § 666 After Skilling v. United States. NYU Journal of Legislation and Public Policy 14: 805-.

Weitzel, Utz & Sjors Berns. 2006. Cross-Border Takeovers, Corruption, and Related Aspects of Governance. Journal of International Business Studies

Weitz-Shapiro, Rebecca & Matthew S. Winters. 2015. Can Citizens Discern? Information Credibility, Political Sophistication, and the Punishment of Corruption in Brazil.

Weitz-Shapiro, Rebecca. 2012. What Wins Votes: Why Some Politicians Opt Out of Clientalism. American Journal of Political Science

Welch, Susan & John R. Hibbing. 1997. The Effects of Charges of Corruption on Voting Behavior in Congressional Elections, 1982-1990, The Journal of Politics

Wells, Jill. 2013. "Corruption and Collusion in Construction: A View from the Industry", in Soreide, Tina & Aled Willams eds., Corruption, Grabbing and Development .

Welsch, Heinz. 2004. Corruption, Growth and the Environment: A Cross-Country Analysis. Environment & Development Economics

Welsch, Heinz. 2008. The Welfare Costs of Corruption. Applied Economics

Wen, Shuangge. 2013. The Achilles Heel that Hobbles the Asian Giant: The Legal and Cultural Impediments to Antibribery Initiatives in China. American Business Law Journa

Weng, W.W., C.K. Woo, Y.S. Cheng, T. Ho & I. Horowitz. 2015. Public Trust and Corruption Perception: Disaster Relief. Applied Economics

Werb, D., K.D. Wagner, L. Beletsky, P. Gonzalez-Zuniga, G. Rangel & S.A. Strathdee.

2015. Police Bribery and Access to Methadone Maintenance Therapy within the Context of Drug Policy Reform in Tijuana, Mexico. Drug & Alcohol Dependence

Werlin, Herbert H. 1994. Revisiting Corruption with a New Definition. International Review of Administrative Sciences .

Werlin, Herbert H. 2002. Secondary Corruption: The Concept of Political Illness. Journal of Social, Political & Economic Studies

Werlin, Herbert. 2013. Understanding International Corruption and What to Do About It. Challenge

Werner, C. 2000. Gifts, Bribes, and Development in Post-Soviet Kazakhstan. Human Organization .

Wesberry, James P., Jr. 1998. International Financial Institutions Face the Corruption Eruption: If the IFIs Put Their Muscle and Money Where Their Mouth Is, the Corruption 296 Eruption May Be Capped. Northwestern Journal of International Law & Business

Wescott, C. 2001. E-Government in the Asia-Pacific Region. Asia Journal of Political Science

Wescott, Clay G. 2003. E-Government to Combat Corruption in the Asia Pacific Region.

Westbrook, Amy Deen. 2010. Enthusiastic Enforcement, Informal Legislation: The Unruly Expansion of the Foreign Corrupt Practices Act. Georgia Law Review

Westbrook, Amy Deen. 2012. Double Trouble: Collateral Shareholder Litigation Following Foreign Corrupt Practices Act Investigations. Ohio State Law Journal

Wetter, J. Giles. 1994. Issues of Corruption before International Arbitral Tribunals: The Authentic Text and True Meaning of Judge Gunnar Lagergren's 1963 Award in ICC Case No. 1110. Arbitration International

Weyland, Kurt. 1998. The Politics of Corruption in Contemporary Latin America. Journal of Democracy

Wheeler, D. & A. Mody. 1992. International Investment Location Decisions: The Case of U.S. Firms. Journal of International Economics

Whitaker Charles N. 1992. Federal Prosecution of State and Local Bribery: Inappropriate Tools and the Need for a Structured Approach. Virginia Law Review

White, Andrew. 2006. The Paradox of Corruption as Antithesis to Economic Development: Does Corruption Undermine Economic Development in China and Indonesia and Why Are the Experiences Different in Each Country? Asian-Pacific Law & Policy Journal 8: 1-.

