# The Silicon Valley Tech Mobster Cartel That Runs The Government

Warped Sociopath Frat Boys Emulate The "*Godfather*" Films, With Impunity And Epic Deviance, In Partnership With Government Officials Who Hold Their Stock



This is revision 4.2 of a draft version of this book. Check back, at the link you got this from, for updated versions)

# Table of Contents

Forward..................................................................................................................................4
The Architecture Of A Crime Empire....................................................................................5
The Department Of Energy Is Their Favorite Smash-And-Grab Candy Store.......................14
How The Crony Capitalism Promoted By Silicon Valley Is Destroying America..................28
Enabling Corruption By Building Sicko Frat Boys.................................................................40
    The Psychology of The Silicon Valley Billionaire: Why So Many Of Them Are Sociopaths............55
Meet John, One Of The Godfathers Of The Mob....................................................................60
The Silicon Valley Cartel Has Bought Every California Senator............................................66
The Silicon Valley Cartel Uses The CIA For Dirty Tricks Schemes.......................................71
The Venture Capital Scam Of The NVCA...............................................................................80
Silicon Valley's Secret Mainstream Media Control Directives...............................................107
The Names Of The Cartel Membership...................................................................................111
    Their Assassin Operatives That Run The Hit Jobs And Attacks For Them:....................116
Conclusion.............................................................................................................................118
Bibliography, References And Evidence Links.......................................................................119
Notes.....................................................................................................................................574

# Forward

Rich, dynastic elitist families sent their children to Stanford University, Yale and other related social programming institutions. At these schools they were steered into fraternities and sororities that practiced hazing based on homosexual and abusive paradigms. Their education pushed the concepts of *Machiavellianism* and *Nietzsche's elitist moral philosophy.* These philosophies promote the ideas of some people being "*supermen*" and the rest of the people being tools. (Hitler loved Nietzsche) The Tech Cartel see themselves as the 'Supermen' that are better than others. Stanford kids are programmed to think they are superior because they are richer and they can get away with things because their "*superiority*" gives them the right to not follow the rules of "normal" society. They were steered to join exclusionary "*Key Clubs*", "*Guardsmen*" groups, "*Skull and Bones*" pledge cults, "*The Masons*" and other organizations designed to keep business opportunities, politics and sexual activities within their "elite" groups. Stanford regents cover-up their Brock rapes to keep their rich daddy's paying for Rodin statues in the garden.

These brats never left the Stanford frat house mentality, nor the neighborhood. Half of them moved right up the street from the Stanford campus to Sand Hill Road in a sheep-like cluster of "*venture capital*" offices. Here they swindle pension funds out of money based on hyped up pitches of fantastic new technologies. They collude together to rig markets and black-list anyone who tries to compete with them.

To these men, women are nothing more than "*baby ovens*" and "*trophy wives*" to show off to other men and must be *"upgraded"* every 4 years. They have organized their own sex trafficking network which flies hookers and male prostitutes to them from anywhere on Earth; pressures interns and secretaries into sex-for-jobs; run private oxytocin, scopolamine and cocaine date-rape drug distribution operations; sources up armies of Ghislaine Maxwell-like procurers for underage sex; promotes "One Touch", NXVIUM, "Mission Control", "Power Exchange", "Blue Door", etc. private sex clubs for themselves; and maintains a group of "beard" pretend wives to hide their gay lifestyles.

A carefully crafted network of crooked law firms, CPA's, lobbyists and operatives protects their schemes. Massive bribes to the White House, Senators and law enforcement bosses keep them protected. They steal any technology they want and lobby the Patent office to change the laws to help them do it. 1/3 of them are radically involved in open-relationship homosexuality and seek underage participants.

Why hasn't the FBI, or other law enforcement arrested them? These mobsters violate Anti-Trust laws, RICO Racketeering laws, tax evasion laws, money laundering laws, sex trafficking laws, political manipulation and bribery laws, and other laws EVERY DAY! They have more money and power than

the FBI or any other law enforcement group! They truly believe they are "*untouchable*" and the lack of prosecution of their members reinforces that belief.

# The Architecture Of A Crime Empire

To operate a crime scheme you need to have an operational infrastructure that protects and feeds the beast. Here is how the Silicon Valley Mafia has set theirs up.

At the end of February in 2021, Mobster Peter Gotti, the one-time Gambino crime boss and successor to brother John "Dapper Don" Gotti, died in North Carolina where he was serving time in federal prison. Gotti, had been sentenced to 25 years in jail after being convicted in 2003 on racketeering and other charges. Peter Gotti served as the acting boss of the Gambinos from 1999 to 2002 after his younger brother, John, was sent to prison for murder and racketeering. Peter Gotti spent an estimated $70,000 on failed attempts to hunt down Salvatore "Sammy the Bull" Gravano after the turncoat ratted out his brother to the feds, court papers say. Gravano helped authorities bring John Gotti down in exchange for a 1991 plea deal.

The arrest of each Gotti followed a standard police organized crime surveillance and capture program discussed in every law enforcement training manual. The process of arresting organized crime participants is well known and follows very standard procedures.

Those procedures, though, have an administrative brick wall in front of them when it comes to David Rubin, Elon Musk, Eric Schmidt, Larry Page, Reid Hoffman, Steve Westly and the rest of the Silicon Valley Cartel. Why do the Silicon Valley mobster oligarchs get a pass when Al Capone, the Gambino's and the Gotti's do not?

Stanford University has a class for that.

The "*How To Get Away With Organized Crime*" curriculum is a favorite of rich Chinese, East Indian, Middle Eastern, Russian and white bread oligarch families to send their kids to. They bribe Stanford with "Donations" to get their kids some good paper. John Doerr and Lori Loughlin were caught paying straight-up bribes. Hundreds of snoot box families have yet to be caught paying those bribes. Stanford University is a PAY-TO-PLAY college!

The Silicon Valley Cartel loves to organize a good coup. The coup d'état has been practiced in America often. The Smedley Butler "Business Plot" case is the most notorious version. In the words of U.S. Supreme Court Justice Hugo Black, delivered at New York University in 1960 concerning the protections of the U.S. Bill of Rights:

5

*I cannot agree with those who think of the Bill of Rights as an 18th century straitjacket, unsuited for this age.. The evils it guards against are not only old, they are with us now, they exist today.. Experience all over the world has demonstrated, I fear, that the distance between stable, orderly government and one that has been taken over by force is not so great as we have assumed. Indeed, the plot that Butler exposed -- if what MacGuire claimed was true – is a sobering reminder to Americans. We were not immune to the sentiments that gave rise to totalitarian governments throughout the world in the 1930s. **We make a serious mistake when we assume, "It can't happen here!"**

The term "Coup" has also been used in a corporate context more specifically as *boardroom coup*. CEOs that have been sacked by behind-the-scenes maneuvering include Robert Stempel of General Motors (1992)[17][18] and John Akers of IBM (1993).[19][20]

Steve Jobs attempted management coups twice at Apple, Inc.; first in 1985 when he unsuccessfully tried to oust John Sculley and then again in 1997, which successfully forced Gil Amelio to resign.[21][22].

The Silicon Valley Cartel is dead-set on operating another social coup in America!

Who are these guys? They are sex abusers like the Kleiner Perkins frat boy staff who were sued by Ellen Pao for the misogyny culture of sexual deviancy and abuse that they promote as their corporate culture. They are tax evaders like Ray Lane. They are hooker-hiring sex traffickers like Google's Forrest Hayes who died from an excess of drugs and sex. They are cheaters like Google's David Drummond who destroyed his family by his addiction to infidelity. They are sex addicts who own sex penthouses and cavort with the notorious Wendy Deng like Eric Schmidt. Amid the World's Largest Corporate Sex Scandals Google CEO Eric Schmidt will now leave Alphabet's board. Schmidt is a known womanizer despite being married for 37 years to Wendy Schmidt, who said in 2012 they started living separate lives because she felt like "a piece of luggage" following him around the world.

News outlets have been sniffing around Schmidt's former flames looking for a Harvey Weinstein-like bombshell, a source close to Schmidt told The PostThey are mobster-class justice evasion lawyers like Wilson Sonsini and political bribe conduit lawyers like Perkins Coie. They are charged rapists and psychological sex manipulators like Joe Lonsdale.

When Kleiner Perkins offices were broken into by covert law enforcement operatives much was revealed. This was followed by the hack of all of John Doerr's emails' and the email of his top staff.

This was followed by the revelation that Doerr bribes Stanford University for special favors for his kids and for certain 'relationships'. Now Doerr must walk on pins and needles because he has been put on notice that even the slightest bribe, political manipulation or mobster-like tech black-listing will not go unnoticed.

A female employee called Tesla's factory a 'predator zone' at a meeting where workers described the constant sexual harassment at Tesla.

DNC chairman Eric Bauman, the head of the California Democratic Party, and the Los Angeles County Democratic Party., has is former assistant say he was first assaulted after falling asleep in a hotel and waking up to his boss performing oral sex on him, and that there were two more instances where he was forced to submit to Bauman.

Bay area party guests and Rothschild-linked Bronfman sisters donated millions to the sex cult whose leaders, Allison Mack and Keith Raniere, have been charged with child sex trafficking.

Goddard, a director, producer and theme park designer, has faced many sex abuse allegations. Eight former members of a Santa Barbara youth theater group in the 1970s alleged that Goddard molested or attempted to molest them. A ninth was said to have told others before he died that Goddard sexually

assaulted him as a child. Goddard denied their allegations.

The Silicon Valley Mafia is The Sandhill Road Venture Capital frat boy company bosses in Palo Alto, their National Venture Capital Association (NVCA) partners and the tech companies (Google, Tesla, Facebook, Amazon, Twitter, Linkedin, etc.) they control. They are sometimes referred to as "The Deep State". They have purchased California, New York and Washington, DC politicians (mostly Senators) who they also control.

They hire rogue ex-intelligence agents to operate Fusion GPS, Gawker/Gizmodo, Black Cube, ShareBlue, New America, In-Q-Tel, Podesta Group, Media Matters, etc. massive media attack programs against competitors, reporters and outsiders. They collude on black-lists, valuation controls, election manipulation, search engine rigging, domestic spying for political manipulation, stock rigging, insider trading, executive prostitute clubs, trophy wife assignments, the bribery of politicians and worse. They are felons who pay politicians to halt investigations and interdiction efforts.

They are widely covered in news media articles as: 'sex abusers, cult enthusiasts, elitists, rapists, woman beaters, probiosis abusers, sexual work extortion operators, extremists, arrogant clones of each other, tone deaf, echo-chamber reinforcing, misogynist, racist, manipulative, insecure, covertly gay, corrupt, thieves' and other anti-social revelations. They are not limited to California and also operateout of New York and Washington DC.

They use their monopolistic control of the internet to massively and exclusively scale services that only they control and use to abuse the public's privacy, human rights, invention rights and information. They run their cartel like the old Italian Mafia once did.

The Department of Justice conducted a series of raids across California tech and media circles and arrested 238 people in connection with a Hollywood pedophilia network, but this story went totally ignored by almost all media outlets. According to police, the arrests included some entertainers, community leaders, white-collar professionals, a monk, and other high-ranking clergy members. The raids were conducted by the Regional Internet Crimes Against Children task force, working directly with the Justice Department. Codenamed "Operation Broken Heart III", the sweeping raids targeted offenders wanted for the sexual exploitation of children, child prostitution, sex tourism and possessing and distributing child pornography, said Deputy Chief Matt Blake. Silicon Valley oligarchs use these intermediate level people to source up sex victims to be delivered to their Woodside and Atherton mansions.

Michael Goguen, who had worked for a firm that funded Google and Paypal, "sexually and physically" abused Amber Laurel Baptiste over more than 13 years after picking her up at a Texas strip club, her lawsuit alleges. Baptiste, who claims she was brought to the United States from Canada by human traffickers at 15, said she endured "countless hours of forced sodomy" from the tech titan. The former stripper said Goguen made her endure demeaning sexual acts, sodomized her for "six hours at a time," and forced her to call him "king" and "emperor." Filed in San Mateo County, Calif., her suit details a life of torture and servitude as she was jetting around the globe to serve as the millionaire's plaything.

She claims Goguen had promised to save her from human trafficking but instead became an even worse predator himself. The Silicon Valley Mafia Cartel is the largest provider of dark money bribes to West Coast politicians including Feinstein, Pelosi, Harris, Brown, Reid, Boxer, Lee, et al,. Those politicians and their families also covertly own the stock of the California tech companies and social media companies like Tesla, Solyndra, Abound, Google, Facebook, Netflix, etc. Larry Wallace, a senior staffer for Sen. Kamala Harris (D-CA) resigned over the discovery he was involved in a sexual harassment lawsuit and $400,000 payout to the sexually abused victim while working for then California Attorney General

Kamala Harris. In related headlines we read: "ATTORNEY GENERAL THAT COLLUDED WITH KAMALA HARRIS EXPOSED AS SEX PERVERT!!!!"; "TOP DNC SEX PSYCHO MAY BE ALIGNED WITH SEX CULTS!"; "WHY IS EVERY DNC BIG SHOT TURNING OUT TO BE A SCREWED UP SEXUAL MESS!"

The Bay Area headlines reek of perversion: "ANOTHER Democrat Sex Cult Exposed: 'sexual servitude' at San Francisco-based 'orgasmic meditation' company: One Taste"; "NXIUM, ONE TASTE, EMO, THE WOODSIDE CLUB: WHY DO THE DEMOCRATS GET INTO SUCH KINK?"; "UNDERCOVER CAMERA'S IN SAN RAFAEL, CALIFORNIA AT 4TH STREET "DANCE/YOGA" BUILDING AND MILL VALLEY CITY BUILDING CATCH SEX-FOR-SALE ESCORTS AND KINK"; "THEY USE "MEET-UP" (THE DNC'S NETWORKING SITE) TO HUNT FOR VICTIMS TO SEDUCE"; ""HOT LITTLE RED HEAD" TURNS OUT TO BE THE TOP ESCORT IN MARIN COUNTY"!

In the latest case of Hollywood's and Silicon Valley's spiralling sexual abuse scandal, Variety reports that a veteran 58-year-old Disney executive has been charged with three felony counts of child sexual abuse. Jon Heely, the longtime director of music publishing at Disney, was arrested nearly a month ago and charged with three counts of lewd and lascivious acts on a child. One of the reported victims was 15. The other was abused for four years starting at the age of 11, according to the charges. Heely, who oversees the licensing of music from Disney films faces up to nine years and three months in prison according to The Daily News.

It is now time to sound the alarm bells on the economic prospects for the Millennial Generation in the Western world, but more importantly, at Stanford University. This generation of citizens aged 18 to 36, is the first in modern developed economies on course to have a lower standard of living than their parents. Housing affordability and a decaying job environment are some of the most pressing issues affecting Stanford Millennials. The future is bleak for this avocado and toast generation, as Western world economies have likely plateaued regarding economic growth. Surging debt and rising government bond yields are producing an environment that could lead to more hardships for this lost generation.

Tech oligarchs have taken full advantage of broke Millennials by offering "adult arrangements" for a roof over their heads. Yes, you heard this correctly, Millennials are trading sex for a place to sleep and sex for tuition at Stanford University. Sugar Babies now comprise a large portion of Stanford students. Kleiner Perkins and Greylock VC's hire them for sex. Google and Facebook executives use them like disposable sex toys. The student debt crisis in the US has gotten so bad, there's a growing group of young women — and some men — who are taking an unconventional approach to paying for college.Through dating websites like SeekingArrangement.com, and match.com, Sugar Babies, as they're called, partner up with wealthy, often older, men who want to spend money on them.

This trend was created by the Sand Hill Road tech oligarchs.

Some 2.5 million Sugar Babies identified as students in 2016 on SeekingArrangement.com. Many of these Sugar Babies turned to the site to find someone who will pay for their education so they can graduate debt, and worry, free. In exchange, Sugar Babies go to dinners, attend events, or accompany their Sugar Daddy, or daddies, on trips. In some cases, they provide companionship or foster a mentor-mentee relationship. In other situations, the terms of the agreement include physical intimacy.

Jermaine Gagnon, 28, told DailyMailTV how he narrowly escaped death when DNC financier Edward Buck injected him with crystal meth at his sex-toy filled apartment. Gagnon said Buck, 63, paid to fly him from Minnesota to Los Angeles, drugged him with a substance dissolved in Gatorade then injected him with crystal meth. The 28-year-old shared photos of Buck, wearing white long johns, crouched over him on a mattress during one of their nights together last year. Gagnon shared images of sex toys Buck had for their encounter, saying: 'He had this red and black toolbox with all types of fetish toys, like c**k rings, sex toys'. He added: 'He gave me some Tommy Hilfiger tighty whities, a muscle t-shirt and some long johns. White knee-high socks'. Gagnon said during one encounter Buck offered him a drink he suspected had been spiked, feeling woozy and weak shortly after drinking it. He said: 'He took my phone. I was so scared. I felt death walked into my soul. I called my mother. I said, 'I feel like he's going to kill me, I think I'm going to die'. Buck is now under investigation over the deaths of two black men, including one man who died of an apparent overdose at his apartment on Monday.

According to the testimony of a federal agent, Harold "H.L." Moody, a former Democratic Party chairman, streamed live videos of children being raped, distributed child pornography to other pedophiles, and regularly smoked methamphetamine out of a glass pipe while seated at his desk during work hours. Our tax dollars at work, folks. Jason Bennett, a special agent for Homeland Security Investigations, said an undercover agent took "screen shots" of Moody sitting at his desk and chatting with pedophiles in a secret chatroom online on "more than one occasion" between Aug. 29 and Oct. 12.

Bennett described Moody as a "high-volume user" who logged in and out of a chat room solely devoted to child pornography several times a day, including 26 times in a two-day span. He was also a host of the private chat room, which Bennett explains indicates that Moody did something to receive such recognition.

This is the world of the tech oligarchs that get White House "Advisor" positions.

Tech magnate Elon Musk reportedly admits in an upcoming book that he once attended a somewhat well-known Silicon Valley "sex party,". Musk and his bro-friend: Steve Jurvetson, have been documented in a number of notorious sex scandals. Even worse is the headline that reveals: "Elon

Musk Says Pedophile Accusation Against British Man Was Protected Speech But Ignores Fact That Musks Father Had Sex With His Own Daughter"

Dov Katz, head of the computer vision and machine learning group at Facebook-owned Oculus, has been charged in King County for attempted commercial sexual abuse of a minor. The 38-year-old tech exec allegedly attempted to contact what he believed to be was a 15-year-old girl for sex. The fictitious 15-year-old was actually an undercover police officer with the Tukwila Police Department, a city just south of Seattle. The news was first reported by KING 5, which said that Katz was arrested by Tukwila Police. An Israeli citizen who resides in California, Katz is forbidden to have contact with any minors, except in the presence of a responsible adult, according to charging documents. Katz allegedly responded to an online advertisement that offered sex in exchange for money, an ad which was posted by undercover police officer posing as a 15-year-old girl. Katz allegedly arranged a meeting at the Embassy Suites in Tukwila, offering to pay $350 to have sex without a condom. When Katz arrived at the hotel with $600 in cash, he was arrested by police.

Former Democrat CDC director Dr. Tom Frieden was arrested on sexual pervert allegations. Frieden was charged with forcible touching, sex abuse and harassment, according to police.

California gubernatorial candidate Gavin Newsom's past sexual misconduct disqualifies him from holding higher office, rival Democrat Amanda Renteria said Thursday, and he should resign from his

position as lieutenant governor. "If he was in the Legislature right now, he'd be called out, and like what we've seen, being forced out," Renteria said in an interview with The Sacramento Bee. "We've got to be sending the message that the more power you have, the more responsibility you have to protect others."

As mayor of San Francisco more than a decade ago, Newsom had an affair with one of his city hall aides, who was also married to his campaign manager at the time.

Google employees have accused Google boss Rubin of sexual misconduct. A woman, with whom Mr. Rubin had been having an extramarital relationship, said he coerced her into performing oral sex in a hotel room in 2013, according to two company executives with knowledge of the episode. Google investigated and concluded her claim was credible, said the people, who spoke on the condition that they not be named, citing confidentiality agreements. Mr. Rubin was notified, they said, and Mr. Page asked for his resignation. Google could have fired Mr. Rubin and paid him little to nothing on the way out. Instead, the company handed him a $90 million exit package, paid in installments of about $2 million a month for four years, said two people with knowledge of the terms. The last payment is scheduled for next month. Mr. Rubin was one of three executives that Google protected over the past decade after they were accused of sexual misconduct. In two instances, it ousted senior executives, but softened the blow by paying them millions of dollars as they departed, even though it had no legal obligation to do so. In a third, the executive remained in a highly compensated post at the company.

Each time Google stayed silent about the accusations against the men. Google executives have been caught having sex slaves.

The Rosewood Hotel is brimming with tech guys, some loudly talking about money. The college student at our table recommends the ribs—she's been here before, on "dates" with her "daddies." "There are a lot of tech guys," she says. "They want the girlfriend experience, without having to deal with an actual girlfriend." "The girlfriend experience" is the term women in the sex trade use for a service involving more than just sex. "They want the perfect girlfriend—in their eyes," says Miranda,

10

the young woman at our table.* "She's well groomed, cultured, classy, able to converse about anything —but not bringing into it any of her real-world problems or feelings. Her adventures in "sugaring" started three years ago when she got hit on by an older guy and rebuffed him, saying, "Look, I'm not interested, so unless you're offering to pay my student loans," and he said, "Well . . . ?" After that, "he paid for stuff. He gave me money to help out with my living expenses." This is how many of the skinny co-eds at Stanford University pay the bills and Stanford bosses look the other way.

In Silicon Valley, There Are Over 100 Services That Deliver Young Men And Girls To Rich Google And Facebook Executives For Dirty Sex. Most of the victims come from local colleges, universities, art schools and the Mission District, Haight Street and Noe Valley districts in San Francisco. They use Facade organizations like "Power Exchange", "Mission Exchange", "The Arena", "Orgasmic Meditation", "NXVIUM", "The Spinsters", "The Guardsmen", One Taste, etc. act as fronts for sexual transactions. The Rosewood Hotel has sex nights for the sale of women using sly hand signals. Almost every hotel on El Camino Real in Palo Alto has a prostitution activity going on around the clock.

Russian and Italian prostitutes fly in and out of San Jose and San Francisco airports so often that they are known as the "pus*y ports". Young, impossibly attractive, girls with tight mini skirts and a roller bag in the airport alone are now under constant surveillance by police.

One report recalls: "...At the hotel, Hillary Clinton Mega donor and John Podesta partner Wyss assaulted Long physically and sexually, according to her police complaint. "Me screaming, 'No stop it,'" she wrote in her own handwriting to police. "He grabbed my teeth with his left hand and ripped my mouth open. He inserted a vibrator into my vagina and almost suffocated me by putting his fist into my mouth. I struggled and pushed. I thought for sure he was going to kill me," she wrote. "I left that hotel room sick and in pain," she told police in the statement. She returned to Boulder and "stayed in bed for weeks. The physical sickness of this event was devastating," she told police. Wyss also allegedly threatened to stop his financial support for her daughter if she broke up with him, according to Long."She's probably one of the first who took on powerful men over sexual misconduct," recalled Police Chief Tom Koby in an interview with The DCNF. He personally knew the Boulder resident and counseled her about her relationship with Wyss."After the attack, I had breakfast with Jackie at the Hotel Boulderado. She broke down during breakfast. This thing had happened and it was terrible. She was quite shaken and Jackie doesn't shake too easily," Koby said."Hans had her in a bind in terms of helping Jackie heal her daughter, who had some serious health addiction issues," Kolby added. "That was what was keeping Jackie in the relationship and she didn't have a lot of money. She was still clinging to the hope she could save her daughter. And that she had these things she wanted to do with these organizations working on detention homes and shelters in Boulder and in Denver," Koby recalled..."

Amid allegations of sexual harassment, embattled freshman Democratic Rep. Ruben Kihuen vowed he will not resign from his post, despite calls from Democratic leaders that he step aside.I nstead, Kihuen is digging in with a shocking allegation of his own, taking aim at the leaders of his own party. In an interview with ABC News, Kihuen, D-Nev., said party leaders knew last year about a former campaign staffer's allegations of misconduct but stood by his campaign nonetheless. Kihuen questioned why they are calling for his resignation now, more than a year later."I do find it interesting that the DCCC, Leader [Nancy] Pelosi and Chairman Ben Ray Lujan -- they knew about these allegations last year,"

Kihuen said. "They looked into them. They didn't find anything, and they continued investing millions of dollars in my campaign. They went out there and campaigned for me."

A married senior official in President Obama's Department of Education was convicted of sex crimes and resigned for following women on the DC Metro and taking pictures up their skirts, DailyMail.com can exclusively reveal. William Mendoza, 42, the former executive director of the White House Initiative on American Indian and Alaska Native Education, stepped down after he was arrested and charged with attempted voyeurism in November, 2016, for the vile acts. Mendoza, who earned $140,000 a year as a policy advisor in Obama's White House, tried to take photos and videos up women's skirts at least four times on his government-issued iPhones in July 2016 without their consent.

He was also caught looking at footage, apparently filmed in secret, of a woman in her underwear getting changed in a dressing room. It is not known if he recorded the video himself. When he took the indecent photos, he was supposed to be at work and was using a travel card funded by the taxpayer, according to documents obtained by DailyMail.com through a Freedom of Information Act request.

After California's then-Attorney General Kamala D. Harris announced felony pimping charges last year against the two owners of Backpage.com — a classified-ad website that is a hub for sex trafficking and prostitution, one of the men cut a $10,000 check to House Minority Leader Nancy Pelosi's super PAC.

Mrs. Pelosi's political action committee, House Majority PAC, has resisted giving the money back, and an aide to Mrs. Pelosi said the California Democrat knows nothing about the contribution. The uproar over sexual harassment that began with the Harvey Weinstein scandal has intensified the scrutiny of political contributions linked to Backpage, which law enforcement officials say is the chief platform for activities far worse than harassment, including sexual slavery and child prostitution. Mrs. Pelosi isn't the only Democrat struggling to deal with the piles of cash that Backpage's owners spread around to

candidates and state Democratic parties over the years. Even Ms. Harris, a California Democrat who is now a U.S. senator, ducked the issue. Her office wouldn't respond to repeated emails about Backpage money going to House Majority PAC and other Democratic organizations. Since 2010, the owners and their wives have shoveled about $99,000 to candidates and about $95,000 to Democratic parties in Arizona, Colorado and New Mexico, according to federal campaign finance data collected by the Center for Responsive Politics.

Prominent Democrat donor Terry Bean was indicted earlier this month on two counts of sodomy and one count of sex abuse for allegedly having sex with a teenage boy. Bean was arraigned on the charges, TV station KGW8 reported. He pleaded not guilty and was taken into custody at County jail. The body of investigative journalist Jen Moore was found in her Washington D.C. hotel room on Monday after her investigation into an alleged sexual assault by President William J. Clinton. "In fact, just four weeks before her death, Moore filed details of the alleged victim's claims with the Department of Homeland Security, detailing the allegations against Clinton. Moore contacted Homeland Security beginning on July 6th through July 9th, records show. A week later, she contacted the FBI with identical details about the victim and the shocking allegations against Clinton,"

A leading liberal think tank run by a longtime adviser to former presidential candidate Hillary Clinton is facing allegations of serious sexual harassment which went undealt with by management, a new report claims. The Centre for American Progress (CAP), headed by Clinton associate Neera Tanden, has released four policy proposal papers on dealing with sexual harassment in the workplace, but

former staffers have come forward with stories of repeated harassment at the think tank, BuzzFeed reports.

Defy Ventures brings the gospel of entrepreneurship to an unlikely place: prisons. The nonprofit company founded by Catherine Hoke says it is dedicated to helping formerly incarcerated people start their own businesses and stay out of prison. "Transform the hustle," the company's tagline encourages.

Defy has received grants from Google. Facebook COO Sheryl Sandberg wrote a foreword to Hoke's new memoir. Former U.S. Attorney Preet Bharara called Hoke's work "incredibly inspiring" on his podcast. But while Defy woos Silicon Valley and Washington, D.C., scandal has rocked the company's leadership. Last month, Defy fired its president after he blew the whistle on allegations of sexual harassment by Hoke and fraudulent statistics exaggerating the program's successes.

Henry T. Nicholas III, the Silicon Valley billionaire founder of chip-maker Broadcom, has been arrested by police on drug trafficking charges. According to the Associated Press, Nicholas was arrested on suspicion of trafficking heroin, cocaine, meth and ecstasy. Security was called when Nicholas couldn't get into his sex fuelled room at the Encore, a Las Vegas casino hotel. When security arrived, they reportedly found Nicholas with Ashley Fargo, the ex-wife of an heir to the Wells Fargo banking fortune. Fargo was passed out with a semi-deflated balloon in her mouth, but was revived by paramedics. According to reports, security subsequently found canisters of nitrous oxide inside the room, and a subsequent search by cops turned up more drugs inside a suitcase. Nicholas's attorney, David Chesnoff, told the Associated Press that they will "deal with the facts in court."

Multiple famous Silicon Valley lawyers have been found dead, hanged by their own hand while attempting to masturbate while choking themselves because they thought that choking would add to the sensation. A formerly powerful Democrat, Attorney Mark Benavides, has been found guilty on six individual counts of human trafficking in a grotesque and sex-filled criminal conspiracy. Mark Benavides, a well-known Democrat who ran for the 186th District Court in 2014, was accused of federal law enforcement of trading his legal services as an attorney for sex from his clients and then recording those manipulative sex-romps, according to local ABC affiliate KSAT. Benevides would then promise the women that if they allowed him to engage in erotic sex that sometimes included physical torture, that he would offer them a legitimate defense in the courtroom.

Hundreds of leaked text messages between Kevin Tsujihara, actress Charlotte Kirk and partners Brett Ratner and James Packer show the powerful executive, under pressure, said repeatedly he would push for auditions as accusations of "extortion" and a proposed settlement agreement followed.

These tales of perversion and depravity could go one for HUNDREDS OF PAGES.

All of these people knew, or were financed by THE SILICON VALLEY CARTEL.

Are you beginning to see a trend here?

# The Department Of Energy Is Their Favorite Smash-And-Grab Candy Store

A group of Silicon Valley investors received some documents from some "friends", either from Russian "business men or the CIA, or both,  stating that there was "*A trillion dollars of lithium in Afghanistan*". These documents, possibly acquired from the Russians, were passed around by Goldman Sachs & Silicon Valley VC's. This group thought they could exploit Afghanistan, and other country's, mining contracts on a commodity monopolization scheme fronting the use of the raw materials by *"Green-washing"* it to be used for "electric car and solar programs", under the guise of, *"it's 'CleanTech' the voters should love it"*, in order to try to make it pass Congressional oversight faster. Recent press disclosures confirm vast campaign funding, by mining companies, through back-door avenues, ie: the Guistra matter and others. The plotters estimated that they could personally acquire many trillions of dollars in profits, mostly at taxpayer expense, and control of government policy, upon successful execution of their scheme.

These investors were deeply affiliated with Goldman Sachs. Goldman Sachs was involved in almost every aspect, stock manipulation, application "winner", profit funnel and deployment aspect of the case. Goldman created the computerized stock market "spoofing" algorithm process known as the "Flash Boy Pump" stock spoofing. This used Department of Energy and TARP cash award announcements to synthetically inflate stock values long enough to "skim" profits off those stock holdings. Goldman is now under many investigations for this kind of"Commodity rigging".

These investors used their campaign donations, lobbyists, stock payola and PAC's to acquire the services of a number of U.S. Senators and foreign diplomats via bribes. They primarily paid the Senators in stock options for those Senators, their families and business associates. The FEC and FTC have Congressional insider trading investigations under-way, over these very actions, which have been stone-walled by the very Senators who engaged in the insider trading.

So much money was moving that a scheme was created to pass the money through the U.S. Department of Energy and a new program, called TARP, so that the transactions appeared to be federal programs

The characters involved in the scandal have now been uncovered as highly unethical, disreputable, willing to break laws and moral codes and are held in low regard by the public. They formed a cartel now known as The Silicon Valley Cartel as a subset of The National Venture Capital Association (NVCA) with guidance from rogue CIA/In-Q-Tel associates James Breyer and Gilman Louie. One of the largest participants is Google, Inc. and it's investors. The Cartel was recently exposed in the Silicon Valley "ANGELGATE" and "NO POACHING" collusion scandals and lawsuits

The best friend's of the Silicon Valley Cartel were Steven Chu and Eric Holder. The cartel arranged, via the legal firm connected to both: Covington & Burling, to get them both nominated and appointed to the two federal agencies that control the money pass-through. Both of these individuals have been proven to have had previous business and personal relationships with the Cartel. Steven Chu sabotaged

14

any technologies or companies that competed with his, and his friends, stock investments. Both have been forced to quit.

The Cartel used consulting Company McKinsey for insider trading deal support and to author papers and reports which were distributed throughout Washington to say that certain very specific products and technologies were "trending in the new CleanTech industry". In fact, every "trending company and technology" that McKinsey raved over was already owned and monopolized by the Cartel. At least one major McKinsey executive has gone to federal prison. A number of others are under surveillance and investigation.

As Secretary of Energy, it was noticed that Steven Chu gave quite a lot of U.S. tax dollars to Russian owned or controlled companies. It was subsequently discovered that the Silicon Valley Cartel had deep Russian connections and business relations with USSR businessmen, to assist in the mining of Afghan, and other Middle Eastern countries, for the personal gain of the Cartel. Steven Chu sabotaged over 200 applicants, for the federal programs, simply because they competed with the Cartel and were not part of the Cartel.

John Doerr ran Kleiner Perkins, one of the lead coordinators of the Scheme and the Cartel. He is called: "The Godfather of Silicon Valley".

Elon Musk was a behind the scenes Google and Kleiner Perkins partner, Cartel organizer and cash conduiting agent. THIS LINK has many confirming data points . Elon Musk, a billionaire, has now received billions of free taxpayer dollars in out-right cash hand-outs, tax waivers, free or low-cost resources, stock pumps and federal NASA contracts. Musk's companies would not exist today if not for taxpayer hand-out cash. No other living person has received this much taxpayer money from the Obama administration. No other living person has given so much money to the Obama administration through his companies, investors and partners, like Google. No other living person has had the Obama administration sabotage, terminate or rule against so many of his competitors. Federal records demonstrate this to be one of the most overt examples of a political campaign kick-back scheme in this decade. In Musk's carefully orchestrated, self-aggrandizing, media campaigns, all mention of his true financial connections, extensive fraud lawsuits, and employee distrust is carefully expunged. Musk's companies exploited the key minerals from the mining deals and both Tesla & Solyndra, who sit next door to each other, were kickback lobbied by Dianne Feinstein, whose family profited on both deals.

Vinohd Khosla was a key organizer in the Cartel and connected to Raj Gupta, now imprisoned. He has been involved in a notorious public lawsuit for taking over a famous California coastal beach.

Senators Feinstein, Reid, Pelosi and Boxer received the largest amount of stock, insider trading deals and campaign kick-backs from the Cartel. Feinstein's family and associates received massive resources from the Tesla and Solyndra deals. They were, essentially, paid program facilitators. These Senators leveraged state tax officials, including Bill Lockyer of California, to exclusively, and extraordinarily, give tens of millions of dollars of additional taxpayer money, at a state level, to Cartel billionaire-owned companies: Tesla & Solyndra. Which sit on the same plot of land and have supplier contracts with the Senators families. These Senators took active steps to sabotage applicants who competed with Tesla, Solyndra & the Cartel, such as Gary D. Conley of SolFocus; who may have been murdered.

15

Page 16   EXHIBIT 99 – Case # 22-cv-1107-TSH, Norcal 9th District

Eric Schmidt was the core lobbyist and director of a large part of the Cartel. He spent more time in the White House, directing policy, than most members of Congress. He used Google to put character assassination hit-jobs on competitors, reporters and politicians.

When whistle-blowers saw through the scheme, Cartel leaders Doerr and Schmidt would organize character assassination hit-jobs against those adversaries, sabotage their business and career databases with negative flags, create whisper campaigns and black list them via the National Venture Capital Association, which was controlled by a large number of Cartel members. The Cartel used it's resources, concurrently, at Google and Gawker Media, to put media hit-jobs on Santorum, ALICE, Romney, whistle-blowers, and other adversaries by locking devastating hatchet jobs  onto massive numbers of search engine pages controlled by each.

Recently disclosed documents and videos prove that the Cartel spent more time in the White House, from 2007 forward, than all of the members of Congress COMBINED. Additionally, the disclosures of financial connections between the Cartel members, The White House, campaign financing and federal policy decisions demonstrates the operation of a felony-level corruption activity.

The mining chemicals that the cartel sought to monopolize were "dumped" on the Cartel by the Russians via, possibly, doctored documents which overstated the volume and value of the materials and who knew that the materials were toxic, explosive and had no long-term economic viability. The Cartel did not investigate the materials usage and rushed to profiteer, driven By Goldman Sachs, who didn't care about the long-term, they just wanted to "skim" their fees and "stock pumps" off the top.

The American GAO, Judicial Watch & Transparency Center have discovered that U.S. taxpayers lost additional billions of dollars as the result of tax waivers, credits and reductions given exclusively to Cartel companies as gifts in exchange for election services. In the FBI-raided Solyndra solar panel company alone, U.S. taxpayers lost over $600M while Silicon Valley plotters profited by over $180M in stock market skims and favorable tax write-offs.

Google executives and investors used Google, Inc. as a "central command" for lobbying, leverage, media stock manipulation, spying on competitors, media hit jobs and revenue profiteering. The upside was that it provided for the largest media, stock and information manipulation system ever devised. The downside is that it focused public, agency and law enforcement scrutiny on this central point until the voluminous indiscretions, finally, became highly visible.

The key White House staff who assisted in this scheme were: Rahm Emanual, David Plouffe, Robert Gibbs, David Axelrod, Steve Rattner, Jay Carney and Bill Daily. When confronted about their involvement, historical records show that they all quit their White House jobs at the most desired positions in America, in a bad economy, to take far lower positions, thus implicating themselves, along with their emails, in culpability. These staffers worked harder than any other administration to cut-off the press, attack whistle-blowers and increase NSA domestic surveillance in order to delay the revelation of these crimes.

A key aspect of the scam was the "Pump & Go" stock swindle combined with pulling cash off-the-top by Sachs and the Cartel. In the following evidence set, you will notice a record setting number of huge

16

cash intakes and sudden bankruptcies immediately thereafter. That part of the scheme seems to have worked like this: 1.) Technically "ideal" companies were set-up, 2.) huge cash amounts were wired in from the U.S. Treasury. 3.) Huge "fees" were paid to VC's, executives and Sachs, right when the money arrived at the tech company, while Sachs & the VC's "pumped" the stock market valuations of those companies using the sudden "free money" from the Dept. of Energy to falsify valuation marketing. This gave short term, sudden, stock profits that they also grabbed , 4.) the companies were managerially abandoned and then 5.) filed bankruptcy. 6. ) The VC's and Sachs then filed tax loss credits, on the failures, in order to get a double profit upside. Investigators called this "unjust rewards". This volume of award/failure scenarios has never occurred in the history of America, particularly with a series of same-type companies who had just received massive federal funding windfalls.  It seems obvious that these sequential incidents were planned and coordinated. Investigators believe Kleiner Perkins and Goldman Sachs were the key organizers of this tactic. Time-tracking of financial details in the HSBC "Swiss Leaks" seems to confirm federal award/personal gain sequences.

Everybody who got DOE cash was a campaign financier.

Everybody who got denied, and then sabotaged, was a competitor to those exact same campaign financiers who did not pay any political bribes.

**Solyndra** was exploiting **Indium,** and a large number of other key chemicals, **from Afghanistan** that directly paid into the "*DOE insider profit pool"*.

**Abound** was exploiting key chemicals **from Afghanistan** that directly paid into the *"DOE insider profit pool"*.

**Nissan**'s Smyrna plant, **Tesla, A123, Ener1, Fisker** and **Ford** were **exploiting Lithium from Afghanistan** that directly paid into the *"DOE insider profit pool"*. Other "failed DOE winners" had the same connected materials supply routes.

The USAID federal agency passed around a marketing book, that we have a copy of, offering different opportunities to plunder Afghanistan mining corruption….but only if you help Obama!

**In this Watergate-type scandal (Should we call it Lithium-Gate, instead?) Secretary of Energy Steven Chu** appears to have been told to let no applicant through unless they were in the "*DOE insider profit pool"*. The pool consisted of Deloitte staff, Goldman Sachs staff, DOE staff, Silicon Valley venture capitalists and, possibly, at least two White House staff. Rahm Emanual is known to have had an intimate connection with the Argonne labs lithium ion program research funding while in the White House and after he returned to Chicago. **Dianne Feinstein** personally arranged for, and opened, the NUMMI plant for Tesla. Her husband's company CBRE were the real estate hooks for the Tesla, and next door, Solyndra property deals.  Her staff and lobby people work there now. Her husband goes to Mongolia all the time for "special meetings" according to Sunshine. So one wonders if Feinstein got on the intelligence committee so she could see if she was about to get caught or if a savvy NSA section chief *"helped"* her get there on the premise of *"keep your friends close and your enemies closer"* so

the NSA could watch her in intimate detail. The recent hack of her files by intelligence officers seems to be indicative.

Many high level politicians made a grab for their piece of the trillion dollars so investigations keep getting squashed by them. Steven Chu killed off the non-toxic fuel cell, wind and natural gas programs while at DOE to give a clear runway to his "*DOE insider profit pool"*, **in which he participated.**

The Russian mining connections run throughout the above group but now that the U.S. is back in a Cold War with Russia, Russian insiders are delighted to spill the beans, on the whole deal, to reporters. One is even out taking competitive bids for exclusive whistleblower interviews.

The insider profit pool consisted of the same investors in the above efforts, who also happen to be the same people who nominated and lobbied for the appointment of **Steven Chu**, according to his nomination docket. All of these people had a personal profit side deal in the same profit pool through stock holdings, trusts, revolving doors and repercussive gains. All of the above are connected in a very tiny business circle. The odds of that circle of 30, or so, people, out of 318 million Americans, being the only people to have access to these profits and federal funds, without rigging the program, is calculated on a book-makers metric at 12 billion to 1. Even now, one can easily see the disparity between the **NHTSA wave-through of the coddled White House campaign-backer funded Tesla** **(hushed up by Tesla silent owner: Google)** and the bone crunching hearings and fines that GM and Toyota have had to endure, at the same time, for less dangerous defects.

The Senate Ethics Committee members have hundreds of thousands of background documents on this matter but they have been stone-walled. The FBI has nearly a million documents on this matter and reporters are eager to see the anticipated indictments from years of surveillance of the key parties of interest. NSA, DIA and CIA have tens of millions of documents on this matter from nearly a decade of surveillance of parties of interest, but they are stalled up with inter-party politics. The press has vast amounts of this evidence. The Russians are shopping vast new repositories of disclosure. Within the year, expectations are high for a tsunami of enforcement activity. The recent record-breaking number of White House and Congressional "retirement announcements" may be the first wave of the storm. As Richard Byrne Reilly found out, the *"no comment"* responses are piling up. That is **always a good sign** that the *"We just got caught***"** *Freak-Out Factor Frenzy* has begun among the Politicos.

While party mouth-foamers are trying to make the **Afghani-scam scandal** not about their party, with their constant drone of *"Nothing's been proven…"* they are now realizing that it is not a Democrat Vs. Republican issue. It is about being for, or against, **Organized Crime.** It is about being part of, or not part of, **Organized Crime.** It is about losing their federal pensions because of crimes they may have **knowingly supported.**

When investigative reporters found that Goldman Sachs and Silicon Valley VC's were involved in almost every single one of the DOE money deals, they had to ask why? How much did they make in, around and through the whole thing? Who was connected to them and decision makers? Would they

really rig a whole market (and a war?) just to get a few **TRILLION** dollars worth of lithium cornered? Looks like they did…

Richard Byrne Reilly of VENTUREBEAT reports that: "  The future of Silicon Valley's technological prowess may well lie in the war-scarred mountains and salt flats of Western Afghanistan.
United States Geological Survey teams discovered one of the world's largest untapped reserves of lithium there six years ago. *(**Editorial Team Note:** Right about the time the DOE started rounding up the key ATVM and LG program insiders)* The USGS was scouting the volatile country at the behest of the U.S. Department of Defense's Task Force for Business and Stability Operations. Lithium is a soft metal used to make the lithium-ion and lithium-polymer batteries essential for powering desktop computers, laptops, smartphones, and tablets. And increasingly, electric cars like Tesla's.

The vast discovery could very well propel Afghanistan — a war-ravaged land with a population of 31 million largely uneducated Pashtuns and Tajiks, and whose primary exports today are opium, hashish, and marijuana — into becoming the world's next "Saudi Arabia of lithium," according to an internal Pentagon memo cited by the *New York Times.*

The USGS survey report on Afghanistan that detailed the findings also noted that, in addition to lithium, the country also contains huge deposits of iron ore, gold, cobalt, copper, and potash, among many other valuable minerals.

"The mineral wealth there is astonishing," said professor Michel Chossudovsky of the Montreal-based Center for Research and Globalization, who has written extensively on Afghanistan.

A conservative estimate of the riches is $1 trillion. In some circles, it's as high as $5 trillion.

Reasons for considering Elon Musk to be compromised in this whole DOE scam:
- All of his efforts involved the exploitation of lithium mining deals which were controlled by DOE insider-connected awardees. Tesla cars used lithium batteries, Nevada factory was to manufacture lithium batteries, Solar City was to store energy in lithium,  Space X space systems used lithium systems
- Tesla and FBI-raided Solyndra sat on the same land, had the same conflicts of interest in management and operations and were funding-promoted by the same people
- Musk went to Russia to coordinate deals with many of the same people that are conflicted with many of the other parties herein and have ties to related illicit mining deals
- Musk lied about who ordered the NHTSA safety investigation into the Tesla car fires. It was the NHTSA, and not Musk, who wanted the safety investigation started. The investigation was never completed because Musk & Tesla paid cash to get it halted in exchange for mounting a cosmetic PR-mitigation ballistic explosion shield on the bottom of the car.
- Senators Dianne Feinstein and Harry Reid had stock ownership, staffing provision services relationships, construction company ownership, leasing company ownership, insider trading arrangements, public policy ownership, supplier ownership, property ownership, tax haven options and many other conflicts of interest between themselves and Musk
- Musk has stated, on record, that Tesla's have had "no recalls", in fact they have had many recalls, at least two for fires and explosions.

- Multiple main-stream, and independent news journals have published analysis of Musk's financial
- Musk's battery partner: Panasonic, has been publicly charged, by state agencies, with corruption, racketeering, dumping, employee deaths and other illicit activities
- Elon Musk did not create Tesla Motors, he took it over, in a hostile takeover action, from the actual founders, some of whom sued him for fraud and publicly called him a scam artist.
- The tens of billions of dollars that Musk has received from U.S. taxpayers do not equate to actual costs of operations. Everything that Musk has shown, or sold, could have been produced for much, much less. Non-manipulated forensic accounting seems to make it clear that some of that money is being used for other purposes.
- A number of Tesla's have suddenly veered over cliffs, killing the drivers, oncoming drivers, pedestrian and bicyclists. Tesla has sought to cover this up, yet homicide lawsuits have now been filed against Tesla for this. Tesla has denied that the car is faulty, yet hundreds of internet user postings, detail numerous defects with the car. Additionally, 60 Minutes and many other news broadcasts have aired demonstrations of how easy it is to hack into, and take over. Tesla is said to be the most hackable car. In fact, around the time, that the Tesla China deal started to fall apart, a Chinese University student team demonstrated a full Tesla takeover by hacking remote control.
- Musk staff were caught sending out email notices, to potential buyers, to put deposits down, before then end of the federal reporting period, so that Musk could book the deposits as "fully paid car purchases" in order to falsify sales volumes so that he could cover that fact that he had sold less cars, after a bigger cash loss, than any car company in history. Tesla investors were asked to buy as many Tesla's as they could, in order to inflate volumes.
- Musk has "cooked the books" in reporting profits in his federal filings by stating tax credits and taxpayer cash as profits and upside in an effort to manipulate stock valuations
- Over a five year test, the results of all internet-news media covering Elon Musk related stories was analyzed. Whenever negative news appeared about Musk activities, all Google and Kliener Perkins founded web assets would down-rank, or delete, the negative news while immediately pumping PR and hype news about Musk and his projects to hide the negative news. Musk has a financial, political, economic and personal relationship with Kliener Perkins and Google owners. This manipulation of stock valuation perceptions for public stock buyers, based on the use of monopolistic assets in a covert manner is a violation of securities laws and ethics.
- In the Department of Energy original LGP and ATVM filing application documents, which Lachlan Seward thought he had destroyed, the proposed metrics from Tesla Motors, compared with the known history as of today, demonstrate that Tesla missed almost every single milestone, by magnitudes, yet, not only did Steven Chu not cut off their funding, he increased it.
- The Section 136 law says that it was illegal for DOE to fund a car company on the verge of bankruptcy, or whose survival depends on the DOE money. Elon Musk has now been recorded saying that Tesla Motors was on the verge of bankruptcy, preparing massive severance packages for key staff and had no hope for survival without the DOE cash. Federal records demonstrate that Tesla used a temporary Detroit stock swap, arranged by DOE staff and Silicon Valley investors, to temporarily manipulate the numbers in order to create the surface appearance of a momentary positive debt-ratio. In fact, Tesla, of all applicants, had the worst debt ratio of any

applicant. Per the 136 law, Tesla should never have been funded. At the time of application, they had no factory building. Their cars were a hundred thousand dollars over budget, per car. They had no engineered design for production. They were facing staff revolts and they already had written warnings about the dangers of their battery systems.

- Musk has ordered his staff and engineers to never discuss or acknowledge the federal documents disclosing that his car batteries, and battery factory, emit cancer-causing, brain-damaging, liver and fetus damaging vapors when they out-gas during afire, explosion or thermal event, threatening firemen, occupants and bystanders.
- Multiple news media have reported that Musk sends spy emails to his employees, under false names, in order to find out who is whistle-blowing on his illicit actions. This has angered many former employees, some of whom have sued Musk. Many of those are willing to testify about Musk illicit actions.
- Internet IP, DNS, bot and dat-pack tracking has confirmed that Elon Musk related groups use automated shill and blogger farms to place large amounts of self-promotion, about Musk on Musk-partner held sites such as Think Progress, Motley Fool, Media Matters, Green Car Reports, Plugin-America, Reddit, and related covert ownerships as well as on all public social media in order to manipulate stock market valuation perceptions.
- Numerous failed marriages, and relationships, have left a trail of unhappy women who have testified, or relayed information to their friends, who have testified, about illicit activities by Musk


**60 Minutes:** <u>Tesla and SpaceX: Elon Musk's industrial empire</u>

Aired: 2014- Mar 30- CORRESPONDENT: Scott Pelley;  Harry Radliffe, producer..

Apparently it's fast and smoke-free. **(EXCEPT FOR THE TOXIC CANCER CAUSING SMOKE THE CAR EMITS WHEN ITS POORLY DESIGNED BATTERY PACK SPONTANEOUSLY BURSTS INTO FLAMES)** *The Tesla Model S is powered by 7,000 battery cells* **(EACH ONE ABLE TO EXPLODE AND SET THE BATTERIES NEXT TO IT OFF ON A CHAIN REACTION OF DEADLY EXPLOSIONS)** *linked to an electric motor. No engine, no transmission, no tailpipe. As this company video shows, the dash is dominated by a computer that's constantly connected to the Internet.* **(THIS ALLOWS ELON MUSK, HIS INVESTORS, THE NSA AND CHINESE HACKERS TO SPY ON YOU AT ANY TIME AND HACK YOUR TESLA AND FORCE IT TO DRIVE OVER A CLIFF AND KILL YOU AND YOUR FAMILY. MULIPLE TESLA'S HAVE SUDDENLY SWERVED OVER CLIFFS AND KILLED THEIR OCCUPANTS AND THOSE NEARBY)** *It has a fanatical* **(SOME MIGHT SAY THE TESLA FANBOYS ARE INSANE, OTHER SAY THEY ARE ALL JUST ELON MUSKS MEAT PUPPETS AND MALAYSIAN CLICK FARM FAKES)** *following. There's a waiting list* **(FALSIFIED BY ELON MUSK)** *that Elon Musk is trying to shorten building 600 Model S's a week in this high-tech plant* **(MADE FOR HUNDREDS OF THOUSANDS OF CARS PER WEEK AND ACTING AS A FACADE BUILDING BECAUSE OF IT'S MASSIVE AMOUNT OF DEAD SPACE)** *in Northern California.*

# Questions For Government Mooch Elon Musk:

Recently; Numerous ex-Tesla staff and contractors, former suppliers, federal investigators, investigative reporters, investors and ex-partners of Tesla Motors have provided facts about Tesla Motors which are disturbing to the public, Congress, and the market. Please provide clarification of the following charges and concerns in order to resolve outstanding issues between the public and Tesla Motors :

- Are Tesla and Google, essentially, the same entity by virtue of the same investors, agenda and stock market manipulations?

- When damaging news about Tesla emerges, do Tesla and Google investors place multiple stock-buy orders from a multi-billion dollar slush fund in order to make it appear that individual outside investors are excited by Tesla when, in fact, it is only a small internal group of investors "pumping the market"? Does Google "bury" any negative stories about Tesla in their searches on orders from Tesla/Google investors? Is that a violation of securities laws?

- It is said that the Tesla Model S has the most surveillance devices to watch, track, listen-to and broadcast the activities of the occupants, built into it than any other car in the world. Elon Musk has personally told reporters that his cars constantly watch the driver and occupants. Why is that? Why are Tesla and Google obsessed with spying on the public?

- In multiple recorded interviews, Elon Musk is on public record telling the news media that, after careful research, the NUMMI plant in Fremont California would be a very bad choice for Tesla? Why did that suddenly change? What participation did Senator Dianne Feinstein and her husband's real estate Company CBRE have on that decision and the award of the loan to Tesla? Why do Senator Feinsteins staff now work for Tesla? Why did Glenn Greenwald call Feinstein's actions "suspicious"? What political support or funding did Tesla or Google provide to any related political officials?

- From 2008 to 2010 numerous competing electric car companies have charged that Tesla Motors placed Tesla Motors "moles" inside of their companies to intelligence-gather and cause disruption. Is that true?

- Google and Tesla motors share the same venture capital investor groups and alliances. Numerous expert at Tech-Crunch, Valleywag and other industry journals have published articles about the fact that those VC's actively collude with each other to lock competing technologies and companies out of the market and create business monopolies. Did Tesla investors and associates participate in such activities? If so, would that not be a violation of SEC laws?

- Did Tesla and/or Google reward certain politicians with campaign funding, web promotion, revolving door jobs for staff, and other incentives, in exchange for "hot-tracking" State and Federal taxpayer money for Tesla Motors?

- While other companies built consumer priced electric cars before and during Tesla's existence, why did Tesla choose to build an unaffordable car and position the marketing of it to "the 1%" when the money for that car came from the 99% taxpayers?

22

- Numerous cities were told that they would have the Tesla car factory and then they stated, or sued Tesla, saying Tesla acted "in bad faith" and "used false and misleading information" to induce them to provide assurances which were used to pump the stock market. Why did Tesla lead so many cities on?

- The factory that builds your batteries and the U.S. Government states, in their formal technical documents, that when Tesla batteries are on fire they emit lethal, brain-damaging, carcinogenic, liver, lung and DNA damaging fumes and smoke. Why do you not inform the public of this danger in your literature?

- Lithium ion production kills and terminally sickens workers overseas. Multiple Tesla workers have been burned alive at your factory. OSHA has launched an investigation. What have you done to prevent the accidental and long term injuries to your staff and contractors?

- Bernard Tse, and other main Tesla Engineering staff including: electric engineer Doug Bourn, electrical engineer Andrew Ingram, Brian M. Finn, senior manager of interactive electronics and George Blankenship; while investigating battery purchases for Tesla Motors, received numerous white-papers and technical documents from LG Chem, Panasonic and the U.S. D.O.E and vast numbers of other battery-makers which specifically stated that lithium-ion batteries would be "stressed" and "likely to combust" when used in the configuration which
Tesla intended. They stated that the batteries were "not intended for use in cars". Why then, did Tesla still use them? What effect did the monopolistic ownership of lithium ion mining and manufacturing resources by Tesla and Google investors have on the decision to use lithium ion?

- Is it not a fact that a majority of your cars have been sold to your own investors or associates who act as "fluffers" against any bad PR?

- In multiple recorded interviews, Elon MUsk is on public record stating that, at the time of application for the DOE loan Tesla was on the verge of bankruptcy. The DOE loan was mandated under a Federal law known as Section 136. This law stated that no car company could receive money if it was on the verge of bankruptcy. Past accountants of Tesla have stated that Tesla was on the verge of bankruptcy at the time of the loan application. Numerous Tesla staff and contractors have verified this. Did Tesla commit a felony and acquire "unfair advantage" per the GAO?

- Relative to the number of cars sold, why has Tesla had so many Tesla drunk driver related crashes, deaths and homicides. Why are Tesla drivers killing innocent pedestrians simply because the Tesla's "smell bad".?

- Psychographic, demographic and marketing studies have been published showing that Tesla drivers have a higher-than-average inclination towards drugs, strange sexual behavior and risk. Could this account for the number of Tesla crashes and deaths?

- Is it true that safety testing was done on Tesla cars without fully charged batteries and in a moisture-locked environment because Tesla staff knew that fully charged batteries and moisture in a crash WOULD cause a fiery explosion, as they already have?

- Is it not a fact that Google deletes, or hides any bad PR about Tesla on it's network? Would this be considered stock market manipulation in violation of SEC laws?

- Numerous periodicals, including Valleywag, document the fact that Elon Musk sends spy emails to his employees, each with a few words changed in order to track them and see who might reveal anything damaging to regulators?

- Who are all of the property holders and lease-owners of the Tesla and Solyndra, past and current, real-estate?

- According to DOE staff, who were at DOE when the Tesla application was submitted, nothing that Tesla submitted was ever built by Tesla. In fact, these staff state that the vehicle that Tesla eventually sold was not even designed or engineered when Tesla was approved for the loan money, contrary to the Section 136 law requirement. They say that Tesla took the money and THEN hired people to figure out what they were going to do with it. As shown in the DOE files, the engineering of the shipping Tesla cars has no element that was submitted to
DOE. Is that true?

- Elon Musks wives and founders have filed lawsuits and made public statements that he is a fraud and coerced them into participation. Is it proper fiduciary practice to allow Mr. Musk to continue with the company?

- Why did Tesla not have to pay the cash participation fee that the Section 136 law said everybody had to pay? Tesla staff stated, at numerous documented Silicon Valley open meetings that they got a "special applicant participation waiver". Why did Tesla get that waiver?

- Did Tesla Motors provide falsified information in order to acquire it's Federal funding?

- Did Tesla Motors provide falsified information in order to acquire it's Federal waivers, tax deferrals, credits and discounts?

- Kleiner Perkins and certain silicon valley VC's, all investors in a number of DOE "winners" (including Tesla, Fisker, Solyndra, A123 and others), organized meetings with a Dmitry Medvedev and other men known by the State Department, CIA, FBI and federal investigators to be involved in Russian mobsterism and then Ener1, Severstal and A123, dark-money funded and run by billionaires (many of whom own lithium mining interests) known by the State Department, the CIA and federal investigators to be involved in Russian mobsterism, were awarded taxpayer funds by Steven Chu, who was nominated by Kleiner Perkins. Was any of this a
conflict of interest?

- Why is the only company to receive California State real estate exclusives, exclusive tax waivers, credits and stock enhancers and free rides on taxpayer backs also the same company who's investors were the largest funders of certain State officials?

- Federal communications monitoring of text, voice and email communications of certain highly placed Senators, lobbyists and venture capitalists from 2005 to today should be made available to ALL federal criminal investigators. Have they been? Are one or more Senators blocking this effort because they are compromised?

- Why have so many fraud lawsuits been filed against Elon Musk and Tesla Motors?

- The head of the NHTSA (Strickland) Tesla investigation quit because of increased scrutiny. The facts, such as these, demonstrate that Tesla and Fisker never should have passed any NHTSA safety review. How can the public be assured that ongoing NHTSA investigations regarding Tesla will not be rigged?

- Did Tesla Motors provide falsified information in order to acquire it's State funding? Did Tesla Motors provide falsified information in order to acquire it's State waivers, tax deferrals, credits and discounts? Did Tesla investors bribe, or influence Congress people?

- Did Tesla report tax credits as revenue/sales in stock reports in order to trick investors into thinking Tesla was making profit that it was actually not making?

- Did Tesla staff or owners investors bribe, or influence Congress people? Did Tesla staff, owners or investors provider misleading information to investors? Was there a conflict of interest between Department of Energy staff and Tesla owners, investors or staff? Was there a conflict of interest between White House staff and Tesla owners, investors or staff? Was there a conflict of interest between Senate staff and Tesla owners, investors or staff? Did Tesla Motors use taxpayer money to hire off-shore staff?

- Marketing sales staff from the ad agencies for 60 Minutes, Consumer Reports, GQ, Fortune and other mainstream periodicals have stated that Elon Musk purchased "puff piece" stories about himself in those broadcasts and magazines and that none of those stories were internally generated. Is it good fiduciary practice for an executive to use corporate resources for personal glorification?

- Did Tesla Motors use taxpayer money to purchase supplies offshore that could have been purchased in the United States? Did Tesla Motors participate in a market rigging scam to rig lithium ion purchasing for its investors? Did Tesla Motors participate in a market rigging scam to rig the electric car market for its investors? Did Tesla Motors staff, or owners, sabotage competitors?

- Did Tesla Motors staff, owners or investors exchange campaign funding quid pro quo for business financing?

- Did Silicon Valley companies, owned by Tesla investors and campaign financiers, use internet technology to falsify information to the public in order to manipulate stock market perceptions in violation of SEC, RICO, and various other laws?

- Did Tesla Motors lie about the safety metrics of its lithium ion battery system?

- Was Tesla Motors holding safety metric data in its files which differed fully from the safety metrics data it provided to investors and NHTSA?

- Did Tesla Motors violate securities law by using false information to acquire a federal loan which it then used to falsify its stock metrics in order to "pump" it's stock?

- Did Deloitte accounting firm conspire with Tesla to manipulate market metrics in violation of RICO Statutes and did that firm manipulate Department of Energy review data on Tesla's behalf?

- A U.S. Senator officiated at the opening of the Tesla NUMMI plant and lobbied for Tesla's tax waivers, credits, acquisition of NUMMI and discounts and then that U.S. Senator had their staff work

in Tesla's offices. Is it a conflict of interest that this senator received campaign funding and this senator's family received real estate deals from the Tesla and, (next door to Tesla), Solyndra real estate deals?

- Did Welles Fargo conspire with Tesla to manipulate market metrics in violation of RICO Statutes?

- Did Goldman Sachs conspire with Tesla to manipulate market metrics in violation of RICO Statutes?

- Were Department of Energy staff manipulating Tesla funding data in order to favor Tesla and it's campaign funding investors in violation of RICO Statutes?

- Were Department of Energy staff manipulating Tesla funding data in order to disfavor Tesla competitors and competitors to it's campaign funding investors in violation of RICO Statutes?

- Did Tesla owners, staff or investors attempt to delay federal investigations and indictments by asserting influence in violation of RICO Statutes and numerous other laws?

- Documents show there have been more Tesla fires that actually occurred than Tesla has reported in the media. How many actual Tesla factory fires, test car fires and Tesla battery fires have actually occurred?

- Please provide an identification matrix showing campaign backers who were lithium ion investors who had had their contacts exert influence over NHTSA decisions regarding Tesla?

- The Secretary of energy was friends with all of your investors. We have been unable to find the name of even one person from OPM and Congressional nomination file wrapper for Steven Chu's nomination, who Chu did not later give DOE $$ or perks to. Why is that?

- The U.S. Post Office, The TSA, The DOE, The GAO, Panasonic and over 100 of the leading technical companies in the world say lithium ion batteries can spontaneously explode. Why do you not disclose this to your buyers in your literature?

- The Tesla can blow-up from it's charger and/or it's batteries. Are there other dangers that have also not been disclosed?

- Is Tesla operating in violation of the patents of any other company?

- By Elon Musk's own admission, at the time of the DOE loan application all of the car designs were $100,000.00, PER CAR, over budget and they had no final design for a factory production run DFM. How could Tesla have gotten the loan with the worst debt ratio, the least engineering, the greatest financial risk and the least collateral of any applicant?

- Tesla lobbyists worked with Rahm Emanuel in the White House, to arrange their loan deal. Rahm Emanuals Senior Finance Aide was recently arrested for bribes, kickbacks, corruption and money Laundering. Steve Rattner, The West Wing "Car Czar", who Tesla investors worked with to secure the Tesla loan, was also indicted for corruption. Almost everyone at DOE involved in your loan was forced to quit or fired. Does this call your dealings into question?

26

- Rolls-Royce Holdings said the U.K.'s Serious Fraud Office has opened a formal investigation into bribery and corruption of government officials for cars for the 1%. Does this worry you?

- The NHTSA said that Elon Musk lied about Fire Safety Review approval and who made the request for recall and investigation. Should we trust Elon Musk?

- Tesla got another $34 MILLION of our tax money in exclusive campaign finance kickbacks for billionaires from the State of California. Why did Tesla billionaires need a few million of our tax money in a recession when people have no jobs?

- The German Tesla "Safety Review" was exposed as "Sham" in that they conducted no safety review and were just told to "pass the car" by your bankers at Deutche Bank! Why did you not disclose that the German's conducted no testing of your battery system of any nature?

- In Tesla's own filed patent applications you state that your batteries WILL explode spontaneously and kill and injure people and burn down their homes. Why did you not disclose this in buyers documentation?

- Tesla is MORE likely to catch on fire than gasoline car"per Bloomberg & MIT. Why did you not disclose this?

- Lithium Ion is  "nearly impossible to extinguish, and "acts like solid rocket fuel" say firefighters. Tesla never supplied required battery company CO2 fire extinguishers to car owners. Why not?

- Federal Investigators say you are using "exploding flashlight batteries that were never intended to be used in cars, in an improperly shielded box" to power the car instead of commercial energy storage technology. They say your car has "85% less lithium crash protection on the Tesla than ANY OTHER ELECTRIC CAR". All other companies had to recall EXCEPT Tesla. Why not? What special leverage did you have?

- Over 150 defects and problems per model about the Tesla have been documented on user-forums and in the press including: "Doors lock you in and out. Bad if car on fire!"; "George Clooney Rips Tesla: 'Why Am I Always Stuck On The Side Of The F*cking Road?";  "Tesla "Satisfaction" survey authored by it's own investors/fanboys"; "Tesla seat vibration causes Anal Itching!"; "VAMPIRE POWER DEFECT slams entire Tesla Model S fleet!"; "Numerous defects documented by owners online." When the NUMMI factory was in use by GM and Toyota only 5 defects per model car produced there occurred. Even after you bought brand new robots, why did the Tesla cars get worse in a pre-configured factory with billions of dollars of past car preparation?

# How The Crony Capitalism Promoted By Silicon Valley Is Destroying America

**- Big Tech Crony Capitalism - The Real Cause Of Society's Problems**

**- In the 2021 COVID "Stimulus Bill", Silicon Valley wants $100M to pack people on an underground train tunnel that will CAUSE COVID exposure but Pelosi wants that cash for her Silicon Valley crony buddies**

Submitted by Tyler Durden per *Richard Ebeling via EpicTimes.com,*

Since the economic downturn of 2008, the critics of capitalism have redoubled their efforts to persuade the American people and many others around the world that the system of individual freedom and free enterprise has failed.

These critics have insisted that it is unbridled capitalism, set loose on the world, which is the source of all of our personal and society misfortunes. We hear and read this not only in the popular news media and out of the mouths of the political pundits. We see it also in the election of a radical socialist to the leadership of the British Labor party, and a self-proclaimed "democratic socialist" riding high in the public opinion polls for the Democratic Party's nomination to the U.S. presidency.

The first observation to make is that many if not most of the social and economic misfortunes that are most frequently talked about are not the product of a "failed" free enterprise. The reason for this is that a consistently practiced free enterprise system no longer exists in the United States.

## The Heavy Hand of Regulation

What we live under is a heavily regulated, managed and controlled interventionist-welfare state. The over 80,000 pages of the Federal Register, the volume that specifies and enumerates all the Federal regulations that are imposed on and to which all American businesses are expected to comply, is just one manifestation of the extent to which government has weaved a spider's web of commands over the business community.

The Small Business Administration has estimated that compliance costs imposed on American enterprise by this mountain of regulations maybe upwards of $2 trillion a year.

At the same time, the tangled web of corrupt government-private sector relationships is also reflected in the size and cost of special interest lobbying activities connected with the Federal government.

According to the non-partisan Center for Responsive Government, in 2014 there were almost 12,000 registered lobbyists working in Washington, D.C. Their job is to influence the writing of legislation that serve special interest groups attempting to obtain sectorial tax breaks, anti-competitive regulations or market restrictions, redistributions of wealth, or taxpayer funded subsidies and protections from the realities of free market competition and trade, or to advance various ideologically motived "causes."

28



**Spending Big Money to Plunder Others**

The Center for Responsive Government, which tracks who lobbies and for what purposes and causes through the targeting of specific holders of or contenders for Federal elected office, including the Presidency and both Houses of the U.S. Congress, estimated that in 2014 lobbyists spent nearly $3.25 billion in the pursuit of privileges for some at the expense of others in society.

Just alone in 2013-2014, over $500 million dollars was spent on lobbying activity by the financial, insurance, and real estate sectors. Ideological and single-issue groups spent more than $352 million. Lawyers and lobbyists spent $151.5 million; health industry companies spent $142 million; and labor unions "invested" $140.6 million on lobbying.

Communications and electronic companies spent $116 million; energy and natural resource sector, $115 million; agribusiness, $77 million; construction companies, $67.7 million; transportation firms, $61 million, and defense companies, $25.4 million.

Based on the Senate Office of Public Records, the Center for Responsive Government calculates that lobbyists spent close to $41 billion on lobbying activities over the last 15 years, since the beginning of the twenty-first century.

These billions of special interest-serving dollars have influenced and affected the spending of trillions of dollars of Federal government expenditures over the same decade and a half. The lobbyists work with and use those who hold high political office so the special interest and ideological groups who employ them can plunder many others in American society; they can be viewed as among the most successful enterprisers in the country.

**The Best Politicians Money Can Buy**

But the symbiotic relationship between politicians and special interest groups of all types does not begin or end with the formal lobbying for legislative, regulatory and fiscal privileges and favors in the halls of Congress and the White House in Washington, D.C.

It goes on all year round all over the country in the form of campaign and electioneering contributions to get those elected or reelected who can be depended upon to direct the powers of government in ways that interest groups and ideological activists desire and from which they hope to benefit.

Again according to the Center for Responsive Politics, in 2013-2014, individuals and PACS donated over $1.6 billion to 1,671candidates of both major political parties running for office in the Senate and the House of Representatives. Democratic Party candidates received $736 million, while Republican Party candidates received $901.5 million.

While it may seem unseemly to suggest such a thing, these amounts for legislative lobbying and campaign funding, of course, do not include more millions of dollars that grease the palms of those in political power or who want to be in those lofty positions that represent funding that are outside the official channels in the form of "gifts," travel junkets, off-the-books expense accounts, and out-and-out bribes of one type or another.

The real world of corrupted and corrupting crony capitalism includes more than lobbying expenditures and campaign contributions to have ringside seats in the halls of political plunderland.

The media has been in a frenzy with the revelations that the Volkswagen automobile company manipulated information about emission standards on its diesel vehicles to deceive environmental regulators in both the United States and Europe. This is being portrayed by many in the media as another example and "proof" of the consequences of unbridled capitalism, when left outside of sufficiently tight and demanding government regulation and intense oversight.



**Government Partnerships and the Volkswagen Scandal**

However, a closer look shows that this is, instead, another example of the result arising from government, business and labor union "partnerships." In Germany, labor union representatives sit on the executive boards of large companies and corporations that work closely with various levels of the German government to attain political and "social" goals and objectives very different and separate

from what a truly free market company does in pursuing peaceful and honest profits in the service of consumer demand on open, competitive markets.

On September 25, 2015, *The New York Times* quoted a former Volkswagen executive who said:

> *"There's no other company where the owners and the unions are working so closely together as Volkswagen. [Volkswagen] guarantees jobs for over half the supervisory board. What management, the government and the unions all want is full employment, and the more jobs, the better. Volkswagen is seen as having a national mission to provide employment to the German people. That's behind the push to be No. 1 in the world. They'll look the other way about anything."*

In such a politicized market economy, working for and serving "national" and "social" interests become the guiding principle of business decision-making. Not only does it lead to wasteful and inefficient economic business operations having less or sometimes nothing to do with cost-effective management and allocation of labor and resources to make better, newer and less expensive products, it also corrupts the individuals participating in these activities.

Breaking one or more regulatory standards imposed by government on these enterprises is merely one way of "doing business" to advance other political goals such as "jobs" and "full employment" that are expected as part of the "partnerships" with local and national-level politicians and labor union leaders.

The only thing expected from the business enterprises in these intricate political webs is: Don't get caught. If you do, then your political partners become like Captain Renault, the prefect of police in the 1942 movie "Casablanca." When Renault orders the closing of Rick's Café, the owner asks him on what grounds. Renault declares that he is "shocked, shocked" to discover that there is gambling going on in the café. At which point the roulette coupé appears with a stack of franc banknotes in his hand and says to Renault, "Your winnings, Sir."

Volkswagen got caught, and will pay handsomely in financial and other penalties that will, no doubt, be imposed by the U.S. and European governments. And all the time, Volkswagen's political partners, especially in Germany, who fostered and worked with the company to play its part in the "game" of government interventionism that has nothing to do with market-oriented enterprise, will sanctimoniously condemn the greedy and "selfish" conduct of profit-hungry businessmen.

What all these examples and facts about lobbying activities, campaign funding and government-business partnerships highlight is the pervasive extent to which "capitalism" as it now exists in the United States or Europe – or in fact all other parts of the world – has nothing to do with free market, laissez-faire capitalism.



**Corrupting Hand of the Interventionist State**

The Austrian economist, Ludwig von Mises, described this twisted, corrupted, and politicized capitalism over 80 years ago, in 1932, in an essay on "The Myth of the Failure of Capitalism," published shortly before the coming of Hitler and the Nazi movement to power:

> *"In the interventionist state it is no longer of crucial importance for the success of an enterprise that the business should be managed in a way that it satisfies the demands of consumers in the best and least costly manner.*

> *"It is far more important that one has 'good relationships' with the political authorities so that the interventions work to the advantage and not the disadvantage of the enterprise. A few marks' more tariff protection for the products of the enterprise and a few marks' less tariff for the raw materials used in the manufacturing process can be of far more benefit to the enterprise than the greatest care in managing the business.*

> *"No matter how well an enterprise may be managed, it will fail if it does not know how to protect its interests in the drawing up of the custom rates, in the negotiations before the arbitration boards, and with the cartel authorities. To have 'connections' becomes more important that to produce well and cheaply.*

> *"So the leadership positions within the enterprises are no longer achieved by men who understand how to organize companies and to direct production in the way the market situation demands, but by men who are well thought of 'above' and 'below,' men who understand how to get along well with the press and all the political parties, especially with the radicals, so that they and their company give no offense. It is that class of general directors that negotiate far more often with state functionaries and party leaders than with those from whom they buy or to whom they sell.*

> *"Since it is a question of obtaining political favors for these enterprises, their directors must repay the politicians with favors. In recent years, there have been relatively few large*

*enterprises that have not had to spend very considerable sums for various undertakings in spite of it being clear from the start that they would yield no profit. But in spite of the expected loss it had to be done for political reasons. Let us not even mention contributions for purposes unrelated to business – for campaign funds, public welfare organizations, and the like.*

*"Forces are becoming more and more generally accepted that aim at making the direction of large banks, industrial concerns, and stock corporations independent of the shareholders . . . The directors of large enterprises nowadays no longer think they need to give consideration to the interests of the shareholders, since they feel themselves thoroughly supported by the state and that they have interventionist public opinion behind them.*

*"In those countries in which statism has most fully gained control . . . they manage the affairs of their corporations with about as little concern for the firm's profitability as do the directors of public enterprises. The result is ruin.*

*"The theory that has been cobbled together says that these enterprises are too big to allow them to be managed simply in terms of their profitability. This is an extraordinarily convenient idea, considering that renouncing profitability in the management of the company leads to the enterprise's insolvency. It is fortunate for those involved that the same theory then demands state intervention and support for those enterprises that are viewed as being too big to be allowed to go under . . .*

*"The crisis from which the world is suffering today is the crisis of interventionism and of national and municipal socialism; in short, it is the crisis of anti-capitalist policies."*

How different is today, in its essential qualities, from Mises' description of the interventionist state and government-business "partnerships" during those years between the two World Wars?

**Real Free Markets Mean Privileges for None**

If what we have today is what is widely referred to as "crony capitalism," then how might we define and explain what a truly free market capitalism would be like? Let me suggest that the following seven points capture the essence of a real free economy:

All means of production (land, resources, capital) are privately owned;

The use of the means of production is under the control of private owners who may be individuals or corporate entities;

Consumer demands determine how the means of production will be used;

Competitive forces of supply and demand determine the prices of consumer goods and the various factors of production including wages of workers;

The success or failure of individual and corporate enterprises is determined by the profits and losses these enterprises earn in free competition with their rivals in the market place;

The free market is not confined to domestic transactions, and includes freedom of international trade;

33

Government is limited in its activities to the enforcement and protection of life, liberty, and honestly acquired property against, violence and fraud.

In a real free market, there is no place for politicians to offer privileges and favors, because there are none to sell. There is no motive or gain for special interest groups to spend huge sums of money in campaign contributions or lobbying expenses, because political benefits for some at others' expense cannot be bought.

Wasteful and corrupting "partnerships" between government and business enterprises cannot occur because political authority is restrained from any task other than the securing of each individual's right to his life, liberty, and peacefully acquired property.

**The Silicon Valley Oligarchs had a crony lobbyist team manipulate every government funding program since Obama took office!**

**Google and the Obama White House, sitting in a tree? The search giant's relationship with the president stretches back to 2007 and is cozy as can be**

- Google employees donated $1.6 million to President Barack Obama's two White House bids

- The company told Daily Mail Online that it has spoken with the Federal Trade Commission about antitrust concerns; it was investigated in 2011 but later let off the hook

- In the 2012 election, the company's search algorithm customized results for Obama but sabotaged and down-ranked all results for Republican Mitt Romney

- Google execs who have left to work in the White House include Obama's chief technology officer

- Hillary Clinton also poached her new tech chief from Google this week

By David Martosko, Us Political Editor For Dailymail.com

 When President Barack Obama dined with a dozen technology business leaders in California four years ago, it was Google executive chairman Eric Schmidt who sat at the head of the table.

Obama sat on one side, between the late Apple co-founder Steve Jobs and Facebook pioneer Mark Zuckerberg, but the place of honor was no accident.

Google executives and employees donated more than $1.6 million to Obama's two White House campaigns, and the online search giant parachuted top talent into both.

One result has been a coziness with the U.S. government's executive branch that few other companies can match – marked by access for lobbyists, mentions in nearly half of Obama's State of the Union addresses, and a personnel feeder trough serving the White House with new senior hires.

BEGINNING: In 2007 Barack Obama had an on-stage cameo with Google's then-CEO Eric Schmidt as part of a presidential candidate series



© The White House/Pete Souza

INFLUENCE: Schmidt (far left) shared the head of the table with the spouse of a venture capitalist whose firm owned 20 per cent of Google, as President Obama dined with tech leaders in 2011

There have even been allegations that Google's up-close-and-personal relationship with the West Wing earned it a reprieve from what would have been an earth-shaking Federal Trade Commission antitrust lawsuit.

Google has insisted it never received special treatment in that case, punctuating its denials with an animated GIF of a laughing baby as a jab at the news outlet that leveled the charge.

White House visitor logs suggest a different kind of story for the company whose motto is 'Don't be evil.'

Employees of the Silicon Valley behemoth have been in the White House more than 230 times since Obama took office – approximately once per week. At least 190 of those meetings were with senior officials.

More than 60 featured Google lobbyist Johanna Shelton.

Overall, according to The Wall Street Journal, Google spent $16.8 million on lobbying last year. That's four times the amount spent by Apple, whose market capitalization is twice as big.

It needed that muscle in 2011, after the FTC found Google allegedly manipulated search results in ways that favored its own for-profit products. Amazon and eBay were among the companies who complained that Google was engaging in practices that violated antitrust laws.

The Journal reviewed emails showing that Google co-founder Larry Page met directly with FTC officials in late 2012 to discuss a settlement. About the same time, White House visitor logs show, Google chairman Eric Schmidt met with Obama senior adviser Pete Rouse.

REVOLVING DOOR? Google vice president Megan Smith left her job to become Obama's chief technology officer

Lobbyist Joanna Shelton and General Counsel Kent Walker met with Jason Furman, then the newly minted chair of the president's Council of Economic Advisers. Furman followed up with a meeting with FTC chairman Jon Leibowitz.

The government closed its investigation two months after Obama won re-election.

READY FOR HILLARY: Stephanie Hannon, director of product management, civic innovation and social impact at Google, has become the Hillary Clinton campaign's top technology guru

Google agreed to change its business practices but dodged a potential 10-figure fine – and saved the cost of litigating a years-long case that could have resulted in breaking up the company into smaller, more market-competitive units.

Both Google and the FTC said at the time that there was no undue influence.

Google pilloried the Journal, which first suggested a link between the company's access and the investigation's outcome, saying the meetings its executives held with administration officials involved discussions about 'everything but' the antitrust investigation.

In a blog post, the company cited 'patent reform, STEM education, self-driving cars, mental health, advertising, Internet censorship, smart contact lenses, civic innovation, R&D, cloud computing, trade and investment, cyber security, energy efficiency and our workplace benefit policies.'

The written defense Google published took specific aim at Journal publisher Rupert Murdoch, and included an animated GIF of a laughing baby in a high chair.

But a Google spokesperson confirmed Thursday on background that company executives has talked with the FTC about unspecified antitrust concerns in the past. The spokesperson declined to be quoted or named.

Schmidt is a one-man case study of the kinds of influence a multibillionare tech titan can wield in Washington when the stars align.

LEFT-HAND MAN: Schmidt (right) got a prime seat at the table when newly minted President Obama met with a group of CEOs in February 2009

'EVANGELIST': Online pioneer Vint Cerf is Google's top 'Internet evangelist' and also a member of Obama's National Science Board

His ascent in Obama's world began in 2007 when the future president visited Google's California headquarters for a one-on-one interview, staged for the benefit of the company's employees, then 16,000 strong.

Schmidt asked him about Iran, Pakistan, and Guantanamo Bay.

'Close down Guantanamo,' Obama replied, 'restore Habeas Corpus, say no to Renditions, no to warrantless wiretaps.'

The exposure was vital: Obama ended up lapping the field in fundraising in the high-tech sector.

Obama offered Schmidt his choice of cabinet slots after the 2012 election – either Treasury or Commerce – and was even prepared to create a new 'Secretary of Business' position for him.

He declined all three but accepted a post on the President's Council of Advisers on Science and Technology. He continues to evangelize about both his company and the president's agenda, including 'net neutrality' regulations that have big Internet service providers up in arms.

Schmidt's roots with Obama run deep. When the future president visited his campaign headquarters on Election Day in 2012, Schmidt was there overseeing final efforts to leverage 'Big Data' to nudge last-minute voters to the polls.

He was by then already a donor to Obama's White House bids, contributing the maximum amount allowed by law both times.

Schmidt's specialized software gave then-Senator Obama access to high-tech voter targeting algorithms that Republican John McCain couldn't match.

HIGH LIFE: Google Ideas director Jared Cohen co-wrote a book with Princess Beatrice of York in 2013, three years after he left the Obama State Department to work for the search giant

ELECTION KINGS: Michael Slaby (left) and Justin Vincent (right) were key architects of Obama's data-mining and voter-targeting software efforts, and both were emigres from Google

And Michael Slaby, the chief integration and innovation officer af Obama For America, the president's campaign organization came over from a job as technology strategist for TomorrowVentures – Schmidt's venture capital fund.

OFA also boasted former Google software engineer Justin Vincent as its senior codewriter, and former YouTube/Google lead Web developer Angus Durocher as its lead online software engineer.

Google itself was accused publicly of favoring Obama's 2012 re-election campaign in a more visible way.

Customized search results would appear when users typed 'Obama' into a search window, but entering 'Romney' yielded no such help.

Google claimed at the time that it was the result of a computer algorithm, not human intervention.

This week the president's new initiative linking global warming with public health includes a specific buy-in from Google.

The company, the White House says, will 'donate ten million hours of high-performance computing' and help scientists to create 'early warning capabilities' for climate change-related disasters and related risks for diseases.

Some of that work could conceivably be performed by former White House staff who have joined Google, just as the president counts several former Google executives among his advisers.

Former secretary of state Hillary Clinton this week hired away a top tech talent from Google for her presidential campaign-in-waiting.

Stephanie Hannon, formerly Google's top dog on product management for 'civic engagement,' will help her navigate the digital waters in 2016.

Poaching seasoned Google veterans is a maneuver the Obama White House has perfected.

Megan Smith, a former vice president at the company, is now the administration's chief technology officer.


Angus Durocher, a computer engineer who left Google to work for the Obama campaign, tweeted this photo of himself and Vice President Joe Biden when he was at work in the campaign's New Hampshire nerve center

The deputy CTO position was held for Obama's first two years by another Google emigre, Andrew McLaughlin. He left the administration in 2011 after a reprimand for sharing details of government policy matters with his former coworkers via a personal email address.

Shortly after Obama moved into 1600 Pennsylvania Avenue, former Google project manager Katie Stanton became his director of citizen participation. Sonal Shah, a former Google global development chief, moved to Washington the same month to lead the White House Office of Social Innovation.

And Vint Cerf, a widely acknowledged 'father of the Internet,' serves on Obama's National Science Board.

Cerf has worked for Google since 2005 as a vice president and its 'chief Internet evangelist.'

**Read more:** **http://www.dailymail.co.uk/news/article-3032394/Google-Obama-White-House-sitting-tree-search-giant-s-relationship-president-stretches-2007-cozy-be.html#ixzz3WsJsXBA4**
**Follow us:** **@MailOnline on Twitter** | **DailyMail on Facebook**

# Enabling Corruption By Building Sicko Frat Boys

**The lives and upbringing of the Silicon Valley Rape-Culture boys**

What kind of family structure, school life and social programming could cause such deviant, and warped, behavior by this small group of "privileged" elitist white males from dynastic families?

There are now millions of articles detailing the hookers, rapes, intern coercion, avoidance of hiring women who are not secretaries, avoidances and racism of blacks, massive numbers of misogynistic statements and actions, elitism, white male frat house attitudes, abusive marriages, political bribes, collusion, HR wage fixing schemes and more, that the Silicon Valley billionaires have pervasively engaged in.

**One-Percent Jokes and Plutocrats in Drag: What I Saw When I Crashed a Secret Society**



The secret party that no outsider was ever supposed to see was a clone version of the West Coast
Bohemian Club events for the same bunch of sociopath "elites"

Recently, our nation's financial chieftains have been feeling a little unloved. Venture capitalists are comparing the persecution of the rich to the plight of Jews at Kristallnacht, Wall Street titans are saying that they're sick of being beaten up, and this week, a billionaire investor, Wilbur Ross, proclaimed that "the 1 percent is being picked on for political reasons."

Ross's statement seemed particularly odd, because two years ago, I met Ross at an event that might single-handedly explain why the rest of the country still hates financial tycoons – the annual black-tie induction ceremony of a secret Wall Street fraternity called Kappa Beta Phi.

Adapted from Kevin Roose's book *Young Money*, published today by Grand Central Publishing.

"Good evening, Exalted High Council, former Grand Swipes, Grand Swipes-in-waiting, fellow Wall Street Kappas, Kappas from the Spring Street and Montgomery Street chapters, and worthless neophytes!"

It was January 2012, and Ross, wearing a tuxedo and purple velvet moccasins embroidered with the fraternity's Greek letters, was standing at the dais of the St. Regis Hotel ballroom, welcoming a crowd of two hundred wealthy and famous Wall Street figures to the Kappa Beta Phi dinner. Ross, the leader (or "Grand Swipe") of the fraternity, was preparing to invite 21 new members — "neophytes," as the group called them — to join its exclusive ranks.

Looking up at him from an elegant dinner of rack of lamb and foie gras were many of the most famous investors in the world, including executives from nearly every too-big-to-fail bank, private equity megafirm, and major hedge fund. AIG CEO Bob Benmosche was there, as were Wall Street superlawyer Marty Lipton and Alan "Ace" Greenberg, the former chairman of Bear Stearns. And those were just the returning members. Among the neophytes were hedge fund billionaire and major Obama donor Marc Lasry and Joe Reece, a high-ranking dealmaker at Credit Suisse. **[To see the full Kappa Beta Phi member list, click here.]** All told, enough wealth and power was concentrated in the St. Regis that night that if you had dropped a bomb on the roof, global finance as we know it might have ceased to exist.

During his introductory remarks, Ross spoke for several minutes about the legend of Kappa Beta Phi – how it had been started in 1929 by "four C+ William and Mary students"; how its crest, depicting a "macho right hand in a proper Savile Row suit and a Turnbull and Asser shirtsleeve," was superior to that of its namesake Phi Beta Kappa (Ross called Phi Beta Kappa's ruffled-sleeve logo a "tacit confession of homosexuality"); and how the fraternity's motto, "*Dum vivamus edimus et biberimus*," was Latin for "While we live, we eat and drink."

On cue, the financiers shouted out in a thundering bellow: "***DUM VIVAMUS EDIMUS ET BIBERIMUS***."

The only person not saying the chant along with Ross was me — a journalist who had sneaked into the event, and who was hiding out at a table in the back corner in a rented tuxedo.



Several Kappas at the table next to me, presumably discussing the coming plutocracy.

I'd heard whisperings about the existence of Kappa Beta Phi, whose members included both incredibly successful financiers (New York City's Mayor Michael Bloomberg, former Goldman Sachs chairman John Whitehead, hedge-fund billionaire Paul Tudor Jones) and incredibly unsuccessful ones (Lehman Brothers CEO Dick Fuld, Bear Stearns CEO Jimmy Cayne, former New Jersey governor and MF Global flameout Jon Corzine). It was a secret fraternity, founded at the beginning of the Great Depression, that functioned as a sort of one-percenter's Friars Club. Each year, the group's dinner features comedy skits, musical acts in drag, and off-color jokes, and its group's privacy mantra is "What happens at the St. Regis stays at the St. Regis." For eight decades, it worked. No outsider in living memory had witnessed the entire proceedings firsthand.



A typical Kappa neophyte in drag (left) chats up a vet. This explains much about why the Biden and Silicon Valley Administration's love the whole "transgender" thing

I wanted to break the streak for several reasons. As part of my research for my book, *Young Money*, I'd been investigating the lives of young Wall Street bankers – the 22-year-olds toiling at the bottom of the financial sector's food chain. I knew what made those people tick. But in my career as a financial journalist, one question that proved stubbornly elusive was what happened to Wall Streeters as they climbed the ladder to adulthood. Whenever I'd interviewed CEOs and chairmen at big Wall Street firms, they were always too guarded, too on-message and wrapped in media-relations armor to reveal anything interesting about the psychology of the ultra-wealthy. But if I could somehow see these barons in their natural environment, with their defenses down, I might be able to understand the world my young subjects were stepping into.

So when I learned when and where Kappa Beta Phi's annual dinner was being held, I knew I needed to try to go.

Getting in was shockingly easy — a brisk walk past the sign-in desk, and I was inside cocktail hour. Immediately, I saw faces I recognized from the papers. I picked up an event program and saw that there were other boldface names on the Kappa Beta Phi membership roll — among them, then-Citigroup CEO Vikram Pandit, BlackRock CEO Larry Fink, Home Depot billionaire Ken Langone, Morgan Stanley bigwig Greg Fleming, and JPMorgan Chase vice chairman Jimmy Lee. Any way you count, this was one of the most powerful groups of business executives in the world. (Since I was a good 20 years younger than any other attendee, I suspect that anyone taking note of my presence assumed I was a waiter.)

I hadn't counted on getting in to the Kappa Beta Phi dinner, and now that I had gotten past security, I wasn't sure quite what to do. I wanted to avoid rousing suspicion, and I knew that talking to people would get me outed in short order. So I did the next best thing — slouched against a far wall of the room, and pretended to tap out emails on my phone.



The Kappa Beta Phi neophyte class of cross-dressing bilionaires.

After cocktail hour, the new inductees – all of whom were required to dress in leotards and gold-sequined skirts, with costume wigs – began their variety-show acts. Among the night's lowlights:

• Paul Queally, a private-equity executive with Welsh, Carson, Anderson, & Stowe, told off-color jokes to Ted Virtue, another private-equity bigwig with MidOcean Partners. The jokes ranged from unfunny and sexist (Q: "What's the biggest difference between Hillary Clinton and a catfish?" A: "One has whiskers and stinks, and the other is a fish") to unfunny and homophobic (Q: "What's the biggest difference between Barney Frank and a Fenway Frank?" A: "Barney Frank comes in different-size buns").

• Bill Mulrow, a top executive at the Blackstone Group (who was later appointed chairman of the New York State Housing Finance Agency), and Emil Henry, a hedge fund manager with Tiger Infrastructure Partners and former assistant secretary of the Treasury, performed a bizarre two-man comedy skit. Mulrow was dressed in raggedy, tie-dye clothes to play the part of a liberal radical, and Henry was playing the part of a wealthy baron. They exchanged lines as if staging a debate between the 99 percent and the 1 percent. ("Bill, look at you! You're pathetic, you liberal! You need a bath!" Henry shouted. "My God, you callow, insensitive Republican! Don't you know what we need to do? We need to create jobs," Mulrow shot back.)

• David Moore, Marc Lasry, and Keith Meister — respectively, a holding company CEO, a billionaire hedge-fund manager, and an activist investor — sang a few seconds of a finance-themed parody of "YMCA" before getting the hook.

• Warren Stephens, an investment banking CEO, took the stage in a Confederate flag hat and sang a song about the financial crisis, set to the tune of "Dixie." ("*In Wall Street land we'll take our stand, said Morgan and Goldman. But first we better get some loans, so quick, get to the Fed, man.*")



A few more acts followed, during which the veteran Kappas continued to gorge themselves on racks of lamb, throw petits fours at the stage, and laugh uproariously. Michael Novogratz, a former Army helicopter pilot with a shaved head and a stocky build whose firm, Fortress Investment Group, had made him a billionaire, was sitting next to me, drinking liberally and annotating each performance with jokes and insults.

"Can you fuckin' believe Lasry up there?" Novogratz asked me. I nodded. He added, "He just gave me a ride in his jet a month ago."

The neophytes – who had changed from their drag outfits into Mormon missionary costumes — broke into their musical finale: a parody version of "I Believe," the hit ballad from *The Book of Mormon*, with customized lyrics like "I believe that God has a plan for all of us. I believe my plan involves a seven-figure bonus." Amused, I pulled out my phone, and began recording the proceedings on video. Wrong move.



The grand finale, a parody of "I Believe" from The Book of Mormon

"Who the hell are you?" Novogratz demanded.

I felt my pulse spike. I was tempted to make a run for it, but – due to the ethics code of the New York *Times,* my then-employer – I had no choice but to out myself.

"I'm a reporter," I said.

Novogratz stood up from the table.

"You're not allowed to be here," he said.

I, too, stood, and tried to excuse myself, but he grabbed my arm and wouldn't let go.

"Give me that or I'll fucking break it!" Novogratz yelled, grabbing for my phone, which was filled with damning evidence. His eyes were bloodshot, and his neck veins were bulging. The song onstage was now over, and a number of prominent Kappas had rushed over to our table. Before the situation could escalate dangerously, a bond investor and former Grand Swipe named Alexandra Lebenthal stepped in between us. Wilbur Ross quickly followed, and the two of them led me out into the lobby, past a throng of Wall Street tycoons, some of whom seemed to be hyperventilating.

Once we made it to the lobby, Ross and Lebenthal reassured me that what I'd just seen wasn't *really* a group of wealthy and powerful financiers making homophobic jokes, making light of the financial crisis, and bragging about their business conquests at Main Street's expense. No, it was just a group of friends who came together to roast each other in a benign and self-deprecating manner. Nothing to see here.

But the extent of their worry wasn't made clear until Ross offered himself up as a source for future stories in exchange for my cooperation.

"I'll pick up the phone anytime, get you any help you need," he said.

"Yeah, the people in this group could be very helpful," Lebenthal chimed in. "If you could just keep their privacy in mind."

I wasn't going to be bribed off my story, but I understood their panic.  Here, after all, was a group that included many of the executives whose firms had collectively wrecked the global economy in 2008 and 2009. And they were laughing off the entire disaster in private, as if it were a long-forgotten lark. (Or worse, sing about it — one of the last skits of the night was a self-congratulatory parody of ABBA's "Dancing Queen," called "Bailout King.") These were activities that amounted to a gigantic middle finger to Main Street and that, if made public, could end careers and damage very public reputations.

After several more minutes spent trying to do damage control, Ross and Lebenthal escorted me out of the St. Regis.

As I walked through the streets of midtown in my ill-fitting tuxedo, I thought about the implications of what I'd just seen.

The first and most obvious conclusion was that the upper ranks of finance are composed of people who have completely divorced themselves from reality. No self-aware and socially conscious Wall Street executive would have agreed to be part of a group whose tacit mission is to make light of the financial sector's foibles. Not when those foibles had resulted in real harm to millions of people in the form of foreclosures, wrecked 401(k)s, and a devastating unemployment crisis.

The second thing I realized was that Kappa Beta Phi was, in large part, a fear-based organization. Here were executives who had strong ideas about politics, society, and the work of their colleagues, but who would never have the courage to voice those opinions in a public setting. Their cowardice had reduced them to sniping at their perceived enemies in the form of satirical songs and sketches, among only those people who had been handpicked to share their view of the world. And the idea of a reporter making those views public had caused them to throw a mass temper tantrum.

The last thought I had, and the saddest, was that many of these self-righteous Kappa Beta Phi members had surely been first-year bankers once. And in the 20, 30, or 40 years since, something fundamental about them had changed. Their pursuit of money and power had removed them from the larger world to the sad extent that, now, in the primes of their careers, the only people with whom they could be truly themselves were a handful of other prominent financiers.

Perhaps, I realized, this social isolation is why despite extraordinary evidence to the contrary, one-percenters like Ross keep saying how badly persecuted they are. When you're a member of the fraternity of money, it can be hard to see past the foie gras to the real world.

*Copyright by Kevin Roose. All rights reserved.*



*(Above) This is billionaire Jacque Littlefield, also connected to interesting mineral mining deals, standing next to the fully operational armored division he kept in his garage in Woodside, California in Silicon Valley. He was the friend and neighbor of Elon Musk, John Doerr, Eric Schmidt and the other suspects. He had an around-the-clock maintenance crew who kept his tanks and military equipment fully functional, at all times. His functioning armored division was larger, and better maintained, than that of many South American dictatorships. When asked why he had all of that in his massive, custom built garage, he replied: "just in case".*

Why did the key investors of Tesla meet with persons and groups from the Russian government and business sectors who State Department has identified as having mob connections? Could it have to do with all of the trillions of dollars

## The Psychology of The Silicon Valley Billionaire: Why So Many Of Them Are Sociopaths

Why do billionaires have islands for sex orgy's, jet planes for pedophiles, pedophile child murder clubs, hire a hooker-a-day, put hit-jobs on competitors, hire character assassination teams, cheat on their taxes even though they can afford to pay them, ignore the law, abuse people in public, treat women like cattle, fire people on a whim, abuse waiters, go through wives like butter, manipulate Congress and have the life-style of Sodom and Gomorrah?

Because they can or because they are too mentally disturbed to know better?

Why do Mark Zuckerberg, Elon Musk, John Doerr and Eric Schmidt feel like it is there job to take over the U.S. Congress and mold government into their personal sociopathic vision?

# What Silicon Valley Thinks of Women

BY NINA BURLEIGH / JANUARY 28, 2015 5:41 PM EST



NEWSWEEK

Why can't they just buy an insanely large McMansion in Atherton, California and the world's most expensive fishing pole and just go fishing all over the world?

Why does Vinod Kohsla have to get in this giant lawsuit with the whole state of California so he can shut down part of California's pristine Pacific Ocean park system for his personal Frat Boy club?

Why did London's super-money and political elite round up young boys from the poor side of town, sexually abuse them, then kill them and think this was an Ok organization to have around?

Why are Gary D. Conley, Wall Street Reporter David Bird and a large number of people, who whistle-blew on billionaires, dead or missing?

As everyone has seen, these are the daily stories in the news. These people actually do these things on a regular basis. They only hang out with other billionaires, who also do the same crimes, infidelities and extremes so they all think they can get away with these kinds of crimes. This does not just affect the billionaires. There actions harm millions of innocent victims. Let's take a look at the problem:

There are about 50 American creative inventors that have gotten shafted by Kleiner Perkins, Eric Schmidt, Steve Jurvetson, and the Silicon Valley Cartel, via an organized system of theft, and arrogance, that is quite audacious. Each, and every, time these domestic creators invented a major thing, which had never existed before, the U.S. Government, the industry and potential customers; said that these inventors were the first ones to invent that thing. Not a single one of these VC's had ever worked on, been involved in, or developed anything like it before.

Then, one of a handful of, closely associated, Silicon Valley VC's, asks one of the inventor's to show them their new invention under the guise of *"maybe investing in it"*.

Then the VC copies it, while running media troll attacks on the inventor's effort, in order to clear the market.

The VC's then market a 100% copy of the invention, via a Kleiner, or Draper, associated "spin-off" and never pay the inventor's a dime.

The VC's set up a legal structure designed to cost the inventor's millions of dollars to sue those VC's for the rip-offs. On top of that, the VC's already have most of the law firms working for them, and threaten the firms, with revenue cut-offs, if they help any of the inventors. In addition to their "No Poaching Conspiracy" , the VC's also have a "No Sue Conspiracy", going on at the same time. The VC's also bribe federal elected officials to keep them protected.

The FBI, The SEC, The FTC, and attorney generals, are supposed to protect citizens from such crimes, and abuse, but the bosses of the regulatory agencies have a great fear of upsetting campaign financiers; so not much gets done. This is one of the reason's the public has no faith in Congress any more. This VC scam is part of a process called "The Slip" and it is a grifter's scam to steal things from unsuspecting members of the public, in this case American Inventors. The Slip has been

commercialized, organized, and computerized by Silicon Valley billionaires in a very systematic program of intellectual theft.

Why would these VC's risk legal battles and a lifetime of hatred from these inventors? It is called "Arrogance"

The media, public and sociology has clearly analysed Silicon Valley culture and confirmed, in tens of thousands of news reports and studies that Silicon Valley is run by:
 *"A private male frat-house insider-club, from Yale and Stanford, who revel in their misogyny, racism, and mine-is-bigger-than-yours hubris, and use more prostitutes than any other American region in the nation."*

These *"privileged"* white males do not EVER want anyone to know that they didn't create many of the things that they made their billions off of. Many of those things, the VC's just stole. They made Silicon Valley into a Kinko's copy center for other people's ideas.

Inventor Mike Chieky, digital media creator Micheal Arrington, and vast numbers of other creators didn't have the symmetrical facial structure of the frat boys, they didn't have the family connections of the "approved" elites and they didn't hang out at the Woodside community center or hire the $2000.00 per hour hookers that some of the VC's did. They just "didn't fit in". They didn't have "the look". They "didn't play the game". They didn't get invited in.

The VC's say: *"In Silicon Valley you are either a tool or you are The Machine"*.

Many of Google's products were created by other's, before Google was even a real company, and simply stolen by Google.

The same for Apple.

Guess who just funded the massive lobbying effort, in Washington DC, to make inventors "illegal" and remove any legal protections for inventors? The investors of Google, Apple and the Kleiner Perkins Cartel!

State and federal officials have been assisting the Silicon Valley Cartel in terminating American innovation because the Cartel bribes them, with campaign funding, to do so.

The Cartel went very big, on their game-plan, recently. As one Silicon Valley insider described some recent, epic, VC scams: **" If you type "Silicon Valley Cartel No Poaching" into www.duckduckgo.com you will see quite a lot of news stories about how Kleiner and the Boys rigged the Valley so that no Paki's (Indian H1-B workers) could get hired by other VC holdings, so that they would get booted back to India before they could make IP ownership claims. This followed right on the heels of the "AngelGate Scandal" where the VC's were caught red-handed colluding to rig the VC industry against founders…"**

VC insiders Ravi Kumra and Forrest Hayes were murdered by their hookers. $2000.00 bucks an hour doesn't buy the kind of gal it used to.

Kleiner VC: Vinohd Khosla, has gotten himself sued and hated by California for taking the States favourite beach away, just for his friends. As the lawyer suing Khosla says: "it is about his sheer Arrogance".

Kleiner VC, and Founder: Tom Perkins, was in the news recently for called poor people: "Nazi's" for not appreciating how wonderful the VC's are.

VC Joe Lonsdale is facing rape and abuse charges. Cartel boss, and Kleiner head, John Doerr just got, famously, sued by his own partner for sex and misogyny abuse.  Kleiner associate: Ray Lane was nailed for massive tax fraud.

As if the arrogance could not get more outlandish, VC Tim Draper just ran a failed ballot initiative to try to make Silicon Valley it's own state so that they could build a border-line, away from those filthy "poor's" in East Palo Alto. These VC's appear to have some major issues.

This gang of white, yuppie, elitists created the National Venture Capital Association and their private CIA hit-squad: In-Q-Tel, who funded the spy portions of Google, Facebook, Linkedin and the other privacy abuse ops. They never miss an opportunity for a good collusion.

The problem is, these boys created a glass bubble that was so air-tight, they never saw what was coming from the outside: What came was Mike Judge's "Silicon Valley" TV show expose; public disdain of their arrogance; hundreds of Snowdens, created by their abuse of their own workers; Ellen Pao;  The fall of the main-stream media, that they thought they owned; the realization that frat houses housed "rape factories" and men who were socially programmed to abuse; and the general trend towards really not liking arrogant pricks all that much.

Will law enforcement and regulatory agencies ever do their jobs and take action against these abusers? Will any legal recourse ever exist to halt the abuse of America's innovation treasure: It's creative inventors?

Thanks to leakers, hackers, whistle-blowers and investigations, the insider rigging of industries is now out on the table and it is a dirty, dirty scene. The shiny towers of Sandhill Road hide a cesspool of corruption and Mafioso-like double-dealing.

It is time to take a look at a Valley that has turned into a Pit!

# Meet John, One Of The Godfathers Of The Mob

John Doerr's Kleiner Perkins, and other "Venture Capital" groups run a cartel to try to control energy, auto, internet and other industries.

Why are almost all of the venture capitalist males from one of a handful of schools who all attended the same fraternities and were in the same clubs and who predominantly only fund others from that group, or companies with others in controlling positions, in those companies?

These VC's have all overtly aligned with the following organizations: ACA, WBAA, NASVF, NACO, beAngels, Angel Associated, HBAN and the Bilderberg protocols.

They have meetings where they agree on what groups of company types to fund and which disruptive technologies to agree, together,  to shun, in order to protect their current investments. Isn't that a monopolistic practice? Shouldn't the justice department be suing and regulating them?

You can read about this story:
"Bullivant, House & Bailey law firm represented high profile investors from around the U.S. and Canada against a well-known venture capitalist and a former Big 5 accounting firm. Claims of conversion, breach of fiduciary duty and breach of contract were brought against the venture capitalist. Claims of fraud, accounting malpractice, breach of contract, conspiracy, and aiding and abetting were brought against the accounting firm. The jury awarded more than $60 million in compensatory and punitive damages in favor of our clients. The case showed that VC's operate on an organized crime modus operando." In http://www.growvc.com/blog/2010/09/venture-capital-conspiracy-theory-in-the-free-world/

You can also read about this story which exposes Silicon Valley VC collusion:  "Wow! Really? No Way! Wow!….this was my reaction to the 'revelation' of a post by Michael Arrington's "So a Blogger Walks Into A Bar…"

These true accounts of what happens when Tech Crunch's Mike Arrington walks into a Silicon Valley bar has all the trappings of a gangster movie. For starters, the bar, a group of powerful tech investors meeting, colluding, plotting against any competition, an agenda on how to control the industry and monopolize and this is NOT a movie! Here is an extract of Mike's account: *"I've never seen a more guilty looking group of people. But that alone isn't that big of a deal. Lively conversations often die quickly when I arrive, and I've learned not to take it personally. But I did sniff around a little afterwards, and have spoken to three people who were at that meeting. And that's where things got interesting."*

This group of investors, which together account for nearly 100% of early stage startup deals in Silicon Valley, have been meeting regularly to compare notes. Early on it was mostly to complain about a variety of things. But the conversation has evolved to the point where these super angels are actually colluding (and I don't use that word lightly) to solve a number of problems, say multiple sources who are part of the group and were at the dinner.

Is there room for price fixing, total control and a greed based structure in the free market world? Is this really best for startups? For entrepreneurs? For Silicon Valley which is a renowned culture known for promoting innovation and talent in startups? This entire scenario is wrong on so many different levels but knowing this is what can happen within closed doors here are some changes critical to a culture which reflects the values of a entrepreneurial community and a better future for startups:

1. We need transparency. This is very evident from what we've just witnessed.

2. Do things in the open and on the record. Why can't investors, entrepreneurs and other stakeholders work in a transparent environment online where there is automatic accountability and governance through open interactions and a community that can see what's going on?

3. The system has to benefit all parties involved. Entrepreneurs, investors and others. It needs to be fair and favor innovation. Bring up the best. Mystique, lack of transparency, complex rules are not benefit of anything but greed

4. There is no room for protectionism in a free market. We don't need early stage capital markets to be exclusive to a select few who control everything. We need to make it more inclusive and involve as many as possible. The more support, the more investors, more and better companies will be born.

*" At Bucks Restaurant in Woodside, California every morning a group of venture capitalists meet for breakfast strategy sessions. Alas, with the age of the iphone, many of those meetings have been recorded by equally hungry entrepreneurs and now posted on YouTube. Before some of them were removed, it was stunning to see the audacious and mercenary mindsets of these people in their search-and-destroy mentality regarding competing interests…"*

The now famous Kleiner Perkins sex abuse law suit has revealed some juicy inside information about the reduction of women and competitors in the industry to "targets and termination goals"…There are hundreds of tales like this that can be easily researched. So the question is: Was part of the DOE energy funding failure because a group of venture capitalists, including Goldman Sachs, rigged the system? Did these VC's contribute campaign finances in exchange for control of certain industries? Who met with these VC's during the staging period, while they still worked for the government, that then left well paying government jobs to go work in the private sector?

---

A Dear John Letter – Silicon Valley Version:

Dear John Doerr:

Mr. Doerr, Federal law enforcement agents, U.S. Senators, intelligence agency officers, well known journalists, private investigators, your ex-employees, lawyers and others tell us that you:

- Ripped-off many people's intellectual property by having your people ask to look at entrepreneur's technologies, under the guise of "considering an investment", when all you wanted to do was spy out things you could steal.
- You then rolled out 100% copies of entrepreneur's technologies under, other names, funded by your operation.
- YOU organized the Silicon Valley "No-Poaching Conspiracy" and screwed over quite a large number of workers.
- You put plants into entrepreneurs companies. These were "moles" who actually worked for you, and you sent them in to damage and disrupt many small start-up companies because their technology was beating your competing copycat attempts.
- You ran a mining commodity scam, with your Russian "business partners" and some crooked senators, to try to take over the lithium and silicon mineral markets working with Elon Musk and the Solyndra crowd.
- When you got caught doing that, you put a hit job on the people you didn't like, using the contract character assassination groups: "Media Matters", "Think Progress", New America Foundation, "In-Q-Tel", "Gawker Media" and people like John Podesta, Lois Lerner and Sidney Blumenthal.
- Your ex partners have "Nazi" issues, tax evasion issues, a taking-over-California-beaches issue, a felony issue... and well, let's just say, you really hang around with a lot of Dicks!
- You pretty much destroyed Silicon Valley and turned it into a misogynistic, frat-boy club, abusing, black-hating nightmare of a place.
- You caused events, which caused the demise of Gary D. Conley, and other people
- You traded "CleanTech" cash for campaign finance conduit schemes and database/search engine rigging in order to manipulate elections using your company holding: Google.
- You financed and promoted Steven Chu and Eric Holder into office in order to effect your "CleanTech Kick-Back Scheme".

We see even more about you that is pretty bad, and pretty well documented in the media. You sound like a pretty twisted guy with some deeply disturbed power-trip motivations.

So here's the deal. Mobster-like people should, by law, be shut down and run out of town. With the new transparent, open, world that we live in, that now seems pretty do-able.

Let's see if everybody on the internet, without breaking a single law, can track down every one of your assets, false fronts, off-shore tax havens, illicit deals, political bribes, PAC's, homes, lovers, videos, victims, lies, public policy manipulations, Russian "pals", backdoor deals, and every portfolio asset you have on Earth. Let's see how the shoe fits on the other foot.

Let's see if the world can tweet all that at hashtag #Johnsxbadguy

Let's see if they can torrent all of it with keyword: johnsxbadguy-tor

Let's see if anybody comes up to you, at your next speaking engagement, or restaurant visit, and arrests you in a citizen's arrest.

Let's see if the class-action that led to the anti-poaching lawsuit, against your gang, can be re-invoked as a RICO Racketeering lawsuit against your whole company.

The international law enforcement crowd is pretty busy with all of the ruckus in the Middle East. The citizens of the world will now help those beleaguered law enforcement people, by gathering some files on you. After all, your Guistra-esque mining manipulations in Afghanistan, Bolivia and other regions caused some of the very instability, and corruption, that law enforcement now has to deal with.

Well John, this has been fun.

See you in Hell.

Love,
The World Outside of Your Douchebag Glass Bubble

---

## Can Kleiner Perkins and Goldman Sachs Rig Stock Market Prices Via Direct Electronic Back Door Links to Stock Market Servers? YES! ##

- So why isn't anybody doing anything about it?
- Are the White House and the Fed protecting the campaign backing Musk/Doerr companies in the stock market, no matter how bad they are actually doing?
- The Book, and coming film: "FLASH BOYS" details this trick
- Small traders already being indicted for Flash Boy tricks but big boys ignored because they are campaign backers
- Direct evidence of rigging of Tesla Motors stock market ticker data exposed
- Doesn't allowing this to continue destroy the value and credibility of the NYSE?
- Should campaign backers get to break the system just because they want to?

One inventor/CEO crossed John Doerr, and Kleiner Perkins, and got a character assassination hatchet job article put out on him. The victims name was Mike Chieky.

"Killing Mike Chieky: Silicon Valley"

Kleiner VC's want total control of "Green Energy", but only *their* version, so they "kill" off the outsiders!

The Verge published an article, by a writer who, his targets say, is "a hired character assassin". The article covers a prolific inventor who is painted as a "criminal" because he has invented "too many things". The writer clearly set out to do a malicious hatchet job on the guy, including fake post-story blog comments by the same attackers. Let's look at both sides of the case.

63

The price of being a creator is high, but the price of conflicting with the Silicon Valley VC's is PR death.. or, in the case of Gary Connely, Real death

(An investigation charges Silicon Valley VC's with causing, or ordering, his death. The story is almost the same as Chieky except Connely ended up with a bullet in his head)

Chieky built and sold a number of things for a few decades; like Edison, Tesla, Marconi, and tens of thousands of other inventors. As with all people gifted with the use of more brain than the rest of us, he was abrupt and had poor social skills, like Facebook's Mark Zuckerberg, featured in films as a hopeless socio-pariah. The writer had no ability to comprehend the way that Chieky communicates and paints him from an acrimonious perspective without giving Chieky any response outlet or counter-point within the story. The writer clearly didn't want to hear feedback from Chieky, or his partners, he wanted to "kill" him in the media.

Giving the writer the benefit of the doubt: So what if Chieky was a dick in his personality style. Steve Jobs is famous for being a dick. Half of the Google execs are screwing their staff and cheating on their wives in glorious ValleyWag technicolor dick-ness. Larry Ellison is glorified for Dick-hood. Being A DICK IN SILICON VALLEY seems to be the main ingredient to success. So why destroy Chieky for using short sentences and speaking efficiently without platitude embellishment, as autistics do? There are a vast number of pictures of Steve Jobs with an equally bad haircut and eye-glass selection as Chieky. Did Jobs deserve to die for that? Does Chieky?

Chieky is autistic, according to his ex employees. Should Ben Popper be destroying the lives of war veterans that have no legs? Should Ben Popper be destroying the life of Mark Zuckerberg because he has Aspergers Syndrome? Do only those in the Frat boy club get a pass on not treating their disability as a sin? What publisher let   s his staff write and deliver stories that tell disabled American   s that they will never be looked at as actually enabled in special ways?

Chieky spent his life creating and building things to improve the lives of American   s, and people around the world, and this is how we pay him back? All of his inventions are for the greater good. One article like this ruins one's life forever. Did Chieky actually deserve it? Where is the counterpoint. If Chieky actually is "evil" as the article says, then let   s string him up. But if the author is evil, then re-size the noose. Where is the counterpoint from Chieky and his representatives to the charges in the article?

Chieky seems to have made the mistake of crossing the path of these    GREEN ENERGY VC guys and accidentally competing with John Doerr's grand schemes for controlling "clean energy resources". Do Draper, Khosla, Perkins, Doerr and the rest, get to destroy those that are not in "the frat boy club" with impunity?

Chieky is terrifying to the Silicon Valley VC's because he has 1.) a proven history of inventing things that obsolete their older investments, 2.) a proven history of getting funded and 3.) a proven history of launching products. The three skills that no Stanford frat boy VC can stand because they can't do it. The VC's are little money automatons and not "creators". The VC's can only grub up cash from pension funds and banking groups as they follow each other like sheep.

Alas, The Verge published the article in all countries and thus gives Chieky the right to file defamation lawsuits overseas, where there are no SLAPP laws protecting tabloids. Cyber bully laws can now be enforced in a large number of states and countries. Writer Popper may have also violated ADA laws.

Kleiner Perkin's runs black-lists, funding blockades of competing start-ups, attacks on competitors, sex trafficking hooker contracts, and total control of Silicon Valley start-up potential.

# The Silicon Valley Cartel Has Bought Every California Senator

When U. S. Senators Harry Reid and Dianne Feinstein realized they could each make billions of dollars, personally, via their family stock holdings and campaign funds, they didn't waste a minute stabbing their own constituents in the back to get at that cash.

California and Nevada Green Car Companies, Solar Companies, Energy Technology Companies, Green Builders and Transit Companies were hacked off at the knees because they competed with the stock assets that Reid and Feinstein had acquired in their kick-back deals.

These other applicants were all "GREEN COMPANIES": supposedly the Democrat's favorite things. It doesn't matter, though, how "green" your company was, if it was in the path for the "green cash" from Tesla or Solyndra. Two of the favored companies who paid the kick-backs to federal officials.

Is the argument from Feinstein's office that: "there just wasn't enough money left at the Department of Energy" true? No, it is a 100% out-right lie. The Federal GAO, the people that watch for corruption, state that there has always been, and still is, billions, and billions and billions of dollars, set aside EXCLUSIVELY for these companies, that was never used. In Fact, there was always more than enough money to fund every single applicant.

Staff from ZAP Motors, Redwood Solar, Aptera and dozens of other companies have specifically stated that Harry Reid, Dianne Feinstein and their Cheif's of Staff, personally wrote to them, spoke with them and lied to them.

Under Eric Holder, (who is Feinstein's, Reid' and Steven Chu's buddy) refused to take any action. Now it is Lynch's turn.

Harry Reid sabotaged the applicants for Department of Energy Funds if they competed with Kleiner Perkins companies who were funding the campaigns of Reid and Feinstein through PAC's and family trusts.

Further, Recent disclosures, such as the following, shed disturbing light on the depths of this criminal; behavior:

"Did the LA TIMES Article on Elon Musk Kick-Backs actually disclose an organized crime operation involving some very famous people?

The LA TIMES just ran an article which exposes Elon Musk's funding system, based on Government hand-outs. Musk rushed to hold a press conference to claim the amount of taxpayer cash, he has received, was "just a pittance". Few, though, find over FIVE BILLION DOLLARS of tax waivers, credits, employment freebies, buildings, exclusive contracts, and other taxpayer provided goodies, to be "a pittance" in these tough times.

While it is true that Musk has now received more taxpayer hand-outs, than any individual in American history, one could argue that he is just a lucky business man.

But, just for the purpose of theoretical discussion, what if some of the darker theories about Musk's coincidental windfalls have some merit?

Let's jump right to the most sinister interpretation of things.

One of the whispered rumours, on the web holds that in 2007, right when Musk's silent partners, Eric Schmidt and John Doerr started, practically, living at the White House in a lobbying frenzy, the Democrats finally acknowledged that they really were the party of the poor, because they were flat broke. So some of them came up with the idea of creating a Department of Energy fund called the "ATVM Fund", loading it up with $25 Billion kick-back dollars of taxpayer cash, awarding it only to Schmidt/Doerr/Musk related companies, and shutting out all of their competitors.

Indeed, history shows that the fund actually was created. It really got $25 Billion, in a unique legal manner, which made the $25 Billion irrevocable. Schmidt/Doerr/Musk's buddy: Steven Chu, was put in charge of it. He hired their friends to staff his office.

See where this is going?

So, per this theory, Musk is actually a kick-back conduit, protected by the White House, to spiff the DNC campaign funds...according to this theory. Which is just a theory. It couldn't really happen, right? The White House wouldn   t prop up a guy just to keep him quiet and keep kick-back cash flowing.. right?

So this theory is kind of ironic because, in an amazing coincidence, everything that Musk get's involved in, is exactly stuff that the White House is promoting.

In an even more bizarre coincidence, to pull a scam like this off, the Schmidt/Doerr/Musk Cartel would need the help of U.S. Senators Reid and Feinstein, the most beloved American politicians in history.

This whole theory must have come out of the fact that Reid and Feinstein made billions of dollars off of Schmidt/Doerr/Musk Cartel stock investments, "Flash Boy" stock manipulations, and campaign contributions, but, that was, of course just another funny coincidence. They even ran, and built, some of the properties that these Department of Energy "winners" companies sat upon. But, again, coincidence!

The main reason one might cast doubt on this theory is that there are so many hard facts to prove it, that it is just too good to be true, right?

All of the profitable chemicals that Tesla and Solyndra were going to buy and sell in volume were controlled by the investors in Kliener Perkins and commodity-managed by their partners: Goldman Sachs.

Musk's companies have poor business volume, but show a profit whenever there is bad news thanks to

Kleiner rushing out to "Flash Boy" purchase Tesla stock, with an automated stock buying system, in order to pump the stock. Federal, and private investigator, records show that this actually happened. It has also been proven that only Google, Reddit and the other Kleiner-controlled web-news-media mask all negative Musk/Tesla news in perfect synchronization with the stock pumps, when no other publications on the planet do. Again, these are just coincidences. If people were consciously doing those kinds of things it would be mobster-ism on a Godfather-class scale.

Originators of the scam, from the White House side, were Emanual, Plouffe, Axelrod, Rattner and Gibbs. Emanual, Plouffe, Axelrod, Rattner and Gibbs suddenly quit the White House, at the peak of their career, for reasons that don't make sense. The fact that one of them was indicted for stock market fraud only goes to strengthen comcerns.

So, even if this really had happened, the brave and fearless protector of ethics and morality: Mr. Eric Holder, would have cracked right down on his friends here who he knew personally, and had dinner with, and had the same lawyers with "oh,.. well.." but anyway. Eric would have jumped on them, right? The White House wouldn't order the Justice Department and the FBI to ignore Elon Musk, John Doerr and the Silicon Valley Cartel as a kick-back protection order, now would they?

Mobsters kill people. Rajeev Motwani, David Bird, Gary D. Conley, 3 Tesla engineers and a large bunch of others did, certainly, die under mysterious circumstances, and they were all people that this cartel would want dead, but to say that these billionaires are off murdering their adversaries using mysterious CIA stealth murder tricks is overly intriguing.

Of course, as we all now know, every single one of those companies in the ATVM Fund scam grabbed the cash, paid their CEO and Goldman Sachs insiders off-the-top, and immediately went bankrupt in the largest government-funded sequential business-failure suite in history. While some argue that a secret GOP Task Force discovered the plot and forced all of the Kleiner Cartel DOE "Winners" to collapse, in punishment, this is probably another coincidence."

Are these coincidences or intentionally ignored facts? Is The White House ordering law enforcement to ignore this issue because they know that a number of their top former senior staff are required to be arrested?

Here is the main argument against this theory, Mobsters are big greasy looking guys with bulbous broken noses and slicked back pompadours. These Musk and Kleiner people wear khaki   s and black turtlenecks. KHAKI'S for god-damn sakes!!

**Is Dianne Feinstein a Crook? Did she, and her family, engage in criminal corruption and the "rectal hydration" of American taxpayers?**

You never heard so much about "rectal hydration", "anal pumping" and "deep injection butt tubes" until Dianne Feinstein showed up, but did she apply the political equivalent of these techniques to the American taxpayer? Did she dive deep into the dark crevasses of political corruption and gouge out huge globs of special interest, kickback and insider trading cash in a very unethical and illegal manner?

Let's take a look. What are the facts and what do they show?

Given any other American citizens, if you ask the question, "What are the odds that any person would have this many conflicts of interest?"

The answer would come back: "It is nearly impossible for these conflicts of interest to have existed unless their was an organized criminal operation underway designed to deceive the taxpayers!"

Herb Newman is her relative in Sausalito California at Newman Search. He ran hiring for Solyndra, Tesla and other Feinstein schemes. He runs Chinese insider deals with Feinstein's husband. He has been working with China (you know, the one's hacking every computer in America) since 1972 with the sole purpose of hanging out with the People's Republic of China. This was shortly after completing his degree in Political Science and International Relations at UC Davis and completing two years towards an MBA at Golden Gate University. In 1973 Mr. Newman arrived in Canton at the invitation of the Chinese Council for the Promotion of International Trade. (CCPIT). He and his company MVTC was one of fifty businesses to be invited to the Canton Trade Fair held in Kwangchow China. He and his associate Darryl Schoon, are on travel watch-lists. His participation in Tesla, Solyndra and Feinstein related public policy scams is a complete conflict-of-interest.

Her family owned the land, construction company, leases, contracts, insiders stocks and liaisons for these operations.

California State Controller Bill Lockyer, and a large number of State Tax Officials, gave The Silicon Valley Cartel HUNDREDS OF MILLIONS OF DOLLARS of exclusive kick-backs and payola routed through Side-by-Side neighbors and hard-wired insiders: Tesla and Solyndra. All of their competitors were denied the same benefits and blockaded from accessing the same resources, in order to financially, and criminally, protect the Cartel and their stock market holdings, which many State officials also held stock in. Dianne Feinstein's family holdings also included the same stock gifts from the Cartel, as payola. Additionally, stock exchanges, stock market valuation bumps, free real estate, cheap real estate, aircraft resources, tax credits, write-offs, and other favors were provided by State officers exclusively to Tesla a Solyndra while being denied, or blockaded from their competitors.

It's easy to dismiss conspiracy theorists who claim that the 9/11 attacks were staged by the U.S. government or that Princess Diana was actually murdered. But just because some accusations are far-fetched, that doesn't mean that conspiracies don't ever happen.

To the contrary, history is filled with examples of real-life conspiracies. Recently, forensic scientists used a computerized tomography (CT) scan to examine the mummy of the Egyptian pharaoh Ramesses III, who died in 1155 B.C., and spotted a wide, deep wound in his throat, probably caused by a sharp blade. That confirmed what Egyptologists already had discovered by perusing ancient papyrus scrolls \ 97 that Ramesses had been the victim of a conspiracy by members of his harem, who murdered him in an attempt to seize power [source: ScienceDaily].

But it's also revealing that the conspirators against Ramesses didn't get away with their deed, apparently because they were overheard discussing their plot. Before long, they were arrested and eventually executed [source: Records of the Harem Conspiracy].

As former Nixon White House aide G. Gordon Liddy \97 a key figure in the notorious Watergate scandal and cover-up \97 noted, the big problem with conspiracies is that people can't keep their mouths shut [source: Shermer]. That tendency to blab may stem from a desire to take credit for an ingenious plot, but it also may have something to do with the stress of duplicity. A 2012 study published in the Journal of Experimental Psychology found that secret-keeping exacted a physical toll on subjects, increasing the effort needed to perform tasks, and even making hills that they had to climb feel steeper.

So it's no wonder that the bad stuff gets out, eventually

# The Silicon Valley Cartel Uses The CIA For Dirty Tricks Schemes

AFI reporters feel that they have sourced evidence that details a cartel activity among the National Venture Capital Association leaders. Their members are also the same people who founded and run In-Q-Tel. These same people are also the people who lobby federal executive policy, mostly to benefit their personal stock portfolios. It is implied that the NVCA/IQT Cartel decide who gets government contracts in exchange for certain campaign resources. The top woman at the NSA was fired for running a privateering operation, per Glenn Greenwald. The Washington Post reported on the corruption in spy land when Silencers for Navy kills squads were pawned off for manufacture to a friends California car shop. The number of spies using government resources for personal profit is high but nobody has achieved greater notoriety than a Elon Musk's, Eric Schmidt's and John Doerr's silent partners at a little rogue spy operation called: IN-Q-TEL

You see, billionaires like to play at being "spies". They feel a sexual rush from knowing that they controlled an election or monopoly. It is the pure ecstasy of narcissistic power and hubris combined with the absolute arrogance of white elitist privilege.

**BULLET POINTS REGARDING IN-Q-TEL:**

– Charged by Congress and Consumer Groups with HUNDREDS of violations of Constitutional, tax, securities and commercial laws

– TechCrunch, Arrington, Buzzfeed & Alex Jones expose In-Q-Tel staff and VC's as leaders of "Angel-Gate Scandal" & illegal "National Venture Capital Association Blacklisting & Market Control Collusion Cartel". Congress & S.E.C. asked to investigate.

– Why was In-Q-Tel so involved with Google and Tesla in a covert manner?

– 6+ tons of cocaine confiscated by federal police, from IQT airplanes

– Owners of the Rendition Airplanes. Featured in Feature films: "RENDITION", "WAG THE DOG" and "KILL THE MESSENGER

– ACLU claims IQT owns the controlling rights in most of the domestic spying companies (over 300 of them) plus controls Google and Facebook activities

– IQT/NAF/AFGHAN WAR PROFITEERS/VC INVESTORS/FRATERNITY GROUP are All The SAME group of people

– Epstein Investigations close in on corrupt billionaire club

– Evolved from liaison office to unregulated, potentially criminal and mercenary, endeavor. "Blackwater" in pin-stripe suits.

– Spins PR as "helping technology grow" but investigators say it has become a private political spy service for Silicon Valley billionaires

– Cult-like frat-house atmosphere at their companies devoted to control of outcomes at any cost. Almost no blacks or women in their groups.

– IQT member, or associate, connected to almost every banking group arrested or charged by DOJ

– Per Congressional investigators IQT resources missed the boat on ISIS, Benghazi and over 1300+ other recent intelligence failures

– "If you went to Stanford or Harvard and were in the "approved" Fraternities, you could be in the In-Q-Tel Spy Club where dot com billionaires get to lord it over White House policy in order to enrich their personal stock portfolios." Web News

– Now proven that IQT "spying by computer" approach is a failed concept. Computers are always wrong on how the human mind will process social events.

– Uses taxpayer dollars to sell hit jobs to corporations and bankers = illegal

– IQT Afghan War lithium/indium/Solyndra venture with Silicon Valley VC's, has now cost American taxpayers over $6 TRILLION dollars in losses per GAO, Time Magazine, Treasury

**According to one senior Congressional staffer:** "In-Q-Tel was supposed to be a small office that was to help young entrepreneurs sell their wares to government agencies. Congress has been unable to examine them, or do oversight on them, because they hide behind a non-profit cover. This lack of regulation caused the Silicon Valley VC's to believe they could get away with anything and use In-Q-Tel as a private profiteering weapon for their own stock portfolios and their private political schemes. Now we have an out-of-control operation, undertaken by a rogue group, that may, very well, be breaking quite a number of laws…"

**One contracted investigator said**: "If you run all of the names on the suspect lists into xKeyScore, LucidWorks, Palantir, TX-7 or similar sets of crime search engines; matrix their credit cards and then cross reference them with the database file of every major escort service, your response screen lights up like a Christmas tree. These people hire lots of ladies. Then, if you run them with a 'peeling program' which strips away their corporate fronts and matrix their holdings via the Cayman's, The Ukraine and Switzerland, you find that one chunk of them likes to off-shore their tax avoidance into the same little nooks. Mostly, it is the ones from Silicon Valley, but there is much to behold when you scan this group. **Ryals has reported them to the SEC for years** but the new Congress will not like the DNC leverage that In-Q-Tel has been using to acquire Democratic initiatives. The Democrat IQT never saw the GOP Congress coming…"

**Chris Byron- New York Post:**

"There are many sensible ways the CIA could have gone about developing the technologies it needs, but funneling money into Wall Street via an outfit like In-Q-Tel was never one of them. So it will be a good thing for Wall Street – and for America, too – if the CIA's next spymaster simply shuts the operation down." (Contact Chris Byron via Twitter)

**Alex Jones:**  "I will tell you something about them that will shock you…" (Available for background interviews)

**The Corbett Report:** "…they should be shut down.." (Available for background interviews)

"IN-Q-Tel was born in the Harvard and Stanford Frat Houses of the rich and "elite". As the world has now seen, these frat houses teach young white men that date-rape and the use of women as disposable play things is the norm, outsiders and people of color are to be shunned, "greed is not only good" – it is the apex of your life, and the only thing that matters is beating your frat brothers in business coups to show who has the biggest penis.

You saw the Jewish holocaust and said: "How could those people do such a thing?". You saw genocide in Africa and said: "How could those people do such a thing?" You saw Enron and Madoff and a host of epic crimes against the public and you said, in each case: "How could those people do such a thing?"

It is called Dissociation. The IN-Q-TEL leaders lost track, they lost morality and they let blind greed and boys club rules overcome decency and the law." – **LATIMES RESEARCHER**

**From Another Investigative News Report:** "IN-Q-Tel (IQT) is NOT the CIA. In fact, over half of the actual CIA feel that IQT are "Yuppie spy wanna-be A-holes" and a "stain on the intelligence community." Actual intelligence agents say that IN-Q-Tel began as a small business liaison office that avoided circumspection because they got to whisper "CIA" whenever they felt pressure from law enforcement or Congress. IQT is the modern day equivalent of the Watergate Burglars; political hit-men and a dirty-deeds-for-hire cabal.

*This small office quickly grew to an out of control, rogue spy operation with no oversight, no controls, layers upon layers of false corporate fronts, and an agenda written by a special interest group of billionaires and investment banks. They went from protecting taxpayers to abusing the taxpayers on behalf of tycoons. They use U.S. taxpayer dollars and Silicon Valley tycoon cash to sell their spy services to The U.S. Chamber of Commerce, and other lobby groups. Conflict-of-interest? You might say so!*

*When the FBI and DEA confiscated IQT's airplanes and found six tons of Cocaine, when IQT was shown to own the "Rendition" airplanes, when the largest privacy abuse in American history all tracks back to IQT's bank accounts, when the trillion dollar loss in Afghanistan is tracked back to a trillion dollar stock scam connected to IQT's tycoons….. you have to just stop and go…hmmmm?*

*Some Congressional and journalism investigators feel that IQT has fallen as close to the definition of "organized crime" as you can get. Investigations say that IQT engages in "activities that stretch the bounds of morality and the law"; and run the most sinister of political hit-jobs, muckraking, lobbying and spying on American's that are so in the news these days. Edward Snowden exposed a database called xKEYSCORE as well as many other systems which find "bad guys". When you run the In-Q-Tel characters through these bad-guy finders, you discover that a group of White House staff, pretend spies, lobbyists, tabloid owners, Russian mobsters and Silicon Valley tycoons all share the same deep financial, stock and political connections.*

*The attack plan is a classic set of take-down playbook moves. A client orders the termination of every possible source of revenue of the target (usually an individual or small company who got in the way), in order to terminate the target's ability to respond or litigate and as retribution for the attackers perceived slight.*

*The attackers employ character assassination, they plant moles in the target's business and "Honey Traps" in personal venues, they hack, They use DNS redirection to send the target to fake Linkedin and Facebook sites, They shut down the targets business with DDOS attacks, they use unfair business competition tactics by stealing technology and flooding the market with clone technology, and they manipulate public policy against the target via lobbying and bribery in Washington DC, among their dirty tricks.*

*In-Q-Tel has spent over a decade, and billions of your tax dollars, trying to automate spying on people and mood manipulation, by taking over Silicon Valley; yet none of their technology saw Benghazi, ISIS, or thousands of other missed intelligence indicators. The plain fact is, computers always fail with social projection, they always get it wrong, when trying to calculate what the human mind will do. The IQT approach put the nation at greater risk by hyping and selling a failed solution. Human minds will never work like computers unless IQT's Google builds it's human robots to replace us all.*

*It is illegal for the CIA to spy domestically. The NSA does not do that much domestic spying, they mostly analyze spy data provided by "contractors" like Axciom and the IQT "pool". IQT sells their services to anybody willing to pay. It appears that no deed is too dirty for IQT.  IQT financed, runs and coordinates the largest array of domestic spying gear, data harvesting and mood manipulation companies in America. If you pull up a list of all of the companies that IQT financed and owns stock in, you will hold a list of every domestic spying operation in the USA. If you pull up an FBI (The FBI and CIA pretty much hate each other) cross reference of IQT, New America Foundation, Silicon Valley VC's and campaign backers; you find that it is a list of all of the same names and financial connections.*

Who watches the watchers at IQT? **NOBODY!**"…

## CHARACTER ASSASSINATION, AND CAREER HIT-JOBS, BY HIGHLY PLACED POLITICAL ENTITIES USING TAXPAYER MONEY

Government sponsored character assassination delivered by Google, Gawker Media, IN-Q-Tel and New America Foundation; all of whom are financially, politically and operationally connected. Eric

Schmidt ran and funded New America Foundation; Ran Google; Partnered and funded In-Q-Tel; hired, along with his associate: Elon Musk, In-Q-Tel executives; Worked with Gawker Marketers along with In-Q-Tel; was, himself and Google, funded by In-Q-Tel; funded the top 4 political campaigns, that all of those parties aggressively supported; and managed a business plan, that ran between all of those efforts, to ruin competitors and those who did not think like him, in any way possible.

The Silicon Valley Cartel and The Obama White House took over Gawker and Gizmodo media for their most notorious spy-like attacks.

In 2002, a **failed** British journalist named Nick Denton started *Gawker*, a **bitchy** gossip blog run out of his Manhattan apartment. Over 10 years later, *Gawker* and its sister sites have become the biggest names in clickbait "journalism," pulling down millions of visitors a month and making its owner a millionaire several times over. The secret to Denton's success? He took the aggressive, **lynch mob mentality** of British tabloids, which **specialize in ruining people's lives,** and injected it into America's comparatively placid, Oprahfied media market.

In particular, *Gawker*, *Jezebel*, *Valleywag*, and their sister sites specialize in witch hunts: digital vigilantism against those who fail to keep up with leftist orthodoxy. Geoffrey Miller, Pax Dickinson, Justine Tunney, Violentacrez: the list of people whom *Gawker* has garroted for "racism" or "misogyny" could fill a phone book. With an army of Twitter twits behind it, Gawker Media truly is the moral majority of the left, **instigating mob action** against those who sin against the religion of *tolerance*. *Gawker*'s provocations are even encouraging real-world violence now, as *Valleywag*'s overfed man-baby of an editor Sam Biddle eggs on attacks against San Francisco tech workers from the safety of the East Coast.

**"Which makes the revelation that Denton has been allowing trolls to terrorize his female employees all the more delicious."**

For the past few months, 4chan has been engaged in a trolling operation against *Jezebel*, posting pictures of rape and gore porn in the comments section. Despite the fact that these shocking and disgusting images are stressing out staffers to the point where they're developing PTSD, Denton has steadfastly refused to do anything about the problem. *Jezebel*'s staff recently snapped and posted an open letter on the site demanding that Gawker Media do something, calling 4chan's trolling "a very real and immediate threat to the mental health of *Jezebel*'s staff and readers."

Fat chance of this happening, however. As others have pointed out, Gawker Media's business model depends on getting clicks; indeed, their writers are paid according to how many page views their articles get. Since comments help drive traffic to websites, fighting 4chan's rape porn trolling will reduce *Gawker*'s profitability. Not only that, Google itself ranks web pages according to how many comments they have, as comments are extremely difficult to fake. Fewer comments means a lower page rank, which translates into less search traffic and less money for Denton to blow on exotic vacations with his boy-toy hubby. If Gawker Media was willing to testify in federal court as to why

they should be allowed to rip off their interns, you can bet your bottom peso that they aren't going to do jack about this.

Gawker Media Attack Specialist Adrian Covert of San Francisco. Now under 24/7 electronic surveillance for "suspicious activities"

And there's the punch line. Gawker Media, the company that gets people fired from their jobs for making "sexist" jokes, has been creating a hostile work environment for its women staffers for *months.* They're the leftist equivalent of a priest who rails against homosexuality only to be caught molesting altar boys in the confessional booths. In staying silent on this for so long, Dodai Stewart, Lindy West, and *Jezebel*'s other star employees have shown themselves to be frauds. They don't care about feminism, "fat shaming," or whatever cause they're screeching about today; all they care about is money and power. And now we have the proof.

Please share this article by using the link below. When you cut and paste an article, Taki's Magazine misses out on traffic, and our writers don't get paid for their work. Email editors@takimag.com to buy additional rights. http://takimag.com/article/gawker_media_hypocrites_vs_douchecanoes/print#ixzz3CCvoAIP4

 Denton Sweats Over Decline in Web **Ad Revenues** – CBS News

**Gawker Media's** Nick Denton has made a horrible prediction regarding internet adspend for the next year: … **Gawker's** Denton Sweats Over Decline in Web **Ad Revenues**. Shares Tweets Stumble … But the web **ad** economy as a whole will be the beneficiary of **falling** budgets.

cbsnews.com/news/gawkers-denton-sweats-over-decline-i…

Nick Denton charged with ordering phone-hacking, helping Anonymous hackers, stealing Mitt Romney's tax records, hiding money in Russia and Caymans and MORE…

IS GAWKER MEDIA THE WHITE HOUSE PRESS SECRETARY'S "PLAUSIBLE DENI-ABILITY" HIT SQUAD? STILL MORE…

'Straight To **Hell:'** Reflections On Annie, **Gawker** …

I feel like I'm probably going straight to **hell** for all of this. But, given all the other shitty … Emily Ratajkowski entertainment expats facebook **Gawker Gawker Media** gender hipsters Hollywood Hugh Hefner inter-racial dating internet Jezebel Julia Allison korea liberalism …

migukin.wordpress.com/2014/08/06/straight-to-hell-reflections-o…

More from migukin.wordpress.com**Advertisers Ditch Gawker Media In Droves. "Brand Tainted" says Forbes Exec. Gawker's**

Terror– John Cook of Gawker; now of Greenwald – NOT CIA'S FRIEND!

**Gawker Tries to Reveal Identity of CIA Agent Behind Bin Laden Kill**

By Jana Winter

The Gawker website is under fire for trying to expose the CIA agent who may have helped lead the effort to kill Usama Bin Laden — despite efforts by the U.S. government and media to keep his identity secret for security reasons.

Using the largest character assassination engine ever created. The Large Hadron Collider of defamation, Schmidt and his little Cartel went to work on enemies of his ideology. These were hit-jobs, using taxpayer dollars, against American born taxpayers, inside America, on U.S. soil because some politician or, campaign backer billionaire, wanted to hide their crimes.

It is not just the trade-craft of the CIA that the Sand Hill Road oligarchs borrow from. They steal the tools of EVERY spy agency!

Journalist Glenn Greenwald, through whom document-leaker Edward Snowden previously rattled the entire National Security Agency, is now confirming Western intelligence networks strategize to place "trolls" on the Internet to undermine, discredit and destroy critics.

In an article posted on website Greenwald help create called the Intercept, Greenwald reports secret documents from the GCHQ – the United Kingdom's version of the NSA – reveal "how western intelligence agencies are attempting to manipulate and control online discourse with extreme tactics of deception and reputation-destruction."

He cites documents from the "previously secret" Joint Threat Research Intelligence Group in the U.K., which describe injecting "all sorts of false material onto the Internet in order to destroy the reputation of its targets" and to use "social sciences and other techniques to manipulate online discourse and activism to generate outcomes it considers desirable."

"To see how extremist these programs are, just consider the tactics they boast of using to achieve those ends: 'false flag operations' (posting material to the Internet and falsely attributing it to someone else), fake victim blog posts (pretending to be a victim of the individual whose reputation they want to destroy), and posting 'negative information' on various forums."

The document lists a "Disruption Operational Playbook" and subheadings titled "Infiltration Operation, Ruse Operation, Set Piece Operation, False Flag Operation, False Rescue Operation, Disruption Operation, Sting Operation."

*Get "Disinformation: Former Spy Chief Reveals Secret Strategies for Undermining Freedom, Attacking Religion, and Promoting Terrorism" at WND's Superstore*

Regarding how to "discredit a target," the instructions include, "Set up a honey-trap, change their photos on social networking sites, write a blog purporting to be one of their victims, email/text their colleagues, neighbors, friends etc."

Sam Rolley at the Personal Liberty blog wrote that his organization for years has been "warning readers that the well-connected and ruling elite, displeased by this newfound proletariat freedom, have

been prolific in attempts to undermine and marginalize information provided by any media outlet unwilling to obey the same unspoken rules that govern the content choices of major media outlets."

"Now, thanks to the efforts of National Security Agency whistleblower Edward Snowden and journalist Glenn Greenwald, readers no longer have to take the word of 'paranoid' bloggers who relate tales of paid government trolls lurking in comment sections and other concentrated top-down efforts to muddy the information provided by alternative media," Rolley said.

He warned that the "most disturbing confirmation provided in the newly publicized intelligence documents is that spy agencies in Western nations with free speech guarantees have been given carte blanche authority from political leadership to target private individuals and organizations deemed uncooperative with the will of the state with ruthless online reputation-destruction efforts."

Greenwald said the discussion of many of the techniques "occurs in the context of using them in lieu of 'traditional law enforcement' against people suspected (but not charged or convicted) of ordinary crimes or, more broadly still, 'hacktivism,' meaning those who use online protest activity for political ends."

Rolley said it takes "no stretch of the imagination – even for those who have resisted considering the possibility of malevolent intent on government's part – to assume that the mission of organizations like the NSA and GCHQ is ultimately more about quelling citizen dissent than stopping citizen bloodshed at the hands of terrorists."

"The mere existence of documents like those published this week," Rolley said, "provides that the nefarious and long-suspected Internet activities of Western propagandists are not just plausible – they have very likely occurred in the comment sections and social media posts of articles like the one you are reading now."

WND columnist Eric Rush highlighted the outrageous idea of government agents trying to destroy the reputations of critics.

"It is worth noting that in 2008, Cass Sunstein, an Obama adviser and the White House's former head of the Office of Information and Regulatory Affairs … wrote a paper proposing that the U.S. government engage teams of covert agents and independent, ideologically kindred surrogates to employ *precisely the aforementioned methods* to achieve their objectives," Rush said.

Greenwald said the "point is that, far beyond hacktivists, these surveillance agencies have vested themselves with the power to deliberately ruin people's reputations and disrupt their online political activity even though they've been charged with no crimes, and even though their actions have no conceivable connection to terrorism or even national security threats."

Greenwald said the British organization, GCHQ, in response to his questions, said only that it does not comment on intelligence matters.

"Furthermore," the agency said, "all of GCHQ's work is carried out in accordance with a strict legal and policy framework which ensures that our activities are authorized, necessary and proportionate, and that there is rigorous oversight, including from the Secretary of State, the Interception and Intelligence Services Commissioners, and the Parliamentary Intelligence and Security Committee."

"Whatever else is true," Greenwald wrote, "no government should be able to engage in these tactics: what justification is there for having government agencies target people – who have been charged with no crime – for reputation-destruction, infiltrate online political communities, and develop techniques for manipulating online discourse?"

WND previously has reported on leftist trolls operating online, including those with thousands of postings that would be unlikely to come from someone submitting comments during free time.

The report at the time said the trolls were performing a "disinformation" function typical of counter-intelligence efforts by intelligence agencies to confuse political enemies and refute or deflect opposing political views that are less susceptible to refutation by more traditional methods of debate and argumentation.

Typically, trolls operating on WND forums were defending Obama by posting specious and diversionary arguments with the goal of changing the subject and obscuring topics that could damage Obama, such as his birth records, life narrative, political history and policy preferences, including his current positions as president.

One was found to have posted nearly 4,800 comments over a two-year period. Another operated under different user names used various email addresses and nine different IP addresses to post 15,200 comments over 787 days on WND.com and FoxNews.com, as well as several smaller news websites, some of which had a local focus or interest.

The report confirmed many of the trolls banned from participating in WND forums appeared to have been operating on a professional level.

Read more at http://www.wnd.com/2014/02/govt-handbook-for-internet-trolls-uncovered/#lZFg1EdYRl9iTSC8.99

# The Venture Capital Scam Of The NVCA

America was always viewed as the "Great Innovator of the World". That is no longer the case, thanks to a group called the National Venture Capital Association (NVCA).

They conspire, collude, and coordinate who gets funded and who gets shut-down. If you compete with their boys,they blacklist you. If your new product might threaten their holdings, they use their Gust database and VC-Link and other data mining services to make sure you never get any money for your idea, no matter how great it is.

In a well known scandal called: "AngelGate",a group of VC's were documented having one of the weekly collusion meetings they all attend, to decide which insiders get to play the game and who gets rolled over. The founders of the NVCA are the same people involved in the sinister In-Q-Tel organization and the various "public information foundations" that are now under intense scrutiny for public policy manipulation.

Even though they helped fund the internet, the VC's are not the smartest tools in the shed. They are not the "idea guys". They move like sheep in a herd. They are the ones that steal the ideas from the actual "idea guys". They did not have the vision to see that the internet was about to become their biggest enemy.

When a VC see's an idea guy/gal's idea pitch they are thinking three things: 1.) "Can I get some free market research from this guy? 2.) Will this product compete with my portfolio and should I kill it? 3.) Is it really a good idea that I can steal and pass over to another NVCA VC so they can copy it and the idea guy will never be able to trace the theft back to me?"

There is a reason they call them "vulture capitalists". The biggest myth about Silicon Valley venture capital money is that any outsider, who isn't in the Stanford frat club, will ever see any of that money.

For the very insider, good-ole-boy, money to stay in the tight little insider circle, a facade of "the American Dream for ideas" had to be perpetrated. Now that all of the entrepreneurs can compare notes, valuations, IP thefts, patent protection sabotage and VC lies on the open internet and see that the entrepreneurs are just getting harvested and plucked like chickens.

The VC's and campaign billionaires want everybody spied on, in their country, so they can get a heads-up on when the game is up, and try to forestall that day with disinformation. Always slow to the table though, the NVCA manipulations have yet to realize that the day has already passed them by.

Investigators say that, Democratic party operatives David Plouffe, Rahm Emanual, Steven Rattner, Bill Daly, David Axelrod and Robert Gibbs arranged with Silicon Valley investors to take over the lithium battery industry in order to monopolize the trillions of dollars of lithium, and related mining deals, in Afghanistan.

They say that they traded federal funding for campaign support assisted by Harry Reid and Dianne Feinstein, who received numerous stock and cash kickbacks in the scheme.

They say they used the money to fund political campaigns. They used the Silicon Valley investors internet companies to manipulate voter perceptions and web searches in favor of their agenda. The Silicon Valley investors received: favorable federal laws, tax gifts, free federal loans, stock bumps and other perks.

The Silicon Valley investors mining resources exploitation companies: Abound, Solyndra, Fisker, Ener1, Tesla, and many, many more, that received the Department of Energy kickback funds, managed by Steven Chu, have all either failed, been raided, been charged with fraud or otherwise turned out to be disasters because they were based on a financial fraud skimming scheme instead of a good business plan.

One Mr. Zhang had only five years of experience before jumping to the top intellectual property job at Baidu. Baidu is one of the largest technology companies with $23B in revenue and 21,000 employees. This would place the company around 130th on the Fortune 500 list; along with U.S. Bank, Time Warner, and Goodyear. It appears that the Facebook IPO feeding frenzy was orchestrated in both the U.S. and China. This supports the hypothesis that the NASDAQ "glitch" was a smokescreen.

Breaking News! Jan. 29, 2014—S.E.C. Chair Mary L. Schapiro held stock in both Facebook & Baidu (China) *before* the Facebook IPO via her investment in T. Rowe Price Growth Stock Fund (PRGFX), which was up to $600,000, according to Schapiro's financial disclosure.



Mary L. Schapiro, Chair, S.E.C.; held stock in Facebook and Baidu before the Facebook IPO, along with *Leader v. Facebook* judges and Patent Office; ignored whistleblower warnings. *Photo: NYTimes.*

In addition to warnings about fabricated mobile revenues, her S.E.C. agency also *ignored* numerous whistleblower warnings of improper "dark pools" activity, including failure to disclose to investors that Facebook had been judged guilty on 11 of 11 federal counts of infringing Columbus innovator Leader Technologies' U.S. Patent No. 7,139,761 for social networking—the core technology engine running Facebook. Evidently, Schapiro knew about Facebook Chairman James W. Breyer's intention to exploit Leader's technology in China also, where his father, John P. Breyer, operates IDG-Accel-China.

Fig. 1—Sands Capital Management, LLC injected Chinese influence into Obamacare. Sands Capital, the 7th largest fund investor in the May 2012 Facebook IPO, secretly acquired over $200 million in

Athenahealth holdings just as President Obama moved Todd Y. Park, Athenahealth's founder, from HHS to the White House, on Mar. 9, 2012..



Gordon K. Davidson, Fenwick & West LLP; current Facebook securities and patent counsel; Leader Technologies former corp. counsel (c.a., 2001-2004). *Photo: Fenwick & West.*

At the same time, Sands Capital secretly slipped in its holding in Baidu, Inc., sometimes called the Chinese Facebook. Baidu is notoriously controlled by the Chinese Communist Party. Baidu's CEO, Robin Yangong Li, started his job in Jan. 2004—the same month Mark Zuckerberg started Facebook after stealing Leader Technologies' source code via attorney firm Fenwick & West LLP, we believe.

Facebook also went public during this same time (with Fenwick & West LLP as their lead securities and intellectual property counsel). Again, Sand Capital did not provide proper notice of its Facebook stock acquisition.

The juxtaposition of these three notice failures, combined with HealthCare.gov's claim that its software platform running on Facebook and other "open source" software, signals obvious collusion to deprive Leader Technologies of its private property rights—government confiscation of property.

It also proves Chinese meddling in America's data infrastructure and the Obama White House cabinet.

This picture shows the logo of Baidu on its headquarters. *Photo: AFP/Getty Images/Forbes/via @daylife).*

(Jan. 28, 2014)—Washington DC-based <u>Sands Capital Management, LLC</u>, the seventh largest fund investor in Facebook, failed to file three critical Facebook, Athenahealth, and Baidu-China ("the Chinese Facebook") disclosures with the U.S. Securities and Exchange Commission (S.E.C.) during the period of May-August 2012.

These disclosures would have signaled serious conflicts of interests within the Obama administration, especially the complicity of Wall Street and the White House's Silicon Valley donors with likely undue Chinese influence over Obamacare.

Pres. Obama and Todd Y. Park blatantly violated conflict of interest laws



Todd Y. Park, U.S. CTO; HealthCare.gov architect; Athenahealth, founder; Castlight Health, founder. *Photo: White House.*

These Sands Capital filing failures occurred just as President Obama moved Todd Y. Park as chief technology officer (CTO) of Health and Human Services to the White House on Mar. 9, 2012. By this time, Park had *already* embedded his Athenahealth and Castlight Health technology deeply into HealthCare.gov.



Ann H. Lamont, Director of Todd Y. Park's Castlight Health; former director of Todd Y. Park's Athenahealth; former director of NVCA with James W. Breyer, Accel Partners, among other Facebook cartel principals; Mng. Prtnr. Oak Investment Partners; husband Edward is grandson of JPMorgan Chase & Co. founder Thomas W. Lamont. Lamont is a heavy investor in Goldman Sachs, Morgan Stanely and JPMorgan—Facebook's underwriters. *Photo: Stanford.*

However, Todd Y. Park was the founder of both Athenahealth and Castlight Health. His brother, Edward Y. Park, is the chief operating officer of Athenahealth. JPMorgan insider and Obama campaign financier, Ann H. Lamont, was an Athenahealth director with Park and his brother.

NVCA: Cesspool of White Collar Corruption



James W. Breyer, Facebook; Managing Partner. Accel Partners LLP; NVCA Fmr. Chairman (2004). *Photo: Der Spiegel.*

Ann H. Lamont is also an investing partner with Facebook's James W. Breyer. She is also a fellow former director with Breyer at the National Venture Capital Association (NVCA).

Reporting new stock acquisitions to the S.E.C. is routine. "Form SC 13G" reports are an essential tool used by investors to know when funds add new stocks to their portfolios. Without those notices, new acquisitions can easily be missed. Independent stock analysts like Morningstar monitor them and create daily alerts of new acquisitions to the market as well as to watchdogs.



Frank M. Sands, Sr., Sands Capital Management, LLC. Failed to file timely notices. *Virgina.edu*



Frank M. Sands, Jr., Sands Capital Management, LLC. Failed to file timely notices. *Virgina.edu*

Had Sands Capital filed timely, accountability questions could have been triggered. As it happened, they slipped the holding quietly onto their quarterly reports, thus avoiding transparency.

The activities of these companies impact American healthcare and data security priorities. America was not given the opportunity to scrutinize this activity until now, ***after the damage*** has been done.

#1: ATHENAHEALTH, INC.

Fig. 2—Sands Capital Management, LLC ATHENAHEALTH, INC. holdings—Holdings Reports, SEC EDGAR. Yellow highlighted rows show reporting periods in which no notices of acquisitions were filed by compliance officer, Robert C. Hancock. These notices are important filings for fraud watchdogs.


Fig. 3—Sands Capital Management, LLC ATHENAHEALTH, INC. holdings—Value Reports, SEC EDGAR. The yellow highlighted box shows the periods where no acquisition notices and no-fraud certifications were filed. In short, Sands Capital acquired over $200 million in Athenahealth stock without regulatory oversight. S.E.C. Chairman Mary L. Schapiro had financial holdings in funds invested in Athenahealth, e.g., Vanguard Extended Market (VEXMX).

On May 14, 2010, 506,000 shares of Athenahealth appeared out of thin air on the Sands Capital Management, LLC quarterly report. More and more stock just started appearing each quarter, all without acquisition notices.

Then on May 14, 2012, hundreds of millions more shares appeared out of thin air—214 million more. Just a few weeks earlier, President Obama had appointed Todd Y. Park as U.S. chief technology officer. Park had already deeply embedded Athenahealth's software code into the bowels of HealthCare.gov. In fact, no notices of acquisition were filed for Athenahealth until Feb. 2013.

Why is this S.E.C. irregularity significant?

84

The public has an interest in insuring that government vendors and officials are trustworthy. HealthCare.gov is making false "open source" intellectual property claims, but since HealthCare.gov is not a transparent development, no public scrutiny is possible.

The federal confiscation of private properties continues unabated. The agenda is very evidently being railroaded.

In addition, the involvement of the Chinese government in U.S. infrastructure raises critical national security questions.

Todd Y. Park's ethics disclosures are missing

Tellingly, Parks' ethics disclosure is missing from the U.S. Office of Government Ethics website. By contrast, even Hillary R. Clinton's is there. Parks' close relationships with associates of Athenahealth, Castlight Health, Baidu-China and Sands Capital Management, LLC show that any decision he has made involving these players benefits him personally.



Robert Kocher, MD, Director, Castlight Health, founded by U.S. CTO, Todd Y. Park; former member, National Economic Council; special adviser to Barack Obama on Health Policy (chief architect of Obamacare). *Photo: Washington.edu.*

Hindsight being 20-20, it should be noted that Robert Kocher, MD, President Obama's chief healthcare policy adviser on Obamacare, had matriculated by 2011 to: (1) Castlight Health as director along with Ann H. Lamont, Todd Y. Parks' other company, (2) Park's venture capitalist, Venrock, and (3) McKinsey & Co. and the Brookings Institution, who are both Facebook's COO, Sheryl K. Sandberg's former clients.



Lawrence "Larry" Summers. Director, Square; Adviser, Andreessen-Horowitz; mentor to Facebook's Sheryl K. Sandberg, Russian oligarchs Yuri Milner and Alisher Usmanov; former director, Barack Obama's National Economic Council (2008 bailout); believed to be one of the prime movers behind the Facebook cartel. *Photo: Life.*

Kocher's other boss at the White House, National Economic Council chairman Lawrence "Larry" Summers, also works for the Brookings Institution. In short, Kocher's post-administration job hunt appears to have been political revolving door payback.

Events are being coordinated

In addition, the list of funds pouring cash into Athenahealth and Castlight Health is a clone of Facebook's and Baidu's lists. Blackrock, Morgan Stanley, T. Rowe Price, Fidelity, Vanguard, Goldman Sachs, JPMorgan, etc. The evidence is clear. These funds are ***coordinating*** these events while the U.S. Congress and American people are sidelined.

It appears time for Congress to take control, pass legislation to return confiscated properties, impeach and replace many corrupted judges, change the legal discipline procedures by putting lay people in charge, put wrongdoers in jail, establish a Special Prosecutor, and call a Constitutional Convention to change the elements of our system that let this happen.

Our system of government appears to have been badly damaged by unscrupulous people, mostly lawyers, who no longer respect our laws, and clearly do not intend to follow them.

Silicon Valley Watcher – at the intersection of technology and media: A Top Story..

…the plaintiffs had strengthened and that it was less than a $20m settlement paid by Lucasfilm, Intuit, and Pixar who were also part of the **collusion**. The National Venture Capital Association (**NVCA**) and…

   siliconvalleywatcher.com/mt/archives/top_stories/

National Venture Capital Association (NVCA) collusion

AFI researchers have already proven NVCA connections with James W. Breyer, Accel Partners, LLP, Facebook's first chairman and largest shareholder, among six of the ten top mutual fund investors in the Facebook IPO, namely (1) Goldman Sachs, (3) Fidelity, (4) T.Rowe Price, (5) Morgan Stanley, (6) Blackrock and (9) Vanguard.

Sands Capital's association with Todd Y. Park ties Sands Capital to the  NVCA as well through Castlight and Athenahealth director, Ann H. Lamont. This now proves that at least seven out of the ten top institutional investors in Facebook were colluding with James W. Breyer to steal Leader Technologies' social networking invention. The Baidu association shows that the collusion also incorporates Breyer's designs for China.

#2: BAIDU, INC.


Fig. 4—Sands Capital Management, LLC BAIDU, INC. holdings, SEC EDGAR. Yellow highlighted rows show reporting periods in which no notices of acquisition were filed by compliance officer, Robert C. Hancock. These notices are important filings for fraud watchdogs.

Fig. 5—Sands Capital Management, LLC BAIDU, INC. holdings, SEC EDGAR. The yellow highlighted box shows that no acquisition notices and no-fraud certifications were filed. In short, Sands

Capital acquired over $2 billion in Baidu stock without regulatory oversight. These holdings commenced concurrent to the appointment of Todd Y. Park to U.S. CTO on Mar. 9, 2012, after Park had led the development of HealthCare.gov at Health and Human Services, including the embedding of his Athenahealth and Castlight Health software in the HHS infrastructure.

Jim Breyer – Wikipedia, the free encyclopedia

**James** W. "Jim" **Breyer** (born 1961) is an American venture capitalist, founder and CEO of **Breyer** Capital, an investment and venture philanthropy firm, and a partner at Accel Partners, a venture capital firm.

W en.wikipedia.org/wiki/Jim_Breyer

More results

Americans For Innovation: WHITE HOUSE SCANDAL SPREADS TO

WHITE HOUSE SCANDAL SPREADS TO LEADER V. FACEBOOK … **Collusion** (Allegations) Trade Secrets Theft; Market Manipulation … **James** W. **Breyer**, Accel Partners LLP; Facebook director; client of Fenwick & West LLP since the 1990's; …

americans4innovation.blogspot.com/2013/05/white-house-scandal-spreads-to-le…

More results

James Breyer profiles | LinkedIn

View the profiles of professionals named **James Breyer** on LinkedIn. There are 13 professionals named **James Breyer**, who use LinkedIn to exchange information, ideas, and opportunities.

linkedin.com/pub/dir/James/Breyer

More results

The First: Jim Breyer is speaking at Collision 2015 | COLLISION

The First: Jim **Breyer** is speaking at Collision 2015 Posted by: Hugh Gallagher – Posted at: 4:45 pm on December 4, 2014 Category: News

collisionconf.com/news/jim-breyer-collision

**The next Sands Capital holding to appear out of nowhere is Baidu, Inc**. Closely aligned with China's Communist government, Baidu is sometimes called "the Chinese Facebook." Facebook is rumored to have partnered with Baidu. Baidu notoriously violates human and intellectual property rights. This alliance was concurrent with James W. Breyer's movement of tens of billions of venture capital funds out of the United States and into the control of his reclusive father, John P. Breyer, chairman, IDG-Accel-China.

Not only did Sands Capital fail to file a notice of acquisition, but their quarterly report on Aug. 14, 2013 reveals a whopping 12,539% jump in holdings. ***That is an unregulated $867 million change in value***. To our knowledge, neither the market nor regulators even noticed. This destroys the basic principle of transparency.

These risks certainly deserve serious investigation before permitting these people to get access to America's healthcare and data infrastructure. As Eric Snowden proved, it doesn't take much to copy millions of files into the hands of one's adversaries.

Most notable about the sudden appearance of the Baidu Inc. holding is that it occurs just as Athenahealth's founder, Todd Y. Park, is moving from his position as the chief architect of HealthCare.gov at HHS to Chief Technology Officer for the United States by President Obama, on Mar. 9, 2012. And, it occurred at the same time as Sands Capital's 214 million unregulated share acquisition.

On Mar. 29, 2012, just 20 days after Pres. Obama's appointment of Park, Baidu filed a Form 20-F, which is a financial disclosure equivalent to an S-1 public stock prospectus. The timing is six weeks before the Facebook IPO.

On p. 98, Baidu discloses that its three principal shareholders are:

Baillie Gifford and T. Rowe Price were #2 and #3 behind Goldman Sachs in the Facebook IPO just six weeks later.

Fig. 6—Robin "Handsome Reward" Yangong Li was installed as CEO of Baidu in Jan. 2004, the very same month that Mark Zuckerberg claims to have built Facebook "in one to two weeks" Leader Technologies said it took them $10M and 145,000 man-hours to invent social networking. They finished debugging a critical module on Oct. 28, 2003, the same night Zuckerberg hacked the House sites at Harvard. *Photo: L'Express*.

Evidently, Baidu's Robin Yanhong Li was self-conscious about his newfound wealth, hence the Freudian name he gave for his stock holding—Handsome Reward. Who was doing the rewarding? The evidence is overwhelming. It is James W. Breyer and the Facebook cartel who made Robin Li their front boy in China, just like they made Mark Zuckerberg their front boy in the U.S.

Big Lies

The world cannot hope to advance when its core infrastructures are founded on these Big Lies. Any engineer worth his salt knows that a good building cannot be built upon a corrupt foundation. This is both a law of physics, and a Law of God.

Baidu and Facebook CEOs started the same month—Jan. 2004



Robin Y. Li, CEO, Baidu, Inc.; appointed Jan. 2004, the same month James W. Breyer, Accel Partners LLP, picked Mark Zuckerberg to start Facebook with stolen code from Columbus innovator Leader Technologies. *Photo: RudeButGood.*

Robin Y. Li became CEO of Baidu in Jan. 2004. Coincidentally, that is the *very same month* Mark Zuckerberg claims he started Facebook ("in one to two weeks") and launched it on Feb. 4, 2004. The name of his British Virgin Islands hide away for his Baidu holdings probably says it all—Handsome Reward.

The common denominator between the Chinese and American Facebooks is James W. Breyer. At that time was chairman of the National Venture Capital Association, managing partner of Accel Partners LLP, soon to be if not already largest Facebook shareholder, and fellow client of Fenwick & West LLP with Columbus innovator Leader Technologies, Inc.—the proven inventor of social networking. Robin Li's handsome reward is his willingness to be Breyer's Chinese front face.

Worried about signaling Chinese involvement

Sands Capital appears to have been worried about the appearance of impropriety? Had they disclosed Baidu in a timely way, eyebrows would have been raised about possible Chinese involvement in the Obama cabinet, as well as in American healthcare and data infrastructure. Something is clearly amiss, otherwise, why would the Baidu nondisclosure be such an outlier in Sands Capital Management, LLC's SEC reporting?

American securities watchdogs were busy chewing on bones Breyer threw their way

Fig. 7—Administration and Judicial Watchdogs were busy chewing on their Facebook cartel bones. The United States top law enforcement officers and regulators, namely Eric H. Holder, Mary L. Schapiro, Rebecca M. Blank and David J. Kappos were ***silent*** during Sands Capital's misconduct. They were busying chewing on the bones that the Facebook cartel had already thrown them.The current Commerce Secretary, Penny S. Pritzker, continues the deafening silence. *Graphic: Clker.com.*

But lest we wonder where our U.S. securities regulators were during this shell game, the Facebook cartel had that covered too. They had already ensured for S.E.C. Chair Mary L. Schapiro, Commerce Secretary #1 Rebecca M. Blank, Commerce Secretary #2 Penny S. Pritzker, Patent Office Director David J. Kappos, Attorney General Eric H. Holder and Chief Justice John G. Roberts, Jr. were well cared for.

Among the five Obama administration senior officials alone, they hold at least 177 Facebook "dark pools" funds. In fact, no one in the Obama administration or judiciary had more Facebook cartel dark

pool funds than Chairman Schapiro and Secretary Blank. *See* two previous posts. These dogs won't hunt. The're too well fed.

#3: Facebook, INC.

**The next Sands Capital holding to appear out of thin air is Facebook, Inc.** Again, they did not file a Form SC 13G acquisition notice in their May 14, 2012 reporting, which is just four days before the May 18, 2012 Facebook IPO. We're taking bets that  Sands Capital will blame it on the NASDAQ "glitch." The purpose of the glitch appears to us to be a smoke screen for these sorts of shady activities.

Then, without filing the stock acquisition notice Form SC 13G subsequently, like they did on all their other stock purchases (except Athenahealth and Baidu), on Aug. 13, 2012 they simply include their Facebook holding of 11.6 million shares valued at $362 million on their quarterly report.

Why such blatant disregard for SEC disclosure rules? Rules that Sands Capital appears to follow otherwise?

AFI researchers have lived with this cartel conduct for years now, and they believe Sands Capital was determined to get in on the HealthCare.gov "Datapalooza" that Todd Y. Park would bring them via Athenahealth. Datapalooza is the actual name Mr. Park gave to his dubious "open government" giveaways of healthcare data while CTO at HHS.

AFI researchers believe it is likely that Sands Capital kept the Baidu transactions below the radar screen in order to avoid awkward questions about Park's role in Baidu, Athenahealth and Facebook financings and business activity, especially surrounding Obamacare and HealthCare.gov.

Notices of stock acquisitions are part of America's securities fraud watchdog infrastructure

Readers should know that independent stock monitoring analysts like Morningstar use automated tools that send alerts/notices when companies file notice of new acquisitions. No such alerts occurred for Athenahealth, Facebook or Baidu *because the notices were never filed*.

Fig. 8—S.E.C. Certifications are legal evidence. When a fund compliance officer signs an S.E.C. filing, he or she is signing an affidavit that is enforceable as evidence in court. If that person lies or in some other way willfully misrepresents the facts, it is the same as lying under oath in a courtroom.The problem for Sands Capital's Robert C. Hancock is that intentional withholding of certifications, with the intent to deceive the public, is illegal since the omission misleads the public who must then rely on inaccurate information.

Sands Capital's compliance officer Robert C. Hancock avoided liability by not signing

Sands Capital's chief compliance officer, Robert C. Hancock, may have been trying to avoid personal liability by not signing what would otherwise be fraudulent representations of truthfulness. Corporate officers like Hancock can be personally liable if they sign knowingly false certifications under oath. It's the same thing as knowingly making a false statement in court.

Here's the SC 13G acquisition certification Hancock avoided signing for initial Athenahealth, Baidu and Facebook stock disclosures:

"Item 10. Certification: By signing below I certify that, to the best of my knowledge and belief, the securities referred to above were acquired and are held in the ordinary course of business and were not acquired and are not held for the purpose of or with the effect of changing or influencing the control of the issuer of the securities and were not acquired and are not held in connection with or as a participant in any transaction having that purpose or effect.

SIGNATURE: After reasonable inquiry and to the best of my knowledge and belief, I certify that the information set forth in this statement is true, complete and correct."

Here's an example of a later Athenahealth SC 13g acquisition certification that Hancock did sign on Feb.. 13, 2013, so he knows what to do, he just didn't do it when Athenahealth stock was first acquired.

Hancock was probably choking on the clause in red above: "… were not acquired and are not held for the purpose of or with the effect of changing or influencing the control of the issuer of the securities and were not acquired and are not held in connection with or as a participant in any transaction having that purpose or effect."

Hancock may have refused to sign the Athenahealth, Baidu and Facebook certifications because he knew that:

1. Athenahealth was an inside job among selected funds, companies and individuals to control certain markets and global events;

2. Baidu, like Facebook, was a fabrication of James W. Breyer, Accel Partners LLP, and Facebook's largest shareholder; therefore, everything about these stock maneuvers was designed to manipulate the cartel's global agenda, which included the creation of a Chinese repository, potentially for exported U.S. healthcare and other data; and

3. Facebook & Baidu were both running on software property stolen from Columbus innovator, Leader Technologies; therefore, these offerings were used to generate funds for the express purpose of misappropriation of patents, copyrights and trade secrets that would cause and effect the manipulation of the U.S. healthcare sector, among others.

Presumably, Hancock would want to stay out of jail by refusing to put his signature on a form where he clearly knew there was ***an intent to influence business and political events***. Tellingly, he signed ***all*** of his other certifications during this period.

What U.S. judge or regulator is complaining?

Who would complain about Sands Capital's failure to file the S.E.C. Form SC 13G notices of acquisition of Facebook, Baidu and Athenahealth stock?

Click Official's Name to view his or her financial disclosure.



Not S.E.C Chairman <u>Mary L. Schapiro</u>—she held a boatload of "dark pool" Fidelity, Vanguard, AllianceBern, TIAA-CREF and T. Rowe Price funds.



Not Commerce Secretary #1 <u>Rebecca M. Blank</u>—she held TIAA-CREF, Vanguard and Fidelity funds.



Not Commerce Secretary #2 <u>Penny S. Pritzker</u>—she holds up to $23.4 million Morgan Stanley, JPMorgan and Goldman Sachs Facebook dark pools.



Not Attorney General <u>Eric H. Holder</u>—he held T. Rowe Price and Fidelity funds. In fact, Holder held Fidelity Contrafund, the largest single Facebook mutual fund stock holder, valued at $413 million.

Photos: Holder–Huffington Post; Pritzker–White House;Blank–U.S. London Embassy; Schapiro–NY Times.

Who in the judiciary would complain?

Click <u>Judge's Name</u> to view his or her financial disclosure.



Not *Leader v. Facebook* Chief Justice <u>John G. Roberts, Jr.</u>—he held Microsoft, T. Rowe Price, Fidelity, Janus, Vanguard and Blackrock funds, including Fidelity Contrafund.





Not *Leader v. Facebook*  Federal Circuit Judges [Alan D. Lourie](#), [Kimberly A. Moore](#) and [Evan J. Wallach](#)—they held Fidelity, Vanguard and T. Rowe Price funds, including Fidelity Contrafund.



Not *Leader v. Facebook*  District Court Judge [Leonard P. Stark](#)—he held Vanguard and Fidelity funds.



Not *Leader v. Facebook*  Patent Office Director [David J. Kappos](#)—he held over a million dollars of Vanguard funds.

Photos: Kappos–Politico; Stark–udel.edu; Wallach–Fed. Cir.; Lourie–Fed. Cir.; Moore–mit.edu; Roberts–sltrib.com.

The victims are complaining

On Nov. 19, 2008, [Leader Technologies](#) filed a patent infringement lawsuit against Facebook. Leader proved that Facebook stole the engine that runs Facebook, yet were ruled against anyway by the biased judges mentioned above, based on fabricated evidence.

In May 2012, Facebook IPO investors began filing class action lawsuits, claiming they had been defrauded and damaged by the NASDAQ "glitch."

Complaints have been filed to inspectors general seeking justice.

Others have filed complaints too, like Paul Ceglia and Rembrandt Social Media.

America's regulatory mechanisms are supposed to help prevent waste, fraud and abuse, not aid and abet it. The latter is called state-sponsored terrorism and totalitarianism.

In the case of the HealthCare.gov debacle, and the theft of Leader Technologies' social networking invention, the failure of the S.E.C. to police Sands Capital Management LLC enabled them to press their hidden agenda using fraudulent funds.

That agenda has led to a disastrous HealthCare.gov architecture, corrupted by Athenahealth conflicts of interest, using Leader Technologies' software which has become a mess of hacked pieces and parts. The agenda also threatens America's healthcare data security since Sands Capital took its Facebook IPO winnings and bought $2.2 billion in the Baidu Inc. sometime between Feb-Aug 2013.



Fig. 9—Robert C. Hancock, Chief Compliance Officer, Sands Capital Management, LLC. Misled the American public by failing to file stock acquisition reports in a timely manner for Facebook, Baidu and Athenahealth. These failings concealed substantial Chinese influences regarding Obamacare and American data infrastructure. *Photo: Sands Capital.*



Fig. 10—Jonathan Goodman, Chief Counsel, Sands Capital Management, LLC; former partner, Gibson Dunn LLP (Facebook's *Leader v. Facebook* law firm, and also counsel to the Federal Circuit and Federal Circuit Bar Association). *Photo: Sands Capital*.

A solid democratic house cannot be built upon a foundation of regulatory corruption

Questions for Sands Capital's compliance officer Robert C. Hancock would be why he did not submit the notices of new stock acquisition forms with his signed certifications for Athenahealth, Baidu and Facebook. If he had done this, perhaps over six million Americans would not be struggling to replace their cancelled healthcare plans because the program would never have begun.



Thomas G. Hungar, Gibson Dunn LLP. Failed to disclose conflicts of interest in *Leader v. Facebook*; counsel to the Federal Circuit and Microsoft (one of Facebook's largest stockholders); Chief Justice John G. Roberts, Jr. is a personal mentor.Gibson Dunn LLP also represents the U.S. in *U.S. v. Paul Ceglia* (*Ceglia v. Zuckerberg*) where U.S. attorney Preet Bharara was formerly employed by Gibson Dunn—an obvious conflict. *Photo: Gibson Dunn LLP.*

Hancock's ethics counsel is none other than another former Gibson Dunn LLP attorney, Jonathan Goodman. Goodman was at Gibson Dunn LLP with Thomas G. Hungar during the *Leader v. Facebook* case. Goodman's other former firm, Cravath, Swaine & Moore LLP, just received David J. Kappos, former director of the U.S. Patent Office, as a new partner. Kappos only arrived after he had ordered an unprecedented 3rd reexamination of Leader Technologies' patent. Kappos had purchased more than a million dollars of Vanguard "dark pool" funds, all on Oct. 27, 2009, within weeks of his appointment by President Obama.

Robert C. Hancock's ethical lapses have damaged millions of Americans

Apparently, Hancock was advised by Goodman/Gibson Dunn LLP that it was ethically acceptable ***not*** to file the Athenahealth, Baidu and Facebook stock acquisition notices.

Mr. Goodman's former firm, Gibson Dunn LLP, swirls at the center of everything that has gone horribly wrong with this Obama administration, including the *Leader v. Facebook* judicial corruption scandal.

Had Hancock filed in a timely manner, questions about Todd Y. Park's Athenahealth duplicity could have been raised. Athenahealth's close associations with Chinese interests could have been scrutinized. Sands Capital's role in the Facebook pump and dump IPO scheme would have become visible. Hancock's failure to file and certify did not allow regulatory mechanisms to work.

Fig. 10—Pres. Barack H. Obama. *Photo: jeannotramambazafy.overblog.com*

Questions for President Obama

Given the suspicious timing of your appointment of Todd Y. Park to oversee America's healthcare and digital infrastructure:

1. How much do you know about SANDS CAPITAL'S collusion with the Chinese?

2. What are you going to do about it?

3. What assurances can you give us that the tech people you have hand picked are worthy of America's trust?

4. Will the new systems really protect Americans' privacy, property and security?

5. Did you know that your Securities Chair held stock in Facebook and Baidu *before* the Facebook IPO?

6. 

Photo: Politico.



Photo: Wikipedia.

Why didn't your personal White House counsels from Perkins Coie LLP, namely Robert F. Bauer and Anita B. Dunn, husband and wife respectively, submit ethics pledges and financial disclosures? Did you know that Facebook was one of their clients?

7. Where are Todd Y. Park's financial disclosures and written ethics pledges?

8. Did you know that a Florida judge was ordered to recuse himself from a case where he was Facebook Friends with one of the litigating attorneys? What do your 50 million "likes" say about your appointment of two of the four judges in the *Leader v. Facebook* case, not even counting all their financial holdings in Facebook, or the Patent Office's "likes"?

Summary of ethical standards to which the persons above swore solemn public oaths to uphold

Judges— Code of Conduct for U.S. Judges, Canon 2:

"A judge should avoid improprietary and the appearance of impropriety in all activities."

Judges—U.S. Courts.gov, Guide to Judiciary Policy, Ethics and Judicial Conduct, p. 20-2:

*"Canon 3C(3)(c) provides that a financial interest 'means ownership of a legal or equitable interest, however small,' with certain exceptions not applicable to this situation. Ownership of even one share of stock by the judge's spouse would require disqualification." Many types of mutual fund holdings are not exempt from this policy (p. 106-1 thru 4).*

*"a judge who chooses to invest in such mutual funds should evaluate whether his or her 'interest' in the fund might be affected substantially by the outcome of a particular case, which would require recusal under Canon 3C(1)(c)" (p. 106-3). [If the largest tech IPO in American history—Facebook— does not apply, then this policy is meaningless sophistry.]*

Executive Branch Employees—Standards of ethical conduct for employees of the executive branch 5 C.F.R. §2635.501:

"avoid an appearance of loss of impartiality in the performance of his official duties"

Attorneys—Model Rules of Professional Conduct, Preamble [6]:

"a lawyer should further the public's understanding of and confidence in the rule of law and the justice system because legal institutions in a constitutional democracy depend on popular participation and support to maintain their authority."

Directors—Business Judgment Rule, *Parnes v. Bally Entertainment Corp.*, at 1246:

"The business judgment rule 'is a presumption that in making a business decision the directors of a corporation acted on an informed basis, in good faith and in the honest belief that the action taken was in the best interests of the company [and was not based on self-dealing].'"

The 2008 finance crisis was not an accident it was caused by an out of control industry and at the wheel was chief economic advisor Larry Summers, Summers who played a MAJOR role in the Deregulation of Derivatives, And became PRESIDENT of HARVARD in 2001 And New that FACEBOOK was stolen, and new of the THEFT OF Leader Technologies' when the Winklevoss made a complaint to lawrence larry summers PRESIDENT of HARVARD they where tolled to piss of summers wonted

THE FACEBOOK CLUB for him self but summers needed that suck up little shit mark zuckerberg to do it, But the IDEA FACEBOOK was not the Winklevoss nor was it Mark Zuckerberg IDEA,

WAYNE CHANG KNOWS HOW FACEBOOK WAS STOLEN

Wayne Chang filed a lawsuit against the Winklevoss brothers knowing that facebook was stolen, Chang said that the Winklevoss brothers merged their company, called ConnectU, with Chang's web development company to make a new company: The Winklevoss Chang Group (WCG). Chang complained that the Winklevosses "expressly agreed that the litigation between ConnectU and Facebook was an asset of ConnectU and an asset of WCG," according to BusinessInsider. Chang never got any money when the Winklevosses received $65 million as part of the settlement but the $65 million was just a fuck of from mark zuckerberg Larry Summers and James W. Breyer. Even the "like" button was stolen from the family of the late Dutch inventor, Johannes Van Der Meer

More of Larry Summers friends

chief economic advisor Larry Summers Henry Paulson of Goldman Sachs and Geithner to pay Goldman Sachs 100 cents on the dollar Paulson and Bernanke ask congress for $700 billion to bail out the banks. BUT NO BAILOUT FOR LEHMAN BROTHERS GONE AND THE ORDERS CAME FROM GOLDMAN SACHS TO LARRY SUMMERS NOT TO BAIL THEM OUT?? just so Goldman Sachs can be number ONE? IN 1999, at the urging of Summers and Rubin congress passed the Gramm-Leach-Bliley Act and cleared the way for future mergers, in 1998 someone tried to regulate them it was Brooksley Born but Larry Summers kill this, Summers had 13 bankers in his office and directing her to stop Greenspan Rubin and SEC chairman Arthur Levitt issued a joint statement condemning Born the securities and exchange commission agency conducted no major investigation in to the bank during the bubble and 146 people were gutted from the secuities enforcement division? When David contacted securities and exchange commission about LEHMAN BROTHERS GOLDMAN SACHS AND LARRY SUMMERS AND FACEBOOK there were only four people WORKING THERE and then down to just ONE?? and his job was to turn the lights out

OBAMA picked Mary Schapiro the former CEO of FINRA to run the securities and exchange commission who held stock in both Facebook and Baidu (China) before the Facebook IPO via her investment in T. Rowe Price the securities and exchange commission agency also ignored numerous whistleblower warnings of improper "dark pools" activity, (PAY OF)

Larry Summers + President Barack Obama picked Mary Schapiro the former CEO of FINRA to run the securities and exchange commission who held stock in both Facebook and Baidu (China) before the Facebook IPO via her investment in T. Rowe Price the securities and exchange commission agency also ignored numerous whistleblower warnings of improper "dark pools" activity, (PAY OF)

Larry Summers + President Barack Obama (appointed Leonard P. Stark to the judge's seat in Delaware Federal District Court eight days after Stark's court allowed Facebook to get away with jury and court manipulation of an on-sale bar verdict which was attained without a single piece of hard evidence; Barack and Michelle Obama were evidently protecting their 47 million "likes" on Facebook)

Larry Summers + President Barack Obama new found friends, Facebook cartel had it all covered, They had it all already S.E.C. Chair Mary L. Schapiro, Commerce Secretary #1 Rebecca M. Blank, Commerce Secretary #2 Penny S. Pritzker, Patent Office Director David J. Kappos, Attorney General Eric H. Holder and Chief Justice John G. Roberts, Jr. were well cared for.

Larry Summers + President Barack Obama + Baidu(China) All had back door keys to the NSA then add your healthcare (Obamacare), financial (Wall Street), telephone and online data (NSA) to your Dark Profile, and you have the ultimate Big Brother file on every person on the planet and CHINA HAD THE BACK DOOR KEYS TO THE NSA???? with facebook and their repeated breaches of security and their now ubiquitous intrusions on people's privacy?

Larry Summers + Facebook The 2008 finance crisis was not an accident it was caused by an out of control industry and at the wheel was chief economic advisor Larry Summers, Summers who played a MAJOR role in the Deregulation of Derivatives, And became PRESIDENT of HARVARD in 2001 And New that FACEBOOK was stolen, and new of the THEFT OF Leader Technologies' when the Winklevoss made a complaint to lawrence larry summers PRESIDENT of HARVARD they where tolled to piss of summers wonted THE FACEBOOK CLUB for him self but summers needed that suck up little shit mark zuckerberg to do it, The 2008 finance crisis was not an accident it was caused by LARRY SUMMERS?

Larry Summers + election manipulation on FB Since that data was not equally available to the opposition, use of this data about you amounts to election manipulation. The fact that so many foreigners are associated with Facebook amounts to foreign influence on U.S. elections, which is illegal. This undue influence hurts every American. Ditto for the sovereign elections in Germany, France or any other country, like fucking Germany ASS-HOLE The Facebook Club run by Larry Summers used the promise of wild Facebook IPO returns as the currency for their plans to install Barack Obama as President and press their global data gathering agenda

Larry Summers + FB + Robin Y. Li Robin Y. Li became CEO of Baidu in Jan. 2004. Coincidentally, that is the very same month Mark Zuckerberg claims he started Facebook ("in one to two weeks") and launched it on Feb. 4, 2004. The name of his British Virgin Islands hide away for his Baidu holdings probably says it all—Handsome Reward. Sands Capital appears to have been worried about the appearance of impropriety? Had they disclosed Baidu in a timely way, eyebrows would have been raised about possible Chinese involvement in the Obama cabinet, as well as in American healthcare and data infrastructure. Something is clearly amiss, Robin Y. Li NEW THAT FB WAS STOLEN and that it was Larry Summers who was running FACEBOOK ow shit?

Larry Summers + friends chief economic advisor Larry Summers Henry Paulson of Goldman Sachs and Geithner to pay Goldman Sachs 100 cents on the dollar Paulson and Bernanke ask congress for $700 billion to bail out the banks. BUT NO BAILOUT FOR LEHMAN BROTHERS GONE AND THE ORDERS CAME FROM GOLDMAN SACHS TO LARRY SUMMERS NOT TO BAIL THEM OUT?? just so Goldman Sachs can be number ONE? Paulson was a dick who did not know how to work out shit if someone stuck a spade up his ass

President Obama claimed last night that there was "not even a smidgen of corruption" in the IRS scandal. Really now Mr. President? How can any self-respecting person make such a claim about a sprawling government agency with 106,000 employees? Such a claim telegraphs the massive corruption that we have proved exists within this administration. An administration where Yes is No and wrong is right. Given that, a No from Obama means a Yes.

Here's an excerpt from the New York Times article:

Mr. O'Reilly responded that there were "unanswered questions" and asked again if there was corruption in the I.R.S.

"There were some boneheaded decisions," the president said.

"But no mass corruption?" Mr. O'Reilly asked.

"Not even mass corruption — not even a smidgen of corruption," Mr. Obama said.
SOURCE: "Obama Is Tackled by O'Reilly in Pre-Game Interview" by Peter Baker, Feb. 22, 2014, The New York Times http://www.nytimes.com/2014/02/03/us/politics/obama-is-tackled-by-oreilly-before-game.html?_r=0


A couple of additional items to inform your congressperson about along with the overwhelming conflicts of interest already presented here David Kappos encouraged his employee's, of whom include the judges that work for the USPTO, to use Facebook. He states on the USPTO website. "I'm confident our Facebook presence will complement the USPTO Web site as a means of communicating and connecting with the public and our stakeholders in the intellectual property community.
On the other hand, Chief Justice Roberts at the Fourth Circuit Court of Appeals Annual Conference in 2011 said that he recommends to the law clerks not to use social media, Facebook and Twitter, because a person could gain insight by stray comments and that would not be good. Justice Breyer, who has a Twitter and Facebook account, stated at a House Appropriations Subcommittee, "Judges wear black robes so that they will resist the temptation to publicize themselves," Breyer said. "Because we speak for the law, and that is to be anonymous. So I wouldn't want to have followers on the tweeter or the Facebook page but for my children, and I can get in touch with them anyway."
So the question is, If Chief Justice Roberts discourages law clerks from using Facebook and Justice Breyer is against using it publicly, then why in the world would Kappos open a Facebook account for the USPTO, and encourage the patent office employees, which includes 50-100 patent judges, to use it and then open a Directors reexam at the same time against Leader?
His conduct appears suspect and corrupt!


*Rain Onyourparade*

Check out this Russian (OK, Ukrainian) risk to HealthCare.org.

Belarus link to HealthCare.gov raises concerns over possible cyber attack,

http://fxn.ws/1gJ1auQ

The Ukrainian software official, Valery Tsepkalo told a local radio station in Minsk that U.S. Health & Human Services is "one of our clients" and that "we are helping Obama complete his insurance reform."

HHS was run by Todd Park, the guy with the Chinese connections also. What's wrong with American programmers for American healthcare. This breach of U.S. sovereignty by this President is just criminal.

There is no information missing here. Form 13g is only used when a fund acquires more than 5% of a publicly traded company. That's why you don't see these disclosures here. No conspiracy afoot; this is just basic SEC procedure.

And I am pretty shocked that you have explicitly accused Fenwick and West of providing source code to Mr. Zuckerberg? Fenwick is a very well regarded firm and I cannot even begin to imagine something like that ever happened. But in any event I think you are setting yourself up for a very nasty libel lawsuit.


*K. Craine*

Mark. The 5% rule is SC 13G/A, 13d-1(a). However, your conclusion is misleading, hopefully not knowingly so. The rule for investment companies is much more strict. The rule (a) you cite mainly applies to corporations and their holders, which can include an investment company's holdings. But, an investment company has stricter reporting rules for its portfolio investments. It must report everything, not just more than 5% holdings. Rule 13 has four main sections, you cited only (a). It also has Rule 13d-1(b), Rule 13d-1(c) and Rule 13d-1(c). http://www.law.cornell.edu/cfr/text/17/240.13d-1

Easier to follow regarding investment companies is 15 U.S. CODE § 80A–8 – REGISTRATION OF INVESTMENT COMPANIES
http://www.law.cornell.edu/uscode/text/15/80a-8

We'll use Sands Capital's other filings to disprove your statement. Sands Capital has filed many reports for investments of less than 5%.

Here are some examples:

CREE, INC. on Feb. 14, 2012 – 249,600 shares representing ***0.22% ownership***. http://www.sec.gov/Archives/edgar/data/895419/000102006612000004/cree0212.txt

FMC TECHNOLOGIES, INC. on Feb. 14, 2012 – 11,144,206 shares representing ***4.68% ownership***. http://www.sec.gov/Archives/edgar/data/1020066/000102006612000007/fti0212.txt

VARIAN MEDICAL SYSTEMS, INC. on Feb. 13 – 56,650 shares representing ***0.05% ownership***
http://www.sec.gov/Archives/edgar/data/203527/000102006612000002/var0212.txt

We could go on. Bottom line. Investment companies must report "in the public interest or for the protection of investors." 15 U.S. CODE § 80A–8(b).

Almost forgot to mention. Feb. 4 (yesterday) was the 10th anniversary of Mark Zuckerberg's, James W. Breyer's, Accel Partners LLP's, Fenwick & West LLP's theft of Leader Technologies' U.S. Patent No. 7,139,761 invention.

"Lithium ion batteries, when they burn, cause brain cancer, liver cancer and other, potentially lethal, toxic poisoning. Certain regulators are told to "ignore these issues" because certain lithium ion investors donated cash to certain campaigns. The chemicals for lithium ion batteries come from countries which needed to be invaded in order to monopolize the mining of those chemicals. Certain politicians are told to "ignore these issues" because certain lithium ion investors engaged in war profiteering in order to control those minerals.

The FAA has issued numerous warnings and videos showing that lithium ion batteries do spontaneously self-ignite and crash airplanes. Numerous people have been killed in lithium ion plane crashes. Certain regulators are told to "ignore these issues" because certain lithium ion investors donated cash to certain campaigns. Flight MH370 was carrying tons of lithium ion batteries in it's cargo hold.

Lithium ion batteries have self-ignited and set numerous children and senior citizens on fire. They have set homes on fire. They have set offices on fire. They have set Apple Stores on fire. You constantly hear about passenger airlines being forced to land because passengers "smell smoke in the cabin". This is almost always a lithium ion battery going off in the cabin and exposing all of the passengers to it's carcinogenic ignition vapors. There have been multiple recalls of Tesla for fires including the battery charger cord setting homes on fire and the need for an entire titanium add-on plate to cover the whole underside of the Tesla. Tesla's have now been involved in many deaths.

Silicon Valley investors took over the lithium ion battery market, along with Goldman Sachs (recently called before Congress for this very same "commodity manipulation"), because they knew they were getting large government hand-outs from the Department of Energy in exchange for campaign contributions.

Lithium ion batteries lose their power and memory over a relatively short time. Lithium ion batteries blow up when they get wet or bumped. Fisker Motors went out of business when millions of dollars of Fisker cars, using lithium ion batteries, got wet and all blew up. Tesla battery packs have blown up, on multiple occasions, from simply hitting bumps in the road. Manufacturing these kinds of batteries is so

toxic that even China, a country known for the most minimal regulations, has closed a huge number of battery factories because of the massive numbers of deaths they caused to workers and nearby residents.

Journalists have published a glut of articles exposing cover-ups about the dangers and corruption involved with lithium ion batteries. The U.S. Government and numerous groups have filed charges against Panasonic, and similar battery companies for bribery, corruption, dumping, price fixing and other unethical tactics.

Every key investor in lithium ion was also a campaign donor who also received huge federal cash from the Department of Energy in the same funding cycle in which they paid campaign contributions. By driving a Tesla, in addition to the common public perception that it is a "douche-bag car", there is something far worse about driving it. You are making a public statement to the world that you support organized crime by driving this car. Here is why: Investigators say that, political operatives David Plouffe, Rahm Emanual, Steven Rattner, Bill Daly, David Axelrod and Robert Gibbs arranged with Silicon Valley investors to take over the lithium battery industry in order to monopolize the trillions of dollars of lithium, and related mining deals, in Afghanistan. The Afghan war has now cost American's over 6 trillion dollars, with almost nothing to show for it.

They say that they traded federal funding for campaign support assisted by Harry Reid and Dianne Feinstein, who received numerous stock and cash kickbacks in the scheme. They say they used the money to fund political campaigns. They used the Silicon Valley investors internet companies, (mostly Google), to manipulate voter perceptions and web searches in favor of their agenda. The Silicon Valley investors received favorable federal laws, tax gifts, free federal loans, stock bumps and other perks. The Silicon Valley investors companies that used the Afghan minerals: Abound, Solyndra, Fisker, Ener1, Tesla, and many, many more, that received the Department of Energy kickback funds, managed by Steven Chu, have all either failed, been raided, been charged with fraud or otherwise turned out to be disasters because they were based on a financial fraud skimming scheme instead of a good business plan. Anyone who spoke out about details of the scam, particularly journalists, had a character assassination hit-job ordered on them by Axelrod, Gibbs and Carney; using tabloid fronts that they controlled.

All of these facts are known, in great detail, by many investigators. Nearly a million pages of evidence exist. A Special Prosecutor is required to perform proper prosecutions. No matter what political party you belong to: This is organized crime against the public and you are supporting it if you drive a Tesla. All of this information can now be validated, and confirmed, on any law enforcement or investigative

Nearly $27 billion dollars was invested by venture capitalists in 2012. That $27 billion was invested across 3,723 deals, making the average deal hover at a little over $7 million.

While that number may seem staggering to many people, it's about average for VC investments made since the dot com bubble burst between 2000 and 2001, according to the National Venture Capital

Association (NVCA). Yes, the economic impact of the dot com bubble was horrendous, but it did spawn a renewed sense of innovation in startup development.

Companies are running leaner than ever, and because of that VCs are more willing to invest in companies who don't pride themselves on their burn rate. Still, raising venture capital funding can be a risky business if you aren't realistic about what to expect.

Here are some things to think about if you are considering raising your first round.

1. Statistically, you will fail

The venture capital investment process is a complicated one and potential companies are vetted thoroughly before they are committed to. With that being said, just because your company is backed by a major VC you aren't guaranteed success.

Think about those 3,723 deals that happened in 2012. In that same year there were only 49 IPOs and 449 mergers and acquisitions (M&A) deals. Granted, those exits came from companies that were invested in probably a decade ago, it is still an interesting ratio to consider.

Micah Rosenbloom, a venture partner at Founders Collective, said that historically, only one out of every 10 companies that a firm invests in with a given fund will be successful. That's not to say that all of the remaining companies will fail, though. According to Tomasz Tunguz, a partner at Redpoint Ventures, "Typical portfolio company failure rates across the industry defined as either shutdowns or returning capital are roughly 40%-50%."

This isn't to discourage hopeful founders that are seeking capital, but to ground your expectations in reality. Besides, entrepreneurship is about having the courage to fail, right? The fact that you are more likely to fail is a fact of life for venture-backed companies, it is not an expectation for the VCs making the investment.

"You never invest in a company thinking that it will fail," Tunguz said.

A VC investment in your company does not guarantee success, but it does mean you have someone in your corner who believes you have what it takes to make this thing work. Once you have a VC in your corner, you have to make sure you are in sync on what it will take to make this a worthy investment. More importantly, you have to know how long it will take for this investment to pay off.

2. There is a timeframe for ROI

"Typical venture funds are structured as 10 year commitments for the limited partners who invest in the fund," Tunguz said.

Venture capital firms are ten-year vehicles for investors, but that doesn't mean that all companies will be ten years old when they return on the investment. Rosenbloom mentioned that initial investments are made in the first three years. After the portfolio has been establish, a firm will typically make follow-on investments over the remainder of the fund's lifecycle.

Ten years may sounds like a long time, but you have to consider how long companies like Coca-Cola have been around (since 1892) and some companies that were started in the 2000s have a comparable valuation to Coke. Founders Collective is usually the first institutional round in a company, and Rosenbloom said that they aren't looking for the next cool invention.

"As a venture capital firm, we are not in the business of funding inventors or inventions, we are in the business of funding fast-growing companies," Rosenbloom said.

Considering the first three years as initial investments, a company could only have seven years to "make it." Some VCs, like Rosenbloom, consider seven years the average age for ROI, and the data from NVCA supports that claim.

The NVCA reported in their 2013 Yearbook that, of the 49 IPOs that happened in 2012, the median age for IPO was 7 years old and the mean age for a company to IPO was 8 years old. While some have argued that it is taking longer for startups to mature, Tunguz argues, "The gestation period will likely fall some because of the tremendous exit activity in M&A and IPOs in the last 24 months."

To help you make it through the whirlwind of growth that can happen after an investment, you have to know how much capital you need and when you need it.

3. You can take too much funding

"All too often, entrepreneurs will think of raising a Series A round from a reputable VC as the end goal and don't think they can be successful unless they do so. So they reprioritize raising capital over building a valuable product or service and usually end up asking for too much money too soon which ends up in a failed fundraising attempt or a raise on bad terms for the entrepreneur," said Hrach Simonian, a principal at Canaan Partners.

As I mentioned in a previous article, knowing how much money you need can make all the difference in your venture capital experience. It starts by understanding how much money you need and only raising that much money. Raising too much money can force entrepreneurs to make decisions they aren't ready to make.

"If you raise too much money, you have to swing for the fences," Rosenbloom said.

You want the amount of money you raise to coincide with the benchmark you are trying to hit. If you don't have a specific benchmark in mind (which you really should), a good rule of thumb is to consider the amount of capital it takes to sustain your operations for 18 months, then add 25-50 percent for added flexibility and seek to raise that amount of money.

Tunguz said that raising too much capital is far from the gravest sin to be committed by an entrepreneur, "But having a huge sum of money in the bank can entice founders to dramatically increasing burn rate or diffuse the company's energy among many projects. It can be challenging to maintain the same execution discipline created by the scarcity of capital when the bank account is overflowing."

Another risk of raising too much capital is setting the bar too high for your exit. By doing so you will run the risk of not being able to grow into the expectation that was set by raising a large amount of money.

Remember to raise enough to get yourself to the next stage where you can assess whether or not you need to raise more money. Keep in mind that once you choose a firm and raise those funds, that VC will probably get a permanent seat on your board of advisors. Choose carefully, because you are usually stuck with that investor for good.

4. You can't fire your VC

Too many founders abdicate their due diligence when it comes to the firms they end up pitching. Each venture capital firm has its own general focus on specific sectors or verticals. Taking that to a more granular scale, each partner within each specific firm maintains investments in a focused area of expertise.

Founders typically don't appreciate the incentive structure on the side of the fund, which is based on the size and the dynamics of that fund. Understand how the fund makes money to determine if it is a good fit for you. The size of the fund will be a good determinant for whether or not your company will present a quality investment opportunity for the partners.

You have to think of your VC firm as another partner in your business.  This leads to one of the single most important aspects of your startup/VC relationship: Make sure your goals for your company line up with your VC's goals for his or her investment. By aligning your goals with those of your VC, you can help potentially avoid a disaster scenario.

"The disaster scenario is that the founding team wants to do something different than the board," Tunguz said.

The risk/reward curves are different for entrepreneurs than they are for VCs, and board members (including your VC) have a legal responsibility to take into account the goals of the investors. So, if your company is losing steam and an acquisition opportunity comes along that is in the best interest of your investors, they might push you to take it, even if it means you don't get paid.

But, of course, you can avoid all that potential heartache by not taking funding to begin with.

5. Failure isn't death

Micah Rosenbloom describes venture capital as jet fuel. If you want to drive somewhere 100 miles away, you'll probably drive there. If you want to get from New York to Los Angeles, you're going to have to fly, and you will need fuel to power that jet.

Venture capital gives you potential—the potential for major success and the potential to fail spectacularly. The good news here—the gospel of venture capital if you will—is that failure is not the end of the story if you play your cards right. Despite stereotypes, most VCs are actually looking to build relationships with entrepreneurs, not just make money off of them.

"The Valley is small, and life is long," Tunguz said.

According to Tunguz, when it comes to his work at Redpoint Venture, great relationships are the motivation, because even if you fail it's not the end of the world. What is much more important is how you fail and how transparent you are throughout the process. If you keep people informed when you hit a snag and ask for help with a problem, you can build trust with your investors.

Venture capital investors want to know that you will be a good steward of the funds they placed under your control. If you can prove yourself a highly competent entrepreneur and someone who will push as hard as they can to make an idea work, failure will not mean the end of your career as an entrepreneur. At that point, even if you fail, past investors and people involved with your company will be far more likely to fund your next project if they trust the way you work.

As an entrepreneur, burning bridges is unwise. Treat people with respect to build social capital, but don't see them as just a resource either. Other than that, always remember that if you're going to fail, fail big and go down swinging.

About Conner Forrest - Conner Forrest is a Staff Writer for TechRepublic. He covers Google and startups and is passionate about the convergence of technology and culture.

# Silicon Valley's Secret Mainstream Media Control Directives

 This is the document that the Silicon Valley Cartel never want you to see. You have heard of the term: "*The Mainstream Media*", right? The Silicon Valley oligarchs now own and control 95% of the "*Mainstream Media*". This is the playbook they use to control the media and public perceptions:

**Never print a copy of this document or show it to anyone outside of a Google secured conference room.**

We are a business and every voter is a consumer and a tool for the effort. Their data is our fuel. "Politics" is entirely about business and controlling our revenue interests.

These are the directives to all media editors and media owners:

▫   In the handling of those in the media audience rather than refer to the opponent as the "Party" or " the Administration" refer to the Candidate by name only.

▫   Use only our internal news wire service and private Google Docs. Our system will send out a political clip-sheet every week, to thousands of "thought leaders" and "influencers". We will send out memes, cartoons, editorials, and articles to 200,000 news contacts. Rural newspapers are so desperate for copy that many will print whatever our Service sends them, including documents that are basically press releases disguised as editorials endorsing whatever political position we advance.

▫   Pretend that you are the Voice of the People. Use radio ads, sponsored by the PAC false-front groups with the word "Citizens" or "taxpayers" in the name.

▫   Attack, attack, attack. You can't wage a defensive campaign and win! Use millions of our troll-farms, click-processors and meat-puppet algo's to push the message. Nobody has the influence server array volume that we have.

▫   Keep it simple. Rhyming is good. The low intellect voter's in the South love rhymes. Never explain anything. The more you have to explain the more difficult it is to win support.

▫   Say the same thing over and over again. We have to get a voter's attention seven times per slogan to control their intentions. Anybody that hears the same thing seven times is programmed to it for life. Remember, most citizens have the IQ of a child.

▫   Subtlety is your enemy. Words that lean on the mind are no good. They must dent it. Simplify, simplify, simplify. A wall goes up when you try to make Mr. and Mrs. Average American Citizen work or think.

▫   Fan flames. We need more partisanship in this country. Never shy from controversy; instead, win the controversy. The average American doesn't want to be educated; he doesn't want to improve his mind; he doesn't even want to work, consciously, at being a good citizen, But there are two ways you can interest him in a campaign, and only two that we have ever found successful. You can put on a fight or you can put on a Show. So if you can't fight, PUT ON A SHOW! And if you put on a good show, Mr. and Mrs. America will turn out to see it. Talk about sex changes, immigration, dead polar bears, whales and all of the things that get the public emotionally riled up.

▫   Winner takes all. If you launch a campaign for a new car, your client doesn't expect you to lead the field necessarily in the first year, or even the tenth year, But in politics, they don't pay off for PLACE OR SHOW! You have to win, if you want to stay in business. We must win each election at any cost. Data manipulation is not "cheating", it is "being clever"! Deal with the blow-back AFTER you we win the election because then WE CONTROL the federal budget.

▫   This must be a campaign that makes people hear the beat of drums and the thunder of bombs. . . . This must be A CALL TO ARMS IN DEFENSE OF AMERICA AND DIVERSITY!

▫   Where the men go, the women will follow. Focus on male emotional trigger slogans first. Women are sheep when it comes to the campaign.

▫   Always, and only, use our pre-screened 15 minute talking script. Try not to speak for more than fifteen minutes. The dumber people get bored. Never speak for more than half an hour.

▫   Reject any health care issues that affect our supporters ability to make money. Say often: "You can't beat something with nothing"

▫   Lobby your local newspaper editors. Have your staff make in-person drop-by's to every newspaper office to persuade editors to change their positions. Buy them lunch with unlimited menus. Many of these newspapers do a vast amount of advertising business with us and received hundreds of words of free copy, each week, from our news services. They will not risk losing our advertising dollars when the internet is killing their business. We can cut out all of the newspapers supporting any opposition goal in 70 days if we stay on our goal. We have the budget to spend 10 dollars against every individual dollar the opposition campaign spends to push it.

▫   Mention "Politically-Controlled social limits." often. Make the public think that the opposition wants to control their bedroom

antics and limit their sex. Citizens flip out if they think the government will limit how kinky they can get.

❑    In private conversations with Senators, use this talking point:

" We need you to vote against all Compulsory privacy bills pending before the Legislature. We have enough data regimentation in this country now. Certainly we don't want to be forced to go to A media source,or to pay extra for free media. That system was born in "Nazi Germany" and is part and parcel of what our boys are fighting overseas to stop. Let's not adopt media limits on Google and Facebook here."

❑    This must be a campaign to arouse and "alert the American people in every walk of life, until it generates a great public crusade and a fundamental fight for freedom, any other plan of action, in view of the drift toward right wing despotism all over the world, would invite disaster."

❑    Our counter-measures campaign has now been distributed, by the hundreds of thousands, to reporters and editors, among others, and to every member of Congress.

❑    A Top immediate objective is the defeat of the compulsory privacy protection programs as Silicon Valley will lose most income if we can't surveil the public. The long-term objective is to put a permanent stop to the agitation for socialized web in this country by (a) awakening the people to the danger of a politically-controlled, government-regulated privacy system; (b) convincing the people, through a Nation wide campaign of education, of the superior advantages of private web, as practiced in America, over the State-dominated media systems of other countries.

❑    We must educate every politician in the United States about the dangers of privacy rights to their political funding.

❑    Hitler and Stalin all have used the opiate of free internet to deaden the pain of lost liberty and lull the people into non-resistance. Old World contagion of compulsory privacy rules, if allowed to spread to our New World, will mark the beginning of the end of modern technology institutions in America. It will only be a question of time until the railroads, the steel mills, the power industry, the banks and the farming industry are nationalized. We must stop these Conservatives on the front line before they take this to our porches.

❑    We must use unions and tree-huggers, Grassroots Campaigns, Inc., Moveon, BLM, etc. to put people on the streets of every major city with clipboards to collect money and distribute propaganda. Encourage

your staff to engage them in long-winded conversations to cut down
their through-put

❑   Our campaign is carrying its case to the people of America in a
grass roots crusade which we hope, with your help, and the help of
tens of thousands of others, will reach every corner of this country.
We have billions of dollars booked on this grass-roots effort. We
WILL turn the oppositions sensible, popular, and urgently needed
legislative reform into a bogeyman so scary that, no American will
want it.

❑   The great need is to go on the offensive and to attack.

❑   Politics is just like show business. . . . You begin with a hell
of an opening, you coast for a while, and you end with a hell of a
closing. We have a great closing!

❑   Voters are basically lazy tools, basically uninterested in
making an effort to understand what we're talking about, Reason
requires a higher degree of discipline, of concentration; impression
is easier, Reason pushes the viewer back, it assaults him, it demands
that he agree or disagree; impression can envelop him, invite him in,
without making an intellectual demand. . When we argue with citizens
we demand that he make the effort of replying. We seek to engage his
intellect, and for most people this is the most difficult work of
all. The emotions are more easily roused, closer to the surface, more
malleable. Voters are, simply, idiots. Treat them as such and keep
them amused by the shiny object.

❑   We are leading men's minds, this is the reason Washington must
be in the hands of the most ethical, principled people: US! We are
people with real concern for the world. We are smarter tan the
average person and more technologically advanced. We know what is
truly right.

# The Names Of The Cartel Membership

These are the people known as "The Deep State", "The Silicon Valley Cartel", "The Tech Mafia", et al:

"To date, every single one of the targets that attacked us: 1.) have been sued; 2.) investigated by the government and our private investigators; 3.) had case files opened on them by the IRS, DOJ, GAO, FBI, FEC, SEC, FTC and others; 4.) placed under surveillance; 5.) had whistle-blowers and ex-staff expose them; 6.) been tracked across every social media post that has ever been made about them; 7.) had all of their illicit campaign funding and covert PAC cash exposed; 8.) had all of their family trust and shell corporation hiding places tracked and exposed by AI forensic software that works around-the-clock and 9.) placed on law enforcement watch-lists. Even the "untouchables" like Musk, Tesla, Google, Facebook, et al, now have nut-crunching law-suits filed against them, with more coming. There is no place to hide! You tried to kill us and we killed you back you criminal scum-bags!"

The following Parties participated in the scam, thought they were "untouchable" and found out that the arm of the law is very long, the hatred of the public for corruption is profound and that hundreds of public service groups have identified, tracked and assisted in their termination. This is the current list of the primary political mobster-scammers in this corruption who are all connected by financial, email and forensic FBI, SEC, FTC and CIA-class evidence. It is well known that every significant hacking and surveillance tool from the CIA, NSA, Fire-Eye and the FSB has been leaked on to the internet. Every teenage hacker is now exposing the last 20 years of these crooks crimes. These are not all of them. These are just some of the most audacious ones.

They are all under deep investigation, surveillance and targeted for 100% legal termination using all the info found freely on the web and whistle-blower tips:

The Mob Bosses That Colluded, Organized and Planned These Srock Market Schemes Together:

- **Google/Alphabet/YouTube** – Hiding under the guise of "Alphabet"; Charged with manipulation by multiple nations and national organizations; charged with crimes; charged with privacy harvesting frauds against the public; raided for tax fraud; loss of public trust; charged with campaign rigging by TV shows, presidential candidates, federal investigators and news media; under investigation for stock market pumping;

- **Steven Chu** – Secretary of Energy (Sent packing/fired/forced to resign. Sued for corruption, publicly shamed by news media and Congress. Under ongoing investigation and surveillance)

- **The NVCA, AKA National Venture Capital Association**, is the lobbyist and Cartel organizer behind much of the misdeeds of this group, they bribe politicians, organize anti-patent campaigns and promote a RICO-violating anti-trust law violating set of tactics to protect their members and to harm competitors, most of the women and blacks that have worked at the NVCA have said they experienced abuse. The NVCA has set-up a tactical program to put a

global funding blockade on any group, CEO or inventor who competes with their existing companies.

- **SpaceX** and their Star Link Web satellites are a domestic spying operation. They send all of the data that goes over their links to privacy abusers, data harvesters, and political spying operations. Friends don't let friends use Star Link. Any 14 year old hacker can hack into Star Links web streams. Star Link is a danger to global privacy on an epic scale.

- **Lachlan Seward** – Manager to Steven Chu (Sent packing/fired/forced to resign. Sued for corruption. publicly shamed by news media and Congress. Under ongoing investigation and surveillance))

- **Rahm Emanual** – White House strong-arm (Sent packing/fired/forced to resign and his Chicago finance head was indicted for Corruption)(Under ongoing investigation and surveillance)

- **Robert Gibbs** – White House press secretary (Sent packing/fired/forced to resign)(Under ongoing investigation and surveillance))(accused of political bribery and kickbacks; tax evasion, and more…)

- **David Axelrod** – White House strategist (Sent packing/fired/forced to resign)(Under ongoing investigation and surveillance))(accused of political bribery and kickbacks; tax evasion, and more…)

- **Barack Obama** – White House leader (Under investigation. Universally disdained in the press. shunned by his own party)

- **Larry Summers** – White House finance head (Fired)(Under ongoing investigation and surveillance))(accused of political bribery and kickbacks; tax evasion, and more…)

- **Bill Daley** – White House strong-arm (Sent packing/fired/forced to resign)(Under ongoing investigation and surveillance))

- **Steve Rattner**- White House Car Deals Director working in the West Wing and then with In-Q-Tel (Fired- Indicted in NY State for SEC Fraud/Corruption)(Under ongoing investigation and surveillance))

- **Eric Holder** – Attorney General- DOJ. Eric Holder was nominated and appointed by the very individuals who ran the scam, created the marching orders, got the insider cash and ordered the hit jobs on their competitors. He ran the cover-up and halted any investigations into the crimes in order to protect his corrupt backers and business partners. He has been financially connected to every person, group and business who is charged with organizing and operating the scam. (Forced to resign) (Charged with staff & VC Protections and blockade of FBI and Special Prosecutor deployments in order to run the cover-up)(Under ongoing investigation and surveillance)

- **Larry Page** – Owner- Google (Under ongoing investigation and surveillance)(accused of political bribery and kickbacks; tax evasion, and more…)

- *Eric Schmidt – Owner- Google (Under ongoing investigation and surveillance)(accused of political bribery and kickbacks; tax evasion, and more, a national coalition is actively exposing his sexual perversions, sex penthouses, etc…)*

- **John Doerr** – Owner – Kleiner Perkins. "Godfather" – Silicon Valley Cartel (Under ongoing investigation and surveillance))(accused of political bribery and kickbacks; tax evasion, and more…)( All of his personal assets, investments and portfolio holdings are under investigation and targeted for extinction)

- **Steve Westly** – Campaign Bundler (Under ongoing investigation and surveillance))(accused of political bribery and kickbacks; tax evasion, and more…)( All of his personal assets, investments and portfolio holdings are under investigation and targeted for extinction)

- **Richard Blum** – Senator Feinsteins Husband (He is now under investigation. Has had contracts interdicted by Congressional action)(accused of political bribery and kickbacks; tax evasion, and more…)

- **Ray Lane** – VC (Charged with Federal Tax Fraud)(Under ongoing investigation and surveillance))(accused of political bribery and kickbacks; tax evasion, and more…)

- **Elon Musk** – CEO – Tesla (Under ongoing investigation and surveillance) & in multiple lawsuits for fraud)( Now uncovered as largest individual recipient of government payola in history)(accused of political bribery and kickbacks; tax evasion, and more…) ( All of his personal assets, investments and portfolio holdings are under investigation and targeted for extinction) He cuts up and tortures animals for his Nueralink, spies on citizens with his SpaceX and runs an EV monopoly and causes genocide with his cobalt and lithium mines with his corrupt Tesla cars. His life is devoted to weird sex, drugs, political bribes and stock market manipulations.

- **Andy Bechtolsheim** – VC- Insider campaign backer (He is now under investigation)(accused of political bribery and kickbacks; tax evasion, and more…)

- **Vinod Khosla** – VC Campaign backer (Under ongoing investigation and surveillance)( in multiple lawsuits)(accused of political bribery and kickbacks; tax evasion, and more…Exposed in 60 Minutes and CNN news coverage)

- **Martin LaGod** – VC Campaign backer from Firelake (Under ongoing investigation and surveillance)(assets, investments and stock portfolio tracked and targeted)( All of his personal assets, investments and portfolio holdings are under investigation and targeted for extinction)

- **Latham and Watkins** - Extremist law firm known for rigging public policy decisions, running attacks on candidates and manipulating the law to the advantage of Silicon Valley oligarchs

113

- **Ira Ehrenpreis** – VC Campaign backer (He is now under investigation)(accused of political bribery and kickbacks; tax evasion, and more…) ( All of his personal assets, investments and portfolio holdings are under investigation and targeted for extinction)

- **Eric Strickland** – Head of Auto Safety agency (Sent packing/fired/forced to resign)(he is now under investigation. Charged with cover-up of Tesla and GM auto dangers he had known about)

- **Tom Perkins** – VC Campaign backer (He is now under investigation, slammed by public and media)(accused of political bribery and kickbacks; tax evasion, and more…)

- **In-Q-Tel, Inc.** – CIA off-shoot associated with ***Eric Schmidt, Google***, Elon Musk and the Cartel leaders. Ran "hit-jobs" on Silicon Valley VC adversaries and reporters (Sued, under investigation, exposed in multiple documentaries, under investigation for Cocaine trafficking) They claim to be a "charity" but they are a dirty tricks spy operation.

- **Tim Draper** – VC Campaign backer (Under ongoing investigation and surveillance))(accused of political bribery and kickbacks; tax evasion, and more…)( All of his personal assets, investments and portfolio holdings are under investigation and targeted for extinction)

- **Lloyd Craig Blankfein** – Head of Goldman Sachs and liaison in almost every single CleanTech company scam (Under ongoing investigation and surveillance))(accused of political bribery and kickbacks; tax evasion, and more…) ( All of his personal assets, investments and portfolio holdings are under investigation and targeted for extinction)

- **Raj Gupta** – McKinsey Fixer (Indicted, Jailed)(he is now under investigation)

- **Jacque Littlefield** - Ran a private army out of Woodside, California (Dead)

- **Roger Boas** – Ran San Francisco Child sex ring brothels, for SF City Hall officials, with crooked San Francisco Cops and embezzled money from San Francisco City Hall

- **Brian Goncher** – Deloitte VC intermediary (Under ongoing investigation and surveillance)) (accused of political bribery and kickbacks; tax evasion, and more…)

- **John Molinari** – Old school San Francisco North Beach Mobster. Ran for Mayor. Lied about district. Daughter removed from him due to abuse.

- **Goldman Sachs** – Financial packager (Suspected of staging most of the TARP/DOE deals for personal gain & insider payouts)(Under ongoing investigation and surveillance). Elon Musk's Go-To Book Cookers and stock manipulators

- **Kleiner Perkins** – Campaign funding VC who (Received massive windfalls from Russian mining & tech start-up rigging. Sued. Under ongoing investigation and surveillance)(Offices broken into by federal investigators) All assets being tracked and terminated.)

- **Draper Fisher** – VC firm (Campaign funder who received massive windfalls from Russian mining & tech start-up rigging)(Under ongoing investigation and surveillance)

- **Mckinsey Consulting** – Government services contractor (Supplied DOE manipulation staff, manipulated white-papers to Congress and lobbying manipulation for the scam)(Under ongoing investigation and surveillance)

- **John Denniston** – Kleiner Perkins stock market manipulation boss

- **Dianne Feinstein** – Senator (He is now under investigation) Wife of Silicon Valley Cartel Member Richard Blum(accused of political bribery and kickbacks; tax evasion, and more…) (Underongoing investigation and surveillance)

- **Harry Reid** – Senator- Solar factory guru, Congress lead (Accused of political bribery and kickbacks; tax evasion, and more, ran scams with Elon Musk…Forced out of Congress in shame) (Under ongoing investigation and surveillance)

- **Senator Calderone** – Senator (Indicted & charged with corruption)

- **Leland Yee** – Senator (Indicted & charged with corruption)

- **Lois Lerner** – IRS head charged with running political hit-jobs (Sent packing/fired/forced to resign)(She is now under investigation. Shamed in news media)(Under ongoing investigation and surveillance)

- **James Brown Jr** – Obama HHS Programming lead in California (Arrested for corruption)

- **Daniel Cohen** – DOE Legal counsel (Sent packing/fired/forced to resign)(Under ongoing investigation and surveillance)

- **Perkins Coi** – Law firm who sold lobby manipulation services (Under federal investigation)

- **Jonathan Silver** – DOE VC (Sent packing/fired/forced to resign)((Under ongoing investigation and surveillance)( Shamed in media for epic failures)

- **Bill Lockyer** – Calif State finance head ((Under ongoing investigation and surveillance) and charged with corruption by media. Assets and ownerships under investigation)

- **Steve Jurvetson** – VC who manipulated Senate staff for Tesla cash ((Under ongoing investigation and surveillance) All assets being tracked and terminated.)

- **Matt Rogers** – Mckinsey corruption operator reporting to Steven Chu (Under ongoing investigation and surveillance)(All assets being tracked and terminated.)

- **Steve Spinner and Alison Spinner-** Mckinsey corruption operator reporting to Steven Chu with secret connection inside Solyndra (Under ongoing investigation and surveillance) All assets being tracked and terminated.)

# Their Assassin Operatives That Run The Hit Jobs And Attacks For Them:

- **Gawker Media (Jezebel, Gizmodo, Jalopnik, Gawker)** – Sued; Bankrupt; under investigation for tax fraud and campaign finance disclosure evasion

- **Jay Carney** – White House press lead (Forced to resign) (Under ongoing investigation and surveillance)

- **David Plouffe** – White House money packager. Arranged deals between VC campaign Donors (Forced to Resign. Under ongoing investigation and surveillance)

- **John Cook** – Nicholas Guido Denton's character assassination expert

- **Nicholas Guido Denton** – Defamation-for hire boss of tabloid empire also charged with abuse of young boys

- **John Herrman** - Nicholas Guido Denton's character assassin

- **Adrian Covert** - Nicholas Guido Denton's character assassin

- **Patrick George** - Nicholas Guido Denton's character assassin

- **Gabrielle Darbyshire** - Nicholas Guido Denton's character assassin


- Investigations have also revealed that the White House and California Senators hired the character assassination and defamation attack services: *Cardinal & Pine; Pacronym, Acronym;  The Americano; Investing in US; Shadow Inc; Courier Newsroom; IN-Q-Tel; Gawker Media; Jalopnik; Gizmodo Media; K2 Intelligence; WikiStrat; Podesta Group; Fusion GPS; Google; YouTube; Alphabet; Facebook; Twitter; Think Progress; Media Matters); Black Cube; Correct The Record; Orbis Business Intelligence, Undercover Global Ltd; Stratfor; Jigsaw; ShareBlue/Acronym; Versa LLC; American Ledger; Supermajority News; New Venture Fund; Sixteen Thirty Fund; Cambridge Analytica; Sid Blumenthal; States Newsroom; Hopewell Fund;  Open Society.; David Brock; AmpliFire News; American Bridge; Plouffe Consulting; Pantsuit Nation; MotiveAI; American Bridge 21st Century Foundation; Priorities USA; PR Firm Sunshine Sachs; The American Independent Foundation; Covington and Burling; Buzzfeed; The American Independent; Perkins Coie; Secondary Infektion; Wilson Sonsini* and thousands more to run hit-jobs, character assassinations, dirty tricks and economic reprisal attacks on any applicants who reported the crimes. Each of those companies are now under federal and civil investigation. Most of these businesses offer the service of manipulating elections and news coverage in order to steer stock market profits into the pockets of billionaire clients at the expense of the taxpayer and Democracy. They hide their transactions via money-laundering. All of these services, when

focused on individual citizens, are lethal.

- **A.J. Delaurio**, as well as through its pseudonymous authors, including: **Adam Dachis, Adam Weinstein, Adrien Chen, Alan Henry, Albert Burneko, Alex Balk, Alexander Pareene, Alexandra Philippides, Allison Wentz, Andrew Collins, Andrew Magary, Andrew Orin, Angelica Alzona, Anna Merlan, Ariana Cohen, Ashley Feinberg, Ava Gyurina, Barry Petchesky, Brendan I. Koerner, Brendan O'Connor, Brent Rose, Brian Hickey, Camila Cabrer, Choire Sicha, Chris Mohney, Clover Hope, Daniel Morgan, David Matthews, Diana Moskovitz, Eleanor Shechet, Elizabeth Spiers, Elizabeth Starkey, Emily Gould, Emily Herzig, Emma Carmichael, Erin Ryan, Ethan Sommer, Eyal Ebel, Gabrielle, Bluestone, Gabrielle Darbyshire, Georgina K. Faircloth, Gregory Howard, Hamilton, Nolan, Hannah Keyser, Hudson Hongo. Heather Deitrich, Hugo Schwyzer, Hunter Slaton, Ian Fette, Irin Carmon, James J. Cooke, James King, Jennifer Ouellette, Jesse Oxfeld, Jessica Cohen, Jesus Diaz, Jillian Schulz, Joanna Rothkopf, Jordan Sargent, Joseph Keenan Trotter, Josh Stein, Julia Allison, Julianne E. Shepherd, Justin Hyde, Kate Dries, Katharine Trendacosta, Katherine Drummond, Kelly Stout, Kerrie Uthoff, Kevin Draper, Lacey Donohue, Lucy Haller, Luke Malone, Madeleine Davies, Madeline Davis, Mario Aguilar, Matt Hardigree, Matt Novak, Michael Ballaban, Michael Dobbs, Michael Spinelli, Neal Ungerleider, Nicholas Aster, Omar Kardoudi, Pierre Omidyar, Owen Thomas, Patrick George, Patrick Laffoon, Patrick Redford, Rich Juzwiak, Richard Blakely, Richard Rushfield, Robert Finger, Robert Sorokanich, Rory Waltzer, Rosa Golijan, Ryan Brown, Ryan Goldberg, Sam Faulkner Bidle, Sam Woolley, Samar Kalaf, Sarah Ramey, Shannon Marie Donnelly, Shep McAllister, Sophie Kleeman, Stephen Totilo, Tamar Winberg, Taryn Schweitzer, TaylorMcKnight, Thorin Klosowski, Tim Marchman, Timothy Burke, Tobey Grumet Segal, Tom Ley, Tom Scocca, Veronica de Souza, Wes Siler, William Haisley, William Turton** and others writing under pseudonyms

# Conclusion

Law enforcement refuses to arrest these cartel tech mobsters. These people can buy their way out of any mess.

They break the law and the moral codes of society yet they operate with impunity.

They harmed others who competed with them.

They harmed all of society for their own personal sick profiteering and manipulations.

In all of recorded history, no society which has allowed that circumstance to exist, has survived.

When a society fails, EVERYBODY loses.

Either arrest and prosecute these people or lose everything.

It is as simple as that!

# Bibliography, References And Evidence Links

Archer, Jules, The Plot To Seize The White House, (New York: Hawthorn Books, 1973).

Brinkley, Alan, Voices of Protest, (New York: Alfred A. Knopf, Inc., 1982).

Butler, Smedley D., War Is A Racket, (New York: Round Table Press, 1935).

Cahn, Edmond, The Great Rights, (New York: Macmillan Co., 1963).

Ickes, Harold L., America's House of Lords: An Inquiry into the Freedom of the Press, (Rahway, N.J.: Harcourt, Brace & Co., 1939).

New York Times, February 16, 1935; March 26, 1935.

Schmidt, Hans, Maverick Marine, (Lexington, Ky.: University Press of Kentucky, 1987).

Sevareid, Eric, Not So Wild A Dream, (New York: Alfred A. Knopf, 1946).

Spivak, John L., "Wall Street's Fascist Conspiracy", New Masses, January 29, 1935, 9-15; February 5, 1935, (page numbers missing on the microfilm)..

Sacramento Bee, February 15, 1935.

San Francisco Chronicle, February 16, 1935.

Time, 24:23 [December 3, 1934].

U.S. House of Representatives, Special Committee on Un-American Activities, Investigation of Nazi Propaganda Activities and Investigation of Certain Other Propaganda Activities, Hearings 73-D.C.-6, Part 1, 73rd Cong., 2nd sess., (Washington, D.C.: Government Printing Office, 1935).

U.S. House of Representatives, Special Committee on Un-American Activities, Public Statement, 73rd Cong., 2nd sess., (Washington, D.C.: Government Printing Office, 1934).

Wolfskill, George, The Revolt of the Conservatives: A History of the American Liberty League, 1934-1940, (Boston: Houghton Mifflin Co., 1962).

wikipedia - https://en.wikipedia.org/wiki/List_of_historic_United_States_Marines -Remembering a Real American Hero: Smedley D. Butler

Remembering a Real American Hero: Smedley D. Butler. BY MANIFESTO JOE In an age of faux heroism, illustrated by the swagger and tough … http://www.beggarscanbechoosers.com/20[...]bering-real-american-hero-smedley.html

War is a Racket by Smedley Butler – YouTube - Nov 04, 2012 · Short Nonfiction Collection Vol. 018 by Various A collection of short nonfiction works in the public domain. The selections included in this collection … https://www.youtube.com/watch?v=O8sUvpSdWfc

Smedley Butler: American Hero and Patriot – YouTube - Aug 14, 2011 - 18 min - Uploaded by rltmltThis video tells the whole story behind a fascist coup that was mounted against President … https://www.youtube.com/watch?v=tE6adoNR14U

Smedley Butler excerpt from the movie "The… cached - Apr 03, 2010 · Excerpt from the movie 'The Corporation' of Smedley Butler who found it perfectly acceptable to kill for profit his entire career, then blew the whistle on … https://www.youtube.com/watch?v=QQoBAc95tnw

A Forensic Soul Analysis On American Hero Major General Smedley … cached - Sep 19, 2015 - 53 min - Uploaded by Outer Limits Of Inner Truth Radio ShowSmedley Butler was a United States Marine Corps major general, the highest rank authorized … https://www.youtube.com/watch?v=BQv5o20uXTM

War Is A Racket, by Major General Smedley Butler,… cached - Smedley Darlington Butler. Born: West Chester, Pa., July 30, 1881 Educated: Haverford School Married: Ethel C. Peters, of Philadelphia, June 30, 1905   http://www.ratical.org/ratville/CAH/warisaracket.html

Memorial Day Remembrance of a True American Hero - Gen … cached - May 25, 2015 ... SMEDLEY BUTLER ON INTERVENTIONISM (Excerpt from a speech delivered in 1933 by Major General Smedley Butler USMC) War is just a … http://www.thomhartmann.com/users/blue[...]rue-american-hero-gen-smedley-d-butler

Business Plot - Wikipedia, the free encyclopedia - cached - The Business Plot was an alleged political conspiracy in 1933 in the United States. Retired Marine Corps Major General Smedley Butler claimed that wealthy businessmen … https://en.wikipedia.org/wiki/Business_Plot

General Smedley Butler, a real American hero | Welcome Travelers… cached  May 6, 2014 ... General Smedley Butler (1881-1940) spoke his mind without fear or favor. He thundered like a prophet, in plain old American English, and like … https://roadupward.wordpress.com/2014/[...]l-smedley-butler-a-real-american-hero/

Wall Street's Failed 1934 Coup -...cached - The American Liberty League vs. Gen. Smedley Butler ... COULD YOU IMAGINE LIFE WITHOUT COUNTERPUNCH? We don't like asking for money, but it's something we are ...http://www.counterpunch.org/2011/12/02/wall-streets-failed-1934-coup/

War Is A Racket - Information Clearing House - cached - Jun 6, 2011 ... Major General Smedley Butler, USMC. He joined the Marine Corps when the Spanish American War broke out, earned the Brevette Medal ...http://www.informationclearinghouse.info/article4377.htm

The Plot to Seize the White House: The Shocking… cached - The Plot to Seize the White House and over one million other books are available for Amazon Kindle. Learn more http://www.amazon.com/The-Plot-Seize-White-House/dp/1602390363

Major General Smedley Butler | Americans Who Tell The Truth - cached - Major General US Marine Corps, Antiwar Activist : 1881-1940 ... At the time of his death, Major General Smedley Darlington Butler, also known as "The Fighting … http://www.americanswhotellthetruth.or[...]portraits/major-general-smedley-butler

The Forgotten Treason: The Plot to Overthrow FDR - cached - Wesleyan University The Honors College . The Forgotten Treason: The Plot to Overthrow FDR . by . Emily Lacy Marshall . Class of 2008 . A thesis submitted to the http://wesscholar.wesleyan.edu/cgi/vie[...]gi? article=1058&context=etd_hon_theses

War is a Racket: The Antiwar Classic by America's Most Decorated … cached - General Smedley Butler's frank book shows how American war efforts were ... Despite his success and his heroic status, however, Butler came away from these … http://www.amazon.com/War-Racket-Antiwar-Americas-Decorated/dp/0922915865

The Business of War - Home Page of Wade Frazier - cached - The Business of War. By Wade Frazier. Revised July 2014 . Introduction. The Business of War. The "Good War" Brown Shirts in America. A Brief History of Western Anti … http://ahealedplanet.net/war.htm

Aalberts, Robert J. & Marianne M. Jennings. 1999. The Ethics of Slotting: Is this Bribery, Facilitation Marketing or Just Plain Competition? Journal of Business Ethics

Aaronson, S.A. 2011. Limited Partnership: Business, Government, Civil Society and the Public in the Extractive Industries Transparency Initiative. Public Administration & Development

Aaronson, Susan Ariel & M. Rodwan Abouharb. 2014. "Corruption, Conflicts of Interest and the WTO", in Jean-Bernard Auby, Emmanuel Breen & Thomas Perroud eds., Corruption and Conflicts of Interest: A Comparative Law Approach

Aaronson, Susan Ariel. 2014. Does the WTO Help Nations Clean Up? The WTO as an Anticorruption Counterweight. World Trade Review (forthcoming).

Abbink, Klaus & Danila Serra. 2012. "Anticorruption Policies: Lessons from the Lab," in Danila Serra & Leonard Wantchekon, eds., New Advances in Experimental Research on Corruption (Emerald Books)

Abbink, Klaus & Heike Hennig-Schmidt. 2006. Neutral versus Loaded Instructions in a Bribery Game. Experimental Economics

Abbink, Klaus & K. Wu. 2013. Reward Self-Reporting to Deter Corruption: An Experiment on Mitigating Collusive Bribery. Monash University, Discussion Paper

Abbink, Klaus & Matthew Ellman. 2010. The Donor Problem: An Experimental Analysis of Beneficiary Empowerment. Journal of Development Studies

Abbink, Klaus, Bernd Irlenbusch & Elke Renner. 2002. An Experimental Bribery Game, Journal of Law, Economics & Organization

Abbink, Klaus, Utteeyo Dasgupta, Lata Ghanghadaran & Tarun Jain. 2014. Letting the Briber Go Free: An Experiment on Mitigating Harassment Bribes. Journal of Public Economics 111

Abbink, Klaus. 2004. Staff Rotation as an Anticorruption Policy: An Experimental Study. European Journal of Political Economy

Abbink, Klaus. 2005. "Fair Salaries and the Moral Costs of Corruption," in Kokinov & Boicho eds., Advances in Cognitive Economics (Sofia: NBU Press).

Abbink, Klaus. 2006. "Laboratory Experiments on Corruption," in Susan Rose-Ackerman ed. International Handbook on the Economics of Corruptions

Abbott, Kenneth W. & Duncan Snidal. 2002. "International Action on Bribery and Corruption: Why the Dog Didn't Bark in the WTO", in Daniel M. Kennedy & James D.

Southwick eds., The Political Economy of International Trade Law.

Abbott, Kenneth W. & Duncan Snidal. 2002. Values and Interests: International

Legalization in the Fight against Corruption. Journal of Legal Studies 31(S1)

Abbott, Kenneth W. 2001. Rule Making in the WTO: Lessons from the Case of Bribery and Corruption. Journal of International Economic Law 4(2)

Abbott, Kenneth W. 2009. "Fight Against Corruption," in Max Planck Encyclopedia of International Law.

Abdalla, H.F., A.S. Maghrabi & B.G. Raggad. 1998. Assessing the Perceptions of Human Resource Managers Toward Nepotism: A Cross-Cultural Study. International Journal of Manpower

Abdallah, Sherief, Rasha Sayed, Iyad Rahwan, Brad L. LeVeck, Manuel Cebrian, Alex Rutherford & James H. Fowler. 2014. Corruption Drives the Emergence of Civil Society.

Journal of the Royal Society

Abdulai, A.G. 2009. Political Will in Combating Corruption in Developing and Transition Countries: A Comparative Study of Singapore, Hong Kong and Ghana.

Journal of Financial Crime 4

Abed, George T. & Hamid R. Davoodi. 2000. Corruption, Structural Reforms, and Economic Performance in the Transition Economies. IMF Working Paper No. 00/132.

Abed, George T. & Sanjeev Gupta. 2002. Governance, Corruption, and Economic Performance. Washington, D.C.: International Monetary Fund.

Abidin, I.S.Z., M.D. Jantan., N.M. Satar & M. Haseeb. 2014. Trade Linkages between Malaysia and the OIC Member Countries: Empirical Evidence Based on a Gravity Model. American Journal of Applied Sciences

Abiona, I.A. & O. Savage. 2014. Influence of Independent Corrupt Practices and Other Related Offences Commission on Female Civil Servants in Oyo State, Nigeria. Public Policy & Administration Research

Abrams, Norman, Sara Sun Beale & Susan Riva Klein. 2010 Federal Criminal Law and Its Enforcement (5th edition).

Abrams, Norman. 2011. The Distance Imperative: A Different Way of Thinking about Public Official Corruption Investigations/Prosecutions and the Federal Role. Loyola University Chicago Law Journal 42

Abrate, G., F. Erbetta, G. Fraquelli & D. Vannoni. 2015. The Cost of Corruption in the Italian Solid Waste Industry. Industrial & Corporate Change

Abtidon, A.H. 2015. The Impact of Financial Accountability on Reducing Corruption in Mogadishu Somalia. Academic Research International

Abu, N., M. Karim & M. Aziz. 2015. Corruption, Political Instability and Economic Development in the Economic Community of West African States (ECOWAS): Is There a Causal Relationship? Contemporary Economics

Abu, N., M. Karim & M. Aziz. 2015. Low Savings Rates in the Economic Community of West African States (ECOWAS): The Role of Corruption. Journal of Economic Cooperation and Development

Abu-Shanab, Emad A., Yousra A. Harb & Suhaib Y. Al-Zoubi. 2013. E-Government as an Anti-Corruption Tool: Citizens Perceptions. International Journal of Electronic Governance

Acar, Muhittin & Ugur Emek. 2009. "Preventing Corruption in Turkey: Issues, Instruments, and Institutions", in Gong, T. & S.K. Ma eds., Preventing Corruption in Asia: Institutional Design and Policy Capacity (London: Routledge)

Acconcia, Antonio & Claudia Cantabene. 2008. A Big Push To Deter Corruption: Evidence from Italy. Giornale degli Economisti

Acconcia, Antonio, Giovanni Immordino, Salvatore Piccolo & Patrick Rey. 2009.

Accomplice-Witnesses, Organized Crime and Corruption: Theory and Evidence from Italy. (CSEF Working Paper No. 232)

Acconcia, Antonio, Marcello D'Amato & Ricardo Martina. 2003. Corruption and Tax Evasion with Competitive Bribes. (CSEF Working Paper No. 112).

Acconcia, Antonio, Marcello D'Amato & Riccardo Martina. 2010. Tax Evasion and Corruption: Endogenous Deterrence and the Perverse Effects of Fines. Studi Economici 101

Acemoglu, D., J. Robinson & T. Verdier. 2004. Kleptocracy and Divide-and-Rule: A Model of Personal Rule. Journal of the European Economic Association

Acemoglu, Daron & Thierry Verdier. 1998. Property Rights, Corruption and the Allocation of Talent: A General Equilibrium Approach. The Economic Journal 108

Acemoglu, Daron, & Thierry Verdier. 2000. The Choice between Market Failures and Corruption. American Economic Review.

Acemoglu, Daron. 1995. Reward Structure and the Allocation of Talent. European Economic Review 39

Acharya, Avidit, John E. Roemer & Rohini Somanathan. 2015. Caste, Corruption and Political Competition in India. Research in Economics

Acht, M., T.O. Mahmoud & R. Thiele. 2015. Corrupt Governments Do Not Receive More State-to-State Aid: Governance and the Delivery of Foreign Aid Through Non-State Actors. Journal of Development Economics

Achua, J.K. 2011. Anti-Corruption in Public Procurement in Nigeria: Challenges and Competency Strategies. Jouranl of Public Procurement

Ackerman, John M. 2014. Rethinking the International Anti-Corruption Agenda: Civil Society, Human Rights and Democracy. American University International Law Review

Adam, A., M.D. Delis & P. Kammas. 2014. Fiscal Decentralization and Public Sector Efficiency: Evidence from OECD Countries. Economics of Governance

ADB/OECD Anti-Corruption Initiative for Asia and the Pacific. 2007. Mutual Legal Assistance, Extradition and Recovery of Proceeds of Corruption in Asia and the Pacific.

Adebanwi, Wale & Ebenezer Obadare. 2011. When Corruption Fights Back: Democracy and Elite Interest in Nigeria's Anti-Corruption War. Journal of Modern African Studies

Ades, Alberto & Rafael Di Tella. 1997. The New Economics of Corruption: A Survey and Some New Results. Political Studies

Ades, Alberto & Rafael Di Tella. 1997. National Champions and Corruption: Some Unpleasant Interventionist Arithmetic. Economic Journal

Ades, Alberto & Rafael Di Tella. 1999. Rents, Competition, and Corruption. American Economic Review

Adeyeye, Adefolake O. 2012. Corportate Social Responsibility of Multinational Corporations in Developing Countries: Perspectives on Anti-Corruption (Cambridge University Press).

Adsera, Alicia, Carles Boix & Mark Payne. 2003. Are You Being Served? Political Accountability and Quality of Government. Journal of Law, Economics & Organization

Adut, Ari. 2004. Scandal as Norm Entrepreneurship Strategy: Corruption and the French Investigating Magistrates. Theory and Society

Afonso, A., L. Schuknecht & V. Tanzi. 2005. Public Sector Efficiency: An International Comparison. Public Choice

Afridi, Farzana. 2008. Can Community Monitoring Improve the Accountability of Public Officials? Economic & Political Weekly

Agbiboa, Daneil E. 2014. Under-Development in Practice: Nigeria and the Enduring Problem of Corruption. Development in Practice

Agbiboa, Daniel E. 2010. The Corruption-Underdevelopment Nexus in Africa: Which Way Nigeria? Journal of Social, Political & Economic Studies

Agbiboa, Daniel E. 2011. Leaders or Leeches: Corruption and the Cycle of Dysfunction in Nigeria. Loyola Journal of Social Sciences

Agbiboa, Daniel E. 2012. Between Corruption and Development: The Political Economy of State Robbery in Nigeria. Journal of Business Ethics

Agbiboa, Daniel E. 2012. Serving the Few, Starving the Many: How Corruption Underdevelops Nigeria and How There Is an Alternative Perspective to Corruption Cleanups. Africa Today

Agbiboa, Daniel E. 2013. Corruption and Economic Crime in Nigeria: Social and Economic Perspectives. African Security Review

Agbiboa, Daniel E. 2015. Protectors or Predators? The Embedded Problem of Police Corruption and Deviance in Nigeria. Administration & Society

Agbiboa, Daniel. 2013. One Step Forward, Two Steps Back: The Political Culture of Corruption and Cleanups in Nigeria. CEU Political Science Journal

Agur, C. 2015. Second-Order Networks, Gambling, and Corruption on Indian Mobile Phone Networks. Media, Culture & Society 37(5): 768-.

Ahlin, Christian R. & Jiaren Pang. 2008. Are Financial Development and Corruption Control Substitutes in Promoting Growth? Journal of Development Economics

Ahlin, Christian R. & Pinaki Bose. 2007. Bribery, Inefficiency, and Bureaucratic Delay.

Journal of Development Economics

Ahlin, Christoher. 2005. Effects and (In)Tractability of Decentralized Corruption. (Working paper).

Ahmad Kai, A.H., R. Haniffa, M. Hudaib & M.N.A. Karim. 2015. Neopatrimonialism, Crony Capitalists and the Production of Corruption in Malaysia. Accounting Forum.

Ahmad, N. & O.T. Brookins. 2004. On Corruption and Countervailing Actions in Three South Asian Nations. Journal of Policy Reform

Ahmad, N. 2002. Corruption and Government Regulations: An Empirical Analysis.

Bangladesh Development Studies

Ahmadi, Cyavash Nasir. 2012. Regulating the Regulators: A Solution to Foreign Corrupt Practices Act Woes. Journal of International Business & Law

Ahmed, A., S.A. Lodhi & M. Ahmad. 2015. Using Split-Questionnaire Design: An Emprical Analysis. Pakistan Journal of Statistics

Ahmed, Naved 2001. Corruption Perceptions Indices: A Comparative Analysis. Pakistan Development Review

Ahmed, R. & Q.M. Ahmed. 2012. Petty Corruption in the Police Department: A Case Study of Slum Areas of Karachi. Developing Country Studies

Ahmen, Samiul Parvez & G.M. Wali Ullah. 2014. Global Corruption Hoax: Politicization of the Concept of Corruption and the Issues of Corruption Measurement Indices. Journal Economics & Sustainable Development

Ahrend, Rudiger. 2002. Press Freedom, Human Capital, and Corruption. DELTA Working Paper 11.

Aidt, T.S. & M. Gassebner. 2007. Do Autocratic States Trade Less? Working paper.

Aidt, Toke S. & Jayasri Dutta. 2008. Policy Compromises: Corruption and Regulation in a Democracy. Economics and Politics

Aidt, Toke S. 2003. Economic Analysis of Corruption: A Survey. Economic Journal 113: F632-F652.

Aidt, Toke S. 2009. Corruption, Institutions, and Economic Development. Oxford Review of Economic Policy

Aidt, Toke S. 2011. "Corruption and Sustainable Development", in Susan Rose-Ackerman & Tina Soreide eds., The International Handbook on the Economics of Corruption, Vol. 2 (Edward Elgar Publishing).

Aidt, Toke S. 2011. The Causes of Corruption. CESifo DICE Report

Aidt, Toke, Jayasri Dutta & Vania Sena. 2008. Governance Regimes, Corruption and Growth: Theory and Evidence. Journal of Comparative Economics

Ajayi, Konyin. 1997. On the Trail of a Spectre—Destabilisation of Developing and Transitional Economies: A Case Study of Corruption in Nigeria. Dickinson Journal of International Law

Akbar, Y. & V. Vujic. 2014. Explaining Corruption: The Role of National Culture and its Implications for International Management. Cross Cultural Management

Akca, Hasim, Ahmet Yilmaz Ata & Coskun Karaca. 2012. Inflation and Corruption Relationship: Evidence from Panel Data in Developed and Developing Countries.

International Journal of Economics & Financial Issues

Akcay, Selcuk. 2006. Corruption and Human Development. Cato Journal

Akhter, Syed H. 2004. Is Globalization What It's Cracked Up to Be? Economic Freedom, Corruption, and Human Development. Journal of World Business

Akinboade, O.A. 2014. Regulation, SMEs' Growth and Performance in Cameroon's Central and Littoral Provinces' Manufacturing and Retail Sectors. African Development Review

Aklin, M., P. Bayer, S. Harish & J. Urpelainen. 2014. Who Blames Corruption for the Poor Enforcement of Environmental Laws? Survey Evidence from Brazil. Environmental Economics & Policy Studies

Aklin, M., P. Bayer, S.P. Harish & J. Urpelainen. 2015. Quantifying Slum Electrification in India and Explaining Local Variation. Energy

Ala'i, P. 2014. Civil Consequences of Corruption in International Commercial Contracts.

American Journal of Comparative Law 62: .

Ala'i, Padideh. 2000. The Legacy of Geographical Morality and Colonialism: A Historical Assessment of the Current Crusade Against Corruption. Vanderbilt Journal of Transnational Law

Ala'i, Padideh. 2009. The WTO and the Anti-Corruption Movement. Loyola University Chicago International Law Review

Alam, M. Shahid. 1989. Anatomy of Corruption: An Approach to the Political Economy of Underdevelopment. American Journal of Economics and Sociology 48(4): 441-456.

Alam, M. Shahid. 1990. Some Economic Costs of Corruption in LDCs. Journal of Development Studies

Alam, M. Shahid. 1995. A Theory of Limits on Corruption and Some Applications.

Kyklos 48:

Alarcon Lopez, Paola. 2014. Constitutional Design and Political Agency Problems: The Case of Colombia. Con-Texto: Revista de Derecho y Economia

Alatas, Vivi, Abhijit Banerjee, Rema Hanna, Benjamin A. Olken, Ririn Purnamasari & Matthew Wai-Poi. 2013. Does Elite Capture Matter? Local Elites and Targeted Welfare Programs in Indonesia. Working paper.

Alatas, Vivi, Lisa Cameron, Ananish Chaudhuri, Nisvan Erkal & Lata Gangadharan.

2009. Subject Pool Effects in a Corruption Experiment: A Comparison of Indonesian Public Servants and Indonesian Students. Experimental Economics

Alatas, Vivi, Lisa Cameron, Ananish Chaudhuri, Nisvan Erkal & Lata Gangadharan.

2009. Gender, Culture, and Corruption: Insights from an Experimental Analysis. Southern Economic Journal

Aldashev, Gani. 2015. Voter Turnout and Political Rents. Journal of Public Economic Theory

Alderman, Richard. 2013. B20 Task Force on Improving Transparency and Anti-Corruption: Development of a Preliminary Study on Possible Regulatory Developments to Enhance the Private Sector Role in the Fight Against Corruption in a Global Business Context.

Aldrighi, Dante Mendes. 2011. "Risks of Wrongdoing in Public Companies and Ways to Cope with Them: The Case of Brazil", in International Handbook on the Economics of Corruption, Vol. II. (Edward Elgar Publishing).

Aleksynka, M. & O. Havrylchyk. 2013. FDI from the South: The Role of Institutional Distance and Natural Resources. European Journal of Political Economy

Alemu, Aye Mengistu. 2012. Effects of Corruption on FDI Inflow in Asian Economies.

Seoul Journal of Economics

Alence, Rod. 2004. Political Institutions and Developmental Governance in Sub-Saharan Africa. Journal of Modern African Studies

Alesina, Alberto & Beatrice Weder. 2002. Do Corrupt Governments Receive Less Foreign Aid? American Economic Review

Alesina, Alberto & George-Marios Angeletos. 2005. Corruption, Inequality, and Fairness. Journal of Monetary Economics

Alesina, Alberto & George-Marios Angeletos. 2005. Fairness and Redistribution.

American Economic Review

Alesina, Alberto & Romain Wacziarg. 1998. Openness, Country Size, and Government.

Journal of Public Economics

Alesina, Alberto, Arnaud Devleeschauwer, William Easterly, Sergio Kurlat & Romain Wacziarg. 2003. Fractionalization. Journal of Economic Growth

Aleston, Lee J. & Andres A. Gallo. 2010. Electoral Fraud, the Rise of Peron and Demise of Checks and Balances in Argentina. Explorations in Economic History

Alexander, C.R. & M.A. Cohen. 2015. The Evolution of Corporate Criminal Settlements: An Empirical Perspective on Non-Prosecution, Deferred Prosecution, and Plea Agreements. American Criminal Law Review

Alexeev, Michael & Luba Habodaszova. 2012. Decentralization, Corruption, and the Shadow Economy. Public Finance & Management

Alexeev, Michael & Robert Conrad. 2009. The Elusive Curse of Oil. Review of Economics & Statistics

Alexeev, Michael & Robert Conrad. 2011. The Natural Resource Curse and Economic Transition. Economic Systems

Alexeev, Michael & Yunah Song. 2013. Corruption and Product Market Competition: An Empirical Investigation. Journal of Development Economics

Alfano, M.R. & A.L. Baraldi. 2015. Is There an Optimal Level of Political Competition in Terms of Economic Growth? Evidence from Italy? European Journal of Law & Economics

Alford, John, Holly Teeters, Daniel S. Ward & Rick K. Wilson. 1994. Overdraft: The Political Cost of Congressional Malfeasance. Journal of Politics

Alford, Roger P. 2012. A Broken Windows Theory of International Corruption. Ohio State Law Journal

Alhassan-Alolo, N. 2007. Gender and Corruption: Testing the New Consensus. Public Administration & Development

Ali, Abdiweli M. & Hodan Said Isse. 2003. Determinants of Economic Corruption: A Cross-Country Comparison. Cato Journal

Alldridge, Peter. 2012. The U.K. Bribery Act: "The Caffeinated Younger Sibling of the FCPA". Ohio State Law Journal

Alldridge, Peter. 2014. Tax Avoidance, Tax Evasion, Money Laundering and the Problem of "Offshore". Working paper.

Alldridge, Peter. 2015. "Tax Avoidance, Tax Evasion, Money Laundering and the Problem of 'Offshore'", in Susan Rose-Ackerman & Paul Lagunes eds., Greed, Corruption, and the Modern State

Allen, N. & S. Birch. 2011. Political Conduct and Misconduct: Probing Public Opinion. Parliamentary Affairs

Allen, N. 2015. From Patronage Machine to Partisan Melee: Subnational Competition and the Evolution of the Indonesian Party System. Pacific Affairs

Allen, N.W. 2014. From Patronage Machine to Partisan Melee: Subnational Corruption and the Evolution of the Indonesian Party System. Pacific Affairs

Allen, N.W. 2015. Clientalism and the Personal Vote in Indonesia. Electoral Studies

Al-Mahayreh, M. & M. Abedel-Qader. 2015. Identifying the Impact of Adminsitrative Transparency on the Administrative Corruption: A Study on the Employees of Grand Amman Municipality. Advances in Management & Applied Economics

Al-Marhubi, F.A. 2000. Corruption and Inflation. Economics Letters

Almond, Michael A. & Scott D. Syfert. 1997. Beyond Compliance: Corruption, Corporate Responsibility and Ethical Standards in the New Global Economy. N.C. J. Int'l L. & Com. Reg

Alolo, Amawu Alhassan. 2007. "Fighting Public Sector Corruption in Ghana: Does Gender Matter?", in Sarah Bracking ed., Corruption and Development: The Anti-Corruption Campaigns (Palgrave Macmillan)

Alon, A. & A. Hageman. 2013. The Impact of Corruption on Firm Tax Compliance in Transition Economies: Whom Do You Trust? Journal of Business Ethics

Al-Sadig, Ali. 2009. The Effects of Corruption on FDI Inflows. Cato Journal

Alt, James E. & David Dryer Lassen. 2003. The Political Economy of Institutions and Corruption in American States, Journal of Theoretical Politics 15:341-65.

Alt, James E. & David Dryer Lassen. 2008. Political and Judicial Checks on Corruption: Evidence from American State Governments. Economics & Politics

Alt, James E. & David Dryer Lassen. 2014. Enforcement and Public Corruption: Evidence from the American States. Journal of Law, Economics & Organization

Altamirano, Giorleny D. 2007. "The Impact of the Inter-American Convention against

Corruption, " The University of Miami Inter-American Law Review

Altunbas, Y. & J. Thornton. 2012. Fiscal Decentralization and Governance. Public Finance Review

Amacher, G.S. 2006. Editorial: Corruption: A Challenge for Economists Interested in Forest Policy Design. Journal of Forest Economics

Ameen, Ali Bdulbaqi & Kamsuriah Ahmad. 2013. A Conceptual Framework of Financial Information Systems to Reduce Corruption. Journal of Theoretical & Applied Information Technology

Ameyaw, E.F. & A.P.C. Chan. 2015. Evaluating Key Risk Factors for PPP Water Projects in Ghana: A Delphi Study. Journal of Facilities Management

Amir, R. & C. Burr. 2015. Corruption and Socially Optimal Entry. Journal of Public Economics

Amone, Marco & Leandro S. Borlini. 2014. Corruption: Economic Analysis and International Law .

Amore, Mario Daniele & Morten Bennedsen. 2013. The Value of Local Political Connections in a Low-Corruption Environment. Journal of Financial Economics (forthcoming).

Amundsen, Inge. 2013. "'Pay Up and Off You Go!': Buying Political Positions in Bangladesh", in Soreide, Tina & Aled Willams eds., Corruption, Grabbing and Development

Anand, Vikas, Blake E. Ashforth & Mahendra Joshi. 2005. Business as Usual: The Acceptance and Perpetuation of Corruption in Organizations. Academy of Management Executive

Anbarci, N., M. Escaleras & C. Register. 2006. Traffic Fatalities and Public Sector Corruption. Kyklos.

Anbarci, Nejat, Monica Escaleras & Charles A. Register. 2009. The Ill Effects of Public Sector Corruption in the Water and Sanitation Sector. Land Economics

Anders, G. 2015. The Normativity of Numbers in Practice: Technologies of Counting, Accounting and Auditing in Malawi's Civil Service Reform. Social Anthropology

Andersen, J.J. & M.L. Ross. 2014. The Big Oil Change: A Closer Look at the Haber-Menaldo Analysis. Comparative Political Studies

Andersen, J.J. & S. Aslaksen. 2008. Constitutions and the Resource Curse. Journal of Development Economics

Andersen, Jorgen Juel, Niels Johannesen, David Dreyer Lassen & Elena Paltseva. 2014.

Petro Rents, Political Institutions, and Hidden Wealth: Evidence from Offshore Bank Accounts. Working paper.

Andersen, Thomas Barnebeck, Jeanet Bentzen, Carl-Johan Dalgaard & Pablo Seleya.

2011. Does the Internet Reduce Corruption? Evidence from U.S. States and Across Countries. World Bank Economic Review 25(3): 387-417.

Andersen, Thomas Barnebeck. 2009. E-Government as an Anti-Corruption Strategy.

Information Economics & Policy

Anderson, B.B. 2015. Corrupting Activities and Economic Development. World Journal of Entrepreneurship, Management & Sustainable Development

Anderson, Christopher J. & Yuliya V. Tverdova. 2003. Corruption, Political Allegiances,

and Attitudes toward Government in Contemporary Democracies. American Journal of Political Science

Anderson, James & Douglas Marcouiller. 2002. Insecurity and the Pattern of Trade: An Empirical Investigation. Review of Economics & Statistics

Anderson, James & Douglas Marcouiller. 2005. Anarchy and Autarky: Endogenous Predation as a Barrier to Trade. International Economic Review

Anderson, James, Daniel Kaufmann & Francesca Recanatini.2003. Service Delivery, Poverty and Corruption—Common Threads from Diagnostic Surveys. Working paper.

Anderson, Robert, William Kovacic & Anna Caroline Miller. 2011. "Ensuring Integrity and Competition in Public Procurement Markets: A Dual Challenge for Good Governance", in Sue Arrowsmith & Robert Anderson eds., The WTO Regime on Government Procurement: Challenge and Reform. Cambridge University Press.

Andersson, Staffan & Frank Anechiarico. 2015. "The Political Economy of Conflicts of Interest in an Era of Public-Private Governance" , in Paul M. Heywood ed., The Routledge Handbook of Political Corruption (New York: Routledge)

Andersson, Steffan & Paul M. Heywood. 2009. The Politics of Perception: Use and Abuse of Transparency International's Approach to Measuring Corruption. Political Studies

Andersson, Steffan & Paul M. Heywood. 2010. "Anti-Corruption as a Risk to Democracy: On the Unintended Consequences of International Anti-Corruption Campaigns", in L. de Sousa et al. eds., Governments, NGOs and Anti-Corruption: The New Integrity Warriors. Routledge.

Andreas, Peter. 1998. The Political Economy of Narco-Corruption in Mexico. Current History.

Andrei, T., S. Stancu, M. Nedelcu & A. Matei. 2009. Econometric Models Used for the Corruption Analysis. Economic Computation & Economic Cybernetics Studies & Research

Andrei, Tudorel, Ani Matei & Bogdan Oancea. 2009. Simultaneous Equation Models Used in the Study of Some Issues Related to the Corruption and Performance of Services in the Public Health System. Theoretical & Applied Economics

Andrei, Tudorel, Ani Matei, Stelian Stancu & Bogdan Oancea. 2009. Some Notes About Decentralization Process Implications on Public Administration Corruption in Romania.

Prague Economic Papers 2009

Andreula, Nicolo, Alberto Chong & Jorge Guillen. 2009. Institutional Quality and Fiscal Transparency. IDB Working Paper #IDP-WP-125.

Andrews, Josephine T. & Gabriella R. Montinola. 2004. Veto Players and the Rule of Law in Emerging Democracies. Comparative Political Studies 37(1): 55-87.

Andrews, Matthew & Anwar Shah. 2005. "Towards Citizen-Centered Local Budgets in Developing Countries," in Anwar Shah ed., Public Expenditure Analysis (Washington, D.C.: World Bank).

Andrianova, Svetlana & Nicolas Melissas. 2009. Corruption, Extortion, and the Boundaries of the Law, Journal of Law, Economics & Organization

Andrianova, Svetlana. 2001. Corruption and Reputation. Scottish Journal of Political Economy

Andrianova, Svetlana. 2007. On Corruption and Institutions in Decentralised Economies.

B.E. Journal of Theoretical Economics

Androphy, B. 2015. Understanding the Limited Authority of Ethics Commissions. Public Administration Review

Anduiza, Eva, Aina Gallego & Jordi Munoz. 2013. Turning a Blind Eye: Experimental Evidence of Partisan Bias in Attitudes Toward Corruption. Comparative Political Studies

Andvig, J. 2005. "Experimental Economics and Corruption: A Survey of Budding Research", in Transparency International, Global Corruption Report (Cambridge, UK: Cambridge University Press)

Andvig, Jens Chr. & Odd-Helge Fjeldstad. 2008. Crime, Poverty and Police Corruption in Non-Rich Countries (Oslo: Norwegian Institute of International Affairs NUPI Working Paper no. 738)

Andvig, Jens Christopher & Karl Ove Moene. 1990. How Corruption May Corrupt.

Journal of Economic Behavior & Organization

Andvig, Jens Christopher et al. 2002. Corruption. (Oslo, NUPI).

Andvig, Jens Christopher. & Boyko Todorov. 2011. Anti-Corruption in Public Procurement (Sofia, Bulgaria: Center for the Study of Democracy).

Andvig, Jens Christopher. & Gbewopo Attila. 2010. Crime, Police Corruption and Development: Evidence from Victimization Data. (Norwegian Institute of International Affairs (NUPI) Working Paper No. 772).

Andvig, Jens Christopher. 1991. The Economics of Corruption: A Survey. Studi Economici

Andvig, Jens Christopher. 2005. A House of Straw, Sticks or Bricks? Some Notes on Corruption Empirics. NUPI Working Paper No. 678.

Andvig, Jens Christopher. 2006. Corruption and Fast Change. World Development

Andvig, Jens Christopher. 2008. Corruption and Armed Conflicts: Some Stirring Around in the Governance Soup. Economics Discussion Papers, No. 2008-3, Kiel Institute for the World Economy.

Andvig, Jens Christopher. 2010. Corruption and Conflict: Contrasting Logics of Collective Action. Comparative Social Research

Anechiarico, Frank & James B. Jacobs. 1994. Visions of Corruption Control and the Evolution of American Public Administration, Public Administration Review

Anechiarico, Frank & James B. Jacobs. 1996. The Pursuit of Absolute Integrity: How Corruption Control Makes Government Ineffective.

Anechiarico, Frank. 1999. End-Runs and Hairy Eyeballs: The Costs of Corruption Control in Market Democracies. Connecticut Journal of International Law

Anechiarico, Frank. 2006. Prosecution as Corruption Control: Paradigms of Public Integrity in Context. 52 Wayne L. Rev. 1415

Ang, Yuen Yuen & Nan Jia. 2013. Perverse Complementarity: Political Connections & the Use of Courts Among Private Firms in China. Journal of Politics (forthcoming).

Ang, Yuen Yuen. 2013. Authoritarian Restraints on Online Activism Revisited: Why 'I-Paid-A-Bribe' Worked in India but Failed in China. Comparative Politics

Ang, Yuen Yuen. 2014. Authoritarian Restraints on Online Activism Revisited: Why 'I-Paid-A-Bribe' Worked in India but Failed in China. American University International Law Review

Angeles, Luuis & Kyriakos C. Neanidis. 2015. The Persistent Effect of Colonialism on Corruption. Economica 82(326): 319-349.

Anik, A.R., S. Bauer & M.J. Alam. 2013. Why Farm Households Have Differences in Corruption Experience? Evidence from Bangladesh. Agricultural Economics

Anik, Asif Reza & Siedfried Bauer. 2013. Impact of Corruption on Farm Production and Profit. Russian Journal of Agricultural and Socio-Economic Sciences

Anik, Asif Reza & Siegfried Bauer. 2014. Household Income and Relationships with Different Power Entities as Determinants of Corruption. Contemporary Economics

Anokhin, Sergey & W.A. 2014. Corruption and the Ethical Context of Country-Level Entrepreneurship. International Journal of Entrepreneurial Venturing

Anokhin, Sergey & William S. Schulze. 2009. Entrepreneurship, Innovation, and Corruption. 2009. Journal of Business Venturing

Anoruo, E. & H. Braha. 2005. Corruption and Economic Growth: The African Experience. Journal of Sustainable Development in Africa

Ansolabehere, Stephen, Alan Gerber & James M. Snyder, Jr. 2001. "Corruption and the Growth of Campaign Spending," in Gereald Lubenow ed., A User's Guide to Campaign Finance Reform (Lanham, MD: Rowman & Littlefield

Ansolabehere, Stephen, John de Figueiredo & James M. Snyder. 2003. Why Is There So Little Money in U.S. Politics? Journal of Economic Perspectives

Ansolabehere, Stephen. 2007. The Scope of Corruption: Lessons from Comparative Campaign Finance Disclosure. Election Law Journal

Anson, J., O. Cadot & M. Olarreaga. 2006. Tariff Evasion and Customs Corruption: Does Pre-Shipment Inspection Help? Journal of Economic Analysis & Policy

Anthonsen, Mette, Asa Lofgren, Klas Nilsson & Joakim Westerlund. 2012. Effects of Rent Dependency on Quality of Government. Economics of Governance

Antoci, A. & P.L. Sacco. 1995. A Public Contracting Game with Corruption. Journal of Economics.

Antonikova, Nika A. 2015. Private Sector Corruption in International Trade: The Need for Heightened Reporting and a Private Right of Action in the Foreign Corrupt Practices Act. Brigham Young University International Law & Management Review

Apaza, Carmen R. 2009. Measuring Governance and Corruption through the Worldwide Governance Indicators: Critiques, Responses, and Ongoing Scholarly Discussion. PS: Political Science & Politics

Apergis, Nicholas, Oguzhan C. Dincer & James E. Payne. 2010. The Relationship Between Corruption and Income Inequality in U.S. States: Evidence from a Panel Cointegration and Error Correction Model. Public Choice

Apergis, Nicholas, Oguzhan C. Dincer & James E. Payne. 2012. Live Free or Bribe: On the Causal Dynamics between Economic Freedom and Corruption in U.S. States.

European Journal of Political Economy.

Apollini, Andrea. 2013. Public Procurement and Corruption in Africa: A Literature Review. Rivista di Politica Economica 2:

Apollonio, Dorie, Bruce E. Cain & Lee Drutman. 2008. Access and Lobbying: Looking Beyond the Corruption Paradigm. Hastings Constitutional Law Quarterly

Appiah, Seth Christopher Yaw, Kingdom Ametepe & Jonathan Mensah Dapaah. 2014.

Systemic Barriers to the Fight against Corruption by Anti-Corruption Institutions in Ghana. Journal of Emerging Trends in Economics & Management Sciences

Arafa, Mohamed A. 2011. Battling Corruption within a Corporate Social Responsibility Strategy. Indiana International & Comparative Law Review

Arafa, Mohamed A. 2014. "Corporate Social Responsibility and the Fight Against Corruption: Towards the Concept of CSR in Egypt after the January Revolution" in Corporate Social Responsibility in Comparative Perspective (Council on International Law & Politics)

Arbogast, S.V. 2007. Revisiting Corporate Corruption: Lessons in Practical Ethics from the Enron Wreckage. New York: Scrivener.

Arendt, F. & F. Marquart. 2015. Corrupt Politicians? Media Priming Effects on Overtly Expressed Stereotypes Toward Politicians. Communications

Arezki, R. & F. van der Ploeg. 2008. Can the Natural Resource Curse Be Turned Into a Blessing? The Role of Trade Policies and Institutions. IMF Working Paper 07/55.

Arezki, Rabah & Markus Brueckner. 2011. Oil Rents, Corruption, and State Stability: Evidence from Panel Data Regressions. European Economic Review.

Arezki, Rabah & Thorvaldur Gylfason. 2013. Resource Rents, Democracy, Corruption, and Conflict: Evidence from Sub-Saharan Africa. Journal of African Economies

Argandona, A. 2003. Private-to-Private Corruption. Journal of Business Ethics

Argandona, A. 2005. Corruption and Companies: The Use of Facilitating Payments.

Journal of Business Ethics 60

Argandona, A. 2006. The United Nations Convention Against Corruption and its Impact on International Companies. University of Navarra Business School Working Paper No. 656.

Arikan, G. Guslun. 2004. Fiscal Decentralization: A Remedy for Corruption?

International Tax & Public Finance

Arin, K. Peren et al. 2011. Why Are Corrupt Countries Less Successful in Consolidating Their Budgets? Journal of Public Economics

Ariyabuddhiphongs, V. & C. Hongladarom. 2014. Bribe Taking Acceptability and Bribe Payment Among Thai Organizational Employees: The Mediating Effect of Reciprocity Obligation. International Perspectives in Psychology: Research, Practice, Consultation

Arlen, Jennifer. 1994. The Potentially Perverse Effects of Corporate Criminal Liability.

Journal of Legal Studies.

Armantier, O. & A. Boly. 2014. On the Effects of Incentive Framing on Bribery: Evidence from an Experiment in Burkina Faso. Economics of Governance

Armantier, Olivier & Amadou Boly. 2008. Can Corruption Be Studied in the Lab?

Comparing a Field and a Lab Experiment. CIRANO Working Papers 2008s-26.

Armantier, Olivier & Amadou Boly. 2011. A Controlled Field Experiment on Corruption.

European Economic Review

Armantier, Olivier & Amadou Boly. 2013. Comparing Corruption in the Lab and in the Field in Burkina Faso and in Canada. Economic Journal

Armon, Jeremy. 2007. Aid, Politics and Development: A Donor Perspective.

Development Policy Review

Armstrong, Robert W. 1992. An Empirical Investigation of International Marketing Ethics: Problems Encountered by Australian Firms. J. Bus. Ethics

Arndt, Christiane & C. Oman. 2005. Uses and Abuses of Governance Indicators (OECD: Paris).

Arnold, Jason Ross. 2012. Political Awareness, Corruption Perceptions and Democratic Accountability in Latin America. Acta Politica

Arnold, Peri E. 2003. "Democracy and Corruption in the 19th Century United States: Parties 'Spoils' and Political Participation", in Seppo Tiihonen ed., The History of Corruption in Central Government (Oxford: IOS Press).

Arnone, Marco & Eleni Iliopulos. 2007. The Cost of Corruption: Economic, Institutional and Social Effects. Vita e Pensiero, Milano.

Arona, D. 1993. Conceptualising the Context and Contextualising the Concept: Corruption Reconsidered. Indian Journal of Public Administration 39: 1-19.

Arozamena, Leandro & Frederico Weinschelbaum. 2009. The Effect of Corruption on Bidding Behavior in First-Price Auctions. European Economic Review

Arriola, Leonardo R. 2011. Patronage Circulation and Party System Fragmentation in Africa. Working paper.

Arvin, M. & B. Lew. 2014. Does Income Matter in the Happiness-Corruption Relationship? Journal of Economic Studies

Asare, Bossman E. 2012. Unitarism and Presidentialism: Political Institutions and Corruption in Public Management in Ghana. Journal of Public Administration & Policy Research.

Ashcroft, John & John Ratcliffe. 2012. The Recent and Unusual Evolution of an Expanding FCPA. 2012. Notre Dame Journal of Law, Ethics & Public Policy

Ashe, Daniel Patrick. 2005. The Lengthening Anti-Bribery Lasso of the United States: The Recent Extraterritorial Application of the U.S. Foreign Corrupt Practices Act.

Fordham Law Review

Asher, Sam & Paul Novosad. 2014. Dirty Politics: Natural Resource Wealth and Politics in India. Working paper.

Ashforth, Blake E. & Vikas Anand. 2003. The Normalization of Corruption in Organizations. Research in Organizational Behavior

Ashkanasay, N.M., C.A. Windsor & L.K. Trevino. 2006. Bad Apples in Bad Barrels Revisited: Cognitive Moral Development, Just World Beliefs, Rewards, and Ethical Decision Making. Business Ethics Quarterly

Asia Foundation. 2008. The Cost of Moving Goods: Road Transportation, Regulations and Charges in Indonesia.

Asian African Legal Consultative Organization. 2005. Combating Corruption: A Legal Analysis.

Asian Development Bank & Organization for Economic Co-Operation and Development.

2006. Anti-Corruption Policies in Asia and the Pacific: Progress in Legal and Institutional Reform in 24 Countries (Manila: Asian Development Bank).

Asian Development Bank. 2007. Anticorruption and Integrity: Policies and Strategies.

Asiedu, E. 2006. Foreign Direct Investment in Africa: The Role of Natural Resources, Market Size, Government Policy, Institutions and Political Stability. World Economy

Asiedu, Elizabeth & James A. Freeman. 2009. The Effect of Corruption on Investment Growth: Evidence from Firms in Latin America, Sub-Saharan Africa, and Transition Economies. Review of Development Economics

Aslaksen, Silje. 2007. Corruption and Oil: Evidence from Panel Data. Working paper.

Aslund, A. 2014. Oligarchs, Corruption, and European Integration. Journal of Democracy

Asongu, Simplice A. & Jacinta Nwachukwu. 2015. A Good Turn Deserves Another: Political Stability, Corruption and Corruption-Control. Working paper.

Asongu, Simplice A. & Jellal Mohamed. 2013. On the Channels of Foreign Aid to Corruption. Economics Bulletin

Asongu, Simplice A. & Oasis Kodila-Tedika. 2013. Crime and Conflicts in Africa: Consequences of Corruption? European Economic Letters

Asongu, Simplice A. 2011. Law, Democracy and Quality of Government in Africa. Working paper.

Asongu, Simplice A. 2012. Fighting Corruption in Africa: Do Existing Corruption-Control Levels Matter? International Journal of Development Issues

Asongu, Simplice A. 2012. Fighting Corruption with Cultural Dynamics: When Legal-Origins, Religious-Influences and Existing Corruption-Control Levels Matter. Working paper.

Asongu, Simplice A. 2012. Government Quality Determinants of Stock Market Performance in African Countries. Journal of African Business.

Asongu, Simplice A. 2012. On the Effect of Foreign Aid on Corruption. Economics Bulletin

Asongu, Simplice A. 2013. Fighting Corruption when Existing Corruption-Control Levels Count: What Do Wealth-Effects Tell Us in Africa? Institutions & Economic

Asongu, Simplice A. 2014. Globalization, (Fighting) Corruption and Development: How Are These Phenomena Linearly and Nonlinearly Related in Wealth Effects? Journal of Economic Studies

Asongu, Simplice A. 2015. Institutional Benchmarking of Foreign Aid Effectiveness in Africa. International Journal of Social Economics

Asongu, Simplice. 2014. Fighting African Corruption when Existing Corruption-Control Levels Matter in a Dynamic Cultural Setting. International Journal of Social Economics

Asquer, R. 2012. Why Do Citizens of Democracies Tolerate Corruption? Preliminary Evidence from the World Values Survey. Working paper.

Asquer, Raffaele. 2014. Media Coverage of Corruption and Incumbent Renomination in Italian Parliamentary Elections. Working paper.

Assiotis, A. & K. Sylwester. 2014. Do the Effects of Corruption Upon Growth Differ between Democracies and Autocracies? Review of Development Economics

Assiotis, Andreas. 2012. Corruption and Income. Economics Bulletin

Asthana, Anand N. 2012. Decentralisation and Corruption Revisited: Evidence from a Natural Experiment. Public Administration & Development

Aterido, Reyes, Mary Hallward-Driemeier & Carmen Pages. 2007. Intestment Climante and Employment Growth: The Impact of Access to Finance, Corruption and Regulations Across Firms. Inter-American Development Bank, Research Department Publication 4559.

Athanas, William. 2010. When Doing Business Internationally Becomes a Crime: Assisting Clients in Understanding and Complying with the Foreign Corrupt Practices Act. Alabama Lawyer

Athanasouli, Daphne & Antoine Goujard. 2015. Corruption and Management Practices: Firm Level Evidence. Journal of Comparative Economics (forthcoming).

Athanasouli, Daphne, Antoine Goujard & Pantelis Sklias. 2012. Corruption and Firm Performance: Evidence from Greek Firms. International Journal of Economic Sciences & Applied Research.

Atkinson, Michael M. 2011. Discrepancies in Perceptions of Corruption, or Why Is Canada So Corrupt? Political Science Quarterly

Attila, Gbewopo. 2009. Individual Attitudes toward Anti-Corruption Policies in Sub-Saharan Africa: Microeconometric Evidence. Economics Bulletin

Attila, Gbewopo. 2011. Corruption and Quality of Public Institutions: Evidence from Generalized Method of Moment. (Unpublished working paper).

Attila, Gbewopo. 2011. Corruption, Taxation and Economic Growth: Theory and Evidence. (Unpublished working paper).

Attila, Gbewopo. 2011. How Do African Populations Perceive Corruption: Microeconomic Evidence from Afrobarometer Data in Twelve Countries. CERDI-CNRA, UMR 5687.

Attila, Joseph. 2008. Is Corruption Contagious? An Econometric Analysis. (Norwegian Institute of International Affairs (NUPI) Working Paper No. 742).

Attila, Joseph. 2013. Globalization and Corruption: New Evidence. Oil, Gas & Energy Quarterly

Au, Upton. 2014. Toward a Reconceived Legislative Intent Behind the Foreign Corrupt Practices Act: The Public-Safety Rationale for Prohibiting Bribery Abroad. Brooklyn Law Review

Auriol, E., T. Flochel & S. Straub. 2011. Public Procurement and Rent-Seeking: The Case of Paraguay. Working paper.

Auriol, Emmanuelle & Aymeric Blanc. 2009. Capture and Corruption in Public Utilities: The Cases of Water and Electricity in Sub-Saharan Africa. Utilities Policy

Auriol, Emmanuelle & Stephane Straub. 2011. "Privatization of Rent-Generating Industries and Corruption", in International Handbook on the Economics of Corruption, Vol. II. (Edward Elgar Publishing).

Auriol, Emmanuelle. 2006. Corruption in Procurement and Public Purchase.

International Journal of Industrial Organization

Auriole, Emmanuelle. 2014. Capture for the Rich, Extortion for the Poor. Working paper.

Ausland, Aaron & Alfonson Tolmos. 2005. Focus on Corruption: How to Secure the Aims of Decentralization in Peru by Improving Good Governance at the Regional Level.

Kennedy School of Government, Harvard University.

Avelino, George, Ciro Biderman & Marcos Felipe Mendes Lopes. 2012. Measuring Corruption: What Have We Learned? Working paper.

Avery, Michael K. 2008. Whose Rights? Why States Should Set the Parameters for Federal Honest Services Mail and Wire Fraud Prosecutions. Boston College Law Review

Ayodeji, Gafar Idowu. 2015. Assessing the Strategies of the Defunct Kenya's Anti-Corruption Commission (KACC): Lessons for the Ethics and Anti-Corruption Commission (EACC). Working paper.

Ayres, Ian. 1997. The Twin Faces of Judicial Corruption: Extortion and Bribery. Denver University Law Review

Ayres, Margaret, Jeffrey Clark, Alan Gourley & Alexandra Wrage. 2009. Anti-Corruption. International Lawyer

Ayyagari, M., A. Demirguc-Kunt & V. Maksimovic. 2014. Bribe Payments and Innovation in Developing Countries: Are Innovating Firms Disproportionately Affected?

Journal of Financial & Quantitative Analysis

Azam, M. & C. Emirullah. 2014. The Role of Governance in Economic Development.

International Journal of Social Economics

Azfar, Omar & Peter Murrell. 2009. Identifying Reticent Respondents: Assessing the Quality of Survey Data on Corruption and Values. Economic Development & Cultural Change

Azfar, Omar & Tugrul Gurgur. 2008. Does Corruption Affect Health Outcomes in the Philippines? Economics of Governance

Azfar, Omar & William Robert Nelson Jr. 2007. Transparency, Wages, and the Separation of Powers: An Experimental Analysis of Corruption. Public Choice

Azfar, Omar, Jeffrey A. Livingston & Patrick Meagher. 2007. "Decentralization in Uganda", in P. Bardhan & D. Mukherjee eds. Decentralisation and Local Governance in Developing Countries: A Comparative Perspective (New Delhi: Oxford University Press).

Azfar, Omar, Young Lee & Anand Swamy. 2001. The Causes and Consequences of

Corruption, Annals of the American Academy of Political and Social Science, Vol. 573, Culture and Development: International Perspectives

Azfar, Omar. 2005. "Corruption and the Delivery of Health and Education Services", in Bertram Spector ed. Fighting Corruption in Developing Countries: Strategies and Analysis (Bloomfield, CT: Kumarian Press)

Babatunde, J.O. 2014. Corruption and Public Exclusion: A Serious Challenge to Effective Public Policy on Health. International Journal of Behavioural & Healthcare Research

Babeiya, Edwin. 2011. Electoral Corruption and the Politics of Elections Financing in Tanzania. Journal of Politics & Law

Bac, Mehmet & Parimal Kanti Bag. 2006. Beneficial Collusion in Corruption Control: The Case of Nonmonetary Penalties. Journal of Development Economic

Bac, Mehmet. 1996. Corruption and Supervision Costs in Hierarchies. Journal of Comparative Economics

Bac, Mehmet. 1996. Corruption, Supervision, and the Structure of Hierarchies, Journal of Law, Economics, & Organization

Bac, Mehmet. 1998. The Scope, Timing, and Type of Corruption. International Review of Law & Economics 18: 101-120.

Bac, Mehmet. 2001. Corruption, Connections and Transparency: Does a Better Screen Imply a Better Scene? Public Choice

Bachmann, Reinhard, Nicole Gillespie & Richard Priem. 2015. Repairing Trust in an Organization After Integrity Violations: The Ambivalence of Organizational Rule Adjustments. Organization Studies

Bacio-Terracino, Julio. 2008. Corruption as a Violation of Human Rights. International Council on Human Rights Policy.

Bacio-Terracino, Julio. 2010. Linking Corruption and Human Rights. American Society of International Law Proceedings

Back, Hanna & Axel Hadenius. 2008. Democracy and State Capacity: Exploring a J-Shaped Relationship. Governance

Badinger, Harald & Elisabeth Nindl. 2014. Globalisation and Corruption, Revisited. The World Economy

Badun, Marijana, Vedrana Pribicevic & Milan Deskar-Skrbic. 2014. Government Size and Efficiency as Constraints to Economic Growth: Comparing Croatia with Other European Countries. Post-Communist Economies

Baer, Miriam Hechler. 2009. Governing Corporate Compliance. Boston College Law Review

Bag, Parimal Kanti. 1997. Controlling Corruption in Hierarchies. Journal of Comparative Economics

Bagashka, Tanya. 2014. Unpacking Corruption: The Effect of Veto Players on State Capture and Bureaucratic Corruption. Political Research Quarterly

Bagenholm, Andreas & Nicholas Charron. 2014. Do Politics in Europe Benefit from Politicising Corruption? West European Politics

Bagenholm, Andreas. 2009. Politicizing Corruption: The Electoral Impact of Anti-Corruption Discourse in Europe, 1983-2007. QoG Working Paper Series 2009: 10 (The Quality of Government Institute, University of Gothenburg)

Bagenholm, Andreas. 2013. The Electoral Fate and Policy Impact of "Anti-Corruption Parties" in Central and Eastern Europe. Human Affairs

Bagenholm, Andreas. 2013. Throwing the Rascals Out? The Electoral Effects of Corruption Allegations and Corruption Scandals in Europe, 1981-2011. Crime, Law & Social Change

Bagenholm, Andreas. 2014. Does Politicization of Corruption Affect Voter Turnout? Working paper.

Bagenholm, Andreas. 2014. Standing By Your (Wo)Man? How Voter Ideology Impacts Party Loyalty in the Face of Corruption Scandals. Working paper.

Bah, E. & L. Fang. 2015. Impact of the Business Environment on Output and Productivity in Africa. Journal of Development Economics

Bahmani-Oskooee, M. & G.G. Goswami. 2005. The Impact of Corruption on the Black Market Premium. Southern Economic Journal

Bahmani-Oskooee, Mohsen & Abm Nasir. 2002. Corruption, Law and Order, Bureaucracy, and Real Exchange Rates. Economic Development & Cultural Change

Bahn, Charles. 1975. The Psychology of Police Corruption: Socialization of the Corrupt. Police Journal

Bai, B., X. Liu & Y. Kou. 2014. Belief in a Just World Lowers Perceived Intention of Corruption: The Mediating Role of Perceived Punishment. Plos One

Bai, C.-E. & S.-J. Wei. 2001. The Quality of Bureaucracy and Capital Account Policies. World Bank Working Paper 2575.

Bai, Jie, Seema Jayachandran, Edmund J. Malesky & Benjamin Olken. 2013. Does Economic Growth Reduce Corruption? Theory and Evidence from Vietnam. Working paper.

Bailard, C.S. 2009. Mobile Phone Diffusion and Corruption in Africa. Political Communication Bailes, R. 2006. Facilitation Payments: Culturally Acceptable or Unacceptably Corrupt? Business Ethics: A European Review

Bailey, John & Pablo Paras. 2006. Perceptions and Attitudes about Corruption and Democracy in Mexico. Mexican Studies

Bailey, John. 2006. Corruption and Democratic Governability in Latin America: Issues of Types, Arenas, Perceptions, and Linkages. Working Paper.

Bajolle, Julie. 2006. The Origins and Motivations of the Current Emphasis on Corruption: The Case of Transparency International. Working paper.

Baker, J. & S. Milne. 2015. Dirty Money States: Illicit Economies and the State in Southeast Asia. Critical Asian Studies

Baker, J. 2015. The Rhizome State: Democratizing Indonesia's Off-Budget Economy. Critical Asian Studies

Baker, Mark B. 1993. Private Codes of Corporate Conduct: Should the Fox Guard the Henhouse? U. Miami Inter-Am. L.

Baklouti, N. & Y. Boujelbene. 2015. Exploring the Relationship between Democracy, Corruption and Economic Growth in MENA Countries. Acta Universitatis Danubis Oeconomica

Baksi, Soham, Pinaki Bose & Manish Pandey. 2009. The Impact of Liberalization on Bureaucratic Corruption. Journal of Economic Behavior and Organization

Balabanova, D. & M. Mckee. 2002. Understanding Informal Payments in Health Care: The Example of Bulgaria. Health Policy

Balafoutas, Loukas. 2011. Public Beliefs and Corruption in a Repeated Psychological Game. Journal of Economic Behavior & Organization

Balan, Manuel. 2011. Corruption by Denunciation: The Political Dynamics of Corruption Scandals in Argentina and Chile. Comparative Politics

Baland, Jean-Marie & Patrick Francois. 2000. Rent-Seeking and Resource Booms.Journal of Development Economics

Balaniuk, Remis, Pierre Bessiere, Emmanuel Mazer & Paulo Roberto Cobbe. 2013. Corruption Risk Analysis Using Semi-Supervised Naïve Bayes Classifiers. International Journal of Reasoning-Based Intelligent Systems

Bandaranayake, B. 2014. Fraud and Corruption Control at Education System Level: A Case Study of the Victorian Department of Education and Early Childhood Development in Australia. Journal of Cases in Education Leadership

Bandiera, Oriana, Andrea Prat & Tommaso Valletti. 2009. Active and Passive Waste in Government Spending: Evidence from a Policy Experiment. American Economic Review

Banducci, S.A. & J.A. Karp. 1994. Electoral Consequences of Scandal and Reapportionment in the 1992 Elections. American Politics Quarterly

Bandura, A. 1999. Moral Disengagement in the Perpetration of Inhumanities. Personality & Social Psychology Review

Bandura, A. 2002. Selective Moral Disengagement in the Exercise of Moral Agency.Journal of Moral Education

Bandyopadhyay, Subhayu & Suryadipta Roy. 2007. Corruption and Trade Protection: Evidence from Panel Data (Federal Reserve Bank of St. Louis, Working Paper 2007-022A).

Banerjee Abhijit 1997. A Theory of Misgovernance. Quarterly Journal of Economics

Banerjee, Abhijit & Esther Duflo. 2006. Addressing Absence. Journal of Economic Perspectives

Banerjee, Abhijit V. & Rohini Pande. 2012. Parochial Politics: Ethnic Preferences and Politician Corruption (working paper).

Banerjee, Abhijit, Donald Green, Jennifer Green & Rohini Pande. 2012. Can Voters Be Primed To Choose Better Legislators? Experimental Evidence from Rural India. Working paper.

Banerjee, Abhijit, Donald P. Green, Jeffrey McManus & Rohini Pande. 2014. Are Poor Voters Indifferent to Whether Elected Leaders are Criminal or Corrupt? A Vignette Experiment in Rural India Political Communication

Banerjee, Abhijit, Esther Duflo & Rachel Glennerster. 2008. Putting a Band-Aid on a Corpse: Incentives for Nurses in the Indian Public Health Care System. Journal of the European Economics Association

Banerjee, Abhijit, Rema Hanna & Sendhil Mullainathan. 2013. "Corruption" in Robert Gibbons & John Roberts eds., Handbook of Organizational Economics (Princeton: Princeton University Press), pp. 1110-Banerjee, Abhijit, Rema Hanna, Jordan Kyle, Benjamin A. Olken & Sudarno Sumarto.

2015. The Power of Transparency: Information, Identification Cards and Food Subsidy Programs in Indonesia. Working paper.

Banerjee, Abhijit, Rukmini Banerji, Esther Duflo, Rachel Glennerster & Stuti Khemani. 2010. Pitfalls of Participatory Programs: Evidence from a Randomized Evaluation in Education in India. American Economic Journal: Economic Policy

Banerjee, Abhijit, Selvan Kumar, Rohini Pande & Felix Su. 2011. Do Informed Voters Make Better Choices? Experimental Evidence from Urban India. Working paper.

Banerjee, Ritwik, Tushi Baul & Tanya Rosenblat. 2015. On Self Selection of the Corrupt into the Public Sector. Economics Letters

Banerjee, Ritwik. 2015. On the Interpretation of Bribery in a Laboratory Corruption Game: Moral Frames and Social Norms. Experimental Economics (forthcoming).

Banfield, Edward. 1975. Corruption as a feature of government organization. Journal of Law and Economics

Bantekas, Ilias. 2006. Corruption as an International Crime and Crime Against Humanity. Journal of International Criminal Justice

Banuri, Shaheryar & Catherine C. Eckel. 2012. Nepotism in Traditionalist Societies: US versus Pakistan. Working paper.

Banuri, Shaheryar, Rachel T.A. Croson, Reuben Kline & Catherine C. Eckel. 2008.

Towards an Improved Methodology in Analyzing Corruption: Insights from Citizen Responses to Corrupt Practices Across Countries. Working Paper.

Banuri, Sheheryar & Catherine C. Eckel. 2012. Cracking Down on Bribery. Working Paper.

Banuri, Sheheryar & Catherine C. Eckel. 2012. Experiments in Culture and Corruption: A Review. World Bank Policy Research Working Paper No. 6064.

Banuri, Sheheryar & Catherine C. Eckel. 2012. On the Effects of Culture on Punishment of Bribery: US v. Pakistan. Working Paper.

Banuri, Sheheryar & Philip E. Keefer. 2012. Pro-Social Behavior Where We Least Expect It? The Selection and Socialization of Instrinsically-Motivated Government (Tax!) Officials. Working Paper.

Banuri, Sheheryar, Catherine C. Eckel & Rick K. Wilson. 2012. Deconstructing Nepotism. Working Paper.

Baraldi, A. Laura. 2011. Effects of Electoral Rules, Political Competition and Corruption on the Size and Composition of Government Consumption Spending: An Italian Regional Analysis. The B.E. Journal of Economic Analysis & Policy 8(1).

Barassi, M. & Y. Zhou. 2012. The Effect of Corruption on FDI: A Parametric and Non-Parametric Analysis. European Journal of Political Economy

Barber, S., F. Bonnet & H. Bekedam. 2004. Formalizing Under-the-Table Payments to Control Out-of-Pocket Hospital Expenditures in Cambodia. Health Policy & Planning

Barbier, Edward B., Richard Damania & Daniel Leonard. 2005. Corruption, Trade, and Resource Conversion. Journal of Environmental Economics & Management

Bardhan, Pranab & Dilip Mookherjee. 2000. Capture and Governance at the Local and National Levels. American Economic Review.

Bardhan, Pranab & Dilip Mookherjee. 2005. Decentralizing Antipoverty Program Delivery in Developing Countries. Journal of Public Economics

Bardhan, Pranab & Dilip Mookherjee. 2006a. "Decentralization, Corruption, and Government Accountability: An Overview," in Susan Rose-Ackerman ed. International Handbook on the Economics of Corruption. Edward Elgar Publishing

Bardhan, Pranab & Dilip Mookherjee. 2006b. Decentralisation and Accountability in Infrastructure Delivery in Developing Countries. Economic Journal

Bardhan, Pranab. 1997. Corruption and Development: A Review of the Issues. Journal of Economic Literature

Bardhan, Pranab. 2002. Decentralization of Governance and Development. Journal of Economic Perspectives

Bardhan, Pranab. 2006. The Economist's Approach to the Problem of Corruption, 34 World Development

Bardhan, Pranab. 2015. Corruption and Development Policy (Drawing Upon the Recent Indian Debate). Journal of Public Economic Theory

Barnett, K. 2015. Distributive Justice and Proprietary Remedies Over Bribes. Legal Studies

Barone, G. & S. Mocetti. 2014. Natural Disasters, Growth and Institutions: A Tale of Two Earthquakes. Journal of Urban Economics

Barone, Guglierlmo & Gaia Narciso. 2015. Organized Crime and Business Subsidies: Where Does the Money Go? Journal of Urban Economics.

Barr, Abigail & Danila Serra. 2009. The Effect of Externalities and Framing on Bribery in a Petty Corruption Experiment. Experimental Economics

Barr, Abigail & Danila Serra. 2010. Corruption and Culture: An Experimental Analysis. Journal of Public Economics

Barr, Abigail, Frederica Mugisha, Pieter Serneels & Andrew Zeitlin. 2012. Information and Collective Action in Community-Based Monitoring of Schools: Field and Lab Experimental Evidence from Uganda. Working paper.

Barr, Abigail, Magnus Lindelow & Pieter Serneels. 2009. Corruption in Public Service Delivery: An Experimental Analysis. Journal of Economic Behavior & Organization

Barreto, R.A. & J. Alm. 2003. Corruption, Optimal Taxation, and Growth. Public Finance Review

Barreto, Raul A. 2000. Endogenous Corruption in a Neoclassical Growth Model.European Economic Review.

Barron, R.A. 2014. Some Current Developments under the Foreign Corrupt Practices Act. Securities Regulation Law Journal

Barta, James A. & Julia Chapman. 2012. Foreign Corrupt Practices Act. American Criminal Law Review

Barth, J., C. Lin, P. Lin & F. Song. 2009. Corruption in Bank Lending to Firms: Cross-Country Micro Evidence on the Beneficial Role of Competition and Information Sharing. Journal of Financial Economics

Bartle, S., C. Chamberlain & B. Wohlberg. 2014. Foreign Corrupt Practices Act. American Criminal Law Review

Basabe-Serrano, S. 2015. Informal Institutions and Judicial Independence in Paraguay, 1954-2011. Law & Policy

Basheka, B.C. & B.C. Mubangizi. 2012. Citizen-Driven Approaches in Fighting Corruption: A Comparative Analysis of Uganda's and South Africa's Local Government Systems. Jouranl of Public Administration

Basheka, B.C. 2014. The Nature and Forms of Public Procurement Corruption in Uganda's Local Government Systems: Implications for Good Governance Debate. International Journal of Procurement Management

Basheka, Benon C., Pross N. Oluka & Godfrey Mugurusi. 2015. Citizen-Driven Approaches for Combating Public Procurement Corruption in Uganda's Local Government Systems: An Empirical Survey. Internatioanl Journal of Logistics Systems & Management.

Basinger, Scott J. 2013. Scandals and Congressional Elections in the Post-Watergate Era. Political Research Quarterly

Bastida, Francisco & Bernadino Benito. 2007. Central Government Budget Practices and Transparency: An International Comparison. Public Administration

Basu, G. 2014. Concealment, Corruption, and Evasion: A Transaction Cost and Case Analysis of Illicit Supply Chain Activity. Journal of Transportation Security

Basu, Karna, Kaushik Basu & Tito Cordella. 2014. Asymmetric Punishment as an Instrument of Corruption Control. World Bank Policy Research Working Paper 6933.

Basu, Kaushik, Sudipto Bhattacharya & Ajit Mishra. 1992. Notes on Bribery and the Control of Corruption. Journal of Public Economics

Basu, Kaushik, Tamara McGavock & Boyang Zhang. 2013. When Competition Corrupts: A Theoretical Analysis of Market Structure and the Incidence of Corruption. World Bank Policy Research Working Paper 6596.

Basu, Kaushik. 2012. "Why, for a Certain Class of Bribes, the Act of Giving a Bribe Should Be Considered Legal", in S. Kochhar ed., Policy-Making for Indian Planning (Academic Foundation).

Batabyal, A. & S. Yoo. 2007. Corruption, Bribery, and Wait Times in the Public Allocation of Goods in Developing Countries. Review of Development Economics

Batabyal, S. & A. Chowdhury. 2015. Curbing Corruption, Financial Development and Income Inequality. Progress in Development Studies

Batalla, E.V.C. 2015. Treading the Straight and Righteous Path: Curbing Corruption in the Philippines. Asian Education & Development Studies

Batalla, Eric C. 2001. "De-Institutionalizing Corruption in the Philippines", in Antonio C.

Pedro, Jr., ed., Combating Corruption in East Asia (Manila: Yuchengo Center, De La Salle University)

Bates, R.H., A. Greif & S. Singh. 2002. Organizing Violence. Journal of Conflict Resolution

Batory, Agnes. 2010. Post-Accession Malaise? EU Conditionality, Domestic Politics and Anti-Corruption Policy in Hungary. Global Crime

Batory, Agnes. 2012. Political Cycles and Organisational Life Cycles: Delegation to Anti-Corruption Agencies in Central Europe. Governance

Batory, Agnes. 2012. Why Do Anti-Corruption Laws Fail in Central Eastern Europe? A Target Compliance Perspective. Regulation & Governance

Batra, G., D. Kaufmann & A.H.W. Stone. 2003. Investment Climate around the World: Voices of the Firms in the World Business Environment Survey. Washington, D.C.: World Bank/IBRD.

Batzilis, Dimitris. 2014. Bribing Abroad. Working paper.

Batzilis, Dimitris. 2015. "Bribing Abroad", in Susan Rose-Ackerman & Paul Lagunes eds., Greed, Corruption, and the Modern State

Bauer, Monika, Nicholas Charron & Nagmeh Nasirtuosi. 2013. Does Corruption Cause Aid Fatigue? International Studies Quarterly

Bauhr, Monika & Marcia Grimes. 2014. Indignation or Resignation: The Implications of Transparency for Societal Accountability. Governance

Bauhr, Monika & Naghmeh Nasiritousi. 2011. Why Pay Bribes? Collective Action and Anticorruption Efforts. QoG Working Paper

Bauhr, Monika & Naghmeh Nasiritousi. 2012. Resisting Transparency: Corruption, Legitimacy, and the Quality of Global Environmental Policies. Governmental Environmental Politics

Baumol, W, 1990. Entrepreneurship: Productive, Unproductive, and Destructive. Journal of Political Economy

Baxamusa, Mufaddal & Abu M. Jalal. 2014. The Effects of Corruption on Capital Structure: When Does It Matter? Journal of Developing Areas

Baxter, Andrew T. 1982. Federal Discretion in the Prosecution of Local Political Corruption. Pepperdine Law Review

Bayar, G. 2011. Causes of Corruption: Dynamic Panel Analysis of Some Post-Soviet Countries and East Asian Countries. Journal of Applied Business Research

Bayar, G. 2014. Spurious Middlemen in Corrupt Transactions. Economics

Bayar, Güzin. 2005. The Role of Intermediaries in Corruption. Public Choice

Bayley, D. & R. Perito. 2011. Police Corruption: What Past Scandals Teach about Current Challenges (Washington, D.C.: U.S. Institute of Peace).

Bazerman, Max & Francesca Gino. 2012. Behavioral Ethics: Toward a Deeper Understanding of Moral Judgment and Dishonesty. Annual Review of Law & Social Science

Beale, Kenneth D. & Paolo Esposito. 2009. Emergent International Attitudes Towards Bribery, Corruption and Money Laundering. Arbitration

Beale, Sara Sun. 2000. Comparing the Scope of the Federal Government's Authority to Prosecute Federal Corruption and State and Local Corruption: Some Surprising Conclusions and a Proposal. Hastings Law Journal

Beaman, Lori, Esther Duflo, Rohini Pande & Petia Topalova. 2011. Political Reservation and Subtantive Representation: Evidence from Indian Village Councils. India Policy Forum

Bean, Bruce Winfield. 2010. Hyperbole, Hypocrisy, and Hubris in the Aid-Corruption Dialogue. Georgetown Journal of International Law

Bearse, P., G. Glomm & E. Janeba. 2000. Why Poor Countries Rely Mostly On Redistribution In-Kind. Journal of Public Economics

Beasley, M. 2015. Dysfunctional Equivalence: Why the OECD Antibribery Convention Provides Insufficient Guidance in the Era of Multinational Corporations. George Washington International Law Review

Beaulieu, E. 2014. From Voter ID to Party ID: How Political Parties Affect Perceptions of Election Fraud in the U.S. Electoral Studies

Beber, Bernd & Alexandra Scacco. 2012. What the Numbers Say: A Digit-Based Test for Election Fraud Using New Data from Nigeria. Political Analysis

Beblavy, M. 2009. Conditions for Effective Large-Scale Anticorruption Efforts and the Role of External Actors: What Does the Slovak Experience Tell Us? Public Administration & Development

Beck, Adrian & Ruth Lee. 2002. Attitudes to Corruption Amongst Russian Police Officers and Trainees. Crime, Law & Social Change

Beck, Paul J. & Michael W. Maher. 1985. A Comparison of Bribery and Bidding in Thin Markets. Economic Letters

Beck, Paul J. & Michael W. Maher. 1989. Competition, Regulation and Bribery.Managerial & Decision Economics

Beck, Paul J., Michael W. Maher & Adrian E. Tschoegl. 1991. The Impact of the Foreign Corrupt Practices Act on US Exports. Managerial and Decision Economics.

Beck, T., A. Demirguc-Kunt & V. Maksimovic. 2005. Financial and Legal Constraints to Firm Growth: Does Size Matter? Journal of Finance

Beck, Thorsten & Luc Laeven. 2006. Institution Building and Growth in Transition Economies. Journal of Economic Growth

Becker, Gary S. & George J. Stigler. 1974. Law enforcement, malfeasance and compensation of enforcers. Journal of Legal Studies

Becker, Gary. 1968. Crime and Punishment: An economic approach. Journal of Political Economy

Becker, Sascha O., Peter H. Egger & Tobias Seidel. 2009. Common Political Culture: Evidence on Regional Corruption Contagion. European Journal of Political Economy

Beekman, G., E. Bulte & E. Nillesen. 2014. Corruption, Investments and Contributions to Public Goods: Experimental Evidence from Rural Liberia. Journal of Public Economics

Beesley, Celeste. 2015. Globalization and Corruption in Post-Soviet Countries: Perverse Effects of Economic Openness. Eurasian Geography & Economics (forthcoming).

Beets, S. Douglas. 2005. Understanding the Demand-Side Issues of International Corruption. Journal of Business Ethics

Belli, P. G. Gotsadze & H. Shahriari. 2004. Out-of-Pocket and Informal Payments in Health Sector: Evidence from Georgia. Health Policy

Bello, A.O. 2014. Gift-Giving, Anti-Bribery Laws and the Nigerian Constitution: Matters Arising. Journal of African Law

Bello, A.O. 2014. United Nations and African Union Conventions on Corruption and Anti-Corruption Legislation in Nigeria: A Comparative Analysis. African Journal of International & Comparative Law

Belloni, R. & F. Strazzari. 2014. Corruption in Post-Conflict Bosnia-Herzegovina and Kosovo: A Deal Among Friends. Third World Quarterly

Bellver, Ana & Daniel Kaufmann. 2005. Transparenting Transparency: Initial Empirics and Policy Applications. MRPA Paper No. 8188.

Beltran, A. 2015. Does Corruption Increase or Decrease Employment in Firms? Applied Economics Letters 1-4.

Benabou, Roland & Jean Tirole. 2004. Willpower and Personal Rules. Journal of Political Economy

Benabou, Roland & Jean Tirole. 2011. Identity, Morals, and Taboos: Beliefs as Assets.Quarterly Journal of Economics

Bendahan, S., C. Zehnder, F.P. Pralong & J. Antonakis. 2015. Leader Corruption Depends on Power and Testosterone. Leadership Quarterly

Benedetti, Mariangela. 2014. "How Multilateral Development Banks Invest Corruption in Their Funded Projects", in Jean-Bernard Auby, Emmanuel Breen & Thomas Perroud eds., Corruption and Conflicts of Interest: A Comparative Law Approach

Benito, B., M. Guillamon & F. Bastida. 2015. Determinants of Urban Political Corruption in Local Governments. Crime, Law & Social Change

Benjamin, S., R. Bhuvaneshwari, P. Rajan & Manjunatha. 2007. Bhoomi "E-Governance," or, an Anti-Politics Machine Necessary to Globalize Bangalore. Working paper.

Benk, Serkan & Birol Karakurt. 2010. Revenue Administrations and Corruption: Motivations, Opportunities and Fighting Methods. Business & Economics Research Journal

Bennedsen, Morten, Sven E. Feldmann & David Dreyer Lassen. 2009. Strong Firms Lobby, Weak Firms Bribe: A Survey-Based Analysis of the Demand for Influence and Corruption. (unpublished manuscript)

Bennedsen, Morten, Sven E. Feldmann & David Dreyer Lassen. 2011. Lobbying and Bribes – A Survey-Based Analysis of the Demand for Influence and Corruption. CESifo Working Paper Series No. 3496.

Benson, Bruce L. & John Baden. 1985. The Political Economy of Government Corruption: The Logic of Underground Government. Journal of Legal Studies

Benson, Bruce L. 1988. Corruption in Law Enforcement: One Consequence of the Tragedy of the Commons Arising with Public Allocation Processes. International Review of Law & Economics

Bentzen, Jeanet Sinding. 2012. How Bad Is Corruption? Cross-Country Evidence of the Impact of Corruption on Economic Prosperity. Review of Development Economics

BenYishay, A. & P. Grosjean. 2014. Initial Endowments and Economic Reform in 27 Post-Socialist Countries. Journal of Comparative Economics

Berenbeim, Ronald E. 2000. Company Programs for Resisting Corrupt Practices: A Global Study.

Berg, S.V., L. Jiang & C. Lin. 2012. Regulation and Corporate Corruption: New Evidence from the Telecom Sector. Journal of Comparative Economics

Berger, Paul, Erin W. Sheehy, Kenya K. Davis & Bruce E. Yannett. 2007. Is That a Bribe? International Financial Law Review

Bergh, Andreas, Gunther Fink & Richard Ohrvall. 2012. Public Sector Size and Corruption: Evidence from 290 Swedish Municipalities. IFN Working Paper 938.

Berkman, U. 1992. Bureaucracy and Bribery: a Conceptual Framework. International Journal of Public Administration

Berkowitz, Daniel & Wei Li. 2000. Tax Rights in Transition Economies: A Tragedy of the Commons? Journal of Public Economics

Berman, E.M. 2015. HRM in Development: Lessons and Frontiers. Public Administration & Development

Bernardi, Richard, Michael Witek & Michael Melton. 2009. A Four Country Study of the Association between Bribery and Unethical Actions. Journal of Business Ethics

Bernheim, B.D. & N. Kartik. 2014. Candidates, Character, and Corruption. American Economic Journal-Microeconomics

Berry, Bryan R. 2001. Donkeys, Elephants, and Barney Fife: Are Deputy Sheriffs Policymakers Subject to Patronage Termination? Missouri Law Review

Bertot, John C., Paul T. Jaegerd & Justin M. Grimes. 2010. Using ICTs to Create a Culture of Transparency: E-Government and Social Media as Openness and Anti-Corruption Tools for Societies. Government Information Quarterly

Bertrand, M. & S. Mullainathan. 2001. Do People Mean What They Say? Implications for Subjective Survey Data. American Economic Review

Bertrand, Marianne, Simeon Djankov, Rema Hanna & Sendhil Mullainathan. 2007. Obtaining a Driver's License in India: An Experimental Approach to Studying Corruption. Quarterly Journal of Economics

Besley, Timothy & Andrea Prat. 2006. Handcuffs for the Grabbing Hand? Media Capture and Government Accountability. American Economic Review

Besley, Timothy & Robin Burgess. 2001. Political Agency, Government Responsiveness and the Role of the Media. European Economic Review

Besley, Timothy & Robin Burgess. 2002. The Political Economy of Government Responsiveness: Theory and Evidence from India. Quarterly Journal of Economics

Besley, Timothy J. & John McLaren. 1993. Taxes and Bribery: The Role of Wage Incentives. Economic Journal

Besley, Timothy, Rohini Pande & Vijayendra Rao. 2012. Just Rewards? Local Politics and Public Resource Allocation in South India. World Bank Economic Review

Bethencourt, Carlos & Fernando Perera-Tallo. 2015. Declining Predation During Development: A Feedback Process. Economica

Beyerle, Shaazka. 2014. Curtailing Corruption: People Power for Accountability and Justice. (Boulder, CO: Lynne Rienner).

Bhagwati, Jagdish N. 1982. Directly Unproductive, Profit-Seeking (DUP) Activities.

Journal of Political Economy.

Bhargava, Vinay & Emil Bolongaita. 2004. Challenging Corruption in Asia: Case Studies and a Framework for Action (Washington, D.C.: World Bank).

Bhatnagar, Subhash C. & Nupur Singh. 2010. Assessing the Impact of E-Government: A Study of Projects in India. Information Technologies & International Development

Bhatnagar, Subhash. 2013. "E-Government: A Potent Tool to Fight Corruption," in Samuel Paul ed., Fighting Corruption: The Way Forward (Bangalore, India: Public Affairs Center).

Bhattacharyya, S. & R. Hodler. 2015. Media Freedom and Democracy in the Fight Against Corruption. European Journal of Political Economy

Bhattacharyya, Sambit & Roland Hodler. 2010. Natural Resources, Democracy and Corruption. European Economic Review

Bhaumik, Sumon Kumar & R. Dimova. 2014. Good and Bad Institutions: Is the Debate Over? Cross-Country Firm-Level Evidence from the Textile Industry. Cambridge Journal of Economics

Bhavnani, Rikhil R. 2012. Using Asset Disclosures to Study Politicians' Rents: An Application to India. Working paper.

Bhojwani, Rashna. 2012. Deterring Global Bribery: Where Public and Private Enforcement Collide. Columbia Law Review

Bhuiyan, S. 2010. E-Government in Kazakhstan: Challenges and Its Role to Development. Public Organization Review

Bialos, Jeffrey P. & Gregory Husisian. 1997. The Foreign Corrupt Practices Act: Coping with Corruption in Transitional Economies.

Bicchieri, Christina & Erte Xiao. 2009. Do the Right Thing: But Only If Others Do So. Journal of Behavioral Decision Making

Bicchieri, Christina & John Duffy. 1997. Corruption Cycles. Political Studies

Bicchieri, Cristina & Carlo Rovelli. 1995. Evolution and Revolution: The Dynamics of Corruption. Rationality & Society

Biddulph, R. 2014. Can Elite Corruption Be a Legitimate Machiavellian Tool in an Unruly World? The Case of Post-Conflict Cambodia. Third World Quarterly

Bidhya, B. 2004. Thaksin's Model of Government Reform: Prime Ministerialisation Through "A Country is my Company" Approach. Asian Journal of Political Science

Bigge, David M. & Kiera S. Gans. 2013. The Potential for Arbitrators to Refer Suspicions of Corruption to Domestic Authorities. Transnational Dispute Management

Billger, Sherrilyn M. & Rajeev K. Goel. 2009. Do Existing Corruption Levels Matter in Controlling Corruption?: Cross-Country Quantile Regression Estimates. Journal of Development Economics

Bilotkach, V. 2006. A Tax Evasion-Bribery Game: Experimental Evidence from Ukraine.European Journal of Comparative Economics

Birch, S. & N. Allen. 2015. Judging Politicians: The Role of Political Attentiveness in Shaping How People Evaluate the Ethical Behaviour of Their Leaders. European Journal of Political Research

Birch, S. 2007. Electoral Systems and the Manipulation of Elections. Comparative Political Studies

Bird, Richard M., Jorge Martinez-Vazquez & Benno Torgler. 2008. Tax Effort in Developing Countries and High Income Countries: The Impact of Corruption, Voice and Accountability. Economic Analysis & Policy

Birney, Mayling. 2014. Decentralization and Veiled Corruption under China's Rule of Mandates. World Development.

Bishara, Norman & David Hess. 2014. "Human Rights and a Corporation's Duty to Combat Corruption" in Robert Bird, Daniel Cahoy & Jamie Prenkert, eds. Bridging the Gap Between Business and Human Rights  (forthcoming).

Bishara, Norman D. & Cindy A. Schipani. 2009. Strengthening the Ties that Bind: Preventing Corruption in the Executive Suite. Journal of Business Ethics

Bishara, Norman D. & David W. Hess. 2014. "Will an FCPA Compliance Defense Improve Compliance with the FCPA?: An Exploration of the Issues" in Philip Nichols, ed. Corruption, Business Law, and Business Ethics (University of Chicago Press) (forthcoming).

Bishara, Norman D. 2011. Governance and Corruption Constraints in the Middle East: Overcoming the Business Ethics Glass Ceiling. American Business Law Journal

Bishop, Doak. 2010. Toward a More Flexible Approach to the International Legal Consequences of Corruption. ICSID Review

Bixby, Michael B. 2010. The Lion Awakens: The Foreign Corrupt Practices Act—1977

to 2010. San Diego International Law Journal

Bjorkelo, Brita. 2013. Workplace Bullying after Whistleblowing: Future Research and Implications. Journal of Management Psychology

Bjorkman, Martina & Jakob Svensson. 2009. Power to the People: Evidence From a Randomized Field Experiment on Community-Based Monitoring in Uganda, Quarterly Journal of Economics

Bjorkman, Martina & Jakob Svensson. 2010. When Is Community-Based Monitoring Effective? Evidence from a Randomized Experiment in Primary Health in Uganda.

Journal of the European Economic Association

Bjorkman, Martina. 2006. Does Money Matter for Student Performance? Evidence from a Grant Program in Uganda. IGIER Working Paper No. 326.

Bjorkman-Nyqvist, Martina, Damien de Walque & Jakob Svensson. 2013. Information Is Power: Experimental Evidence of the Long Run Impact of Community Based Monitoring. Working paper.

Bjornskov, Christian & Andreas Freytag. 2010. An Offer You Can't Refuse: Murdering Journalists as an Enforcement Mechanism of Corrupt Deals. Working paper.

Bjornskov, Christian. 2003. Corruption and Social Capital. Working Paper 03-13, Aarhus School of Business.

Bjornskov, Christian. 2011. Combating Corruption: On the Interplay between Institutional Quality and Social Trust. Journal of Law & Economics 54(1): 135-159.

Bjornskov, Christian. 2012. Can Bribes Buy Protection Against International Competition? Review of World Economics

Bjorvatn, Kjetil & Tina Soreide. 2005. Corruption and Privatization. European Journal of Political Economy

Bjorvatn, Kjetil & Tina Soreide. 2014. Corruption and Competition for Resources.

International Tax & Public Finance

Bjorvatn, Kjetil, Gaure Torsvik & Bertil Tungodden. 2005. How Middle-Men Can Undermine Anti-Corruption Reforms. CMI Working Papers WP 2005: 1.

Bjorvatn, Kjetil, Mohammad Reza Farzanegan & Friedrich Schneider. 2012. Resource Curse and Power Balance: Evidence from Oil-Rich Countries. World Development

Black, B.S., R.H. Kraakman & A. Tarassova. 2000. Russian Privatization and Corporate Governance: What Went Wrong? Stanford Law Review

Black, Barbara. 2012. The SEC and the Foreign Corrupt Practices Act: Fighting Global Corruption Is Not Part of the SEC's Mission. Ohio State Law Journal

Blackburn, Keith & Gonzalo F. Forgues-Puccio. 2007. Distribution and Development in a Model of Misgovernance. European Economic Review

Blackburn, Keith & Gonzalo F. Forgues-Puccio. 2009. Why Is Corruption Less Harmful in Some Countries Than in Others? Journal of Economic Behavior & Organization

Blackburn, Keith & Gonzalo F. Forgues-Puccio. 2010. Financial Liberalization, Bureaucratic Corruption and Economic Development. Journal of International Money and Finance

Blackburn, Keith & Jonathan Powell. 2011. Corruption, Inflation and Growth. Economics Letters

Blackburn, Keith, Kyriakos C. Neanidis & M. Emranul Haque. 2008. Corruption, Seigniorage and Growth: Theory and Evidence. CESifo Working Paper 2354.

Blackburn, Keith, Niloy Bose & M. Emranul Haque. 2006. The Incidence and Persistence of Corruption in Economic Development. Journal of Economic Dynamics and Control

Blackburn, Keith, Niloy Bose & M. Emranul Haque. 2010. Endogenous Corruption in Economic Development. Journal of Economic Studies

Blackburn, Keith, Niloy Bose & M. Emranul Haque. 2011. Public Expenditures, Bureaucratic Corruption and Economic Development. The Manchester School

Blackburn, Keith. & R. Sarmah. 2009. Corruption, Development and Demography. Economics of Governance

Blake, Charles H. & Christopher G. Martin. 2006. The Dynamics of Political Corruption: Re-Examining the Influence of Democracy. Democratization

Blanchard, Olivier & Andrei Shleifer. 2001. Federalism with and without Political Centralization: China versus Russia. IMF Staff Papers

Blanco, Luisa R., Jeffrey B. Nugent & Kelsey J. O'Connor. 2015. Oil Curse and Institutional Changes: Which Institutions Are Most Vulnerable to the Curse and Under What Circumstances? Contemporary Economic Policy

Bland, G. 2014. Measuring Subnational Government Corruption in the Developing World. Public Integrity

Bliss, Christopher & Rafael Di Tella. 1997. Does Competition Kill Corruption? Journal of Political Economy

Bloom, Ben. 2014. Criminalizing Kleptocracy? The ICC as a Viable Tool in the Fight Against Grand Corruption. American University International Law Review

Blount, J. & S. Markel. 2012. The End of the Internal Compliance World as We Know It, Or an Enhancement of the Effectiveness of Securities Law Enforcement? Bounty Hunting Under the Dodd-Frank Act's Whistleblower Provisions. Fordham Journal of Corporate & Financial Law

Blume, L. & S. Voigt. 2011. Does Organizational Design of Supreme Audit Institutions Matter? A Cross-Country Assessment. European Journal of Political Economy

Blumkin, Tomer & Mark Gradstein. 2002. Transparency Gloves for Grabbing Hands? Politics and (Mis)Governance. CEPR Discussion Paper No. 3668.

Blundo, G. & J.-P. Olivier de Sardan. 2006. "Why Should We Study Everyday Corruption and How Should We Go About It?", in G. Blundo & J.-P. Olivier de Sardan eds., Everyday Corruption and the State: Citizens and Public Officials in Africa. Zed Books.

Blundo, G. 2007. "Hidden Acts, Open Talks: How Anthropology Can 'Observe' and Describe Corruption", in M. Nuijten & G. Anders eds., Corruption and the Secret of Law: A Legal Anthropological Perspective. Ashgate.

Blundo, G. et al. 2006. Everyday corruption and the state. Translated by Susan Cox. New York: Zed Books.

Blyschak, P. 2014. Corporate Liability for Foreign Corrup Practices under Canadian Law. McGill Law Journal

Blyschak, P. 2014. Corporate Liability for Foreign Corrupt Practices under Canadian Law. McGill Law Journal

Bobkova, N. & H. Egbert. 2013. Corruption Investigated in the Lab: A Survey of the Experimental Literature. International Journal of Latest Trends in Finance & Economic Sciences

Bobonis, Gustavo J. & Luis R. Camara Fuertes. 2015. Challenging Corrupt Politicians? Audits, Electoral Selection, and Accountability in Municipal Elections. Working paper.

Bobonis, Gustavo J., Luis R. Camara Fuertes & Rainer Schwabe. 2013. Monitoring Corruptible Politicians. Working paper.

Boehm, Frederic & Juanita Olaya. 2006. Corruption in Public Contracting Auctions: The Role of Transparency in Bidding Processes. Annals of Public and Cooperative Economics

Boehm, Frederic, Juanita Olaya & J. Polanco. 2005. "Privatization and Corruption," in E.U. von Weizsacker, O. Young & M. Finger eds., Limits to Privatization: How to Avoid Too Much of a Good Thing (London: Earthscan).

Boehm, Frederic. 2008. Risks and Challenges of Corruption in Developing Countries' Infrastructure. Network Industries Quarterly

Boehm, Frederic. 2009. Anti-Corruption in Regulation – A Safeguard for Infrastructure Reforms. Journal of Competition and Regulation in Network Industries

Boehm, Frederic. 2011. "Is There an Anti-Corruption Agenda in Regulation? Insights from Colombian and Zambian Water Regulation," in Susan Rose-Ackerman & Tina Soreide eds., International Handbook on the Economics of Corruption II (Edward Elgar Publishing).

Boerner, Kira & Christa Hainz. 2009. The Political Economy of Corruption and the Role of Economic Opportunities. Economics of Transition

Boersma, Martine. 2012. Corruption: A Violation of Human Rights and a Crime under International Law? (Intersentia, School of Human Rights Research, Vol. 56).

Bohara, Alok K., Neil J. Mitchell & Carl F. Mittendorff. 2004. Compound Democracy and the Control of Corruption: A Cross-Country Investigation. Policy Studies Journal

Boles, J. 2014. Examining the Lax Treatment of Commercial Bribery in the United States: A Prescription for Reform. American Business Law Journal

Bologna, Jamie & Amanda Ross. 2015. Corrpution and Entrepreneurship: Evidence from Brazilian Municipalities. Working paper.

Bologna, Jamie. 2014. Is the Internet an Effective Mechanism for Reducing Corruption Experience? Evidence from a Cross-Section of Countries. Applied Economics Letters

Bologna, Jamie. 2014. The Effect of Informal Employment and Corruption on Income Levels in Brazil. Working paper.

Bologna, Jamie. 2015. Contagious Corruption, Informal Employment, and Income: Evidence from Brazilian Municipalities. Working paper.

Bologna, Jamie. 2015. Corruption: The Good, the Bad, and the Uncertain. Working paper.

Bolongaita, Emil P. 2010. An Exception to the Rule? Why Indonesia's Anti-Corruption Commission Succeeds Where Others Don't – A Comparison with the Philippines Ombudsman. Anti-Corruption Research Centre U4, Bergen (Norway).

Bolongaita, Emil. 2005. Controlling Corruption in Post-Conflict Societies. Kroc Institute Occasional Paper #26.

Boly, Amadou. 2011. On the Incentive Effects of Monitoring: Evidence from the Lab and the Field. Experimental Economics

Bonaglia, Federico, Jorge Braga de Macedo & Maurizio Bussolo. 2001. How Globalisation Improves Governance. OECD Working Paper No. 181.

Bond, Philip. 2008. Persistent Court Corruption, Economic Journal

Bonga, Wellington Garikai. 2014. An Empirical Investigation of the Nature of Corruption in Zimbabwe. Working paper.

Bonneau, Jacqueline L. 2011. Combating Foreign Bribery: Legislative Reform in the United Kingdom and Prospects for Increased Global Enforcement. Columbia Journal of Transnational Law

Bonnet, Celine, Pierre Dubois, David Matrimort & Stephene Straub. 2009. Empirical Evidence on Satisfaction with Privatization in Latin America: Welfare Effects and Beliefs. IDEI Working Papers 566, Institut d'Economie Industrielle (IDEI), Toulouse.

Bonobis, Gustavo J., Luis R. Camara-Fuertes & Rainer Schwabe. 2015. Monitoring Corruptible Politicians. Working paper.

Bonstead, C. 2014. Removing the FCPA Facilitation Payments Exception: Enforcement Tools for a Cleaner Business as Usual. Houston Journal of International Law

Booth, D. & F. Golooba-Mutebi. 2012. Developmental Patrimonialism? The Case of Rwanda. African Affairs

Borcan, O., M. Lindahl & A. Mitrut. 2014. The Impact of an Unexpected Wage Cut on Corruption: Evidence from a "Xeroxed" Exam. Journal of Public Economics

Border, K. & J. Sobel. 1987. Samurai Accountant: A Theory of Auditing and Plunder. Review of Economic Studies

Borisova, E.A. 2014. An Analysis of the Mechanisms of the Social Control of Corruption in the Higher Education System. Russian Education & Society

Borzel, T.A. & V. Hullen. 2014. State-Building and the European Union's Fight Against Corruption in the Southern Caucasus: Why Legitimacy Matters. Governance

Borzel, Tanja A. & Yasemini Pamuk. 2011. Pathologies of Europeanization: Fighting Corruption in the Southern Caucasus. Working paper.

Borzel, Tanja A., Andreas Stahn & Yasemin Pamuk. 2010. The European Union and the Fight Against Corruption in Its Near Abroad: Can It Make a Difference? Global Crime

Boschini, Anne D., Jan Pettersson & Jesper Roine. 2007. Resource Curse or Not: A Question of Appropriability. Scandinavian Journal of Economics

Boschini, Anne D., Jan Pettersson & Jesper Roine. 2013. The Resource Curse and Its Potential Reversal. World Development

Bose, G. 2004. Bureaucratic Delays and Bribe Taking. Journal of Economic Behaviour and Organisation

Bose, Gautam & Shubhashis Gangopadhyay. 2009. Intermediation in Corruption Markets. Indian Growth & Development Review

Bose, Gautam. 2010. Aspects of Bureaucratic Corruption. Working Paper.

Bose, Niloy, Salvatore Capasso & Antu Panini Murshid. 2008. Threshold Effects of Corruption: Theory and Evidence. World Development

Bose, Pinaki & Luciana Echazu. 2007. "Corruption with Heterogeneous Enforcement Agents in the Shadow Economy," 163 Journal of Institutional and Theoretical Economics

Bose, Pinaki. 1995. Industrial Licensing, Bribery and Allocation Efficiency. Bull. Econ.Res.

Boswell, Nancy Zucker. 1996. Combating Corruption: Are International Institutions. Doing Their Job? Proceedings of the Annual Meeting (American Society of International Law)

Boswell, Nancy Zucker. 1996. Combating Corruption: Focus on Latin America. Southwestern Journal of Law & Trade in the Americas

Boswell, Nancy Zucker. 1997. An Emerging Consensus on Controlling Corruption. University of Pennsylvania Journal of International Economic Law

Boswell, Nancy Zucker. 1999. The Law, Expectation, and Reality in the Marketplace: The Problems of and Responses to Corruption. Law & Pol'y Int'l Bus.

Bota-Avram, C. 2014. Good Governance and Doing Business: Evidence from a Cross-Country Survey. Transylvanian Law Review of Administrative Sciences

Botero, Sandra, Rodrigo Castro Cornejo, Laura Gamboa, Nara Pavao & David W.

Nickerson. 2015. Says Who? An Experiment on Allegations of Corruption and Credibility of Sources. Political Research Quarterly

Boucher, A.J., W.J. Burch, M. Midyette, S. Rose & J. Terry. 2007. Mapping and Fighting Corruption in War Torn States. Stimson Center Report No. 61.

Boutros, Andrew S. & T. Markus Funk. 2012. "Carbon Copy" Prosecutions: A Growing Anticorruption Phenomenon in a Shrinking World. University of Chicago Legal Forum.

Bowers, John et al. 2007. Whistleblowing: Law and Practice, Oxford: Oxford University Press.

Bowler, Shaun & Jeffrey A. Karp. 2004. Politicians, Scandals, and Trust in Government Political Behavior.

Bowles, Roger & Nuno Garoupa. 1997. Casual Police Corruption and the Economics of Crime. International Review of Law and Economics

Bowman, Cynthia Grant. 1991. "We Don't Want Anybody Anybody Sent": The Death of Patronage Hiring in Chicago. Northwestern University Law Review

Bowser, Donald. 2001. "Corruption, Trust, and the Danger to Democratisation in the Former Soviet Union," in David Lovell, ed. The Transition: Essays on Post-Communism (London: Ashgate Publishers).

Boyd, Bruce M. 2005. Governmental Corruption in China: Application of the Foreign Corrupt Practices Act. Santa Clara Journal of International Law

Boylan, Richard T. & Cheryl X. Long. 2003. Measuring Public Corruption in the American States: A Survey of State House Reporters

Boylan, Scott F. 1996. Organized Crime and Corruption in Russia: Implications for U.S. and International Law. Fordham Int'l L.J.

Bracking, Sarah. 2007. "Political Development and Corruption: Why 'Right Here, Right Now!'?", in Sarah Bracking ed., Corruption and Development: The Anti-Corruption Campaigns (Palgrave Macmillan)

Bracking, Sarah. 2015. "Corruption and Development: The Mutable Edges of Morality in Modern Markets" , in Paul M. Heywood ed., The Routledge Handbook of Political Corruption (New York: Routledge)

Brademas, John & Fritz Heimann. 1998. Tackling International Corruption: No Longer Taboo. Foreign Affairs. 77(Sept-Oct)

Braguinsky, S. & S. Mityakov. 2015. Foreign Corporations and the Culture of Transparency: Evidence from Russian Administrative Data. Journal of Financial Economics 117(1)

Braguinsky, Serguey, Sergey Mityakov & Andrey Liscovich. 2014. Direct Estimation of Hidden Earnings: Evidence from Russian Adminsirative Data. Journal of Law & Economics

Braguinsky, Serguey. 1996. Corruption and Schumpeterian Growth in Different Economic Environments. Contemporary Economic Policy 14(3)

Braithwaite, John & Peter Drahos. 2000. Global Business Regulation.

Braithwaite, John. 1982. Enforced Self-Regulation: A New Strategy for Corporate Crime Control. Michigan Law Review

Branstetter, Jeffrey. 2005. Darleen Druyun: An Evolving Case Study of Corruption, Power, and Procurement. Public Contract Law Journal

Bratsis, P. 2014. Political Corruption in the Age of Transnational Capitalism. Historical Materialism

Braun, Miguel & R. Di Tella. 2004. Inflation, Inflation Variability, and Corruption. Economics & Politics

Brautigam, D. & S. Knack. 2004. Foreign Aid, Institutions and Governance in Sub-Saharan Africa. Economic Development & Cultural Change

Bray, J. 2005. "The Use of Intermediaries and Other Alternatives to Bribery", in J.G.

Lambsdorff, M. Taube & M. Schramm eds., The New Institutional Economics of Corruption (Routledge).

Bray, J. 2006. "Agents, Consultants and Joint-Venture Partners in International Business Transactions", in B. Errath ed., Business Against Corruption: Case Stories and Examples (New York: United Nations Global Compact Office),

Breen, M. & R. Gillanders. 2015. Political Trust, Corruption, and the Ratings of the IMF and the World Bank. International Interactions

Brew, P. & J. Moberg. 2006. "The Power of Joining Forces – the Case for Collective Action in Fighting Corruption", in B. Errath ed., Business Against Corruption: Case Stories and Examples (New York: United Nations Global Compact Office)

Brewer, Gene A., Tujin Choi & Richard M. Walker. 2007. Accountability, Corruption and Government Effectiveness in Asia: An Exploration of World Bank Governance Indicators. International Public Management Review

Brewster, Rachel. 2014. The Domestic and International Enforcement of the O.E.C.D. Anti-Bribery Convention. Chicago Journal of International Law

Brianzoni, S., R. Coppier & E. Michetti. 2015. Multiple Equilibria in a Discrete Time Growth Model with Corruption in Public Procurement. Quality & Quantity

Bridges, Michael. 1993. Release the Gags: The Hatch Act and Current Legislative Reform—Another Voice for Reform. Capital University Law Review

Brief, Arthur P., R.T. Buttram & J.M. Dukerich. 2001. "Collective Corruption in the Corporate World: Toward a Process Model", in Marlene E. Turner ed., Groups at Work: Theory and Research (Mahwah, N.J.: Lawrence Erlbaum)

Briffault, Richard M. 2001. Nixon v. Shrink Missouri Government PAC: The Beginning of the End of the Buckley Era? Minnesota Law Review

Brinkerhoff, D.W. & A.A. Goldsmith. 2005. Institutional Dualism and International Development: A Revisionist Interpretation of Good Governance. Administration & Society

Brinkerhoff, D.W. 2010. Unpacking the Concept of Political Will to Confront Corruption. Bergen: Chr. Michelsen Institute.

Brinkerhoff, Derick W. 2000. Assessing Political Will for Anti-Corruption Efforts: An Analytic Framework. Public Administration & Development

Broadhurst, R. & P. Wang. 2014. After the Bo Xilai Trial: Does Corruption Threaten China's Future? Survival

Broadman, Harry G. & Francesca Recanatini. 2000. Seeds of Corruption: Do Market Institutions Matter? World Bank Policy Research Working Paper No. 2368.

Broadman, Harry G. & Francesca Recanatini. 2001. Seeds of Corruption: Do Market Institutions Matter? MOST: Economic Policy in Transitional Economies

Broadman, Harry G. & Francesca Recanatini. 2002. Corruption and Policy: Back to the Roots. Journal of Policy Reform

Brody, R.G., J.M. Coulter & S. Lin. 1999. The Effect of National Culture on Whistle-Blowing Perceptions. Teaching Business Ethics

Brollo, Fernanda & Ugo Troiano. 2015. What Happnes When a Woman Wins an Election? Evidence from Close Races in Brazil. Working paper.

Brollo, Fernanda, Tommaso Nannicini, Roberto Perotti & Guido Tabellini. 2013. The Political Resource Curse. American Economic Review

Brollo, Fernanda. 2011. Why Do Voters Punish Corrupt Politicians? Evidence from the Brazilian Anti-Corruption Program. Working paper.

Brooks, Allen R. 2010. A Corporate Catch-22: How Deferred and Non-Prosecution Agreements Impede the Full Development of the Foreign Corrupt Practices Act. Journal of Law, Economics & Policy 7

Brooks, Arthur. 2002. Does Civil Society Stop the Downward Spiral of Bad Government or Speed It Up? Nonprofit & Voluntary Sector Quarterly

Brophy, S. 2008. Mexico: Cartels, Corruption and Cocaine: A Profile of the Gulf Cartel. Global Crime

Brown, A.J. 2006. "What Are We Trying to Measure? Reviewing the Basics of Corruption Definition," in Charles Sampford, Arthur Shacklock, Carmel Connors & Fredrik Galtung eds., Measuring Corruption (Aldershot: Ashgate)

Brown, D.J., J.S. Earle & S. Gehlbach. 2009. Helping Hand or Grabbing Hand? State Bureaucracy and Privatization Effectiveness. American Political Science Review

Brown, David S., Michael Touchton & Andrew Whitford. 2011. Political Polarization as a Constraint on Corruption: A Cross-National Comparison. World Development

Brown, Ed & Jonathan Cloke. 2004. Neoliberal Reforms, Governance and Corruption in the South: Assessing the International Anti-Corruption Crusade. Antipode

Brown, Ed, Jonathan Cloke & Jose Luis Rocha. 2007. "Governance, Neoliberalism and Corruption in Nicaragua", in Sarah Bracking ed., Corruption and Development: The Anti-Corruption Campaigns (Palgrave Macmillan)

Brown, George D. 1997. Should Federalism Shield Corruption?—Mail Fraud, State Law and Post-Lopez Analysis. Cornell Law Review

Brown, George D. 1998. Stealth Statute—Corruption, the Spending Power, and the Rise of 18 U.S.C. §666. Notre Dame Law Review

Brown, George D. 1998. The Gratuities Offense and the RICO Approach to Independent Counsel Jurisdiction. Georgetown Law Journal 86

Brown, George D. 1999. The Ethics Backlash and the Independent Counsel Statute. Rutgers Law Review

Brown, George D. 2000. Putting Watergate Behind Us—Salinas, Sun-Diamond, and Two Views of the Anticorruption Model. 74 Tul. L. Rev. 747

Brown, George D. 2003. New Federalism's Unanswered Question: Who Should Prosecute State and Local Officials for Political Corruption? 60 Wash. & Lee L. Rev. 417

Brown, George D. 2004. Carte Blanche: Federal Prosecution of State and Local Officials After Sabri. Catholic University Law Review

Brown, George. 2006. The Gratuities Debate and Campaign Reform: How Strong Is the Link? Wayne Law Review

Brown, H. Lowell. 1998. Parent-Subsidiary Liability Under the Foreign Corrupt Practices Act. Baylor Law Review

Brown, H. Lowell. 1999. The Extraterritorial Reach of the U.S. Government's Campaign Against International Bribery. Hastings Int'l & Comp. L. Rev.

Brown, H. Lowell. 2001. Extraterritorial Jurisdiction Under the 1998 Amendments to the Foreign Corrupt Practices Act: Does the Government's Reach Now Exceed Its Grasp? North Carolina Journal of International Law & Commercial Regulation

Brown, J. & M. Loosemore. 2015. Behavioural Factors Influencing Corruption in the Australian Construction Industry. Engineeering, Construction & Architectural Management

Brown, M., L.K. Trevino & D. Harrison. 2005. Ethical Leadership: A Social Learning Perspective for Construct Development and Testing. Organizational Behavior & Human Decision Processes

Brown, Rajeswary Ampalavanar. 2006. Indonesian Corporations, Cronyism, and Corruption. Modern Asian Studies

Bruckner, Till. 2011. Accountability in International Aid – The Case of Georgia. Unpublished PhD thesis.

Brueckner, Jan K. 2000. Fiscal Decentralization in Developing Countries: The Effects of Local Corruption and Tax Evasion. Annals of Economics & Finance

Bruhn, M. 2008. License to Sell: The Effect of Business Registration Reform on Entrepreneurial Activity in Mexico. World Bank Policy Research Working Paper Series 4538.

Brunetti, A., G. Kisunko & B. Weder. 1997. Institutional Obstacles to Doing Business: Region-by-Region Results from a Worldwide Survey of the Private Sector. World Bank PRD Working Paper 1759.

Brunetti, Aymo & Beatrice Weder. 2003. A Free Press Is Bad News for Corruption. Journal of Public Economics

Brunetti, Aymo, Gregory Kisunko & Beatrice Weder. 1998. Credibility of Rules and Economic Growth: Evidence from a Worldwide Survey of the Private Sector. World Bank Economic Review

Brunnscheiler, C.N. & E.H. Bulte. 2008. Linking Natural Resources to Slow Growth and More Conflict. Science

Brunnschweiler, Christa N. & Erwin H. Bulte. 2008. The Resource Curse Revisited and Revised: A Tale of Paradoxes and Red Herrings. Journal of Environmental Economics & Management

Brunnschweiler, Christa N. 2008. Cursing the Blessings? Natural Resource Abundance, Institutions, and Economic Growth. World Development

Brusco, V., M. Nazareno & Susan C. Stokes. 2004. Vote Buying in Argentina. Latin American Research Review

Buccirossi, Paolo & Giancarlo Spagnolo. 2006. Leniency Policies and Illegal Transactions. Journal of Public Economics

Buchner, Susanne, Andreas Freytag, Luis G. Gonzalez & Werner Guth. 2008. Bribery and Public Procurement: An Experimental Study. Public Choice

Budak, J. & E. Rajh. 2014. Corruption as an Obstacle for Doing Business in the Western Balkans: A Business Sector Perspective. International Small Business Journal

Budak, J. & M. Vizek. 2015. The Corruption Mark-Up: Is Corruption Cost Incorporated in the Prices of Goods and Services in Emerging and Developed Countries? Post-Communist Economies

Budak, J. & R.K. Goel. 2004. Transition, Governance and Corruption. Economia

Budak, J. 2007. Corruption in Croatia: Perceptions Rise, Problems Remain. Croatian Economic Survey

Budhram, T. 2015. Intelligence-Led Policing: A Proactive Approach to Combating Corruption. SA Crime Quarterly

Buehler, Michael. 2008. Shari'a By-Laws in Indonesian Districts: An Indication for Changing Patterns of Power Accumulation and Political Corruption. Southeast Asia Research

Buehler, Michael. 2011. Indonesia's Law on Public Services: Changing State-Society Relations or Continuing Politics as Usual? Bulletin of Indonesian Economic Studies

Buehn, A. & F. Schneider. 2012. Corruption and the Shadow Economy: Like Oil and Vinegar, Like Water and Fire? International Tax & Public Finance

Buehn, A. & F. Schneider. 2012. Shadow Economies Around the World: Novel Insights, Accepted Knowledge, and New Estimates. International Tax & Public Finance

Bujko, Matthias, Christian Fischer, Tim Krieger & Daniel Meierrieks. 2014. How Institutions Shape Land Deals: The Role of Corruption. Working paper.

Bukovansky, Mlada. 2002. Corruption Is Bad: Normative Dimensions of the Anti-Corruption Movement. Working Paper 2002/5, Department of International Relations, Australian National University.

Bukovansky, Mlada. 2006. The Hollowness of Anti-Corruption Discourse, Review of International Political Economy

Bulkan, J. 2014. Forest Grabbing through Forest Concession Practices: The Case of Guyana. Journal of Sustainable Forestry

Bull, Martin J. & James L. Newell. 1997. New Avenues in the Study of Political Corruption. Crime, Law & Social Change

Bulte, Erwin H., Richard Damania & Robert T. Deacon. 2005. Resource Intensity, Institutions and Development. World Development

Buquet, Daniel & Rafael Pineiro. 2014. Corruption and Governance Improvement in Uruguay. Working paper.

Burger, Ethan S. & Mary Holland. 2008. Law as Politics: The Russian Procuracy and its Investigative Committee. Columbia Journal of Eastern European

Burger, Ethan S. & Mary S. Holland. 2006. Why the Private Sector Is Likely to Lead the Next Stage in the Global Fight Against Corruption. Fordham International Law Journal

Burgess, R., M. Hansen, B.A. Olken, P. Potapov & S. Sieber. 2012. The Political Economy of Deforestation in the Tropics. Quarterly Journal of Economics

Burguet, Roberto & Yeon-Koo Che. 2004. Competitive Procurement with Corruption. RAND Journal of Economics

Burke, Thomas F. 1997. The Concept of Corruption in Campaign Finance Law. Constitutional Commentary

Burton, R. 2005. "Improving Integrity in Public Procurement: The Role of Transparency and Accountability", in Fighting Corruptoin and Promoting Integrity in Public Procurement (OECD Publishing)

Buscaglia, Edgardo et al. 2005. Undermining the Foundations of Organized Crime and Public Sector Corruption (Hoover Institution on War, Revolution & Peace, Essays in Public Policy Series No. 114).

Buscaglia, Edgardo. 1997. Corruption and Judicial Reform in Latin America. Policy Studies Journal

Buscaglia, Edgardo. 2001. An Analysis of Judicial Corruption and Its Causes: An Objective Governing-Based Approach. International Review of Law & Economics

Buscaglia, Edgardo. 2011. "On Best and Not So Good Practices for Addressing High-Level Corruption Worldwide: An Empirical Assessment", in International Handbook on the Economics of Corruption, Vol. II. (Edward Elgar Publishing).

Bushey, A.J. 2015. Second Generation Rule of Law and Anti-Corruption Programming Abroad: Comparing Existing U.S. Government and International Best Practices. Houston Journal of International Law

Busse, H. & C. Hefeker. 2007. Political Risk, Institutions and Foreign Direct Investment.European Journal of Political Economy

Busse, M. & S. Groning. 2013. The Resource Curse Revisited: Governance and Natural Resources. Public Choice

Bussell, Jennifer. 2010. Why Get Technical? Corruption and the Politics of Public Service Reform in the Indian States. Comparative Political Studies

Bussell, Jennifer. 2011. Explaining Cross-National Variation in Government Technology Adoption. International Studies Quarterly

Bussell, Jennifer. 2012. Corruption and Reform in India: Public Services in the Digital Age (Cambridge University Press).

Bussell, Jennifer. 2012. E-Governance and Corruption in the States: Can Technology Serve the Aam Aadmi? Economic & Political Weekly.

Bussell, Jennifer. 2013. Explaining Corruption: Electoral Competition and Varieties of Rent-Seeking in India. Working paper.

Bussell, Jennifer. 2014. Varieties of Corruption: The Organization of Rent-Sharing in India. Working paper.

Bussell, Jennifer. 2015. "Typologies of Corruption: A Pragmatic Approach", in Susan Rose-Ackerman & Paul Lagunes eds., Greed, Corruption, and the Modern State

Bussen, T.J. 2015. Midnight in the Garden of Ne Bis in Idem: The New Urgency for an International Enforcement Mechanism. Cardozo Journal of International & Comparative Law

Butt, S. & S.A. Schutte. 2014. Assessing Judicial Performance in Indonesia: The Court for Corruption Crimes. Crime, Law & Social Change

Butt, Simon. 2009. "Unlawfulness" and Corruption Under Indonesian Law. Bulletin of Indonesian Economic Studies

Butt, Simon. 2009. Indonesia's Anti-Corruption Drive and the Constitutional Court. Comparative Law Journal.

Butt, Simon. 2011. Anti-Corruption Reform in Indonesia: An Obituary? Bulletin of Indonesian Economic Studies.

Butte, Erwin & Richard Damania. 2008. Resources for Sale: Corruption, Democracy and the Natural Resource Curse. The B.E. Journal of Economic Analysis & Policy 8(1).

Button, M., C. Lewis, D. Shepherd & G. Brooks. 2015. Fraud in Overseas Aid and the Challenge of Measurement. Journal of Financial Crime

Byington, J. & J. McGee. 2015. M&A Due Diligence: How To Uncover Corruption. Journal of Corporate Accounting & Finance

Byrne, E.F. 2014. Toward Enforceable Bans on Illicit Business: From Moral Relativism to Human Rights. Journal of Business Ethics

Byrne, Elaine, Anne-Katrin Arnold & Fumiko Nagano. 2010. Building Public Support for Anti-Corruption Efforts. (Washington, D.C.: World Bank).

Byun, C.C. & E.J. Hollander. 2015. Explaining the Intensity of the Arab Spring. DOMES: Digest of Middle East Studies

Cabelkova, Inna & Jan Hanousek. 2004. The Power of Negative Thinking: Corruption, Perception and Willingness to Bribe in Ukraine. Applied Economics

Cabelkova, Inna. 2001. Perceptions of Corruption in Ukraine: Are They Correct? CERGE-EI Working Paper No. 176.

Cabelkova, Inna. 2009. Entry Restrictions, Corruption and Extortion in the Context of Transition. CERGE-EI Working Paper No. 172.

Cadot, Oliver. 1987. Corruption as a Gamble. Journal of Public Economic

Caeyers, Bet & Stefan Dercon. 2012. Political Connections and Social Network in Targeted Transfer Programmes: Evidence from Rural Ethiopia. Economic Development & Cultural Change

Cai, H., H. Fang & L.C. Xu. 2011. Eat, Drink, Firms, Government: An Investigation of Corruption from the Entertainment and Travel Costs of Chinese Firms. Journal of Law & Economics

Cai, Hongbin & Daniel Treisman. 2004. State Corroding Federalism. Journal of Public Economics

Cai, Hongbin & Daniel Treisman. 2005. Does Competition for Capital Discipline Governments? Decentralization, Globalization, and Public Policy. American Economic Review

Caiden, Gerald & Naomi Caiden. 1977. Administrative Corruption. Public Administration Review

Caiden, Gerald E. 1988. Toward a General Theory of Official Corruption. Asian Journal of Public Administration

Caiden, Gerald E. 2004. A Cautionary Tale: Ten Major Flaws in Combating Corruption. Southwestern Journal of Law & Trade in the Americas

Caillieer, J. 2010. Citizen Trust, Political Corruption, and Voting Behavior: Connecting the Dots. Politics & Policy

Cain, Bruce E. 2014. Is "Dependence Corruption" the Solution to America's Campaign Finance Problems? California Law Review.

Cain, Daylian M., George Loewenstein & Don A. Moore. 2005. The Dirt on Coming Clean: Perverse Effects of Disclosing Conflicts of Interest. Journal of Legal Studies

Callahan, W. 2005. Social Capital and Corruption: Vote Buying and the Politics of Reform in Thailand. Perspectives on Politics.

Callahan, W.A. 2005. The Discourse of Vote Buying and Political Reform in Thailand. Pacific Affairs

Callen, M. & J.D. Long. 2015. Institutional Corruption and Election Fraud: Evidence from a Field Experiment in Afghanistan. American Economic Review

Callen, M., S. Gulzar, A. Hasanain & Y. Khan. 2013. The Political Economy of Public Employee Absence. Working paper.

Callister, Debra J. 1999. Corrupt and Illegal Activities in the Forest Sector: Current Understandings and Implications for the World Bank. Washington, D.C.: World Bank.

Calomiris, Charles W., Raymond Fisman & Yongxiang Wang. 2010. Profiting from Government Stakes in a Command Economy: Evidence from Chinese Asset Sales. Journal of Financial Economics

Camacho, Adriana & Emily Conover. 2011. Manipulation of Social Program Eligibility. American Economic Journal: Economic Policy

Camaj, Lindita. 2013. The Media's Role in Fighting Corruption: Media Effects on Governmental Accountability. The International Journal of Press/Politics

Camara-Fuertes, Luis R. & Gustavo Bonobis. 2015. Challenging Corrupt Politicians? Audits, Challengers Entry, and Electoral Accountability in Municipal Elections. Working paper.

Camerer, Marianne. 2006. Measuring Public Integrity. Journal of Democracy

Cameron, Lisa et al. 2009. Propensities to Engage in and Punish Corrupt Behavior: Experimental Evidence from Australia, India, Indonesia and Singapore. Journal of Public Economics

Cammarosano, Louis. 1989. Application of the First Amendment to Political Patronage Employment Decisions. Fordham Law Review

Camp, E., A. Dixit & S. Stokes. 2014. Catalyst or Cause? Legislation and the Demise of Machine Politics in Britain and the United States. Legislative Studies Quarterly

Campante, Filipe R. & Quoc-Anh Do. 2014. Isolated Capital Cities, Accountability, and Corruption: Evidence from US States. American Economic Review

Campante, Filipe R., Davin Chor & Quoc-Anh Do. 2009. Instability and the Incentives for Corruption. Economics & Politics

Campbell, Jamie-Lee & Anja Goritz. 2014. Culture Corrupts! A Qualitative Study of Organizational Culture in Corrupt Organizations. Journal of Business Ethics

Campbell, Stuart Vincent. 2013. Perception Is Not Reality: The FCPA, Brazil, and the Mismeasurement of Corruption. Minnesota Journal of International Law

Campos, J. Edgardo, Donald Lien & Sanjay Pradhan. 1999. The Impact of Corruption on Investment: Predictability Matters. World Development

Campos, J.E. & V. Bhargava. 2007. "Introduction: Tackling a Social Pandemic", in J.E.

Campos & S. Pradhan eds., The Many Faces of Corruption: Tracking Vulnerabilities at the Sector Level (Washington, D.C.: World Bank).

Campos, J.E., S. Pradhan & F. Recanatini. 2007. "Conclusion: Where to Next", in J.E.

Campos & S. Pradhan eds., The Many Faces of Corruption: Tracking Vulnerabilities at the Sector Level (Washington, D.C.: World Bank).

Campos, Jose Edgardo & Joel S. Hellman. 2005. "Governance Gone Local: Does Decentralization Improve Accountability?", in Roland White & Paul Smoke eds., East Asia Decentralizes:Making Local Government Work in Asia (Washington, D.C.: World Bank)

Campos, Nauro F. & Francesco Giovannoni. 2007. Lobbying, Corruption and Political Influence. Public Choice

Campos, Nauro F., Ralitza Dimova & Ahmad Saleh. 2010. Whither Corruption? A Quantitative Survey of the Literature on Corruption and Growth. IZA Discussion Paper No. 5334.

Cantu, F. & O. Garcia-Ponce. 2015. Partisan Losers' Effects: Perceptions of Electoral Integrity in Mexico. Electoral Studies

Cantu, F. 2014. Identifying Irregularities in Mexican Local Elections. American Journal of Political Science.

Cantu, Francisco & Sebastian M. Singh. 2011. Fraudulent Democracy? An Analysis of Argentina's Infamous Decade Using Supervised Machine Learning. Political Analysis

Carbonara, Emanuela. 2000. Corruption and Decentralisation. Working paper.

Carden, Art & Lisa L. Verdon. 2010. When Is Corruption a Substitute for Economic Freedom? Law & Development Review

Carey, John M. & Matthew Soberg Shugart. 1995. Incentives to Cultivate a Personal Vote: A Rank Ordering of Electoral Formulas. Electoral Studies

Carlberg, Christopher K. 2003. A Truly Level Playing Field for International Business: Improving the OECD Convention on Combating Bribery Using Clear Standards. Boston College International & Comparative Law Review

Carlin, R.E., G.J. Love & C. Martinez Gallardo. 2015. Cushioning the Fall: Scandals, Economic Conditions, and Executive Approval. Political Behavior

Carothers, Thomas. 2007. A Quarter-Century of Promoting Democracy. Journal of Democracy

Carpenter, S. 2015. Avoid an Investigation: Automate FCPA Compliance. Criminal Justice

Carr, Indira & David Lewis. 2010. Combating Corruption through Employment Law and Whistleblower Protection. Industrial Law Journal

Carr, Indira & Miriam Goldby. 2011. Recovering the Proceeds of Corruption: UNCAC and Anti-Money Laundering Standards. Journal of Business Law

Carr, Indira & Opi Outhwaite. 2008. The OECD Anti-Bribery Convention Ten Years On. Manchester Journal of International Economic Law

Carr, Indira & Opi Outhwaite. 2009. Corruption and Business Integrity: Law, Policy and Company Practices. Manchester Journal of International Economic Law

Carr, Indira & Opi Outhwaite. 2011. The Role of Non-Governmental Organizations (NGOs) in Combating Corruption: Theory and Practice. Suffolk University Law Review

Carr, Indira & Robert Jago. 2014. Petty Corruption, Development and Information Technology as an Antidote. Round Table

Carr, Indira. 2006. The United Nations Convention on Corruption: Improving the Quality of Life of Millions in the World? Manchester Journal of International Economic Law

Carr, Indira. 2007. Corruption in Africa: Is the African Union Convention on Combating Corruption the Answer? Journal of Business Law 2007

202

Carr, Indira. 2009. Corruption, the Southern African Development Community Anti-Corruption Protocol and the Principal-Agent-Client Model. International Journal of Law in Context

Carrillo, Juan D. 2000. Corruption in Hierarchies. Annales d'Economie et de Statistique

Carrillo, Juan D. 2000. Grafts, Bribes and the Practice of Corruption. Journal of Economics & Management Strategy.

Carrington, Paul D. 2010. Enforcing International Corrupt Practices Law. Michigan Journal of International Law

Carrington, Paul D. 2010. The International Movement to Deter Corruption: Should China Join? US-China Law Review

Carrington, Paul D. 2012. Qui Tam: Is False Claims Law a Model for International Law? University of Chicago Legal Forum.

Carrington, Paul D. 2013. "Private Enforcement of International Law", in Susan Rose-Ackerman & Paul D. Carrington eds., Anti-Corruption Policy: Can International Actors Play a Constructive Role? (Durham: Carolina Academic Press),.

Carrington, Paul. 2007. Law and Transnational Corruption: The Need for Lincoln's Law Abroad. Law & Contemporary Problems

Carson, L.D. 2014. Deterring Corruption: Beyond Rational Choice Theory. Working paper.

Carson, Lindsey D. & Mariana Mota Prado. 2014. Mapping Corruption and its Institutional Determinants in Brazil. IRIBA Working Paper #8.

Carter, C.R. 2000. Precursors of Unethical Behavior in Global Supplier Management. Journal of Supply Chain Management

Cartier-Bresson, Jean. 1997. Corruption Networks, Transaction Security and Illegal Social Exchange. Political Studies

Carvajal, Raul. 1999. Large-Scale Corruption: Definition, Causes, and Cures. Systemic Practice & Action Research

Caseley, Jonathan. 2004. Public Sector Reform and Corruption: CARD Façade in Andhra Pradesh. Economic & Political Weekly .

Caselli, Francesco & Guy Michaels. 2013. Do Oil Windfalls Improve Living Standards? Evidence from Brazil. American Economic Journal: Applied Economics

Caselli, Francesco & Massimo Morelli. 2004. Bad Politicians. Journal of Public Economics

Caselli, Francesco & Tom Cunningham. 2009. Leader Behavior and the Natural Resource Curse. Oxford Economic Papers

Caspary, G. 2012. Practical Steps To Help Countries Overcome the Resource Curse: The Extractive Industries Transparency Initiative. Global Governance

Cassin, S. 2014. The Best Offense is a Good Defense: How the Adoption of an FCPA Compliance Defense Could Decrease Foreign Bribery. Houston Journal of International Law

Castillo, Marco, Ragan Petrie, Maximo Torero & Angelino Viceisza. 2014. Lost in the Mail: A Field Experiment on Crime. Economic Inquiry

Castro, M., C. Guccio & I. Rizzo. 2014. An Assessment of the Waste Effects of Corruption on Infrastructure Provision. International Tax & Public Finance

Castro, Massimo Finocchiaro, Calogero Guccio & Ilde Rizzo. 2014. An Assessment of the Waste Effects of Corruption on Infrastructure Provision. International Tax & Public Finance

Castro, Massimo Frinocchiaro. 2011. To Bribe or Not to Bribe: An Experimental Analysis of Corruption. DSSGES Working Paper.

Catterburg, Gabriela & Alejandro Moreno. 2005. The Individual Bases of Political Trust: Trends in New and Established Democracies. International Journal of Public Opinion Research

Caulkins, Jonathan et al. 2014. A Dynamic Analysis of Schelling's Binary Corruption Model: A Competitive Equilibrium Approach. Journla of Optimization Theory & Applications

Cava, Anita. 2011. Quid Pro Quo is "So Yesterday": Restoring Honest Services Fraud After Skilling and Black. U.C. Davis Business Law Journal

Cavanagh, C. 2012. Unready for REDD+? Lessons from Corruption in Ugandan Conservation Areas. Bergen: CMI.

Cavill, S. & M. Sohail. 2007. Accountability Arrangements to Combat Corruption: Literature Review. Water, Engineering and Development Centre, Londonborough University.

Cavoli, T. & J.K. Wilson. 2015. Corruption, Central Bank (In)dependence and Optimal Monetary Policy in a Simple Model. Journal of Policy Modeling

Celarier, Michelle. 1997. Privatization: A Case Study in Corruption. Journal of International Affairs

Celentani, Marco & Juan-Jose Ganuza. 1999. Corruption and the Hadleyburg Effect. Working Paper.

Celentani, Marco & Juan-Jose Ganuza. 2002 Corruption and Competition and Procurement. European Economic Review

Celentani, Marco & Juan-Jose Ganuza. 2002. Organized vs. Competitive Corruption.

Annals of Operations Research

Celentani, Marco, Juan-Jose Ganunza & Thierry Verdier. 2005. Corruption and Competition in Procurement Auctions. Rand Journal of Economics

Celentani, Marcos, Juan Jose Ganuza & Jose Luis Peydro. 2004. Combating Corruption in International Business Transactions. Economica

Cerqueti, R. & R. Coppier. 2009. Tax Revenues, Fiscal Corruption and "Shame" Costs. Economic Modelling

Cerqueti, R. & R. Coppier. 2015. Corruptibility and Tax Evasion. European Journal of Law & Economics

Cerqueti, R., R. Cooper & G. Piga. 2012. Corruption, Growth and Ethnic Fractionalization: A Theoretical Model. Journal of Economics

Chadda, M. 2004. "India: Between Majesty and Modernity", in R.A. Johnson ed., The Struggle Against Corruption (New York: Palgrave Macmillan)

Chadhuri, S. & K. Dastidar. 2014. Corruption, Efficiency Wage and Union Leadership. Pacific Economic Review

Chaffee, Eric C. 2012. The Role of the Foreign Corrupt Practices Act and Other Transnational Anti-Corruption Laws in Preventing or Lessening Future Financial Crises. Ohio State Law Journal

Chafuen, Alejandro A. & Eugenio Guzman. 2000. "Economic Freedom and Corruption", in Gerald P. O'Driscoll, Jr., Kim R. Holmes & Melanie Kirkpatrick eds., 2000 Index of Economic Freedom (Heritage Foundation)

Chaikin, David & Jason C. Sharman. 2009. Corruption and Money Laundering: A Symbiotic Relationship.

Chaikin, David. 2005. Policy and Legal Obstacles in Recovering Dictators' Plunder. Bond Law Review

Chaikin, David. 2008. Commecial Corruption and Money Laundering: A Preliminary Analysis. Journal of Financial Crime

Chaikin, David. 2012. "Corrupt Practices Involving Offshore Financial Centers", in Adam Graycar & Russell G. Smith eds., Handbook of Global Research and Practice in Corruption ,

Chalaby, Jean K. 2004. Scandal and the Rise of Investigative Reporting in France. American Behavioral Scientist

Chalmers, I. & B. Setiyono. 2012. The Struggle Against Corruption During the Democratic Transition: Theorising the Emerging Role of CSOs. Development & Society

Chan, Hon S. & Jie Gao. 2009. "Preventing Corruption Through Performance Measurement: The Case of China", in Gong, T. & S.K. Ma eds., Preventing Corruption in Asia: Institutional Design and Policy Capacity (London: Routledge),

Chand, Sheetal K. & Karl O. Moene. 1997. Controlling Fiscal Corruption. World Development

Chanda, Parthapratim. 2004. The Effectiveness of the World Bank's Anti-Corruption Efforts: Current Legal and Structural Obstacles and Uncertainties. Denver Journal of International Law & Policy.

Chander, Parkash & Louis Wilde. 1992. Corruption in Tax Administration. Journal of Public Economic

Chandler, J. & J. Graham. 2010. Relationship-Oriented Cultures, Corruption, and International Marketing Success. Journal of Business Ethics

Chang, Eric & Miriam A. Golden. 2010. Sources of Corruption in Authoritarian Regimes. Social Science Quarterly

Chang, Eric C.C. 2005. Electoral Incentives for Political Corruption under Open-List

Proportional Representation. Journal of Politics

Chang, Eric C.C. & Miriam A. Golden. 2007. Electoral Systems, District Magnitude and Corruption. British Journal of Political Science

Chang, Eric C.C. & Yun-han Chu. 2006. Corruption and Trust: Exceptionalism in Asian Democracies? Journal of Politics

Chang, Eric C.C., Miriam A. Golden & Seth J. Hill. 2010. Legislative Malfeasance and Political Accountability. World Politics

Chang, Juin-Jen, C.C. Lai & C. C. Yang. 2000. Casual Police Corruption and the Economics of Crime: Further Results. International Review of Law & Economics

52. Chang, Juin-Jen, Huei-Chung Lu & Hsueh-Fang Tsai. 2015. Corruption, Growth, and Increasing Returns to Production Specialization. International Journal of Economic Theory

Chang, S. 2015. The Effects of Trade Liberalization on Environmental Degradation. Quality & Quantity

Chanley, V.J., L. Sullivan, M.H. Gonzales & M.B. Kovera. 1994. Lust and Avarice in Politics: Damage Control by Four Politicians Accused of Wrongdoing (or, Politics as Usual). American Politics Quarterly

Charap, Joshua & Christian Harm. 1999. Institutionalized Corruption and the Kleptocratic State. IMF Working Paper No. 99/91.

Charap, Joshua & Christian Harm. 2000. "Institutionalized Corruption and the Kleptocratic State," in Claude Menard, ed. Institutions, Contracts, and Organizations: Perspectives from New Institutional Economics (Cheltenham, UK: Edward Elgar).

Charkoff, A., K.A. Thomas, O.S. Hague & L. Young. 2015. An Indecent Proposal: The Dual Functions of Indirect Speech. Cognitive Science

Charkraborty, Shankha & Era Dabla-Norris. 2009. The Quality of Public Investment. IMF Working Paper No. 09/154.

Charles, Guy-Uriel E. 2014. Corruption Temptation. California Law Review

Charlton, Roger. 1990. Exploring the Byways of African Political Corruption: Botswana and Deviant Case Analysis. Corruption & Reform

Charoensukmongol, Peerayuth & Murad Moqbel. 2014. Does Investment in ICT Curb or Create More Corruption? A Cross-Country Analysis. Public Organization Review

Charron, Nicholas & Victor Lapuente. 2010. Does Democracy Produce Quality of Government? European Journal of Political Research

Charron, Nicholas & Victor Lapuente. 2011. Which Dictators Produce Quality of Government? Studies in Comparative Political Development

Charron, Nicholas et al. 2010. Measuring the Quality of Government and Subnational Variation. Report for the European Comissin Directorate-General Regional Policy Directorate.

Charron, Nicholas, L. Dijkstra & V. Lapuente. 2014. Regional Governance Matters: Quality of Government with European Union Member States. Regional Studies

Charron, Nicholas, L. Dijkstra & V. Lapurente. 2015. Mapping the Regional Divide in Europe: A Measure for Assessing Quality of Government in 206 European Regions. Social Indicators Research

Charron, Nicholas, Victor Lapuente & Bo Rothstein eds. 2013. Quality of Government and Corruption From a European Perspective: A Comparative Study of Good Government in EU Regions (Edward Elgar Publishing).

Charron, Nicholas. 2009. Government Quality and Vertical Power-Sharing in Fractionalized States. Publius: The Journal of Federalism

Charron, Nicholas. 2009. The Impact of Socio-Political Integration and Press Freedom on Corruption. Journal of Development Studies

Charron, Nicholas. 2010. The Correlates of Corruption in India: Analysis and Evidence from the States. Asian Journal of Political Science

Charron, Nicholas. 2011. Exploring the Impact of Foreign Aid on Corruption – Has the 'Anti-Corruption' Movement Been Effective? The Developing Economies

Charron, Nicholas. 2011. Party System, Electoral Systems and Constraints on Corruption. Electoral Studies

Charron, Nicholas. 2013. How Much Are Corruption Perceptions Explained by Actual Experience with Corruption? Working paper.

Charron, Nicholas. 2015. Do Corruption Measures Have a Perception Problem?

Assessing the Relationship Between Experiences and Perceptions of Corruption Among Citizens and Experts. European Political Science Review (forthcoming).

Charumilind, C., R. Kali & Y. Wiwattanakantang. 2006. Connected Lending: Thailand before the Financial Crisis. Journal of Business

Chassang, Sylvain & Gerard Padro I Miquel. 2014. Corruption, Intimidation, and Whistle-Blowing: A Theory of Inference from Unverifiable Reports. Working paper.

Chatterjee, Ishita & Ranjan Ray. 2012. Does the Evidence on Corruption Depend on How It Is Measured? Results from a Cross-Country Study on Microdata Sets. Applied Economics.

Chatterjee, Shinjini. 2015. Dangerous Liaisons: Criminalization of "Relationship Hires" Under the Foreign Corrupt Practices Act. University of Pennsylvania Law Review

Chaudhury, Nazmul, Jeffrey Hammer, Michael Kremer, Karthik Muralindharan & F. Halsey Rogers. 2006. Missing in Action: Teacher and Health Worker Absence in Developing Countries. Journal of Economic Perspectives

Chayes, I., L. Fergusson & J.A. Robinson. 2015. He Who Counts Elects: Economic Elites, Political Elites, and Electoral Fraud. Economics & Politics

Chayes, Sarah. 2015. Thieves of State: Why Corruption Threatens Global Security (New York: W.W. Norton & Co.).

Che, Yeon-Koo. 1995. Revolving Doors and Optimal Tolerance for Agency Collusion. RAND Journal of Economics.

Chen, C.W., J. Cullen & K. Parboteeah. 2015. Are Manager-Controlled Firms More Likely to Bribe than Shareholder-Controlled Firms: A Cross-Cultural Analysis. Management & Organization Review

Chen, Christine S. & Dominik Zaum. 2008. Introduction – Key Themes in Peacebuilding and Corruption. International Peacekeeping

Chen, K. 2000. Towards an Integrated Model of Corruption: Opportunities and Control in China. International Journal of Public Administration

Chen, Kang, Arye L. Hillman & Qingyang Gu. 2002. "From the Helping Hand to the Grabbing Hand: Fiscal Federalism and Corruption in China," in J. Wong & D. Lu eds., China's Economy in the New Century: Structural Issues and Problems (New Jersey: World Scientific).

Chen, Kang. 2004. Fiscal Centralization and the Form of Corruption in China. European Journal of Political Economy

Chen, M., B.N. Jeon, R. Wang & J. Wu. 2015. Corruption and Bank Risk-Taking: Evidence from Emerging Economies. Emerging Markets Review

Cheng, Jinhua. 2009. Police Corruption Control in Hong Kong and New York City: A Dilemma of Checks and Balances in Combating Corruption. BYU Journal of Public Law

Chereches, R.M., M.I. Ungureanu, P. Sandu & I.A. Rus. 2013. Defining Informal Payments in Healthcare: A Systematic Review. Health Policy

Chetwynd, E., F. Chetwynd & B. Spector. 2003. Corruption and Poverty: A Review of Recent Literature. (London: Management Systems International).

Cheung, Steven N.S. 1996. A Simplistic General Equilibrium Theory of Corruption. Contemporary Economic Policy

Cheung, Yan Leung, P. Raghavendra Rau & Aris Stouraitis. 2012. How Much Do Firms Pay as Bribes and What Benefits Do They Get? Evidence from Corruption Cases Worldwide. NBER Working Paper No. 17981.

Chimezule, Obinuchi. 2015. Strengthening Institutions in the Fight Against Corruption and Financial Crimes in Nigeria. Working paper.

Chiru, Mihail & Sergiu Gherghina. 2012. When Voter Loyalty Fails: Party Performance and Corruption in Bulgaria and Romania. European Political Science Review

Chiti, Edoardo. 2014. "Mismanagement by European Agencies: Concerns, Institutional Responses, and Lessons", in Jean-Bernard Auby, Emmanuel Breen & Thomas Perroud eds., Corruption and Conflicts of Interest: A Comparative Law Approach

Cho, Wendy K. Tam & Brian J. Gaines. 2007. Breaking the (Benford) Law: Statistical Fraud Detection in Campaign Finance. IEEE Intelligent Systems

Cho, Wonbin & Matthew F. Kirwin. 2008. A Vicious Circle of Corruption and Mistrust in Institutions in Sub-Saharan Africa: A Micro-Level Analysis. (Working Paper No. 71, Afrobarometer, Cape Town.)

Cho, Y.H. & B.-D. Choi. 2004. E-Government to Combat Corruption: The Case of Seoul Metropolitan Government. International Journal of Public Administration

Choe, Chongwoo, Ratbek Dzhumashev, Asadul Islam & Zakir H. Khan. 2013. The Effect of Informal Networks on Corruption in Education: Evidence from the Household Survey Data in Bangladesh. Journal of Development Studies

Choi, E.J. & J.S. Woo. 2012. Political Corruption, Economy, and Citizens' Evaluation of Democracy in South Korea. Contemporary Politics

Choi, Eunjung & Jongseok Woo. 2010. Political Corruption, Economic Performance, and Electoral Outcomes: A Cross-National Analysis. Contemporary Politics

Choi, J.W. 2009. Institutional Structures and Effectiveness of Anticorruption Agencies: A Comparative Analysis of South Korea and Hong Kong. Asian Journal of Political Science

Choi, Jay Pil & Marcel Thum. 2003. The Dynamics of Corruption with the Ratchet Effect. Journal of Public Economics

Choi, Jay Pil & Marcel Thum. 2004. The Economics of Repeated Extortion. Rand Journal of Economics

Choi, Jay Pil & Marcel Thum. 2005. Corruption and the Shadow Economy. International Economic Review

Choi, Jin-Wook. 2007. Governance, Structure, and Administrative Corruption in Japan: An Organizational Network Approach. Public Administration Review

Choi, Stephen J. & Keven E. Davis. 2014. Foreign Affairs and Enforcement of the Foreign Corrupt Practices Act. Journal of Empirical Legal Studies

Chomski, Cara. 2012. Campbell's Soup: Due Process Concerns in Applying the Federal Anti-Bribery Statute to Noncitizen Government Contractors Overseas. University of Chicago Legal Forum 2012

Chong, Alberto & Cesar Calderon. 2000. Institutional Quality and Income Distribution. Economic Development & Cultural Change

Chong, Alberto & Cesar Calderon. 2000. Institutional Quality and Poverty Measures in a Cross-Section of Countries. Economics of Governance

Chong, Alberto & Mark Gradstein. 2007. Inequality and Institutions. Review of Economics & Statistics

Chong, Alberto, Ana L. De La O, Dean Karlan & Leonard Wantchekon. 2015. Does Corruption Information Inspire the Fight or Quash the Hope? A Field Experiment in Mexico on Voter Turnout, Choice, and Party Identification. Journal of Politics

Chou, W. 2014. Restroing Integrity in American Business: A Broad Interpretation of the Foreign Corrupt Practices Act. Wayne Law Review

Chow, D.C.K. 2014. Three Major Risks under the Foreign Corrupt Practices Act for U.S. Multinational Companies Doing Business in China. Fordham International Law Journal

Chow, Daniel C.K. 2014. Why China's Crackdown on Commercial Bribery Threatens Multinational Companies in China. Arizona Journal of International and Comparative Law (forthcoming).

Chow, Daniel. 2012. China Under the Foreign Corrupt Practices Act. Wisconsin Law Review 2012

Chow, Daniel. 2012. The Interplay Between China's Anti-Bribery Laws and the Foreign Corrupt Practices Act. Ohio State Law Journal

Chowdhury, Shyamal K. 2004. The Effect of Democracy and Press Freedom on Corruption: An Empirical Test. Economics Letters

Christensen, J. 2012. The Hidden Trillions: Secrecy, Corruption, and the Offshore Interface. Crime, Law & Social Change

Christensen, R. & T.J. Schultz. 2014. Identifying Election Fraud Using Orphan and Low Propensity Voters. American Politics Research

Christensen, Zachary, Dustin Homer & Daniel Nielson. 2011. Dodging Adverse Selection: How Donor Type and Goverance Condition Aid's Effects on School Enrollment. World Development

Christensen, Zachary, Richard Nielsen, Daniel Nielsen & Michael Tierney. 2011. Transparency Squared: The Effects of Aid Transparency on Recipients' Corruption Levels. Working paper.

Chu, C.Y. Cyrus. 1990. Income Tax Evasion with Venal Tax Officials – The Case of Developing Countries. Public Finance

Chua, Yvonne T. 1999. Robbed: An Investigation of Corruption in Philippine Education (Quezon City: Philippine Center for Investigative Journalism).

Cingano, Frederico & Paolo Pinotti. 2013. Politicians at Work: The Private Returns and Social Costs of Political Connections. Journal of the European Economic Association

Ciocchini, F., E. Durbin & D. Ng. 2003. Does Corruption Increase Emerging Market Bond Spreads? Journal of Economics & Business

Cisar, Ondrej. 2003. Strategies for Using Information Technology for Curbing Public Sector Corruption: The Case of the Czech Republic (CR). Open Society Institute, Budapest.

Claessens, S. et al. 2008. Political Connections and Preferential Access to Finance: The Role of Campaign Contributions. Journal of Financial Economics

Clare Cohen, J. 2002. Improving Transparency in Pharmaceutical Systems: Strengthening Critical Points against Corruption (Latin American and Carribean Bank).

Clark, D. 1987. A Community Relations Approach to Corruption: The Case of Hong Kong. Corruption and Reform

Clark, Kathleen. 1996. Do We Have Enough Ethics in Government Yet?: An Answer from Fiduciary Theory. University of Illinois Law Review 1996

Clarke, G., K. Friesenbichler & M. Wong. 2015. Do Indirect Questions Reduce Lying About Corruption? Evidence from a Quasi-Field Experiment. Comparative Economic Studies

Clarke, G.R. 2011. How Petty Is Petty Corruption? Evidence from Firm Surveys in Africa. World Development

Clarke, George R.G. & Lixin Colin Xu. 2004. Privatization, Competition, and Corruption: How Characteristics of Bribe Takers and Payers Affect Bribes to Utilities, Journal of Public Economics

Clarke, George R.G. 2012. What Do Managers Mean When They Say 'Firms Like Theirs' Pay Bribes? International Journal of Economics & Finance

Claros, A. 2015. Removing Impediments to Sustainable Economic Development: The Case of Corruption. Journal of International Commerce, Economics & Policy 6(1)

Clausen, Bianca, Aart Kraay & Peter Murrell. 2011. "Does Respondent Reticence Affect the Results of Corruption Surveys? Evidence from the World Bank Enterprise Survey for Nigeria", in Susan Rose-Ackerman & Tina Soreide eds., International Handbook on the Economics of Corruption, Vol. 2 .

Clausen, Bianca, Aart Kraay & Zsolt Nyiri. 2011. Corruption and Confidence in Public Institutions: Evidence from a Global Survey. World Bank Economic Review

Clausen, Michael. 2012. Corruption and Democracy in Brazil. Brasiliana: Journal for Brazilian Studies.

Cleveland, Daniel C. 2007. Once Again, It Is Time to "Speak More Clearly" About

§1346 and the Intangible Rights Doctrine in Mail and Wire Fraud. Northern Kentucky Law Review

Co, Edna Estifania A. Co. 2007. "Challenges to the Philippine Culture of Corruption", in Sarah Bracking ed., Corruption and Development: The Anti-Corruption Campaigns (Palgrave Macmillan)

Coates, John. 2015. Corporate Speech and the First Amendment: History, Data, and Implications. Working paper.

Cockcroft, Laurence. 2012. Global Corruption: Money, Power, and Ethics in the Modern World. (Philadelphia: University of Pennsylvania Press).

Coco, G. & R. Lagravinese. 2014. Cronyism and Education Performance. Economic Modelling

Coffee, John C., Jr. 1998. Modern Mail Fraud: The Restoration of the Public/Private Distinction. American Criminal Law Review.

Cohen, J.R., L.W. Pant & D.J. Sharp. 1996. A Methodological Note on Cross-Cultural Accounting Ethics Research. International Journal of Accounting

Cohen, Joel M. & Adam P. Wolf. 2010. Narrow, Don't Abolish, FCPA Facilitating Payments Exception. New York Law Journal

Cohen, Joel M., Michael P. Holland & Adam P. Wolf. 2008. Under the FCPA, Who Is a Foreign Official Anyway? Business Lawyer

Colares, Juscelino F. 2006. The Evolving Domestic and International Law Against Foreign Corruption: Some New and Old Dilemmas Facing the International Lawyers.

Washington University Global Studies Law Review

Colazingari, Silvia & Susan Rose-Ackerman. 1998. Corruption in a Paternalistic Democracy: Lessons from Latin American Countries. Political Science Quarterly

Colbran, Nicola. 2009. Courage Under Fire: The First Five Years of the Indonesian Judicial Commission. Australian Journal of Asian Law

Coldham, Simon. 1995. Legal Responses to State Corruption in Commonwealth Africa. Journal of African Law

Cole, Matthew A. 2007. Corruption, Income and the Environment: An Empirical Analysis. Ecological Economics

Cole, Shawn A. & Anh Tran. 2011. "Evidence from the Firm: A New Approach to Understanding Corruption," in Susan Rose-Ackerman & Tina Soreide eds. International Handbook on the Economics of Corruption (Volume II)

Cole, W.M. 2015. Institutionalizing a Global Anti-Corruption Regime: Perverse Effects on Country Outcomes, 1984-2012. International Journal of Comparative Sociology

Collier, Michael W. 2002. Explaining Corruption: An Institutional Choice Approach. Crime, Law & Social Change

Collier, Michael W. 2005. Political Corruption in the Caribbean Basin: Constructing a Theory to Combat Corruption (New York: Routledge).

Collier, P. & D. Dollar. 2004. Development Effectiveness: What Have We Learnt? Economic Journal

Collier, P. 2006. Is Aid Oil? An Analysis of Whether Africa Can Absorb More Aid. World Development

Collier, Paul. 2000. How to Reduce Corruption. African Development Review

Collignon, P., P. Athukorala, S. Senanayake & F. Khan. 2015. Antimicrobial Resistance: The Major Contribution of Poor Governance and Corruption to this Growing Problem.PLoS One

Collins, J.D., K. Uhlenbruck & P. Rodriguez. 2009 Why Firms Engage in Corruption: A Top Management Perspective. Journal of Business Ethics

Colombo, Gherardo. 2006. Investigating and Prosecuting Large-Scale Corruption: The Italian Experience. Journal of International Criminal Justice

Colon, R. & H.G. Bladuell. 2014. Auditors and the Foreign Corrupt Practices Act: Lessons from Latin America. Accounting in Latin America (Research in Accounting in Emerging Economies)

Comaroff, J.L. & J. Comaroff. 2004. Policing Culture, Cultural Policing: Law and Social Order in Postcolonial South Africa. Law & Social Inquiry

Compte, Olivier, Ariane Lambert-Mogiliansky & Thierry Verdier. 2005. Corruption and Competition in Procurement Auctions. RAND Journal of Economics.

Conover, K. 2014. Rethinking Anti-Corruption Reforms: The View from Ancient Athens. Buffalo Law Review

Conroy, Patrick & Graeme Honter. 2011. Economic Analysis of Damages under the Foreign Corrupt Practices Act. New York: National Economic Research Associates.

Conry, Colleen A. 2010. Complying with the Foreign Corrupt Practices Act in the Global Healthcare Industry. Journal of Health & Life Sciences Law

Contreras-Hermosilla, Arnoldo. 2002. Law Compliance in the Forestry Sector: An Overview. WBI Working Papers 28617, World Bank Institute, Washington, D.C.

Conway, Patrick & Xiaodong Wu. 2004. Corruption and Unemployment. Working paper.

Coogan, J., E. Lin Forder, J. Madir, N. Seiler & C. Wee. 2015. Combatting Fraud and Corruption in International Development. Journal of Financial Crime

Cooksey, Brian. 1998. Corruption in Aid: How Much Is Acceptable? Governance

Cooksey, Brian. 2002. Can Aid Agencies Really Help Combat Corruption? Forum on Crime & Society

Cooksey, Brian. 2010. "Trends in Corruption During the Mkapa Era – Who Wants to Know?", in Kjell Havnevik & Aida C. Isinika eds., Tanzania in Transition: From Nyerere to Mkapa (Dar es Salaam: Mkuki na Nyota Publishers).

Cooksey, Brian. 2012. Aid, Governance and Corruption Control: A Critical Assessment. Crime, Law & Social Change

Cooley, Alexander & Jason C. Sharman. 2015. Blurring the Line Between Licit and Illicit: Transnational Corruption Networks in Central Asia and Beyond. Central Asian Survey

Corbett, J. & R.N. Shiu. 2014. Leadership Succession and the High Drama of Political Conduct: Corruption Stories from Samoa. Pacific Affairs

Cordis, Adriana S. & Patrick L. Warren. 2014. Sunshine as Disinfectant: The Effect of State Freedom of Information Act Laws on Public Corruption. Journal of Public Economics

Cordis, Adriana S. 2014. Corruption and the Composition of Public Spending in the United States. Public Finance Review

Cordis, Adriana. 2009. Judicial Checks on Corruption in the United States. Economics of Governance

Cornelius, Wayne A. 2004. "Mobilizing Voting in the 2000 Elections: The Changing Efficacy of Vote Buying and Coercion in Mexican Electoral Politics", in Jorge I.

Dominguez & Chappell Lawson eds., Mexico's Pivotal Democratic Elections: Candidates, Voters, and the Presidential Campaign of 2000 (Stanford: Stanford University Press).

Coronel, S. 2010. "Corruption and the Watchdog Role of the News Media", in P. Norris ed., Public Sentinel: News Media and Governance Reform (Washington, DC: World Bank)

Corr, Christopher F. & Judd Lawler. 1999. Damned If You Do, Damned If You Don't? The OECD Convention and the Globalization of Anti-bribery Measures. Vanderbilt Journal of Transnational Law

Correani, Luca. 2005. Preferences, Development, and the Corruption Trap. Economica Politica

Corrigan, Caitlin C. 2014. Breaking the Resource Curse: Transparency in the Natural Resource Sector and the Extractive Industries Transparency Initiative. Resources Policy

Corstrange, Daniel. 2012. Vote Trafficking in Lebanon. International Journal of Middle East Studies

Cosenz, F. & G. Noto. 2014. A Dynamic Simulation Approach to Frame Drivers and Implications of Corruption Practices on Firm Performance. European Management Review 11(3-4)

Costa, L.D.A. & E.W. Mainardes. 2015. The Role of Corruption and Risk Aversion in Entrepreneurial Intentions. Applied Economics Letters.

Costa, Samia. 2012. Do Freedom of Information Laws Decrease Corruption? Journal of Law, Economics & Organization

Costas-Perez, Elena, Albert Sole-Olle & Pilar Sorribas-Navarro. 2012. Corruption Scandals, Voter Information, and Accountability. European Journal of Political Economy

Coviello, Decio & Mario Mariniello. 2014. Publicity Requirements in Public Procurement: Evidence from a Regression Discontinuity Design. Journal of Public Economics

Coviello, Decio & Stefano Gagliarducci. 2010. Building Political Collusion: Evidence from Procurement Auctions. IZA Discussion Papers 4939.

Covington, Joseph P., Thomas C. Newkirk & Jessica Tillipman. 2005. FCPA Enforcement in a Sarbanes-Oxley World. Corporate Counselor 20(3) (August, 2005).

Cowley, Edd & Sarah Smith. 2014. Motivation and Mission in the Public Sector: Evidence from the World Values Survey. Theory & Decision

Cox, Gary R. & J. Morgan Kousser. 1981. "Turnout and Rural Corruption: New York as a Test Case," Am. J. Pol. Sci.

Coxson, S.L. 2009. Assessment of Armenian Local Government Corruption Potential. Public Administration & Development

Crabtree, J. 2014. Funding Local Government: Use (and Abuse) of Peru's Canon System. Bulletin of Latin American Research

Cragg, A.W. 1998. Business, Globalization, and the Logic and Ethics of Corruption. Int'l J.

Cragg, Wesley & William Woof. 2002. The U.S. Foreign Corrupt Practices Act: A Study of Its Effectiveness. Business & Society Review

Crawford, B. 2015. The Freezing Assets of Corrupt Officials Act: A Critical Analysis. Canadian Business Law Journa

Cremades, Bernardo M. & David J.A. Cairns. 2003. Corruption, International Public Policy and the Duties of Arbitrators. Dispute Resolution Journal

Cremer, Georg. 2008. Corruption and Development Aid: Confronting the Challenges (Lynne Rienner).

Crites, D. Michael. 2012. The Foreign Corrupt Practices Act at Thirty-Five: A Practitioner's Guide. Ohio State Law Journal

Crivellaro, Antonio. 2013. The Courses of Action Available to International Arbitrators to Address Issues of Bribery and Corruption. Transnational Dispute Management

Crook, Richard & James Manor. 2000. Democratic Decentralization. World Bank Operations Evaluation Department Working Paper No. 11.

Cruz, Cesi & Philip Keefer. 2013. The Organization of Political Parties and the Politics of Bureaucratic Reform. World Bank Policy Research Working Paper 6686.

Cruz, Cesi. 2012. Social Networks and Electoral Strategies in the Philippines. Working paper.

Cruz, J.M. 2015. Police Misconduct and Political Legitimacy in Central America. Journal of Latin American Studies

Cuervo-Cazurra, Alvaro. 2006. Who Cares About Corruption? Journal of International Business Studies.

Cuervo-Cazurra, Alvaro. 2008. Better the Devil You Don't Know: Types of Corruption and FDI in Transition Economies. Journal of International Management 14(1): 12-17.

Cuervo-Cazurra, Alvaro. 2008. The Effectiveness of Laws Against Bribery Abroad. Journal of International Business Studies 39: 634-651.

Çule, Monika & Murray Fulton. 2005. Some Implications of the Unofficial Economy-Bureaucratic Corruption Relationship in Transition Countries. Economics Letters

Cullen, J.B., K.P. Parboteeah & M. Hoegl. 2004. Cross-National Differences in Managers' Willingness to Justify Ethically Suspect Behaviors: A Test of Institutional Anomie Theory. Academy of Management Journa

Curini, L. 2015. The Conditional Ideological Inducement to Campaign on Character Valence Issues in Multiparty Systems: The Case of Corruption. Comparative Political Studies 48(2): 168-.

Curini, Luigi & Paolo Martelli. 2015. A Case of Valence Competition in Elections. Party Politics

Czap, Hans & Kanybek Nur-tegin. 2012. Government Positions for Sale: A Model of Grand Corruption. Business & Politic.

d'Agostino, Giorgio, John Paule Dunne & Luca Pieroni. 2012. Corruption, Military Spending and Growth. Defense & Peace Economics

D'Alterio, Elisa. 2014. "Global Integrity: National Administrations versus Global Regimes", in Jean-Bernard Auby, Emmanuel Breen & Thomas Perroud eds., Corruption and Conflicts of Interest: A Comparative Law Approach

D'Souza, A. & D. Kaufmann. 2013. Who Bribes in Public Contracting and Why: Worldwide Evidence from Firms. Economics of Governance

D'Souza, Anna. 2011. The OECD Anti-Bribery Convention: Changing the Currents of Trade. Journal of Development Econoimcs

Dabla-Norris, E. et al. 2012. Investing in Public Investment: An Index of Public Investment Efficiency. Journal of Economic Growth

Dabla-Norris, E., M. Gradstein & G. Inchauste. 2008. What Causes Firms to Hide Output? The Determinants of Informality. Journal of Development Economics

Dabla-Norris, Era & Elisabeth Paul. 2006. What Transparency Can Do When Incentives Fail: an Analysis of Rent Capture. IMF Working Paper No. 06/146.

Dabla-Norris, Era & Paul Wade. 2001. Rent Seeking and Endogenous Income Inequality. IMF Working Paper No. 01/15.

Dabla-Norris, Era & Scott Freeman. 2004. Enforcement of Property Rights and Underdevelopment. Review of Development Economics

Dabla-Norris, Era. 2000. A Game-Theoretic Analysis of Corruption in Bureaucracies. IMF Working Paper No. 00/106.

Dada Ojo, M.O. 2014. The Nigeria Police and the Search for Integrity in the Midst of Diverse
Challenges: An Effective Police Management Approach. International Journal of Police Science &
Management

Dadalauri, Nina. 2007. "Political Corruption in Georgia", in Sarah Bracking ed., Corruption and
Development: The Anti-Corruption Campaigns (Palgrave Macmillan)

Dahlstrom, Carl, Johannes Lindvall & Bo Rothstein. 2013. Corruption, Bureaucratic Failure, and Social
Policy Priorities. Political Studies

Dahlstrom, Carl, Victor Lapuente & Jan Teorell. 2012. The Merit of Meritocratization: Politics,
Bureaucracy, and the Institutional Deterrents of Corruption. Political Research Quarterly

Dahlstrom, Carl. 2015. "Bureaucracy and Corruption" , in Paul M. Heywood ed., The Routledge
Handbook of Political Corruption (New York: Routledge)

Dai, M., M. Sidiropoulos & E. Spyromitros. 2015. Fiscal Policy, Institutional Quality and Central Bank
Transparency. Manchester School

Dakolias, Maria & Kim Thachuk. 2000. Attacking Corruption in the Judiciary: A Critical Process in
Judicial Reform. Wisconsin International Law Journal

Dal Bo, Ernesto & Martin A. Rossi. 2007. Corruption and Inefficiency: Theory and Evidence from
Electric Utilities. Journal of Public Economics

Dal Bo, Ernesto & Rafael Di Tella. 2003. Capture by Threat. Journal of Political Economy

Dal Bo, Ernesto, Pedro Dal Bo & Rafael Di Tella. 2006. "Plata o Plomo? ": Bribe and Punishment in a
Theory of Political Influence. American Political Science Review

Dal Bo, Ernesto. 2007. Bribing Voters. American Journal of Political Science3.

Dalgaard, Carl-Johan & Ola Olsson. 2008. Windfall Gains, Political Economy and Economic Development. Journal of African Economies 17(Supp. 1)

Dalton, Marie M. 2006. Efficiency v. Morality: The Codification of Cultural Norms in the Foreign Corrupt Practices Act. NYU Journal of Law & Business

Daly, Conrad & Frank Fariello. 2012. Transforming Through Transparency: Opening Up the Bank's Sanctions Regime. World Bank Legal Review

Damania, Richard, Per G. Fredriksson & J.A. List. 2003. Trade Liberalization, Corruption, and Environmental Policy Formation: Theory and Evidence. Journal of Environmental Economics & Managemen

Damania, Richard, Per G. Fredriksson & Muthukumara Mani. 2004. The Persistence of Corruption and Regulatory Compliance Failures: Theory and Evidence. Public Choice

Damania, Richard. 2002. Environmental Controls with Corrupt Bureaucrats. Environment & Development Economics

Damarys, Canache & Micheal E. Allsion. 2005. Perceptions of Political Corruption in Latin American Democracies. Latin American Politics & Society,

Dane, E. & S. Sonenshein. 2015. On the Role of Experience in Ethical Decision Making at Work: An Ethical Expertise Perspective. Organizational Psychology Review

Danopoulos, Constantine Panos. 2014. The Cultural Roots of Corruption in Greece. Mediterranean Quarterly

Daoud, A. 2015. Quality of Governance, Corruption and Absolute Child Poverty in India. Journal of South Asian Development

Darabare, S.J. 2014. Electoral Corrupt Practice and Electoral Offences: An Analysis. Journal of Legal Analysis & Research

Darden, Keith. 2008. The Integrity of Corrupt States: Graft as an Informal Political Institution. Politics & Society

Darley, John M. 2004. The Cognitive and Social Psychology of Contagious Organizational Corruption. Brooklyn Law Review

Darley, W.K. 2012. Increasing Sub-Saharan Africa's Share of Foreign Direct Investment: Public Policy Challenges, Strategies, and Implications. Journal of African Business

Darr, Asaf. 2003. Gifting Practices and Interorganizational Relations: Constructing Obligation Networks in the Electronics Sector. Sociological Forum

Darrough, Masako N. 1999. Privatization and Corruption: Patronage vs. Spoils. International Public Management Journal

Darrough, Masako N. 2010. The FCPA and the OECD Convention: The Lessons from the U.S. Experience. Journal of Business Ethics

Das, Anupam & Meaghan Marie Beatty Parry. 2011. Greasing or Sanding? GMM Estimation of the Corruption-Investment Relationship. International Journal of Economics & Research

Das, Jayoti & Cassandra DiRienzo. 2009. The Nonlinear Impact of Globalization on Corruption. International Journal of Business & Finance Research.

Das, Veena. 2015. Corruption and the Possibility of Life. Contributions to Indian Sociology

Dastidar, K.G. & D. Mukherjee. 2014. Corruption in Delegated Public Procurement Auctions. European Journal of Political Economy

Datu, T.T. & H.J. Nawawi. 2014. Implementation of Good Governance and Bureaucratic Reform in Indonesia. International Journal of Academic Research

David-Barrett, E. & K. Okamura. 2013. The Transparency Paradox: Why Corrupt Countries Join the Extractive Industries Transparency Initiative. Working paper.

David-Barrett, E. 2015. Nolan's Legacy: Regulating Parliamentary Conduct in Democratising Europe. Parliamentary Affairs

Davids, Cindy & Grant Schubert. 2012. "The Global Architecture of Foreign Bribery Control: Applying the OECD Bribery Convention", in Adam Graycar & Russell G. Smith eds., Handbook of Global Research and Practice in Corruption

Davidson, J.S. 2007. Politics-as-Usual on Trial: Anti-Corruption Campaigns in Indonesia. Pacific Review

Davidson, S. 1999. Okeahalam and Bah on Corruption: A Comment. South African Journal of Economics

Davies, Mark. 2000. "Ethics in Government and the Issue of Conflicts of Interest", in Yassin El-Ayouty, Kevin J. Ford & Mark Davies eds., Government Ethics and Law Enforcement: Toward Global Guidelines (New York: Praeger Publishers)

Davis, Charles L., Roderic Ai Camp & Kenneth M. Coleman. 2004. The Influence of Party Systems on Citizens' Perceptions of Corruption and Electoral Response in Latin America. Comparative Political Studies

Davis, Diane E. 2006. Undermining the Rule of Law: Democratization and the Dark Side of Police Reform in Mexico. Latin American Politics & Society

229

Davis, J.H. & J.A. Ruhe. 2003. Perceptions of Country Corruption: Antecedents and Outcomes. Journal of Business Ethics

Davis, Jennifer. 2003. Corruption in Public Service Delivery: Experience from South Asia's Water and Sanitation Sector. World Development

Davis, Kevin E. 2002. Self-Interest and Altruism in the Deterrence of Transnational Bribery. American Law & Economics Review

Davis, Kevin E. 2010. "Does the Globalization of Anti-Corruption Law Help Developing Countries?", in International Economic Law, Globalization and Developing Countries 283-306 (Julio Faundez & Celine Tan eds.)

Davis, Kevin E. 2012. The Prospects for Anti-Corruption Law: Optimists versus Skeptics. Hague Journal on the Rule of Law

Davis, Kevin E. 2012. Why Does the United States Regulate Foreign Bribery: Moralism, Self-Interest, or Altruism? NYU Annual Survey of American Law

Davis, Kevin E. 2014. Regulation of Foreign Bribery: The FCPA Enforcement Model.Working paper.

Davis, Kevin E. 2015. "Regulation of Foreign Bribery: The FCPA Enforcement Model", in Susan Rose-Ackerman & Paul Lagunes eds., Greed, Corruption, and the Modern State

Davis, Kevin E., Guillermo Jorge & Maira Rocha Machado. 2015. Transnational Anticorruption Law in Action: Cases from Argentina and Brazil. Law & Social Inquiry

Davis, Kevin. 2009. Civil Remedies for Corruption in Government Contracting: Zero Tolerance versus Proportional Liability. Working paper.

Davis, Kevin. 2013. "Does the Globalization of Anti-Corruption Law Help Developing Countries?", in Susan Rose-Ackerman & Paul D. Carrington eds., Anti-Corruption Policy: Can International Actors Play a Constructive Role? (Durham: Carolina Academic Press)

Dawid, Herbert & Gustav Feichtinger. 1996. On the Persistence of Corruption. Journal of Economics

Dawson, H.J. 2014. Patronage from Below: Political Unrest in an Informal Settlement in South Africa. African Affairs

de Alencar, Carols Higino Rieiro & Ivo T. Gico, Jr. 2011. When Crime Pays: Measuring Judicial Performance Against Corruption in Brazil. Law & Buisness Review of the Americas

de Almeida, M.A. & B. Zagaris. 2015. Political Capture in the Petrobras Corruption Scandal: The Sad Tale of an Oil Giant. Fletcher Forum of World Affairs

De Beco, G. 2011. Monitoring Corruption from a Human Rights Perspective. International Journal of Human Rights

De Figueiredo, Miguel F.P., F. Daniel Hidalgo & Yuri Kasahara. 2011. When Do Voters Punish Corrupt Politicians? Experimental Evidence from Brazil. Working Paper.

De George, Richard T. 1997 "Sullivan Type" Principles for U.S. Multinationals in Emerging Economies. University of Pennsylvania Journal of International Economic Law

De Graaf, Gjalt & L.W.J.C. Huberts. 2008. Portraying the Nature of Corruption Using an Explorative Case Study Design. Public Administration Review

De Graaf, Gjalt, L. Huberts & J.M. Nelen. 2008. Is the Glass Half Full or Half Empty? Perceptions of the Scale and Nature of Corruption in the Netherlands. Perspectives on European Politics & Society

De Graaf, Gjalt, Patrick von Maravic & Pieter Wagenaar eds. 2010. The Good Cause: Theoretical Perspectives on Corruption (Farmington Hills: Budrich Publishing).

De Graaf, Gjalt. 2007. Causes of Corruption: Towards a Contextual Theory of Corruption. Public Administration Quarterly

de Groot, Henri, Gert-Jan Linders, Piet Rietveld & Uma Subramanian. 2004. The Institutional Determinants of Bilateral Trade Patterns. Kyklos

De Jaegere, Samuel. 2012. Principles for Anti-Corruption Agencies: A Game Changer. Jindal Journal of Public Policy

de Jong, Eelke & Christina Bogmans. 2011. Does Corruption Discourage International Trade? European Journal of Political Economy

de Jong, G., P.A. Tu & H. van Ees. 2015. The Impact of Personal Relationships on Bribery Incidence in Transition Economies. European Management Review

de Koker, L. & K. Harwood. 2015. Supplier Integrity Due Diligence in Public Procurerment: Limiting the Criminal Risk to Australia. Sydney Law Review

de Koker, Louis. 2012. "Applying Anti-Money Laundering Laws to Fight Corruption", in Adam Graycar & Russell G. Smith eds., Handbook of Global Research and Practice in Corruption

de la Croix, David & Clara Delavallade. 2009. Growth, Public Investment and Corruption with Failing Institutions. Economics of Governance

De la Croix, David & Clara Delavallade. 2011. Democracy, Rule of Law, Corruption Incentives, and Growth. Journal of Public Economic Theory

de la Croix, David & Clara Delavallade. 2014. Why Corrupt Governments May Receive More Foreign Aid. Oxford Economic Papers

de Maria, W. 2005. Whistleblower Protection: Is Africa Ready? Public Administration & Development

De Maria, William. 2007. Does African Corruption Exist? African Journal of Business Ethics

De Maria, William. 2008. "The New War on African Corruption: Just Another Neo-Colonial Adventure?", in Prasad, A. ed., Against the Grain: Advances in Postcolonial Organization Studies (Copenhagen: Liber & Copenhagen Business School Press).

De Maria, William. 2008. Cross Cultural Trespass: Assessing African Anti-Corruption Capacity. International Journal of Cross Cultural Management

De Maria, William. 2008. Measurements and Markets: Deconstructing the Corruption Perception Index. International Journal of Public Sector Management

de Mello, L. 2004. Can Fiscal Decentralization Strengthen Social Capital? Public Finance Review

De Mello, Luiz E. & Matias Barenstein. 2001. Fiscal Decentralization and Governance: A Cross-Country Analysis. IMF Working Paper 01/71.

De Michele, Roberto. 2004. "The Follow-Up Mechanism of the Inter-American Convention Against Corruption: Is the Glass Half-Empty?", Southwestern Journal of Law & Trade in the Americas

de Michele, Roberto. 2013. "How Can International Financial Institutions Support Countries' Efforts to Prevent Corruption under International Treaties and Agreements?", in Susan Rose-Ackerman & Paul D. Carrington eds., Anti-Corruption Policy: Can International Actors Play a Constructive Role? (Durham: Carolina Academic Press)

De Rosa, Donato, Nishaal Gooroochurn & Holger Gorg. 2010. Corruption and Productivity: Firm-Level Evidence from the BEEPS Survey. World Bank Policy Research Working Paper 5348.

De Simone, Francesco & Bruce Zagaris. 2014. Impact of Foreign Bribery Legislation on Developing Countries and the Role of Donor Agencies. U4 Brief

De Simone, Francesco & Nils Taxell. 2014. Donors and "Zero Tolerance for Corruption": From Principle to Practice. U4 Brief 2014:2.

de Sousa, Luis & Marcelo Moriconi. 2013. Why Voters Do Not Throw the Rascals Out? – A Conceptual Framework for Analysing Electoral Punishment of Corruption. Crime, Law & Social Change

de Sousa, Luis, Peter Larmour & Barry Hindess eds. 2009. Governments, NGOs and Anti-Corruption: The New Integrity Warriors (London: Routledge).

de Sousa, Luis. 2002. Hard Responses to Corruption: Penal Standards and the Repression of Corruption. Crime, Law & Social Change

de Sousa, Luis. 2011. Anti-Corruption Agencies: Between Empowerment and Irrelevance. Crime, Law & Social Change

de Speville, Bertrand. 2010. Overcoming Corruption: The Essentials. BPR Publishers.

de Speville, Betrand. 2010. Anticorruption Commissions: The 'Hong Kong Model' Revisited. Asia-Pacific Review

de Vaal, Albert & Wouter Ebben. 2011. Institutions and the Relation between Corruption and Economic Growth. Review of Development Economics

de Waal, A. 2014. When Kleptocracy Becomes Insolvent: Brute Causes of the Civil War in South Sudan. African Affairs

DeAses, Anne Janet. 2003. Developing Countries: Increasing Transparency and Other Methods of Eliminating Corruption in the Public Procurement Process. Public Contract Law Journal

DeBacker, Jason, Bradley T. Heim & Anh Tran. 2015. Importing Corruption Culture from Oversees: Evidence from Corporate Tax Evasion in the United States. Journal of Financial Economics

DeCelles, K.A., D.S. DeRue, J.D. Margolis & T.L. Ceranic. 2012. Does Power Corrupt or Enable: When and Why Power Facilitates Self-Interested Behavior. Journal of Applied Psychology

Dechenaux, Emmanual & Andrew Samuel. 2014. Announced vs. Surprise Inspections with Tipping Off. European Journal of Political Economy

Dechenaux, Emmanuel & Andrew Samuel. 2012. Preemptive Collusion, Hold-Up and Repeated Interactions. Economica.

Deckert, Joseph, Mikhail Myagkov & Peter C. Ordeshook. 2011. Benford's Law and the Detection of Election Fraud. Political Analysis

Deflem, Mathieu. 1995. Corruption, Law, and Justice: A Conceptual Clarification. Journal of Criminal Justice

Dehn, J., R. Reinikka & J. Svensson. 2003. "Survey Tools for Assessing Performance in Service Delivery", in F. Bourguignon & L.A.P. da Silva eds., The Impact of Economic Policies on Poverty and Income Distribution: Evaluation Techniques and Tools (Washington, DC: World Bank & Oxford University Press).

Deininger, Klaus & Paul Mpuga. 2005. Does Greater Accountability Improve the Quality of Public Service Delivery? Evidence from Uganda. World Development

Dekel, Eddie, Matthew O. Jackson & Asher Wolinsky. 2007. Vote Buying: General Elections. Journal of Political Economy

Del Monte, Alfredo & Erasmo Papagni. 2001. Public Expenditure, Corruption, and Economic Growth: The Case of Italy. European Journal of Political Economy

Del Monte, Alfredo & Erasmo Papagni. 2007. The Determinants of Corruption in Italy: Regional Panel Data Analysis. European Journal of Political Economy

dela Rama, Marie. 2012. Corporate Governance and Corruption: Ethical Dilemmas of Asian Business Groups. Journal of Business Ethics

Delaney, Patrick X. 2007. Transnational Corruption: Regulation Across Borders. Virginia Journal of International Law

Delavallade, Clara. 2006. Corruption and Distribution of Public Spending in Developing Countries. Journal of Economics and Finance

Delavallade, Clara. 2012. What Drives Corruption? Evidence from North African Firms. Journal of African Economics

DeLeon, P. 1989. Public Policy Implications of Systemic Political Corruption. Corruption & Reform

Delgado, M.S., N. Mccloud & S.C. Kumbhakar. 2014. A Generalized Model of Corruption, Foreign Direct Investment, and Growth. Journal of Macroeconomics

Dell'Anno, Roberto & Desiree Teobaldelli. 2015. Keeping both Corruption and the Shadow Economy in Check: The Role of Decentralization. International Tax & Public Finance

Della Porta, Donatella & Alberto Vannucci. 1999. Corrupt exchanges: Actors, and resources, mechanisms of political corruption. New York: Walter de Gruyter, Inc.

Della Porta, Donatella & Alberto Vannucci. 1997. The Resources of Corruption: Some Reflections from the Italian Case. Crime, Law & Social Change

Della Porta, Donatella & Alberto Vannucci. 2007. Corruption and Anti-Corruption: The Political Defeat of "Clean Hands" in Italy. West European Politics.

Della Porta, Donatella & Alberto Vanucci. 1997. The "Perverse Effects" of Political Corruption . Political Studies

Della Porta, Donatella. 1996. Actors in Corruption: Business Politicians in Italy. International Social Science Journal

Della Porta, Donatella. 2000. "Social Capital, Beliefs in Government, and Political Corruption," in Susan Pharr & Robert Putnam, eds. Disaffected Democracies: What's Troubling the Trilateral Countries? (Princeton: Princeton University Press)

Della Porta, Donatella. 2001. A Judges' Revolution? Political Corruption and the Judiciary in Italy. European Journal of Political Research

Della Porta, Donatella. 2004. Political Parties and Corruption: Ten Hypotheses on Five Vicious Circles. Crime, Law & Social Change

Della Porta, Dontatella & Alberto Vannucci. 2012. The Hidden Order of Corruption. Farnham: Ashgate.

Delzangles, Hubert. 2014. "Regulatory Authorities and Conflicts of Interest", in Jean-Bernard Auby, Emmanuel Breen & Thomas Perroud eds., Corruption and Conflicts of Interest: A Comparative Law Approach

Demas, Reagan R. 2008. All Hands on Deck: Collaborative Global Strategies in the Battle Against Corruption and Human Trafficking in Africa. University of St. Thomas Law Journal.

Demas, Reagan R. 2011. Moment of Truth: Development in Sub-Saharan Africa and Critical Alternations needed in Application of the Foreign Corrupt Practices Act and Other Anti-Corruption Initiatives. American University International Law Review

Demas, Regan R. 2014. Biting the Hands that Feed: Corporate Charity and the U.S. Foreign Corrupt Practices Act. American University International Law Review

Deming, S.H. 2014. Canada's Corruption of Foreign Public Officials Act and Secret Commissions Offense. American University International Law Review

Deming, Stuart H. 1999. Foreign Corrupt Practices. International Law

Deming, Stuart H. 2006. The Potent and Broad-Ranging Implications of the Accounting and Record-Keeping Provisions of the Foreign Corrupt Practices Act. Journal of Criminal Law & Criminology

den Nieuwenboer, Niki A. & Muel Kaptein. 2008. Spiraling Down into Corruption: A Dynamic Analysis of the Social Identity Processes That Cause Corruption in Organizations to Grow. Journal of Business Ethics

Deng, X.M. et al. 2014. Analysis of Fraud Risk in Public Construction Projects in China. Public Money & Management

Denisova-Schmidt, E. & M. Huber. 2014. Regional Differences in Perceived Corruption among Ukranian Firms. Eurasian Geography & Economics

Denolf, Bert. 2008. The Impact of Corruption on Foreign Direct Investment. Journal of World Investment & Trade

Department for International Development (UK). 2015. Why Corruption Matters: Understanding Causes, Effects and How to Address Them.

Depken, Craig A., II & Courtney L. Lafountain. 2006. Fiscal Consequences of Public Corruption: Empirical Evidence from State Bond Ratings, Public Choice

Desposato, Scott. 2012. Corruption and Electoral Rules. Working Paper.

Devadoss, S. & J. Luckstead. 2015. Can a Corrupt Ruling Party Win a Re-Election Through Vote Buying? Applied Economics 1-6.

Devarajan, S., S. Khemani & M. Walton. 2014. Can Civil Society Overcome Government Failure in Africa? World Bank Research Observer

Dewan, Torun & David P. Myatt. 2007. Scandal, Protection, and Recovery in the Cabinet. American Political Science Review.

Dewi, S. 2014. Balancing Privacy Rights and Legal Enforcement: Indonesian Practices. International Journal of Liability & Scientific Enquiry

Dey, Harendra K. 1989. The Genesis and Spread of Economic Corruption: A Microtheoretic Interpretation. World Development

Dhaliwal, Iqbal & Rema Hanna. 2013. Deal with the Devil: The Success and Limitations of Bureaucratic Reform in India. Working paper.

Dheera-aumpon, Siwapong. 2015. Can Shareholder Rights Protection Reduce Corruption in Lending? International Journal of Monetary Economics & Finance

Di John, Jonathan. 2011. Is There Really a Resource Curse? A Critical Survey of Theory and Evidence. Global Governance

Di Puppo, Lili. 2010. Anti-Corruption Interventions in Georgia. Global Crime

Di Puppo, Lili. 2014. The Construction of Success in Anti-Corruption Activity in Georgia. East European Politics

Di Tella, R. & R. MacCulloch. 2009. Why Doesn't Capitalism Flow to Poor Countries? Brookings Papers on Economic Activity

Di Tella, R., J. Donna & R. MacCulloch. 2008. Crime and Beliefs: Evidence from Latin America. Economics Letters.

Di Tella, Rafael & Ernesto Schargrodsky. 2003. The Role of Wages and Auditing During a Crackdown on Corruption in the City of Buenos Aires. Journal of Law & Economics

Di Tella, Rafael & Federico Weinschelbaum. 2008. Choosing Agents and Monitoring Consumption: A Note on Wealth as a Corruption-Controlling Device. Economic Journal

Di Tella, Rafael & Ignacio Franceschelli. 2011. Government Advertising and Media Coverage of Corruption Scandals. American Economic Journal: Applied Economics

Di Tella, Raphael & William Savedoff. 2001. "Shining Light in Dark Corners," in Diagnosis Corruption: Fraud in Latin America's Public Hospitals (Washington, D.C.: Inter-American Development Bank).

Diaby, Aboubacar & Kevin Sylwester. 2014. Bureaucratic Competition and Public Corruption: Evidence from Transition Countries. European Journal of Political Economy

Diaby, Aboubacar & Kevin Sylwester. 2015. Corruption and Market Competition: Evidence from Post-Communist Countries. World Development

Diaz-Cayeros, Alberto, Beatriz Magaloni & Vidal Romero. 2015. "Caught in the Crossfire: The Geography of Extortion and Police Corruption in Mexico", in Susan Rose-Ackerman & Paul Lagunes eds., Greed, Corruption, and the Modern State .

DiBiagio, Thomas M. 2000. Politics and the Criminal Process: Federal Public Corruption Prosecutions of Popular Public Officials Under the Honest Services Component of the Mail and Wire Fraud Statutes. Dickinson Law Review

Dick, Howard & Simon Butt. 2013. Is Indonesia as Corrupt as Most People Believe and Is It Getting Worse? Melbourne Law Schoole, CILIS Policy Paper.

Dicke, R.A., R.C. Henderickson & S. Kutz. 2014. NATO's Mafia Ally: The Strategic Consequences of Bulgarian Corruption. Comparative Strategy

Dickerson, Claire Moore. 1999. Political Corruption: Free-Flowing Opportunism. Connecticut Journal of International Law

Dietz, S., E. Neumayer & I. De Soysa. 2007. Corruption, the Resource Curse and Genuine Saving. Environment & Development Economics

diGenova, Joseph E. 1998. The Independent Counsel Act: A Good Time to End a Bad Idea. Georgetown Law Journal

Dillon, Amrita & Mandar Oak. 2015. Legalization of Bribe Giving When Bribe Type Is Endogenous. Journal of Public Economic Theory

Dillon, Amrita, Rebecca B. Morton & Jean-Robert Tyran. 2015. Corruption in Committees: An Experimental Study of Information Aggregation Through Voting. Journal of Public Economic Theory

Dimant, E. & B. Hehenkamp. 2014. More Money More Problems? An Experimental Investigation of the Impact of Wage Raises on Individual Corruptibility under Uncertainty. Working paper.

Dimant, Eugen, Tim Krieger & Daniel Meierrieks. 2013. The Effect of Corruption on Migration, 1985-2000. Applied Economics Letters

Dimant, Eugen, Tim Krieger & Margarete Redlin. 2013. A Crook Is a Crook … But Is He Still a Crook Abroad? On the Effect of Immigration on Destination-Country Corruption. Working paper.

Dimant, Eugen. 2014. The Antecedents and Effects of Corruption – A Reassessment of Current (Empirical) Findings. MPRA Working Paper

Dimant, Eugen. 2014. The Nature of Corruption – An Interdisciplinary Perspective. Center for International Economics, Working Paper

Dimitrov, M. 2015. Internal Government Assessments of the Quality of Governance in China. Studies in Comparative International Development

Dimitrova-Grajzi, Valentina, Peter Grajzi & A. Joseph Guse. 2012. Trust, Perceptions of Corruption, and Demand for Regulation: Evidence from Post-Socialist Countries. Journal of Socio-Economics

Dimock, Michael A. & Gary C. Jacobson. 1995. Checks and Choices: The House Bank Scandal's Impact on Voters in 1992. Journal of Politics

Dincer, Oguzhan & Michael Johnston. 2015. Measuring Illegal and Legal Corruption in American States: Some Resultes from the Edmond J. Safra Center for Ethics Corruption in America Survey. Working paper.

Dincer, Oguzhan C. & Burak Gunalp. 2012. Corruption and Income Inequality in the United States. Contemporary Economic Policy

Dincer, Oguzhan C. & Michael Johnston. 2014. Corruption Issues in State and Local Politics: Is Political Culture a Deep Determinant? Working paper.

Dincer, Oguzhan C. 2008. Ethnic and Religious Diversity and Corruption. Economics Letters

Dincer, Oguzhan C., Christopher J. Ellis & Glen R. Waddell. 2010. Corruption, Decentralization and Yardstick Competition. Economics of Governance

Dininio, Phyllis & Robert W. Orttung. 2005. Explaining Patterns of Corruption in the Russian Region. World Politics.

Dininio, Phyllis. 2005. "The Risks of Recorruption", in Bertram Spector ed. Fighting Corruption in Developing Countries: Strategies and Analysis (Bloomfield, CT: Kumarian Press)

Diokno, Benjamin E. 2012. Fiscal Decentralization after 20 Years: What Have We Learned? Where Do We Go from Here? Philippine Review of Economics 49(1): Dion, M. 2011. Corruption, Fraud and Cybercrime as Dehumanizing Phenomena. International Journal of Social Economics

DiPietro, William R. & Michele S. Flint. 2012. Political Corruption, Economic Incentive, Educational Resource Input, and the Quality of Human Capital: A Panel Analysis Over 84 Twenty-Five Years for the Fifty U.S. States. International Journal of Economics & Finance

DiRienzo, C. & J. Das. 2015. Innovation and the Role of Corruption and Diversity: A Cross-Country Study. International Journal of Cross Cultural Management  DiRienzo, Cassandra E., Joyoti Das, Kathryn T. Cort & John Burbridge Jr. 2007.

Corruption and the Role of Information. Journal of International Business Studies

Disch, Arne, Endre Vigeland & Geir Sundet. 2009. Anti-Corruption Approaches: A Literature Review. Sutdy 2/2208. Oslo: Norad.

Dissou, Yazid & Tatsiana Yakautsava. 2012. Corruption, Growth, and Taxation. Theoretical Economics Letters

Ditton, Jason. 1977. Perks, Pilferage and the Fiddle: The Historical Structure of Invisible Wages. Theory & Society.

Dix, S., K. Hussmann & G. Walton. 2012. Risks of Corruption to State Legitimacy and Stability in Fragile Situations. U4 Issue No. 3.

Dixit, Avinash. 2014. How Business Community Institutions Can Help Fight Corruption. World Bank Policy Research Working Paper 6954.

Djankov, Simeon, Caralee McLiesh, Tatiana Nenova & Andrei Shleifer. 2003. Who Owns the Media? Journal of Law & Economics

Djankov, Simeon, Jose G. Montalvo & Marta Reynal-Querol. 2008. The Curse of Aid. Journal of Economic Growth

Djankov, Simeon, Rafael La Porta, Florencio Lopez-de-Silanes & Andrei Shleifer. 2010. Disclosure by Politicians. American Economic Journal: Applied Economics

Djankov, Simeon, Rafael La Porta, Florencio Lopez-de-Silanes & Andrei Shleifer. 2002. The Regulation of Entry. Quarterly Journal of Economics

Dobratz, B.A. & S. Whitfield. 1992. Does Scandal Influence Voters' Party Preference? The Case of Greece During the Papandreou Era. European Sociological Review

Dobson, Carlyn & Antonio Rodriguez Andres. 2011. Is Corruption Really Bad for Inequality? Evidence from Latin America. Journal of Development Studies

Dobson, Stephen & Carlyn Ramlogan-Dobson. 2010. Is There a Trade-Off between Corruption and Inequality? Evidence from Latin America. Economics Letters

Dobson, Stephen & Carlyn Ramlogan-Dobson. 2012. Inequality, Corruption and the Informal Sector. Economics Letters

Dobson, Stephen & Carlyn Ramlogan-Dobson. 2012. Why Is Corruption Less Harmful to Inequality in Latin America? World Development.

Doh, J., P. Rodriguez, K. Uhlenbruck, J. Collins & L. Eden. 2003. Coping with Corruption in Foreign Markets. Academy of Management Executive

Doig, A. & D. Norris. 2012. Improving Anticorruption Agencies as Organisations. Journal of Financial Crime

Doig, A. & M. Tisne. 2009. A Candidate for Relegation? Corruption, Governance Approaches and the (Re)construction of Post-War States. Public Administration & Development

Doig, A. & S. McIvor. 1999. Corruption and its Control in the Developmental Context: An Analysis and Selective Review of the Literature. Third World Quarterly

Doig, A., D. Watt & R. Williams. 2006. Hands-On or Hands-Off? Anti-Corruption Agencies in Action, Donor Expectations, and a Good Enough Reality. Public Administration & Development

Doig, Alan & Heather Marquette. 2005. Corruption and Democratisation: The Litmus Test of International Donor Agency Intentions? Futures

Doig, Alan & Robin Theobald, eds. 2000. Corruption and Democratization (London: Frank Cass).

Doig, Alan & Stephanie McIvor. 2003. The National Integrity System: Assessing Corruption and Reform. Public Administration & Development

Doig, Alan & Stephen Riley. 1998. "Corruption and Anti-Corruption Strategies: Issues and Case Studies from Developing Countries", in Corruption: Integrity Improvement Initiatives in Developing Countries.

Doig, Alan, David Watt & Robert Williams. 2007. Why Do Developing Country Anti-Corruption Commissions Fail to Deal with Corruption? Understanding the Three Dilemmas of Organisational Development, Performance Expectation, and Donor and Government Cycles. Public Administration & Development

Doig, Alan, Stephanie McIvor & Robin Theobald. 2006. Using Corruption Indicators or Descriptors to Assess State Development: Numbers, Nuances and Moving Targets. International Review of Administrative Sciences

Doig, Alan. 1995. Good Government and Sustainable Anti-Corruption Strategies: A Role for Independent Anti-Corruption Agencies? Public Administration and Development

Doig, Alan. 1998. Dealing with Corruption: The Next Steps. Crime, Law & Social Change

Doig, Alan. 1999. In the State We Trust? Democratisation, Corruption and Development. Journal of Commonwealth & Comparative Politics

Doig, Alan. 2006. Dirty Hands and the Donors: Dealing with Corruption in a Post-Mugabe Zimbabwe. Political Quarterly

Doig, Alan. 2007. Not as Easy as it Sounds? Delivering the National Integrity System Approach in Practice: The Case Study of the National Anticorruption Programme in Lithuania. Public Administration Quarterly

Doig, Alan. 2014. Roadworks Ahead? Addressing Fraud, Corruption and Conflict of Interest in English Local Government. Local Government Studies

Dolan, Kathleen, Bruce McKeown & James M. Carlson. 1988. Popular Conceptions of Political Corruption: Implications for the Empirical Study of Political Ethics. Corruption and Reform

Dollar, David, Raymond Fisman & Roberta Gatti. 2001. Are Women Really the "Fairer" Sex? Corruption and Women in Government. Journal of Economic Behavior

Domfeh, Kwame Ameyaw & Justice Nyigmah Bawole. 2011. Muting the Whistleblower Through Retaliation in Selected African Countries. Journal of Public Affairs.

Domokos, L. 2015. Strengthening Integrity Against Corruption: The Integrity Project of the State Audit Office of Hungary. International Journal of Government Auditing

Donadelli, M., M. Fasan & B. Magnanelli. 2014. The Agency Problem, Financial Performance and Corruption: Country, Industry and Firm Level Perspectives. European Management Review

Donais, T. 2003. The Political Economy of Stalemate: Organised Crime, Corruption and Economic Development in Post-Dayton Bosnia. Conflict, Security & Development

Donaldson, T. & T.W. Dunfee. 1999. Ties that Bind: A Social Contracts Approach to Business Ethics (Boston, MA: Harvard Business School Press).

Donchev, Dilyan & Gergely Ujhelyi. 2014. What Do Corruption Indices Measure? Economics & Politics

Dong, Bin & Benno Torgler. 2009. Corruption and Political Interest: Empirical Evidence at the Micro Level. Journal of Interdisciplinary Economics

Dong, Bin & Benno Torgler. 2009. Corruption, Social Norms and Political Interest. Empirical Economics Letters.

Dong, Bin & Benno Torgler. 2010. The Consequences of Corruption: Evidence from China. Working Paper.

Dong, Bin & Benno Torgler. 2011. Democracy, Property Rights, Income Equality, and Corruption. Working paper.

Dong, Bin & Benno Torgler. 2012. Corruption and Social Interaction: Evidence from China. Journal of Policy Modeling

Dong, Bin & Benno Torgler. 2013. Causes of Corruption: Evidence from China. China Economic Review

Dong, Bin, Uwe Dulleck & Benno Torgler. 2012. Conditional Corruption. Journal of Economic Psychology

Donohue, J. 2015. Combatting Fraud, Waste and Abuse: A More Proactive Approach is the Answer. Journal of Government Financial Management

Dormaels, Arne. 2014. Perceptions of Corruption in Flanders: Surveying Citizens and Police. A Study on the Influence of Occupational Differential Association on Perceptions of Corruption. Policing & Society

Dorotinsky, W. & S. Pradhan. 2007. "Exploring Corruption in Public Financial Management" , in J.E. Campos & S. Pradhan eds., The Many Faces of Corruption: Tracking Vulnerabilities at the Sector Level (Washington, D.C.: World Bank).

Dort, T., P. Meon & K. Sekkat. 2014. Does Investment Spur Growth Everywhere? Not Where Institutions Are Weak. Kyklos

dos Santos, L.A. & P.M.T. da Costa. 2014. The Contribution of Lobby Regulation Initiatives in Addressing Political Corruption in Latin America. Journal of Public Affairs

Doty, James R. 2007. Toward a Reg FCPA: A Modest Proposal for Change in Administering the Foreign Corrupt Practices Act. Business Lawyer

Douoguih, K.C. 2005. Does Mineral Resource Dependence Foster Corruption? Working paper.

Dowd, Raymond J. 1991. Civil RICO Misread: The Judicial Repeal of the 1988

Amendments to the Foreign Corrupt Practices Act. Fordham International Law Journal .

Drabek, Z. & W. Payne. 2001. The Impact of Transparency on Foreign Direct Investment. WTO Working Paper ERAD-99-02.

Drackle, Dorle. 2005. "Where the Jeeps Come From: Narratives of Corruption in the Alentejo (Southern Portugal)", in Dieter Haller & Chris Shore eds., Corruption: Anthropological Perspectives (Pluto Press).

Dreher, A. & T. Herzfeld. 2005. "The Economic Costs of Corruption: A Survey and New Evidence", in F.N. De Luca ed., Economic Corruption: Detection, Costs and Prevention (Nova Science).

Dreher, A., P.G. Meon & F. Schneider. 2014. The Devil Is in the Shadow. Do Institutions Affect Income and Productivity or Only Official Income and Official Productivity? Public Choice

Dreher, Axel & Friedrich Schneider. 2010. Corruption and the Shadow Economy: An Empirical Analysis.

Dreher, Axel & Lars-H.R. Siemers. 2009. The Intriguing Nexus Between Corruption and Capital Account Restrictions.

Dreher, Axel & Martin Gassebner. 2013. Greasing the Wheels? The Impact of Regulations and Corruption on Firm Entry.

Dreher, Axel, Christos Kotsogiannis & Steve McCorriston. 2007. Corruption Around the World: Evidence from a Structural Model. Journal of Comparative Economics

Dreher, Axel, Christos Kotsogiannis & Steve McCorriston. 2009. How Do Institutions Affect Corruption and the Shadow Economy? International Tax & Public Finance

Drezner, Daniel W. & Nancy Hite-Rubin. 2014. Does Military Power Attract (Corrupt) Foreign Investment? An Empirical Investigation. Working paper.

Drugov, Mikhail, John Hamman & Danila Serra. 2013. Intermediaries in Corruption: An Experiment. Experimental Economics

Drugov, Mikhail. 2010. Competition in Bureaucracy and Corruption. Journal of Development Economics

Drury, A. Cooper, Jonathan Krieckhaus & Michael Lusztig. 2006. Corruption, Democracy, and Economic Growth, International Political Science Review

Du, J. 2008. Corruption and Corporate Finance Patterns: An International Perspective. Pacific Economic Review 13: 183-208.

Dubois, Pascale Hélène & Aileen Elizabeth Nowlan. 2010. Global Administrative Law and the Legitimacy of Sanctions Regimes in International Law. Yale Journal of International Law Online

Dubois, Pascale Hélène et al. 2013. "Sanctions at the World Bank and the Inter-American Development Bank: Addressing Corruption and Fraud in Development Assistance", in Alessandra Del Debbio et al., eds., Temas de Anticorrupção & Compliance

Dubois, Pascale Helene. 2012. Domestic and International Adminsitrative Tools to Combat Fraud & Corruption: A Comparison of US Suspension and Debarment with the World Bank's Sanctions System. University of Chicago Legal Forum

Dubrovskiy, Vladimir. 2006. Towards Effective Anti-Corruption Strategies in Ukraine: Removing the Cornerstone without Toppling the Building. Centre for Social and Economic Research (Warsaw): Studies & Analysis No. 322.

Duckett, Jane. 2001. Bureaucrats in Business, Chinese Style: The Lessons of Market Reform and State Entrepreneurialsim in the People's Republic of China. World Development

Dudas, Stefan & Nikolaos Tsolakidis. 2013. Host-State Counterclaims: A Remedy for Fraud or Corruption in Investment-Treaty Arbitration? Transnational Dispute Management

Dudley, L. & C. Montmarquette. 1987. Bureaucratic Corruption as a Constraint on Vote Choice.

Duflo, Esther & Petia Topalova. 2004. Underappreciated Service: Performance, Perceptions, and Women Leaders in India. Working paper.

Duflo, Esther, Michael Greenstone, Rohini Pande & Nicholas Ryan. 2013. Truth-Telling by Third-Party Auditors and the Response of Polluting Firms: Experimental Evidence from India. Quarterly Journal of Economics

Duflo, Esther, Rema Hanna & Stephen P. Ryan. 2012. Incentives Work: Getting Teachers to Come to School. American Economic Review

Dufwenberg, Martin & Giancarlo Spagnolo. 2015. Legalizing Bribe Giving. Economic Inquiry3.

Dugard, John. 2013. "Corruption: Is there a Need for a New Convention?", in Susan Rose-Ackerman & Paul D. Carrington eds., Anti-Corruption Policy: Can International Actors Play a Constructive Role? (Durham: Carolina Academic Press)

Duggan, M. & S. Levitt. 2002. Winning Isn't Everything: Corruption in Sumo Wrestling. American Economic Review

Dumas, L. J. Wedel. & G. Callman. 2010. Confronting Corruption, Building Accountability: Lessons from the World of International Development Advising. (New York: Palgrave).

Duncan, Christopher J. 2000. Comments on the 1998 Foreign Corrupt Practices Act Amendments: Moral Empiricism or Moral Imperialism? Asian-Pacific Law & Policy Journal

Duncan, Nick. 2006. "The Non-Perception Based Measurement of Corruption: A Review of Issues and Methods from a Policy Perspective", in Charles Sampford, Arthur Shacklock, Carmel Connors & Fredrik Galtung eds., Measuring Corruption (Ashgate)

Dunfee, Thomas W. & David Hess. 2001. Getting from Salbu to the "Tipping Point": The Role of Corporate Action Within a Portfolio of Anti-Corruption Strategies. Northwestern Journal of International Law & Business

Dusek, Libor, Andreas Ortman & Lizal Lubomir. 2005. Understanding Corruption and Corruptibility Through Experiments. Prague Economic Papers

Dusha, E. 2015. Intermediated Corruption. International Economic Review.

Dussuyer, Inez, Stephen Mumford & Glenn Sullivan. 2012. "Reporting Corrupt Practices in the Public Interest: Innovative Approaches to Whistleblowing", in Adam Graycar & Russell G. Smith eds., Handbook of Global Research and Practice in Corruption

Dutt, Pushan & Daniel Traca. 2010. Corruption and Bilateral Trade Flows: Extortion or Evasion? Review of Economics & Statistics

Dutt, Pushan. 2009. Trade Protection and Bureaucratic Corruption: An Empirical Investigation. Canadian Journal of Economics

Dutta, Bhaskar & Poonam Gupta. 2012. How Indian Voters Respond to Candidates with Criminal Charges: Evidence from the 2009 Lok Sabha Elections. Working paper.

Dutta, I. & A. Mishra. 2004. Corruption and Competition in the Presence of Inequality and Market Imperfections. Working paper.

Dutta, Nabamita, Saibal Kar & Sanjukta Roy. 2013. Corruption and Persistent Informality: An Empirical Investigation for India. International Review of Economics & Finance

Duvanova, Denissa. 2012. Bureaucratic Discretion and the Regulatory Burden: Business Environments Under Alternative Regulatory Regimes. British Journal of Political Science

Duvanova, Dinissa. 2014. Economic Regulations, Red Tape, and Bureaucratic Corruption in Post-Communist Economies. World Development

Dwivedi, O.P., D.S. Mishra & Meera Mishra. 2009. "Combating Corruption in India: Challenges and Approaches", in Gong, T. & S.K. Ma eds., Preventing Corruption in Asia: Institutional Design and Policy Capacity (London: Routledge), Dwyer, L., K. Golden & S. Lehman. 2014. Public Corruption. American Criminal Law Review

Dye, K. 2007. "Corruption and Fraud Detection by Supreme Audit Institutions", in A. Shah ed., Performance Accountability and Combating Corruption (World Bank).

Dye, K.M. & R. Stapenhurst. 1998. Pillars of Integrity: The Importance of Supreme Audit Institutions in Curbing Corruption (Washington, D.C.: World Bank).

Dza, Mawuko, Rod Gapp & Ron Fisher. 2015. Taking the Professionalism Out of the Profession: A Study of Procurement and Africa. International Journal of Procurement Management 8(3):.

Dzamtovska-Zdrvkovska, S., J. Denkova & A. Majhosev. 2014. Transparecy v.

Corruption: The Case of Republic of Macedonia. Bulgarian Journal of Science & Education Policy

Dzhumashev, Ratbek. 2014. Corruption and Growth: The Role of Governance, Public Spending, and Economic Development. Economic Modelling

Dzhumashev, Ratbek. 2014. The Two-Way Relationship Between Government Spending and Corruption and its Effects on Economic Growth. Contemporary Economic Policy

Ear, Sophal. 2007. Does Aid Dependence Worsen Governance? International Public Management Journal

Earle, B.H. & A. Cava. 2014. The Penumbra of the United States' Foreign Corrupt Practices Act: Brazil's Clean Companies Act and Implications for the Pharmaceutical Industry. Richmond Journal of Global Law & Business

Earle, Beverly & Anita Cava. 2008. Are Anti-Corruption Efforts Paying Off? International and National Measures in the Asia-Pacific Region and Their Impact on India and Multinational Corporations. University of Hawaii Law Review

Earle, Beverly. 1996. The United States' Foreign Corrupt Practices Act and the OECD - Anti-Bribery Recommendations: When Moral Suasion Won't Work, Try the Money Argument. Dick. J. Int'l L.

Earle, Beverly. 2000. Bribery and Corruption in Eastern Europe, the Baltic States, and the Commonwealth of Independent States: What Is To Be Done? Cornell International Law Journal

Easterly, William & R. Levine. 1997. Africa's Growth Tragedy: Politics and Ethnic Divisions. Quarterly Journal of Economics

Eboe-Osuji, Chile. 2005. "Kleptocracy: A Desired Subject of International Criminal Law that Is in Dire Need of Prosecution by Universal Jurisdication", in Evelyn A. Ankumah & Edward K. Kwakwa eds., African Perspectives on International Criminal Justice

Echazu, Luciana & Nuno Garoupa. 2010. Corruption and the Distortion of Law Enforcement Effort. American Law & Economics Review.

Echazu, Luciana & Pinaki Bose. 2008. Corruption, Centralization, and the Shadow Economy. Southern Economic Journal

Echazu, Luciana. 2010. Corruption and the Balance of Gender Power. Review of Law & Economics4.

Ecker, Alejandro, Konstantin Glinitzer & Thomas M. Meyer. 2015. Corruption Performance Voting and the Electoral Context. European Political Science Review (forthcoming).

Efobi, Uchenna. 2015. Politicians' Attributes and Institutional Quality in Africa: A Focus on Corruption. Journal of Economic Issues

Egger, Peter & Hannes Winner. 2005. Evidence on Corruption as an Incentive for Foreign Direct Investment. European Journal of Political Economy

Egger, Peter & Hannes Winner. 2007. How Corruption Influences Foreign Direct Investment: A Panel Data Study. Economic Development & Cultural Change

Eggers, Andrew & Arthur Spirling. 2013. Guarding the Guardians: Legislative Self-Policing and Electoral Corruption in Victorian Britain. Quarterly Journal of Political Science

Eggers, Andrew C. & Jens Hainmueller. 2009. MPs for Sale? Returns to Office in Postwar British Politics. American Political Science Review

Eggers, Andrew C. & Jens Hainmueller. 2013. Capitol Losses: The Mediocre Performance of Congressional Stock Portfolios. Journal of Politics

Eggers, Andrew. 2014. Partisanship and Electoral Accountability: Evidence from the UK Expenses Scandal. Quarterly Journal of Political Science

Egorov, Georgy, Sergei Guriev & Konstantin Sonin. 2009. Why Resource-Poor Dictators Allow Freer Media: A Theory and Evidence from Panel Data. American Political Science Review

Ehrlich, Isaac & Francis T. Lui. 1999. Bureaucratic Corruption and Endogenous Economic Growth, Journal of Political Economy

Eicher, T., C. Garcia-Penalosa & T. Van Ypserspele. 2009. Education, Corruption, and the Distribution of Income. Journal of Economic Growth

Eigen, Peter. 2002. Measuring and Combating Corruption. Policy Reform

Eigen, Peter. 2007. Fighting Corruption in a Global Economy: Transparency Initiatives in the Oil and Gas Industry. Houston Journal of International

Einhorn, Aaron. 2007. The Evolution and Endpoint of Responsibility: The FCPA, SOX, Socialist-Oriented Governments, Gratuitous Promises, and a Novel CSR Code. Denver Journal of International Law & Policy

Eisler, Jacob. 2011. The Unspoken Institutional Battle Over Anticorruption: Citizens United, Honest Services, and the Legislative-Judicial Divide. First Amendment Law Review

Elbadawi, I. & R. Soto. 2012. Resource Rents, Political Economy and Economic Growth. Working paper.

Elbahnasawy, Nasr G. & Charles F. Revier. 2012. The Determinants of Corruption: Cross-Country-Panel-Data Analysis. The Developing Economies

Elbahnasawy, Nasr G. 2014. E-Government, Internet Adoption, and Corruption: An Empirical Investigation. World Development

Eldreidge, Tull. 2013. Without Bounds: Navigating Corporate Compliance Through Enforcement of the Foreign Corrupt Practices Act. Arkansas Law Review

Eliason, Randall D. 2009. Surgery with a Meat Axe: Using Honest Services Fraud to Prosecute Federal Corruption. Journal of Criminal Law & Criminology

Eliat, Y. & C. Zinnes. 2002. The Shadow Economy in Transition Countries: Friend or Foe? A Policy Perspective. World Development

Elliot, Kimberly Ann, ed. 1997. Corruption and the Global Economy. Washington, D.C.: Institute for International Economics.

Elliott, Kimberly Ann. "Corruption as an International Policy Problem: Overview and Recommendations", in Elliott, Kimberly Ann ed., Corruption and the Global Economy (Institute for International Economics)

Elliott, Kimberly Ann. 1998. The Problem of Corruption: A Tale of Two Countries. Northwestern Journal of International Law & Business

Ellis, S. 2006. The Roots of African Corruption. Current History

Emerson, Patrick M. 2002. Corruption and Industrial Dualism in Less Developed Countries. Journal of International Trade & Economic Development

Emerson, Patrick M. 2006. Corruption, Competition and Democracy. Journal of Development Economics

Enderwick, Peter. 2005. What's Bad About Crony Capitalism? Asian Business & Management

Engel, Christopher, Sebastian J. Georg & Gaoneng Yu. 2013. Symmetric vs. Asymmetric Punishment Regimes for Bribery. Working paper.

Engle, Eric. 2010. I Get By With a Little Help From My Friends? Understanding the U.K. Anti-Bribery Statute, by Reference to the OECD Convention and the Foreign Corrupt Practices Act. International Lawyer

Engvall, J. 2014. Why Are Public Offices Sold in Kyrgyzstan? Post-Soviet Affairs

Engvall, Johan. 2012. Against the Grain: How Georgia Fought Corruption and What It Means. Central Asia-Caucasus Institute & Silk Road Studiees Program, Silk Road Paper.

Eniayejuni, A. & N.S. Evcan. 2015. Nigeria: Corruption Arising from Bad Leadership. European Scientific Journal

Enikolopov, Ruben & Ekaterina Zhuravskaya. 2007. Decentralization and Political Institutions. Journal of Public Economics

Enikolopov, Ruben, Maria Petrova & Konstantin Sonin. 2013. Social Media and Corruption. Working paper.

Ensor, T. 2004. Informal Payments for Health Care in Transition Economies. Social Science & Medicine.

Epperly, B. & T. Lee. 2015. Corruption and NGO Sustainability: A Panel Study of Post-Communist States. Voluntas: International Journal of Voluntary & Nonprofit Organizations

Erard, Brian & Jonathan Feinstein. 1994. Honesty and Evasion in the Tax Compliance Game. Rand Journal of Economics

Eren, T. & A. Jimenez. 2015. Institutional Quality Similarity, Corruption Distance and Inward FDI in Turkey. Journal for East European Management Studies

Erlingsson, Gissur O., Andreas Bergh & Mats Sjolin. 2008. Public Corruption in Swedish Municipalities: Trouble Looming on the Horizon? Local Government Studies

Ernst, Joshua. 2011. The Dodd-Frank Whistleblower Provision: Throwing Fuel on the Fire for Foreign Corrupt Practices Act Compliance. Arizona State Law Journal.

Erwin, P.M. 2010. Corporate Codes of Conduct: The Effects of Code Content and Quality on Ethical Performance. Journal of Business Ethics

Esarey, Justin & Gina Chirillo. 2013. "Fairer Sex" or Purity Myth? Corruption, Gender, and Institutional Context. Politics & Gender.

Escaleras, M., N. Anbarchi & C. Register. 2007. Public Sector Corruption and Major Earthquakes: A Potentially Deadly Interaction. Public Choice

Escaleras, Monica, Shu Lin & Charles Register. 2010. Freedom of Information Acts and Public Sector Corruption. Public Choice

Escobar-Lemmon, M. & A.D. Ross. 2014. Does Decentralization Improve Perceptions of Accountability? Attitudinal Evidence from Colombia. American Journal of Political Science

Escresa, Laarni & Lucio Picci. 2013. A New Cross-National Measure of Corruption. Working paper.

Eskeland, Gunnar S. & Henrik Thiele. 1999. Corruption Under Moral Hazard. World Bank Research Working Paper 2204.

Espinosa-Ramirez, R. 2015. Corruption, Trade, and Institutional Reforms. International Journal of Trade & Global Markets

Estache, A., A. Goicoechea & L. Trujillo. 2006. Utilities Reform and Corruption in Developing Countries. World Bank Policy Research Working Paper

Estache, Antonio & Liam Wren-Lewis. 2011. "Anti-Corruption Policy in Theories of Sector Regulation", in International Handbook on the Economics of Corruption, Vol. II. (Edward Elgar Publishing).

Etzioni, Amitai. 1988. Capital Corruption: The New Attack on American Democracy.

Everett, Jeff, D. Neu & A.S. Rahman. 2007. Accounting and the Global Fight Against Corruption. Accounting, Organizations & Society

Everhart, S.S., J. Martinez-Vazquez & R.M. McNab. 2009. Corruption, Governance, Investment and Growth in Emerging Markets. Applied Economics

Evrenk, H. 2011. Why a Clean Politician Supports Dirty Politics: A Game-Theoretical Explanation for the Persistence of Political Corruption. Journal of Economic Behavior & Organization

Evrensel, Ayse Y. 2009. Differences in Bank Regulation: The Role of Governance and Corruption. Journal of Economic Policy Reform

Ewoh, A.I.E., A. Matei & L. Matei. 2013. Corruption, Public Integrity, and Globalization in South-Eastern European States: A Comparative Analysis. Theoretical & Applied Economics

Faber, Gerrit & Michiel Gerritse. 2012. Foreign Determinants of Local Institutions: Spatial Dependence and Openness. European Journal of Political Economy

Fabrizi, Simona & Steffen Lippert. 2012. Corruption and Public Display of Wealth. University of Otago Economics Discussion Papers No. 1202.

Faccio, Mara & David C. Parsley. 2009. Sudden Deaths: Taking Stock of Geographic Ties. Journal of Financial & Quantitative Analysi

Faccio, Mara, Ronald W. Masulis & John J. McConnell. 2006. Political Connections and Corporate Bailouts. Journal of Finance

Faccio, Mara. 2006. Politically Connected Firms. American Economic Review

Fackler, Tim & Tse-min Lin. 1995. Political Corruption and Presidential Elections, 1929-1992. Journal of Politics

Factor, R. & M. Kang. 2015. Corruption and Population Health Outcomes: An Analysis of Data from 133 Countries Using Structural Equation Modeling. International Journal of Public Health

Fadairo, O. & A. Ladele. 2014. Attitudes and Perception of Corrupt Practices among Public Officials in the Agricultural Sector in Southwestern Nigeria. Developing Country Studies

Fafchamps, Marcel & Julien Labonne. 2013. Do Politicians' Relatives Get Better Jobs? Evidence from Municipal Elections in the Philippines. Working paper.

Fahr, R. & B. Djawadi. 2013. The Impact of Risk Perception and Risk Attitudes on Corrupt Behavior: Evidence from a Petty Corruption Experiment. IZA Discussion Paper No. 738.

Falaschetti, Dino & Gary Miller. 2001. Constraining the Leviathan: Moral Hazard and Credible Commitment in Constitutional Design. Journal of Theoretical Politics

Falkingham, J. 2004. Poverty, Out-of-Pocket Payments and Access to Health Care: Evidence from Tajikistan. Social Science & Medicine.

Fallon, F. & B.J. Cooper. 2015. Corporate Culture and Greed—The Case of the Australian Wheat Board. Australian Accounting Review.

Fan, C. Simon, Chen Lin & Daniel Treisman. 2009. Political Decentralization and Corruption: Evidence from Around the World, Journal of Public Economics

Fan, J., F. Guan, Z. Li & Y. Yang. 2014. Relationship Networks and Earnings Informativeness: Evidence from Corruption Casese. Journal of Business Finance & Accounting

Fan, Joseph P.H., Oliver Meng Rui & Mengxin Zhao. 2008. Public Governance and Corporate Finance: Evidence from Corruption Cases. Journal of Comparative Economics

Fan, Joseph P.H., Zengquan Li & Yong George Yang. 2010. Relationship Networks and Earnings Informativeness: Evidence from Corruption Cases. Working paper.

Fanjul, Jose Armando. 2008. Corporate Corruption in Latin America: Acceptance, Bribery, Compliance, Denial, Economics, and the Foreign Corrupt Practices Act. Penn State International Law Review

Fantaye, Dawit Kiros. 2004. Fighting Corruption and Embezzlement in Third World Countries. Journal of Criminal Law

Fariello, Frank A., Jr. & Conrad C. Daly. 2013. Coordinating the Fight against Corruption among MDBs: The Past, Present, and Future of Sanctions. George Washington International Law Review

Farla, K. 2014. Determinants of Firms' Investment Behavior: A Multilevel Approach. Applied Economics

Faruq, H., M. Webb & D. Yi. 2013. Corruption, Bureaucracy and Firm Productivity in Africa. Review of Development Economics

Fasano, Dominique T. 2012. United States v. Aguilar: District Court Attempts Clarification of the Foreign Corrupt Practices Act by Further Defining "Foreign Official". Tulane Journal of International & Comparative Law

Faughman, Brian M. & Mitchell A. Seligson. 2015. "Corruption in Latin America: A View from the AmericasBarometer" , in Paul M. Heywood ed., The Routledge Handbook of Political Corruption (New York: Routledge)

Fay, Christopher. 1995. Political Sleaze in France: Forms and Issues. Parliamentary Aff.

Fazekas, M. & I. Toth. 2014. From Corruption to State Capture: A New Analytical Framework with Emprical Applications from Hungary. Working paper.

Fazekas, Mihaly, Istvan Janos Toth & Lawrence Peter King. 2013. Anatomy of Grand Corruption: A Composite Corruption Risk Index Based on Objective Data. CRCB Working Paper.

Fazekas, Mihaly, Jana Chvalkovska, Jiri Skuhrovec, Istvan Janos Toth & Lawrence Peter King. 2013. Are EU Funds a Corruption Risk? The Impact of EU Funds on Grand Corruption in Central and Eastern Europe. CRCB Working Paper

Fedran, J., B. Dobovsek & B. Azman. 2015. Assessing the Preventive Anti-Corruption Efforts in Slovenia. Varstvoslovje

Feichtinger, Gustav & Franz Wirl. 1994. On the Stability and Potential Cyclicity of Corruption in Governments Subject to Popularity Constraints. Mathematical Social Sciences.

Feichtinger, Gustav. 2000. On the Economics of Corruption and Illicit Drugs. Applications of Mathematics and Statistics in Economy

Fein, E. & J. Weibler. 2014. Cognitive Basis for Corruption and Attitudes towards Corruption in Organizations Viewed from a Structuralist Adult Developmental Meta-Perspective. Behavioral Development Bulletin

Fein, E. & J. Weibler. 2014. Review and Shortcomings of Literature on Corruption in Organizations in Offering a Multi-Faceted and Integrative Understanding of the Phenomenon. Behavioral Development Bulletin

Feliciano, Florention P. 2012. Random Reflections on the Bar, Corruption and the Practice of Law. Philippine Law Journal

Fell, Dafydd. 2005. Political and Media Liberalization and Political Corruption in Taiwan. China Quarterly

Felson, Marcus. 2012. "Corruption in the Broad Sweep of History", in Adam Graycar & Russell G. Smith eds., Handbook of Global Research and Practice in Corruption ,

Fendo, Julie. 2000. Attacking the Tools of Corruption: The Foreign Money Laundering Deterrence and Anticorruption Act of 1999. Fordham International Law Journal 23: 1540-1576.

Fernandez-Vazquez, Pablo, Pablo Barbera & Gonzalo Rivero. 2013. Rooting Out Corruption or Rooting For Corruption? The Heterogeous Electoral Consequences of Scandals. Working paper.

Ferraz, Claudio & Frederico Finan. 2008. Exposing Corrupt Politicians: The Effects of Brazil's Publicly Released Audits on Electoral Outcomes. Quarterly Journal of Economics

Ferraz, Claudio & Frederico Finan. 2010. Motivating Politicians: The Impact of Monetary Incentives on Quality and Performance. (Working paper)

Ferraz, Claudio & Frederico Finan. 2011. Electoral Accountability and Corruption: Evidence from the Audits of Local Governments. American Economic Review

Ferraz, Claudio, Frederico Finan & Diana B. Moreira. 2012. Corrupting Learning: Evidence from Missing Federal Education Funds in Brazil. Journal of Public Economics

Ferreras, Leticia. 2013. Corruption and Foreign Education. Journal of Politics & Society

Ferreyra-Orozco, Gabriel. 2010. Understanding Corruption in a State Supreme Court in Mexico: An Ethnographic Approach. Human Organization

Field Jr., Alfred, Luis A. Sosa & Xiaodong Wu. 2006. Effects of Endogenous Bribes on Foreign Direct Investment. Working paper.

Figueroa, J.R. 2012. Justice System Institutions and Corruption Control: Evidence from Latin America. Justice Systems Journal

Finan, Frederico & Laura Schechter. 2012. Vote Buying and Reciprocity. Econometrica.

Findley, Michael G., Daniel L. Nielson & Jason Sharman. 2015. Causes of Noncompliance with International Law: A Field Experiment on Anonymous Incorporation. American Journal of Political Science

Findley, Michael, Daniel Nielson & Jascon C. Sharman. 2013. Using Field Experiments in International Relations: A Randomized Study on Anonymous Incorporation. International Organization

Findley, Michael, Daniel Nielson & Jason Sharman. 2014. Global Shell Games: Experiments in Transnational Relations, Crime, and Terrorism (Cambridge: Cambridge University Press).

Finnie, B.W., L. Gibson & D. McNabb. 2006. Economic Development: Corruption, Complexity, Wealth, and a Triad of Strains. Humanomics

Fiodendji, K. & K. Evlo. 2015. Do Institutions' Quality Affect FDI Inflows in Sub-Saharan African Countries? Journal of Applied Finance & Banking

Fiorino, N., E. Galli & F. Padovano. 2015. How Long Does It Take for Government Decentralization to Affect Corruption? Economics of Governance

Fiorino, Nadia, Emma Galli & Fabio Padovano. 2013. "Do Fiscal Decentralization and Government Fragmentation Affect Corruption in Different Ways? Evidence from a Panel Data Analysis", in S. Lago-Penas & J. Martinez-Vazquez eds., The Challenge of Local Government Size: Theoretical Perspectives, International Experience and Policy Reform - Cheltenham, U.K.

Fiorino, Nadia, Emma Galli & Ilaria Petrarca. 2012. Corruption and Growth: Evidence from the Italian Regions. European Journal of Government & Economics

Firger, Daniel M. 2012. Transparency and the Natural Resource Curse: Examining the New Extraterritorial Information Forcing Rules in the Dodd-Frank Wall Street Reform Act of 2010. Georgetown International Law Journal

Fischer, Ronald, Marioa Cristina Ferreira, Taciano Milfont & Ronaldo Pilati. 2014.

Culture of Corruption? The Effects of Priming Corruption Images in a High Corruption Context. Journal of Cross-Cultural Psychology

Fisher, Elizabeth. 2010. Transparency and Administrative Law: A Critical Evaluation. Current Legal Problems

Fisman, R. & R. Gatti. 2006. Bargaining for Bribes: The Role of Institutions. Discussion Paper 5712, Center for Economic Policy and Research.

Fisman, Raymond & Edward Miguel. 2007. Corruption, Norms, and Legal Enforcement:

Evidence from Diplomatic Parking Tickets. Journal of Political Economy

Fisman, Raymond & Edward Miguel. 2008. Economic Gangsters: Corruption, Violence, and the Poverty of Nations. Princeton University Press

Fisman, Raymond & Roberta Gatti. 2002a. Decentralization and Corruption: Evidence from U.S. Federal Transfer Programs.

Fisman, Raymond & Roberta Gatti. 2002b. Decentralization and Corruption: Evidence Across Countries. Journal of Public Economic

Fisman, Raymond & Shang-Jin Wei. 2009. The Smuggling of Art, and the Art of Smuggling: Uncovering the Illicit Trade in Cultural Property and Antiques. American Economic Journal: Applied Economics.

Fisman, Raymond & Wei, Shang-Jin. 2004. Tax Rates and Tax Evasion: Evidence from 'Missing Imports' in China. Journal of Political Economy

Fisman, Raymond & Yongxiang Wang. 2013. The Mortality Cost of Political Connections. Working paper.

Fisman, Raymond & Yongxiang Wang. 2015. Corruption in Chinese Privatizations. Journal of Law, Economics & Organization

Fisman, Raymond J. & Jakob Svensson. 2007. Are Corruption and Taxation Really Harmful to Growth? Firm Level Evidence. Journal of Development Economics

Fisman, Raymond J., David Fisman, Julia Galef, Rakesh Khurana & Yongxiang Wang. 2012. Estimating the Value of Connections to Vice President Cheney. B.E. Journal of Economc Analysis & Policy, Advances.

Fisman, Raymond, Florian Schulz & Vikrant Vig. 2014. The Private Returns to Public Office. Journal of Political Economy.

Fisman, Raymond. 2001. Estimating the Value of Political Connections. Am. Econ.

Fisman, Raymond. 2015. "Political Connections and Commerce – A Global Perspective", in Susan Rose-Ackerman & Paul Lagunes eds., Greed, Corruption, and the Modern State

Fitzsimons, Vincent G. 2007. "Economic Models of Corruption", in Sarah Bracking ed., Corruption and Development: The Anti-Corruption Campaigns (Palgrave Macmillan).

Fjelde, H. & H. Hegre. 2014. Political Corruption and Institutional Instability. Studies in Comparative Institutional Development

Fjelde, H. 2006. Buying Peace? Oil Wealth, Corruption and Civil War 1984-1999. (Working paper).

Fjeldstad, Odd-Helge & Bertil Tungodden. 2003. Fiscal Corruption: A Vice or Virtue?: A Reply. World Developmen

Fjeldstad, Odd-Helge & Bertil Tungodden. 2003. Fiscal Corruption: A Vice or Virtue? World Development

Fjeldstad, Odd-Helge & Jan Isaksen. 2008. Anti-Corruption Reforms: Challenges, Effects and Limits of World Bank Support. (Washington, D.C. World Bank IEG Working Paper no. 7)

Fjeldstad, Odd-Helge, Ivar Kolstad & Knut Nygaard. 2006. Bribes, Taxes and Regulations: Business Constraints for Micro Enterprises in Tanzania. (Bergen: Chr. Michelsen Institute, CMI Working Paper WP 2006: 2)

Fjeldstad, Odd-Helge. 2001. Taxation, Coercion and Donors: Local Government Tax Enforcement in Tanzania. Journal of Modern African Studies

Fjeldstad, Odd-Helge. 2003. Fighting Fiscal Corruption: Lessons from the Tanzania Revenue Authority. Public Administration and Development

Fjeldstad, Odd-Helge. 2006. "Corruption in Tax Administration: Lessons from Institutional Reforms in Uganda" in Susan Rose-Ackerman ed. International Handbook on the Economics of Corruption

Fjeldstad, Odd-Helge. 2009. The Pursuit of Integrity in Customs: Experiences from Sub-Saharan Africa. (Bergen: Chr. Michelsen Institute, CMI Working Paper WP 2009: 8) Flatters, Frank & W. Bentley MacLeod. 1995. Administrative Corruption and Taxation. International Tax and Public Finance

Fleischer, David. 1997. Political Corruption in Brazil: The Delicate Connection with Campaign Finance. Crime, Law & Social Change .

Fletcher, Ciaire & Daniela Herrmann. 2012. The Internationalisation of Corruption. Farnham: Ashgate.

Flyvbjerg, Bent & Eamonn Molloy. 2011. "Delusion, Deception and Corruption in Major Infrastructure Projects: Causes, Consequences and Cures", in International Handbook on the Economics of Corruption, Vol. II. (Edward Elgar Publishing).

Foellmi, R. & M. Oeschslin. 2007. Who Gains from Non-Collusive Corruption? Journal of Development Economics.

Fogel, K. 2006. Oligarchic Family Control, Social Economic Outcomes, and the Quality of Government. Journal of International Business Studies

Foley, Veronica & Catina Haynes. 2009. The FCPA and its Impact in Latin America. Currents: International Trade Law Journal

Folke, Olle, Shigeo Hirano & James M. Snyder, Jr.. 2011. Patronage and Elections in US States. American Political Science Review

Follett, G. 2015. Facilitating Payments: Facilitating Poverty? Alternative Law Journal

Folliot-Lalliot, Laurence. 2014. "Introduction to the World Bank's Policies in the Fight Against Corruption and Conflicts of Interest in Public Contacts", in Jean-Bernard Auby, Emmanuel Breen & Thomas Perroud eds., Corruption and Conflicts of Interest: A Comparative Law Approach

Foltz, J.D. & D.W. Bromley. 2012. Highway Robbery: The Economics of Petty Corruption in West African Trucking. Working paper.

Fombad, Charles Manga. 1999. Curbing Corruption in Africa: Some Lessons from Botswana's Experience. International Social Science Journal

Fontana, A. & P. Gomes Pereira. 2012. Using Money Laundering Investigations to Fight Corruption in Developing Countries: Domestic Obstacles and Strategies to Overcome Them. U4 Issue Brief 2012:9 (Bergen: CMI).

Ford, Cristie & David Hess. 2009. Can Corporate Monitorships Improve Corporate Compliance? Journal of Corporation Law

Ford, Cristie L. & David Hess. 2011. Corporate Monitorships and New Governance Regulation: In Theory, In Practice, and In Its Regulatory Context. Law & Policy

Forrest, David & Wolfgang Maennig. 2015. "The Threat to Sports Goverance from Betting-Related Corruption: Causes and Solution" , in Paul M. Heywood ed., The Routledge Handbook of Political Corruption (New York: Routledge)

Fort, Timothy L. & James J. Noone. 2000. Gifts, Bribes, and Exchange: Relationships in Non-Market Economies and Lessons for Pax E-Commercia. Cornell International Law Journal

Fortin-Rittberger, J. 2014. The Role of Infrastructural and Coercive State Capacity in Explaining Different Types of Electoral Fraud. Democratization

Fox, J. 1994. The Difficult Transition from Clientalism to Citizenship: Lessons from Mexico. World Politics

Fox, Jonathan. 2007. The Uncertain Relationship Between Transparency and Accountability. Development in Practice

Fox, William. 2009. Adjudicating Bribery and Corruption Issues in International Commercial Arbitration. Journal of Energy & Natural Resources Law 27(3): 487-502.

Francken, Nathalie, Bart Minten & Johan F.M. Swinnen. 2009. Media, Monitoring, and Capture of Public Funds: Evidence from Madagascar. World Development

Frank, Bjorn & Gunther G. Schulze. 2000. Does Economics Make Citizens Corrupt? Journal of Economic Behavior & Organization

Frank, Bjorn, Johann Graf Lambsdorff & Frederic Boehm. 2011. Gender and Corruption: Lessons from Laboratory Corruption Experiments. European Journal of Development Research

Frankel, Jeffrey. 2012. "The Natural Resource Curse: A Survey of Diagnoses and Some Prescriptions", in Rabah Arezki & Zhu Min eds., Commodity Price Volatility and Inclusive Growth in Low-Income Countries (Washington, D.C. : International Monetary Fund).

Franklin, Aaron. 2010. Targeted Tariff Preferences to Reduce Corruption in Developing States. Georgetown Journal of International Law

Fraser, Stephen A. 2012. Placing the Foreign Corrupt Practices Act on the Tracks in the Race for Amnesty. Texas Law Review

Frechette, Guillaume R. 2006. Panel Data Analysis of the Time-Varying Determinants of Corruption. CIRANO Working Paper

Frederickson, H. George & David G. Frederickson. 1995. Public Perceptions of Ethics in Government. Annals of the American Academy of Political and Social Science

Fredriksson, A. 2014. Bureaucracy Intermediaries, Corruption and Red Tape. Journal of Development Economics

Fredriksson, P.G. & D.L. Millimet. 2007. Legislative Organization and Pollution Taxation. Public Choice .

Fredriksson, P.G., E. Neumayer & G. Ujhelyi. 2007. Kyoto Protocol Cooperation: Does Government Corruption Facilitate Environmental Lobbying? Public Choice

Fredriksson, P.G., H.R.J. Vollebergh & E. Dijkgraaf. 2004. Corruption and Energy Efficiency in OECD Countries: Theory and Evidence. Journal of Environmental Economics & Management

Fredriksson, Per G. & Herman R. J. Vollebergh. 2009. Corruption, Federalism, and Policy Formation in the OECD: The Case of Energy Policy. Public Choice

Fredriksson, Per G. & Jakob Svensson. 2003. Political Instability, Corruption and Policy Formation: The Case of Environmental Policy. Journal of Public Economic

Fredriksson, Per G. et al. 2003. Bureaucratic Corruption, Environmental Policy and Inbound US FDI: Theory and Evidence. Journal of Public Economics

Freille, Sebastian, M. Emranul Haque & Richard Kneller. 2007. A Contribution to the Empirics of Press Freedom and Corruption. European Journal of Political Economy

Freille, Sebastian, M. Emranul Haque & Richard Kneller. 2008. Federalism, Decentralization, and Corruption. (working paper)

Freund, Caroline, Mary Hallward-Driemeier & Bob Rijkers. 2013. Predictably Protracted: Firm-Level Evidence on Corruption and Policy Implementation Time. Working paper.

Fried, Brian J., Paul Lagunes & Atheendar Venkataramani. 2010. Corruption and Inequality at the Crossroad: A Multimethod Study of Bribery and Discrimination in Latin America. Latin American Research Review

Friedman, Eric et al. 2000. Dodging the Grabbing Hand: The Determinants of Unofficial Activity in 69 Countries. Journal of Public Economics

Friedrich, Carl J. 1972. "Corruption Concepts in Historical Perspective," in Heidenheimer, Johnson & LeVine eds. Political Corruption: A Handbook.

Frischmann, Eva. 2010. Decentralization and Corruption: A Cross-Country Analysis.

Fritz, Verena. 2007. Democratisation and Corruption in Mongolia. Public Administration & Development

Fritzen, S. 2005. Beyond "Political Will": How Institutional Context Shapes the Implementation of Anti-Corruption Policies. Policy & Society

Fritzen, S.A., S. Serritzlew & G.T. Svendsen. 2014. Corruption, Trust and Their Public Sector Consequences: Introduction to the Special Issue. Journal of Comparative Policy Analysis: Research & Practice

Fritzen, Scott A. & Shreya Basu. 2012. "From Information to Indicators: Monitoring Progress in the Fight Against Corruption in Multi-Project, Multi-Stakeholder Organizations", in Adam Graycar & Russell G. Smith eds., Handbook of Global Research and Practice in Corruption

Froomkin, Saul M. 2004. Money Laundering, Corruption, and the Proceeds of Crime — An International Reality Check. Asper Review of International Business & Trade Law

Frost, J. & S. Tischer. 2014. Unmasking Collective Corruption: The Dynamics of Corrupt Routines. European Management Review

Frye, T. & E. Zhuravskaya. 2000. Rackets, Regulation and the Rule of Law. Journal of Law, Economics & Organization.

Frye, T. 2002. Capture or Exchange? Business Lobbying in Russia. Europe-Asia Studies

Frye, T., O.J. Reuter & D. Szakonyi. 2014. Political Machines at Work: Voter Mobilization and Electoral Subversion in the Workplace. World Politics

Fu, Hualing. 2014. Drawing the Sword: Xi's New Anti-Corruption Campaign. Working paper.

Fu, Hualing. 2015. "Wielding the Sword: President Xi's New Anti-Corruption Campaign", in Susan Rose-Ackerman & Paul Lagunes eds., Greed, Corruption, and the Modern State

Fujiwara, Thomas & Leonard Wantchekon. 2013. Can Informed Public Deliberation Overcome Clientalism? Experimental Evidence from Benin. American Economic Journal: Applied Economics

Fukumi, A. & S. Nishijima. 2010. Institutional Quality and Foreign Direct Investment in Latin America and the Caribbean. Applied Economics

Funaki, Y. & B. Glencorse. 2014. Anti-Corruption or Accountability? International Efforts in Post-Conflict Liberia. Third World Quarterly

Funderburk, Charles. 2012. Political Corruption in Comparative Perspective. Farnham: Ashgate.

Fungacova, Z., A. Kochanova & L. Weill. 2015. Does Money Buy Credit? Firm-Level Evidence on Bribery and Bank Debt. World Development

Funk, C.L. 1996. The Impact of Scandal on Candidate Evaluations: An Experimental Test of the Role of Candidate Traits. Political Behavior

Fursova, V. & G. Simons. 2014. Social Problems of Modern Russian Higher Education: The Example of Corruption. International Education Studies

Gaballand, Gael & Jean Francois Marteau. 2013. "Rents Extraction in the Sub-Saharan Africa Port Sector", in Soreide, Tina & Aled Willams eds., Corruption, Grabbing and Development .

Gadowska, Kaja. 2010. National and International Anti-Corruption Efforts: The Case of Poland. Global Crime.

Gaivoronskaya, Y. & T. Filonenko. 2014. Issues of Applying Anti-Corruption Legislation in Criminal Investigation and Court Trial in the Russian Federation. Asian Social Science

Gaivoronskaya, Y. & T. Filonenko. 2015. Corruption in Russia: Cause and Effect Relations. Asian Social Science

Galang, R.M.N. 2012. Victim or Victimizer: Firm Responses to Government Corruption. Jorunal of Management Studies

Galeotti, G. & A. Merlo. 1994. Political Collusion and Corruption in a Representative Democracy. Public Finance

Galinato, G. & S. Galinato. 2010. The Effects of Corruption Control and Political Stability on the Environmental Kuznets Curve of Deforestation-Induced Carbon Dioxide Emissions. Working paper.

Gallego, Jorge. 2015. Self-Enforcing Clientalism. Journal of Theoretical Politics

Galtung, Fredrik. 1998. Criteria for Sustainable Corruption Control. European Journal of Development Research

Galtung, Fredrik. 2005. "Measuring the Immeasurable: Boundaries and Functions of (Macro) Corruption Indices," in C. Sampford et al. eds., Measuring Corruption (London: Ashgate)

Gambetta, Diego. "Corruption: An Analytical Map", in S. Kotkin & A. Sajo eds., Political Corruption in Transition: A Sceptic's Handbook (Budapest: Central European University Press).

Gamboa-Cavazos, Mario, Vidal Garza-Cantu & Carlos E. Salinas. 2007. The Organization of Corruption: Political Horizons and Special Interests. Working paper.

Gani, Azmat & Michael D. Clemes. 2015. Natural Resource Exports and Corruption.

International Advances in Economic Research

Gans-Morse, Jordan, Sebastian Mazzuca & Simeon Nichter. 2014. Varieties of Clientalism: Machine Politics during Elections. American Journal of Political Science

Gantz, David A. 1997. The Foreign Corrupt Practices Act: Professional and Ethical Challenges for Lawyers. Ariz. J. Int'l & Comp. L.

Gantz, David A. 1998. Globalizing Sanctions Against Foreign Bribery: The Emergence of a New International Legal Consensus. Nw. J. Int'l L. & Bus.

Ganuza, J.J. & E. Hauk. 2004. Economic Integration and Corruption. International Journal of Industrial Organization

Gao, L. & J. Stanyer. 2014. Hunting Corrupt Officials Online: The Human Flesh Search Engine and the Search for Justice in China. Information, Communication & Society

Gao, Q., Q. Ying & D. Luo. 2015. Hidden Income and Occupational Background: Evidence from Guangzhou. Journal of Contemporary China

Garcia, Judit. 2014. The Effects and Corruption on Seigniorage on Growth and Inflation. Working paper.

Garcia-Murillo, M. 2010. The Effect of Internet Accecss on Government Corruption. Electronic Government

Garcia-Quesada, M., F. Jimenez & M. Villoria. 2015. Can't Control/Won't Control: Opportunities and Deterrents for Local Urban Corruption in Lanzarote. Crime, Law & Social Change

Garcia-Rodriguez, J.L., F.J. Garcia-Rodriguez, C. Castilla-Gutierrez & S.A. Major. 2015. Oil, Power, and Poverty in Angola. African Studies Review

Gardiner, John A. 1993. Defining Corruption. Corruption & Reform

Garimella, Sai Ramani. 2014. Normative Structure for Criminalising Corruption – The South Asian Experience. International Journal of Human Rights & Constitutional Studies

Garmaev, Y., D. Stepanenko & R. Stepanenko. 2015. Judgments of the European Court of Human Rights as a Source of Recommendations on Fight Against Corruption: Prospects for Interdisciplinary Research. Asian Social Science

Garmaise, Mark J. & Jun Liu. 2005. Corruption, Firm Governance, and the Cost of Capital. Working paper.

Garment, Suzanne. 1991. Scandal: The Culture of Mistrust in American Politics.

Garoupa, Nuno & Daniel Klerman. 2004. Corruption and the Optimal Use of Nonmonetary Sanctions. International Review of Law & Economics

Garoupa, Nuno & Daniel M. Klerman. 2010. Corruption and Private Law Enforcement: Theory and History. Review of Law & Economic

Garoupa, Nuno & Mohamed Jellal. 2007. Further Notes on Information, Corruption, and Optimal Law Enforcement. European Journal of Law and Economics

Garoupa, Nuno. 1999. Dishonesty and Libel Law: The Economics of the "Chilling" Effect. Journal of Institutional & Theoretical Economics

Garoupa, Nuno. 1999. The Economics of Political Dishonesty and Defamation. International Review of Law & Economics

Garrett, Brandon L. 2007. Structural Reform Prosecution. Virginia Law Review

Garrett, Brandon L. 2011. Globalized Corporate Prosecutions. Virginia Law Review

Gastanga, V.M., J.B. Nugent & B. Pashamova. 1998. Host Country Reforms and FDI Inflows: How Much Difference Do They Make? World Development

Gathii, James Thuo. 1999. Corruption and Donor Reforms: Expanding the Promises and Possibilities of the Rule of Law as an Anti-Corruption Strategy in Kenya. Connecticut Journal of International Law

Gathii, James Thuo. 1999. Good Governance as a Counter Insurgency Agenda to Oppositional and Transformative Social Projects in International Law. Buffalo Human Rights Law Review

Gathii, James Thuo. 2009. Defining the Relationship between Corruption and Human Rights. University of Pennsylvania Journal of International Law

Gatti, Roberta, Stefano Paternostro & Jamele Rigolini. 2003. Individual Attitudes Toward Corruption: Do Social Effects Matter? World Bank Policy Research Working Paper No. 3122.

Gatti, Roberta. 1999. Corruption and Trade Tariffs, or a Case for Uniform Tariffs. World Bank Policy Research Working Paper 2216.

Gatti, Roberta. 2004. Explaining Corruption: Are Open Countries Less Corrupt? Journal of International Development

Gauthier, Bernard & Albert Zeufack. 2012. "Cameroon's Oil Wealth: Transparency Matters!", in B. Akitoby & S. Coorey eds., Oil Wealth in Central Africa: Policies for Inclusive Growth (Washington, D.C.: International Monetary Fund)

Gauthier, Bernard & Jonathan Goyette. 2014. Taxation and Corruption: Theory and Firm-Level Evidence from Uganda. Applied Economics 46(23):

Gauthier, Bernard & Jonathan Goyette. 2015. Fiscal Policy and Corruption. Social Choice & Welfare (forthcoming).

Gauthier, Bernard & Mark Gersovitz. 1997. Revenue Erosion Through Exemption and Evasion in Cameroon. Journal of Public Economics

Gauthier, Bernard & Ritva Reinikka. 2006. Shifting Tax Burdens through Evasion and Exemptions: An Empirical Investigation of Uganda. Journal of African Economics

Gauthier, Bernard & Waly Wane. 2008. Leakage of Public Resources in the Health Sector: An Empirical Investigation of Chad. Journal of African Economics

Gaventa, J. & R. McGee. 2013. The Impact of Transparency and Accountability Initiatives. Development Policy Review

Gaviria, Alejandro. 2002. Assessing the Effects of Corruption and Crime on Firm Performance: Evidence from Latin America. Emerging Markets Review

Gawey, John S. 2011. The Hobbs Leviathan: The Dangerous Breadth of the Hobbs Act and Other Corruption Statutes. Notre Dame Law Review

Gayed, Jeremy N. 2003. "Corruptly": Why Corrupt State of Mind Is an Essential Element for Hobbs Act Extortion Under Color of Official Right. Notre Dame Law Review

Gberie, Lansana. 2002. War and Peace in Sierra Leone: Diamonds, Corruption and the Lebanese Connection. Working paper.

Gebel, A.C. 2012. Human Nature and Morality in the Anti-Corruption Discourse of Transparency International. Public Administration & Development

Gebeye, Berihun Adugna. 2011. Rethinking International Anti-Corruption Conventions (Lambert Academic Pubishing).

Gebeye, Berihun Adugna. 2012. Corruption and Human Rights: Exploring the Relationships. Working Paper.

Geddes, Barbara & Artur Ribeiro Neto. 1992. Institutional Sources of Corruption in Brazil. Third World Quarterly

Geddes, Barbara. 1991. A Game-Theoretic Model of Reform in Latin American Democracies. American Political Science Review

Gehlbach, S. & A. Simpser. 2015. Electoral Manipulation as Bureaucratic Control. American Journal of Political Science.

Genaux, Maryvonne. 2004. Social Sciences and the Evolving Concept of Corruption. Crime, Law & Social Change

Geng, H. & H. Hennig-Schmidt. 2011. Sensitivity to Corruption: An Experimental Investigation in China. Working paper.

Gentzkow, Matthew, Edward L. Glaeser & Claudia Goldin. 2006. "The Rise of the Fourth Estate: How Newspapers Became Informative and Why It Mattered", in Edward L. Glaeser & Claudia Goldin eds., Corruption and Reform: Lessons from America's Economic History (Chicago: University of Chicago Press)

Georgarakos, D. & S. Furth. 2015. Household Repayment Behavior: The Role of Social Capital and Institutional, Political, and Religious Beliefs. European Journal of Political Economy

George, Barbara Crutchfield & Kathleen A. Lacey. 2000. A Coalition of Industrialized Nations, Developing Nations, Multilateral Development Banks, and Non-Governmental Organizations: A Pivotal Complement to Current Anti-Corruption Initiatives. Cornell International Law Journal

George, Barbara Crutchfield & Kathleen A. Lacey. 2006. Investigation of Halliburton Co./TSKJ's Nigerian Business Practices: Model for Analysis of the Current Anti-Corruption Environment on Foreign Corrupt Practices Act Enforcement. Journal of Criminal Law & Criminology

George, Barbara Crutchfield et al. 1999. On the Threshold of the Adoption of Global Antibribery Legislation: A Critical Analysis of Current Domestic and International Efforts Toward the Reduction of Business Corruption. Vand. J. Transnat'l L. .

George, Barbara Crutchfield, Kathleen A. Lacey & Jutta Birmele. 2000. The 1998 OECD Convention: An Impetus for Worldwide Changes in Attitudes Toward Corruption in Business Transactions. American Business Law Journal

George, Bruce & Simon Kimber. 2015. Reflections on Election Fraud and Its Persistence in Modern Democracy. American Anti-Corruption Institute White Paper.

Georgis, Pete J. 2012. Settling with Your Hands Tied: Why Judicial Intervention Is Needed to Curb an Expanding Interpretation of the Foreign Corrupt Practices Act. Golden Gate University Law Review

Gephart, Malte. 2012. Contested Meanings of Corruption: International and Local Narratives in the Case of Paraguay. Working paper.

Gephart, Malte. 2013. Convergence, Divergence and a Complex Interplay: Chile and the International and Transnational Anti-Corruption Campaign. Working paper.

Gerardino, Maria Paula, Stephan Litschig & Dina D. Pomeranz. 2014. Monitoring Public Procurement: Evidence from a Regression Discontinuity Design in Chile. Working paper.

Gerring, John & Strom C. Thacker. 2004. Political Institutions and Corruption: The Role of Unitarism and Parliamentarism. British Journal of Political Science 34: 295-330.

Gerring, John & Strom C. Thacker. 2005. Do Neoliberal Policies Deter Political Corruption? International Organization

Gest, Nethaniel & Alexandru Grigorescu. 2009. Interactions among Interngovernmental Organizations in the Anti-Corruption Realm. Review of International Organizations

Getz, Kathleen A. & R.J. Volkema. 2001. Culture, Perceived Corruption, and Economics. Business & Society

Getz, Kathleen A. 2006. The Effectiveness of Global Prohibition Regimes: Corruption and the Antibribery Convention. Business & Society

Gevurtz, Franklin A. 1987. Commercial Bribery and the Sherman Act: The Case for Per Se Illegality. U. Miami L. Rev.

Gevurtz, Franklin A. 1987. Using the Antitrust Laws to Combat Overseas Bribery by Foreign Companies: A Step to Even the Odds in International Trade. Virginia Journal of International Law

Ghalwash, T. 2014. Corruption and Economic Growth: Evidence from Egypt. Modern Economy

Ghazanfar, S.M. & Karen S. May. 2000. Third World Corruption: A Brief Survey of the Issues. Journal of Social, Political & Economic Studies

Ghosh, Sugata & Andros Gregoriou. 2010. Can Corruption Favour Growth via the Composition of Government Spending? Economics Bulletin

Ghosh, Sugata & Jaideep Roy. 2009. Motivation, Expertise, and Bureaucratic Embezzlement: Is There a Link? Working paper.

Ghosh, Sugata & Kyriakos C. Neanidis. 2013. Corruption, Fiscal Policy, and Growth: A Unified Approach. Working paper.

Ghura, Dhaneshwar. 1998. Tax Revenue in Sub-Saharan Africa: Effects of Economic Policies and Corruption. IMF Working Paper No. 98/135.

Giannoccolo, P. & M. Lisciandra. 2014. Political Corruption and Minority Capture. Working paper.

Giavazzi, Francesco & Guido Tabellini. 2005. Economic and Political Liberalizations. Journal of Monetary Economics.

Gibelman, Margaret & Sheldon R. Gelman. 2004. A Loss of Credibility: Patterns of Wrongdoing Among Non-Governmental Organizations. Voluntas

Giglioli, Pier Paolo. 1996. Political Corruption and the Media: The Tangentopoli Affair. International Social Science Journal

Gilbert, Michael D. & Benjamin F. Aiken. 2014. Disclosure and Corruption. Election Law Journal (forthcoming).

Giliomee, H. 1998. South Africa's Emerging Dominant Party Regime. Journal of Democracy

Gillanders, R. 2014. Corruption and Infrastructure at the Country and Regional Level. Journal of Development Studies

Gillespie, Kate & Gwenn Okruhlik. 1991. The Political Dimensions of Corruption Cleanups: A Framework for Analysis. Comparative Politics

Gillespie, Kate. 1997. Middle East Responses to the U.S. Foreign Corrupt Practices Act. Cal. Mgmt.

Gilson, L. 1997. The Lessons of the User Fee Experience in Africa. Health Policy & Planning

Gingerich, Daneil W. 2009a. Corruption and Political Decay: Evidence from Bolivia. Quarterly Journal of Political Science.

Gingerich, Daniel W. 2009b. Ballot Structure, Political Corruption, and the Performance of Proportional Representation. Journal of Theoretical Politics

Gingerich, Daniel W. 2014. Yesterday's Heroes, Today's Villains: Ideology, Corruption, and Democratic Performance. Journal of Theoretical Politics

Gino, Francesca & Joshua D. Margolis. 2011. Bringing Ethincs Into Focus: How Regulatory Focus and Risk Preferences Influence (Un)ethical Behavor. Organizational Behavior & Human Decision Processes

Gino, Francesca & Lamar Pierce. 2009. The Abundance Effect: Unethical Behavior in the Presence of Wealth. Organizational Behavior & Human Decision Processes

Gino, Francesca & Max H. Bazerman. 2009. When Misconduct Goes Unnoticed: The Acceptability of Gradual Erosion in Others' Ethical Behavior. Journal of Experimental Social Psychology.

Gino, Francesca, Jun Gu & Chen-Bo Zhong. 2009. Contagion or Restitution? When Bad Applies Can Motivate Ethical Behavior. Journal of Experimental Social Psychology

Gino, Francesca, Shahar Ayal & Dan Ariely. 2009. Contagion and Differentiation in Unethical Behavior: The Effect of One Bad Apple on the Barrel. Psychological Science

Giovannoni, Francesco & Daniel J. Seidmann. 2014. Corruption and Power in Democracies. Social Choice & Welfare

Giraudo, John P. 2005. Charitable Contributions and the FCPA: Schering-Plough and the Increasing Scope of SEC Enforcement. Business Lawyer

Giudice, Lauren. 2011. Regulating Corruption: Analyzing Uncertainty in Current Foreign Corrupt Practices Act Enforcement. Boston University Law Review

Givant, Norman. 1994. The Sword that Shields: The US Foreign Corrupt Practices Act Can Protect US Firms Doing Business in China. China Business Review (May-June) 29.

Glaeser, Edward L. & Claudia Goldin. 2006. Corruption and Reform: Lessons from America's Economic History. University of Chicago Press.

Glaeser, Edward L. & Raven E. Saks. 2006. Corruption in America. Journal of Public Economics

Glaeser, Edward L. 2004. Public Ownership in the American City, in A.E. Schwartz ed., Urban Issues and Public Finance (Northampton, MA: Edward Elgar)

Glaeser, Edward L., Rafael LaPorta, Florencio Lopez-de-Silanes & Andrei Shleifer. 2004. Do Institutions Cause Growth? Journal of Economic Growth

Glaeser, Edward, Jose Scheinkman & Andrei Shleifer. 2003. The Injustice of Inequality. Journal of Monetary Economics

Glass, Amy & Xiaodong Wu. 2004. Which Type of Foreign Direct Investment Is Most Hurt by Corruption? Working paper.

Gledhill, J. 2003. Old Economy, New Economy; Old Corruption, New Corruption. Social Analysis

Glewwe, P. et al. 2010. Teacher Incentives. American Economic Journal: Applied Economics

Global Witness. 2009. Undue Diligence: How Banks Do Business with Corrupt Regimes (London: Global Witness).

Gloppen, Siri. 2013. "Courts, Corruption and Judicial Independence", in Soreide, Tina & Aled Willams eds., Corruption, Grabbing and Development .

Godinez, J. & L. Liu. 2015. Corruption, Distance, and FDI Flows into Latin America. International Business Review

Godlee, F. 2015. Medical Corruption in the UK. BMJ: British Medical Journal.

Goel, Rajeev & U. Mazhar. 2015. A Replication of "Corruption and Elections: An Empirical Study for a Cross-Section of Countries ( Economics & Politics 2009). Public Finance Review

Goel, Rajeev K. & Daniel P. Rich. 1989. On the Economic Incentive for Taking Bribes. Public Choice

Goel, Rajeev K. & Iikka Korhonen. 2011. Exports and Cross-National Corruption: A Disaggregated Examination. Economic Systems

Goel, Rajeev K. & J.W. Saunoris. 2014. Global Corruption and the Shadow Economy: Spatial Aspects. Public Choice.

Goel, Rajeev K. & Michael A. Nelson. 1998. Corruption and Government Size: A Disaggregated Analysis. Public Choice.

Goel, Rajeev K. & Michael A. Nelson. 2005. Economic Freedom versus Political Freedom: Cross-Country Influences on Corruption. Australian Economic

Goel, Rajeev K. & Michael A. Nelson. 2007. Are Corrupt Acts Contagious?: Evidence from the United States. Journal of Policy Modeling

Goel, Rajeev K. & Michael A. Nelson. 2010. Causes of Corruption: History, Geography and Government. Journal of Policy Modeling

Goel, Rajeev K. & Michael A. Nelson. 2011. Government Fragmentation versus Fiscal Decentralization and Corruption. Public Choice

Goel, Rajeev K. & Michael A. Nelson. 2011. Measures of Corruption and Determinants of U.S. Corruption. Economics of Governance

Goel, Rajeev K. & Michael A. Nelson. 2014. Whistleblower Laws and Exposed Corruption in the United States. Applied Economics

Goel, Rajeev K. 2014. Insurance Fraud and Corruption in the United States. Applied Financial Economics

Goel, Rajeev K. 2014. PACking a Punch: Political Action Committees and Corruption. Applied Economics

Goel, Rajeev K., J. Budak & E. Rajh. 2015. Private Sector Corruption and Effectiveness of Anti-Corruption Policies. Applied Economics Letters

Goel, Rajeev, Michael A. Nelson & M.A. Naretta. 2012. The Internet as an Indicator of Corruption Awareness. European Journal of Political Economy

Goerke, L. 2008. Bureaucratic Corruption and Profit Tax Evasion. Economics of Governance

Goetz, Anne-Marie. 2007. Political Cleaners: Women as the New Anti-Corruption Force? Development & Change

Gokcekus, O. & R. Mukherjee. 2002. Public Sector Corruption and Gender Perceptions of Public Officials from Six Developing and Transition Countries. (Washington, D.C.: World Bank).

Gokcekus, O., E. Muchova & Z. Brincikova. 2015. Level and Quality of Openness and Corruption in ECA Countries. Applied Economics Letters.

Gokcekus, Omer & Jan Knorich. 2006. Does Quality of Openness Affect Corruption? Economic Letters

Goldbarg, Andrea. 2000. The Foreign Corrupt Practices Act and Structural Corruption. Boston University International Law Journal

Golden, Miriam & Eric C.C. Chang. 2001. Competitive Corruption: Factional Conflict and Political Malfeasance in Postwar Italian Christian Democracy. World Politics

Golden, Miriam & Lucio Picci. 2005. Proposal for a New Measure of Corruption, Illustrated with Italian Data. Economics & Politics

Golden, Miriam A. & Paasha Mahdavi. 2015. "The Institutional Components of Political Corruption", in Gandhi, Jennifer & Ruben Ruiz-Rufino eds., Routledge Handbook of Comparative Political Institutions (New York: Routledge Press).

Golden, Miriam A. 2003. Electoral Connections: The Effects of the Personal Vote on Political Patronage, Bureaucracy and Legislation in Postwar Italy. British Journal of Political Science

Golden, Miriam A. 2012. Corruption in the Wealthy World. Brown Journal of World Affairs

Goldman, E., J. Rocholl & J. So. 2013. Politically Connected Boards of Directors and the Allocation of Procurement Contracts. Review of Finance

Goldsmith, Arthur A. 1999. Slapping the Grasping Hand: Correlates of Political Corruption in Emerging Markets. American Journal of Economics & Sociology

Goldsmith, Arthur A. 1999. Slapping the Grasping Hand: Correlates of Political Corruption in Emerging Markets. American Journal of Economics & Sociology

Golumbic, Court E. & Jonathan P. Adams. 2011. The "Dominant Influence" Test: The FCPA's "Instrumentality" and "Foreign Official" Requirements and the Investment Activity of Sovereign Wealth Funds. American Journal of Criminal Law

Gong, T. & N. Zhou. 2015. Corruption and Marketization: Formal and Informal Rules in Chinese Public Procurement. Regulation & Governance

Gong, T. & Stephen Ma. 2012. Preventing Corruption in Asia. London: Taylor and Francis.

Gong, T. 2002. Dangerous Collusion: Corruption as a Collective Venture in Contemporary China. Communist & Post-Communist Studies.

Gong, T. 2015. Managing Government Integrity Under Hierarchy: Anti-Corruption Efforts in Local China. Journal of Contemporary China

Gong, Ting & Jianming Ren. 2013. Hard Rules and Soft Constraints: Regulating Conflict of Interest in China. Journal of Contemporary China

Gong, Ting & Shiru Wang. 2013. Indicators and Implications of Zero Tolerance of Corruption: The Case of Hong Kong. Social Indicators Research

Gong, Ting. 1993. Corruption and Reform in China: An Analysis of Unintended Consequences. Crime, Law, and Social Change

Gong, Ting. 2006. Corruption and Local Governance: The Double Identity of Chinese Local Governments in Market Reform. Pacific Review

Gong, Ting. 2009. "The Institutionalization of Party Discipline in China: Dynamics and Dilemmas", in Gong, T. & S.K. Ma eds., Preventing Corruption in Asia: Institutional Design and Policy Capacity (London: Routledge),

Gong, Ting. 2011. An "Institutional Turn" in Integrity Management in China. International Review of Administrative Sciences

Gonzales, M.H., M.B. Kovera, J.L. Sullivan & V. Chanley. 1995. Private Reactions to Public Transgressions: Predictors of Evaluative Responses to Allegations of Political Misconduct. Personality & Social Psychology Bulletin

Gonzalez, Alvaro, J. Ernesto Lopez-Cordova & Elio E. Valladares. 2007. The Incidence of Graft on Developing-Country Firms. World Bank Policy Research Working Paper 4394.

Gonzalez, J.A. & L.R. Perez Floriano. 2015. If You Can't Take the Heat: Cultural Beliefs About Questionable Conduct, Stigma, Punishment, and Withdrawal Among Mexican Police Officers. Organizational Studies 36(5): 665-687.

Gonzalez, Luis, Werner Guth & M. Vittoria Levati. 2007. Speeding Up Bureaucrats by Greasing Them – An Experimental Study. Homo Oeconomicus

Gonzalez-Fernandez, M. & C. Gonzalez-Velasco. 2014. Shadow Economy, Corruption and Public Debt in Spain. Journal of Policy Modeling.

Gonzalez-Ocantos, Ezequiel, Chad Kiewiet de Jonge, Carlos Melendez, Javier Osorio & David Nickersen. 2012. Vote Buying and Social Desirability Bias: Experimental Evidence from Nicaragua. American Journal of Political Science

Good, Kenneth. 1994. Corruption and Mismanagement in Botswana: A Best-Case Example? Journal of Modern African Studies

Goodhand, Jonathan. 2008. Corruption or Consolidating the Peace? The Drugs Economy and Post-Conflict Peacebuilding in Afghanistan. International Peacekeeping 15(3): 405-423.

Goodspeed, Timothy, Jorge Martinez-Vazquez & Li Zhang. 2011. Public Policies and FDI Location: Differences Between Developing and Developed Countries. FinanzArchiv: Public Finance Analysis

Gooroochurn, N. & H. Gorg. 2015. Corruption and Productivity: Firm-Level Evidence. Jahrbucher Fur Nationalokonomie Und Statistik

Gordon, Daniel I. 2014. "Protecting the Integrity of the U.S. Federal Procurement System: Conflict of Interest Rules and Aspects of the System that Help Reduce Corruption", in Jean-Bernard Auby, Emmanuel Breen & Thomas Perroud eds., Corruption and Conflicts of Interest: A Comparative Law Approach

Gordon, Kathryn & Maiko Miyake. 2001. Business Approaches to Combating Bribery: A Study of Codes of Conduct. Journal of Business Ethics

Gordon, R. & Li, W. 2009. Tax Structures in Developing Countries: Many Puzzles and a Possible Explanation. Journal of Public Economics

Gordon, Sanford C. & Gregory A. Huber. 2009. The Political Economy of Prosecution. Annual Review of Law & Social Science

Gordon, Sanford C. 2009. Assessing Partisan Bias in Federal Public Corruption Prosecutions. American Political Sciecne Review

Gorman, T.O. 2015. The Origins of the FCPA: Lessons for Effective Compliance and Enforcement. Securities Regulation Law Journal

Gorodnichenko, Yuriy & Klara Sabirianova Peter. 2007. Public Sector Pay and Corruption: Measuring Bribery from Micro Data. Journal of Public Economics

Gorta, Angela & Suzie Forell. 1995. Layers of Decision: Linking Social Definitions of Corruption and Willingness to Take Action. Crime, Law & Social Change

Gorta, Angela. 1998. Minmising Corruption: Applying Lessons from the Crime Prevention Literature. Crime, Law & Social Change

Gouda, Moamen & Sang-Min Park. 2015. Regligious Loyalty and Acceptance of Corruption. Journal of Economics & Statistics

Goudie, A.W. & D. Stasavage. 1998. A Framework for the Analysis of Corruption. Crime, Law & Social Change

Goudie, Andrew W. & David Stasavage. 1999. Corruption: The Issues. OECD Development Centre Working Paper No. 122.

Gould, David J. & Jose A. Amaro-Reyes. 1983. The Effects of Corruption on Administrative Performance: Illustrations from Developing Countries. World Bank Staff Working Paper No. 580.

Goyette, J. 2014. The Determinants of the Size Distribution of Firms in Uganda. European Journal of Development Research

Graeff, P. & G. Mehlkop. 2003. The Impact of Economic Freedom on Corruption: Different Patterns for Rich and Poor Countries. European Journal of Political Economy

Graham, John L. 1984. The Foreign Corrupt Practices Act: A New Perspective. Journal of International Business Studies

Gramckow, Heike. 2011. Preventing Corruption in Prosecutors Offices: Understanding and Managing for Integrity. World Bank Justice & Development Working Papers 15.

Granovetter, Mark. 2007. "The Social Construction of Corruption", in Victor Nee & Richard Swedberg eds., On Capitalism (Stanford University Press),

Gratton, Gabriele. 2013. The Sound of Silence: Political Accountability and Libel Law. European Journal of Political Economy

Gray, C.W., J. Hellman & R. Ryterman. 2004. Anticorruption in Transition 2: Corruption in Enterprise-State Interactions in Europe and Central Asia, 1999-2002. Washington, D.C.: World Bank.

Gray, H. 2015. The Political Economy of Grand Corruption in Tanzania. African Affairs

Gray, Larissa. 2012. "Recovering Corruptly Obtained Assets", in Adam Graycar & Russell G. Smith eds., Handbook of Global Research and Practice in Corruption ,

Graycar, A. & O. Monaghan. 2015. Rich Country Corruption. International Journal of Public Administration

Graycar, Adam & A. Sidebottom. 2012. Corruption and Control: A Corruption Reduction Approach. Journal of Financial Crime.

Graycar, Adam & Diego Villa. 2011. The Loss of Governance Capacity through Corruption. Governance

Graycar, Adam & Tim Prenzler. 2013. Understanding and Preventing Corruption. (Palgrave Pivot).

Graycar, Adam. 2015. Corruption: Classification and Analysis. Policy & Society

Gray-Molina, George, Ernesto Perez de Rada & Ernesto Yanez. 1999. Transparency and Accountability in Bolivia: Does Voice Matter? IADB Working Paper

GRECO. 2011. Lessons Learnt from the Three Evaluation Rounds (2000-2010).

Green, A.J. 2012. United States v. Renzi: Reigning in the Speech or Debate Clause to Fight Corruption in Congress Post- Rayburn. BYU Law Review

Green, E. 2010. Patronage, District Creation, and Reform in Uganda. Studies in Comparative International Development

Green, P. & T. Ward. 2004. State Crime: Governments, Violence and Corruption (London: Pluto Press).

Green, Penny. 2005. Disaster by Design: Corruption, Construction and Catastrophe. British Journal of Criminology.

Green, S. 2005. "What's Wrong with Bribery?", in R. Duff & S. Green eds., Defining Crimes: Essays on Special Part of the Criminal Law (Oxford University Press).

Greenhill, Kelly M. 2009. "Kleptocratic Interdependence: Trafficking, Corruption, and the Marriage of Politics and Illicit Profits", in Robert I. Rotberg ed., Corruption, Global Security, and World Order.

Gregory, R. 2015. Political Independence, Operational Impartiality, and the Effectiveness of Anti-Corruption Agencies. Asian Education & Development Studies

Gregory, Robert J. 1999. Social Capital Theory and Adminsitrative Reform: Maintaining Ethincal Probity in Public Service. Public Administration Review

Griffin, Lisa Kern. 2011. The Federal Common Law of Corruption. North Carolina Law Review

Grigoli, Francesco & Zachary Mills. 2011. Do High and Volatile Levels of Public Investment Suggest Misconduct? The Role of Institutional Quality. World Bank Policy Research Working Paper 5735.

Grigorescu, Alexandru. 2006. The Corruption Eruption in East-Central Europe: The Increased Salience of Corruption and the Role of Intergovernmental Organizations. Eastern European Politics & Societies

Grimes, M. 2008. The Conditions of Successful Civil Society Involvement in Combating Corruption: A Survey of Case Study Evidence. Working paper.

Grimes, Marcia & Lena Wangnerud. 2010. Curbing Corruption through Social Welfare Reform? The Effects of Mexico's Conditional Cash Transfer Program on Good Government. American Review of Public Administration

Grimes, Marcia. 2013. The Contingencies of Societal Accountability: Examining the Link Between Civil Society and Good Government. Studies in Comparative International Development

Grimm, Daniel J. 2010. The Foreign Corrupt Practices Act in Merger and Acquisition Transactions: Successor Liability and Its Consequences. NYU Journal of Law & Business

Grodeland, Ase Berit. 2010. Elite Perceptions of Anti-Corruption Efforts in Ukraine. Global Crime

Groenendijk, Nico. 1997. A Principal-Agent Model of Corruption. Crime, Law & Social Change.

Gronlund, K. & M. Setala. 2011. In Honest Officials We Trust: Institutional Confidence in Europe. American Review of Public Administration.

Grooms, K. 2015. Enforcing the Clean Water Act: The Effect of State-Level Corruption on Compliance. Journal of Environmental Economics & Management

Groseclose, Timothy & Keith Krehbiel. 1994. Golden Parachutes, Rubber Checks, and Strategic Retirement from the 102d House. American Journal of Political Science

Grosfeld, I. & E. Zhuravskaya. 2015. Cultural vs. Economic Legacies of Empires: Evidence from the Partition of Poland. Journal of Comparative Economics

Gthnji, M. & F. Holmquist. 2012. Reform and Political Impunity in Kenya: Transparency without Accountability. African Studies Review

Gualiteri, Donato. 2013. A Helping Hand: The Influence of the 1997 OECD Convention in the Italian Fight Against Corruption. International Journal of Public Law & Policy

Guasch, J. Luis & Stephane Straub. 2009. Corruption and Concession Renegotiations: Evidence from the Water and Transport Sectors in Latin America. Utilities Policy

Guasch, J. Luis, Jean-Jacques Laffont & Stephane Straub. 2008. Renegotiation of Concession Contracts in Latin America: Evidence from the Water and Transport Sectors.

International Journal of Industrial Organization

Gueorguiev, Dimitar & Edmund Malesky. 2012. Foreign Investment and Bribery: A Firm-Level Analysis of Corruption in Vietnam. Journal of Asian Economics

Guerrero, Manuel Alejandro. 2008. On the Individual Decision to Commit Corruption: A Methodological Complement. Journal of Economic Behavior & Organization .

Guetat, I. 2006. The Effects of Corruption on Growth Performance of the MENA Countries. Journal of Economics and Finance 30: 208-221.

Guiso, L., P. Sapienza & L. Zingales. 2009. Cultural Biases in Economic Exchange?

Quarterly Journal of Economics.

Gulati, M. & M.Y. Rao. 2007. "Corruption in the Electricity Sector: A Pervasive Scourge", in Campos, J. & S. Pradhan eds. The Many Faces of Corruption: Tackling Vulnerabilities at the Sector Level (Washington, D.C.: World Bank).

Gundlach, Erich & Martin Paldam. 2009. The Transition of Corruption: From Poverty to Honesty. Economics Letters

Gunnar, H.K. 2015. Political Control and Perceptions of Corruption in Icelandic Local Government. Stjornmal Og Stjornsysla.

Guo, X. 2014. Controlling Corruption in the Party: China's Central Discipline Inspection Commission. China Quarterly 219: 597-624.

Guo, Y. & S. Li. 2015. Anti-Corruption Measures in China: Suggestions for Reforms. Asian Education & Development Studies

Gupta, A. 2005. Narratives of Corruption: Anthropological and Fictional Accounts of the Indian State. Ethnography

Gupta, Akhil. 1995. Blurred Boundaries: The Discourse of Corruption, the Culture of Politics, and the Imagined State. American Ethnologist

Gupta, Akhil. 2005. "Narrating the State of Corruption", in Dieter Haller & Chris Shore eds., Corruption: Anthropological Perspectives (Pluto Press).

Gupta, Manash Ranjan & Sarbajit Chaudhuri. 1997. Formal Credit, Corruption and the Informal Credit Market in Agriculture: A Theoretical Analysis. Economica

Gupta, Sanjeev, Hamid Davoodi & Erwin Tiongson. 2000. Corruption and the Provision of Health Care and Education Services. IMF Working Paper No. 00/116.

Gupta, Sanjeev, Hamid R. Davoodi & Rosa Alonso-Terme. 2002. Does Corruption Affect Income Inequality and Poverty? Economics of Governance

Gupta, Sanjeev, Luiz R. De Mello & Raju Sharan. 2001. Corruption and Military Spending. European Journal of Political Economy

Gurgur, Tugrul & Anwar Shah. 2005. Localization and Corruption: Panacea or Pandora's Box? World Bank Policy Research Working Paper 3486.

Guriev, Sergei. 2004. Red Tape and Corruption. Journal of Development Economics

Gutmann, Jerg 2015. Believe, But Verify? The Effect of Market Structure on Corruption in Religious Groups. Kyklos

Gutmann, Jerg, Fabio Padovano & Stefan Voigt. 2015. Perception vs. Experience: Explaining Differences in Corruption Measures Using Microdata. Working paper.

Gutterman, E. 2015. Easier Done than Said: Transnational Bribery, Norm Resonance, and the Origins of the US Foreign Corrupt Practices Act. Foreign Policy Analysis

Gutterman, Ellen. 2013. Easier Done Than Said: Transnational Bribery, Norm Resonance, and the Origins of the US Foreign Corrupt Practices Act. Foreign Policy Analysis.

Gutterman, Ellen. 2014. The Legitimacy of Transnational NGOs: Lessons from the Experience of Transparency International in Germany and France. Review of International Studies

Guveneli, T. & R. Sanyal. 2012. Perception and Understanding of Bribery in International Business. Ethics & Behavior

Gyimah-Brempong, K. & S.M. De Camacho. 2006. Corruption, Growth, and Income Distribution: Are There Regional Differences? Economics of Governance

Gyimah-Brempong, K. 2001. Corruption, Economic Growth, and Income Inequality in Africa. Economics & Governance

Haber, S. & V. Menaldo. 2011. Do Natural Resources Fuel Authoritarianism? A Reappraisal of the Resource Curse. American Political Science Review

Habib, Mohsin & Leon Zurawicki. 2001. Country-Level Investments and the Effect of Corruption – Some Empirical Evidence. International Business Review

Habib, Mohsin & Leon Zurawicki. 2002. Corruption and Foreign Direct Investment. Journal of International Business Studie

Habib, Moshin & Leon Zurawicki. 2002. Corruption in the Context of International Business – Conceptual and Methodological Issues. Journal of Transnational Management Development

Hadamovsky, M. 2012. On the Relationship between Corruption and Migration. Working paper.

Hafner, O. 1998. The Role of Corruption in the Misappropriation of Tropical Forest Resources and in Tropical Forest Destruction. Working paper.

Hagenbuch, Stephen. 2012. Taming "Instrumentality": The FCPA's Legislative History Requires Proof of Government Control. University of Chicago Legal Forum

Hakkala, K., P. Norback & H. Svaleryd. 2002. Asymmetric Effects of Corruption on FDI: Evidence from Swedish Multinational Firms. Review of Economics & Statistics

Halim, Nafisa. 2008. Testing Alternative Theories of Bureaucratic Corruption in Less Developed Countries. Social Science Quarterly

Hall, D. 1999. Privatisation, Multinationals and Corruption. Development in Practice

Hall, Kath. 2013. Strategic Privatisation of Transnational Anti-Corruption Regulation. Australian Journal of Corporate Law

Hall, R.E. & C.I. Jones. 1999. Why Do Some Countries Produce So Much More Output Per Worker Than Others? Quarterly Journal of Economics

Hall, Richard L. & Robert P. van Houweling. 1995. Avarice and Ambition in Congress: Representatives' Decisions to Run or Retire from the U.S. House. American Political Science Review

Hall, Thomas & Glenn Yago. 2000. Estimating the Cost of Opacity Using Sovereign Bond Spreads. Milken Institute Policy Brief No. 13.

Hall-Matthews, David. 2007. "Tickling Donors and Tackling Opponents: The Anti-Corruption Campaign in Malawi", in Sarah Bracking ed., Corruption and Development: The Anti-Corruption Campaigns (Palgrave Macmillan).

Hallward-Driemeier, Mary & Lant Pritchett. 2011. How Business Is Done and the "Doing Business" Indicators: The Investment Climate when Firms Have Climate Control.World Bank Policy Research Working Paper 5563.

Hallward-Driemeier, Mary. 2009. Who Survives? The Impact of Corruption, Competition and Property Rights Across Firms. World Bank Policy Research Working Paper 5084.

Hamilton-Hart, Natasha. 2001. Anti-Corruption Strategies in Indonesia. Bulletin of Indonesian Economic Studies

Hamra, Wayne. 2000. Bribery in International Business Transactions and the OECD Convention: Benefits and Limitations. Business Economics

Han Ping, Luke, Davin Chor, Quoc-Anh Do, & Karine Serfaty-de Medeiros. 2013. Corruption, Delays, and the Pattern of Trade. Working paper.

Hancock, Graham. 1989. Lords of Poverty: The Power, Prestige, and Corruption of the International Aid Business (Boston: Atlantic Monthly Press).

Hand, Jacqueline. 2005. Government Corruption and Exploitation of Indigenous Peoples. Santa Clara Journal of International Law

Hanf, Matthieu, Astrid Van-Melle, Florence Fraisse, Amaury Roger, Bernard Carme & Mathieu Nacher. 2011. Corruption Kills: Estimating the Global Impact of Corruption on Children Deaths.

Hankiss, Elemer. 2002. "Games of Corruption: East Central Europe,

Kotkin & A. Sajo eds., Political Corruption in Transition: A Sceptic's Handbook (Budapest: Central European University Press).

Hanley, Sean & Allan Sikk. 2014. Economy, Corruption or Floating Voters? Explaining the Breakthroughs of Anti-Establishment Reform Parties in Eastern Europe. Party Politics (forthcoming).

Hanlon, J. 2004. How Northern Donors Promote Corruption: Tales from the New Mozambique. Corner House Briefing 33.

Hanna, Rema & Shing-Yi Wang. 2013. Dishonesty and Selection into Public Service. NBER Working Paper No. 19649.

Hanna, Rema, Sarah Bishop, Sara Nadel, Gabe Scheffler & Katherine Durlacher. 2011.

The Effectiveness of Anti-Corruption Policy: What Has Worked, What Hasn't, and What We Don't Know—A Systematic Review. Technical Report. London: EPPI-Centre, Social Science Unit, Institute of Education, University of London.

Hanousek, J. & E. Kocenda. 2011. Public Investment and Fiscal Performance in the New EU Member States. Fiscal Studies

Hansberry, Heidi L. 2012. In Spite of Its Good Intentions, the Dodd-Frank Act Has Created an FCPA Monster. Journal of Criminal Law & Criminology

Hansen, Hans Krause. 2011. Managing Corruption Risks. Review of International Political Economy

Haque, M. Emranul & B. Hussain. 2013. Where Does Education Go? The Role of Corruption. Working paper.

Haque, M. Emranul & K.C. Neanidis. 2009. Fiscal Transparency and Corruption. Working paper.

Haque, M. Emranul & Richard A. Kneller. 2009. Corruption Clubs: Endogenous Thresholds in Corruption and Development. Economics of Governance

Haque, M. Emranul & Richard Kneller. 2015. Why Does Public Investment Fail To Raise Economic Growth?: The Role of Corruption. The Manchester School

Haque, M. Emranul. 2011. Endogenous Detection in a Simple Model of Corruption and Growth. Global Journal of Finance & Economics

Haque, M. Emranul. 2012. Unproductive Education in a Model of Corruption and Growth. Working paper.

Harding, J. 2014. Corruption or Guanxi? Differentiating between the Legitimate, Unethical, and Corrupt Activities of Chinese Government Officials. Pacific Basin Law Journal

Hardouin, Patrick. 2009. Banks, Governance and Public-Private Partnership in Preventing and Confronting Organized Crime, Corruption and Terrorism Financing. Journal of Financial Crime

Hardy, Peter D. 1995. The Emerging Role of the Quid Pro Quo Requirement for Public Corruption Prosecutions Under the Hobbs Act. University of Michigan Journal of Law Reform

Harm, Christian. 2005. Political Determinants of Corporate Governance: Corruption and Other Forms of Rent Seeking. (unpublished working paper)

Harms, Brian C. 2000. Holding Public Officials Accountable in the International Realm: A New Multi-Layered Strategy to Combat Corruption. Cornell International Law Journal

Harring, N. 2014. Corruption, Inequalities and the Perceived Effectiveness of Economic Pro-Environmental Policy Instruments: A European Cross-National Study. Environmental Science & Policy

Harring, Niklas. 2012. Understanding the Effects of Corruption and Political Trust on Willingness to Make Economic Sacrifices for Environmental Protection in a Cross-National Perspective. Social Science Quarterl

Harring, Niklas. 2013. Corruption, Inequalities and the Perceived Effectiveness of Economic Pro-Enviromental Policy Instruments: A European Cross-National Study. Environmental Science & Policy.

Harrison, Elizabeth. 2006. Unpacking the Anti-Corruption Agenda: Dilemmas for Anthropologists. Oxford Development Studies

Harrison, Elizabeth. 2007. Corruption. Development in Practice

Harrison, Graham. 1999. Clean-Ups, Conditionality & Adjustment: Why Institutions Matter in Mozambique. Review of African Political Economy

Harrison, Graham. 1999. Corruption as "Boundary Politics": The State, Democratization and Mozambique's Unstable Liberalization. Third World Quarterly

Harrison, M. & B.Y. Kim. 2006. Plans, Prices, and Corruption: The Soviet Firm Under Partial Centralization, 1930 to 1990. Journal of Economic History

Harriss-White, Barbara & Gordon White. 1996. Corruption, Liberalization, and Democracy. IDS Bulletin

Harris-White, B. & G. White. 1996. Liberalization and New Forms of Corruption (Brighton: Institute of Development Studies).

Harsch, Ernest. 1993. Accumulators and Democrats: Challenging State Corruption in Africa. Journal of Modern African Studies

Harstad, Bard & Jakob Svensson. 2011. Bribes, Lobbying, and Development. American Political Science Review.

Hart, C.L. 2014. Money Laundering. American Criminal Law Review .

Hartman, Jennifer M. 1997. Government by Thieves: Revealing the Monsters Behind the Kleptocratic Masks. Syracuse Journal of International Law & Commerce.

Hasen, Richard L. 1993. An Enriched Economic Model of Political Patronage and Campaign Contributions: Reformulating Supreme Court Jurisprudence. Cardozo Law Review

Hasen, Richard L. 2004. Buckley Is Dead, Long Live Buckley: The New Campaign Finance Incoherence of McConnell v. Federal Election Commission. University of Pennsylvania Law Review

Hasker, Kevin & Cagla Okten. 2008. Intermediaries and Corruption. Journal of Economic Behavior & Organization

Hassaballa, H. 2015. The Effect of Corruption on Carbon Dioxide Emissions in the MENA Region. European Journal of Sustainable Development

Hassid, Jonathan & Jennifer N. Brass. 2015. Scandals, Media and Good Governance in China and Kenya. Journal of Asian & African Studies

Hasty, Jennifer. 2005. Sympathetic Magic/Contagious Corruption: Sociality, Democracy, and the Press in Ghana. Public Culture.

Hasty, Jennifer. 2005. The Pleasures of Corruption: Desire and Discipline in Ghanaian Political Culture. Cultural Anthropology.

Hatak, I., M. Fink & H. Frank. 2015. Business Freedom, Corruption and the Performance of Trusting Cooperation Partners: Empirical Findings from Six European Countries. Review of Managerial Science

Hatchard, John. 2012. Combating Corruption: Some Reflections on the Use of the Offence and the Tort of Misconduct/Misfeasance in Public Office. Denning Law Journal

Hatchard, John. 2014. Combating Corruption: Legal Approaches to Supporting Good Governance and Integrity in Africa

Haugeneder, Florian. 2009. Corruption in Investor-State Arbitration. Journal of World Investment & Trade

Hauk, Esther & Maria Saez-Marti. 2002. On the Cultural Transmission of Corruption. Journal of Economic Theory

Hauser, C. & J. Hogenacker. 2014. Do Firms Proactively Take Measures to Prevent Corruption in their International Operations? European Management Review

Hawthorne, Omar E. 2013. Transparency Internatioal's Corruption Perceptions Index: "Best Flawed" Measure on Corruption? Working paper.

He, Xin Frank. 2003. Sporadic Law Enforcement Campaigns as a Means of Social Control: A Case Study From a Rural-Urban Migrant Enclave in Beijing. Columbia Journal of Asian Law

He, Zhengke. 2000. Corruption and Anti-Corruption in Reform China. Communist & Post-Communist Studies

Healy, Paul & George Serafeim. 2014. An Analysis of Firms' Self-Reported Anticorruption Efforts. Harvard Business School Working Paper

Healy, Paul M. & Karthik Ramanna. 2013. When the Crowd Fights Corruption. Harvard Business Review:

Hearn, Rose Gill. 2012. "The Role of Education in Changing Corrupt Practices", in Adam Graycar & Russell G. Smith eds., Handbook of Global Research and Practice in Corruption ,

Hearn, Rose Gill. 2014. Does Corruption Drive Government Spending? Public Administration Review

Hebous, S. & V. Lipatov. 2014. A Journey from a Corruption Port to a Tax Haven. Journal of Comparative Economics

Hechanova, M.R.M., I. Melgar, P.Z. Falguera & M. Villaverde. 2014. Organisational Culture and Workplace Corruption in Government Hospitals. Journal of Pacifc Rim Psychology

Heckleman, J.C. & B. Powell. 2010. Corruption and the Institutional Environment for Growth. Comparative Economic Studies 52: 351-378.

Heeks, R. 1999. Information Technology and the Management of Corruption. Development in Practice

Heeks, R. 2002. Information Systems and Developing Countries: Failure, Success and Local Improvisations. The Information Society

Heeks, Richard & Harald Mathisen. 2011. Understanding Success and Failure of Anti-Corruption Initiatives. U4 Brief (March 2011).

Heeks, Richard. 1998. Information Technology and Public Sector Corruption. Working paper.

Heeks, Richard. 2007. "Why Anti-Corruption Initiatives Fail: Technology Transfer and Contextual Collision", in Sarah Bracking ed., Corruption and Development: The Anti-Corruption Campaigns (Palgrave Macmillan)

Hefeker, Carsten. 2010. Taxation, Corruption and the Exchange Rate Regime. Journal of Macroeconomics

Heidenheimer, Arnold J. & Michael Johnston, eds., Political Corruption: Concepts and Contexts, 3rd edition (Transaction Publishers, 2009)

Heidenheimer, Arnold J. 1989. "Perspectives on the Perception of Corruption", in Heidenheimer, Arnold J., M. Johnston & V. Le Vine eds., Political Corruption: A Handbook (New Brunswick: Transaction)

Heidenheimer, Arnold J. 1996. The Topography of Corruption: Explorations in a Comparative Perspective. International Social Science Journal

Heidenheimer, Arnold J. 2004. Disjunctions Between Corruption and Democracy? A Qualitative Exploration. Crime, Law & Social Change

Heifetz, David L. 2002. Japan's Implementation of the OECD Anti-Bribery Convention: Weaker and Less Effective Than the U.S. Foreign Corrupt Practices Act. Pacific Rim Law & Policy Journal

Heilbrunn, J. 2011. "Post-Conflict Reconstruction, Legitimacy and Anti-Corruption Commissions", in C. Cheng & D. Zaum eds., Corruption and Post-Conflict Peacebuilding: Selling the Peace? (Abingdon: Routledge).

Heilbrunn, John R. 2005. Oil and Water? Elite Politicians and Corruption in France. Comparative Politics

Heilbrunn, John. 1999. "Corruption, Democracy, and Reform in Benin," in Schedler, Andreas et al. The Self-Restraining State: Power and Accountability in New Democracies. Boulder: Lynne Rienner Publishers.

Heilbrunn, John. 2004. Anticorruption Commissions: Panacea or Real Medicine to Fight Corruption? World Bank Institute Working Paper 37234.

Heilman, Bruce, Ng'wazak Kamata & Laurean Ndumbaro. 2000. Corruption, Politics, and Societal Values in Tanzania. Journal of Social Philosophy

Heimann, Fritz F. 1994 Should Foreign Bribery Be a Crime?

Hein, M. 2015. The Fight Against Government Corruption in Romania: Irreversible Results or Sisyphean Challenge? Europe-Asia Studies

Heineman, Ben W., Jr.. 2008. High Performance with High Integrity (Cambridge: Harvard Business Review Press).

Heinrich, Finn & Robin Hodess. 2012. "Measuring Corruption", in Adam Graycar & Russell G. Smith eds., Handbook of Global Research and Practice in Corruption ,

Helle, Svein-Erik & Lise Rakner. 2013. "'Grabbing' an Election: Abuse of State Resources in the 2011 Elections in Uganda", in Soreide, Tina & Aled Willams eds., Corruption, Grabbing and Development .

Heller, N. 2009. "Defining and Measuring Corruption: Where Have We Come From, Where Are We Now, and What Matters for the Future?", in R. Rotberg ed., Corruption, Global Security, and World Order (Washington, D.C.: Brookings Institution Press).

Helliwell, J.F. & H.F. Huang. 2008. How's Your Government? International Evidence Linking Good Government and Well-Being. British Journal of Political Science

Hellman, Joel & Daniel Kaufmann. 2001. Confronting the Challenges of State Capture in Transition Economies. Finance & Development

Hellman, Joel & Mark Schankermann. 2000. Intervention, Corruption and Capture: The Nexus between Enterprises and the State. Economics of Transition

Hellman, Joel S. 1998. Winners Take All: The Politics of Partial Reform in Postcommunist Transitions. World Politics.

Hellman, Joel S., Geraint Jones & Daniel Kaufmann. 2000. Seize the State, Seize the Day: State Capture and Influence in Transition Economies. Journal of Comparative Economics

Hellman, Joel S., Geraint Jones & Daniel Kaufmann. 2006. "Far from Home: Do Foreign Investors Import Higher Standards of Governance in Transition Economies?", in Clarke, T. & M. Dela Rama eds., Corporate Governance and Globalization (New York: Sage)

Hellmann, Olli. 2014. Explaining the Institutionalization of Political Corruption: The Effects of Colonial Rule and Decolonization. Working paper.

Helmer, Elena & Stuart H. Deming. 2011. Non-Governmental Organizations: Anticorruption Compliance Challenges and Risks. International Lawyer

Helmer, Elena. 2008. Corruption in International Commercial Arbitration: Fiona Trust & Holding Corp. v. Privalov. International Arbitration News .

Helmy, Heba E. 2013. The Impact of Corruption on FDI: Is MENA an Exception? International Review of Applied Economics

Henderson, J. Vernon & Ari Kuncoro. 2006. Corruption in Indonesia. NBER Working Paper 10674.

Henderson, J. Vernon & Ari Kuncoro. 2011. Corruption and Local Democratization in Indonesia: The Role of Islamic Parties. Journal of Development Economics

Hendrix, Steven E. 2005. New Approaches to Addressing Corruption in the Context of U.S. Foreign Assistance with Examples from Latin America and the Caribbean. Southwestern Journal of Law & Trade in the Americas

Henning, Patrick & Lee Radek. 2011. The Prosecution and Defense of Public Corruption: The Law and Legal Strategies. Oxford University Press.

Henning, Peter J. 2001. Public Corruption: A Comparative Analysis of International Corruption Conventions and United States Law. Arizona Journal of International & Comparative Law

Henning, Peter J. 2003. Federalism and the Federal Prosecution of State and Local Corruption, Kentucky Law Journa

Henning, Peter J. 2009. Corporate Criminal Liability and the Potential for Rehabilitation. American Criminal Law Review

Henning, Peter J. 2012. Be Careful What You Wish For: Thoughts on a Compliance Defense Under the Foreign Corrupt Practices Act. Ohio State Law Journal

Henning, Peter J. 2012. Making Sure "The Buck Stops Here": Barring Executives for Corporate Violations. University of Chicago Legal Forum

Hepburn, J. 2014. In Accordance with Which Host State Laws? Restoring the "Defense" of Investor Illegality in Investment Arbitration. Journal of International Dispute Settlement

Hernandez, Teresa & Robert W. McGee. 2014. Ethical Attitudes Toward Taking a Bribe: A Study of Three Latin American Countries. Working paper.

Herrera, Ana Maria, Lebohang Lijane & Peter Rodriguez. 2007. Bribery and the Nature of Corruption. Unpublished manuscript, Michigan State University.

Herrera, J., M. Razafindrakoto & F. Roubaud. 2007. Governance, Democracy and Poverty Reduction: Lessons Drawn from Household Surveys in Sub-Saharan Africa and Latin America. International Statistical Review

Herrick, Rebekah L. 2000. Who Will Survive? An Exploration of Factors Contributing to the Removal of Unethical House Members. American Politics Research

Herring, Cheryl Crumpton. 2001. 18 U.S.C. § 666: Is It a Blank Check to Federal Authorities Prosecuting State and Local Corruption? 52 Ala. L. Rev.

Hertog, S. 2010. Defying the Resource Curse: Explaining Successful State-Owned Enterprises in Rentier States. World Politics 62(2):

Herzfeld, Thomas & Christoph Weiss. 2003. Corruption and Legal (In)Effectiveness: An Empirical Investigation. European Journal of Political Economy

Herzfeld, Thomas & Christoph Weiss. 2007. Corruption Clubs: Empirical Evidence from Kernel Density Estimates. Applied Economics

Hess, David & Cristie L. Ford. 2008. Corporate Corruption and Reform Undertakings: A New Approach to an Old Problem. Cornell International Law Journal

Hess, David & Thomas W. Dunfee. 2000. Fighting Corruption: A Principled Approach; The C2 Principles (Combating Corruption), Cornell International Law Journal

Hess, David & Thomas W. Dunfee. 2003. "Taking Responsibility for Bribery: The Multinational Corporation's Role in Combating Corruption", in R. Sullivan ed., Business and Human Rights: Dilemmas and Solutions (Sheffield, UK: Greenleaf Publishing)

Hess, David. 2009. Catalyzing Corporate Commitment to Combating Corruption. Journal of Business Ethics

Hess, David. 2011. "Combating Corruption in International Business through Voluntary Governance Initiatives", in T. Hale & D. Held eds., Transnational Governance Innovation (Cambridge, UK: Polity Press)

Hess, David. 2012. Combating Corruption through Corporate Transparency: Using Enforcement Discretion to Improve Disclosure. Minnesota Journal of International Law

Hess, David. 2012. Enhancing the Effectiveness of the Foreign Corrupt Practices Act Through Corporate Social Responsibility. Ohio State Law Journal

Hessami, Z. 2014. Political Corruption, Public Procurement, and Budget Composition: Theory and Evidence from OECD Countries. European Journal of Political Economy

Hessami, Zohal, Claudio Thum & Silke Uebelmesser. 2012. A Political Economy Explanation for In-kind Redistribution: The Interplay of Corruption and Democracy. Working Paper.

Hessami, Zohal. 2010. Corruption and the Composition of Public Expenditures: Evidence from OECD Countries. MPRA Paper 25945.

Hessami, Zohal. 2011. On the Link Between Government Ideology and Corruption in the Public Sector. (unpublished manuscript)

Hetzer, W. 2008. Corruption as Business Practice? Criminal Responsibility of Enterprises in the European Union. ERA Forum

Heymann, Philip B. 1997. Democracy and Corruption. Fordham International Law Journal

Heymann, Philip B. Four Unresolved Questions About the Responsibilities of an Independent Counsel. Georgetown Law Journal

Heyneman, Stephen P. 2004. Education and Corruption. International Journal of Educational Development

Heyneman, Stephen P. 2007. Buying Your Way into Heaven: The Corruption of Education Systems in Global Perspective. Perspectives on Global Issues

Heyneman, Stephen P. 2011. The Corruption of Ethics in Higher Education. International Higher Education

Heyneman, Stephen P., Kathryn H. Anderson & Nazym Nuraliyeva. 2008. The Cost of Corruption in Higher Education. Comparative Education Review

Heywood, Paul M. & Jonathan Rose. 2014. "Close But No Cigar": The Measurement of Corruption. Journal of Public Policy

Heywood, Paul M. & Jonathan Rose. 2014. "Close But No Cigar": The Measurement of Corruption. Journal of Public Policy.

Heywood, Paul M. 2015. "Measuring Corruption: Perspectives, Critiques and Limits" , in Paul M. Heywood ed., The Routledge Handbook of Political Corruption (New York: Routledge)

Heywood, Paul. 1997. Political Corruption: Problems and Perspectives. Political Studies

Hibbs, Douglas & Violeta Piculescu. 2005. Institutions, Corruption and Tax Evasion in the Unofficial Economy. Working paper.

Hibbs, Douglas A., Jr. & Violeta Piculescu. 2010. Tax Toleration and Tax Compliance: How Government Affects the Propensity of Firms to Enter the Unofficial Economy. American Journal of Political Science

Hicken, Allen D. 2007. "How Do Rules and Institutions Encourage Vote Buying?", in Frederic Charles Schaffer ed., Elections for Sale: The Causes and Consequences of Vote Buying (Boulder, CO: Lynne Rienner)

Hicken, Allen. 2011. Clientalism. Annual Review of Political Science

Hidalgo, F. Daniel & Simeon Nichter. 2014. Voter Buying: Shaping the Electorate through Clientalism. Working paper.

Hill, Kim Quaile. 2003. Democratization and Corruption: Systematic Evidence from the American States. American Political Research

Hillman, A.L. & E. Katz. 1987. Hierarchical Structure and the Social Costs of Bribes and Transfers. Journal of Public Economics

Hillman, Arye L. 2004. Corruption and Public Finance: An IMF Perspective. European Journal of Political Economy

Hills, L. 2014. Universal Anti-Bribery Legislation Can Save International Business: A Comparison of the FCPA and UKBA in an Attempt to Create Universal Legislation to Combat Bribery Around the Globe. Working paper.

Hills, Roderick M., Jr. 2005. Corruption and Federalism: (When) Do Federal Criminal Prosecutions Improve Non-Federal Democracy? 6 Theoretical Inquiries L.

Hilson, Gavin & Roy Maconachie. 2009. "Good Governance" and the Extractive Industries in Sub-Saharan Africa. Mineral Processing & Extractive Metallurgy Review

Hinchey, Bruce. 2011. Punishing the Penitent: Disproportionate Fines in Recent FCPA Enforcements and Suggested Improvements. Public Contract Law Journal

Hindess, Barry. 2001. "Good Government and Corruption" in Peter Larmour & Nick Wolanin, eds., Corruption and Anti-Corruption (Canberra: Asia Pacific Press)

Hindess, Barry. 2008. "International Anti-Corruption as a Program of Normalisation", in de Sousa, Luis, Peter Marmour & Barry Hindess eds., Governments, NGOs and Anti-Corruption: The New Integrity Warriors (London: Routledge).

Hindriks, Jean, Michael Keen & Abhinay Muthoo. 1999. Corruption, Extortion and Evasion. Journal of Public Economics

Hines, James R. 1995. Forbidden Payment: Foreign Bribery and American Business After 1977. NBER Working Paper No. 5266.

Hines, Nicole Y. 2007. Cultural Due Diligence: The Lost Diligence that Must Be Found by U.S. Corporations Conducting M&A Deals in China to Prevent Foreign Corrupt Practices Act Violations. Duquesne Business Law Journal

Hinks, Timothy & Artjoms Ivlevs. 2014. Communist Party Membership and Bribe Paying in Transitional Economies. Working paper.

Hite-Rubin, Nancy. 2015. "A Corruption, Military Procurement and FDI Nexus? ", in Susan Rose-Ackerman & Paul Lagunes eds., Greed, Corruption, and the Modern State .

Hobbs, Nathaniel. 2005. Corruption in World Bank Financed Projects: Why Bribery is a Tolerated Anathema. Development Studies Institute Working Paper

Hodder, R. 2015. What's Wrong with Patronage? Society

Hodder, Rupert. 2009. Political Interference in the Philippine Civil Service. Environment & Planning C: Government & Policy

Hodess, Robin. 2013. "Civil Society and Nongovernmental Organizations as International Actors in Anti-Corruption Advocacy", in Susan Rose-Ackerman & Paul D.

Carrington eds., Anti-Corruption Policy: Can International Actors Play a Constructive Role? (Durham: Carolina Academic Press)

Hodge, Andrew, Sriram Shankar, D.S. Prasada Rao & Alan Duhs. 2011. Exploring the Links Between Corruption and Growth. Review of Development Economics

Hodgkinson, P. 1997. The Sociology of Corruption, Some Themes and Issues. Sociology

Hodgson, G.M. 2006. Institutions, Recessions and Recovery in the Transitional Economies. Journal of Economic Issues

Hodgson, Geoffrey M. & Shuxia Jiang. 2007. The Economics of Corruption and the Corruption of Economics: An Institutionalist Perspective. Journal of Economic Issues 41: 1043-.

Hodler, Roland & Paul A. Raschky. 2014. Regional Favoritism. Quarterly Journal of Economics.

Hodler, Roland. 2006. The Curse of Natural Resources in Fractionalized Countries. European Economic Review

Hoff, Karla & Joseph E. Stiglitz. 2005. The Creation of the Rule of Law and the Legitimacy of Property Rights: The Political and Economic Consequences of a Corrupt Privatization. NBER Working Paper 11772.

Hofstede, Geert. 2001. Culture's Consequences: Comparing Values, Behaviors, Institutions, and Organizations Across Nations (2d ed.) (Beverly Hills, CA: Sage).

Hogarth, John. 1995. Developments in Criminal Law and Criminal Justice: Bribery of Officials in Pursuit of Corporate Aims. Crim. L. F.

Holcombe, R. & C. Boudreaux. 2015. Regulation and Corruption. Public Choice .

Holloway, Richard. 2001. Corruption and Civil Society Organisations in Indonesia. .

Holloway, Richard. 2010. NGOs: Losing the Moral High Ground—Corruption and Misrepresentation.

Hollyer, J.R., B.P. Rosendorff & J.R. Vreeland. 2014. Measuring Transparency. Political Analysis

Hollyer, James & Leonard Wantchekon. 2015. Corruption and Ideology in Autocracies. Journal of Law, Economics & Organization

Holm, John D. 2000. "Curbing Corruption through Democratic Accountability: Lessons from Botswana," in Kempe Ronald Hope Sr. & Bornwell C. Chikulo eds., Corruption and Development in Africa (London, Palgrave)

Holmberg, Soren & Bo Rothstein. 2011. Dying of Corruption. Health Economics, Policy & Law

Holmberg, Soren & Bo Rothstein. 2011. Quality of Government and Access to Safe Water. QoG Working Paper Series.

Holmberg, Soren, Bo Rothstein & N. Nasiritousi. 2009. Quality of Government: What You Get. Annual Review of Political Science.

Holmes, L. 2006. Rotten States? Corruption, Post-Communism, and Neoliberalism (Durham, NC: Duke University Press)

Holmes, L. 2007. Terrorism, Organised Crime and Corruption: Networks and Linkages. Oxford.

Holmes, L. 2015. Different Paths to Curbing Corruption: Lessons from Denmark, Finland, Hong Kong, New Zealand and Singapore. Asian Journal of Political Science

Holmes, Leslie. 1993. The End of Communist Power: Anti-Corruption Campaigns and Legitimation Crisis.

Holmes, Leslie. 1997. Corruption and the Crisis of the Post-Communist State. Crime, Law & Social Change

Holmes, Leslie. 1999. Corruption in Europe. Dialogue

Holmes, Leslie. 2001. "Crime, Corruption and Politics:International and Transnational Factors", in J. Zielonka & A. Pravda eds., Democratic Consolidation in Eastern Europe: International and Transnational Factors, Vol. 2 (Oxford: Oxford University Press), pp.

Holmes, Leslie. 2003. "Political Corruption in Central and Eastern Europe", in M. Bull & J. Newell eds., Corruption in Contemporary Politics (London: Palgrave)

Holmes, Leslie. 2005. "Russian Corruption and State Weakness in Comparative Post-Communist Perspective", in A. Pravda ed., Leading Russia: Putin in Perspective (Oxford: Oxford University Press)

Holmes, Leslie. 2007. "The Corruption-Organized Crime Nexus in Central and Eastern Europe," in Leslie Holmes ed., Terrorism, Organised Crime and Corruption

Holmes, Leslie. 2008. "Political Corruption Scandals and Public Attitudes towards Party Financing: Poland and Germany Compared", in S. Eliaeson ed., Building Civil Society and Democracy in New Europe (Newcastle: Cambridge Scholars Publishing)

Holmes, Leslie. 2008. Corruption and Organised Crime in Putin's Russia. Europe-Asian Studies

Holmes, Leslie. 2012. "Corruption and Financial Crises", in Ralph Pettman ed., Handbook on International Political Economy (World Scientific Publishing)

Holmes, Leslie. 2012. "Transnational Crime, Corruption and Conflict in Russia and the Former USSR", in Matthew Sussex ed., Conflict in the Former USSR (Cambridge University Press)

Holmes, Leslie. 2012. Corruption in Post-Soviet Russia. Global Change, Peace & Security

Holmes, Leslie. 2013. Postcommunist Transitions and Corruption: Mapping Patterns. Social Research

Holmes, Leslie. 2013. The Internationalisation of Corruption: Scale, Impact and Countermeasures. Crime, Law & Social Change .

Holmes, Leslie. 2014. "Police Corrupton from Many Perspectives", in Leslie Holmes ed., Police Corruption: Essential Readings .

Holmes, Leslie. 2015. Combating Corruption in China: The Role of the State and Other Agencies in Comparative Perspective. Economic & Political Studies

Holmes, Ronald D. 2007. "Combating Corruption in the Philippines: The Difficulty and Danger of Organizational Reform/Human Resource Development Initiatives", in Ma Concepcion P. Alfiler & Eleanor E. Nicolas, eds., Public Administration plus Governance: Assessing the Past, Addressing the Future. (Quezon City: National College of Public Administration and Governance, University of the Philippines)

Holtzblatt, M. & N. Tschakert. 2014. Baker Hughes: Greasing the Wheels in Kazakhstan (FCPA Violations and Implementation of a Corporate Ethics and Anti-Corruption Compliance Program). Journal of Accounting Education 32(1): 36-60.

Hooghe, M. & E. Quintelier. 2014. Political Participation in European Countries: The Effect of Authoritarian Rule, Corruption, Lack of Good Governance and Economic Downturn. Comparative European Politics

Hope, K. 2000. "Corruption and Development in Africa", in Hope, K. & B. Chikulo eds., Corruption and Development in Africa: Lessons from Country Case Studies (London: Macmillan).

Hope, K.R. 2014. Kenya's Corruption Problem: Causes and Consequences. Commonwealth & Comparative Politics

Hopkin, Jonathan & Andres Rodriguez-Pose. 2007. "Grabbing Hand" or "Helping Hand"? Corruption and the Economic Role of the State. Governance: An International Journal of Policy & Administration

Hopkin, Jonathan. 1997. Political Parties, Political Corruption, and the Economic Theory of Democracy. Crime, Law & Social Change

Hopkin, Jonathan. 2002. States, Markets and Corruption: A Review of Some Recent Literature. Review of International Political Economy .

Hoppe, T. 2014. The Case for Asset Declarations in the Judiciary: Identifying Illicit Enrichment and Conflicts of Interest. U4 Brief  (Bergen: Chr. Michelsen Institute).

Horowitz, Shale, Karla Hoff & Branko Milanovic. 2009. Government Turnover: Concepts, Measures and Applications. European Journal of Political Research

Hostetler, Courtney. 2011. Going From Bad to Good: Combating Corporate Corruption on World Bank-Funded Infrastructure Projects. Yale Human Rights & Development Law Journal

Hotchkiss, Carolyn. 1998. The Sleeping Dog Stirs: New Signs of Life in Efforts to End Corruption in International Business. J. Pub. Pol'y & Marketing

Hough, Dan. 2013. Corruption, Anti-Corruption and Governance. London: Palgrave.

Houillon, Gregory. 2014. "Corruption and Conflicts of Interest: Future Prospects on Lobbying", in Jean-Bernard Auby, Emmanuel Breen & Thomas Perroud eds., Corruption and Conflicts of Interest: A Comparative Law Approach

Hoyland, B., K.O. Moene & F. Willumsen. 2012. The Tyranny of Internatioanl Index Rankings. Journal of Development Economics

Hsieh, C.R. & Moretti, E. 2006. Did Iraq Cheat the United Nations? Underpricing, Bribes, and the Oil for Food Program. Quarterly Journal of Economics

Hu, Xinli. 2015. Effectiveness of Information Technology in Reducing Corruption in China: A Validation of the DeLone and McLean Information Systems Success Model. The Electronic Library

Huang, H. & Z. Li. 2015. Procurement Auctions with Ex-Ante Endogenous Bribery. Economic Modelling.

Huang, Peter H. & Ho-Mou Wu. 1994. More Order without More Law: A Theory of Social Norms and Organizational Cultures. Journal of Law, Economics & Organization

Huang, Yasheng. 2008. Capitalism with Chinese Characteristics: Entrepreneurship and the State.

Huang, Z., L. Liu, W. Zheng, X. Tan & X. Zhao. 2015. Walking the Straight and Narrow: The Moderating Effect of Evaluation Apprehension on the Relationship Between Collectivism and Corruption

Hubbard, Paul. 2007. Putting the Power of Transparency in Context: Information's Role in Reducing Corruption in Uganda's Education Sector. Center for Global Development Working Paper 136.

Huberts, Leo W.J.C. 1998. What Can Be Done Against Public Corruption and Fraud: Expert Views on Strategies to Protect Public Integrity. Crime, Law & Social Change

Huberts, Leo W.J.C. 2000. Anticorruption Strategies: The Hong Kong Model in International Context. Public Integrity

Huberts, Leo. 1995. Western Europe and Public Corruption: Experts' Views on Attention, Extent and Strategies. European Journal on Criminal Policy & Research

Hughes, Alexander G. 2013. Drawing Sensible Borders for the Definition of "Foreign Official" Under the FCPA. American Journal of Criminal Law

Hunt, Jennifer & Sonia Laszlo. 2005. Bribery: Who Pays, Who Refuses, What Are the Payoffs? NBER Working Paper 11635.

Hunt, Jennifer & Sonia Laszlo. 2011. Is Bribery Really Regressive? Bribery's Costs, Benefits, and Mechanisms. World Development

Hunt, Jennifer. 2004. Trust and Bribery: The Role of the Quid Pro Quo and the Link with Crime. NBER Working Paper 10510.

Hunt, Jennifer. 2005. Why Are Some Public Officials More Corrupt Than Others? NBER Working Paper No. 11595.

Hunt, Jennifer. 2007. How Corruption Hits People When They Are Down. Journal of Development Economics

Hunt, Jennifer. 2010. Bribery in Health Care in Uganda. Journal of Health Economics

Hunt, Sinead. 2011. Refining Black Gold: The Dodd-Frank Act and Corruption in the Oil Industry. UCLA Journal of International Law & Foreign Affairs

Hunter, Sharifa G. 2011. A Comparative Analysis of the Foreign Corrupt Practices Act and the U.K. Bribery Act, and the Practical Implications of Both on International Business. ISLA Journal of International & Comparative Law

Hurson, Daniel W. 2001. Mail Fraud, the Intangible Rights Doctrine, and the Infusion of State Law: A Bermuda Triangle of Sorts. Houston Law Review

Huskins, Priya Cherian. 2009. FCPA Prosecutions: Liability Trend to Watch. Stanford Law Review

Hussman, Karen. 2007. Anti-Corruption Policy Making in Practice: What Can Be Learned for Implementing Article 5 of UNCAC? Report of Six Country Case Studies: Georgia, Indonesia, Nicaragua, Pakistan, Tanzania and Zambia. U4 Report

Hussmann, K. 2007. Anti-Corruption Policy Making in Practice: What Can Be Learned for Implementing Article 5 of UNCAC? Synthesis Report of Six Country Case Studies: Georgia, Indonesia, Nicaragua, Pakistan, Tanzania, and Zambia. (Bergen: CMI).

Hussmann, K., H. Hechler & M. Penalillo. 2009. Institutional Arrangements for Corruption Prevention: Considerations for the Implementation of the United Nations Convention Against Corruption. U4 Issue

Husted, Bryan W. 1994. Honor Among Thieves: A Transaction-Cost Interpretation of Corruption in Third World Countries. Business Ethics Quarterly

Husted, Bryan W. 1999. Wealth, Culture, and Corruption. Journal of International Business Studies

Hutchcroft, Paul. 1997. The Politics of Privilege: Assessing the Impact of Rents, Corruption, and Clientalism on Third World Development. Political Studies

Huther, Jeff & Anwar Shah. 2000. Anti-Corruption Programs and Policies: A Framework for Evaluation. World Bank Policy Research Working Paper #2501.

Hwang, J. 2002. A Note on the Relationship Between Corruption and Government. Journal of Development Economics

Hwang, Michael S.C. & Kevin Lim. 2012. Corruption in Arbitration – Law and Reality. Asian International Arbitration Journal

Idakwoji, S.P. 2010. Leadership, Corruption and Development. 2010. Canadian Social Science

Ifeka, C. 2001. Playing Civil Society Tunes: Corruption and Misunderstanding Nigeria's "Real" Political Institutions. Review of African Political Economy

Iimi, A. 2007. Escaping from the Resource Curse: Evidence from Botswana and the Rest of the World. IMF Staff Paper 54(4).

Ikharehon, J.J. & N. Omoregie. 2015. Corruption and Poverty Challenges in Nigeria.

Indian Journal of Commerce & Management Studies

Imai, M. 2006. Mixing Family Business with Politics in Thailand. Asian Economic Journal

In'airat, Mohammad. 2014. Aid Allocation, Selectivity, and the Quality of Governance. Journal of Economics, Finance & Administrative Science

Infante, L. & M. Piazza. 2014. Political Connections and Preferential Lending at Local Level: Some Evidence from the Italian Credit Market. Journal of Corporate Finance

Ingle, Robert Ingle & Sandy McClure. 2008. The Soprano State: New Jersey's Culture of Corruption. New York: St. Martin's Press.

International Council on Human Rights Policy & Transparency International. 2009. Corruption and Human Rights: Making the Connection.

International Council on Human Rights Policy. 2010. Integrating Human Rights in the Anti-Corruption Agenda: Challenges, Possibilities and Opportunities.

Ionescu, Luminita. 2010. The Relationship Between Government Effectiveness and Corruption. Economics, Management & Financial Markets

Ionescu, Luminita. 2014. The Adverse Effects of Corruption on Growth and Development. Economics, Management & Financial Markets

Ionescu, Luminita. 2015. The Economics of Corruption in Professional Sport.Economics, Management & Financial Markets

Ionescu, Luminita. 2015. The Role of E-Government in Curbing the Corruption in Public Administration. Economics, Management & Financial Markets

Iossa, Elisabetta & David Martimort. 2011. Corruption in Public Private Partnerships. Working paper.

Iossa, Elisabetta & David Martimort. 2011. Post-Tender Corruption and Risk Allocation: Implications for Public-Private Partnerships. CEIS Research Paper 195, Tor Vargata University.

Iqbal, M. & J. Seo. 2008. E-Governance as an Anti-Corruption Tool: Korean Cases. Korean Local Information

Isaksson, A. 2015. Corruption Along Ethnic Lines: A Study of Individual Corruption Experiences in 17 African Countries. Journal of Development Studies

Isham, Jonathan, Jr., Michael Woolcock, Lant Pritchett & Gwen Busby. 2005. The Varieties of Resource Experience: Natural Resource Export Structures and the Political Economy of Economic Growth. World Bank Economic Review.

Ishiguro, S. 2004. Collusion and Discrimination in Organizations. Journal of Economic Theory

Islam, M. 2014. Bribery and Corruption in Australian Local Councils. Public Money & Management

Islam, M., S. Haque, T. Dissanayake, P. Leung & K. Handley. 2015. Corporate Disclosure in Relation to Combating Corporate Bribery: A Case Study of Two Chinese Telecommunications Companies. Australian Accounting Review.

326

Islam, R. & C. Montenegro. 2002. What Determines the Quality of Institutions? Working paper.

Islam, Roumeen. 2006. Does More Transparency Go Along With Better Governance? Economics & Politics

Ismail, A. & K. Rashid. 2014. Time Series Analysis of the Nexus Among Corruption, Political Instability and Judicial Inefficiency in Pakistan. Quality & Quantity

Issacharoff, Samuel. 2010. On Political Corruption. Harvard Law Review

Ivanov, Eduard et al. 2014. Legal Regulation of Combating Corruption: Report of the LSGL's Research Group. (Law Schools Global League Research Paper No. 2.) Ivanov, Kalin. 2007. "The Limits of a Global Campaign against Corruption", in Sarah Bracking ed., Corruption and Development: The Anti-Corruption Campaigns (Palgrave Macmillan)

Ivanov, Kalin. 2010. The 2007 Accession of Bulgaria and Romania: Ritual and Reality. Global Crime

Ivanyna, Maksym & Anwar Shah. 2011. Decentralization and Corruption: New Cross-Country Evidence. Envronment & Planning C: Government & Policy

Ivanyna, Maksym, Alexandros Mournouras & Peter Rangazas. 2015. The Culture of Corruption, Tax Evasion, and Economic Growth. Empirical Enquiry (forthcoming).

Iversen, V. et al. 2006. High Value Forests, Hidden Economies and Elite Capture: Evidence from Forest User Groups in Nepal's Terai. Ecological Economics

Ivkovic, S.K. & T.O. Shelley. 2007. Police Integrity and the Czech Police Officers. International Journal of Comparative & Applied Criminal Justice

Ivkovic, S.K., C.B. Klockars, I. Cajner-Mraovic´ & D. Ivanusec. 2002. Controlling Police Corruption: The Croatian Perspective. Police Practice & Research

Ivkovic, S.K., M. Haberfeld & R. Peacock. 2013. Rainless West: The Integrity Survey's Role in Agency Accountability. Police Quarterly

Ivkovich, S.K. & A. Sauerman. 2013. Curtailing the Code of Silence among the South African Police. Policing: An International Journal of Police Strategies & Management

Ivlevs, Artjoms & T. Hinks. 2015. Bribing Behaviour and Sample Selection: Evidence from Post-Socialist Countries and Western Europe. Jahrbucher Fur Nationalokonomie Und Statistik

Ivlevs, Artjoms & Timothy Hinks. 2015. Bribing Behavior and Sample Selection: Evidence from Post-Socialist Countries and Western Europe. Journal of Economics & Statistics

Ivlevs, Artjoms & Timothy Hinks. 2015. Global Economic Crisis and Corruption. Public Choice

Ivlevs, Artjoms & Timothy Hinks. 2015. Global Economic Crisis and Corruption (correction notice). Public Choice

Ivory, Radha. 2013. The Right to a Fair Trial and International Cooperation in Criminal Matters: Article 6 EHCR and the Recovery of Assets in Grand Corruption Cases. Utrecht Law Review

Ivory, Radha. 2014. "Transparency and Opacity in the International Legal Framework Against Corruption", in A. Castro, ed., Buen Gobierno Y Derechos Humanos: Nuevas Perspectivas En El Derecho Publico. Lima: Pontifica Universidad Catolica del Pero.

Ivory, Radha. 2014. Corruption, Asset Recovery, and the Protection of Property in Public International Law: The Human Rights of Bad Guys. Cambridge: Cambridge University Press.

Iwasaki, Ichiro & Taku Suzuki. 2007. Transition Strategy, Corporate Exploitation, and State Capture: An Empirical Analysis of the Former Soviet States. Communist and Post-Communist Studies

Iwasaki, Ichiro & Taku Suzuki. 2012. The Determinants of Corruption in Transition Economies. Economics Letters

Iyanda, David O. 2012. Corruption: Definitions, Theories and Concepts. Arabian Journal of Business & Management

Iyer, Deepa. 2011. Earning a Reputation for Independence: Ghana's Commission on Human Rights and Administrative Justice, 1993-2003. Innovations for Successful Societies, Princeton University.

Iyer, Deepa. 2013. Inducing Honesty, Changing Norms: Government Ethics in Brazil, 1995-2004. Innovations for Successful Societies, Princeton University.

Jaber-Lopez, Tarek, Aurora Garcia-Gallego, Pandelis Perakakis & Nikolaus Georgantzis. 2014. Physiological and Behavioral Patterns of Corruption. Frontiers in Behavioral Neuroscience (published online).

Jackson, G. et al. 2014. Grey Areas: Irresponsible Corporations and Reputational Dynamics. Socio-Economic Review

Jackson, J., M. Asif, B. Bradford & M. Zakaria Zakar. 2014. Corruption and Police Legitimacy in Lahore, Pakistan. British Journal of Criminology 54(6): 1067-1088.

Jackson, Michael & Rodney Smith. 1996. Inside Moves and Outside Views: An Australian Case Study of Elite and Public Perceptions of Political Corruption. Governance: An International Journal of Policy and Administration

Jackson, Rachel. 2012. Blowing the Whistle on the Pay-to-Play Game: Campaign Financing Reform in New Jersey, 1998-2012. Innovations for Successful Societies, Princeton University.

Jacobs, Leslie Gielow & Benjamin B. Wagner. 2007. Limits to the Independent Anti-Corruption Commission Model of Corruption Reform: Lessons from Indonesia. Pacific McGeorge Global Business & Development Law Journal

Jacobson, Gary C. & Michael Dimock. 1994. Checking Out: The Effects of Bank Overdrafts on the 1992 House Elections. American Journal of Political Science

Jacquemet, Nicolas. 2012. Corruption as Betrayal: Experimental Evidence. Working paper.

Jagger, P. & G. Shively. 2015. Taxes and Bribes in Uganda. Journal of Development Studies

Jaimovich, E. & J.P. Rud. 2014. Excessive Public Employment and Rent-Seeking Traps.

Journal of Development Economics 106: 144-155.

Jain, Arvind K. 2001. Corruption: A Review. Journal of Economic Surveys

Jain, Arvind K. 2001. The Political Economy of Corruption. London: Routledge.

Jain, Arvind K. 2011. Corruption: Theory, Evidence and Policy. CESifo DICE Report

Jancsics, D. 2015. Imperatives in Informal Organizational Resource Exchange in Central Europe. Journal of Eurasian Studies

Jancsics, David & Istvan Javor. 2012. Corrupt Governmental Networks. International Public Management Journa

Jancsics, David. 2013. Petty Corruption in Central and Eastern Europe: The Client's Perspective. Crime, Law & Social Change

Jancsics, David. 2014. Interdisciplinary Perspectives on Corruption. Sociology Compass

Jancsics, David. 2015. "A Friend Gave Me a Phone Number" – Brokerage in Low-Level Corruption. International Journal of Law, Crime & Justice

Jancsics, David. 2015. Imperatives in Informal Organizational Resource Exchange in Central Europe. Journal of Eurasia Studies

Jang, H., J. Lee & J.C. Gibbs. 2015. The Influence of the National Government on Confidence in the Police: A Focus on Corruption. Journal of Law, Crime & Justice.

Jansen, Eirik Gjostein. 2013. "Don't Rock the Boat: Norway's Difficulties in Dealing with Corruption in Development Aid", in Soreide, Tina & Aled Willams eds., Corruption, Grabbing and Development .

Jaquemet, Nicolas. 2007. Corruption as Betrayal: Experimental Evidence on Corruption Under Delegation. GATE Working Paper 2005-06.

Jara, Gabriela. 2013. Following on the Foreign Corrupt Practices Act: The Dynamic Shareholder Derivatice Suit. Duke Law Journal

Jarso, James Forole. 2010. The Media and the Anti-Corruption Crusade in Kenya: Weighing the Achievements, Challenges, and Prospects. American University International Law Review

Jatto, Lucky Biyce, Jr. 2010. Africa's Approach to the International War on Corruption: A Critical Appraisal of the African Union Convention on Preventing and Combating Corruption. Asper Review of International Business & Trade Law

Jauregui, Beatrice. 2014. Provisional Agency in India: Jugaad and Legitimation of Corruption. American Ethnologist.

Javor, Istvan & David Jancsics. 2013. The Role of Power in Organizational Corruption: An Empirical Study. Administration & Society Online First

Javorcik, B.S. & G. Narciso. 2008. Differentiated Products and Evasion of Import Tariffs. Journal of International Economics

Javorcik, Beata S. & Shang-Jin Wei. 2009. Corruption and Cross-Border Investment in Emerging Markets: Firm-Level Evidence. Journal of International Money & Finance

Jayawickrama, Nihal, Jeremy Pope & Oliver Stolpe. 2002. Legal Provisions to Facilitate the Gathering of Evidence in Corruption Cases: Easing the Burden of Proof. Forum on Crime & Society

Jelloun, Tahar Ben. 1996. Corruption. New Press.

Jenkins, Rob. 2007. India's Unlikely Democracy: Civil Society Versus Corruption. Journal of Democracy

Jensen, N. & C.-A. Png. 2011. Implementation of the FATF 40+9 Recommendations: A Perspective from Developing Countries. Journal of Money Laundering Control

Jensen, N. & L. Wantchekon. 2004. Resource Wealth and Political Regimes in Africa. Comparative Political Studies

Jensen, N. 2002. Econoimc Reform, State Capture, and International Investment in Transition Economies. Journal of International Development

Jensen, Nathan M. & Aminur Rahman. 2011. The Silence of Corruption: Identifying Underreporting of Business Corruption through Randomized Response Techniques. World Bank Policy Research Working Paper

Jensen, Nathan M. & Aminur Rahman. 2015. "The Silence of Corruption: Identifying Underreporting of Business Corruption Through Randomised Response Techniques", , in Paul M. Heywood ed., The Routledge Handbook of Political Corruption (New York: Routledge)

Jensen, Nathan M. & Edmund J. Malesky. 2015. Does the OECD Anti-Bribery Convention Reduce Bribery? An Empirical Analysis Using the Unmatched Count Technique. Working paper.

Jensen, Nathan M., Quan Li & Aminur Rahman. 2010. Understanding Corruption and Firm Responses in Cross-National Firm-Level Surveys. Journal of International Business Studies

Jensen, P.S. & M.K. Justesen. 2014. Poverty and Vote Buying: Survey-Based Evidence from Africa. Electoral Studies

Jeong, Gyung-Ho. 2013. Personal Vote-Seeking Incentives of Legislators and Bureaucratic Corruption. Working Paper.

Jeong, Yujin & Robert J. Weiner. 2011. "Conflict and Corruption in International Trade: Who Helped Iraq Circumvent United Nations Sanctions", in International Handbook on the Economics of Corruption, Vol. II. (Edward Elgar Publishing).

Jeong, Yujin & Robert J. Weiner. 2012. Who Bribes? Evidence from the United Nations' Oil-for-Food Program. Strategic Management Journal 1363-1383.

Jerome, Afeikhena, Senyo Adjiboloso & Dipo Busari. 2005. Addressing Oil Related Corruption in Africa: Is the Push for Transparency Enough? Review of Human Factor Studies Special Edition

Jetter, M., A.M. Agudelo & A.R. Hassan. 2015. The Effect of Democracy on Corruption: Income Is Key. World Development (forthcoming).

Jeydel, Peter. 2012. Yoking the Bull: How to Make the FCPA Work for U.S. Business. Georgetown Journal of International Law

Jiang, T. & H. Nie. 2014. The Stained Chinese Miracle: Corruption, Regulation, and Firm Performance. Economics Letters

Jimenez, F. & M. Cainozos. 2003. "Political Corruption in Spain: Perceptions and Problems", in M.J. Bull & J.L. Newell eds., Corruption in Contemporary Politics (London: Macmillan-Palgrave).

Jimenez, Fernando & Miguel Cainzos. 2006. "How Far and Why Do Corruption Scandals Cost Votes?" in John Garrard & James L. Newell eds., Scandals in Past and Contemporary Politics (Manchester: Manchester University Press)

Jimenez, Fernando, Monica Garcia-quesada & Manuel Villoria. 2014. Integrity Systems, Values, and Expectations: Explaining Differences in the Extent of Corruption in Three Spanish Local Governments. International Journal of Public Administration

Jimenez, Luis F. 1998. The Inter-American Convention Against Corruption. Am. Soc. Int'l L. Proceedings

Jin, Jongsoon. 2005. Corruption and the Time Horizons of Politicians. Working paper.

Johnson, Chalmers. 1986. Tanaka Kakuei, Structural Corruption, and the Advent of Machine Politics in Japan. Journal of Japanese Studies

Johnson, Jesper & Deborah Hardoon. 2012. Why, When and How to Use the Global Corruption Barometer. U4 Brief 2012:5. Bergen, Norway: U4 Anti-Corruption Resource Center.

Johnsøn, Jesper & Phil Mason. 2013. The Proxy Challenge: Why Bespoke Proxy Indicators Can Help Solve the Anti-Corruption Measurement Problem. U4 Brief no. 6.

Johnson, Jesper & Tina Soreide. 2013. Methods for Learning What Works and Why in Anti-Corruption. U4 Issue 2013:8. Bergen, Norway: U4 Anti-Corruption Resource Center.

Johnson, Jesper, Hannes Hechler, Luis De Sousa & Harald Mathisen. 2011. How to Monitor and Evaluate Anti-Corruption Agencies: Guidelines for Agencies, Donors, and Evaluators. U4 Issue 2011:8. Bergen, Norway: U4 Anti-Corruption Resource Center.

Johnson, Jesper, Nils Taxell & Dominik Zaum. 2012. Mapping Evidence Gaps in Anti-Corruption: Assessing the State of the Operationally Relevant Evidence on Donors'

Actions and Approaches to Reducing Corruption. U4 Issue 2012:7. Bergen, Norway: U4 Anti-Corruption Resource Center.

Johnson, Jesper. 2012. Theories of Change in Anti-Corruption Work: A Tool for Programme Design and Evaluation (Bergen: Chr. Michelsen Institute, U4 Issue 2012: 6) Johnsøn, Jesper. 2014. Cost-Effectiveness and Cost-Benefit Analysis of Governance and Anti-Corruption Activities. U4 Issue no. 10.

Johnsøn, Jesper. 2015. "Corruption – New Strategies" in Barry A.K. Rider, ed., Handbook on International Financial Crimes Cheltenham:

Johnsøn, Jesper. 2015. Corruption and Stabilisation: Aid Agencies' Anti-corruption Strategies in Fragile States. (Edward Elgar, forthcoming).

Johnson, Joel W. 2015. Presidential Elections and Corruption Perceptions in Latin America. Journal of Politics in Latin Americ

Johnson, N.D., C.L. La Fountain & S. Yamarik. 2011. Corruption Is Bad for Growth (Even in the United States). Public Choice

Johnson, Noel, W. Ruger, J. Sorens & S. Yamarik. 2014. Corruption, Regulation, and Growth: An Empirical Study of the United States. Economics of Governance

Johnson, Omotunde E.G. 1975. An Economic Analysis of Corrupt Government, With Special Application to Less Developed Countries. Kyklos: Int'l Rev. for Soc. Sci.

Johnson, Ronald N. & Gary D. Libecap. 1995. Courts, a Protected Bureaucracy, and Reinventing Government. Arizona Law Review

Johnson, S., P. Boone, A. Breach & E. Friedman. 2000. Corporate Governance in the Asian Financial Crisis, 1997-1998. Journal of Financial Economics

Johnson, Simon & Todd Mitton. 2003. Cronyism and Capital Controls: Evidence from Malaysia. Journal of Financial Economics

Johnson, Simon, Daniel Kaufmann & Pablo Zoido-Lobotan. 1998. Regulatory Discretion and the Unofficial Economy. American Economic Review (Papers and Proceedings)

Johnson, Simon, Daniel Kaufmann, John McMillan & Christopher Woodruff. 2000. Why Do Firms Hide? Bribes and Unofficial Activity after Communism. Journal of Public Economics

Johnson, Vincent R. 1999. America's Preoccupation with Ethics in Government. St. Mary's Law Journal

Johnston, M. 2007. Understanding the Private Side of Corruption: New Kinds of Transparency, New Roles for Donors. U4 Anti-Corruption Centre Brief No. 6.

Johnston, M. 2015. Making Transparency Real? Accounting and Popular Participation in Corruption Control. Critical Perspectives on Accounting

Johnston, Michael & Jesper Johnsøn. 2014. Doing the Wrong Things for the Right Reasons?: "Do No Harm" as a Principle of Reform. U4 Brief no. 13.

Johnston, Michael & Sahr J. Kpundeh. 2004. Building a Clean Machine: Anti-Corruption Coalitions and Sustainable Reform. World Bank Policy Research Working Paper 3466.

Johnston, Michael & Yufan Hao. 1995. China's Surge of Corruption. Journal of Democracy

Johnston, Michael ed. 2005. Civil Society and Corruption: Mobilizing for Reform. (Lanham: University Press of America).

Johnston, Michael. 1986. Right and Wrong in American Politics: Popular Conceptions of Corruption. Polity

Johnston, Michael. 1986. The Political Consequences of Corruption: A Reassessment. Comparative Politics

Johnston, Michael. 1991. Historical Conflict and the Rise of Standards. Journal of Democracy

Johnston, Michael. 1996. The Search for Definitions: The Vitality of Politics and the Issue of Corruption. International Social Science Journal

Johnston, Michael. 1997. Political Corruption and Public Policy in America. Westport: Praeger.

Johnston, Michael. 1998. Fighting Systemic Corruption: Social Foundations for Institutional Reform. European Journal of Development Research

Johnston, Michael. 1999. "A Brief History of Anticorruption Agencies," in Schedler, Andreas et al. The Self-Restraining State: Power and Accountability in New Democracies. Boulder: Lynne RieGnner Publishers.

Johnston, Michael. 2001. "Measuring Corruption: Numbers Versus Knowledge Versus Understanding", in Arvind K. Jain ed., The Political Economy of Corruption (London: Routledge)

Johnston, Michael. 2005. Political Parties and Democracy in Theoretical and Practical Perspectives. Washington, D.C.: National Democratic Institute for International Development.

Johnston, Michael. 2006. Syndromes of Corruption: Wealth, Power, and Democracy. Cambridge: Cambridge University Press.

Johnston, Michael. 2008. Japan, Korea, the Philippines, China: Four Syndromes of Corruption. Crime, Law & Social Change

Johnston, Michael. 2010. Assessing Vulnerabilities to Corruption. Public Integrity

Johnston, Michael. 2010. Political and Social Foundations for Reform: Anti-Corruption Strategies for the Philippines. Manila: Asian Institute of Management.

Johnston, Michael. 2015. "Reflection and Reassessment: The Emerging Agenda of Corruption Research" , in Paul M. Heywood ed., The Routledge Handbook of Political Corruption (New York: Routledge)

Jon, Alan Doig & David Watt. 2001. Managing Anti-Corruption Agencies. Forum on Crime & Society

Jones, David S. 2009. Curbing Corruption in Government Procurement in Southeast Asia: Challenges and Constraints. Asian Journal of Political Science

Jordan, Jon. 2011. Recent Developments in the Foreign Corrupt Practices Act and the New UK Bribery Act: A Global Trend Towards Greater Accountability in the Prevention of Foreign Bribery. NYU Journal of Law & Business

Jordan, Jon. 2011. The Adequate Procedures Defense Under the UK Bribery Act: A British Idea for the Foreign Corrupt Practices Act. Stanford Journal of Law, Business & Finance

Jordan, Jon. 2011. The OECD's Call for an End to "Corrosive" Facilitation Payments and the International Focus on the Facilitation Payments Exception Under the Foreign Corrupt Practices Act. University of Pennsylvania Journal of Business Law.

Jordan, William Chester. 2009. Anti-Corruption Campaigns in Thirteenth-Century Europe. Journal of Medieval History

Jos, Philip H. 1993. Empirical Corruption Research: Beside the (Moral) Point?, Journal of Public Administration Research and Theory: J-PART

Joseph, Anthony A. 2008. Public Corruption: The Government's Expansive View in Pursuit of Local and State Officials. Cumberland Law Review

Josephs, Hilary K. 2000. The Upright and the Low-Down: An Examination of Official Corruption in the United States and the People's Republic of China. Syracuse Journal of International Law & Commerce

Joutsen, Matti & Adam Graycar. 2012. When Experts and Diplomats Agree: Negotiating Peer Review of the UN Convention Against Corruption. Global Governance

Joutsen, Matti. 2012. "The United Nations Convention Against Corruption", in Adam Graycar & Russell G. Smith eds., Handbook of Global Research and Practice in Corruption

Judge, William Q., D. Brian McNatt & Weichu Xu. 2011. The Antecedents and Effects of National Corruption: A Meta-Analysis. Journal of World Business

Jun, Daniel Y. 1996. Bribery Among the Korean Elite: Putting an End to a Cultural Ritual and Restoring Honor. Vanderbilt Journal of Transnational Law.

Jun, Daniel Y. 2000. The Foreign Corrupt Practices Act and Structural Corruption. Boston University International Law Journal

June, Raymond, Afroza Chowdhury, Nathaniel Heller & Jonathan Werve. 2008. A User's Guide to Measuring Corruption. (Oslo: UNDP Oslo Governance Center).

Justesen, Mogens K. & Christian Bjornskov. 2014. Exploiting the Poor: Bureaucratic Corruption and Poverty in Africa. World Development

Justesen, Mogens K. 2014. Exploiting the Poor: Bureaucratic Corruption and Poverty in Africa. World Development

Kacapyr, E. 2001. Business as Usual: Corruption and Business Activity. Journal of Social, Political, and Economic Studies

Kaczmarek, Sarah C. & Abraham L. Newman. 2011. The Long Arm of the Law: Extraterritoriality and the National Implementation of Foreign Bribery Legislation. International Organization

Kahan, Daniel M. 1998. Social Meaning and the Economic Analysis of Crime. Journal of Legal Studies .

Kahana, Nava & Qijun Liu. 2010. Endemic Corruption. European Journal of Political Economy

Kahn, E.M. et al. 2001. Performance-Based Wages in Tax Collection: The Brazilian Tax Collection Reform and Its Effects. Economic Journal

Kaikati, Jack G., G.M. Sullivan, J.M. Virgo, T.R. Carr & K.S. Virgo. 2000. The Price of International Business Morality: Twenty Years Under the Foreign Corrupt Practices Act. Journal of Business Ethics

Kam, Christopher. 2007. "Four Lessons about Corruption from Victorian Britain."

Kaminski, A. 1997. Corruption Under the Post-Communist Transformation. Policy Sociology Review

Kaminski, Antoni. 1989. Coercion, Corruption, and Reform: State and Society in the Soviet-Type Socialist Regimes. Journal of Theoretical Politics

Kang, D.C. 2003. Transaction Costs and Crony Capitalism in East Asia. Comparative Politics.

Kang, David C. 2002. Bad Loans to Good Friends: Money Politics and the Developmental State in South Korea. International Organization

Kang, David C. 2002. Crony Capitalism. Cambridge University Press.

Kang, E.T. & B.D. Frey. 2014. The FCPA and the Financial Industry: Understanding and Mitigating Risk. Journal of Taxation & Regulation of Financial Institutions 27(5): 37-44.

Kanol, Direnc. 2015. Pluralism, Corporatism and Perception of Corruption. Journal of Public Affairs

Karahan, G., R.M. Coates & W.F. Shughart II. 2006. Corrupt Political Jurisdictions and Voter Participation. Public Choice

Karalashvili, Nona, Aart Kraay & Peter Murrell. 2015. Doing the Survey Two-Step: The Effects of Reticence on Estimates of Corruption in Two-Stage Survey Questions. World Bank Policy Research Working Paper 7276.

Karhunen, Paivi & Riitta Kosonen. 2013. Strategic Responses of Foreign Subsidiaries to Host Country Corruption: The Case of Finnish Firms in Russia. Critical Perspectives on International Business

Karhunen, Paivi & Svetlana Ledyaeva. 2012. Corruption Distance, Anti-Corruption Laws and International Ownership Strategies in Russia. Journal of International Management

Karim, Sabrina. 2011. Madame Officer. Americas Quarterly 5(3): Karklins, Rasma. 2002. Typology of Post-Communist Corruption. Problems of Post-Communism

Karklins, Rasma. 2005. The System Made Me Do It: Corruption in Post-Communist Societies. (Armonk, NY: M.E. Sharpe).

Karl, Terry Lynn. 1997. The Paradox of Plenty: Oil Booms and Petro-States (Berkeley, CA: University of California Press).

Karpaty, Patrik & Patrik Gustavsson Tingvall. 2015. Service Offshoring and Corruption: Do Firms Escape Corrupt Countries? Journal of Industry Competition & Trade (forthcoming).

Karpoff, Jonathan M., D. Scott Lee & Gerald S. Martin. 2014. The Economics of Foreign Bribery: Evidence from FCPA Enforcement Actions. Working paper.

Karpoff, Jonathan M., D. Scott Lee & Valaria P. Vendrzyk. 1999. Defense Procurement Fraud, Penalties, and Contractor Influence. Journal of Political Economy

Kartal, Mart & Jon Pevehouse. 2014. International Institutions and the Rule of Law: The Case of National Corruption. Working paper.

Kartal, Mert. 2014. Accounting for the Bad Apples: The EU's Impact on National Corruption Before and After Accession. Journal of European Public Policy

Kartal, Mert. 2014. The EU's Impact on National Corruption in Central and Eastern Europe: A Qualitative Comparative Analysis. Working paper.

Kartmer, Jennifer & Carolyn M. Warner. 2015. Multi-Nationals and Corruption Systems: The Case of Siemens. Working paper.

Kashem, M.B. 2005. "The Social Organization of Police Corruption: The Case of Bangladesh", in Rick Sarre, Dilip K. Das & H.J. Albrecht eds., Policing Corruption: International Perspectives (Lexington Books), pp. 237-246.

Kato, A. & T. Sato. 2015. Greasing the Wheels? The Effect of Corruption in Regulated Manufacturing Sectors of India. Canadian Journal of Development Studies.

Kato, Atsushi & Takahiro Sato. 2014. The Effect of Corruption on the Manufacturing Sector in India. Economics of Governance

Katou, A.A. 2014. The Relationship Between Corrupt Practices and Organisational Performance: An Empirical Investigation. International Journal of Business Governance & Ethics

Katsios, Stavros. 2006. The Shadow Economy and Corruption in Greece. South-Eastern Europe Journal of Economics

Kauder, B. & N. Potrafke. 2015. Just Hire Your Spouse! Evidence from a Political Scandal in Bavaria. European Journal of Political Economy

Kauder, Bjorn & Niklas Potrafke. 2014. Just Hire Your Spouse: Empirical Evidence from a New Type of Political Favoritism. Working paper.

Kaufmann, D. & A. Kraay. 2002. Growth without Governance. Economia

Kaufmann, D. & P. Vicente. 2011. Legal Corruption. Economics & Politics

Kaufmann, D. 2015. Corruption Matters. Finance & Development

Kaufmann, Daniel & Cheryl Grey. 1998. Corruption and Development, Finance and Development,

Kaufmann, Daniel & Paul Siegelbaum. 1997. Privatization and Corruption in Transition Economies. Journal of International Affairs

Kaufmann, Daniel & Shang-Jin Wei. 2000. "Does 'Grease Money' Speed Up the Wheels of Commerce?" IMF Working Papers 00/64. Washington, D.C.: International Monetary Fund.

Kaufmann, Daniel, Aart Kraay & Massimo Mastruzzi. 2004. Governance Matters III: Governance Indicators for 1996, 1998, 2000, and 2002. World Bank Economic Review

Kaufmann, Daniel, Aart Kraay & Massimo Mastruzzi. 2006. "Measuring Governance Using Perceptions Data," in Susan Rose-Ackerman ed., International Handbook of Economic Corruption (Northampton, England: Edward Elgar)

Kaufmann, Daniel, Aart Kraay & Massimo Mastruzzi. 2007. Growth and Governance: A Reply. Journal of Politics

Kaufmann, Daniel, Aart Kraay & Massimo Mastruzzi. 2007. The Worldwide Governance Indicators Project: Answering the Critics. World Bank Policy Research Working Paper 4149.

Kaufmann, Daniel, Aart Kraay & Massimo Mastruzzi. 2010. The Worldwide Governance Indicators: Methodology and Analytical Issues. (Unpublished working paper).

Kaufmann, Daniel, Gil Mehrez & Tugrul Gurgur. 2002. Voice or Public Sector Management? An Empirical Investigation of Determinants of Public Sector Performance Based on a Survey of Public Officials. Working paper.

Kaufmann, Daniel, Judith Montoriol-Garriga & Francesca Recanatini. 2008. How Does Bribery Affect Public Service Delivery? Micro-Evidence from Service Users and Public Officials in Peru. World Bank Policy Research Working Paper 4492.

Kaufmann, Daniel. 1997. Corruption: The Facts, Foreign Policy, No. 107 (Summer)

Kaufmann, Daniel. 1999. "Anticorruption Strategies: Starting Afresh? Unconventional Lessons from Comparative Analysis', in R. Stapenhurst & S.J. Kpundeh eds., Curbing Corruption: Towards a Model for Building National Integrity (Washington, D.C.: World Bank)

Keefer, Philip & Razvan Vlaicu. 2008. Democracy, Credibility, and Clientalism. Journal of Law, Economics & Organization

Keefer, Philip & Stephen Knack. 2007. Boondoggles, Rent-Seeking, and Political Checks and Balances: Public Investment Under Unaccountable Governments. Review of Economics & Statistics

Keefer, Philip & Stuti Khemani. 2005. Democracy, Public Expenditures, and the Poor: Understanding Political Incentives for Providing Public Services. World Bank Research Observer

Keefer, Philip & Stuti Khemani. 2011. Mass Media and Public Services: The Effects of Radio Access on Public Education in Benin. World Bank Policy Research Working Paper 5559.

Keefer, Philip & Stuti Khemani. 2012. Do Informed Citizens Receive More or Pay More? The Impact of Radio on the Government Distribution of Public Health Benefits. World Bank Policy Research Working Paper 5952.

Keefer, Philip. 2007. Clientalism, Credibility and the Policy Choices of Young Democracies. American Journal of Political Science

Keefer, Philip. 2011. Collective Action, Political Parties, and Pro-Development Public Policy. Asian Development Review

Keenan, Patrick J. 2009. Curse or Cure? China, Africa, and the Effects of Unconditioned Wealth. Berkeley Journal of International Law

Keig, D.L., L.E. Brouthers & V.B. Marshall. 2015. Formal and Informal Corruption Environments and Multinational Enterprise Social Irresponsibility. Journal of Management Studies

Keiser, R. 2015. Urban Regime Change: A Silver Lining for Scandals. Urban Affairs Review

Kelley, Thomas. 2012. Corruption as Institution among Small Businesses in Africa.

Florida Journal of International Law

Kelman, Steven. 2002. Remaking Federal Procurement. Public Contract Law Journal

Kelsall, T. 2011. Rethinking the Relationship between Neo-Patrimonialism and Economic Development in Africa. IDS Bulletin 42(2):

Kempf, R. 2015. Crafting Accountability Policy: Designing Offices of Inspector General.Policy & Society 34(2):.

Kennedy, David & Dan Danielsen. 2011. Busting Bribery: Sustaining the Global Momentum of the Foreign Corrupt Practices Act (New York: Open Society Foundation).

Kennedy, David. 1999. The International Anti-Corruption Campaign. Connecticut Journal of International Law

Kennedy, R. & L. Tiede. 2013. Economic Development Assumptions and the Elusive Curse of Oil. International Studies Quarterly

Kenny, C. 2009. Measuring and Reducing Corruption in Infrastructure: Evidence from Transition and Developing Countries. Journal of Development Studies

Kenny, Charles & Maria Musatova. 2011. "'Red Flags of Corruption' in World Bank Projects: An Analysis of Infrastructure Projects", in Susan Rose-Ackerman & Tina Soreide, eds., International Handbook on the Economics of Corruption, Vol. II. (Edward Elgar Publishing).

Kenny, Charles & Tina Soreide. 2008. Grand Corruption in Utilities. World Bank Policy Research Working Paper 4805.

Kenny, Charles, Michael Klein & Monkia Sztajerowska. 2011. A Trio of Perspectives on Corruption, Bias, Speed Money and "Grand Theft Infrastructure". World Bank Policy Research Working Paper 5889.

Kenny, Charles. 2006. Measuring and Reducing the Impact of Corruption in Infrastructure. World Bank Policy Research Working Paper 4099.

Kenny, Charles. 2009. Is There an Anticorruption Agenda in Utilities? Utilities Policy 17(2): 156-165.

Kenny, P.D. 2015. The Origins of Patronage Politics: State Building, Centrifugalism, and Decolonization. British Journal of Political Science

Kessing, S.G., K.A. Konrad & C. Kotsogiannis. 2007. Foreign Direct Investment and the Dark Side of Decentralization. Economic Policy

Ketkar, K.W., A. Murtuza & S.L. Ketkar. 2005. Impact of Corruption on Foreign Direct Investment and Tax Revenues. Journal of Public Budgeting, Accounting & Financial Management

Khachatryan, E., S. Kube & B. Vollan. 2015. Mitigating Extortive Corruption?

Experimental Evidence. Jahrbucher Fur Nationalokonomie Und Statistik

Khair, A., R. Haniffa, M. Hudaib & M. Adb Karim. 2015. Personalisation of Power, Neoliberalism and the Production of Corruption. Accounting Forum

Khakbaz-Poor, N. & S. Zarandi. 2015. The Effect of Electronic Government on the Administrative Corruption of Employees with an Emphasis on Administrative Violations.

International Review of Management & Business Research

Khalil, Fahad & Jacques Lawarrée. 2006. Incentives for Corruptible Auditors in the Absence of Commitment. Journal of Industrial Economics

Khalil, Fahad, Jacques Lawarree & Sungho Yun. 2009. Bribery versus Extortion: Allowing the Lesser of Two Evils. RAND Journal of Economics

Khan, Adnan Q., Asim I. Khwaja & Benjamin A. Olken. 2015. Tax Farming Redux: Experimental Evidence on Performanc Pay for Tax Collectors. Working paper.

Khan, M. 2001. "The New Political Economy of Corruption", in B. Fine, C. Lapavistas & J. Pincus eds., Development Policy in the Twenty-First Century: Beyond the Washington Consensus (London: Routeledge).

Khan, M.H. & K.S. Jomo. 2000. Rents, Rent-Seeking and Economic Development: Theory and Evidence in Asia (New York: Cambridge University Press).

Khan, M.H. 2012. Governance during Social Transformations: Challenges for Africa. New Political Economy

Khan, Mohammad Mohabbat. 2003. Political and Administrative Corruption: Concepts, Comparative Experiences and the Bangladesh Case. Asian Affairs 25(1): 5-33.

Khan, Mushtaq H. 1998. "The Role of Civil Society and Patron-Client Networks in the Analysis of Corruption", in Corruption and Integrity Improvement Initiatives in Developing Countries (New York: UNDP).

Khan, Mustaq H. 1996. The Efficiency Implications of Corruption. Journal of International Development

Khan, Mustaq H. 1998. Patron-Client Networks and the Economic Effects of Corruption in Asia. European Journal of Development Research

Khan, Mustaq H. 2004. "Corruption, Governance and Economic Development", in K.S.

Jomo & Ben Fine eds., The New Development Economics (London: Zed Press).

Khandekar, Aalok & Deepa S. Reddy. 2015. An Indian Summer: Corruption, Class, and the Lokpal Protests. Journal of Consumer Culture

Khandker, Abeer 2015. The Effect of Economic Freedom on Corruption: The Case of South Asian Countries. International Journal of Economics & Business Research

Khemani, Melissa. 2009. Anti-Corruption Commissions in the African State: Burying the Problem or Addressing the Issue? Working paper.

Khemani, Melissa. 2009. The Role of Anti-Corruption Commissions in Changing Cultural Attitudes toward Corruption and the Rule of Law. Working paper.

Khemani, Stuti, Phil Keefer, Rafael Martinez & Ritva Reinikka. 2007. Does Delegation of Fiscal Policy to an Independent Agency Make a Difference? Evidence from Intergovernmental Transfers in India. Journal of Development Economics

Khemani, Stuti. 2007. "Can Information Campaigns Overcome Political Obstacles to Serving the Poor?" in Shanta Devearajan & Ingrid Widlund eds., The Politics of Public Service Delivery in Democracies: Better Access for the Poor (Ministry of Foreign Affairs, Sweden).

Khemani, Stuti. 2007. Local Government Accountability for Health Service Delivery in Nigeria. Journal of African Economics

Khemani, Stuti. 2010. Political Capture of Decentralization: Vote-Buying through Grants-Financed Local Jurisdictions. World Bank Policy Research Working Paper WPS

Khemani, Stuti. 2013. Buying Votes vs. Supplying Public Services: Political Incentives to Under-Invest in Pro-Poor Policies. World Bank Policy Research Working Paper WPS

Khera, R. 2011. India's Public Distribution System: Utilisation and Impact. Journal of Development Studie

Khera, Reetika. 2011. Trends in Division of PDS Grain. Working paper.

Khojastehpour, M. 2015. How Does Corproate Social Responsibility Avoid the Incidence of Corruption in International Expansion? European Business Review

Khumawala, S. & L. Ramchand. 2005. Country Level Corruption and Frequency of Issue in the U.S. Market. Journal of Public Budgeting, Accounting & Financial Management

Khwaja, Asim Ijaz & Atif Mian. 2011. Rent Seeking and Corruption in Financial Markets. Annual Review of Economic

Khwaja, Asim Ijaz. & Atif Mian. 2005. Do Lenders Favor Politically Connected Firms? Rent Provision in an Emerging Financial Market. Quarterly Journal of Economics

Khwaja, Asim Ijaz. 2009. Can Good Projects Succeed in Bad Communities? Journal of Public Economics

Killingsworth, J.R., N. Hossain, Y Hendrick-Wong, S.D. Thomas, A. Rahman & T. Begnum. 1999. Unofficial Fees in Bangladesh: Price, Equity, and Institutional Issues. Health Policy & Planning

Kim, C.K. 2007. A Cross-National Analysis of Global E-Government. Public Organization Review

Kim, Chon-Kyun. 2014. Anti-Corruption Initiatives and E-Government: A Cross-National Study. Public Organization Review

Kim, Hun Joon & J.C. Sharman. 2014. Accounts and Accountability: Corruption, Human Rights and Individual Accountability Norms. International Organization

Kim, Jong Bum. 2000. Korean Implementation of the OECD Bribery Convention: Implications for Global Efforts to Fight Corruption. UCLA Pacific Basin Law Journal

Kim, Joongi & Jong Bum Kim. 1999. Cultural Differences in the Crusade Against International Bribery: Rice-Cake Expenses in Korea and the Foreign Corrupt Practices Act. Pacific Rim Law & Policy Journal

Kim, Pan Suk. 2007. Building National Integrity Through Corruption Eradication in South Korea. International Public Management Review

Kim, Seongcheol, Hyun Jeong Kim & Heejin Lee et al. 2009. An Institutional Analysis of an E-Government System for Anti-Corruption: The Case of OPEN. Government Information Quarterly

Kimbro, M.B. 2002. A Cross-Country Empirical Investigation of Corruption and Its Relationship to Economic, Cultural, and Monitoring Institutions: An Examination of the Role of Accounting and Financial Statements Quality. Journal of Accounting, Auditing & Finance

Kingston, Christopher. 2007. Parochial Corruption. Journal of Economic Behavior & Organization

Kingston, Christopher. 2008. Social Structure and Cultures of Corruption. Journal of Economic Behavior & Organization

Kinley, David. 2014. A New Human Right to Freedom from Corruption. Sydney Law School Research Paper No. 14/12.

Kinnear, James W. 1995. The Ethics of International Business: Foreign Policy and Economic Sanctions. Vital Speeches

Kiselev, Eugene. 2012. Bribe-Taking and Bureaucratic Competition: A Search Cost Model of Corruption. Working paper.

Kishore, A. & S. Chakrabarti. 2015. Is More Inclusive More Effective? The "New Style" Public Distribution System in India. Food Policy

Kis-Katos, Krisztina & Guenther G. Schulze. 2013. Corruption in Southeast Asia: A Survey of Recent Research. Asian-Pacific Economic Literature

Kisubi, M. 1999. Involving Civil Society in the Fight Against Corruption, in R. Stepenhurst & S.J. Kpundeh eds., Curbing Corruption: Toward a Model for Building National Integrity (Washington, D.C.: World Bank)

Kjaer, A. 2004. Old Brooms Can Sweep Too! An Overview of Rulers and Public Sector Reform in Uganda, Tanzania and Kenya. Journal of Modern African Studies

Kjellberg, Francesco. 1992. Corruption as an Analytical Problem: Some Notes on Research in Public Corruption. Indian Journal of Social & Administrative Science

Kjellberg, Francesco. 1995. Conflict of Interest, Corruption or (Simply) Scandals? The "Oslo Case" 1989-1991. Crime, Law & Social Change

Klasnja, M. 2015. Corruption and the Incumbency Advantage: Theory and Evidence. Journal of Politics

Klasnja, Marko, Joshua Tucker & Kevin Deegan-Krause. 2012. Pocketbook v. Sociotropic Corruption Voting..

Klasnja, Marko. 2011. Why Do Malfeasant Politicians Maintain Public Support? Testing the "Uninformed Voter" Argument. (Working paper).

Klaw, Bruce W. 2012. A New Strategy for Preventing Bribery and Extortion in International Business Transactions. Harvard Journal on Legislation

Kleiman, Mark & Beau Kilmer. 2009. The Dynamics of Deterrence. Proceedings of the National Academy of Sciences of the United States.

Klein Haarhuis, Carolien M. & Frans L. Leeuw. 2004. Fighting Governmental Corruption: The New World Bank Programme Evaluated. Journal of International Development.

Klein Haarhuis, Carolien M. & Rene Torenvlied. 2006. Dimensions and Alignments in the African Anti-Corruption Debate. Acta Politica

Klein Haarhuis, Carolien Maria. 2005. Promoting Anti-Corruption Reforms: Evaluating the Implementation of a World Bank Anti-Corruption Program in Seven African Countries

Klein, Charles B. 1999. What Exactly Is an Unlawful Gratuity After United States v. Sun-Diamond Growers? George Washington Law Review

Kleinberg, Jeffrey. 2014. The Dynamics of Corruptogenic Organizations. International Journal of Group Psychotherapy.

Kleven, Henrik J., Martin B. Knudsen, Claus T. Kreiner, Soren Pederkuris. 2010.

Unwilling or Unable to Cheat? Evidence from a Randomized Tax Audit Experiment in Denmark. (working paper)

Klich, Agnieszka. 1996. Bribery in Economies in Transition: The Foreign Corrupt Practices Act. Stanford Journal of International Law

Klitgaard, R., J. Fedderke & K. Akramov. 2005. "Choosing and Using Performance Criteria", in R. Klitgaard & P. Light eds., High Performance Government: Structure, Leadership, Incentives (Santa Monica, CA: Rand Corporation).

Klitgaard, Robert 1988. Controlling Corruption. Berkeley, Calif.: Univ. of California Press.

Klitgaard, Robert et al. 2000. Corrupt Cities: A Practical Guide to Cure and Prevention.Oakland: Institute for Contemporary Studies.

Klitgaard, Robert. 1997. Cleaning Up and Invigorating the Civil Service. Public Administration & Development

Klitgaard, Robert. 2006. Subverting Corruption. Global Crime

Klitgaard, Robert. 2011. Fighting Corruption. CESifo DICE Report

Klochko, M. & P. Ordeshook. 2003. Corruption, Cooperation and Endogenous Time Discount Rates. Public Choice

Klockars, C.B., S.K. Ivkovich, W.E. Harver & M.R. Haberfeld. 2005. The Measurement of Police Integrity. (Washington, DC: National Institute of Justice).

Klomp, Jeroen & Jakob de Haan. 2008. Effects of Governance on Health: A Cross-National Analysis of 101 Countries. Kyklos

Klugman, Jeffry. 1986. The Psychology of Soviet Corruption, Indiscipline, and Resistance to Reform. Political Psychology

Knack, Stephen & Aminur Rahman. 2007. Donor Fragmentation and Bureaucratic Quality in Aid Recipients. Journal of Development Economics

Knack, Stephen & Omar Azfar. 2003. Trade Intensity, Country Size and Corruption. Economics of Governance

Knack, Stephen. 2001. Aid Dependence and the Quality of Governance: Cross-Country Empirical Tests. Southern Economic Journal

Knack, Stephen. 2004. Does Foreign Aid Promote Democracy? International Studies Quarterly 48(1): 251-266.

Knack, Stephen. 2007. Measuring Corruption: A Critique of Indicators in Eastern Europe and Central Asia. Journal of Public Policy

Knack, Steven. 2009. Sovereign Rents and Quality of Tax Policy and Administration. Journal of Comparative Economics

Knox, Colin. 2009. Dealing with Sectoral Corruption in Bangladesh: Developing Citizen Involvement. Public Administration & Development

Ko, E., Y. Su & C. Yu. 2015. Sibling Rivalry among Anti-Corruption Agencies in Taiwan. Asian Education & Development Studies

Ko, Kilkon & Anaya Samajdar. 2010. Evaluation of International Corruption Indexes: Should We Believe Them or Not? Social Science Journal

Kobis, N. J. Prooijen, F. Righetti & A. Lange. 2015. "Who Doesn't?"—The Impact of Descriptive Norms on Corruption.

Koch, Rebecca. 2005. The Foreign Corrupt Practices Act: It's Time to Cut Back the Grease and Add Some Guidance. Boston College International & Comparative Law Review

Kochan, Nick & Robin Goodyear. 2011. Corruption: The Corporate Challenge. London: Palgrave.

Kock, Ned & Lebrian Gaskins. 2014. The Mediating Role of Voice and Accountability in the Relationship between Internet Diffusion and Government Corruption in Latin America and Sub-Saharan Africa. Information Technology for Development

Koechlin, Lucy. 2013. Corruption as an Empty Signifier: Politics and Political Order in Africa. Leiden: Koninklijke Brill.

Koehler, Mike. 2007. The Unique FCPA Compliance Challenges of Doing Business in China. Wisconsin International Law Journal

Koehler, Mike. 2010. The Façade of FCPA Enforcement. Georgetown Journal of International Law.

Koehler, Mike. 2010. The FCPA, Foreign Agents, and Lessons from the Halliburton Enforcement Action. Ohio Northern University Law Review

Koehler, Mike. 2010. The Foreign Corrupt Practices Act in the Ultimate Year of its Decade of Resurgence. Indiana Law Review

Koehler, Mike. 2011. Big, Bold, and Bizarre: The Foreign Corrupt Practices Act Enters a New Era. University of Toledo Law Review

Koehler, Mike. 2012. Revisiting a Foreign Corrupt Practices Act Compliance Defense.Wisconsin Law Review 2012

Koehler, Mike. 2012. The Foreign Corrupt Practices Act Under the Microscope. University of Pennsylvania Journal of Business Law

Koehler, Mike. 2012. The Story of the Foreign Corrupt Practices Act. Ohio State Law Journal

Koehler, Mike. 2013. An Examination of Foreign Corrupt Practices Act Issues. Richmond Journal of Global Law & Business.

Koehler, Mike. 2015. A Snapshot of the Foreign Corrupt Practices Act. Santa Clara Journal of International Law

Koehler, Mike. 2015. The Uncomfortable Truths and Double Standards of Bribery Enforcement. Fordham Law Review .

Koessler, F. & A. Lambert-Mogiliansky. 2014. Extortion and Political-Risk Insurance. Journal of Public Economics

Koessler, Frederic & Ariane Lambert-Mogiliansky. 2013. Committing to Transparency to Resist Corruption. Journal of Development Economics

Kofele-Kale, Ndiva. 1995. Patrimonicide: The International Economic Crime of Indigenous Spoliation. Vanderbilt Journal of Transnational Law

Kofele-Kale, Ndiva. 2000. The Right to a Corruption-Free Society as an Individual and Collective Human Right: Elevating Official Corruption to a Crime under International Law. International Lawyer.

Kofele-Kale, Ndiva. 2006. Change or the Illusion of Change: The War Against Official Corruption in Africa. George Washington International Law Review

Kofele-Kale, Ndiva. 2006. Presumed Guilty: Balancing Competing Rights and Interests in Combating Economic Crimes. International Law 40: 909-944.

Kolenda, Helena. 1990. One Party, Two Systems: Corruption in the People's Republic of China and Attempts to Control It. Journal of Chinese Law

Kolstad, Ivar & Arne Wiig. 2009. Is Transparency the Key to Reducing Corruption in Resource-Rich Countries? World Development

Kolstad, Ivar & Arne Wiig. 2011. Does Democracy Reduce Corruption? CMI Working Paper 4.

Kolstad, Ivar & Odd-Helge Fjeldstad. 2006. Fiscal Decentralisation and Corruption – A Brief Overview of the Issues. (Bergen: Chr. Michelsen Institute, U4 Issue 2006: 3).

Kolstad, Ivar & Tina Soreide. 2009. Corruption in Natural Resource Management: Implications for Policy Makers. Resources Policy

Kolstad, Ivar. 2009. The Resource Curse: Which Institutions Matter? Applied Economics Letters

Komalasari, K. & D. Saripudin. 2015. Integration of Anti-Corruption Education in School's Activities. American Journal of Applied Sciences

Kong, D.T. 2014. An Economic-Genetic Theory of Corporate Corruption Across Cultures: An Interactive Effect of Wealth and the 5HTTLPR-SS/SL Frequency on Corporate Corruption Mediated by Cultural Endorsement of Self-Protective Leadership. Personality & Individual Differences

Konrad, K.A. & S. Skaperdas. 1997. Credible Threats in Extortion. Journal of Economic Behavior & Organization

Konrad, K.A. & S. Skaperdas. 1998. Extortion. Economica

Konstantinidis, Iannis & Georgios Xezonakis. 2013. Sources of Tolerance towards Corrupted Politicians in Greece: The Role of Trade Offs and Individual Benefits. Crime, Law & Social Change

Kornai, Janos. 2000. Hidden in an Envelope: Gratitude Payments to Medical Doctors in Hungary..

Kosack, Stephen & Jennifer Tobin. 2006. Funding Self-Sustaining Development: The Role of Aid, FDI and Government in Economic Success. International Organization

Kosals, L. & A. Maksimova. 2015. Informality, Crime and Corruption in Russia: A Review of Recent Literature. Theoretical Criminology

Kostadinova, Tatiana. 2009. Abstain or Rebel: Corruption Perceptions and Voting in East European Elections. Politics & Policy

Kotera, G., K. Okada & S. Samreth. 2012. Government Size, Democracy, and Corruption: An Empirical Investigation. Economic Modelling

Kotowski, M. & S. Rachmilevitch. 2014. Bribing in First-Price Auctions. Games & Economic Behavior

Kotz, H.D. & S. Mangiero. 2014. Avoiding FCPA Liability by Tightening Internal Controls: Considerations for Institutional Investors and Corporate Counsel. Working paper.

Kotzian, P. 2014. Good Governance and Norms of Citizenship: An Investigation into the System- and Individual-Level Determinants of Attachment to Civic Norms. American Journal of Economics & Sociology

Koyuncu, C. & R. Yilmaz. 2009. The Impact of Corruption on Deforestation: Cross-Country Evidence. Journal of Developing Areas

Kpundeh, S. 2004. "Process Interventions versus Structural Reforms: Institutionalizing Anticorruption Reforms in Africa," in Building State Capacity in Africa: New Approaches

Kpundeh, Sahr J. 1998. "Political Will in Fighting Corruption," in Sahr J. Kpundeh & Irene Hors eds., Corruption and Integrity Improvement Initiatives in Developing Countries (Paris: UNDP/OECD)

Kpundeh, Sahr John. 1995. Politics and Corruption in Africa: A Case Study of Sierra Leone.

Kraay, Aart & Peter Murrell. 2013. Misunderestimating Corruption. World Bank Policy Research Working Paper 6488.

Krajcova, Jana & Andreas Ortmann. 2008. Testing Leniency Programs Experimentally: The Impact of "Natural" Framing. CERGE-EI Working Paper No. 372.

Krajcova, Jana. 2008. Testing Leniency Programs Experimentally: The Impact of a Change in Parameterization. CERGE-EI Working Paper No. 370.

Krajcova, Jana. 2010. On the Hidden Costs of Monitoring Corruption or Effort. Working Paper.

Krambia-Kapardias, M. 2014. Perception of Political Corruption as a Function of Legislation. Journal of Financial Crime

Kramer, John. 1998. The Politics of Corruption. Current History

Krastev, Ivan & Gregory Ganev. 2003. Do Uncorrupt Governments in Corrupt Countries Have Incentives to Launch Anticorruption Campaigns? East European Constitutional Review

Krastev, Ivan. 2004. "The Missing Incentive: Corruption, Anticorruption, and Reelection", in Janos Kornai & Susan Rose-Ackerman eds., Building a Trustworthy State in Transition. (Palgrave Macmillan)

Krause, Stefen & Fabio Mendez. 2009. Corruption and Elections: An Empirical Study for a Cross-Section of Countries. Economics & Politics

Krawiec, Kimberly D. 2003. Cosmetic Compliance and the Failure of Negotiated Governance. Washington University Law Quarterly .

Kreindler, Richard. 2011. "Legal Consequences of Corruption in International Investment Arbitration: An Old Challenge with New Answers", in Laurent Levy & Yves Derains eds., Liber Amicorum en l'honneur de Serge Lazareff (Paris: Editions Pedone)

Kress, Laura E. 2009. How the Sarbanes-Oxley Act has Knocked the "SOX" of the DOJ and SEC and Kept the FCPA on Its Feet. University of Pittsburg Journal of Technology, Law & Policy

Krever, Tor. 2007. Curbing Corruption? The Efficacy of the Foreign Corrupt Practices Act. North Carolina Journal of International Law & Commercial Regulation

Kriendler, Richard. 2010. "Corruption in International Investment Arbitration: Jurisdiction and the Unclean Hands Doctrine", in Kaj Holber et al. eds., Between East and West: Essays in Honor of Ulf Franke.

Krishnan, S., T.S.H. Teo & V.K.G. Lim. 2013. Examining the Relationships Among e-Government Maturity, Corruption, Economic Prsperity and Environmental Degradation: A Cross-Country Analysis. Information & Management

Kristiansen, Stein & Muhid Ramli. 2006. Buying an Income: The Market for Civil Service Positions in Indonesia. Contemporary Southeast Asia: Journal of International & Strategic Affairs

Kristiansen, Stein & Pratikno. 2006. Decentralising Education in Indonesia. International Journal of Educational Development

Krueger, Ann. 1974. The Political Economy of the Rent-Seeking Society. American Economic Review

Kruk, M.S., G. Mbaruku, P.C. Rockers & S. Galea. 2008. User Fee Exemptions Are Not Enough: Out of Pocket Paymkents for "Free" Delivery Services in Rural Tanzania. Tropical Medicine & International Health .

Kselman, Daniel. 2011. "Electoral Institutions and Poltical Corruption: Ballot Structure, Electoral Formula, and Graft", in Norman Schofield ed., Political Economy of Institutions, Democracy, and Voting (London: Springer)

Kubiciel, Michael. 2009. Core Criminal Law Provisions in the United Nations Convention Against Corruption. International Criminal Law Review

Kugler, Maurice, Thierry Verdier & Yves Zenou. 2005. Organized Crime, Corruption and Punishment. Journal of Public Economics

Kukhianidze, Alexandre. 2009. Corruption and Organized Crime Before and After the Rose Revolution. Central Asian Survey

Kulkarni, Sagar A. 2013. Enforcing Anti-Corruption Measures Through International Investment Arbitration. Transnational Dispute Management

Kumar, C. Raj. 2003. Corruption and Human Rights: Promoting Transparency in Governance and the Fundamental Right to Corruption-Free Service in India. Columbia Journal of Asian Law

Kumar, C. Raj. 2004. Corruption in Japan—Institutionalizing the Right to Information, Transparency, and the Right to Corruption Free Governance. New England Journal of International & Compartive Law

Kumar, C. Raj. 2004. Human Rights Approaches of Corruption Control Mechanisms: Enhancing the Hong Kong Experince of Corruption Prevention Strategies. San Diego International Law Journal

Kumar, C. Raj. 2005. Corruption, Human Rights, and Development: Sovereignty and State Capacity to Promote Good Governance. American Society of International Law Proceedings

Kumar, C. Raj. 2008. Corruption, Development and Good Governance: Challenges for Promoting Access to Justice in Asia. Michigan State Journal of International Law

Kumar, C. Raj. 2011. Corruption and Human Rights in India: Comparative Perspectives on Transparency and Good Governance (Oxford University Press).

Kumar, C. Raj. 2012. Challenges of Corruption and Good Governance: A Human Rights Perspective. Jindal Journal of Public Policy

Kumar, R. & M. Best. 2006. Impact and Sustainability of E-Government Services in Developing Countries: Lessons Learned from Tamil Nadu, India. The Information Society

Kumlin, Staffan & Peter Esaiasson. 2012. Scandal Fatigue? Scandal, Elections and Satisfaction with Democracy in Western Europe, 1977-2007. British Journal of Political Science.

Kuncoro, Ari. 2002. The New Laws of Decentralization and Corruption in Indonesia: Examination of Provincial and District Data. Working Paper.

Kuncoro, Ari. 2004. Bribery in Indonesia: Some Evidence from Micro-Level Data. Bulletin of Indonesian Economic Studies

Kunicová, Jana & Susan Rose-Ackerman. 2005. Electoral Rules and Constitutional Structures as Constraints on Corruption. British Journal of Political Science

Kunicova, Jana. 2013. "The Role of the World Bank in Promoting Good Governance and Anti-Corruption Reforms: A View from the Europe and Central Asia Region", in Susan Rose-Ackerman & Paul D. Carrington eds., Anti-Corruption Policy: Can International Actors Play a Constructive Role? (Durham: Carolina Academic Press)

Kupatadze, A. 2015. Political Corruption in Eurasia: Understanding Collusion Between States, Organized Crime and Business. Theoretical Criminology 19(2): 198-215.

Kurer, Oskar. 1993. Clientelism, Corruption, and the Allocation of Resources. Public Choice

Kurer, Oskar. 2001. "Why Do Voters Support Corrupt Politicians?", in Arvind K. Jain ed., The Political Economy of Corruption (New York: Routledge)

Kurer, Oskar. 2005. Corruption: An Alternative Approach to Definition and Measurement. Political Studies .

Kurer, Oskar. 2015. "Definitions of Corruption" , in Paul M. Heywood ed., The Routledge Handbook of Political Corruption (New York: Routledge)

Kuris, Gabriel. 2012. "Inviting a Tiger into Your Home": Indonesia Creates an Anti-Corruption Commission with Teeth, 2002-2007. Innovations for Successful Societies, Princeton University.

Kuris, Gabriel. 2012. Balancing Responsibilities: Evolution of Lithuania's Anti-Corruption Agency, 1997-2007. Innovations for Successful Societies, Princeton University.

Kuris, Gabriel. 2012. Holding the High Ground with Public Support: Indonesia's Anti-Corruption Commission Digs In, 2007-2011. Innovations for Successful Societies, Princeton University.

Kuris, Gabriel. 2012. Surmounting State Capture: Latvia's Anti-Corruption Agency Spurs Reforms, 2002-2011. Innovations for Successful Societies, Princeton University.

Kuris, Gabriel. 2013 Managing Corruption Risks: Botswana Builds an Anti-Graft Agency, 1994-2012. Innovations for Successful Societies, Princeton University.

Kuris, Gabriel. 2013. Cleaning House: Croatia Mops Up High-Level Corruption. Innovations for Successful Societies, Princeton University.

Kuris, Gabriel. 2013. From a Rocky Start to Regional Leadership: Mauritius's Anti-Corruption Agency, 2006-2012. Innovations for Successful Societies, Princeton University.

Kuris, Gabriel. 2013. Toothless but Forceful: Slovenia's Anti-Corruption Watchdog Exposes Systemic Graft, 2004-2013. Innovations for Successful Societies, Princeton University.

Kuris, Gabriel. 2014. From Underdogs to Watchdogs: How Anti-Corruption Agencies Can Hold Off Potent Adversaries. Innovations for Successful Societies, Princeton University.

Kuris, Gabriel. 2015. Watchdogs or Guard Dogs: Do Anti-Corruption Agencies Need Strong Teeth? Policy & Society

Kurland, Adam H. 1989. The Guarantee Clause as a Basis for Federal Prosecutions of State and Local Officials. Southern California Law Review

Kurtoglu Eskisar, G.M. & A. Komsuoglu. 2015. A Critical Assessment of the Transformative Power of EU Reforms on Reducing Corruption in the Balkans. Southeast European & Black Sea Studies.

Kurtz, Marcus J. & Andrew Schrank. 2007. Growth and Governance: Models, Measures, and Mechanisms. Journal of Politics

Kurtzman, Joel, Glenn Yago & Triphon Phumiwasana. 2004. The Global Costs of Opacity—Measuring Business and Investment Risk Worldwide. MIT Sloan Management Review

Kurzban, Robert. 2010. Why Everyone (Else) Is a Hypocrite: Evolution and the Modular Mind (Princeton, NJ: Princeton University Press).

Kutnjak-Ivkovic, Sanja. 2003. To Serve and Collect: Measuring Police Corruption. Journal of Criminal Law & Criminology

Kutnjak-Ivkovic, Sanja. 2005. Fallen Blue Knights: Controlling Police Corruption.

Kuziemko, Ilyana & Eric Werker. 2006. How Much Is a Seat on the Security Council Worth? Foreign Aid and Bribery at the United Nations. Journal of Political Economy

Kuzmina, O., N. Volchkova & T. Zueva. 2014. Foreign Direct Investment and Governance Quality in Russia. Journal of Comparative Economics

Kwok, Chuck C.Y. & Solomon Tadesse. 2006. The MNC as an Agent of Change for Host-Country Institutions: FDI and Corruption. Journal of International Business Studies

Kwon, I. 2014. Motivation, Discretion, and Corruption. Journal of Public Administration Research & Theory

Kyriacou, A.P. & O. Roca-Sagales. 2011. Fiscal Decentralization and Government Quality in the OECD. Economics Letters

La Porta, Rafael, Florencio Lopez-de-Silanes, Andrei Shleifer & Robert Vishny. 1999.

The Quality of Government. Journal of Law, Economics & Organization

Lacey, Kathleen A. & Barbara Crutchfield George. 1998. Expansion of SEC Authority into Internal Corporate Governance: The Accounting Provisions of the Foreign Corrupt Practices Act (A Twentieth Anniversary Review). Journal of Transnational Law & Policy

Ladd, Alyssa. 2014. The "Catch-22" of Corporate Cooperation in Foreign Corrupt Practices Act Investigations. Houston Law Review

Laffont, Jean-Jacques & Jean Tirole. 1991. The Politics of Regulatory Decision Making: A Theory of Regulatory Capture. Quarterly Journal of Economics

Laffont, Jean-Jacques & Mathieu Meleu. 2001. Separation of Powers and Development. Journal of Development Economics

Laffont, Jean-Jacques & Tchetche N'Guessan. 1999. Competition and Corruption in an Agency Relationship. Journal of Development Economics

Laffont, J-J. & D. Martimort. 1999. Separation of Regulators Against Collusive Behavior. RAND Journal of Economics

Lagos, M. 2003. "Public Opinion of Corruption in Latin America", in Transparency International, Global Corruption Report 2002 (London: Profile Books)

Lagunes, Paul & Rongyao Huang. 2014. Saving Gotham: Fighting Corruption in New York's Property Tax System. Working paper.

Lagunes, Paul & Rongyao Huang. 2015. "Saving Gotham: Fighting Corruption in New York City's Property Tax System", in Susan Rose-Ackerman & Paul Lagunes eds., Greed, Corruption, and the Modern State

Lahiri, S. & P. Raimondos-Moller. 2000. Lobbying by Ethnic Groups and Aid Allocation. Economic Journal

Lai, Alan. 2002. Building Public Confidence in Anti-Corruption Efforts: The Approach of the Hong Kong Special Administrative Region of China. Forum on Crime & Society

Lalountas, Dionisios, George A. Manolas & Ioannis S. Vavouras. 2011. Corruption, Globalization and Development: How Are These Three Phenomena Related? Journal of Policy Modeling

Lambert-Mogiliansky, A. 2015. Social Accountability to Contain Corruption. Journal of Development Economics.

Lambert-Mogiliansky, Araine, Mukul Majumdar & Roy Radner. 2008. Petty Corruption: A Game-Theoretic Approach. International Journal of Economic Theor

Lambert-Mogiliansky, Ariane & Konstantin Sonin. 2006. Collusive Market Sharing and Corruption in Procurement. Journal of Economics & Management Strategy

Lambert-Mogiliansky, Ariane, Mukul Majumdar & Roy Radner. 2007. Strategic Analysis of Petty Corruption: Entrepreneurs and Bureaucrats. Journal of Development Economics

Lambert-Mogiliansky, Ariane, Mukul Majumdar & Roy Radner. 2009. Strategic Analysis of Petty Corruption with an Intermediary. Review of Economic Design

Lambert-Mogiliansky, Ariane. 2002. Why Firms Pay Occasional Bribes: The Connection Economy. European Journal of Political Economy

Lambert-Mogiliansky, Ariane. 2011. "Corruption and Collusion: Strategic Complements in Procurement", in International Handbook on the Economics of Corruption, Vol. II.

Lambsdorf, Johann et al, eds. 2004. Corruption and the New Institutional Economics. New York: Routledge.

Lambsdorff, Johan Graf. 2012. "Behavioral and Experimental Economics as a Guide to Anticorruption", in S. Serra & L. Wantchekon eds., New Advances in Experimental Research on Corruption. Research in Experimental Economics, Vol. 15.

Lambsdorff, Johan Graff. 2010. Deterrence and Constrained Enforcement – Alternative Regimes to Deal with Bribery. Working Paper.

Lambsdorff, Johann Graf & Bjorn Frank. 2010. Bribing versus Gift-Giving – An Experiment. Journal of Economic Psychology

Lambsdorff, Johann Graf & Bjorn Frank. 2011. Corrupt Reciprocity – Experimental Evidence on a Men's Game. International Review of Law & Economics

Lambsdorff, Johann Graf & H. Fink. 2006 Combating Corruption in Columbia: Perceptions and Achievements. Working Paper.

Lambsdorff, Johann Graf & Mathias Nell. 2007. Fighting Corruption with Asymmetric Penalties and Leniency. Working Paper.

Lambsdorff, Johann Graf. 1998. An Empirical Investigation of Bribery in International Trade. European Journal of Development Research

Lambsdorff, Johann Graf. 2001. How Precise Are Perceived Levels of Corruption? (Transparency International, Background Paper to the 2001 Corruption Perceptions Index).

Lambsdorff, Johann Graf. 2002a. "What Nurtures Corrupt Deals? On the Role of Confidence and Transaction Costs", in D. Della Porta & S. Rose-Ackerman eds., Corrupt Exchanges (Nomos Verlag; Baden Baden, Germany).

Lambsdorff, Johann Graf. 2002b. Confidence and Illegal Transactions. American Journal of Economics & Sociology

Lambsdorff, Johann Graf. 2002c. Corruption and Rent-Seeking. Public Choice.

Lambsdorff, Johann Graf. 2002d. How Confidence Facilitates Illegal Transactions: An Empirical Approach. American Journal of Economics & Sociology

Lambsdorff, Johann Graf. 2002e. Making Corrupt Deals: Contracting in the Shadow of the Law. Journal of Economic Behavior and Organization

Lambsdorff, Johann Graf. 2003a. How Corruption Affects Persistent Capital Flows.Economics of Governance

Lambsdorff, Johann Graf. 2003b. How Corruption Affects Productivity. Kyklos

Lambsdorff, Johann Graf. 2006a. "Causes and Consequences of Corruption--What Do We Know from a Cross-Section of Countries?" in Susan Rose-Ackerman, ed., International Handbook on the Economics of Corruption. Cheltenham, UK: Edward Elgar.

Lambsdorff, Johann Graf. 2006b. "Measuring Corruption – The Validity and Precision of Subjective Indicators (CPI)", in Charles Sampford, Arthur Shacklock, Carmel Connors & Fredrik Galtung eds., Measuring Corruption (Aldershot: Ashgate)

Lambsdorff, Johann Graf. 2007. The Institutional Economics of Corruption and Reform. New York: Cambridge University Press.

Lambsdorff, Johann Graf. 2009. "The Organization of Anti-Corruption: Getting Incentives Right," in Robert I. Rotberg ed., Corruption, Global Security, and World Order (Washington, D.C.: Brookings Institution)

Lambsdorff, Johann Graf. 2010. Who Accepts Bribery? Evidence from a Global Household Survey. Working Paper.

Lambsdorff, Johann Graf. 2011. Economic Approaches to Anticorruption. CESifo DICE Report

Lambsdorff, Johann Graf. 2013a. "Securing Investor Confidence or Fighting Corruption? How Intergovernmental Organizations May Reconcile Two Opposing Goals", in Susan Rose-Ackerman & Paul D. Carrington eds., Anti-Corruption Policy: Can International Actors Play a Constructive Role? (Durham: Carolina Academic Press)

Lambsdorff, Johann Graf. 2013b. Corrupt Intermediaries in International Business Transactions: Between Make, Buy and Reform. European Journal of Law & Economics.

Lambsdorff, Johann Graf. 2015. "Behavioural and Institutional Economics as an Inspiration to Anti-Corruption: Some Counterintuitive Findings" , in Paul M. Heywood ed., The Routledge Handbook of Political Corruption (New York: Routledge)

Lamm, Carolyn, Hansel T. Pham & Rahim Moloo. 2010. "Fraud and Corruption in International Arbitration", in Miguel Angel Fernandez-Ballesteros & David Arias eds., Liber Amicorum Barnardo Cremades (La Ley)

Lamoreaux, P.T., P.N. Michas & W.L. Schultz. 2015. Do Accounting and Audit Quality Affect World Bank Lending? Accounting Review

Lancaster, Thomas D. & Gabriella Montinola. 2001. Comparative Political Corruption: Issues of Operationalization and Measurement. Studies in Comparative International Development 36(3): 3-28.

Lancaster, Thomas D. & Gabriella R. Montinola. 1997. Toward a Methodology for the Comparative Study of Political Corruption. Crime, Law & Social Change

Landell-Mills, Pierre. 2013. Citizens Against Corruption: Report From the Front Line.

Langbein, Laura & Stephen Knack. 2008. The Worldwide Governance Indicators and Tautology: Causally Related Separable Concepts, Indicators of a Common Cause, or Both? World Bank Policy Research Working Paper 4669.

Langevoort, Donald C. 2002. Monitoring: The Behavioral Economcs of Corporate Compliance with Law. Columbia Business Law Review

LaPalombara, Joseph. 1994. Structural and Institutional Aspects of Corruption. Social Research

Lapshyna, I. 2014. Corruption as a Driver of Migration Aspirations: The Case of Ukraine. Economics & Sociology

Larcinese, Valentino & Indraneel Sircar. 2014. Crime and Punishement the British Way: Accountability Channels Following the MPs' Expenses Scandal. Working paper.

Large, D. 2005. "Introductory Survey: Corruption and Reconstruction after War", in Corruption and Post-Conflict Reconstruction: Breaking the Vicious Circle (Paris: OECD).

Larmour, P. 2007. A Short Introduction to Corruption and Anti-Corruption. CIES Working paper 3.

Larmour, P. 2008. Corruption and the Concept of "Culture": Evidence from the Pacific Islands. Crime, Law & Social Change

Larmour, P. 2009. "Corruption, Culture and Institutions: Evidence from the Pacific Islands", in Gong, T. & S.K. Ma eds., Preventing Corruption in Asia: Institutional Design and Policy Capacity (London: Routledge)

Larmour, Peter. 2012. Interpreting Corruption: Culture and Politics in the Pacific Islands (Honolulu: University of Hawaii Press).

Larrain, F. & J. Tavares. 2004. Does Foreign Direct Investment Decrease Corruption? Latin American Journal of Economics

Larrain, Felipe & Jose Tavares. 2007. Can Openness Deter Corruption? The Role of Foreign Direct Investment. CEPR Discussion Papers 6488.

Larrain, Felipe & Jose Tavares. 2007. Can Openness Deter Corruption? The Role of Foreign Direct Investment. CEPR Discussion Papers 6488.

Larreguy, Horacio, John Marshall & James M. Snyder, Jr. 2014. Revealing Malfeasance: How Local Media Facilitates Electoral Sanctioning of Mayors in Mexico. Working paper.

Lascoumes, Pierre & Odette Tomescu-Hatto. 2008. French Ambiguities in Understandings of Corruption: Concurrent Definitions. Perspectives on European Politics & Society

Lascoumes, Pierre. 2014. "Condemning Corruption and Tolerating Conflicts of Interest: French 'Arrangements' Regarding Breaches of Integrity", in Jean-Bernard Auby, Emmanuel Breen & Thomas Perroud eds., Corruption and Conflicts of Interest: A Comparative Law Approach

Latham, M. 2015. "The City Has Been Wronged and Abused!": Institutional Corruption in the Eighteenth Century. Economic History Review 68(3): 1038-1061.

Latimer, Paul & A.J. Brown. 2008. Whistleblower Laws: International Best Practice. UNSW Law Journal

Lavallee, Emmanuelle, Mireille Razafindrakoto & Francois Roubaud. 2008. Corruption and Trust in Political Institutions in Sub-Saharan Africa. Afrobarometer Working Paper No. 102.

Lawal, Gbenga. 2007. Corruption and Development in Africa: Challenges for Political and Economic Change. Humanity & Social Science Journal

Lawson, Letitia. 2009. The Politics of Anticorruption Reform in Africa. Journal of Modern African Studies

Lazar, Sian. 2005. "Citizens Despite the State: Everyday Corruption and Local Politics in El Alto, Bolivia", in Dieter Haller & Chris Shore eds., Corruption: Anthropological Perspectives (Pluto Press).

Lazarova, Emiliya & Ilaria Mosca. 2007. Does Governance Matter for Aggregate Health Capital? Applied Economics Letters.

Le Billon, P. 2014. Natural Resources and Corruption in Post-War Transitions: Matters of Trust. Third World Quarterly

Le Billon, Philippe. 2003. Buying Peace or Fueling War: The Role of Corruption in Armed Conflicts. Journal of International Development

Le Billon, Philippe. 2008. Corrupting Peace? Peacebuilding and Post-Conflict Corruption. International Peacekeeping.

Le Billon, Philippe. 2013. "Resource Grabs", in Soreide, Tina & Aled Willams eds., Corruption, Grabbing and Development .

Le Vine, Victor T. 1993. Administrative Corruption and Democratization in Africa: Aspects of the Theoretic Agenda. Corruption and Reform

Le, Quan V. 2006. Corruption and Capital Flight: An Empirical Assessment. International Economic Journal

Le, Van-Ha, Jakob de Haan & Erik Dietzenbacher. 2013. Do Higher Government Wages Reduce Corruption? Evidence Based on a Novel Dataset. CES ifo Working Paper No. 4254.

Lecuna, Antonio. 2012. Corruption and Size Decentralization. Journal of Applied Economics

Ledeneva, A. 2009. Corruption in Post-Communist Societies: A Re-Examination. Perspectives on European Politics and Society

Lederman, Daniel & William Maloney. 2008. In Search of the Missing Resource Curse. Economia

Lederman, Daniel, Norman Loayza & Rodrigo Soares. 2005. Accountability and Corruption: Political Institutions Matter. Economics & Politics

Ledyaeva, S., P. Karhunen, R. Kosonen & J. Whalley. 2015. Offshore Foreign Direct Investment, Capital Round-Trpping, and Corruption: Empirical Analysis of Russian Regions. Economic Geography

Ledyaeva, Svetlana, Paivi Karhunen & Riitta Kosonen. 2013. Birds of a Feather: Evidence on Commonality of Corruption and Democracy in the Origin and Location of Foreign Investment in Russian Regions. European Journal of Political Economy

Lee, Charles M.C. & David Ng. 2009. Corruption and International Valuation: Does Virtue Pay? Journal of Investing

Lee, Cheol-Sung. 2007. Labor Unions and Good Governance: A Cross-National Comparative Analysis. American Sociological Review

Lee, Francis L.F. 2015. How Citizens React to Political Scandals Surrounding Government Leaders: A Survey Study in Hong Kong. Asian Journal of Political Science

Lee, H.H. Lim, D.D. Moore & J. Kim. 2013. How Police Organizational Structure Correlates with Frontline Officers' Attitudes Toward Corruption: A Multilevel Model. Police Practice & Research: An International Journal

Lee, J., K. Sigmund, U. Dieckmann & Y. Iwasa. 2015. Games of Corruption: How to Suppress Illegal Logging. Journal of Theoretical Biology

Lee, Judith A. & James D. Slear. 2007. Unique Problems with FCPA Compliance in the People's Republic of China. Business Law Today

Lee, L. 2014. Certainty in Coming Clean: Establishing an FCPA Safe Harbor for Self-Reporting Companies.

Lee, Paul L. 2010. A Renewed Focus on Foreign Corruption and Politically Exposed Persons. Banking Law Journal

Lee, S. 2015. Quality of Government and Tourism Destination Competitiveness. Tourism Economics

Lee, Seung-Hyun & D. Weng. 2013. Does Bribery in the Home Country Promote or Dampen Firm Exports? Strategic Management Journal

Lee, Seung-Hyun & Kyeungrae Kenny Oh. 2007. Corruption in Asia: Pervasiveness and Arbitrariness. Asia Pacific Journal of Management

Lee, Seung-Hyun & Sungjin J. Hong. 2012. Corruption and Subsidiary Profitability: US MNC Subsidiaries in the Asia Pacific Region. Asia Pacific Management Journal

Lee, Seung-Hyun, Kyeungrae (Kenny) Oh & Lorraine Eden. 2010. Why Do Firms Bribe? Insights from Residual Control Theory. Management International Review

Lee, Young & Omar Azfar. 2007. Corruption and Trade Regulations: An Instrumental Variable Approach. Applied Economics Letters

Leemann, L. & D. Bochsler. 2014. A Systematic Approach to Study Electoral Fraud. Electoral Studies

Leenders, Reinoud. 2012. Spoils of Truce: Corruption and State-Building in Postwar Lebanon. Middle Eastern Studies (Cornell University Press).

Leeson, Peter T. & Russell S. Sobel. 2008. Weathering Corruption, Journal of Law and Economics.

Lehoucq, Fabrice. 2003. Electoral Fraud: Causes, Types, and Consequences. Annual Review of Political Science

Leibold, Annalisa. 2015. Extraterritorial Application of the FCPA Under International Law. Willamette Law Review

Leiken, Robert S. 1996. Controlling the Global Corruption Epidemic. Foreign Policy

Leitao, Alexandra. 2010. Corruption and the Environmental Kuznets Curve: Empirical Evidence for Sulfur. Ecological Economics

Leite, Carlos & Jens Weidmann. 1999. Does Mother Nature Corrupt? Natural Resources, Corruption, and Economic Growth. IMF Working Paper 99/85.

Lenz, Gabriel & Kevin Lim. 2009. Getting Rich(er) in Office? Corruption and Wealth Accumulation in Congress. Working paper.

Leontieva, L.S., T.V. Khalilova, L.F. Gaynullina & A.I. Khalilov. 2015. Social-Communciative Innovations in Anti-Corruption Activies. Asian Social Science

Leroy, Anne-Marie & Frank Fariello. 2012. The World Bank Group Sanctions Process and Its Recent Reforms (Washington, DC: World Bank).

Lessig, Lawrence. 2011. Republic Lost: How Money Corrupts Congress—and a Plan to Stop It.

Lessig, Lawrence. 2014. A Reply to Professors Cain and Charles. California Law Review

Lessig, Lawrence. 2014. What an Originalist would Understand "Corruption" to Mean. California Law Review

Lessmann, Christian & Gunther Markwardt. 2010. One Size Fits All? Decentralization, Corruption, and the Monitoring of Bureaucrats. World Development

Lestelle, Evan P. 2008. The Foreign Corrupt Practices Act, International Norms of Foreign Public Bribery, and Extraterritorial Jurisdiction. Tulane Law Review

Letyaev, V. & F. Letyaeva. 2015. Corruption Threats in Regulations: Analytical Review of the Literature and Case Materials of the Russian Federation. Journal of Sustainable Development

Letzkus, Sarah. 2008. Damned If You Do, Damned If You Don't: The Speech and Debate Clause and Investigating Corruption in Congress 40 Ariz. St. L.J. 1377

Leung, J. 2015. Xi's Corruption Crackdown: How Bribery and Graft Threaten the Chinese Dream. Foreign Affairs

Levchenko, Andrei A. 2013. International Trade and Institutional Change. Journal of Law, Economics & Organization

Leventhal, Robert. 2008. International Legal Standards on Corruption. American Society of International Law Proceedings

Levi, M. 2015. Money for Crime and Money From Crime: Financing Crime and Laundering Crime Proceeds. European Journal on Criminal Policy & Research

Levin, Ines, Gabe Cohn, R. Michael Alvarez & Peter C. Ordeshook. 2009. Detecting Voter Fraud in an Electronic Voting Context: An Analysis of the Unlimited Reelection Vote in Venezuela. Working paper.

Levin, Mark & Georgy Satarov. 2000. Corruption and Institutions in Russia. European Journal of Political Economy

Levin, Ronald M. 2001. Fighting the Appearance of Corruption. Washington University Journal of Law & Policy

Levmore, Saul. 1998. Efficiency and Conspiracy: Conflicts of Interest, Anti-Nepotism Rules, and Separation Strategies. Fordham Law Review

Levy, D. 2007. Price Adjustment under the Table: Evidence on Efficiency-Enhancing Corruption. European Journal of Political Economy

Lewis, Colin M. & Peter Lloyd-Sherlock. 2009. Social Policy and Economic Development in South America: An Historical Approach to Social Insurance. Economics & Society

Lewis, M. & P. Stenning. 2012. Considering the Glenister Judgment: Independence Requirements for Anti-Corruption Institutions. SA Crime Quarterly

Lewis, M. 2007. Informal Payments and the Financing of Health Care in Developing and Transition Countries. Health Affairs

Lewis, Margaret K. 2012. Presuming Innocence, or Corruption, in China. Columbia Journal of Transnational Law

Lewis, Maureen. 2006. Governance and Corruption in Public Health Care Systems. Center for Global Development Working Paper No. 78.

Lewis-Faupel, Sean, Yusuf Neggers, Benjamin A. Olken & Rohini Pande. 2014. Can Electronic Procurement Improve Infrastructure Provision? Evidence from Public Works in India and Indonesia. Working paper.

Li, H., M. Tang & N. Huhu. 2015. How Does Democracy Influence Citizens' Perceptions of Government Corruption? A Cross-National Study. Democratization.

Li, Hongyi, Lixin Colin Xu & Heng-Fu. Zou. 2000. Corruption, Income Distribution, and Growth. Economics & Politics

Li, Ling. 2011. Performing Bribery in China: guanxi-practice, corruption with a human Face. Journal of Contemporary China

Li, Ling. 2011. The "Production" of Corruption in China's Courts – The Politics of Judicial Decision-Making and Its Consequences in a One-Party State. U.S. Asia Law Institute Working Paper.

Li, S., C. Buhren, B. Frank & H. Qin. 2015. Group Decision Making in a Corruption Experiment: China and Germany Compared. Jahrbucher Fur Nationalokonomie Und Statistik

Li, Sha, Christoph Buhren, & Bjorn Frank. 2011. Group Decision Making in a Corruption Experiment: China and Germany Compared. Working paper.

Li, Wei. 2002. "Corruption during the Economic Transition in China", in Donatella Della Porta & Susan Rose-Ackerman eds., Corrupt Exchanges: Empirical Themes in the Politics and Political Economy of Corruption.

Li, Wei. 2002. Corruption and Resource Allocation: Evidence from China.

Li, Wei. 2002. Measuring Corruption under China's Dual-Track System.

Li, Y., F.K. Yao & D. Ahlstrom. 2015. The Social Dilemma of Bribery in Emerging Economies: A Dynamic Model of Emotion, Social Value, and Institutional Uncertainty. Asia Pacific Journal of Management

Licht, Amir, Chanan Goldschmidt & Shalom Schwartz. 2007. Culture Rules: The Foundations of the Rule of Law and Other Norms of Governance. Journal of Comparative Economics

Lien, Da Hsiang Donald. 1986. A Note on Competitive Bribery Games. Economic Letters

Lien, Da-Hsaing. 1990. Corruption and Allocation Efficiency. Journal of Development Economics.

Lierl, Malte. 2014. Selection or Incentives? Experimental Evidence on the Accountability of Village Leaders in Tanzania. Working paper.

Liew, L.H. 1992. Corruption as a Form of Insurance. European Journal of Political Economy

Light, Matthew. 2014. Police Reforms in the Republic of Georgia: The Convergence of Domestic and Foreign Policy in an Anti-Corruption Drive. Policing & Society

Lim, Delphia, Maryum Jordan, Patrick Kibbe, David Donatti & Jose Vicente. 2013.

Access to Remedies for Transnational Public Bribery: A Governance Gap. ABA Criminal Justice

Lim, Linda Y.C. & Aaron Stern. 2002. State Power and Private Profit: The Political Economy of Corruption in Southeast Asia. Asian-Pacific Economic Literature

Lin, Jun & Steven X. Si. 2010. Can Guanxi Be a Problem? Contextes, Ties, and Some Unfavorable Consequences of Social Capital in China. Asia Pacific Journal of Management.

Lin, Min-Wei & Chilik Yu. 2014. Can Corruption Be Measured? Comparing Global Versus Local Perceptions of Corruption in East and Southeast Asia. Journal of Comparative Policy Analysis7.

Lindberg, J. & D. Herath. 2014. Land and Grievances in Post-Conflict Sri Lanka: Exploring the Role of Corruption Complaints. Third World Quarterly

Lindberg, Jonas & Camilla Orjuela. 2014. Corruption in the Aftermath of War: An Introduction. Third World Quarterly

Lindberg, Staffan I. 2003. "It's Our Time to 'Chop'": Do Elections Feed Neo-Patrimonialism Rather than Counteract It? Democratization

Linde, Jonas & Gissur O. Erlingsson. 2013. The Eroding Effect of Corruption on System Support in Sweden. Governance

Linde, Jonas. 2012. Why Feed the Hand that Bites You? Perceptions of Procedural Fairness and System Support in Post-Communist Democracies. European Journal of Political Research

Linder, A. & C. Santiso. 2002. Assessing the Predictive Power of Country Risk Ratings and Governance Indicators. SAIS Working Paper 02/02.

Lindgren, J. 1993. The Theory, History and Practice of the Bribery-Extortion Distinction. University of Pennsylvania Law Review 141: 1695-1740.

Lindgren, James. 1988. The Elusive Distinction Between Bribery and Extortion: From the Common Law to the Hobbs Act. UCLA Law Review 35: 815-.

Lindkvist, Ida. 2013. "Using Salaries as a Deterrent to Informal Payments in the Health Sector", in Soreide, Tina & Aled Willams eds., Corruption, Grabbing and Development .

Lindkvist, Ida. 2013. Informal Payments and Health Worker Effort: A Quantitative Study from Tanzania. Health Economics

Lindsey, Carolyn. 2009. More Than You Bargained For: Successor Liability under the U.S. Foreign Corrupt Practices Act. Ohio Northern University Law Review

Lindsey, R. & H. Dick. 2002. Corruption in Asia: Rethinking the Good Governance Paradigm (Annandale, NSW: Federation Press).

Lindskog, H., S. Brege & P.O. Brehmer. 2010. Corruption in Public Procurement and Private Sector Purchasing. Organizational Transformation & Social Change

Lindstedt, Catharina & Daniel Naurin. 2010. Transparency Is Not Enough: Making Transparency Effective in Reducing Corruption. International Political Science Review

Linhartova, V. & J. Volejnikova. 2015. Quantifying Corruption at a Subnational Level. E&M Ekonomie A Management

Lio, M.C., M.C. Liu & Y.P. Ou. 2011. Can the Internet Reduce Corruption? A Cross-Country Study Based on Dynamic Panel Data Models. Government Information Quarterly

Liou, Yu-Ming & Paul Musgrave. 2013. Refining the Oil Curse: Country-Level Evidence from Exogenous Variations in Resource Income. Comparative Political Studies

Lipinski, Arie J. 2011. Combating Government Corruption: Suing the Federal Government via a Proposed Amendment to the Civil RICO Statute. Valparaiso University Law Review

Lipper, Gregory M. 2010. Foreign Corrupt Practices Act and the Elusive Question of Intent. American Criminal Law Review

Lippitt, Anne H. 2013. An Empirical Analysis of the Foreign Corrupt Practices Act. Virginia Law Review

Lipset, Seymour Martin, Kyoung-Ryung Seong & John Charles Torres. 1993. A Comparative Analysis of the Social Requisites of Democracy. International Social Science Journal

Lipset, Seymour Martin. & Gabriel Salman Lenz. 2000. "Corruption, Culture and Markets" in Lawrence J. Harrison & Samuel P. Huntington eds. Culture Matters: How Values Change Human Progress, pp. 112-124. New York: Basic Books.

Litschig, Stephan & Yves Zamboni. 2014. Judicial Presence and Rent Extraction. Working paper.

Litwin, Daniel. 2013. On the Divide Between Investor-State Arbitration and the Global Fight Against Corruption. Transnational Dispute Management

Liu, Alan P.L. 1983. The Politics of Corruption in the People's Republic of China. American Political Science Review

Liu, Cheol & John L. Mikesell. 2014. The Impact of Public Officials' Corruption on the Size and Allocation of U.S. State Spending. Public Administration Review

Liu, L. 2015. The Global Anti-Bribery Collaboration in Evolution. Journal of Financial Crime

Liu, Q. & Y. Peng. 2015. Determinants of Willingness to Bribe: Micro Evidence from the Educational Sector in China. Jahrbucher Fur Nationalokonomie Und Statistik

Liu, Qijun & Yaping Peng. 2015. Corruption in College Admissions Examinations in China. International Journal of Educational Development

Liu, X., G.I. Christopoulos & Y. Hong. 2014. The Role of Decision Frame on Decision-Making Regarding Bribe Giving. Academy of Management Proceedings.

Liu, Yongzheng & Haibo Feng. 2015. Tax Structure and Corruption: Cross-Country Evidence. Public Choice.

Ljunge, M. 2015. Social Capital and the Family: Evidence that Strong Family Ties Cultivate Civic Virtues. Economica

Llamzon, Aloysius P. 2013. State Responsibility for Corruption: The Attribution Asymmetry in International Investment Arbitration. Transnational Dispute Management

Llamzon, Aloysius. 2009. The Control of Corruption through International Investment Arbitration: Potential and Limitations. American Society of International Law Proceedings

Lloyd-Ellis, Huw & Nicholas Marceau. 2003. Endogenous Insecurity and Economic Development. Journal of Development Economics

Lobnikar, B. & G. Mesko. 2015. Perception of Police Corruption and the Level of Integrity Among Slovenian Police Officers. Police Practice & Research

Loe, T.W., L. Ferrell & P. Mansfield. 2000. A Review of Empirical Studies Assessing Ethincal Decision Making in Business. Journal of Business Ethics

Loftis, M.W. 2015. Delilberate Indiscretion? How Political Corruption Encourages Discretionary Policy Making. Comparative Political Studies

Lomnitz, C. 1995. Ritual, Rumor and Corruption in the Constitution of Polity in Mexico. Journal of Latin American Anthropology

Lomnitz, Larissa. 1988. Informal Exchange Networks in Formal Systems: A Theoretical Model. American Anthropologis

Long, D. Michael & Spuma Rao. 1995. The Wealth Effects of Unethical Business Behavior. Journal of Economics & Finance

Long. 2013. A Study of Drug-Related Police Corruption Arrests. Policing: An International Journal of Police Strategies & Management

Lopatta, K., R. Jaeschke & C. Yi. 2014. The Strategic Use of Language in Corrupt Firms' Financial Reporting. Working paper.

Lopez, J. & J. Santos. 2014. Does Corruption Have Social Roots? The Role of Culture and Social Capital. Journal of Business Ethics

Lopez, L. 2015. Corruption and International Aid Allocation: A Complex Dance. Journal of Economic Development

Lopez, R. & S. Mitra. 2000. Corruption, Pollution and the Kuznets Environment Curve. Journal of Environmental Economics & Management.

 J

Lord, Nicholas James. 2014. Detecting and Investigating Transnational Corporate Bribery in Centralised and Decentralised Enforcement Systems: Discretion and (De-)Prioritisation in the UK and Germany. Policing & Society .

Lord, Nicholas James. 2014. Responding to Transnational Corporate Bribery Using International Frameworks for Enforcement: Anti-Bribery and Corruption in the UK and Germany. Criminology & Criminal Justice

Losco, Michael A. 2014. Streamlining the Corruption Defense: A Proposed Framework for FCPA-ICSID Interaction. Duke Law Journal.

Lovei, L. & A. McKechnie. 2000. The Costs of Corruption for the Poor – The Energy Sector. World Bank, Public Policy for the Private Sector Note 207.

Lovell, David W. 2005. "Corruption as a Transitional Phenomenon: Understanding Endemic Corruption in Postcommunist States", in Dieter Haller & Chris Shore eds., Corruption: Anthropological Perspectives (Pluto Press).

Low, Lucinda & John Davis. 1998. Coping with the Foreign Corrupt Practices Act: A Primer for Energy and Natural Resource Sector. Journal of Energy & Natural Resources Law

Low, Lucinda A. 1998. Transnational Corruption: New Rules for Old Temptations, New Players to Combat a Perennial Evil. Am. Soc. Int'l L. Proceedings

Low, Lucinda A. et al. 1998. The Inter-American Convention Against Corruption: A Comparison with the United States Foreign Corrupt Practices Act. Virginia Journal of International Law

Low, Lucinda A., Thomas K. Sprange & Milos Barutciski. 2010. Global Anti-Corruption Standard and Enforcement: Implications for Energy Companies. Journal of World Energy Law & Business

Lowen, Aaron & Andrew Samuel. 2012. Bribery and Endogenous Monitoring Effort: An Experimental Study. Eastern Economic Journal

Lowenhein, Oded. 2008. Examining the State: A Foucauldian Perspective on International "Governance Indicators". Third World Quarterly

Lowenstein, Daniel. 1985. Political Bribery and the Intermediate Theory of Politics. UCLA Law Review

Lu, Tiffany. 2013. The "Obtaining or Retaining Business" Requirement: Breathing New Life into the Business Nexus Provision of the FCPA. Fordham Journal of Corporate & Financial Crime

Lu, Xiaobo. 2000. Booty Socialism, Bureau-preneurs, and the State in Transition: Organizational Corruption in China, Comparative Politics

Lubin, N. 2003. Who's Watching the Watchdog? Journal of International Affairs

Ludwin-Peery, Ethan & Dustin Tingley. 2014. Ethical Situations and Their Effects on Judgments of Punishment. Ethics & Behavior

Lui, Francis T. 1985. An Equilibrium Queuing Model of Bribery. Journal of Political Economy

Lui, Francis T. 1986. A Dynamic Model of Corruption Deterrence. Journal of Public Economics

Lui, Francis T. 1996. Three Aspects of Corruption. Contemporary Economic Policy

Luiz, J. & C. Stewart. 2014. Corruption, South African Multinational Enterprises and Institutions in Africa. Journal of Business Ethics

Lukito, A.S. 2015. Fostering and Enhancing the Role of the Private Sector: A Prevention Way Towards Corruption Eradication in Indonesia. Journal of Financial Crim

Luo, Yadong, Stephanie L. Wang & Ying Huang. 2012. Guanxi and Organizational Performance: A Meta-Analysis. Management & Organization Review

Luo, Yadong. 2002. Corruption and Organization in Asian Management Systems. Asia Pacific Journal of Managemen

Luo, Yadong. 2004. An Organizational Perspective of Corruption. Management & Organization Review.

Luo, Yadong. 2006. Political Behavior, Social Responsibility, and Perceived Corruption: A Structural Perspective. Journal of International Business Studies

Luo, Yadong. 2008. The Changing Chinese Culture and Business Behavior: The Perspective of Intertwinement between Guanxi and Corruption. International Business Review

Luo, Yadong. 2011. Strategic Responses to Perceived Corruption in an Emerging Market: Lessons from MNEs Investing in China. Business & Society

Luong, Pauline Jones & Erika Weinthal. 2010. Oil Is Not a Curse: Ownership Structure and Institutions in Soviet Successor States (New York: Cambridge University Press).

Ma, Stephen K. 2009. "'Policing the Police': A Perennial Challenge for China's Anticorruption Agencies", in Gong, T. & S.K. Ma eds., Preventing Corruption in Asia: Institutional Design and Policy Capacity (London: Routledge)

Maass, Arthur. 1987. U.S. Prosecution of State and Local Officials for Political Corruption: Is the Bureaucracy Out of Control in a High Stakes Operation Involving the Constitutional System? Publius: The Journal of Federalism

Mackenzie, G. Calvin with Michael Hafken. 2002. Scandal Proof: Do Ethics Laws Make Government Ethical? Washington, D.C., Brookings Institution.

Maclean, T., B.E. Litzky & D.K. Holderness. 2015. When Organizations Don't Walk Their Talk: A Cross-Level Examination of How Decoupling Formal Ethics Programs Affects Organizational Members. Journal of Business Ethics 128

MacMillan, Joanna. 2011. Reformasi and Public Corruption: Why Indonesia's Anti-Corruption Agency Strategy Should Be Reformed to Effectively Combat Public Corruption. Emory International Law Review

Macrae, John. 1982. Underdevelopment and the Economics of Corruption: A Game Theory Approach. World Development

Maestad, O. & A. Mwisongo. 2007. Informal Payments and the Quality of Health Care in Tanzania: Results from Qualitative Research. CMI Working Paper 2007:5 (Bergen: Chr. Michelsen Institute).

Maestad, O. & A. Mwisongo. 2011. Informal Payments and the Quality of Health Care: Mechanisms Revealed by Tanzanian Health Workers. Health Policy

Magaloni, Beatriz, Aila M. Matanock, Vidal Romero & Alberto Diaz-Cayeros. 2014. Living in Fear: The Dynamics of Extortion in Mexico's Criminal Insurgency.

Magrath, Willam B. 2012. "Corruption and Crime in Forestry", in Adam Graycar & Russell G. Smith eds., Handbook of Global Research and Practice in Corruption ,

Mahagaonkar, P. 2008. Corruption and Innovation: A Grease or Sand Relationship? Jena Economic Research Papers, No. 2008,017.

Mahdavi, Paasha. 2014. Extortion in the Oil States: Nationalization, Regulatory Structure, and Corruption. Working paper.

Mahmood, R. 2004. Can Information and Communication Technology Help Reduce Corruption? How So and Why Not: Two Case Studies from South Asia. Perspectives on Global Development & Technology

Mahmood, Shakeel Ahmed Ibne. 2010. Public Procurement and Corruption in Bangladesh: Confronting the Challenges and Opportunities. Journal of Public Administration & Policy Research

Majeed, M.T. 2014. Corruption and Trade. Journal of Economic Integration

Majtan, Roman. 2013. The Self-Cleaning Dilemma: Reconciling Competing Objectives of Procurement Processes. George Washington International Law Review

Majumdar, Mukul & Seung Han Yoo. 2012. Strategic Analysis of Influence Peddling. International Journal of Game Theory

Makinwa, Abiola O. 2007. The Rules Regulating Transnational Bribery: Achieving a Common Standard? International Business Law Journal

Makinwa, Abiola O. 2009. "International Corruption and the Privatisation of Security: Resorting to Private Remedies", in M. Hildebrandt, A. Makinwa & A. Oehmichen eds., Controlling Security in a Culture of Fear (Boom Juridische Uitgevers)

Makinwa, Abiola O. 2009. "The Role of International Arbitration in the Fight against Corruption", in Olaf Meyer ed., Civil Law Consequences of Corruption (Baden-Baden: Nomos)

Makinwa, Abiola O. 2009. Researching Civil Remedies for International Corruption: The Choice of the Comparative Method. Erasmus Law Review

Makinwa, Abiola O. 2010. "A Transaction Approach to Fighting Corruption", in J. Blad, M. Hildebrandt, K. Rozenmond, M. Schuilenburg & P. Van Calster eds., Governing Security under the Rule of Law? (Eleven International Publishing)

Makinwa, Abiola O. 2010. Motivating Civil Remedies for International Corruption: Nigeria as an Illustrative Case Study. CALS Review of Nigerian Law & Practice

Makinwa, Abiola O. 2013. "Defining a Private Law Approach to Fighting Corruption", in Susan Rose-Ackerman & Paul D. Carrington eds., Anti-Corruption Policy: Can International Actors Play a Constructive Role? (Durham: Carolina Academic Press)

Makinwa, Abiola O. 2013. Good Governance: Negotiated Settlements for FCPA Violations as a Model. Applied Research Today.

Makinwa, Abiola O. 2013. Private Remedies for Corruption: Towards an International Framework (Eleven International Publishing).

Makuta, I. & B. O'Hare. 2015. Quality of Governance, Public Spending on Health and Health Status in Sub-Saharan Africa: A Panel Data Regression Analysis. BMC Public Health

Malec, Kathryn L. & John A. Gardiner. 1987. Measurement Issues in the Study of Official Corruption: A Chicago Example. Corruption & Reform

Malena, Carmen, Reiner Forster & Janmejay Singh. 2004. Social Accountability: An Introduction to the Concept and Emerging Practice. World Bank Social Development Paper No. 76.

Malesky, Edmund J. & Krislert Samphantharak. 2008. Predictable Corruption and Firm Investment: Evidence from a Natural Experiment and Survey of Cambodian Entrepreneurs. Quarterly Journal of Political Science

Malesky, Edmund J., Cuong Viet Nguyen & Anh Tran. 2014. The Impact of Recentralization on Public Services: A Difference-in-Differences Analysis of the Abolition of Elected Councils in Vietnam. American Political Science Review

Malesky, Edmund J., Dimitar D. Gueorgulev & Nathan M. Jensen. 2014. Monopoly Money: Foreign Investment and Bribery in Vietnam, a Survey Experiment. American Journal of Political Science

Malesky, Edmund, Paul Schuler & Anh Tran. 2012. The Adverse Effects of Sunshine: Evidence from a Field Experiment on Legislative Transparency in an Authoritarian Assembly. American Political Science Review .

Malik, A.S. 1990. Avoidance, Screening and Optimal Enforcement. Rand Journal of Economics

Maljevic, A.D. Datzer, E. Muratbegovic & M. Budimlic. 2008. Professional Police in Bosnia and Herzegovina: Case Study – Police Corruption. European Journal of Crime, Criminal Law & Criminal Justice

Mandal, Biswajit & Sugata Markit. 2010. Corruption and Wage Inequality. International Review of Economics & Finance

Mandal, Biswajit. 2014. Traded Goods, Tax and Intermediation – the Role of Corrupt Nontraded Sector. Working paper.

Manea, T. 2015. Medical Bribery and the Ethics of Trust: The Romanian Case. Journal of Medicine & Philosophy

Manion, Melanie. 1996. Corruption by Design: Bribery in Chinese Enterprise Licensing. Journal of Law, Economics & Organization

Manion, Melanie. 1998. Correction to "Corruption by Design". Journal of Law, Economics & Organization.

Manion, Melanie. 2004. Corruption by Design: Building Clean Government in Mainland China and Hong Kong. Cambridge: Harvard University Press, 2004.

Manion, Melanie. 2014. What Is Corrupt? A Model of Unacceptable International Business Practices in China. Working paper.

Manion, Melanie. 2015. "Institutional Design and Anti-Corruption in Mainland China" , in Paul M. Heywood ed., The Routledge Handbook of Political Corruption (New York: Routledge).

Manning, P.K. 2009. Bad Cops. Criminology & Public Policy

Manning, T.J. 2015. Private Equity and the FCPA: Deal-Making as Reform Mechanism.Pepperdine Law Review

Mansour, Sarah, Vjollca Sadiraj & Sally Wallace. 2014. Political Institutions and Corruption: An Experimental Examination of the Right to Recall. Working paper.

Manzetti, Luigi & Carole J. Wilson. 2006. Corruption, Economic Satisfaction, and Confidence in Government: Evidence from Argentina. The Latin Americanist

Manzetti, Luigi & Carole J. Wilson. 2007. Why Do Corrupt Governments Maintain Public Support? Comparative Political Studies

Manzetti, Luigi & Charles H. Blake. 1996. Market Reforms and Corruption in Latin America: New Means for Old Ways. Review of International Political Economy

Mao, Yina, Chi-Sum Wong & Kelly Z. Peng. 2013. Breaking Institutionalized Corruption: Is the Experience of the Hong Kong Independent Commission Against Corruption Generalizable? Asia Pacific Journal of Management

Maor, Moshe. 2004. Feeling the Heat? Anticorruption Mechanisms in Comparative Perspective. Governance

Marat, E. 2015. Global Money Laundering and Its Domestic Political Consequences in Kyrgyzstan. Central Asian Survey

Marberg, Sarah. 2012. Promises of Leniency: Whether Companies Should Self-Disclose Violations of the Foreign Corrupt Practices Act. Vanderbilt Journal of Transnational Law

Marceau, Justin F. 2007. A Little Less Conversation, A Little More Action: Evaluating and Forecasting the Trend of More Frequent and Severe Prosecutions Under the Foreign Corrupt Practices Act. Fordham Journal of Corporate & Financial Law

Marcelo, Simeon V. 2004. "Combating Corruption in the Philippines", in Controlling Corruption in Asia and the Pacific. (Manila: Asian Development Bank)

Marcouiller, Douglas & Leslie Young. 1995. The Black Hole of Graft: The Predatory State and the Informal Economy. American Economic Review

Marengo, F.D. 1988. The Link Between Political Corruption and Political Scandal. Corruption & Reform 3

Mariani, Paola. 2012. How Damages Recovery Actions Can Improve the Fight Against Corruption: The Crisis of Criminal Law Policies and the Role of Private Enforcement in an Italian Case of Judicial Corruption. Bocconi University Legal Studies Research Paper No. 2007241.

Marique, Yseult. 2014. "Integrity in English and French Public Contracts: Changing Administrative Cultures?", in Jean-Bernard Auby, Emmanuel Breen & Thomas Perroud eds., Corruption and Conflicts of Interest: A Comparative Law Approach

Marjit, S. V. Mukherjee & A. Mukherjee. 2000. Harassment, Corruption and Tax Policy. European Journal of Political Economy

Marjit, S. V. Mukherjee & A. Mukherjee. 2003. Harassment, Corruption and Tax Policy: Reply. European Journal of Political Economy .

Marjit, Sugata & Heling Shi. 1998. On Controlling Crime with Corrupt Officials. Journal of Economic Behavior & Organization 34: 163-72.

Marjit, Sugata, Biswajit Mandal & Suryadipta Roy. 2014. Trade Openness, Corruption and Factor Abundance: Evidence from a Dynamic Panel. Review of Development Economics

Mark, Gideon. 2012. Private FCPA Enforcement. American Business Law Journa

Marong, Alhaji B.M. 2002. Toward a Normative Consensus Against Corruption: Legal Effects of the Principles to Combat Corruption in Africa. Denver Journal of International Law & Policy

Marquette, H. & C. Peiffer. 2014. Corruption and Collective Action: Shifting the Equilibrium?. Birmingham Developmental Leadership Program Research Paper 32.

Marquette, Heather & Alan Doig. 2004. Drilling Down to the Detail: A Case Study into Anti-Corruption Project Records and Record-Keeping. Crime, Law & Social Change

Marquette, Heather, V. Pavarala & K. Malik. 2014. Religion and Attitudes Towards Corruption in India: A Collective Action Problem? Development in Practice

Marquette, Heather. 2001. Corruption, Democracy and the World Bank. Crime, Law & Social Change .

Marquette, Heather. 2004. The Creeping Politicization of the World Bank: The Case of Corruption. Political Studies

Marquette, Heather. 2007. Civic Education for Combating Corruption: Lessons from Hong Kong and the United States for Donor-Funded Programmes in Poor Countries. Public Administration & Development

Marquette, Heather. 2011. Donors, State-Building and Corruption: Lessons from Afghanistan and the Implications for Aid Policy. Third World Quarterly

Marquette, Heather. 2012. "Finding God" or "Moral Disengagement" in the Fight Against Corruption in Developing Countries? Evidence from India and Nigeria. Public Administration & Development

Marquette, Heather. 2013. "Corruption, Religion and Moral Development in Developing Countries", in Matthew Clarke ed., Handbook of Research on Development and Religion (Edward Elgar Publishing).

Marquette, Heather. 2015. "Religion, Ethics and Corruption: Field Evidence from India and Nigeria" , in Paul M. Heywood ed., The Routledge Handbook of Political Corruption (New York: Routledge)

Marshall, Andrew. 2013. What's Yours Is Mine: New Actors and New Approaches to Asset Recovery in Global Corruption Cases. Center for Global Development Policy Paper 018.

Marti, C. & Y. Kasperskaya. 2015. Public Financial Management Systems and Countries' Governance: A Cross-Country Study. Public Administration & Development

Martimort, David & Stephane Straub. 2009. Infrastructure Privatization and Changes in Corruption Patterns: The Roots of Public Discontent. Journal of Development Economics

Martin, A. Timothy. 1998. Corruption and Improper Payments: Global Trends and Applicable Laws. Alberta Law Review .

Martin, A. Timothy. 1999. The Development of International Bribery Law. Nat. Resources & Environment

Martin, A. Timothy. 2003. International Arbitration and Corruption: An Evolving Standard. International Energy & Mineral Arbitration

Martin, Susan Lorde. 1989. A Decade of Branti Decisions: A Government Official's Guide to Patronage Dismissals. American University Law Review 39:

Martins, Pedro S. 2010. Cronyism. IZA Discussion Paper 5349.

Mashaba, M. 2005. Organised Crime and Corruption – Fighting the Problem within the NEPAD Framework. African Security Review

Mashali, B. 2012. Analyzing the Relationship Between Perceived Grand Corruption and Petty Corruption in Developed Countries: Case Study of Iran. International Review of Administrative Sciences

Masron, Tajul Ariffin & Eliza Nor. 2013. FDI in ASEAN-8: Does Institutional Quality Matter? Applied Economics Letters

Matei, Ani & Lucica Matei. 2009. Public Integrity and Performance of Governance: A Comparative Study for South-Eastern Europe. Theoretical & Applied Economics

Matei, Ani & Lucica Matei. 2011. Assessing the Anti-corruption Strategies: Theoretical and Empirical Models. Journal of Management and Strategy

Matei, Ani, Lucica Matei & Carmen Savulescu. 2010. Public Integrity, Economic Freedom and Governance Performance: A Comparative Study for the EU Member States and Acceding Countries. Theoretical & Applied Economics

Matei, Lucica & Ani Matei. 2009. "Globalisation of Corruption" and Development of the Binom "Corruption – Public Integrity" in the Context of Romania Integration into the European Union. Theoretical & Applied Economics

Mather, A. & K. Singh. 2013. Foreign Direct Investment, Corruption and Democracy. Applied Economics.

Mathy, Pamela. 2011. Honest Services Fraud After Skilling. St. Mary's Law Journal

Mattarella, Bernardo Giorgio. 2014. "The Conflicts of Interests of Public Officers: Rules, Checks and Penalties", in Jean-Bernard Auby, Emmanuel Breen & Thomas Perroud eds., Corruption and Conflicts of Interest: A Comparative Law Approach

Matti, J. 2014. Corruption, Income Inequality, and Subsequent Economic Growth. Undergraduate Economic Review.

Matukhno, N. 2015. Corruption, Contention, and Reform: The Power of Deep Democratization. Journal of Politics

Mauro, Paolo. 1995. Corruption and Growth. Quarterly Journal of Economics

Mauro, Paolo. 1997. Why worry about corruption? Economic Issues 6.

Mauro, Paolo. 1998. Corruption and the Composition of Government Expenditure. Journal of Public Economics

Mauro, Paulo. 1998. Corruption: Causes, Consequences, and Agenda for Further Research. Finance & Developmen

Mauro, Paulo. 2004. Persistence of Corruption and Slow Economic Growth. IMF Staff Papers

Maxwell, Amanda E. & Richard F. Winters. 2004. A Quarter Century of (Data on) Corruption in the American States. Working paper.

Maxwell, Amanda E. & Richard F. Winters. 2005. Political Corruption in America. Working paper.

Maxwell, Daniel, Peter Walker, Cheyanne Church, Paul Harvey, Kevin Savage, Sarah Bailey, Roslyn Hees & Marie-Luise Ahlendorf. 2008. Preventing Corruption in Humanitarian Assistance: Final Research Report.

Mayfield, Loomis. 1993. Voting Fraud in Early Twentieth-Century Pittsburgh. Journal of Interdisciplinary History

Mazar, Nina & Dan Ariely. 2006. Dishonesty in Everyday Life and Its Policy Implications. Journal of Public Policy & Marketing

Mazar, Nina, On Amir & Dan Ariely. 2008. The Dishonesty of Honest People: A Theory of Self-Concept Maintenance. Journal of Marketing Research

Mazzacuva, F. 2014. Justifications and Purposes of Negotiated Justice for Corporate Offenders: Deferred and Non-Prosecution Agreements in the UK and US Systems of Criminal Justice. Journal of Criminal Law

Mbaku, J.M. 1991. Military Expenditures and Bureaurcratic Competition for Rents. Public Choice.

Mbaku, John M. 2000. Bureaucratic and Political Corruption in Africa: The Public Choice Perspective (Krieger: Malabar).

Mbaku, John Mukum. 1996. Bureaucratic Corruption in Africa: The Futility of Cleanups. Cato Journal

Mbaku, John Mukum. 1999. Corruption Cleanups in Developing Societies: The Public Choice Perspective. International Journal of Public Administration

McAdam, P. & O. Rummel. 2004. Corruption: A Non-Parametric Analysis. Journal of Economic Studies

McAllister, I. & S. White. 2015. Electoral Integrity and Support for Democracy in Belarus, Russia, and Ukraine. Journal of Elections, Public Opinion & Parties

McAllister, I. 2000. Keeping Them Honest: Public and Elite Perceptions of Ethical Conduct Among Australian Legislators. Political Studies

Mcallister, Ian. 2014. Corruption and Confidence in Australian Political Institutions.Australian Journal of Political Science

McCann, James A. & David Redlawsk. 2006. As Voters Go to the Polls, Will They Perceive a "Culture of Corruption"? PS: Political Science & Politics

McCann, James A. & Jorge I. Dominguez. 1998. Mexicans React to Electoral Fraud and Political Corruption: An Assessment of Public Opinion and Voting Behavior. Electoral Studies

McCann, James A. 2007. Corruption in the Eyes of American Citizens: Can It Ever Be Justified? Does It Always Elicit Anger? Working paper.

McCarthy, B.J. 1984. Keeping an Eye on the Keeper – Prison Corruption and Its Control. Prison Journal

McChesney, Fred S. 1987. Rent Extraction and Rent Creation in the Economic Theory of Regulation. Journal of Legal Studies

McChesney, Fred S. 2001. Ever the Twain Shall Meet. Michigan Law Review.

McCoy, Jennifer & Heather Heckel. 2001. The Emergence of a Global Anti-Corruption Norm. International Politics

McCurley, C.M. & J.J. Mondak. 1995. Inspected by #1184063113: The Influence of Incumbents' Competence and Integrity in U.S. House Elections. American Jouranl of Political Science

McCusker, Rob. 2006. Review of Anticorruption Strategies. Australian Institute of Criminology Technical Background Paper 23.

McFarlane, John. 2000. Corruption and the Financial Sector: The Strategic Impact. Dickinson Journal of International Law

McGee, Robert W. & Serkan Benk. 2014. The Ethics of Accepting a Bribe: An Emprical Case Study of Turkey. Business & Law

McGirr, Shaun. 2013. Deliberate Indiscretion: Why Bureaucratic Agencies are Differently Corrupt. Working paper.

McLaren, John. 2003. Corruption and the Organization of Tax Administration: Non-Smithian Benefits from Specialization, in Institutional Elements of Tax Design and Reform (Washington, D.C.: World Bank).

Mclean, Nicholas M. 2012. Cross-National Patterns in FCPA Enforcement. Yale Law Journal

McLeod, Ross H. 2005. The Struggle to Regain Effective Government Under Democracy in Indonesia. Bulletin of Indonesian Economic Studies

McManus, C., W.L. Miller, R. Markowski & J. Wasilewski. 2004. Why Is Corruption in Poland "A Serious Cause for Concern"? Crime, Law & Social Change

McMillan, J. 1991. Dango: Japan's Price-Fixing Conspiracies. Economics & Politics

McMillan, John & Pablo Zoido. 2004. How To Subvert Democracy: Montesinos in Peru. Journal of Economic Perspectives

McPake, B., D. Asiimwe, F. Mwesigye, M. Ofumbi., L. Ortenblad, P. Streefland & A.

Turinde. 1999. Informal Economic Activities of Public Health Workers in Uganda: Implications for Quality and Accessibility of Care. Social Science & Medicine .

McWilliams, J. Nolan. 2007. Tug of War: The World Bank's New Governance and Anticorruption Efforts. Kansas Journal of Law & Public Policy

Meagher, Patrick. 2005. Anti-Corruption Agencies: Rhetoric versus Reality. Journal of Policy Reform

Meagher, Patrick. 2002. Anti-Corruption Agencies: A Review of Experience (Washington, D.C.: World Bank).

Mebane, Walter R., Jr. 2008. "Electoral Forensics: The Second-Digit Benford's Law Test and Recent American Presidential Elections", in R. Michal Alvarez, Thad E. Hall & Susan D. Hyde eds., Election Fraud: Detecting and Deterring Electoral Manipulation. (Washington, D.C.: The Brookings Institution)

Mebane, Walter R., Jr. 2011. Comment on "Benford's Law and the Detection of Election Fraud". Political Analysis.

Medard, F.H. 1996. Public Corruption in Africa: A Comparative Perspective. Corruption & Reform.

Medard, Jean-Francois. 2002. "Corruption in the Neo-Patrimonial States of Sub-Saharan Africa", in Arnold J. Heidenheimer & Michael Johnston eds., Political Corruption— Concepts and Contexts (London: Transaction Publishers).

Medina, Luis Fernando & Susan Stokes. 2007. Monopoly and Monitoring: An Approach to Political Clientalism, in H. Kitschelt & S. Wilkinson eds., Patrons, Clients, and Policies: Patterns of Democratic Accountability and Political Competition (Cambridge: Cambridge University Press).

Meessen, Karl M. 1995. Fighting Corruption Across the Border. Fordham Int'l L. J.

Mehlum, Halvor, Karl O. Moene & Ragnar Torvik. 2006. Cursed by Resources or Institutions? World Economy

Mehlum, Halvor, Karl O. Moene & Ragnar Torvik. 2006. Institutions and the Resource Curse. Economic Journal

Mehta, M.C. 2006. The Accountability Principle: Legal Solutions to Break Corruption's Impact on India's Environment. Journal of Environmental Law & Litigation

Meier, Kenneth J. & Thomas M. Holbrook. 1992. "I Seen My Opportunities and I Took 'Em": Political Corruption in the United States. Journal of Politics

Mejia Acosta, Andres. 2013. The Impact and Effectiveness of Accountability and Transparency Initiatives: The Governance of Natural Resources. Development Policy Review

Melgar, Natalia, Maximo Rossi & Tom W. Smith. 2010. The Perception of Corruption. International Journal of Public Opinion Research

Melo, Luisa & Michael A. Quinn. 2015. Oil, Foreign Direct Investment and Corruption. International Journal of Business & Finance Research

Melo, Marcus Andre, Adailton B. Leite & E. Rocha. 2013. Muncipal Corruption: Multilevel Estimates of the Effects of Checks and Political Competition in Brazil.Working paper.

Melo, Marcus Andre, Adailton Leite & Enivaldo Rocha. 2012. Competitive Corruption: Evidence from Randomized Brazilian Municipal Audits. Working paper.

Melo, Marcus Andre, Carlos Pereira & Carlos Mauricio Figueiredo. 2009. Political and Institutional Checks on Corruption: Explaining the Performance of Brazilian Audit Institutions. Comparative Political Studies

Melville, Andrei, Denis Stukai & Mikhail Mironiuk. 2014. "King of the Mountain," or Why Postcommunist Autocracies Have Bad Institutions. Russian Social Science Review

Memoli, Vincenzo & Alessandro Pellegata. 2013. Electoral Systems, Corruption and Satisfaction with Democracy. Working paper.

Memoli, Vincenzo & Alessandro Pellegata. 2014. Corruption and EU Institutions: The Italians' Opinion. Perspectives on European Politics & Society

Menaker, Andrea J. 2010. The Determinative Impact of Fraud and Corruption on Investment Arbitrations. ICSID Review

Mendez, Fabio & Facundo Sepulveda. 2006. Corruption, Growth, and Political Regimes: Cross Country Evidence. European Journal of Political Economy

Méndez, Fabio & Facundo Sepulveda. 2009. What Do We Talk About When We Talk About Corruption? Journal of Law, Economics & Organization

Mendez, Fabio. 2014. Can Corruption Foster Regulatory Compliance? Public Choice

Mendoza, R.U., R.A. Lim & A.O. Lopez. 2015. Grease or Sand in the Wheels of Commerce? Firm Level Evidence on Corruption and SMEs. Journal of International Development

Mendoza, Ronald U., Ricardo A. Lim & Anne Beline C. Ong Lopez. 2013. Grease or Sand in the Wheels of Commerce? Firm Level Evidence on Corruption and SMEs. Working paper.

Menes, Rebecca. 2006. "Limiting the Reach of the Grabbing Hand: Graft and Growth in American Cities, 1880 to 1930", in Edward L. Glaeser & Claudia Goldin eds., Corruption and Reform: Lessons from America's Economic History (Chicago: University of Chicago Press)

Menezes, Flavio M. & Paulo Klinger Monteiro. 2006. Corruption and Auctions. Journal of Mathematical Economics

Mensah, Y.M. 2014. An Analysis of the Effect of Culture and Religion on Perceived Corruption in a Global Context. Journal of Business Ethics

Meny, Y. 1996. "Fin de Siecle" Corruption: Change, Crisis and Shifting Values.International Social Science Journal

Méon, Pierre-Guillaume & Khalid Sekkat. 2005. Does Corruption Grease or Sand the Wheels of Growth? Public Choice.

Meon, Pierre-Guillaume & Laurent Weill. 2010. Is Corruption an Efficient Grease? World Development

Mesmer-Magnus, Jessica R. & Chockalingam Viswesvaran. 2005. Whistleblowing in Organizations: An Examination of Correlates of Whistleblowing Intentions, Actions, and Retaliation. Journal of Business Ethics.

Messick, D.M. & M.H. Bazerman. 1996. Ethical Leadership and Psychology of Decision Making. Sloan Management Review

Messick, Richard E. 2014. "Policy Considerations when Drafting Conflict of Interest Legislation", in Jean-Bernard Auby, Emmanuel Breen & Thomas Perroud eds., Corruption and Conflicts of Interest: A Comparative Law Approach

Mestre, J. 2015. A Bribe New World: The Federal Government Gets Creative in Chasing Foreign Officials for Taking Bribes. University of Florida Journal of Law & Public Policy

Meyer, B., T. van Roomen & E. Sikkema. 2014. Corporate Criminal Liability for Corruption Offences and the Due Diligence Defense: A Comparison of the Dutch and English Legal Frameworks. Utrecht Law Review

Meyer, M.E., J. Steyn & N. Gopal. 2013. Exploring the Public Parameter of Police Integrity. Policing: An International Journal of Police Strategies & Management

Meyer, Olaf. 2013. "The Formation of a Transnational Ordre Public against Corruption: Lessons for and from Arbitral Tribunals", in Susan Rose-Ackerman & Paul D. Carrington eds., Anti-Corruption Policy: Can International Actors Play a Constructive Role? (Durham: Carolina Academic Press),

Mi, Zengyu & Qiongzhi Liu. 2014. Income Inequality, Fiscal Redistribution, and Governmental Corruption: Evidence from Chinese Provincial Data. Journal of Developing Areas

Mialtu, M., C. Nedelcu & C. Banacu. 2015. The Balance of Accessing European Funds the End of 2014: The Influence of Corruption on Absorbed E.U. Funds in Romania. Management Research & Practice

Miceli, Marcia P. et al. 2008. Whistleblowing in Organizations. New York: Routledge.

Michael S. Kang. 2012. The End of Campaign Finance Law. Virginia Law Review

Michael, B. & I. Carr. 2015. How Can the ICAC Help Foster the Widespread Adoption of Company Anticorruption Programs in Hong Kong? North Carolina Journal of International Law & Commercial Regulation

Michael, B. 2004. The Rise and Fall of the Anti-Corruption Industry: Toward Second Generation Anti-Corruption Reforms in Central and Eastern Europe. New York: Open Society Institute.

Michael, B. 2015. Making Hong Kong Companies Liable for Foreign Corruption. Journal of Financial Crime.

Michael, Bryane. 2004. Explaining Organizational Change in International Development: The Role of Complexity in Anti-Corruption Work. Journal of International Development

Michael, Bryane. 2004. What Do African-Donor Sponsored Anti-Corruption Programmes Teach Us About International Development in Africa? Social Policy & Administration

Michael, Bryane. 2006. Depoliticizing Anti-Corruption in Bolivia: Local International Intervention and the State. International Journal of Public Administration

Michael, Bryane. 2010. Issues in Anti-Corruption Law: Drafting Implementing Regulations for Anti-Corruption Conventions in Central Europe and the Former Soviet Union, Journal on Legislation

Michael, Bryane. 2012. "Activist Regulatory Practices in Corruption Prevention: A Case Study from Montenegro", in Adam Graycar & Russell G. Smith eds., Handbook of Global Research and Practice in Corruption ,

Michael, Bryane. 2012. Do Customs Trade Facilitation Programs Help Reduce Customs-Related Corruption? International Journal of Public Administration 35: 81-97.

Michael, Bryane. 2014. Can the Hong Kong ICAC Help Reduce Corruption on the Mainland? Chinese Journal of Comparative Law 2: 78-119.

Michener, G. 2015. Policy Evaluation via Composite Indexes: Qualitative Lessons from International Transparency Policy Indexes. World Development 74: 184-196.

Miettinen, T. & P. Poutvaara. 2014. A Market for Connections. European Journal of Political Economy

Migliorisi, S. & C. Wescott. 2011. A Reviwe of World Bank Support for Accountability Institutions in the Contract of Governance and Anti-Corruption. IEG Working Paper 2011/5 (Washington D.C.: World Bank).

Miguel, Edward & Mary Kay Gugerty. 2005. Ethnic Diversity, Social Sanctions, and Public Goods in Kenya. Journal of Public Economics 89(11-12): 2325-2368.

Milanovic, Branko, Karla Hoff & Shale Horowitz. 2010. Turnover in Power as a Restraint on Investing in Influence: Evidence from the Postcommunist Transition. Economics & Politics

Miles, Cameron A. 2012. Corruption, Jurisdiction and Admissibility in International Investment Claims. Journal of International Dispute Settlement

Miles, M.R. 2015. Turnout as Consent: How Fair Governance Encourages Voter Participation. Political Research Quarterly.

Miller, Kelly D. 2002. The Hobbs Act, the Interstate Commerce Clause, and United States v. McFarland: The Irrational Aggregation of Independent Local Robberies to Sustain Federal Convictions. Tulane Law Review

Miller, William L. 2006 Corruption and Corruptibility. World Development

Miller, William L., Ase B. Grodeland & Tatyana Y. Koshechkina. 2001. A Culture of Corruption: Coping with Government in Post-Communist Europe. Budapest: CEU Press.

Miller, William L., Ase B. Grodeland & Tatyana Y. Koshechkina. 2002. "Values & Norms versus Extortion & Temptation," in Corrupt Exchanges: Empirical Themes in the Politics and the Political Economy of Corruption (Donatella Della Porta & Susan Rose-Ackerman, eds.)

Miller, William M. 2006. "Perceptions, Experience and Lies: What Measures Corruption and What Do Corruption Measures Measure?", in Charles Sampford, Arthur Shacklock, Carmel Connors & Fredrik Galtung eds., Measuring Corruption (Aldershot: Ashgate)

Mills, David & Robert Weisberg. 2008. Corrupting the Harm Requirement in White Collar Crime. Stanford Law Review

Milyo, J. 2014. Corporate Influence and Political Corruption. Independent Review .

Minovic, M., M. Milovanovic, V. Stavljanin, B. Draskovic & D. Lazic. 2014. Semantic Technologies on the Mission: Preventing Corruption in Public Procurement. Computers in Industry .

Mironov, Maxim & Ekaterina Zhuravskaya. 2012. Corruption in Procurement and Shadow Campaign Financing: Evidence from Russia. Unpublished manuscript.

Mironov, Maxim. 2005. Bad Corruption, Good Corruption and Growth. 2005. Working Paper, Graduate School of Business, University of Chicago.

Mironov, Maxim. 2015. Should One Hire a Corrupt CEO in a Corrupt Country? Journal of Financial Economics

Miroslav, Minovia et al. 2014. Semantic Technologies on the Mission: Preventing Corruption in Public Procurement. Computers in Industry

Misangyi, Vilmos F., G. Weaver & H. Elms. 2008. Ending Corruption: The Interplay among Institutional Logics, Resources, and Institutional Entrepreneurs. Academy of Management Review

Mishra, Ajit. 2002. Hierarchies, Incentives and Collusion in a Model of Enforcement. Journal of Economic Behavior & Organization

Mishra, Ajit. 2005. The Economics of Corruption. Oxford University Press.

Mishra, Ajit. 2006. Persistence of Corruption: Some Theoretical Perspectives. World Development.

Mishra, P., A. Subramanian & P. Topalova. 2008. Tariffs, Enforcement, and Customs Evasion: Evidence from India. Journal of Public Economics

Mistree, D. 2015. Party-Directed Corruption in the Developing World. Comparative Politics

Mistry, J.J. & A. Jalal. 2012. An Empirical Analysis of the Relationship Between E-Government and Corruption. International Journal of Digital Accounting Research .

Mitchell, Paul. 2000. Voters and Their Representatives: Electoral Institutions and Delegation in Parliamentary Democracies. European Journal of Policy Research

Mitchell, Z., S. Merrington & P. Bell. 2014. A Comparative Analysis of the OECD Anti-Corruption Models (Asia & Europe) and Australia's Existing Anti-Corruption Platform. International Journal of Business & Commerce.

Mitra, Siddhartha. 2012. Corruption Re-examined. Trade & Development Review

Mixon, Franklin G., Jr., David N. Laband & Robert B. Eskelund Jr.. 1994. Rent Seeking and Hidden In-Kind Resource Distribution: Some Empirical Evidence. Public Choice

Mizoguchi, T. & N. Van Quyen. 2014. Corruption in Public Procurement Market. Pacific Economic Review.

Mo, Pak Hung. 2001. Corruption and Economic Growth. Journal of Comparative Economics

Mocan, Naci. 2008. What Determines Corruption? International Evidence from Micro Data. Economic Inquiry

Mock, Gregory. 2003. Undue Influence: Corruption and Natural Resources. World Resources 2002-2004.

Modnak, J.J. 1995. Competence, Integrity and the Electoral Success of Congressional Incumbents. Journal of Politics

Moene, Kalle & Tina Soreide. 2015. "Good Governance Facades", in Susan Rose-Ackerman & Paul Lagunes eds., Greed, Corruption, and the Modern State

Mohamed, M.R., S.R. Kaliappan, N.W. Ismail & W.N.W. Azman-Saini. 2015. Effect of Foreign Aid on Corruption: Evidence from Sub-Saharan African Countries. International Journal of Social Economics

Mohammad, Ehsan. 2006. When Implementation Fails: The Case of Anti-Corruption Commission (ACC) and Corruption Control in Bangladesh. Asian Affairs

Mohtadi, Hamid & Terry L. Roe. 2003. Democracy, Rent Seeking, Public Spending, and Growth. Journal of Public Economics

Moiseienko, A. 2015. "No Safe Haven": Denying Entry to the Corrupt as a New Anti-Corruption Policy. Journal of Money Laundering Control

Mokhtari, M. & M. Ashtari. 2012. Reducing Informal Payments in the Health Care System: Evidence from a Large Patient Satisfaction Survey. Journal of Asian Economics

Mokhtari, Manouchehr & Irina Grafova. 2007. Corruption: Theory and Evidence from the Russian Federation. Economic Systems .

Molinari, M.C. 2014. A Second Best Theory of Institutional Quality. Public Organization Review .

Monahan, Susanne C. & Beth A. Quinn. 2006. Beyond 'Bad Apples' and 'Weak Leaders': Toward a Neo-Institutional Explanation of Organizational Deviance. Theoretical Criminology

Monteiro, Joana & Claudio Ferraz. 2010. Does Oil Make Leaders Unaccountable? Evidence from Brazil's Offshore Oil Boom. Working paper.

Montes, G.C. & P.C. Paschoal. 2015. Corruption: What Are the Effects on Government Effectiveness? Empirical Evidence Considering Developed and Developing Countries? Applied Economics Letters.

Montinola, Gabriella R. & Robert W. Jackman. 2002. Sources of Corruption: A Cross-Country Study. British Journal of Political Science

Montinola, Gabriella R. 1994. The Foundations of Political Corruption: Insights from the Philippine Case. Asian Journal of Political Science

Montinola, Gabriella, Yingyi Qian & Barry R. Weingast. 1995. Federalism, Chinese Style: The Political Basis for Economic Success. World Politics

Moody-Stuart, George. 1994. The Good Business Guide to Bribery: Grand Corruption in Third World Development.

Moohr, Geraldine Szott. 1994. Mail Fraud and the Intangible Rights Doctrine: Someone to Watch over Us. Harvard Journal on Legislation

Mookherjee, Dilip & Ivan P.L. Png. 1992. Monitoring vis-à-vis Investigation in Enforcement of Law. American Economic Review

Mookherjee, Dilip & Ivan P.L. Png. 1995. Corruptible Law Enforcers: How Should They Be Compensated? Economic Journa

Moore, D.A., P.E. Tetlock, L. Tanlu & M.H. Bazerman. 2006. Conflicts of Interest and the Case of Auditor Independence: Moral Selection and Strategic Issue Cycling. Academy of Management Review

Moore, E.C. 2007. Causes of Demand for International Bribery. Electronic Journal of Business Ethics & Organization Studies :

Moore, Mick. 2001. Political Underdevelopment: What Causes "Bad Governance'?, Public Management

Moore, Mick. 2004. Revenue, State Formation, and the Quality of Government in Developing Countries. International Political Science Review

Moran, Jon. 1999. Bribery and Corruption: The OECD Convention on Combating the Bribery of Foreign Public Officials in International Business Transactions. Business Ethics: A European Review

Moran, Jon. 2001. Democratic Transitions and Forms of Corruption. Crime, Law & Social Change

Moroff, Holger & Diana Schmidt-Pfister. 2010. Anti-Corruption Movements, Mechanisms, and Machines – An Introduction. Global Crime

Moroff, Holger. 2004. A Polychromatic Turn in Corruption Research? Crime, Law & Social Change

Morris, C. 2015. In International Study on Public Confidence in Police. Police Practice & Research

Morris, Stephen D. & J.L. Klesner. 2010. Corruption and Trust: Theoretical Considerations and Evidence from Mexico. Comparative Political Studies

Morris, Stephen D. 1991. Corruption and Politics in Contemporary Mexico. (University of Alabama Press).

Morris, Stephen D. 2004. Corruption in Latin America: An Empirical Overview. SECOLAS Annals

Morris, Stephen D. 2008. Disaggregating Corruption: A Comparison of Participation and Perceptions in Latin America with a Focus on Mexico. Bulletin of Latin American Research

Morris, Stephen D. 2011. Forms of Corruption. CESifo DICE Report

Morrissey, David. 2007. The Fight Against Corruption by International Organizations. George Washington International Law Review

Morse, Stephen. 2006. Is Corruption Bad for Environmental Sustainability? A Cross-National Analysis. Ecology & Society

Moser, Carolyn. 2014. "Conflict of Interests of Government Members and the Risk of Corruption: An Assessment of Pre-Revolutionary Tunisia and Egypt", in Jean-Bernard Auby, Emmanuel Breen & Thomas Perroud eds., Corruption and Conflicts of Interest: A Comparative Law Approach

Moss, T.J., G. Pettersson & N. van de Walle. 2006. An Aid-Institutions Paradox? A Review Essay on Aid Dependency and State Building in Sub-Saharan Africa. Working paper.

Moyer, Homer E., Jr. 2004. The Role of Law in Combating Official Corruption: Recent U.S. Enforcement and Evolving International Standards, Proceedings of the Annual Meeting (American Society of International Law)

Muazu Ibrahim, Emmanuel Kumi & Thomas Yeboah. 2015. African Journal of Economic & Sustainable Development

Mudhai, Fredrick. 2007. Time to Harvest? Media, Corruption and Elections in Kenya. International Journal of Communication Ethics

Muffler, Stephen. 1995. Proposing a Treaty on the Prevention of International Corrupt Payments: Cloning the Foreign Corrupt Practices Act Is Not the Answer. ILSA Journal of International & Comparative Law

Mukwiri, J. 2015. British Law on Corporate Bribery. Journal of Financial Crime

Mulgan, Richard & John Wanna. 2012. "Developing Cultures of Integrity in the Public and Private Sectors", in Adam Graycar & Russell G. Smith eds., Handbook of Global Research and Practice in Corruption ,

Muma, M.W. 2014. Toward Greater Guidance: Reforming the Definitions of the Foreign Corrupt Practices Act. Michigan Law Review

Mungiu-Pippid, Alina. 2013. Becoming Denmark: Historical Designs of Corruption Control. Social Research

Mungiu-Pippidi, A. 2013. Controlling Corruption Through Collective Action. Journal of Democracy

Mungiu-Pippidi, A. 2015. Corruption: Good Governance Powers Innovation. Natur

Mungiu-Pippidi, A. et al. 2011. Contextual Choices in Fighting Corruption: Lessons Learned. Norwegian Agency for International Development.

Mungiu-Pippidi, Alina. 2005. Deconstructing Balkan Particularism: The Ambiguous Social Capital of Southeastern Europe. Southeast European & Black Sea Studies

Mungiu-Pippidi, Alina. 2006. Corruption: Diagnosis and Treatment. Journal of Democracy

Mungiu-Pippidi, Alina. 2013. The Good, the Bad and the Ugly: Controlling Corruption in the European Union. Working paper.

Mungiu-Pippidi, Alina. 2014. Of Virtuous Circles: Modeling Control of Corruption Beyond Modernization. Working paper.

Mungiu-Pippidi, Alina. 2015. The Quest for Good Governance: How Societies Develop Control of Corruption (Cambridge University Press).

Muralidharan, Karthik, Paul Niehaus & Sandip Sukhtankar. 2014. Payments Infrastructure and the Performance of Public Programs: Evidence from Biometric Smartcards in India. NBER Working Paper 19999.

Muralindharan, K. & Sundararaman, V. 2009. Teacher Performance Pay: Experimental Evidence from India. (Working paper).

Murphy, Kevin et al. 1993. Why Is Rent-Seeking So Costly to Growth? American Economic Review

Murphy, Mark J. 1995. International Bribery: An Example of an Unfair Trade Practice? Brooklyn Journal of International Law

Murray, Cameron K. & Paul Frijters. 2015. Clean Money in a Dirty System: Relationship Networks and Land Rezoning in Queensland.

Murtazashvili, J. 2015. Gaming the State: Consequences of Contracting Out State Building in Afghanistan. Central Asian Survey

Musa, P.F., P. Meso & V.W. Mbarika. 2005. Toward Sustainable Adoption of Technologies for Human Development in Sub-Saharan Africa: Precursors, Diagnostics, and Prescriptions. Communications of the Association for Information Systems

Musila, Jacob W. 2013. Does Democracy Have a Different Impact on Corruption in Africa? Journal of African Business

Musila, Jacob Wanjala & Simon Pierre Sigue. 2010. Corruption and International Trade: An Empirical Investigation of African Countries. World Economy

Mutebi, Alex. 2008. Explaining the Failure of Thailand's Anti-Corruption Regime. Development & Change

Muzila, Lindy, Michelle Morales, Marianne Mathias & Tammar Berger. 2012. On the Take: Criminalizing Illicit Enrichment to Fight Corruption. Washington, D.C.: Stolen Asset Recovery Initiative.

Myers, Richard E. II. 2012. Who Watches the Watchers in Public Corruption Cases? University of Chicago Legal Forum 2012

Myerson, Roger B. 1993. Effectiveness of Electoral Systems for Reducing Government Corruption: A Game-Theoretic Analysis. Games & Economic Behavior

Myerson, Roger. 2006. Bipolar Multicandidate Elections with Corruption. Scandinavian Journal of Economics

Myint, U. 2000. Corruption: Causes, Consequences and Cures. Asia-Pacific Development Journal

Myles, Gareth D. & Hana Yousefi. 2015. Corruption and Seigniorage. Journal of Public Economic Theory

Nabin, Munirul Haque & Gautam Bose. 2008. Partners in Crime: Collusive Corruption and Search. The B.E. Journal of Economic Analysis & Policy 8(1).

Nadeau-Seguin, Sara. 2013. Commercial Arbitration and Corrupt Practices: Should Arbitrators Be Bound By a Duty to Report Corrupt Practices? Transnational Dispute Resolution 10(3).

Nadipuram, Abhay M. 2013. Is the OECD the Answer? It's Only Part of the Solution. Journal of Corporation Law

Nagin, Daniel S. & Greg Pogarsky. 2003. An Experimental Investigation of Deterrence: Cheating, Self-Serving Bias, and Impulsivity. Criminology

Naidu, S. & A. Chand. 2014. Exploring the Relationship between Freedom from Corruption and Business Governance in the Oceania Region. Quality & Quantity

Naim, Moises. 2005. Bad Medicine: The War on Corruption Is Leaving the World Worse Than We Found It. Foreign Policy 147 (May-June 2005): 96-95.

Nakahara, S. 2015. Light in the Darkness: Understanding the Future Directions of Organizational Corruption. Journal of Legal, Ethical & Regulatory Issues

Namawu, Alolo. 2004. Fighting Public Sector Corruption in Sub-Saharan Africa: Does Gender Matter? IDD Wchool of Public Policy Working Paper.

Nana, Constantine Ntsanyu. 2013. West Africa: The Actions of the OHADA Arbitral Tribunal in the Face of Corruption. Transnational Dispute Management 10(3).

Nappert, S. 2012. "Nailing Corruption: Thoughts for a Gardener – A Comment on World Duty Free Company Ltd v. The Republic of Kenya", in Patrick Wautelet, Thalia Kruger & Govert Coppens eds., The Practice of Arbitration: Essays in Honour of Hans van Houtte (Hart Publishing).

Nas, Tevtik F., Albert C. Price & Charles T. Weber. 1986. A Policy-Oriented Theory of Corruption. American Political Science Review 80(1):107-119.

Nasarre, Cecilia A.S. 2013. International Commercial Arbitration and Corruption: The Role and Duties of the Arbitrator. Transnational Dispute Resolution 10(3).

Nasuti, Peter. 2012. The Determinants of Anti-Corruption Reform in the Republic of Georgia. Working paper.

Navarro, Nelly Calderon. 2006. Fighting Corruption: The Peruvian Experience. Journal of International Criminal Justice

Navot, D. & N. Cohen. 2015. How Policy Entrepreneurs Reduce Corruption in Israel. Governance.

Navot, D. 2014. The Concept of Political Corruption. Public Integrity .

Nawaz, S. 2015. Growth Effects of Institutions: A Disaggregated Analysis. Economic Modelling

Nayeri, Rouzhna. 2014. No Longer the Sleeping Dog, the FCPA Is Awake and Ready To Bite: Analysis of FCPA Enforcements, the Implications, and Recommendations for Reform. New York International Law Review

Ndedi, Alain A. Pr & Kingsley Kelly Mua. 2015. The Role of Forensic Investigation Professionals in the Prevention of Fraud and Corruption in Developing Countries. Working paper.

Ndikumana, Leonce & Mina Baliamoune-Lutz. 2009. "Corruption and Growth in African Countries: Exploring the Investment Channel", in African Development Bank & UNECA, Africa's Development Challenges and Opportunities in the Global Arena

Ndikumana, Leonce. 2007. "Corruption and Pro-Poor Growth Outcomes: Evidence and Lessons for African Countries", in J. Mbaku, M. Martin & J. Karugia eds., Governance and Pro-Poor Growth in Sub-Saharan Africa

Ndikumana, Leonce. 2013. The Private Sector as Culprit and Victim of Corruption in Africa. Working paper.

Neal, M., J. Finlay, S. Karkoulian, D. Catana & R. Pellegrino. 2015. How Business Students View Corruption, and Why This Should Concern Us: Insights from Lebanon, Romania and the United States. Tertiary Education & Management

Neeman, Zvika, M. Daniele Paserman & Avi Simhon. 2008. Corruption and Openness. B.E. Journal of Economic Analysis & Policy 8(1) (Article 50) Negro, I. 2015. "Corruption Is Dirt": Metaphors for Political Corruption in the Spanish Press. Bulletin of Hispanic Studies

Neild, Robert. 2012. Public Corruption: The Dark Side of Social Evolution (London: Anthem Press)

Nell, Mathias. 2007. Contracts Induced by Means of Bribery – Should They Be Void or Valid? Working Paper.

Nell, Mathias. 2007. Strategic Aspects of Voluntary Disclosure Programs for Corruption Offences: Toward a Design of Good Practice. Working Paper.

Nelson, Michael A. 2013. "Corruption and the Size of Local Governments: Are They Related?", in S. Lago-Penas & J. Martinez-Vazquez eds., The Challenge of Local Government Size: Theoretical Perspectives, International Experience and Policy Reform (Cheltenham, U.K.: Edward Elgar)

Nemeroff, Michael A. 2006. The Limited Role of Campaign Finance Laws in Reducing Corruption by Elected Public Officials. Howard Law Journal

Neoh, Anthony. 2010. "An Impartial and Uncorrupted Civil Service: Hong Kong's Fight Against Corruption in the Past 35 Years", in Christopher Forsyth et al. eds. Effective Judicial Review: A Cornerstone of Good Government (Oxford University Press) Nesbit, Julie B. 1998. Transnational Bribery of Foreign Officials: A New Threat to the Future of Democracy. Vand. J. Transnational Law

Nesti, L. 2014. The 2010 "Agreement on Mutual Enforcement of Debarrment Decisions" and Its Impact for the Fight against Fraud and Corruption in Public Procurement. Journal of Public Procurement

Neu, Dean, Jeff Everett & Abu Shiraz Rahaman. 2015. Preventing Corruption within Government Procurement: Constructing the Disciplined and Ethical Subject. Critical Perspectives on Accounting

Neudorfer, Benjamin & Natascha S. Neudorfer. 2015. Decentralization and Political Corruption: Disaggregating Regional Authority. Publius

Neudorfer, N.S. & U.G. Theurekauf. 2014. Buying War Not Peace: The Influence of Corruption on the Risk of Ethnic War. Comparative Political Studies 47(13): 1856-1886.

Neudorfer, Natascha S. 2015. Development, Democracy and Corruption: How Poverty and Lack of Political Rights Encourage Corruption. Journal of Public Policy (forthcoming).

Neudorfer, Natascha S. N.d. Gender and Graft: A Political Economy Argument about the Influence of Working Women on Political Corruption. Journal of Women Politics & Policy (forthcoming).

Neumayer, E. 2002. Is Good Governance Rewarded? A Cross-National Analysis of Debt Forgiveness. World Development

Neumayer, E. 2003. The Determinants of Aid Allocation by Regional Multilateral Development Banks and United Nations Agencies. International Studies Quarterly

Neupane, Arjun, Jeffrey Soar & Kishor Vaidya. 2012. Evaluating the Anti-Corruption Capabilities of Public E-Procurement in a Developing Country. Electronic Journal on Information Systems in Developing Countries

Neupane, Arjun, Jeffrey Soar & Kishor Vaidya. 2014. An Empirical Evaluation of the Potential of Public E-Procurement to Reduce Corruption. Australasian Journal of Information Systems

Neupane, Arjun, Jeffrey Soar & Kishor Vaidya. 2014. The Potential of E-Procurement Technology for Reducing Corruption. International Journal of Information Technology & Management.

Neupane, Arjun, Jeffrey Soar, Kishor Vaidya & Jianming Yong. 2014. Willingness to Adopt E-Procurement to Reduce Corruption. Transforming Government: People, Process & Policy

Neverova, E.G. & O.A. Malafeyef. 2015. A Model of Interaction between Anticorruption Authority and Corruption Groups. AIP Conference Proceedings

Ng, F. & A. Yeats. 1999. Good Governance and Trade Policy: Are They the Keys to Africa's Global Integration and Growth? World Bank Policy Research Working Paper 2038.

Ngira, David Otieno. 2015. Accelerating the "War" Against Corruption: A Sociological Perspective. Working paper.

Ngo, Tak-Wing. 2009. "Rent Seeking under the Licensing State: The Institutional Sources of Economic Corruption in China", in Gong, T. & S.K. Ma eds., Preventing Corruption in Asia: Institutional Design and Policy Capacity (London: Routledge)

Niaz, I. 2014. Corruption and the Bureaucratic Elite in Pakistan: The 1960s and 1970s Revisited. Journal of the Royal Asiatic Society

Nice, David C. 1986. The Policy Consequences of Political Corruption. Political Behavior

Nichilo, Brian. 2011. Honest Services Fraud: Consistency in Change. Temple Law Review

Nichols, Philip J. 2016. The Neomercantalist Fallacy and the Contextual Reality of the Foreign Corrupt Practices Act. Harvard Journal on Legislation (forthcoming).

Nichols, Philip M. 1996. Corruption in the World Trade Organization: Discerning the Limits of the World Trade Organization's Authority. N.Y.U. Journal of International Law and Politics, 28: 711-784.

Nichols, Philip M. 1997. Outlawing Transnational Bribery Through the World Trade Organization. Law & Policy in International Business

Nichols, Philip M. 1999. Are Extraterritorial Restrictions on Bribery a Viable and Desirable International Policy Goal Under the Global Conditions of the Late Twentieth Century? Increasing Global Security by Controlling Transnational Bribery. Mich. J. Int'l L. 20: 451-.

Nichols, Philip M. 1999. Regulating Transnational Bribery in Times of Globalization and Fragmentation. Yale Journal of International Law

Nichols, Philip M. 2000. The Myth of Anti-Bribery Laws as Transnational Intrusion. Cornell International Law Journal

Nichols, Philip M. 2001. The Fit Between Changes to the Global Corruption Regime and Indigenous Perceptions of Corruption in Kazakhstan. University of Pennsylvania Journal of International Economic Law

Nichols, Philip M. 2004. Corruption as an Assurance Problem. American University International Law Review

Nichols, Philip M. 2009. Multiple Communities and Controlling Corruption. Journal of Business Ethics

Nichols, Philip M. 2011. The Perverse Effect of Campaign Contribution Limits: Reducing the Allowable Amounts Increases the Likelihood of Corruption in the Federal Legislature. American Business Law Journal

Nichols, Philip M. 2012. The Business Case for Complying with Bribery Laws. American Business Law Journal.

Nichols, Philip M. 2012. The Psychic Costs of Violating Corruption Laws. Vanderbilt Journal of Transnational Law.

Nichols, Philip M. 2012. United States v Lazarenko: The Trial and Conviction of Two Former Prime Ministers of Ukraine. University of Chicago Legal Forum.

Nichols, Philip M., George J. Siedel & Matthew Kasdin. 2004. Corruption as a Pan-Cultural Phenomenon: An Empirical Study in Countries at Opposite Ends of the Former Soviet Empire, 39 Tex. Int'l L.J

Nichter, Simeon. 2008. Vote Buying or Turnout Buying? Machine Politics and the Secret Ballot. American Political Science Review

Nichter, Simeon. 2011. Electoral Clientalism or Relational Clientalism? Healthcare and Sterilization in Brazil. Working paper.

Nichter, Simeon. 2014. Conceptualizing Vote Buying. Electoral Studies (forthcoming).

Niehaus, Paul & Sandip Sukhtankar. 2013. Corruption Dynamics: The Golden Goose Effect. American Economic Journal: Economic Policy

Niehaus, Paul & Sandip Sukhtankar. 2013. The Marginal Rate of Corruption in Public Programs: Evidence from India. Journal of Public Economics

Niehaus, Paul, Antonia Atanassova, Marianne Bertrand & Sendhil Mullainathan. 2013.

Targeting with Agents. American Economic Journal: Economic Policy

Nielsen, R. 2003. Corruption Networks and Implications for Ethical Corruption Reform. Journal of Business Ethics

Nielsen, Richard P. 2000. The Politics of Long Term Corruption Reform: A Combined Social Movement and Action-Learning Approach. Business Ethics

Nieto, N. 2014. Corruption in Mexico: A Historical Legacy. Social Science Diliman

Nikolaev, P. 2014. Corruption Suppression Models: The Role of Inspectors' Moral Level. Computational Mathematics & Modeling.

Nilsson Hakkala, K., P. Norback & H. Svaleryd. 2008. Asymmetric Effects of Corruption on FDI: Evidence from Swedish Multinational Firms. Review of Economics & Statistics

Nishizaki, Y. 2005. The Moral Origin of Thailand's Provincial Strongman: The Case of Banharn Silpa-Archa. South East Asia Research

Nolan, Beth. 1992. Public Interest, Private Income: Conflicts and Control Limits on the Outside Income of Government Officials. Northwestern University Law Review

Noller, Lisa M. 2012. A Modest Practitioner Proposal: Striking a Balance in Whistleblower Lawsuits. University of Chicago Legal Forum 2012: 129-150.

Noonan, John T. 1985. Bribes. New York: MacMillan.

Norad. 2011. Joint Evaluation of Support to Anticorruption Efforts, 2002-2009.

Norton, Patrick M. 2006. The Foreign Corrupt Practices Act Dilemma. China Business Review 33 (Nov-Dec)

Nte, N.D. 2011. Police Corruption and the National Security Challenge in Nigeria: A Study of Rivers State Police Command. International Journal of Human Sciences .

Nurgaliyev, B., K. Ualiyev & B. Simonovich. 2015. Police Corruption in Kazakhstan: The Preliminary Results of the Study. Review of European Studies

Nur-Tegin, Kanybek & Hans J. Czap. 2012. Corruption: Democracy, Autocracy, and Political Stability. Economic Analysis & Policy

Nur-tegin, Kanybek & Tanya Sahin. 2013. Bribing Behavior by Firm Attributes: A Cross-Country Analysis. International Journal of Public Policy

Nur-Tegin, Kanybek. 2008. Determinants of Business Tax Compliance. The B.E. Journal of Economic Analysis & Policy

Nwabuzor, Augustine. 2005. Corruption and Development: New Initiatives in Economic Openness and Strengthened Rule of Law. Journal of Business Ethics .

Nwazubor, A. 2005. Corruption and Development: New Initiatives in Economic Openness and Strengthened Rule of Law. Journal of Business Ethics

Nyamu,-Musembi, C. 2007. "Gender and Corruption in the Administration of Justice", in Transparency International, Global Corruption Report (Cambridge, UK: Cambridge University Press)

Nyblade, Benjamin & Steven Reed. 2008. Who Cheats? Who Loots? Political Competition and Corruption in Japan, 1947-1993. American Journal of Political Science.

Nye, Joseph. 1967. Corruption and Political Development: A Cost-Benefit Analysis. American Political Science Review

Nyhan, Brendan & M. Marit Rehavi. 2015. Tipping the Scales? Tetsting for Political Influence on Public Corruption Prosecutions. Working paper.

Nyhan, D. 2015. Scandal Potential: How Political Context and News Congestion Affect the President's Vulnerability to Media Scandal. British Journal of Political Science

Nystrand, M.J. 2014. Petty and Grand Corruption and the Conflict Dynamics in Northern Uganda. Third World Quarterly

O'Donnell, Madalene. 2008. "Corruption: A Rule of Law Agenda?", in Agnes Hurwitz with Reyko Huang eds., Civil War and the Rule of Law (Boulder: Lynne Rienner).

O'Fallon, M.J. & K.D. Butterfield. 2005. A Review of the Empirical Ethical Decision-Making Literature: 1996-2003. Journal of Business Ethics

O'Hara, Phillip Anthony. 2014. Political Economy of Systemic and Micro-Corruption Throughout the World. Journal of Economic Issues

O'Kelly, Ciaran & Melvin J. Dubnick. 2006. Taking Tough Choices Seriously: Public Administration and Individual Moral Agency. Journal of Public Administration Research Theory

O'Leary, Cornelius. 1962. The Elimination of Corrupt Practices in British Elections, 1868-1911. Oxford: Clarendon Press.

O'Sullivan, Julie. 1996. The Independent Counsel Statute: Bad Law, Bad Policy. American Criminal Law Review

O'Toole, C.M. & F. Tarp. 2014. Corruption and the Efficiency of Capital Investment in Developing Countries. Journal of International Development

O'Toole, Conor M. & Finn Tarp. 2012. Corruption and the Efficiency of Capital Investment in Developing Countries. Working Paper.

Oarhe, O. 2014. Whither the Ivory Tower? Corruption and the Development of Higher Education in Nigeria. Africa Education Review

Obala, L.M. & M. Mattingly. 2014. Ethnicity, Corruption and Violence in Urban Land Conflict in Kenya. Urban Studies

Oberoi, Roopinder. 2014. Mapping the Matrix of Corruption: Tracking the Empirical Evidences and Tailoring Responses. Journal of Asian & African Studies

Obidzinski, K. & K. Kusters. 2015. Formalizing the Logging Sector in Indonesia: Historical Dynamics and Lessons for Current Policy Initiatives. Society & Natural Resources

Obolonskii, Aleksandr & Aleksei Barabashev. 2014. How to Clean Out the Augean Stable of Our Bureaucracy. Russian Politics & Law

Obydenkova, Anastassia & Alexander Libman. 2015. Understanding the Survival of Post-Communist Corruption in Contemporary Russia: The Influence of Historical Legacies. Post-Soviet Affairs.

Ocheje, D. Paul. 2000. Law and Social Change: A Socio-Legal Analysis of Nigeria's Corrupt Practices and Other Related Offenses Act, 2000. Journal of African Law

Ocheje, Paul D. 2000. Refocusing International Law on the Quest for Accountability in Africa: The Case Against "Other" Impunity. Leiden Journal of International Law

Ocheni, Stephen & Basil C. Nwankwo. 2012. The Effectiveness of Anti-Corruption Agencies in Enhancing Good Governance and Sustainable Developmental Growth in Africa: The Nigerian Paradox under Obasanjo Administration, 2003-2007. Canadian Social Science

Ochulor, Chinenye Leo. 2011. Ethical and Moral Implications of Corruption. Canadian Social Science.

Ockey, J. 2003. Change and Continuity in the Thai Political Party System. Asian Survey

Odd-Helge Fjeldstad. 2005. Revenue Administration and Corruption. (Bergen: Chr. Michelsen Institute, U4 Issue no. 2).

Odumosu, Ibironke T. 2011. International Investment Arbitration and Corruption Claims: An Analysis of World Duty Free v. Kenya. Law & Development Review

Oduor, Jacinta Ayango et al. 2013. Left out of the Bargain: Settlements in Foreign Bribery Cases and Implications for Asset Recovery. Washington, D.C.: Stolen Asset Recovery Initiative. OECD/StAR. 2012. Identification and Quantification of the Proceeds of Bribery.

Offe, Claus. 2004. "Political Corruption. Conceptual and Practical Issues," in S. Rose-Ackerman & J. Kornai, eds. Building a Trustworthy State in Post-Socialist Transition (New York: Palgrave/Macmillan)

Offer, Avner. 1997. Between the Gift and the Market: The Economy of Regard. Economic History Review.

Ofosu-Amaah, W. Paati, Raj Soopramenien & Kishor Raj. 1999. Combating corruption: A comparative review of selected legal aspects of state practice and major international initiatives. Washington, D.C.: World Bank.

Ogan, Pekin. 1995. Predicting Noncompliance with the Foreign Corrupt Practices Act. Bus. & Prof. Ethics

Oge, K. 2014. The Limits of Transparency Promotion in Azerbaijan: External Remedies to "Reverse the Curse". Europe-Asia Studies

Ogungbamila, Bolanle & I. Bola Udegbe. 2014. Gender Differences in the Effects of Perception of Organizational Injustice on Workplace Reactivity. Europe's Journal of Psychology

Ogunyemi, K. 2014. How Extortion Works (Evidence from Nigeria): The Extortion Cycle. Business & Professional Ethics Journal

Ogwang, T. & D. Cho. 2014. A Conceptual Framework for Constructing a Corruption Diffusion Index. Journal of Business Ethics

Ohnesorge, John K.M. 1999. "Ratch"eting up the Anti-Corruption Drive: Could a Look at Recent History Cure a Case of Theory-Determinism. Connecticut Journal of International Law

Ojha, Amitabh & Shailendra C. Jain Palvia. 2012. E-Government and the Fight Against Corruption: Conceptula Model and Five Case Studies from India. Journal of Information Technology & Application Research

Ojha, Amitabh, Shailendra Palvia & M.P. Gupta. 2008. "A Model for Impact of E-Government on Corruption: Exploring Theoretical Foundations," in J. Bhattacharya ed., Critical Thinking in Governance (New Delhi: Gift Publishing),

Okada, Keisuke & Sovannroeun Samreth. 2012. The Effect of Foreign Aid on Corruption: A Quantile Regression Approach. Economics Letters

Okada, Keisuke & Sovannroeun Samreth. 2014. How Does Corruption Influence the Effect of Foreign Direct Investment on Economic Growth? Global Economic Review

Okafor, G. 2015. Locational Determinants of US Outward FDI into Sub-Saharan Africa. Journal of Developing Areas

Okeahalam, C.C. & I. Bah. 1998. Perceived Corruption and Investment in Sub-Saharan Africa. South African Journal of Economics

Okojie, Paul & Abubakar Momoh. 2007. "Corruption and Reform in Nigeria", in Sarah Bracking ed., Corruption and Development: The Anti-Corruption Campaigns (Palgrave Macmillan)

Olaniyan, Kolawole. 2014. Corruption and Human Rights Law in Africa (Oxford: Hart Publishing).

Olatunde, J.O. 2014. Does Democracy Breed Accountability? The Role of State Executives in Nigeria, 1999-2007. International Journal of Critical Accounting 4(3): .

Olaya, Juanita, Kodjo Attisso & Anja Roth. 2010. Repairing Social Damage Out of Corruption Cases: Opportunities and Challenges as Illustrated in the Alcatel Case in Costa Rica. Working Paper.

Oldenburg, Philip. 1987. Middlemen in Third-World Corruption: Implication of an Indian Case. World Politics

Olen, Jared W. 2012. The Devil's in the Intent: Does 18 U.S.C. §666 Require Proof of Quid-Pro-Quo Intent? Southwestern Law Review.

Oliva, P. 2015. Environmental Regulations and Corruption: Automobile Emissions in Mexico City. Journal of Political Economy

Oliver, Dawn. 1997. Regulating the Conduct of MPs: The British Experience of Combating Corruption. Political Studies

Olivier de Sardan, J.P. 1999. A Moral Economy of Corruption in Africa? Journal of Modern African Studies

Olken, Benjamin & Patrick Barron. 2009. The Simple Economics of Extortion: Evidence from Trucking in Aceh. Journal of Political Economy

Olken, Benjamin A. & Rohini Pande. 2012. Corruption in Developing Countries. Annual Review of Economics.

Olken, Benjamin A. 2010. Direct Democracy and Local Public Goods: Evidence from a Field Experiment in Indonesia. American Political Science Review

Olken, Benjamin. 2006. Corruption and the Costs of Redistribution: Micro Evidence from Indonesia. Journal of Public Economics

Olken, Benjamin. 2007. Monitoring Corruption: Evidence from a Field Experiment in Indonesia. Journal of Political Economy.

Olken, Benjamin. 2009. Corruption Perceptions v. Corruption Reality. Journal of Public Economics

Olken, Benjamin. 2009. Do TV and Radio Destroy Social Capital? Evidence from Indonesian Villages. American Economic Journal: Applied Economics

Olowu, Dele. 1993. Roots and Remedies of Governmental Corruption in Africa. Corruption & Reform

Olsen, T. & G. Torsvik. 1998. Collusion and Renegotiation in Hierarchies: A Case of Beneficial Corruption. International Economic Review

Oluwaniyi, O.O. 2011. Police and the Institution of Corruption in Nigeria. Policing & Society

Omotoso, F. 2014. Public-Service Ethics and Accountabiity for Effective Service Delivery in Nigeria. Africa Today

Onoshchenko, O. & C.C. Williams. 2014. Evaluating the Role of Blat in Finding Graduate Employment in Post-Soviet Ukraine: The "Dark Side" of Job Recruitment? Employee Relations

Oquendo, Angel Ricardo. 1999. Corruption and Legitimation Crises in Latin America. Connecticut Journal of International Law

Oral, B. & F. Sayin. 2015. Can Corruption Be Prevented by Increasing Tax Auditing in Turkey? Journal of Economic Cooperation & Development

Organisation for Economic Cooperation and Development. 2008. Specialised Anti-Corruption Institution: Review of Models.

Orjuela, C. 2014. Corruption and Identity Politics in Divided Societies. Third World Quarterly

Ortega, B., A. Casquero & J. Sanjuan. 2014. Growth in Human Development: The Role of Corruption. Journal of International Development

Osei, Philip Duku. 2007. "Corruption Scandals and Anti-Corruption Institution Building Interventions in Jamaica", in Sarah Bracking ed., Corruption and Development: The Anti-Corruption Campaigs (Palgrave Macmillan)

Osei-Hwedie, B.Z. & K. Osei-Hwedie. 2000. The Political, Economic and Cultural Bases of Corruption in Africa, in K.R. Sr., Hope & B. Chikulo eds., Corruption and Development in Africa (London, Palgrave)

Osei-Tutu, E., K. Offei-Nyako, C. Ameyaw & K.T. Ampofo. 2014. Conflict of Interest and Related Corrupt Practices in Public Procurement in Ghana. International Journal of Civil Engineering Construction & Estate Management-.

Osifo, Omoregie Charles. 2014. An Ethical Governance Perspective on Anti-Corruption Policies and Procedures: Agencies and Trust in Cameroon, Ghana, and Nigeria Evaluation. International Journal of Public Administration

Osipian, Ararat L. 2009. Corruption and Reform in Higher Education in Ukraine. Canadian & International Education

Osipian, Ararat L. 2012. Economics of Corruption in Doctoral Education: The Dissertations Market. Econoimcs of Education Review

Osipian, Ararat L. 2014. Will Bribery and Fraud Converge? Comparative Corruption in Russia and the USA. Compare: A Journal of Comparative & International Education.

Osipian, Ararat. 2010. Corrupt Organizational Hierarchies in the Former Soviet Bloc. Transition Studies Review

Oskenbayev, Yessengali, Mesut Yilmaz & Kanat Abdulla. 2013. Resource Concentration, Institutional Quality and the Natural Resource Curse. Economic Systems

Osoba, Segun. 1996. Corruption in Nigeria: Historical Perspectives. Review of African Political Economy

Osterfeld, David. 1988. The Impact of Corruption on Third World Development. Economic Affairs

Ostergaard, Clemens Stubbe & Christina Petersen. 1991. Official Profiteering and the Tiananmen Square Demonstrations in China. Corruption and Reform.

Ostler, J. 2014. Corrupt Business Practices as a Market Entry Strategy. Academy of Management Proceedings .

Otahal, T. 2014. Mises, Hayek and Corruption. Journal of Business Ethics.

Oto-Peralias, D., D. Romero-Avila & C. Usabiaga. 2013. Does Fiscal Decentralization Mitigate the Adverse Effects of Corruption on Public Deficits? European Journal of Political Economy.

Ott, Jan C. 2010. Good Governance and Happiness in Nations: Technical Quality Precedes Democracy and Quality Beats Size. Journal of Happiness Studies

Otusanya, O.J., S. Lauwo, O.J. Ige & O.S. Adelaja. 2015. Sweeping It Under the Carpet: The Role of Legislators in Corrupt Practice in Nigeria. Journal of Financial Crime 22(3): 354-377.

Ouma, S.O.A. 1991. Corruption in Public Policy and Its Impact on Development: The Case of Uganda Since 1979. Public Administration & Development.

Ouzounov, Nikolay A. 2004. Facing the Challenge: Corruption, State Capture and the Rule of Multinational Business. John Marshall Law Review

Oyamada, E. 2015. Anti-Corruption Measures the Japanese Way: Prevention Matters. Asian Education & Development Studies

Oyamada, Eiji. 2005. President Gloria Macapagal-Arroyo's Anti-Corruption Strategy in the Philippines: An Evaluation. Asian Journal of Political Science

Oye, N. 2013. Reducing Corruption in African Developing Countries: The Relevance of E-Governance. Greener Journal of Social Sciences

Ozturk, I. & U. Al-Mulali. 2015. Investigating the Validity of the Environmental Kuznets Curve Hypothesis in Cambodia. Ecological Indicators

Pacini, Carl, Mushfiq Swaleheen & Katherine Baker. 2012. Enhanced Enforcement of the Foreign Corrupt Practices Act: Improving the Ethics of U.S. Business Practices Abroad. Research on Professional Responsibility & Ethics in Accounting

Pacini, Carl. 2012. The Foreign Corrupt Practices Act: Taking a Bite Out of Bribery in International Business Transactions. Fordham Journal of Corporate & Financial Law

Pacoy, Emilia P. 2008. Tracking Anti-Corruption Initiatives: Perceptions and Experiences in the Philippines. Journal of Administration & Governance

Padro i Miquel, G. 2007. The Control of Politicians in Divided Societies: The Politics of Fear. Review of Economic Studies

Paik, W. & R. Baum. 2014. Clientalism with Chinese Characteristics: Local Patronage Networks in Post-Reform China. Political Science Quarterly

Painter, Martin. 2006. Thaksinisation or Managerialism? Reforming the Thai Bureaucracy. Journal of Contemporary Asia

Painter, Martin. 2014. Myths of Political Independence, or How Not to Solve the Corruption Problem: Lessons for Vietnam. Asia & the Pacific Policy Studies

Painter, Richard W. 2009. Getting the Government America Deserves: How Ethics Reform Can Make a Difference. Oxford: Oxford University Press.

Paldam, M. & E. Gundlach. 2008. Two Views on Institutions and Development: The Grand Transition vs the Primacy of Institutions. Kyklos

Paldam, Martin. 2001. Corruption and Religion: Adding to the Economic Model. Kyklos

Paldam, Martin. 2002. The Cross-Country Pattern of Corruption: Economics, Culture and the Seesaw Dynamics. European J. of Pol. Econ.

Paler, L. 2013. Keeping the Public Purse: An Experiment in Windfalls, Taxes, and the Incentives to Restrain. American Political Science Review

Palmier, Leslie. 2000. Corruption and Probity. Asian Journal of Political Science 8: 1-.

Pande, Rohini. 2008. Understanding Political Corruption in Low Income Countries. Handbook of Development Economics

Pande, Rohini. 2011. Can Informed Voters Enforce Better Governance? Experiments in Low-Income Democracies. Annual Review of Economics

Pangalangan, Raul C. 2010. "The Philippines 'Sandiganbayan': Anti-Graft Courts and the Illusion of Self-Contained Anti-Corruption Regimes", in Andrew Harding & Penelope Nicholson eds., New Courts in Asia (London: Routledge)

Pani, M. 2011. Hold Your Nose and Vote: Corruption and Public Decisions in a Representative Democracy. Public Choice

Panizza, Ugo. 2001. Electoral Rules, Political Systems, and Institutional Quality. Economics & Politics

Pantzalis, C. & J.C. Park. 2014. Too Close for Comfort? Geographic Propinquity to Political Power and Stock Returns. Journal of Banking & Finance

Papaioannou, K. & J. Van Zanden. 2015. The Dictator Effect: How Long Years in Office Affect Economic Development. Journal of Institutional Economics

Pappa, E., R. Sajedi & E. Vella. 2014. Fiscal Consolidation with Tax Evasion and Corruption. Journal of International Economics (forthcoming).

Pappa, E., R. Sajedi & E. Vella. 2015. Fiscal Consolidation with Tax Evastion and Corruption. Journal of International Economics

Papyrakis, Elissaios & Pak Hung Mo. 2014. Fractionalization, Polarization, and Economic Growth: Identifying the Transmission Channels. Economic Inquiry

Parboteeah, K.P., H.T. Seriki & Martin Hoegl. 2014. Ethnic Diversity, Corruption and Ethical Climates in Sub-Saharan Africa: Recognizing the Significance of Human Resource Management. International Journal of Human Resource Management

Parchomovsky, Gideon & Peter Siegelman. 2009. Bribes vs. Bombs: A Study in Coasean Warfard. International Review of Law & Economics

Pardo, I. ed. 2004. Between Morality and the Law: Corruption, Anthropology and Comparative Society. Aldershot: Ashgate.

Paris, Timotheee. 2014. "Is (French) Continental Law Efficient at Fighting Conflicts of Interest?", in Jean-Bernard Auby, Emmanuel Breen & Thomas Perroud eds., Corruption and Conflicts of Interest: A Comparative Law Approach

Park, Adam W. 2013. Keep Your Eye on the Bribe: Focusing FCPA Enforcement. Journal of Law, Economics & Policy

Park, Hoon. 2003. Determinants of Corruption: A Cross-National Analysis. Multinational Business Review

Park, Junghee. 2012. Corruption, Soundness of the Banking Sector, and Economic Growth: A Cross-Country Study. Journal of International Money and Finance

Parker, Christine & Vibeke Lehmann Nielsen. 2009. Corporate Compliance Systems: Could They Make Any Difference? Administration & Society

Parker, Christine & Vibeke Nielsen. 2009. The Challenge of Empirical Research on Business Compliance in Regulatory Capitalism. Annual Review of Law & Social Science

Parry, J. 2000. "The Crisis of Corruption and the Idea of India – a Worm's Eye View", in Pardo, I. ed. Morals of Legitimacy: Between Agency and System. Oxford: Berghahn Books.

Parsons, Christopher A., Johan Sulaeman & Sheridan Titman. 2014. Swimming Upstream: Struggling Firms in Corrupt Cities. Working paper.

Partasides, Costantine. 2010. Proving Corruption in International Arbitration: A Balanced Standard for the Real World. ICSID Review

Partridge, Hilary. 1995. Can the Leopard Change Its Spots? Sleaze in Italy. Parliamentary Aff..

Pascual-Ezama, D., T.R. Fosgaard, J.C. Cardenas, P. Kujal, R. Veszteg, B.G. Liano & P. Pranas-Garza. 2015. Context-Dependent Cheating: Experimental Evidence from 16 Countries. Journal of Economic Behavior & Organization (forthcoming).

Passas, Nikos. 2006. A Comparative Analysis of National Anti-Corruption Legislation and Programmes. New York: UNDP.

Passas, Nikos. 2010. Anti-Corruption Agencies and the Need for Strategic Approaches. Crime, Law & Social Change 53(1):

Pathak, R., G. Singh, R. Belwal, R. Naz & R. Smith. 2008. E-Governance, Corruption and Public Service Delivery: A Comparative Study of Fiji and Ethiopia. Journal of Administration & Governance

Pathak, R.D., G. Singh, R. Belwal & R.F.I. Smith. 2007. E-Governance and Corruption — Developments and Issues in Ethiopia. Public Organization Review

Pathak, R.D., R. Naz, M.H. Rahman, R.F.I. Smith & K.N. Agarwai. 2009. E-Governance to Cut Corruption in Public Service Delivery: A Case Study of Fiji. International Journal of Public Administration

Pattie, Charles & Ron Johnston. 2012. The Electoral Impact of the UK 2009 MPs' Expenses Scandal. Political Studies.

Paul, B.P. 2010. Does Corruption Foster Growth in Bangladesh? International Journal of Development Issues

Paulus, M. & L. Kristoufek. 2015. Worldwide Clustering of the Corruption Perception. Physica A

Pauwelyn, Joost. 2013. "Different Means, Same End: The Contribution of Trade and Investment Treaties to Anti-Corruption Policy", in Susan Rose-Ackerman & Paul D.

Carrington eds., Anti-Corruption Policy: Can International Actors Play a Constructive Role? (Durham: Carolina Academic Press)

Pavel, J. & S. Risticova. 2015. Analysis of Relationship Between Indicators of the Public Procurement Market and the Level of Perceived Corruption in EU Member States. Econonicky Casopis

Pavlova, E. 2015. The Russian Federation and European Union Against Corruption: A Slight Misunderstanding? Perspectives on European Politics & Society .

Pazmandy, Matthias. 2011. Socio-Economic Influences on Corruption Perception – Empirical Evidence from 27 European Countries. Hamburg Review of Social Sciences

Pearlman, S. 2014. Officials versus Theives: Is Public or Private Expropriation More Harmful to Small Firms? Journal of Development Studies

Pearson, Zoe. 2001. An International Human Rights Approach to Corruption, in Peter Larmour & Nick Wolanin eds., Corruption and Anti-Corruption (Canberra: Asia Pacific Press).

Pearson, Zoe. 2001. Human Rights and Corruption. Canberra: Centre for Democratic Institutions.

Pecujilija, M., I. Cosic, L.Nesic-Grubic & S. Drobnjak. 2015. Corruption: Engineers Are Victims, Perpetrators or Both? Science & Engineering Ethics

Pedersen, Eric M. 2008. The Foreign Corrupt Practices Act and Its Application to U.S. Business Operations in China. Journal of International Business & Law

Peiffer, C. & R. Rose. 2014. Why Do Some Africans Pay Bribes While Other Africans Don't? Afrobarometer Working Paper 148.

Peiffer, Caryn & Richard Rose. 2013. Why Do Africans Differ in Paying Bribes?

Peiffer, Caryn. 2012. From Islands of Integrity to Understanding the Politics of Corruption Reduction. DLP Research Paper 21.

Peisakhin, Leonid & Paul Pinto. 2010. Is Transparency an Effective Anti-Corruption Strategy? Evidence from a Field Experiment in India. Regulation & Governance

Peisakhin, Leonid V. 2011. "Field Experimentation and the Study of Corruption", in Susan Rose-Ackerman & Tina Soreide eds., International Handbook on the Economics of Corruption, vol. 2 (Cheltenham: Edward Elgar Publishing)

Peisakhin, Leonid. 2011. Transparency and Corruption: Evidence from India. Journal of Law & Economics

Pellegata, Alessandro. 2009. Democracy, Government Alternation and Political Corruption. GSSEPS Working Paper Series, 6/2009.

Pellegata, Alessandro. 2013. Constraining Political Corruption: An Empirical Analysis of the Impact of Democracy. Democratization

Pellegrini, Lorenzo & Reyer Gerlagh. 2004. Corruption's Effect on Growth and Its Transmission Channels. Kyklo

Pellegrini, Lorenzo & Reyer Gerlagh. 2006. Corruption and Environmental Policies: What Are the Implications for the Enlarged EU? European Environment

Pellegrini, Lorenzo & Reyer Gerlagh. 2006. Corruption, Democracy, and Environmental Policy: An Empirical Contribution to the Debate. Journal of Environment & Develoment

Pellegrini, Lorenzo & Reyer Gerlagh. 2008. Causes of Corruption: A Survey of Cross-Country Analyses and Extended Results. Economics of Governance

Pendergast, Shannon M., Judith A. Clarke & G. Cornelis van Kooten. 2011. Corruption, Development, and the Curse of Natural Resources. Canadian Journal of Political Science

Pensute, Chanintorn. 2014. Vote Buying and Violence in Thai Provincial Elections.

Pepinsky, H. 1992. Corruption, Bribery and Patriarchy in Tanzania. Crime, Law & Social Change

Pereira, C. & M. Melo. 2016. Reelecting Corrupt Incumbents in Exchange for Public Goods: Rouba mas Faz in Brazil. Latin American Research Review 51(1) (forthcoming).

Pereira, Carlos & Lucia S.G. Barros. 2015. Tolerance of Corruption or Ideological Blindness? Working paper.

Pereira, Carlos, Marcus Andre Melo & Carlos Mauricio Figueiredo. 2009. The Corruption-Enhancing Role of Re-Election Incentives? Counterintuitive Evidence from Brazil's Audit Reports. Political Research Quarterly

Perez, M. Fabricio, Josef C. Brada & Zdenek Drabek. 2012. Illicit Money Flows as Motives for FDI. Journal of Comparative Economics

Persily, Nathaniel & Kelli Lammie. 2004. Perceptions of Corruption and Campaign

Finance: When Public Opinion Determines Constitutional Law, University of Pennsylvania Law Review,

Persson, Anna & Bo Rothstein. 2015. It's My Money: Why Big Government May Be Good Government. Comparative Politics

Persson, Anna & Martin Sjostedt. 2012. "State Legitimacy and the Corruptibilty of Leaders," in B. Rothstein & S. Holmberg, eds. Good Government: The Relevance of Political Science (Edward Elgar Publishing).

Persson, Anna, Bo Rothstein & Jan Teorell. 2012. "Rethinking the Nature of the Grabbing Hand," in B. Rothstein & S. Holmberg, eds. Good Government: The Relevance of Political Science (Edward Elgar Publishing).

Persson, Anna, Bo Rothstein & Jan Teorell. 2013. Why Anticorruption Reforms Fail— Systemic Corruption as a Collective Action Problem. Governance

Persson, Torsten & Guido Tabellini. 2003. The Economic Effects of Constitutions (MIT Press)

Persson, Torsten, Guido Tabellini & Francesco Trebbi. 2003. Electoral Rules and Corruption. Journal of the European Economic Association

Petermann, Andrea, Juan Ignacio Guzman & John E. Tilton. 2007. Mining and Corruption. Resources Policy

Peters, John & Susan Welch. 1980. The Effects of Charges of Corruption on Voting Behavior in Congressional Elections. Am. Pol. Sci.


Petrou, A. 2014. Bank Foreign Affiliate Performance in the Face of Pervasive and Arbitrary Corruption. European Management Review 1


Petrou, A.P. 2014. The "Grabbing Hand" or the "Helping Hand" View of Corruption: Evidence from Bank Foreign Market Entries. Journal of World Business


Petrou, Andreas P. 2015. Arbitrariness of Corruption and Foreign Affiliate Performance: A Resource Dependence Perspective. Journal of World Business


Petrovsky, Nicolai, Claudia V. Avellaneda & Priyam Saharia. 2010. Does Managerial Quality Determine Whether Easy Money Will Increase Organizational Slack? Testing the Rentier Hypothesis in Colombian Local Governments. Working paper.


Petrovsky, Nicolai. 2004. Does Natural Resource Wealth Spoil and Corrupt Governments? A New Test of the Resource Curse Thesis. Working paper.


Petty, Aaron. 2006. How Qui Tam Actions Could Fight Public Corruption. University of Michigan Journal of Law Reform


Pevehouse, Jon. 2010. International Institutions and the Rule of Law: The Case of National Corruption. Working paper.


Pharr, Susan. 2002. "Public Trust and Corruption in Japan," in Arnold Heidennheimer & Michael Johnston, eds. Political Corruption, Concepts and Contexts, 3rd edition (New Brunswick: Transaction Publishers)


Phillips, T.J. 2015. The Federal Common Law of Successor Liability and the Foreign Corrupt Practices Act. William & Mary Business Law Review

Philp, M. & E. David-Barrett. 2015. Realism About Political Corruption. Annual Review of Political Science

Philp, M. 2014. New Advances in Experimental Research on Corruption. Political Studies Review

Philp, Mark. 1997. Defining Political Corruption. Political Studies

Philp, Mark. 2006. "Corruption Definition and Measurement," in Charles Sampford, Arthur Shacklock, Carmel Connors & Fredrik Galtung eds., Measuring Corruption (Aldershot: Ashgate)

Philp, Mark. 2008. Peacebuilding and Corruption. International Peacekeeping

Philp, Mark. 2015. "The Definition of Political Corruption", in Paul M. Heywood ed., The Routledge Handbook of Political Corruption (New York: Routledge)

Picur, Ronald D. & Ahmed Riahi-Belkaoui. 2006. The Impact of Bureaucracy and Corruption on Tax Compliance. Review of Accounting and Finance 2

Pierce, S. 2006. Looking Like a State: Colonialism and the Discourse of Corruption in Northern Nigeria. Comparative Studies in Society and History

Pieroni, Luca & Giorgio d'Agostino. 2009. Military Spending, Corruption and Economic Growth. Peace Economics, Peace Science & Public Policy

Pieroni, Luca & Giorgio d'Agostino. 2013. Corruption and the Effects of Economic Freedom. European Journal of Political Economy

Pierre, N. 2015. Foreign Direct Investment: Rule of Law and Corruption. Asia-Pacific Journal of Financial Studies

Pieth, Mark et al., eds. 2007. The OECD Convention on Bribery: A Commentary. Cambridge: Cambridge University Press.

Pieth, Mark. 2013. "From Talk to Action: The OECD Experience", in Susan Rose-Ackerman & Paul D. Carrington eds., Anti-Corruption Policy: Can International Actors Play a Constructive Role? (Durham: Carolina Academic Press)

Pietrzyk-Reeves, Dorota. 2006. Corruption and Democratization: A Civic Republican View. Acta Politica

Piga, Gustavo. 2011. "A Fighting Chance Against Corruption in Public Procurement?", in International Handbook on the Economics of Corruption, Vol. II. (Edward Elgar Publishing).

Pillay, Soma & Nirmala Dorasamy. 2010. Linking Cultural Dimensions with the Nature of Corruption: An Institutional Theory Perspective. International Journal of Cross Cultural Management

Pillay, Soma & Ron Kluvers. 2014. An Institutional Theory Perspective on Corruption: The Case of a Developing Democracy. Financial Accountability & Management

Pina, V., L. Torres & S. Royo. 2007. Are ICTs Improving Transparency and Accountability in the EU Regional and Local Governments?: An Empirical Study. Public Administration

Pines, Daniel. 1994. Amending the Foreign Corrupt Practices Act to Include a Private Right of Action. California Law Review.

Pino, N.W. & L.M. Johnson. 2011. Police Deviance and Community Relations in Trinidad and Tobago. Policing: An International Journal of Police Strategies & Management

Pinto, Jonathan, Carrie R. Leana & Frits K. Pil. 2008. Corrupt Organizations or Organizations of Corrupt Individuals? Two Types of Organization-Level Corruption. Academy of Management Review

Pinto, Pablo M. & Boliang Zhu. 2013. Fortune or Evil? The Effect of Inward Foreign Direct Investment on Corruption. Working paper.

Piplica, D. 2015. Corruption and Political Viewpoint of the Governments in Transition Countries/EU Members. Asian Economic & Financial Review

Piquero, Nicole Leeper & Jay S. Albanese. 2012. "The Relationship between Corruption and Financial Crime", in Adam Graycar & Russell G. Smith eds., Handbook of Global Research and Practice in Corruption ,

Pitlik, H., B. Frank & M. Firchow. 2010. The Demand for Transparency: An Empirical Note. Review of International Organizations

Plummer, Janelle. 2012. Diagnosing Corruption in Ethiopia (Washington, D.C.: World Bank).

Podobnik, B., J. Shao, D. Njavro, P.C. Ivanov & H.E. Stanley. 2008. Influence of Corruption on Economic Growth Rate and Foreign Investment. European Physics Journal

Poeschi, G. & R. Ribiero. 2012. Everyday Opinions on Grand and Petty Corruption: A Portugueses Study. Working paper.

Pogge, Thomas. 2005. Recognized and Violated by International Law: The Human Rights of the Global Poor. Leiden Journal of International Law

Poirson, H. 1998. Economic Security, Private Investment, and Growth in Developing Countries. IMF Working Paper 98/4.

Poisson, Muriel. 2013. "Grabbing in the Education Sector", in Soreide, Tina & Aled Willams eds., Corruption, Grabbing and Development .

Polese, A. 2014. Informal Payments in Ukranian Hospitals: On the Boundary between Informal Payments, Gifts, and Bribes. Anthropological Forum

Polinsky, A. Mitchell & Steven Shavell. 2001. Corruption and Optimal Law Enforcement. Journal of Public Economics

Polishchuk, Leonid I. 2004. "Decentralization in Russia: Impact on Quality of Governance", in Mwangi S. Kimenyi & Patrick Meagher eds., Devolution and Development: Governance Prospects in Decentralizing States. (Ashgate).

Pollack, B.J. & A.W. Reisinger. 2014. Lone Wolf or the Start of a New Pack: Should the FCPA Guidance Represent a New Paradigm in Evaluating Corporate Criminal Liability Risks? American Criminal Law Review

Pollack, Benny & Ann Matear. 1997. Dictatorship, Democracy and Corruption in Chile. Crime, Law & Social Change

Polzer, Tara. 2001. Corruption: Deconstructing the World Bank Discourse. LSE Development Studies Institute Working Paper 01-18.

Pomerantsev, Peter, Geoffrey Robertson, Jovan Ratkovic & Anne Applebaum. 2014.

Revolutionary Tactics: Insights from Police and Justice Reform in Georgia (London: Legatum Institute).

Poon, Delia. 1996. Exposure to the Foreign Corrupt Practices Act: A Guide for U.S. Companies with Activities in the People's Republic of China to Minimize Liability. Hastings International & Comparative Law Review

Pop, Ioana. 2012. Acceptance of Corrupt Acts: A Comparative Study of Values Regarding Corruption in Europe. Journal of Social Research & Policy

Popa, Mircea. 2014. Legislative Bargaining and Open Access: Economic Reform in 19th Century Britain. Working paper.

Popa, Mircea. 2014. The Distributive Effects of Corruption. Political Science Research & Methods (forthcoming).

Popa, Mircea. 2015. Elites and Corruption. World Politics

Pope, Jeremy & Frank Vogl. 2000. Making Anticorruption Agencies More Effective. Finance & Development.

Pope, Jeremy. 2000. Confronting Corruption: The Elements of a National Integrity System. Transparency International.

Popescu, Ada-Iuliana. 2015. Financing Democracy or Corruption? Political Party Financing in the EU's Southeastern and Eastern Member States. Working paper.

Popoola, O.M.J., A. Che-Ahmad & R.S. Samsudin. 2015. An Empirical Investigation of Fraud Risk Assessment and Knowledge Requirement on Fraud Related Problem Representation in Nigeria. Accounting Research Journal

Popov, S.V. 2015. Decentralized Bribery and Market Participation. Scandinavian Journal of Economics

Popova, M. 2012. Why Doesn't the Bulgarian Judiciary Prosecute Corruption? Problems of Post-Communism

Poprawe, M. 2015. A Panel Data Analysis of the Effect of Corruption on Tourism. Applied Economics

Poprawe, M. 2015. On the Relationship Between Corruption and Migration: Empirical Evidence from a Gravity Model of Migration. Public Choice

Porter, L.E. & C. Warrender. 2009. A Multivariate Model of Police Deviance: Examining The Nature of Corruption, Crime and Misconduct. Policing & Society

Porter, Robert H. & J. Douglas Zona. 1993. Detection of Bid Rigging in Procurement Auctions. Journal of Political Economy

Porto, Mauro. 2011. "The Media and Political Accountability", in Timothy Power & Matthew Taylor eds., Corruption and Democracy in Brazil: The Struggle for Accountability (Indiana: University of Notre Dame Press)

Posadas, Alejandro. 2000. Combating Corruption Under International Law. Duke Journal of Comparative & International law 10.

Pottenger, M. 2014. Incentives and Norms in Anticorruption Reform. Australian Journal of Public Administration

Potter, Joshua & Margit Tavits. 2012. "Curbing Corruption with Political Institutions", in Susan Rose-Ackerman & Tina Soreide eds., International Handbook on the Economics of Corruption, Vol. II. (Edward Elgar Publishing).

Potts, T. 2014. Governance, Corruption and Olympic Success. Applied Economics

Power, Timothy J. & Matthew M. Taylor. 2011. Corruption and Democracy in Brazil: The Struggle for Accountability. University of Notre Dame Press) Powpaka, Samart. 2002. Factors Affecting Managers' Decision to Bribe: An Empirical Investigation. Journal of Business Ethics.

Pozsgai Alvarez, Joseph. 2015. Low-Level Corruption Tolerance: An "Action-Based" Approach for Peru and Latin America. Journal of Politics in Latin America

Pradhan, Sanjay & Jose Edgardo Campos, eds. 2007. The Many Faces of Corruption: Tracking Vulnerabilities at the Sector Level. Washington, D.C.: The World Bank.

Prado, Mariana Moto & Lindsey D. Carson. 2014. Brazilian Anti-Corruption Legislation and its Enforcement: Potential Lessons for Institutional Design. IRIBA Working Paper #9.

Prasad, Ambika & Sridevi Shivarajan. 2015. Understanding the Role of Technology in Reducing Corruption: A Transaction Cost Approach. Journal of Public Affairs 15(1): 19-36.

Prendergast, Canice. 2000. Investigating Corruption (World Bank Development Research Group, Policy Research Working Paper 2500)

Prendergast, Shannon, Judith A. Clarke & G. Cornelis Van Kooten. 2011. Corruption, Development and the Curse of Natural Resources. Canadian Journal of Political Science

Prenzler, T., A. Beckley & S. Bronitt. 2013. Police Gifts and Benefits Scandals: Addressing Deficits in Policy, Leadership and Enforcement. International Journal of Police Science & Management

Price, Michael. 2006. "Case Study: Integrity Due Diligence", in B. Errath ed., Business Against Corruption: Case Stories and Examples (New York: United Nations Global Compact Office)

Price, Pamela G. 1999. Cosmologies and Corruption in (South) India: Thinking Aloud. Forum for Development Studies

Priess, Hans-Joachim. 2013. Questionable Assumptions: The Case for Updating the Suspension and Debarment Regimes at the Multilateral Development Banks. George Washington International Law Review

Priks, Michael. 2011. Judiciaries in Corrupt Societies. Economics of Governance

Priks, Michael. 2012. Competition Among Officials and the Abuse of Power. Public Choice

Proskuryakova, Liliana, Gulnara Abdrakhmanova & Hans Pitlik. 2013. Public Sector E-Innovations: E-Government and Its Impact on Corruption. Working paper.

Prud'homme, Remy. 1995. The Dangers of Decentralization. World Bank Research Observe

Puckett, Blake. 2008. The Foreign Corrupt Practices Act, OPIC, and the Retreat from Transparency. Indiana Journal of Global Legal Studies 15: 149-176.

Puckett, Blake. 2010. Clans and the Foreign Corrupt Practices Act: Individualized Corruption Prosecution in Situations of Systemic Corruption. Georgetown Journal of International Law

Puglisi, Riccardo & James M. Snyder, Jr. 2008. Media Coverage of Political Scandals.

Punch, Maurice. 2000. Police Corruption and Its Prevention. European Journal on Criminal Policy & Researc

Pyman, M. J. Cohen, M. Boardman, B. Webster, N. Seymour. 2012. Arresting Corruption in the Police: The Global Experience of Police Corruption Reform Efforts. (London: Transparency International UK).

Qerimi, Q. & B.S. Sergei. 2012. The Effects of Economic Freedom on Institutional Performance in the Western Balkans Countries. International Journal of Business Governance & Ethics

Qian, X. & J. Sandoval-Hernandez. 2015. Corruption Distance and Foreign Direct Investment. Emerging Markets Finance & Trade.

Qizilbash, M. 2001. Corruption and Human Development: A Conceptual Discussion. Oxford Development Studies

Quah, Jon S.T. 1995. Controlling Corruption in City-States: A Comparative Study of Hong Kong and Singapore. Crime, Law & Social Change

Quah, Jon S.T. 1999. Comparing Anti-Corruption Measures in Asian Countries: Lessons to be Learnt. Asian Review of Public Administration 11: 71-.

Quah, Jon S.T. 2004. Democratization and Political Corruption in the Philippines and South Korea: A Comparative Analysis. Crime, Law & Social Change

Quah, Jon S.T. 2009. "Curbing Corruption in a One-Party Dominant System: Learning from Singapore's Experience", in Gong, T. & S.K. Ma eds., Preventing Corruption in Asia: Institutional Design and Policy Capacity (London: Routledge).

Quah, Jon S.T. 2009. Benchmarking for Excellence: A Comparative Study of Seven Asian Anti-Corruption Agencies. Asia Pacific Journal of Public Administration

Quah, Jon S.T. 2009. Combating Corruption in the Asia-Pacific Countries: What Do We Know and What Needs to be Done? International Public Management Review

Quah, Jon S.T. 2010. Curbing Corruption in the Philippines: Is this an Impossible Dream? Philippine Journal of Public Administration

Quah, Jon S.T. 2010. Defying Institutional Failure: Learning from the Experiences of Anti-Corruption Agencies in Four Asian Countries. Crime, Law & Social Change

Quah, Jon S.T. 2010. Trust and Governance in the Philippines and Singapore: A Comparative Analysis. International Public Management Review

Quah, Jon S.T. 2013. Minimizing Corruption in China: Is This an Impossible Dream? Maryland Series in Contemporary Asian Studies, No. 4.

Quah, Jon S.T. 2015. Evaluating the Effectiveness of Anti-Corruption Agencies in Five Asian Countries. Asian Education & Development Studies

Quah, Jon S.T. 2015. Singapore's Corrupt Practices Investigation Bureau. Asian Education & Development Studies

Quah, Jon. 2003. Curbing Corruption in Asia: A Comparative Study of Six Countries. Singapore: Eastern Universities Press.

Querubin, Pablo & James M. Snyder, Jr. 2013. The Control of Politicians in Normal Times and Times of Crisis: Wealth Accumulation by U.S. Congressmen, 1850-1880. Quarterly Journal of Political Science.

Rabl, T. & T.M. Kuhlman. 2009. Why or Why Not? Rationalizing Corruption in Organizations. Cross Cultural Management

Rabl, T. 2015. When Allegedly Corrupt Organizations Are Attractive. Journal of Managerial Psychology

Radu, I., M. Sabau, C. Sendroiu & S. Pete. 2015. Coercive Economic Diplomacy – Corruption Trigger or Deterrent. Economic Computation & Economic Cybernetics Studies & Research

Raeschke-Kessler, Hilmar & Dorothee Gottwald. 2008. Corruption in Foreign Investment—Contracts and Dispute Settlement between Investors, States and Agents. Journal of World Investment & Trade

Rahman, Aminur, Gregory Kisunko & Kapil Kapoor. 2014. Estimating the Effects of Corruption: Implications for Bangladesh. Working paper.

Rajagopal, Balakrishnan. 1999. Corruption, Legitimacy and Human Rights: The Dialectic of the Relationship. Connecticut Journal of International Law

Rajan, R. & A. Subramanian. 2007. Does Aid Affect Governance? American Economic Review

Rajkumar, A.S. & V. Swaroop. 2008. Public Spending and Outcomes: Does Governance Matter? Journal of Development Economics

Ralchev, Plamen. 2004. The Role of Civil Society in Fighting Corruption and Organized Crime in Southeast Europe. Journal of Southeast Europe & Black Sea Studies

Ramalho, Rita. 2007. The Persistence of Corruption: Evidence from the 1992 Presidential Impeachment in Brazil. (World Bank working paper).

Ramasastry, Anita. 2007. Odious Debt or Odious Payments? Using Anti-Corruption Measures to Prevent Odious Debt. North Carolina Journal of International Law & Commercial Regulation 32: 819-.

Ramirez, C.D. 2014. Is Corruption in China "Out of Control"? A Comparison with the US in Historical Perspective. Journal of Comparative Economics

Ramkumar, Vivek & Warren Krafchik. 2005. The Role of Civil Society Organziations in Auditing and Public Financial Management. Working paper.

Ramkumar, Vivek. 2007. Expanding Collaboration Between Public Audit Institutions and Civil Society. Working paper.

Ramkumar, Vivek. 2008. Our Money, Our Responsibility: A Citizens' Guide to Monitoring Government Expenditures. The Internatioanl Budget Project.

Rand, John & Finn Tarp. 2012. Firm-Level Corruption in Vietnam. Economic Development & Cultural Change

Randall, Lisa Harriman. 1997. Multilateralization of the Foreign Corrupt Practices Act. Minn. J. Global Trade

Randrianarisoa, L.M., D. Bolduc, Y.Y. Choo, T.H. Oum & J. Yan. 2015. Effects of Corruption on Efficiency of the European Airports. Transportation Research Part A: Policy & Practice

Raouf, Mohamed Abdel. 2009. How Should International Arbitration Tackle Corruption Issues? ICSID Review

Rashid, Salim. 1981. Public Utilities in Egalitarian LDC's: The Role of Bribery in Achieving Pareto Efficiency. Kyklos: Int'l Rev. for Soc. Sci.

Rasmusen, Eric & J. Mark Ramseyer. 1992. Cheap Bribes and the Corruption Ban: A Coordination Game Among Rational Legislators. Public Choice

Ratcliffe, R. 2014. The FCPA's Legacy: A Case for Imposing Aiding-and-Abetting Liability on Corporations through an Amended Alien Tort Claims Act. Texas International Law Journal

Rauch, James E. & Peter B. Evans. 2000. Bureaucratic Structure and Bureaucratic Performance in Less Developed Countries. Journal of Public Economics

Rauch, James E. 1995. Bureaucracy, Infrastructure, and Economic Growth: Evidence from U.S. Cities. American Economic Review

Rauch, James E. 2001. Leadership Selection, Internal Promotion, and Bureaucratic Corruption in Less Developed Polities, Canadian J. Econ.

Rauh, J. 2015. Predicting Political Influence on State Ethics Commissions: Of Course We Are Ethical —Nudge Nudge, Wink Wink. Public Administration Review

Razafindrakoto, M. & F. Roubaud. 2007. Corruption, Institutional Discredit, and Exclusion of the Poor: A Poverty Trap. Afrobarometer Working Paper 86.

Razafindrakoto, Mireille & Francois Rouband. 2010. Are International Databases on Corruption Reliable? A Comparison of Expert Opinion Surveys and Household Surveys in Sub-Saharan Africa. World Development

Razzano, Frank C. & Travis P. Nelson. 2008. The Expanding Criminalization of Transnational Bribery: Global Prosecution Necessitates Global Compliance. International Law 42

Recanatini, Francesca, Alessandro Prati & Guido Tabellini. 2005. Why Are Some Public Agencies Less Corrupt than Others? Lessons for Institutional Reform from Survey Data.

Recanatini, Francesca. 2011. "Anti-Corruption Authorities: An Effective tool to Curb Corruption?", in Susan Rose-Ackerman & Tina Soreide eds., International Handbook on the Economics of Corruption, Vol. II. (Edward Elgar Publishing).

Recanatini, Francesca. 2012. "Assessing Corruption at the Country Level", in Adam Graycar & Russell G. Smith eds., Handbook of Global Research and Practice in Corruption ,

Recanatini, Francesca. 2013. "Tackling Corruption and Promoting Better Governance: The Road Ahead", in Susan Rose-Ackerman & Paul D. Carrington eds., Anti-Corruption Policy: Can International Actors Play a Constructive Role? (Durham: Carolina Academic Press)

Redlawsk, David P. & James A. McCann. 2005. Popular Interpretations of "Corruption" and their Partisan Consequences. Political Behavior

Reed, Q. & A. Fontana. 2011. Corruption and Illicit Financial Flows: The Limits and Possibilities of Current Approaches. U4 Issue Paper 2011(2).

Reed, Steven A. 1999. "Punishing Corruption: The Response of the Japanese Electorate to Scandals", in Ofer Feldman ed., Political Psychology in Japan: Behind the Nails which Sometimes Stick Out (and Get Hammered Down) (Commack, NY: Nova Science)

Reed, Steven. 1996. Political Corruption in Japan. International Social Science Journal 149.

Rehren, Alfredo. 1997. Corruption and Local Politics in Chile. Crime, Law & Social Change

Reinikka, Ritva & Jacob Svensson. 2004. Local Capture: Evidence from a Central Government Transfer Program in Uganda. Quarterly Journal of Economics

Reinikka, Ritva & Jakob Svensson. 2005. Fighting Corruption to Improve Schooling: Evidence from a Newspaper Campaign in Uganda. Journal of the European Economics Association

Reinikka, Ritva & Jakob Svensson. 2006. Using Micro-Surveys to Measure and Explain Corruption. World Developmen

Reinikka, Ritva & Jakob Svensson. 2011. The Power of Information in Public Services: Evidence from Education in Uganda. Journal of Public Economics

Reisman, W. Michael. 1989. Harnessing International Law to Restrain and Recapture Indigenous Spoliations. American Journal of International Law

Relly, J.E. & D. Cuillier. 2010. A Comparison of Political, Cultural, and Economic Indicators of Access to Information in Arab and Non-Arab States. Government Information Quarterly

Relly, J.E. & M. Sabharwal. 2009. Perceptions of Transparency of Government Policymaking: A Cross-National Study. Government Information Quarterly

Relly, Jeannine E. 2011. "Corruption, Secrecy, and Access-to-Information Legislation in Africa: A Cross-National Study of Political Institutions", in S. Maret ed., Researcgh in Social Problems and Public Policy (Bingley, UK: Emerald Group)

Relly, Jeannine E. 2012. Examining a Model of Vertical Accountability: A Cross-National Study of the Influence of Information Access on the Control of Corruption. Government Information Quarterly

Remmer, Karen. 2007. The Political Economy of Patronage: Expenditure Patterns in the Argentine Provinces, 1983-2003. Journal of Politics

Renno, Lucio R. 2011. "Corruption and Voting", in Timothy Power & Matthew Taylor eds., Corruption and Democracy in Brazil: The Struggle for Accountability (Indiana: University of Notre Dame Press)

Reno, William. 2008. Anti-Corruption Efforts in Liberia: Are They Aimed at the Right Targets? International Peacekeeping4.

Renoe, Curtis E. 2002. Institutionalized "Corruption": Implications for Legal Reform in Indonesia and the Need to Make Haste Slowly. Stanford Journal of East Asian Affairs

Reuben, E. & M. Stephenson. 2013. Nobody Likes a Rat: On the Willingness to Report Lies and the Consequences Thereof. Journal of Economic Behavior & Organization

Reyes, Vicente C. Jr. 2007. Corruption and Policy Implementation in the Philippines: A Comparative Analysis of the Teacher Training and Textbook Delivery Programmes. Asian Journal of Political Science

Reyes, Vicente C. Jr. 2009. Case Study of Implementation amidst Corruption Linkages: The National Textbook Delivery Programme (TDP) of the Philippine Department of Education. Journal of Educational Policy

Reyes, Vicente C. Jr. 2009. Systemic Corruption at the Programme on Basic Education in the Philippine Department of Education. Journal of Developing Societies

Reyes, Vicente C. Jr. 2010. The Philippine Department of Education: Challenges of Policy Implementation amidst Corruption. Asia Pacific Journal of Educatio

Riahi-Belkaoui, Ahmed. 2004. "Effects of Corruption on Earnings Opacity Internationally" in J. Timothy Sale ed., Advances in International Accounting (Elsevier).

Riahi-Belkaoui, Ahmed. 2008. "Bureaucracy, Corruption and Tax Compliance", in Robert McGee ed., Taxation and Public Finance in Transitional and Developing Economies (Springer Science).

Ribadu, Nuhu. 2011. Show Me the Money: Leveraging Anti-Money Laundering Tools to Fight Corruption in Nigeria. (Washington, DC: Center for Global Development).

Richard, S.B. 2014. To Bribe a Prince: Clarifying the Foreign Corrupt Practices Act through Comparisons to the United Kingdom's Bribery Act of 2010. Boston College International & Comparative Law Review 37(2): 419-450.

Richardson, D. & A. Tepikina. 2015. Anti-Corruption Campaign in China—The Privileged Class. Banking Law Journal .

Richardson, G. 2006. Taxation Determinants of Fiscal Corruption: Evidence across Countries. Journal of Financial Crime

Richey, Sean. 2010. The Impact of Corruption on Social Trust. American Politics Research

Richter, D. & P. Uhmeister. 2013. Returning "Politically Exposed Persons" Illicit Assets from Switzerland – International Law in the Force Field of Complexity and Conditionality. German Yearbook of International Law

Rider, B. 1995. The Wages of Sin – Taking the Profit Out of Corruption – A British Perspective. Dickinson Journal of International Law

Rider, B. 2007. Recovering the Proceeds of Corruption. Journal of Money Laundering Control

Ridley, F.F. 1995. Feet of Clay: Threat to the Temples of Democracy. Parliamentary Aff.

Rieder, Markus S. & Andreas Schoenemann. 2013. Suspicion of Corruption in Arbitration: A German Perspective. Transnational Dispute Management 10(3).

Riera, Pedro, Pablo Barbera, Raul Gomez, Jose Antonio Mayoral & Jose Ramon Montero. 2013. The Electoral Consequences of Corruption Scandals in Spain. Crime, Law & Social Change

Rijkers, Bob, Caroline Freund & Antonio Nucifora. 2014. All in the Family: State Capture in Tunisia. World Bank Policy Research Working Paper 6810.

Riley, S. 2000. "Western Politics and African Realities: The New Anti-Corruption Agenda", in Hope, K. & B. Chikulo eds., Corruption and Development in Africa: Lessons from Country Case Studies (London: Macmillan).

Riley, S.P. 1999. Petty Corruption and Development. Development & Practice

Riley, Stephen P. 1993. Post-Independence Anti-Corruption Strategies and the Contemporary Effects of Democratization. Corruption & Reform 7:

Riley, Stephen P. 1998. The Political Economy of Anti-Corruption Strategies in Africa.

European Journal of Development Research

Rinaldi, Sergio, Gustav Feichtinger, & Franz Wirl. 1998. Corruption Dynamics in Democratic Societies. Complexity

Rinnert, D. 2015. The Politics of Civil Service and Adminsitrative Reforms in Development—Explaining Within-Country Variation of Reform Outcomes in Georgia After the Rose Revolution. Public Administration & Development

Rivas, M. Fernanda. 2013. An Experiment on Corruption and Gender. Bulletin of Economic Research

Rivera-Batiz, Francisco L. 2001. International Financial Liberalization, Corruption and Economic Growth. Review of International Economics

Rivkin-Fish, Michele. 2005. "Bribes, Gifts and Unofficial Payments: Rethinking Corruption in Post-Soviet Health Care", in Dieter Haller & Chris Shore eds., Corruption: Anthropological Perspectives (Pluto Press).

Roath, P.T. 2014. The Abuse of Incumbency on Trial: Limits on Legalizing Politics. Columbia Journal of Law & Social Problems .

Robbins, Paul. 2000. The Rotten Institution: Corruption in Natural Resource Management. Political Geography.

Roberts, Andrew. 2008. Hyperaccountability: Economic Voting in Central and Eastern Europe. Electoral Studies.

Roberts, J. 2015. The "Subject" of Corruption. Critical Perspectives on Accounting.

Robertson, Christopher J. & Andrew Watson. 2004. Corruption and Change: The Impact of Foreign Direct Investment. Strategic Management Journal

Robertson-Snape, Fiona. 1999. Corruption, Collusion and Nepotism in Indonesia. Third World Quarterly

Robinson, James A. & Ragnar Torvik. 2005. White Elephants. Journal of Public Economics

Robinson, James A. & Thierry Verdier. 2013. The Political Economy of Clientelism. Scandinavian Journal of Economics

Robinson, James A., Ragnar Torvik & Thierry Verdier. 2006. Political Foundations of the Resource Curse. Journal of Development Economics 79:

Robinson, Mark. 1998. Corruption and Development: An Introduction. European Journal of Development Research

Robinson, Misty. 2012. Global Approach to Anti-Bribery and Corruption, An Overview: Much Done, But a Lot More to Do… Thurgood Marshall Law Review

Rocca, J. 1992. Corruption and Its Shadow: An Anthropological View of Corruption in China. China Quarterly.

Rock, Michael T. & Heidi Bonnett. 2004. The Comparative Politics of Corruption: Accounting for the East Asian Paradox in Empirical Studies of Corruption, Growth and Investment. World Development

Rock, Michael T. 2009. Corruption and Democracy. Journal of Development Studies

Rodino, Peter. 1994. The Case for the Independent Counsel. Seton Hall Legislation Journal 19: 5-.

Rodrigues-Neto, J.A. 2014. On Corruption, Bribes and the Exchange of Favors. Economic Modelling

Rodriguez, Francisco & Jeffrey D. Sachs. 1999. Why Do Resource Abundant Countries Grow More Slowly? Journal of Economic Growth

Rodriguez, Peter, Donald S. Siegel, Amy Hillman & Lorraine Eden. 2006. Three Lenses on the Multinational Enterprise: Politics, Corruption, and Corporate Social Responsibility. Journal of International Business Studies

Rodriguez, Peter, Klaus Uhlenbruck & Lorraine Eden. 2005. Government Corruption and the Entry Strategies of Multinationals. Academy of Management Review

Rodriguez-Pose, Andres & Michael Storper. 2006. Better Rules or Stronger Communities? On the Social Foundations of Institutional Change and Its Economic Effects. Econoimc Geography

Roebuk, Julian B. & Thomas Barker. 1974. A Typology of Police Corruption. Social Problems

Rogers, Sarah B. 2008. The World Bank Voluntary Disclosure Program (VDP): A Distributive Justice Critique. Columbia Journal of Transnational Law

Rogowski, Ronald. 1987. Trade and the Variety of Democratic Institutions. International Organization

Rohde, C. 2014. A New Affirmative Defense to the FCPA for Countries Exiting Major Internal Strife. Richmond Journal of Global Law & Business

Rohde, Chris. 2014. A New Affirmative Defense to the FCPA for Countries Exiting Major Internal Strife. Richmond Journal of Global Law & Business

Rohlfsen, Ryan J. 2012. Recent Developments in Foreign and Domestic Criminal Commercial Bribery Laws. University of Chicago Legal Forum

Rohwer, Anja. 2009. Measuring Corruption: A Comparison between the Transparency International's Corruption Perceptions Index and the World Bank's Worldwide Governance Indicators. CESifo DICE Report

Roiseland, A., J. Pierre & A. Gustavsen. 2015. Accountability by Professionalism or Managerialism? Exploring Attitudes Among Swedish and Norwegian Local Government Leaders. International Journal of Public Administration

463

Roldan, Antonio C. 1989. A Brief Psychology of Corruption. Psychology: A Journal of Human Behavior 5.

Roman, A. 2014. The Multi-Shade Paradox of Public Corruption: The Moldovan Case of Dirty Hands and Collective Action. Crime, Law & Social Change

Roman, A.V. & H.T. Miller. 2014. Building Social Cohesion: Family, Friends, and Corruption. Administration & Society

Roman, A.V. 2014. Refocusing Perspectives on Public Corruption Away from the Individual: Insights from the Moldovan Social Matrix. Transylvanian Review of Administrative Sciences

Romer, Paul. 1994. New Goods, Old Theory, and the Welfare Costs of Trade Restrictions. Journal of Development Economics

Roniger, Luis. 2004. Political Clientalism, Democracy, and Market Economy. Comparative Politics

Ronit, K. & I. McMenamin. 2015. If Money Talks, What Does It Say? Corruption and Business Financing of Politcal Parties. West European Politics

Root, Hilton L. 1996. Small Countries, Big Lessons: Governance and the Rise of East Asia. (Hong Kong: Oxford University Press).

Root, Hilton. 1996. Corruption in China: Has it Become Systemic? Asian Survey

Roper, Steven D. 2002. The Influence of Romanian Campaign Finance Laws on Party System Development and Corruption. Party Politics

Rosa, D.D., N. Gooroochurn & H. Gorg. 2015. Corruption and Productivity: Firm-Level Evidence. Jahrbucher Fur Nationalokonomie Und Statistik

Rosas, G. & L. Manzetti. 2015. Reassessing the Trade-Off Hypothesis: How Misery Drives the Corruption Effect on Presidential Approval. Electoral Studies

Rose, Cecily. 2011. The Application of Human Rights Law to Private Sector Complicity in Governmental Corruption. Leiden Journal of International Law

Rose, Cecily. 2012. The Corner House Case and the Incomplete Incorporation of the OECD Anti-Bribery Convention in the United Kingdom. Tulane Journal of International & Comparative Law

Rose, Cecily. 2014. "Corruption and Conflicts of Interests in the United Kingdom", in Jean-Bernard Auby, Emmanuel Breen & Thomas Perroud eds., Corruption and Conflicts of Interest: A Comparative Law Approach

Rose, Cecily. 2014. Questioning the Role of International Arbitration in the Fight Against Corruption. Journal of International Arbitration

Rose, J. & P.M. Heywood. 2013. Political Science Approaches to Integrity and Corruption. Human Affairs

Rose, Jonathan. 2015. "Corruption and the Problem of Perception" , in Paul M. Heywood ed., The Routledge Handbook of Political Corruption (New York: Routledge)

Rose, Paul. 2012. State Capitalism and the Foreign Corrupt Practices Act. Ohio State Law Journa

Rose, Richard & William Mishler. 2007. Bridging the Gap Between the Perception and Experience of Corruption. (Working paper).

Rose, Richard & William Mishler. 2010. Experience versus Perception of Corruption: Russia as a Test Case. Global Crime

Rose, Richard. 2013. The Other Face of Bureaucracy: Perception of Bribery Is Worse than the Practice. WZB Mitteilungen 140(June)

Rose-Ackerman, Susan & Benjamin Billa. 2009. Treaties and National Security. NYU Journal of International Law & Policy .

Rose-Ackerman, Susan & Rory Truex. 2013. "Corruption and Policy Reform", in Bjorn Lomborg ed., Global Problems, Smart Solutions: Costs and Benefits (Cambridge University Press).

Rose-Ackerman, Susan & Sinead Hunt. 2012. Transparency and Business Advantage: The Impact of International Anti-Corruption Policies on the United States National Interest. NYU Annual Survey of American Law

Rose-Ackerman, Susan, ed. 2006. International Handbook on the Economics of Corruption.

Rose-Ackerman, Susan. 1978. Corruption: A Study in Political Economy. New York: Academic Press.

Rose-Ackerman, Susan. 1996. Democracy and 'Grand' Corruption. International Social Science Journal

Rose-Ackerman, Susan. 1997. The Role of the World Bank in Controlling Corruption. Law & Policy in International Business.

Rose-Ackerman, Susan. 1999a. Corruption and Government: Causes, Consequences, and Reform. New York: Cambridge University Press.

Rose-Ackerman, Susan. 1999b. Political Corruption and Democracy. Connecticut Journal of International Law 14

Rose-Ackerman, Susan. 2001a. "Political Corruption and Democratic Structures," in Arvind K. Jain, ed. The Political Economy of Corruption (New York: Routledge)

Rose-Ackerman, Susan. 2001b. Trust, Honesty, and Corruption: Reflection of the State-Building Process. European Journal of Sociology.

Rose-Ackerman, Susan. 2002a. "Grand" Corruption and the Ethics of Global Business. Journal of Banking & Finance 26: 1889-.

Rose-Ackerman, Susan. 2002b. Corruption and the Criminal Law. Forum on Crime & Society

Rose-Ackerman, Susan. 2008. Corruption and Government. International Peacekeeping

Rose-Ackerman, Susan. 2010a. Corruption: Greed, Culture and the State. Yale Law Journal

Rose-Ackerman, Susan. 2010b. The Law and Economics of Bribery and Extortion. Annual Review of Law & Social Science

Rose-Ackerman, Susan. 2013. "Introduction: The Role of International Actors in Fighting Corruption", in Susan Rose-Ackerman & Paul D. Carrington eds., Anti-Corruption Policy: Can International Actors Play a Constructive Role? (Durham: Carolina Academic Press)

Rose-Ackerman, Susan. 2014. "Corruption and Conflicts of Interest", in Jean-Bernard Auby, Emmanuel Breen & Thomas Perroud eds., Corruption and Conflicts of Interest: A Comparative Law Approach

Rosenson, Beth Ann. 2009. The Effect of Political Reform Measures on Perceptions of Corruption. Election Law Journal

Roser, W. 1992. The Independent Commission Against Corruption: The New Star Chamber? Criminal Law Journal

Ross, Lauren Ann. 2012. Using Foreign Relations Law to Limit Extraterritorial Application of the Foreign Corrupt Practices Act. Duke Law Journal

Ross, Michael L. 1999. The Political Economy of the Resource Curse. World Politics .

Ross, Michael L. 2015. What Have We Learned About the Resource Curse? Annual Review of Political Science

Ross, Michael. 2001. Does Oil Hinder Democracy? World Politics

Rossbacher, Henry H. & Tracy W. Young. 1997. The Foreign Corrupt Practices Act Within the American Response to Domestic Concerns. Dickinson Journal of International Law.

Rosser, Andrew. 2006. The Political Economy of the Resource Curse: A Literature Survey. IDS Working Paper 268.

Rothrock, Jay. 2008. Striking a Balance: The Speech or Debate Clause's Testimonial Privilege and Policing Government Corruption, 24 Touro L. Rev.

Rothstein, Bo & Daniel Eek. 2009. Political Corruption and Social Trust: An Experimental Approach. Rationality & Society

Rothstein, Bo & Davide Torsello. 2014. Bribery in Preindustrial Cultures: Understanding the Universalism-Particularism Puzzle. Journal of Anthropological Research

Rothstein, Bo & Eric M. Uslaner. 2005. All for All: Equality, Corruption, and Social Trust. World Politics .

Rothstein, Bo & Jan Teorell. 2008. What Is Quality of Government: A Theory of Impartial Political Institutions. Governance: An International Journal of Policy & Administration

Rothstein, Bo & Jan Teorell. 2015. "Causes of Corruption" , in Paul M. Heywood ed., The Routledge Handbook of Political Corruption (New York: Routledge)

Rothstein, Bo & Jan Teorell. 2015. Getting to Swededn, Part II: Breaking with Corruption in the Nineteenth Century. Scandinavian Political Studies

Rothstein, Bo, Marcus Samanni & Jan Teorell. 2012. Explaining the Welfare State: Power Resources vs. The Quality of Government. European Politiacl Science Review

Rothstein, Bo. 2011. Anti-Corruption: The Indirect "Big Bang" Approach. Review of International Political Economy

Rothstein, Bo. 2011. Corruption, Social Trust, and Inequality in International Perspective. Chicago: University of Chicago Press.

Rothstein, Bo. 2011. The Quality of Government: Corruption, Social Trust, and Inequality in International Perspective. University of Chicago Press.

Rothstein, Bo. 2013. Corruption and Social Trust: Why the Fish Rots from the Head Down. Social Research 80(4): 1009-1032.

Rothstein, Bo. 2014. What Is the Opposite of Corruption? Third World Quarterly.

Rowe, M. 2009. Notes on a Scandal: The Official Enquiry Into Deviance and Corruption in New Zealand Police. Australian & New Zealand Journal of Criminology

Rubin, Nora M. 1998. A Convergence of 1996 and 1997 Global Efforts to Curb Corruption and Bribery in International Business Transactions: The Legal Implications of the OECD Recommendations and Convention for the United States, Germany, and Switzerland. American University International Law Review

Rudi, L.M., H. Azadi, F. Witlox & P. Lebailly. 2014. Land Rights as an Engine of Growth? An Analysis of Cambodian Land Grabs in the Context of Development Theory. Land Use Policy

Rueda, Miguel R. 2015. Buying Votes with Imperfect Local Knowledge and a Secret Ballot. Journal of Theoretical Politics

Ruengdet, K. & W. Wongsurawat. 2015. The Mechanisms of Corruption in Agricultural Price Intervention Projects: Case Studies from Thailand. Social Science Journal

Runde, Daniel F. & Sadika Hameed with Jeremiah Magpile. 2014. The Costs of Corruption: Strategies for Ending a Tax on Private-Sector-Led Growth. (Washington, D.C.: Center for Strategic & International Studies).

Runnels, Michael B. & Adam M. Burton. 2012. The Foreign Corrupt Practices Act and New Governance: Incentivizing Ethical Foreign Direct Investment in China and Other Emerging Economies. Cardozo Law Review

Rus, H. 2014. Corruption, Conflict and the Management of Natural Resources. Economics of Governance

Ruske, R. 2015. Does Economics Make Politicians Corrupt? Empirical Evidence from the United States Congress.

Ruud, A.E. 2000. Corruption as Everyday Practice: The Public-Private Divide in Local Indian Society. Forum for Development Studies

Ruziev, K. & P. Midmore. 2015. Connectedness and SME Financing in Post-Communist Economies: Evidence from Uzbekistan. Journal of Development Studies

Ryan, Ann Marie et al. 1997. Workplace Integrity: Differences in Perceptions of Behaviors and Situational Factors. Journal of Business and Psychology

Ryvkin, Dmitry & Danila Serra. 2012. How Corruptible Are You? Bribery under Uncertainty. Journal of Economic Behavior & Organization

Ryvkin, Dmitry & Danila Serra. 2013. Does Competition Among Public Officials Reduce Corruption? An Experiment. Departmental Working Papers 1301, Southern Methodist University, Department of Economics.

Ryznar, Margaret & Samer Korkor. 2011. Anti-Bribery Legislation in the United States and United Kingdom: A Comparative Analysis of Scope and Sentencing. Missouri Law Review

Saastomoinen, Antti & Timo Kuosmanen. 2014. Is Corruption Grease, Grit or a Gamble? Corruption Increases Variance of Productivity Across Countries. Applied Economics

Saba, Roberto Pablo & Luigi Manzetti. 1997. Privatization in Argentina: The Implications for Corruption. Crime, Law & Social Change

Sabato, Larry J. & Glenn R. Simpson. 1996. Dirty Little Secrets: The Persistence of Corruption in American Politics.

Sabet, D.M. & A. Tazreen. 2015. Governing Growth: Understanding Problems in Real Estate Development in Dhaka, Bangladesh. Journal of South Asian Development

Sabet, D.M. 2012. Corruption or Insecurity? Understanding Dissatisfaction with Mexico's Police. Latin American Politics & Society

Sabic-El-Rayess, Amra. 2014. Acting and Reacting: Youth's Behavior in Corrupt Educational Settings. Peabody Journal of Education

Sachs, Jeffrey D. & Andrew M. Warner. 2001. The Curse of Natural Resources. European Economic Review

Sadanandan, Anoop. 2012. Patronage and Decentralization: The Politics of Poverty in India. Comparative Politics

Sadigov, T. 2014. Corruption and Social Responsibility: Bribe Offers Among Small Entrepreneurs in Azerbaijan. East European Politics

Sadowsky, Justin M. 2005. The Transparency Myth: A Conceptual Approach to Corruption and the Impact of Mandatory Disclosure Laws, 4 Conn. Pub. Int.

Safavian, M.S., H.G. Douglas & C. Gonzalez-Vega. 2001. Corruption and Microenterprises in Russia. World Development

Sah, Raaj K. 1991. Social Osmosis and Patterns of Crime. Journal of Political Economy

Sah, Raaj. 2007. Corruption Across Countries and Regions: Some Consequences of Local Osmosis. Journal of Economic Dynamics and Control

Sah, S. & G. Loewenstein. 2010. Effect of Reminders of Personal Sacrifice and Suggested Rationalizations on Residents' Self-Reported Willingness to Accept Gifts: A Randomized Trial. Journal of the American Medical Association

Saha, B. & T. Thampy. 2006. Extractive Bribe and Default in Subsidized Credit Programs. Journal of Economic Behavior & Organization

Saha, Bibhas & Trivikraman Thampy. 2008. Corruption, Default and Optimal Credit in Welfare Programs. Working paper.

Saha, Bibhas. 2001. Red Tape, Incentive Bribe and the Provision of Subsidy. Journal of Development Economics

Saha, Bibhas. 2003. Harassment, Corruption and Tax Policy: A Comment on Marjit, Mukherjee and Mukherjee [Eur. J. Political Economy 16 (2000) 75-94], European Journal of Political Economy 1

Saha, S. & G. Yap. 2015. Corruption and Tourism: An Empirical Investigation in a Non-Linear Framework. International Journal of Tourism Research

Saha, S., R. Gounder, N. Campbell & J. Su. 2014. Democracy and Corruption: A Complex Relationship. Crime, Law & Social Change

Saha, S., R. Grounder & J.J. Su. 2009. The Interaction Effect of Economic Freedom and Democracy on Corruption: A Panel Cross-Country Analysis. Economics Letters

Saha, Shrabani & Jen-Je Su. 2012. Investigating the Interaction Effect of Democracy and Economic Freedom on Corruption: A Cross-Country Quantile Regression Analysis. Economic Analysis & Policy

Saisana, Michaela & Andrea Saltelli. 2012. Corruption Perceptions Index 2012 Statistical Assessment. JRC Scientific & Policy Reports, European Commission.

Sajo, Andras. 1998. Corruption, Clientalism and the Future of the Constitutional State in Eastern Europe. East Europe Constitutional Review 7

Sala-i-Martin, Xavier & Arvind Subramanian. 2013. Addressing the Natural Resource Curse: An Illustration from Nigeria. Journal of African Economics

Salbu, Steven R. 1994. True Codes Versus Voluntary Codes of Ethics in International Markets: Towards the Preservation of Colloquy in Emerging Global Communities.

University of Pennsylvania Journal of International Business Law

Salbu, Steven R. 1997. Bribery in the Global Market: A Critical Analysis of the Foreign Corrupt Practices Act. Washington & Lee Law Review

Salbu, Steven R. 1999. Battling Global Corruption in the New Millennium. Law & Policy in International Business

Salbu, Steven R. 1999. Extraterritorial Restriction of Bribery: A Premature Evocation of the Normative Global Village. Yale Journal of International Law

Salbu, Steven R. 1999. The Foreign Corrupt Practices Act as a Threat to Global Harmony. Mich. J. Int'l L.

Salbu, Steven R. 2000. A Delicate Balance: Legislation, Institutional Change, and Transnational Bribery. Cornell International Law Journal

Salbu, Steven R. 2001. Information Technology in the War Against International Bribery and Corruption: The Next Frontier of Institutional Reform. Harvard Journal on Legislation

Saleh, S. 2014. Challenges in Combating Corruption and Fixing Accountability: In Iraq's Perspective. International Journal of Business & Social Science

Salinas-Jimenez, M.M. & J. Salinas-Jimenez. 2007. Corruption, Efficiency and Productivity in OECD Countries. Journal of Policy Modeling

Salmon, Timothy C. & Danila Serra. 2013. Does Social Judgment Diminish Rule Breaking? (CSAE Working Paper WPS/2013-05.)

Salvatore, D. 2004. Growth and Poverty in a Globalizing World. Journal of Policy Modeling.

Salvatore, D. 2007. Growth, International Inequalities, and Poverty in a Globalized World. Journal of Policy Modeling

Salvatoriello, Paul. 2001. The Practical Necessity of Federal Intervention Versus the Ideal of Federalism: An Expansive View of Section 666 in the Prosecution of State and Local Corruption. Georgetown Law Journal

Samimi, A. & H. Hosseinmardi. 2011. Gender and Corruption: Evidence from Selected Developing Countries. Middle-East Journal of Scientific Research

Sampford, Charles et al. eds. 2006. Measuring Corruption (Ashgate).

Sampson, S. 2007. Can the World Bank Do the Right Thing? When Anti-Corruption Movements Become Anti-Corruption Budget Lines. Working paper.

Sampson, S. 2010. "Diagnostics: Indicators and Transparency in the Anti-Corruption Industry", in S. Jansen, E. Schroeter & N. Stehr eds., Transparenz: Multidisxiplanre Durchsichten Durch Phoenomene und Theorien des Undurchsichtigen. Wiesbaden: VS Verlag. Sampson, S. 2015. The Audit Juggernaut. Social Anthropology

Sampson, Steven. 1983. Bureaucracy and Corruption as Anthropological Problems: A Case Study from Romania. Folk,

Sampson, Steven. 2005. "Integrity Warriors: Global Morality and the Anticorruption Movement in the Balkans", in Dieter Haller & Chris Shore eds., Corruption: Anthropological Perspectives (Pluto Press).

Sampson, Steven. 2010. The Anti-Corruption Industry: From Movement to Institution. Global Crime

Samuel, Andrew & Aaron Lowen. 2010. Bribery and Inspection Technology. Economics of Governance .

Samuel, Andrew. 2009. Preemptive Collusion Among Corruptible Law Enforcers. 71 Journal of Economic Behavior & Organization

Sanchez, Andrew. 2015. "Criminal Entrepreneurship: A Political Economy of Corruption and Organized Crime in India" , in Paul M. Heywood ed., The Routledge Handbook of Political Corruption (New York: Routledge)

Sandgren, Claes. 2005. Combating Corruption: The Misunderstood Role of Law. International Law

Sandholtz, Wayne & Mark M. Gray. 2003. International Integration and National Corruption, International Organization

Sandholtz, Wayne & Rein Taagepara. 2005. Corruption, Culture, and Communism. International Review of Sociology

Sandholtz, Wayne & William Koetzle. 2000. Accounting for Corruption: Economic Structure, Democracy, and Trade. International Studies Quarterly

Sandoval-Ballestreros, Irma. 2014. Rethinking Accountability and Transparency: Breaking the Public Sector Bias in Mexico. American University International Law Review

Sands, Barbara N. 1990. Decentralizing an Economy: The Role of Bureaucratic Corruption in China's Economic Reforms. Public Choic

Sandu, A.M. & M.L. Nitu. 2014. The Perception of Corruption in Public Administration. Contemporary Readings in Law & Social Justice

Santiso, C. 2006. Improving Fiscal Governance and Curbing Corruption: How Relevant Are Autonomous Audit Agencies? International Public Management Review

Sanyal, A. 2002. Audit Hierarchy in a Corrupt Tax Administration: A Note with Qualifications and Extensions. Journal of Comparative Economics 30: 317-324.

Sanyal, A., I.N. Gang & O. Goswami. 2000. Corruption, Tax Evasion and the Laffer Curve. Public Choice

Sanyal, R. & S. Samanta. 2002. Corruption Across Countries: The Cultural and Economic Factors. Business & Professional Ethics Journal

Sanyal, R. & S. Samanta. 2008. Effect of Perception of Corruption on Outward US Foreign Direct Investment. Global Business & Economics Review

Sanyal, R. & S. Samata. 2004. Correlates of Bribe Giving in International Business. International Journal of Commerce and Management

Sanyal, Rajib. 2005. Determinants of Bribery in International Business: The Cultural and Economic Factors. Journal of Business Ethics

Sargiacomo, M., L. Ianni, A. D'Andreamatteo & S. Servalli. 2015. Accounting and the Fight Against Corruption in Italian Government Procurement: A Longitudinal Critical Analysis (1992-2014). Critical Perspectives on Accounting

Sarkar, Hiren & M. Aynul Hasan. 2001. Impact of Corruption on the Efficiency of Investment: Evidence from a Cross-Country Analysis. Asia-Pacific Development Journal

Sarlo, P. 2014. The Global Financial Crisis and the Transnational Anti-Corruption Regime: A Call for Regulation of the World Bank's Lending Practices. Georgetown Journal of International Law

Sarte, P.D. 2000. Informality and Rent-Seeking Bureaucracies in a Model of Long-Run Growth. Journal of Monetary Economics

Sarte, Pierre-Daniel G. 2001. Rent-Seeking Bureaucracies and Oversight in a Simple Growth Model. Journal of Economic Dynamics & Control

Sato, Hideki. 2011. Raising Wages as a Strategy to Reduce Corruption. Journal of Management & Strategy

Savage, James D. 1994. Corruption and Virtue at the Constitutional Convention. Journal of Politics .

Savona, Ernesto U. 1995. Beyond Criminal Law in Devising Anticorruption Policies: Lessons from the Italian Experience. European Journal of Criminal Policy & Research

Sayed, Abdulhay. 2004. Corruption in International Trade and Commercial Arbitration.

Schaffer, Fred C. 2002. Might Cleaning Up Elections Keep People Away from the Polls? Historical and Comparative Perspectives. International Political Science Review

Schaffer, Frederic C. 2007. Elections for Sale: The Causes and Consequences of Vote Buying (Boulder, CO: Lynne Rienner Publishers).

Schaffer, Frederic Charles. 2005. Clean Elections and the Great Unwashed: Vote Buying and Voter Education in the Philippines. Working paper.

Schaffer, Frederic Charles. 2008. The Hidden Costs of Clean Election Reform. (Cornell University Press.)

Schatz, Florian. 2013. Fighting Corruption with Social Accountability: A Comparative Analysis of Social Accountability Mechanisms' Potential to Reduce Corruption in Public Administration. Public Administration & Development 33: 161-174.

Schefer, Krista Nadakavukaren. 2009. Corruption and the WTO Legal System. Journal of World Trade

Scheiner, E. 2005. Pipelines of Pork: Japanese Poliitcs and a Model of Local Opposition Party Failure. Comparative Political Studies

Schelling, Thomas. 1973. Hockey Helmets, Concealed Weapons, and Daylight Saving: A Study of Binary Choices with Externalities. Journal of Conflict Resolution

Scheppele, Kim Lane. 1999. The Inevitable Corruption of Transition. Connecticut Journal of International Law

Scher, Daniel. 2005. Asset Recovery: Repatriating Africa's Looted Billions. African Security Review

Scherer, Matthias. 2002. Circumstantial Evidence in Corruption Cases before International Arbitration Tribunals. International Arbitration Law Review

Schikora, Jan Theodor. 2011. Bringing Good and Bad Whistle-Blowers to the Lab.

Schikora, Jan Theodor. 2013. How Do Groups Stabilize Corruption? Journal of International Development

Schleiter, Petra & Alisa M. Voznaya. 2014. Party System Competitiveness and Corruption. Party Politics

Schmidt, Diana. 2007. Anti-Corruption: What Do We Know? Research on Preventing Corruption in the Post-Communist World. Political Studies Review

Schmidt, Timothy W. 2009. Sweetening the Deal: Strengthening Transnational Bribery Laws Through Standard International Corporate Accounting Guidelines. Minnesota Law Review

Schneider, Bryan A. 1992. Do Not Go Gentle into That Good Night: The Unquiet Death of Political Patronage. Wisconsin Law Review

Schneider, Friedrich & Dominik H. Enste. 2000. Shadow Economies: Size, Causes, and Consequences. Journal of Economic Literature

Schopf, J.C. 2015. Deterring Extortive Corruption in Korea Through Democratization and the Rule of Law. Journal of Comparative Asian Development (forthcoming).

Schroth, P.W. & P. Sharma. 2003. Transnational Law and Technology as Potential Forces Against Corruption in Africa. Management Decision

Schroth, Peter W. 2002. The United States and the International Bribery Conventions. American Journal of Comparative Law 50(supp.)

Schroth, Peter W. 2003. National and International Constitutional Law Aspects of African Treaties and Laws Against Corruption. Transnational Law & Contemporary Problems.

Schroth, Peter W. 2004. International Constitutional Law and Anti-Corruption Measures in the European Union's Accession Negotiations: Romania in Comparative Perspective. American Journal of Comparative Law

Schroth, Peter W. 2006. Corruption and Accountability of the Civil Service in the United States, The American Journal of Comparative Law.

Schueth, Sam. 2011. Assembling International Competitiveness: The Republic of Georgia, USAID, and the Doing Business Project. Economic Geography

Schultz, Jessica & Tina Soreide. 2008. Corruption in Emergency Procurement. Disasters Journal

Schulze, Guenther G., Bambang Suharnoko Sjarir & Nikita Zakharov. 2013. Corruption in Russia. Working paper.

Schulze, Gunther G. & Bjorn Frank. 2003. Deterrence versus Instrinsic Motivation: Experimental Evidence on the Determinants of Corruptibility. Economics of Governance

Schumacher, Ingmar. 2013. Political Stability, Corruption and Trust in Politicians. Economic Modelling

Schuppan, T. 2009. E-Government in Developing Countries: Experiences from Sub-Saharan Africa. Government Information Quarterly

Schuttauf, Nicholas. 2012. Repeal Anti-Bribery Legislation? A Defense of Laws Promoting Clean Business and Transparent Government. New England Law Review

Schutte, Sofie Arjon & Simon Butt. 2013. The Indonesian Court for Corruption Crimes: Circumventing Judicial Impropriety? U4 Brief. (September).

Schutte, Sofie Arjon. 2007. The Fight Against Corruption in Indonesia. Journal of Current Southeast Asian Affairs

Schutte, Sofie Arjon. 2011. Appointing Top Officials in a Democratic Indonesia: The Corruption Eradication Commission. Bulletin of Indonesian Economic Studies

Schutte, Sofie Arjon. 2012. Against the Odds: Anti-Corruption Reform in Indonesia. Public Administration & Development

Schwenke, S. 2000. The Moral Critique: Corruption in Developing Countries. Journal of Public & International Affairs

Scott, Ian. 2012. "The Hong Kong ICAC's Approach to Corruption Control", in Adam Graycar & Russell G. Smith eds., Handbook of Global Research and Practice in Corruption ,

Scott, James C. 1969. Corruption, Machine Politics, and Political Change. American Political Science Review

Scott, James C. 1969. The Analysis of Corruption in Developing Nations. Comparative Studies in Society & History

Scott, James C. 1972. Comparative Political Corruption (Englewood Cliffs, NJ: Prentice-Hall).

Scott, Kandis. 2005. The European Union and Romanian Mentalitate: A Case Study of Corruption. Santa Clara Journal of International Law

Seabright, Paul. 1996. Accountability and Decentralisation in Government: An Incomplete Contracts Model. European Economic Review

Segal, Lydia. 1997. Pitfalls of Political Decentralization and Proposals for Reform: The Case of New York City Public Schools. Public Administration Review

Segal, Lydia. 1998. Can We Fight the New Tammany Hall?: Difficulties of Prosecuting Political Patronage and Suggestions for Reform, Rutgers L. Rev.

Segal, Lydia. 1999. Corruption Moves to the Center: An Analysis of New York's 1996 School Governance Law. Harvard Journal on Legislation

Segal, Lydia. 2002. Roadblocks in Reforming Corrupt Agencies: The Case of the New York City School Custodians, Public Administration Review

Segal, Lydia. 2004. Battling Corruption in America's Public Schools. Boston: Northeast University Press.

Segal, Lydia. 2010. Independence from Political Influence—A Shaky Shield: A Study of Ten Inspectors General. Public Integrity

Segal, Philip. 2006. Coming Clean on Dirty Dealing: Time for a Fact-Based Evaluation of the Foreign Corrupt Practices Act. Florida Journal of International Law

Sehhat, Saeed, Mehdi Jafarzadeh Kenari & Mohsen Mijani. 2012. An Empirical Study on Relationship Between Organizational Culture and Administrative Corruption. Management Science Letters

Seiler, Norbert & Jelena Madir. 2012. Fight Against Corruption: Sanctions Regimes of Multilateral Development Banks. Journal of International Economic Law

Seim, Line Tondel & Tina Soreide. 2009. Bureaucratic Complexity and Impacts of Corruption in Utilities. Utilities Policy

Sekalala, S. & M. Kirya. 2015. Challenges in Multi-Level Health Governance: Corruption in the Global Fund's Operations in Uganda and Zambia. Hague Journal on the Rule of Law

Seker, M. & J.S. Yang. 2014. Bribery Solicitations and Firm Performance in the Latin American and Caribbean Region. Journal of Comparative Economics

Seldadyo, Harry & Jakob De Haan. 2011. Is Corruption Really Persistent? Pacific Economic Review

Seldadyo, Harry, Emmanual Pandu Nugroho & Jakob de Haan. 2007. Governance and Growth Revisited.

Seldadyo, Henry & Jakob de Haan. 2006. The Determinants of Corruption: A Literature Survey and New Evidence. (Paper prepared for the 2006 EPCS Conference, Turku, Finland, 20-23 April).

Seligson, Mitchell A. 2001. Corruption and Democratization: What Is To Be Done? Public Integrity

Seligson, Mitchell A. 2002. On the Measurement of Corruption

Seligson, Mitchell A. 2002. The Impact of Corruption on Regime Legitimacy: A Comparative Study of Four Latin American Countries, Journal of Politics

Seligson, Mitchell A. 2006. The Measurement and Impact of Corruption Victimization: Survey Evidence from Latin America. World Development

Selmier, W. Travis II. 2013. Stand by Me: Friends, Relationship Banking and Financial Governance in Asia. Business Horizons.

Semukhina, Olga & K. M. Reynolds. 2014. Russian Citizens' Perceptions of Corruption and Trust of the Police. Policing & Society

Sengupta, M. 2014. Anna Hazare's Anti-Corruption Movement and the Limits of Mass Mobilization in India. Social Movement Studies

Sequeira, Sandra & Simeon Djankov. 2013. "Trade Costs and Corruption in Ports," in Cantens, Thomas, Robert Ireland & Gael Raballand eds., Reform by Numbers: Measurement Applied to Customs and Tax Administrations in Developing Countries. Washington, D.C.: World Bank.

Sequeira, Sandra & Simeon Djankov. 2014. Corruption and Firm Behavior: Evidence from African Ports. Journal of International Economics

Sequeira, Sandra. 2012. "Advances in Measuring Corruption", in Danila Serra & Leonard Wantchekon eds., New Advances in Experimental Research on Corruption (Emerald Publishing).

Sequeira, Sandra. 2015. "Corruption and Trade Costs", in Susan Rose-Ackerman & Paul Lagunes eds., Greed, Corruption, and the Modern State

Sequeira, Sandra. 2015. Corruption, Trade Costs and Gains from Tariff Liberalization: Evidence from Southern Africa. Working paper.

Serafeim, George. 2013. Firm Competitiveness and Detection of Bribery. Working paper.

Serfontein, E. & E. de Waal. 2015. The Corruption Bogey in South Africa: Is Public Education Safe? South African Journal of Education

484

Serio, Mario. 2008. Politically Exposed Persons: AML, Taking the Profit Out of Corruption and Problems for the Banks. Journal of Money Laundering Control

Serra, Danila & Leonard Wantchekon. 2012. New Advances in Experimental Research on Corruption. (London: Emerald Books).

Serra, Danila. 2006. Empirical Determinants of Corruption: A Sensitivity Analysis. Public Choice

Serra, Danila. 2011. Combining Top-Down and Bottom-Up Accountability: Evidence from a Bribery Experiment. Journal of Law, Economics & Organization

Serritzlew, S., K.M. Sonderskov & G.T. Svendsen. 2014. Do Corruption and Social Trust Affect Economic Growth? A Review. Journal of Comparative Policy Analysis: Research & Practice

Sevukten, M., M. Nargelecekenler & F. Guray. 2010. A Cross-Country Comparison of Corruption and Public Expenditure: A Panel Data Approach. International Journal of Public Administration

Shabbir, Ghulam & Mumtaz Anwar. 2007. Determinants of Corruption in Developing Countries. Pakistan Development Review

Shafiq, M.N. 2015. Aspects of Moral Change in India, 1990-2006: Evidence from Public Attitudes toward Tax Evasion and Bribery. World Development

Shah, Anwar & M. Schacter. 2004. Combating Corruption: Look Before You Leap. Finance & Development

Shah, Anwar, Theresa Thompson & Heng-fu Zou. 2004. The Impact of Decentralization on Service Delivery, Corruption, Fiscal Management and Growth in Developing and Emerging Market Economies: A Synthesis of Empirical Evidence. CESifo Dice Report, A Quarterly Journal for Institutional Comparisons, 2(Spring)

Shah, Anwar. 2006. Corruption and Decentralized Public Governance. World Bank Policy Research Working Paper 3824.

Shah, Anwar. 2007. "Tailoring the Fight against Corruption to Country Circumstances", in Anwar Shah ed., Performance Accountability and Combating Corruption (Washington, D.C.: World Bank).

Shah, Anwar. 2014. Decentralized Provision of Public Infrastructure and Corruption. International Center for Public Policy Working Paper 14-18.

Shan, M., A. Chan, Y. Le, B. Xia & Y. Hu. 2015. Measuring Corruption in Public Construction Projects in China. Journal of Professional Issues in Engineering Education & Practice

Shan, M., A.P.C. Chan, Y. Le & Y. Hu. 2015. Investigating the Effectiveness of Response Strategies for Vulnerabilities to Corruption in the Chinese Public Construction Sector. Science & Engineering Ethics

Shao, J., P.C. Ivanov, B. Podobnik & H.E. Stanley. 2007. Quantitative Relations Between Corruption and Economic Factors. European Physics Journal B

Shapiro, Joshua L. 2006. Corporate Media Power, Corruption, and the Media Exemption. Emory Law Journal.

Sharafutdinova, G. 2010. What Explains Corruption Perceptions? The Dark Side of Political Competition in Russia's Regions. Comparative Politics

Sharma, Deepankar & Shrey Ashat. 2014. Corruption: Reasons & Remedy to Sustain Economic Development.

Sharman, J.C. & Jo-Anne Gilbert. 2015. Turning a Blind Eye to Bribery: Explaining Failures to Comply with the International Anti-Corruption Regime. Political Studies

Sharman, J.C. 2010. Shopping for Anonymous Shell Companies: An Audit Study of Financial Anonymity and Crime. Journal of Economic Perspectives

Sharman, Jason C. & David Chaikin. 2009. Corruption and Anti-Money Laundering Systems: Putting a Luxury Good to Work. Governance

Sharman, Jason C. 2011. The Money Laundry: Regulating Criminal Finance in the Global Economy. Ithaca, NY: Cornell University Press.

Sharman, Jason C. 2012. Chasing Kleptocrats' Loot: Narrowing the Effectiveness Gap. U4 Issue 2012(4).

Sharman, Jason C., Emile van der Does de Willebois, Emily Halter, Robert A. Harrison

& Ji Won. 2011. The Puppet Masters: How the Corrupt Use Legal Structures to Hide their Stolen Assets and What to Do About it. . Washington, D.C.: World Bank.

Shaw, Bill. 2000. The Foreign Corrupt Practices Act and Progeny: Morally Unassailable. Cornell International Law Journal

Shaw, Philip, M. Katsaiti & B. Pecoraro. 2015. On the Determinants of Educational Corruption: The Case of Ukraine. Contemporary Economic Policy

Shaw, Philip, Marina-Selini Katsaiti & Marius Jurgilas. 2011. Corruption and Growth under Weak Identification. Economic Inquiry

Shaxson, Nicholas. 2007. Oil, Corruption, and the Resource Curse. International Affairs

Sheahen, Kyle P. 2010. I'm Not Going to Disneyland: Illusory Affirmative Defenses Under the Foreign Corrupt Practices Act. Wisconsin International Law Journal

Sheffet, Mary Jane. 1995. The Foreign Corrupt Practices Act and the Omnibus Trade and Competitiveness Act of 1988: Did They Change Corporate Behavior? Journal of Public Policy & Marketing

Sheifer, Andrei. 2004. Does Competition Destroy Ethical Behavior? American Economic Review

Shekshnia, Stanislav, Alena Ledeneva & Elena Denisova-Schmidt. 2014. Reflective Leadership v. Endemic Corruption in Emerging Markets. INSEAD Working Paper No. 2013/121/EFE.

Shelley, Louise I. & John T. Picarell. 2002. Methods, Not Motives: Implications of the Convergence of International Organized Crime and Terrorism. Police Practice & Research

Shelley, Louise. 2005. The Unholy Trinity: Transnational Crime, Corruption and Terrorism. Brown Journal of World Affairs

Shen, Ce & John B. Williamson. 2005. Corruption, Democracy, Economic Freedom and State Strength. A Cross-National Analysis. International Journal of Comparative Sociology

Shepherd, Ben. 2009. Speed Money: Time, Corruption, and Trade. MPRA Paper 17337.

Shepherd, Benjamin. 2009. More Speed, Less "Speed Money": Asia-Pacific Firm-Level Evidence on Border Crossing Times as Corruption Incentives. Working paper.

Sherlock, Stephen. 2002. Combating Corruption in Indonesia? The Ombudsman and the Assets Auditing Commission. Bulletin of Indonesian Economic Studies

Sherman, Lawrence W. 1980. Three Models of Organizational Corruption in Agencies of Social Control. Social Problems.

Sheyn, Elizabeth. 2011. Criminalizing the Denial of Honest Services After Skilling . Wisconsin Law Review

Shi, Shouyong & Ted Temzelides. 2004. A Model of Bureaucracy and Corruption. International Economic Review

Shih, Victor, Christopher Adolph & Mingxing Liu. 2012. Getting Ahead in the Communist Party: Explaining the Advancement of Central Committee Members in China. American Political Science Review

Shihata, Ibrahim. 1997. Corruption—A General Review with an Emphasis on the Role of the World Bank. Dickinson Journal of International Law

Shim, D.C. & T.H. Eom. 2008. E-Government and Anti-Corruption: Empirical Analysis of International Data. International Journal of Public Administration

Shim, D.C. & T.H. Eom. 2009. Anticorruption Effects of Information and Communication Technology (ICT) and Social Capital. International Review of Administrative Sciences

Shin, J.H. 2015. Voter Demands for Patronage: Evidence from Indonesia. Journal of East Asian Studies

Shirazi, Moiz A. 2012. The Impact of Corruption on International Trade. Denver Journal of International Law & Policy

Shirin, S.S. 2015. Corruption in Higher Education in Russia—First Decade of the 21st Century. International Education Studies

Shleifer, Andrei & Robert Vishny. 1994. Politicians and Firms. Quarterly Journal of Economics

Shleifer, Andrei & Robert W. Vishny. 1993. Corruption. Quarterly Journal of Economics

Shola, Omatola. 2006. Through a Glass Darkly: Assessing the "New" War against Corruption in Nigeria. African Insigh

Sholderer, Olga. 2013. The Drivers of Police Reform: The Cases of Georgia and Armenia. CEU Political Science Journal

Shore, Cris & Dieter Haller. 2005. "Sharp Practice: Anthropology and the Study of Corruption," in Dieter Haller & Chris Shore eds., Corruption: Anthropological Perspectives (Pluto Press)

Shore, Cris. 2005. "Culture and Corruption in the EU: Reflections on Fraud, Nepotism and Cronyism in the European Commission", in Dieter Haller & Chris Shore eds., Corruption: Anthropological Perspectives (Pluto Press).

Shrewsbury, Diane A. 2012. Degrees of Corruption: The Current State of "Corrupt Persuasion" in 18 USC § 1512. University of Chicago Legal Forum

Shu, Lisa L. & Francesca Gino. 2012. Sweeping Dishonesty Under the Rug: How Unethical Actions Lead to Forgetting of Moral Rules. Journal of Personality & Social Psychology

Shu, Lisa L., Francesca Gino & M.H. Bazerman. 2011. Dishonest Deed, Clear Conscience: When Cheating Leads to Moral Disengagement and Motivated Forgetting. Personality & Social Psychology Bulletin

Shulman, S. 2014. The Criminalization of Bribery: Can the Foreign Corrupt Practices Act Be Applicable to the Anti-Bribery Provisions of the United Nations Convention Against Corruption? American University International Law Review

Siddiquee, N.A. 2010. Combating Corruption and Managing Integrity in Malaysia: A Critical Overview of Recent Strategies and Initiatives. Public Organization Review

Silva, Emilson C.D., Charles M. Khan & Xie Zhu. 2007. Crime and Punishment and Corruption: Who Needs "Untouchables"? Journal of Public Economic Theor

Silverman, Eli B. 1998. The Price of Controlling Corruption. Public Administration Review.

Simpser, Alberto. 2008. Cheating Big: On the Logic of Electoral Corruption in Developing Countries.

Simpser, Alberto. 2012. Does Electoral Manipulation Discourage Voter Turnout? Evidence from Mexico. Journal of Politics

Simpser, Alberto. 2013. The Intergenerational Persistence of Attitudes Toward Corruption. Working paper.

Simpson, D. 2014. The Art of the Watchdog: Fighting Fraud, Waste, Abuse, and Corruption in Government. Political Science Quarterly

Simpson, Matthew. 2014. Terrorism and Corruption: Alternatives for Goal Attainment within Political Opportunity Structures. International Journal of Sociology

Singer, Sam. 2009. The Foreign Corrupt Practices Act in the Private Equity Era: Extracting a Hidden Element. Emory International Law Review

Singh, D. 2015. Explaining Varieties of Corruption in the Afghan Justice Sector. Journal of Intervention & Statebuilding

Singh, G., R. Pathak, R. Naz & R. Belwal. 2010. E-Governance for Improved Public Sector Service Delivery in India, Ethiopia and Fiji. International Journal of Public Sector Management

Singh, Gurharpal. 1997. Understanding Political Corruption in Contemporary Indian Politics. Political Studies.

Sinlapapiromsuk, Tidarat. 2013. The Legal Consequences of Investor Corruption in Investor-State Disputes: How Should the System Proceed? Transnational Dispute Management

Sivachenko, Irina. 2013. Corporate Victims of "Victimless Crime": How the FCPA's Statutory Ambiguity, Coupled with Strict Liability, Hurts Businesses and Discourages Compliance. Boston College Law Review

Siverson, Randolph M. & Richard A.I. Johnson. 2014. Politics and Parasites: The Contribution of Corruption to Human Misery. International Studies Quarterly

Sjahar, Bambang Suharnoko, Krisztina Kis-Katos & Guenther G. Schulze. 2014.

Administrative Overspending in Indonesian Districts: The Role of Local Politics. World Developmen

Sjoberg, Fredrik M. 2014. Autocratic Adaptation: The Strategic Use of Transparency and the Persistence of Election Fraud. Electoral Studies

Skidmore, Max J. 1996. Promise and Peril in Combating Corruption: Hong Kong's ICAC. Annals of the American Academy of Political and Social Science

Skladany, Martin. 2009. Buying Our Way Out of Corruption: Performance-Based Incentive Bonuses for Developing Country Politicians and Bureaucrats. Yale Human Rights & Development Law Journal

Skoblikov, Petr A. 2006. How Is Corruption Punished in Present Day Russia? A Comparative Legal Analysis of Criminal Legislation and Judiciary Practice. European Journal of Crime, Criminal Law & Criminal Justice

Slomczynski, Kazimierz M. & Goldie Shabad. 2012. Perceptions of Political Party Corruption and Voting Behavior in Poland. Party Politics

Smaltz, Donald C. 1998. The Independent Counsel: A View from Inside. Georgetown Law Journal

Smart, A. & C.L. Hsu. 2007. "Corruption or Social Capital? Tact and the Performance of Guanxi in Market Socialist China", in M. Juijten & G. Anders eds., Corruption and the Secret of Law: A Legal Anthropological Perspective. (Burlington, VT: Ashgate)

Smarzynska, B.K. & S.-J. Wei. 2000. Corruption and the Composition of Foreign Direct Investment: Firm Level Evidence. NBER Working Paper No. 7969.

Smilov, D. 2010. Anticorruption Agencies: Expressive, Constructivist and Strategic Uses. Crime, Law & Social Change

Smirnova, Larisa. 2014. Political Reform and the Fight Against Corruption in the PRC: International Experience and the Chinese Model. International Affairs

Smith, Brian. 2008. Edmund Burke, the Warren Hastings Trial, and the Moral Dimension of Corruption. Polity

Smith, Charles F. & Brittany D. Parling. 2012. "American Imperialism": A Practitioner's Experience with Extraterritorial Enforcement of the FCPA. University of Chicago Legal Forum

Smith, D., H. Stettler & W. Beedles. 1984. An Investigation of the Information Content of Foreign Sensitive Payment Disclosures. Journal of Accounting & Economics

Smith, Daniel J. 2014. Corruption Complaints, Inequality and Ethnic Grievances in Post-Biafra Nigeria. Third World Quarterly

Smith, Daniel Jordan. 2001. Kinship and Corruption in Contemporary Nigeria. Ethnos 66(3): 344-364.

Smith, Daniel Jordan. 2008. A Culture of Corruption: Everyday Deception and Popular Discontent in Nigeria.

Smith, Eric J. 2012. Resolving Ambiguity in the FCPA through Compliance with the OECD Convention on Bribery of Foreign Public Officials. Maryland Journal of International Law

Smith, L.E. 2014. Is Strict Liability the Answer in the Battle against Foreign Corporate Bribery? Brooklyn Law Review

Smith, N. & E. Thomas. 2015. Determinants of Russia's Informal Economy: The Impact of Corruption and Multinational Firms. Journal of East-West Business

Smith, Richard C. 2013. Combating FCPA Charges: Is Resistance Futile? Virginia Journal of International Law

Smith, Russell G. & Penny Jorna. 2012. "Corrupt Misuse of Information and Communications Technologies", in Adam Graycar & Russell G. Smith eds., Handbook of Global Research and Practice in Corruption ,

Smith, Trevor. 1995. Political Sleaze in Britain: Causes, Concerns, and Cures. Parliamentary Affairs

Smith-Crowe, K. & D. Warren. 2014. The Emotion-Evoked Collective Corruption Model: The Role of Emotion in the Spread of Corruption within Organizations. Organizational Science

Smulovitz, Catalina & Enrique Peeruzzotti. 2000. Societal Accountability in Latin America. Journal of Democracy

Smyth, Russell & Joanne Xiaolei Qian. 2008. Corruption and Left-Wing Beliefs in a Post-Socialist Transition Economy: Evidence from China's Harmonious Society. Economics Letters .

Sneath, D. 2002. Reciprocity and Notions of Corruption in Contemporary Mongolia.Mongolian Studies

Sneath, David. 2006. Transacting and Enacting: Corruption, Obligation, and the Use of Monies in Mongolia. Ethnos

Snider, Thomas R. & Won Kidane. 2007. Combating Corruption Through International Law in Africa: A Comparative Analysis. Cornell International Law Journal

Snow Bailard, Catie. 2009. Mobile Phone Diffusion and Corruption in Africa. Political Communication.

Snyder, James M., Jr. & David Stromberg. 2010. Press Coverage and Political Accountability. Journal of Political Economy

Sohail, M. & S. Cavill. 2008. Accountability to Prevent Corruption in Construction Projects. Journal of Construction Engineering & Management

Sohmen, Helmut. 1999. Critical Importance of Controlling Corruption. International Law

Somlo, M.J. 2015. Historical Inefficiencies and Future Potential: A Critical Analysis of the Foreign Corrupt Practices Act of 1977. International Journal of Economics & Accounting

Song, Xuguang & Wenhao Cheng. 2012. Perceptions of Corruption in 36 Major Chinese Cities: Based on Survey of 1,642 Experts. Social Indicators Research

Soper, Daniel S. & Haluk Demirkan. 2012. How ICTs Affect Democracy and Corruption in Emerging Societies. IEEE IT Professional

Soper, Daniel S. 2007. ICT Investment Impacts on Future Levels of Democracy, Corruption, and E-Government Acceptance in Emerging Countries. Working paper.

Soreide, Tina & Rory Truex. 2013. Multistakeholder Groups for Better Sector Performance: A Key to Fight Corruption in Natural Resource Governance? Development Policy Review

Soreide, Tina, Linda Groning & Rasmus H. Wandall. 2015. An Efficient Anticorruption Sanctions Regime? The Case of the World Bank. (Working paper.)

Soreide, Tina. 2006. Is It Wrong to Rank? A Critical Assessment of Corruption Indices.

CMI Working Paper 2006:1. Chr. Michelsen Institute, Bergen.

Soreide, Tina. 2008. Beaten by Bribery: Why Not Blow the Whistle? Journal of Institutional & Theoretical Economics.

Soreide, Tina. 2009. Too Risk Averse to Stay Honest? Business Corruption, Uncertainty and Attitudes Toward Risk. International Review of Law & Economics

Soreide, Tina. 2013. "Democracy's Shortcomings in Anti-Corruption", in Susan Rose-Ackerman & Paul D. Carrington eds., Anti-Corruption Policy: Can International Actors Play a Constructive Role? (Durham: Carolina Academic Press).

Soreide, Tina. 2014. Drivers of Corruption: A Limited Review. Working paper.

Sorensen, Juliet. 2012. Ideals without Illusions: Corruption and the Future of a Democratic North Africa. Northwestern University Journal of International Human Rights

Sosa, Luis A. 2004. Wages and Other Determinants of Corruption. Review of Development Economics.

Sovacool, B. & N. Andrews. 2015. Does Transparency Matter? Evaluating the Governance Impacts of the Extractive Industries Transparency Initiative (EITI) in Azerbaijan and Liberia. Resources Policy

Soyaltin, D. 2015. Political Corruption in Comparative Perspective: Sources, Status and Prospects. Political Studies Review

Spagnolo, Giancarlo. 2004. Divide et Imperia: Optimal Leniency Programmes. CEPR Discussion Papers 4840.

Spahn, Elizabeth K. 2012. Local Law Provisions under the OECD Anti-Bribery Convention. Syracuse Journal of International Law & Commerce

Spahn, Elizabeth K. 2012. Multijurisdictional Bribery Law Enforcement: The OECD Anti-Bribery Convention. Virginia Journal of International Law

Spahn, Elizabeth. 2009. Discovering Secrets: Act of State Defenses to Bribery Cases. Hofstra Law Review

Spahn, Elizabeth. 2009. International Bribery: The Moral Imperialism Critiques. Minnesota Journal of International La

Spahn, Elizabeth. 2010. Nobody Gets Hurt? Georgetown Journal of International Law

Spalding, Andrew Bradley. 2014. Corruption, Corporations, and the New Human Right. Washington University Law Review

Spalding, Andrew Brady. 2010. Unwitting Sanctions: Understanding Anti-Bribery Legislation as Economic Sanctions Against Emerging Markets. Florida Law Review

Spalding, Andrew Brady. 2011. The Irony of International Business Law: U.S.Progressivism and China's New Laissez-Faire. UCLA Law Review

Spalding, Andrew Brady. 2012. Four Unchartered Corners of Anti-Corruption Law: In Search of Remedies. Wisconsin Law Review

Spalding, Andrew Brady. 2014. Restorative Justice for Multinational Corporations.

Sparrow, Malcolm K. 1996. License to Steal: Why Fraud Plagues America's Health Care System (Westview Press).

Speck, Bruno. 2011. "Auditing Institutions", in Timothy Power & Matthew Taylor eds., Corruption and Democracy in Brazil: The Struggle for Accountability (Indiana: University of Notre Dame Press).

Spector, Bertram I., ed. 2005. Fighting Corruption in Developing Countries: Strategies and Analysis. Bloomfield, CT: Kumarian Press.

Spector, Bertram I., Michael Johnston & Phyllis Dininio. 2005. "Learning Across Cases: Trends in Anticorruption Strategies," in Bertram Spector ed. Fighting Corruption in Developing Countries: Strategies and Analysis (Bloomfield, CT: Kumarian Press)

Spence, Matthew J. 2005. American Prosecutors as Democracy Promoters: Prosecuting Corrupt Foreign Officials in U.S. Courts. Yale Law Journal

Spinesi, L. 2009. Rent-Seeking Bureaucracies, Inequality, and Growth. Journal of Development Economics

Spinney, Laura. 2011. The Underhand Ape: Why We Are All Corrupt. New Scientist

Sporkin, Stanley. 1998. The Worldwide Banning of Schmiergeld: A Look at the Foreign Corrupt Practices Act on its Twentieth Birthday. Northwestern Journal of International Law & Business

Stanig, Piero. 2015. Regulation of Speech and Media Coverage of Corruption: An Empirical Analysis of the Mexican Press. American Journal of Political Science

Stansbury, J. & B. Barry. 2007. Ethics Programs and the Paradox of Control. Business Ethics Quarterly

Stansbury, Jason M. & Bart Victor. 2009. Whistle-Blowing among Young Employees: A Life-Course Perspective. Journal of Business Ethics

Stapenhurst, F., K. Jacobs & R. Pelizzo. 2014. Corruption and Legislatures. Public Integrity

Stapenhurst, Rick & Sahr J. Kpundeh eds. 1999. Curbing Corruption: Toward a Model for Building National Integrity (Washington, D.C.: World Bank).

Stapenhurst, Rick. 2000. The Media's Rule in Curbing Corruption. Working Paper, World Bank Institute.

Stark, Andrew. 2000. Conflict of Interest in American Public Life (Cambridge: Harvard University Press).

Starr, Sonja. 2007. Extraordinary Crimes at Ordinary Times: International Justice Beyond Crisis Situations. Northwestern University Law Review

Stead, D. 2015. What Does the Quality of Government Imply for Urban Prosperity? Habitat International

Stefes, Christoph H. 2007. Measuring, Conceptualizing, and Fighting Systemic Corruption: Evidence from Post-Soviet Countries. Perspectives on Global Issues

Stein, Alex. 2012. Corrupt Intentions: Bribery, Unlawful Gratuity, and Honest-Services Fraud. Law & Contemporary Problems

Stein, Elizabeth A. & Marisa Kellam. 2014. Programming Presidential Agendas: Partisan and Media Environments that Lead Presidents to Fight Crime and Corruption. Political Communication

Steinitz, Maya & Paul A. Gowder, Jr. 2014. Corruption and the Transnational Litigation Prisoners' Dilemma. Working paper.

Stensota, Helena, Lena Wangnerud & Richard Svensson. 2015. Gender and Corruption: The Mediating Power of Institutional Logics. Governance

Stephan, Paul B. 1999. Rationality and Corruption in the Post-Socialist World. Connecticut Journal of International Law

Stephan, Paul B. 2013. Regulatory Competition and Anticorruption Law. Virginia Journal of International Law Digest

Stephenson, Kevin, Larissa Gray & Ric Power. 2011. Barriers to Asset Recovery: An Analysis of the Key Barriers and Recommendations for Action. Washington, D.C.: Stolen Asset Recovery Initiative.

Stephenson, Matthew C. 2015. "Corruption and Democratic Institutions: A Review and Synthesis", in Susan Rose-Ackerman & Paul Lagunes eds., Greed, Corruption, and the Modern State

Stepurko, T., M. Pavlova, I. Gryga & W. Groot. 2010. Empirical Studies on Informal Patient Payments for Health Care Services: A Systematic and Critical Review of Research Methods and Instruments. BMC Health Services Research

Stessens, Guy. 2001. The International Fight Against Corruption. International Review of Penal Law

Stevens, P. 2003. Resource Impact: Curse or Blessing? A Literature Survey. Journal of Energy Literature

Stevenson, Drury D. & Nicholas J. Wagoner. 2011. FCPA Sanctions: To Big to Debar? Fordham Law Review

Steves, Franklin & Alan Rousso. 2003. Anti-Corruption Programmes in Post-Communist Transitions Countries and Changes in the Business Environment, 1999-2002. EBRD

Stevulak, C. & M.P. Brown. 2011. Activating Public Sector Ethics in Transitional Societies. Public Integrity

Stewart, Carter. 2012. The FCPA Is Just as Relevant and Necessary Today as Thirty-Five Years Ago. Ohio State Law Journal

Stinson, P.M., J. Liederbach, S.L. Brewer, H.D. Schmalzried, B.E. Mathna, & K.L.

Long. 2013. A Study of Drug-related Police Corruption Arrests. Policing: An International Journal of Police Strategies & Management

Stockemer, Daniel & Aksel Sundstrom. 2013. Corruption and Citizens' Satisfaction with Democracy in Europe: What Is the Emprical Linkage? Comparative Governance & Politics .

Stockemer, Daniel, Bernadette LaMontagne & Lyle Scruggs. 2012. Bribes and Ballots: The Impact of Corruption on Voter Turnout in Democracies. International Political Science Review

Stokes, Susan C. 2005. Perverse Accountability: A Formal Model of Machine Politics with Evidence from Argentina. American Political Science Review

Stolen Assets Recovery Initiative. 2012. Public Office, Private Interests: Accountability through Income and Asset Disclosure. Washington, D.C.: Stolen Asset Recovery Initiative.

Stolenberg, Clyde D. Globalization, "Asian Values," and Economic Reform: The Impact of Tradition and Change on Ethical Values in Chinese Business. Cornell International Law Journal

Stone, B. 2015. Accountability and the Design of an Anticorruption Agency in a Parliamentary Democracy. Policy Studies

Strader, J. Kelly. 2011. Skilling Reconsidered: The Legislative-Judicial Dynamic, Honest Services Fraud, and the Ill-Conceived "Clean Up Government Act". Fordham Urban Law Journal

Stratmann, Thomas. 2003. Do Strict Electoral Campaign Finance Rules Limit Corruption? CESinfoDICE Report

Straub, Stephane. 2005. Corruption and Product Market Competition. ESE Discussion Papers 131 (Edinburgh School of Economics, University of Edinburgh) Straub, Stephane. 2008. Opportunism, Corruption and the Multinational Firm's Mode of Entry. Journal of International Economics

Straub, Stephane. 2009. Regulatory Intervention, Corruption and Competition. Review of Industrial Organization

Straub, Stephane. 2015. "The Story of Paraguayan Dams: The Long-Term Consequences of Wrongdoing in Procurement", in Susan Rose-Ackerman & Paul Lagunes eds., Greed, Corruption, and the Modern State

Strauss, David A. 1994. Corruption, Equality, and Campaign Finance Reform. Columbia Law Review .

Strauss, Emily N. 2013. "Easing Out" the FCPA Facilitation Payment Exception. Boston University Law Review

Stremlau, N., E. Fantini & I. Gagliardone. 2015. Patronage, Politics and Performance: Radio Call-In Programmes and the Myth of Accountability. Third World Quarterly

Stringhini S., S. Thomas, P. Bidwell, T. Mtui & A. Mwisongo. 2009. Understanding Informal Payments in Health Care: Motivation of Health Workers in Tanzania. Human Resources for Health

Stromberg, David. 2001. Mass Media and Public Policy. European Economic Review 4.

Stromberg, David. 2004. Mass Media Competition, Political Competition, and Public Policy. Review of Economic Studies.

Stromberg, David. 2004. Radio's Impact on Public Spending. Quarterly Journal of Economics

Subedi, M.S. 2006. Corruption in Nepal: An Anthropological Inquiry. Journal of Sociology & Anthropology

Sukhtankar, Sandip. 2012. Sweetening the Deal? Political Connections and Sugar Mills in India. American Economic Journal: Applied Economics

Sukhtankar, Sandip. 2015. The Impact of Corruption on Consumer Markets: Evidence fromt the Allocation of Second-Generation Wireless Spectrum in India. Journal of Law & Economics

Summerfield, Jason Noah. 2009. The Corruption Defense in Investment Disputes: A Discussion of the Imbalance between International Discourse and Arbitral Decisions. Transnational Dispute Management

Sun, X., J. Zhu & Y. Wu. 2014. Organizational Clientalism: An Analysis of Private Entrepreneurs in Chinese Local Legislatuers. Journal of East Asian Studies

Sun, Y. 2001. The Politics of Conceptualizing Corruption in Reform China. Crime, Law & Social Change.

Sun, Yan & Michael Johnston. 2009. Does Democracy Check Corruption? Insights from China and India. Comparative Politics

Sun, Yan. 1999. Reform, State, and Corruption: Is Corruption Less Destructive in China than in Russia? Comparative Politics

Sun, Yan. 2004. Corruption and Market in Contemporary China.

Sun, Yan. 2009. "Cadre Recruitment and Corruption: What Goes Wrong?", in Gong, T. & S.K. Ma eds., Preventing Corruption in Asia: Institutional Design and Policy Capacity (London: Routledge),

Sundell, Anders. 2012. Legalize It: An Argument for Formalizing Petty Corruption when State Capacity is Low. QoG Working Paper Series

Sundell, Anders. 2012. What Is the Best Way to Recruit Public Servants? QoG Working Paper Series

Sundell, Anders. 2013. Nepotism in the Swedish Central Public Administration 1790-1925.

Sundell, Anders. 2014. Are Formal Civil Service Examinations the Most Meritocratic Way to Recruit Civil Servants? Not in All Countries. Public Administration

Sundell, Anders. 2014. Understanding Informal Payments in the Public Sector: Theory and Evidence from Nineteenth Century Sweden. Scandinavian Political Studies

Sundet, Geir. 2007. Public Expenditure Tracking Studies: Lessons from Tanzania. U4 Brief No. 14 (Bergen: Chr. Michelsen Institute).

Sundet, Geir. 2008. Following the Money: Do Public Expenditure Tracking Surveys Matter? U4 Issue 2008:8. Bergen, Norway: U4 Anti-Corruption Resource Center.

Sundstrom, A. & D. Stockemer. 2015. Voter Turnout in the European Regions: The Impact of Corruption Perceptions. Electoral Studies

Sundstrom, A. 2015. Covenants with Broken Swords: Corruption and Law Enforcement in Governance of the Commons. Global Environmental Change—Human & Policy Dimensions

Sundstrom, Aksel & Lena Wangnerud. 2014. Corruption as an Obstacle to Women's Political Representation: Evidence from Local Councils in 18 European Countries. Party Politics .

Sundstrom, Aksel. 2012. Corruption and Regulatory Compliance: Experimental Findings from South African Small-Scale Fisheries. Marine Policy

Sundstrom, Aksel. 2013. Corruption in the Commons: Why Bribery Hampers Enforcement of Environmental Regulations in South African Fisheries. International Journal of the Commons

Sung, Hung-En & Doris Chu. 2003. Does Participation in the World Economy Reduce Political Corruption? An Empirical Inquiry. International Journal of Comparative Criminology

Sung, Hung-En. 2002. A Convergence Approach to the Analysis of Political Corruption: A Cross-National Study. Crime, Law & Social Change

Sung, Hung-En. 2003. Fairer Sex or Fairer System? Gender and Corruption Revisited. Social Forces

Sung, Hung-En. 2004. Democracy and Political Corruption: A Cross-National Comparison. Crime, Law & Social Change

Sung, Hung-En. 2005. Between Demand and Supply: Bribery in International Trade. Crime, Law & Social Change

Sung, Hung-En. 2006. From Victims to Saviors? Women, Power, and Corruption. Current History

Sung, Hung-En. 2009. Transnational Corruption in Weapon Procurement in East Asia: A Case Analysis. Sociological Focus

Sung, Hung-En. 2012. Women in Government, Public Corruption, and Liberal Democracy: A Panel Analysis. Crime, Law & Social Chang

Sunstein, Cass R. 1998. Bad Incentives and Bad Institutions. Georgetown Law Journal

Suphachalasai, Suphachol. 2005. Bureaucratic Corruption and Mass Media. Working Paper.

Suriya, Komsan & Sumate Pruekruedee. 2014. Bounded Rational Corruptoin Model.

Empirical Econometrics & Quantitative Economics Letters 3(1): 1-32.

Surjadinata, Kenneth U. 1998. Revisiting Corrupt Practices from a Market Perspective. Emory Int'l L.

Suryadarma, Daniel. 2012. How Corruption Diminishes the Effectiveness of Public Spending on Education in Indonesia. Bulletin of Indonesian Economic Studies 48(1): 85-100.

Sutherland, E. 2014. Corruption and Internet Governance. Info

Sutherland, E. 2015. Bribery and Corruption in Telecommunications—The Kingdom of Morocco..

Svensson, Jakob. 2000. Foreign Aid and Rent-Seeking. Journal of International Economics.

Svensson, Jakob. 2003. Who Must Pay Bribes and How Much? Evidence from a Cross Section of Firms. Quarterly Journal of Economics

Svensson, Jakob. 2005. Eight Questions about Corruption, J. Econ. Perspectives,

Swaleheen, Mushfiq us. 2007. Corruption and Investment Choices: A Panel Data Study. Kyklos

Swaleheen, Mushfiq us. 2008. Corruption and Saving in a Panel of Countries. Journal of Macroeconomics

Swaleheen, Mushfiq. 2011. Economic Growth with Endogenous Corruption: An Empirical Study. Public Choice

Swamy, Anand, Stephen Knack, Young Lee & Omar Azfar. 2001. Gender and Corruption. Journal of Development Economics

Swanson, Todd. 2007. Greasing the Wheels: British Deficiencies in Relation to American Clarity in International Anti-Corruption Law. Georgia Journal of International & Comparative Law

Syfert, Scott D. 1999. Capitalism or Corruption? Corporate Structure, Western Investment and Commercial Crime in the Russian Federation. N.Y.L. Sch. J. Int'l & Comp.

Szanto, Z. 1999. Principals, Agents, and Clients: Review of the Modern Concept of Corruption. Innovation: The European Journal of the Social Sciences

Szarek-Mason, Patrycja. 2014. "OLAF: The Anti-Corruption Policy within the European Union", in Jean-Bernard Auby, Emmanuel Breen & Thomas Perroud eds., Corruption and Conflicts of Interest: A Comparative Law Approach

Szeftel, Morris. 1998. Misunderstanding African Politics: Corruption and the Governance Agenda. Review of African Political Economy

Szeftel, Morris. 2000. Between Governance & Under-Development: Accumulation & Africa's 'Catastrophic Corruption'. Review of African Political Economy

Szeftel, Morris. 2000. Clientalism, Corruption and Catastrophe. Review of African Political Economy

Tabish, S.Z.S. & Kumar Neeraj Jha. 2012. The Impact of Anti-Corruption Strategies on Corruption Free Performance in Public Construction Projects. Construction Management & Economics

Takyi-Asiedu, Stephen. 1993. Some Socio-Cultural Factors Retarding Entrepreneurial Activity in Sub-Saharan Africa. Journal of Business Venturing

Tamashasky, Eric. 2004. The Lewis Carroll Offense: The Ever-Changing Meaning of "Corruptly" Within the Federal Criminal Law. Journal of Legislation

Tambulasi, R.I.C. 2009. The Public Sector Corruption and Organised Crime Nexus: The Case of the Fertiliser Subsidy Programme in Malawi. African Security Review 1

Tamm, I., C. Lucky & S. Humphreys. 2005. Legal Remedies for the Resource Curse: A Digest of Experience in Using Law to Combat Natural Resource Corruption.

Tangri, Roger & Andrew M. Mwenda. 2001. Corruption and Cronyism in Uganda's Privitisation in the 1990s. African Affairs

Tangri, Roger & Andrew M. Mwenda. 2003. Military Corruption and Ugandan Politics Since the Late 1990s. Review of African Political Economy 98:

Tangri, Roger & Andrew M. Mwenda. 2006. Politics, Donors and the Ineffectiveness of Anti-Corruption Institutions in Uganda. Journal of Modern African Studies

Tannenbaum, Brette M. 2012. Reframing the Right: Using Theories of Intangible Property to Target Honest Services Fraud After Skilling. Columbia Law

Tansung, Cagla. 2014. "The Legal Regulations for the Prevention of Corruption of Civil Servants in Turkey and the Council of Ethics for Public Service", in Jean-Bernard Auby, Emmanuel Breen & Thomas Perroud eds., Corruption and Conflicts of Interest: A Comparative Law Approach

Tanzi, Vito & Hamid R. Davoodi. 1997. Corruption, Public Investment and Growth. International Monetary Fund Working Paper No. 97/139.

Tanzi, Vito. 1995. Corruption, Governmental Activities, and Markets. Finance & Development

Tanzi, Vito. 1998. Corruption Around the World: Causes, Consequences, Scope and Cures. IMF Staff Papers

Tanzi, Vito. 2000. Policies, Institutions and the Dark Side of Economics (Cheltenham, UK: Edward Elgar).

Tarullo, Daniel K., Claire M. Dickerson, Joel Paul & Susan Rose-Ackermanl. 2000.

Political Corruption as an International Offense. Proceedings of the Annual Meeting (American Society of International Law) 94: 56-59

Tarullo, Daniel. 2004. The Limits of Institutional Design: Implementing the OECD Anti-Bribery Convention. Virginia Journal of International Law

Tarun, Robert W. & Peter P. Tomczak. 2010. A Proposal for a United States Department of Justice Foreign Corrupt Practices Act Leniency Policy. American Criminal Law Review

Tavares, Jose. 2003. Does Foreign Aid Corrupt? Economic Letters

Tavares, Samia Costa. 2007. Do Rapid Political and Trade Liberalizations Increase Corruption? European Journal of Political Economy

Tavits, Margit & Joshua D. Potter. 2012. Electoral Institutions and Corruption in Campaign Finance. .

Tavits, Margit. 2007. Clarity of Responsibility and Corruption. American Journal of Political Science.

Tavits, Margit. 2008. Representation, Corruption, and Subjective Well-Being. Comparative Political Studies

Tavits, Margit. 2010. Why Do People Engage in Corruption? The Case of Estonia. Social Forces

Taylor, Cherie O. 2008. The Foreign Corrupt Practices Act: A Primer. International Trade Law Journal

Taylor, Jennifer Dawn. 2001. Ambiguities in the Foreign Corrupt Practices Act: Unnecessary Costs of Fighting Corruption? Louisiana Law Review

Taylor, Scott D. 2006. Divergent Politico-Legal Responses to Past Presidential Corruption in Zambia and Kenya: Catching the "Big Fish", or Letting Them Off the Hook? Third World Quarterly

Teachout, Zephyr. 2009. The Anti-Corruption Principle. Cornell Law Review

Teachout, Zephyr. 2014. Corruption in America (Cambridge: Harvard University Press).

Teixeira, A.A.C. & L. Guimaraes. 2015. Corruption and FDI: Does the Use of Distinct Proxies for Corruption Matter? Journal of African Business

Teksoz, S. Utku. 2004. Corruption and Foreign Direct Investment: An Empirical Analysis. Working paper.

Tenbrunsel, A.E. & D.M. Messick. 1999. Sanctioning Systems, Decision Frames, and Cooperation. Administrative Science Quarterly

Tenbrunsel, Ann E. & David E. Messick. 2004. Ethical Fading: The Role of Self-Deception in Unethical Behavior. Social Justice Research

Tenbrunsel, Ann E., K. Smith-Crowe & E.E. Umphress. 2003. Building Houses on Rocks: The Role of the Ethical Infrastructure in Organizations. Social Justice Research

Tenbrusel, A.E. & K. Smith-Crowe. 2008. Ethical Decision Making: Where We've Been and Where We're Going. Academy of Management Annals

Teorell, Jan & Bo Rothstein. 2015. Getting to Sweden, Part I: War and Malfeasance, 1720-1850. Scandinavian Political Studies

Teorell, Jan. 2007. Corruption as an Institution: Rethinking the Origins of the Grabbing Hand. QoG Working Paper Series 2007: 5 (The Quality of Government Institute, University of Gothenburg)

Testa, Cecilia. 2010. Bicameralism and Corruption. European Economic Review

Thachil, Tariq & Emmanuel Teitelbaum. 2015. Ethnic Parties and Public Spending. Compartive Political Studies

Thachuk, Kimberly. 2005. Corruption and International Security. SAIS Review

Thampi, Gopakumar & Sita Sekhar. 2006. "Citizen Report Cards", in Charles Sampford, Arthur Shacklock, Carmel Connors & Fredrik Galtung eds., Measuring Corruption (Aldershot: Ashgate)

Themudo, Nuno S. 2013. Reassessing the Impact of Civil Society: Nonprofit Sector, Press Freedom, and Corruption. Governance

Themudo, Nuno S. 2014. Government Size, Nonprofit Sector Strength, and Corruption: A Cross-National Examination. American Review of Public Administratio

Theobald, Robin. 1990. Corruption, Development, and Underdevelopment (Durham: Duke University Press)

Theobald, Robin. 1994. Lancing the Swollen African State: Will It Alleviate the Problem of Corruption? Journal of Modern African Studies

Theobald, Robin. 1997. Can Debt Be Used To Combat Political Corruption in Africa? Crime, Law & Social Change

Theobald, Robin. 1999. So What Really Is the Problem about Corruption? Third World Quarterly

Thomas, Chantal. 1999. Does the "Good Governance Policy" of the International Financial Institutions Privilege Markets at the Expense of Democracy? Connecticut Journal of International Law

Thomas, Cortney C. 2010. The Foreign Corrupt Practices Act: A Decade of Rapid Expansion Explained, Defended, and Justified. Review of Litigation 29: 439-470.

Thomas, M.A. & Patrick Meagher. 2004. A Corruption Primer: An Overview of Concepts in the Corruption Literature. IRIS Discussion Paper No. 04/03.

Thomas, Melissa. 2010. What Do the Worldwide Governance Indicators Measure? European Journal of Development Research 2

Thompson, Dennis F. 1985. Ethics in Congress: From Individual to Institutional Corruption. Washington, D.C.: Brookings Institution.

Thompson, Dennis F. 1993. Mediated Corruption: The Case of the Keating Five. American Political Science Review

Thompson, Dennis F. 2005. Two Concepts of Corruption: Making Campaigns Safe for Democracy. George Washington Law Review

Thompson, L.D. 2014. In-Sourcing Corporate Responsibility for Enforcement of the Foreign Corrupt Practices Act. American Criminal Law Review

Thompson, Robin & Ana Xavier. 2003. Unofficial Payments for Acute State Hospital Care in Kazakhstan: A Model of Physician Behavior with Price Discrimination and Vertical Service Differentiation. Royal Economic Society Annual Conference 2003, 224.

Thornton, J. 2008. Corruption and the Composition of Tax Revenue in Middle East and African Economies. South African Journal of Economics

Thornton, M. 2002. Corruption and Foreign Aid.

Thoumi, Francisco E. 1987. Some Implications of the Growth of the Underground Economy in Columbia. J. Interamerican Stud. & World Af.

Tian, P. 2015. A Tale of Two Systems. Nature

Tian, Xiaowen & Vai Io Lo. 2009. Conviction and Punishment: Free Press and Competitive Elections as Deterrents to Corruption. Public Management Review

Tignor, Robert L. 1993. Political Corruption in Nigeria Before Independence. Journal of Modern African Studies

Tillipman, Jessica. 2012. A House of Cards Falls: Why "Too Big to Debar" Is All Slogan and Little Substance. Fordham Law Review Res Getae

Timamy, K.M.H. 2005. African Leaders and Corruption. Review of African Political Economy .

Timmons, J.F. & F. Garifas. 2015. Revealed Corruption, Taxation, and Fiscal Accountability: Evidence from Brazil. World Development.

Timofeyev, Y. 2015. Analysis of Predictors of Organizational Losses Due to Occupational Corruption. International Business Review

Ting, Michael M. 2008. Whistleblowing. American Political Science Review

Tirole, Jean. 1986. Hierarchies and Bureaucracies–On the Role of Collusion in Organizations. Journal of Law, Economics, & Organization .

Tirole, Jean. 1996. A Theory of Collective Reputations with Applications to the Persistence of Corruption and to Firm Quality Review of Economic Studies

Tiwari, Aviral Kumar. 2012. Corruption, Democracy and Bureaucracy. Theoretical & Applied Economics

To, Phuc Xuan, Sango Mahanty & Wolfram Dressler. 2014. Social Networks of Corruption in the Vietnamese and Lao Cross-Border Timber Trade. Anthropological Forum.

Tomaszewksa, Ewa & Anwar Shah. 2000. Phantom Hospitals, Ghost Schools and Roads to Nowhere: The Impact of Corruption on Public Service Delivery Performance in Developing Countries. (World Bank Working Paper).

Tomini, S. & H. Maarse. 2011. How Do Patient Characteristics Influence Informal Payments for Inpatient and Outpatient Health Care in Albania: Results of Logit and OLS Models Using Albanian LSMS 2005. BMC Public Health

Tomsa, D. 2015. Local Politics and Corruption in Indonesia's Outer Islands. Journal of the Humanities & Social Sciences of Southeast Asia & Oceania 171(2-3): 196-.

Tonoyan, Vartuhi, M. Perlitz & W.W. Wittmann. 2004. "Corruption and Entrepreneurship: Unwrittten Codes of Conduct, Trust and Social Values, East-West Comparison", in Frontiers of Entrepreneurship (Babson Park: Babson College)

Tonoyan, Vartuhi, Robert Strohmeyer, Moshin Habib & Manfred Perlitz. 2010.

Corruption and Entrepreneurship: How Formal and Informal Institutions Shape Small Firm Behavior in Transition and Mature Market Economies. Entrepreneurship: Theory & Practice .

Tonoyan, Vartuhi. 2003. Corruption and Entrepreneurship: Does Trust Matter? Journal of Transforming Economies & Societies

Tonoyan, Vartuhi. 2005. "The Dark Side of Trust: Corruption and Entrpreneurship", in H. Hohmann & F. Welter eds., Trust and Entrepreneurship: A West-East-Perspective (Cheltenham: Edward Elgar)

Torenvlied, Rene & Carolien M. Klein Haarhuis. 2008. Polarization and Policy Reform: Anti-Corruption Policymaking in Sub-Saharan Africa. Journal of Peace Research

Torgler, Benno & Bin Dong. 2009. Corrutpion and Political Interest: Empirical Evidence at the Micro Level. Journal of Interdisciplinary Economics

Torgler, Benno & Marco Piatti. 2013. Extraordinary Wealth, Globalization, and Corruption. Review of Income & Wealth.

Torgler, Benno & Neven T. Valev. 2006. Corruption and Age. Journal of Bioeconomics

Torgler, Benno & Neven T. Valev. 2007. Public Attitudes toward Corruption and Tax Evasion: Investigating the Role of Gender Over Time. Working paper.

Torgler, Benno & Neven T. Valev. 2010. Gender and Public Attitudes toward Corruption and Tax Evasion. Contemporary Economic Policy

Torgler, Benno. 2004. Tax Morale, Trust and Corruption: Empirical Evidence from Transition Countries. Working paper.

Tornell, A. & P. Lane. 1999. Voracity and Growth. American Economic Review

Tornell, Aaron & Philip Lane. 1999. The Voracity Effect. American Economic Review

Tornell, Aaron & Philip R. Lane. 1998. Are Windfalls a Curse? A Non-Representative Agent Model of the Current Account. Journal of International Economics 44: 83-112.

Torres-Fowler, R. Zachary & Kenneth Anderson. 2011. The Bribery Act's New Approach to Corporate Hospitality. Virginia Journal of International Law Digest

Torres-Fowler, R. Zachary. 2012. Undermining ICSID: How the Global Antibribery Regime Impairs Investor-State Arbitration. Virginia Journal of International Law

Torrez, Jimmy. 2002. The Effect of Openness on Corruption. Journal of International Trade & Economic Development

Torsello, Davide. 2010. Corruption and the Economic Crisis: Empirical Indications from Eastern Europe. Slovak Foreign Policy Affair

Torsello, Davide. 2011. The Ethnographic Study of Corruption: Research Themes in Political Anthropology. Working Paper 2011:2, Quality of Government Institute, University of Gothenburg.

Torsello, Davide. 2012. Environmental Activism, Corruption and Local Responses to the EU Enlargement: Case Studies from Eastern and Western Europe. Urbanites 1(1): 54-59.

Torsello, Davide. 2015. "The Ethnographic Study of Corruption: Methodology and Research Focuses" , in Paul M. Heywood ed., The Routledge Handbook of Political Corruption (New York: Routledge)

Torvik, Ragnar 2002. Natural Resources, Rent Seeking and Welfare. Journal of Development Economics

Tosun, M.U., M.O. Yurdakul & Varol Iyidogan. 2014. The Relationship between Corruption and Foreign Direct Investment Inflows in Turkey: An Empirical Examination. Transylvanian Review of Administrative Sciences

Townsend, Janet G. & Alan R. Townsend. 2004. Accountability, Motivation and Practice: NGOs North and South. Social & Cultural Geography

Toye, John & Mick Moore. 1998. Taxation, Corruption and Reform. European Journal of Development Researc

Tran, Anh. 2011. Which Regulations Reduce Corruption? Evidence from the Internal Records of a Bribe-Paying Firm.

Tran, Ngoc Anh. 2010. "Corruption, Political Systems and Human Development," in A.K. Rajivan & R. Gampat eds., Perspectives on Corruption and Human Development (McMillan)

Trautman, Lawrence J. & Kara Altenbaumer-Price. 2011. The Foreign Corrupt Practices Act: Minefield for Directors. Virginia Law & Business Review

Treisman, Daniel. 2000. The Causes of Corruption: A Cross National Study. Journal of Public Economics

Treisman, Daniel. 2006. Fiscal Decentralization, Governance, and Economic Performance: A Reconsideration. Economics & Politic

Treisman, Daniel. 2007. What Have We Learned About Causes of Corruption from Ten Years of Cross-National Empirical Research? Annual Review of Political Science

Treisman, Daniel. 2015. "What Does Cross-National Emperical Research Reveal About the Causes of Corruption?" , in Paul M. Heywood ed., The Routledge Handbook of Political Corruption (New York: Routledge)

Trevino, L.K. & G.R. Weaver. 2001. Organizational Justice and Ethics Program Follow Through: Influences on Employees' Helpful and Harmful Behavior. Business Ethics Quarterly

Trevino, L.K. & G.R. Weaver. 2003. Managing Ethics in Business Organizations (Stanford, CA: Stanford Business Books).

Trevino, L.K. & S.A. Youngblood. 1990. Bad Apples in Bad Barrels: A Causal Analysis of Ethical Decision-Making Behavior. Journal of Applied Psychology

Trevino, Linda K., G.R. Weaver, D. Gibson & B. Toffler. 1999. Managing Ethics and Legal Compliance: What Works and What Hurts. California Management Review

Trevino, Linda K., Gary R. Weaver & Scott J. Reynolds. 2006. Behavior Ethics in Organizations: A Review. Journal of Management

Trivunovic, M., J. Johnson & N. Taxell. 2013. The Role of Civil Society in the UNCAC Review Process: Moving Beyond Compliance? U4 Issue 2013:4 (Bergen: CMI).

Tromme, M. & M.A.L. Otaola. 2014. Enrique Pena Nieto's National Anti-Corruption Commission and the Challenges of Waging War Against Corruption in Mexico. Mexican Studies

Trongmateerut, P. & J.T. Sweeney. 2013. The Influence of Subjective Norms on Whistle-Blowing: A Cross-Cultural Investigation. Journal of Business Ethics 112(3): 437-451.

Tronnes, Robert D. 2000. Ensuring Uniformity in the Implementation of the 1997 OECD Convention on Combating Bribery of Foreign Public Officials in International Business Transactions. George Washington International Law Review

Trost, Christine & Alison L. Gash.2008. Conflict of Interest and Public Life: Cross-National Perspectives. Cambridge: Cambridge University Press.

Truex, Rory & Tina Soreide. 2011. "Why Multi-Stakeholder Groups Succeed and Fail", in International Handbook on the Economics of Corruption, Vol. II. (Edward Elgar Publishing).

Truex, Rory. 2011. Corruption, Attitudes, and Education: Survey Evidence from Nepal. World Development

Trzcinski, Leah M. 2013. The Impact of the Foreign Corrupt Practices Act on Emerging Markets: Company Decision-Making in a Regulated World. New York University Journal of International Law & Politics

Tsalikis, John & Osita Nwachukwu. 1991. A Comparison of Nigerian to American Views of Bribery and Extortion in International Commerce. Journal of Business Ethics

Tudoroiu, Theodor. 2014. Democracy and State Capture in Moldova. Democratization.

Tullock, Gordon. 1996. Corruption Theory and Practice. Contemporary Economic Policy

Tummala, Krishna K. 2002. Corruption in India: Control Measures and Consequences. Asian Journal of Political Science.

Turk, Matthew C. 2013. A Political Economy Approach to Reforming the Foreign Corrupt Practices Act. Northwestern Journal of International Law & Business

Turner, Wayne. 2009. The False Claims Act: How Vigilantes Find Justice Fighting Government Fraud and Corruption. University of the District of Columbia Law Review

Tusalem, R.F. 2015. State Regulation of Religion and the Quality of Governance. Politics & Policy

Tverdova, Yuliya V. 2011. See No Evil: Heterogeneity in Public Perception of Corruption. Canadian Journal of Political Science

Tyburski, M.D. 2014. Curse or Cure? Migrant Remittances and Corruption. Journal of Politics

Tyler, Andrew. 2011. Enforcing Enforcement: Is the OECD Anti-Bribery Convention's Peer Review Effective? George Washington International Law Review

Tyler, Tom R. & Steven L. Blader. 2005. Can Businesses Effectively Regulate Employee Conduct? The Antecedents of Rule Following in Work Settings. Academy of Management Journal

Uberti, L.J. 2014. Is Separation of Powers a Remedy for the Resource Curse? Firm Licensing, Corruption and Mining Development in Post-War Kosovo. New Political Economy

Uche, R.D. 2014. Students' Perception of Corrupt Practices Among Nigerian Universities Lecturers. American Journal of Humanities & Social Sciences

Uchendu, F.N. & T.O. Abolarin. 2015. Corrupt Practices Negatively Influenced Food Security and Life Expectency in Developing Countries. Pan African Medical Journal

Udin, M. Bashir. 2014. Human Trafficking in South Asia: Issues of Corruption and Human Security. International Journal of Social Work & Human Services

Udombana, Nsongurua J. 2003. Fighting Corruption Seriously? Africa's Anti-Corruption Convention. Sing. J. Int'l & Comp.

Ugol'nitskii, G.A. & A.B. Usov. 2014. Dynamic Models of Struggle against Corruption in Hierarchical Management Systems of Exploitation of Biological Resources. Journal of Computer & Systems Sciences International

Ugur, M. & N. Dasgupta. 2011. Evidence on the Economic Growth Impacts of Corruption in Low-Income Countries and Beyond: A Systematic Review. University of London, EPPI-Centre.

Ugur, Mehmet. 2014. Corruption's Direct Effects on Per-Capita Income Growth: A Meta-Analysis. Journal of Economic Surveys .

Uhlenbruck, K., P. Rodriguez, J. Doh & L. Eden. 2006. The Impact of Corruption on Entry Strategy: Evidence from Telecommunication Projects in Emerging Economies. Organization Science

Ujhelyi, Gergely. 2014. Civil Service Rules and Policy Choices: Evidence from U.S. State Governments. American Economic Journal: Economic Policy

Ukase, Patrick & Bem Audu. 2015. The Role of Civil Society in the Fight Against Corruption in Nigeria's Fourth Republic: Problems, Prospects and the Way Forward. European Scientific Journal

Ul Haque, Nadeem & Ratna Sahay. 1996. Corruption and the Rate of Temptation: Do Government Wage Cuts Close Budget Deficits? Costs of Corruption. IMF Staff Papers

Umek, Lan. 2014. An Application of Subgroup Discovery Algorithm on the Case of Decentralization and Quality of Governance in EU. International Public Administration Review

Underkuffler, Laura. 2013. Captured by Evil: The Idea of Corruption in Law. (New Haven: Yale University Press).

UNDP Bratislava Regional Centre. 2011. Study on the Role of Social Media for Enhancing Public Transparency and Accountability in Eastern Europe and the Commonwealth of Independent States: Emerging Models, Opportunities and Challenges.

Ungpakorn, J.G. 2002. From Tragedy to Comedy: Political Reform in Thailand. Journal of Contemporary Asia 32(2): 191-205.

United Nations Development Program. 2014. Anticorruption Strategies: Understanding What Works, What Doesn't and Why, Lessons Learned from the Asia Pacific Region. (Bangkok: UNDP).

United Nations Development Programme. 2005. Institutional Arrangements to Combat Corruption: A Comparative Study.

Uribe, L.J. 2014. The Dark Side of Social Capital Re-Examined from a Policy Analysis Perspective: Networks of Trust and Corruption. Journal of Comparative Policy Analysis

Urofsky, Philip, Hee Won (Marina) Moon & Jennifer Rimm. 2012. How Should We Measure the Effectiveness of the Foreign Corrupt Practices Act? Don't Break What Isn't Broken—The Fallacies of Reform. Ohio State Law Journal

Urofsky, Philip. 2009. "Recent Trends and Patterns in FCPA Enforcement," in White Collar Crime 2009: Prosecutors and Regulators Speak

Uslaner, Eric M. & Bo Rothstein. 2014. The Historical Roots of Corruption: State Building, Economic Inequality, and Mass Education. Working paper.

Uslaner, Eric M. 2004. "Trust and Corruption," in Johan Graff Lamsdorf, Markus Taube

& Matthias Schramm, eds. The New Institutional Economics of Corruption (Loundon: Routledge)

Uslaner, Eric M. 2007. "Inequality and Corruption," in George Mavrotas & Anthony Shorrocks, eds. Advancing Development: Core Themes in Global Economics (London: Palgrave).

Uslaner, Eric M. 2008. Corruption, Inequality, and the Rule of Law: The Bulging Pocket Makes the Easy Life. Cambridge University Press.

Uslaner, Eric M. 2009. "Corruption, Inequality, and Trust," in Gert Tinggaard Svendsen

& Gunnar Lind Haase Svendsen, eds. Handbook on Social Capital (London: Edward Elgar).

Uslaner, Eric M. 2010. "Tax Evasion, Corruption, and the Social Contract in Transition,"

in James Alm, Jorge Martinez-Vazquez & Benno Torgler, eds. Developing Alternative Frameworks for Explaining Tax Compliance (London: Routledge), pp. 206-225.

Uslaner, Eric M. 2011. Corruption and Inequality. CESifo DICE Report

Uslaner, Eric M. 2012. "Counting the Cost of Corruption," in Paul Heywood, ed.

International Handbook of Political Corruption (London: Routledge).

Uslaner, Eric M. 2015. "The Consequences of Corruption" , in Paul M. Heywood ed., The Routledge Handbook of Political Corruption (New York: Routledge), pp. 199-211.

Uzoma Ihugba, B. 2014. A Critical Analysis of the Auditing and Reporting Functions of Nigeria Extractive Industry Transparency Initiative (NEITI) Act 2007. Journal of International Trade Law & Policy 13(3): 232-.

Vachudova, M. 2009. Corruption and Compliance in the EU's Post-Communist Members and Candidates. Journal of Common Market Studies

Vadlamannati, Krishna Chaitanya. 2015. Fighting Corruption or Elections? The Politics of Anti-Corruption Policies in India. Journal of Comparative Economics (forthcoming).

Vagliasindi, Maria. 2011. "Public versus Private Governance and Performance: Evidence from Public Utility Service Provision", in International Handbook on the Economics of Corruption, Vol. II. (Edward Elgar Publishing).

Vaidya, Samarth. 2005. Corruption in the Media's Gaze. European Journal of Political Economy

van Aaken, Anne, Eli Salzberger & Stefan Voigt. 2004. The Prosecution of Public Figures and the Separation of Powers. Confusion Within the Executive Branch--A Conceptual Framework. Constitutional Political Economy

van Aaken, Anne, Lars Feld & Stefan Voigt. 2010. Do Independent Prosecutors Deter Political Corruption? An Empirical Evaluation Across Seventy-Eight Countries, American Law & Economics Review

Van Alstine, Michael P. 2012. Treaty Double Jeopardy: The OECD Anti-Bribery Convention and the FCPA. Ohio State Law Journal

van Biezen, Ingrid & Petr Kopecky. 2007. The State and the Parties: Public Funding, Public Regulation and Rent-Seeking in Contemporary Democracies. Party Politics

van de Mortel, Elma & Peter Cornelisse. 1994. The Dynamics of Corruption and Black Markets: An Application of Catastrophe Theory. Public Finance 49(Supp)

van der Does de Willebois, Emile & Jean-Pierre Brun. 2013. Using Civil Remedies in Corruption and Asset Recovery Cases. Case Western Journal of International Law

van der Does de Willebois, Emile et al. 2011. The Puppet Masters: How the Corrupt Use Legal Structures to Hide Stolen Assets and What to Do About It. Washington, D.C.: Stolen Asset Recovery Initiative.

van der Ploeg, F. & S. Poelhekke. 2010. The Pungent Smell of "Red Herrings": Subsoil Assets, Rents, Volatility and the Resource Curse. Journal of Environmental Economics & Management

Van der Ploeg, F. 2011. Natural Resources: Curse or Blessing? Journal of Economic Literature

van Harn, C. & S.I. Lindberg. 2015. From Sticks to Carrots: Electoral Manipulation in Africa, 1986-2012. Government & Opposition

Van Klinken, Gerry & Edward Aspinall. 2011. "Building Relations: Corruption, Competition and Cooperation in the Construction Industry", in Edward Aspinall & Gerry Ven Klinken eds., The State and Illegalilty in Indonesia (Leiden: KITLV Press).

Van Rijckeghem, Caroline & Beatrice Weder. 2001. "Bureaucratic Corruption and the Rate of Temptation: Do Wages in the Civil Service Affect Corruption, and By How Much?" J. Development Econ.

van Rooij, Benjamin. 2005. China's War on Graft: Politico-Legal Campaigns Against Corruption in China and Their Similarities to the Legal Reactions to Crisis in the U.S. Pacific Rim Law & Policy Journal

van Vuuren, Hennie. 2014. South Africa: Democracy, Corruption and Conflict Management. Democracy Works Conference Paper.

Vanhanen, T. 1999. Domestic Ethnic Conflict and Ethnic Nepotism. Journal of Peace Research

Vanucci, A. 2009. The Controversial Legacy of 'Mani Pulite': A Critical Analysis of Italian Corruption and Anti-Corruption Policies. Bulletin of Italian Politics

Varese, Federico. 1997. The Transition to the Market and Corruption in Post-Socialist Russia. Political Studies

Varese, Federico. 2015. "Underground Banking and Corruption", in Susan Rose-Ackerman & Paul Lagunes eds., Greed, Corruption, and the Modern State ,

Varoufakis, Yanis. 2006. The Bonds that Impede: A Model of the Joint Evolution of Corruption and Apathy. Indian Economic Journal

Varvarigos, D. & P. Arsenis. 2015. Corruption, Fertility, and Human Capital. Journal of Economic Behavior & Organization

Vaughn, Robert G. 1990. Ethics in Government and the Vision of Public Service. George Washington Law Review

Vega, Matt A. 2009. The Sarbanes-Oxley Act and the Culture of Bribery: Expanding the Scope of Private Whistleblower Suits to Overseas Employees. Harvard Journal on Legislation

Vega, Matt A. 2010. Balancing Judicial Cognizance and Caution: Whether Transnational Corporations Are Liable for Foreign Bribery Under the Alien Tort Statute. Michigan Journal of International Law

Venard, Bertrand. 2009. Corruption in Emerging Countries: A Matter of Isomorphism. M@n@gement

Venard, Bertrand. 2009. Organizational Isomorphism and Corruption: An Empirical Research in Russia. Journal of Business Ethics

Venard, Bertrand. 2013. Institutions, Corruption and Sustainable Development. Economics Bulletin.

Venard, Betrand & Mohamed Hanafi. 2008. Organizational Isomorphism and Corruption in Financial Institutions: Empirical Research in Emerging Countries. Journal of Business Ethics

Ventelou, Bruno. 2002. Corruption in a Model of Growth: Political Reputation, Competition and Shocks. Public Choice

Verardi, Vincenzo. 2004. Electoral Systems and Corruption. Revista Latonoamericana de Desarrollo Economico

Verbrugge, Randal J. 2006. Nonergodic Corruption Dynamics (or, Why Do Some Regions within a Country Become More Corrupt Than Others?). Journal of Public Economic Theory

Verma, Arvind. 1999. Cultural Roots of Police Corruption in India. Policing.

Verma, P. & S. Sengupta. 2015. Bribe and Punishment: An Evolutionary Game-Theoretic Analysis of Bribery.

Veron, Rene, Glyn Williams, Stuart Corbridge & Manoj Srivastava. 2006. Decentralized Corruption or Corrupt Decentralization? Community Monitoring of Poverty-Alleviation Schemes in Eastern India. World Development

Verver, J. 2015. Lessons from the FIFA Corruption Scandal. Risk Management

Vian, Taryn & L.J. Burak. 2006. Beliefs About Informal Payments in Albania. Health Policy & Planning .

Vian, Taryn, William D. Savedoff & Harald Mathisen. 2010. Anticorruption in the Health Sector: Strategies for Transparency and Accountability (Sterling, VA: Kumarian Press).

Vian, Taryn. 2009. Review of Corruption in the Health Sector: Theory, Methods and Interventions. Health Policy & Planning

Vicente, Pedro C. & Leonard Wantchekon. 2009. Clientalism and Vote Buying: Lessons from Field Experiments in African Elections. Oxford Review of Economic Policy

Vicente, Pedro C. 2010. Does Oil Corrupt? Evidence from a Natural Experiment in West Africa. Journal of Development Economics

Vicente, Pedro C. 2011. "Oil, Corruption, and Vote-Buying: A Review of the Case of Sao Tome and Principe", in International Handbook on the Economics of Corruption, Vol. II. (Edward Elgar Publishing).

Vicente, Pedro C. 2014. Is Vote Buying Effective? Evidence from a Field Experiment in West Africa. Economc Journal

Vigneswaran, D.V. 2011. Incident Reporting: A Technique for Studying Police Corruption. Policing & Society

Villareal, Andres. 2002. Political Corruption and Violence in Mexico: Hierarchical Social Control in Local Patronage Structures. American Sociological Review

Vincke, Francois. 1997. How Effective Is the Business Community in Combating Corruption? American Society of International Law Proceedings

Vincke, Francois. 2013. Recent Anti-Corruption Initiatives and Their Impact on Arbitration. ICC International Court of Arbitration Bulletin

Vinod, Hrishikesh D. 1999. Statistical Analysis of Corruption Data and Using the Internet to Reduce Corruption. Journal of Asian Economics

Vinod, Hrishikesh D. 2003. Open Economy and Financial Burden of Corruption: Theory and Application to Asia. Journal of Asian Economics

Vinogradov, A. 2014. Government, Business, and Corruption in China. Far Eastern Affair

Vitell, Scott J., Saviour L. Nwachukwu & James H. Barnes. 1993 The Effects of Culture on Ethical Decision-Making: An Application of Hofstede's Typology. Journal of Business Ethics

Vithiatharan, V. & E.T. Gomez. 2014. Politics, Economic Crises and Corporate Governance Reforms: Regulatory Capture in Malaysia. Journal of Contemporary Asia

Vivyan, Nick, Markus Wagner & Jessica Tarlov. 2012. Representative Misconduct, Voter Perceptions and Accountability: Evidence from the 2009 House of Commons Expenses Scandal. Electoral Studies

Vlasic, Mark V. & Gregory Cooper. 2011. Beyond the Duvalier Legacy: What New

"Arab Spring" Governments Can Learn from Haiti and the Benefits of Stolen Asset Recovery. Northwestern Journal of International Human Rights

Vlasic, Mark V. & Gregory Cooper. 2011. Repatriating Justice: New Trends in Stolen Asset Recovery. Georgetown Journal of International Affairs

Vlasic, Mark V. & Jenae N. Noell. 2010. Fighting Corruption to Improve Global Security: An Analysis of International Asset Recovery Systems. Yale Journal of International Affairs. .

Vlasic, Mark V. & Peter Atlee. 2014. Myanmar and the Dodd-Frank Whistleblower

"Bounty": The U.S. Foreign Corrupt Practices Act and Curbing Grand Corruption through Innovative Action. American University International Law Review

Vogl, Frank. 1998. The Supply Side of Global Bribery. Finance & Development

Vogl, Frank. 2013. Waging War on Corruption: Inside the Movement Fighting the Abuse of Power.

Vohs, Kathleen D. & Jonathan W. Schooler. 2008. The Value of Believing in Free Will: Encouraging a Belief in Determinism Increases Cheating. Psychological Science 19: 49-54.

Voigt, Lydia & William E. Thornton. 2015. Disaster-Related Human Rights Violations and Corruption: A 10-Year Review of Post-Hurricane Katrina New Orleans. American Behavioral Scientist

Voigt, S. & J. Gutmann. 2015. On the Wrong Side of the Law – Causes and Consequences of a Corrupt Judiciary. International Review of Law & Economics (forthcoming).

Voigt, Stefan & Lorenz Blume. 2012. The Economic Effects of Federalism and Decentralization: A Cross-Country Assessment. Public Choice

Volrasarn, Thananun & Napat Harnpornchai. 2014. The Estimation of Bounded Rational Corruption Model. International Journal of Intelligent Technologies & Applied Statistics

Von Alemann, Ulrich. 2004. The Unknown Depths of Political Theory: The Case for a Multidimensional Concept of Corruption. Crime, Law & Social Change

Von Luebke, C. 2010. The Politics of Reform: Political Scandals, Elite Resistance, and Presidential Leadership in Indonesia. Journal of Current Southeast Asian Affairs,

Von Maravic, Patrick. 2007. Decentralized Corruption in Germany. Public Administration Quarterly

Von Maravic, Patrick. 2007. Public Management Reform and Corruption –

Conceptualizing the Unintended Consequences. Administration & Public Management Review

Von Muhlenbrock, Gisela. 1997. Discretion and Corruption: The Chilean Judiciary. Crime, Law & Social Change .

Von Rosenvinge, D. Alison. 2009. Global Anti-Corruption Regimes: Why Law Schools May Want to Take a Multi-Jurisdictional Approach. German Law Journal

von Soest, Christian. 2009. Stagnation of a "Miracle": Botswana's Governance Record Revisited. Working paper.

Vorster, J.M. 2015. The Possible Contribution of Civil Society in the Moral Edification of South African Society: The Example of the "United Democratic Front" and the "Treatment Action Campaign" (1983-2014). Hervormde Teologiese Studies

Vostroknutova, Ekaterina. 2003. Shadow Economy, Rent-Seeking Activities and the Perils of Reinforcement of the Rule of Law.

Voyer, P.A. & P.W. Beamish. 2004. The Effect of Corruption on Japanese Foreign Direct Investment. Journal of Business Ethics

Wabwile, N. 2015. Transnational Corruption, Violations of Human Rights and States' Extraterritorial Responsibility: A Case for International Action Strategies. African Journal of Legal Studies

Wade, Robert. 1982. The System of Administrative and Political Corruption: Canal Irrigation in South India. Journal of Development Studies

Wade, Robert. 1984. Irrigation Reform in Conditions of Popular Anarchy: An Indian Case. Journal of Development Economics.

Wade, Robert. 1985. The Market for Public Office: Why the Indian State Is Not Better at Development. World Development

Wadho, W.A. 2014. Education, Rent Seeking and the Curse of Natural Resources. Economics & Politics

Wagner, Benjamin & Leslie Gielow Jacobs. 2009. Retooling Law Enforcement to Investigate and Prosecute Entrenched Corruption: Key Criminal Procedure Reforms for 289

Indonesia and Other Nations. University of Pennsylvania Journal of International Law

Wahyuni, Z., Y. Adriani & Z. Nihaya. 2015. The Relationship Between Religious Orientation, Moral Integrity, Personality, Organizational Climate and Anti Corruption Intentions in Indonesia. International Journal of Social Science & Humanity

Wallace, Claire & Rossalina Latcheva. 2006. Economic Transformation Outside the Law: Corruption, Trust in Public Institutions and the Informal Economy in Transition Countries of Central and Eastern Europe. Europe-Asia Studie

Wallace, J. Clifford. 1998. Resolving Judicial Corruption While Preserving Judicial Independence: Comparative Perspectives. California Western International Law Journal

Wallace, J.J., P.V. Fishback & S. Kantor. 2006. "Politics, Relief, and Reform: Roosevelt's Efforts to Control Corruption and Political Manipulation during the New Deal", in E.L. Glaeser & C. Goldin eds., Corruption and Reform: Lessons from America's Economic History (Chicago: University of Chicago Press)

Wallace-Bruce, Nii Lante. 2000. Corruption and Competitiveness in Global Business— The Dawn of a New Era. Melbourne University Law Review

Waller, Christopher J., Thierry Verdier & Roy Gardner. 2002. Corruption: Top Down or Bottom Up? Economic Inquiry

Wallis, John Joseph. 2005. Constitutions, Corporations, and Corruption: American States and Constitutional Change, 1842 to 1852. Journal of Economic History

Walton, Grant & S. Dix. 2013. Papua New Guinean Understandings of Corruption: Insights from a Nine Province Survey. Working paper.

Walton, Grant W. 2013. An Argument for Reframing Debates about Corruption: Insights from Papua New Guinea. Asia Pacific Viewpoint

Walton, Grant. 2009. "Rifling Through Corruption's Baggage: Understanding Corruption Through Discourse Analysis," in M. Dobashi, J. Hooker & P. Madsen eds., A Survey of International Corporate Responsibility, Volume 4 (Charlottesville: Philosophy Documentation Centre)

Walton, Grant. 2009. Rural People's Perceptions of Corruption in Papua New Guinea.

Walton, Grant. 2010. A Comparison of Two Papua New Guinean Anti-Corruption Agencies and their Policies.

Walton, Grant. 2011. "The Rise of Economic Discourse: Corruption and Anti-Corruption in the Development Industry," in S.B. Dahiya, K. Chakravarty, N. Rathee & S.V. Lamba eds., Governance Issues and Corruption (Rohtak, India: Intellectual Foundation)

Walton, Grant. 2013. Is All Corruption Dysfunctional? Perceptions of Corruption and its Consequences in Papua New Guinea. Public Administration & Development

Walton, Grant. 2015. Defining Corruption where the State is Weak: The Case of Papua New Guinea. Journal of Development Studies

Wamey, Julius M. 1999. Can Corruption Be Measured? Bank's World

Wang, Chin-Shou & Charles Kurzman. 2007. "The Logistics: How to Buy Votes", in Frederic Charles Schaffer ed., Elections for Sale: The Causes and Consequences of Vote Buying (Boulder, CO: Lynne Rienner)

Wang, Hongying & James N. Rosenau. 2001. Transparency International and Corruption as an Issue of Global Governance. Global Governance.

Wang, K. & S. Tu. 2014. The Influence of National Leader Change on Corruption and Sovereign Rating. Acta Oeconomica

Wang, L. & J.K. Murnighan. 2014. Money, Emotions, and Ethics Across Individuals and Countries. Journal of Business Ethics

Wang, P. 2014. Extra-Legal Protection in China. British Journal of Criminology

Wang, Shing-Yi. 2013. Marriage Networks, Nepotism, and Labor Market Outcomes in China. American Economic Journal: Applied Economics

Wang, Tangjia. 2014. Is Confucianism a Source of Corruption in Chinese Society? A New Round of Debate in Mainland China. Dao

Wang, V. & L. Rakner. 2005. The Accountability Function of Supreme Audit Institutions in Malawi, Uganda and Tanzania. U4 Report 2005:4 (Bergen: CMI).

Wang, Yuhua. 2014. Institutions and Bribery in an Authoritarian State. Studies in Comparative International Development

Wangnerud, Lena. 2010. Variation in Corruption between Mexican States: Elaborating the Gender Perspective.

Wangnerud, Lena. 2012. "Why Women Are Less Corrupt Than Men", in Soren Holmberg & Bo Rothstein eds., Good Government: The Relevance of Political Science .

Wangnerud, Lena. 2015. "Gender and Corruption" , in Paul M. Heywood ed., The Routledge Handbook of Political Corruption (New York: Routledge)

Wank, David L. "Bureaucratic Patronage and Private Business: Changing Networks of Power in Urban China", in Andrew G. Walder ed., The Waning of the Communist State (Berkeley: University of California Press)

Wank, David L. 2002. Evolving Business-State Clientelism in China: The Institutional Organization of a Smuggling Operation. Working paper.

Wanlin, Lori Ann. The Gap Between Promise and Practice in the Global Fight Against Corruption. Asper Review of International Business & Trade Law.

Wantchekon, Leonard. 2003. Clientalism and Voting Behavior: Evidence from a Field Experiment in Benin. World Politics

Warburton, John. 2001. "Corruption as a Social Process: From Dyads to Networks," in Corruption and Anti-Corruption (Peter Lamour & Nick Wolanin, eds.)

Ward, H. & H. Dorussen. 2015. Public Information and Performance: The Role of Spatial Dependence in the Worldwide Governance Indicators Among African Countries. World Development.

Ware, Glenn T., Shaun Moss, J. Edgardo Campos & Gregory P. Noone, "Corruption in Procurement", in Adam Graycar & Russell G. Smith eds., Handbook of Global Research and Practice in Corruption

Warin, F. Joseph & Andrew S. Boutros. 2007. Deferred Prosecution Agreements: A View from the Trenches and a Proposal for Reform. Virginia Law Review In Brief

Warin, F. Joseph, Charles Falconer & Michael S. Diamant. 2010. The British Are Coming!: Britain Changes Its Law on Foreign Bribery and Joins the International Fight Against Corruption. Texas International Law Journal

Warin, F. Joseph, Michael S. Diamant & Jill M. Pfenning. 2010. FCPA Compliance in China and the Gifts and Hospitality Challenge. Virginia Law & Business Review

Warin, F. Joseph, Michael S. Diamant & Veronica S. Root. 2011. Somebody's Watching Me: FCPA Monitorships and How They Can Work Better. University of Pennsylvania Journal of Business Law

Warner, Carolyn M. 2015. "Sources of Corruption in the European Union" , in Paul M.

Heywood ed., The Routledge Handbook of Political Corruption (New York: Routledge)

Warner, Carolyn. 2007. "Globalisation and Corruption", in G. Ritzer ed., The Blackwell Companion to Globalisation. London: Blackwell.

Warren, M. 2004. "Social Capital and Corruption", in D. Castiglione ed., Social Capital: Interdisciplinary Perspectives. (Oxford: Oxford University Press)

Warren, Mark E. 2004. What Does Corruption Mean in a Democracy? American Journal of Political Science

Warren, Mark E. 2006. Democracy and Deceit: Regulating Appearances of Corruption. American Journal of Political Science

Warren, Mark E. 2015. "The Meaning of Corruption in Democracies" , in Paul M.

Heywood ed., The Routledge Handbook of Political Corruption (New York: Routledge).

Watts, P. 2014. Corrupt Company Controllers, Their Companies and Their Companies' Creditors: Dealing with Pleas of Ex Turpi Causa. Journal of Business Law

Wayne, S. & R. Taagepera. 2005. Corruption, Culture and Communism. International Review of Sociology

Weaver, G.R. & L.K. Trevino. 1999. Compliance and Values Oriented Ethics Programs: Influences on Employees' Attitudes and Behavior. Business Ethics Quarterly

Weaver, G.R. 2001. Ethics Programs in Global Business: Culture's Role in Managing Ethics. Journal of Business Ethics

Weaver, G.R. 2006. Virtue in Organizations: Moral Identity as a Foundation for Moral Agency. Organization Studies

Weaver, G.R., L.K. Trevino & P.L. Cochran. 1999. Corporate Ethics Programs as Control Systems: Influences of Executive Commitment and Environmental Factors. Academy of Management Journal

Weaver, G.R., L.K. Trevino & P.L. Cochran. 1999. Integrated and Decoupled Corporate Social Performance: Management Values, External Pressures, and Corporate Ethics Practices. Academy of Management Journal

Webb, Philippa. 2005. The United Nations Convention Against Corruption: Global Achievement or Missed Opportunity? Journal of International Economic Law

Weber Abramo, Claudio. 2008. How Much Do Perceptions of Corruption Really Tell Us? Economics – The Open-Access, Open Assessment E-Journal

Weber, J. & K.A. Getz. 2004. Buy Bribes or Bye-Bye Bribes: The Future Status of Bribery in International Commerce. Business Ethics Quarterly

Weber, J. 2015. Investigating and Assessing the Quality of Employee Ethics Training Programs Among US-Based Global Organizations. Journal of Business Ethics

Webster, Mary Evans. 2008. Fifteen Minutes of Shame: The Growing Notoriety of Grand Corruption. Hastings International & Comparative Law Quarterly

Wedel, J. 2015. High Priests and the Gospel of Anti-Corruption. Challenge

Wedel, Janine R. 2001. Corruption and Organized Crime in Post-Communist States: New Ways of Manifesting Old Patterns. Trends in Organized Crime

Wedel, Janine R. 2012. Rethinking Corruption in an Age of Ambiguity. Annual Review of Law & Social Science

Wedeman, Andrew. 1997. "Looters, Rent-Scrapers, and Dividend Collectors: The Political Economy of Corruption in Zaire, South Korea, and the Philippines," Journal of Developing Areas,

Wedeman, Andrew. 2002. "Development and Corruption: The East Asian Paradox," in E.T. Gomez, ed. Political Business in East Asia (Routledge)

Wedeman, Andrew. 2002. "State Predation and Rapid Growth: The Polarisation of Business in China," in E.T. Gomez, ed. Political Business in East Asia (Routledge)

Wedeman, Andrew. 2004. The Intensification of Corruption in China. China Quarterly

Wedeman, Andrew. 2009. "China's War on Corruption", in Gong, T. & S.K. Ma eds., Preventing Corruption in Asia: Institutional Design and Policy Capacity (London: Routledge),

Weeks, Joseph R. 1986. Bribes, Gratuities and the Congress: The Institutionalized Corruption of the Political Process, the Impotence of the Criminal Law to Reach It, and a Proposal for Change. Journal on Legislation

Weghorst, Keith R. & Staffan I. Lindberg. 2011. Effective Opposition Strategies: Collective Goods or Clientalism? Democratization

Wei, Shang-Jin & Yi Wu. 2002. Negative Alchemy? Corruption, Composition of Capital Flows, and Currency Crises, in Sebastian Edwards & Jeffrey Frankel, eds. Preventing Currency Crises in Emerging Markets (Chicago: University of Chicago Press)

Wei, Shang-Jin. 2000. How Taxing is Corruption on International Investors? Review of Economics & Statistics.

Wei, Shang-Jin. 2000. Local Corruption and Global Capital Flows. Brookings Papers on Economic Activity

Wei, Shang-Jin. 2000. Natural Openness and Good Government. NBER Working Paper No. 7765.

Wei, Shang-Jin. 2001. Corruption in Economic Development: Grease or Sand?, in Economic Survey of Europe No. 2 (United Nations Economic Commission for Europe, Geneva)

Wei, Shang-Jin. 2001. Does Corruption Provide Relief on Tax and Capital Control for International Investors?, in James R. Hines, Jr., ed. International Taxation and Multinational Activity (Chicago: University of Chicago Press)

Wei, Shang-Jin. 2001. Domestic Crony Capitalism and International Fickle Capital: Is There a Connection? International Finance

Weinograd, Charles B. 2010. Clarifying Grease: Mitigating the Threat of Overdeterrence by Defining the Scope of the Routine Government Action Exception. Virginia Journal of International Law

Weintraub, Ellen L. 2004. Perspectives on Corruption. Election Law Journal

Weisel, Ori & Shaul Shalvi. 2015. The Collaborative Roots of Corruption. Proceedings of the National Academy of Sciences of the United States of America

Weiser, Stuart Marc. 1997. Dealing with Corruption: Effectiveness of Existing Regimes on Doing Business. American Society of International Law Proceedings

Weismann, Miriam F. 2009. The Foreign Corrupt Practices Act: The Failure of the Self-Regulatory Model of Corporate Governance in the Global Business Environment. Journal of Business Ethics

Weismann, Miriam F., Christopher A. Buscaglia & Jason Peterson. 2014. The Foreign Corrupt Practices Act: Why It Fails to Deter Bribery as a Global Market Entry Strategy. Journal of Business Ethics

Weiss, David C. 2009. The Foreign Corrupt Practices Act, SEC Disgorgement of Profits, and the Evolving International Bribery Regime: Weighing Proportionality, Retribution, and Deterrence. Michigan Journal of International Law

Weissman, Andrew & Alixandra Smith. 2010. Restoring Balance: Proposed Amendments to the Foreign Corrupt Practices Act (Washington, D.C.: U.S. Chamber Institute for Legal Reform).

Weitz, Justin. 2011. The Devil Is in the Details: 18 U.S.C. § 666 After Skilling v. United States. NYU Journal of Legislation and Public Policy 14: 805-.

Weitzel, Utz & Sjors Berns. 2006. Cross-Border Takeovers, Corruption, and Related Aspects of Governance. Journal of International Business Studies

Weitz-Shapiro, Rebecca & Matthew S. Winters. 2015. Can Citizens Discern? Information Credibility, Political Sophistication, and the Punishment of Corruption in Brazil.

Weitz-Shapiro, Rebecca. 2012. What Wins Votes: Why Some Politicians Opt Out of Clientalism. American Journal of Political Science

Welch, Susan & John R. Hibbing. 1997. The Effects of Charges of Corruption on Voting Behavior in Congressional Elections, 1982-1990, The Journal of Politics

Wells, Jill. 2013. "Corruption and Collusion in Construction: A View from the Industry", in Soreide, Tina & Aled Willams eds., Corruption, Grabbing and Development .

Welsch, Heinz. 2004. Corruption, Growth and the Environment: A Cross-Country Analysis. Environment & Development Economics

Welsch, Heinz. 2008. The Welfare Costs of Corruption. Applied Economics

Wen, Shuangge. 2013. The Achilles Heel that Hobbles the Asian Giant: The Legal and Cultural Impediments to Antibribery Initiatives in China. American Business Law Journa

Weng, W.W., C.K. Woo, Y.S. Cheng, T. Ho & I. Horowitz. 2015. Public Trust and Corruption Perception: Disaster Relief. Applied Economics

Werb, D., K.D. Wagner, L. Beletsky, P. Gonzalez-Zuniga, G. Rangel & S.A. Strathdee.

2015. Police Bribery and Access to Methadone Maintenance Therapy within the Context of Drug Policy Reform in Tijuana, Mexico. Drug & Alcohol Dependence

Werlin, Herbert H. 1994. Revisiting Corruption with a New Definition. International Review of Administrative Sciences .

Werlin, Herbert H. 2002. Secondary Corruption: The Concept of Political Illness. Journal of Social, Political & Economic Studies

Werlin, Herbert. 2013. Understanding International Corruption and What to Do About It. Challenge

Werner, C. 2000. Gifts, Bribes, and Development in Post-Soviet Kazakhstan. Human Organization .

Wesberry, James P., Jr. 1998. International Financial Institutions Face the Corruption Eruption: If the IFIs Put Their Muscle and Money Where Their Mouth Is, the Corruption 296 Eruption May Be Capped. Northwestern Journal of International Law & Business

Wescott, C. 2001. E-Government in the Asia-Pacific Region. Asia Journal of Political Science

Wescott, Clay G. 2003. E-Government to Combat Corruption in the Asia Pacific Region.

Westbrook, Amy Deen. 2010. Enthusiastic Enforcement, Informal Legislation: The Unruly Expansion of the Foreign Corrupt Practices Act. Georgia Law Review

Westbrook, Amy Deen. 2012. Double Trouble: Collateral Shareholder Litigation Following Foreign Corrupt Practices Act Investigations. Ohio State Law Journal

Wetter, J. Giles. 1994. Issues of Corruption before International Arbitral Tribunals: The Authentic Text and True Meaning of Judge Gunnar Lagergren's 1963 Award in ICC Case No. 1110. Arbitration International

Weyland, Kurt. 1998. The Politics of Corruption in Contemporary Latin America. Journal of Democracy

Wheeler, D. & A. Mody. 1992. International Investment Location Decisions: The Case of U.S. Firms. Journal of International Economics

Whitaker Charles N. 1992. Federal Prosecution of State and Local Bribery: Inappropriate Tools and the Need for a Structured Approach. Virginia Law Review

White, Andrew. 2006. The Paradox of Corruption as Antithesis to Economic Development: Does Corruption Undermine Economic Development in China and Indonesia and Why Are the Experiences Different in Each Country? Asian-Pacific Law & Policy Journal 8: 1-.

White, Brent T. 2009. Rotten to the Core: Project Capture and the Failure of Judicial Reform in Mongolia. East Asia Law Review

White, Brent T. 2010. Putting Aside the Rule of Law Myth: Corruption and the Case for Juries in Emerging Democracies. Cornell International Law Journal

White, Simone. 2014. "Footprints in the Sand: Regulating Conflict of Interest at EU Level", in Jean-Bernard Auby, Emmanuel Breen & Thomas Perroud eds., Corruption and Conflicts of Interest: A Comparative Law Approach

Widmalm, Sten. 2005. Explaining Corruption at the Village and Individual Level in India: Findings from a Study of the Panchayati Raj Reforms. Asian Survey

Widmalm, Sten. 2008. Decentralisation, Corruption, and Social Capital—From India to the West (Los Angeles: Sage Publications).

Widoyoko, D. 2007. Tackling Corruption to Improve Housing Services in Indonesia (Washington, D.C.: World Bank).

Wienekea, A. & T. Gries. 2011. SME Performance in Transition Economies: The Financial Regulation and Firm-Level Corruption Nexus. Journal of Comparative Economics 39: 221-229.

Wiens, David. 2013. Natural Resources and Institutional Development. Journal of Theoretical Politics.

Wigley, Simon. 2003. Parliamentary Immunity: Protecting Democracy or Protecting Corruption? Journal of Political Philosophy.

Wilhelm, Paul G. 2002. International Validation of the Corruption Perceptions Index. Journal of Business Ethics.

Wilkinson, P. 2006. "Reporting on Countering Corruption", in B. Errath ed., Business Against Corruption: Case Stories and Examples (New York: United Nations Global Compact Office)

Williams Robert, ed. 2000. Party Finance and Political Corruption. New York: St. Martin's Press.

Williams, A. Rebecca. 2015. An Inside Job: Using In-Court Sting Operations to Uncover Corruption in an Inadequate Self-Regulating System. Georgetown Journal of Legal Ethics

Williams, Andrew & Abu Siddique. 2008. The Use (and Abuse) of Governance Indicators in Economics: A Review. Economics of Governance .

Williams, Andrew. 2009. On the Release of Information by Governments: Causes and Consequences. Journal of Development Economics

Williams, Andrew. 2011. Shining a Light on the Resource Curce: An Empirical Analysis of the Relationship Between Natural Resources, Transparency, and Economic Growth. World Development

Williams, C.C. 2015. Evaluating Cross-National Variations in Envelope Wage Payments in East-Central Europe. Economic & Industrial Democracy

Williams, C.C. 2015. Explaining Cross-National Variations in the Informalisation of Employment: Some Lessons from Central and Eastern Europe. European Societies.

Williams, C.C. 2015. Tackling Informal Employment in Developing and Transition Economies: A Critical Evaluation of the Neo-Liberal Approach. International Journal of Business & Globalisation

Williams, Gregory Howard. 1990. Good Government by Prosecutorial Decree: The Use and Abuse of Mail Fraud. Arizona Law Review

Williams, H. 2002. Core Factors of Police Corruption Across the World. Forum on Crime & Society

Williams, J.W. & M.E. Beare. 1999. The Business of Bribery: Globalization, Economic Liberalization, and the "Problem" of Corruption. Crime, Law & Social Change

Williams, Robert & Alan Doig. 2004. A Good Idea Gone Wrong? Anti-Corruption Commissions in the Twenty-First Century. Bergen: The Christian Michelsen Institute.

Williams, Robert. 1999. New Concepts for Old? Third World Quarterly.

Williams, Robert. 2000. Party Finance and Political Corruption (MacMillan).

Williams, Sope. 2007. The Debarment of Corrupt Contractors from World Bank-Financed Contracts. Public Contract Law Journal

Wilsher, D. 2006. Inexplicable Wealth and Illicit Enrichment of Public Officials: A Model Draft that Respects Human Rights in Corruption Cases. Crime, Law & Social Change

Wilson, Bruce M. 2014. Costa Rica's Anti-Corruption Trajectory: Strengths and Limitations.

Wilson, John K. & Richard Damania. 2005. Corruption, Political Competition and Environmental Policy. Journal of Environmental Economics & Management

Wilson, Natasha N. 2014. Pushing the Limits of Jurisdiciton Over Foreign Actors Under the Foreign Corrupt Practices Act. Washington University Law Review

Wiltermuth, Scott S. 2011. Cheating More when the Spoils Are Split. Organizational Behavior & Homan Decision Processes

Windsor, Duane & Kathleen A. Getz. 2000. Multilateral Cooperation to Combat Corruption: Normative Regimes Despite Mixed Motives and Diverse Values. Cornell International Law Journal

Wines, W. & N. Napier. 1992. Toward an Understanding of Cross-Cultural Ethics: A Tentative Model. Journal of Business Ethics

Winters, Jeffrey A. 2002. "Criminal Debt", in Jonathan R. Pincus & Jeffrey A. Winters eds., Reinventing the World Bank.

Winters, L.A. 2004. Trade Liberalisation and Economic Performance: An Overview. Economic Journal .

Winters, M.S. & G. Martinez. 2015. The Role of Governance in Determining Foreign Aid Flow Composition. World Development

Winters, Matthew S. & Rebecca Weitz-Shapiro. 2013. Lacking Information or Condoning Corruption? When Will Voters Support Corrupt Politicians? Comparative Politics

Winters, Matthew S. & Rebecca Weitz-Shapiro. 2015. Political Corruption and Partisan Engagement: Evidence from Brazil. Journal of Politics in Latin America

Winters, Matthew S. & Rebecca Weitz-Shapiro. 2015. Who's in Charge here? Voter Punishment of Municipal Corruption.

Winters, Matthew S. 2010. Choosing to Target: What Types of Countries Get Different Types of World Bank Projects. World Politics

Winters, Matthew S. 2014. Targeting, Accountability and Capture in Development Projects. International Studies Quarterly .

Wirl, Franz. 1998. Socio-Economic Typologies of Bureaucratic Corruption and Implications. Journal of Evolutionary Economics 8: 199-220.

Witten, Roger M., Kimberly A. Parker, Jay Holtmeier & Thomas J. Koffer. 2009.

Prescriptions for Compliance with the Foreign Corrupt Practices Act: Identifying Bribery Risks and Implementing Anti-Bribery Controls in Pharmaceutical and Life Sciences Companies. Business Lawyer

Wolf, Sebastian. 2010. Assessing Eastern Europe's Anti-Corruption Performance: Views from the Council of Europe, OECD, and Transparency International. Global Crime

Wolfers, Justin. 2006. Point Shaving: Corruption in NCAA Basketballl. American Economic Review 96: 279-283.

Woodin, Christine M. 2012. A Solution to the Conflict over the Appropriate Unit of Prosecution for 18 USC § 666. University of Chicago Legal Forum

Woods, Neal D. 2008. The Policy Consequences of Political Corruption: Evidence from State Environmental Programs. Social Science Quarterly

World Bank, Energy, Transport & Water Department. 2009. Deterring Corruption and Improving Governance in the Electricity Sector (Washington, D.C.: World Bank).

World Bank, Independent Evaluation Group. 2008. Public Sector Reform: What Works and Why? An IEG Evaluation of World Bank Support. Washington, D.C.: World Bank.

World Bank, Independent Evaluation Group. 2011. A Review of World Bank Support for Accountability Institutions in the Context of Governance and Anticorruption.

World Bank. 1997. Helping Countries Combat Corruption: The Role of the World Bank.

World Bank. 2000. "Designing an Effective Anticorruption Strategy," in Anticorruption in Transition: A Contribution to the Policy Debate (Washington, D.C.: World Bank).

World Bank. 2010. Silent and Lethal: How Quiet Corruption Undermines Africa's Development Efforts (Washington, D.C.: World Bank).

World Bank. 2011 . Curbing Fraud, Corruption, and Collusion in the Roads Sector. (Washington, D.C.: World Bank).

World Bank. 2012. Fighting Corruption in Public Services: Chronicling Georgia's Reforms. Washington, D.C.: World Bank.

Worthy, Ben & Tom McClean. 2015. "Freedom of Information and Corruption" , in Paul M. Heywood ed., The Routledge Handbook of Political Corruption (New York: Routledge)

Wouters, Jan, Cedric Ryngaert & Ann Sofie Cloots. 2013. The International Legal Framework against Corruption. Melbourne Journal of International Law

Wrage, Alexandra & Kerry Mandernach. 2006. "Facilitation Payments", in B. Errath ed., Business Against Corruption: Case Stories and Examples (New York: United Nations Global Compact Office)

Wrage, Alexandra Addison. 2007. Bribery and Extortion.

Wren-Lewis, L. 2015. Do Infrastructure Reforms Reduce the Effect of Corruption? Theory and Evidence form Latin America and the Caribbean. World Bank Economic Revie

Wren-Lewis, Liam. 2013. "Anti-Corruption Policy in Regulation and Procurement: The Role of International Actors", in Susan Rose-Ackerman & Paul D. Carrington eds., Anti-Corruption Policy: Can International Actors Play a Constructive Role? (Durham: Carolina Academic Press)

Wright, B. 2010. Civilianising the 'Blue Code'? An Examination of Attitudes to Misconduct in the Police Extended Family. International Journal of Police Science & Management.

Wright, G. & J. Czelusta. 2004. Why Economies Slow: The Myth of the Resource Curse. Challenge

Wrong, Michela. 2009. It's Our Turn to Eat: The Story of a Kenyan Whistle-Blower.

Wrong, Michela. 2013. "How International Actors Can Help the Media in Developing Countries Play a Stronger Role in Combating Corruption", in Susan Rose-Ackerman & Paul D. Carrington eds., Anti-Corruption Policy: Can International Actors Play a Constructive Role? (Durham: Carolina Academic Press)

Wu, S.-Y.. 2006. Corruption and Cross-Border Investment by Multinational Firms. Journal of Comparative Economics

Wu, Xun. 2005. Corporate Governance and Corruption: A Cross-Country Analysis. Governance

Wu, Z.Y., J.C. Wu, S.C. Lin & C. Wang. 2014. An Electronic Voting Mechanism for Fighting Bribery and Coercion. Journal of Southeast Asian Studies

Wyatt, G. 2003. Corruption, Productivity, and Socialism. Kyklos .

Xin, Xiaohui & Thomas K. Rudel. 2004. The Context for Political Corruption: A Cross-National Analysis. Social Science Quarterly

Yackee, Jason Webb. 2012. Investment Treaties and Investor Corruption: An Emergent Defense for Host States? Virginia Journal of International Law

Yamamura, E. 2014. Corruption and Perceived Risk: A Case of the 2011 Fukushima Disaster. International Journal of Social Economics

Yamamura, Eiji 2014. Impact of Natural Disaster on Public Sector Corruption. Public Choice

Yan, J. & T.H. Oum. 2014. The Effect of Government Corruption on the Efficiency of US Commercial Airports. Journal of Urban Economics

Yan, Zhang & Yang Liu. 2016. The Competing Media Frame Study in One Country of Two Systems: The Case Study on Scandal of Chen Liangyu. International Journal of Social Science & Humanities

Yang, Dean. 2008. Can Enforcement Backfire? Crime Displacement in the Context of Customs Reform in the Philippines. Review of Economics & Statistics

Yang, Dean. 2008. Integrity for Hire: An Analysis of a Widespread Customs Reform. Journal of Law & Economics

Yanva, Vineeta. 2011. Political Parties, Business Groups, and Corruption in Developing Countries. Oxford University Press.

Yao, Shuntian. 2002. Privileges and Corruption: The Problems of China's Socialist Market Economy. American Journal of Economics and Sociology

Yap, O. Fiona. 2013. When Do Citizens Demand Punishment of Corruption? Results from Experimental Surveys in Australia and the United States. Australian Journal of Political Science

Yap, O. Fiona. 2014. Citizens' Response to Government Corruption: Experimental Evidence from Australia, Singapore, and the United States. Working paper.

Yavas, Cemile. 1998. A Comment on "Corruption by Design". Journal of Law, Economics & Organization

Yavas, Cemile. 2009. The Ghost of Corruption. B.E. Journal of Economic Analysis & Policy 7.

Yilmaz, G. & D. Soyaltin. 2014. Zooming into the "Domestic" in Europeanization: Promotion of Fight Against Corruption and Minority Rights in Turkey. Journal of Balkan & Near Eastern Studies

Yingling, M. Patrick & Mohamed A. Arafa. 2013. After the Revolution: Egypt's Changing Forms of Corruption. University of Baltimore Journal of International Law

Yockey, Joseph W. 2011. Solicitation, Extortion, and the FCPA. Notre Dame Law Review

Yockey, Joseph W. 2012. FCPA Settlement, Internal Strife, and the "Culture of Compliance" Wisconsin Law Review

Yockey, Joseph W. 2013. Choosing Governance in the FCPA Reform Debate. Journal of Corporation Law

Yolles, Maurice & Gerhard Fink. 2014. Personality, Pathology and Mindsets: Part 3 – Pathologies and Corruption. Kybernetes 4

Yong Hyo, C. & C. Byung-Dae. 2004. E-Government to Combat Corruption: The Case of Seoul Metropolitan Government. International Journal of Public Administration

Yoo, Seung Han. 2008. Petty Corruption. Economic Theory

Yoo, Seung Han. 2013. Competition, Corruption, and Institutional Design. Working paper.

You, Jong-Sung & Sanjeev Khagram. 2005. A Comparative Study of Inequality and Corruption. American Sociological Review.

Young, Nicola Man W., H. Worth., A. Kelly, D.P. Wilson & P. Siba. 2014. Is Endemic Political Corruption Hampering Provision of ART and PMTCT in Developing Countries? Journal of the International AIDS Society

Young, Simon N.M. 2009. Why Civil Actions Against Corruption? Journal of Financial Crime

Yu, Chilik, Chun-Ming Chen, Lung-Teng Hu & Wen-Jong Juang. 2009. "Evolving Perceptions of Government Integrity and Changing Anticorruption Measures in Taiwan", in Gong, T. & S.K. Ma eds., Preventing Corruption in Asia: Institutional Design and Policy Capacity (London: Routledge),

Yukins, Christopher R. 2007. Integrating Integrity and Procurement: The United Nations Convention Against Corruption and the UNCITRAL Model Procurement Law. Public Contract Law Journal

Yusuf, M., C.A. Malarvizhi, M.N. Huda Mazumder & Z. Su. 2014. Corruption, Poverty, and Economic Growth Relationship in the Nigerian Economy. Journal of Developing Areas

Zabyelina, Y. & J. Arsovska. 2013. Rediscovering Corruption's Other Side: Bribing for Peace in Post-conflict Kosovo and Chechnya. Crime, Law & Social Change

Zagainova, Anastassiya. 2007. "Challenges of Anti-Corruption Policies in Post-Communist Countries", in Sarah Bracking ed., Corruption and Development: The Anti-Corruption Campaigns (Palgrave Macmillan)

Zagaris, Bruce & Shaila Lakhani Ohri. 1999. The Emergence of an International Enforcement Regime on Transnational Corruption in the Americas. Law & Policy Int'l Bus.

Zaloznaya, M. 2015. Does Authoritarianism Breed Corruption? Reconsidering the Relationship Between Authoritarian Goverance and Corrupt Exchanges in Bureaucracies. Law & Social Inquiry

Zaloznaya, Marina. 2014. The Social Psychology of Corruption: Why It Does Not Exist and Why It Should. Sociology Compass

Zaman, Asad & Faiz-Ur-Rahim. 2009. Corruption: Measuring the Unmeasurable. Humanomics

Zaman, G. & L. Ionescu. 2014. The Impact of International Economic Crises on Corruption in Romania. Economic Computation & Economic Cybernetics Studies & Research .

Zamboni, Yves & Stephan Litschig. 2014. Audit Risk and Rent Extraction: Evidence from a Randomized Evaluation in Brazil. Working paper.

Zaum, D. 2013. Political Economies of Corruption in Fragile and Conflict-Affected States: Nuancing the Picture. (Bergen: CMI).

Zazueta, Irvin Mikhail Soto & Willy W. Cortez. 2015. The Impact of Political Alternation on Corruption in Mexico. Revista de Ciencia Politica

Zerilli, Filippo M. 2005. "Corruption, Property Restitution and Romanianness", in Dieter Haller & Chris Shore eds., Corruption: Anthropological Perspectives (Pluto Press).

Zervos, Alexandros. 2006. Amending the Foreign Corrupt Practices Act: Repealing the Exemption for "Routine Government Action" Payments. Penn State International Law Revie

Zeume, Stefan. 2014. Bribes and Firm Value. .

Zhang, T., F. Gino & M.H. Bazerman. 2014. Morality Rebooted: Exploring Simple Fixes to Our Moral Bugs. Research in Organizational Behavior

Zhao, J., S. Kim & J. Du. 2003. The Impact of Corruption and Transparency on Foreign Direct Investment: An Empirical Analysis. Management International Review

Zhao, X. & H. Xu. 2015. E-Government and Corruption: A Longitudinal Analysis of Countries . International Journal of Public Administration

Zheng, Q., Y. Luo & S.L. Wang. 2013. Moral Degradation, Business Ethics, and Corporate Social Responsibility in a Transition Economy. Journal of Business Ethics (forthcoming).

Zhong, C.B., B. Strejcek & N. Sivanathan. 2010. A Clean Self Can Render Harsh Moral Judgment. Journal of Experimental Social Psychology

Zhong, C.B., V.K. Bohns & F. Gino. 2010. Good Lamps Are the Best Police: Darkness Increases Dishonesty and Self-Interested Behavior. Psychological Science

Zhu, Boliang. 2009. Economic Integration and Corruption: The Case of China. Working paper.

Zhu, Boliang. 2016. MNCs, Rents and Corruption: Evidence from China. American Journal of Political Science (forthcoming).

Zhu, J.N. & Y.P. Wu. 2014. Who Pays More "Tributes" to the Government? Sectoral Corruption of China's Private Enteprises. Crime, Law & Social Change 61(3): 309-333.

Zhuang, J., E. De Dios & A. Lagman-Martin. 2010. Governance and Institutional Quality and the Links with Economic Growth and Income Inequality: With Special Reference to Developing Asia. Asian Development Bank Economics Working Paper 193.

Zhuravskaya, Ekaterina. 2000. Incentives To Provide Local Public Goods: Fiscal Federalism, Russian Style. Journal of Public Economics

Ziblatt, Daniel. 2009. Shaping Democratic Practice and the Causes of Electoral Fraud: Theory and Evidence from Pre-1914 Germany. American Political Science Review

Zimmerman, Stephen S. & Frank A. Feriello, Jr. 2011. Coordinating the Fight against Fraud and Corruption, Agreement on Cross-Debarment among Multilateral Development Banks. World Bank Legal Review

Zimring, Franklin E. & David T. Johnson. 2009. On the Comparative Study of Corruption. Pacific McGeorge Global Business & Development Law Journal

Zinnbauer, Dieter. 2015. Crowdsourced Corruption Reporting: What Petrified Forests, Street Music, Bath Towels, and the Taxman Can Tell Us About the Prospects for Its Future. Policy & Internet

Ziobrowski, Alan J. et al. 2004. Abnormal Returns from the Common Stock Investments of Members of the United States Senate. Journal of Financial and Quantitative Analysis

Zipparo, L. 1998. Factors Which Deter Public Officials from Reporting Corruption. Crime, Law & Social Change

Zisser, Eyal. 2014. Spoils of Truce: Corruption and State-Building in Postwar Lebanon. Middle Eastern Studies

Zitzewitz, Eric. 2012. Forensic Economics. Journal of Economic Literature

Zitzewitz, Eric. 2014. Does Transparency Reduce Favoritism and Corruption? Evidence from the Reform of Figure Skating Judging. Journal of Sports Economics

Zook, Darren C. 2009. The Curious Case of Finland's Clean Politics. Journal of Democracy

Zou, Keyuan. 2000. Judicial Reform Versus Judicial Corruption: Recent Developments in China. Criminal Law Forum

Zouhaier, Hadhek. 2011. Corruption, Investment and Economic Growth. International Journal of Economics & Research

Zuber, F. 2015. Spread of Unethical Behavior in Organizations: A Dynamic Social Network Perspective. Journal of Business Ethics

Zuleta, J.C., A. Leyton & E. Fanta Ivanovic. 2007. "Combating Corruption in the Revenue Service: The Case of VAT Refunds in Bolivia", in J.E. Campos & S. Pradhan eds., The Many Faces of Corruption: Tracking Vulnerabilities at the Sector Level (Washington, D.C.: World Bank).

Zurowicki, Leon & Moshin Habib. 2010. Corruption and Foreign Direct Investment: What Have We Learned? International Business & Economics Research Journal

**This Former Google Executive Was Accused Of Running A "Sex ...**

https://www.buzzfeednews.com/article/ryanmac/andy-rubin-court-complaint-lawsuit-rie-divorce-google

SAN FRANCISCO — **Andy Rubin**, a former Google senior vice president who invented the Android operating system, departed the company after having an "inappropriate relationship" with a subordinate and kept payments by his previous employer secret from his wife for several years, according to documents made public by a California superior court.

**Google exec Andy Rubin faces detailed sexual misconduct ...**

¹ https://www.businessinsider.com/google-andy-rubin-sexual-misconduct-allegations-nyt-2018-10?op=1

**Andy Rubin**, the creator of Android, reportedly had bondage **sex** videos on his work computer, paid women for 'ownership relationships,' and allegedly pressured an employee into oral **sex** Nick Bastone …


**Google employees walkout over handling of sexual ...**

https://edition.cnn.com/2018/11/01/tech/google-employee-walkout-andy-rubin/index.html

Nov 1, 2018The Times reported that **Rubin** was accused of coercing a female employee, with whom he'd been having affair, into performing oral **sex** in a hotel room in 2013. A Google investigation found her claim…


**Android creator Andy Rubin accused of having a 'sex ring ...**

https://www.usatoday.com/story/tech/talkingtech/2019/07/02/android-creator-andy-rubin-accused-having-sex-ring-ex-wife/1634963001/

Jul 2, 2019According to a sensational lawsuit by soon to be ex-wife Rie Hirabaru **Rubin**, her ex had several mistresses, one of which was "complicit with **Rubin** in running what appeared to be a **sex** ring,"…


**Android Co-Founder Caught In Sex Ring Saga - channelnews**

Whttps://www.channelnews.com.au/android-co-founder-in-pre-nup-sex-ring-complaint/

Android co-founder, **Andy Rubin**, who Google reportedly paid $90 million to leave the company after a sexual misconduct investigation, has been accused of running a **sex** ring.


**Google gave top executive $90m payoff but kept sexual ...**

https://www.theguardian.com/technology/2018/oct/25/google-andy-rubin-android-creator-payoff-sexual-misconduct-report

Oct 25, 2018Google gave a $90m severance package to **Andy Rubin**, the creator of the Android mobile software, but concealed details of a sexual misconduct allegation that triggered his departure, the New York …

## Andy Rubin - Wikipedia

W https://en.wikipedia.org/wiki/Andy_Rubin

Andrew E. **Rubin** is an American computer programmer, engineer, entrepreneur, and venture capitalist. He is the founder and former CEO of venture capital firm Playground Global, as well as the co-founder and former CEO of both Danger Inc. and Android Inc.. He was nicknamed "Android" by his co-workers at Apple in 1989 due to a love of robots, with the nickname eventually becoming the official …

## How Google Protected Andy Rubin, the 'Father of Android ...

𝕿 https://www.nytimes.com/2018/10/25/technology/google-sexual-harassment-andy-rubin.html

Oct 25, 2018 The woman, with whom Mr. **Rubin** had been having an extramarital relationship, said he coerced her into performing oral **sex** in a hotel room in 2013, according to two company executives with knowledge…

## Google reportedly paid Andy Rubin $90 million after he ...

https://www.theverge.com/2018/10/25/18023364/google-andy-rubin-payoff-90-million-sexual-misconduct-harassment

Google reportedly paid **Andy Rubin** $90 million after he allegedly coerced **sex** from employee New, 206 comments By Chris Welch @chriswelch Oct 25, 2018, 2:02pm EDT

## The rise and fall of Andy Rubin, the former Google ...

BI https://www.businessinsider.nl/android-sex-ring-leader-rise-fall-google-exec-andy-rubin-2019-7/

**Andy Rubin** is the creator of Android and a former Google executive. **Rubin's** career seemed to be on track - software engineering in Silicon Valley in the 1990s, founding Android, being a top …

## Google CEO Pichai says 48 employees fired for sexual but a cover-up is expected...

https://www.aljazeera.com/news/2018/10/26/google-ceo-pichai-says-48-employees-fired-for-sexual-misconduct/

The New York Times report claimed that **Andy Rubin**, ... A spokesperson for **Rubin** has denied the allegations, the New York Times said. ... South Korea court orders Japan to compensate former **sex slaves**.

### Android creator Andy Rubin accused of running a 'sex ring'

https://thenextweb.com/business/2019/07/03/android-creator-andy-rubin-is-accused-of-running-a-sex-ring-in-new-unsealed-complaint/

Android founder, **Andy Rubin**, may have left Google long back in 2014, but his departure is beginning to attract more unsavory attention. According to documents made public by a California superior …

### George Soros' Right Hand Man Arrested For Rape And Human ...

https://newspunch.com/george-soros-human-trafficking/

Howard **Rubin**, widely known as George Soros' right hand man, was accused of leading a "human trafficking enterprise" in which he allegedly raped, brutally assaulted and enslaved women in a $8 million Manhattan **sex** dungeon, according to court documents.

### Disgraced Google Exec Andy Rubin Quietly Left His Venture ...

https://www.buzzfeednews.com/article/ryanmac/andy-rubin-playground-global-google-quiet-departure

Disgraced Google Exec **Andy Rubin** Quietly Left His Venture Firm Earlier This Year. Android creator **Andy Rubin** left Google with a $90 million exit package after investigations into sexual misconduct. Now he's out at Playground Global, the venture firm he founded, allegedly with another multimillion-dollar payout.

### Former Google exec 'ran a sex ring ... - Daily Mail Online

https://www.dailymail.co.uk/news/article-7208615/Former-Google-exec-ran-sex-ring-estranged-wife-claims.html

The co-founder of Android who reportedly received a $90 million severance from Google in the wake of misconduct allegations is now being accused of running a **sex** ring. **Andy Rubin** is being sued by …

**Android creator Andy Rubin is accused of running a 'sex ...**

https://www.businessinsider.in/android-creator-andy-rubin-is-accused-of-running-a-sex-ring/articleshow/70049627.cms

Android creator **Andy Rubin** was allegedly involved in running a "**sex** ring" with at least one woman, and is accused of cheating his ex-wife out of millions of dollars in their prenuptial agreement …

**Andy Rubin's Essential Gem Isn't Just a New Phone | WIRED**

https://www.wired.com/story/andy-rubins-essential-google-android/

**Andy Rubin's** New Phone Thing Isn't Just a New Phone Thing. ... These ranged from pressuring a woman into having oral **sex**, to berating subordinates, to viewing bondage **sex** videos on a work …

**Google 'gave Andy Rubin $90M exit package despite ...**

https://www.dailymail.co.uk/news/article-6317589/Google-forced-Andy-Rubin-sexual-misconduct-claim-gave-90M-exit-package.html

Google reportedly gave Android's co-founder, **Andy Rubin**, a $90M exit package despite a credible claim that he had an inappropriate relationship with a woman while working at the company.

**Wife of Android Co-Founder Andy Rubin Accuses Him of Using ...**

https://www.thedailybeast.com/wife-of-android-co-founder-andy-rubin-accuses-him-of-using-google-paychecks-to-pay-for-sex-ring

The wife of Android co-founder **Andy Rubin** has accused him of cheating her out of wealth he obtained from Google and diverting funds to make payments to several woman after he left the company …

**'The Lost Women of NXIVM': ID Orders Special on Sex ...**

https://www.thewrap.com/the-lost-women-of-nxivm-sex-trafficking-cult-allison-mack-keith-raniere/

Mack had been accused of recruiting young women into the group and manipulated them into branding their bodies and becoming **sex slaves** for Raniere. Mack's sentencing will be decided on Sept. 11 …

**Andy Rubin biography, age, net worth, wife, career ...**

www.learnmorefacts.com/post/andy-rubin-biography-age-net-worth-wife-career-playground-wiki

**Andy Rubin** was conceived on June 22, 1946 in New Bedford, United States. He is the designer of the Android OS. Since youth, **Rubin** has been accustomed to seeing bunches of new devices. This is on the grounds that his dad, a therapist who swerved into the immediate advertising business, which will store electronic items sold in the room **Rubin**.

**Google asked Andy Rubin to quit for being a sex pest**

https://fudzilla.com/news/47474-google-asked-andy-rubin-to-quit-for-being-a-sex-pest

But still gave him a hero's farewell and a pile of cash The creator of Android, **Andy Rubin**, was asked to leave Google for being a **sex** pest, but the search engine did its best to pretend …

**Wayfair shoots down conspiracy theory about child sex ...**

https://www.msn.com/en-us/finance/companies/wayfair-shoots-down-conspiracy-theory-about-child-sex-trafficking-and-expensive-cabinets/ar-BB16ALHX

Wayfair shoots down conspiracy theory about child **sex** trafficking and expensive cabinets hpeterson@businessinsider.com (Hayley Peterson) 7/10/2020 White violence, Black protests during 1918 flu …

**Who is Rie Hirabaru Rubin? Andy Rubin Ex-Wife; Bio, Wiki ...**

https://globintel.com/usa/rie-hirabaru-rubin-biowiki-age/

Rie **Rubin** Bio, Wiki. Rie **Rubin** is the ex-wife of **Andy Rubin**, Android co-creator and former Google Senior Vice-President. She is accusing him of having secretly conspired with her attorney to manipulate the couple's prenuptial agreement by stripping her of all community property rights and also diverting their marital funds so he could pay women involved in his private "**sex** ring."

**\*\* THAT SILICON VALLEY OLIGARCHS RUN A MONOPOLISTIC CARTEL!**

** THAT SILICON VALLEY OLIGARCHS AND THEIR POLITICIANS RUN A SEX CULT AND TRANSACT BRIBES WITH SEX!

** THAT AN EXTRAORDINARY NUMBER OF SUSPICIOUS DEATHS HAVE HAPPENED TO PEOPLE INVOLVED IN THIS CASE

** THAT TECH OLIGARCHS AND CALIFORNIA SENATORS HIRE CHARACTER ASSASSINS AND HIT JOB ATTACKERS TO HARM CITIZENS WHO SPEAK OUT!

Forensics - See Which Senator Or Oligarch Is Lying To You

The Book - Who Really Killed The Electric Car

Videos - TV News Segments About These Cases

Google - The Lies Of Google And Youtube

Musk - Bribes Frauds Safety Cover ups And Stock Manipulations

Tech-Theft - Silicon Valley Oligarchs Rig The USPTO

Us - Meet Some Of Us

Safety - How To Secure Your Devices From The Theiving Tech Oligarchs

Oligarchs - The Mobsters Of Silicon Valley Tech

Press-Clips - Press Clippings About These Cases

News-Memes - Images From The Biggest Shockers

Photos - Key Shots From The Cases

Hotshots - Reader Submissions

Case1 - Key Case Example Of Political Corruption

Attackers - The Hired Defamation Services

Frisco - The Pure Hell That Is San Francisco And Its Corruption

Stocks - The Dirt Behind The Dirty Ones

Expose1 - The Dirty Deeds Of Silicon Valley #1

Expose2 - The Dirty Deeds Of Silicon Valley #2

Takedown - Wiping Out The Corrupt

Expose3 - How Political Corruption Actually Works

Muskrat - The Scammer Behind It All

Movie - A Big Overview Of Political Corruption

Targets - Companies That Do Not Deserve To Operate

SexCult - The Tech Oligarchs Have An Actual Sex Cult

Afghaniscam - The Politicians Corrupt Rare Earth Mines

Stimulus - How The Stimulus Money Actually Works

Tech - Big Brother Is In Your Phone

Murders - The Dead Witnesses

Film - Free Feature Film

Congress - Congress Uncovered Crimes And Corruption

Anti-Trust - How Silicon Valley Kills Competition

Free-Book - CORRUPTION DISRUPTION - A How-To Manual

Press - More Press Coverage By Other Sites

Reports - Reports Supplied To FBI And Congress

Stock Fraud - How One Company Cooks The Books And The Truth

DELETED By Allum Bohkari

THE DIRTY DEEDS OF SILICON VALLEY - VOLUME ONE By Westin Parker


THE DIRTY DEEDS OF SILICON VALLEY - VOLUME TWO By Westin Parker And The Wiki Team


NEWS ARTICLE ARCHIVES ABOUT THIS CASE at http://www.focus-book.com


The Age of Surveillance Capitalism By Shoshana Zuboff'


Catch and Kill By Ronan Farrow,
https://en.wikipedia.org/wiki/Catch_and_Kill:_Lies,_Spies,_and_a_Conspiracy_to_Protect_Predators


Permanent Record By Edward Snowden, https://www.amazon.com/Permanent-Record-Edward-Snowden/dp/1250237238


Brotopia By Emily Chang, http://brotopiabook.com/


Throw Them All Out By Peter Schweizer, http://peterschweizer.com/books/throw-them-all-out/


The Circle By David Eggers, https://archive.org/details/circle00dave


 Companies Targeted For Bankruptcy For Their Crimes Against The Public By The Internet Research Group


World Without Mind By Franklin Foer, https://www.amazon.com/World-Without-Mind-Existential-Threat/dp/1101981113


A Journey into the Savage Heart of Silicon Valley By Corey Pein,
https://www.goodreads.com/book/show/35684687-live-work-work-work-die


Disrupted By Dan Lyons, https://www.goodreads.com/book/show/26030703-disrupted

Chaos Monkeys By Antonio García Martínez, https://www.antoniogarciamartinez.com/chaos-monkeys/

The Creepy Line By Matthew Taylor, https://www.thecreepyline.com/

The Cleantech Crash By Leslie Stahl, https://www.cbsnews.com/news/cleantech-crash-60-minutes/

Congress: Trading stock By Steve Kroft, https://www.cbsnews.com/news/congress-trading-stock-on-inside-information/

Peak Energy: Think "peak oil" is a discredited idea …* Electric Vehicles and Peak **Lithium** * Hydrogen and Peak Platinum * Storing Energy In Graphite … (10) cradle to cradle (10) fabber (10) **goldman sachs** (10) gtl (10) hybrid car … **afghanistan** (8) big oil (8) …peakenergy.blogspot.com/2014/01/think-peak-oil-is-discredited-i…

cobalt **goldman sachs** - Did you know that **Afghanistan** is one of the world's largest suppliers of **lithium**? All your electronic devices that use **lithium** batteries are dependent on it & only a few countries have … cobalt gold ring, cobalt golden age club, cobalt **goldman**, cobalt **goldman sachs** Admin. Search for: Recent Posts.- breadmakernew.com/tag/cobalt-goldman-sachs/

**Afghanistan** sits on $1 trillion worth of mineral deposits. Is … - When you look deeply into it, you find that **Goldman Sachs** is owned by Rothschild, … **Afghanistan's** mineral deposits to be worth upwards of $1 trillion and in fact, a classified Pentagon memo called **Afghanistan** the "Saudi Arabia of **lithium**. … beforeitsnews.com/power-elite/2013/12/afghanistan-sits-on…

Why the US wants to stay in **Afghanistan** - **Goldman Sachs** Director to Join Board of Bitcoin Startup Circle Capturing images of bystanders by zooming in on pictures of corneas (this is huge!) … Well it does not come from **Afghanistan** . Although **lithium** is widely distributed on Earth, …-lunaticoutpost.com/Topic-Why-the-US-wants-to-stay-in-Afgha…

Did **Goldman** push us into **Afghanistan** for the **Lithium**? | DOE … From Contributor: JackieNuls: Did **Goldman** push us into **Afghanistan** for the **Lithium**? **Goldman** stood to make billions of dollars along with the Russian mining companies, battery companies and electric car companies they represent. **Goldman** was involved in almost every DOE funding deal and … atvmdoe.wordpress.com/2012/10/29/did-goldman-push-us-into-afg…

Carp Libertatum: Massive **lithium** deposit found in **Afghanistan** …Massive **lithium** deposit found in **Afghanistan**. … **Goldman Sachs** fraud, how they cheated investors wi… The Globalist Treat Earth like It's Their Mafia Em… IRS Fraud: There Is No Law That Requires You To Fi… Federal Income Tax – Why you should not pay; americaisindanger.blogspot.com/2011/04/massive-lithium-deposit-found-i…

Talison **lithium** – Wikinvest - **Lithium's** extremely low co-efficient of thermal expansion makes these products resistant to thermal shock and imparts mechanical strength. … China, and **Afghanistan** however Bolivia has a backward, … **Goldman Sachs** Group Inc. and Fortis Investments.-wikinvest.com/wiki/Talison_lithium

**Afghanistan** may be the Saudi Arabia of **lithium** | Business blog - The New York Times story on the discovery of vast mineral reserves in **Afghanistan** is astonishing, given the unpredictable political consequences. One is that the **Afghanistan** could rival Bolivia as the Saudi Arabia of **lithium** The US US taskforce that is trying to map the reserves of …- blogs.ft.com/businessblog/2010/06/afghanistan-may-be…

Kathleen Parker: Mining **Afghanistan's** future - **Afghanistan**, it turns out, is rich in minerals – trillions rich. It's going to become the Saudi Arabia of **lithium**, thanks to vast stores of that resource, plus iron, copper, cobalt and gold. … Masooma Habibi, a graduate of **Goldman Sachs'** "10,000 Women" program at the AUAF, … - readingeagle.com/article.aspx?id=229781

cryptogon.com » U.S. Identifies Vast Mineral Deposits Worth … - U.S. Identifies Vast Mineral Deposits Worth $1 Trillion in **Afghanistan**; "The Saudi Arabia of **Lithium**"; Eventually "One of The Most Important Mining Centers in The World"; … And **Goldman Sachs** will arrange the financing. cryptogon.com/?p=15953

Vast Deposits Of Fodder For Conspiracy Theorists Discovered …- Jim Risen has a blockbuster story about a gift and a curse for **Afghanistan's** blighted and … gold and critical industrial metals like **lithium** — are so big and include so many minerals that are … The Board of advisors has Stephen Friedman, AIG crook, **Goldman Sachs** crook, Federal Reserve …attackerman.firedoglake.com/2010/06/13/vast-deposits-of-fodder-for-…

566

NYT: Vast Minerals FOUND (**Lithium**, Gold) in **Afghanistan** - The previously unknown deposits — including huge veins of iron, copper, cobalt, gold and critical industrial metals like **lithium** — are so big and include so many minerals that are essential to modern industry that **Afghanistan** could eventually be transformed into one of the most … dailykos.com/story/2010/06/13/875695/-NYT-Vast-Miner…

**Afghanistan** Troop Draw-down, **Afghanistan**, President Barack … - **Afghanistan** troop withdrawal, President Barack Obama, Prime Time speech, … We'll need enough troops in afganistan to secure their **lithium**, … Guess Ghadafi should have cooperated with **Goldman Sachs**. Recently Aired. Listen to today's podcast: blogs.wsj.com/wsjam/2011/06/23/president-barack-obama…

» The **Afghanistan** coincidence Alex Jones' Infowars: There's … - … gold and critical industrial metals like **lithium** — are so big and include so many minerals that are essential to modern industry that **Afghanistan** could eventually be transformed … **Afghanistan's** gross domestic product is only about $12 billion dollars," lunch money for **Goldman Sachs**. - infowars.com/the-afghanistan-coincidence/

Mining **Afghanistan's** future – hutchnews.com - Mining **Afghanistan's** future By Kathleen Parker WASHINGTON – Amid all the dark news from **Afghanistan**, every now and then a sliver of light slips through the cracks. - hutchnews.com/Wirecolumns/Parker-column6-16–1

Horrors of **Afghanistan** transformed West Seneca Marine …- Historically, the name "Afghan" designated the Pashtun people, the largest ethnic group of **Afghanistan**. [33] … The country's natural resources include: coal, copper, iron ore, **lithium**, uranium, rare earth elements, chromite, gold, … article.wn.com/view/2014/01/13/Horrors_of_Afghanistan_…

Making Lemonade From Failed Afghan Air Force G222 Acquisition - … General McChrystal General Odierno General Schwartz GFE GISP Global Hawk Global Influence Global Strike Global Zero GLONASS GMD GMR **Goldman Sachs** Google Gordon England Gorgon Stare Government … Gooden Linda Hudson **Lithium**-ion Batteries … in **Afghanistan** that the press would …- lexingtoninstitute.org/making-lemonade-from-failed-afghan-air-…

**Lithium**: The Commodity of the 21st Century [Global X Funds …- **Lithium** is used as a thickener in grease, … There are also huge **lithium** deposits in Bolivia, China, and **Afghanistan**, … **Goldman Sachs** Group Inc. and Fortis Investments. These three majors bought in when Talison was still a private company. seekingalpha.com/article/252920-lithium-the-commodity-of…

**oligarch** » Agent4Stars- The **Russian oligarch** has spent the past decade buying up nine flats across two buildings in the exclusive Lowndes Square. … **John Doerr**; **John** Frederiksen; **John** Paul DeJoria; **John** Paulson; Jon and Karen Huntsman; Jose Mourinho; Joseph Lau; Jr. Julian H. Robertson; Ken Fisher; agent4stars.com/tag/oligarch/

name "Bourkhan". Owner – **oligarch** Alisher Usmanov … - Billionaire Alisher Usmanov acquired the biggest private jet in Russia, … **oligarch**, percent, president vladimir putin, private flight, private jet, richest man, roman, roman abramovich, Russia's richest man, sale, seat, spacious … **John Doerr**; **John** Frederiksen; **John** Paul DeJoria; **John** Paulson … agent4stars.com/tag/name-bourkhan-owner-oligarch-alishe…

Rebooted patriot games in 'Jack Ryan' – SiliconValley.com - **John Doerr**. Larry Ellison. Reed Hastings. Reid Hoffman. Mark Hurd. Vinod Khosla. … He's covertly embedded at a Wall Street bank where he uncovers a **Russian** plot to buy up U.S. Treasury bonds, … Ryan's investigation leads him to the **Russian oligarch** Viktor Cherevin, played by Kenneth Branagh, …siliconvalley.com/topics/ci_24918976/rebooted-patriot-gam…

Facebook's friend in Russia – Fortune Tech - Left to right: **John Doerr**, Charlie Rose, Michael Arrington, Yuri Milner, and Ron Conway at last spring's TechCrunch conference. Milner has become an informal **Russian** ambassador to Silicon Valley. - tech.fortune.cnn.com/2010/10/04/facebooks-friend-in-russia/

Yuri Milner: Profile – Business Insider - DST says it hasn't sold any Facebook shares and doesn't want to, but some people think DST's main backer, **Russian oligarch** Alisher Usmanov, wants to sell and might get his way. … **John Doerr And** The Rise Of Secondary Private Markets …- businessinsider.com/yuri-milner-forbes-profile-2011-3

The Wall Street billionaire philanthropists – Financial News - • Ann and **John Doerr**, venture capitalist. … **Russian oligarch** to donate fortune to charity 02 Feb 2010; Story Tags. Blackstone

Group. Citigroup. David Rubenstein. Julian Robertson. Michael Bloomberg. Philanthropy. Renaissance Technologies. Sandy Weill. - efinancialnews.com/story/2010-08-05/giving-pledge-wall-street

Good Kindle and Newspaper articles for Friday Morning … **Russian Oligarchs** buying French and British Newspapers. Business Week reports on some rather interesting news – **Russian oligarchs and** their sons are saving French and British newspapers. … Amazon related News – **John Doerr** leaves Amazon Board.- ireaderreview.com/2010/03/19/good-kindle-and-newspaper-ar…

Nancy Ann Hunter – This house will exist- … and Oleg Deripaska, the youngest of the **Russian oligarchs**, 41, "king" of aluminum. … Other Dolby Labs president of technology titans like **John Doerr and** the founder of Facebook, Mark Zuckerberg, live in nearby Silicon Valley. … hishousewillexist.org/nancyannhunter.php

Climateer Investing: Kleiner Perkins Distressed By Lousy Results - Kleiner partner Al Gore is probably not as concerned by the recent results as **John Doerr**. … Russia Should Create Its Own Tax Havens … "No, … Welfare for the **Russian Oligarchs**… Cyprus: …- climateerinvest.blogspot.com/2013/03/kleiner-perkins-distressed-by-l…

Market Leader : News :: Bill Gates and Warren Buffett …- … and his wife have already donated 800 million dollars.They were joined by venture investor **John Doerr and John** … It should be noted that V. Potanin was among the first **Russian oligarchs** to go into arts patronage by setting up V. Potanin's Charity Foundation in 1999mainly focused … profi-forex.us/news/entry3000000006.html

Netizen: Vinod Khosla: For Profit Poverty Alleviation- "He was the most visionary of all the **Russian oligarchs**" …. … **John Doerr**; Creating, Propagating; Google Apps: Open The Flood Gates; No More Beer, No More Soda; Dell Duo: Tablet + Netbook; Web 2.0 Summit 2010: Robin Li; **John** Battelle's Search Hangover; technbiz.blogspot.com/2010/11/vinod-khosla-for-profit-poverty.html

Forbes Audiobooks -… we'll tell you about, "**Russian** Billionaire Mikhail Prokhorov: From **Oligarch** to President?" Mikhail Prokhorov is a tycoon in Russia, … we'll tell you about, "**John Doerr's** Plan to Reclaim the Venture Capital Throne" … audible.com/search?advsearchKeywords=&searchTitle=&…

Steve Westly – The Huffington Post - … Google, Steve Westly, Green Jobs, Tesla Motors, Edeniq, **John Doerr**, Amyris Biotechnologies, Kleiner Perkins Caufield & Byers, Facebook, Recyclebank,

Barack Obama, Apple, Energy … With billionaire Meg Whitman spending like a **Russian oligarch**, it's inevitable that the race for California … huffingtonpost.com/tag/steve-westly

Apple, Steve Jobs, and US Foreign Policy (CFR) using Nazi …- the Stud House, the private home of the Lebedev family – one of the **Russian oligarchs** … been a long time partner in Silicon Valley venture capital powerhouse Kleiner Perkins Caufield & Byers whose partner **John Doerr** is a member of the Google board. Another Google director, … - forum.prisonplanet.com/index.php?topic=207205.0

rmr | The personal blog of R. Martin Roscheisen - Neither VC **John Doerr** nor entrepreneur Martin Roscheisen has a background in enviro. … (Then again, just a few decades later, we've got **Russian oligarchs** needing seemingly just that kind of expertise for equipping their yachts.)- tripleyield.com

Romania arrests suspected hacker of Bush family emails | NDTV.com -Tags: Bucharest Carl Bernstein Colin Powell Corina Cretu Downton Abbey George Roche George W. Bush Guccifer hacking **John Doerr** Julian Fellowes Marcel Lazar Lehel Romania **Russia** Tina Brown.- ndtv.com/article/world/romania-arrests-suspected…

Scary side to the story – IronMountainDailyNews.com | news …

He raked in a gazillion bucks, give or take a few billion, as the founder of **Kleiner Perkins** Caufield and Byers, a venture capital firm. His letter, published in the Wall Street Journal, … essentially from Europe west of Russia through North America, …ironmountaindailynews.com/page/content.detail/id/544658/Scary-sid…

Kleiner Perkins Co-Founder's Nazi Comment Draws Criticism …- **Kleiner** Perkins's website lists **Perkins** as one of 14 partner emeriti, a group that includes recent partner Ray Lane and co-founder Eugene **Kleiner**, who died in 2003. **Perkins** has been a director at companies including Hewlett-Packard Co. and Applied Materials Inc. -bloomberg.com/news/2014-01-26/kleiner-perkins-shocked…

Frank Caufield — **Kleiner Perkins** Caufield Byers - He is a Co-Founder of **Kleiner Perkins** Caufield & Byers. Mr. Caufield has served on the boards of Quantum Corporation, Caremark Inc., … He also serves as a director of The U.S. Russia Investment Fund, Refugees International, …kpcb.com/partner/frank-caufield

570

DST Out and **Kleiner Perkins** In in Twitter Mega-Funding – Kara …- According to sources close to the situation, the aggressive **Russian** investment outfit DST Global is out of the running to fund Twitter. Instead, the prize is almost certainly going to **Kleiner Perkins**, the legendary Silicon Valley venture firm of Web 1.0 that has been making a big push … allthingsd.com/20101206/russias-dst-out-of-twitter-fun…

**'Flash Boys'** and **the Speed of Lies – Bloomberg View -** In the last few months, I have had a strange and interesting experience. In early April, I found myself the main character in Michael Lewis's book "**Flash Boys**."- bloombergview.com/articles/2014-08-03/flash-boys-and-the-sp…

`**Flash Boys'** and **the Speed of Lies**: Katsuyama – Businessweek - Already a Bloomberg.com user? Sign in with the same account. Don't have an account? Sign up. Help! I can't access my account.- businessweek.com/videos/2014-08-04/flash-boys-and-the-spee…

Newsalert: **'Flash Boys'** and **the Speed of** Lies - **The** total link site for the news and information junkie: Libertarianism. Property Rights. Government Corruption. Chicago Mob. Struggle Against Socialism. -nalert.blogspot.com/2014/08/flash-boys-and-speed-of-lies.html

"**Flash Boys**" and **the Speed of Lies** – Proactiveinvestors UK**Flash Boys**" and **the Speed of Lies** . Here is the opening of this informative column by Brad Katsuyama for Bloomberg: In the last few months, I have had a strange and interesting experience.-proactiveinvestors.co.uk/columns/fuller-treacy-money/16720/flash-b…

Brad Katsuyama: **'Flash Boys'** and **the speed of lies** about my … - In the last few months, I have had a strange and interesting experience. In early April, I found myself the main character in Michael Lewis's book **Flash Boys**. It told the story of a quest I've been on, with my colleagues, to expose and to prevent a lot of outrageous behaviour in the US stock market - nzherald.co.nz/business/news/article.cfm?c_id=3&objectid…

FSN: **'Flash Boys'** and **the Speed of Lies** | Gold and … FSN: Europe's Tough New Regime For Banks Fails First Test In Portugal; Forex Trading Alert: EUR/USD – Time for Rebound? DoJ Subpoenas GM Over Subprime Auto Loans -beforeitsnews.com/gold-and-precious-metals/2014/08/fsn-flas…

**'Flash Boys' and the Speed of Lies @ Forex Factory -** In the last few months, I have had a strange and interesting experience. In early April, I found myself the main character in Michael Lewis's book "**Flash Boys.**" It told the story of a quest I've been on, with my colleagues, to expose and to prevent a lot of outrageous behavior in the U.S. stock -forexfactory.com/news.php?do=news&id=497707

**`Flash Boys' and the Speed of Lies: Katsuyama: Video … -** Aug. 4 (Bloomberg) — On "Morning Must Read," Bloomberg's Tom Keene recaps the op-ed pieces and analyst notes that provide insight into today's headlines. -   bloomberg.com/video/-flash-boys-and-the-speed-of-lies-k…

**'Flash Boys' and the Speed of Lies : Economics -** reddit: the front page of the internet … use the following search parameters to narrow your results: subreddit:subreddit - reddit.com/r/Economics/comments/2cmmxk/flash_boys_an…

**Obama turns to Silicon Valley for fund-raising for Democrats … -** San Jose, California: President Barack Obama warned tech leaders on Thursday to dig deep in their wallets to **fund** Democratic candidates and feel a sense of urgency about congressional elections in November or risk further gridlock in Washington and a failure to move on their priorities. Obama was - firstpost.com/world/obama-turns-to-silicon-valley-for-f…

**How Silicon Valley Could Destabilize The Democratic Party …-** In the 1970s and 1980s the politics of **Silicon Valley's** leaders tended more to … They also tend to have progressive views on gay marriage and climate change that align with the gospel of the Obama Democratic Party. In the … The **Democrats** are the party of the rich and have … - forbes.com/sites/joelkotkin/2014/01/09/how-silicon-v…

**Can Silicon Valley disru**re from forbes.com**pt the Democratic Party? – CNN.com -** … an upstart candidate backed by some of tech's biggest names, is looking to take **Silicon Valley's** transformational vision to Washington. SET … The financial muscle of **Silicon Valley Democrats**, … An advocacy group backed by hedge **fund** tycoon Tom Steyer is set to unleash a …- cnn.com/2014/03/12/politics/silicon-valley-democr…

**Silicon Valley funds group aiming to register five million …- Silicon Valley funds** group aiming to register five million new conservative Christians for 2012 election. … Democratic organizers also attest to the potential, which has prompted religious advocates on the left to expand their organizing efforts. -   sanfranciscosentinel.com/?p=157992

**How** does **the Democrat** party have a chance in raising …- Answer 1 of 1: The democratic party does accept **funds** from corporations. Suggest you look here: … **Silicon Valley**: What does **Silicon Valley** get from support for the Democratic party? **How** do political parties raise **funds** for campaigning and to pay staff? -    quora.com/Political-Fundraising/How-does-the-Democr…

A guide to **Silicon Valley's** top political donors - **Silicon Valley** may be 3,000 miles away from Washington, … If there is a Democratic bent in **Silicon Valley**, … which has disbursed **funds** to candidates in both parties. Zuckerberg was friendly with Obama on the campaign trail, …ailydot.com/politics/guide-silicon-valley-political-d…

# Notes

This is a Public Domain report. Protected under Non-Commercial and News Material Fair Use; Freedom-of-The-Press rights; U.S. First Amendment; SLAPP/Anti-SLAPP; UN Rights Protections; GDPR Compliance; Section 203 protections – U.S.;  ACLU litigation warning; ICIJ investigations and related protections. Authored via Wikipedia and WikiLawPedia process via internet users. References and validation links are contained within the body of the document.