White, Brent T. 2009. Rotten to the Core: Project Capture and the Failure of Judicial Reform in Mongolia. East Asia Law Review

White, Brent T. 2010. Putting Aside the Rule of Law Myth: Corruption and the Case for Juries in Emerging Democracies. Cornell International Law Journal

White, Simone. 2014. "Footprints in the Sand: Regulating Conflict of Interest at EU Level", in Jean-Bernard Auby, Emmanuel Breen & Thomas Perroud eds., Corruption and Conflicts of Interest: A Comparative Law Approach

Widmalm, Sten. 2005. Explaining Corruption at the Village and Individual Level in India: Findings from a Study of the Panchayati Raj Reforms. Asian Survey

Widmalm, Sten. 2008. Decentralisation, Corruption, and Social Capital—From India to the West (Los Angeles: Sage Publications).

Widoyoko, D. 2007. Tackling Corruption to Improve Housing Services in Indonesia (Washington, D.C.: World Bank).

Wienekea, A. & T. Gries. 2011. SME Performance in Transition Economies: The Financial Regulation and Firm-Level Corruption Nexus. Journal of Comparative Economics 39: 221-229.

Wiens, David. 2013. Natural Resources and Institutional Development. Journal of Theoretical Politics.

Wigley, Simon. 2003. Parliamentary Immunity: Protecting Democracy or Protecting Corruption? Journal of Political Philosophy.

Wilhelm, Paul G. 2002. International Validation of the Corruption Perceptions Index. Journal of Business Ethics.

Wilkinson, P. 2006. "Reporting on Countering Corruption", in B. Errath ed., Business Against Corruption: Case Stories and Examples (New York: United Nations Global Compact Office)

Williams Robert, ed. 2000. Party Finance and Political Corruption. New York: St. Martin's Press.

Williams, A. Rebecca. 2015. An Inside Job: Using In-Court Sting Operations to Uncover Corruption in an Inadequate Self-Regulating System. Georgetown Journal of Legal Ethics

Williams, Andrew & Abu Siddique. 2008. The Use (and Abuse) of Governance Indicators in Economics: A Review. Economics of Governance .

Williams, Andrew. 2009. On the Release of Information by Governments: Causes and Consequences. Journal of Development Economics

Williams, Andrew. 2011. Shining a Light on the Resource Curce: An Empirical Analysis of the Relationship Between Natural Resources, Transparency, and Economic Growth. World Development

Williams, C.C. 2015. Evaluating Cross-National Variations in Envelope Wage Payments in East-Central Europe. Economic & Industrial Democracy

Williams, C.C. 2015. Explaining Cross-National Variations in the Informalisation of Employment: Some Lessons from Central and Eastern Europe. European Societies.

Williams, C.C. 2015. Tackling Informal Employment in Developing and Transition Economies: A Critical Evaluation of the Neo-Liberal Approach. International Journal of Business & Globalisation

Williams, Gregory Howard. 1990. Good Government by Prosecutorial Decree: The Use and Abuse of Mail Fraud. Arizona Law Review

Williams, H. 2002. Core Factors of Police Corruption Across the World. Forum on Crime & Society

Williams, J.W. & M.E. Beare. 1999. The Business of Bribery: Globalization, Economic Liberalization, and the "Problem" of Corruption. Crime, Law & Social Change

Page 1614  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

Williams, Robert & Alan Doig. 2004. A Good Idea Gone Wrong? Anti-Corruption Commissions in the Twenty-First Century. Bergen: The Christian Michelsen Institute.

Williams, Robert. 1999. New Concepts for Old? Third World Quarterly.

Williams, Robert. 2000. Party Finance and Political Corruption (MacMillan).

Williams, Sope. 2007. The Debarment of Corrupt Contractors from World Bank-Financed Contracts. Public Contract Law Journal

Wilsher, D. 2006. Inexplicable Wealth and Illicit Enrichment of Public Officials: A Model Draft that Respects Human Rights in Corruption Cases. Crime, Law & Social Change

Wilson, Bruce M. 2014. Costa Rica's Anti-Corruption Trajectory: Strengths and Limitations.

Wilson, John K. & Richard Damania. 2005. Corruption, Political Competition and Environmental Policy. Journal of Environmental Economics & Management

Wilson, Natasha N. 2014. Pushing the Limits of Jurisdiciton Over Foreign Actors Under the Foreign Corrupt Practices Act. Washington University Law Review

Wiltermuth, Scott S. 2011. Cheating More when the Spoils Are Split. Organizational Behavior & Homan Decision Processes

Windsor, Duane & Kathleen A. Getz. 2000. Multilateral Cooperation to Combat Corruption: Normative Regimes Despite Mixed Motives and Diverse Values. Cornell International Law Journal

Wines, W. & N. Napier. 1992. Toward an Understanding of Cross-Cultural Ethics: A Tentative Model. Journal of Business Ethics

Winters, Jeffrey A. 2002. "Criminal Debt", in Jonathan R. Pincus & Jeffrey A. Winters eds., Reinventing the World Bank.

Winters, L.A. 2004. Trade Liberalisation and Economic Performance: An Overview. Economic Journal .

Winters, M.S. & G. Martinez. 2015. The Role of Governance in Determining Foreign Aid Flow Composition. World Development

Winters, Matthew S. & Rebecca Weitz-Shapiro. 2013. Lacking Information or Condoning Corruption? When Will Voters Support Corrupt Politicians? Comparative Politics

Winters, Matthew S. & Rebecca Weitz-Shapiro. 2015. Political Corruption and Partisan Engagement: Evidence from Brazil. Journal of Politics in Latin America

Winters, Matthew S. & Rebecca Weitz-Shapiro. 2015. Who's in Charge here? Voter Punishment of Municipal Corruption.

Winters, Matthew S. 2010. Choosing to Target: What Types of Countries Get Different Types of World Bank Projects. World Politics

Winters, Matthew S. 2014. Targeting, Accountability and Capture in Development Projects. International Studies Quarterly .

Wirl, Franz. 1998. Socio-Economic Typologies of Bureaucratic Corruption and Implications. Journal of Evolutionary Economics 8: 199-220.

Witten, Roger M., Kimberly A. Parker, Jay Holtmeier & Thomas J. Koffer. 2009.

Prescriptions for Compliance with the Foreign Corrupt Practices Act: Identifying Bribery Risks and Implementing Anti-Bribery Controls in Pharmaceutical and Life Sciences Companies. Business Lawyer

Wolf, Sebastian. 2010. Assessing Eastern Europe's Anti-Corruption Performance: Views from the Council of Europe, OECD, and Transparency International. Global Crime

Wolfers, Justin. 2006. Point Shaving: Corruption in NCAA Basketballl. American Economic Review 96: 279-283.

Woodin, Christine M. 2012. A Solution to the Conflict over the Appropriate Unit of Prosecution for 18 USC § 666. University of Chicago Legal Forum

Woods, Neal D. 2008. The Policy Consequences of Political Corruption: Evidence from State Environmental Programs. Social Science Quarterly

World Bank, Energy, Transport & Water Department. 2009. Deterring Corruption and Improving Governance in the Electricity Sector (Washington, D.C.: World Bank).

World Bank, Independent Evaluation Group. 2008. Public Sector Reform: What Works and Why? An IEG Evaluation of World Bank Support. Washington, D.C.: World Bank.

World Bank, Independent Evaluation Group. 2011. A Review of World Bank Support for Accountability Institutions in the Context of Governance and Anticorruption.

World Bank. 1997. Helping Countries Combat Corruption: The Role of the World Bank.

World Bank. 2000. "Designing an Effective Anticorruption Strategy," in Anticorruption in Transition: A Contribution to the Policy Debate (Washington, D.C.: World Bank).

World Bank. 2010. Silent and Lethal: How Quiet Corruption Undermines Africa's Development Efforts (Washington, D.C.: World Bank).

World Bank. 2011 . Curbing Fraud, Corruption, and Collusion in the Roads Sector. (Washington, D.C.: World Bank).

Page 1617  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

World Bank. 2012. Fighting Corruption in Public Services: Chronicling Georgia's Reforms. Washington, D.C.: World Bank.

Worthy, Ben & Tom McClean. 2015. "Freedom of Information and Corruption" , in Paul M. Heywood ed., The Routledge Handbook of Political Corruption (New York: Routledge)

Wouters, Jan, Cedric Ryngaert & Ann Sofie Cloots. 2013. The International Legal Framework against Corruption. Melbourne Journal of International Law

Wrage, Alexandra & Kerry Mandernach. 2006. "Facilitation Payments", in B. Errath ed., Business Against Corruption: Case Stories and Examples (New York: United Nations Global Compact Office)

Wrage, Alexandra Addison. 2007. Bribery and Extortion.

Wren-Lewis, L. 2015. Do Infrastructure Reforms Reduce the Effect of Corruption? Theory and Evidence form Latin America and the Caribbean. World Bank Economic Revie

Wren-Lewis, Liam. 2013. "Anti-Corruption Policy in Regulation and Procurement: The Role of International Actors", in Susan Rose-Ackerman & Paul D. Carrington eds., Anti-Corruption Policy: Can International Actors Play a Constructive Role? (Durham: Carolina Academic Press)

Wright, B. 2010. Civilianising the 'Blue Code'? An Examination of Attitudes to Misconduct in the Police Extended Family. International Journal of Police Science & Management.

Wright, G. & J. Czelusta. 2004. Why Economies Slow: The Myth of the Resource Curse. Challenge

Wrong, Michela. 2009. It's Our Turn to Eat: The Story of a Kenyan Whistle-Blower.

Wrong, Michela. 2013. "How International Actors Can Help the Media in Developing Countries Play a Stronger Role in Combating Corruption", in Susan Rose-Ackerman & Paul D. Carrington eds., Anti-Corruption Policy: Can International Actors Play a Constructive Role? (Durham: Carolina Academic Press)

Wu, S.-Y.. 2006. Corruption and Cross-Border Investment by Multinational Firms. Journal of Comparative Economics

Wu, Xun. 2005. Corporate Governance and Corruption: A Cross-Country Analysis. Governance

Wu, Z.Y., J.C. Wu, S.C. Lin & C. Wang. 2014. An Electronic Voting Mechanism for Fighting Bribery and Coercion. Journal of Southeast Asian Studies

Wyatt, G. 2003. Corruption, Productivity, and Socialism. Kyklos .

Xin, Xiaohui & Thomas K. Rudel. 2004. The Context for Political Corruption: A Cross-National Analysis. Social Science Quarterly

Yackee, Jason Webb. 2012. Investment Treaties and Investor Corruption: An Emergent Defense for Host States? Virginia Journal of International Law

Yamamura, E. 2014. Corruption and Perceived Risk: A Case of the 2011 Fukushima Disaster. International Journal of Social Economics

Yamamura, Eiji 2014. Impact of Natural Disaster on Public Sector Corruption. Public Choice

Yan, J. & T.H. Oum. 2014. The Effect of Government Corruption on the Efficiency of US Commercial Airports. Journal of Urban Economics

Yan, Zhang & Yang Liu. 2016. The Competing Media Frame Study in One Country of Two Systems: The Case Study on Scandal of Chen Liangyu. International Journal of Social Science & Humanities

Yang, Dean. 2008. Can Enforcement Backfire? Crime Displacement in the Context of Customs Reform in the Philippines. Review of Economics & Statistics

Yang, Dean. 2008. Integrity for Hire: An Analysis of a Widespread Customs Reform. Journal of Law & Economics

Yanva, Vineeta. 2011. Political Parties, Business Groups, and Corruption in Developing Countries. Oxford University Press.

Yao, Shuntian. 2002. Privileges and Corruption: The Problems of China's Socialist Market Economy. American Journal of Economics and Sociology

Yap, O. Fiona. 2013. When Do Citizens Demand Punishment of Corruption? Results from Experimental Surveys in Australia and the United States. Australian Journal of Political Science

Yap, O. Fiona. 2014. Citizens' Response to Government Corruption: Experimental Evidence from Australia, Singapore, and the United States. Working paper.

Yavas, Cemile. 1998. A Comment on "Corruption by Design". Journal of Law, Economics & Organization

Yavas, Cemile. 2009. The Ghost of Corruption. B.E. Journal of Economic Analysis & Policy 7.

Yilmaz, G. & D. Soyaltin. 2014. Zooming into the "Domestic" in Europeanization: Promotion of Fight Against Corruption and Minority Rights in Turkey. Journal of Balkan & Near Eastern Studies

Yingling, M. Patrick & Mohamed A. Arafa. 2013. After the Revolution: Egypt's Changing Forms of Corruption. University of Baltimore Journal of International Law

Yockey, Joseph W. 2011. Solicitation, Extortion, and the FCPA. Notre Dame Law Review

Yockey, Joseph W. 2012. FCPA Settlement, Internal Strife, and the "Culture of Compliance" Wisconsin Law Review

Yockey, Joseph W. 2013. Choosing Governance in the FCPA Reform Debate. Journal of Corporation Law

Yolles, Maurice & Gerhard Fink. 2014. Personality, Pathology and Mindsets: Part 3 – Pathologies and Corruption. Kybernetes 4

Yong Hyo, C. & C. Byung-Dae. 2004. E-Government to Combat Corruption: The Case of Seoul Metropolitan Government. International Journal of Public Administration

Yoo, Seung Han. 2008. Petty Corruption. Economic Theory

Yoo, Seung Han. 2013. Competition, Corruption, and Institutional Design. Working paper.

You, Jong-Sung & Sanjeev Khagram. 2005. A Comparative Study of Inequality and Corruption. American Sociological Review.

Young, Nicola Man W., H. Worth., A. Kelly, D.P. Wilson & P. Siba. 2014. Is Endemic Political Corruption Hampering Provision of ART and PMTCT in Developing Countries? Journal of the International AIDS Society

Young, Simon N.M. 2009. Why Civil Actions Against Corruption? Journal of Financial Crime

Yu, Chilik, Chun-Ming Chen, Lung-Teng Hu & Wen-Jong Juang. 2009. "Evolving Perceptions of Government Integrity and Changing Anticorruption Measures in Taiwan", in Gong, T. & S.K. Ma eds., Preventing Corruption in Asia: Institutional Design and Policy Capacity (London: Routledge),

Yukins, Christopher R. 2007. Integrating Integrity and Procurement: The United Nations Convention Against Corruption and the UNCITRAL Model Procurement Law. Public Contract Law Journal

Yusuf, M., C.A. Malarvizhi, M.N. Huda Mazumder & Z. Su. 2014. Corruption, Poverty, and Economic Growth Relationship in the Nigerian Economy. Journal of Developing Areas

Zabyelina, Y. & J. Arsovska. 2013. Rediscovering Corruption's Other Side: Bribing for Peace in Post-conflict Kosovo and Chechnya. Crime, Law & Social Change

Zagainova, Anastassiya. 2007. "Challenges of Anti-Corruption Policies in Post-Communist Countries", in Sarah Bracking ed., Corruption and Development: The Anti-Corruption Campaigns (Palgrave Macmillan)

Zagaris, Bruce & Shaila Lakhani Ohri. 1999. The Emergence of an International Enforcement Regime on Transnational Corruption in the Americas. Law & Policy Int'l Bus.

Zaloznaya, M. 2015. Does Authoritarianism Breed Corruption? Reconsidering the Relationship Between Authoritarian Goverance and Corrupt Exchanges in Bureaucracies. Law & Social Inquiry

Zaloznaya, Marina. 2014. The Social Psychology of Corruption: Why It Does Not Exist and Why It Should. Sociology Compass

Zaman, Asad & Faiz-Ur-Rahim. 2009. Corruption: Measuring the Unmeasurable. Humanomics

Zaman, G. & L. Ionescu. 2014. The Impact of International Economic Crises on Corruption in Romania. Economic Computation & Economic Cybernetics Studies & Research .

Zamboni, Yves & Stephan Litschig. 2014. Audit Risk and Rent Extraction: Evidence from a Randomized Evaluation in Brazil. Working paper.

Page 1622  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

Zaum, D. 2013. Political Economies of Corruption in Fragile and Conflict-Affected States: Nuancing the Picture. (Bergen: CMI).

Zazueta, Irvin Mikhail Soto & Willy W. Cortez. 2015. The Impact of Political Alternation on Corruption in Mexico. Revista de Ciencia Politica

Zerilli, Filippo M. 2005. "Corruption, Property Restitution and Romanianness", in Dieter Haller & Chris Shore eds., Corruption: Anthropological Perspectives (Pluto Press).

Zervos, Alexandros. 2006. Amending the Foreign Corrupt Practices Act: Repealing the Exemption for "Routine Government Action" Payments. Penn State International Law Revie

Zeume, Stefan. 2014. Bribes and Firm Value. .

Zhang, T., F. Gino & M.H. Bazerman. 2014. Morality Rebooted: Exploring Simple Fixes to Our Moral Bugs. Research in Organizational Behavior

Zhao, J., S. Kim & J. Du. 2003. The Impact of Corruption and Transparency on Foreign Direct Investment: An Empirical Analysis. Management International Review

Zhao, X. & H. Xu. 2015. E-Government and Corruption: A Longitudinal Analysis of Countries . International Journal of Public Administration

Zheng, Q., Y. Luo & S.L. Wang. 2013. Moral Degradation, Business Ethics, and Corporate Social Responsibility in a Transition Economy. Journal of Business Ethics (forthcoming).

Zhong, C.B., B. Strejcek & N. Sivanathan. 2010. A Clean Self Can Render Harsh Moral Judgment. Journal of Experimental Social Psychology

Zhong, C.B., V.K. Bohns & F. Gino. 2010. Good Lamps Are the Best Police: Darkness Increases Dishonesty and Self-Interested Behavior. Psychological Science

Page 1623  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

Zhu, Boliang. 2009. Economic Integration and Corruption: The Case of China. Working paper.

Zhu, Boliang. 2016. MNCs, Rents and Corruption: Evidence from China. American Journal of Political Science (forthcoming).

Zhu, J.N. & Y.P. Wu. 2014. Who Pays More "Tributes" to the Government? Sectoral Corruption of China's Private Enteprises. Crime, Law & Social Change 61(3): 309-333.

Zhuang, J., E. De Dios & A. Lagman-Martin. 2010. Governance and Institutional Quality and the Links with Economic Growth and Income Inequality: With Special Reference to Developing Asia. Asian Development Bank Economics Working Paper 193.

Zhuravskaya, Ekaterina. 2000. Incentives To Provide Local Public Goods: Fiscal Federalism, Russian Style. Journal of Public Economics

Ziblatt, Daniel. 2009. Shaping Democratic Practice and the Causes of Electoral Fraud: Theory and Evidence from Pre-1914 Germany. American Political Science Review

Zimmerman, Stephen S. & Frank A. Feriello, Jr. 2011. Coordinating the Fight against Fraud and Corruption, Agreement on Cross-Debarment among Multilateral Development Banks. World Bank Legal Review

Zimring, Franklin E. & David T. Johnson. 2009. On the Comparative Study of Corruption. Pacific McGeorge Global Business & Development Law Journal

Zinnbauer, Dieter. 2015. Crowdsourced Corruption Reporting: What Petrified Forests, Street Music, Bath Towels, and the Taxman Can Tell Us About the Prospects for Its Future. Policy & Internet

Ziobrowski, Alan J. et al. 2004. Abnormal Returns from the Common Stock Investments of Members of the United States Senate. Journal of Financial and Quantitative Analysis

Zipparo, L. 1998. Factors Which Deter Public Officials from Reporting Corruption. Crime, Law & Social Change

Zisser, Eyal. 2014. Spoils of Truce: Corruption and State-Building in Postwar Lebanon. Middle Eastern Studies

Zitzewitz, Eric. 2012. Forensic Economics. Journal of Economic Literature

Zitzewitz, Eric. 2014. Does Transparency Reduce Favoritism and Corruption? Evidence from the Reform of Figure Skating Judging. Journal of Sports Economics

Zook, Darren C. 2009. The Curious Case of Finland's Clean Politics. Journal of Democracy

Zou, Keyuan. 2000. Judicial Reform Versus Judicial Corruption: Recent Developments in China. Criminal Law Forum

Zouhaier, Hadhek. 2011. Corruption, Investment and Economic Growth. International Journal of Economics & Research

Zuber, F. 2015. Spread of Unethical Behavior in Organizations: A Dynamic Social Network Perspective. Journal of Business Ethics

Zuleta, J.C., A. Leyton & E. Fanta Ivanovic. 2007. "Combating Corruption in the Revenue Service: The Case of VAT Refunds in Bolivia", in J.E. Campos & S. Pradhan eds., The Many Faces of Corruption: Tracking Vulnerabilities at the Sector Level (Washington, D.C.: World Bank).

Zurowicki, Leon & Moshin Habib. 2010. Corruption and Foreign Direct Investment: What Have We Learned? International Business & Economics Research Journal

Page 1625  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

# Acknowledgments

**Witnesses, victims and informants are protected by:** https://www.sos.ca.gov/registries/safe-home/ ; Public Domain use rights; Non-Commercial free information rights; Fair Use rights; Freedom of The Press; U.S. First Amendment; SLAPP; United Nations Human Rights Law - Per Amnesty International; GDPR; Privacy Tools At: http://privacytools.io; ACLU; ICIJ investigation group; State and Federal Constitutions; whistle-blower laws and the digital "insurance files".

This book and the public-interest anti-corruption efforts are sponsored, in part, by *The Advanced Voluntary Electronic National Group-Excellence Reinforcement Services.* Their current core mission is to terminate, 100% legally, every criminally corrupt oligarch (and the politicians they own) in Silicon Valley! They have been accomplishing this with an ad hoc CIA/FBI-type *team* of reporters, intelligence officers, FBI agents, lawyers, forensic researchers, AI corruption-hunting engines, private investigators and any member of the public that wishes to join the crowd-sourced research efforts. They have already terminated; caused the indictments or arrests of; and filed cases against; over 150 well-known public officials, oligarchs and their covert operatives.

They write DEA-6 draft reports, FBI 302 pre-interview draft reports, lawsuits, case files and related law enforcement preparation materials and submit those to all jurisdictional agencies with transparency-protection copies to all related interested agencies and parties. They file "*Criminal case referrals*" and "*Demands For Arrest*" with the FBI. They file cases with the FEC, SEC, OSC, GAO, DOJ, FTC and Congressional Investigation Committees. They have the legal authority, and training, to citizen-arrest any corrupt party, at any time, and in any location, for remand to the FBI or State Police. They sue corrupt entities in large public-interest law suits. They conduct mole surveillance within corrupt organizations for the preparation of case materials. They monitor each corrupt person with the skill and exactitude of the NSA or CIA supported by millions of average citizens. They are one of the most novel and *effective* anti-corruption entities in the world. They always get their target!

ICIJ, ACLU, Transparency International, ProPublica, Reddit Users, Voat Users, Sunlight Foundation, Judicial Watch, Cause Of Action and hundreds of other organizations, and their members, have assisted in this investigation. Every member of the public is encouraged to learn

1626

Page 1627  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District

forensic investigative techniques and technologies online and deeply monitor and investigate the suspects listed in this document.

# Check Back For Updates

**We are sifting through hundreds of thousands of pages of research, leaks, testimony and critical evidence...**

Page 1629  EXHIBIT 97 – Case # 22-cv-1107-TSH, Norcal 9th District





*Figure 25: California Senators Get Payola From Tesla, Google, Facebook In Exchange For Regulation Protection*