# REPORT TO THE FBI: HOW THIS POLITICAL CORRUPTION ACTUALLY WORKS



**A Report To The FBI, FTC, SEC, IG And Congress**
**About The Worst Dark-Money Bribes /Quid Pro Quo And How To**
**End This Corruption Once And For All**

http://www.majestic111.com
http://american-corruption.com

**Draft Revision 8.7**
**Free updates will be provided**

Page 2    EXHIBIT 100 – Case # 22-cv-1107-TSH, Norcal 9th District

By The Wiki-Law-Pedia Project

# Forward

This book is based on first-hand experience, interviews and discussions, with hundreds of government employees and contractors; well-known politicians and their support teams; plus tech CEO's and their employees. It is also based on FBI records, GAO reports and Congressional forensic experts.

This material has been filed with the FBI, DOJ, FTC, OSC, SEC, SSA, FCC, IG Offices, U.S. Congress and other relevant agencies as please to help the victims of these crimes. This is not just an informational document, it is a demand for justice!

Additionally, some of the material in this book was provided to the authors by those agencies. While some of this material is politically embarrassing to some of those agencies, all parties acknowledge that this disclosure assists in improved transparency at those agencies. In every government agency there are three types of workers: 1.) The "*good ones*", 2.) the "*evil ones*" and 3.) the "*worker bees*". No matter how many "*evil ones*" there are at a given agency or department, it only takes ten "*good ones*" to bust them and get them fired or arrested. The "*worker bee*" ones tend to support the "*good ones*" in order to avoid disruption. This report could not have existed without the help of a few of the Elliot Ness-type "*good ones*" from each agency.

The dictionary defines an **_Omerta_** *(  ō-mûr'tə, ō"mĕr-tä' ) as:* ► *n., A rule or code that prohibits speaking or divulging information about certain activities, especially the activities of a criminal organization; Alternative spelling of* omertà.( *https://www.wordnik.com/words/omertà* )*; a code of silence practiced by the Mafia; a refusal to give evidence to the police about criminal activities.* This case is about an *Omerta* practiced by well-known public officials and their Silicon Valley financiers. Calling this crime, both, a "*Capitol Hill Omerta*" and a "*Capital Hill Omerta*" are both appropriate since this involves a White House and Congress corrupted by cash.

Facebook, Google, Amazon, Ebay, Twitter, LinkedIn and Tesla bosses collude with politicians and conspire to run racketeering operations.

Their synchronized and coordinated manipulation of news and media always has only one profiteering intention and always uses tactics which steer the manipulation effects to the benefit of the tech Cartel. The tech Cartel bosses are all exclusive recipients of government cash, jobs, contracts and other payola provided to them as quid pro quo. Their scam is operated for the oligarchs by: 1.) technology law firms,

3

2.) CPA corporations, 3.) "bundlers" and 4.) lobbyists that run the whole corrupt process for these crooks. ***These four groups, more than any other parties MUST be FBI raided, outlawed and shut down by Congressional action! They are the biggest mobsters in the whole scheme!***

These crooks interact, every moment, with billions of average people around the world without oversight. There is no effective Congressional or public monitoring of these oligarchs. No other companies in the world are allowed the same access to government and the same exemption from the law. Their access and position is based on taxpayer financed resources which only *they* are allowed to use because of their bribe payments to famous politicians. In other words: ***You, the public, paid for the government resources and perks they use to operate their abusive monopolies.***

They have used their monopolistic, extremist, synchronized access to control public and government impressions, policies, elections, social moods and perceptions for their ideological and profiteering goals. Bribes in the form of cash, stock, advertising, revolving door jobs, sex workers, real estate, and hundreds of other kinds of payola, have been paid to *most* of the U.S. Congress and regulatory agency staff.

They meet covertly in restaurant and bar back-rooms (ie: "The AngelGate Scandal"), hotel suites, Aspen resorts and private mansions in order to plot and scheme their coordinated efforts. They control significant numbers of executives at the FBI, DOE, FTC, DOT, SEC and other agencies, who, under non-compromised conditions, would normally arrest or indict them. They have an extraordinary number of ex-CIA, ex-IN-Q-TEL and ex-Mossad spy staff employed at their companies because they enjoy the power of spy trade craft tools to manipulate business and politics.

They tell their naive young employees one thing and use their work-efforts to accomplish another thing: Their political goals!

They use Scientology and Rajneesh cult-like '*mindfulness*' and '*holistic*' echo-chambering to exploit their employees.

They have staged a nearly one trillion dollar government funds kickback operation, via the highly placed government officials they control,  in a massive quid pro quo and stock market manipulation schemes.

FBI and DOJ bosses (including Comey, Holder, McCabe, etc.) were fully aware of these facts because they received written reports stating this facts as early as 2008. They covered up the crimes of the Cartel in order to protect their profiteering insider partners.

Very few people understand how the Silicon Valley media Cartel's subliminal messaging, mood manipulation and intention triggering technologies work and how they can be used to cause physical, emotional and cultural harm on an epic scale. The mass manipulation power of the Cartel is astonishing and VERY hard for the average person to comprehend from a technological and psychological perspective. In the 2020 elections, San Francisco voters overwhelmingly approved a ballot measure to impose an extra tax on any big tech company that pays its highest-paid employee over 100 times more than its median worker. This was a direct attack on the corrupt bosses of Tesla, Google, Facebook, and

4

their ilk, that our team organized.

The ballot question was approved by voters,. As the ballot question states, the new tax is to be imposed on "businesses in San Francisco when their highest-paid managerial employee earns more than 100 times the median compensation paid to their employees in San Francisco."

This is because 1.) **_criminal tech oligarchs_** pay-off 2.) **_politicians_** and their 3.) **_Silicon Valley billionaire political manipulator buddies_** with a menage-et-trios bribe payola three-way scheme using money from public taxpayers and public shareholders. It is a ring of corruption that never stops spinning and the crooks are funded by public money. Eric Schmidt, Elon Musk, Larry Page, Harvey Weinstein, Jeffrey Epstein, Mark Zuckerberg, and the rest, engage in unspeakable acts using so much public money that they make Al Capone pale in comparison.

This Cartel of oligarchs and politicians have "**_Kill Teams_**" of hired tech mercenaries and media attackers that they pay to terminate members of the public, the media and smaller business that expose them or compete with them. Those attackers are identified, by name, in this book, and their tactics are exposed herein. In the DOJ case against Google ( **_Case # 1:20-cv-03010_** ), it is quite clear that Google is at the tip of an organized crime empire and a conspiracy to control news and commerce.

To ignore, or cover up, the facts that these companies are a Mafia-class organized crime Cartel is to subject the national population to a risk greater than that of the entire old Italian Mafia!

The links herein point to over 2 million pages of confirming evidence documents and over 60 hours of documentary and surveillance videos already provided to, or by, government investigators. This massive volume of evidence provides indisputable proof of the assertions herein by the people who were "*in the room*" and who witnessed these crimes!

The only reason the Google's of the world are afraid of the truth is because they cannot exist in the face of the facts! The tech Cartel's greed made them forget the old rule: *"Dirty deeds done in the dark will always come to light!"*

When you talk to a public official who is involved in these cover-ups, they will lie to you. In almost every instance, the officials we asked to solve these problems turned out to be simpering, pandering, extremist zealots who will say anything to deny, distract, defer and delay justice and interdiction in these matters. The most famous senators, mayors and White House personnel were all discovered to be putting cash in their bank accounts, getting jobs, getting sex and buying mansions from the profits of these crimes.

In fact, NSA surveillance; DOJ surveillance; government agency mail server records; corporate mail server records; Google email records; Yahoo email records; Facebook storage records; Linkedin archive records; tattoos; personal email and texting files; social media postings; photographs of the parties of interest at protests, riots, marches and social parties; their voting records; their financial stock ownership records; statements from their co-workers; financial records of their political contributions; their contacts lists on their smartphones and MS Outlook; adjacent building video surveillance cameras; stickers and signs on their cars and homes; AI processed analytical decision trees of the rulings they have made within government agencies; their job applications records from Craigslist,

5

Monster, Taleo, etc; and a massive amount of other FBI-quality evidence; has proven that there does not appear to be anybody who worked on the victims case who was not an extremist, socialist, pro-anarchy activist. If any agency can prove otherwise, we are delighted to see the evidence. Federal IT officials have stated that almost every person who has touched, moved, ordered, requested or reviewed the Plaintiffs files is documented and it is easy to use NSA or Palantir-type software to rapidly confirm the assertion.

Taxpayer funded government resources were used to harm and damage the Plaintiffs as reprisal for their assistance to law enforcement.

Thus, State and Federal agencies owe Plaintiffs funds to compensate for those harms and damages.

Forensic investigative history has now proven that those government officials at various agencies were either financed by, friends, with, sleeping with, dating the staff of, holding stock market assets in, promised a revolving door job or government service contracts from, partying with, personal friends with, photographed at private events with, exchanging emails with, business associates of or directed by; applicant's business adversaries, or the Senators and agency politicians that those business adversaries pay campaign finances to, or supply political digital search manipulation services to.

That was a violation of Plaintiffs State and Federal Constitutional rights, all of Plaintiffs civil rights and a violation of a vast number of laws.



# Table of Contents

Forward.................................................................................................................................2
Overview..............................................................................................................................8
Crony Insider Payola.........................................................................................................15
The Mines Of Hell.............................................................................................................24
General Case Data..............................................................................................................43
The Wizard Of Oz: Elon Musk.........................................................................................53
The Spies In Your Pocket................................................................................................109
The Legal Harms: Killing The Messenger......................................................................142
    The Assassins:.............................................................................................................143
    The Specific Attacks And Harms Undertaken Against Plaintiffs:..............................144
        DEFRAUDING PLAINTIFFS..........................................................................144
        MOLES AND SPYING.....................................................................................145
        BLOCKADE OF LEGAL COUNSEL RIGHTS................................................145
        CHARACTER ASSASSINATION AND DEFAMATION..................................145
        FACTORY PROCESSED SOCIAL MEDIA ATTACKS....................................145
        GOVERNMENT BENEFITS BLOCKADES AND MANIPULATIONS...............146
        BLACKLISTING................................................................................................151
        FOIA OBFUSCATION.......................................................................................151
        ARBITRARY DEADLINE MANIPULATION....................................................151
        POLITICAL POISONING..................................................................................151
        WORKPLACE SABOTAGE AND OBSTRUCTION..........................................152
        MEDIA ASSASSINATIONS..............................................................................152
        COMMERCIAL EMPLOYMENT DATABASE POISONING AND RED-FLAGGING..........152
        MURDERS..........................................................................................................152
        REVENUE BLOCKADES AND INTERNET INCOME RE-DIRECTION............152
        TROLL FARMS...................................................................................................153
        FUSION GPS, MEDIA MATTERS "KILL" CONTRACTS..................................153
        MANUAL SEARCH ENGINE LOCK-IN ATTACKS.......................................153
        U.S. PATENT OFFICE MANIPULATION TO BLOCKADE REVENUE.............153
        HONEY-TRAPS.................................................................................................153
        FAKE NEWS TABLOID EMPIRE CREATED JUST FOR DEFAMATION ATTACKS...........154
        HOUSING BLOCKADES.....................................................................................154
        HACKING OF PLAINTIFFS DEVICES.............................................................154
        TECH INDUSTRY BLACK-LIST COORDINATION.........................................154
        HUD AND USDA MORTGAGE RIGHTS BLOCKADES..................................154
    Harms Demands Calculation Metrics:..........................................................................160
The Bay Area Culture Of Political Corruption.................................................................166
    How Palo Alto, California Became Populated Entirely By Assholes?.........................178

Running The Scams..................................................................................................................180
   The Bribes Using The Stock Market:................................................................................185
   The Key Suspects:...........................................................................................................190
   The Sex Cult Club These Perpetrators Use........................................................................211
   The Crimes And Corruption That Plaintiffs Experienced.....................................................219
   U.S. Senators, Agency Heads And Congress-People Were bribed With These Payments:...............229
The Quid Pro Quo....................................................................................................................257
Next Steps..............................................................................................................................316
Conclusion: Fight Back.............................................................................................................317
References, Proof And Bibliography............................................................................................343
Acknowledgments....................................................................................................................358

# Overview

This book was produced as a document of the actual corruption, crimes and attacks a group of "Plaintiffs" experienced. This is the legacy that will follow the perpetrators throughout history. Long after the crooks documented here have passed away, the world will still know their crimes and corruption.

This book is not about political ideologies.

It is not about Democrats or Republicans.

It is about racketeering, insider trading and organized crime.

The victims are are all natural born United States citizen(s) residing in America who worked for, and with, the State and Federal government as contractor/employees in technology, intelligence and/or law enforcement roles and had relationships with White House, Mayoral, Senate and Congressional executives (and their financiers) who provided knowledge of the stated crimes. They are not associated with any political party and self-identify as "independent" voters.

The Plaintiffs suffered harms and damages from a felony organized crime operated by County, State and Federal public officials, per forensic investigators, FBI, Congressional reports and filed federal FOIA request responses pursuant to the Freedom of Information Act (FOIA), (5 U.S.C. § 552 et seq.) and the implementing regulations of the United States government, and applicable laws. The Plaintiffs are seeking to acquire compensation for their damages and expose and curtail this type of corruption for all of time.

Via standard legal and forensic accounting metrics the damages to some of the members of the public who were harmed by this corruption can be easily calculated. The Plaintiffs in this "Omerta" corruption case are seeking an award of $1.5 billion dollars, per the list of harms in the sections below, from the Federal Treasury to compensate them for the proven harms and damages caused to the Plaintiffs. Further, they are seeking damages and back-pay funds from the general State and Federal Treasury funds.

For contrast, taxpayer-financed government 'payola' and crony conduit funds in excess of ***$18 billion (Tesla)*** and ***$49 billion (Google)***, respectively, have been given to each of two of Plaintiffs competitors, who then made many times those amounts by profiteering off those funds via criminal and corrupt activities. Those two insider examples are only two of dozens of technology oligarch-operated examples in the ***Cartel*** that government officials profited from, but these two are prime examples of the criminal activities engaged in, and covered up, at the expense of Plaintiffs who were attacked for reporting the crimes.

Both of those entities are now under federal investigation and civil charges for racketeering and organized crime. It is shocking, to every voting citizen, that such criminal entities would receive such a

9

massive volume of corrupt quid-pro-quo largess while law-abiding Plaintiffs technologies and products, which obsolete those competitors products on every metric, would be blockaded. Plaintiffs were attacked using state-sponsored resources, due to bribery and crimes by public officials, who own stock and benefits in those competitors.

Plaintiffs have also been blockaded from their rights to legal council and equitable legal representation because this case exposes and embarrasses famous public officials who seek a cover-up. Nonetheless, denying Plaintiffs their civil and Constitutional rights is one of the biggest forms of human rights violations in the United States of America!

------------------------------------

In one example, and for reference, we examine the United States Department of Energy government 'loan' program which was a "***stimulus fund***" authorized under section 136 of the Energy Independence and Security Act of 2007.
(https://en.wikipedia.org/wiki/Energy_Independence_and_Security_Act_of_2007 )

Congress provided the program with $25 billion in loan authority, supported by a $7.5 billion appropriation to fund the credit subsidy. All the money cam from you, the taxpayer.

The ATVM, LGP and battery funds were *designed by lobbyists* to benefit corrupt politicians and their billionaire financiers and to kill off their competitors.

Recent reports, such as:
https://www.sfgate.com/business/article/Inside-eBay-s-Cockroach-Cult-The-Ghastly-Story-15599604.php )
prove that tech Cartel members: Ebay, Amazon, Tesla, Facebook
( http://popurls.com/go/pop/lbae924f6b574ffcc129f0f361e411de8 ),
Google, Netflix, et al; maintain para-military attack and surveillance geek armies, ***within*** their organizations, to go after competitors, whistle-blowers and those that their owners dislike.

These "***Kill Teams***" have CIA-like tools and funding to "target and destroy" any member of the public. Department of Energy officials pointed the finger at targets and paid some of these strike-force operatives via quid-pro-quo.

Many of the leaders of these political assassination teams were hired from the previous White House administration. Obama PR Director Jay Carney, who now works for Amazon, was documenting suggesting a hit on employees who spoke out about warehouse safety. Congressional leader Devin Nunes was targeted by six of these companies. The Tesla 'Intimidation Director ' was documented in court records running attack vectors against Tesla employee Martin Tripp because he reported safety cover-ups
( Watch This Pedestrian    http://popurls.com/go/pop/l94e3e600c2346835275b4ca0ceac31ad )

at the Tesla factory. The documents provided prove that tech billionaires
( http://popurls.com/go/pop/le7bddc602d893b8ebdc36ea1357df4ad )
hire, and partner with, White House staff to destroy the lives of American citizens who compete with,
or report the crimes of those entities.

The Department of Energy worked closely with these **Kill Teams** in order to sabotage competitors of
their insiders. Explosive New FBI Texts
( https://www.allsides.com/news/2020-09-25-1011/trump-was-right-explosive-new-fbi-texts-detail-
internal-furor-over-handling )
prove that even the highest levels of law enforcement help put hit-jobs on those they disagree with!
Corrupt government officials used a process, known in intelligence community trade craft circles as a
"**Vendetta Cycle**", to 'kill' citizens. The process involves cutting off every outside source of income,
running defamation media campaigns to forestall any future income, forcing the targets to be
exclusively reliant on government funds **but** making the funds so minimal that the citizens could not
afford to pay lawyers to help fight the attacks. The 'Vendetta Cycle' process blocks the targets from
their money, their legal rights and their freedom. The process is repeated endlessly, and the government
funds reduced, over time, until the victim is terminated.

This reprisal revenge process can be operated by just a handful of Senators and White House staff but
the results are always lethal. It is 100% illegal and a vast violation of the United States Constitution but
it is used constantly by political sociopath Senators. The process is described in leaked CIA, Russian
and British spy manuals and widely covered by Glenn Greenwald and ICIJ reporters.

Even though the law in California (Cal. Lab. Code § § 1050 to 1053) says that an entity can't prevent or
attempt to prevent former workers from getting work through misrepresentation, knowingly permit or
fail to take reasonable steps to prevent blacklisting, or make a statement about why an employee was
discharged or left employment, implying something other than what is explicitly said, or providing
information that was not requested: **It is done every day in Silicon Valley.**

The "*Silicon Valley No Poaching Black-List*" class-action lawsuit was about this issue. Federal FAR
Section 9.104-1 (d), and related laws, apply. Blacklisting is a key part of the IC Vendetta Cycle attacks.
The victims also suffered damage to their rights under the Age Discrimination in Employment Act
(ADEA) (29 USC Sec. 621, et seq.); the Americans with Disabilities Act (42 USC Sec. 12181, et seq.);
the Civil Rights Acts - (42 USC Sec. 2000, et seq.); the Davis-Bacon Act (40 USC Sec. 276a, et seq.);
the Employee Retirement Income Security Act (ERISA) (29 USC Sec. 1001, et seq.); the Equal Pay
Act (29 USC Sec. 206[d]) and other violations.

There is a precedent that was set in the US Supreme Court case: Gideon v. Wainwright, (1963) that
clarifies that you have a right to a lawyer even if you don't have money for one.  The Sixth
Amendment, as applied to the states through the Fourteenth Amendment Due Process Clause gives one
their Due Process rights. You need to kill someone, though, to most easily get your free lawyer, since
the court-appointed lawyer is rarely ever appointed, on citizens behalf, in a case like this. Even if a
defendant is represented by an attorney of his or her choosing, he or she may be entitled to relief on
appeal if the attorney did not provide adequate representation. A defendant must demonstrate that the

attorney's performance "fell below an objective standard of reasonableness" and that this was prejudicial to the case. See:

*Strickland v. Washington* ( *https://supreme.justia.com/cases/federal/us/466/668/case.html* ) , 466 U.S. 668, 688-92 (1984).

A few "free lawyers", that victims had tried, turned out to be working for the opposition side. The federal organization: https://www.lsc.gov is required to help but has refused because it's administrators were friends with, and appointed by, the public officials charged with corruption in this case.

Plaintiffs causes of action include: ABUSE OF PROCESS; FTCA VIOLATIONS; ACCOUNT STATED; BREACH OF CONTRACT; CONVERSION; DEFAMATION; FRAUDULENT MISREPRESENTATION; FRAUDULENT CONCEALMENT; INJURIOUS FALSEHOOD, PRODUCT DISPARAGEMENT AND TRADE LIBEL; CIVIL RIGHTS VIOLATIONS AND VIOLATIONS OF THE U.S. CONSTITUTION; MISAPPROPRIATION OF TRADE SECRETS; PRIMA FACIE TORT; QUANTUM MERUIT; TORTIOUS INTERFERENCE INCLUDING a.) Tortious interference with an existing contract, b.) Tortious interference with prospective, c.) Tortious interference with business relations contractual relations; PATENT INFRINGEMENT; PERSONAL INJURY; UNJUST ENRICHMENT; ANTI-TRUST LAW VIOLATIONS; LABOR LAW VIOLATIONS AND OTHER CAUSES.

***Whereas the lawyers for the tech oligarchs argue that they should be sued separately from the government entities and the politicians, those tech oligarchs and politicians invalidated that assertion by exchanging billions of dollars of (NOT reported to the FEC) cash, stock market stocks, real estate, search engine manipulations, insider trading algorithm manipulation sharing,  and other compensations, which, thereby, made them business partners with each other, combined them as a RICO racketeering compliant "Cartel", in the eyes of the law, and joined them legally as a group organized for "unjust gains'.***

To clarify, criminally corrupt Senators changed federal laws so that they could say that such bribery '*was underline(only) not illegal for themselves*'. Whether this contrivance by these corrupt insider-trading Senators will stand, remains to be seen. The fact that these political figures conspired with each other and their financier/beneficiaries leaves no cloudy issues relative to the law! ***They broke the law under racketeering and organized crime rules!***

-------------------------------------------------

To qualify for those Department of Energy funds, automakers and eligible component manufacturers had to promise to increase the fuel economy of their products by 25% over the average fuel economy of similar 2005 models, and apply the loans to future investments "reasonably related to the reequipping, expanding, or establishing a manufacturing facility in the U.S." Plaintiffs vehicles had the highest calculated fuel efficiency in the world, the lowest cost-to- manufacture, the lowest selling price, the most attractive debt-ratio, the highest safety factor, the most hires of laid off Detroit factory workers and executives and the biggest volume of sales order requests! Plaintiffs had refused to pay the bribes so they got **black-listed**! Even though these rules were supposed to be "law", Department of Energy officials constantly and illicitly changed the rules and criteria, every time that it looked like an outsider

was getting close to winning the funds. In this way, **_no applicant who was not a White House or U.S. Senator's political campaign financier could ever get the money_**.

Bright Automotive, ZAP, XP, EcoMotors and Elio have famously published national letters confirming that the entire Department of Energy funding programs are a shell game operated with constantly shifting gauntlets designed to only allow insiders in and destroy all of their competitors. DOE staff will make up any excuse to keep non-crony applicants out, including faking reviews of applicants and shredding their data. A large majority of DOE staff are still "left-over" from the previous corrupt Administration and believe that their income is still based on lying and providing a cover-up of the criminal corruption described herein.

Non-crony applicants were **_DEFRAUDED_** into thinking that they had a chance. Outsider applicants were falsely **_INDUCED_** to spend millions of their dollars via false government promises. This resulted in part, but not all, of the massive damages to Plaintiffs. In distributing the loans, the DOE was supposed to fairly support technologies that are promising and deserving of assistance. Alas, recent lawsuits, GAO and Treasury examinations and Congressional investigations have revealed that the Department of Energy has been "*infected with corruption*" and only administered these funds to benefit friends and harm their competitors.

Loan recipients must also be "financially viable" for the length of the loan. Plaintiffs stayed viable through the projected life of the loan, under the most dire circumstances possible, even though most other crony "winners" of ANY DOE funds were forced into bankruptcy by the lies and frauds operated by the White House and Department of Energy and the "unjust-gain" (Per the U.S. Treasury) schemes to intentionally crash companies like Solyndra and Abound for "Windfall tax write-off profits and VC/I-Bank skims" [2]
https://en.wikipedia.org/wiki/Advanced_Technology_Vehicles_Manufacturing_Loan_Program#cite_note-csmonitor.com-2

Tesla borrowed cash from Arabs, Warren Buffet and Detroit to cook it's books to make it look financially viable on paper, but Tesla was anything but "*OK*". Tesla is a sham. Musk can cycle the original DOE funding for stock market pump-and-dumps for the next 100 years but Tesla is will always be a company forged in corruption, 'book-cooking', bribes and payola. Musk and his scams exist because over a thousand insiders at **Goldman Sachs** ( **https://www.businessinsider.com/matt-taibbis-vampire-squid-take-down-of-goldman-sachs-is-finally-online-2009-7?op=1** ) , The NVCA and **Deutsche Bank** ( https://www.db.com/company/index.htm ) spend all day manipulating the stock market with massive automated computer trading arrays. Also, four big U.S. Senators (who are his investors) spend a large part of their days covering his ass in order to keep their insider trading schemes going.

Given 60 days by congressional statute to issue an interim final rule, the Department of Energy (DOE https://en.wikipedia.org/wiki/United_States_Department_of_Energy ),[3] responsible for overseeing the program, finalized the rule 36 days later on November 5, 2008 (compared to 18 months usually needed for such rule making). Over 1000 public officials and applicants can testify that the money was planned to have been distributed by Dec. 30, 2008.

13

This program is related to the United States Treasury Department'
( https://en.wikipedia.org/wiki/United_States_Treasury_Department )s Troubled Asset Relief Program
(TARP - https://en.wikipedia.org/wiki/Troubled_Asset_Relief_Program ) "*stimulus fund*" which has
been providing contrived bailout ( https://en.wikipedia.org/wiki/Bailout )funding to two of the big three
U.S. automakers to give the impression of reducing the effects of the 2008–10 automotive industry
crisis on the United States ( https://en.wikipedia.org/wiki/Effects_of_the_2008–
10_automotive_industry_crisis_on_the_United_States ).

The two "*stimulus funds*" programs were enacted during the Automotive industry crisis of 2008–10 (
https://en.wikipedia.org/wiki/Automotive_industry_crisis_of_2008–10 ), in order to pay off political
favors[4] Obama Chief of Staff Rahm Emanual is notorious for saying that you should '*never let a
good crisis go to waste*', by which he meant that politicians should create "*stimulus funds*", to hand
out taxpayer money to their friends, every chance they get. (ie: See the internal Treasury, GAO and
OMB notes on the current "**COVID Stimulus**" investigations and negotiations re: payola and crony
schemes).

The stark reality is that *no politician screaming about "climate change" and "immigrants", etc. is not
making tens of millions of dollars in stock market profits from "climate change" and "immigration"
services providers*. They have a traceable financial incentive to lie about these issues for their own
profiteering schemes. They get paid by Eric Schmidt, Elon Musk, Reid Hoffman and the Cartel to say
these things and they own stock in the Tesla cars and Warren Buffet windmills. You can follow the
money, quite easily, with modern AI technology, but the mainstream media hides that fact.

While climate change may be bad for crops, the only "green" thing that these crooked Senators care
about is the "green" cash in their stock market accounts.  They only need that taxpayer Department of
Energy "ATVM" or "LGP" money to appear in an outside account for a few minutes while their
Goldman Sachs insiders and their Sandhill Road VC's scoop the "skims". The **skims** are billions of
dollars of fake "*management fees*" off-the-top, electronically captured with the push of a button. The
Plaintiffs helped get the FBI to raid Solyndra, not because Solyndra's indium-based solar tubes caught
on fire all the time or because of the real estate scams involved, but because crooked money was made
off of the skims and the manipulated windfall tax write-off profits. Solyndra never had to sell a thing
for the scams to work. Department of Energy staff, especially PR staff, will lie, shred, deny, defer and
obfuscate to cover-up these crimes. DOE policy is to "deny any and all past political failures, _no matter
what_".

In this case, Plaintiffs have filed charges, criminal referrals and requests-for-investigation with the FBI,
DOJ, FTC, SEC, SFPD, Inspector Generals, and other offices. Plaintiffs won previous historical,
precedent-setting, federal lawsuits proving that Plaintiffs funding and agency decisions **_were
manipulated by reprisal, vendetta, revenge hit-jobs operated against him by government officials
exposed in an active federal corruption investigation_**. FBI officials Patricia Ritch, Christopher Wray,
John F. Bennett, Craig D. Fair, the duty officers, and their predecessors, at the San Francisco and
Washington DC offices should be familiar with this case as building logs and videos show that
Plaintiffs have been to the 450 Golden Gate Ave, 13th Floor FBI offices on multiple occasions to file
reports. Plaintiffs have active SEC, SFPD, OSC, etc. case numbers. Plaintiffs are also actively
participating in the promotion of current DOJ and FTC lawsuits against the perpetrators including

Google/Alphabet and other large parties who influenced government process, illicitly, in this corruption matter.

While Plaintiffs have asked the Department of Justice to execute and collect these funds _on their behalf_, they have reserved their rights to have _any_ commercially licensed collection agency legally acquire these funds, under law. These particular funds and these particular government bank accounts are like no other in the world and they offer novel collection opportunities and challenges.

The Plaintiffs have, for years, implored The U.S. Department of Justice to take up Plaintiffs case in order to expedite the matter. United States Attorney Generals and FBI bosses keep getting indicted, fired and investigated over this very same matter of corruption, so this ask has been a long row to hoe.

Plaintiffs have demanded an immediate settlement to the claim so that all parties can be spared further pain in this matter. Getting a response from the feds, though, is like pulling teeth. Hollow, ineffective form letters from law enforcement and regulatory agencies, for a case this compelling, ring of insincerity and underscore the frustration every citizen has with the modern justice system.

It would not be a total loss for the federal bankers, though. The federal government is free to seek reimbursement from the State Of California for these funds, to replenish the DOE account that Plaintiffs intend to garnish. Why? Because over 40 major California public officials, known to federal investigators, participated in the referenced corruption in a manner which inured to their personal and family bank accounts and damaged all of the Plaintiffs in this matter (as well as the taxpayers). That fact is easily proven by the forensic accounting of those politicians family investment bank accounts, from 2007 to today, and their email communications, all of which the NSA and other agencies have recorded (and outside hackers may have acquired). Those public officials engaged in this corruption on an interstate basis which, also, makes this matter of interest to the FBI.

**_This is about one of the largest criminal stock market and payola manipulations in American history! It is happening again with the COVID "stimulus funds"_**

**_( https://www.zerohedge.com/political/house-moderates-hammer-out-152-trillion-bipartisan-compromise-pandemic-relief )!_**

**_The 2008 "Stimulus" ended up being $2 trillion dollars. Ironically, the 2020 COVID "stimulus" plan is for the same amount. All of the players are the the same and the insider trading schemes are quite similar. Those who do not learn from the past are doomed to repeat it!_**

Plaintiffs have reported this, in writing, to every known law enforcement and regulatory entity. They have a vast archive of crime report receipts and case numbers **_but_** zero productive results on their behalf. Each agency finger-points to another agency because they are either too lazy to do the work or their bosses are implicated in the crime benefits. The Plaintiffs will no longer wait for those responsible for enforcement to do their jobs. Everyone has seen, in the news, the shocking number of Inspector General top brass indicted for corruption. It is clear that IG offices can no longer be counted on for justice.

So: U.S. Senators and their staff and financiers as well as White House executives, their staff and financiers and government agency executives and their staff and beneficiaries have been charged, fired and/or arrested in this matter. It has been irrefutably proven that those parties, could, have and may again, quite easily, manipulate federal records, decisions and processes in order to harm, punish, defund, and reprisal-blockade Plaintiffs rights, benefits and legal options. Silicon Valley oligarchs partnered with the politicians to operate these crimes. Over 1000 news broadcasts and hundreds of thousands of news articles discuss the case and those media clippings have been provided to every federal office in on-line, cloud internet, repositories. The feature films "***Too Big To Fail***", "***Omerta***" and over four different ***CBS News 60 Minutes*** episodes deal with this matter. San Francisco City Hall officials have started to be arrested in the associated corruption issues. Washington DC and Marin County officials are under investigation, by federal authorities, in this active case matter.

# Crony Insider Payola

Cronyism is still prevalent in the energy sector, and the government allocates special benefits to the well-connected instead of fostering a playing field that provides opportunity for all to compete. Nancy Pelosi, Kamala Harris, Dianne Feinstein and Jerry Brown had stock market and revolving door job benefits from the Cleantech Crash Department of Energy funds "winners" and helped to sabotage the competitors of their friends that got handed Crony Cash. Forensic FBI-class accounting proves this! These people were supposed to be Plaintiffs leaders but they chose to cheat rather than compete!

Corruption cannot be fixed in America until it is illegal for ANY politician, or their family members, to own stock market stocks!

The Department of Energy's crony-exclusive subsidies obstruct the long-term success and viability of the technologies and energy sources that they are intended to promote by distorting the actual costs of energy production and interfering with the price signals by which businesses monitor supply and demand. This is clearly covered in the feature films: "***Too Big To Fail***" and "***Omerta***".

In order to keep competitors (of the California Senator's friends) from getting access to the funding, White House and Department of Energy (DOE) goons, under Secretary of Energy Steven Chu, resorted to the following vendetta and blockade tactics:

- Plaintiffs were first-to-file DOE applications. Plaintiffs had been invited by the government to participate. DOE refused to follow the "*First Come, First Served*" rule of the Section 136 funding law and moved those Applicant's who had their act together, to the back of the line when it was discovered that they were ahead of Tesla and Fisker, who had lackadaisically not even filed applications. Tesla and Fisker knew they were going to just be handed the funds, without review, based on White House insider say-so. DOE then arbitrarily published an illegal rule change press release saying that the "First-Come, First-Served" rule was suddenly no longer in effect after DOE realized that insider Tesla and Fisker had not had their acts together and that their competitors had filed first and could get money ahead of White House favorites Fisker and Tesla. Micheal Carr, one of the authors of the 136 Bill, personally told Plaintiffs, in his Washington DC office, that Tesla and Fisker were not intending to even submit applications because funding was "in the bag" for them. Washington DC research firm: Eye On Washington, spoke with Dianne Feinstein's Chief Of Staff, who threatened them and Plaintiffs over the Fremont California NUMMI factory. The Plaintiffs were the first party to approach the NUMMI factory owners to take over the factory. Elon Musk had already gone on the news to say that the "NUMMI factory had no value to Tesla". Feinstein then talked Musk into back-tracking and taking the building because her husband ran CBRE realty which had interests in that and the Solyndra property (later raided by the FBI) next door. Her relative: Herb Newman, got the HR work and a construction contractor with Feinstein family connections got construction work. Some of her staff then went to

17

work for Tesla. Feinstein's daughter used to stay at Plaintiffs home and had often complained about her mother's ethics in recorded get-togethers. Her best friend lived with Plaintiffs and her mother worked at the Feinstein office. The 60 Minutes "Cleantech Crash" episode reveals that most of the Plaintiffs technologies were acquired by China and forced ultra-cheap rates and Chinese spies have been found to be working for the Feinstein's. Tesla's China deal was facilitated by Feinstein intermediaries. Feinstein's hubby's business partner: Mart Bailey, is China's top deal maker. China is considered, by the Pentagon, to be America's biggest current global adversary.

- Once an applicant applied for DOE funds, they were locked out of all other bank or venture funding worldwide, by design. The National Venture Capital Association and major banks cooperated with this scheme. No other funding outlet could match the DOE finance rate, so nobody would fund an applicant until AFTER an applicant had been funded… but DOE would not fund any applicants except the 5 companies who paid the biggest bribes, and made the largest campaign PAC payments, to the Obama campaign. The DOE funds were a catch-22 to make sure that indie tech companies could NOT get funded unless they were crony insiders.

- DOE "bottom-drawered" outsiders, especially the Plaintiffs, applications and stuck them at the bottom of a file cabinet, in Lachlan Seward's DOE office, for months without even looking at them in order to run-out-the-clock on those who competed with campaign-finance front facades: Tesla and Fisker. Tesla and Fisker had agreed to take the taxpayer money, stuff it in their company account, then move it to PAC's who then moved it to Obama, Feinstein, Harris and Pelosi political election campaigns. That process is called "Dark Money Obfuscation". When the New York Mafia did it they got put in prison. When Elon Musk does it, he gets more free taxpayer cash.

- DOE told Plaintiffs, that competed with Tesla, that DOE would not approve the loan for their 100% electric car because the applicant's car "**_DID NOT USE ENOUGH GASOLINE_**"...! or that an applicant "was not going to make enough cars from the outset"..when it is widely known that any manufacturing effort requires a ramp-up curve.

- Every, so called, 'DOE reviewer' of the DOE applications was either a direct competitor of the Plaintiffs or had stock market holdings in Tesla, Fisker, Solyndra, etc. or later went to work for them. The review process was the most rigged, crony deal anyone had ever seen in Washington DC.

- Insider (and bribe paying) Tesla Motors had hundreds of meetings and phone calls with DOE staff, many at DOE HQ, in order to hand-walk Tesla through the process and babysit their application on orders from the Obama White House. Competing applicants received no phone calls, no meetings and no help. DOE's Carol Battershal, refused to return most phone calls from applicants who were in competition with Tesla because she was a "_Tesla Fan Girl_".

- DOE lawyer Cohen, refused to respond to any questions from applicants competing with Tesla, yet spent many hours helping Tesla get their paperwork configured. He was terminated for conflict issues.

- Oval Office White House car czar: Steven Rattner, refused to assist or respond to any applicants and told a number of members of Congress that he was just focused on trading "votes-for-DOE-funds with Detroit auto unions". He said that small electric car start-ups "don't offer enough vote trades to make a discussion valuable". ***Rattner was later indicted in New York for Stock market fraud.*** His indictment provided key initial clues that the entire Cleantech "green energy" program was about pumping stock market holdings that DOE and White House insiders exclusively controlled for their own profiteering.

- The DOE was so overt in their industrial monopoly operations and sabotage efforts that Tesla's own marketing boss wrote an article about it because they were so obvious in their manipulations of an industry: **https://www.wired.com/2009/12/doe-loans-stifle-innovation/**

- DOE never once called, or returned calls from CEO's of the companies applying. DOE particularly refused to talk to Plaintiffs because all of Plaintiffs technology obsoleted all of Tesla's business model and technologies.

- One of the White House staff that communicated between agencies was caught taking pictures up girls skirts and his case was reduced because of White House intervention. Barack Obama later became part of NETFLIX and helped bring the notorious pedo film "Cuties" to the screen. Sex trades between White House staff, DOE staff and lobbyists had become common-place by 2010.

- Applicant Bright Automotive famously published a nationwide open letter confirming all of these crimes and abuses by DOE

- ZAP Motors, Elio Motors, Brammo and almost every other applicant confirmed these charges.

- The GAO, Congress and yet-to-be-seen FBI documents and NSA recordings confirm all of these assertions.

- Plaintiffs hand delivered more written customer order letters to Congress and DOE in Washington DC than ALL of the other applicant's combined yet Lachlan Seward at DOE "lost them" (like Lois Lerner lost her IRS hard drives). The applicants re-sent them, yet the DOE office refused to review them or contact the customers that had submitted them because they proved that Tesla was faking customer order volume and other applicants were not.

- DOE staff Matt Rogers, Steve Spinner and other Steven Chu buddies, who were manipulated into DOE jobs by McKinsey/Covington and Burling, flew back and forth to California, on the taxpayers dime, to go to parties and baseball games each weekend, yet DOE could not find the time or resources for any in-person meetings with anyone but insider Tesla Motors. They were reported-on by green energy CEO Gary D. Conley. Conley was later found with a bullet in his head behind Beale Air Force base in Northern California. Conley had written and talked to a number of applicants stating that a major Silicon Valley crime mob was "after him". Kamala Harris refused to investigate the matter when she was the Attorney General of California. Harris is financed by the Silicon Valley oligarchs suspected of being complicit in the deaths of Conley, Rajeev Motwani, Seth Rich and others.

- Applicant XP Vehicles had applied for a loan under the DOE "LGP" program. DOE wanted a cash payment of many tens of thousands of dollars from them in order to look at that application. DOE told XP that "DOE does not have an application form so just make up your own". XP acquired an investor to fund the "review payment", which DOE maintained was not a bribe. Tesla Motors was not required to make such a payment in advance of review. Tesla only had to make the payment later, after other applicant's complained that Tesla was getting "crony insider favors". Secretary of Energy Steven Chu's top man had committed, in a recorded call, to speak to XP's outside investor's in one phone call, per the request of XP's investors to confirm that the money was being used as a DOE fee. The DOE official refused to return all calls, emails, FEDEX letters and personal messenger requests to respond. He was recorded in conversations in the next room while his secretary said he was "not in the building" and also when he told his secretary to "hang up" on the callers. The investors had become concerned that the promised reply from DOE was being blocked. After a massive number of attempts, a few minutes after the deadline to pay the "review fee" had passed, the senior official at DOE finally responded with a communication. He sent an email stating that XP had missed the deadline and was not eligible to apply. He had specifically and overtly sabotaged XP by not giving the one sentence response to XP's investors, ever!, and then waiting until the moment the deadline passed to say "HA, we f*cked you!" In a recorded conference call and Congressional meetings, Steven Chu had offered to waive the fee, as DOE had set a precedent of doing for this with other, applicants. XP, which beat every other applicant on comparative metrics, lost millions of dollars because of the lies and machinations of DOE.

- Steven Chu's buddies at McKinsey Consulting flooded Congress and the White House with "helpful" "White Papers" that all seemed to reach the ironically similar conclusion that only Tesla Motors could be the "green company" that could solve "green energy". [Raj Gupta Went to jail for rigging McKinsey](#) and ( [https://www.indiawest.com/blogs/former-mckinsey-ceo-rajat-gupta-s-10-tall-claims-short-shrifted/article_e7e88b8c-9c58-11e9-9d18-03143accc78a.html](https://www.indiawest.com/blogs/former-mckinsey-ceo-rajat-gupta-s-10-tall-claims-short-shrifted/article_e7e88b8c-9c58-11e9-9d18-03143accc78a.html) ) stock market manipulations. The Silicon Valley oligarchs had hired all of McKinsey to push this narrative that would only hype Tesla stock. Mckinsey pushed lithium mining and lithium batteries like there was no tomorrow. Google and Goldman Sachs held massive assets in lithium mining.

- DOE "Tesla Fan Boys" made up their own interpretations of applicants statements and re-wrote applicants intentions in order to create negative data for competitors of Tesla and make Tesla look better even though Tesla was: 1.) about to go bankrupt, 2.) bleeding cash, 3.) owner of the absolute worse debt ratio of any applicant, 4.) Trying to build new buildings, like Solyndra (for real estate holdings to benefit CBRE, Feinstein's husband's company), 5.) bleeding staff, 6.) operated by a sociopath drug abuser, 7.) reliant on Afghanistan war-based lithium battery mines that may never materialize, 8.) reliant on Congo cobalt mines that used child slave labor, 9.) reliant on Panasonic lithium batteries that were never intended for auto energy storage and widely documented to explode and release poison cancer-causing gas during fires, 10.) off budget PER CAR by over $100,000.00 PER CAR, 11.) in a legal dispute with all of it's founders, 12.) fully conflicted with stock ownership by DOE, White House and Senate executives, and much, much more...The FBI and SEC have been

provided with a list of nearly 1000 lies, deceptive actions, safety cover-ups, stock manipulations in association with Google owners, sex abuse issues, racism and frauds by Tesla Motors and Elon Musk.

- Department of Energy staff use lies, Lois Lerner-type manipulations, sabotage, third-party contracted media hit-jobs (operated by Fusion GPS, Gizmodo, Media Matters, Google, etc.), stone-walling and other dirty tricks tactics known as "Ratf*ucking", to harm and delay funding for any party who might compete with the crony insiders.

There are **thousands** of other hard-evidence case examples of the corruption in this case.

White House Staff including Rahm Emanual, Bill Daley, Jay Carney, Robert Gibbs, Steve Rattner, David Axelrod, John Podesta, et al; and The Secretary of Energy Steven Chu and the Chief Counsel for the United States Department of Energy Daniel Cohen and Bill Cooper were, (from 2007 forward), either financed by, friends, with, sleeping with, dating the staff of, holding stock market assets in, promised a revolving door job or government service contracts from, partying with, personal friends with, photographed at private events with, exchanging emails with, business associates of or directed by; applicant's business adversaries, or the Senators and Department of Energy politicians that those business adversaries pay campaign finances to, or supply political digital search manipulation services to.

Criminal U.S. Senators coordinated and profited in these schemes. Their own family members have now supplied evidence against them. The facts prove that nobody is allowed to "win" government funds **unless** they are friends and stock market partners with certain U.S. Senators.

Even if your DOE application metrics beat every single other competing Applicant, you will get lied to and defrauded by Department of Energy and White House officials. You will be told that you have a "fair chance", **but** all of the money is secretly hard-wired to a business partner of a Pelosi or Feinstein and you will just waste your time, staff resources and payroll waiting for years on promised funds that will never come.

The awful truth is that Plaintiffs were **DEFRAUDED** out of their life savings, their investors savings and years of their lives by the U.S. Government. The feds knew that the money was hard-wired to Fisker, Tesla and the crony insiders but they induced the other applicants to apply under false pretenses. They used the outsider applicants as a cover-up for their pass-through crony payola schemes to pay off Silicon Valley tech oligarchs for funding the Obama and Pelosi political campaigns and internet search rigging.

The White House, at the time, and the Department of Energy engaged in *FELONY, ORGANIZED CRIME* payola, worked with  Jeffrey Epstein and his gang and operated massive stock market manipulation. The highest levels of law enforcement, including Eric Holder and James Comey, helped cover it up! Joe Biden's son has now been exposed running the same type of shenanigans with sketchy off-shore companies.

When the government plays favorites, valuable resources shift to less productive uses.

Removing the cronyism and corporate welfare that are pervasive in energy markets is no easy feat. The current administration's attempt to rescind unused funds in the U.S. Department of Energy Advanced Technology Vehicles Manufacturing loan program provides a good case study.

In handing out only five crony loans, the program has wasted taxpayer dollars by subsidizing economic losers (Fisker) and has promoted corporate welfare by subsidizing well-off companies (Nissan and Ford). Tesla Motors was clearly awarded government funds based on bribes and cover-ups of its failed finances and deadly engineering defects. Additionally, Tesla acts as a campaign funding conduit to Nancy Pelosi and Dianne Feinstein's election drives. The program has $4.3 billion remaining but has been idle for more than eight years without a new loan administered by the department because the FBI is hot on the trail of this scheme. Funds still left in that account should be given to the Plaintiffs who were the victims of this failed crony payola Cleantech Crash political payola scheme.

The Congressional Budget and Impoundment Control Act of 1974 authorizes the President to rescind funding previously enacted into law, and the White House appropriately offered a $15 billion rescissions package that included the Advanced Technology Vehicles Manufacturing loan program. The government owes the defrauded applicants their damages and that money should come from the $4.3 billion still sitting around at DOE. The White should take the $1.5 Billion out of the fund and provide it to these Plaintiffs.

The Pelosi Special Interests have, so far, prevailed, and the program remains in place. The money is just sitting there. A DOJ lawsuit is needed to expose the scam and shut down these crimes against the public. In the mean time, that money must be used to compensate those harmed, damaged, sabotaged and defrauded by DOE. No company will ever get that money again without a global crowd-sourced public FBI-class investigation being conducted against them. That money, must, therefore, be used to make up for the quantified past crimes and harms against the non-crony Applicant's!

Thus, the State of California and The Agencies Of The U.S. Government should consider Plaintiffs demand. It is a legal '**Demand For Payment**' and the collection proceedings are in process!


**Here is how the corruption process works:**


**Crony capitalism** - Wikipedia

W https://en.wikipedia.org/wiki/Crony_capitalism

**Crony capitalism** is an economic system in which businesses thrive not as a result of risk, but rather as a return on money amassed through a nexus between a business class and the political class.This is

often achieved by using state power rather than competition in managing permits, government grants, tax breaks, or other forms of state intervention over resources where the state exercises ...


**CRONY CAPITALISM | definition in the Cambridge English ...**

https://dictionary.cambridge.org/us/dictionary/english/crony-capitalism

**crony capitalism** meaning: an economic system in which family members and friends of government officials and business leaders…. Learn more.


What is **crony capitalism**? definition and meaning ...

www.businessdictionary.com/definition/crony-capitalism.html

**crony capitalism**: An economy that is nominally free-market, but allows for preferential regulation and other favorable government intervention based on personal relationships. In such a system, the false appearance of "pure" **capitalism** is publicly maintained to preserve the exclusive influence of well-connected individuals.

**Capitalism** Definition - Investopedia

https://www.investopedia.com/terms/c/capitalism.asp

**Capitalism** is an economic system in which capital goods are owned by private individuals or businesses. The production of goods and services is based on supply and demand in the general market ...


What is **Crony Capitalism**? | PragerU

https://www.prageru.com/video/what-is-crony-capitalism/

In **crony capitalism**, politicians spend the public's money not for the public interest but to reward friends, supporters, or themselves. In **crony capitalism**, government officials use taxpayer dollars to benefit their friends, supporters, or themselves, rather than using that money for the public interest as it is intended. View source

**Crony-capitalism** index - Wikipedia

https://en.wikipedia.org/wiki/Crony-capitalism_index

The **crony-capitalism** index aims to indicate whether the livelihood of the people from certain country or city with a capitalist economy are easily affected by **crony capitalism**.It is not an internationally

recognized index due to its limitations. It is a new measurement of **crony capitalism** designed by The Economist newspaper based on the "work by Ruchir Sharma of Morgan Stanley Investment ...

**Crony Capitalism | Definition of Crony Capitalism by ...**

https://www.merriam-webster.com/dictionary/crony capitalism

**Crony capitalism** definition is - an economic system in which individuals and businesses with political connections and influence are favored (as through tax breaks, grants, and other forms of government assistance) in ways seen as suppressing open competition in a free market. How to use **crony capitalism** in a sentence.

Where Does **Crony Capitalism** Come From?

https://investorhour.com/episodes/where-does-crony-capitalism-come-from

Nick Sorrentino is the co-founder of Against **Crony Capitalism** and the editor of AC2NEWS.com. A political and communications consultant whose clients have spanned the political spectrum, his work has been featured at Foreign Policy Magazine, Chief Executive Magazine, Reason.com, NPR.com, TownHall, The Daily Caller, and many other publications.

**Crony Capitalism in America | Mises Institute**

https://mises.org/library/crony-capitalism-america

Hunter Lewis. Hunter Lewis is author of twelve books, including The Secular Saints: And Why Morals Are Not Just Subjective, Economics in Three Lessons & One Hundred Economic Laws, Where Keynes Went Wrong, and **Crony Capitalism** in America 2008-2012, and has contributed to the New York Times, the Washington Post, the Times of London, The Atlantic and many other magazines and web sites including ...

AC2 News - "The Real Problem with the Economy"

https://www.ac2news.com

**Crony Capitalism** in America at IndieBound From Us to You Receive additional services from Against **Crony Capitalism** through email: Story updates, action alerts, free ebook, and more

13 Examples of **Crony Capitalism - Simplicable**

https://simplicable.com/en/crony-capitalism

**Crony capitalism** is a society that allows an elite to profit from government resources in a way that doesn't benefit society. This is typically based on some form of political corruption whereby politicians

personally benefit by granting the rent seeking demands of an elite. The following are illustrative examples.

What is **Crony Capitalism**? - YouTube

https://www.youtube.com/watch?v=4DxXHh-p-O4

This election season there's a lot of talk about corruption, about politicians being "bought and sold", and about "**crony capitalism**". What do those terms mea...

**Crony Capitalism** in America: 2008-2012: Lewis, Hunter ...

https://www.amazon.com/Crony-Capitalism-America-Hunter-Lewis/dp/0988726726

**Crony Capitalism** is a companion volume to Hunter Lewis' other outstanding work, published at the same time, Free Prices Now! --Jeremy Hammond, Barrons, 11/2/13 ". . . What we have today is not the free market but **'crony capitalism,'** an altogether different matter.

**"Crony Capitalism" | Capitalism**.org

https://www.capitalism.org/collectivism-statism/crony-capitalism/

"**Crony capitalism**" is a contradiction in terms. **Capitalism** is a political-economic system based on the principle of individual rights, which means the separation of state and economics (just like the separation of church and state). Under **capitalism**, the government's sole purpose is to protect each individual's rights equally.

**Crony Capitalism** - University of Chicago Press

https://www.journals.uchicago.edu/doi/pdfplus/10.1086/686474

**Crony Capitalism** Paul H. Rubin* This Article discusses "**crony capitalism**," a form of rent-seeking, and its sources. Although the term **crony capitalism** is generally applied to non-Western economies, any economy is susceptible to three primary sources of cronyism: stan-dard special interest legislation, "bootlegger and Baptist"

# The Mines Of Hell

How do you pay back the bribes, paid by Silicon Valley tech billionaires, to put Presidents in the White House to be your bitches?

You create payola out of holes in the ground! You use corrupt overseas "rare earth" mineral mines!

Meet the "*Russian Treasure Maps*" of Afghanistan. They were said to show where five trillion dollars worth of copper, *lithium for Tesla, indium for Solyndra* and other technology minerals were hidden in the Afghan plains. That lithium and indium could power Elon Musk's cars and Solyndra tubes,  (if only a certain group of Silicon Valley billionaires had a way to monopolize that...hmmmm?) But; were those "Treasure Maps" a trick or a treat?

To this day, controversy exists across the intelligence communities, of many nations, about whether, or not, those maps were a scam created to "trick the American's" or the actual locations of trillions of dollars of mining deals that were "*antibody's for the taking*". The papers that the CIA geologists pulled out of that archival library in Kabul, Afghanistan still read to be a bit too convenient for what happened next. CIA Boss Woolsey promoted lithium batteries until he was blue in the face. Did Woolsey own mining interests in the CIA manipulation efforts in Afghanistan? Secretary of Energy Steven Chu, after getting booted out of office for corruption, went to work at a lithium company. The USAID, staffed by Hillary Clinton associates, pushed white papers and power-points to tech VC's pitching the "***trillions of dollars of electric car lithium in Afghanistan***" and ignoring the fact that it may not even exist and that everybody around it wants to kill you. Is Elon Musk responsible for the deaths of all of the American soldiers that went to Afghanistan to get him lithium for his expensive douche-bag cars? Maybe.

Decades later, after an invasion or two, and vast expenditures of cash, political capitol and lives, very little of the promised golden mining treasure has materialized. What has materialized is epic corruption, political payola, campaign secrets, deaths and controversy. By Pentagon audits, over SEVEN TRILLION dollars of U.S. taxpayer money disappeared down the hole in Afghanistan and the U.S. got nothing out of it.



Goldman Sachs, McKinsey Consulting and Deloitte helped a few rogue CIA buddies distribute a huge number of white papers and press releases which used the buzz words: "Trillions of dollars of lithium

in Afghanistan" and "Afghanistan is the Saudi Arabia of Lithium". Why would those particular companies put so much effort into hyping a pile of dirt on the other side of the planet? The answer lies in who they hyped it to and who took the bait. It turns out, most of the money that flowed through this (probable) scam financed the Obama campaign. It also turns out that those who skimmed profits from this vast flowing river of corruption sludge were Elon Musk, John Doerr, Eric Schmidt, Steve Jurvetson and the very pack of investors who co-funded the Obama campaign. They were also the very same people who, exclusively, got the only cash from the Obama Administration.



They are also the very same people who had partnered with the Russian mining companies who were standing by to go back into Afghanistan to dig up this magical dirt-pile. Where "covert mining deals" were never a big election deal, in 2016, thanks to some monumental document leaks, they became one of the biggest deals in U.S. history..and not in a good way.

In other mining scam news, the **Uranium One controversy** involves the sale of Uranium One
( https://en.wikipedia.org/wiki/Uranium_One ) to Rosatom
(  https://en.wikipedia.org/wiki/Rosatom   ) as a $145 million bribery scandal involving Hillary Clinton
(  https://en.wikipedia.org/wiki/Hillary_Clinton  ) and the Clinton Foundation
(  https://en.wikipedia.org/wiki/Clinton_Foundation   ).

Since the 2015 publication of the book *Clinton Cash*
( https://en.wikipedia.org/wiki/Clinton_Cash ) by Breitbart News
(  https://en.wikipedia.org/wiki/Breitbart_News   ) editor and Steve Bannon
(  https://en.wikipedia.org/wiki/Steve_Bannon  ) collaborator Peter Schweizer
(  https://en.wikipedia.org/wiki/Peter_Schweizer  ) , as well as a 2015 *New York Times* article that Schweizer was involved with,[1]

( https://en.wikipedia.org/wiki/Uranium_One_controversy#cite_note-1 ) allegations of a bribery scheme involving Hillary Clinton, the Clinton Foundation and the 2010 sale of Uranium One persisted. Sean Hannity
( https://en.wikipedia.org/wiki/Sean_Hannity ) characterized it as "the biggest scandal — or, at least, one of them — in American history," while his frequent guest and former Trump advisor Seb Gorka
( https://en.wikipedia.org/wiki/Seb_Gorka ) equated it with treason worthy of a death sentence.[2]
( https://en.wikipedia.org/wiki/Uranium_One_controversy#cite_note-2 ) On June 29, 2010, Renaissance Capital, a Russian investment bank with ties to the Kremlin and which was promoting Uranium One stock, paid Bill Clinton $500,000 for a speech in Moscow shortly after the Rosatom acquisition of Uranium One was announced.[20][21]
( https://en.wikipedia.org/wiki/Uranium_One_controversy#cite_note-nyt042315-20 )
( https://en.wikipedia.org/wiki/Uranium_One_controversy#cite_note-yf042315-21 )

The Clinton-Uranium One story is the "real" Russian scandal according to experts. Frank Giustra
( https://en.wikipedia.org/wiki/Frank_Giustra ) donated $31.3 million to the Clinton Foundation, to be followed in 2007 with a pledge of at least $100 million. These amounts constituted the bulk of the $145 million in supposed bribes paid to the Clinton Foundation.[8][9][10]
( https://en.wikipedia.org/wiki/Uranium_One_controversy#cite_note-8 )
( https://en.wikipedia.org/wiki/Uranium_One_controversy#cite_note-9 )
( https://en.wikipedia.org/wiki/Uranium_One_controversy#cite_note-10 )

In the Congo, Elon Musk's rush to gather Cobalt for his exploding batteries has led to child slave labor, mass rape, genocide and machete mutilations.

The wars and political dirty tricks to gather the politically targeted rare earth mining payola which Google, Tesla, Facebook, Amazon (All sponsors and beneficiaries of the Obama campaigns) stuffed into their products were worth a supposed "$18 trillion dollars" to the tech oligarchs. People kill other people and rig elections for that kind of money.

DOE "Tesla Fan Boys" made up their own interpretations of Department of Energy applicants statements and re-wrote applicants intentions in order to create negative data for competitors of Tesla and make Tesla look better even though Tesla was: 1.) about to go bankrupt, 2.) bleeding cash, 3.) owner of the absolute worse debt ratio of any applicant, 4.) Trying to build new buildings, like Solyndra (for real estate holdings to benefit CBRE, Feinstein's husband's company), 5.) bleeding staff, 6.) operated by a sociopath drug abuser, 7.) reliant on Afghanistan war-based lithium battery mines that may never materialize, 8.) reliant on Congo cobalt mines that used child slave labor, 9.) reliant on Panasonic lithium batteries that were never intended for auto energy storage and widely documented to explode and release poison cancer-causing gas during fires, 10.) off budget PER CAR by over $100,000.00 PER CAR, 11.) in a legal dispute with all of it's founders, 12.) fully conflicted with stock ownership by DOE, White House and Senate executives, and much, much more...

The *Lithium, Indium, Cobalt* and *Uranium* mining deals, and their associated wars, were staged by the Obama Administration, through Goldman Sachs and JP Morgan for the nearly exclusive benefit of the Silicon Valley Obama political financiers. Obama's utter disaster of a war in Afghanistan was staged to help Elon Musk buy private jets and hang out at Jefffrey Epstein and Steve Jurvetson sex parties. How many child slaves died in holes in the ground digging for Musk's cobalt by hand? The "S" in "Model S" really stands for **Slave-labor**!


**$1 Trillion Motherlode of Lithium and Gold Discovered in ...**

https://www.mining.com/1-trillion-motherlode-of-lithium-and-gold-discovered-in-afghanistan/

A recently unearthed 2007 United States Geological Service survey appears to have discovered nearly $1 **trillion in** mineral deposits in **Afghanistan**, far […] $1 **Trillion** Motherlode of **Lithium** and ...

**The Spoils of the War on Afghanistan, One Trillion Dollars ...**

https://www.globalresearch.ca/the-spoils-of-the-war-on-afghanistan-one-trillion-dollars-of-lithium-the-future-of-silicon-valley-may-lie-in-the-mountains-of-afghanistan/5375266

The vast discovery could very well propel **Afghanistan** — a war-ravaged land with a population of 31 million largely uneducated Pashtuns and Tajiks, and whose primary exports today are opium, hashish, and marijuana — into becoming the world's next "Saudi Arabia of **lithium**," according to an internal Pentagon memo cited by the New York Times. ...

**Afghanistan is sitting on mineral wealth worth over $3 ...**

https://tfipost.com/2020/07/afghanistan-is-sitting-on-mineral-wealth-worth-over-3-trillion-and-its-future-depends-on-it/

**Lithium** is also crucial in technological equipment like mobile phones and laptops. An even more encouraging study was conducted in the year 2017 by the Afghan Ministry of Mines and Petroleum. It pegged **Afghanistan's** mineral wealth at 3 **trillion** US **dollars**. This is equivalent of some of the biggest world economies like India.

**Afghan Lithium Stock Scam - a Washington Dc Organized ...**

https://xyzcase.weebly.com/afghan-lithium-stock-scam.html

As of today the Afghan war has cost the U.S. over one and a half **TRILLION dollars** and, according to sociologists and economists, yielded no known benefits. The **lithium**, the gas pipelines and global goodwill goals have all turned out to be false hopes. Yale University calculates that 80% of the cash sent to **Afghanistan** disappeared in corruption.

**Mining in Afghanistan - Wikipedia**

W https://en.wikipedia.org/wiki/Mining_in_Afghanistan

Mining in **Afghanistan** is controlled by the Ministry of Mines and Petroleum, which is headquartered in Kabul with regional offices in other parts of the country. **Afghanistan** has over 1,400 mineral fields, containing barite, chromite, coal, copper, gold, iron ore, lead, natural gas, petroleum, precious and semi-precious stones, salt, sulfur, talc, and zinc, among many other minerals.

**Rare Earth: Afghanistan Sits on $1 Trillion in Minerals**

https://www.nbcnews.com/science/science-news/rare-earth-afghanistan-sits-1-trillion-minerals-n196861

**Afghanistan** may be sitting on one of the richest troves of minerals in the world, valued at nearly $1 **trillion**, scientists say. ... zinc, mercury and **lithium**. ... while the Afghan government's ...

**The New Oil: Afghanistans Lithium Mines worth Trillions of ...**

https://totallyfreepress.wordpress.com/2011/03/15/the-new-oil-afghanistans-lithium-mines-worth-trillions-of-dollars/

According to other reports the total mineral riches of **Afghanistan** may be worth over three **trillion** US **dollars**. ... similar to those necessary for the deposits in **Afghanistan** went out of production due to cheaper production from **lithium** containing brines. **Afghanistan** invited 200 global companies for the development of its mines.

**$1 Trillion Trove of Rare Minerals Revealed Under Afghanistan**

https://www.livescience.com/47682-rare-earth-minerals-found-under-afghanistan.html

Despite being one of the poorest nations in the world, **Afghanistan** may be sitting on one of the richest troves of minerals in the world, valued at nearly $1 **trillion**, according to U.S. scientists.

**Why is Afghanistan unable to extract its vast mineral ...**

https://www.aljazeera.com/indepth/features/afghanistan-unable-extract-vast-mineral-wealth-190527111748895.html

Timory also criticised what he described as the overly politicised nature of decision making in the **mining** sector, as he warned of further **corruption**. **In** late 2018, **Afghanistan's** membership in ...

**Minerals have become integral to conflict in Afghanistan ...**

https://ariananews.af/mining-has-become-integral-to-conflict-in-afghanistan-undp/

**Mining** financing conflict The report also stated **mining** has been financing conflict and that the control of minerals extraction by insurgent groups has meant that they have been financing and fuelling

conflict while undermining the legitimacy of the Afghan government and further spreading **corruption** and violence.

**Illegal mining costs Afghanistan millions annually: UN**

☐ https://www.aa.com.tr/en/asia-pacific/illegal-mining-costs-afghanistan-millions-annually-un/ 1952838

World, Asia - Pacific Illegal **mining** costs **Afghanistan** millions annually: UN UN report says control of mineral extraction by insurgents, local militia, and warlords causes **corruption**, violence

**Corruption and Conflict in Afghanistan | Global Witness ...**

🔴https://www.globalwitness.org/en/campaigns/afghanistan/

**Afghanistan's** new **mining** law risks falling short in the fight against **corruption** The worrying weaknesses in the new Afghan **mining** law must be revised if it is to allow the country's huge mineral wealth to benefit its people, rather than continue fuelling **corruption** and conflict

AN EXAMPLE FOIA FILING TO SEEK MORE INFORMATION ON THE MATTER:

Sept 30, 2020 - Copies Filed With NARA.GOV and all public outlets.

Pursuant to the Freedom of Information Act (FOIA), 5 U.S.C. § 552 et seq. and the implementing regulations of your office we make the following request for FOIA data.

Plaintiffs Office requests that your office produce the following within twenty business days and further seeks expedited review of this request for the reasons identified below:

1. All records discussing, referring, or relating to all meetings or communications between staff and related parties or their representatives including minutes of those meetings, or any memoranda written about these meetings by your employees and contractors who were present or have knowledge of these actions related to FST, Limnia, DCT or XP Vehicles proposals for their proven patented, trade secret and patent pending technologies to use domestic coal waste for plasma processing into clean energy storage systems on which the U.S. Department Of Energy has worked with Plaintiffs Teams via Ameren Energy, Lawrence Livermore, Sandia and Department of Energy HQ efforts, and direct Department of Energy funding, support and advisory efforts since, at least, 2000 and which Department of Energy officials blockaded in order to favor Tesla Motors, Solyndra and companies which acquired their energy minerals from Afghanistan, Bolivia and China (Assets of which are owned by corrupt U.S. Senators and Department of Energy staff via proven Goldman Sachs, JP Morgan and related investment bank accounts) and other corrupt regions through corrupt rare earth mining scams relative to the White House Executive Order Of September 30, 2020, per the following:

**White House Executive Order Places U.S. Emphasis On Plaintiffs Coal Waste Processing Technology**

**"Executive Order on Addressing the Threat to the Domestic Supply Chain from Reliance on Critical Minerals from Foreign Adversaries"**

*Economy & Jobs*

Issued on:

---

By the authority vested in me as President by the Constitution and the laws of the United States of America, including the International Emergency Economic Powers Act (50 U.S.C. 1701 et seq.) (IEEPA), the National Emergencies Act (50 U.S.C. 1601 et seq.) (NEA), and section 301 of title 3, United States Code,

I, DONALD J. TRUMP, President of the United States of America, find that a strong America cannot be dependent on imports from foreign adversaries for the critical minerals that are increasingly necessary to maintain Plaintiffs economic and military strength in the 21st century. Because of the national importance of reliable access to critical minerals, I signed Executive Order 13817 of December 20, 2017 (A Federal Strategy To Ensure Secure and Reliable Supplies of Critical Minerals), which required the Secretary of the Interior to identify critical minerals and made it the policy of the Federal Government "to reduce the Nation's vulnerability to disruptions in the supply of critical minerals." Pursuant to my order, the Secretary of the Interior conducted a review with the assistance of other executive departments and agencies (agencies) that identified 35 minerals that (1) are "essential to the economic and national security of the United States," (2) have supply chains that are "vulnerable to disruption," and (3) serve "an essential function in the manufacturing of a product, the absence of which would have significant consequences for Plaintiffs economy or Plaintiffs national security."

These critical minerals are necessary inputs for the products Plaintiffs military, national infrastructure, and economy depend on the most. Plaintiffs country needs critical minerals to make airplanes, computers, cell phones, electricity generation and transmission systems, and advanced electronics. Though these minerals are indispensable to Plaintiffs country, we presently lack the capacity to produce them in processed form in the quantities we need. American producers depend on foreign countries to supply and process them. For 31 of the 35 critical minerals, the United States imports more than half of its annual consumption. The United States has no domestic production for 14 of the critical minerals and is completely dependent on imports to supply its demand. Whereas the United States recognizes the continued importance of cooperation on supply chain issues with international partners and allies, in many cases, the aggressive economic practices of certain non-market foreign producers of critical minerals have destroyed vital mining and manufacturing jobs in the United States.

Plaintiffs dependence on one country, the People's Republic of China (China), for multiple critical minerals is particularly concerning. The United States now imports 80 percent of its rare earth elements directly from China, with portions of the remainder indirectly sourced from China through other countries. In the 1980s, the United States produced more of these elements than any other country in the world, but China used aggressive economic practices to strategically flood the global market for rare earth elements and displace its competitors. Since gaining this advantage, China has exploited its position in the rare earth elements market by coercing industries that rely on these elements to locate their facilities, intellectual property, and technology in China. For instance, multiple companies were forced to add factory capacity in China after it suspended exports of processed rare earth minerals to Japan in 2010, threatening that country's industrial and defense sectors and disrupting rare earth elements prices worldwide.

The United States also disproportionately depends on foreign sources for barite. The United States imports over 75 percent of the barite it consumes, and over 50 percent of its barite imports come from China. Barite is of critical importance to the hydraulic fracturing ("fracking") industry, which is vital to the energy independence of the United States. The United States depends on foreign sources for 100 percent of its gallium, with China producing around 95 percent of the global supply. Gallium-based semiconductors are indispensable for cellphones, blue and violet light-emitting diodes (LEDs), diode lasers, and fifth-generation (5G) telecommunications. Like for gallium, the United States is 100 percent reliant on imports for graphite, which is used to make advanced batteries for cellphones, laptops, and hybrid and electric cars. China

*produces over 60 percent of the world's graphite and almost all of the world's production of high-purity graphite needed for rechargeable batteries.*

*For these and other critical minerals identified by the Secretary of the Interior, we must reduce Plaintiffs vulnerability to adverse foreign government action, natural disaster, or other supply disruptions. Plaintiffs national security, foreign policy, and economy require a consistent supply of each of these minerals.*

*I therefore determine that Plaintiffs Nation's undue reliance on critical minerals, in processed or unprocessed form, from foreign adversaries constitutes an unusual and extraordinary threat, which has its source in substantial part outside the United States, to the national security, foreign policy, and economy of the United States. I hereby declare a national emergency to deal with that threat.*

*In addition, I find that the United States must broadly enhance its mining and processing capacity, including for minerals not identified as critical minerals and not included within the national emergency declared in this order. By expanding and strengthening domestic mining and processing capacity today, we guard against the possibility of supply chain disruptions and future attempts by Plaintiffs adversaries or strategic competitors to harm Plaintiffs economy and military readiness. Moreover, additional domestic capacity will reduce United States and global dependence on minerals produced in countries that do not endorse and pursue appropriate minerals supply chain standards, leading to human rights violations, forced and child labor, violent conflict, and health and environmental damage. Finally, a stronger domestic mining and processing industry fosters a healthier and faster-growing economy for the United States. Mining and mineral processing provide jobs to hundreds of thousands of Americans whose daily work allows Plaintiffs country and the world to "Buy American" for critical technology.*

*I hereby determine and order:*

*Section 1. (a) To address the national emergency declared by this order, and pursuant to subsection 203(a)(1)(B) of IEEPA (50 U.S.C. 1702(a)(1)(B)), the Secretary of the Interior, in consultation with the Secretary of the Treasury, the Secretary of Defense, the Secretary of Commerce, and the heads of other agencies, as appropriate, shall investigate Plaintiffs Nation's undue reliance on critical minerals, in processed or unprocessed form, from foreign adversaries. The Secretary of the Interior shall submit a report to the President, through the Assistant to the President for National Security Affairs, the Assistant to the President for Economic Policy, and the Assistant to the President for Trade and Manufacturing Policy, within 60 days of the date of this order. That report shall summarize any conclusions from this investigation and recommend executive action, which may include the imposition of tariffs or quotas, other import restrictions against China and other non-market foreign adversaries whose economic practices threaten to undermine the health, growth, and resiliency of the United States, or other appropriate action, consistent with applicable law.*

*(b) By January 1, 2021, and every 180 days thereafter, the Secretary of the Interior, in consultation with the heads of other agencies, as appropriate, shall inform the President of the state of the threat posed by Plaintiffs Nation's reliance on critical minerals, in processed or unprocessed form, from foreign adversaries and recommend any additional actions necessary to address that threat.*

*(c) The Secretary of the Interior, in consultation with the heads of other agencies, as appropriate, is hereby authorized to submit recurring and final reports to the Congress on the national emergency declared in this order, consistent with section 401(c) of the NEA (50 U.S.C. 1641(c)) and section 204(c) of IEEPA (50 U.S.C. 1703(c)).*

*Sec. 2. (a) It is the policy of the United States that relevant agencies should, as appropriate and consistent with applicable law, prioritize the expansion and protection of the domestic supply chain for minerals and the establishment of secure critical minerals supply chains, and should direct agency resources to this purpose, such that:*

*(i) the United States develops secure critical minerals supply chains that do not depend on resources or processing from foreign adversaries;*

*(ii) the United States establishes, expands, and strengthens commercially viable critical minerals mining and minerals processing capabilities; and*

*(iii) the United States develops globally competitive, substantial, and resilient domestic commercial supply chain capabilities for critical minerals mining and processing.*

*(b) Within 30 days of the date of this order, the heads of all relevant agencies shall each submit a report to the President, through the Director of the Office of Management and Budget, the Assistant to the President for National Security Affairs, and the Assistant to the President for Economic Policy, that identifies all legal authorities and appropriations that the agency can use to meet the goals identified in subsection (a) of this section.*

*(c) Within 60 days of the date of this order, the heads of all relevant agencies shall each submit a report as provided in subsection (b) of this section that details the agency's strategy for using the legal authorities and appropriations identified pursuant to that subsection to meet the goals identified in subsection (a) of this section. The report shall explain how the agency's activities will be organized and how it proposes to coordinate relevant activities with other agencies.*

*(d) Within 60 days of the date of this order, the Director of the Office of Science and Technology Policy shall submit a report to the President, through the Director of the Office of Management and Budget, the Assistant to the President for National Security Affairs, the Assistant to the President for Economic Policy, and the Assistant to the President for Trade and Manufacturing Policy, that describes the current state of research and development activities undertaken by the Federal Government that relate to the mapping, extraction, processing, and use of minerals and that identifies future research and development needs and funding opportunities to strengthen domestic supply chains for minerals.*

*(e) Within 45 days of the date of this order, the Secretary of State, in consultation with the United States Trade Representative, shall submit a report to the President, through the Assistant to the President for National Security Affairs, the Assistant to the President for Economic Policy, and the Assistant to the President for Trade and Manufacturing Policy, that details existing and planned efforts and policy options to:*

*(i) reduce the vulnerability of the United States to the disruption of critical mineral supply chains through cooperation and coordination with partners and allies, including the private sector;*

*(ii) build resilient critical mineral supply chains, including through initiatives to help allies build reliable critical mineral supply chains within their own territories;*

*(iii) promote responsible minerals sourcing, labor, and business practices; and*

*(iv) reduce the dependence of the United States on minerals produced using methods that do not adhere to responsible mining standards.*

*Sec. 3. The Secretary of the Interior, in consultation with the Secretary of Defense, shall consider whether the authority delegated at section 306 of Executive Order 13603 of March 16, 2012 (National Defense Resources Preparedness) can be used to establish a program to provide grants to procure or install production equipment for the production and processing of critical minerals in the United States.*

*Sec. 4. (a) Within 30 days of the date of this order, the Secretary of Energy shall develop and publish guidance (and, as appropriate, shall revoke, revise, or replace prior guidance, including loan solicitations) clarifying the extent to which projects that support domestic supply chains for minerals are eligible for loan guarantees pursuant to Title XVII of the Energy Policy Act of 2005, as amended (42 U.S.C. 16511 et seq.) ("Title XVII"), and for funding awards and loans pursuant to the Advanced Technology Vehicles Manufacturing incentive program established by section 136 of the Energy Independence and Security Act of 2007, as amended (42 U.S.C. 17013) ("the ATVM statute"). In developing such guidance, the Secretary:*

(i) shall consider whether the relevant provisions of Title XVII can be interpreted in a manner that better promotes the expansion and protection of the domestic supply chain for minerals (including the development of new supply chains and the processing, remediation, and reuse of materials already in interstate commerce or otherwise available domestically);

(ii) shall examine the meaning of the terms "avoid, reduce, or sequester" and other key terms in section 16513(a) of title 42, United States Code, which provides that the Secretary "may make guarantees under this section only for projects that — (1) avoid, reduce, or sequester air pollutants or anthropogenic emissions of greenhouse gases; and (2) employ new or significantly improved technologies as compared to commercial technologies in service in the United States at the time the guarantee is issued";

(iii) shall consider whether relevant provisions of the ATVM statute may be interpreted in a manner that better promotes the expansion and protection of the domestic supply chain for minerals (including the development of new supply chains and the processing, remediation, and reuse of materials already in interstate commerce or otherwise available domestically), including in such consideration the application of these provisions to minerals determined to be components installed for the purpose of meeting the performance requirements of advanced technology vehicles; and

(iv) shall examine the meaning of the terms "qualifying components" and other key terms in subsection 17013(a) of title 42, United States Code.

(b) Within 30 days of the date of this order, the Secretary of Energy shall review the Department of Energy's regulations (including any preambles thereto) interpreting Title XVII and the ATVM statute, including the regulations published at 81 Fed. Reg. 90,699 (Dec. 15, 2016) and 73 Fed. Reg. 66,721 (Nov. 12, 2008), and shall identify all such regulations that may warrant revision or reconsideration in order to expand and protect the domestic supply chain for minerals (including the development of new supply chains and the processing, remediation, and reuse of materials already in interstate commerce or otherwise available domestically). Within 90 days of the date of this order, the Secretary shall propose for notice and comment a rule or rules to revise or reconsider any such regulations for this purpose, as appropriate and consistent with applicable law.

Sec. 5. The Secretary of the Interior, the Secretary of Agriculture, the Secretary of Commerce, the Administrator of the Environmental Protection Agency, the Secretary of the Army (acting through the Assistant Secretary of the Army for Civil Works), and the heads of all other relevant agencies shall, as appropriate and consistent with applicable law, use all available authorities to accelerate the issuance of permits and the completion of projects in connection with expanding and protecting the domestic supply chain for minerals.

Sec. 6. The Secretary of the Interior, the Secretary of Energy, and the Administrator of the Environmental Protection Agency shall examine all available authorities of their respective agencies and identify any such authorities that could be used to accelerate and encourage the development and reuse of historic coal waste areas, material on historic mining sites, and abandoned mining sites for the recovery of critical minerals.

Sec. 7. Amendment. Executive Order 13817 is hereby amended to add the following sentence to the end of section 2(b): "This list shall be updated periodically, following the same process, to reflect current data on supply, demand, and concentration of production, as well as current policy priorities."

Sec. 8. Definitions. As used in this order:

(a) the term "critical minerals" means the minerals and materials identified by the Secretary of the Interior pursuant to section 2(b) of Executive Order 13817, as amended by this order; and

(b) the term "supply chain," when used with reference to minerals, includes the exploration, mining, concentration, separation, alloying, recycling, and reprocessing of minerals.

Sec. 9. General Provisions. (a) Nothing in this order shall be construed to impair or otherwise affect:

*(i) the authority granted by law to an executive department or agency, or the head thereof; or*

*(ii) the functions of the Director of the Office of Management and Budget relating to budgetary, administrative, or legislative proposals.*

*(b) This order shall be implemented consistent with applicable law and subject to the availability of appropriations.*

*(c) This order is not intended to, and does not, create any right or benefit, substantive or procedural, enforceable at law or in equity by any party against the United States, its departments, agencies, or entities, its officers, employees, or agents, or any other person.*

*DONALD J. TRUMP*

*THE WHITE HOUSE,*
*September 30, 2020."*

-------------------------------

As the Department of Energy Inspector General's office, The FBI, DOJ, OSC, FTC and FEC are aware, we have filed criminal referrals in this matter and demanded payment for Plaintiffs damages in the state-financed corruption in this matter caused by government employees and contractors exposed in Congressional, FBI, DOJ, OSC, FTC and FEC investigations. This information has been publicly relayed to the news media and the voting population of America and Europe. Former White House executives, U.S. Senators and Department of Energy staff have been proven to have held financial interests in these off-shore mining efforts and federal investigators can swear, warrant, and certify to this fact. Presidential candidates have been proven to have, or now hold, vast assets in Chinese and other foreign corrupt rare-earth mining quid pro quo scams.

Plaintiffs Office seeks all responsive records regardless of format, medium, or physical characteristics. In conducting  your search, please understand the terms "records," "communications," and "documents" in their broadest sense, to include any written, typed, recorded, graphic, printed, or audio material of any kind. We seek records of any kind, including electronic records, audiotapes, videotapes, and photographs, as well as letters, emails, facsimiles, telephone messages, voice mail messages and transcripts, notes, or minutes of any meetings, telephone conversations or discussions. Plaintiffs request includes any attachments to these records.

No category of material should be omitted from search, collection, and production.

You may not exclude searches of files or emails in the personal custody of your officials, such as personal email accounts, which are known by Plaintiffs investigators to have been used to attempt to avoid transparency.

Records of official business conducted using unofficial systems or stored outside of official files is subject to the Federal Records Act and FOIA. It is not adequate to rely on policies and procedures that require officials to move such information to official systems within a certain period of time; Plaintiffs Office has a right to records contained in those files even if material has not yet been moved to official systems or if officials have, through negligence or willfulness, failed to meet their obligations.

Custodian searches are still required; agencies may not have direct access to files stored in .PST files, outside of network drives, in paper format, or in personal email accounts. In addition, please note that in conducting a "reasonable search" as required by law, you must employ the most up-to-date technologies and tools available, in addition to searches by individual custodians likely to have responsive information. Recent technology may have rendered the your prior FOIA

practices unreasonable. In light of the government-wide requirements to manage information electronically by the end of 2016, it is no longer reasonable to rely exclusively on custodian-driven searches.

Furthermore, agencies that have adopted the NARA Capstone program, or similar policies, now maintain emails in a form that is reasonably likely to be more complete than individual custodians' files. For example, a custodian may have deleted a responsive email from his or her email program, but the DOE's archiving tools would capture that email under Capstone. Accordingly, Plaintiffs Office insists that the your offices use the most up-to-date technologies to search for responsive information and take steps to ensure that the most complete repositories of information are searched. If any potentially responsive records have been destroyed and/or transferred to other agencies or offices, such as the National Archives and Records Agency (NARA), then I request copies of the destruction or transfer slips as well as any other documentation relating to, mentioning or describing said transfer or destruction, to include but not be limited to confirmation that your offices have no other copies of said records. Under the FOIA Improvement Act of 2016, agencies must adopt a presumption of disclosure, withholding information "only if . . . disclosure would harm an interest protected by an exemption" or "disclosure is prohibited by law." If it is your position that any portion of the requested records is exempt from disclosure, please advise.

Plaintiffs Office requests that you provide an index of those documents as required under Vaughn v. Rosen, 484 F.2d 820 (D.C. Cir. 1973), cert. denied, 415 U.S. 977 (1974). As you are aware, a Vaughn index must describe each document claimed as exempt with sufficient specificity "to permit a reasoned judgment as to whether the material is actually exempt under FOIA." Moreover, the Vaughn index "must describe each  document or portion thereof withheld, and for each withholding it must discuss the consequences of disclosing the sought-after information." Further, "the withholding agency must supply 'a relatively detailed justification, specifically identifying the reasons why a particular exemption is relevant and correlating those claims with the particular part of a withheld document to which they apply.'"

See - Competitive Enter. Inst. v. Office of Sci. & Tech. Policy , 827 F.3d 145, 149-50 (D.C. Cir. 2016); cf. Judicial Watch, Inc. v. Kerry , 844 F.3d 952, 955-56 (D.C. Cir. 2016)  Id. at 8 ("The Government argues that because the agency had a policy requiring [the official] to forward all of his emails from his [personal] account to his business email, the [personal] account only contains duplicate agency records at best. Therefore, the Government claims that any hypothetical deletion of the [personal account] emails would still leave a copy of those records intact in [the official's] work email. However, policies are rarely followed to perfection by anyone. At this stage of the case, the Court cannot assume that each and every work-related email in the [personal] account was duplicated in [the official's] work email account." (citations omitted))

See-  Presidential Memorandum-Managing Government Records, 76 Fed. Reg. 75,423 (Nov. 28, 2011), http://bit.ly/2qOnSLU; Office of Mgmt. & Budget Exec. Office of the President, Memorandum for the Heads of Executive Departments & Independent Agencies, "Managing Government Records Directive," M-12-18 (Aug. 24, 2012), http://bit.ly/2raBimr

See -  FOIA Improvement Act of 2016 § 2 (Pub. L. No. 114-185)

See-  Founding Church of Scientology v. Bell , 603 F.2d 945, 949 (D.C. Cir. 1979)

See - King v. U.S. Dep't of Justice , 830 F.2d 210, 223-24 (D.C. Cir. 1987) (emphasis in original)

See -  Id.  at 224 (citing  Mead Data Central, Inc. v. U.S. Dep't of the Air Force , 566 F.2d 242, 251 (D.C. Cir. 1977)

In the event some portions of the requested records are properly exempt from disclosure, please disclose any reasonably segregable nonexempt portions of the requested records. If it is your position that a document contains non-exempt segments, but that those non-exempt segments are so dispersed throughout the document as to make segregation impossible, please state what portion of the document is non-exempt, and how the material is dispersed throughout the document. Claims of non-segregability must be made with the same degree of detail as required for claims of exemptions in a Vaughn index. If a request is denied in whole, please state specifically that it is not reasonable to segregate portions of

the record for release. In addition to the records requested above, Plaintiffs Office also requests records describing the processing of this request, including records sufficient to identify search terms used and locations and custodians searched and any tracking sheets used to track the processing of this request. If your offices use FOIA questionnaires or certifications completed by individual custodians or components to determine whether they possess responsive materials or to describe how they conducted searches, we also request any such records prepared in connection  with the processing of this request.

**You should institute a preservation hold on information responsive to this request.**

Plaintiffs Office intends to pursue all legal avenues to enforce its right of access under FOIA, including litigation and press conferences if necessary. Accordingly, your offices are on notice that litigation is reasonably possible and that Plaintiffs offices have prevailed in past related federal litigation.

Where possible, please provide responsive material in electronic format by email in PDF format.

Plaintiffs non-political, criminal investigation, non-commercial public interest Congressional investigation and distribution group requests rolling production of these records as they are located and reviewed. Please be aware that under 5 U.S.C. § 552(a)(6)(A), a FOIA request is considered constructively denied after twenty business days and is subject to an appeal on that basis.

**Fee Waiver**

In accordance with 5 U.S.C. § 552(a)(4)(A)(iii), Plaintiffs Office, and citizen complainants, request a waiver of fees associated with processing this request for records. The subject of this request concerns the operations of the federal government, and the disclosures will likely contribute to a better understanding of relevant government procedures by the general public in a significant way.

Moreover, Plaintiffs Office provides research to major online news organizations viewed by millions of voters and therefore we are entitled to a fee waiver on the grounds that disclosure of the information sought is in the public interest because it is likely to contribute significantly to public understanding of the operations oractivities of the government and is not primarily in the commercial interest of the requester. Regardless, we are willing to pay fees for this request up to $50 without prior approval. If you estimate that the fees will exceed this limit, please notify us first.

**Expedited Processing**

Pursuant to 5 U.S.C. § 552(a)(6)(E)(1) and 43 C.F.R. § 2.20(a)(2), Plaintiffs Office requests that your office expedite the processing of this request.

Requests shall receive expedited processing when a requester demonstrates "an urgency to inform the public about an actual or alleged Federal Government activity, if made by a person who is primarily engaged in disseminating information." First, Plaintiffs Office is an organization "primarily engaged in disseminating information." (finding that Plaintiffs Office is a "representative of the news media" because it "gathers information of potential interest to a segment of the public, uses its editorial skills to turn the raw material into distinct work, and distributes that work to an audience.")

We are also investigating criminal activity, for Plaintiffs own litigation and law enforcement reporting, by employees and contractors of your offices, in that such activity harmed us.

See - Mead Data Central, 566 F.2d at 261

See - Am. Civil Liberties Union v. Department of Justice, 321 F. Supp.

2d 24, 29 n.5 (D.D. Cir. 200))

These records are urgently needed to inform the public about actual or alleged government activity. Specifically, Plaintiffs Office contends there exists an urgency to inform the public about what matters of state that were discussed and that those disclosures are helpful to the current White House Administration and the American public in their efforts to end political corruption. The courts have found that the issue of news coverage to be especially critical in determining whether a "compelling need" exists for expedited FOIA processing. The Court have asserted that the "ultimate conclusion" with regards to expedited processing relies on important underlying facts, such as "the credibility of a claimant's allegations regarding government activity, the existence of a threat to physical safety, or whether an issue is the subject of news coverage."

**Certification**

The above information is true and correct to the best of Plaintiffs knowledge.

**Further Correspondence**

To ensure that this request is properly construed, that searches are conducted in an adequate but efficient manner, and that extraneous costs are not incurred, Plaintiffs Office welcomes an opportunity to discuss its request  with you before you undertake your search or incur search or duplication costs. By working together at the outset, Plaintiffs Office and your offices can decrease the likelihood of costly and time-consuming litigation, and public press conferences, in the future.

This matter affects every voting citizen because, if we can't get justice in America, then no voter will believe they can either.

We look forward to your response.

For additional confirmation of precedents confirming Plaintiffs rights to this data, please review the following:

See -  Al-Fayed v. Central Intelligence Agency, 254 F.3d 300, 306 (D.C. Cir. 2001) (Al-Fayed) Id. at 308. (emphasis added)

See - : Wadelton v. Department of State, 13-0412 ESH, 2013 WL 1760853 (D.D. Cir. 2013) (Wadelton

See -  Id. Document 10, Filed 04/25/13, Page 6 of 8 (citing ACLU-NC v.DOD , 2006 WL 1469418, at *1-2;  Amer. Civil Liberties Union of N. Cal. v. Dep't of Justice , No. C 04-4447, 2005 WL 588354, at *5-7 (N.D. Cal Mar. 11, 2005))

See - Edmonds v. FBI , CIV.A. 02-1294 (ESH), 2002 WL 32539613 (D.D.C. Dec. 3, 2002)

See - U.S.C. § 552(a)(6)(E)(v)(II

# Recap:

*Lithium ion batteries are bad because they: Cause wars, rape and genocide in the Congo, Afghanistan and Bolivia from the corrupt mining deals involved with mining lithium and cobalt; are insider trading-owned by ex-CIA boss Woolsey and DOE Boss Chu;  excrete chemicals that mutate fetuses when they burn; destroy your brain, lungs and nervous system when they burn; kill the factory workers who make them; cause Panasonic to be one of the most corrupt companies in the world; poison the*

*Earth when disposed of; can't be extinguished by firemen; poison firemen when they burn; are based on criminally corrupt mining schemes like URANIUM ONE; Have over 61 toxic chemicals in them; come from an industry that spends billions on internet shills and trolls used to nay say all other forms of energy; are insider-trading owned by corrupt U.S. Senators who are running a SAFETY COVER-UP about their dangers. Apple products with lithium ion batteries have been exploding and setting people on fire; over time the chemical dendrites inside each battery grow worse and increase the chances of explosion as they age - LITHIUM ION BATTERIES BECOME MORE AND MORE LIKELY TO EXPLODE AS TIME GOES ON AND AS THEY AGE; "Bad Guys" have figured out how to make them explode remotely; have their dangers hidden by CNN and MSM because pretty much only the DNC people profit from them; are the heart of Elon Musk's stock market scam. The Obama Administration promised Silicon Valley oligarchs the market monopoly on lithium ion batteries and the sabotage of fuel cells in exchange for campaign financing and search engine rigging; United States Senators that are supposed to protect us from these deadly products own the stock market assets of them so they protect them and stop the FDA, OSHA, DOT & NHTSA from outlawing them. WRITE YOUR ELECTED REPRESENTATIVE AND DEMAND THAT LITHIUM ION BATTERIES BE MADE ILLEGAL TO SELL! NiCAD and Hundreds of other battery chemistries DO NOT have all of these problems but Lithium Ion batteries get a monopoly because of politician insider trading ownerships. A recent fire on U.S. Highway 101 near Mountain View, CA, burned the driver alive and killed him. In Florida two kids died in a Tesla, burned alive, screaming in agony. A man died in agony in a Tesla crash in Malibu that set Malibu Canyon on fire. A young woman, at the start of life, and her boyfriend were burned alive in their crashed Tesla. There are many more deaths and crashes than you have heard about. The deaths and the cover-ups are endless. Senators Dianne Feinstein, Harry Reid, Nancy Pelosi, Kamala Harris and their associates own the stock in Tesla Motors and/or it's suppliers and mining companies and they cover-up and halt investigations and laws designed to save the public. They, and their crony's, spend over $1B a year to shill and troll hype about lithium ion batteries and cover-up the dangers. Lithium ion EVs are more prone to battery fires. Experts say that their lithium-ion batteries can fuel hotter fires that release toxic fumes and are more difficult to put out. Lithium ion fires keep reigniting which explains why it takes so long and requires copious amounts of water or foam (it is an electric fire, after all) to smother the flames. Tesla employee Bernard Tse and his team warned Elon Musk about these dangers in 2008 and they got fired and/or warned to "say nothing" by Musk. Three top Tesla engineers died in a plane crash next to Tesla offices in San Carlos after two of them agreed to become whistle-blowers.Elon Musk exists because he bribed DNC politicians and Senators Feinstein, Reid, Boxer, Harris, Clinton and Pelosi to give him free taxpayer cash and government resources from the Dept. of Energy and the Calif treasury. DOE has been covering-up organized crime activities at DOE in which DOE funds are being used as a slush-fund to pay off DNC campaign financiers and to pay for CIA/GPS Fusion-Class attacks on Silicon Valley business competitors of those DNC campaign financiers who DOE staff share stock market holdings with. Elon Musk is a criminal, a mobster, an asshole, a bald fake-hair wearing, plastic surgery-addicted, douchebag, woman-abusing, sex addicted, tax evader. Musk exploits poor people and child slaves in*

*the Congo and Afghanistan to mine his lithium and Cobalt. Musk spends billions per year to hire Russian trolls, fake blogger fan-boys and buy fake news self-aggrandizement articles about himself. Musk thinks he is the 'Jesus' of Silicon Valley. Fake News manipulator Google is run by Larry Page and Larry is Musk's investor and bromance butt buddy. Musk uses massive numbers of shell companies and trust funds to self-deal, evade the law and hide his bribes and stock market insider trading. A huge number of Tesla drivers have been killed; pedestrians and oncoming drivers have also been killed, and Musk covers it up. The DNC and the MSM refuse to allow any articles about Musk's crimes to be printed because they benefit from Musk's crimes. Musk has been professionally diagnosed as a 'psychotic narcissist.'A 'Silicon Valley Mafia; cartel of frat boy sociopath venture capitalists like Steve Jurvetson, Tim Draper, Eric Schmidt, et al; threaten those who do not support the cult of Tesla or their political candidates. In EVERY blog that you read that mentions 'Musk', at least 1/3 of the comments have been placed their by Musk's paid shills. Musk holds the record for getting sued for fraud by his investors, wives, former partners, employees, suppliers and co-founders. Elon Musk has gone out of his way to hire hundreds of ex-CIA staff and assign them to "dirty tricks teams" to attack his competitors and elected officials who Musk hates. Musk never founded his companies. Musk's "Starlink" satellites are domestic spy and political manipulation tools - never get your internet from one. Musk stole Tesla in a hostile ownership take-over from Marty the true inventor of the Tesla. The same kind of EMF radiation proven to cause cancer from cell phones exists in massive amounts in a Tesla. Musk can't fix a car or build a rocket and has almost no mechanical skills. If you pull a report of every VIN# of every Tesla ever built and cross reference that with insurance, repair and lawsuit records you will find that the "per volume" fire, crash, death and defect rate is THE WORST of any car maker in history! Musk is a lying con artist and partners with Goldman Sachs to rig the stock market. Sachs has a dedicated team of 18 men who rig stocks and valuation bumps for Musk. Over 1000 witnesses can prove every one of those claims in any live televised Congressional hearing! Senators Dianne Feinstein, Harry Reid, Nancy Pelosi, Kamala Harris and their associates own the stock in Tesla Motors and/or it's suppliers and mining companies. That is why they criminally help cover-up investigations of Tesla! All of this was reported, in writing, to James Comey, Patricia Rich and David Johnson at the FBI. The DNC bosses own the stock in lithium, Solar and EV markets and use kickbacks from those markets (Especially via convoluted campaign finance laundering via Elon Musk) to finance the DNC. The DNC bosses use character assassination as their main political tool against any member of the public who speaks out against their felony stock market scams and PizzaGate-like scandals. The Harvey Weinstein reports by Ronan Farrow show that they have teams of hired goons that they pay to destroy people's lives. They use Black Cube, Mossad, In-Q-Tel, Stratfor, Gawker Media, Gizmodo Media, Media Matters, David Brock, Sid Blumenthal, NY Times, Google servers, Facebook servers, Podesta Group, Perkins Coie, Covington & Burling and a host of "assassins". It should be a felony to hire character assassins in the USA. DEMAND A LAW and DEMAND the termination of these attack services. IE: Gawker and Gizmodo Media sets-up the attack stories and, in paid partnership with Google, Google kicks their attack links around the globe, in front of 8 Billion people, forever. Google locks the attack articles of its enemies on the front top search results of Google search results forever, on purpose! That*

43

*is why Google is being terminated in the largest, most well resourced anti-corruption public service take-down in history! Tesla and Musk are protected by shareholders Harris, Pelosi, Feinstein, Brown and Newsom. Panasonic (indicted for bribery and Musk's partner) spends billions of dollars annually cover-up lithium battery fires and battery defects. We can prove all of these assertions in any Congressional hearing or federal jury trial.*

(See next Draft for more...)

# General Case Data

Every major federal investigator and intelligence officer has confirmed these facts. Many of them PROVIDED this evidence. Congressional hearings have also proven these facts. Thousands of experts can prove these facts in any equitable jury trial. Everyone has heard of Mossack Fonseca ( https://www.esquire.com/news-politics/politics/a29536656/panama-papers-mossack-fonseca-investigations-russia-trump-organization/ ) and the Panama Papers ( https://www.icij.org/investigations/panama-papers/new-panama-papers-leak-reveals-mossack-fonsecas-chaotic-scramble/ ) but there are 187+ other crooked CPA firms that Diane Feinstein, Elon Musk, Nancy Pelosi, Larry Page, John Doerr, Steve Westly, Reid Hoffman, et al, use with even dirtier secrets ( https://www.sec.gov/files/Algo_Trading_Report_2020.pdf   ) about stock market rigging and money laundering. Jeffrey Epstein's ( https://www.businessinsider.com/jeffrey-epstein-politicians-connections-donations-2019-7?op=1   ) Political Mafia corruptions and perversions are the heart-and-soul of the Cartel that these people operate. The investigators at every federal agency now have this proof IN HAND and the public should demand prosecutions of the criminals or the resignations of any officials running the cover-ups. Plaintiifs stated that, Since Before 2005, "Plaintiffs Witnessed Social Media Companies Engage in Illegal Campaign Contributions With Their 'Algorithm' Censorship And Blacklisting” ( http://testimony111.com/index.php?post/Since-Before-2005%2C-We-Witnessed-Social-Media-Companies-Engage-in-Illegal-Campaign-Contributions-With-Their-Algorithm-Censorship-And-Blacklisting   ).
Thus the cover-ups are still going on.

The Plaintiffs have requested, under FOIA law, that all agencies provide all records discussing, referring, or relating to all meetings or communications between staff and related parties or their representatives including minutes of those meetings, or any memoranda written about these meetings by their employees and contractors who were present or have knowledge of these actions related to the “ *The Obama Administration Vendetta, Reprisal, Revenge Manipulations Of Plaintiffs Funding As Payback For Plaintiffs Provision Of Support To A Criminal Investigation*” per the following facts as told to the FBI and DOJ in this federal filing:

**“Whereas**, numerous Congressional reports, IT staff reports and security industry reports have verified that agency servers and files, including those upon which Plaintiffs records were housed, have been hacked, moved, deleted and edited by outside third parties including Chinese and Russian hackers, bored teens and hired opposition research operatives and that the hardware level back-doors for SPECTRE and many other incursion sets still exist in agency Cisco, Intel, Juniper

Networks and other Network devices now connected to government file networks at DOE, SSA, FEC, and other agencies and this fact is indisputable. (The supporting DOE files are neither lost nor unrecoverable. The supporting Kleiner Perkins and Greylock case files are neither lost nor unrecoverable. At the very least, China, Russian or Brazilian teen hackers have them up for sale on the Dark Web. The NSA certainly has copies of them.)


FOR THE RECORD:

Per the FBI, DOJ, FCC and Congressional investigators:

It is widely verified by the U.S. DOJ that hackers such as Wang Dong, Sun Kailiang, Wen Xinyu, Huang Zhenyu, and Gu Chunhui, who were officers in Unit 61398 of the Third Department of the Chinese People's Liberation Army (PLA) and Aleksei Sergeyevich Morenets, 41, Evgenii Mikhaylovich, Serebriakov, 37, Ivan Sergeyevich Yermakov, 32, Artem Andreyevich Malyshev, 30, and Dmitriy Sergeyevich Badin, 27, who were each assigned to Military Unit 26165, and Oleg Mikhaylovich Sotnikov, 46, and Alexey Valerevich Minin, 46, who were also GRU officers, and hackers-for-hire including Kevin David Mitnick, Adrian Lamo, Albert Gonzalez, Matthew Bevan, Richard Pryce, Jeanson James Ancheta, Michael Calce, Kevin Poulsen, Jonathan James, The hacker known as ASTRA, The hacker known as GUCIFER, The hacker known as ANON 4CHAN and THOUSANDS of other individuals had free acess and free reign throughout NSA, FBI, SSA, DOJ, OPM, CIA and other government servers via the SPECTRE, EMOTET, PRIME ROOTKIT, SERCOMM BACKDOOR, NOTPETYA, MELTDOWN, MASTERKEY, RYZENFALL, FALLOUT, CHIMERA, and hundreds of other back doors and penetration vulnerabilities in Cisco, Intel, Juniper Networks, AMD, and other equipment. Additionally, all of the core server penetration tools used by the CIA and the NSA were hacked by foreign nations and their core source code posted on the internet for all to use.

It is ludicrous for any agency to state that any government servers, prior to 2020, were not widely penetrated and manipulated. The hackers are all known to have sold, or provided the results of their work to famous politicians for use against their competitors.

Nancy Pelosi is an owner of the hacking manipulation firm: CROWDSTRIKE. Crowdstrike and famous California Senators had the easy means, the motivations, the staffing, the resources and the known engagement of services to manipulate SSA, DOJ, SEC, FTC and other agency decisions and filing records in order to harm Plaintiffs, reporters and whistle-blowers who reported their crimes and corruptions.
( http://www.opensecrets.org/personal-finances/nancy-pelosi/net-worth?cid=N00007360&year=2011 )
( https://www.realclearinvestigations.com/articles/2020/10/09/pelosi_takes_big_stake_in_crowdstrike_democrat-tied_linchpin_of_russiagate_125557.html )

The hackers, daily, use the common tools of:

A. Injection. Injection flaws, such as SQL, NoSQL, OS, and LDAP injection, occur when untrusted data is sent to an interpreter as part of a command or query. The attacker's hostile data can trick the interpreter into executing unintended commands or accessing data without proper authorization.

B. Broken Authentication. Application functions related to authentication and session management are often implemented incorrectly, allowing attackers to compromise passwords, keys, or session tokens, or to exploit other implementation flaws to assume other users' identities temporarily or permanently.

C. Sensitive Data Exposure. Many web applications and APIs do not properly protect sensitive data, such as financial, healthcare, and PII. Attackers may steal or modify such weakly protected data to conduct credit card fraud, identity theft, or other crimes. Sensitive data may be compromised without extra protection, such as encryption at rest or in transit, and requires special precautions when exchanged with the browser.

D. XML External Entities (XXE). Many older or poorly configured XML processors evaluate external entity references within XML documents. External entities can be used to disclose internal files using the file URI handler, internal file shares, internal port scanning, remote code execution, and denial of service attacks.

E. Broken Access Control. Restrictions on what authenticated users are allowed to do are often not properly enforced. Attackers can exploit these flaws to access unauthorized functionality and/or data, such as access other users' accounts, view sensitive files, modify other users' data, change access rights, etc.

F. Security Misconfiguration. Security misconfiguration is the most commonly seen issue. This is commonly a result of insecure default configurations, incomplete or ad hoc configurations, open cloud storage, misconfigured HTTP headers, and verbose error messages containing sensitive information. Not only must all operating systems, frameworks, libraries, and applications be securely configured, but they must be patched/upgraded in a timely fashion.

G. Cross-Site Scripting XSS. XSS flaws occur whenever an application includes untrusted data in a new web page without proper validation or escaping, or updates an existing web page with user-supplied data using a browser API that can create HTML or JavaScript. XSS allows attackers to execute scripts in the victim's browser which can hijack user sessions, deface web sites, or redirect the user to malicious sites.

H. Insecure Deserialization. Insecure deserialization often leads to remote code execution. Even if deserialization flaws do not result in remote code execution, they can be used to perform attacks, including replay attacks, injection attacks, and privilege escalation attacks.

I. Using Components with Known Vulnerabilities. Components, such as libraries, frameworks, and other software modules, run with the same privileges as the application. If a vulnerable component is exploited, such an attack can facilitate serious data loss or server takeover. Applications and APIs using components with known vulnerabilities may undermine application defenses and enable various attacks and impacts.

J. Insufficient Logging & Monitoring. Insufficient logging and monitoring, coupled with missing or ineffective integration with incident response, allows attackers to further attack systems, maintain persistence, pivot to more systems, and tamper, extract, or destroy data. Most breach studies show time to detect a breach is over 200 days, typically detected by external parties rather than internal processes or monitoring.

**Whereas**, Staff within the Department of Energy, including those who worked directly with Lachlan Seward, Steven Chu and other top executives and at The White House have revealed the insider corruption schemes, at those offices, to Plaintiffs and Plaintiffs investigators.

**Whereas**, Plaintiffs own elected Senate and Congressional representatives have had their staff arrested for spying for China and a shocking number of the companies in this scam now belong to Chinese interests via strange machinations, per CBS News, and this fact is indisputable.

**Whereas**, Plaintiffs own elected Senate and Congressional representatives have had their staff engage the services of Fusion GPS and other spy agency-like services to attack Plaintiffs and competitive adversaries who competed with their campaign financiers and this fact is indisputable.

**Whereas**, Silicon Valley has a "mafia-like" organization known in the news media as "*The PayPal Mafia*", AKA "*The Deep State*", AKA "*The Silicon Valley Tech Mafia*", which is known to exist by their shared communications to organize a private agenda; their shared use of the same banks, CPA's, lobbyists, corrupt tech law firms and political operatives; their shared statements of agenda at tech conferences; their shared black-lists on Venture Beat, Gust, Google Docs and "Angelgate" (Disclosed by the founder of Tech Crunch) collusion meeting venues; and FBI research. It is widely documented that member Reid Hoffman funds street riots and that boss Eric Schmidt manipulates intelligence agency resources for political and profiteering personal goals. The DOJ-produced "*Silicon Valley No Poaching*" class-action case deeply discusses this group and their collusion and these facts are indisputable.

**Whereas**, "*The Silicon Valley Tech Mafia*" bosses James Bronkema, Tom Perkins and members of Greylock Capital did disclose the existence of this active, organized, collusion-based "*Silicon Valley Tech Mafia*" organization, which is operating in violation of federal RICO laws, to Plaintiffs and solicited their membership. Photographs of the members dressed as Mafia godfathers, to glorify their intent, and their emails and tech conference statements very clearly refer to their intent to emulate an organized crime entity. Steven Greer, a "*cover-up expert*" has multiple feature films on Netflix about a Cabal of these people setting out to control technology industries. Jeffrey Epstein was a favored member of this group. Over 10,000 news articles feature disturbing research about the actions and agenda of this group of sociopath frat boy billionaires and these facts are indisputable.

**Whereas**, Plaintiffs own elected Senate and Congressional representatives family members have stayed at Plaintiffs home and dated Plaintiffs and obviously relayed deep operational information to Plaintiffs about the activities of other family members and this fact is indisputable.

**Whereas**, Plaintiffs own elected Senate and Congressional representatives have placed over $100 Million of profits in their family bank accounts based on business investments in direct competition to Plaintiffs and this fact is indisputable.

**Whereas**, Plaintiffs properly filed Applications from 2007 forward were stalled, with-held, delayed, blocked, denied, manipulated and reprisal-distorted to revenge-punish Plaintiffs for Plaintiffs 2007 assistance to law enforcement in a major bribery and payola investigation involving State and Federal treasury funds and stock manipulations by Plaintiffs own elected representatives and this fact is indisputable.

**Whereas**, Plaintiffs own elected Senate and Congressional representatives engaged in a very public battle with the Central Intelligence Agency involving the hacking of each other's computers and this fact is indisputable.

**Whereas**, Plaintiffs hired Covington and Burling, including Bruce Demming and Plaintiffs associates, to describe "how it all works In Washington" and how Eric Holder and Steven Chu were placed in their positions by Covington and Burling.

**Whereas**, The President of The United States is currently engaged in a highly public battle with the FBI, CIA and third parties over the abuse of top spy agency and law enforcement agencies for political vendetta purposes and this fact is indisputable and proves, at the highest, level that federal agency bosses regularly use federal agency resources, such as DOE agency bosses, for harms against citizens.

**Whereas**, public news reports and Congressional Special Committee reports prove that previous White House staff and Plaintiffs own elected Senate and Congressional representatives have engaged in tens of millions of dollars of spy agency-type harassment, defamation, opposition research, character assassination, hacking and decision manipulation using taxpayer and third-party contractor resources and this fact is indisputable.

**Whereas**, Jofi Joseph, and over 20 other Obama Administration officials, were whistle-blowers about activities within the Obama White House and exposed such activities voluminously on social media and in covert Google docs accounts. They, along with articles such as: https://theintercept.com/2016/04/22/googles-remarkably-close-relationship-with-the-obama-white-house-in-two-charts/   and FBI and FTC reports revealed that fact that Google/YouTube/Alphabet/Et Al controlled and staffed most of the Obama White House. ***Google Boss Larry Page*** and ***Tesla Boss Elon Musk were co-investors, bromance boyfriends, collaborative lobbyists and had a shared agenda and controlled White House and DOE decisions.*** Google 'advised' Mckinsey and Covington and Burling on the hiring for the White House and the Department of Energy with all of their friends. The Google global media control system hides any good news about Tesla's competitors, especially Plaintiffs, and authors defamation and attack videos and hit job articles and puts those attack media items at the top of all Google and Youtube search results. They openly bragged about it. ( https://truthstreammedia.com/2013/06/02/googles-regime-change-agent-jared-cohen/ ). Google is a criminal empire that told the Obama White House and Department of Energy what to do!

**Whereas**, Plaintiffs has no affiliation with any political party and Plaintiffs only personal political agenda is to "end political corruption and crony capitalism via 100% legal innovation efforts".

**Whereas**, one of Plaintiffs lawyers now works in the White House and sued DOE, and DOE and SSA staff knew of this and those staff ordered retribution holds or manipulations of Plaintiffs rights and funding because they hate the current President of the United States for personal reasons as their emails, social media, voting records and events participation proves and this fact is indisputable.

**Whereas**, Plaintiffs, as part of a group of Plaintiffs, won a federal lawsuit against the U.S. Government and DOE proving that Plaintiffs Applications for funding were manipulated by agencies infected with corruption, bias, favoritism and crony capitalism and this fact is indisputable.

**Whereas**, No known party within, or consulting to the U.S. Department of Energy, for Plaintiffs application reviews, since 2007, is not politically opposed to any person opposing the Obama White House Administration and Plaintiffs did participate in a successful lawsuit against corruption in the Obama White House and THUS each and EVERY DOE staffer who reviewed Plaintiffs benefits applications was conflicted in their interests, includintg the DOE IG office, and unqualified to do so and this fact is indisputable.

**Whereas**, The IRS lost the very public legal "Lois Lerner" case which proved that the White House regularly uses its power to manipulate federal agencies in order to target those that are disliked in the public and that similar cases and IG reports have proven this across every agency and the DOE and this fact is indisputable.

**Whereas**, numerous Senate and White House letters on official letterhead and videos and press photography prove that Plaintiffs has had a decades long relationship with White House, Department of Energy senior officials (Ranging from Warren Buffet, To Hillary Clinton, To Monica Lewinsky's hiring manager, to Mayor's of San Francisco to seated White House Vice Presidents , et al) and, thus, had adequate access to knowledge of deep operations and crimes within those offices and this fact is indisputable.

**It is thus well known and proven that:**

1. Plaintiffs applications since 2007 were illegally stalled, with-held, delayed, blocked, denied, manipulated and reprisal-distorted to punish Plaintiffs for their assistance to law enforcement in a major bribery and payola investigation involving State and Federal treasury funds and stock manipulations by Plaintiffs own elected representatives and DOE staff beholden to those officials.

2. Plaintiffs are Federal Witnesses and Whistle-blowers in an active, ongoing federal corruption investigation who has had their rights to a lawyer and other civil rights blocked. By blocking Plaintiffs funds AND blocking their rights AND disabling Plaintiffs with these attacks and subverting their access to federal Legal Services Corporation-provided legal support and by black-listing law-firms who sought to help Plaintiffs, a violation of Plaintiffs State and Federal Constitutional Rights has been undertaken.

3. Operational command and control of hacking services, DOE decision procedures and practices, file manipulations, records deletions and related manipulations of Plaintiffs applications are clearly proven and sourced to Plaintiffs own elected Senate and Congressional representatives, DOE officials and White House staff.

**Therefore:**

**It is demanded that Plaintiffs full retroactive awards and global potential profits from their vehicle manufacturing and energy companies from 2007 forward, including damages, be provided at this time per the provided comparative calculation metrics document.**

**Plaintiffs are seeking to settle this matter rapidly with an agreed upon financial amount to cover damages and back-monies owed but we will legally collect the funds from the DOE and federal accounts in any case. Since DOE has previously wired funds to Plaintiffs projects, it should be a trivial matter to transfer those funds in order to finalize this matter.**

Re: The **comparative calculation metrics:** The damages amounts in the attached report are based on fully verified, government reported values from carbon credit sales, revenues, stock market exploitation of DOE funding matters and other profit GAAP reported amounts and FBI revealed sums, from December 2008 to today, that the DOE-crony competitors and their investors made in documented profits, revenues, tax write-offs, tax waivers and other upsides that Plaintiffs lost because of the corruption damages, rights blockades and reprisal attacks. Additionally, damages from benefit funds blockades, black-lists and other losses of revenue are incorporated in those standards-based, court precedent comps. Additionally, monies owed for whistle-blower and federal informant fees are calculated per industry precedents (such as the Walter T. Department of Energy whistle-blower award ( https://www.latimes.com/nation/la-na-hanford-whistleblower-settlement-20150813-story.html) and the known annual budget for FBI informant payments provided to Congress in previous budget reports). Plaintiffs provided the documented case evidence to federal investigators since 1986. Additionally, salary losses based on the averaged CEO salaries of the CEO of Tesla Motors, Fisker Motors, Bloom Energy, Solyndra and General Motors are included as industry standards for the energy and automotive market in the same time-frame. Additionally, standard pain and suffering inclusions are incorporated.

The filed FOIA's require that each agency provide all records of review of bias or conflict of interest, since 2007, in Plaintiffs application and federal dispute processes.

The FOIA's seek all responsive records regardless of format, medium, or physical characteristics. In conducting your search, please understand the terms "records," "communications," and "documents" in their broadest sense, to include any written, typed, recorded, graphic, printed, or audio material of any kind. Plaintiffs seek records of any kind, including electronic records, audiotapes, videotapes, and photographs, as well as letters, emails, facsimiles, telephone messages, voice mail messages and transcripts, notes, or minutes of any meetings, telephone conversations or discussions. Plaintiffs request
includes any attachments to these records.

No category of material should be omitted from search, collection, and production. You may not exclude searches of files or emails in the personal custody of your officials, such as personal email accounts, which are known by Plaintiffs investigators to have been used to attempt to avoid transparency.

Records of official business conducted using unofficial systems or stored outside of official files is subject to the Federal Records Act and FOIA. It is not adequate to rely on policies and procedures that require officials to move such information to official systems within a certain period of time; Plaintiffs Office has a right to records contained in those files even if material has not yet been moved to official systems or if officials have, through negligence or willfulness, failed to meet their obligations.

Custodian searches are still required; agencies may not have direct access to files stored in .PST files, outside of network drives, in paper format, or in personal email accounts. In addition, please note that in conducting a "reasonable search" as required by law, you must employ the most up-to-date technologies and tools available, in addition to searches by individual custodians likely to have responsive information. Recent technology may have rendered the your prior FOIA practices unreasonable. In light of the government-wide requirements to manage information electronically by the end of 2016, it is no longer reasonable to rely exclusively on custodian-driven searches.

Furthermore, agencies that have adopted the NARA Capstone program, or similar policies, now maintain emails in a form that is reasonably likely to be more complete than individual custodians' files. For example, a custodian may have deleted a responsive email from Plaintiffs or her email program, but the DOE's archiving tools would capture that email under Capstone. Accordingly, Plaintiffs Office insists that the your offices use the most up-to-date technologies to search for responsive information and take steps to ensure that the most complete repositories of information are searched. If any potentially
responsive records have been destroyed and/or transferred to other agencies or offices, such as the National Archives and Records Agency (NARA), then I request copies of the destruction or transfer slips as well as any other documentation relating to, mentioning or describing said transfer or destruction, to include but not be limited to confirmation that your offices have no other copies of said records. Under the FOIA Improvement Act of 2016, agencies must adopt a presumption of disclosure, withholding information "only if . . . disclosure would harm an interest protected by an exemption" or

"disclosure is prohibited by law." If it is your position that any portion of the requested records is exempt from disclosure, please advise.

Plaintiffs Office has requested that you provide an index of those documents as required under Vaughn v. Rosen, 484 F.2d 820 (D.C. Cir. 1973), cert. denied, 415 U.S. 977 (1974). As you are aware, a Vaughn index must describe each document claimed as exempt with sufficient specificity "to permit a reasoned judgment as to whether the material is actually exempt under FOIA." Moreover, the Vaughn index "must describe each document or portion thereof withheld, and for each withholding it must discuss the consequences of disclosing the sought-after information." Further, "the withholding agency must supply 'a relatively detailed justification, specifically identifying the reasons why a particular exemption is relevant and correlating those claims with the particular part of a withheld document to which they apply.'"

See - Competitive Enter. Inst. v. Office of Sci. & Tech. Policy , 827 F.3d 145, 149-50 (D.C. Cir. 2016); cf. Judicial Watch, Inc. v. Kerry , 844 F.3d 952, 955-56 (D.C. Cir. 2016) Id. at 8 ("The Government argues that because the agency had a policy requiring [the official] to forward all of his emails from his [personal] account to his business email, the [personal] account only contains duplicate agency records at best. Therefore, the Government claims that any hypothetical deletion of the [personal account] emails would still leave a copy of those records intact in [the official's] work email. However, policies are rarely followed to perfection by anyone. At this stage of the case, the Court cannot assume that each and every work-related email in the [personal] account was duplicated in [the official's] work email account." (citations omitted))

See- Presidential Memorandum-Managing Government Records, 76 Fed. Reg. 75,423 (Nov. 28, 2011), http://bit.ly/2qOnSLU; Office of Mgmt. & Budget Exec. Office of the President, Memorandum for the Heads of Executive Departments & Independent Agencies, "Managing Government Records Directive," M-12-18 (Aug. 24, 2012), http://bit.ly/2raBimr

See - FOIA Improvement Act of 2016 § 2 (Pub. L. No. 114-185)

See- Founding Church of Scientology v. Bell , 603 F.2d 945, 949 (D.C. Cir. 1979)

See - King v. U.S. Dep't of Justice , 830 F.2d 210, 223-24 (D.C. Cir. 1987) (emphasis in original)

See - Id. at 224 (citing Mead Data Central, Inc. v. U.S. Dept of the Air Force , 566 F.2d 242, 251 (D.C. Cir. 1977)

In the event some portions of the requested records are properly exempt from disclosure, please disclose any reasonably segregable nonexempt portions of the requested records. If it is your position that a document contains non-exempt segments, but that those non-exempt segments are so dispersed throughout the document as to make segregation impossible, please state what portion of the document is non-exempt, and how the material is dispersed throughout the document. Claims of non-segregability must be made with the same degree of detail as required for claims of exemptions in a Vaughn index.

If a request is denied in whole, please state specifically that it is not reasonable to segregate portions of the record for release. In addition to the records requested above, Plaintiffs Office also requests records describing the processing of this request, including records sufficient to identify search terms used and locations and custodians searched and any tracking sheets used to track the processing of this request.

If your offices use FOIA questionnaires or certifications completed by individual custodians or components to determine whether they possess responsive materials or to describe how they conducted searches, we also request any such records prepared in connection with the processing of this request.

You should institute a preservation hold on information responsive to this request.

Plaintiffs Office intends to pursue all legal avenues to enforce its right of access under FOIA and damages recovery, including litigation and press conferences if necessary. Accordingly, your offices are on notice that litigation is reasonably

possible and that Plaintiffs offices have prevailed in past related federal litigation.

Where possible, please provide responsive material in electronic format by email in PDF format. Plaintiffs non-political, criminal investigation, non-commercial public interest Congressional investigation and distribution group requests rolling production of these records as they are located and reviewed.

Please be aware that under 5 U.S.C. § 552(a)(6)(A), a FOIA request is considered constructively denied after twenty business days and is subject to an appeal on that basis.

**Fee Waiver**

In accordance with 5 U.S.C. § 552(a)(4)(A)(iii), Plaintiffs Office, and citizen complainants, request a waiver of fees associated with processing this request for records. The subject of this request concerns the operations of the federal government, and the disclosures will likely contribute to a better understanding of relevant government procedures by the general public in a significant way. Moreover, Plaintiffs Office provides research to major online news organizations viewed by millions of
voters and therefore we are entitled to a fee waiver on the grounds that disclosure of the information sought is in the public interest because it is likely to contribute significantly to public understanding of the operations or activities of the government and is not primarily in the commercial interest of the requester. Regardless, we are willing to pay fees for this request up to $50 without prior approval. If you estimate that the fees will exceed this limit, please notify us first.

**Expedited Processing**

Pursuant to 5 U.S.C. § 552(a)(6)(E)(1) and 43 C.F.R. § 2.20(a)(2), Plaintiffs Office requests that your office expedite the processing of this request.

Requests shall receive expedited processing when a requester demonstrates "an urgency to inform the public about an actual or alleged Federal Government activity, if made by a person who is primarily engaged in disseminating information." First, Plaintiffs Office is an organization "primarily engaged in disseminating information." (finding that Plaintiffs Office is a "representative of the news media" because it"gathers information of potential interest to a segment of the public, uses its editorial skills to turn the raw material into distinct work, and distributes that work to an audience.")

Plaintiffs are also investigating criminal activity, for Plaintiffs own litigation and law enforcement reporting, by employees and contractors of your offices, in that such activity harmed us.

See - Mead Data Central, 566 F.2d at 261

See - Am. Civil Liberties Union v. Department of Justice, 321 F. Supp.
2d 24, 29 n.5 (D.D. Cir. 200))

These records are urgently needed to inform the public about actual or alleged government activity. Specifically, Plaintiffs Office contends there exists an urgency to inform the public about what matters of state that were discussed and that those disclosures are helpful to the current White House Administration and the American public in their efforts to end political corruption. The courts have found that the issue of news coverage to be especially critical in determining whether a "compelling need" exists for expedited FOIA processing. The Court have asserted that the "ultimate conclusion" with regards to expedited processing relies on important underlying facts, such as "the credibility of a claimant's allegations regarding government activity, the existence of a threat to physical safety, or whether an issue is the subject of news coverage."

**Certification**
The above information is true and correct to the best of Plaintiffs knowledge.

**Further Correspondence**

To ensure that this request is properly construed, that searches are conducted in an adequate but efficient manner, and that extraneous costs are not incurred, Plaintiffs Office welcomes an opportunity to discuss its request with you before you undertake your search or incur search or duplication costs. By working together at the outset, Plaintiffs Office and your offices can decrease the likelihood of costly and time-consuming litigation, and public press conferences, in the future.

This matter affects every voting citizen because, if we can't get justice in America, then no voter will believe they can either. Plaintiffs have made certain that every voters does know the facts of this matter via mass social media.

For additional confirmation of precedents confirming Plaintiffs rights to this data, please review the following:

See - Al-Fayed v. Central Intelligence Agency, 254 F.3d 300, 306 (D.C. Cir. 2001) (Al-Fayed) Id. at 308. (emphasis added)

See - : Wadelton v. Department of State, 13-0412 ESH, 2013 WL 1760853 (D.D. Cir. 2013) (WadeltonSee - Id. Document 10, Filed 04/25/13, Page 6 of 8 (citing ACLU-NC v.DOD , 2006 WL 1469418, at

*1-2; Amer. Civil Liberties Union of N. Cal. v. Dep't of Justice , No. C 04-4447, 2005 WL 588354, at *5-7 (N.D. Cal Mar. 11, 2005))

See - Edmonds v. FBI , CIV.A. 02-1294 (ESH), 2002 WL 32539613 (D.D.C. Dec. 3, 2002)

See - U.S.C. § 552(a)(6)(E)(v)(II

**Demand And Confirmation Of Intent:**

To be clear, this is not simply a FOIA request. Many FOIA requests have already been filed.

This is a ***DEMAND FOR HUMAN RIGHTS AND CONSTITUTIONAL RIGHTS DAMAGES PAYMENTS AND REINSTATEMENT OF BLOCKADED RIGHTS!***

***THIS IS ALSO A DEMAND FOR STATE SPONSORED LEGAL COUNSEL AND FINANCIAL SERVICES SUPPORT AND/OR FOR DOJ TO TAKE ON THIS CASE AND REPRESENT Plaintiffs***

**Notes:**

Every single person at the Department of Energy is familiar with this case, the cover-ups and Plaintiffs ability to bring FBI and SEC-class investigations and punishments to bear. It is foolish for any party at DOE or DOJ to deny knowledge of this matter. Thousands of movies, newscasts, articles, FBI reports and Congressional reports cover this matter in great detail and they ALL reach the same conclusion that crimes were committed by DOE and White House staff and cover-ups are ongoing. It is a proven fact that EVERY major official and staffer at DOE is dedicated to operating a cover-up of these crimes and they intend to offer no resources or aid. They are shredding documents and deleting hard drives as fast as they can but hackers are widely known to have harvested all evidence from DOE servers years ago. Congressional IT reports confirm this. The evidence exists in the hands of third parties and often suddenly appears on Wikileaks and other repositories.

Federal, Congressional, Law enforcement and forensic experts have already begun collection/garnishment development for these funds. A settlement today will eliminate great pain and shame for EVERY person at agencies, later. Please expedite settlement proceedings for the sake of all concerned.

Due to the novel creation and construction of the Section 136 funds bank account, the government can neither move, remove, block off nor delay this effort. As you are aware, multiple Presidents and billionaires have tried to do so and none of them, from either party, could touch it, so no party should even think about trying to hide or redirect the money.

The largest number of search engine results, across the globe, on EVERY search engine, about **ANY** public agency have to do with the "***Department of Energy Green Corruption***". This reality will keep that legacy going for the rest of time. You can settle this now or watch what happens when millions of citizens crowd-source an anti-corruption process, 100% legally, using their home computers and cell phones. Do public officials really want their name right next to Steven Chu's black-stained profile for all of time?

Every SINGLE thing Plaintiffs told DOE that was going to happen in 2008 HAS happened. The cases WERE payola. The batteries DID blow-up! Afghanistan WAS totally corrupt! Solyndra WAS a Scam! Chu DID blockade Fuel Cells to help Musk! DOE staff WERE hiding corruption plans in their private emails and text messages! The DOE servers WERE hacked over 200 times! The IBM Consulting Service WAS conducting manipulated reviews! Steve Rattner WAS a crook! Etc, etc, etc!...History and Congressional investigations have proven that DOE was wrong on 100% of the assumptions and Plaintiffs have been proven 100% right.

The crimes, and the circumstances of the Plaintiffs of these crimes, must be made right TODAY, or each politician, and their staff, will become what corrupt Steven Chu and indicted Eric Holder have become in the history books: ***Political Stains!*** What will the legacy be of those we are asking to resolve this be? Plaintiffs asked Steven Chu that TO HIS FACE in 2009. Plaintiffs all know the answer now.

If Plaintiffs have to execute the garnishment taking of their funds and the shaming of each individual involved in the crimes and cover-ups, 100% legally, the headaches will last forever! Cancel culture is only a hint of it. Lawsuits are just a tiny part of it. Public shame, indictments and midnight visits from the FBI barely describe how bad it can get for the felon public agency staff that manipulate Democracy.

Some past efforts have been funded by anonymous billionaires who fund 501 C 3 and 501 C 4 charities by paying outside lawyers directly or requesting pro bono services. Steve Jobs widow and Bezo's ex wife, alone, have the financial resources to fund the largest lawsuits and private investigator teams in "*the history of the world*". There are now THOUSANDS of such activist billionaires. Plaintiffs intend to go to every one, everywhere in the world, to get an anti-corruption program underway and agency offices who continue cover-ups may end up being VERY sad that they did not settle this when they could.

Do Defendants want to face that kind of legal warfare for the rest of their lives when this can all be settled, to Plaintiffs satisfaction, with one check of far lower expense, TODAY?

It is a waste of taxpayer funds and resources to allow the hubris of crooked Senator's and insane Silicon Valley search engine billionaires to exacerbate this case endlessly because they are pissed off that they got caught doing crimes. Since Congress shows no interest in supporting the law, proposed by Plaintiffs, to curtail hit-jobs and collusion by billionaires, then one must assume that the opportunity to use those measures goes both ways.

This ***human rights*** and ***legal rights*** effort has been accomplished with an ad hoc CIA/FBI-type team of reporters, intelligence officers, FBI agents, lawyers, forensic researchers, AI corruption-hunting digital database engines, private investigators, inside whistle-blowers, ICIJ investigative reporters and ***any*** member of the public that wishes to join the crowd-sourced research and authoring efforts. Members of Congress helped create this effort. ANYBODY is allowed to help us. These are ad hoc common-interest parties who have assembled a forensic research team known as *The Advanced Voluntary Electronic National Group-Excellence Reinforcement Services*. Modern AI engines at Stanford, CERN and other universities hum all night long tracking down political crooks like a million XKEYSCORE ( https://en.wikipedia.org/wiki/XKeyscore ) DB engines on steroids. EVERY public official must ask themselves: "***What side of the chart do I want to be on when these algorithms spit out the results of every dime in all my secret accounts, anywhere on Earth, and covert stock market interests, I have transacted and taken through secret conduits, covert real estate scams and PACs***"? A large number of active FBI, CIA, DOJ, SEC and other agency personnel are supportive of Plaintiffs 100% legal anti-corruption effort because they too disdain criminals operating within Plaintiffs Democracy.

Plaintiffs are available for any and all meetings with Senior White House, FBI, DOJ, SEC, Congressional and related agency staff who have federal "Q-Sensitive" security clearance, provided that the State has provided Plaintiffs with an equitable law firm to represent him as counsel and appropriate financial representatives. Plaintiffs must make certain that he is aware which side, any party who contacts him, is on. There are only two sides: 1.) *The Cover-up Operators* and 2.) *The Prosecutors,* each type proves their intent by their actions..."

# The Wizard Of Oz: Elon Musk

When you peek behind the curtain in the magical fantasy technology world of Elon Musk you find that the entire emerald utopia is built out of bribes, payola and crony tech Illuminati stock market manipulations. Elon Musk's 'wizardry' is 20% other people's stolen technologies and 80% bullshit! He has purchased his internet PR facade with billions of dollars of the taxpayer's cash and keeps his self aggrandizing front going with extensive contracted off-shore troll farms and stock market "flash boy" algorithm computer hype engines.

Any tech person could do every single thing that Elon Musk has done with ONE THIRD LESS cash than Elon Musk has plowed through. So where does the rest of the money go?

It goes to political candidates in quid pro quo money laundering Dark Money conduits!

**Taxpayer money taken by <u>Tesla Motors</u>, which politicians own interest in and <u>also</u> get secret PAC money from:**

**$3B**-CA Factory Subsidy
**$1.3B**-NV tax incentive
**$45M**-Discounted DOE Loan
**$90M**-CA Alternative energy advanced trans. financing authority
**$517.2M**-Sale of CA and other regulatory credits
**$284M**-Federal income Tax credits for consumers of Model S Sedan
**$38M**-CA rebate for CA buyers of Model S Sedan
**$126M**-CA Self Generation incentive program
**$647,626**-CA job training reimbursement
Total Subsidy=**$5,355,847,626 BILLION AND COUNTING**


**Taxpayer money taken by Elon Musk via <u>SolarCity</u>, which politicians own interest in and <u>also</u> get secret PAC money from:**

**$750M**-NY State cost to build solar panel factory
**$150M**- to start NY Factory Operation
**$1.5B**-Est. value of 30% subsidy for solar installation since 2006, including at least **$497M**- in Treasury grants
**$5.6M**-OR tax credits & rebates
**$260M**- NY local property tax exemptions
Total Subsidy=**$3,163,100,000 BILLION AND COUNTING**

**Taxpayer money taken by Elon Musk via <u>SpaceX</u>, which politicians own interest in and <u>also</u> get secret PAC money from:**

**$20M-** TX state & local incentives & rebates for space launch facility near Brownsville
**$5.5B**– Government Contracts
**$1.6B-** NASA space taxi contract
Total Subsidy= **$7,120,000,000 BILLION AND COUNTING**


**Know that everything you have seen in the main stream news media about Elon Musk was bought and placed there by Elon Musk. Elon Musk is a figment of his own propaganda, Chinese click farms, his hired troll "fan boys" and his sociopathy.**


**<u>A Question for Tesla's Board: What Was Elon Musk's Mental State?</u>**

By <u>James B. Stewart</u>

Mr. Musk's <u>tweet last week</u> — expressing his intent to take Tesla private and declaring that he had "funding secured" for the multibillion-dollar transaction — was so impulsive, potentially inaccurate, poorly worded and thought out, and with such potentially dire consequences for himself, Tesla and its shareholders, that the board now must ask a sensitive but vital question: What was Mr. Musk's state of mind when he wrote it?

"What does this say about the judgment of the person who set all this in motion?" said Charles M. Elson, director of the Weinberg Center for Corporate Governance at the University of Delaware. "That's what the board has to find out."

Read the full article <u>here</u>


**<u>Elon Musk needs to recognize his limitations and bring in a strong No. 2 to help run Tesla: Analysts</u>**

<u>Tesla</u> co-founder and CEO <u>Elon Musk</u> must recognize he can't do it all and agree to bring in a strong No. 2 to run day-to-day operations at the electric automaker, leading analysts told CNBC on Tuesday.

"We think he's going through a founder's dilemma. He's clearly stretched too thin," Consumer Edge Research analyst James Albertine said on <u>"Squawk Box."</u> "I think this is Elon going through personal issues, having his own struggles with the bears, very publicly."

Musk had been acting acting erratically for months even before his <u>take-private tweet two weeks ago</u>, which raised concerns among investors and regulators in Washington.

In May, Musk rudely cut off analysts on Tesla's first-quarter earnings call, something he apologized for on the second-quarter call earlier this month. He was also launching tweetstorm after tweetstorm all summer long as he was dealing with major production problems for the automaker's new, less expensive sedan, the Model 3.

The board needs to bring in a chief operating officer or co-CEO to take some of the pressures off of Musk and allow him to concentrate on being a "brilliant leader as a visionary," contended Albertine, who on Tuesday downgraded Tesla stock to equal weight and reduced his 12-month price target to $311 per share from $385.

Shares of Tesla broke a four-session, 14 percent losing streak on Monday, and the stock was logging a strong advance in early Tuesday trading.

 Read more here.


**After Elon Musk's 'Pedo' Tweet, Tesla Shares Fall 4% as Some Investors Worry About His Erratic Behavior**

By KEVIN KELLEHER

Tesla's stock lost 4% of its value Monday following a rough weekend for its CEO Elon Musk.

Musk, who has taken to Twitter in recent weeks to combat his critics, drew criticism this weekend after calling a diver involved in the rescue of a Thai soccer team a "pedo." The diver, Vern Unsworth, had criticized Musk's effort to create a small submarine to rescue the soccer team members.

Thai rescuers succeeded in bringing the soccer team to safety without enlisting Musk's help. Unsworth dismissed it as a PR stunt, telling Musk he could "stick his submarine where it hurts." Musk then lashed back in a now deleted tweet that seemed to hint, by virtue of the British diver's residence in Thailand, that he was a pedophile.

Unsworth has said he is considering legal action against Musk, while Tesla investors wasted no time in expressing their concerns about the CEO's erratic behavior. Tesla slid 2.8% during official market hours Monday, before declining more than 1% in after-hours trading.

 Read the full post here

**The many failures of Elon Musk, captured in one giant infographic**

**https://web.archive.org/web/20200104074824/https://stopelonfromfailingagain.com/2017/12/12/the-many-failures-of-elon-musk-captured-in-one-giant-infographic/**

Among the more recent 'failures': parts of the Tesla Model 3 were being made by hand, contributing to a shortage of vehicles ready for delivery

Going through a rough patch at work? Well, at least you probably didn't get ousted as CEO of your own company, watch two of your companies hover on the brink of bankruptcy or get fired while on your honeymoon.

All of those things have happened at various points to Elon Musk, founder of SpaceX, co-founder of Tesla TSLA, -0.33% , founder of Neuralink, co-founder of SolarCity and co-founder of X.com which eventually became PayPal , and who now has a net worth of about $15 billion.

Musk's impressive resume is littered with accomplishments, but it's worth remembering it's not all sunbeams and soaring stock prices.

Read the full post here

**Sorry, But Tesla's Cool Electric Cars Can't Compete As Long As Fracking Exists**

**https://web.archive.org/web/20200104074824/https://stopelonfromfailingagain.com/2017/09/20/sorry-but-teslas-cool-electric-cars-cant-compete-as-long-as-fracking-exists/**


If you were among the brave few who bought a Tesla Roadster in 2008, you purchased your government-subsidized $100,000-plus electric car when a barrel of oil cost as much as $162 in today's dollars. "Peak oil" was an article of faith — as crude supplies ran out, ever-higher oil prices would destroy demand for the internal combustion engine and other fossil-fuel monstrosities. But now, if you're one of the 500,000 wannabe Tesla owners who, according to CEO Elon Musk, has put down a $1,000 deposit on a $35,000 Model 3, the company's new mass-market electric sedan, you're probably just as familiar with a fashionable new green conceit. Now the article of faith is "peak demand" for oil, the idea that electric cars will soon make oil obsolete.

You can read the full article here.

https://web.archive.org/web/20200104074824/http://www.investors.com/politics/commentary/sorry-but-teslas-cool-electric-cars-cant-compete-as-long-as-fracking-exists/



**You must watch this Elon Musk video of rocket fails**

**https://web.archive.org/web/20200104074824/https://stopelonfromfailingagain.com/2017/09/19/you-must-watch-this-elon-musk-video-of-rocket-fails/**

Any time Elon Musk makes a mistake, <u>it does not come cheap.</u>

That could not be more true when it comes to SpaceX, the aeronautics company he runs. On Thursday, Musk shared a video highlighting what happens when you fail to land an orbital rocket booster.

And it is spectacular.

"Long road to reusability of Falcon 9 primary boost stage…When upper stage & fairing also reusable, costs will drop by a factor >100," wrote Musk.

The video consists of a lowlight reel of SpaceX, featuring a lot of rockets blowing up with captions like "Rocket is fine? It's just a scratch."

Read the full article <u>here</u>

**Tesla is making a risky move by issuing $1.5 billion in debt**

<u>Matthew DeBord</u>

• **Tesla said it would issue $1.5 billion in unsecured notes.**

• **Issuing new debt deviates from previous equity-based capital raises.**

• **The carmaker has added substantial debt to its balance sheet since its SolarCity merger last year.**

Continue reading "Tesla is making a risky move by issuing $1.5 billion in debt" →

About 63,000 people have canceled preorders for the electric car over the course of the past year, as revealed earlier this week by Tesla CEO Elon Musk ( https://web.archive.org/web/20200104074824/https://www.inc.com/justin-bariso/elon-musk-takes-customer-complaint-on-twitter-from-idea-to-execution-in-6-days.html  (on the company's quarterly earnings call. (The number of orders dropped from about 518,000 to 455,000, Musk said.)



**ELON MUSK IS A TECHNO-CRIMINAL AND MASTER STOCK MARKET MANIPULATOR**

- Elon Musk's command and control of the crimes and corruption is easy to prove in court

"Musk buys media hype about himself on ALL of the main stream news sites, has his own troll-farms that type self-promotion glam posts about him on every blog on the web, floods all of the search engines with PR photos of himself and is clinically diagnosed as a 'sociopath'. .."

"...*Elon Musk (Along with his Silicon Valley Cartel bromance frat boy buddies Eric Schmidt and Larry Page, et al) is a mobster-class criminal sociopath who hired business assassins to attack us and operated anti-trust and RICO law violating competitor "kill programs". He used his windfall of taxpayer funded cash and Goldman Sachs assisted stock market manipulations and intelligence agency staff and tools from In-Q-Tel and Google to engage in these crimes. Plaintiffs have demanded that the FBI arrest him and that the SEC, FTC and NHTSA prosecute him. Plaintiffs will make certain that his legacy, for the rest of time, reveals the true facts about his crimes and political manipulations...*"

Per his own staff, ex-wives, partners, ex-founders, suppliers, FBI, SEC, Congress and private investigators. These are all statements from court reports, investigations, FBI submissions and Congressional reports. Each numbered statement is associated with a numbered witness report containing the evidence for the statement.  Please pass this report around and post it on Tesla windshields. Plaintiffs demand a hearing, with Musk on-site, on a live Senate televised and webcast investigation hearing in Congress to go over each of these points.

Nobody On Earth Can Launder And Hide Illicit Cash, Or Bribe Politicians, Like Elon Musk

He's worth an estimated $39 billion, but has repeatedly said he's poor. He is a scumbag liar and a crook!

In one of a series of wild tweets posted last week, Elon Musk stated ( https://twitter.com/elonmusk/status/1256239554148724737  ) he would be "selling almost all physical possessions" and that he would "own no house." He appears to be actually following through with that

promise, as chronicled in a great story in *The Wall Street Journal*   (   https://www.wsj.com/articles/elon-musk-techs-cash-poor-billionaire-11588967043?mod=e2twd   ) about Musk's personal finances that you should go read.

According to the *WSJ*, despite being worth an estimated $39 billion on paper:

...he has to borrow, sometimes a lot, to pay for his lifestyle and business investments without liquidating shares that help him maintain control of the companies he runs. About half his Tesla stock is pledged as collateral for personal loans, an April 28 financial filing shows. Maintaining his equity stake —about 20%, or around $29 billion at its current valuation—is important for him to keep control over the Silicon Valley auto maker.

Musk also doesn't take a salary at Tesla, but he apparently became eligible for stock options worth more than $1 billion this week. To get that money, he will need an eye-watering *$592 million* to exercise the option, according to the *WSJ*. It's not clear if Musk has the money on hand to exercise that option or if the money raised from the house sales will be used to help pay for the sum. "Mr. Musk said he wasn't selling his possessions because he needs the money," the *WSJ* reported.

The article also lists a few times Musk has said he's cash poor. Here's one example:

Before Tesla went public, Mr. Musk told a judge during a contentious divorce with his first wife that he had run out of cash and had taken on emergency loans from friends to support his family and pay living expenses.

Here's another:

Last year, Mr. Musk's ability to access cash came up again during a defamation lawsuit over comments he made about a man involved in the rescue of a Thai soccer team from a flooded cave in 2018. A lawyer in the case said in a filing that Mr. Musk had described himself as "financially illiquid."

The whole article has a lot of history about Musk, interesting information about his finances backed up by regulatory filings, and numerous quotes from Musk himself, and I sincerely recommend taking 10 minutes to read it in full. (   https://www.wsj.com/articles/elon-musk-techs-cash-poor-billionaire-11588967043?mod=e2twd   )

Musk has Goldman Sachs, Welles Fargo and Wilson Sonsini Mobster-Class executive bankers hide his money in  a rabbit warren of HUNDREDS of trusts, shell corporations and fake charities from South Dakota, to Switzerland to the Cayman Islands to Russia.

A federal investigation to show the tentacular diagram of scams has been demanded!

**These are the illicit things that sociopath narcissist Musk has engaged in with the taxpayer cash he mooched from government treasuries from a wide group of reports and articles on-line:**

1. Private investigators have produced reports on the Elon Musk and Tesla Motors fraud, stock rigging, bribery and safety investigations that Musk's Silicon Valley Sandhill Road venture capitalists cover-up.

2. Musk hides his money in illicit and false-front real-estate scams to avoid taxes and to launder money.

3. "His corrupt cobalt mines promote genocide in the Congo as seen in NETFLIX Black Earth Rising".

4. "His corrupt cobalt mines promote mass rape in the Congo as seen in NETFLIX Black Earth Rising".

5. "His corrupt cobalt mines promote child slave labor in the Congo as seen in NETFLIX Black Earth
   Rising".

6. "He tries to bury his ill-gotten money from the taxpayers in gobs of real estate acquisitions and houses including his notorious purchase of the Vaughn DeGuigne Court mansion at 891 Crystal Springs Road, in Burlingame, California which is staged for his kinky sex parties and Illuminati-like cartel get-togethers..."

7. "His is not faithful to his girlfriends. Some of them are Ghislane Maxwell-type enablers, too, just to hang around his money and promote his sex schemes like Maxwell did for Epstein"

8. "The workers that build his batteries die or sicken from toxic poisoning and Musk tries to hide his dirty factories overseas"

9. "Tesla bribes U.S. Senators with cash and stock in order to get free taxpayer funds"

10. "He is addicted to drugs and booze"

11. "He has 'sociopath-class' mental issues and he is a narcissist..."

12. "Tesla has had more recalls for safety defects, per volume, than any other car maker. Musk refuses to allow the use of the word RECALL but the facts are the facts."

13. "It is so easy to hack any Tesla and crash it, break into it or give it bad braking orders that it is criminally negligent to allow Tesla's on the street. Even the Chinese have hacked Tesla's from the other side of the world! Tesla's have been hacked and remotely crashed, the drivers killed and Tesla covers this up..."

14. "His partner: Steve Jurvetson, has been charged with sex and corruption issues"

15. "He arranged government kick-backs with the White House"

16. His entire current existence is based on stock market scams created with taxpayer dollars and Goldman Sachs securities manipulations

17. "He is the world's biggest government mooch and has taken more taxpayer cash than anyone in U.S. History as a billionaire who does not need a hand-out"

18. "He is a member of the Palo Alto Tech Mafia operated by Stanford University gay frat house guys"

19. "Google (who is a major Tesla investor) hides all negative Musk/Tesla news in digital media globally and hypes TSLA stock in order to profiteer with Tesla stock. This is a violation of federal SEC laws"

20. "More drivers have been caught driving drunk, in Tesla's, than any other car Per Capita produced"

21. "Google boss Larry Page is Musk's 'bromance' boyfriend buddy and he uses Google to cover-up Musk's scandals"

22. "His so-called 'foundation" is just a payola and tax evasion scam for his family. It is a charity scam"

23. "His batteries are the most dangerous use of lithium ion storage ever conceived"

24. "His partner: Panasonic, has been charged with multiple corruption, dumping, price rigging and manipulation crimes around the globe"

25. "Almost all of the internet 'Tesla Fanboys' are Russian troll farms and hired bloggers that Musk pays vast amounts of money to in order to hype up a fake image for him. Musk has over 1000 click-farm and Russian troll bloggers under his employ via various false-front cover organization contractors.

26. "The drug and murder-for-hire website: _Silk Road_, was built at drug-enthusiast Musk's company SpaceX by Musk's programmer and Musk hires many people from a group called: In-Q-Tel, who were caught with tons of cocaine on their airplanes in a DEA raid"

27. "His SpaceX is nothing more than a domestic spy satellite company"

28. In-Q-Tel supplies a number of Musk's staff, yet In-Q-Tel has been accused of numerous criminal ventures and abuses of the public.

29. You never hear about these crimes because Musk's buddies in Silicon Valley control 90% of the global media these days and they censor any bad news about Musk in order to protect their Cartel.

30. "Musk's brain chip company tortures monkey's and other small animals in bad science experiments"

31. "His father screwed his daughter and got her pregnant. His father seems to be a pedophile and incest participant"

32. "Dianne Feinstein and her family covertly own many Musk interests and arranged for him to get his funds from the taxpayers. She helped sabotage his competitors in her district"

33. "You can't put out the fires when his batteries explode say fireman because Lithium fires are military class thermo-dynamics"

34. "The fumes from his lithium ion thermal battery vapors give you cancer, lung and brain damage"

35. Psychologists say that Musk is a self promoting, narcissistic, multi-billion dollar, self-aggrandizing PR hype addict.

36. Many of us know these facts from personal interaction with Musk, his companies and his politicians.

37. Everything in these reports can be proven in a jury trial, Congressional hearings or live TV debates but Musk would rather die than face uncontrolled public scrutiny.

38. Musk will do anything to keep this information from getting out, including hiring attack services like his Fusion GPS, Black Cube, Gawker and Gizmodo Kill services.

39. While Musk's dirty deeds sound like a bad Hollywood movie script. It all really happened and there is now massive hard copy evidence to prove it.

40. Elon Musk exists because he bribed DNC politicians including Obama, Clinton and Senators Feinstein, Reid, Boxer, Harris, Spier and Pelosi to give him free taxpayer cash and government resources from the Department of Energy and the California political tax pool.

41. When you follow-the-money and the insider trading, stock ownership and crony payola kick-backs. The payola between Musk, his scummy cronies and the politicians is proven.

42. The Musk empire pays bribes in billions of dollars of Google (Where Musk's boy buddy Larry Page works), Twitter, Facebook, Tesla, Netflix and Sony Pictures stock and stock warrants which is never reported to the FEC

43. The Musk empire pays bribes in billions of dollars of Google, Twitter, Facebook, Tesla, Netflix and Sony Pictures search engine rigging and shadow-banning which is never reported to the FEC

44. The Musk empire pays bribes in free rent

45. The Musk empire pays bribes in Male and female prostitutes

46. The Musk empire pays bribes in cars

47. The Musk empire pays bribes in dinners at fancy restaurants

48. The Musk empire pays bribes in socialite party financing

49. The Musk empire pays bribes in Sports Event Tickets

50. The Musk empire pays bribes in Political campaign printing and mailing services "Donations"

51. The Musk empire pays bribes in Secret PAC Financing. Musk's empire is a massive political financing conduit for the DNC politicians via a tentacular array of covert shell corporations, trusts, 501C's and stock bribes.

52. The Musk empire pays bribes in Jobs in Corporations in Silicon Valley For The Family Members of Those Who Take Bribes And Those Manage Bribes

53. The Musk empire pays bribes in "Consulting" contracts from McKinsey Consulting as fronted pay-off gigs

54. The Musk empire pays bribes in Overpriced "Speaking Engagements" which are really just pay-offs conduited for donors

55. The Musk empire pays bribes in Private jet rides and use of Government fuel depots (ie: Google handed out NASA jet fuel to staff)

56. The Musk empire pays bribes in commercial Real Estate

57. The Musk empire pays bribes in Fake mortgages

58. The Musk empire pays bribes in The use of Cayman, Boca Des Tores, Swiss and related money-laundering accounts and The use of HSBC, Wells Fargo, Goldman Sachs and Deustche Bank money laundering accounts and covert stock accounts

59. The Musk empire pays bribes in Free spam and bulk mailing services owned by Silicon Valley corporations

60. The Musk empire pays bribes in the use of high tech law firms such as Perkins Coie, Wilson Sonsini, MoFo, Covington & Burling, etc. to conduit bribes to officials

61. The U.S. Energy Dept (DOE) has been covering-up organized political crime activities in which government funds are being used as a slush-fund to pay off political campaign financiers and to pay for CIA/GPS Fusion-Class attacks on Silicon Valley business competitors via Musk political conduits.

62. Political campaign financiers and government agency staff share stock market holdings with each other under family trusts, shell corporations and layered Goldman Sachs accounts.

63. The basic Musk scam-deal goes like this: *"Obama funds Tesla, Musk conduits campaign funds to Obama, top Obama staff profit off of insider Musk stocks..."*

64. Elon Musk is a criminal, a mobster, an asshole, a balding fake-hair wearing, plastic surgery-addicted, bi-sexual douchebag, woman-abusing, sex addicted, tax evader. Plaintiffs can put this in writing because all of those identifications regarding Musk can be proven in court and are documented in existing lawsuits and news stories.

65. Musk exploits poor people and child slaves in the Congo and Afghanistan to mine his lithium and Cobalt. Look up this phrase on the top search engines: "child labor electric car batteries".

66. Musk spends billions per year to hire Russian trolls, fake blogger fan-boys and buy fake news self-glory look-at-me articles about himself.

67. Musk thinks he is the 'Jesus' of Silicon Valley and he will do anything to make the public think so.

68. Musk is insecure because his father was abusive and his "trophy wife" Mother is overbearing so he developed sociopath-like mental issues.

69. Musk has been professionally diagnosed as a 'psychotic narcissist.

70. He public stated on an investor call that he uses drugs and alcohol to get through the night. Plaintiffs have the tapes.

71. Musk relies on Google and the DNC Main Stream News (MSN) to hide bad news about him.

72. Fake News manipulator Google is run by Larry Page. Larry is Musk's investor and bromance 'Butt buddy'. They share an apartment.

73. Musk uses massive numbers of shell companies and trust funds to self-deal, evade the law and hide his bribes and stock market insider trading.

74. His brother ran Solar City and is now under federal investigation for securities fraud.

75. A huge number of Tesla drivers have been killed; pedestrians and oncoming drivers have also been killed, and Musk covers it up.

76. Extremist politicians and their controlled news outlets refuse to allow any articles about Musk's crimes to be printed because they benefit from Musk's crimes.

77. Investor oligarch's Tim Draper and Steve Jurvetson are so fanatical about not being embarrassed from a Tesla bankruptcy that they will pump the TSLA stock and threaten anybody who might disclose the Musk misdeeds.

78. Peter Thiel, a Musk 'boyfriend' also protects Musk. Musk, and his cronies, use Palantir, Google and related software to scan the entire internet every few minutes for any occurrence of the words: "Musk", "Tesla" or "Tesla Fire". They send trolls and fake bloggers (Many of them Russian) to put pro-Musk comments on the comments section of any blogs or articles discussing those topics and try to flood out the truth about Musk.

79. In EVERY blog that you read that mentions 'Musk', at least 1/3 of the comments have been placed their by Musk's paid shills.

80. There are no "Tesla Fan Boys". All of the fanatic Tesla comments on the internet are Musk's, Thiel's, Jurvetson's and Draper's fake fanboy trolls. Musk, himself, stays up late at night pretending to be a 'Tesla Fan Boy'on blogs.

81. The 'Silicon Valley Mafia; cartel of frat boy sociopath venture capitalists like Steve Jurvetson, Tim Draper, Eric Schmidt, et al; threaten those who do not support the cult of Tesla or their political candidates.

82. Musk holds the record for getting sued for fraud by his investors, wives, former partners, employees, suppliers and co-founders.

83. Elon Musk has gone out of his way to hire hundreds of ex-CIA and In-Q-Tel staff and assign them to "dirty tricks teams" to attack his competitors and elected officials who Musk hates.

84. Musk never founded his companies. He took Tesla away from the founder: Marty, in a hostile take-over!

85. Musk's "Starlink" satellites are domestic spy and political manipulation tools - never get your internet from one. SpaceX is entirely a spy satellite operation.

86. The same kind of EMF radiation proven to cause cancer from cell phones exists in massive amounts in a Tesla.

87. Musk can't fix a car or build a rocket and has almost no mechanical skills he can't build or work on any of the things he made himself famous for.

88. If you pull a report of every VIN# of every Tesla ever built and cross reference that with insurance, repair and lawsuit records you will find that the "per volume" fire, crash, death and defect rate is THE WORST of any car maker in history!

89. Musk is a lying con artist and partners with Goldman Sachs to rig the stock market. Sachs has a dedicated team of 18+ men who rig stocks and valuation bumps for Musk.

90. Over 1000 witnesses can prove every one of those claims in any live televised Congressional hearing!

91. Senators Dianne Feinstein, Harry Reid, Nancy Pelosi, Kamala Harris and their associates own the stock in Tesla Motors and/or it's suppliers and mining companies. That is why they criminally help cover-up investigations of Tesla!

92. All of this was reported, in writing, to James Comey, Patricia Rich and David Johnson at the FBI by those who supplied this information but Musk has yet to be arrested because crooked California politicians, who own his stock, protect him from arrest.

93. Why aren't all of those parties in prison if it is so easy to prove the crime? Think back to recent history: the heads of the Department of Energy, the FBI, The DOJ and the U.S. Attorney General were kicked out of their jobs for corruption. THIS was the corruption they were doing. They all knew about this crime but they were covering it up.

94. Musk took over Tesla Motors in a hostile take-over in order to exploit lithium, cobalt and other mining corruption deals for his business partners.

95. When you take a look at the 'lithium' in Musk's horrifically miss-engineered lithium ion batteries you will uncover horrible crimes engaged in to acquire it.

96. His batteries cause wars in the Congo, Afghanistan and Bolivia from the corrupt mining deals involved with mining lithium and cobalt.

97. Lithium ion batteries are insider trading-owned by ex-CIA boss Woolsey and DOE Boss Chu.

98. Lithium ion batteries excrete chemicals that mutate fetuses when they burn and destroy your brain, lungs and nervous system when they burn

99. Musk's batteries kill the factory workers who make them

100. Musk's batteries cause Panasonic to be one of the most corrupt companies in the world

101. Musk's batteries poison the Earth when disposed of

102. Musk's batteries can't be extinguished by firemen

103. Musk's batteries poison firemen when they burn

104. Musk's batteries are based on criminally corrupt mining schemes like URANIUM ONE

105. Musk's batteries have over 61 toxic chemicals in them

106. Musk's batteries come from an industry that spends billions on internet shills and trolls used to nay say all other forms of energy

107. Musk's batteries and are insider-trading owned by corrupt U.S. Senators who are running a SAFETY COVER-UP about their dangers.

108. Apple products with lithium ion batteries have been exploding and setting people on fire.

109. Over time the chemical dendrites, or deposits, inside each Musk battery grow worse and increase the chances of explosion as they age -

110. Musk's LITHIUM ION BATTERIES BECOME MORE AND MORE LIKELY TO EXPLODE AS TIME GOES ON AND AS THEY AGE. This is not a theory. This is a scientific fact. That is why you hear about more and more lithium batteries catching fire and blowing up.

111. Additionally, scientists also speculate that the increasing presence of low energy nuclear background energy and wifi energy in the environment is making lithium ion batteries explode more often lately. This theory is upheld by the increasing number of FAA reports about commercial airline cabins suddenly "filling up with toxic smoke" as some lithium ion battery explodes in someones overhead luggage. As commercial jets go higher they lose the protection of the atmosphere and are subjected to more gamma (and other) radiation from overhead. This makes the already unstable lithium ion batteries on board blow up.

112. "Bad Guys" have figured out how to make them explode remotely in devices by making the device electronics cause the batteries to overload.

113. The dangers of lithium ion batteries are hidden by CNN and Main Stream News (MSN) because pretty much only the DNC people profit from them and the DNC folks control CNN and the MSN.

114. The Obama Administration promised Silicon Valley oligarchs the market monopoly on lithium ion batteries and the sabotage of fuel cells in exchange for campaign financing and search engine rigging

115. United States Senators that are supposed to protect us from these deadly products own the stock market assets of them so they protect them and stop the FDA, OSHA, DOT & NHTSA from outlawing them.

116. Tom Steyer is a notorious DNC financier. His partner, Margaret Sullivan ran, the federal USAID agency, USAID sent all of the DNC campaign financiers in Silicon Valley a federal 'report' from USAID that said there was "A TRILLION DOLLARS OF LITHIUM IN AFGHANISTAN" and promised to give those lithium mines, EXCLUSIVELY, to the Silicon Valley venture capitalists if they funded and web search manipulated the election for Obama to take over the White House. Plaintiffs have the documents proving this. In other words, a re-up of the Afghan War was caused by Elon Musk and it killed American soldiers so that Musk could buy more mansions and trophy wives.

117. Alkaline, NiCAD and hundreds of other battery chemistry DO NOT have all of these problems but Lithium Ion batteries get a monopoly because of politician insider trading ownership.

118. Tesla Motors has caused far more deaths and injuries than the world generally knows about.

119. A recent fire on U.S. Highway 101 near Mountain View, CA, burned the driver alive and killed him.

120. In Florida two kids died in a Tesla, burned alive, screaming in agony.

121. A man died in agony in a Tesla crash in Malibu that set Malibu Canyon on fire.

122. A young woman, at the start of life, and her boyfriend were burned alive in their crashed Tesla.

123. There are many more deaths and crashes than you have seen in the Main Stream News (MSN) The deaths and the cover-ups are endless.

124. Senators Dianne Feinstein, Harry Reid, Nancy Pelosi, Kamala Harris and their associates own the stock in Tesla Motors and/or it's suppliers and mining companies and they cover-up and halt investigations and laws designed to save the public. They, and their crony's, spend over $1B a year to shill and troll hype about lithium ion batteries and cover-up the dangers.

125. Lithium ion EVs are more prone to battery fires. Experts say that their lithium-ion batteries can fuel hotter fires that release toxic fumes and are more difficult to put out.

126. Lithium ion fires keep reigniting which explains why it takes so long and requires copious amounts of water or foam (it is an electric fire, after all) to smother the flames.

127. Tesla employee Bernard Tse and his team warned Elon Musk about these dangers in 2008 and they got fired and/or warned to "say nothing" by Musk.

128. Three top Tesla engineers died in a plane crash next to Tesla offices in San Carlos after two of them agreed to become whistle-blowers.

129. The DNC bosses, Congress people and federal executives own the stock in lithium, Solar and EV markets and use kickbacks from those markets (Especially via convoluted campaign finance laundering via Elon Musk) to finance the DNC.

130. The DNC bosses and Musk use character assassination as their main political tool against any member of the public who speaks out against their felony stock market scams and PizzaGate-like scandals. The Harvey Weinstein reports by Ronan Farrow show that they have teams of hired goons that they pay to destroy people's lives. They use Black Cube, Mossad, In-Q-Tel, Stratfor, Gawker Media, Gizmodo Media, Media Matters, David Brock, Sid Blumenthal, NY Times, Google servers, Facebook servers, Podesta Group, Perkins Coie, Covington & Burling and a host of "media assassins".

131. Musk's "cabin boy": Jared Birchell, runs around covering up Musk crimes all day

132. Gawker and Gizmodo Media set-up the attack stories and, in paid partnership with Google, Google kicks their attack links around the globe, in front of 8 Billion people, forever. Google locks the attack articles of its enemies on the front top search results of Google search results forever, on purpose! Google and Musk are partners-in-crime.

133. Larry Page steals technology for Google and Musk meets with Larry Page to advise him on which technologies to steal and how to bypass FEC laws.

134. Musk has exceeded FEC campaign finance limits by billions of dollars via "in-kind" services.

135. Reports at https://www.propublica.org prove some of these assertions

136. Reports at https://www.transparency.org prove some of these assertions

137. Reports at https://www.icij.org prove some of these assertions

138. Reports at http://londonworldwide.com  prove some of these assertions

139. Reports at https://stopelonfromfailingagain.com ( PER THE WAYBACK MACHINE, Internet Archives) prove some of these assertions

140. Reports at  https://www.zerohedge.com/news/2019-02-24/tesla-slams-tree-florida-bursting-flames-and-killing-driver prove some of these assertions

141. Reports at Elon Musk is a total fraud - nypost.com (  https://nypost.com/2018/07/21/elon-musk-is-a-total-fraud/   ) prove some of these assertions

142. Reports at Elon Musk is a total fraud: Truth about Tesla billionaire exposed ( https://www.news.com.au/technology/innovation/inventions/elon-musk-is-a-total-fraud/news-story/f849a58894956424f03e7606a222b9eb   ) prove some of these assertions

143. Reports at Elon Musk Passes the Hat Again on Capitol Hill… And in China ( https://townhall.com/columnists/lawrencemeyers/2019/09/10/elon-musk-passes-the-hat-again-on-capitol-hill-and-in-china-n2552839  ) prove some of these assertions

144. Reports at About Elon Musk - A WASHINGTON DC ORGANIZED CRIME ( https://xyzcase.weebly.com/about-elon-musk.html  ) prove some of these assertions

145. Reports at Mark Spiegel: Elon Musk is 'a pathological liar' (  https://www.youtube.com/watch?v=msxq2OkCXnE  ) prove some of these assertions

146. Reports at https://nationalnewsnetwork.net/ prove some of these assertions

147. Reports at http://www.videonet111.com prove some of these assertions

148. MUSK'S SPACEX COMPANY Will have all of it's satellites destroyed in moments as soon as China gets pissed off:  https://www.japantimes.co.jp/news/2019/02/12/asia-pacific/chinas-space-debris-cleanup-may-cover-story-arms-u-s-satellites-pentagon/

149. WE HAVE ASKED THE FBI, DOJ, OSC, SEC, FTC, GAO, U.S. CONGRESS, AND OTHERS, TO INVESTIGATE AND PROSECUTE MUSK AND HIS CRONY OPERATION!

150. ELON MUSK'S PAID-FOR MEDIA SHILLS COVER UP HIS CORRUPTION AND PUSH PUFF-STORIES ABOUT MUSK. NEVER TRUST THEM TO BE ANYTHING BUT BIASED PROPAGANDA OUTLETS. MANY OF THEM OWN TESLA STOCK: Electrek, Google, Facebook, CNN, Huffington Post, Dianne Feinstein's PR office, Nancy Pelosi, Steven Chu, MSNBC, PayPal, KPIX-TV, San Jose Mercury News, Any Hearst owned entity, The SF Chronicle, Motley Fool, Green Car Congress, The executive staff of the DNC, The NY Times, etc.

151. Plaintiffs saw Elon Musk commit crimes and we saw the Obama White House cover-up those crimes. Plaintiffs, and Plaintiffs associates, worked for Bright Automotive, Zap Electric, Aptera, Eco Motors, XPV, The United States Department of Energy and the federal Office of Management and Budget and Tesla Motors itself. Americans have an expectation that their tax dollars will be used in a fair and legal manner and not to pay off crony campaign financiers like Elon Musk.

152. Americans have an expectation that fair market competition will decide which companies get to live or die and that no campaign financiers gets to order the White House to produce the death or success decision about any American business. Elon Musk's operation exists entirely because of criminal corruption and all of his companies must be shut down by federal law enforcement.

153. For nearly a decade, the U.S. Department of Energy has refused to comply with Freedom of Information Act (FOIA) requests for copies of Tesla Motors entire D.O.E. funding application documents. Former D.O.E. employees have shredded copies of those documents in order to keep them from being exposed to the public and the media. Why would they do that? Because those documents reveal felony criminal fraud by Tesla Motors, federal violations of the Section 136 law requirements and manipulations of the "hard-wiring" of the entire D.O.E. program. Those documents, which we have seen (and some Senate staff have private copies of) prove that, in a side-by-side comparison with all other applicants, the Tesla application was manipulation, rigged, false-reviewed and crony-advanced in order to pay-off certain campaign financiers and damage their competitors.

154. Demand that the U.S. Department of Energy stop breaking the law and comply with the FOIA requests to stop hiding the incriminating evidence in the Tesla files. Demand that the public be shown the original paper and not the later, "doctored" versions.

155. Plaintiffs saw Elon Musk operate an entirely illegal and unethical program based on State and Federal corruption. Plaintiffs told this, in writing and in person to the U.S. Attorney General: Eric Holder, who then quit his job after we reported these facts to him.

156. Plaintiffs reported that Elon Musk lied about vast number of dangers of the lithium ion chemistry he was using. Nothing was done.

157. Plaintiffs reported that Plaintiffs associates at the Department of Energy were having their safety reports on lithium ion danger suppressed. Nothing was done.

158. Plaintiffs reported that Elon Musk's credit rating and financial records were fraudulent and amounted to "cooking the books". Nothing was done.

159. Plaintiffs reported bribes paid by Musk's lobbyists and associated to government officials in order to grease the skids for his crony payola. Nothing was done.

160. Plaintiffs reported that Goldman Sachs and Tesla Motors were operating a stock fraud pump-and-dump scam to manipulate Elon Musk's stock holdings. Nothing was done.

161. Plaintiffs reported over a hundred illegal and corrupt actions by Elon Musk and his mob of Silicon Valley gangsters. Nothing was done.

162. If you have an ounce of morality, then you will not want to help Musk & Tesla profit from the crony political corruption that created them. Musk exists because he bribes politicians & acts as an illegal campaign financing conduit.

163. DOT/NHTSA has covered up years of reports about an acceleration surge issue that can suddenly crash your Tesla into walls and drive it off cliffs. It is either a known hacking attack or the effect of WiFi on Tesla electronics. Either can kill you.

164. Musk & Tesla are pure evil & exist because of hyper-corruption. You don't want to contribute to their evil or be part of it in any way. You are funding evil & supporting criminal corruption by buying a Tesla or any Elon Musk owned product like Solar City, Tesla, Space X, Hyperloop, etc.!

165. Elon Musk spent more money, than any other car company in history, to do the exact same things that any other car has done, or could do, for 20 times less money. Musk's Tesla was $100,000.00 over budget, per car, at the time that Musk was handed his crony Dept. of Energy froms by Steven Chu. Musk has no clue how to operate a car company.

166. In one lawsuit it is noted that: "...Plaintiffs and Tesla both applied for funds at the same time, in the same funding cycle in the same program. Tesla had the historically epic number of horrific issues listed below, which were known to DOE at the time of application, and Plaintiffs had NONE of these issues. How can any court, or rational person, believe that Plaintiffs were not intentionally bypassed, targeted and damaged for political reasons while Tesla was simultaneously approved for political reasons, when the comparative metrics between the two applicants prove the largest merit disparity in the entire recorded history of the U.S. Department of Energy….the singular, and only, review criteria used by Department of Energy officials was: WHICH ONE BRIBED THE CAMPAIGN FINANCE GROUP FOR BARACK OBAMA?!"; Thus proving that Tesla exists because of organized-crime level political corruption.

167. Elon Musk's self-driving "autopilot" feature, which keeps crashing and failing, is his attempt to scam taxpayer cash from Dept. of Transportation and Dept. of Energy public funds. He is only trying to do it to get more free federal cash.

168. The inventor of lithium ion batteries has confessed that lithium ion batteries blow up eventually. He says that deadly dendrites plague lithium-ion battery technology. The dendrites accumulate as part of the standard charging and recharging cycle and eventually cause a short

circuit that often results in a smoldering or burning battery. These dendrites are destined to eventually blow up most Tesla cars and many electronic devices using lithium ion!

169. The CIA's software designed to take over any Tesla on Earth and kill the driver, passengers and bystanders has been released in the wild and every hacker on Earth can now easily get a copy of it and kill you in your Tesla!

170. Ex-employees have leaked faked financial records, evidence of massive click-farm fake social media manipulation and evidence of unreported deaths and accidents. They say that most Tesla's have one kind of defect or another.

171. If you read about the dirty deeds and cocaine dealings with the In-Q-Tel airplanes called "Cocaine 1" & "Cocaine 2", & the corruption behind the company called In-Q-Tel & Musk's software programmer who ran "The Silk Road" drug & murder service then you must be concerned that many In-Q-Tel people work for Musk. Why does Musk need dirty druggies & spies on his payroll unless he is running covert drug and business spying activities?

172. Ex-employees, Gawker writers and gay lawyers from Covington & Burling have leaked stories that Elon Musk, Reid Hoffman, Larry Page are "butt buddies".

173. Musk is anti-American and Anti-Worker Rights and has been caught flying in H1-B cheap offshore labor and exploiting immigrants for his deadly profits. Musk hates unions and worker rights efforts.

174. Elon Musk gets the Cobalt chemical to make his lithium ion batteries from slave trade and blood-money corruption in the Congo!

175. The lithium ion batteries that Musk uses also blow up when they naturally encounter Low Energy Nuclear (LENR) effects in the ambient environment. Millions of chemicals don't blow up from LENR'd but lithium ion does!

176. If you are a Democrat then know that Elon Musk cost you the Hillary Clinton campaign because of his payola schemes. If you are a Republican, know that Elon Musk is the epitome of the worst form of DNC crony corruption you ever saw!

177. Musk bribed California politicians to give him hundreds of millions of dollars of taxpayer dollars & resources he never earned or worked for. He only got those crony payola perks handed to him because he operated as an illicit front for corrupt campaign financing for Dianne Feinstein, Jerry Brown, Harry Reid, Barack Obama and Hillary Clinton.

178. Multiple parties have filed "Demands For The Arrest of Elon Musk" with the FBI, DOJ, AG, FTC, SEC and other law enforcement agencies. It is not likely that Musk, or his companies will survive a full investigation.

179. Tesla and Solyndra sit on the same land in Fremont, CA. Solyndra was raided by the FBI for corruption. Tesla SHOULD be raided by the FBI for corruption. Both companies had kick-back crony payola schemes with Senator Dianne Feinstein. She owned the land, lease, HR, construction company and supplier interests and stock for both companies in one of the most massive conflict-of-interest crony financing schemes in U.S. history. Elon Musk and the Feinsteins are corruption partners.

180. People who see you in a Tesla think of you as a "Tone Deaf Douchebag", "Tesla Tool!", "Arrogant Prick", "Ostentatious Obama Oaf", "Sheep", "Mindless Yuppie Scum", "Misogynistic Silicon Valley Clone", "Self-promoting Elitist Douche", "Fake News Reading Main Stream Boob", "Naive Idiot" or other bad things.

181. Elon Musk is one of the main financiers behind Barack Obama & Hillary Clinton, both of whom have been charged with corruption. Musk endlessly tweets lies & "...No I didn't do those bad things" BS but nobody else supports him.

182. Tesla financial records are "cooked" in a fraudulent manner to make the stock market valuation of Tesla a falsely manipulated factor. Musk uses "pre-orders", by his own investors, to fake sales and wrote emails to customers asking them to put small deposits down so he could book them as fully paid sales in one of a large number of stock and loan valuation frauds. Musk and his investors practice stock market skims, pump-and-dumps and Flash Boy manipulations.

183. Lithium ion batteries are blowing up, starting fires &, generally, destroying people's homes, cars, electronics & physical health. Boeing was ordered to stop flying the 787 Dreamliner because it's Lithium ion batteries are catching fire spontaneously. A group of silicon valley venture capitalists forced/leveraged the government to buy & pay for these specific batteries, that they have stock in, in order to benefit their profit margins. Other batteries don't have these problems. They knew about the dangers from day one, but put greed ahead of safety. There are thousands & thousands of reports of spontaneous lithium ion fires but the VC's who back lithium ion pay to keep this information hushed up. Millions of these batteries have been recalled for fire risk. The VC's tried to push as many as they could before they got caught. Now they are caught. These VC's & the Senators they bribed own stock in lithium mining companies too.

184. Tesla Motors has filed a patent which states the following , THESE ARE TESLA MOTORS WORDS warning about a crisis, the level of which they never disclosed to the consumer:
   *"Thermal runaway is of major concern since a single incident can lead to significant property damage &, in some circumstances, bodily harm or loss of life. When a battery undergoes thermal runaway, it typically emits a large quantity of smoke, jets of flaming liquid electrolyte, & sufficient heat to lead to the combustion & destruction of materials in close proximity to the cell. If the cell undergoing thermal runaway is surrounded by one or more additional cells as is typical in a battery pack, then a single thermal runaway event can*

*quickly lead to the thermal runaway of multiple cells which, in turn, can lead to much more extensive collateral damage. Regardless of whether a single cell or multiple cells are undergoing this phenomenon, if the initial fire is not extinguished immediately, subsequent fires may be caused that dramatically expand the degree of property damage. For example, the thermal runaway of a battery within an unattended laptop will likely result in not only the destruction of the laptop, but also at least partial destruction of its surroundings, e.g., home, office, car, laboratory, etc. If the laptop is on-board an aircraft, for example within the cargo hold or a luggage compartment, the ensuing smoke & fire may lead to an emergency landing or, under more dire conditions, a crash landing. Similarly, the thermal runaway of one or more batteries within the battery pack of a hybrid or electric vehicle may destroy not only the car, but may lead to a car wreck if the car is being driven or the destruction of its surroundings if the car is parked"*. See http://whoiselonmusk.com for more. ..

185. Tesla's own staff, & every fire department, have now admitted that once a lithium ion fire gets started in a Tesla, that it is impossible to extinguish burning lithium ion material. This is Telsa's own words in THEIR patent filing, (You can look it up online) saying that the risk is monumental. Tesla has 6800 lithium ion batteries, any one of which can "go thermal", start a chain reaction and blow up all of the rest of the 6800+ deadly batteries! Tesla drivers have been burned alive in thermal globs of flaming lithium ion, plastics & metal. Bystanders have heard their horrific screams of unutterable pain & terror as they were burned alive! Tesla fires can't be extinguished & the bodies are burned into "unrecognizable lumps of charred flesh", according to fireman.

186. Lithium Ion batteries "go thermal" in peoples pockets, in your notebook, especially in a Tesla & Fisker car. There are tens of thousands of articles documenting this & there is a cover-up by the VC's that fund these things to keep this fact out-of-sight. Making Lithium Ion batteries poisons the workers who make them. It is a dangerous product that is covered-up by the Obama Administration. Panasonic knows that these batteries are deadly.

187. Tesla only exists to exploit Elon Musk's briberies. The lithium ion batteries blow up when they get: wet, hot, bumped, over-charged, struck by energy fields, exposed to air or squashed. Lithium ion batteries poison the Earth & that they poison & kill the workers that make them. Lithium ion batteries come from war profiteering in Afghan & Bolivian corruption

188. Panasonic is Elon Musk's partner. Panasonic is one of the most corrupt companies in the world. Panasonic has been charged, on multiple continents with: Product dumping, bribery, collusion, price fixing, anti-trust law violations, racketeering, worker abuse, toxic poisoning of workers, & other crimes. It is no wonder that Elon Musk & Panasonic are partners. Tata Motors executive Karl Slym was killed for exposing this fact.

189. Your tax dollars were stolen in order to make Tesla Motors, as part of a political financing kick-back scam. In other words, part of your paycheck was taken away from you in order to buy hookers, rent-boys & private jets for Musk & company.

190. Tesla's are forged in criminal corruption, so anybody who drives a Tesla must be either ignorant, a weasel or one of the corrupt. The whole world now knows all of the facts in this list so you can never plead ignorance to these crimes.

191. Telsa's have a huge amount of highly documented defects. The defects are so extensive that Tesla made buyers sign confidentiality agreements to try to hide how messed up their cars are.

192. Tesla's have killed more people than the main-stream news has reported. The full Tesla death-list is covered up.

193. Musk lied about why he wanted to make electric cars, when, in fact, he actually poisons the environment because Tesla investors wanted to exploit toxic minerals & materials which can't be recycled in a clean manner

194. No other electric car has been so mundane, & yet had so many problems with it, since the electric car was first sold in the 1800's. There is nothing "novel" or "amazing" about the Tesla aside from dime store parlor tricks for PR hype.

195. More drunks have crashed Tesla's, than any other per capita car in the world, per volume of cars made

196. Elon Musk's co-founders, investors, partners, wives, investors, suppliers & employees have sued him for being a fraud &, essentially, called him an "asshole" in court records.

197. Elon Musk lied on this Department of Energy funding application and the Obama Administration refuses to allow any federal employees or witnesses to testify to these facts in public due to the devastating potential results of these facts.

198. More owners of Tesla's have been found to cheat on their taxes, & be involved in abuse-based divorces, than almost any other car brand owner. Tesla owners are bad people who rationalize their poor life choices. Owning a Tesla is a red-flag for a tax audit!

199. Elon Musk will lie, cheat & steal in order to self-aggrandize & glorify his egotistical mania. Musk has been documented engaging in over 100 lies which were later proven to be false. He has spent tens of millions of dollars to buy fake news about himself on Twitter, Facebook & Google because he is such a mentally disturbed ego-maniac.

200. None of Elon Musk's companies would exist if not for taxpayer funded handouts given to him by corrupt politicians in exchange for illegal campaign finance deals with him & his investors.

201. Google, & Tesla, who are financial & political partners, have both been caught spying on consumers & manipulating Internet data in order to cover-up their complicity in huge political corruption & kick-back deals

202. Musk took U.S. taxpayer dollars from the government & then hired cheap off-shore labor & fired U.S. Union workers & domestic workers. He lied to & screwed the NUMMI workers that were working at the Fremont plant.

203. Musk has put over 18 surveillance devices in the Tesla. Anybody can hack those devices & monitor you. WORSE YET, foreign agents have hacked the Tesla & taken over the controls & driven Tesla's into bystanders & over cliffs.

204. When Erick Strickland was head of the NHTSA he was confronted about DOT safety cover-ups of the Tesla to protect Obama. He quit 48 hours later. The DOT safety cover-ups to protect the Obama campaign finance payola scheme continue to this day. Obama's Gibbs, Emanual, Plouffe, Axelrod and Carney quit within a week of being threatened with exposure.

205. Elon Musk paid some of the largest bribes in the history of China, facilitated by Dianne Feinstein and her Chinese spy connections, in order to get his China factory opened.

206. Tesla's have had a large number of recalls but Elon Musk refuses to call them "recalls". Tesla's have had multiple recalls for SEVERE safety dangers. DOT has been told this, in writing, for years, but wont take action in order to protect Obama.

207. Elon Musk is a bullshit artist who has no original ideas & wears black-turtle neck shirts (like Elizabeth Homes) to try to create a "cult" around himself & convince the world that he is a "Jesus-like" figure when, in fact, he is a clinical sociopath.

208. Tesla is a severe public safety hazard that has been systematically covered up by corrupt politicians.

209. Large numbers of Ex-CIA staff and In-Q-Tel spy staff work for Musk. Why does he need spies to build cars?

210. Tesla Motors batteries were promoted by those who wished to exploit the Afghanistan War for personal profit by controlling the Afghan lithium mining fields. Kleiner Perkins and Draper Fisher hyped the "...trillions of $ of lithium in Afghanistan."

211. Tesla Motors batteries blow up on their own because their chemistry causes them to be naturally defective.

212. Tesla Motors batteries blow up when they get wet because their chemistry is activated by water to make them explode.

213. Tesla Motors batteries fires cannot be put out by any common fire-fighting resources.

214. Tesla Motors batteries set themselves on fire.

215. Per Federal MSDS disclosure documents, Tesla Motors batteries emit cancer-causing vapors when they burn.

216. Tesla Motors Vehicles toxicity poison bystanders, nearby vehicular passengers, airline passengers in planes carrying said batteries in their holds, & environments where such incidents occur.

217. Tesla Motors batteries blow up when bumped by the same level of car incident that would, otherwise, only dent a normal car bumper.

218. In an accident, when a Tesla rolls over, molten metal & plastic can drip on & burn the occupants alive.

219. Tesla has multiple sexual harassment and unsafe work-place lawsuits against the company.

220. Per MSDS documents, Tesla Motors batteries emit brain damaging chemicals when they burn

221. Tesla is a stock pumping scam to profiteering on stock market peak manipulation at the expense of taxpayers.

222. Per MSDS documents, Tesla Motors batteries emit chemicals, burning, or not, that can damage an unborn fetus within the mother

223. Per MSDS documents, Tesla Motors batteries emit chemicals that can cause lung damage.

224. Per MSDS documents, Tesla Motors batteries emit chemicals that can cause liver damage.

225. Per published lawsuits & news reports, the factories that make Tesla Motors batteries have been charged with the deaths, & potentially fatal illness, of over 1000 workers & the poisoning of nearby towns.

226. Tesla Motors batteries become even more dangerous over time, particularly when tasked by electric transportation systems like Hover-boards & Tesla's. The chemistry in a lithium ion battery changes to become more unstable over time.

227. Tesla Motors batteries were never designed to be used in automobiles. Tesla used non-automotive batteries in one of the most dangerous configurations possible.

228. Tesla Motors occupants experience higher EMF radiation exposure than gasoline vehicle occupants.

229. Elon Musk's Space X vehicles & Tesla Motors vehicles have both had a higher-than-average number of explosions. This has caused outside experts to doubt Musk's ability to place safety considerations over his need for hyped-up PR.

230. Leaked Sandia National Labs & FAA research videos dramatically demonstrate the unstoppable, horrific, "re-percussive accelerating domino-effect" explosive fire effect of the Tesla Motors batteries.

231. Tesla's own "Superchargers" & home 3-prong chargers have set Tesla's, homes & businesses on fire

232. Consumer rights groups contacted Erick Strickland, the head of the NHTSA, & charged him with a cover-up. He quit days later. The NHTSA then issued a safety investigation request to Tesla Motors, which would have more publicly exposed these dangers, but the safety investigation was never under-taken due to White House requests & lobbyist bribes, from Tesla, which got the investigation shut down.

233. NEPA regulations for the Tesla NUMMI factory in California & the Nevada Tesla "Gigafactory" have been violated relative to environmental safety standards.

234. Tesla Motors vehicles are not "Factory Built" "like Ford" builds cars, as Tesla professes. They are hand built in small volumes & subjected to numerous defects. Blogs have documented hundreds of defects, as listed by Tesla owners. Tesla has lost at least one LEMON CAR LAWSUIT for defective manufacturing.

235. Tesla's "showrooms" are often "pop-up" retail storefronts that are in tight-proximity retail centers, putting it's neighbors at risk of total loss from fire damage.

236. Tesla Motors vehicles have been hacked & taken over. Their doors, steering, listening devices & navigation have been taken over by outside parties. Multiple Tesla have suddenly swerved off the road, over cliffs & into other vehicles, killing bystanders & Tesla drivers.

237. Three Tesla top engineers & two competing senior executives, all of whom had whistle-blown on Tesla, who were in perfect health one day, suddenly died mysteriously the next day.

238. Multiple employees, founders, investors, marital partners, suppliers & others have sued Tesla Motors, &/or it's senior executives for fraud. Musk had nothing to do with creating Tesla. He ran a hostile take-over of Tesla from the founders.

239. In addition to suing him, many of his former staff & partners have described Musk as an "Arrogant Prick".

240. Main-Stream Media (MSM) have agreed not to provide news coverage of the deadly defects of the Tesla because the MSM are owned by the same politicians who own Tesla Motors. It is now legal to sue The New York Times for hiding these deadly defects, though, particularly if your family member was injured or killed because they covered-up the danger for political reasons.

241. If you think the above bullet-points are bad there are over a 1000 more. Find the book "Is Elon Musk A Fraud" online or visit https://stopelonfromfailingagain.com/ ( PER THE WAYBACK MACHINE Internet Archive) or thousands of other sites that expose the truth about Musk & Tesla!

242. BANKRUPT MUSK – NO CASH FOR CRONY CORRUPTION. Print this out & freely re-post it on blogs & social media. Post this on bulletin boards. Put this on the windshield of every Tesla you find. Print this out & hand these out in front of every Tesla dealership: Nobody can stop you from handing these out, it is your U.S. Constitutional First Amendment Right! Pass the word! Plaintiffs are prepared to back up every single fact on here at any public meeting with the FBI, Congress, FTC, GAO, SEC or before a Federal Special Prosecutor.

243. The crash of a Tesla Model X through the home of South Korean singer and actor Ji Chang Son. The crash ended with the nose of the vehicle in Ji Chang Son's living room after the Tesla malfunctioned. Hundreds of such Tesla crashes have occurred, resulting in the deaths and injuries of Tesla owners, passengers, bystanders, oncoming drivers and others.

244. Following accusations by a Korean celebrity that a Tesla car spontaneously drove through a wall, the carmaker has replied that the crash was "entirely due to the man's horrible driving" in an ongoing effort, by Tesla, to steer the blame away from Tesla faulty engineering Actor and singer Son Ji-chang (identified as Ji Chang Son in court documents) claimed he was parking his Tesla Model X SUV when the vehicle suddenly lurched forward into his living room ( https://www.facebook.com/photo.php?fbid=1169875899799830&set=pcb.1169910243129729&type=3&theater   ).

245. In a lawsuit filed last week in California, Son claimed that the crash was due to "sudden unintended acceleration" and sought class-action status with other Model X owners. In a nod to the car's ability to sense and avoid crashes, the lawsuit also hinted that the Model X should not be allowed take actions that the car "knows will result in the collision with a fixed object."

246. In June, another California-based Model X owner, Puzant Ozbag, similarly claimed that his Model X spontaneously accelerated through a parking lot and into a wall. A special prosecutor is needed to investigate Tesla due to the huge number of cover-ups, by Tesla and the Obama Administration, to protect camapign financier Elon Musk. Jeff Sessions needs to hire a lawyer from outside the government appointed by Sessions as attorney general or, in the United States, by Congress to investigate a government official for misconduct while in office. A reasoning for such an appointment is that the governmental branch or agency may have political connections to those it might be asked to investigate. Inherently, this creates a conflict of interest and a solution is to have someone from outside the department lead the investigation. The term "special prosecutor" may have a variety of meanings from one country to the next, from one government branch to the next within the same country, and within different agencies within each government branch. Critics of the use of special prosecutors argue that these investigators

act as a "fourth branch" to the government because they are not subject to limitations in spending, nor do they have deadlines to meet.

247. Attorneys carrying out special prosecutor functions in either federal or state courts of the United States are typically appointed ad hoc with representation limited to one case or a delineated series of cases that implicate compelling governmental interests, such as: Fraud (SEC, Complex, Cybercrime, Mortgages), Public Corruption, Money Laundering & Asset Forfeiture, Civil Rights, Racketeering Across State lines, Environmental Protection, National Security, Tax & Bankruptcy, Organized Crime, or International cases where the US is a party). [1] Special prosecutors in courts of the United States may either be appointed formally by one of the three branches of government in a criminal proceeding, or when dictated by federal law or regulation, or informally in civil proceedings, and also by one of the three branches of government, or by a non-governmental entity to prosecute alleged unlawful conduct by government agents. When appointed by the judicial branch to investigate and, if justified, seek indictments in a particular judicial branch case, the attorney is called special prosecutor.[2] When appointed/hired particularly by a governmental branch or agency to investigate alleged misconduct within that branch or agency, the attorney is called independent counsel.[3] When appointed/hired by the state or political subdivision to assist in a particular judicial branch case when the public interest so requires, the attorney is called special counsel.[3] When appointed/hired by an organization, corporation, person or other non-governmental entity to investigate and, if justified, seek indictments against one or more government officials for acts committed under color of law, the attorney may be called special counsel or special prosecut. The term is sometimes used as a synonym for independent counsel, but under the former law authorizing the independent counsel, the appointment was made by a special panel of the United States Court of Appeals for the District of Columbia Circuit. The Ethics in Government Act expired in 1999, and was effectively replaced by Department of Justice regulation 28 CFR Part 600, under which Special Counsel Patrick Fitzgerald was appointed to look into the Plame affair. The Tesla Motors and Elon Musk Case requires a Special Prosecutor.

248. ELON MUSK AND TESLA FACE CRIMINAL FRAUD CHARGES BY FEDS! MUSK FINALLY EXPOSED!  ( https://www.marketwatch.com/story/sec-sends-subpoena-to-tesla-in-probe-over-musk-tweets-2018-08-15-171034414  )

249. SEC subpoenas TESLA over Musk tweets...  ( https://www.marketwatch.com/story/sec-sends-subpoena-to-tesla-in-probe-over-musk-tweets-2018-08-15-171034414  )

250. Whistleblower posts 'flawed cars' details...  ( https://www.cnbc.com/2018/08/15/tesla-whistleblower-tweets-details-about-flawed-cars-scrapped-parts.html  )

251. Elon Musk's Incredible Smoke And Mirrors Dance. Elon Musk's untraceable money laundering and political bribery scam has now been exposed. It is called an "Invisible Bridge". It is the way that covert funds move through a secret conduit of close associates and family

members. Elon Musk is at the head of the conduit and his mother, brother and associates Tim Draper, Steve Jurvetson, and George Soros round out the other tentacles. With operational links through Wells Fargo Bank, Silicon Valley Bank and Goldman Sachs, the scheme is perfected corruption. The "bridge" uses a combination of fake tax evasion charities and business assets, passes through Senator's pockets and is never visible to the FBI, the FEC and the SEC unless they have very good agents assigned to the matter.

252. NTSB, DOJ, SEC and FEC have been blocked from action by DNC lobbyists.

253. The overt and arrogant Musk misdeeds have now become "obvious and RICO-violating..."

254. He is protected by Senators Reid, Harris, Pelosi and Feinstein. They are beneficiaries of the scam. Musk's self promoting, narcissistic, multi-billion dollar, self-aggrandizing PR hype. Elon Musk exists because he bribed DNC politicians including Obama, Clinton and Senators Feinstein, Reid, Boxer, Harris, Spier and Pelosi to give him free taxpayer cash and government resources from the Department of Energy and the California political tax pool. This is proven when you follow-the-money and the insider trading, stock ownership and crony payola kick-backs.

255. He is protected by the Clinton and Obama organizations along with most of the DNC. He finances these politicians via this scheme.

256. The U.S. Dept of Energy (DOE) has been covering-up organized crime activities at DOE in which DOE funds are being used as a slush-fund to pay off DNC campaign financiers and to pay for Fusion-GPS attacks on Silicon Valley business competitors.

257. DNC campaign financiers and DOE staff share stock market holdings with each other under family trusts, shell corporations and layered Goldman Sachs accounts. The deal was: Obama funds Tesla, Musk conduits campaign funds to Obama, top Obama staff profit off of insider Musk stocks.

258. Elon Musk is a criminal, a mobster, an asshole, a balding fake-hair wearing, plastic surgery-addicted, bi-sexual douchebag, woman-abusing, sex addicted, tax evader.

259. Musk exploits poor people and child slaves in the Congo and Afghanistan to mine his lithium and Cobalt. Look up this phrase on the top search engines: "child labor electric car batteries"

260. Musk spends billions per year to hire Russian trolls, fake blogger fan-boys and buy fake news self-glory look-at-me articles about himself. Musk thinks he is the 'Jesus' of Silicon Valley and he will do anything to make the public think so. Musk is insecure because his father was abusive and his "trophy wife" Mother is overbearing so he developed sociopath-like mental issues.

261. Musk has been professionally diagnosed as a 'psychotic narcissist.

262. Musk uses shell companies and trust funds to self-deal, evade the law and hide his bribes and stock market insider trading. His brother ran Solar City and is now under federal investigation for securities fraud.

263. A huge number of Tesla drivers, per capita, have been killed; pedestrians and oncoming drivers have also been killed, and Musk covers it up.

264. The DNC and the MSM refuse to allow any articles about Musk's crimes to be printed because they benefit from Musk's crimes.

265. VC's Tim Draper and Steve Jurvetson are so fanatical about not being embarrassed from a Tesla bankruptcy that they will pump the TSLA stock and threaten anybody who might disclose the Musk misdeeds.

266. Peter Thiel, a Musk 'boyfriend' also protects Musk. Musk, and his cronies, use Palantir, Google and related software to scan the entire internet every few minutes for any occurrence of the words: "Musk", "Tesla" or "Tesla Fire". They send trolls and fake bloggers (Many of them Russian) to put pro-Musk comments on the comments section of any blogs or articles discussing those topics and try to flood out the truth about Musk. In EVERY blog that you read that mentions 'Musk', at least 1/3 of the comments have been placed their by Musk's paid shills.

267. There are no "Tesla Fan Boys". All of the fanatic Tesla comments on the internet are Musk's, Thiel's, Jurvetson's and Draper's fake fanboy trolls. Musk, himself, stays up late at night pretending to be a 'Tesla Fan Boy'on blogs.

268. Main Stream DNC-biased News organizations who refuse to cover the story reveal themselves as shills for Musk

269. The Silicon Valley Mafia promotes Musk as a "Tech God" leader but, in reality Musk is the same kind of "Leader" as Charles Manson, Jim Jones, David Koresh, Swami Rajneesh and Al Capone.

270. His own people have sued him for fraud and lies once they realized that Musk-ism and Scientology had so much in common.

271. The 'Silicon Valley Mafia; cartel of frat boy sociopath venture capitalists like Steve Jurvetson, Tim Draper, Eric Schmidt, et al; threaten those who do not support the cult of Tesla or their political candidates.

272. Musk holds the Silicon Valley record for getting sued for fraud by his investors, wives, former partners, employees, suppliers and co-founders.

273. Elon Musk has gone out of his way to hire hundreds of ex-CIA and In-Q-Tel staff and assign them to "dirty tricks teams" to attack his competitors and elected officials who Musk hates.

274. Musk and his culture are being sued for abuse to women and blacks and the Unions hate him for lying to them.

275. https://stopelonfromfailingagain.com reveals even more Musk lies.

276. Musk never founded his companies. He took Tesla away from the founder: Marty, in a hostile take-over!

277. Musk's "Starlink" satellites are domestic spy and political manipulation tools - never get your internet from anything SpaceX has launched. SpaceX is entirely a domestic spy operation.

278. Musk's "Mars" scheme is just a PR distraction to keep the news from looking too close at SPACEX domestic spying satellites.

279. The same kind of EMF radiation proven to cause cancer from cell phones exists in massive amounts in a Tesla.

280. Musk can't fix a car or build a rocket and has almost no mechanical skills.

281. If you pull a report of every VIN# of every Tesla ever built and cross reference that with insurance, repair and lawsuit records you will find that the "per volume" fire, crash, death and defect rate is THE WORST of any car maker in history! Musk's lobbyists have bribed DOT and NHTSA to stall safety inspections.

282. NO COMPLETE UNCOMPRISING SAFETY REPORT ON TESLA CARS HAS EVER BEEN PUBLISHED but we have a copy of a hushed up report that would put Tesla out of business.

283. Musk's 'Autopilot' system is a scam to get government cash BUT IT NEVER WORKS. The Tesla 'Autopilot' has crashed into police cars, pedestrians, swamps and driven owners over cliffs.

284. Musk is a lying con artist and partners with Goldman Sachs to rig the stock market. Sachs has a dedicated team of 18 men who rig stocks and valuation bumps for Musk.

285. The "Silk Road" Cocaine and Murder-For-Hire website was created at Musk's SpaceX

286. Musk's In-Q-Tel staff ran two transport planes filled with drugs; listed as "Cocaine 1" on FAA records.

287. Senators Dianne Feinstein, Harry Reid, Nancy Pelosi, Kamala Harris and their associates own the stock in Tesla Motors and/or it's suppliers and mining companies. That is why they criminally help cover-up investigations of Tesla!

288. All of this was reported, in writing, to James Comey, Patricia Rich and David Johnson at the FBI.

289. Tesla and Solyndra sit on the same land and share staff, contracts and lobbying. California politicians own parts of both companies.

290. Musk took over Tesla Motors in a hostile take-over in order to exploit lithium, cobalt and other mining corruption deals for his business partners.

291. The 'lithium' in Musk's horrifically miss-engineered lithium ion batteries cause wars in the Congo over mining corruption.

292. Afghanistan and Bolivian mobsters benefit from the corrupt mining deals involved with mining lithium and cobalt for Elon Musk's batteries.

293. Elon Musk opened a factory in China to try to avoid American worker safety laws because all of the labor cheats and safety violations he had engaged in, in America, were catching up to him. He neglected to provide adequate worker safety to quarantine for the coronavirus, though.

294. Elon Musk's Lithium ion batteries are insider trading-owned by ex-CIA boss Woolsey and DOE Boss Chu and they engaged in extreme conflict-of-interest to help Musk.

295. Elon Musk's Lithium ion batteries excrete chemicals that mutate fetuses when they burn.

296. Elon Musk's Lithium ion batteries destroy your brain, lungs and nervous system when they burn.

297. Elon Musk's Lithium ion batteries kill the factory workers who make them.

298. Elon Musk's Lithium ion batteries cause Panasonic to be one of the most corrupt companies in the world.

299. Elon Musk's Lithium ion batteries poison the Earth when disposed of.

300. Elon Musk's Lithium ion batteries can't be extinguished by firemen because water makes them explode even more and then explode again hours later.

301. Elon Musk's Lithium ion batteries have chemical dendrites and deposition massing issues (revealed by X-Ray analysis) which makes them more and more likely to explode as they age.

302. Elon Musk's Lithium ion batteries poison firemen when they burn.

303. Elon Musk's Lithium ion batteries are based on criminally corrupt mining schemes like URANIUM ONE.

304. Elon Musk's Lithium ion batteries have over 61 toxic chemicals in them.

305. Elon Musk's Lithium ion batteries come from an industry that spends billions on internet shills and trolls that they hire to nay say all other forms of energy

306. Elon Musk's Lithium ion batteries are insider-trading owned by corrupt U.S. Senators who are running a SAFETY COVER-UP about their dangers.

307. Apple products with lithium ion batteries have been exploding and setting people on fire.

308. Over time the chemical dendrites, or deposits, inside each battery grow worse and increase the chances of explosion as they age - LITHIUM ION BATTERIES BECOME MORE AND MORE LIKELY TO EXPLODE AS TIME GOES ON AND AS THEY AGE. This is not a theory. This is a scientific fact. That is why you hear about more and more lithium batteries catching fire and blowing up. Additionally, scientists also speculate that the increasing presence of low energy nuclear background energy and wifi energy in the environment is making lithium ion batteries explode more often lately. This is upheld by the increasing number of FAA reports about commercial airline cabins suddenly "filling up with toxic smoke" as some lithium ion battery explodes in someones overhead luggage. As commercial jets go higher they lose the protection of the atmosphere and are subjected to more gamma (and other) radiation from overhead. This makes the already unstable lithium ion batteries on board blow up.

309. Tesla owner's had had more DUI's, abuse filings in divorce proceedings and crashes than any other car maker PER VOLUME. This makes Tesla the #1 car for douche bags and scummy people.

310. Tesla's own federal patent filing records confirm that Tesla batteries are as dangerous as this document reports.

311. Political activist George Soros owns part of Tesla Motors so that Soros can help conduit DNC cash.

312. The Obama Administration promised Silicon Valley oligarchs the market monopoly on lithium ion batteries and the sabotage of fuel cells in exchange for campaign financing and search engine rigging.

313. United States Senators that are supposed to protect us from these deadly products own the stock market assets of them so they protect them and stop the FDA, OSHA, DOT & NHTSA from outlawing them.

314. There have been thousands of defect reports filed on Tesla cars.

315. Tom Steyer is a notorious DNC financier. His partner, Margaret Sullivan ran, the federal USAID agency, USAID sent all of the DNC campaign financiers in Silicon Valley a federal 'report' from USAID that said there was "A TRILLION DOLLARS OF LITHIUM IN AFGHANISTAN" and promised to give those lithium mines, EXCLUSIVELY, to the Silicon Valley venture capitalists if they funded and web search manipulated the election for Obama to take over the White House. Plaintiffs have the documents proving this. In other words, a re-up

of the Afghan War was caused by Elon Musk and it killed American soldiers so that Musk could buy more mansions and trophy wives.

316. If a Tesla battery gets wet it will explode and cause all of the other batteries to explode in a "cascade of explosions".

317. Water makes Tesla batteries explode.

318. In an accident, when a Tesla rolls over, molten metal & plastic can drip on & burn the occupants alive and seal them in molten metal.

319. Alkaline, NiCAD and hundreds of other battery chemistries DO NOT have all of these problems but Lithium Ion batteries get a monopoly because of politician insider trading ownerships.

320. Tesla Motors has caused far more deaths and injuries than the world generally knows about.

321. A recent fire on U.S. Highway 101 near Mountain View, CA, burned the driver alive and killed him.

322. In Florida two kids died in a Tesla, burned alive, screaming in agony.

323. A man died in agony in a Tesla crash in Malibu that set Malibu Canyon on fire.

324. A young woman, at the start of life, and her boyfriend were burned alive in their crashed Tesla.

325. There are many more deaths and crashes than you have seen in the Main Stream News (MSN) The deaths and the cover-ups are endless.

326. Senators Dianne Feinstein, Harry Reid, Nancy Pelosi, Kamala Harris and their associates own the stock in Tesla Motors and/or it's suppliers and mining companies and they cover-up and halt investigations and laws designed to save the public.

327. Elon Musk's Lithium ion battery partners spend over $1B a year to shill and troll hype about lithium ion batteries and cover-up the dangers.

328. Lithium ion EVs are more prone to battery fires.

329. Experts say that their lithium-ion batteries can fuel hotter fires that release toxic fumes and are more difficult to put out. Lithium ion fires keep reigniting which explains why it takes so long and requires copious amounts of water or foam (it is an electric fire, after all) to smother the flames.

330. Tesla employee Bernard Tse and his team warned Elon Musk about these dangers in 2008 and they got fired and/or warned to "say nothing" by Musk.

331. Three top Tesla engineers died in a plane crash next to Tesla offices in San Carlos after two of them agreed to become whistle-blowers. Another whistle-blower has suggested they were killed in a "Boston Brakes" hit-job.

332. The DNC bosses, Congress people and federal executives own the stock in lithium, Solar and EV markets and use kickbacks from those markets (Especially via convoluted campaign finance laundering via Elon Musk) to finance the DNC.

333. The DNC bosses and Musk use character assassination as their main political tool against any member of the public who speaks out against their felony stock market scams and PizzaGate-like scandals. The Harvey Weinstein reports by Ronan Farrow show that they have teams of hired goons that they pay to destroy people's lives.

334. Musk uses Black Cube, Mossad, In-Q-Tel, Stratfor, Gawker Media, Gizmodo Media, Media Matters, David Brock, Sid Blumenthal, NY Times, Google servers, Facebook servers, Podesta Group, Perkins Coie, Covington & Burling and a host of "media assassins".

335. Musk buddies: Gawker and Gizmodo Media set-up the attack stories and, in paid partnership with Google, Google kicks their attack links around the globe, in front of 8 Billion people, forever. Google locks the attack articles of its enemies on the front top search results of Google search results forever, on purpose! Google and Musk are partners-in-crime.

336. Larry Page steals technology for Google and Musk meets with Larry Page to advise him on which technologies to steal and how to bypass FEC laws.

337. Musk has exceeded FEC campaign finance limits by billions of dollars via "in-kind" services.

338. Had the full scope of these facts been acted on during the Obama Administration, Barack Obama would have become the first modern sitting President to have been arrested in the White House. Barack Obama was fully aware of these schemes, crony payola deals and corruption crimes and discussed the implementation of these crimes, daily, with Rahm Emanuel, David Plouffe, Steven Rattner, Robert Gibbs, John Podesta, David Axelrod, Eric Holder and Jay Carney in the Oval Office.

339. THIS corruption involves TRILLIONS of dollars of corrupt mining deals, automotive and energy monopolies!

340. THIS is why the federal budget analysis reports are showing TRILLIONS of dollars of 'untraceable' losses from the United States Treasury from 2006 up to today!

341. THIS is why a large number of reporters, whistle-blowers and prosecutors suddenly, and mysteriously turned up dead!

342. The company that Elon Musk built to usher in the electric-car future might not have enough cash to make it through the calendar year without stock markets scams being used to keep it alive.

343. Tesla again fell far short of its own production targets for the mass-market Model 3 sedan

344. Another person died in a crash involving its assisted-driving feature.

345. Musk entered into a public dispute with federal safety regulators.

346. Tesla's once high-flying stock, buffeted by a downgrade from credit analysts, has dropped 24 percent from its peak in September but Silicon Valley Vc's will pump it up to save face.

347. No one has raised or spent money the way Elon Musk has; Nor has any other chief executive officer of a public company made a bankruptcy joke on Twitter at a time when so much seemed to be unraveling.

348. Tesla is going through money so fast that, without additional financing, there is now a genuine risk that the 15-year-old company could run out of cash in 2018. The company burns through more than $6,500 every minute, according to data compiled by Bloomberg. Free cash flow—the amount of cash a company generates after accounting for capital expenditures—has been negative for five consecutive quarters. That will be a key figure to watch when Tesla reports earnings May 2. Read the full story here: https://www.bloomberg.com/graphics/2018-tesla-burns-cash/

349. In years to come, we will all look back and wonder how so many people were taken in by this shyster, who makes Enron look honest.

350. One of Tesla's greatest strengths is its ability to monetize the patience and goodwill of its customers and loyal fans. The company is sitting on a staggering $854 million in customer deposits as of the end of 2017.

351. Since Tesla sells its products direct to consumers, without relying on a dealer network, customer deposits are cash payments that essentially serve as interest-free loans—and these loans can stretch on for years. If Tesla were to go bankrupt, those deposit holders would likely be wiped out.

352. Tesla is holding customer deposits for two vehicles that aren't even in production yet: an electric Tesla Semi ($20,000 deposit) and a next-generation Roadster (either $50,000 down or the $250,000 retail price paid up front to reserve a limited edition). Even customers interested in installing an array of solar roof panels or the company's Powerwall home battery must hand over $1,000 to place an order.

353. Tesla doesn't break out deposit numbers by car, but the vast majority comes from $1,000 reservations for the Model 3. When Musk first introduced the lower-priced sedan in March

2016, fans stood in long lines at Tesla stores. Two years later, the slower-than-expected pace of production means that most of the more than 400,000 reservation holders are still waiting. And new people appear to be joining the queue: As of April, the company reported "net Model 3 reservations remained stable."

354. There's an additional source of free money from loyal believers: An unknown number of customers have paid up for vehicle features—$3,000 for "Full Self Driving" capability, for example—that Tesla thus far hasn't figured out or released to anyone.

355. Elon Musk cooked the books by emailing interested sales prospects and asked them to put a deposit down before each quarter ended so he could book their tiny deposits as fully transacted $60K+ "sales" before each quarter closed.

356. Elon Musk and SpaceX are being sued by multiple employees for "lying about safety standards, safety records" and deadly safety defects.

357. The Elon Musk Tesla Money Laundering Board Of Directors is as full of fraud and corruption as Musk. Birds of a feather stick together and the Jurvetson, Draper, Musk, et al; clan of corruption runs deep. The Board of Directors can't operate their scam without the whole pack of thieves and liars in place. An outsider will break theirs swamp of tax evasion, Dark Money political bribes, off-shore cash, self-dealing, book-cooking, real estate fraud, expense padding and other nefarious deeds.

358. Dianne Feinstein's family member: Herb Newman of Sausalito, California's HR firm: Newman Search (415 332-8425) has a company as of 1972 with the sole purpose of setting up investment bank deals with the People's Republic of China. Feinstein arranged for Newman to provide the staffing for Tesla and Solyndra. Dianne Fenstein has been under investigation for spy activities with China and her senior aide was arrested as a Chinese top spy. In 1973 Mr. Newman arrived in Canton at the invitation of the Chinese Council for the Promotion of International Trade. (CCPIT). He and his company MVTC were one of fifty businesses to be invited to the Canton Trade Fair held in Kwangchow China. In 1978 Mr. Newman founded China Investments and in partnership with California Trade Delegations both companies as members of the San Francisco Chamber of Commerce began taking US Corporations to China. Mr. Newman along with one of his associates at the time Mr. Darryl Schoon helped organize Senator Dianne Feinstein's first trip to China in conjunction with the San Francisco Chamber of Commerce. Herb Newman, Mart Bailey and Feinstein's Husband; Dick Blum are on intelligence agency watch-lists, and under electronic surveillance, for potentially corrupt deals with China, Tesla and Solyndra.

359. Dianne Feinstein's husband owns CBRE which owns the real estate contracts for both Tesla and Solyndra.

360. Dianne Feinstein's family owns interests in the construction companies hired by both Tesla and Solyndra.

361. Dianne Feinstein had her staff warn other California businesses away from using the NUMMI car factory in order to protect the real estate deal for both Tesla ans CBRE, which is owned by her husband.

362. Tesla began real estate deals in multiple states and then cancelled them at the last minute, which got them sued for fraud and charged with "lying" to different communities. They started, and then pulled out of these different building (San Jose, Southern California, New Mexico, Etc.) deals, because CBRE and Feinstein were trying to leverage real estate profit exploitation using taxpayer funding.

363. Panasonic and Tesla have known for decades that the Panasonic 18650 batteries used in the Tesla suffer from multiple chemistry degradation defects which will almost always make them eventually explode or "go thermal". The defects include: 1.) LENR activation, 2.) Dendrite lengthening, 3.) Particle congealing, 4.) Chemistry evolution and other defects. The Tesla projects is, essentially, a failed product product dumping effort of a failed and dangerous battery product.

364. Elon Musk has demanded that his employees sign "loyalty pledges", "vows" and engage in Omerta's in order to keep the corruption details of Tesla from being exposed to the public.

365. Tesla insider Antonio Gracias is the mob boss insider at Tesla who arranges media hit-jobs on those who displease Musk.

366. The NHTSB has issued requests to Tesla for safety tests and data that Tesla never complied with. Instead, Tesla paid bribes, which were referred to as "fees" to avoid having to complete those tests. An independent group of outside investigators issued a damning safety report to the NHTSB demanding that Tesla be compelled to produce the safety tests in 2010 but Obama appointed NHTSB executives buried the report and protected Tesla in order to keep the connection between Obama's funding and Tesla protected. NHTSB boss: Strickland, an Obama insider, was confronted with this in Washington, DC and resigned from his job 48 hours later. NHTSB has still not acted on the severe Tesla safety defects that have been reported since 2009.

367. An SEC investigation of Musk uncovered horrific evidence of Musk corruption but the SEC could not report or act on it because Obama congressional bosses and lobbyists got the SEC investigation "limited" to only examine a single Twitter "Tweet" from Musk.

368. Elon Musk is protected by top DOJ, SEC, CFTC, FEC and other Obama left-over staff as well as 45 U.S. Senators and top Federal Reserve members and Goldman Sachs, who live in terror that exposure of the entire Elon Musk financial food-chain will topple the entire DNC Dark Money payola scam. This is the reason that Tesla can get away with so much obvious and overt corruption and still continue operations. Tesla Motors book-cooking, financial frauds and political payola conduits, if fully revealed, would change the course of political influence in America.

369. Elon Musk has been sued by a man that Musk called a "Pedo", yet Musk's own father has been accused of child sex abuse, racism and, indeed, got his own daughter pregnant!

370. Elon Musk's mother has been accused of being a "self-indulgent trophy wife" who Musk was trained by to be an arrogant elitist. Her hatred of black people was imbued on Musk who has been sued by black people at his company for "running a racist culture".

371. Elon Musk divorced the same woman twice because she knew his dirty little secret and threatened to out him if he did not keep the deal going. She was hired to "act" as his wife.

372. Musical artist Iggy Azalea was at a Musk Party, with other friends, who captured Elon Musk on video on drugs and in weird sex acts. Musk had Iggy's camera stolen at the party to hie the evidence but he did not get the other cameras and did not realize that some of those cameras placed their images and videos directly on the Cloud, where hackers acquired them.

373. With cover-up help from Eric Holder, Steven Chu, Obama, Valarie Jarret, DNC FBI agents, Perkins Coie, Covington and Burling, Wilson Sonsini, etc; sociopath Musk actually believes he is "untouchable" and that he can get away with anything. His downfall will be the same downfall of every narcissist sociopath oligarch throughout all of recorded history.

374. Elon Musk is a drug addict. A simple urine and blood test proves it. Musk's downfall and the downfall of John DeLorean are seeming to align.

375. Dianne Feinstein and Nancy Pelosi are violating the law protecting Tesla by withholding investigations and prosecutions? Why are they allowing American citizens to continue to die from the 1.) "sudden acceleration electronics defect"; 2.) "The failed Auto-pilot electronics defect"3.) "The deteriorating and deadly lithium ion batteries" and 4.) numerous other defects widely documented in the news media and filed lawsuits?

376. Elon Musk exists because he bribed DNC politicians including Obama, Clinton and Senators Feinstein, Reid, Boxer, Harris, Spier and Pelosi to give him free taxpayer cash and government resources. This is proven when you follow-the-money and the insider trading, stock ownership and crony payola kick-backs.

377. The Energy Dept (DOE) has been covering-up organized crime activities at DOE in which DOE funds are being used as a slush-fund to pay off DNC campaign financiers and to pay for CIA/GPS Fusion-Class attacks on Silicon Valley business competitors.

378. DNC campaign financiers and DOE staff share stock market holdings with each other under family trusts, shell corporations and layered Goldman Sachs accounts. The deal was: Obama funds Tesla, Musk conduits campaign funds to Obama, top Obama staff profit off of insider Musk stocks.

379. Musk exploits poor people and child slaves in the Congo and Afghanistan to mine his lithium and Cobalt. Look up this phrase on the top search engines: "child labor electric car batteries".

380. The Silicon Valley Paypal Mafia promotes Musk as a "Tech God" leader but, in reality Musk is the same kind of "Leader" as Charles Manson, Jim Jones, David Koresh, Swami Rajneesh and Al Capone. His own people have sued him for fraud and lies once they realized that Musk-ism and Scientology had so much in common.

381. Musk holds the record for getting sued for fraud by his investors, wives, former partners, employees, suppliers and co-founders. Elon Musk has gone out of his way to hire hundreds of ex-CIA and In-Q-Tel staff and assign them to "dirty tricks teams" to attack his competitors and elected officials who Musk hates.

382. Musk and his culture are being sued for abuse to women and blacks and the Unions hate him for lying to them. https://stopelonfromfailingagain.com ( PER THE WAYBACK MACHINE Internet Archive) reveals even more Musk lies.

383. THIS corruption is what all of the big political scandals are about today!

384. THIS corruption involves TRILLIONS of dollars of corrupt mining deals, automotive and energy monopolies!

385. THIS is why the federal budget analysis reports are showing TRILLIONS of dollars of 'untraceable' losses from the United States Treasury from 2006 up to today!

386. THIS is why a large number of reporters, whistle-blowers and prosecutors suddenly, and mysteriously turned up dead!

387. THIS can all be proven in jury trial and in live televised Congressional hearings!

388. This is all being covered up because top State and Federal officials are in on it, own the stock in it and are so deeply involved in it that they could go to Federal prison when this all comes out.

389. The anxieties that lurk beneath the tremendous ambition of Tesla Inc. moved into the forefront in recent weeks. The company again **fell far short** ( https://www.bloomberg.com/news/articles/2018-04-03/tesla-model-3-output-misses-forecast-as-musk-promises-progress ) of its own production targets for the mass-market Model 3 sedan, another person **died in a crash** ( https://www.bloomberg.com/news/articles/2018-03-31/tesla-says-driver-s-hands-weren-t-on-wheel-at-time-of-accident ) involving its assisted-driving feature and Musk entered into **a public dispute** ( https://www.bloomberg.com/news/articles/2018-04-12/tesla-withdraws-from-ntsb-crash-probe-over-autopilot-data-flap ) with federal safety regulators. esla's once high-flying stock, buffeted by a downgrade from credit analysts, has dropped 24 percent from its peak in September.

390. There's a good reason to worry: No one has raised or spent money the way Elon Musk has. Nor has any other chief executive officer of a public company made a **bankruptcy joke** (

https://twitter.com/elonmusk/status/980566101124722688    ) on Twitter at a time when so much seemed to be unraveling.

391. Tesla is going through money so fast that, without additional financing, there is now a genuine risk that the 15-year-old company could run out of cash in 2018. The company burns through more than $6,500 every minute, according to data compiled by Bloomberg ( https://notalotofpeopleknowthat.wordpress.com/2018/05/01/tesla-burning-cash/#methods   ) . Free cash flow—the amount of cash a company generates after accounting for capital expenditures—has been negative for five consecutive quarters. That will be a key figure to watch when Tesla reports earnings May 2.Read the full story here: **https://www.bloomberg.com/graphics/2018-tesla-burns-cash/**

392. In years to come, we will all look back and wonder how so many people were taken in by this shyster, who makes Enron look honest.A

393. lot of Musk's money has been extracted from suckers, who think he is God's gift, as Bloomberg reports:One of Tesla's greatest strengths is its ability to monetize the patience and goodwill of its customers and loyal fans. The company is sitting on a staggering $854 million in customer deposits as of the end of 2017.

394. Since Tesla sells its products direct to consumers, without relying on a dealer network, customer deposits are cash payments that essentially serve as interest-free loans—and these loans can stretch on for years. If Tesla were to go bankrupt, those deposit holders would likely be wiped out.

395. Tesla is holding customer deposits for two vehicles that aren't even in production yet: an electric Tesla Semi ($20,000 deposit) and a next-generation Roadster (either $50,000 down or the $250,000 retail price paid up front to reserve a limited edition). Even customers interested in installing an array of solar roof panels or the company's Powerwall home battery must hand over $1,000 to place an order.

396. Tesla doesn't break out deposit numbers by car, but the vast majority comes from $1,000 reservations for the Model 3. When Musk first introduced the lower-priced sedan in March 2016, fans stood in long lines at Tesla stores. Two years later, the **slower-than-expected pace of production** (  https://www.bloomberg.com/graphics/2018-tesla-tracker/  ) means that most of the more than 400,000 reservation holders are still waiting. And new people appear to be joining the queue: As of April, the company reported "net Model 3 reservations remained stable."

397. There's an additional source of free money from loyal believers: An unknown number of customers have paid up for vehicle features—$3,000 for "Full Self Driving" capability, for example—that Tesla thus far hasn't figured out or released to anyone.

398.The consumer psychology that sees hundreds of thousands of people essentially extending an interest-free loan to a public company is unusual, to say the least. I think the phrase "more money than sense" rather sums it up

399.Apple and Google also named in US lawsuit over Congolese child cobalt mining deaths for Elon Musk's Tesla Cars. Dell, Microsoft and Tesla also among tech firms named in case brought by families of children killed or injured while mining in DRC.'I saw the unbearable grief inflicted on families by cobalt mining. ( https://www.theguardian.com/global-development/commentisfree/2019/dec/16/i-saw-the-unbearable-grief-inflicted-on-families-by-cobalt-mining-i-pray-for-change ) I pray for chan Elon Musk's cobalt extraction in DRC has been linked to child labour.

400.A landmark legal case has been launched against the world's largest tech companies by Congolese families who say their children were killed or maimed while mining for cobalt used to power smartphones, laptops and electric cars, the Guardian can reveal.

401.Apple, Google, Dell, Microsoft and Tesla have been named as defendants in a lawsuit filed in ( http://iradvocates.org/sites/iradvocates.org/files/stamped%20Complaint.pdf )Washington DC by human rights firm International Rights Advocates ( http://www.iradvocates.org/ ) on behalf of 14 parents and children from the Democratic Republic of the Congo (DRC). The lawsuit accuses the companies of aiding and abetting in the death and serious injury of children who they claim were working in cobalt mines in their supply chain.

402.The lawsuit argues that Apple, Google, Dell, Microsoft and Tesla all aided and abetted the mining companies that profited from the labour of children who were forced to work in dangerous conditions – conditions that ultimately led to death ( https://www.theguardian.com/global-development/commentisfree/2019/dec/16/i-saw-the-unbearable-grief-inflicted-on-families-by-cobalt-mining-i-pray-for-change ) and serious injury. The families argue in the claim that their children were working illegally at mines owned by UK mining company Glencore. The court papers allege that cobalt from the Glencore-owned mines is sold to Umicore, a Brussels-based metal and mining trader, which then sells battery-grade cobalt to Apple, Google ( https://www.theguardian.com/technology/google ) , Tesla, Microsoft and Dell.

403.Other plaintiffs in the court documents say they worked at mines owned by Zhejiang Huayou Cobalt, a major Chinese cobalt firm, which the lawsuit claims supplies Apple ( https://www.theguardian.com/technology/apple ), Dell, and Microsoft and is likely to supply the other defendants.

404.Another child, referred to as John Doe 1, says that he started working in the mines when he was nine. The lawsuit claims that earlier this year, he was working as a human mule for Kamoto Copper Company, carrying bags of cobalt rocks for $0.75 a day, when he fell into a tunnel.

After he was dragged out of the tunnel by fellow workers, he says he was left alone on the ground at the mining site until his parents heard about the accident and arrived to help him. He is now paralysed from the chest down and will never walk again.

405. Other families included in the claim say that their children were killed in tunnel collapses or suffered serious injuries such as smashed limbs and broken spines while crawling through tunnels or carrying heavy loads. The families say that none were paid any compensation for the deaths and injuries.

406. One of the central allegations in the lawsuit is that Apple, Google, Dell, Microsoft and Tesla ( https://www.theguardian.com/technology/tesla ) were aware and had "specific knowledge" that the cobalt they use in their products is linked to child labour performed in hazardous conditions, and were complicit in the forced labour of the children

407. Is is charged that the Musk empire is an organized crime program that exists between Silicon Valley tech oligarchs, investment banks, U.S. Senators, government agency staff and White House staff who engage in these crimes.

408. That public officials knowingly participate in these crimes by failing to report their associates who engage in these illicit actions and by hiring suppliers who operate these illicit activities.

409. That the Musk empire suspects manipulate government funds for their personal profiteering at the expense of domestic citizen taxpayers like us.

410. That the Musk empire suspects operate a vast stock market manipulation program, as a core function of their operations, and those illicit deeds function at the expense of the public to render unjust gain to public officials.

411. That the Musk empire suspects contract a known group of lobbyists, corrupt law firms, unethical CPA's, corrupt investment banks and specialized corruption services providers to attack, defame, physically harm, character assassinate, black-list and/or kill those they dislike and they harmed many persons with those acts.

412. That the Musk empire suspects operate an Epstein-like sex-trafficking network of prostitutes and sexual extortion activities and locations for the engagement of said activities and for the bribery of cohorts via sex workers and that Musk was a personal associate of Jeffrey Epstein.

413. That the Musk empire suspects engage in electronic attacks and manipulations including hacking, election manipulation, media censorship and internet search results manipulation in order to mask their schemes.

414. That the Musk empire suspects engage in Lois Lerner-like, SPYGATE-like, VA whistleblower-like reprisal and retribution  attacks using government agencies like SSA, DOJ, FBI, LSC, HUD, HHS, DOE, Etc

415. It is demanded that Elon Musk be arrested on RICO Racketeering, Anti-Trust, Tax Evasion, Bribery, and related charges!

416. Elon Musk had sex with a young non-age-appropriate rock and roll girl and got her pregnant.

417. Elon Musk dated anal sex advocate Gwenyth Paltrow who later told her friends that he was full of shit.

418. Elon Musk divorced one actress, then had to remarry her because she had the goods on him.

419. Video exists of Elon Musk at various sex parties.

420. Elon Musk dated Johnny Depp's girlfriend Amber Heard who thought that Musk was even more controlling than Johnny Depp.

421. The NUMMI car factory that Musk took over was first called, by Musk, in the media "non-functional". Even the two major car makers that were using it had abandoned it. Feinstein make Musk take it because here husband's company: CBRE Realty, managed the property around it.

422. Musk never made good on his promises to NUMMI workers or the Unions representing the NUMMI factory.

423. After getting an insane amount of exclusive free cash from the taxpayers, Musk flew workers in from overseas.

424. Multiple women have charged Musk for sexual abuse and factory misogyny.

425. Musk couldn't make it in college and bailed out.

426. Far more SpaceX rockets have exploded and fully failed than the public is aware of.

427. Musk said he would already have sent his buddies around the moon but many potential passengers have bailed out after they saw the due diligence on SpaceX lack of experience.

428. Musk, Draper, Page, Westly, Schmidt, Brin and other famous tech asshole billionaires have formally agreed to run a "cartel" to control news, information and industries.

429. Inside the Tesla that Elon Musk had SpaceX put in orbit is a "confession folder" that would destroy Musk if anyone went up and got it.

430. Elon Musk believes he could kill someone and not get in trouble because he has so many California Senator's, Tier one law firms and former White House staff protecting him.

431. Elon Musk is the Citizen Kane of the modern world. He thinks he is the Al Capone of Technology. He uses things that appear to be all "crunchy granola" on the surface to steal taxpayer subsidies with the help of corrupt politicians.

432. Aside from Musk's own personal dirty operations and orders, the largest facilitator of his crimes is the large group of men inside Goldman Sachs and JP Morgan dedicated to supporting his crimes and corruptions.

433. Through covert conduits, Elon Musk pays blogger James Ayre to shill is schemes online.

434. Musk's entire media plan is self-promotional aggrandizing and fake virtue-signaling to keep the news off his case.

435. The SEC made him quit but he just changed one letterhead graphic and nothing else. Musk still runs Tesla and the rest of the empire just like he always did.

436. Musk covertly funds abortion projects because he gets so many girls pregnant and refuses to use a condom.

437. Deutsche Bank is the other biggest player in the Musk Empire money laundering, political payola and corruption crimes.

438. Musk stole most of his designs from others, as proven by the U.S. Patent office and previous publications.

439. When Elon Musk's Hyper-loop crashes, it will turn all of the passengers into a bloody applesauce like nightmare.

440. Musk's 5G SpaceX Starlink Satellites could destroy the environment, will add to the cancer-causing radiation of the Earth and are to be used to spy on consumer's uses of the internet.

441. In lawsuits, Musk always pleads that he "has no money".

442. X-Ray analysis by over 40 major laboratories prove that Elon Musk's lithium ion batteries have severe and constantly degrading defects inherent in their construction. Musk has known about these dangers for decades but chose to work with Panasonic to cover it up.

443. Elon Musk lost a LEMON CAR lawsuit proving that his cars are poorly designed and manufactured.

444. Elon Musk's union negotiating tactics are: "delay, deny, defer and claim to be conducting a fake study..."

445. Elon Musk's take-over of Tesla from Martin Eberhardt, the actual founder, was based on an Obama Administration scheme to exploit Lithium mines in Afghanistan and Cobalt mines in the Congo, which Obama financiers had bought the rights to. Frank Guistra and Goldman Sachs helped come up with this scheme.

446. A famous article about SpaceX quotes a top Musk staff staffer saying Musk is a "liar".

447. A top SpaceX engineer has sued Spacex for lying about rocket safety and says that Musk does not care about science, he cares about publicity.

448. Most of the "famous" people Musk hired, quit after seeing what a sham his operations are.

449. Jared Birchell, of Burlingame, is terrified that Musk will have him killed because he knows "where the bodies are buried", but he has to act demure and "stay-off-the-press-radar" for now to keep Musk from paying too much attention to him.

450. Every property that Musk owned has been bugged by government, news or competitor specialists.

451. Musk takes a number of drugs for mental issues yet he runs companies with products that can easily kill their users. Many think that he should be under closer federal supervision.

452. The U.S. Department of Energy PR Department has been ordered by Obama officials (who, shockingly, are still there even during the Trump Administration) to always hype up Musk because, WHEN Musk fully fails, it will prove that the Department of Energy funded him because ***Obama ordered them*** to and not *based* on **any** merits. Most every Applicant for DOE funds beat Musk on every merit EXCEPT CRONYISM!

453. Trump-hating Elon Musk wanted to nay say Trump by subjecting Tesla workers to COVID death by refusing to close plant

454. Musk uses his own workers to play deadly politics with their lives in COVID closure he refused

455. Musk totally lied about his capacity, ability and knowledge to make COVID ventilators in order to scam political funding

456. Musk sent snoring devices instead of ventilators and lied about those products in order to Virtue Signal for his own hype

457. Musk has had babies with many women in an Epstein-like master plan to seed the world with his DNA so that mini-Musk's will live on forever. Each ex-baby momma has been paid massive sums to keep quiet about his misdeeds.

458. Musk uses his many mansions to hide money and operate tax manipulation efforts.

459. The "Mainstream Media" is controlled by Democrat bosses who refuse to allow any negative news to be printed about Musk because Musk conduits funds to the DNC.

460. One of Musk's 'baby ovens' known as "Grimes" has been revealed to have been used as a "sex toy for Musk" by Grimes friends.

461. The U.S. Department of Energy has a federal policy of promoting Musk's hype because they are liable for criminal prosecution because Secretary of Energy Steven Chu and his staff helped

organize Musk's embezzlement of taxpayer funded monies and insider-traded on that profiteering.

462. Failing Elon Musk tries to make Alameda County pay for his failed NUMMI factory by using COVID as an excuse!

463. The cooling fluid of Tesla cars leaks into the battery chamber and causes the batteries to explode and Musk ordered that defect covered up.

464. The touch-screen on the car has a huge number of programming defects in it that can crash the car

465. Musk has had unprotected sex with a number of women and is on a mission to get a number of women pregnant in order to "spread his DNA around".

**The Malignant Narcissism And Cartel Climate Of Elon Musk And His Billionaire Frat Boy Club**

At almost every juncture, Elon Musk has made egotistical decisions that lead to more failures. His behavior is that of a person who has no care or concern for the health, safety and welfare of the American people. Nothing could epitomize that more perfectly than his grotesque suggestions that we should shoot nuclear bombs off on Mars or that nobody will care that his Starlink Satellites are designed to spy on the public. This would seem comical, and entirely unbelievable, if it had not actually happened.

In 2006 the many scientists told Elon Musk and his advisers of the high likelihood that a pandemic of lithium ion battery explosions would strike the nation and advised the incoming administration to take appropriate steps to reduce its impact. Obama officials hid the dangers because they owned stock in lithium and cobalt mines for those batteries, particularly in Afghanistan.

In November of 2007, the experts warned Obama that the country was likely to be afflicted with a devastating pandemic of lithium ion originating from Asian and Russian oligarchs.

In January 2009, the Obama administration was told by its own experts, Bernard Tse and his team who knew Tesla bosses, Sandia and others that the lithium ion batteries in Tesla cars had degrading chemistry which become a global pandemic of auto danger. Again, Obama chose inaction.

Obama and Musk have deprived Democratic-led regions of the country from receiving needed safety reviews of Tesla cars.

Over the year's since 2006, Americans working with the DOE, NHTSA, SEC and other groups accelerated warnings to Obama officials. These engineers and other science professionals were intentionally ignored in order to protect politicians stock market profits.

In these, and any other examples, ( http://www.testimony111.com/ ) Musk and his inner circle of White House and Senate insiders ignored or purged experts and other truth-tellers, and lied about,

misrepresented, deflected or denied the dire threat to the American people posed by the lithium ion battery scam.

Considered in total, Musk and his regime have shown themselves to be incompetent, callous, malevolent and deeply cruel in their response to the Tesla safety issue crisis (as well as to a plethora of other issues).

But to merely document the Musk regime's deadly failures in response to the dangers of his companies is to ignore the most important question: What are Musk's and his advisers' underlying motivations?

This forensic question must be answered if we are ever to have a full accounting of the Musk Corruption, and see justice done for the voters, the dead tesla victims and those who will die in the future as well as the damage done to the broader American community.

The coordinated 'main-stream' media's preferred storyline that suggests Musk is simply incompetent doesn't add up because Muskhas made the wrong decision every single time in terms of how crises like this are supposed to be dealt with. (i.e. Be consistent, transparent, factual, and credible.) It's increasingly not believable for the left-wing press to suggest that Musk has been distracted or inept during this crisis, in part because of the level of his uselessness has become so staggering.

Maybe Musk is vengeful. Maybe he wants to wreck the economy to create investment opportunities? He's under the thumb of a foreign entity? He wants to cause panic and cancel the November elections? He's a fatalist? Who knows. And honestly, the specific "why" isn't what matters now. What matters is asking the difficult questions and pondering what the Musk oligarchy  is truly about, no matter what lurks in the shadows…

Now the press needs to shift some of its focus and ask the truly alarming questions about Musk and his motives. Because we still don't know why he essentially ordered his companies to embark on such sinister ventures involving slicing up brains; over-priced deadly cars for rich douche-bags; digging holes for billionaire hide-outs, launching domestic spy satellites and manipulating elections along with his boyfriend: Larry Page, etc...

Psychologist and psychotherapists have an answer: Elon Musk is a ***"malignant narcissist"***. Musk's mental pathologies inexorably compel him to hurt and defraud large numbers of people — including his own supporters.

Exports have looked at Musk's borderline personality disorders. They explais that sadism and violence are central to Musk's malignant narcissism and his decision-making about his self-promotion. They warn that Musk is abuser locked into a deeply dysfunctional relationship with the American people and that, like other sadists, Musk enjoys causing harm and suffering to any that do not recognize his "tech Jesus" self-proclaimed superiority.

Ultimately, all psychologists generally concludes that Musk is engaging in "democidal behavior" ( https://www.taylorfrancis.com/books/9780203793756/chapters/10.4324/9780203793756-2  ) in

partnership with Obama and Pelosi and cautions that the many dead and injured (so far) from the Tesla fires and crashes are not simply collateral damage from the Musk madness, but rather the logical outcome of Musk's apparent mental pathologies and the poor decisions that flow from them.

Musk is both denying responsibility by saying things such as, "I take no responsibility. We've done everything right." But at the same time, Musk is also sabotaging the efforts to stop the corruption in his empire. This is a very important aspect of Musk's behavior. Musk is not just deflecting blame onto others, he is actively interfering with the politicianss' ability to do their job by controlled Senators with bribes. Musk is not just incompetent. He is actively engaging in sabotage against competitors and reporters who speak the truth about him.

You might wonder: How does someone with his type of mind reconcile claims like "I have total power" with "I take no responsibility"? He has said both things within a few days of each other. Well; That is a function of how the psychology of a malignant narcissist is structured. When Musk says things such as, "I have total power," that's the grandiosity. "I'm in total control" is a function of Musk's paranoia, where everything bad is projected outward. Therefore, anything negative or bad is someone else's fault. Bad things are 'other people' in Musk 's mind. The grandiosity and "greatness" are all him. Musk's mind runs on a formula which bends and twists facts, ideas and memories to suit his malignant narcissism. This is why Musk contradicts himself so easily. He lies and makes things up. His fantasies all serve his malignant narcissism and the world he has created in his own mind about his greatness.

Another component of Musk's malignant narcissism is sadism. That part of Musk's mind is more hidden. People such as Musk are malignant-narcissist sadists because they, at some deep level, are driven to cause harm to other people. Musk's life is proof of this. His pedo father and trophy wife narcissist mother demonstrate his roots. He enjoys ripping people off and humiliating people. He does this manically and gleefully. He has lied thousands of times. He threatens people online and elsewhere. Most psychologists believe that Elon Musk is also a sexual sadist, who on some basic level enjoys and is aroused by watching people be afraid of him. In his mind, Musk is creating chaos and instability so that he can feel powerful.

Professor of psychiatry and psychoanalyst Otto Kernberg called that phenomenon "omnipotent destructiveness." The bullying, the violence, the destruction, frightening people, humiliating people, getting revenge and the like — such behavior is what Elon Musk has done his whole life. It is who Elon Musk really is. Unfortunately, too many people are still in denial of that fact.

Musk has to create and control a field of negative corrupting energy around himself. For example, he pressures the scientific experts to bend the truth to his dreamworld during his press conferences. The scientists are basically Musk's hostages. The American people are hostages as well to Elon Musk's lies. Plaintiffs are being abused by him. Plaintiffs know that Musk is lying. Plaintiffs know that he's doing nothing to help us. Plaintiffs feel helpless to do anything to stop him. It is causing collective mental despair. It is not that all Americans are suckers or dupes, it is that Musk is a master at such cruel and manipulative behavior.

Elon Musk is a master at getting negative attention, and the more people he can shock and upset, the better.

Malignant narcissists like Elon Musk view other human beings as kindling wood to be burned for their own personal enrichment, media enlargement and hype expansion.

Follow the facts to the obvious and true conclusion. If all the facts show that Elon Musk (and his little boy buddies Larry Page, Eric Schmidt, John Doerr, Reid Hoffman, Steve Westly, etc.) is a malignant narcissist with these powerful sadistic tendencies, this omnipotent destructiveness, where he's getting pleasure and a sense of power from dominating people and degrading people and destroying people and plundering people and laying waste to people, both psychologically and physically, then to deny such obvious facts is willful ignorance.

When Musk is finally exposed, like Elizabeth Holmes and Theranos or ENRON, it will be glorious.

Rather than making a prediction as to Musk's specific actions when the emperor has no clothes, it is more helpful to describe the type of actions he will take. Rather than trying to say, "This is the move he'll make." Like in a relationship, Elon Musk is the abuser. He is the husband or father who is abusing his partner or children or other relatives. The American people are like a woman who is leaving her abuser. She tells her abuser, "That's it! I am done with you!" She has her keys in hand and is opening the door of the house or apartment to finally leave. What happens? The democidal maniac Elon Musk will attack us, badly. Make no mistake. Elon Musk is going to find a way to attack and cause great harm to the American people if he believes that he will be fully exposed. He will use his spy satellites, his media controls, his remote controlled cars, his stock market manipulation tools, his Goldman Sachs economic destruction team and more. Musk will strike back... unless the FBI finally arrests him first.


## Elon Musk Has Stolen Every Bit Of Technology He Has Exploited

In a shocking expose by Paul Lienert, Norihiko Shirouzu, and Edward Taylor , they reveal that while Elon Musk is hailed (by his own PR and hype) as an innovator and disruptor who went from knowing next to nothing about building cars to running a car company, he swiped all of his technology from others.

His Tesla car, his hyperloop train, his tunnel digger, his 'brain chip' ...everything he has done was created by somebody else. The original founders of Tesla sued him for coming in and taking over the company.

Musk's record shows he is more of a fast learner who spies on other firms that had technology Musk lacked. Musk stole their most talented people, and then blew his competitors off the grid with anti-trust violating monopoly tactics.

Musk has been dropping hints for months that significant advances in technology will be announced as Tesla strives to get away from corrupt Panasonic and their awful toxic, exploding batteries.

New battery cell designs, chemistries and manufacturing processes are just some of the developments that would allow Tesla to reduce its reliance on its long-time battery partner, Japan's Panasonic (which has been accused of bribery, product dumping and other illicit deeds), people familiar with the situation said.

"Elon doesn't want any part of his business to be dependent on someone else," said one former senior executive at Tesla who declined to be named. "And for better or worse - sometimes better, sometimes worse - he thinks he can do it better, faster and cheaper." The problem is, Musk does his version of "better" by ripping everyone off and hiring moles and character assassins to go after any competitors that get in his way. Musk has been documented hiring Nicholas Guido Denton's tabloid empire (Gawker/Gizmodo/Jalopnik...) character assassination service to operate massive hit-jobs against his adversaries.

Tesla has battery production partnerships with Panasonic, South Korea's LG Chem and China's Contemporary Amperex Technology Co Ltd (CATL) that are expected to continue.

But at the same time, Tesla is moving to control production of cells - the basic component of electric vehicle battery packs — at highly automated factories, including one being built near Berlin, Germany and another in Fremont, California where Tesla is hiring dozens of experts in battery cell engineering and manufacturing.

"There has been no change in Plaintiffs relationship with Tesla," Panasonic said in a statement provided by a company spokeswoman. Of course, Panasonic has to say that.

"Plaintiffs relationship, both past and present has been sound. Panasonic is not a supplier to Tesla; we are partners. There's no doubt Plaintiffs partnership will continue to innovate and contribute to the betterment of society."

Tesla did not respond immediately to a request for comment.

Since he took over the fledgling Tesla company in 2004 in a hostile tactile take-over, Musk's goal has been to learn enough - from partnerships, acquisitions and talent recruitment - to bring key technologies under Tesla's control, people familiar with Tesla's strategy said.

They said the aim was to build a heavily vertically integrated company, or a digital version of Ford Motor Co's iron-ore-to-Model-A production system of the late 1920s.

"Elon thought he could improve on everything the suppliers did - everything," said former Tesla supply chain executive Tom Wessner, who is now head of industry consultancy Imprint Advisors. "He wanted to make everything."

107

Batteries, a big chunk of the cost of an electric car, are central to the Musk method. While subordinates like Bernard Tse have argued, for years, against developing proprietary Tesla battery cells, Musk continues to drive toward that delusional control-freak goal.

"Tell him 'No', and then he really wants to do it," said a third former Tesla veteran.

Reuters reported in May that Tesla is planning to unveil low-cost batteries designed to last for a million miles. Tesla is also working to secure direct supplies of key battery materials, such as nickel, while developing cell chemistries that would no longer need to be as expensive and blood-mineral sourced as Musk's cobalt.

'STRAIGHT FOR MARS'

Panasonic is partnered with Tesla at the $5 billion Nevada "Gigafactory", while CATL and LG Chem supply cells to Tesla's Shanghai factory, where battery modules and packs are assembled for its Model 3 sedan.

Panasonic recently said it is planning to expand its production lines in Nevada, which supply the cells that then go into the battery modules assembled next door by Tesla.

But the Nevada Gigafactory partnership almost didn't happen, according to two former Tesla executives. Musk ordered a team to study battery manufacturing in 2011, according to one former executive, but eventually partnered with Panasonic in 2013 because Musk failed to understand it.

Now, Tesla is testing a battery cell pilot manufacturing line in Fremont and is building its own vast automated cell manufacturing facility in Gruenheide in Germany.

The roller-coaster relationship with Panasonic mirrors other Tesla alliances.

During its development alliance with Germany's Daimler, which was an early investor in Tesla, Musk became interested in sensors that would help keep cars within traffic lanes.

Until then the Tesla Model S, which Mercedes-Benz engineers helped refine, lacked cameras or sophisticated driver assistance sensors and software such as those used in the Mercedes S-Class.

"He learned about that and took it a step further. We asked Plaintiffs engineers to shoot for the moon. He went straight for Mars," said a senior Daimler engineer said. Musk primarily uses the "Mars Project" as hype and BS to cover the fact that all of his Starlink, and other SpaceX launches, are almost exclusively spy satellites to monitor citizens and their internet interests.

Meanwhile, an association with Japan's Toyota, another early investor, taught him about quality management.

Eventually, stolen executives from Daimler and Toyota joined Tesla in key roles, along with talent from Alphabet Inc's Google, Apple, Amazon, Microsoft, as well as rival carmakers Ford, BMW and Audi.

## THE MUSK SPIN

Some relationships did not end well, however.

Tesla hooked up with Israeli sensor maker Mobileye in 2014, in part to learn how to design a self-driving system that evolved into Tesla's Autopilot.

"Mobileye was the driving force behind the original Autopilot," said a former Mobileye executive, who declined to be named.

Mobileye, which is now owned by Intel, also recognized the risk of sharing technology with a fast-moving startup like Tesla, which was on the brink of collapse at the end of 2008 and now has a market value of $420 billion.

But Tesla and Mobileye had an acrimonious and public split after a driver was killed in 2016 when a Model S using the Autopilot system crashed.

At the time, Amnon Shashua, who is now Mobileye president and chief executive, said Tesla's Autopilot was not designed to cover all possible crash situations as it was a driver assistance system, not a driverless system.

The former Mobileye executive said there was no question of Tesla improperly using their technology.

U.S. tech firm Nvidia followed Mobileye as a supplier for Autopilot, but it too was ultimately sidelined.

"Nvidia and Tesla share a common strategy of developing software-defined vehicles powered by high-performance AI computers. Elon is very focused on vertical integration and wanted to make his own chips," said Nvidia's senior director of automotive, Danny Shapiro.

In addition to partnerships, Musk went on an acquisition spree four years ago, buying a handful of little-known companies - Grohmann, Perbix, Riviera, Compass, Hibar Systems - to rapidly advance Tesla's expertise in automation. Maxwell and SilLion further boosted Tesla's ability in battery technology.

"He learned a lot from those people," said Mark Ellis, a senior consultant at Munro & Associates, which has studied Tesla extensively. "He leveraged a lot of information from them, then put his spin on making it better."

Reporting by Paul Lienert in Detroit, Edward Taylor in Frankfurt and Norihiko Shirouzu in Beijing; Additional reporting by Tina Bellon in New York and Yilei Sun in Beijing; Editing by David Clarke

**Elon Musk Lies - The Tesla Motors Safety and Corruption ...**

https://tesla-motors-review.weebly.com/elon-musk-lies.html

How **Elon Musk's** Investors Manipulate Their Stock Market Valuations via "Pumps": Crimes?- Every Time Bad News Comes Out About Tesla, per an 8 year analysis study, Tesla stock suddenly, and mysteriously, jumps up.Investigators find that it just Tesla investors faking the stock ratings by running "Flashboy" automated stock buybacks.

**Tesla: Lies And Fraud Engulfed In Elon Musk's Hubris ...**

https://investmentresearchdynamics.com/tesla-lies-and-fraud-engulfed-in-elon-musks-hubris/

Tesla: **Lies** And Fraud Engulfed In **Elon Musk's** Hubris June 13, 2019 Financial Markets , Market Manipulation , U.S. Economy **Elon Musk** , financial collapse , funding secured , Tesla , TSLA admin **Elon Musk** should have considered a career as a children's fairytale author.

**Elon Musk's Dumb Lie About Smart Cars | Inc.com**

https://www.inc.com/geoffrey-james/elon-musks-dumb-lie-about-smart-cars.html

Two weeks ago, **Elon Musk** predicted that "safe, full self-driving" cars would be available by the end of this year. The impression he left was that Tesla (or, less likely, some other vendor) would ...

**Did Greedy Elon Musk Peddle Another Lie to Pocket a Hefty ...**

https://www.ccn.com/greedy-elon-musk-peddle-another-lie-to-pocket-hefty-payday/

Just as it seemed a healthy pullback was coming, **Elon Musk** has found another way to pump the stock. Wednesday's trading session saw Tesla undergo some profit-taking, with the stock falling 1.3%. It seemed like perfect timing for **Musk** to make another claim about Tesla's autonomous technology. Why? Because another rally could land him a hefty ...

**A great list of Elon Musk's lie... uh.. promises with live ...**

https://www.reddit.com/r/RealTesla/comments/bxunf6/
a_great_list_of_elon_musks_lie_uh_promises_with/

One really needs to look at the whole list to appreciate how full of shit **Elon Musk** is. The amount of effort needed to keep track of all of his BS is non trivial, no wonder so many people are fooled. level 1. 1 ... again **Musk** is incredibly good at controlling his narrative and like all cult followings he needs a scapegoat for his **lies** and ...

**A great list of Elon Musk's lie... uh.. promises with live ...**

https://www.reddit.com/r/RealTesla/comments/bxunf6/
a_great_list_of_elon_musks_lie_uh_promises_with/

One really needs to look at the whole list to appreciate how full of shit **Elon Musk** is. The amount of effort needed to keep track of all of his BS is non trivial, no wonder so many people are fooled. level 1. 1 ... again **Musk** is incredibly good at controlling his narrative and like all cult followings he needs a scapegoat for his **lies** and ...

**Elon Musk lied about the EPA's Tesla Model S test, agency ...**

https://www.theverge.com/2020/5/1/21244556/elon-musk-lie-epa-tesla-model-s-range-miles-mistake-door

The Environmental Protection Agency refuted **Elon Musk's** claim that it made a mistake in its test of the Tesla Model S Long Range. **Musk** claimed that someone left the door open on the vehicle, but ...

**Tesla Shareholders: Are You Drunk On Elon Musk's Kool-Aid?**

https://www.forbes.com/sites/michaellewitt/2017/10/13/tesla-shareholders-are-you-drunk-on-elon-musks-kool-aid/

Oct 13, 2017Companies tell all types of **lies** to burnish their financial results but **Elon Musk's** fish tales make Moby Dick look like a guppy Share to Facebook Share to Twitter

**Did Greedy Elon Musk Peddle Another Lie to Pocket a Hefty ...**

https://www.ccn.com/greedy-elon-musk-peddle-another-lie-to-pocket-hefty-payday/

Just as it seemed a healthy pullback was coming, **Elon Musk** has found another way to pump the **stock**. Wednesday's trading session saw Tesla undergo some profit-taking, with the **stock** falling 1.3%. It seemed like perfect timing for **Musk** to make another claim about Tesla's autonomous technology.

**Tesla: Lies And Fraud Engulfed In Elon Musk's Hubris ...**

https://investmentresearchdynamics.com/tesla-lies-and-fraud-engulfed-in-elon-musks-hubris/

Tesla: **Lies** And Fraud Engulfed In **Elon Musk's** Hubris June 13, 2019 Financial Markets , Market Manipulation , U.S. Economy **Elon Musk** , financial collapse , funding secured , Tesla , TSLA admin **Elon Musk** should have considered a career as a children's fairytale author.

# Recap:

*The Musk empire has paid more bribes to politicians than almost any other modern entity. That is why no full investigation of the Musk scams has ever been completed. Google's Eric Schmidt and Larry Page have a bromance relationship with Musk and use the global resources of Alphabet to hide any negative news about Musk assets. The 2008 Department of Energy Cleantech Crash proves that a federal agency was used as just one big slush-fund to pay-off political campaign financiers, operate insider-trading stocks and sabotage those financiers competitors using taxpayer-financed resources! We have used private investigator, FBI resources and deep AI research to reveal that all government staff working on Plaintiffs application were getting quid-pro-quo...they were on the take. (Can anyone point out to us EVEN ONE person who was in the DOE/White House loop who was not working for, invested in, getting a future job from or other wise conflicted?) What do you do when The U.S.*

*Government convinces you to invest millions of dollars, and your life, into one of their projects. Then their project turns out to be a scam where they had covertly hard-wired the upside to a couple of Senator's and their campaign financier friends. The fix was in and the game was rigged to use a government program as a slush-fund for friends-with-benefits. We, and the public, got defrauded. Now the damages must be paid for, one way, or another. Every one of the insiders who did get government funding got it in the exact same size and order as their covert political campaign funding and stock market bribes to the deciders. Chamath Palihapitiya and other Silicon Valley insiders have now exposed the fact that Greylock, Kleiner, etc. are just a VC Ponzi Scheme! in this whole mess. Musk used crooked Senators to get his funds. Those Senators and government agency bosses were financed by, friends with, sleeping with, dating the staff of, holding stock market assets in, promised a revolving door job or government service contracts from, partying with, personal friends with, photographed at private events with, making profits by consulting for, exchanging emails with, business associates of or directed by; one of those business adversaries, or the Senators and politicians that those business adversaries pay campaign finances to, or supply political search engine manipulation services to. Elon Musk is notorious for getting Department of Energy money by bribing public officials and placing his friends: Steven Chu, Matt Rogers, Steve Westly, Steve Spinner's 'special friend', etc. on the staff of the Department of Energy and in the White House. We have FBI-class records, financial tracking, emails, stock market relay records and other forensic data that proves it. We can swear, warrant, certify and prove these assertions in front of Congress in a live Congressional hearing or Civil Jury trial, given non-compromised legal backing. If you think you have bribed the same number of Senators, bought a President and taken over most of the Department of Energy like Musk did... go for it! In this day and age, with every citizen able to track every public figure, with FBI-quality databases, on their home computers, it might be a crash-and-burn but you are welcome to try. Lithium metals, and other rare earth mining materials, are monopolized by Elon Musk and his Silicon Valley Cartel, in rare-earth corrupt mining scams. Lithium's widespread use in cars is hindered by a challenging obstacle: upon multiple charge-discharge cycles, fractal filaments called dendrites always grow through the electrolyte from the negative to the positive electrode and short-circuit the battery from the inside, thus guaranteeing that Tesla Cars will eventually all explode. Musk and Panasonic have known this since 2007 (They are "dumping" the batteries via Tesla) and have paid U.S. Senators, who own stock in Tesla, to cover it up. The lithium fires and toxic vapors are a major safety concern because they have killed, poisoned and injured too many citizens. Musk gets away with his scams because he pays U.S. Senators bribes with stocks in his corporations and has a thousand crooked Goldman Sachs investment bankers selling his hair-brained schemes to your parents pension funds. Tesla is known as "the official car of douche-bags". The safety defect cover-ups on the Tesla are extreme. Musk's narcissistic trophy-wife mom and his extremist father (who got his young sister pregnant) are thought to be the cause of Musk's racism and sociopath behaviors. He is the #1 crony capitalist government mooch in America and has received billions of dollars of your tax money to help him buy his mansions, starlets and sex parties. His cars and rockets blow up, his tunnels are unsafe, his satellites spy on consumers and his*

*brain chip company tortures small animals. He swiped all of his technology from someone else and has never come up with his own inventions.*

(See next Draft for more...)

# The Spies In Your Pocket

Google was just a search engine that helped you find pie recipes. How did it turn into a cartel-based monopoly of political corruption, domestic spying, sex cults and election rigging? Elon Musk and Google bosses Larry Page and Eric Schmidt shared apartments, lobbyists, Goldman Sachs teams, sex partners, stock market trickery and competitor black-lists. Let's take a look at how that all that worked...

In fact, let's take a look at what the users of the internet say about the Google – YouTube – Alphabet Cartel that this octopus-like crime operation has spawned:

*"Google is a sick corrupt criminal business run by sex trafficking perverts and sociopaths..." Say GOOGLE'S own inside employees, Divorce Court records of Google executives, 70+ State & Federal investigations and major news outlets.*

*" Google spies on competitors and steals their technology..."*

*"Google - Alphabet - YouTube stock is owned by almost all of the California politicians and their families and that is why Google - Alphabet - YouTube is never regulated and always protected by them for their political and profiteering manipulations..."*

*"Google runs tens of millions of dollars of defamation attacks against competitors..."*

*"Google hides all media and news coverage for competitors of Larry Page's boyfriend: Elon Musk..."*

*"Google lies to the public about what they really do with the public's data..."*

*"Google promotes illegal immigration in order to get cheap labor and control votes..."*

*"Google runs VC funding back-lists against start-ups that are competitive and has been sued by the feds over it..."*

*"Google bribes thousands of politicians in the USA, Europe and Asia..."*

*"Google is a criminal RICO-violating monopoly.."*

*"Google rigs the stock market with Flash-boy, Pump/Dump and Microblast SEC violating computer tricks.."*

114

*"Google pays bribes to politicians in Google and YouTube stock.."*

*"Google manipulates who gets to see what web-sites, globally, for competitor black-lists.."*

*"Google has a "no poaching" Silicon Valley jobs blacklist..."*

*"Google bosses sexually abuse women and young boys..."*

*"Google bosses run sex trafficking operations in the Epstein and NXVIUM sex cults..."*

*"Google bosses control the National Venture Capital Association financing cartel and order the black-listing of competitive start-ups..."*

*"Google has placed the majority of the corporate staff in the Obama White House..."*

*"Google controls national elections for anti-competitive purposes..."*

*"The company "**Polyhop**", in the HOUSE OF CARDS tv show, does all the crimes that Google actually does in reality..."*

*"Google's law firms, like Wilson Sonsini, are corrupt conduits for payola and political conduit-relays..."*

*"Google bribes some politicians with revolving door jobs..."*

*"Google is primarily responsible for destroying the Bay Area Housing opportunities..."*

*"Google runs DDoS attacks on competitors by massively crawling their sites..."*

*"Google boss Andy Rubin runs a sex slave farm according to his own family..."*

*"Google boss Eric Schmidt was a philandering sex-penthouse owner according to vast news articles..."*

*"Google executives hire so many hookers that at least one of them, Mr. Forrest Hayes, was killed by his hooker..."*

*"Google executives sexually abuse so many women that the women staff of Google walked out one day..."*

*"In the 2009 White House, you could not swing a cat without hitting a Google insider..."*

*"Google has paid covert bribes, PAC funds, real estate and search rigging payola to every California Senator..."*

*"Google has paid bribes, through its lobby fronts, to halt FBI, SEC, FEC and FTC investigations of Google crimes..."*

*"Google was funded by the CIA, via In-Q-Tel, a so called "501 c3 charity" which was caught with tons of cocaine..."*

*"Google gets millions of dollars of taxpayer cash for spying on Americans inside the USA..."*

*"Google's map service was a spy system paid for by taxpayers money that Google now profits off of..."*

*"Nancy Pelosi and Dianne Feinstein have promised to "protect" Google because their families profit off Google stocks..."*

*"Payment receipts prove that Google and Gawker/Gizmodo exchanged cash and staff for Character Assassination attacks..."*

*"Google VC's and bosses have spent $30M+ rigging the U.S. Patent Office to protect Google and harm Google competitors..."*

*"Google bribed it's lawyer into position as head of the U.S. Patent office in order to have her protect Google..."*

*"To rig insider stock trades, Google hides negative Tesla stories and pumps positive Tesla stories on "push days" coordinated to manipulate the stock market..."*

*"Google and Elon Musk Co-own, co-invest and co-market stocks covertly while running anti-trust schemes..."*

*"Google rarely likes, or hires, black employees per federal and news media investigations..."*

*"Google hired most of the Washington, DC K Street lobby firms and told them to "do what ever they could"..."*

116

*"The film: "**Miss Sloane**" (* https://www.imdb.com/title/tt4540710/ *) depicts only 2% of the illicit lobbying tactics Google employs daily..."*

*"Demands for an FTC and FBI raid of Google, for criminal activity, securities law and election felonies have been filed..."*

*"Google's David Drummond had his Woodside, CA Quail Road house bugged revealing sexual dirty deeds with Google employees, political manipulations and financial misdeeds..."*

*"Google, and it's Cartel (Alphabet, Youtube, and hundreds of other shell-company facades) are a criminal organization engaged in felony-class crimes. Google's bosses bribe politicians, regulators and law enforcement officials to hold off prosecution. At Google: Kent Walker, Andy Rubin, Larry Page, Eric Schmidt, Sergy Brin, Jared Cohen, Yasmin Green, David Drummond and Ian Fette are so enmeshed in sex scandals, election manipulation, and White House bribes that it is hard to comprehend how they can get any legitimate work done…"*

*"Between all of the sex cult activity; hookers; rent boys; political bribes to Pelosi, Harris, Newson, and Feinstein; DDoS attacks they run; CIA and NSA stealth deals; privacy harvesting; Scientology-like employee indoctrination; cheap Asian labor; covert Axciom scams and other illicit things they get up to; one just has to wonder. Some of the largest political bribes in American or European history were paid via billions of dollars of pre-IPO cleantech stock, insider trading, real estate, Google search engine rigging and shadow-banning, sex workers, revolving door jobs, nepotism, state-supported black-listing of competitors and under-the-table cash. Why are these Silicon Valley Oligarchs and their K-Street law firms and lobbyists immune from the law?..."*

*"U.S. Senators, Agency Heads and Congress are bribed by Google intermediaries with: Billions of dollars of Google, Twitter, Facebook, Tesla, Netflix and Sony Pictures stock and stock warrants which is never reported to the FEC; Billions of dollars of Google, Twitter, Facebook, Tesla, Netflix and Sony Pictures search engine rigging and shadow-banning which is never reported to the FEC; Free rent; Male and female prostitutes; Cars; Dinners; Party Financing; Sports Event Tickets; Political campaign printing and mailing services "Donations"; Secret PAC Financing; Jobs in Corporations in Silicon Valley For The Family Members of Those Who Take Bribes And Those Who Take Bribes; "Consulting" contracts from McKinsey as fronted pay-off gigs; Overpriced "Speaking Engagements" which are really just pay-offs conduited for donors; Private jet rides and use of Government fuel depots (ie: Google handed out NASA jet fuel to staff); Real Estate; Fake mortgages; The use of Cayman, Boca Des Tores, Swiss and related money-laundering accounts; The use of HSBC, Wells Fargo, Goldman Sachs and Deustche Bank money laundering accounts and covert stock accounts; Free spam and bulk mailing services owned by Silicon Valley corporations; Use of high tech law firms*

*such as Perkins Coie, Wilson Sonsini, MoFo, Covington & Burling, etc. to conduit bribes to officials; and other means now documented by us, The FBI, the FTC, The SEC, The FEC and journalists…."*

*"Google and Youtube are based on technology and business models that Google and YouTube stole from small inventors who had launched other companies that were up and operating before YouTube or Google even existed as business operations. Google holds the record for the largest number of corporate sex scandals, abuses and sex trafficking charges..."*

*"There are only two kinds of people that work at Google: 1.) Cult indoctrinated naive kids with odd sexual quirks and 2.) divisive managers and executives who seek to exploit those eco-chambered employees for nefarious political and stock market manipulation purposes under the Scientology-like guise of "doing good things", when, in fact, they are engaged in horrific crimes against society. Google has hired almost every technology law firm in order to "conflict them out" from ever working to sue Google. If Google rapes you, robs your patents or does anything awful, you won't be able to find a lawyer to help you. Most Google executives in control of Google have been indoctrinated by family dynasties to believe that any crime is justified by a bigger cause. Most of those executives are men. The few women in control of departments are figure-heads..."*

*"Google bosses attend the same parties and business meetings in which they collude, co-lobby, rig markets and make anti-trust violating plans together. Google is a private government with more money and power than most smaller nations. Google has more lobbyists bribing more politicians than any other company in America..."*

*"Jared Cohen and fashion show-horse Yasmin Green at Google had the job of over-throwing countries in the Middle East. They openly bragged about it. ( https://truthstreammedia.com/2013/06/02/googles-regime-change-agent-jared-cohen/ )… People that work at Google get paid $260,000.00+ per year to lie, spy, manipulate politics, bribe politicians and engage in other crimes. For that kind of money, a person will doing ANYTHING and rationalize it as "part of the higher cause"..."*

*"Google is the largest financier of the Obama political campaign and exceeded FEC campaign spending limits by tens of billions of dollars. Plaintiffs can prove this in a jury trial, a Grand Jury hearing and a live Congressional hearing. Google is the largest staffing source of the Obama Administration. Plaintiffs can prove this in a jury trial, a Grand Jury hearing and a live Congressional hearing. The largest number of laws and policy decisions, benefiting a single company and it's investors, went to: Google. Plaintiffs can prove this in a jury trial, a Grand Jury hearing and a live Congressional hearing..."*

*"Google, and it's investor's are the single largest beneficiary of the Obama Administration. Plaintiffs can prove this in a jury trial, a Grand Jury hearing and a live Congressional hearing..."*

*"The Obama Administration only won the White House because Google and Facebook engaged in the largest digital media and search engine manipulation in human history. Plaintiffs can prove this in a jury trial, a Grand Jury hearing and a live Congressional hearing..."*

118

*"Google, and it's investors, during the Obama Administration, had most of their competitors denied funding, grants, contracts and tax waivers while Google's investors GOT funding. Plaintiffs can prove this in a jury trial, a Grand Jury hearing and a live Congressional hearing and prove that Google coordinated anti-trust violations with senior Obama Administration White House staff...."*

*"...Damore reveals that Google operates it's staffing like a Scientology cult. They  control their employees lives, information, transportation, free time, entertainment and social life. A Google life is a glass-bubble of echo-chamber extremist, hyper-sex-kink, reinforcement..."*

Google Deletes Videos Accusing It of Election Manipulation from YouTube... Which It Owns (thefreethoughtproject.com)

by fluxusp

- comments

With All These Big Tech Revelations, This Proves The 2018 Midterms Were Stolen. Devastating Project Veritas report sheds light on Google's collusion with Democrats. (archive.fo)

by GizaDog

- comments

GOOGLE EXECS PANIC! Go Into Hiding - Delete Social Media Accounts After James O'Keefe's Latest Exposé (thegatewaypundit.com)

by libman

- comments

White House Slams Google As Veritas Censorship Controversy Escalates (bitchute.com)

by strange_69

- comment

Google's NSA Again Exposed For Unauthorized Collection Of Americans' Phone Records (zerohedge.com)

by Dirty_Money

- comments

119

What exactly is google's business model besides selling ads no one clicks on and selling people's data to the NSA? (AskVoat)

by GIF-lLL-S0NG

- comments

So the "russian hackers" meddling in the election was Google all along. Why isn't this the biggest story in America right now? None of the "trusted" news sources have commented on this at all. (politics)

by shadow332

- comments

Google stealthily infuses political agenda into products to prevent Trump reelection, insiders, documents say. (theepochtimes.com)

by Ex-Redditor

- comments

Google Chrome is Tracking Your Every Move and Storing It, This is How to Stop It (thefreethoughtproject.com)

by fluxusp

- comments

Google Chrome Has Become Surveillance Software, It's Time to Switch | (archive.fo)

by MyOnlyAccount

- comments

Project Veritas (  https://www.projectveritas.com/  ) has been lifting back the veil covering big tech companies and their nefarious activities following the 2016 election. They tried to play left-leaning-but-mostly-fair before the 2016 election, believing in their hearts that Hillary Clinton would be President without their concerted meddling. That didn't work out for them, so they are trying to prevent "another Trump situation" in 2020 by unabashedly purging, silencing, and censoring (

120

https://noqreport.com/2019/05/08/purge-censor-silence-tech-giants-go-full-orwell-prepare-2020-elections/   )  on platforms like Facebook, Google, Twitter, Pinterest, Instagram, and YouTube.

(Article by Michio Hasai republished from NOQReport.com)

The answers delivered today before Congress in response to questions by Representative Dan Crenshaw weren't the standard denials. They were politically manipulative answers designed to make it known they're doing what we've said they were doing all along, but they feel justified in doing it because "hate speech" must be stopped at all costs. Of course, what constitutes hate speech to the social justice warriors in big tech invariably circles around conservative thought. There is no form of hate speech short of physical threats that can be attributed to progressives, at least not in the minds of the people who control big tech. If conservatives are aggressive, they're delivering hate speech. If progressives are aggressive, they're just being truthful. That's what big tech thinks.

This is the worst-case scenario for conservatives. Before, we could call them liars and cheats. Now, we have to fight them on an ideological level, and while we have the truth on Plaintiffs side, they have the technology. They have the eyeballs. They control what people see and don't see. And as such, they can no longer be trusted to deliver anything even remotely close to fair and balanced. They're unhinged from reality, but instead of coming back to reality once exposed, they're building a new reality around their ideologies.

Russia may arrest Google employees for running Google as a manipulative service containing hidden political insertions affecting the human subconscious

- Russian government will now arrest those who try to 'control minds' via mass web manipulation

- Google was created to push liberal leftist political messages on the subconscious

- **Research exposes Google as insidious mind-control political shill**

- No matter your political persuasion, it is unfair and manipulative for Google to control minds ANY political purposes

By Sophie Tanno For Mailonline

A Russian journalist has been accused of 'controlling minds' and 'affecting the human subconscious' after referencing George Orwell's 1984 in an article.

Mikhail Romanov, a reporter for the Yakutsk Vecherniy weekly, was writing a story on the alleged torture of an academic.

*Police in **Russia**'s republic of Sakha charged Romanov after they suspected him of trying to tap into the readers' sub-conscience, Russian newspaper **Kommersant** reported.*

+3

121

●

Mikhail Romanov, a reporter for the Yakutsk Vecherniy weekly, was writing a story on the alleged torture of an academic (stock)

+3

●

A Russian journalist has been accused of 'controlling minds' and 'affecting the human subconscious' after referencing George Orwell's 1984 (pictured) in an article

Romanov's editor told the publication: 'This is a story about how anyone can be squashed by the government machine.

'It's also about how Big Brother is watching, reading all comments on online forums.'

This is understood to be the first time a journalist will be tried under Russia's new legislation punishing those who are perceived to have published information 'containing hidden insertions affecting the human subconscious. '

*2020 Election; **Subliminal Google Messages** to Alter Outcome ...*

https://www.youtube.com/watch?v=LBmByyFkRlo

**Google**, Facebook, Amazon, Microsoft, and Apple: these companies, the big 5, know almost everything about your life. They know what websites you go to, what y...

*MSNBC segment on Hidden and **Subliminal Messages** Found In ...*

*2020 Election; **Subliminal Google Messages** to Alter Outcome?*

https://www.zachdrewshow.com/episodes/2020-election-subliminal-google-messages-to-alter-outcome/

**Google** manipulates your searches for you to be subconsciously swayed — let that sink in. We are dealing with that today. 2020 Election: Who Decides? **Google** meddling with the 2020 election? We will cover it, but also go back in history and explain that this is NOT a new development. Manipulation, deception: It starts often as **subliminal**.

***Subliminal Messaging | Owlcation***

https://owlcation.com/social-sciences/Subliminal-Messanging

**Subliminal messages** are perceived by the unconscious brain. There is not as much **subliminal** messaging happening in the US now as previously reported, but there could be subtle **messages** that are received unconsciously. Messaging has probably been used by or **political** operatives, yet it may not work.

*7 Sneaky **Subliminal Messages** Hidden in Ads | Mental Floss*

mentalfloss.com/article/67223/7-sneaky-subliminal-messages-hidden-ads

The FCC fielded the incident, and subsequently condemned such tactics as being "contrary to the public interest"; it's believed to be the first example of **subliminal** advertising on television.

*17 **Subliminal Messages** You'd Never Notice in Everyday Life ...*

https://www.cracked.com/photoplasty_386_17-subliminal-messages-youd-never-notice-in-everyday-life/

17 **Subliminal Messages** You'd Never Notice in Everyday Life ... Twitter. **Google** Plus. Stumble Upon. ... We asked you to show us your inner-Banksy by adding **subliminal** ...

*11 Shocking **Messages** Hidden In Your Childhood Cartoons*

https://www.therichest.com/expensive-lifestyle/entertainment/11-shocking-messages-hidden-in-your-childhood-cartoons/

11 Shocking **Messages** Hidden In Your Childhood Cartoons. The creative animators and screenwriters often insert **subliminal messages** into their work, and the examples can sometimes be more than unusual. Sexism, **political messages**, conspiracy theories and hidden inappropriate jokes are found in numerous cartoons that we all grew up with.

*What Are **Subliminal Messages** And Do They Work?*

https://allthatsinteresting.com/what-are-subliminal-messages

**Subliminal messages**, on the other hand, are likewise real and similar to supraliminal **messages** except that the signal or stimulus is below Plaintiffs threshold of conscious awareness. In other words, you cannot consciously perceive a **subliminal message**, even if you search for it.

# Google likely 'thoroughly infiltrated' by Chinese govt., expert warns

alex stamos, big tech, china, cybersecurity, facebook, google, internet, peter thiel, richard clarke, russia

(LifeSiteNews) – Tech billionaire Peter Thiel recently called on the federal government to investigate Google for potential infiltration by the Chinese government, and now security experts are saying his concerns are well-founded.

*Thiel, one of President Donald Trump's most high-profile gay supporters and an avowed critic of Silicon Valley, made the remarks at last weekend's National Conservatism Conference, Axios reports. He called on the FBI and CIA to ask Google, "how many foreign intelligence agencies have infiltrated your Manhattan Project for AI"; "does Google's senior management consider itself to have been thoroughly infiltrated by Chinese intelligence"; and whether this alleged infiltration is why the company works with China's military but not America's.*

"I'm not sure quite how to put this, I would like them to be asked [these questions] in a not excessively gentle manner," Thiel added.

Alex Stamos, a researcher with the Stanford Internet Observatory and former chief security officer at Facebook, ( https://www.nytimes.com/2018/03/19/technology/facebook-alex-stamos.html ) said Tuesday it was "completely reasonable" to assume that both the Chinese and Russian governments have, in some form or another, already infiltrated not only Google but every top tech company:

Note that "subverted" is very different than planting professional spies in "The Americans" style. Each of the big companies employs thousands of employees with family members under the control of these countries, and a gov request might be simple and seem borderline reasonable.

Stamos predicted that the "next couple of years" would see the revelation of a "major combined HUMINT/InfoSec [human intelligence/information security] attack against a major tech company."

He's not the only one who advises that Thiel's warnings be taken seriously. Richard Clarke, a former counterterrorism and cybersecurity advisor to both Democrat and Republican presidents, told CNBC ( https://www.cnbc.com/2019/07/17/ex-white-house-advisor-richard-clarke-thiel-right-on-google-and-china.html ) there was cause for concern.

"Here's what I think is true: Google refused to work for the Pentagon on artificial intelligence," Clarke said. "If you turn around and you work on artificial intelligence in China, and you don't really know what they're going to do with that, I think there's an issue."

The internet giant has denied working with the Chinese military, but opened an artificial intelligence center in Shanghai in 2017 despite the Communist regime's strict speech and internet controls. On Tuesday, Google executive Karan Bhatia testified ( https://www.technologyreview.com/f/613975/google-has-terminated-dragonfly-project-to-build-a-search-engine-for-china/ ) to the Senate Judiciary Committee that the company has terminated a controversial ( https://www.lifesitenews.com/news/google-researcher-resigns-in-protest-of-companys-plan-to-aid-censorship ) censored search engine it had been working on for China.

Clarke added that there was no meaningful distinction between Google working with Chinese companies and the Chinese government, given the level of state control in the country.

The specter of foreign influence on the tech industry further intensifies its ongoing controversies regarding political bias and censorship  (  https://www.lifesitenews.com/news/google-denies-blacklisting-under-oath-despite-leaked-docs-showing-otherwise  ) and violations of user privacy (  https://www.lifesitenews.com/news/facebooks-5-billion-fine-for-privacy-scandals-too-low-democrats-complain  ) . Responding to Thiel's original comments, President Trump said ( https://twitter.com/realDonaldTrump/status/1151095675213553664  ) that his administration will "take a look" at the matter.

[–] gazillions

"Google being biased is glaringly obvious even to a retard. Google forcing their employees to support them politically is a human rights violation. The old railroad barons a hundred years ago were bad people, but no where near as abusive as google is to the employees. The old railroad tycoons had their supporters too who thought strikers and protesters against their tyranny were awful people. Silicon Valley just indoctrinated their followers and employees by brainwashing them first like any cult does. "Do no evil" was always a smarmy block of shit in pixels, no different than the purple dinosaur singing "I love you, you love me". The purple dinosaur never loved you one little bit. It was a lie, and parents had no business being such gullible suckers and allowing their children to be lied to by an actor in a fuzzy suit..."

- https://voat.co/v/news/3348671/19866570

[–] geraldo-0

forcing their employees to support them politically is a human rights violation.

>*Civil and political rights are a class of rights that **protect individuals' freedom** from infringement by governments, social organizations, and private individuals. They ensure one's **entitlement to** participate in the **civil** and **political** life of the society and state **without discrimination or repression.***

*From the first time they censored, shadow-banned people who opposed their way of viewing world, far-left, SJW, leftards has put cornerstone to **civil rights movement 2.0**, including people who are at the rock bottom and uppermost stairs of opresion. Clearly, this is infingement of rights by gov and private entities, which has been ignored from by the time it was apparent that such violation is well spread and not a unique case.*

*Those at silicon valley had no idea that their attempt to have conservative and alike voice removed/deplatformed is **someway resemble how "white" and "colored" segregation works**; which is no brainer considering that they did not pay any attention to "obscure" details and only remember famous persons who was oppressed at that time.*

125

*So, don't spout only " Hate speech is Freee speech". Tell them that when some peers mock center-right personalities by reenacting what happened prior to Civil Rights Act of 1968,throwing liquids to nigger who ignored the sign, isn't a good joke since **political affiliation is covered in protected class** in District of Columbia, IA,WV state, which put them as the white fellas and anyone who didn't entirely agree with them as the blacks in this reenactment.*

*If anyone reading this is somehow connected to parliement from local council to state, **consider ammending the laws to add political affiliation as one of class covered by "(unfounded)hate crimes"**. We won't need to see bike lock attacker and his copycat got sweetheart deals. Share this to Trump, since who doesn't love for shit and giggles watching leftards kvetching having cognitive dissonance episode explaining why adding another class would hurt other classes that already existed in last statue"*

In creating Google, Larry Page, Eric Schmidt, Sergy Brin and Rajeev Motwani worked out a way for get government cash to fund a political manipulation company which only manipulated politics that put profits in the pockets of Larry Page, Eric Schmidt, Sergy Brin and Rajeev Motwani.

The founders knew they could spy on every voter and control those voters without their knowledge. In an epic web security study, it was revealed that Google exploited the following:

**"...You probably can't imagine the second-by-second dangers and harms that Google's empire uses modern electronics, like your phone and tablet, are causing to your life, your income, your privacy, your beliefs, your human rights, your bank account records, your political data, your job, your brand name, your medical data, your dating life, your reputation and other crucial parts of your life.**

*Any use of a dating site, Google or Facebook product, social media site, movie site, or anything that you log in to, puts you at substantial risk. Remember: "if it has a plug, it has a bug" . Every electronic device can be easily made to spy on you in ways you cannot possibly imagine.*

**_The Take-Aways:_**

*- Stalkers can find you by zooming in on your pupil reflection images in your online photos (*
**_https://www.kurzweilai.net/reflected-hidden-faces-in-photographs-revealed-in-pupil_** *)*
*- If you send email overseas or make phone calls overseas all of your communications, and those with anybody else, are NSA monitored (* **_https://www.privacytools.io/_** *)*
*- Bad guys take a single online photo of you and put it in software that instantly builds a dossier on you by finding where every other photo of you is that has ever been posted online (*
**_https://www.aclu.org/blog/privacy-technology/surveillance-technologies/apples-use-face-recognition-new-iphone_** *)*
*- Face-tracking software for stalking you on Match.com and OK Cupid is more effective than even FBI software for hunting bank robbers (* **_https://www.cnet.com/news/clearview-app-lets-strangers-find-your-name-info-with-snap-of-a-photo-report-says/_** *)*

126

- *Any glass, metal or ceramic object near you can be reflecting your voice or image to digital beam scanners that can relay your voice or image anywhere in the world*
- *All your data from any hotel you stay at will eventually be hacked and leaked (* **Info of 10 MILLION MGM guests including Justin Bieber and TWITTER CEO leaked online!** *)*
- *Your voting data will be used to spy on you and harm you (* **Every voter in Israel just had their data leaked in 'grave' security breach...** *)*
- *Lip-reading software can determine what you are saying from over a mile away (* **https://www.telegraph.co.uk/news/2020/01/20/russian-police-use-spy-camera-film-opposition-activist-bedroom/** *)*
- *Every Apple iPhone and other smart-phone has over 1000 ways to bug you, listen to you, track you and record your daily activities even when you think you have turned off the device. Never leave your battery in your phone. (* **LEADED DOCS: Secretive Market For Your Web History...** *)(***Every Search. Every Click. On Every Site…** *)*
- *Elon Musk's SpaceX StarLink satellites are spy satellites that send your data to Google and other tech companies (* **https://www.chieftain.com/news/20200118/first-drones-now-unexplained-lights-reported-in-horsetooth** *)*
- *Google and Facebook have all of your medical records and they are part of a political operation (* **https://www.wsj.com/articles/hospitals-give-tech-giants-access-to-detailed-medical-records-11579516200** *)*
- *Every dating site, comments section and social media site sends your private data, covertly, to government, political campaigns and corporate analysis groups and can also be hacked by anyone.*
- *Any hacker can hack ANY network with even a single Intel, Cisco, Juniper Networks or AMD motherboard on it and nobody can stop them unless they destroy the motherboard because the back-doors are built into the hardware. Many of the companies you think are providing security are secretly owned by the Chinese government spy agencies or the CIA (* **https://boingboing.net/2020/02/11/cia-secretly-owned-worlds-to.html** *)*
- *Warehouses in Nigeria, Russia, Ukraine, Sao Paolo, China and hundreds of other regions, house tens of thousands of hackers who work around the clock to try to hack you and manipulate your data.*
- *Every red light camera, Walmart/Target/Big Box camera and every restaurant camera goes off to networks that send your activities to credit companies, collection companies, political parties and government agencies (* **'Homeland Security' using location data from apps to track millions of people...**
- *Match.com, OKCupid and Plenty of Fish are also DNC voter analysis services that read your texts and keep your profiles forever*
- *If you don't put fake ages, addresses, phone numbers and disposable email addresses on ANY form you fill out electronically, it will haunt you forever  (* **https://www.the-sun.com/news/284784/pornstar-data-breach-massive-leak-bank-details/** *)*
- *Every train, plane and cruise line records you constantly and checks the covert pictures they take of you against global databases. Corporations grab your collateral private data that those Princess Cruises and United Airlines companies take and use them to build files on you  (*

*https://www.silive.com/news/2020/01/report-new-app-can-id-strangers-with-a-single-photo.html* )
*- The people who say "nobody would be interested in me" are the most at risk because their naiveté puts them at the top-of-the-list for targeting and harvesting ( https://www.cnet.com/news/clearview-app-lets-strangers-find-your-name-info-with-snap-of-a-photo-report-says/ )*
*- Silicon Valley tech companies don't care about your rights, they care about enough cash for their executives to buy hookers and private islands with. Your worst enemy is the social media CEO. They have a hundred thousand programmers trying to figure out more and more extreme ways to use your data every day and nobody to stop them*
*- The government can see everyplace you went to in the last year (*
*https://www.protocol.com/government-buying-location-data* )

*There have been over 15,000 different types of hacks used against over 3 billion "average" consumers. EVERY one of them thought they were safes and that nobody would hack them because "nobody cared about them". History has proven every single one of them to have been totally wrong!*

*If you are smart, and you read the news, you will know that you should ditch all of your electronic devices and "data-poison" any information about you that touches a network by only putting fake info in all conceivable forms and entries on the internet. You, though, may be smart but lazy, like many, and not willing to step outside of the bubble of complacency that corporate advertising has surrounded you with.*

*Did you know that almost every dating and erotic site sends your most private life experiences and chat messages to Google's and Facebook's investors? https://www.businessinsider.com/facebook-google-quietly-tracking-porn-you-watch-2019-7*

*Do you really want all of those Silicon Valley oligarchs that have been charged with sexual abuse and sex trafficking to know that much about you?*

*Never, Ever, put your real information on Youtube, Netflix, Linkedin, Google, Twitter, Comcast, Amazon and any similar online service because it absolutely, positively will come back and harm you!*

*Always remember: Anybody that does not like you can open, read and take any photo, data, email or text on EVERY phone, computer, network or electronic device you have ever used no matter how "safe" you think your personal or work system is! They can do this in less than a minute. Also: Hundreds of thousands of hackers scan every device, around the clock, even if they never heard of you, and will like your stuff just for the fun of causing trouble. Never use an electronic device unless you encrypt, hide and code your material! One of the most important safety measures you can take is to review the security info at: https://www.privacytools.io/*

*Those people who think: "I have nothing to worry about..I am not important" ARE the people who get hacked the most. Don't let naivete be your downfall. (   https://www.eff.org/deeplinks/2019/07/when-will-we-get-full-truth-about-how-and-why-government-using-facial-recognition )*

128

*All of your info on Target, Safeway, Walgreens has been hacked and read by many outsiders. NASA, The CIA, The NSA, The White House and all of the federal background check files have been hacked. The Department of Energy has been hacked hundreds of times. All of the dating sites have been hacked and their staff read all of your messages. Quest labs blood test data and sexual information reports have been hacked and published to the world. There is no database that can't be easily hacked. Every computer system with Intel, AMD, Juniper Networks, Cisco and other hardware in it can be hacked in seconds with the hardware back-doors soldered onto their electronic boards. All of the credit reporting bureaus have been hacked. Wells Fargo bank is constantly hacked. YOU ARE NOT SAFE if you put information on a network. NO NETWORK is safe! No Silicon Valley company can, or will, protect your data; mostly because they make money FROM your data!*

*Every single modern cell phone and digital device can be EASILY taken over by any hacker and made to spy on you, your family, your business and your friends in thousands of different ways. Taking over the microphone is only a small part of the ways a phone can be made to spy on you. Your phone can record your location, you voice vibrations, your mood, your thoughts, your sexual activity, your finances, your photos, your contacts (who it then goes off and infects) and a huge number of other things that you don't want recorded.*

***Privacy watchdog under pressure to recommend facial recognition ban...***

***Alarming Rise of Smart Camera Networks...***

***AMAZON's Ring Doorbell Secretly Shares Private User Data With FACEBOOK...***

*The worst abusers of your privacy, personal information, politics and psychological information intentions are: Google, Facebook, Linkedin, Amazon, Netflix, Comcast, AT&T, Xfinity, Match.com & the other IAC dating sites, Instagram, Uber, Wells Fargo, Twitter, Paypal, Hulu, Walmart, Target, YouTube, PG&E, The DNC, Media Matters, Axciom, and their subsidiaries. Never, ever, put accurate information about yourself on their online form. Never, ever, sign in to their sites using your real name, phone, address or anything that could be tracked back to you.*

*If you don't believe that every government hacks citizens in order to destroy the reputation of anyone who makes a public statement against the current party in power then read the public document at:* ***https://www.cia.gov/library/readingroom/docs/CIA-RDP89-01258R000100010002-4.pdf***

*That document shows you, according to the U.S. Congress, how far things can go.*

*A program called ACXIX hunts down all of your records from your corner pharmacy, your taxi rides, your concert tickets, your grocery purchases, what time you use energy at your home, your doctor records...and all kinds of little bits of info about you and puts that a file about you. That file about you keeps growing for the rest of your life. That file sucks in other files from other data harvesting sites like*

*Facebook and Google: FOREVER. The information in that file is used to try to control your politics and ideology.*

*In recent science studies cell phones were proven to exceed radiation safety limits by as high as 11 times the 2-decade old allowable U.S. radiation limits when phones touch the body. This is one of thousands of great reasons to always remove the battery from your cell phone when you are not talking on it. A phone without a battery in it can't spy on you and send your data to your enemies.*

***If you are reading this notice, the following data applies to you:***

*1. EVERY network is known to contain Intel, Cisco, Juniper Networks, AMD, QualComm and other hardware which has been proven to contain back-door hard-coded access to outside parties. This is a proven, inarguable fact based on court records, FISA data, IT evidence, national news broadcasts, Congressional presented evidence and inventory records, ie: Krebs On Security, FireEye, ICIJ, Wikileaks Vault 9, EU, Global IT services, FBI.*

*2. Chinese, Russian FSB, Iranian and other state-sponsored hacking services as well as 14 year old domestic boys are able to easily enter your networks, emails and digital files because of this. They can enter your network at any time, with less than 4 mouse clicks, using software available to anyone. This is a proven, inarguable fact based on court records, FISA data, IT evidence and inventory records, ie: Krebs On Security, FireEye, ICIJ, Wikileaks Vault 9, EU, Global IT services, FBI.*

*3. Your financial office is aware of these facts and has chosen not to replace all of the at-risk equipment, nor sue the manufacturers who sold your organization this at risk equipment. They believe that the hassle and cost of replacement and litigation is more effort than the finance department is willing to undertake. This is a proven, inarguable fact based on court records, FISA data, IT evidence, national news broadcasts, Congressional presented evidence and inventory records, ie: Krebs On Security, FireEye, ICIJ, Wikileaks Vault 9, EU, Global IT services, FBI.*

*4. In addition to the existing tools that were on the internet, in recent years, foreign hackers have released all of the key hacking software that the CIA, DIA and NSA built to hack into any device. These software tools have already been used hundreds of times. Now the entire world has access to these tools which are freely and openly posted across the web. This is a proven, inarguable fact based on court records, FISA data, IT evidence, national news broadcasts, Congressional presented evidence and inventory records, ie: Krebs On Security, FireEye, ICIJ, Wikileaks Vault 9, EU, Global IT services, FBI.*

*5. The computers, servers, routers, cell phones, IP cameras, IP microphones, Smart Meters, Tesla's, "Smart Devices:", etc. and other devices openly broadcast their IP data and availability on the*

130

*internet. In other words, many of your device broadcast a "HERE I AM" signal that can be pinged, scanned, spidered, swept or, otherwise, seen, like a signal-in-the-dark from anywhere on Earth and from satellites overhead. Your devices announce that they are available to be hacked, to hackers. This is a proven, inarguable fact based on court records, FISA data, IT evidence, national news broadcasts, Congressional presented evidence and inventory records, ie: Krebs On Security, FireEye, ICIJ, Wikileaks Vault 9, EU, Global IT services, FBI.*

*6. It is bad policy for your organization, or any organization, to think they are immune or have IT departments that can stop these hacks. NASA, The CIA, The White House, EQUIFAX, The Department of Energy, Target, Walmart, American Express, etc. have been hacked hundreds of times. This is a proven, inarguable fact based on court records, FISA data, IT evidence, national news broadcasts, Congressional presented evidence and inventory records, ie: Krebs On Security, FireEye, ICIJ, Wikileaks Vault 9, EU, Global IT services, FBI.*

*7. The thinking: "Well, nobody would want to hack us", or "We are not important enough to get hacked" is the most erroneous and negligent thinking one could have in the world today. Chinese, Russian and Iranian spy agencies have a global "Facebook for blackmail" and have been sucking up the data of every entity on Earth for over a decade. If the network was open, they have the data and are always looking for more. The same applies to Google and Facebook who have based their entire business around domestic spying and data re-sale. This is a proven, inarguable fact based on court records, FISA data, IT evidence, national news broadcasts, Congressional presented evidence and inventory records, ie: Krebs On Security, FireEye, ICIJ, Wikileaks Vault 9, EU, Global IT services, FBI.*

*8. You are a "Stepping Stone" doorway to other networks and data for targeted individuals and other entities. Your networks provide routes into other people's networks. The largest political industry today is called "Doxing" and "Character Assassination". Billions of dollars are expended by companies such as IN-Q-Tel - (DNC); Gawker Media - (DNC); Jalopnik - (DNC); Gizmodo Media - (DNC); K2 Intelligence - (DNC); WikiStrat - (DNC); Podesta Group - (DNC); Fusion GPS - (DNC/GOP); Google - (DNC); YouTube - (DNC); Alphabet - (DNC); Facebook - (DNC); Twitter - (DNC); Think Progress - (DNC); Media Matters - (DNC); Black Cube - (DNC); Mossad - (DNC); Correct The Record - (DNC); Sand Line - (DNC/GOP); Blackwater - (DNC/GOP); Stratfor - (DNC/GOP); ShareBlue - (DNC); Wikileaks (DNC/GOP); Cambridge Analytica - (DNC/GOP); Sid Blumenthal- (DNC); David Brock - (DNC); PR Firm Sunshine Sachs (DNC); Covington and Burling - (DNC), Buzzfeed - (DNC) Perkins Coie - (DNC); Wilson Sonsini - (DNC)  and hundreds of others to harm others that they perceive as political, personal or competitive threats. Do not under-estimate your unintended role in helping to harm others. This is a proven, inarguable fact based on court records, FISA data, IT evidence, national news broadcasts, Congressional presented evidence and inventory records, ie: Krebs On Security, FireEye, ICIJ, Wikileaks Vault 9, EU, Global IT services, FBI.*

*9. NEVER believe that you are too small to be noticed by hackers. Parties who believe that are the hackers favorite targets. This is a proven, inarguable fact based on court records, FISA data, IT evidence, national news broadcasts, Congressional presented evidence and inventory records, ie: Krebs On Security, FireEye, ICIJ, Wikileaks Vault 9, EU, Global IT services, FBI.*

*10. NEVER believe that because the word "DELL" or "IBM" or "CISCO" is imprinted on the plastic cover of some equipment that you are safe. Big brands are targeted by every spy agency on Earth and are the MOST compromised types of equipment. This is a proven, inarguable fact based on court records, FISA data, IT evidence, national news broadcasts, Congressional presented evidence and inventory records, ie: Krebs On Security, FireEye, ICIJ, Wikileaks Vault 9, EU, Global IT services, FBI.*

*11. YOU may not personally care about getting exposed but the person, or agency, you allow to get exposed will be affected for the rest of their lives and they will care very much and could sue you for destroying them via negligence. Be considerate of others in your "internet behavior". Do not put anything that could hurt another on any network, ever. This is a proven, inarguable fact based on court records, FISA data, IT evidence, national news broadcasts, Congressional presented evidence and inventory records, ie: Krebs On Security, FireEye, ICIJ, Wikileaks Vault 9, EU, Global IT services, FBI.*

*12. Never post your real photograph online, or on a dating site social media or on any network. There are thousands of groups who scan every photo on the web and cross check those photos in their massive databases to reveal your personal information via every other location your photo is posted. These "image harvesters" can find out where you, who your friends and enemies are and where your kids are in minutes using comparative image data that they have automated and operating around the clock.   This is a proven, inarguable fact based on court records, FISA data, IT evidence, national news broadcasts, Congressional presented evidence and inventory records, ie: Krebs On Security, FireEye, ICIJ, Wikileaks Vault 9, EU, Global IT services, FBI.*

*13. If you think using web security measures like this makes you "paranoid", then think again. Cautious and intelligent people use these security measures because these dangers are proven in the news headlines daily. Uninformed, naive and low IQ people are the types of people who do not use good web hygiene and who suffer because they are not cautious and are not willing to consider the consequences of their failure to read the news and stay informed.*

**'Gotham' software written by Palantir shows how government agencies, or anybody, can use very little information to obtain quick access to anyone's personal minutiae…."**

# GOOGLE IS A CRIMINALLY CORRUPT ORGANIZATION:

From INSIDE Google, Plaintiffs team saw Google manipulate the entire internet to hype up Larry Page's "boyfriend": Elon Musk and Tesla, which Google execs owned a portion of, while sabotaging Tesla's competitors. Google illicitly and illegally timed these manipulations with stock market pump-and-dump efforts to exploit insider trading. That is a felony violation of RICO, Antitrust and other laws. Every single thing that Google does is contrived to harm a competitor, a politician, an employee whistle-blower or some other business adversary. There are no "bugs", "operator errors", "server anomalies" or other media "accidents" at Google. Everything Google does is contrived, at a psychological warfare kind of level, to change a social perception.

Google must show its software to FBI, SEC, FTC and Plaintiffs search engine optimisation experts to prove that they did not engage in these crimes. The fact is: Plaintiffs can prove they did the crimes and FBI experts can help us prove it!

In a similar case unfolding in Britain over whether Google wrongly demoted price comparison rival Foundem from its search results in favour of paid-for adverts, Google must now decide which it values more: the algorithms that rank its search results, or its stance that manually fiddling with those results to promote its own paid-for products over rivals' sites doesn't break competition laws.

High Court judge Mr Justice Roth posed the stark question ( https://www.bailii.org/ew/cases/EWHC/Ch/2020/657.html  ) to Google's lawyers in mid-March, just as the global coronavirus situation began triggering governmental responses in the West.

Foundem had asked for legal permission to bring in independent expert Philipp Klöckner to read confidential documents disclosed by Google in court.

Those documents were court exhibits filed by Google engineers Cody Kwok and Michael Pohl. They sought, as the judge put it, "to explain the operation and aims of Google's ranking algorithms, and how they have been applied to shopping comparison sites generally and Foundem in particular".

Foundem has been pursuing Google since 2006, when a flip of the switch at Mountain View ( https://www.theregister.co.uk/2009/11/19/google_hand_of_god/  ) caused the price-comparison site to vanish down Google's search rankings. Foundem argues that Google's demotion of it was a deliberate act to penalise a commercial rival and an abuse of Google's dominant market position.

Google denies this and is defending a High Court claim from Foundem as well as an EU competition investigation triggered by the website. The High Court case is stuck at a very early stage, despite having been filed in 2012, thanks to the EU investigation. ( https://www.theregister.co.uk/2015/04/02/lawsuit_against_google_delayed_by_eu_commish/  )

Foundem's lawyers, the company argued in the High Court, wouldn't be able to understand the technical algorithm evidence without having an SEO expert on hand. While not disputing this, Google strongly objected to Klöckner because he is a working SEO consultant: the Chocolate Factory is

terrified of the SEO industry getting a proper glimpse under the bonnet and seeing how the search engine really operates. It told Mr Justice Roth:

The integrity of Google's ranking processes relies upon all webmasters or website owners having the same degree of access to information about Google's ranking... This will no longer be the case if information of this kind is made available to some individuals offering commercial services to assist companies to improve their Search ranking.

It also claimed Klöckner was potentially biased against it because he had done work for Trivago and Visual Meta, two firms that previously complained to the EU Commission about Google's anti-competitive practices.

Foundem suggested Google could simply withdraw the evidence so nobody would need to read it, while Google dug in and insisted the evidence was vital to help prove its case that nothing bad was done here. Thus Mr Justice Roth gave the adtech monolith a choice. Either it could withdraw the evidence as Foundem suggested, or it could agree to let Klöckner read the algorithm papers. The SEO expert would be given legal permission to enter two so-called confidentiality rings where he could read unredacted copies of the documents and talk to lawyers about them.

"If Google maintains its present course, then for the reasons I have explained I will grant the application that Mr Klöckner be admitted to those two rings until further order," said the judge! Plaintiffs are strongly advocating for full Court review of Google's manipulations in every possible Court.

Google is a criminal operation. It's executives have been publicly exposed as participants in horrific sex scandals, money laundering, political bribery and racism. It is time for the bought and paid shill politicians to stop protecting them!

One of the "Godfather's" of the Silicon Valley Cartel is Eric Schmidt. He is typical of the Cartel bosses that know each other, date each other, party together, use the same lawyers, get involved in the same sex scandals and lawsuits and pay stock bribes to the same politicians.

134



In July 2016, Raymond Thomas, a four-star general and head of the U.S. Special Operations Command, hosted a guest: Eric Schmidt, the chairman of Google.

General Thomas, who served within the 1991 gulf war and deployed many times to Afghanistan, spent the higher half of a day showing Mr. Schmidt around Special Operations Command's headquarters in Tampa, Fla. They scrutinized prototypes for a robotic exoskeleton suit and joined operational briefings, which Mr. Schmidt needed to study extra about as a result of he had recently begun advising the military on technology.

After the go-to, as they rode in a Chevy Suburban towards an airport, the conversation turned to a form of artificial intelligence.

"You absolutely suck at machine learning," Mr. Schmidt informed General Thomas, the officer recalled. "If I got under your tent for a day, I could solve most of your problems." General Thomas said he was so offended that he needed to throw Mr. Schmidt out of the car, however refrained.

Four years later, Mr. Schmidt, 65, has channeled his blunt assessment of the military's tech failings into a private campaign to revamp America's defense forces with extra engineers, extra software program and extra A.I. In the method, the tech billionaire, who left Google last year, ( https://www.nytimes.com/2019/04/30/business/alphabet-board-eric-schmidt-diane-greene.html ) has reinvented himself because of the prime liaison between Silicon Valley and the national security community.

Mr. Schmidt now sits on two government advisory boards aimed toward bounce beginning technological innovation in the Defense Department. His confidants embrace former Secretary of State Henry Kissinger and ex-Deputy Defense Secretary Robert Work. And by means of his personal enterprise capital agency and a $13 billion fortune, Mr. Schmidt has invested millions of {dollars} into more than half a dozen defense start-ups.

In an interview, Mr. Schmidt — by turns thoughtful, pedagogical and hubristic — stated he had embarked on an effort to modernize the U.S. military because it was "stuck in software in the 1980s."

He portrayed himself as a successful technologist who didn't consider in retirement and who owed a debt to the country (  https://www.nytimes.com/2020/02/27/opinion/eric-schmidt-ai-china.html  ) for his wealth — and who now had time and perception to resolve one of America's hardest issues. The purpose, he stated, "should be to have as many software companies to supply software of many, many different kinds: military, H.R. systems, email systems, things which involve military intelligence, weapons systems and what have you."

Mr. Schmidt is urgent ahead with a Silicon Valley worldview the place advances in software program and A.I. are the keys to determining nearly any situation. While that philosophy has led to social networks that spread disinformation (  https://www.nytimes.com/2018/11/14/technology/facebook-data-russia-election-racism.html  ) and different unintended penalties, Mr. Schmidt stated he was convinced that making use of new and comparatively untested technology to complex conditions — together with lethal ones — would make service members extra environment friendly and bolster the United States in its competition with China.

His techno-solutionism is difficult by his ties to Google. Though Mr. Schmidt left the corporate's board final June and has no official working function, he holds $5.Three billion in shares of Google's parent, Alphabet. He also stays on the payroll as an adviser, incomes a $1 annual wage, with two assistants stationed at Google's Silicon Valley headquarters.

That has led to allegations that Mr. Schmidt is placing Google's financial pursuits forward of different concerns in his protection work. Late final yr, a federal court ordered a congressional advisory committee he leads to flip over data that would make clear whether or not Mr. Schmidt had advocated his business interests whereas heading the group.

Mr. Schmidt stated he had adopted guidelines to keep away from conflicts. "Everybody is rule-bound at the Pentagon, and we are too," he stated.

Google and the Defense Department declined to touch upon Mr. Schmidt's work.

Even without these issues, shifting the military's path isn't any easy process. While Mr. Schmidt has helped generate reports and recommendations about know-how for the Pentagon, few have been adopted. (  https://www.facadatabase.gov/FACA/apex/FACAPublicCommittee?id=a10t0000001gzneAAA  )

"I'm sure he'll be frustrated," stated Representative Mac Thornberry, a Republican of Texas who nominated Mr. Schmidt in 2018 to an advisory committee on A.I. "Unlike the private sector, you can't just snap your fingers and make it happen."

Mr. Schmidt acknowledged that progress was sluggish. "I am bizarrely told by my military friends that they have moved incredibly fast, showing you the difference of time frames between the world I live in and the world they live in," he stated.

But he stated he had little intention of backing down. "The way to understand the military is that the soldiers spend a great deal of time looking at screens. And human vision is not as good as computer vision," he stated. "It's insane that you have people going to service academies, and we spend an enormous amount of training, training these people, and we put them in essentially monotonous work."

Mr. Schmidt's first brush with the military got here in 1976, whereas he was in graduate college on the University of California, Berkeley. There, he centered on research on distributed computing, funded by cash from Darpa, an analysis arm of the Defense Department.

The work catapulted Mr. Schmidt into his technology profession. After finishing his graduate studies in pc science, he labored at various tech firms for more than twenty years, together with the networking software maker Novell. In 2001, Google appointed him chief govt.

The search engine firm was then in its infancy. Its 20-something founders, Larry Page and Sergey Brin, were contemporary out of a Stanford University doctorate program and had little business expertise. Mr. Schmidt was hired to assist information them, offering "adult supervision," which he did — after which some.

Mr. Schmidt took Google public in 2004 (  https://www.nytimes.com/2004/04/30/business/the-google-ipo-wall-street-an-egalitarian-auction-bankers-are-not-amused.html  ) and built it right into a behemoth, diversifying into smartphones, cloud computing and self-driving cars. ( https://www.nytimes.com/2010/10/10/science/10google.html  )  The success turned him right into an enterprise movie star. In 2009, he served as a tech adviser to the Obama administration.

In 2011, with Google price almost $400 billion, the corporate introduced Mr. Page was able to resume the C.E.O. reins. Mr. Schmidt turned govt chairman.

In that function, Mr. Schmidt took on new tasks, many of which introduced him to Washington. In 2012, he participated in categorized briefings on cybersecurity with Pentagon officers as half of the Enduring Security Framework program. In 2015, he attended a seminar on the banks of the Potomac River, hosted by then-Defense Secretary Ash Carter, on the use of know-how inside the government.

"It was all interesting to me," Mr. Schmidt stated. "I didn't really know much about it."

He additionally traveled to North Korea, Afghanistan and Libya whereas writing a guide about know-how and diplomacy, and dabbled in politics, lending technical assist to Hillary Clinton within the run-up to her 2016 presidential marketing campaign.

His enterprise capital fund, Innovation Endeavors, was lively too. It invested in start-ups like Planet Labs, which operates satellites and sells the imagery to protection and intelligence companies, and Team8, a cybersecurity firm based by former Israeli intelligence members.

At the 2016 World Economic Forum in Davos, Switzerland, Mr. Carter requested Mr. Schmidt to fulfill. He had a proposal: Could Mr. Schmidt lead the Defense Innovation Board, a civilian advisory group tasked with bringing new technology to the Pentagon?

"We were in one of these dumpy hotels, and there he is with his small entourage walking in, and he basically said to me, 'This is what I want to do. You'd be the perfect person to be chairman,'" Mr. Schmidt said.

Mr. Schmidt said he turned down the function as a result of he was busy and had no military background. But Mr. Carter argued that Mr. Schmidt's tech experience was wanted, because the U.S. military — which had as soon as been a middle of innovation — was falling behind companies like Google and Facebook in software and A.I.

Mr. Schmidt finally agreed. (Mr. Carter didn't reply to requests for remark.)

As head of the Defense Innovation Board, Mr. Schmidt started touring navy bases, plane carriers and plutonium strongholds. The journeys, which took Mr. Schmidt to about 100 bases in locations like Fayetteville, N.C., and Osan, South Korea, have been a definite break from his well-heeled life in Silicon Valley.

"You want to see these things," Mr. Schmidt stated. "I received the nuclear missile tour. Things which are exhausting. I received a tour of Cheyenne Mountain ( https://www.norad.mil/About-NORAD/Cheyenne-Mountain-Air-Force-Station/  ) so I might perceive what their actuality was."

One of the primary journeys was to Tampa to go to General Thomas, who is named Tony, the place Mr. Schmidt saw maps and reside video feeds displayed on huge screens. "Eric's observation was that a huge part of what the military does is it sits and watches," stated Josh Marcuse, the then executive director of the Defense Innovation Board who was on the journey.

The visits made tangible what Mr. Carter had told Mr. Schmidt about how the military was lagging in technology. Mr. Schmidt quickly made ideas to vary that.

Some of his concepts have been impractical. Eric Rosenbach, then the chief of workers to Mr. Carter, recalled Mr. Schmidt as soon as telling him that the Pentagon can be higher off if it employed nobody however engineers for a year.

Others have been helpful. At an Air Force facility in Qatar in 2016, Mr. Schmidt visited officers who scheduled flight paths for the tankers that refueled planes. They used a white board and dry-erase markers to set the schedule, taking eight hours to finish the duty.

Mr. Schmidt stated he recalled considering, "Really? This is how you run the air war?" Afterward, he and others on the Defense Department labored with the tech company Pivotal to ship software to the officers.

138

On one other journey to a navy base in South Korea in 2017, an intelligence analyst complained to Mr. Schmidt that the software program he used to evaluate surveillance movies from North Korea was clunky.

"Let me guess," Mr. Schmidt said, according to a Defense Department aide who traveled with him. "You don't have the flexibility to change that."

In December 2017, Mr. Schmidt stepped down as Google's chairman however remained on the board. He said he was seeking a brand new chapter.

"If I stayed as chairman, then next year would have been the same as the previous year, and I wanted a change of emphasis," said Mr. Schmidt. "As chairman of Google, what I did is I ran around and gave speeches, and went to Brussels and all the things that Google still does today. It's much better to work on these new things for me."

Google declined to comment on Mr. Schmidt's departure as chairman.

By then, Mr. Schmidt's ties to Google had induced issues in his protection work. In 2016, Roma Laster, a Defense Department worker, filed a complaint on the company elevating considerations about Mr. Schmidt and conflicts of curiosity, Mr. Marcuse stated.

In the complaint, earlier reported by ProPublica ( https://www.propublica.org/article/how-amazon-and-silicon-valley-seduced-the-pentagon ) , Ms. Laster, who labored with the Defense Innovation Board, said Mr. Schmidt had requested a service member what cloud computing providers their unit used and whether or not they had thought-about options. She stated Mr. Schmidt confronted a battle of interest as a result of he worked for Google, which additionally gives cloud services.

Mr. Marcuse, who now works at Google, said Mr. Schmidt was "scrupulous and diligent" in avoiding conflicts. Mr. Schmidt said he adopted the principles forbidding conflicts of interest. Ms. Laster didn't reply to requests for remark.

Mr. Schmidt quickly received caught up in one other situation between Google and the military. Google had signed a contract in 2017 to assist the Pentagon to construct methods to automatically analyze drone footage to identify particular objects like buildings, vehicles, and people.

Mr. Schmidt was a proponent of the hassle, known as Project Maven. He stated he inspired the Pentagon to pursue it and testified in Congress in regards to the undertaking's deserves, however was not concerned within the company's selection of Google.

But the effort blew up ( https://www.nytimes.com/2018/05/30/technology/google-project-maven-pentagon.html ) in 2018 when Google employees protested ( https://www.nytimes.com/2018/04/04/technology/google-letter-ceo-pentagon-project.html ) and stated they didn't need their work to result in deadly strikes. More than 3,000 staff signed a letter to Mr. Pichai, saying the contract would undermine the general public's belief within the firm.

It was a black eye for Mr. Schmidt. Military officers, who stated Project Maven was not getting used for deadly missions, condemned Google for abandoning the contract. Google staff additionally criticized Mr. Schmidt's ties to the Pentagon.

"He has very different goals and values than the engineers at his company," stated Jack Poulson, a Google worker who protested Mr. Schmidt's military work and who has since left the company.

Mr. Schmidt said he sidestepped discussions about Project Maven as a result of of conflict-of-interest guidelines, however wished he might have weighed in. "I would have certainly had an opinion," he stated.

Last April, Mr. Schmidt announced (  https://twitter.com/ericschmidt/status/1123324575436214272  ) he deliberate to go away Google's board. He had helped create an A.I. middle backed by the Pentagon in 2018 and had additionally turn into co-chair of the National Security Commission on Artificial Intelligence, a brand new group advising Congress on developing A.I. for defense.

A month after leaving Google, Mr. Schmidt invested in Rebellion Defense, a software program start-up based by former Defense Department staff that analyzes video gathered through drone. His enterprise agency later put more cash into the company, and Mr. Schmidt joined its board.

The funding led to extra bother. The Electronic Privacy Information Center, a nonprofit privateness and civil liberties group, sued the A.I. commission last September for failing to show over data. EPIC said the group was stacked with industry executives like Mr. Schmidt and others from Microsoft, Amazon and Oracle, who could potentially sway the government in favor of their companies' interests.

Mr. Schmidt was underneath scrutiny as a result of of Rebellion Defense and the way he might push the government to make use of the start-up's services, EPIC said.

"We don't have any public disclosure about what information Eric has provided to the commission about his business interests," said John Davisson, a legal professional at EPIC.

In December, a district court dominated the A.I. fee should disclose the data requested by EPIC. The fee has launched a whole lot of pages of paperwork, most of which don't contain Mr. Schmidt or his companies. EPIC stated extra data are set to be launched.

Chris Lynch, the chief executive of Rebellion Defense, said Mr. Schmidt suggested the company solely on hiring and growth. Mr. Schmidt said he didn't advocate for the Defense Department to purchase technology from the start-up.

He has continued plowing forward. In November, he unveiled a $1 billion dedication by means of Schmidt Futures, the philanthropic agency that he runs along with his spouse, Wendy, to fund education for those who want to work in public service.

Google's **Eric Schmidt's** 'open marriage' and his string of ...

https://www.dailymail.co.uk/news/article-2371719/Googles-Eric-Schmidts-open-marriage-string-exotic-lovers.html

**Eric Schmidt**, Google's executive chairman, has embarked on a string of affairs with younger women, including a vivacious TV presenter who dubbed him 'Dr Strangelove', a leggy blonde public ...


**Eric Schmidt may still be married but he's NYC's hottest ...**

https://pagesix.com/2019/08/03/ex-google-ceo-eric-schmidt-may-still-be-married-but-hes-nycs-hottest-bachelor/

The hottest bachelor in NYC right now is 64 — and married. But that's not stopping gorgeous women from lining up to date former Google CEO **Eric Schmidt**, who is said to be worth $13.3 billion ...

Google's top lawyer allegedly had affairs with multiple ...

https://www.theverge.com/2019/8/29/20837232/google-david-drummond-chief-legal-officer-cheating-wife-affair-policies

Blakely says "blatant womanizing and **philandering**" was commonplace among some Google executives, an allegation which has been reported about Google higher-ups like **Eric Schmidt**, Sergey Brin, and ...

Google's top lawyer accused of repeated romances with ...

https://nypost.com/2019/08/29/googles-top-lawyer-accused-of-repeated-romances-with-underlings/

Aug 29, 2019Google's top lawyer routinely ignored company rules regarding dalliances with underlings — and pointed to the lecherous ways of top Googler **Eric Schmidt** to justify his **philandering**, an ...

TomoNews | Google's **philandering** exec **Eric Schmidt** cares ...

us.tomonews.com/google-s-philandering-exec-eric-schmidt-cares-about-his-privacy-not-yours-2923454

Google's **philandering** exec **Eric Schmidt** cares about his privacy, not yours 2013/07/23. NSFW Google exec **Eric Schmidt** is a love machine at age 58, which is quite an achievement considering how dorky he looked during what should have been his sexual prime three decades ago. For all you dudes who have trouble with the ladies, **Schmidt** is living ...

EXCLUSIVE: Google boss **Schmidt** spending big ... - Page Six

https://pagesix.com/2013/07/25/exclusive-google-boss-schmidt-spending-big-bucks-on-womanizing/

**Eric** and Wendy **Schmidt** (Getty)Schmidt has been seeing pianist Chau-Giang Thi Nguyen (pictured here with former fiance Brian Grazer) (Getty)Google boss **Eric Schmidt** is spending millions to keep his …

Married billionaire **Eric Schmidt's** girlfriend says they'll ...

https://www.dailymail.co.uk/news/article-7319869/Married-billionaire-Eric-Schmidts-girlfriend-says-theyll-kids-using-frozen-embryos.html

Married billionaire **Eric Schmidt's** alleged mistress, 32, 'asked the 64-year-old ex-Google CEO to fertilize her frozen eggs, but he declined' - but she still hopes the pair will have FIVE babies ...

The Many Women of **Eric Schmidt's** Instagram - Gawker

valleywag.gawker.com/the-many-women-of-eric-schmidts-instagram-913796517

If there's one thing you should know about Google's Director of Open Marriage Engineering, **Eric Schmidt**, it's that he loves to fuck. He's also following a select, interesting assortment of people on Instagram, and by interesting I mean a lot of models and women in swimwear.

Google's **philandering** exec **Eric Schmidt** cares about his ...

https://www.youtube.com/watch?v=72wlClEZW8s

Google exec **Eric Schmidt** is a love machine at age 58, which is quite an achievement considering how dorky he looked during what should have been his sexual prime three decades ago. For all you ...

Former Lover Exposes **Eric Schmidt** - American Intelligence ...

https://aim4truth.org/2019/07/02/former-lover-exposes-eric-schmidt/

The following is a transcript of an interview with a Google/Facebook/DARPA insider that was conducted with a member of the Anonymous Patriots, a citizen journalist group aligned with the American Intelligence Media. The person interviewed wishes to remain anonymous and for purposes of the interview will be called Jane Doe. This conversation took place on…

Google Deletes Videos Accusing It of Election Manipulation from YouTube... Which It Owns (thefreethoughtproject.com) (  https://thefreethoughtproject.com/youtube-removes-video-election-meddling/  )

With All These Big Tech Revelations,  (  http://archive.fo/PpwKt  )

GOOGLE EXECS PANIC! Go Into Hiding - Delete Social Media Accounts After James O'Keefe's Latest Exposé (  https://www.thegatewaypundit.com/2019/06/google-executives-go-into-hiding-and-delete-their-social-media-accounts-after-james-okeefes-latest-expose/  )

White House Slams Google As Veritas Censorship Controversy Escalates (bitchute.com) ( https://www.bitchute.com/video/MT2yTSet_1Y/  )

Google's NSA Again Exposed For Unauthorized Collection Of Americans' Phone Records (zerohedge.com) (  https://www.zerohedge.com/news/2019-06-26/nsa-again-exposed-unauthorized-collection-americans-phone-records  )

What exactly is google's business model besides selling ads no one clicks on and selling people's data to the NSA? (AskVoat) (  https://voat.co/v/AskVoat/3299607  )

So the "russian hackers" meddling in the election was Google all along. Why isn't this the biggest story in America right now? None of the "trusted" news sources have commented on this at all. (politics) (  https://voat.co/v/politics/3298699  )

Google stealthily infuses political agenda into products  (  https://www.theepochtimes.com/google-stealthily-infuses-political-agenda-into-products-to-prevent-trump-reelection-insiders-documents-say_2976582.html  )

Google Chrome is Tracking Your Every Move and Storing It, This is How to Stop It  ( https://thefreethoughtproject.com/google-tracking-location-history/  )

Google Chrome Has Become Surveillance Software, It's Time to Switch | (archive.fo) ( https://archive.fo/Wordc  )

2020 Election: **Subliminal Google Messages** to Alter Outcome ...

https://www.youtube.com/watch?v=LBmByyFkRlo

**Google**, Facebook, Amazon, Microsoft, and Apple: these companies, the big 5, know almost everything about your life. They know what websites you go to, what y...

MSNBC segment on Hidden and **Subliminal Messages** Found In ...

2020 Election: **Subliminal Google Messages** to Alter Outcome?

https://www.zachdrewshow.com/episodes/2020-election-subliminal-google-messages-to-alter-outcome/

**Google** manipulates your searches for you to be subconsciously swayed — let that sink in. We are dealing with that today. 2020 Election: Who Decides? **Google** meddling with the 2020 election? We

will cover it, but also go back in history and explain that this is NOT a new development. Manipulation, deception: It starts often as **subliminal**.

**Subliminal** Messaging Used By Google To Manipulate Hapless Citizens | Owlcation

Sneaky **Subliminal Messages** Hidden in Google Ads | Mental Floss

mentalfloss.com/article/67223/7-sneaky-subliminal-messages-hidden-ads

The FCC fielded the incident, and subsequently condemned such tactics as being "contrary to the public interest"; it's believed to be the first example of **subliminal** advertising on television.

Google's Dirty **Subliminal Messages** You'd Never Notice in Everyday Life ...

https://www.cracked.com/photoplasty_386_17-subliminal-messages-youd-never-notice-in-everyday-life/

17 **Subliminal Messages** You'd Never Notice in Everyday Life ... Twitter. **Google** Plus. Stumble Upon. ... We asked you to show us your inner-Banksy by adding **subliminal** ...

What Are **Google's Subliminal Political Manipulation Messages** And How Do They Work?

Investigator Haley Kennington points out that *Google v. Oracle* —  is the "copyright case of the century" . (  https://www.natlawreview.com/article/google-v-oracle-will-software-be-free  )

This decade-long dispute will determine whether Google's unauthorized replication of more than 11,000 lines of Oracle's Java was illegal.

When Apple's iPhone hit stores in 2007, Google needed to develop a similar concept to remain competitive.  Java, Google thought, would serve as the basis for its own operating system.  But rather than license the software outright, the company instead chose to steal the code and ask for forgiveness later.

As demonstrated through the ongoing court case, Google discussed licensing Java in 2005 in emails to Sun Microsystems but then walked away from the negotiations.  Google's leadership allegedly  wrote, ( https://www.wired.com/2012/04/android-google-oracle/    )"If Sun doesn't want to work with us, we have two options: 1) Abandon Plaintiffs work and adopt MSFT CLR VM and C# language, or 2) Do Java anyway and defend Plaintiffs decision, perhaps making enemies along the way."  This appears to be indubitable proof that Google was aware that the code was copyrightable.

This shouldn't come as a surprise.  A top lawyer for Google once admitted  ( https://www.sfgate.com/books/article/In-the-Plex-The-Googlization-of-Everything-2375189.php  ) that "Google's leadership doesn't care terribly much about precedent or law."  The company seems to think that its high-priced lawyers and endless monetary resources can always rewrite the rules of the road to meet the company's financial interests.

Google's strategy of ostensibly stealing intellectual property appears to rely on the plaintiff's inability to withstand the years of costly litigation and legal delay tactics that it brings against its challengers.  This practice has been coined in the I.P. space as "efficient infringement. ( https://www.law360.com/articles/1245477  ) "  Similar claims have been made over the years from companies such as the speaker company Sonos, the lyric website Genius, and the review site Yelp!, all of which allege that Google has stolen their content, software, or other technologies.

Unfortunately for Google, efficient infringement in the *Google v. Oracle* case was a nonstarter.  Oracle is a much bigger plaintiff challenger than the other companies it has faced in years past, and it had no problem holding firm over the last ten years of Google's legal delay tactics.  Now, after a decade, the case finds itself in the high court's hands.

Previously, the U.S. Court of Appeals for the Federal Circuit stated that Google's decision to move the code directly to another platform without any alterations wasn't "fair use" since it wasn't transformative and was used just for one company's financial gain.  When reviewing the facts and matters of law in this case, it becomes abundantly clear that it made the right call.

In the coming weeks, the Supreme Court should confirm the U.S. Court of Federal Claims' findings.  It should not try to "correct" the software industry for Google, ***one of the most predatory companies in modern times***.  Deep down, even Google itself likely knows that the coding it lifted is copyrightable.  The company has endless cash and appears to want to use it to carve out I.P. loopholes for itself.  That should not be tolerated — not today, not tomorrow, not ever.

Google spied on Plaintiffs, copy their software, business models, blockaded their patents, ran black-lists that got them sued by the DOJ and still continues to operate like the technology branch of the Mafia.



## Recap:

*THE INVESTIGATIONS OF THE CORRUPTION AT GOOGLE: Google exists to mass manipulate populations and run stock market scams for Google's owners. From INSIDE Google, Plaintiffs team saw Google manipulate the entire internet to hype up Larry Page's "boyfriend": Elon Musk and Tesla, which Google execs owned a portion of, while sabotaging Tesla's competitors. Google illicitly and illegally timed these manipulations with stock market pump-and-dump efforts to exploit insider trading. That is a felony violation of RICO, Antitrust and other laws. Every single thing that Google does is contrived to harm a competitor, a politician, an employee whistle-blower or some other business adversary. There are no "bugs", "operator errors", "server anomalies" or other media*

*"accidents" at Google. Everything Google does is contrived, at a psychological warfare kind of level, to change a social perception.Google must show its software to FBI, SEC, FTC and Plaintiffs search engine optimisation experts to prove that they did not engage in these crimes. The fact is: We can prove they did the crimes and FBI experts can help us prove it! Google is known as the "Nazi's of the Internet". In a case unfolding in Britain over whether Google wrongly demoted price comparison rival Foundem from its search results in favour of paid-for adverts, Google must now decide which it values more: the algorithms that rank its search results, or its stance that manually fiddling with those results to promote its own paid-for products over rivals' sites doesn't break competition laws. The integrity of Google's ranking processes relies upon all webmasters or website owners having the same degree of access to information about Google's ranking... This will no longer be the case if information of this kind is made available to some individuals offering commercial services to assist companies to improve their Search ranking. Google is a criminal operation. It's executives have been publicly exposed as participants in horrific sex scandals, money laundering, political bribery and racism. It is time for the bought and paid shill politicians to stop protecting them! - Google spies on competitors and steals their technology - Google runs tens of millions of dollars of defamation attacks against competitors - Google hides all media and news coverage for competitors of Larry Page's boyfriend: Elon Musk - Google lies to the public about what they really do with the public's data - Google promotes illegal immigration in order to get cheap labor and control votes - Google runs VC funding back-lists against start-ups that are competitive - Google bribes thousands of politicians - Google is a criminal RICO-violating monopoly - Google rigs the stock market with Flash-boy, Pump/Dump and Microblast SEC violating computer tricks - Google pays bribes to politicians in Google and YouTube stock - Google manipulates who gets to see what web-sites, globally, for competitor black-lists - Google has a "no poaching" Silicon Valley jobs blacklist - Google bosses sexually abuse women and young boys - Google bosses run sex trafficking operations in the Epstein and NXVIUM cults - Google bosses control the NVCA financing cartel over start-ups - Google has placed the majority of the corporate staff in at least one White House - Google controls national elections for anti-competitive purposes - The company "Polyhop", in the HOUSE OF CARDS tv show, does all the crimes that Google actually does in reality - Google's law firms, like Wilson Sonsini, are corrupt conduits for payola and political conduit-relays - Google bribes some politicians with revolving door jobs - Google is primarily responsible for destroying the Bay Area Housing opportunities - Google runs DDoS attacks on competitors by massively crawling their sites - Google boss Andy Rubin runs a sex slave farm according to his own family - Google boss Eric Schmidt was a philandering sex-penthouse owner according to vast news articles - Google executives hire so many hookers that one of them, Mr. Hayes, was killed by his hooker - Google executives sexually abuse so many women that the women staff of Google walked out one day - In the 2009 White House, you could not swing a cat without hitting a Google insider - Google has paid covert bribes, PAC funds, real estate and search rigging payola to every CA Senator - Google has paid bribes, through its lobby fronts, to halt FBI, SEC, FEC and FTC investigations of Google crimes - Google was funded by the CIA, via In-Q-Tel, a so called "501 c3 charity" which was caught with tons of cocaine - Google gets millions of dollars of taxpayer cash for*

*spying on Americans inside the USA - Google's map service was a spy system paid for by taxpayers money that Google now profits off of - Nancy Pelosi and Dianne Feinstein have promised to "protect" Google because their families profit off Google stocks - Payment receipts prove that Google and Gawker/Gizmodo exchanged cash and staff for Character Assassination attacks - Google VC's and bosses have spent $30M+ rigging the U.S. Patent Office to protect Google and harm Google competitors - Google bribed it's lawyer into position as head of the U.S. Patent office in order to have her protect Google - To rig insider stock trades, Google hides negative Tesla stories and pumps positive Tesla stories on "push days" - Google and Elon Musk Co-own, co-invest and co-market stocks covertly while running anti-trust schemes - Google rarely likes, or hires, black employees per federal and news media investigations - Google hired most of the Washington, DC K Street lobby firms and told them to "do what ever they could" - The film: "Miss Sloane" depicts only 2% of the illicit lobbying tactics Google employs daily - Demands for an FTC and FBI raid of Google, for criminal activity, securities law and election felonies have been filed - Google's David Drummond had his Woodside, CA Quail Road house bugged revealing sex and financial misdeeds - Google, and it's Cartel (Alphabet, Youtube, and hundreds of other shell-company facades) are a criminal organization engaged in felony-class crimes. Google's bosses bribe politicians, regulators and law enforcement officials to hold off prosecution. At Google: Kent Walker, Andy Rubin, Larry Page, Eric Schmidt, Sergy Brin, Jared Cohen, Yasmin Green, David Drummond and Ian Fette are so enmeshed in sex scandals, election manipulation, and White House bribes that it is hard to comprehend how they can get any legitimate work done. Google executives came from most of the fraternity houses involved in the college rape scandals. Google sells covert character assassination services to politicians and fellow oligarchs. Youtube/Google/Alphabet/Deep State are all the same entity. They conspire to hide news about their corruption and they control most of the internet.*

(See next Draft for more...)

# The Legal Harms: Killing The Messenger

Plaintiffs, and their peers, who reported these crimes to authorities, were murdered, character assassinated, black-listed, de-funded, had their social security and state benefits cut-off or blockaded and more.

The FBI, special investigators and Congressional researchers say that there were only a handful of powerful people capable of operating attacks of this scale and sophistication against the Plaintiffs.

In Sweitzer, T. (1996, September). **Kill or be killed**. [Electronic version] Campaigns & Elections, 17(9), 46-47., the process used to "kill" others is described just as it was used against the Plaintiffs. In https://theintercept.com/2014/02/24/jtrig-manipulation/ the formal process of hired character assassination, exactly as it was used against the Plaintiffs, is detailed. The well-documented process is further outlined in the articles:

**Character assassination - Wikiquote**
    https://en.wikiquote.org/wiki/Character_assassination
**Character assassination** is at once easier and surer than physical assault; and it involves far less risk for the assassin. It leaves him free to commit the same deed over and over again, and may, indeed, win him the honors of a hero in the country of his Plaintiffss. Alan Barth, The Rights of Free Men: An Essential Guide to Civil Liberties (1984).

**New Snowden Doc Reveals How GCHQ/NSA Use The Internet To ...**
    https://www.techdirt.com/articles/20140224/17054826340/new-snowden-doc-reveals-how-gchqnsa-use-internet-to-manipulate-deceive-destroy-reputations.shtml
A few weeks ago, Glenn **Greenwald**, while working with NBC News, revealed some details of a **GCHQ** presentation concerning how the surveillance organization had a "dirty tricks" group known as JTRIG …

**Glenn Greenwald on the NSA, GCHQ, and Spying | naked ...**
    https://www.nakedcapitalism.com/2013/10/glenn-greenwald-on-the-nsa-gchq-and-spying.html
Glenn **Greenwald** on the NSA, **GCHQ**, and Spying. Posted on October 4, 2013 by Yves Smith. Yves here. This BBC NewsInsight interview is a remarkable little piece. **Greenwald** confronts a clearly hostile set of questions from the BBC interviewer. ... These kinds of remarks are transparent and vapid and should be dismissed like any other textbook …

**Greenwald: Leaked Docs Reveal Agency's (GCHQ) Digital ...**
    https://www.democraticunderground.net/10025241916

**Greenwald**: Leaked Docs Reveal Agency's (**GCHQ**) Digital Propaganda Toolkit. Latest files provided by Edward Snowden show **GCHQ's** ability to 'manipulate' the Internet using 'hacker's buffet for wreaking online havoc' by Jon Queally, staff writer Common Dreams, July 15, 2014 ...

All of the attackers people are U.S. Government senior officials working in the White House and/or the U.S. Senate and/or their Silicon Valley oligarch political campaign financiers.

Every one of the attack technologies and resources were previously deployed against Presidential candidates in past elections. The providers, operators and compensation conduits of the attack services are known to law enforcement. The payment records have been uncovered, revealing that over $30M of attack services billings  and/or in-kind services exchanges were incurred by the attackers. By way of contrast: $30M is the typical WEEKLY expenditure for opposition character assassination programs in a U.S. Presidential election using Gawker, Gizmodo, Facebook, Google and Fusion GPS media attack services.

Plaintiffs, and their peers, swear, warrant and certify that this is true. Experts can prove in a Grand Jury, Civil Jury and Congressional Hearing that White House staff, U.S. Senators and their Silicon Valley financiers did order, operate and finance a massive "hit-job" on Plaintiffs as revenge/retribution/vendetta because Plaintiffs reported an organized crime activity involving well known public officials.

Every public official who was, by law, supposed to help Plaintiffs has, so far, been proven by investigators to have been in direct business competition with Plaintiffs.

The effort made by political executives to steer the annual expenditure of trillions of dollars of taxpayer funds and stock market profits to one group of friends or another is called "Cronyism" and it is operated by U.S. Senators and White House staff for illicit profiteering purposes.

The corrupt public officials involved here used real estate, stock market ownership, revolving door payola jobs and investment bank accounts to profiteer from each deal that the charged officials pushed.

FBI-level tracking of the covert accounts, trusts, shell corporations, family members and associates of every public official involved in this case proves that they made money by competing with PLAINTIFFS business ventures. The Panama Papers Leaks, Swiss Leaks, Snowden Leaks, and all of the other leaks prove this as fact.

# The Assassins:

*- How A Modern Character Assassination and Political "Kill Order" Was Executed By Politicians, and their Silicon Valley Oligarchs, Against The PLAINTIFFS:*

This is how a vendetta, revenge and political payback operation was implemented against an American taxpayer when a Senator issued a "kill order" on a whistle-blower

**Investigations have revealed that the White House and California Senators hired the character assassination and defamation attack services:**
**_Cardinal & Pine; Pacronym, Acronym;   The Americano; Investing in US; Shadow Inc; Courier Newsroom; IN-Q-Tel; Gawker Media; Jalopnik; Gizmodo Media; K2 Intelligence; WikiStrat; Podesta Group; Fusion GPS; Google; YouTube; Alphabet; Facebook; Twitter; Think Progress; Media Matters); Black Cube; Correct The Record; Orbis Business Intelligence, Undercover Global Ltd; Stratfor; Jigsaw; ShareBlue/Acronym; Versa LLC; American Ledger; Supermajority News; New Venture Fund; Sixteen Thirty Fund; Cambridge Analytica; Sid Blumenthal; States Newsroom; Hopewell Fund;  Open Society.; David Brock; AmpliFire News; American Bridge; Plouffe Consulting; Pantsuit Nation; MotiveAI; American Bridge 21st Century Foundation; Priorities USA; PR Firm Sunshine Sachs; The American Independent Foundation; Covington and Burling; Buzzfeed; The American Independent; Perkins Coie; Secondary Infektion; Wilson Sonsini_** and thousands more to run hit-jobs, character assassinations, dirty tricks and economic reprisal attacks on any targets who reported the crimes. Each of those companies are now under federal and civil investigation. Most of these businesses offer the service of manipulating elections and news coverage in order to steer stock market profits into the pockets of billionaire clients at the expense of the taxpayer and Democracy. They hide their transactions via money-laundering. All of these services, when focused on individual citizens, are lethal.

These attackers deserve to be punished for the rest of their lives for taking away the lives of others in exchange for remuneration. Any company who is corrupt enough to hire any of these assassins should be forced out of business.

These attack services are responsible for 90% of the "Fake News" problem in the world because they are the authors of most fake news. Congress must act to make these kinds of companies illegal!

These digital assassination services offer hit-jobs, character assassinations and economic reprisal programs to famous billionaires and corrupt politicians who are seeking revenge, retribution and vendetta executions.

# The Specific Attacks And Harms Undertaken Against Plaintiffs:
**Recent leaks and hacks published by ICIJ, Glenn Greenwald, The Guardian, ProPublica and other sources have revealed that White House staff like John Podesta, Robert Gibbs, John Podesta and others; Department of Energy staff like Steven Chu, Lachlan Seward, Matt Rogers and others; Their financiers from Google like Eric Schmidt, Elon Musk, Larry Page and others; contracted intelligence agency spies to assassinate the lives and income of Plaintiffs. Here are a few of the documented tactics they used:**

## DEFRAUDING PLAINTIFFS

- Government agency bosses solicited the targets with false promises of future loans, carbon credit sales, billions of dollars of stock market valuation profits, contracts and/or grants from their agencies and caused the target Plaintiffs to expend millions of dollars and years of their time for projects which those government bosses had covertly promised to their friends. They used the target Plaintiffs as a "smokescreen" to cover their illegal government slush-funds for the Plaintiffs competitors and personal enemies. By using this tactic, the attackers drained the target Plaintiffs funds and forced Plaintiffs into an economic disaster, without the government bosses fearing any reprisal for their scam. The crony insiders made hundreds of billions of dollars in profit in the notorious Solyndra-type scandals as seen in the CBS 60 Minutes episode: "***The Cleantech Crash***", thousands of TV news segments and the related GAO and Congressional corruption reports.

## MOLES AND SPYING

- White House financier Kleiner Perkins placed moles inside of Plaintiffs companies in order to sabotage, delay and misdirect operations. The moles were discovered to be staff of Kleiner Perkins. The main offices of Kleiner Perkins were broken into, per San Mateo County police reports, and records of corruption copied or duplicated by a state-sponsored intelligence agency entity, which provided further proof that Kleiner Perkins and the White House were exchanging Quid Pro Quo.

## BLOCKADE OF LEGAL COUNSEL RIGHTS

- Government officials and the federal agency: Legal Services Corporation (LSC corporation -A federal agency dedicated to providing legal services to citizens) blockaded Plaintiffs rights to legal representation in order to prevent Plaintiffs from personally suing the attackers because such a lawsuit would have embarrassed corrupt public officials. High tech law firms that were discussing a services agreement with Plaintiffs were threatened and ordered to not help Plaintiffs or "*they would be black-listed or be cut-off from tens of millions of dollars of Google, Netflix, Facebook and government contracts*". Individual lawyers were threatened with black-listing and getting "*flooded with more filings than you could ever respond to in your life-time...*" LSC officials, who were almost entirely Obama Administration associates, refused to assist with lawyer referrals. That is a violation of their federal contract with the U.S. Government.

## CHARACTER ASSASSINATION AND DEFAMATION

- An sophisticated animated attack film was produced by Google/Youtube and Nicholas Denton attacking Plaintiffs. An animated film is an expensive effort involving considerable time and expense. An attacker must be well financed to undertake such an effort. The film was published on YouTube and locked onto the very top search result line on every YouTube search in front of 7.5 billion internet users for over a decade. The damage to Plaintiffs reputation is estimated in the tens of millions of dollars. YouTube steadfastly refused to remove or adjust the search results even though YouTube executives knew Plaintiffs and knew that the video represented a character assassination attempt against Plaintiffs because YouTube owners finance the political campaigns of the public officials who ordered the attacks. While Google/YouTube stated to Congress that all of it's search results are arbitrary, the never-

moving search result of this attack video proved that Google's and YouTube's search results are manually manipulated by human maintained black-lists.

## FACTORY PROCESSED SOCIAL MEDIA ATTACKS

- Social networking sites including MeetUp, Match, Facebook, etc. and all other IAC-owned, or similar, sites (IAC is managed by Hillary Clinton's daughter, whose Mother knew Plaintiffs) have had their profiles, texts, and inter-member communications, since those companies were started, hacked or purchased. The financiers of almost everyone of these sites are also the financiers of the suspects. The attack service providers use Palantir, Acronym, In-Q-Tel financed data analysis software to analyze every activity in those services in order to find honey-trap, blackmail and social conflict exploitation opportunities. Your social life will, essentially, end. Every photo on every social site is cross checked with every other photo on the internet in order to cull your Facebook, Linkedin, Snapchat and other social media together to create a total manipulation profile data file on you. New contacts on these sites were contacted by the attackers and told to "avoid" the Plaintiffs in order to damage Plaintiffs.

## GOVERNMENT BENEFITS BLOCKADES AND MANIPULATIONS

- Social Security, SSI, SDI, Disability and other earned benefits were stone-walled. Applications for benefits for the Plaintiffs were intentionally "lost" like a "Lois Lerner hard drive". Files in the application process "disappeared". A U.S. Senator ordered Plaintiffs benefits to "never be approved" even though Plaintiffs worked 60 hour+ weeks for decades in service to their nation and their community. A SSA official in the local SSA office, who had a devout expressed hatred against one United States President ordered a benefits blockade against Plaintiffs because he found out that Plaintiffs ex-lawyer now worked in the White House. Forensic evidence and backgrounders on every person who worked on, or had access to, Applicants files, records, benefits decisions and related data sets shows that a number of those employees and contractors were members, financiers, web promoters or supporters of ANTIFA anarchy groups or KKK or Proud Boys related political activist-type groups. In San Francisco and Marin Counties SSA offices, in employees workspaces and on their Facebook and MySpace sites, many employees proudly display pictures of themselves wearing their pink "pussy hats", black riot gear and sporting political tattoos. FBI records and IG investigations show that SSA has the highest percentage of political activist employees of any federal agency. Such persons are inclined to become drunk with power when allowed access to the trillions of dollars of government technology on the SSA file and decisions systems. A number of these persons have worked for, or with, U.S. Senators and other politicians who targeted Applicant in political reprisal. At least 3 persons in the San Francisco SSA office, at least 2 persons in the San Mateo SSA office and at least 2 persons in Marin SSA office are known to have engaged in such actions. Applicants funding and benefits were manipulated, so as to harm Applicant, as political reprisal as vendetta for his provision of testimony to federal investigators in a trillion dollar political corruption matter involving famous political figures featured in global news coverage.

A vast number of agency abuse cases and lawsuits are now on public record in the Inspector General's offices and federal courts.

It is an indisputable fact that some government agencies run "hit-jobs" on citizens on orders from certain corrupt politicians. These actions are felony violations of the law.

Federal and State Agencies including SSA, FEC, DOE, HHS, VA, CIA, HUD, SA, SEC, FBI, DOJ and many others, have been charged, and found guilty, in these crimes against citizens.

In the Congressional investigation published by the United States Congress in review of the U.S. Department of Energy LGP/ATVM programs, it is clearly proven that the U.S. Department of Energy was used as a slush-fund by some DOE executives in order to pay off campaign financiers by attacking and sabotaging their competitors.

The DOE Paducah Gaseous Diffusion Plant under contracts with the Department of Energy and the government-owned U.S. Enrichment Corp paid $5M whistle-blower awards to those whistle-blowers who were attacked, using government agency resources, for reporting a crime.

Dept. of Energy Hanford URS has agreed to settle a lawsuit brought by former employee Walter Tamosaitis for $4.1 million. The settlement in the whistle-blower case comes almost one year before the case was set for a jury trial in federal court in Richland and compensates Tamosaitis for attacks against him, by DOE officials, in retribution for reporting a crime.

VA officials attacked hundreds of citizens who reported corruption, ie: https://www.thenewamerican.com/usnews/health-care/item/18610-va-whistleblowers-facing-retribution.

As shown in this report: https://www.pogo.org/analysis/2018/08/new-report-confirms-whistleblower-retaliation-is-alive-and-well-at-department-of-veterans-affairs/
, Agencies attack often and harshly.

CIA and NSA executives have been widely shown to use spy tools to attack domestic citizens they don't like, ie:  https://www.dailymail.co.uk/news/article-2435011/NSA-employees-used-phone-tapping-tools-spy-girlfriends-cheating-husbands.html , and hundreds of other news links that can be provided.

Elon Musk and Tesla, as well as Eric Schmidt and Larry Page at Google, have been proven to use the CIA group: IN-Q-TEL, to run government sponsored/financed attacks on business competitors.

In Civil Action No. 1:13-cv-00777-RBW GOVERNMENT AGENCIES WERE CAUGHT BEING USED FOR ATTACKS AGAINST CITIZENS AND PUNISHED IN THE COURT AND THE MEDIA!

The IRS, and hordes of other government agencies have been caught and proven, IN COURT, to target and attack people for presumed political differences.

Why should we assume that the Social Security Administration is not ALSO doing this too to harm citizens who speak out?

The Lois Lerner IRS attacks took many years to resolve. In an unprecedented victorious conclusion to a four year-long legal battle against the IRS, the bureaucratic agency admitted in federal court that it wrongfully targeted citizens, during the Obama Administration, because of their political viewpoints and issued an apology to those people for doing so.

In addition, the IRS is consenting to a court order that would prohibit it from ever engaging in this form of unconstitutional discrimination in the future.

In a proposed Consent Order filed with the Court, the IRS has apologized for its treatment of U.S. citizens including organizations from 20 states that applied for 501(c)(3) and (c)(4) tax-exempt status with the IRS between 2009 and 2012 -- during the tax-exempt determinations process. Crucially, following years of denial by the IRS and blame-shifting by IRS officials, the agency now expressly admits that its treatment of our clients was wrong and a total violation of our Democracy..

As set forth in the proposed Order:

"The IRS admits that its treatment of Plaintiffs during the tax-exempt determinations process, including screening their applications based on their names or policy positions, subjecting those applications to heightened scrutiny and inordinate delays, and demanding of some Plaintiffs' information that TIGTA determined was unnecessary to the agency's determination of their tax-exempt status, was wrong. For such treatment, the IRS expresses its sincere apology."

Throughout litigation of this case, activists have remained committed to protecting the rights of the public who faced unlawful and discriminatory action by the IRS and other agencies. The objective from the very beginning has been to hold agencies accountable for corrupt practices.

This Consent Order represents a historic victory for the public and sends the unequivocal message that a government agency's targeting of citizens organizations, or any organization, on the basis of political viewpoints, will never be tolerated and that revenge will be swift and vast.

The Order will put an end, once and for all, to the abhorrent practices utilized against citizens, as the agreement includes the IRS's express acknowledgment of – and apology for – its wrongful treatment of the public. While this agreement is designed to prevent any such practices from occurring again, rest assured that all public interest lawyers will remain vigilant to ensure that the IRS, SSA, DOJ or SEC does not resort to such tactics in the future.

Per detailed reports, in March of 2012 lawyers began being contacted by literally dozens of citizens and groups who were being harassed by the Obama IRS after submitting applications for tax-exempt status. Their tax-exempt applications were held up for years (over seven years in some cases), and they began receiving obtrusive and unconstitutional requests for donor and member information. That began a now more than five and a half year fight with the burgeoning bureaucracy at the IRS. Then on May 10, 2013, Lois Lerner, the then head of the IRS Tax Exempt Organizations Division, publicly implicated the IRS in one of the worst political targeting scandals of the century.

155

This is an extraordinary victory against government agency abuse. It sends a powerful warning to the deep state bureaucracy that it will not be allowed to violate the Constitution in order to silence and shut down the whistle-blowers.

In addition to the IRS's admissions of and apology for its wrongful conduct, the Consent Order would specifically award Plaintiffs the following:

- A declaration by the Court that it is wrong to apply the United States tax code to any tax-exempt applicant or entity based solely on such entity's name, any lawful positions it espouses on any issues, or its associations or perceived associations with a particular political movement, position or viewpoint;

- A declaration by the Court that any action or inaction taken by the IRS must be applied evenhandedly and not based solely on a tax-exempt applicant or entity's name, political viewpoint, or associations or perceived associations with a particular political movement, position or viewpoint; and

- A declaration by the Court that discrimination on the basis of political viewpoint in administering the United States tax code violates fundamental First Amendment rights. Disparate treatment of taxpayers based solely on the taxpayers' names, any lawful positions the taxpayers espouse on any issues, or the taxpayers' associations or perceived associations with a particular political movement, position or viewpoint is unlawful.

In the Order, the IRS has also agreed that (unless expressly required by law) certain actions against the Plaintiffs– i.e. the sharing, dissemination, or other use of information unnecessarily obtained by the IRS during the determinations process (such as donor names, the names of volunteers, political affiliations of an organization's officers, etc.) – would be unlawful. In addition, the IRS promises not to take any retaliatory action against our clients for exposing the targeting scheme.

Finally, and of crucial significance, the IRS admits it targeted persons and groups based on their viewpoints (i.e., "policy positions") and that such viewpoint discrimination violates fundamental First Amendment rights. This is the first time the IRS has admitted that its targeting scheme was not just "inappropriate" – as TIGTA found – but, as alleged, blatantly unconstitutional.

To ensure consistency and uniformity within the agency's operations going forward, the IRS is required, pursuant to the Order, to inform all employees within the Exempt Organizations Division, as well as the Commissioners and Deputy Commissioners within other divisions, of the Order's terms.

This Order not only validates allegations about their treatment at the hands of the corrupt Obama-era IRS but also provides important assurances to the American public that the agency understands its obligation to refrain from further such discriminatory conduct. As Attorney General Sessions acknowledged in this regard, "[t]here is no excuse for [the IRS's] conduct," as it is "without question" that the First Amendment prohibits the conduct that occurred here, i.e., subjecting American citizens to disparate treatment "based solely on their viewpoint or ideology." Sessions further confirmed his Department's commitment to ensuring that the "abuse of power" in which the IRS engaged here "will not be tolerated."

156

It is impossible to overstate the importance of this victory. This marks a years-long fight for justice in defense of the constitutional rights of the public.

This is an extraordinary victory against abuse of power and corruption.

It sends a powerful warning to the deep state bureaucracy that it will not be allowed to violate the Constitution and manipulate the IRS, SSA and other agencies in order to silence and shut down those who speak out about political corruption crimes.

In the wake of  Wisconsin Watchdog's investigation into SSA staff allegations of incompetence, misconduct, and retaliation in Social Security disability appeals offices, several employees have taken their complaints to a Senate committee led by Wisconsin Sen. Ron Johnson.

An official with knowledge of the complaints said the Senate Homeland Security and Governmental Affairs Committee, chaired by the Oshkosh Republican, has received emails and other contacts from "certain people" inside the Social Security Administration's Office of Disability Adjudication and Review.

The initial complaints came from an employee inside the Milwaukee office following Wisconsin Watchdog's opening investigative report that found some claimants waiting more than 1,000 days for an appeals decision on their disability benefits claim.

Following Wednesday's story of a whistleblower in the Madison ODAR office, the committee has received more specific complaints about retaliation against employees, the source said.

Committee staff members sent the latest Watchdog piece to SSA administrators hoping they will "cooperate," the source said. To date, the agency has been less than cooperative.

"This is an ongoing process, and they are not always as forthcoming as we'd like them to be," the source said. "Hopefully with your continued reporting, this is an issue they can't duck."

A Senate committee member said officials there are working with the Office of Special Counsel on "multiple whistleblower retaliation claims." The committee continues to request information from the SSA.

The whistleblower in the Madison office claims management retaliated against her after she was called to testify in a misconduct case. The incident involved "inappropriate behavior" by an administrative law judge, she said.

"They are so corrupt. It's absolutely horrible," said the woman, a lead case technician in the Madison Office of Disability Adjudication and Review.

She spoke on condition of anonymity, fearing more retribution from her supervisors. While she said recounting her particular experiences will more than likely betray her identity anyway, the ODAR case worker insisted she has had enough.

"I'm at point where they don't care about me, I don't see why I'm protecting them. This is my last resort," she said. "I want to do my work without fear of retaliation."

She said she has contacted the Senate committee.

"I forwarded my information to them and I got an email back from them. They said people are coming out of the woodwork with their complaints (about ODAR) following your story," the whistle-blower said.

Ronald Klym, a long-time senior legal assistant in the Milwaukee ODAR office, alleges he has been retaliated against by supervisors for going public with his charges of incompetence and misconduct in the agency.

The federal employee, who has worked for SSA for 16 years, provided Wisconsin Watchdog with documents showing extremely long wait times for claimants appealing their denied applications for benefits.

Doug Nguyen, SSA regional spokesman, in a previous story said the agency acknowledges that Milwaukee ODAR has a "high average processing time for disability appeal hearings, and we are working to address the issue."

Beyond the delays is what Klym calls the "shell game," the wholesale transferring of cases to other parts of the country by administrators to make the Milwaukee office's numbers look better than they are.

The Madison office whistle-blower confirmed Klym's allegations, saying at one point she saw 2,000 cases from the Milwaukee office handed off to the Oak Brook operation.

There are over 10,000 SSA disability manipulation charges against SSA executives and staff.

## BLACKLISTING

- Government officials and tech oligarchs contacted members of the National Venture Capital association (NVCA) and created national "black-lists" to blockade Plaintiffs from receiving investor funding. This was also confirmed in a widely published disclosure by Tesla Motors Daryl Siry and in published testimony. If Silicon Valley political campaign finance oligarchs black-list you (see the "AngelGate" Scandal and the "High Tech No Poaching Class Action Lawsuit" cases) you will never get investor funding again.

## FOIA OBFUSCATION

- Federal FOIA requests were hidden, frozen, stone-walled, delayed, lied about and only partially responded to in order to seek to hide information and run cover-ups. In once instance, even though

158

DOE FOIA staff had the requested FOIA files in their top desk drawers, they delayed handing the FOIA copies over for nearly a decade in order to run a cover-up.

## ARBITRARY DEADLINE MANIPULATION

- Crony state and federal officials play an endless game of Catch-22 by arbitrarily determining that deadlines had passed that they, the government officials, had stonewalled and obfuscated applications for, in order to force these deadlines that they set, to appear to be missed.

## POLITICAL POISONING

- Plaintiffs were found to be strangely poisoned, not unlike the Alexander Litvenko case, The Salisbury Case and hundreds of other political poisoning cases. Heavy metals and toxic materials were found right after Plaintiffs work with the Department of Energy weapons and energy facilities. Many wonder if Plaintiffs was intentionally exposed to toxins in retribution for their testimony. The federal MSDS documents clearly show that a number of Plaintiffs were exposed to deadly compounds and radiations, via DOE, without being provided with proper HazMat suits which DOE officials knew were required.

## WORKPLACE SABOTAGE AND OBSTRUCTION

- Plaintiffs employers were called, and faxed, and ordered to fire target Plaintiffs from their places of employment, in the middle of the day, with no notice, as a retribution tactic.

## MEDIA ASSASSINATIONS

- On orders from Obama White House officials Google, YouTube, Gawker Media and Gizmodo Media produced attack articles. Google locked these contrived attack articles from the Nicholas Guido Denton tabloid empire on the top line, of the front page of all Google searches for a decade in front of 7.5 billion people, around the world. This attack-type uses over $40 million dollars in server farms, production costs and internet rigging. The forensic data acquired from tracking some of these attacks proves that Google rigged these attacks against Plaintiffs on the internet and that all of Google's "impressions" are manually controlled by Google's executives who are also the main financiers and policy directors of the Obama Administration. This data was provided to the European Union for it's ongoing prosecution of Google's political manipulation of public perceptions. Hired attackers Nicholas Guido Denton, John Herman, Adrian Covert, Ian Fette, Patrick George, Gabrielle Darbyshire and John Cook have been referred to the FBI for surveillance, tracking and interview relative to the command, control and compensation for those attacks.

159

## COMMERCIAL EMPLOYMENT DATABASE POISONING AND RED-FLAGGING

- Plaintiffs HR and employment records, on Taleo, Palantir and EVERY recruiting and hiring database, was embedded with negative keywords and "flags" in order to prevent the Plaintiffs from ever gaining future employment.

## MURDERS

- Gary D. Conley, Seth Rich, Rajeev Motwani who Plaintiffs knew, and many other whistle-blowers in these matters, turned up dead under strange circumstances. Plaintiffs has received ongoing death threats for his help to federal investigations in the larger organized crime investigation relative to this matter. See the list of over 120 dead victims, lower down in this document, 1/3 of whom worked with Plaintiffs and were threatened in advance of their deaths.

## REVENUE BLOCKADES AND INTERNET INCOME RE-DIRECTION

- Paypal (A DNC-biased operation) and other on-line payments for on-line sales by Plaintiffs are de-platformed, delayed, hidden, or re-directed in order to terminate income potential for target who competed with the attackers interests and holdings. This further denied Plaintiffs income. As a test, Plaintiffs built an online store with hundreds of thousands of products and marketed it globally. Trackers, placed by Plaintiffs technicians, on servers, discovered that Paypal and an outside "Virgina-based system" were DNS and payment re-directed all traffic away from the store so that Plaintiffs received no traffic and no income. In DNS redirection, "website spoofing" sends target Plaintiffs websites to dead ends where no sales orders or customer inquiries actually get back to the target. These internet revenue activity manipulations are conducted using outside covert servers operated by the attackers and revealed in the Snowden Leaks. All commercial storefronts and on-line sales attempts by target Plaintiffs, had their sites hidden, or search engine de-linked by a massively resourced facility located in Virginia, Texas or Palo Alto, California in order to terminate revenue potentials for the Plaintiffs.

## TROLL FARMS

- Contracted trolls, shills, botnets and synth-blog deployments are deployed to place defamatory statements and disinformation about Plaintiffs in front of 7.5 billion people around the world on the internet in order to seek to damage their federal testimony credibility by a massively resourced facility. Some of these troll farms were uncovered in Russia, Ukraine, Israel and Brazil. Renown author Farrow writes about this technique in his book: "***Catch And Kill***".

## FUSION GPS, MEDIA MATTERS "KILL" CONTRACTS

- Campaign finance dirty tricks contractors were hired by campaign financiers to attack the friends and family members of the target Plaintiffs in order to create low morale for the target Plaintiffs psyche and motivation.

## MANUAL SEARCH ENGINE LOCK-IN ATTACKS

- In one case covert political partner: Google, transferred large sums of cash to dirty tricks contractors and then manually locked the media portion of the attacks into the top lines of the top pages of all Google searches globally, for years, with hidden embedded codes in the links and web-pages which multiplied the attacks on Plaintiffs by many magnitudes.

## U.S. PATENT OFFICE MANIPULATION TO BLOCKADE REVENUE

- Covert Cartel financier: Google, placed Google's lawyer: Michelle Lee, in charge of the U.S. Patent Office and she, in turn, stacked all of the U.S. Patent Office IPR and ALICE review boards and offices with Google-supporting employees in order to rig the U.S. Patent Office to protect Google from being prosecuted for the vast patent thefts that Google engages in. Google has hundreds of patent lawsuits for technology theft and a number of those lawsuits refer to Google's operations as "Racketeering", "Monopolistic Cartel" and "Government Coup-like" behaviors. Thousands of articles and investigations detail the fact that Google, "essentially" ran the Obama White House and provided over 80% of the key White House staff. A conflict-of-interest unlike any in American history. Google's investors personally told Plaintiffs they would "kill him". Google and the Obama Administration were "the same entity". Plaintiffs testified in the review that got Michelle Lee terminated and uncovered a tactical political and social warfare group inside Google who were financed by Federal and State funds.

## HONEY-TRAPS

- "Honeytraps" and moles were employed by the attackers. In this tactic, people who covertly worked for the attackers were employed to approach the "target" in order to spy on and misdirect the subject. Match.com and other dating sites are owned by famous politicians and election campaign financier involved with Jeffrey Epstein and those sites were used to source girls for Epstein and Honey-traps to lure political adversaries.

## FAKE NEWS TABLOID EMPIRE CREATED JUST FOR DEFAMATION ATTACKS

- Gawker Media, Gizmodo Media, Snopes, SPLC and other hired media assassins were retained to produce "hatchet job" character assassination articles about Plaintiffs. Then those articles were faxed, mailed and emailed to Kaiser Permanente and investors with a note saying: "You don't want to have anything to do with this person, do you..?" in order to get Plaintiffs fired from their job and get Plaintiffs loans or financing pulled. The attackers use their round one attack media, that they authored, to create a round two second wave attack designed to end Plaintiffs life status via economic warfare.

## HOUSING BLOCKADES

- Mortgage and rental applications had red flags added to them in databases to prevent the targets from getting homes or apartments.

## HACKING OF PLAINTIFFS DEVICES

- Krebs On Security, Wired, Ars Technica, The Wall Street Journal and most major IT publications have reported that hundreds of spy "back-doors" have been found on every Intel, AMD, Apple, Xfinity, Cisco, Microsoft, Juniper Networks motherboard, chip-set and hardware component set. This means that the attackers used a "key" code can open any of Plaintiffs computer, server, router, cloud-network or other network connected device and read every file, photo, video, your calendar and email on devices at any time from any location on Earth. This has been widely reported on by Glenn Greenwald, Edward Snowden, Scahill, Cheryl K of CBS News and others. Plaintiffs was hacked at least 10 times. In a number of instances, people, who Plaintiffs had been communicating with online, were mysteriously contacted by a third party who sent them the Gizmodo attack article or phoned them with warnings to avoid Plaintiffs. These kinds of Man-In-The-Middle interceptions would only have been possible from hacking and MITM surveillance tactics.

## TECH INDUSTRY BLACK-LIST COORDINATION

   - McCarthy-Era "Black-lists" were created and employed against target Plaintiffs who competed with Obama Administration executives and their campaign financiers to prevent them from getting funding and future employment. This White House process is known as "RatFucking", a tactic that is documented in a variety of published reports and on Wikipedia. Using Gust, Google Docs, Dropbox and secret meetings, a black-list has been maintained to attack Plaintiffs for whistle-blowing.

## HUD AND USDA MORTGAGE RIGHTS BLOCKADES

- The housing rights of Plaintiffs were stalled in reprisal. Public records show that tens of thousands of other Plaintiffs were moved ahead of Plaintiffs even though Plaintiffs validation metrics exceeded those of almost every other Plaintiffs. Plaintiffs was "black-listed".

*All of these tactics (And More…) are text book procedures operated daily by CIA, FSB, Mossad, In-Q-Tel, NSA, Chinese Secret Police in the course of their intelligence work. These tactics are widely detailed in leaked CIA and FSB manuals and discussed in length be Glenn Greenwald, Edward Snowden, Julian Assange and others in their writings. California Senators, White House staff and Silicon Valley tech oligarchs are the only known groups to aggressively seek out and hire former employees of the  CIA, FSB, Mossad, In-Q-Tel, NSA, and Chinese Secret Police.*

*The volume and high-end type of attacks, operated against Plaintiffs, prove that the assertions of crimes, at the scope and level asserted in this document, must have happened because there is no other possible reason for these people to have attacked Plaintiffs in these ways.*

*The attackers all knew each other, benefited from each others actions, shared the same motivations and profits, were all competitive to Plaintiffs, had each threatened Plaintiffs and had their staff whistle-blow on them that they engaged in these crimes! The suspects attacks prove the suspects actions and affiliations.*

Federal law enforcement, the United States Congress and the highest level investigators in the U.S., and abroad, have documented (per the "FISA Memo", Congressional Reports and federal employee testimony) and proven the fact that the Obama Administration regularly engaged in the operation of retribution, vendetta and reprisal campaigns known as "hit-jobs" against domestic natural born U.S. citizen domestic taxpayers. The Federal Court, in at least one previous court case, has ruled that the corporation in which Plaintiffs were an investor, in this particular matter, were the Plaintiffs and target of a number of these attacks designed to inflict permanent medical, emotional, character assassination, brand negation, economic and career damage.

**Additional Examples Of The Attackers Methods:**

https://bigleaguepolitics.com/they-literally-know-nothing-ben-rhodes-bragged-about-manipulating-clueless-reporters/

https://freedom.press/news/revealed-justice-depts-secret-rules-targeting-journalists-fisa-court-orders/

https://freedom.press/news/lawsuit-seeks-government-guidelines-surveillance-journalists-leak-investigations-surge/

http://www.attacked.biz

http://www.google-is-a-mobster.com

https://knightcolumbia.org/

https://bigleaguepolitics.com/brennan-and-clapper-accused-of-hacking-john-roberts-to-blackmail-him/

https://freedom.press/news/revealed-justice-depts-secret-rules-targeting-journalists-fisa-court-orders/

https://bigleaguepolitics.com/heres-why-obama-clearly-ordered-the-spying-on-trump/

https://dailycaller.com/2018/09/17/lindsey-graham-dems-kavanaugh/

https://www.thegatewaypundit.com/2018/09/okeefe-strikes-again-project-veritas-exposes-doj-official-using-govt-databases-to-stalk-business-owners-video/

https://www.politico.com/gallery/16-worst-political-dirty-tricks

http://artofverbalwar.com/2016/11/03/quick-dirty-guide-political-debate-tactics/

https://politicaldictionary.com/topics/dirty-tricks/

https://www.learntoinfluence.com/dirty-tricks-and-office-politics/

https://www.motherjones.com/politics/2012/11/election-dirty-tricks/

https://www.nytimes.com/2016/10/21/us/politics/video-dnc-trump-rallies.html

http://freakonomics.com/2007/11/06/the-complete-history-of-dirty-politics-a-qa-on-anything-for-a-vote/

https://en.wikipedia.org/wiki/Ratfucking

https://www.washingtonpost.com/opinions/the-npr-video-and-political-dirty-tricks/2011/03/17/ABbyMym_story.html

https://www.huffingtonpost.com/rich-rubino/dirty-political-tricks-from-american-politics_b_9324226.html

http://www.electomatic.com/dirty-campaign-techniques/

https://en.wikipedia.org/wiki/COINTELPRO

https://www.cnn.com/2008/POLITICS/05/29/obamas.first.campaign/

https://www.nytimes.com/2016/11/05/us/politics/dirty-tricks-vandalism-and-the-dark-side-of-politics.html

https://whyy.org/articles/political-dirty-tricks-are-a-staple-of-modern-politics/

https://www.theguardian.com/uk-news/2018/mar/19/cambridge-analytica-execs-boast-dirty-tricks-honey-traps-elections

https://medium.com/@j363j/how-roger-stones-campaign-of-tammany-hall-political-corruption-lead-to-trump-russia-3099d87784e

https://www.bridgemi.com/detroit-journalism-cooperative/lawsuits-dirty-tricks-and-angry-ex-wife-detroits-ugliest-election

https://www.salon.com/2016/03/25/
hillary_clintons_dirty_politics_bernie_sanders_is_experiencing_the_same_nasty_tricks_that_clintons_campaign_dealt_obama_in_2008/

http://savannahnow.com/opinion-opinion-columns/2016-10-25/cal-thomas-political-dirty-tricks-then-and-now

https://www.cbc.ca/news/politics/5-political-dirty-tricks-we-learned-from-the-robocalls-trial-1.2669924

https://www.reddit.com/r/dredmorbius/comments/2d0r1d/
the_reactionary_political_debate_playbook_karl/

https://www.politico.com/story/2016/02/south-carolina-dirty-tricks-republicans-219116

https://www.zerohedge.com/news/2019-02-10/yale-newspaper-publishes-guide-destroying-white-boy-lives-using-stasi-tactics

https://www.americanthinker.com/blog/2019/02/
yale_editor_chillingly_urges_fellow_yalies_to_act_as_a_stasi_to_monitor_white_males.html

https://russia-insider.com/en/jeff-bezos-nudie-pics-be-released-cyber-tycoon-complains-about-loss-privacy/ri26224

https://www.youtube.com/watch?v=VP5jqLAjbDw

 **  'They Can't Beat Him On The Law So They Are Trying To Destroy His Life' -Sen. Graham Questions Dems' Motives On Brett Kavanaugh Sexual Assault Allegations** (dailycaller.com)

**  !!!!! Mueller Hears That Silicon Valley Has Been Manipulating The Entire BREXIT Campaign  !!!!!!** Second former employee of controversial data firm to be questioned by special counsel's inquiry into Russia collusion. Per Carole Cadwalladr:  Brittany Kaiser is said to be cooperating fully with the Mueller inquiry. A director of the controversial data company Cambridge Analytica, who appeared with Arron Banks at the launch of the Leave.EU campaign, has been subpoenaed by the US investigation into possible collusion between the Trump campaign and the Russian government. A spokesman for Brittany Kaiser, former business development director for Cambridge Analytica – which collapsed after the Observer revealed details of its misuse of Facebook data – confirmed that she had been subpoenaed by special counsel Robert Mueller, and was cooperating fully with his investigation. He added that she was assisting other US congressional and legal investigations into the company's activities and had voluntarily turned over documents and data. Kaiser, who gave evidence to the UK parliament last April in which she claimed Cambridge Analytica had carried out in-depth work for Leave.EU, is the second individual connected to the firm subpoenaed by the special counsel. The Electoral Commission has said its investigation into Leave.EU found no evidence that the campaign "received donations or paid for services from Cambridge Analytica … beyond initial scoping work". Damian Collins, chairman of parliament's inquiry into fake news, said it was "no surprise" that Kaiser was under scrutiny by Mueller because "her work connected her to WikiLeaks, Cambridge Analytica and [its parent company] SCL, the Trump campaign, Leave.EU and Arron Banks". He said it was now vital Britain had its own inquiry into foreign interference: "We should not be leaving this to the Americans."

**  CBS NEWS 60 MINUTES Lara Logan "I'm Being 'Targeted' . Per** Tamar Auber: former CBS News foreign correspondent Lara Logan spoke with Fox News Sean Hannity about her recent comments slamming the media as "mostly liberal." Logan told Breitbart podcaster Mike Ritland the remarks made on his show — which drew widespread attention online — amounted to "professional suicide." Defending her remarks on Hannity's show, Logan said that as the result of her speaking out

about how the media is "mostly liberal" she has been targeted because she is an independent voice. "Any journalists who are not beating the same drum and giving the same talking points," she insisted "pay the price" for not going along with the liberal crowd. She also called out her targeters by name. "I know they're going to come after me," she told Hannity. "Michael Calderone who is at the Huffington Post. I can give you the script now. I can tell you who the players are. Joe Hagan. Brian Stelter." She added: "They smear you personally. They go after your integrity. They go after your reputation as a person and a professional. They will stop at nothing. I am not the only one. And I am just, I am done, right, I am tired of it. And they do not get to write my story anymore. They don't get to speak for me, I want to say loudly and clearly to anybody who is listening, I am not owned. Nobody owns me, right? I'm not owned by the left or the right." Logan made headlines recently when, during a scorched earth podcast interview with Ritland, she said that there was a lot of "weight" in most news organizations on "one side of the political spectrum." "The media everywhere is mostly liberal. But in this country, 85 percent of journalists are registered Democrats. So that's just a fact, right?" she told Ritland. She also trashed reporting based on single, anonymous government sources. "That's not journalism, that's horseshit," Logan stressed. "Responsibility for fake news begins with us. We bear some responsibility for that, and we're not taking ownership of that and addressing it. We just want to blame it all on somebody else."

**\*\* Internal documents from a private Israeli intelligence firm called Psy-Group** show that, at the time of many incidents, the company, and possibly other private investigators, were targeting U.S. citizens because they spoke up about crimes. Psy-Group's intelligence and influence operations, which included a failed attempt in the summer of 2017 to sway a local election in central California, were detailed in a New Yorker investigation that I co-wrote earlier this month. Before it went out of business (ie: changed it's name) , last year, Psy-Group was part of a new wave of private-intelligence firms that recruited from the ranks of Israel's secret services and described themselves as "private Mossads." Psy-Group initially stood out among its rivals because it didn't just gather intelligence; its operatives used false identities, or avatars, to covertly spread messages in an attempt to influence what people believed and how they behaved. In 2016, Psy-Group held discussions with the Trump campaign and others about conducting covert "influence" operations to benefit the candidate. Psy-Group's founder and C.E.O., Royi Burstien, a veteran Israeli intelligence officer who established the firm in 2014, told me that his talks with the Trump campaign went nowhere. The company's posturing, however, attracted the attention of Robert Mueller, the special counsel, who has been investigating interference in the 2016 Presidential race.'

**\*\* *FED BOMBSHELL: Fusion GPS Bribed Dozens of MSM Journalists With Cash To Run Character Assassinations.* ** High-ranking FBI insiders are pulling back the curtain on Fusion GPS, the firm that commissioned and spread the bogus Trump dossier. It appears the embattled intelligence firm was quite busy paying off Big Media reporters, according to federal sources who have traced dozens of transactions between TD Bank and media members as well as media organizations, sources confirm. But stunningly, Big Media organizations have employed Fusion GPS to dig dirt on politicians and D.C.'s elite — namely Donald Trump. "Fusion GPS was on the payroll of the media and in turn had members of the media on its payroll," one FBI insider said. FBI insiders confirm Fusion GPS employed law firms as well as shell companies to send and receive funds to and from media and reporters. But the embattled firm also used its accounts at TD Bank to directly commission reporters. Likewise, Fusion GPS received funds from media companies into its own accounts at TD Bank, FBI insiders said, "There

are dozens of payments from the media flowing into their (Fusion GPS') account," one federal law enforcement official said. "One company wired funds to Fusion (GPS) more than a dozen times." Why would media companies commission Fusion GPS? Likely to dig dirt on enemies or secure records that reporters could not legally obtain, one federal law enforcement insider said. One FBI insider said the payments to Fusion GPS coincide with Donald Trump's run for the White House. The payments were made between Sept. 2015 and Sept. 2017, records show. The unthinkable: The mainstream media paying Fusion GPS for dirt on Trump to the same firm the Democratic National Committee paid to fund the bogus Trump dossier. And at the same time Fusion GPS bribing journalists to place stories — likely negative about Trump, as well as spread the bogus Trump dossier around.

## ** Death By Metadata: Jeremy Scahill & Glenn Greenwald Reveal ...

https://www.democracynow.org/2014/2/10/death_by_metadata_jeremy_scahill_glenn

Jeremy Scahill and Glenn **Greenwald** have also revealed ... And the source then is in addition to the **documents** that Edward **Snowden** ... "The NSA's Secret Role in the U.S. **Assassination Program** ...

## ** How Covert Agents Infiltrate the Internet to Manipulate ...

https://theintercept.com/2014/02/24/jtrig-manipulation/

But, here, I want to focus and elaborate on the overarching point revealed by all of these **documents**: namely, that these agencies are attempting to control, infiltrate, manipulate, and warp online ...

## ** New Snowden Doc Reveals How GCHQ/NSA Use The Internet To ...

https://www.techdirt.com/articles/20140224/17054826340/new-snowden-doc-reveals-how-gchqnsa-use-internet-to-manipulate-deceive-destroy-reputations.shtml

A few weeks ago, Glenn **Greenwald**, while working with NBC News, revealed some details of a GCHQ presentation concerning how the surveillance organization had a "dirty tricks" group known as **JTRIG** ...

## ** Snowden Drip: Government Funded Character Assassination Squads Rampant Online
From The Intercept:

> One of the many pressing stories that remains to be told from the Snowden archive is how western intelligence agencies are attempting to manipulate and control online discourse with extreme tactics of deception and reputation-destruction. It's time to tell a chunk of that story, complete with the relevant documents.
>
> Over the last several weeks, I worked with *NBC News* to publish a series (
> http://investigations.nbcnews.com/_news/2014/01/27/22469304-snowden-docs-reveal-british-spies-snooped-on-youtube-and-facebook?lite  ) of articles (
> http://www.nbcnews.com/news/investigations/war-anonymous-british-spies-attacked-hackers-snowden-docs-show-n21361  ) about "dirty trick" tactics (
> http://www.nbcnews.com/news/investigations/snowden-docs-british-spies-used-sex-dirty-

tricks-n23091  ) used by GCHQ's previously secret unit, JTRIG (Joint Threat Research Intelligence Group). These were based on four classified GCHQ documents ( http://msnbcmedia.msn.com/i/msnbc/sections/news/snowden_anonymous_nbc_document.pdf  ) presented to the NSA and the other three partners in the English-speaking "Five Eyes" alliance (  http://www.theatlantic.com/politics/archive/2013/06/is-the-five-eyes-alliance-conspiring-to-spy-on-you/277190/  ) . Today, we at *the Intercept* are publishing another new JTRIG document (  https://firstlook.org/theintercept/document/2014/02/24/art-deception-training-new-generation-online-covert-operations/  ) , in full, entitled "The Art of Deception: Training for Online Covert Operations."

By publishing these stories one by one, Plaintiffs NBC reporting highlighted some of the key, discrete revelations: the monitoring of YouTube and Blogger, the targeting of Anonymous with the very same DDoS attacks they accuse "hacktivists" of using, the use of "honey traps" (luring people into compromising situations using sex) and destructive viruses. But, here, I want to focus and elaborate on the overarching point revealed by all of these documents: namely, that these agencies are attempting to control, infiltrate, manipulate, and warp online discourse, and in doing so, are compromising the integrity of the internet itself.

# Harms Demands Calculation Metrics:

*The comparative calculation metrics: **The damages amounts in the attached report are based on fully verified, government reported values from carbon credit sales, revenues, stock market exploitation of DOE funding matters and other profit GAAP reported amounts and FBI revealed sums, from December 2008 to today, that the DOE-crony competitors and their investors made in documented profits, revenues, tax write-offs, tax waivers and other upsides that Plaintiffs lost because of the corruption damages, rights blockades and reprisal attacks. Additionally, damages from benefit funds blockades, black-lists and other losses of revenue are incorporated in those standards-based, court precedent comps. Additionally, monies owed for whistle-blower and federal informant fees are calculated per industry precedents (such as the Walter T. Department of Energy whistle-blower award ( https://www.latimes.com/nation/la-na-hanford-whistleblower-settlement-20150813-story.html) and the known annual budget for FBI informant payments provided to Congress in previous budget reports). Plaintiffs provided the documented case evidence to federal investigators since 1986. Additionally, salary losses based on the averaged CEO salaries of the CEO of Tesla Motors, Fisker Motors, Bloom Energy, Solyndra and General Motors are included as industry standards for the energy and automotive market in the same time-frame. Additionally, standard pain and suffering inclusions are incorporated. All of Plaintiffs back benefits payments from 2007 to today are also demanded.***

# Recap:

*POLITICAL KILL ORDERS AND STATE-SPONSORED CHARACTER ASSASSINATIONS - How A Modern Character Assassination and Political "Kill Order" Is Executed By the Silicon Valley Oligarchs and their total control of propaganda media. Patrick George At Jalopnik attacks outsiders under contract with Elon Musk and the DNC. Silicon Valley campaign finance oligarchs hire him to run hatchet jobs on innocent outsiders and then Gawker-Gizmodo-Jalopnik uses their financial partnership with the DNC's Google to push the character assassination articles to the top of Google web products and searches. Patrick George, Adrian Covert, John Hermann and Nick Cook are the sexually degenerate cabin boys that report to boy-loving sleaze-tabloid oligarch Nick Denton. They created the Fake News crisis in the media by flooding the internet with defamation posts and reprisal hatchet job articles designed to damage political enemies of the Socialists. They coordinate a large number of the character assassination efforts at Gawker, Gizmodo, Jalopnik, CNN, New York Times and other propaganda outlets. These Millennial boys are "Media Rapists" and should be treated as abusers. - How and why did a Donald Trump stripper-date named "Stormy" or an Elon Musk sex party or a Kavanaugh drinking incident or the Moonves and Weinstein indiscretions suddenly hit the news at about the same time in news history? - In addition to actual murder, Politicians and Silicon Valley Oligarchs hire operatives to end people's lives in other creative ways. - It is all part of the modern trend in vendetta, revenge and political payback when a Senator or a tech oligarch issues a "kill order" on an opponent. - The client does not like to get their hands dirty so the actual social hit job is performed by companies such as: IN-Q-Tel - (DNC); Gawker Media - (DNC); Jalopnik - (DNC); Gizmodo Media - (DNC); K2 Intelligence - (DNC); WikiStrat - (DNC); Podesta Group - (DNC); Fusion GPS - (DNC/GOP); Google - (DNC); YouTube - (DNC); Alphabet - (DNC); Facebook - (DNC); Twitter - (DNC); Think Progress - (DNC); Media Matters - (DNC); Black Cube - (DNC); Mossad - (DNC); Correct The Record - (DNC); Sand Line - (DNC/GOP); Blackwater - (DNC/GOP); Undercover Global Ltd (DNC/GOP) Stratfor - (DNC/GOP); ShareBlue - (DNC); Wikileaks (DNC/GOP); Cambridge Analytica - (DNC/GOP); Sid Blumenthal- (DNC); David Brock - (DNC); PR Firm Sunshine Sachs (DNC); Covington and Burling - (DNC), Buzzfeed - (DNC) Perkins Coie - (DNC); Wilson Sonsini - (DNC)  and hundreds of others…These are the people and companies that except cash, revolving door jobs, political appointments, insider trading stock in Silicon Valley tech companies, prostitutes and real estate in exchange for destroying the lives of others. - These attackers deserve to be punished for the rest of their lives for taking away the lives of others in exchange for cash. Any company who is corrupt enough to hire any of these assassins should be forced out of business. These attack services are responsible for 90% of the "Fake News" problem in the world because they are the authors of most fake news. Congress must act to make these kinds of companies illegal! - These digital assassination services offer hit-jobs, character assassinations and economic reprisal programs to famous billionaires and corrupt politicians who are seeking revenge, retribution and vendetta executions. - In the case of reporters getting targeted for attacks, President Donald Trump has been accused by the liberal corporate media of whipping up a hateful frenzy against the press. But while CNN's Jim Acosta grandstands against Trump, real journalists are still reeling from the draconian extrajudicial measures that Barack Obama and his administration used to target them for exposing truth. - This secretive targeting occurred while Obama speechwriter and hate-filled ANTIFA supporter Ben Rhodes was running "Operation Echo Chamber," which reportedly continues, in which he fed information to willing corporate media scribes. "They literally know nothing," Rhodes said of the twentysomething journalists he easily manipulated. - The Freedom of the Press Foundation's Trevor Timm published documents showing how former attorney general Eric Holder*

*changed the rules to more effectively intimidate and surveil members of the press. - Timm writes: "Today, we are revealing—for the first time—the Justice Department's rules for targeting journalists with secret FISA court orders. The documents were obtained as part of a Freedom of Information Act lawsuit brought by Freedom of the Press Foundation and Knight First Amendment Institute at Columbia University." - Obama is also clearly linked to the plot to obtain fraudulent FISA warrants on President Trump's team, as evidenced by Peter Strzok and Lisa Page's texts confirming that Obama was overseeing their fly-by-night operation. - Larry Schweikart reported for Big League Politics: For months pundits and researchers have been pondering the mystery of the FISA approval that led to the illegal and historically titanic scandals to ever hit the U.S. government. Some have argued that Assistant Attorney General Rod Rosenstein knew the FISA was bogus when he extended it. Others have wondered if Special Counsel Robert Mueller knew about the fraudulent basis of the FISA when he used it, in part, to indict Michael Flynn. Other still, that Mueller was fooled by the FBI. This is what President Trump calls "SPYGATE". - It may well be that the surveillance that was conducted began with UK intelligence services and then was fed back to the White House of Barack Obama. Here's the kicker: President Barack Obama did not need a FISA warrant to authorize spying/electronic surveillance on Trump because Obama all along had legal authorization to by-pass the normal court vetting process. According to 50 U.S. Code 1802, the "Electronic Surveillance Authorization" () "Foreign intelligence in relation to a US person (Trump or his associates) is information that's necessary for the US to protect against attack, hostile acts, sabotage, . . . as well as other clandestine activities by a foreign power . . . OR . . . information relevant to national defense/security of the US, or the conduct of foreign affairs of the U.S." Such an authorization by Obama required certification by Attorney General Loretta Lynch that must be lodged with the FISC court. ("The [AG]+ shall immediately transmit under seal to the court [FISC] a copy of his certification.") - In short, the DOJ has this. If we are correct, a copy of that certification is currently under seal at least with the DOJ and the FISC. - This is what they are hiding. - However, the Act requires the AG to keep the Select Committee on Intelligence and the Senate Committee on Intelligence informed of these authorizations and unmaskings therein. See 1803 (a) (1) (C) If indeed this is what happened, did Lynch report—or only selectively report—to the committees in a way that excluded non-friendlies? Can you see why Adam Schiff, Mark Warner, and their ilk are terrified? - These are the playbook tactics that Senators and tech oligarchs most often use to destroy the lives of their political and business enemies: - Government agency bosses sometimes solicit the target victims with false promises of future loans, contracts or grants from their agency and cause the target victims to expend millions of dollars and years of their time for projects which those government bosses had covertly promised to their friends. They use the target victims as a "smokescreen" to cover their illegal government slush-funds for the victims competitors and personal enemies. By using this tactic, the attackers can drain the target victims funds and force them into an economic disaster in plain view of everyone without the government bosses fearing any reprisal for their scam.- Every match.com, okcupid.com, Plenty Of Fish, Seeking Arrangements and all other IAC-owned, or similar, dating sites (IAC is managed by Hillary Clinton's daughter) have had their profiles, texts, and inter-member communications, since those companies were started, hacked or purchased. The attack service providers use Palantir and In-Q-Tel financed data analysis software to analyze every activity in those dating services in order to find honey-trap, blackmail, sextortion and social conflict exploitation opportunities. If you had a bad date with someone, that someone will be hunted down and convinced to help harm, #metoo or "rape charge" the intended target. All dates involve a search for sex, so the likelihood that a sexual disappointment experience will exist - in each persons dating history is high. Searching every past*

*dating email and text of a subject is quite easy with modern software and hacking techniques. A synthetically amplified, PR-agency optimized sex scandal can destroy any target. Your dating experiences from the 70's or 80's will come back to haunt you decades later. Most dates involve drinking alcohol and taking drugs. If you were unattractive or had bad sexual skills your bad date will be called "date rape", "drugging your date for sex" and related twisted narratives that are designed to shame you, the target. If you try to get a date in the future, your potential date will be contacted by a third party who will slander and libel you to make sure your potential first date gets cancelled. Your social life will, essentially, end. Every photo on every dating site is cross checked with every other photo on the internet in order to cull your Facebook, Linkedin, Snapchat and other social media together to create a total psychological manipulation profile data file on you. A single photo on a dating site can be cross searched on every mugshot archive, photo album and corporate database in the worth within minutes using modern super-computers. Your sex life will be on public record in a flash.- Social*

 *Security, SSI, SDI, Disability and other earned benefits are stone-walled. Applications of targets are "lost". Files in the application process "disappeared". Lois Lerner hard drive "incidents" are operated in order to seek to hide information and run cover-ups. - Government officials and tech oligarchs contact members of the National Venture Capital association (NVCA) and created national "black-lists" to blockade target victims from ever receiving investor funding. This was also confirmed in a widely published disclosure by Tesla Motors Daryl Siry and in published testimony. If Silicon Valley political campaign finance oligarchs black-list you (see the "AngelGate" Scandal and the "High Tech No Poaching Class Action Lawsuit" cases) you will never get investor funding again. - FOIA requests are hidden, frozen, stone-walled, delayed, lied about and only partially responded to in order to seek to hide information and run cover-ups.- State and federal employees will play an endless game of Catch-22 by arbitrarily determining that deadlines had passed that they, the government officials, had stonewalled and obfuscated applications for, in order to force these deadlines that they set, to appear to be missed. This can bankrupt a target victim.- Some Victims found themselves strangely poisoned, not unlike the Alexander Litvenko case. Heavy metals and toxic materials were found right after their work with the Department of Energy weapons and energy facilities. Many wonder if these "targets" were intentionally exposed to toxins in retribution for their testimony. The federal MSDS documents clearly show that a number of these people were exposed to deadly compounds and radiations, via DOE, without being provided with proper HazMat suits which DOE officials knew were required. - Victims employers are called, and faxed, and ordered to fire target victims from their places of employment, in the middle of the day, with no notice, as a retribution tactic. - On orders from Obama White House officials, DNC-financed Google, YouTube, Gawker Media and Gizmodo Media produce attack articles and defamation videos. Google locks this attack media on the internet on the top line, of the front page of all Google searches for a decade in front of 7.5 billion people, around the world. This attack-type uses over $40 million dollars in server farms, production costs and internet rigging. The forensic data acquired from tracking some of these attacks proves that Google rigs attacks against individuals on the internet and that all of Google's "impressions" are manually controlled by Google's executives who are also the main financiers and policy directors of the Obama Administration. This data was provided to the European Union for it's ongoing prosecution of Google's political manipulation of public perceptions. - Victims HR and employment records, on recruiting and hiring databases, are embedded with negative keywords in order to prevent the victim targets from ever gaining future employment. - Gary D. Conley, Seth Rich, Rajeev Motwani and many other whistle-blowers in these matters, turned up dead under strange circumstances. It is very possible that some of*

*these attack services, operated by former CIA operatives, even offer discrete murder-for-sale services using high-tech assassination tools that make murders look like heart attacks and brain failures. - Disability and VA complaint hearings and benefits are frozen, delayed, denied or subjected to lost records and "missing hard drives" as in the Lois Lerner case.- Paypal (A DNC-biased operation) and other on-line payments for on-line sales are de-platformed, delayed, hidden, or re-directed in order to terminate income potential for target victims who competed with the attackers interests and holdings.- DNS redirection, "website spoofing" sends target victims websites to dead ends where no sales orders or customer inquiries actually get back to the target. These internet revenue activity manipulations are conducted using Google and Amazon servers. All commercial storefronts and on-line sales attempts by target victims, will have had their sites hidden, or search engine de-linked by a massively resourced facility located in Virginia, Texas or Palo Alto, California in order to terminate revenue potentials for the target victims.- Over 50,000 trolls, shills, botnets and synth-blog deployments are deployed to place defamatory statements and disinformation about victims in front of 7.5 billion people around the world on the internet in order to seek to damage their federal testimony credibility by a massively resourced facility. - Campaign finance dirty tricks contractors are hired by campaign financiers to attack the friends and family members of the target victim in order to create low morale for the target victims psyche and motivation.- Are you getting weird headaches and hearing a "buzzing sound" in your head? The U.S. Government has now acknowledged that the Cuban, Chinese and other embassy "sonic attacks" are from a known microwave beam weapon. Any one of the technical departments of the attack services listed at the top of this article can build such a biological harassment weapon. It can be aimed at the target victims office, bedroom or vehicle and, within a week, have caused biological and emotional damage using a weapon that has no visible track of trajectory. It is designed to make the target victim think they are "going crazy" or "hearing sounds in their head".- In one case covert political partner: Google, transferred large sums of cash to dirty tricks contractors and then manually locked the media portion of the attacks into the top lines of the top pages of all Google searches globally, for years, with hidden embedded codes in the links and web-pages which multiplied the attacks on Victims by many magnitudes.- Covert Cartel financier: Google, placed Google's lawyer: Michelle Lee, in charge of the U.S. Patent Office and she, in turn, stacked all of the U.S. Patent Office IPR and ALICE review boards and offices with Google-supporting employees in order to rig the U.S. Patent Office to protect Google from being prosecuted for the vast patent thefts that Google engages in. Google has hundreds of patent lawsuits for technology theft and a number of those lawsuits refer to Google's operations as "Racketeering", "Monopolistic Cartel" and "Government Coup-like" behaviors. Thousands of articles and investigations detail the fact that Google, "essentially" ran the Obama White House and provided over 80% of the key White House staff. A conflict-of-interest unlike any in American history. Google's investors personally told Applicant they would "kill him". Google and the Obama Administration were "the same entity". Applicant testified in the review that got Michelle Lee terminated and uncovered a tactical political and social warfare group inside Google who were financed by Federal and State funds. - Honeytraps and moles were employed by the attackers. In this tactic, people who covertly worked for the attackers were employed to approach the "target" in order to spy on and misdirect the subject. - Gawker Media, Gizmodo Media, Snopes, SPLC and other hired media assassins will be retained to produce "hatchet job" character assassination articles about you. Then those articles will be faxed, mailed and emailed to your employer and investors with a note saying: "You don't want to have anything to do with this person, do you..?" in order to get you fired from your job and get your loans or financing pulled. The attackers will use their round one attack media, that they authored, to create a round two second wave attack designed to end*

*your life via economic warfare.- Mortgage and rental applications will have had red flags added to them in databases to prevent the targets from getting homes or apartments.- Krebs On Security, Wired, Ars Technica, The Wall Street Journal and most major IT publications have reported that hundreds of spy "back-doors" have been found on every Intel, AMD, Apple, Xfinity, Cisco, Microsoft, Juniper Networks motherboard, chip-set and hardware component set. This means that any kid with the "key" code can open any computer, server, router, cloud-network or other network connected device and read every file, photo, video, your calendar and email on your devices at any time from any location on Earth. The key codes have been released to every hacker community in the world for over ten years. There is now no government, corporate or personal data that can't be hacked, even data from decades ago. Every single one of your darkest secrets can be in the hands of your enemy within 60 minutes, or less. Important meetings you had planned with potential investors, employers, clients, dates, suppliers and others will suddenly get cancelled at the last minute. They will get cancelled because your enemies are reading your calendar remotely and covertly sending slander information to those you had hoped to engage with in order to sabotage your life. Nothing you have ever typed on a computer or Smartphone is safe. it WILL be acquired and it WILL be used against you. - McCarthy-Era "Black- lists" are created and employed against target victims who competed with Obama Administration executives and their campaign financiers to prevent them from getting funding and future employment. - Obama Administration targets were very carefully placed in a position of not being able to get jobs, unemployment benefits, disability benefits or acquire any possible sources of income. The retribution tactics were audacious, overt..and quite illegal. - There are thousands of additional Dirty Tricks tactics being used by these Attack Services yet Congress refuses to pass laws out-lawing such attack services. The cost of an attack on a person ranges from $150,000.00 to over $50,000,000.00. While a Silicon Valley*

 *billionaire can afford to launch counter-measures to these attacks, any regular taxpayer will be utterly destroyed, and incapable of fighting back, against even the smallest version of one of these "kill orders". A number of modern office shootings are the results of these attacks against an individual who has lost everything because of the attack and has no options left. - Federal law enforcement, the United States Congress and the highest level investigators in the U.S., and abroad, have documented (per the "FISA Memo", Congressional Reports and federal employee testimony) and proven the fact that the Obama Administration regularly engaged in the operation of retribution, vendetta and reprisal campaigns known as "hit-jobs" against domestic natural born U.S. citizen domestic taxpayers. The Federal Court, in at least one previous court case,has ruled that Applicants, in this particular matter, were the victims and target of a number of these attacks designed to inflict permanent medical, emotional, character assassination, brand negation, economic and career damage. The FBI has been asked to interview John Cook, Nicholas Guido Denton, Adrian Covert, Patrick George, Ian Fette and John Hermann of Gawker/Gizmodo re: their financing, payola and hit-job attacks on third parties.*

(See next Draft for more...)

# The Bay Area Culture Of Political Corruption

A gunshot rang through the corridors of San Francisco City Hall.

A Mayor was dead and a new mayor was moved into position. The bullet that assassinated Mayor George Moscone on November 27, 1978 would lead to political corruption that would change the course of the world. Systematized political rigging had breached a new era. One of the victims of these crimes was on his way to City Hall to see the Mayor's office about a major new project. Everything changed that day.

The assassination of George Moscone was perfectly timed to place Dianne Feinstein into power as the new mayor of San Francisco and begin the next-generation of industrialized corruption on an epic scale. The new generation of corporation-backed pay-to-play was now being sponsored by the newly minted power known as ***The Silicon Valley Cartel***.

As George Moscone lay dying on his desk in San Francisco, just south of there a man named John Doerr was looking at a folder that showed that his Silicon Valley "venture capitol" scheme had just broken the record at $750 million dollars of negotiable funds that he could now control.

John Doerr, and a number of Silicon Valley venture capitalists, benefited from the death of George Moscone.

The assassination put Silicon Valley's number one crony in control of cronyism: Dianne Feinstein.

The massive number of elitist bribes paid to get the douche-bag children of the rich into Stanford University has been exposed. The Feinstein's, and their Silicon Valley VC buddies, were the biggest part of the manipulations. U.S. Sen. Dianne Feinstein's husband, University of California Regent Richard Blum, was named by the state auditor's office as one of the regents involved in admissions scandal where UC wrongly admitted dozens of wealthy, mostly white students as favors to well-connected people.

Among those "inappropriately admitted" were a student whose family was friends with a member of the Board of Regents, the child of a major donor and an applicant who babysat for a colleague of a former admissions director, according to the California State Auditor. In one case, a regent unidentified in the audit sent an "inappropriate letter of support" directly to the UC Berkeley chancellor on behalf of a student with only a 26% chance of winning a spot off the wait list, despite the policy prohibiting efforts by regents to influence admissions decisions by going around the regular process. The applicant was admitted. Auditor's spokeswoman Margarita Fernandez confirmed to The Associated Press that Blum was the regent. Blum told the San Francisco Chronicle on Thursday that he's never been caught doing anything wrong, yet,  and that he has used his clout to get friends and family into the elite public system for years. This was the 98th time the Feinstein's have been charged with insider scheming and crony manipulations of public resources.

174

*Mother Jones Magazine* has published an article revealing that Bay Area tech insider Jaron Lanier was deeply involved with Jeffrey Epstein's cult. Epstein's sex director: Ghislaine Maxwell, was deeply involved with Kleiner Perkins top money boys and was photographed at their parties as she arranged sexual deeds. Kleiner Perkins was sued by one of its top staff for sex abuses. Kleiner Perkins has long sat at the head of the table for Bay Area perversion and corruption. Tech insider Elon Musk was also involved with Jeffrey Epstein's cult and also involved with Kleiner Perkins big boys.

Kleiner Perkins was formed in 1972. It has traditionally focused on early-stage investments, but also does later-stage investments. Tom Perkins explained: "*We follow the McDonald's hamburger concept of putting playgrounds in front of burger joints: 'get 'em while they are young and you can control them for life'...*"

The savvy team at Kleiner, aka KPCB, realized that buying politicians was prudent and, in fact, necessary for the kind of financial shell-games they played. Dianne Feinstein had been one of their big bets. Kamala Harris is their "next girl". Barack Obama and Hillary Clinton would be their bigger, and most notorious plays. In a yet to be released recorded interview, Kleiner's Tom Perkin's explains his theory of quid-pro-quo with politicians. His words will make anyone shudder with fear about the fact that these types of Machiavellian billionaires actually exist. In fact, Kleiner Perkins and their festering child: Google, are all comprised of these kinds of warped, power-mad minds.

The firm was named after its four founding partners: Eugene Kleiner, Tom Perkins ("Poor people are Nazi's.."), Frank J. Caufield, and Brook Byers. Other notable members of the firm include partners John Doerr and tax evader Raymond J. Lane, as well as high-profile individuals such as Sun Microsystems co-founder Bill Joy (who joined as partner in January 2005), former U.S. Secretary of State Colin Powell (who joined in July 2005 in the newly created position of "strategic limited partner"), Vinod Khosla and former U.S. Vice President Al Gore, who joined as partner in November 2007[9] [10] as part of a collaboration between KPCB and Gore's firm Generation Investment Management (GIM) to promote green technology, business and policy solutions. Kleiner Perkins was, and is, the founder of the collusion group known as the Silicon Valley Cartel.

Feinstein backed Italian mobster John Molinari for the next new mayoral position. To hedge her bets, she also kept an inside deal going with candidate Roger Boas, also running for Mayor, and later indicted for racketeering and child prostitution. Molinari lost due to his connections to corruption, abuse of his daughter (Per a San Francisco Police Department report), his tenure of the Golden Gate Bridge district where embezzlement was also charged and his old-school North Beach mob connections. The Weiner-Gate and Epstein Sex Island scandals prove that under-age and twisted sex scandals are part and parcel of this crowd.All three were placed under permanent surveillance by the FBI and multi-agency task force groups.

Feinstein had a number of "bag-men" who delivered cash to her through various outlets. The Coblentz law firm was one such avenue of payola. The most notorious bag-man was James Bronkema, the head of the San Francisco Chamber of Commerce and a co-conspirator of Molinari's on the Golden Gate Bridge District Board. Bronkema received massive funds from David Rockefeller, under various trusts and hotel guises, which Bronkema relayed to Feinstein for real estate favors. Bronkema's mistress, Patricia Novak, the head of the San Francisco Fair, along with her girl friends, recall Bronkema as a

tough character who threatened to "turn you into a headless body floating in San Francisco Bay" if you got on his bad side.

A testament to the Bronkema/Rockefeller/Feinstein play are the bridges that run between the Embarcadero Center buildings, above the roads in San Francisco. Rockefeller wanted those bridges but no other San Francisco developer was allowed to have them. This was per Feinstein's machinations on behalf of her Rockefeller-ian benefactor. "She's a bitch", decried real estate developer Walter Shorenstein, "But she's Rockefeller's bitch". Both the Embarcadero Center and the Golden Gate Bridge's stand as permanent reminders of the beginning of this epoch of corruption.

Feinstein later found a new "Bag-man" named Richard Blum. His billions financed her move to the U.S. Senate with hopes of placing her in the White House. In exchange, she tripled his billions with public policy decisions that almost exclusively benefited Blum's companies.

Feinstein made a deal with Silicon Valley's Elon Musk, facilitated by Kleiner Perkins. She took a plot of land in Fremont, California which her family 1.) ran the real estate company for, 2.) the construction company for, 3.) the lobbying for, 4.) the HR firm for and 5.) other services for. The conflicts-of-interest stagger the imagination. She put Solyndra and Tesla side-by-side on that land and her family grabbed the stock market warrants and lobbying cash for both of the companies. Solyndra failed and got raided by the FBI after $500+M of taxpayer cash went sideways. Because Barack Obama's campaign was financed by The Silicon Valley Cartel, The White House ordered AG Eric Holder and AG Loretta Lynch to shut down the further investigations of Solyndra, Tesla and the rest of the Cleantech Crash Cartel disasters. The cover-up makes Watergate pale in comparison.

Feinstein helped Cartel member Elon Musk get part of NASA shut down and then get handed the very same NASA contracts that NASA was just curtailed from doing. It was amazing quid-pro-quo. Feinstein would stop at nothing to scrape from the pig trough of state and federal cash.

The media outed Feinstein and she never made it to the White House. The internet has dubbed her: *"The most corrupt living politician in America"*. While Feinstein has faded, the Silicon Valley Cartel has tripled in size and power. With payrolls of $200 million dollars a day, Kliener, Google and the Kleiner portfolio could order worker bee's to do a lot of damage by trolling blogs and pushing election perception manipulation. They did and they still do!

The Cartel did a study that showed that "edgy candidates like women or blacks could stand out in the media" so they jumped over to use Barack Obama, and then Hillary Clinton, for their government kick-back schemes. The campaign financing deal between the Silicon Valley tech titans goes like this: *"Silicon Valley rigs the internet and media to put you in office and you rig the government to give us insane amounts of cash, stock perks, federal contracts and monopolies"*

Kleiner Perkins created a Russian venture development group and courted the biggest mobsters in Russia. In fact, Silicon Valley's Steven Chu started handing taxpayer cash to the Russian billionaires Ener1, Severstal and other Russian mobster billionaire fronts until even Congress thought it was too overtly corrupt and shut him down. The heads of Russian Cartels were suddenly teaching The Silicon Valley Cartel a thing or two about rigging the system. Kleiner put their insider's Steven Chu, Matt

Rogers, Steve Spinner, and Steve Westly in charge of the U.S. Department of Energy pay-to-play gambit with orders to get billions of U.S. taxpayer dollars shipped exclusively back to the Silicon Valley Cartel while sabotaging all of the Cartel's competitors.

For all of it's lovely gardens and tree covered lands, Stanford University is America's corruption training ground. Date rapes thrive in Stanford frat houses. Cover-ups are guaranteed to protect rich family donors. A huge number of horrific executive sex scandals have shamed the campus over and over. China and the Middle East have poured billions of dollars of bribes into the place. The CIA runs the "*Stanford Research Institute*" program on campus. Hot young female interns that go "up-the-hill" to Sandhill Road can count on getting sexually extorted by the venture capital guys they try to work for. The majority of the "*business leaders*" from Stanford have ended up getting investigated for SEC, FCC, DOJ and FTC violations. Stanford University is where the worst-of-the-worst douche bags are formed!

The Silicon Valley Cartel gets most of their payola from skims off-the-top in investment bank scams and from stock market pump-and-dumps created by exploiting the free government money that they use to artificially hype the stock market valuations while Goldman Sachs and The Silicon Valley Cartel skim the momentary high-points on the Wall Street stock exchange.

These days, in San Francisco proper, almost every third City Hall official is under investigation for corruption. The current Mayor of San Francisco even had sex with one of the arrested goons. The FBI has been asked to pay "special attention" to the crony crime circuit of City Hall. Previous corrupt Mayor Ed Lee had a convenient heart attack at the grocery store.

Kleiner Perkins has always loved to steal federal funds under the guise of "It will help the nation".

The green-washing "Cleantech" *database* deals didn't work out so well so they moved their pitch to "Let's stop terrorists" with Plaintiffs *databases*. Kleiner had funded many *database* companies so Silicon Valley pitched Washington that all of their *database* companies could spy on every American and "see the future" like Tom Cruise did in the movie **Minority Report** and catch bad guys before they become bad".

This was just a scam to try to make their wasted *database* internet toys stay relevant. That scam has now failed too. Silicon Valley's "Big Data" has not only missed every single terrorist activity but it has steered law enforcement down wild goose chases and cost the consumer electronics industry a hundred billion dollars in losses because people hate being spied on. Big Data trying to accurately figure out what organic things will do is like trying to get the Amish to build nuclear reactors. The CIA has found out that you can generate lots of pretty bar graphs and flowcharts with Silicon Valley's tools but the outcome will be nonsense that has no prudent application in real life.

The newest Silicon Valley "Please-Buy-Plaintiffs-Databases" scam is "Driverless" cars. They need *databases* to track and spy on all of the drivers.

NO MEMBER OF THE PUBLIC wants driverless cars but The Silicon Valley Cartel gets Obama and Hillary to give them both DOT and DOE taxpayer cash for the facade driverless car

projects while they sell their lithium ion batteries, from the Afghanistan lithium fields, that they have monopolized. Great! Apple, exposed in the media in this scheme, was recently forced to cancel it's car project which was also diving for federal handout dollars.

With modern AI-based forensics, any investigator can now see how these Silicon Valley Cartel dirty payola deals work, who did them, how the money is hidden and who the beneficiary trails lead to, in a series of articles.

Everyone in the world is now aware of the fact that John Doerr, Dianne Feinstein, Elon Musk, Larry Page and Eric Schmidt rig elections, White House decisions and the direction of the use of U.S. Treasury funds. The emails and FBI documents prove it. How long can Americans tolerate the use of 40% of their paychecks to pay for John Doerr's private jets? That remains to be seen.

The Golden Gate Bridge 50th Anniversary Bash was an extravagant party created to skim funds for the political campaigns of Roger Boas, John Molinari, Dianne Feinstein and their friends. The political crooks on the corrupt Golden Gate Bridge Board, hounded by Gene Pratt of Marin, tried to push a twenty two million dollar party that should have only cost $200,000.00. The majority of the money was originally planned to be skimmed, payola-ed, and back-door conduit-ed, as Dark Money, to these politicians.

Roger Boas was indicted for embezzling city funds from Moscone Center and running an underage whore-house (with an SFPD official) for City Hall officials.

The Golden Gate Bridge Board was publicly shamed into canceling the scam and down-sizing to a slightly less crony operation.

John Molinari was placed under FBI watch, was charged with abuse of his daughter, who was removed from his home by the Police, and forever monitored for corruption. His offices and rentals at Van Ness and Golden Gate Avenue, in San Francisco, were bugged.

Bridge Director, James Bronkema (David Rockefeller's "bag man" on the West Coast) tried to make his mistress: Patricia Novick, the Producer of the party but that plan got outed. Bronkema and the Coblentz law firm were placed under watch for Dark Money political shenanigans.

Dick Blum was suggested as the provocateur who got Dan White to kill Harvey Milk and Mayor George Moscone in order to get Dianne Feinstein her position in government. San Francisco private investigator Paul Kangas has some theories about the whole Moscone and Feinstein mess. San Francisco lawyer Harmeet Dhillon has other theories.

The Golden Gate Bridge scandal was typical of every major project in the Bay Area.

During this period, the San Francisco oligarchs, elitists and gatekeepers who control crony capitalism in San Francisco included:  Janet Reilly and Clint Reilly (who the lead characters in the House Of Cards TV series were based on); Ed Lee; John Molinari; Roger Boas; Dick Blum; Vinod Khosla;

Anybody named Haas or Getty; Charlotte Maillard; Ed Shultz; Henry Kissinger; Will Hearst; Nancy Pelosi; Dianne Feinstein; Kathryn Feinstein; Scott Weiner; Darcy Brown; Stewart Brand; Joseph Costello; Carl Livingston; Henry Adams; Wally McCormick; Bob McKeen; Jean Bricker; Richard Thieriot; Wilkes Bashford; James Bronkema; William Ball; Gordon Bellis; Frances Bowers; Donna Casey; Gretchen Cebrian; Tina Cella; Lawrence Chickering; Sheldon Cooper; Charles Crocker; Edwin Cutler; Myron Du Bain; Coburn Everdell; Donna Ewald; John Gamble; William Gaylord; Richard Graff; Reid Hoffman; Ann Getty; Anthony Hale; Matilda Kunin; Wendy Linka; Mary Moulton; William Newsom; John Owsley; Bokkara Patterson; Juan Reynal; Steven Swig; Anyone named Thieriot; Wilfred Von Bulow; Michael Whitman; Brayton Wilbur; Rita Barela; John  Brunelle; John Calori; William Coblentz; Joseph V. Costello; John Diefenbach; Myron Dubain; Frank Woods; Mort Feld; T. Jack Foster Jr; Gordon P Getty; James Gilleran; John Goy; Evie Haas; Bryan Hemming; John Jacobs; Fritz Jewett; Ray Jones; George Keller; Art Kern; Bob Lansdon; Arthur Latno; Robert Leefeldt; Bob Lurie; Malcom MacDonald; Dan McCall; Wallace McCormack; Rich Miller; Elizabeth Pfau; Forette Pomeroy; David Ringler; Hadley Roff; Norman Rosenblatt; Albert Schlesinger; Steven L. Swig and a whole pack of related insiders.

Now, as they die off, the whole story can be revealed. Part of that story is based on interviews and meetings with some of them. People like Tom Perkins, James Bronkema, Roger Boas, Melvin Belli and others, ultimately regretted their crimes, or corruptions, and went on-the-record, near the end of their days.

This project's "*insurance policy*" (now posted globally in encrypted torrent files) is based, in part, on their recordings…

# Why Silicon Valley CEOs are such raging psychopaths

By Eric Spitznagel



Silicon Valley has a psychopath problem -- exemplified by the bad behavior of notorious tech CEOs such as Mark Zuckerberg, Elon Musk and Elizabeth Holmes. NY Post photo composite/Mike Guillen

**Sex, drugs & start-ups: Inside Silicon Valley's doomed creative culture** ( https://nypost.com/2020/08/29/sex-drugs-start-ups-inside-silicon-valleys-doomed-creative-culture/)

**Tech CEO enrolls in anti-racism school after tirade** ( https://nypost.com/2020/07/12/tech-ceo-enrolls-in-anti-racism-school-after-restaurant-tirade/ )

**Waitress speaks out on tech CEO's racist rant on Asian family** ( https://nypost.com/2020/07/09/ca-waitress-tells-why-she-canceled-tech-ceos-racist-rant-on-asian-family/ )

Maëlle Gavet, a 15-year veteran of the tech industry, recalls an unsettling conversation she had at a Silicon Valley cocktail party in 2017.

Gavet was chatting with an early investor at Uber and mentioned some of the disturbing news surrounding the company's co-founder and CEO, Travis Kalanick. There were revelations about spying

180

on passengers, sexual harassment, a toxic macho work culture, and according to Kalanick's own friends, his "aspirational baller syndrome."

The investor, Gavet told The Post, just laughed and said, "Oh, no, he's so much worse than anybody knows." Gavet was nonplussed, asking the investor why he chose to do business with somebody so unrepentantly awful.

"He may be an asshole," the investor told her. "But he's my asshole."

This was just one of the many interactions that inspired Gavet to write her new book, "Trampled by Unicorns: Big Tech's Empathy Problem and How to Fix It" (  https://www.amazon.com/Trampled-Unicorns-Techs-Empathy-Problem/dp/1119730643?tag=nypost-20  ) (Wiley), out Tuesday. Though Kalanick was ousted as Uber's CEO in 2017 and stepped down from the company's board of directors earlier this year, his psychopathic behavior is all too common among Big Tech execs, Gavet writes.

Enlarge ImageUber's ex-CEO Travis Kalanick has been accused of spying on passengers and building a toxic macho work culture.NY Post composite/Mike Guillen

According to the Hare Psychopathy Checklist — the universally accepted diagnostic tool used to assess this disorder — a psychopathic personality includes traits such as a grandiose sense of self-worth, a lack of remorse or guilt, poor behavioral controls, pathological lying and a lack of empathy.

These attributes aren't just present "but celebrated in Silicon Valley," says Gavet, who once held the position of executive vice-president of global operations for Priceline Group, among other roles.

News of bad behavior by Silicon Valley CEOs — from Elon Musk's tweeting out misinformation about the pandemic to WeWork co-founder Adam Neumann now being probed by the New York state attorney general over allegations of self-dealing — has recently become so frequent, it's considered normal.

Take Theranos CEO Elizabeth Holmes, known for her eerie lack of blinking and an allegedly faked baritone voice. Once a Silicon Valley darling, she became a self-made billionaire by promising her blood-testing company would revolutionize health care with innovative finger-prick tests that delivered quick, painless, cheap results. But her claims were a lie. She now stands accused of fraud and is reportedly planning to make an insanity plea when she goes to trial this March.

Through the power of her psychopathy, Holmes convinced many — including veteran investors and politicians — "of her 'messianic vision' to defy reality with her 'miracle' blood-testing kit," Gavet writes.

Research by the FBI found that companies managed by psychopaths tend to have decreased productivity and low employee morale. In fact, Silicon Valley's psychopathic traits "trickle down through entire organizations," says Gavet. "In effect creating psychopathic companies."

181

Enlarge ImageWeWork co-founder Adam Neumann is being probed by the New York state attorney general over allegations of self-dealing.NY Post composite/Mike Guillen

This is enabled by an "infantilized culture" at many start-up companies, where employees become accustomed to working in "hyper-privileged bubbles where their every whim is catered to and every need anticipated," she writes.

At Google, for instance, employees are treated to nap pods, free massages and a luxury hotel-style concierge service to run errands. The biotech firm Genentech reportedly offers perks like on-site car washes, haircuts, spa treatments and even a dentist.

"By sheltering these guys in this little cocoon or womb, it kind of emphasizes that young male problem, where Mom takes care of everything," says Richard Walker, professor emeritus of geography at the University of California, Berkeley, and a veteran Valley-watcher. "It's kind of magical, where food just appears, and 'If my treat isn't there it's because Mom forgot to provide it!' "

And it's resulted in a serious lack of empathy, writes Gavet.

In February 2018, a 61-year-old livery driver shot himself in front of City Hall in lower Manhattan, claiming he'd lost his livelihood because of competition from Uber cars. "I will forever remember the reaction of two of my friends working at Uber at the time," says Gavet.

"During a dinner party, I asked how they felt about the suicide, and they were both like, 'It's sad, but it's the cost of disruption.' "

It's an excuse she's heard repeatedly. "I can't tell you the number of times I've heard people in Silicon Valley dismiss something horrible they may have caused with, 'That's the cost of disruption,' " she says. "They're like, 'Yeah, it's awful, but we're trying to make the world a better place, so it's OK."

> His legacy has cultivated an indelible association between being a jerk and a genius.
>
>  - Maëlle Gavet on Steve Jobs

While that behavior can be found in any industry, from Wall Street to mass media, Gavet says it's particularly embedded and hard to fix in tech, "because it tends to take root at the early stages of a start-up."

"The types of things I witnessed over the years include the work hard/play hard attitude, epitomized by a culture of booze-fueled partying; recklessness; the prioritizing of hyper-growth over sustainable profits; and demeaning comments about women and minorities," she writes.

The examples of it are abundant, from Facebook CEO Mark Zuckerberg's non-apology after the Federal Trade Commission fined his company $5 billion for allowing Cambridge Analytica to mine user data for political purposes, to Jeff Bezos complaining during an engineer's presentation, "Why are you wasting my life?"

But some of the more glaring examples happen behind the scenes. Gavet spoke with a content moderator for Facebook, who worked for the company between 2017-2018 and looked for hate speech and graphic violence on the platform. He recalled flagging an image posted of a massacre in Southeast Asia.

Enlarge ImageAmazon CEO Jeff Bezos once said to an engineer during a presentation, "Why are you wasting my life?"NY Post composite/Mike Guillen

"There was an image of a baby with somebody's foot on its chest," he said. "I had decided that was a dead baby because it wasn't fighting back." But his auditor felt otherwise, insisting there was no proof that the baby was dead, and the photo remained.

Content moderators get a quality score and every image they mistakenly flag is a ding against their score. The result can be dehumanizing, according to Gavet.

"Imagine arguing about whether a baby is dead because you don't want to get your quality score down," she says. "All you care about is getting the point back, not whether the baby is dead."

The moderator who spoke to Gavet was later diagnosed with PTSD and is now suing Facebook.

The patron saint of Big Tech douches, the one who inspired an entire generation of start-up entrepreneurs to put their worst face forward, was late Apple co-founder and CEO Steve Jobs. He disliked wearing shoes (or showering), preferred parking in handicapped parking spots and once motivated employees by calling them "f–king d–kless assholes."

"His legacy has cultivated an indelible association between being a jerk and a genius," writes Gavet. "Which has ballooned to the point where many people believe that a founder-CEO, in particular, actually has to be a jerk to be a genius."

She calls it the Steve Jobs Syndrome, and she's witnessed both powerful and up-and-coming tech exes believing in the myth like it's doctrine. Theranos CEO Holmes ruthlessly copied Jobs — not just by wearing black turtlenecks — but also by following his example of persuading people "to believe he was a prophet even when he was wrong," Gavet writes.

Enlarge ImageLate Apple CEO Steve Jobs preferred parking in handicapped parking spots and once motivated employees by calling them "f–king d–kless assholes."NY Post composite/Mike Guillen

Gavet recalls working with a high-profile tech founder — she was overseeing the company's acquisitions — and "every time I called him out on his lack of empathy and humility, which clearly led to many disastrous decisions, he would say to me, 'Steve Jobs didn't build Apple by being humble and caring about people.' "

These myths wouldn't survive if the CEOs alone believed them. Former WeWork CEO Neumann was celebrated in the media for his audacious leadership style — from barefoot strolls through Manhattan to offering his employees tequila shots and Run DMC concerts in the office.

But Neumann's success was a mirage. "He made millions leasing buildings he partly owned back to WeWork," Gavet writes. He also bought the trademark to the word "we" and then sold the trademark use to WeWork, his own company, for $5.9 million.

After initially being valued at $47 billion in January 2019, WeWork's worth reportedly dropped to $10 billion in September that same year. But when Neumann stepped down as CEO, he was paid $185 million as a "consulting fee."

Neumann isn't the only CEO who's been rewarded for actively making things worse for investors. In early May, Tesla CEO Musk tweeted, "Tesla stock price is too high, IMO." Within an hour of his tweet, the Tesla share price plummeted 10 percent, wiping $14 billion off the company's stock market value. One investor tweeted back at Musk, "Dude … I just lost $10k because of this tweet. Wtf is wrong with U?"

Not only is Musk still Tesla's CEO, but his net worth also jumped this summer to $103 billion, up from $22.4 billion last year, making him the third-richest person in the world.

Enlarge Image

For anything to change, Gavet argues that companies need to take a more empathetic approach.

"They need to hire differently, promote differently, reward differently," she says. "I'm an optimist, but I'm also a capitalist. I believe there are ways to make a company more empathetic, more reasonable, a force of good in the world. And I believe in the long run, that would actually be beneficial for the businesses."

She sees evidence of it happening already. Tim Bray, a celebrated engineer at Amazon and their onetime vice president of Web Services, quit his job in May because of the "toxicity running through the company culture," as he wrote in a blog post.

"I choose neither to serve nor drink that poison," he wrote.

Bray isn't alone in recognizing the toxic culture, but many are unsure how to take a stand.

"Some of the CEOs I'm close to — and I still think they are, to a large extent, psychopaths — they're struggling," says Gavet. "They tell me, 'It feels like I'm damned if I do, damned if I don't.' They get criticized for being too aggressive, but when they try to be empathetic, they're criticized for being too soft."

The trend of psychopathy at the top of Big Tech won't be "disrupted," Gavet says, until we stop expecting the next Steve Jobs to be as abrasive and psychotic as, well … Steve Jobs.

*Joel B. Pollak notes that former Vice President Joe Biden promised earlier this month that his climate change policies will bring new jobs — "good, paying union jobs." He has made — and broken such promises before.*

In 2009, Biden promised (  https://www.youtube.com/watch?v=5g_6TYULxMg  ) that $529 million in new Department of Energy loan guarantees to Fisker Automotive to produce electric cars in Delaware would provide "billions of dollars in good, new jobs." Four years later, Fisker filed for bankruptcy — without producing a single car in the U.S.

As Breitbart News reported (  https://www.breitbart.com/politics/2013/11/23/obama-admin-picks-green-energy-loser/  ) at the time, Fisker was granted the loan guarantees to produce a hybrid sports car called the "Karma" for the luxury auto market, with a price of $103,000. High-profile political figures lobbied for the deal. Fisker filed for bankruptcy failed in 2013 and taxpayers lost $139 million on the venture. Republicans noted: "The jobs that were promised never materialized and once again tax payers are on the hook for the administration's reckless gamble."

Along with failed solar panel manufacturer Solyndra (
https://www.breitbart.com/politics/2011/09/19/solyndra-scandal-hits-obama-white-house/  ) , Fisker was one of the highest-profile failures of the stimulus, which Biden oversaw (
https://www.npr.org/2020/04/06/828303824/a-look-back-at-how-joe-biden-managed-the-2009-stimulus-package  ) , and which he has touted on the campaign trail as proof of his ability to handle America's economic recovery.

Moreover, Vice President Biden admitted pushing for Fisker to build its new "Karma" plant in his home state of Delaware.

As the *Wall Street Journal* reported (  https://www.wsj.com/articles/SB126074549073889853  ) : "A spokeswoman for Mr. Biden said that he had made no direct appeals to DOE [Department of Energy] on Fisker's behalf before the loan was approved, though he did talk to the company several times afterward to put in a plug for his home state."

The Delaware site, an old GM plant, was located across the continent from Fisker's corporate headquarters in Southern California.

The *Washington Post* noted (  https://www.washingtonpost.com/cars/fisker-an-influential-disaster/2013/04/05/a7438a0a-9e21-11e2-9219-51eb8387e8f1_story.html  ) :

> Even current Vice President Joe Biden was drawn into the Fisker debacle. To build its planned Project Nina vehicle–to be dubbed the Atlantic–Fisker maneuvered itself into a purchase of a former GM plant in Wilmington, Del., that had once built the smart Pontiac Solstice and Saturn Sky roadsters. The plant was one of many properties split off during GM's 2009 bankruptcy filing, and was to be sold as a part of the "old GM." While the plant had some physical advantages of being near a port, it had several big disadvantages–namely, it was a world away from Fisker's U.S. headquarters in California, needed expensive retooling, was far too large for the task at hand, and was ostensibly more expensive to retrofit than some other "old GM" properties, such as Doraville, the suburban Atlanta plant that once built GM minivans.

The Wilmington plant did have the huge advantage of lying in Vice President Biden's backyard. Lobbying by all local politicians is said to have won the day for the Wilmington plant, but like much of Fisker's financial history, the details are blocked from view. Vice President Biden would not respond directly to questions about Fisker posed by ABC News, ( http://abcnews.go.com/Blotter/fisker-build-electric-cars-us/story? id=16458585#.UAY9T7TY8rV ) his office insisting only that he supported the ATVM [Advanced Technology Vehicles Manufacturing] program–but failing to address how a site from his hometown was given a Federally-backed reprieve.

As the left-wing *Nation* later noted ( https://www.thenation.com/article/archive/biden-delaware-way-graft/ ) , the new Fisker facility was less than five miles from Joe Biden's Delaware home.

Biden proudly announced ( https://www.energy.gov/articles/vice-president-biden-announces-reopening-former-gm-boxwood-plant ) the deal in 2009: "We knew that we needed to do something different – in Delaware and all across the nation." He declared ( https://abcnews.go.com/Blotter/car-company-us-loan-builds-cars-finland/story?id=14770875 ) : "We're making a bet on the future, we're making a bet on the American people, we're making a bet on the market, we're making a bet on innovation." When Fisker won the loan, Biden celebrated ( https://abcnews.go.com/Blotter/car-company-us-loan-builds-cars-finland/story?id=14770875 ) : "The story of Fisker is a story of ingenuity of an American company, a commitment to innovation by the U.S. government and the perseverance of the American auto industry." He proclaimed ( https://investigativeresearchcenter.org/hunter-biden-listed-as-fisker-creditor-raising-questions-about-green-energy-boondoggle/ ) : "This is seed money that will return back to the American consumer in billions and billions and billions of dollars in good, new jobs."

It was a pledge that would be described ( https://www.canadianbusiness.com/companies-and-industries/the-ode-fisker-automotive-2007-2013/ ) , in retrospect, as "delusional."

Fisker produced exactly zero ( https://www.youtube.com/watch?feature=player_embedded&v=KAyc-8qGpv0 ) cars in the U.S. Instead, it produced ( https://abcnews.go.com/Blotter/car-company-us-loan-builds-cars-finland/story?id=14770875 ) its first cars in Finland. In addition to the losses for the federal taxpayer, Delaware had committed ( https://whyy.org/articles/delawares-hope-for-fisker-rests-with-chinese-billionaire/ ) over $20 million to the deal by the time the company filed for bankruptcy in 2013.

Biden learned nothing from the Fisker fiasco. In his climate speech, he promised once again to promote electric vehicles, saying he would deliver ( https://www.rev.com/blog/transcripts/joe-biden-climate-change-speech-transcript-september-14 ) "more than a million new jobs in the American auto industry."

We have heard such promises before… The politicians turned out to have lied in order to profit on insider trading.

## How Palo Alto, California Became Populated Entirely By Assholes?

Stanford University graduates are inspired by the likes of corrupt Elon Musk and corrupt Italian Prime Minister Silvio Berlusconi—the forerunner of the media-manipulating populist-criminal-strongman trend that's recently swept through Western nations—or passages discussing Facebook, Twitter and Google's prioritization of profit over their responsibility to safeguard democracy from hate speech and disinformation. Eric Schmidt, Larry Page, Elon Musk, Jack Dorsey, Reid Hoffman, John Doerr, Vinod Khosla and Mark Zuckerberg are the embodiment of this problem, given that their flouting of rules and standards of common decency—has made it appear acceptable, and in fact rewarding, to act in the worst possible manner as a means of achieving one's selfish ends. Their Silicon Valley is the pit of American assholery.

To grasp that argument, one need only listen to Silicon Valley Assholes: A Theory's basic description of an asshole. As many state, "The asshole is the guy who allows himself special advantages in Bay Area cooperative life out of an entrenched sense of entitlement that immunizes him against the complaints of other people." In other words, he's the individual—generally male, although as John Cleese candidly admits, his mother probably was one too—who thinks the general rules don't apply to them because they're somehow smarter, better, or more special than their fellow citizens. James' example is a surfer who violates the right-of-way customs in the ocean. Yet the type is universal, whether in line at the grocery store, on the road in traffic, or at work. They're the arrogant creeps convinced they're fundamentally superior, and thus free to conduct themselves in whatever way they see fit. That IS the essence of  such attitudes, according to the Silicon Valley Assholes Process aren't confined to law enforcement. Stanford University Fraternities are breeding grounds for horrid group-think mindsets about women and sex. The tech financial sector encourages greed, ruthlessness, and vulgarity as the best way to get ahead. Google executives champion initiation-ritual abuse in service of its own greater good. You can see the movies: Animal House, The Wolf of Wall Street and Full Metal Jacket to see the underscore of the notion that these milieus are all rife with a similar brand of assholery in which arrogance and entitlement justify all manner of despicable ideas and deeds. Every major rape fraternity in the USA eventually sent those abusive boys to run Sandhill Road venture capital companies and Google or Facebook departments.

The most compelling—and enraging—realities concerns Silicon Valley, where Mark Zuckerberg and like-minded CEOs have bred a culture of trampling on competitors, laws, historical norms, and the bedrock tenets of democracy in pursuit of additional eyeballs, clicks, and revenue streams. In a place where young men team up in a desperate quest to develop the innovative next big thing that'll turn them into tech moguls ("bro-gramming"), nothing matters but the self-centered end goal. And though Facebook, Twitter, Google, Kleiner Perkins, Greylock and their ilk could alter this landscape by simply cracking down on the horridness that permeates their platforms, they choose not to because of the negative financial consequences and their lust for hookers, private jets and cocaine.

187

(See more in next revision...)

# Running The Scams

The public must continue to terminate these felony organized crimes by major public officials and Silicon Valley oligarch tech mobsters! (  https://www.breitbart.com/tech/2020/08/31/deleted-big-techs-battle-erase-trump-movement-steal-election/ )

Taxpayers must use the internet to publicly shame them! The public must boycott their companies and crash their stock! Voters must demand their arrests and indictments. Citizens must join together in one voice to make it illegal for politicians to own stock because that is how bribes are now paid! ( https://www.yahoo.com/lifestyle/insider-trading-rife-no-regulators-090007170.html )

State and federal officials defrauded citizens out of millions of dollars of their life-savings and then attacked those taxpayers for reporting the crimes! those officials then put the profits and stock market funds from those crimes in their own, and their families, corrupt monopoly pockets! ( https://www.msn.com/en-us/money/markets/monopoly-power-lies-behind-worst-trends-in-us-fed-study-says/ar-BB186Jq0?ocid=uxbndlbing )

**Their attacks against individuals were their downfall.** FBI-class forensic evidence has shown that there were only a few people who could have operated, financed and run command-and-control of the attacks. The money, the bribes, the beneficiary profit tracings, the instructions, their covert communications, the stock market owner-ships, etc.; all trace back to the same handful of people who are all business and political manipulation partners. Their attacks boomeranged back to point straight at the attackers! The evidence is clear!

It seems like the stonewalling never ends. Famous California and Washington DC politicians ran these crimes along with big tech oligarchs!

Huge cover-ups (  https://www.documentcloud.org/documents/6827837-States-Newsroom-1023-Application-Materials.html ) are underway but they will never be allowed to get away with it! they are being exposed by these crowd-sourced investigations that use 100% legal law enforcement and intelligence technologies !

**U.S. Government Proves That Rogue CIA And FBI Agents Exist And Use Government Agencies For Revenge Hit Jobs; Just As Plaintiffs Asserted When Plaintiffs Proved SSA, DOJ, DOE Agencies Found To Run Vendettas On Citizens Who Spoke Up About Corruption - Durham Case! https://townhall.com/tipsheet/katiepavlich/2020/08/14/breaking-the-first-durham-indictment-is-here-n2574370 )**

-------------

*Jeffrey Epstein* is dead, *Raj gupta* has been jailed, *Steve Rattner* was indicted, *James Bronkema* is dead, *Roger Boas* is dead....but those were just the **tip of the ice-berg**. *Eric Schmidt, Larry Page, Elon*

***Musk*** and their crooked senators are still running around doing the same old crimes and corruption via their network of dirty tricks operatives.

In one of the whistle-blower complaints about State and Federal officials conduct in stimulus programs, Plaintiffs made repeated attempts to inform executive leadership and legal advisers about questionable activities of those officials. Plaintiffs have all of the needed additional evidence to back up their allegations against these officials.

Concerned parties have been blocked from reporting the activity to Offices of Legal Affairs, in violation of the law. In retribution, A number of parties had tax-payer financed revenge programs launched against them using State and Federal resources. Plaintiffs directly witnessed much of the behavior and reported it, personally, to the FBI at their offices. Plaintiffs have made top law enforcement and intelligence officials aware of these concerns on repeated occasions. To Plaintiffs knowledge, none of the agencies ever took action to resolve the issues, and several of them specifically directed subordinate staff to continue facilitating questionable activities after the concerns were raised. Plaintiffs witnessed the concerning activities in Washington, D.C., New York, California and in activities with overseas parties.

White House Staff including Rahm Emanual, Bill Daley, Jay Carney, Robert Gibbs, Steve Rattner, David Axelrod, John Podesta, et al; and The Secretary of Energy Steven Chu and the Chief Counsel for the United States Department of Energy Daniel Cohen and Bill Cooper were, (from 2007 forward), either financed by, friends, with, sleeping with, dating the staff of, holding stock market assets in, promised a revolving door job or government service contracts from, partying with, personal friends with, photographed at private events with, exchanging emails with, business associates of or directed by; Plaintiffs business adversaries, or the Senators and Department of Energy politicians that those business adversaries pay campaign finances to, or supply political digital search manipulation services to. Criminal U.S. Senators coordinated and profited in these schemes. Their own family members have now supplied evidence against them. Nobody is allowed to "*win*" government funds ***unless*** they are friends and stock market partners with certain U.S. Senators. Even if your application metrics beat every single other competing Applicant, you will get lied to and defrauded by Department of Energy and White House officials. You will be told that you have a "*fair chance*", **but** all of the money is secretly hard-wired to a business partner of a Pelosi or Feinstein and you will just waste your time, staff resources and payroll waiting for years on promised funds that will never come.

From 2007 forward, The White House and The Department Of Energy were controlled by the Silicon Valley tech oligarchs for monopolistic profiteering! (ie: You could not swing a cat in the Obama White House without hitting a Google executive or an ex-lover of Eric Schmidt) That is a violation of the law, the Constitution and the American Way.

**SEE THIS REPORT TO CONGRESS:**
How Google Controls Government Policy And Process In America FREE.pdf

( http://american-corruption.com/How%20Google%20Controls%20Government%20Policy%20And%20Process%20In%20America%20FREE.pdf )


*GOGGLE HAS BRIBED EVERY POLITICIAN; HOW DO THEY GET AWAY WITH SUCH CORRUPTION?…"* ( *https://www.theamericanconservative.com/articles/the-conservative-inc-to-big-tech-pipeline/* )


**The Silicon Valley High-Tech Black-Listing Antitrust Litigation And Big Tech's Attacks On Democracy**

*"...****Who are*** *the criminal mobsters of Silicon Valley's democracy manipulation millionaires and billionaires known as "****The Commission****" (Also known as "The Paypal Mafia", The "Deep State", "The Silicon Valley Cartel")? Who are the elitist tax evader, sex freak, money-laundering,* **black-list** ( *https://www.mediaite.com/news/ex-google-engineer-says-glitch-blocking-websites-including-drudge-breitbart-could-have-revealed-a-mysterious-list/* )operating, Senator bribing, off-shore cash hiding, election rigging insiders who manipulate the system for their own insider trading schemes: Reid Hoffman, Larry Page, Sergy Brin, Elon Musk, Dustin Moskovitz, Mark Zuckerberg, Eric Schmidt, Laurene Powell Jobs, Steve Spinner, Steve Westly, Vinod Khosla, Andy Bechtolsheim, Brian Goncher, Cheryl Sandberg, David Drummond, Andy Rubin, David Plouffe, Tim Draper, Jeffrey Epstein, Gilman Louie, Ira Ehrenpreis, Tim Cook, McKinsey Consulting, Deloitte, Goldman Sachs, Jerry Brown, Richard Blum, James Breyer, John Podesta, Joe Lonsdale, John Doerr, Keith Rabois, Marc Andreesen, George Soros, Mario Rosatti, Martin LaGod, Michael Moritz, Viktor Vekselberg, Larry Summers, Pierre Omidyar, Tom Steyer, Steve Jurvetson, Steve Rattner and their CARTEL including their crooked lawyers and lobbyist mobs! They have "command and control and exclusive-beneficiary positions in ongoing, coordinated, criminal and anti-trust activities involving government and stock market funds...". Their crimes financially benefited Dianne Feinstein, Nancy Pelosi, Jerry Brown, Kamala Harris and Barack Obama and their stock market holdings, while harming their competitors on purpose. The securities and stock market records prove that it was crony corruption and payola. The sex crime victims of Cartel member Jeffrey Epstein ( https://www.dailymail.co.uk/news/article-8639501/Bill-Clinton-smiles-receiving-neck-massage-Jeffrey-Epstein-victim.html ) reported him to the DOJ a decade ago, yet nothing was done. Plaintiffs reported this Cartel in 2008, STILL, nothing has been done! These people have run a stock market and government funding State and Federal PONZI SCHEME in every "stimulus" from 2008 forward! They use free government money, stock valuation pump-and-dump and black-lists to make certain that no competitor can ever operate against them in any market. The more that the California Senators get to control Congress, the more they get to push laws that benefit companies owned by their spouses! By filling California up with illegal immigrants, enticed by the offer of "free stuff", Dianne and Nancy get to control federal policy by manipulating the census numbers. By controlling government decisions, Nancy and Dianne get to give taxpayer money*

*to their friends (Elon Musk, Eric Schmidt, Mark Zuckerberg, etc, who they own stock with) and deny that money to their competitors. They have a covert news and media network (* *https://www.opensecrets.org/news/2020/05/dark-money-networks-fake-news-sites/ ) that hides all news coverage about the crimes. Illegal immigrants equal control of the stock market profits for Nancy's, Kamala's and Dianne's investment banker husbands. It is as simple as that!…"*

## HOW THE U.S. DEPARTMENT OF ENERGY AND CALIFORNIA SENATORS CREATED THE LARGEST INSIDER TRADING SCHEME IN HISTORY

Companies in PR-hype industries sometimes have a history of reinventing themselves ( https://www.ft.com/content/8c46ff08-5522-469e-bc6c-4be08cdf9828 ). For Tesla Motors and Solyndra the potential transition from start-up to future energy monopoly was being facilitated by the government. Now Kodak has copied this corruption scam. The **U.S. DEPARTMENT OF ENERGY (DOE)** signed a letter of interest  (  https://www.dfc.gov/media/press-releases/dfc-sign-letter-interest-investment-kodaks-expansion-pharmaceuticals ) to provide hundreds of millions in favored-nation 'loans' to them to support the company's plans to produce green energy things for the U.S. domestic market. Thereafter, a series of ensuing events raised concerns about potentially illegal insider trading, and of an uneven level playing field for investors in U.S. stock markets. The immediate response by U.S. Congress was to investigate. The new KODAK Covid loan is the same kind of crime, which insiders learned they could get away with in the Obama **U.S. DEPARTMENT OF ENERGY.**

Whether the suspicious trading activity is a case of illegal insider trading activity is difficult to judge without further scrutiny by prosecutors. However, these new types of substantial loans from the government to private companies give rise to a new type of private information. While traditional corporate events, such as earnings announcements or corporate takeovers, are subject to strict rules about the disclosure of information and reporting requirements, it appears that the disbursement of government subsidies and grants falls into a grey area not effectively covered by existing rules. Thus, it is necessary to consider more transparent and consistent protocols on information disclosure to avoid providing unfair advantages to a select group of company insiders including California Senators and Energy Department staff.

Just one day before the official announcement of the loan, on July 27, Kodak's stock price jumped by about 25 percent on a trading volume of 1,645,719 shares, over five times the average daily trading volume in prior months. These unusual trading activities were likely attributable to the premature release of the news by several media outlets. (  https://www.wsj.com/articles/tweets-and-articles-sent-kodak-shares-surging-before-official-announcement-11596056729 )

Unusual trading activity also occurred in Kodak's stock options, even prior to the news leakage. The trading volume was especially strong in out-of-the-money (OTM) call options, which are set to profit especially from a positive jump in stock prices, with daily trading volumes of all OTM call options on

July 17, 20 and 27 that was more than ten times larger than average volumes since the beginning of 2020.

Kodak's executives and board members are also linked to controversial transactions. About one month before the announcement, on June 23, the company's executive chair and a director purchased over 50,000 shares   (  https://www.sec.gov/cgi-bin/browse-edgar? action=getcompany&CIK=0000031235&type=4  ) of the company's stock a day during the time when the company was negotiating loans with the government. In addition, four executives were granted stock options right on July 27, (   https://www.wsj.com/articles/kodaks-stock-surge-turned-insiders-options-into-potential-windfall-11596220862   ) just one day before the stock price skyrocketed. Prior to another major stock price drop, due to a freezing of the Kodak loan associated with the congressional investigation, a board member donated $116 million (   https://www.ft.com/content/6e7494c4-56cd-4121-8027-ecfc9586958c  ) in company shares, entitling the donors to a substantial tax deduction.

These events have alerted legislators and raised concerns that trades of investors may explain the suspicious activity with access to material non-public information. On August 3, Sen. Elizabeth Warren (D-Mass.) formally requested the Securities and Exchange Commission (SEC - https://www.warren.senate.gov/imo/media/doc/2020.08.03%20Letter%20to%20SEC%20re%20Kodak %20stock%20trades.pdf) to investigate the possibility of insider trading and violation of regulatory compliance rules. Two House committee chairs also launched their own inquiries, requesting detailed records from the loan provider, DFC. ( https://financialservices.house.gov/uploadedfiles/2020.08.04_h_cmtes_ltr_to_dfc.pdf)

Besides these valid outcries due to concerns about the potential for illegal insider trading, this turn of events raises a question of broad public interest.  Why was the usual protocol for the enforcement of news disclosure and insider trading regulations around corporate events not followed in this case? The announcement of the government-sponsored Kodak loan is no different from traditional corporate events, such as earnings disclosures, announcements of mergers and acquisitions, spinoffs, or new product announcements. It also involves secret negotiations in executive offices that give rise to the potential for trading on privileged information.

In the Kodak case, the private information was indeed material. The $765 million government loan it received amounts to 54 percent of the company's total assets, 78 percent of its annual revenue, and is 64 times larger than its annual operating cash flows, according to its most recent 10-K filing. (  https://www.sec.gov/Archives/edgar/data/31235/000156459020011408/kodk-10k_20191231.htm ) It is not surprising that such news boosted the stock price from about $2 to $60 in a matter of days. Another related issue is that the DFC and Kodak did not release the news at the same time. This lack of consistency in information disclosure makes it difficult to pinpoint when the information was publicly available.

The Kodak experience was not unique. The massive monetary and fiscal interventions ( https://www.imf.org/en/Topics/imf-and-covid19/Policy-Responses-to-COVID-19  ) that have been

announced in the U.S., Europe and elsewhere are likely to lead to similar types of sensitive news releases. The difference with respect to more traditional corporate announcements is that the government has a seat at the table. U.S. officials and their counterparts elsewhere are picking winners and losers in the disbursal of grants, loans and contracts. Thus, a new source of privileged information has emerged that raises the possibility that insiders may well profit from possession of such information before it is released to the market.

In the Department of Energy Cleantech Crash political payola quid pro quo, government money was used by Goldman Sachs and their clients for the following scams, EVERY SINGLE ONE OF WHICH was used in the Dept of Energy ATVM AND LGP funds manipulations.

# The Bribes Using The Stock Market:

***Every One*** of these financial scam tricks ( https://www.sec.gov/files/Algo_Trading_Report_2020.pdf  ) is used **daily** by the suspects in this case:

## ** The Silicon Valley Stock Scam Called: "*Pools*"

Agreements, often written, among a group of traders to delegate authority to a single manager to trade in a specific stock for a specific period of time and then to share in the resulting profits or losses."[5] In Australia section 1041B prohibits pooling.  ( https://en.wikipedia.org/wiki/Market_manipulation#cite_note-5 )

## ** The Silicon Valley Stock Scam Called: "*Churning*"

When a trader places both buy and sell orders at about the same price. The increase in activity is intended to attract additional investors, and increase the price.

## ** The Silicon Valley Stock Scam Called: "*Stock bashing*"

This scheme is usually orchestrated by savvy online message board posters (a.k.a. "Bashers") who make up false and/or misleading information about the target company in an attempt to get shares for a cheaper price. This activity, in most cases, is conducted by posting libelous posts on multiple public forums. The perpetrators sometimes work directly for unscrupulous Investor Relations firms who have convertible notes that convert for more shares the lower the bid or ask price is; thus the lower these Bashers can drive a stock price down by trying to convince shareholders they have bought a worthless security, the more shares the Investor Relations firm receives as compensation. Immediately after the stock conversion is complete and shares are issued to the Investor Relations firm, consultant, attorney or similar party, the basher/s then become friends of the company and move quickly to ensure they profit on a classic Pump & Dump scheme to liquidate their ill-gotten shares. (see P&D)

## ** The Silicon Valley Stock Scam Called: "_Pump and dump_"

A pump and dump scheme is generally part of a more complex grand plan of market manipulation on the targeted security. The Perpetrators (Usually stock promoters) convince company affiliates and large position non-affiliates to release shares into a free trading status as "Payment" for services for promoting the security. Instead of putting out legitimate information about a company the promoter sends out bogus e-mails (the "Pump") to millions of unsophisticated investors (Sometimes called "Retail Investors") in an attempt to drive the price of the stock and volume to higher points. After they accomplish both, the promoter sells their shares (the "Dump") and the stock price falls, taking all the duped investors' money with it.

## ** The Silicon Valley Stock Scam Called: "_Runs_"

When a group of traders create activity or rumours in order to drive the price of a security up. An example is the Guinness share-trading fraud of the 1980s. In the US, this activity is usually referred to as _painting the tape_.[6] Runs may also occur when trader(s) are attempting to drive the price of a certain share down, although this is rare. (see Stock Bashing) ( https://en.wikipedia.org/wiki/Guinness_share-trading_fraud )

## ** The Silicon Valley Stock Scam Called: "_Ramping (the market)_"

Actions designed to artificially raise the market price of listed securities and give the impression of voluminous trading in order to make a quick profit.[7] ( https://en.wikipedia.org/wiki/Market_manipulation#cite_note-7 )

## ** The Silicon Valley Stock Scam Called: "_Wash trade_"

In a wash trade the manipulator sells and repurchases the same or substantially the same security for the purpose of generating activity and increasing the price.

## ** The Silicon Valley Stock Scam Called: "_Bear raid_"

In a bear raid there is an attempt to push the price of a stock down by heavy selling or short selling.[8] ( https://en.wikipedia.org/wiki/Market_manipulation#cite_note-8 )

## ** The Silicon Valley Stock Scam Called: "_Lure and Squeeze_"

This works with a company that is very distressed on paper, with impossibly high debt, consistently high annual losses but very few assets, making it look as if bankruptcy must be imminent. The stock price gradually falls as people new to the company short it on the basis of the poor outlook for the company, until the number of shorted shares greatly exceeds the total number of shares that are not held by those aware of the lure and squeeze scheme (call them "people in the know"). In the meantime, people in the know increasingly purchase the stock as it drops to lower and lower prices. When the

short interest has reached a maximum, the company announces it has made a deal with its creditors to settle its loans in exchange for shares of stock (or some similar kind of arrangement that leverages the stock price to benefit the company), knowing that those who have short positions will be squeezed as the price of the stock sky-rockets. Near its peak price, people in the know start to sell, and the price gradually falls back down again for the cycle to repeat.

## ** The Silicon Valley Stock Scam Called: "*Quote stuffing*"

Quote stuffing is made possible by high-frequency trading programs that can execute market actions with incredible speed. However, high-frequency trading in and of itself is not illegal. The tactic involves using specialized, high-bandwidth hardware to quickly enter and withdraw large quantities of orders in an attempt to flood the market, thereby gaining an advantage over slower market participants. [9]  ( https://en.wikipedia.org/wiki/Market_manipulation#cite_note-9 )

## ** The Silicon Valley Stock Scam Called: "*Cross-Product Manipulation*"

A type of manipulation possible when financial instruments are settled based on benchmarks set by the trading of physical commodities, for example in United States Natural Gas Markets. The manipulator takes a large long (short) financial position that will benefit from the benchmark settling at a higher (lower) price, then trades in the physical commodity markets at such a large volume as to influence the benchmark price in the direction that will benefit their financial position.

## ** The Silicon Valley Stock Scam Called: "*Spoofing (finance)*"

Spoofing is a disruptive algorithmic trading entity employed by traders to outpace other market participants and to manipulate commodity markets. Spoofers feign interest in trading futures, stocks and other products in financial markets creating an illusion of exchange pessimism in the futures market when many offers are being cancelled or withdrawn, or false optimism or demand when many offers are being placed in bad faith. Spoofers bid or offer with intent to cancel before the orders are filled. The flurry of activity around the buy or sell orders is intended to attract other high-frequency traders (HFT) to induce a particular market reaction such as manipulating the market price of a security. Spoofing can be a factor in the rise and fall of the price of shares and can be very profitable to the spoofer who can time buying and selling based on this manipulation.

## ** The Silicon Valley Stock Scam Called: "*Price-Fixing*"

A very simple type of fraud where the principles who publish a price or indicator conspire to set it falsely and benefit their own interests. The Libor scandal for example, involved bankers setting the Libor rate to benefit their trader's portfolios or to make certain entities appear more creditworthy than they were.

## ** The Silicon Valley Stock Scam Called: "*High Closing (finance)*"

High closing is an attempt to manipulate the price of a security at the end of trading day to ensure that it closes higher than it should. This is usually achieved by putting in manipulative trades close to closing.

## ** The Silicon Valley Stock Scam Called: "_Cornering the market_"

In cornering the market the manipulators buy sufficiently large amount of a commodity so they can control the price creating in effect a monopoly. For example, the brothers Nelson Bunker Hunt and William Herbert Hunt attempted to corner the world silver markets in the late 1970s and early 1980s, at one stage holding the rights to more than half of the world's deliverable silver.[10] ( https://en.wikipedia.org/wiki/Market_manipulation#cite_note-TEXAS-10 )  During the Hunts' accumulation of the precious metal, silver prices rose from $11 an ounce in September 1979 to nearly $50 an ounce in January 1980.[11] ( https://en.wikipedia.org/wiki/Market_manipulation#cite_note-NYT-11 ) Silver prices ultimately collapsed to below $11 an ounce two months later,[11] much of the fall occurring on a single day now known as Silver Thursday, due to changes made to exchange rules regarding the purchase of commodities on margin.[12] ( https://en.wikipedia.org/wiki/Market_manipulation#cite_note-TimeBubble-12 )

## ** The Silicon Valley Stock Scam Called: "_The Conduit Double Blind_"

In this scam, government money is given to a Tesla, Solyndra, etc. who then money launder the cash through executive-held 501 c3 and c4 charities; and company assets and then provide **_DARK MONEY_** cash and services to political campaigns like Obama and Clinton election funds. In the case of Tesla, Google (an investor and boyfriend of Musk) supplied billions of dollars of web search rigging. Stock ownership in the companies and deals is traded for campaign funds. David Brock is a master of this kind of Dark Money money-laundering for political campaigns using PACS and pass-through spoofing.

Tesla and Solyndra investors have used ALL of the above tactics and more. Goldman Sachs and JP Morgan have thousands of staff who PROVIDE these stock market manipulation tricks to people like Elon Musk, Larry Page, Eric Schmidt, et al. These kinds of financial crimes and corruption account for the manipulation of over **_ONE TRILLION DOLLARS_** of ill-gotten profits annually!

Given the massive stimulus packages that are in force today and expected to be implemented going forward, regulators need to set clear guidelines for how and when such privileged information can be disclosed, and impose rigorous trading restrictions for investors with access to private information. Failure to do so always gives unfair advantage to some and damages the level playing field in financial markets.

To avoid providing such unfair advantage to selected executives, the SEC and the Department of Justice need to develop new procedures to incorporate potential illegal transactions derived from information about government intervention through diverse channels. Plaintiffs advocate for a more transparent and consistent protocol on information disclosure regarding government's loan programs to

prevent similar events from recurring. For example, the government could channel the release of news about COVID-19-related stimulus interventions through a common platform to prevent leakage from diverse sources and reduce information asymmetry among investors.

The DFC loan to Kodak is the first of its kind under the Defense Production Act but not the first ever because DOE already created the pump-and-dump scheme for tech oligarchs. Nobody should be surprised by Kodak trying a proven corruption scam. Since we are in unprecedented times, government agencies and regulators need to make changes to adapt to the current situation and fulfill their mission to ensure a level playing field for investors even during this difficult period. Regulation never happens in theses scams because most California Senators and their families profit from these crimes and corruption.

## The indisputable facts here are the assertions that the Silicon Valley oligarchs:

1. Control business and politics like a crime Cartel, and...

2. Are a white male fraternity who attack outsiders in organized and group-planned manners, and...

3. Come from dynastic families that systematically ran them through Stanford, Harvard and Yale men's clubs, and...

4. Were socially trained and programmed to operate in a closed, tribal, exclusionary manner, and...

5. Operated the "Angelgate" collusion scandal, the "Solyndra Scandal", etc., and...

6. Operated the "Silicon Valley High Tech Employee Collusion" for which they were sued in a famous class-action case, and...

7. Controlled the Obama Administration and the Obama White House and traded most key staff, back-and-forth, with that Administration, and...

8. Have been sued, indicted and charged in divorce proceedings with an unusually massive amount of sex trafficking matters, and...

9. Use the same 10 law-firms who have been charged with public policy manipulation, bribery and lobbying, and...

10. Control internet news, media and information, and...

11. "Own" certain U.S. Senators by virtue of direct bribe payments and securities/stock payola payments, and...

12. Use a variety of tools like GUST, Private Google Docs sites, covert Facebook pages and similar, to secretly conspire and plan collusion and organized monopolistic practices, and...

198

13. Have their venture capitalists spy on entrepreneurs and copy their technology to be deployed by Google, or Facebook under a new name, and...

14. Have over 150+ fake "charity" and hidden shell corporation entities that conduit money to political interests that promise to increase the oligarchs stock market valuations, and...

15. Are financing and using Jeffrey Epstein's, NXVIUM and many other underage sex cult's, and...

16. Are an interstate Mafia-like criminal organization operating in violation of felony-class organized crime laws, and...

17. Have hired the largest number of K Street and Sacramento lobbyists and political manipulators in history, and...

18. Are connected to multiple suspicious deaths from Seth Rich, to Gary Conley, to Rajeev Motwani, and many more, and...

19. Have had their secret files hacked by the Feds ( https://www.cnbc.com/2020/07/30/apple-amazon-facebook-google-internal-emails-released-by-congress.html )  and Chinese and Russian hackers (offered for sale on the Dark Web), and… more...


# The Key Suspects:

**These are the top corrupt parties** (*the worst of the bunch*) that engaged in these crimes and/or acted as compensated operatives for the command and control of these attacks on citizens and abuses of government. Plaintiffs personally witnessed many of them do these crimes. An AI surveillance and monitoring dossier, on each of them, is updated weekly and every additional illicit deed they engage in is reported to authorities:

**(- A.J. Delaurio** – Defamation-for-sale blogger **\*\*)(- Abound Solar** - Criminally corrupt crony campaign finance front operation. (Terminated**)(- Adam Dachis** – Defamation-for-sale blogger**)(- Adam Weinstein** – Defamation-for-sale blogger**)(- Adrian Covert – Defamation-for-sale blogger \*\*) (- Adrien Chen** – Defamation-for-sale blogger**)(- Al Mottur and Manuel Ortiz, Brownstein Hyatt Farber Schreck \*\*)(- Alan Henry** – Defamation-for-sale blogger**)(- Albert Burneko** – Defamation-for-sale blogger**)(- Alex Balk** – Defamation-for-sale blogger**)(- Alexander Pareene – Defamation-for-sale blogger)(- Alexandra Philippides** – Defamation-for-sale blogger**)(- Allison Spinner** – Wife of Steve Spinner and lawyer at WSGR and Solyndra who helped Feinstein rig the Solyndra cash ((Under investigation. All assets being tracked and terminated.**\*\*)(- Allison Wentz** – Defamation-for-sale blogger**)(- Alphabet** - Privacy abuse, spy-on-the-public, Fake News election rigger, Clinton/DNC scheme financier, Possible Rogue spy agency operation (Under Federal and EU investigation) **\*\*)(-**

**Andrew Collins** – Defamation-for-sale blogger**)(- Andrew Magary** – Defamation-for-sale blogger**)(- Andrew McCormack)(- Andrew Orin** – Defamation-for-sale blogger**)(- Andy Barbour, Smith-Free Group **)(- Andy Bechtolsheim** – VC, Tech Manipulator- **)(- Aneesh Chopra)(- Angelica Alzona** – Defamation-for-sale blogger**)(- Anna Merlan – Defamation-for-sale blogger)(- Ariana Cohen** – Defamation-for-sale blogger**)(- Arnold Schwarzenegger** – Governor (Accused of political bribery and kickbacks; tax evasion, illicit deal organization with Russians And Silicon Valley VC's and more…**)(- Ashley Feinberg** – Defamation-for-sale blogger**)(- Austin Lau)(- Ava Gyurina** – Defamation-for-sale blogger**)(- Barack Obama** – Chicago politician and director of the tech mob bundlers **)(- Barry Petchesky** – Defamation-for-sale blogger**)(- Bill Daley** – White House strong-arm (Forced to resign) (he is now under investigation) **)(- Bill Gurley)(- Bill Lockyer** – Calif State finance head (Under investigation and sex scandal conflicts, charged with corruption by media. Assets and ownerships under investigation **)(- Brendan I. Koerner** – Defamation-for-sale blogger**)(- Brendan O'Connor** – Defamation-for-sale blogger**)(- Brent Rose** – Defamation-for-sale blogger**)(- Brian Goncher** – Deloitte VC intermediary in the stock market rigging (He is now under investigation)(accused of political bribery and kickbacks; tax evasion, and more…**)(- Brian Hickey** – Defamation-for-sale blogger**)(- Brobeck Law Firm - Corrupt insiders for crony deals (Terminated**)(- Camila Cabrer** – Defamation-for-sale blogger**)(- Carl Gordon)(- Chad Hurley)(- Cheryl Sandberg** – Facebook boss, reports to Larry Summers **)(- Choire Sicha** – Defamation-for-sale blogger**)(- Chris Jennings, Jennings Policy Strategies **)(- Chris Mohney** – Defamation-for-sale blogger**)(- Chuck Brain, Capitol Hill Strategies Inc. **)(- Civis Analytics** – Social manipulation group **)(- Clover Hope** – Defamation-for-sale blogger**)(- Covington & Burling - Corrupt legal manipulations group **)(- Dan Tate Jr., Capitol Solutions)(- Daniel Cohen** – DOE Legal counsel who assisted in the Steven Chu scam (Sent packing/fired/forced to resign**)(- Daniel Morgan** – Defamation-for-sale blogger**)(- Dark Money Group relay inside Google/Alphabet**)(- David Axelrod** – White House strategist who helped stage the quid-pro-quo (Sent packing/fired/forced to resign)(he is now under investigation) (accused of political bribery and kickbacks; tax evasion, and more…**)(- David Castagnetti **)(- David Danielson)(- David Drummond** – Lawyer/Lobbyist– Google, bribes expert for DC and EU regions. Cheated on wife with Google employees. (Under investigation. Quail Road, Woodside, CA home bugged) **)(- David Matthews** – Defamation-for-sale blogger**)(- David Mott)(- David Plouffe** – White House money packager. Arranged deals between VC campaign Donors; caught bribing Rahm Emanual (Forced to Resign. Under investigation) **)(- David Prend)(- David Sacks)(- David Sandalow **)(- Debbie Wasserman Schultz **)(- Denis McDonough** – White House adviser **)(- Diana Moskovitz – Defamation-for-sale blogger)(- Dianne Feinstein** – California politician with the largest corruption charges, Chinese spies and a huge hit-job operatives group. Tens of millions of dollars of stock market payola have passed through her family stock accounts **)(- Draper - Fisher** – VC firm (Campaign funder who received massive windfalls from Russian mining & Tesla start-up rigging) **)(- Eleanor Shechet** – Defamation-for-sale blogger**)(- Elizabeth Spiers** – Defamation-for-sale blogger **)(- Elizabeth Starkey** – Defamation-for-sale blogger**)(- Elon Musk** – CEO – Tesla (He is now under investigation & in multiple lawsuits for fraud)(accused of political bribery and kickbacks;

tax evasion, and more…All of his personal assets, investments and portfolio holdings are under investigation  **)(- **Emanuel Rouvelas, K&L Gates **)(- **Emily Gould** – Defamation-for-sale blogger)(- **Emily Herzig** – Defamation-for-sale blogger)(- **Emma Carmichael** – Defamation-for-sale blogger)(- **Eric Holder** – Attorney General- DOJ (Forced to resign) - Placed in office by Covington & Burling, (Charged with staff & VC Protections and blockade of FBI and Special Prosecutor deployments in order to run the cover-up) **)(- **Eric Paley**)(- **Eric Schmidt** – Owner- Google (He is now under investigation)(accused of political bribery, sex addiction abuse and kickbacks; tax evasion, and more…**)(- **Eric Strickland** – Head of Auto Safety agency under DOT (Sent packing/fired/forced to resign)(he is now under investigation. Charged with cover-up of Tesla and GM auto dangers he had known about **)(- **Erin Ryan** – **Defamation-for-sale blogger**)(- **Ethan Sommer** – **Defamation-for-sale blogger**)(- **Eyal Ebel** – Defamation-for-sale blogger)(- **Facebook** - Privacy abuse, spy-on-the-public, Fake News election rigger, Clinton/DNC scheme financier ( Failing, rapidly decreasing users and increasing fake ad stats disclosures **)(- **Fisker** - Criminally corrupt crony campaign finance front operation. (Terminated)(- **Fred Graefe, Law Offices of Frederick H. Graefe **)(- **Fusion GPS** – Defamation and journalist bribery service **)(- **Gabriel Burt**)(- **Gabrielle Bluestone** – Defamation-for-sale blogger)(- **Gabrielle Darbyshire** – Defamation-for-sale blogger and attack services director **)(- **Gawker Media** – DNC/Clinton/Obama character assassination media tool (In Mid-Termination **)(- **Georgina K. Faircloth** – Defamation-for-sale blogger)(- **Gerald Cassidy and Gregg Hartley, Cassidy & Associates **)(- **Gilman Louie** – VC, founder of IN-Q-Tel and corrupt NVCA finance black-lists **)(- **Gizmodo Media** – DNC/Clinton/Obama character assassination media tool ( Failing, rapidly decreasing users and increasing fake ad stats disclosures  **)(- **Goldman Sachs** – Financial packager (Suspected of staging most of the TARP/DOE deals for personal gain & insider payouts **)(- **Google, Inc.** – Data harvesting company(Ran media attacks, stock market pump and dump PR hype and character assassinations)(accused of political bribery and kickbacks; tax evasion, and more…) (charged by EU, and most nations, with multiple abuses of the public. Has totally lost the trust of the public. Revenue loss increasing geometrically. **)(- **Gregory Howard** – **Defamation-for-sale blogger**)(- **Greylock Capital** – Silicon Valley Insider trading operator and covert campaign financier (Under investigation **)(- **Hamilton Nolan** – Defamation-for-sale blogger)(- **Hannah Keyser** – Defamation-for-sale blogger)(- **Harry Reid** – Senator- Solar factory guru, Congress lead (Accused of political bribery and kickbacks; tax evasion, and more…Forced out of Congress in shame **)(- **Heather Deitrich** – Defamation-for-sale blogger **)(- **Heather Podesta** - Heather Podesta + Partners with her husband, Tony. **)(- **Hillary Clinton** – Dynastic politician **)(- **Hudson Hongo** – Defamation-for-sale blogger)(- **Hugo Schwyzer** – Defamation-for-sale blogger)(- **Hunter Slaton** – Defamation-for-sale blogger)(- **Ian Fette** – Defamation-for-sale blogger and Google, Gawker, Jalopnik, Match, Gizmodo media assassin **)(- **In-Q-Tel, Inc.** – Rogue CIA off-shoot associated with Eric Schmidt, Google, Elon Musk and the Cartel leaders. Ran "hit-jobs" on Silicon Valley VC adversaries and reporters (Sued, under investigation, exposed in multiple documentaries, under investigation for Cocaine trafficking. Removal of charity status demanded **)(- **Ira Ehrenpreis** – VC Campaign backer (He is now under investigation)(accused of political bribery and kickbacks; tax evasion, and more…)

( All of his personal assets, investments and portfolio holdings are under investigation **)(- **Irin Carmon** – Defamation-for-sale blogger)(- **Ivanpah Solar** - Criminally corrupt crony Google campaign finance front operation. (In failure mode)(- **Jack Lew**)(- **Jack Quinn, Quinn Gillespie & Associates)** (- **Jacque Littlefield** – Army tank private attack squad owner, VC, Dead)(- **Jalopnik** – Online defamation facade political publication. Pretends to be about cars but is DNC hit job rag **)(- **James Bronkema** – West Coast Money Man for David Rockefeller and Feinstein financier (Dead)(- **James Brown Jr** – Obamacare HHS Programming and Operations lead in California (Arrested for corruption**)** (- **James J. Cooke** – Defamation-for-sale blogger)(- **James King** – Defamation-for-sale blogger)(- **Jared Cohen** – Google boss, Israeli spy interface and international political manipulator - **)(- **Jawed Karim**)(- **Jay Carney** – White House press lead, now media hit man for Amazon (Forced to resign) **)(- **Jeff Berman and David Russell, Bryan Cave.** Berman, the former delegate counter for President Obama's 2008 campaign **)(- **Jeff Lieberman**)(- **Jeff Peck, Peck, Madigan, Jones & Stewart.** Once an aide to then-Sen. Joe Biden (D-Del.) on the Senate Judiciary Committee **)(- **Jeffrey Zients **)(- **Jennifer Ouellette** – Defamation-for-sale blogger)(- **Jeremy Stoppelman**)(- **Jerry Brown** – California politician with stock market owner-ships in all of the perps companies **)(- **Jesse Oxfeld** – Defamation-for-sale blogger)(- **Jessica Cohen** – Defamation-for-sale blogger)(- **Jesus Diaz** – Defamation-for-sale blogger)(- **Jillian Schulz** – Defamation-for-sale blogger)(- **Jim Blanchard and Ilia Rodriguez, DLA Piper.** Blanchard, a former Democratic governor of Michigan, and Rodriguez, an ex-lobbyist for the Center for American Progress **)(- **Jim Breyer** – VC and CIA intermediary who staged the NVCA as a tech funding black-list org to control Silicon Valley **)(- **Jim Goetz**)(- **Jimmy Ryan, Elmendorf | Ryan**)(- **Joanna Rothkopf** – Defamation-for-sale blogger)(- **Joe Lonsdale** – VC, famous for rape and abuse scandal and domestic spying via Palantir **)(- Joe Rhodes – White House shill and manipulator **)(- **Joel Johnson, The Glover Park Group.** The former aide to Sen. Tom Daschle (D-S.D.) **)(- **Johanna Shelton** - Google's lobbyist **)(- **John Cook** – Defamation-for-sale blogger and director of media assassins group **)(- **John Doerr** – Owner – Kleiner Perkins. "Godfather" – Silicon Valley Cartel (He is now under investigation)(accused of political bribery and kickbacks; tax evasion, and more…)( All of his personal assets, investments and portfolio holdings are under investigation **)(- **John Goudie** - Florida mob boss, Christopher Columbus party scammer (arrested)(- **John Herrman** – Defamation-for-sale blogger **)(- **John Lindfors**)(- **John Podesta** – White House adviser and master manipulator to drive stock pump and dumps **)(- **John Raffaelli, Capitol Counsel. **)(- **Jonathan Silver** – DOE VC (Sent packing/fired/forced to resign)(he is now under investigation. Shamed in media for epic failures **)(- **Jordan Sargent** – Defamation-for-sale blogger)(- **Joseph Keenan Trotter** – Defamation-for-sale blogger)(- **Josh Ackil and Matt Tanielian, Franklin Square Group.** With clients including Apple, Google and Intel, the two Democrats are among the elite lobbyists for Silicon Valley in Washington. **)(- **Josh Kopelman **)(- **Josh Stein** – Defamation-for-sale blogger)(- **Joshua Wright**)(- **JP Gan**)(- **Julia Allison** – Defamation-for-sale blogger)(- **Julianne E. Shepherd** – Defamation-for-sale blogger)(- **Julie Domenick, Multiple Strategies LLC.** Insider stock lobbyist **)(- **Justin Hyde** – Defamation-for-sale blogger)(- **Kamala Harris** – Crooked Senator directed by investment banker husband.

Covered up death of Gary Conley and Hastings the reporter **)(- **Kate Dries** – Defamation-for-sale blogger)(- **Katharine Trendacosta** – Defamation-for-sale blogger)(- **Katherine Drummond** – Defamation-for-sale blogger)(- **Kathy Zoi** - Dept of Energy corruption suck up **)(- **Keith Rabois** - Corrupt VC **)(- **Kelly Stout** – Defamation-for-sale blogger)(- **Ken Alex** – Political scheme adviser to Jerry Brown **)(- **Ken Duberstein and Marti Thomas, The Duberstein Group.** Duberstein was floated as a candidate for Obama's chief of staff before the president chose Bill Daley, while Thomas is a Democratic vet who worked in the Clinton Treasury Department. **)(- **Ken Howery** – Corrupt VC **)(- **Kenneth Kies, Federal Policy Group**)(- **Kerrie Uthoff** – Defamation-for-sale blogger)(- **Kevin Draper** – Defamation-for-sale blogger)(- **Kleiner Perkins** – Campaign funding VC who (Received massive windfalls from Russian mining & tech start-up rigging. Sued. Under investigation. All assets being tracked **)(- **Lacey Donohue** – Defamation-for-sale blogger)(- **Lachlan Seward** – Energy Department gatekeeper, dirty schemes operator for Steven Chu **)(- **Larry O'Brien, OB-C Group.** O'Brien is one of the most potent Democratic fixers in the country and has a personal connection to Fusion GPS and Google insider deals **)(- **Larry Page** – Google Boss, technology thief and covert political campaign financier **)(- **Larry Summers** – VC and Facebook covert boss to Sandberg **)(- **Licy Do Canto, The DoCanto Group**)(- **Lisa Kountoupes, Kountoupes Consulting**)(- **Lloyd Craig Blankfein** – VC and Sachs boss **)(- **Lucy Haller** – Defamation-for-sale blogger )(- **Luke Malone** – Defamation-for-sale blogger )( - **Luke Nosek** )(- **Madeleine Davies** – **Defamation-for-sale blogger** )(- **Marc Andreessen** - Corrupt VC and attack specialist **)(- **Margaret Sullivan** – VC, USAID Boss, Tom Steyer's partner and Hillary Clinton best friend, intended Scty of State if Tom Steyer wins Presidency )(- **Mario Aguilar** – Defamation-for-sale blogger )(- **Mario Rosatti** – VC and insider lawyer, covert political campaign finance specialist ** )(- **Mark Isakowitz, Fierce, Isakowitz and Blalock ** )(- **Mark Kadesh,** Kadesh & Associates. Kadesh, once chief of staff to Sen. Dianne Feinstein (D-Calif.), has an A-list of California Silicon Valley ANTIFA-like clients ** )(- **Mark Zuckerberg** – Sociopath Facebook Boss who has lied to Congress over and over ** )(- **Martin LaGod** - Firelake VC and political manipulator ** )(- **Marty Paone, Prime Policy Group ** )(- **Mary Meeker** – Corrupt politicizing VC ** )(- **Matt Hardigree** – Defamation-for-sale blogger )(- **Matt Novak** – Defamation-for-sale blogger )(- **Matt Rogers** – VC and pass-through conduit ** )(- **Max Levchin** - Corrupt VC ** )(- **Mckinsey Consulting** – The firm you hire to rig white papers and insider hires in government positions for the Palo Alto Mafia ** )( - **Megan Smith** )(- **Melissa Schulman, The Bockorny Group ** )(- **Michael Ballaban** – Defamation-for-sale blogger )(- **Michael Dobbs** – Defamation-for-sale blogger )(- **Michael Eisenberg** )(- **Michael Moritz** - Corrupt VC )(- **Michael Spinelli** – Defamation-for-sale blogger )(- **Mikey Dickerson** )(- **Mitch Feuer and Robert Griner, Rich Feuer Group. Goldman Sachs lobbyist ** )(- **Mohammed Nuru** - San Francisco Public Works Boss, Arrested For Corruption, Sleeps with SF Mayor )(- **Morrison and Foerster** - Lawyers to the corrupt Sandhill Road mob bosses** )(- **Nancy Pelosi** – California politician with one of the biggest stock market kick-back funds in America ** )(- **Nathan Parker** )(- **Neal Ungerleider** – Defamation-for-sale blogger )(- **Neerag Agrawal** )(- **Nicholas Aster** – Defamation-for-sale blogger )(- **Nicholas Guido Denton** – Defamation-for-sale blogger and head of the Gawker, Gizmodo, Jalopnik sleaze

tabloid empire and specialist in young boys ** )(- **Nick Allard, Thomas Hale Boggs Jr., Micah Green, Jonathan Yarowsky and Edward Newberry, Patton Boggs ** )(- Omar Kardoudi** – Defamation-for-sale blogger )(- **Owen Thomas** – Defamation-for-sale blogger )(- **Patrick George** – Defamation-for-sale blogger, Soros shill and Character Assassination operative ** )(- **Patrick Laffoon** – Defamation-for-sale blogger )(- **Patrick Redford** – **Defamation-for-sale blogger** )(- **Perkins Coie** – Campaign cash conduit law firm ** )(- **Peter Fenton** )(- **Peter Thiel** – Corrupt VC and Elon Musk boyfriend ** )(- **Pierre Omidyar** – Defamation-for-sale bloggers financier and owner of Ebay ** )(- **Rahm Emanuel** – White House boss and corruption scheme architect ** )(- **Raj Gupta** – **McKinsey Associate And VC, (Arrested)** )(- **Rakesh Saxeena** – Canadian in-house arrest, arms dealer, western political packager (arrested)(- **Ray Lane** – Tax Evading VC ** )(- **Reid Hoffman** – VC and sex.com partner with Gary Kremen and financier of BLM riots ** )(- **Rich Gold, Kathryn Lehman and Gerry Sikorski, Holland & Knight ** )( - Rich Juzwiak** – Defamation-for-sale blogger )(- **Richard Blakely** – Defamation-for-sale blogger )(- **Richard Blum** – **VC and director/husband of Dianne Feinstein ** )(- Richard Rushfield** – Defamation-for-sale blogger )(- **Rick Kessler** – Dow Lohnes Government Strategies ** )( - **Robert Finger** – Defamation-for-sale blogger )(- **Robert Gibbs** – White press office head attack dog ** )( - **Robert Raben, The Raben Group** - Helped cover up Clinton crimes at DOJ ** )(- **Robert Sorokanich** – Defamation-for-sale blogger )- **Robert Van Heuvelen, VH Strategies ** )(- Roelof Botha** )(- **Rory Waltzer** – Defamation-for-sale blogger )(- **Rosa Golijan** – Defamation-for-sale blogger )(- **Russel Simmons** )(- **Ryan Brown** – Defamation-for-sale blogger )(- **Ryan Goldberg** – Defamation-for-sale blogger )(- **Sam Faulkner Biddle** – Defamation-for-sale blogger, Runs a large part of the Antifa blog programs ** )(- **Sam Woolley** – Defamation-for-sale blogger )(- **Samar Kalaf** – Defamation-for-sale blogger )(- **Sander Lurie - SNR Denton ** )(- Sandi Stuart - Clark & Weinstock** )(- **Sanjay Wagle** – **VC** )(- **Sarah Ramey** – Defamation-for-sale blogger )(- **Scott Shleiffer** )(- **Sergy Brin** – Google boss, sex addict and oligarch ** )(- **Shannon Marie Donnelly** – Defamation-for-sale blogger )(- **Shep McAllister** – Defamation-for-sale blogger )(- **Solyndra Solar Company** – FBI raided corrupt Clean Tech company invested in by Feinstein family (terminated)(- **Sophie Kleeman** – Defamation-for-sale blogger )(- **SpaceX** – Elon Musk company that Obama gave part of NASA to in exchange for campaign conduits, most of their work is satellites that spy on the public **)(- **Stephen Totilo** – Defamation-for-sale blogger )(- **Steve Chen** )(- **Steve Jurvetson** – VC embroiled in sex abuse charges and money laundering investigations ** )(- **Steve McBee,** McBee Strategic ** )(- **Steve Perry and Andy Wright, Dutko Grayling** )(- **Steve Rattner** – White House car czar, indicted for stock fraud ** )(- **Steve Spinner** – Energy Department manipulation expert, Wife was Solyndra's lawyer ** )(- **Steve Westly** – **VC ** )(- **Steven Chu** – Secretary of Energy – The most corrupt in US history ** )(- **Tamar Winberg** – **Defamation-for-sale blogger** )(- **Taryn Schweitzer** – **Defamation-for-sale blogger** )(- **Taylor McKnight** – Defamation-for-sale blogger )(- **Ted Schlein** )(- **Tesla Motors** – Car Company that is used to conduit money to political campaigns ** )(- **The Groundwork** – Social manipulation group )(- **Thomas Jolly, Jolly/Rissler ** )(- **Thorin Klosowski** – Defamation-for-sale blogger )( - **Tim Draper** – VC and Tesla stock manipulator ** )(- **Tim Marchman** – **Defamation-for-sale blogger** )(- **Timothy Burke** – Defamation-for-sale blogger )(- **Tobey Grumet**

**Segal** – **Defamation-for-sale blogger )(- Todd Park** – **IT manipulator inside White House ** )(- Tom Ley** – **Defamation-for-sale blogger )(- Tom O'Donnell, Gephardt Government Affairs Group ** )(- Tom Perkins** – KPCB Palo Alto Mafia founder (dead)**( - Tom Scocca** – **Defamation-for-sale blogger )( - Tom Sheridan, The Sheridan Group. **)(Tom Steyer** – VC obsessed with political manipulation and Hillary financier ** )(- Tomorrow Ventures** – Social manipulation group ** )(- Tony Podesta, Podesta Group ** )(- Veronica de Souza** – Defamation-for-sale blogger )(- **Victor Fazio, Joel Jankowsky, Scott Parven and Bill Paxon, Akin, Gump ** )(- Viktor Vekselberg** – Russian business entity who likes to meddle ** )( - Vinod Khosla** - VC and political manipulator ** )(- **Wes Siler** – Defamation-for-sale blogger )(- **William Haisley** – **Defamation-for-sale blogger )( - William Turton** – **Defamation-for-sale blogger )(- The Wilson Sonsini Insider Partner Staff Club ** )(- Wilson, Sonsini, Goodrich and Rosatti ** )**

These parties, above, are the crooks under deep surveillance by the public and targeted for 100% legal termination and exposure. Federal agencies and citizen sleuths are asked to fully prosecute them! San Francisco and Silicon Valley can't go bankrupt fast enough to make everyone happy about the downfall of these corrupt empires! these people are the dark core of the entity known as "*The Deep State*", aka, "*The Commission*", aka, "*The Silicon Valley Mafia*", aka "*The Paypal Mafia*", et al.

Most of the people listed above paid and/or took bribes!

There are over 320 million people in America and the handful of people listed above ruined Democracy for every one of them by manipulating the government for their personal profits at the expense of every taxpayer!

Victim: " ...*Without breaking a single law, we are hunting down and destroying every single one of the scumbags who attacked us and destroyed Democracy for their own power mongering, sex cult-driven, sick profiteering schemes...These crooks need to know, with certainty: if the FBI doesn't get you - we and the crowd-sourced public forensics groups will!...*"

Join the "FOLLOW-THE-MONEY" Team and learn 100% legal CIA and FBI-class tactics and technologies which are being used to track why these people are all connected by covert financial and asset tracks. Extensive case files and dossiers on each party, below, are available in torrents globally. These people knowingly engaged in these crimes, attacks and illicit activities! ** = The worst ones. They share a cadre of dirty CPA, legal and lobbyist firms that assist them with their dirty work and run the interface between Fusion GPS, Black Cube, Media Matters, Gizmodo and other hit-job services.

Follow-the-money, the surveillance data, the stock market accounts, the sex workers and the emails! These people don't do "good deeds" or help their nation. They do dirty schemes to help themselves make money off of citizens and destroy their competitors because they would rather cheat than compete!

This is who financed and operated the attacks. They operate illicit manipulations and anti-trust

violations. Free-roaming automatic AI bots are out working around-the-clock scanning every database to connect their bribes, payola, stealth funds, tax evasions, money-laundering, sex trafficking and other illicit deeds.These are the ones that everyone is working on exposing, indicting and TAKING DOWN!

## Court Statement By One Of Many Victims:

*"... Plaintiffs were attacked with a $30 million dollar+ retribution/political-reprisal/revenge hatchet-job program contracted by White House and Department of Energy political operatives, their appointees and staffing. Plaintiffs have sourced the payment records evidence to prove it. Those public officials illegally used taxpayer-financed government funds and they were also business competitors of my peers and I. They are mad because they got caught doing crimes with taxpayer funds...There is, now, no legal or historical-fact question about the veracity of the proof that public officials put "hit-jobs" on reporters, whistle-blowers or competitors using government resources to do so. In fact, today, the U.S. Congress is spending nearly a third of it's time on the question of agencies being used as reprisal operations....famous senators, their Silicon Valley oligarch financiers and their associates run a felony-class organized crime insider-trading scam that abuses taxpayers and sabotages competing businesses at the expense of the public treasuries...IMAGINE LIVING IN A WORLD WHERE ALMOST EVERY ONE OF THE PUBLIC OFFICIALS THAT WERE SUPPOSED TO HELP YOU TURNED OUT TO BE YOUR BUSINESS COMPETITORS. IMAGINE HAVING THEM USE GOVERNMENT RESOURCES TO PROFIT AT YOUR EXPENSE, BLOCKADE YOU AND TREAT DEMOCRACY LIKE A GARAGE SALE!*

*This is about a group of U.S. Senators, Silicon Valley Oligarchs, Detroit Oligarchs, Crooked Law Firms and Lobbyists who commit crimes in order to manipulate over a trillion tax dollars into their, and their friends pockets. They use media monopoly tricks to try to shut out any other viewpoints. They push manufactured "emotional trigger" issues that they believe will get more tax money allocated to "issue solutions" that they, and their friends, happen to already own the monopolies for. They are felons yet they control some of the offices of the agencies who are supposed to arrest them. Silicon Valley bought K Street lobby firms and U.S. Senators, gave them more 'Dark Money' than history has ever seen and then had giant tech-law firms bribe, hit-job and blockade any attempts to arrest them...The U.S. Government hired us, paid us part of Plaintiffs money, then asked us to spend Plaintiffs life savings and years of Plaintiffs time on THEIR federal project based on their lies and false-promises. Then they took the assets we were asked to invest, plus the money they owed us, and gave it to their friends. When we complained to the FBI, Congress and the SEC, they hired Fusion GPS-like companies to run "hit-jobs" on us and threaten Plaintiffs lives.*

*WE WERE LIED TO AND DEFRAUDED BY GOVERNMENT AGENCIES. THEY TOOK Plaintiffs MONEY AND USED US, AND Plaintiffs PEERS, AS A SMOKE-SCREEN TO HIDE*

*THEIR CRONY PAYOLA CRIME THAT PUT TAXPAYER CASH IN THEIR FRIEND'S POCKETS...Plaintiffs have received ZERO justice and ZERO compensation for Plaintiffs damages, Plaintiffs time, Plaintiffs witness testimony and Plaintiffs help provided to the authorities! Plaintiffs demand Plaintiffs compensation from the State And Federal authorities! Neither I, Plaintiffs peers or the voters will ever let this go until we receive justice!..."*

-----------------------------------------------------

## Key points of note in this RICO racketeering case:

- These Jeffrey Epstein-LIKE ( https://www.netflix.com/title/80224905 ) crooks include senators, technology ceo's and famous sand hill road venture capitalists. those suspects have engaged in the largest sets of bribes in u.s. history! don't let these silicon valley sex-trafficking, bribing, racist, misogynist, tax-evading, money-laundering, black-listing, felony criminals get away with it!

- The Flynn Case (  https://www.trunews.com/article/former-intel-chiefs-flynn-destroyed-by-cia-nsa-hit-job ) , The Strzok Case (  https://www.washingtonexaminer.com/news/peter-strzoks-wife-discovered-lisa-page-affair-on-his-phone-doj-reveals  ) , The Solyndra Case (  https://www.judicialwatch.org/corruption-chronicles/fed-audit-confirms-govt-corruption-in-solyndra-deal/ ) , The GOOGLE Corruption Cases, ( https://www.wsj.com/articles/justice-department-state-attorneys-general-likely-to-bring-antitrust-lawsuits-against-google-11589573622 )  The 200+ Silicon Valley Cases ( https://www.technewsworld.com/story/85141.html ) and MORE, prove that White House (  https://www.allsides.com/news/2020-05-14-0636/obamagate-isn-t-conspiracy-theory-it-s-biggest-political-scandal-Plaintiffs-time-and  ) officials weaponized federal intelligence and services staff and used federal agencies to put hit-jobs on citizens, as anti-trust violating reprisal/revenge vendettas, on orders from their Silicon Valley  (  https://en.wikipedia.org/wiki/High-Tech_Employee_Antitrust_Litigation  ) campaign financiers. Billionaires and their companies like Tesla, Google, Facebook, Solyndra, Netflix, etc., got kick-backs, government contracts, monopolies and tax evasion perks for their quid-pro-quo! In the current and previous "emergency stimulus bills", under the guise of "it's an emergency, give us all the money", Congressional leaders took taxpayer funds and put the money and stock market perks in their family bank accounts, while sabotaging their business competitors. The Congressional hearings have proven it!

- "Plaintiffs witnessed a series of felony corruption crimes ( http://american-corruption.com/AAFINAL-DOE-Loan-Guarantees-Report%20-%20THE%20CLEANTECH%20CRASH%20ENERGY%20DEPT%20SLUSH%20FUND.pdf  ) , mind numbing cronyism, and political payola using insider trading ( http://american-corruption.com/GOOGLE_FEDERAL_COMPLAINT_NOTES_2020.html  ) and we reported those crimes. In exchange we got hit-jobs (  https://gawker-media-attacks.weebly.com/  )  , cover-ups, de-funding, rights-blockades, harassment and ZERO JUSTICE from public officials!"

- News reports (  https://thenationalpulse.com/politics/biden-black-lives-matter-defund-the-police/  ) have now revealed (  https://theconservativetreehouse.com/2020/06/11/exploited-again-financial-contributions-to-black-lives-matter-are-being-funneled-to-biden-campaign/?utm_source=whatfinger  ) that the Silicon Valley oligarchs are funding and creating ( https://www.investmentwatchblog.com/here-is-the-employee-chart-for-actblue-charities-the-company-that-receives-every-dollar-raised-via-the-black-lives-matter-website/?utm_source=whatfinger ) the BLM riots and street ruckus in order to get even more political donations for election manipulations. These are the same Stanford elitists that ran the Cleantech Crash scam. They don't care about the environment, racism or anything but their stock market accounts. They only care about killing off their competitors and they use "green-washing" to cover their crimes. You can find a list of their names at the bottom of this document. They have thousands of operatives like Steve Spinner, David Plouffe, Sid Blumenthal, Nick Denton, etc. that launder hundreds of millions of dollars through a vast number of PAC's and fake 'charities'. This mob had the idea to: "*control all information and manipulate politics for the benefit of their bank accounts*"

- Public forensic investigations are bringing hell (  http://american-corruption.com/HOW%20TO%20DESTROY%20ANY%20CORRUPT%20COMPANY%20OR%20PERSON%20ON%20EARTH%20WITH%20TOTALLY%20LEGAL%20TACTICS.pdf  ) to every big tech crook involved in this scheme, for the rest of their lives, until they are brought to justice. These crooks are now under surveillance (  http://american-corruption.com/EXPOSING_CORRUPT_OLIGARCHS.html  ) and investigation (  https://www.centreforpublicimpact.org/case-study/fbi-virtual-case-file-system/  ) by the public, and they are being exposed, doxed, reported and FBI-charged. Disclosure dossiers ( https://legalbeagle.com/8546756-write-official-case-file.html  ) have been produced on every single one of the top 200 culprits! (  http://american-corruption.com/EXPOSE_THE_MOBSTERS.html  ) Global citizen social media and news out-reach programs ( http://american-corruption.com/ANTI_CORRUPTION_BATTLE_ON_BEHALF_OF_AMERICAN_CITIZENS.html  ) contact hundreds of thousands of voters per day. By the time the next elections get here, EVERYBODY (  http://american-corruption.com/EXPOSING_CORRUPT_OLIGARCHS.html  ) will know about this corruption and EACH ( http://american-corruption.com/EXPOSING_CORRUPT_OLIGARCHS.html  ) of the perpetrators by name! If you have a computer YOU have the tools to investigate them just like the FBI does.

- Plaintiffs saw criminal actions including bribes, insider trading, etc., that Plaintiffs politicians engaged in, and got no help, no responses and no provision of Plaintiffs Constitutional rights so we are forced to rely on citizen crowd-sourcing of investigations and mass social media out-reach for justice! ( https://finance.townhall.com/columnists/maritanoon/2012/11/25/exclusive-doe-corruptionappointed-and-elected-officials-should-face-prison-time-n851724 )

- The 2008 Department of Energy Cleantech Crash proves that a federal agency was used as just one big slush-fund to pay-off political campaign financiers, operate insider-trading stocks and sabotage those financiers competitors using taxpayer-financed resources! Plaintiffs have used private

investigator, FBI resources and deep AI research to reveal that all government staff working on Plaintiffs application were getting quid-pro-quo...they were on the take. (Can anyone point out to us EVEN ONE person who was in the DOE/White House loop who was not working for, invested in, getting a future job from or other wise conflicted?) What do you do when The U.S. Government convinces you to invest millions of dollars, and your life, into one of their projects. Then their project turns out to be a scam where they had covertly hard-wired the upside to a couple of Senator's and their campaign financier friends. The fix was in and the game was rigged to use a government program as a slush-fund for friends-with-benefits. Plaintiffs, and the public, got defrauded. Now the damages must be paid for, one way, or another. Every one of the insiders who did get government funding got it in the exact same size and order as their covert political campaign funding and stock market bribes to the deciders. Chamath Palihapitiya and other Silicon Valley insiders have now exposed the fact that Greylock, Kleiner, etc. are just a VC Ponzi Scheme! in this whole mess.
( https://www.cbsnews.com/news/cleantech-crash-60-minutes/ )
( http://american-corruption.com/EXPOSE_THE_MOBSTERS.html )
( https://www.youtube.com/watch?v=NVVsdlHslfI )


- Elon Musk got government money by bribing public officials and stacking hundreds of his friends and shareholders, ie: Steven Chu, Matt Rogers, Steve Westly, Steve Spinner's 'special friend', investor Google's employees, etc. on the staff of the Department of Energy and in the White House. In other words, hundreds of Elon Musk's friends and financiers from Silicon Valley (Mostly from his investor: Google) were placed in the very offices that decided if he got the government funds. Plaintiffs have FBI-class records, financial tracking, emails, stock market relay records and other forensic data that proves it. Plaintiffs can swear, warrant, certify and prove these assertions in front of Congress in a live Congressional hearing or Civil Jury trial, given non-compromised legal backing. Musk bribed Senators, bought a President and had his buddies take over most of the Department of Energy. Lithium metals, ( https://lithium-ion.weebly.com/ )  and other rare earth mining materials, are monopolized by Elon Musk and his Silicon Valley Cartel, in rare-earth corrupt mining scams. Lithium's widespread use in cars is hindered (  https://www.hackernoon.com/dangers-li-ion-batteries-might-aware-4960f2f75ae7  ) by a challenging obstacle: upon multiple charge-discharge cycles, fractal filaments called dendrites ( https://www.pressconnects.com/story/news/2020/01/21/lithium-batteries-everywhere-dangerous-what-know-rochester-binghamton/4480496002/ )  always grow through the electrolyte from the negative to the positive electrode and short-circuit the battery ( https://batteryuniversity.com/learn/article/safety_concerns_with_li_ion  ) from the inside, thus guaranteeing that Tesla Cars (  https://www.livescience.com/62179-tesla-fire-cleanup-danger.html  ) will eventually all explode (  https://www.wired.com/2017/03/dont-blame-batteries-every-lithium-ion-explosion/ ) . Musk and Panasonic have known this since 2007 (They are "dumping" the batteries via Tesla) and have paid U.S. Senators, who own stock in Tesla, to cover it up. The lithium fires and toxic vapors are a major safety concern because they have killed, poisoned and injured too many citizens.

Musk gets away with his scams because he pays U.S. Senators bribes with stocks in his corporations and has a thousand crooked Goldman Sachs investment bankers selling his hair-brained schemes to your parents pension funds. Musk's partners created the government policy to sell pretend air, known as carbon credits. He makes $200M per year selling this pretend air. It is like you getting paid to sell your farts based on the hope that you might eat some beans some day. Musk's big bucks don't come from selling cars but from government mooch schemes.

( https://www.nbcnews.com/health/health-news/battery-behind-dangerous-deadly-e-cigarette-explosions-n1032901 )

( https://eandt.theiet.org/content/articles/2016/10/lithium-ion-batteries-found-to-produce-toxic-gases/ )

( https://www.visiontimes.com/2019/02/15/dangers-of-lithium-ion-batteries.html )

- Plaintiffs have formally asked the FBI and DOJ to investigate, engage in surveillance upon and interview attackers: Nicholas Guido Denton, John Hermann, Ian Fette, Adrian Covert, Patrick George, John Cook, Larry Page, Eric Schmidt, David Drummond, David Axelrod, David Plouffe, Lachlan Seward, Jay Carney, Robert Gibbs and their associates and determine how they were compensated for the attacks, who had command and control of their actions and who acted as a conduit for the funds. These people bribed government officials, sold Plaintiffs government and Democratic process like they were running a garage sale and used taxpayer-funded resources to attack anyone who reported the crimes involving their Tech Cartel! Their emails, text messages, stock market accounts, bank accounts, paypal accounts and social accounts prove what they were up to!

-------------------------------------------------------

# A Previous Sent Letter To William Barr, Attorney General For The United States Of America Via Certified Mail And Email:

"….Plaintiffs filed a federal Tort Claim 'Form 95' for damages and were informed by federal insiders that the claim was being stone-walled. Plaintiffs need to take deeper legal action against the government entities that caused the damages. Those damages are metricized in the seven to nine figures and proven by forensic data.

Plaintiffs, and Plaintiffs peers, have filed claims and reports with every law enforcement and regulatory entity we know of and testified for a number of them. My co-investors filed lawsuits and won in federal court on the proof that a government entity engaged in favoritism and quid-pro-quo but I have yet to receive any damages cash as I was an interested party in those other cases. My lawyer now works for you so he is conflicted out from helping us on this case any further.

*After completing a federal contract, to perfection, to build America's next generation energy and transportation technologies, Plaintiffs team were promised a factory contract, and funding, to deliver these low-cost, hyper-efficient, job-building, clean solutions to every American.*

*It turns out, we were lied to and defrauded. My associates found out that crooked politicians had secretly arranged to give Plaintiffs money and contracts to their best friends. That is a felony crime that abuses quite a few State and federal RICO, Anti-Trust laws, Quid-Pro-Quo laws, the public and the roots of Democracy..*

*Plaintiffs found out, thanks to FBI, OSC, GAO, OMB and private investigators, that the jurisdictional Senators and related politicians were engaged in corruption in partnership with a specific group of Silicon Valley tech oligarchs, now under investigation by various agencies of the U.S. Government.*

*Investigators have not found a single political entity in this case  who was not either: financed by, friends with, sleeping with, dating the staff of, holding stock market assets in, promised a revolving door job or government service contracts from, partying with, personal friends with, photographed at private events with, making profits by consulting for, exchanging emails with, business associates of or directed by; one of those business adversaries, or the Senators and politicians that those business adversaries pay campaign finances to, or supply political search engine manipulation services to.*

*In other words, the FBI found that the politicians that were supposed to represent and protect us were the owners, financiers and beneficiaries of Plaintiffs local and national competitors. Plaintiffs would be delighted to sit down with you at Plaintiffs regional FBI office to go over the connections and crimes with you and the senior FBI staff again.*

*Plaintiffs were lied to by government representatives who said we could make "hundreds of millions of dollars in sales profits and carbon credits sales" if we invested millions of dollars of Plaintiffs resources and years of Plaintiffs lives in America. Plaintiffs were induced to invest. Plaintiffs invested, but those representatives secretly knew they had already hard-wired the funds to Plaintiffs competitors. Plaintiffs competitors made hundreds of millions of dollars at Plaintiffs expense!*

*Those "representatives" were Senators and government agency bosses who were financed by, friends with, sleeping with, dating the staff of, holding stock market assets in, promised a revolving door job or government service contracts from, partying with, personal friends with, photographed at private events with, making profits by consulting for, exchanging emails with, business associates of or directed by; one of those business adversaries, or the Senators and politicians that those business adversaries pay campaign finances to, or supply political search engine manipulation services to.*

*Plaintiffs product and services metrics beat those of every other competitor. Plaintiffs won on every comparison item except we refused to pay the bribes and cooperate with the illegal quid-pro-quo demands.*

211

*Plaintiffs found that mega-insider law firms operate a cartel of political appointee placements via quid-pro-quo deals, black-lists and manipulation of public policy and policy decisions via covert perks and payola schemes.*

*Plaintiffs found out how insider stock trading between politicians and tech companies is the largest form of corruption in America.*

*Plaintiffs found out who the top 200 dirty politicians, corrupt investment bankers and tech oligarchs were that operated the scheme. Plaintiffs found out thanks to some FBI, GAO, Congressional and Media investigators. The evidence and financial tracking software proves it. The quid-pro-quo tracks back to each and every one of their stock market, i-bank and estate accounts.*

*Plaintiffs issues are headline news every day. Nobody can doubt the veracity of Plaintiffs claims since they read about the exact same things in the news every morning.*

*How might you help me, personally, recover my monies for the damages from fraud, interference and other losses?..."*

-------------------------------------------------------

Plaintiffs have asked the FBI, OSC, SEC and FTC to investigate the fact that the executives and investors of Google, YouTube, Facebook, Tesla, Netflix, Linkedin, and their owned politicians, run an organized criminal stock market and public policy manipulation racketeering cartel.

These tech oligarchs have been documented meeting and conspiring to harm others, that they compete with, using mobster-type tactics and methods. That is a FELONY violation of federal RICO laws.

Plaintiffs elected officials owned portions of these companies, were financed by these companies, allowed these companies to write laws they presented to Congress, slept with the staff of these companies, exchanged staff with these companies, had media manipulated on their behalf by these companies and engaged in other illicit deeds with these companies

------------------------------------

**Per The United States Congress, The FBI and the FTC: The Previous High-Tech Antitrust Black-Listing Litigation** is a United States Department of Justice (DOJ) antitrust action and a civil class action against several Silicon Valley companies for secret collusion agreements which targeted high-tech employees. This case was one of the most famous federal lawsuits in Silicon Valley. Scam fronts for Silicon Valley oligarchs are being exposed daily.

( https://en.wikipedia.org/wiki/United_States_Department_of_Justice )

( https://en.wikipedia.org/wiki/Antitrust )

( https://en.wikipedia.org/wiki/Class_action )

( https://en.wikipedia.org/wiki/Silicon_Valley )

( https://www.politico.com/news/2020/05/05/americans-progressive-action-super-pac-fake-234316 )


## The **tech Cartel is evil** because:

**they steal any technology they desire;**

( https://thebaffler.com/latest/mouthbreathing-machiavellis )


**they run a prostitution ring and sexually extort young women and interns in Silicon Valley;**

( https://www.vanityfair.com/news/2018/01/brotopia-silicon-valley-secretive-orgiastic-inner-sanctum )

( https://www.mercurynews.com/2017/07/09/silicon-valley-reeling-wake-sexual-harassment-storm/ )


**they are 'rape culture' take-what-they-want misogynists;**

( https://www.nytimes.com/2017/07/03/technology/silicon-valley-sexual-harassment.html )

ageists and racists as their history of abuses has proven;

( https://www.digitaltrends.com/mobile/google-gender-and-ethnic-demographics-statistics/ )


**their Palo Alto Cartel operates AngelGate-type collusion and *stock market insider trading schemes that harm independent business and the public*;**

( https://en.wikipedia.org/wiki/Angelgate )

( http://american-corruption.com/Pelosi_Clan_Owned_By_China.html )


**their Cartel ran the "no poaching" CEO ring which was class-action sued by DOJ and tech workers; 90% of their divorce court files reveal horrific abuses and sex trafficking;**

( https://www.theguardian.com/technology/2016/aug/12/gurbaksh-chahal-silicon-valley-domestic-assault-sentence )

( https://www.news.com.au/finance/tech-titan-michael-goguen-of-sequioa-capital-kept-amber-baptiste-as-a-sex-slave-for-13-years/news-story/91012180fc3b23d50c1e6be8105c92e7 )

They have an **army of lobbyists** that pay cash, stock market and **revolving door bribes** to U.S. Senators;

( https://www.theguardian.com/technology/2017/sep/03/silicon-valley-politics-lobbying-washington )

( https://globalanticorruptionblog.com/2014/10/28/corruption-and-the-revolving-door-recent-discussions-and-further-reflections/ )


 They can even evade FBI & SEC investigations; They hire women to act as '**trophy wives**' and '**beards**';

( https://www.forbes.com/2008/07/11/billionaire-wives-club-biz-billies-cx_cv_0711billiewives_slide.html )

( https://www.axios.com/silicon-valley-sex-party-was-at-steve-jurvetsons-home-1515699374-132b7731-3e58-4727-bc6a-48e5c234a3e5.html )

they have **lobbyists rig the U.S. Patent Office** in order to block inventor patent rights because they are using stolen technologies;

( https://www.usinventor.org/ )

 they have been caught on video and recordings beating, **kicking and harming women hundreds of times**;

( https://www.theguardian.com/technology/2016/aug/12/gurbaksh-chahal-silicon-valley-domestic-assault-sentence )

They have bought up all of the Tier-One tech law firms and order them to **black-list**, and never help, those who seek equal tech rights;

( https://www.nolo.com/legal-encyclopedia/free-books/employee-rights-book/chapter10-9.html )

they collude to abuse your privacy and make databases on the public for political control; they have to cheat to compete because they are only good with spread sheets instead of innovation; They run black-lists, character assassination attacks, collusion and other anti-trust violating acts in violation of RICO laws.

Silicon Valley has become the largest assemblage of douche-bags and yuppie frat boy **criminals** in human history.

( https://www.jobsforfelonshub.com/locations/jobs-for-felons-in-palo-alto-california/ )

Page 215   EXHIBIT 100 – Case # 22-cv-1107-TSH, Norcal 9th District

Theranos **is not the exception, it is the standard**. **Tesla**, **Google, Theranos, Plaintiffswork, Facebook are lies backed by famous political insiders to protect their insider trading and covered-up by fake news operators. They are also fronts to fund political campaigns via the ill-gotten profits from their endeavors.**

( http://american-corruption.com/department_of_energy_financing.html )

( https://senatestockwatcher.com/ )

**When the bad guys, and their lap-dog politicians, attack you because your products are better than theirs they are proving that they are frat boy scumbags, from Stanford and Yale, that operate in a little pack, like dogs! Their Sandhill Road operation should be raided by the FBI! The best thing that could come from the COVID pandemic is that they all are forced into bankruptcy!**

( https://www.nationalreview.com/2016/06/stanford-rape-case-hook-culture-root-campus-sexual-assault-problem/ )

**When your Senator holds stock market shares in companies that exist to profit on the backs of consumers, via corruption, then it is impossible for that Senator to ever do anything but be corrupt!**

( https://www.cbsnews.com/news/congress-trading-stock-on-inside-information/ )

( https://www.tampabay.com/florida-politics/buzz/2020/04/22/donna-shalala-lone-democrat-overseeing-500b-virus-fund-failed-to-disclose-2019-stock-sales/ )


**Plaintiffs have reported this in writing to winklerm@sec.gov, sanfrancisco@sec.gov and 30+ other federal officers but have yet to see Plaintiffs whistle-blower rewards...or any action! Do you wonder how big politician insider stock trading is? Take a look at how many TRILLIONS of dollars pass through the stock markets annually and then look at the reported, AND UNREPORTED, securities holdings of famous U.S. Senators and government agency staff. That is what Seth Rich and the people in the "*In Memory Of*" section, below, were disclosing. These are massive crimes!**

(

http://american-corruption.com/ANTI_CORRUPTION_BATTLE_ON_BEHALF_OF_AMERICAN_CITIZENS.html )


The crooks at Google, Facebook, Tesla, Linkedin, Netflix, etc., broke felony laws and the basic principles of Democracy.

215

( https://www.cbsnews.com/news/congress-trading-stock-on-inside-information/ )


GOOGLE, **Especially**, must be exterminated and every executive and investor exposed and prosecuted because of these crimes:

( https://www.cbsnews.com/news/congress-trading-stock-on-inside-information/ )


Google faces $5 billion lawsuit in U.S. for tracking 'private' internet use. Google WILL pay for their crimes and must be extinguished as a business because of their corruption!

( https://www.reuters.com/article/us-alphabet-google-privacy-lawsuit/google-faces-5-billion-lawsuit-in-u-s-for-tracking-private-internet-use-idUSKBN23933H )

They bribed your Senators, White House Staff, insider agency staff and operated a Silicon Valley Oligarch sociopath political Cartel.

What kinds of people were some of these high tech oligarchs? Read their divorce Court Records about their Jeffrey **Epstein**, NXIVM sex trafficking; Andy Rubin and Goguen sex slaves; tax evasions; money laundering; intern abuses; misogyny; racism; political insider-trading stock market bribes to U.S. Senators; a '***Silicon Valley Tech Mafia***' and other horrors.

( https://www.thecut.com/2019/05/the-most-disturbing-details-from-the-nxivm-sex-cult-case.html )

( http://american-corruption.com/department_of_energy_financing.html )


What would you do if you found out that Eric Schmidt, Larry Page, Elon Musk, Sergy Brin, John Doerr and other dynastic elitist insider Stanford frat boys were running a mob-like Cartel? Over 60,000 engineers in Silicon Valley took the problem to Federal Court!

The defendants, in the first case, included Adobe, Apple Inc., Google, Intel, Intuit, Pixar, Lucasfilm and eBay, all high-technology companies with a principal place of business in the San Francisco–Silicon Valley area of California where they collude together to harm competitors. It is a well documented fact that Facebook, Google, Netflix, Linkedin, etc. use sophisticated psychological testing on each applicant in order to filter out all but the most radical devotees of the founders ideologies. These companies then maintain an echo-chamber resonance, throughout the company, to reinforce their ideological message, much like Scientology does. In these companies one must praise Elon Musk and Mark Zuckerberg and hate those who the founders target. The founders target their competitors, in violation of anti-trust laws.

The first civil class action was filed by five plaintiffs, *one of whom has died* in a curious incident; it accused the tech companies of collusion between 2005 and 2009. In Abolish Silicon Valley: How to

liberate technology from capitalism we see another of thousands of insiders expose the fact that Silicon Valley is a pile of filth.

( https://www.penguinrandomhouse.com/books/622177/abolish-silicon-valley-by-wendy-liu/ )

Additional cases are planned for filing. Formal complaints have been filed with The SEC, The DOJ, The GAO, The FBI, The FTC and The U.S. Congress. Active investigations into 'Angelgate' and related collusion and anti-trust matters are known to be under-way by federal, news outlet and private investigators as of 2020.

( https://en.wikipedia.org/wiki/Angelgate)


U.S. Senators, and other politicians, who covertly own stock in these Silicon Valley companies, have been delaying enforcement against these corrupt companies. Consumer rights groups have pledged to take down each and every politician who owns these corrupt stocks and protects these corrupt companies!

Plaintiffs alliance of the public, journalists, investigators and agency staff have FBI-level investigated: Steven Chu, Larry Page, David Dummond, Lachlan Seward, Andy Rubin, Jeffrey Epstein, Elon Musk, Nicholas Guido Denton, Harvey Weinstein, Eric Schmidt and the rest of the RICO-violating "Club" and had them fired or removed from their positions. They will remain under public surveillance for the rest of their lives and their case files will be added to monthly via submissions to federal agencies and news entities.


## What would an insane tech oligarch (Like Schmidt, Musk, Reid, Brin, Westly, Page, Khosla, etc.) do for trillions of dollars of criminal gain and control of politics and ideology?

When you run the following query on the stock market volume for a single day, ie: *"Select sum(Close*volume*0.001), count(*) from myTable where date = '9/27/2017'."*..you get the following result: 7300 stocks were traded, Total Money flow: $271,072,334,824. This is how much was traded on that day.

The total world derivatives market has been estimated at about $791 trillion face or nominal value, 11 times the size of the entire world economy.

The World Bank publishes global data on stocks traded by $ value here. ie:

- 2016 - $77.5 trillion for the year.

- ( https://data.worldbank.org/indicator/CM.MKT.TRAD.CD?end=2016&start=1975&view=chart )

Most exchanges publish this stat. Here is the data for NASDAQ

- Feb 6, 2018 - $192 billion for the day.

- ( http://www.nasdaqtrader.com/Trader.aspx?id=DailyMarketSummary )

And the Indian stock market volume data (in Indian Rupees) is here.

- BSE + NSE cash market, Feb 2018 - About Rs 40,000 crore daily. That's about $6 billion per day.

- ( http://www.moneycontrol.com/stocks/marketstats/turnover/ )

Average estimates put daily stock movement between 5 to ten trillion dollars per day. You can buy lot's of Weinstein/Epstein-like private islands, private jets, sex parties, U.S. Senators and crony government contracts with that kind of money. Once an oligarch starts buying sex with underage girls, they don't stop. In fact, there is nothing that a corrupt tech oligarch and their owned Senator won't do to keep their little pig trough filled up.

( http://american-corruption.com/EXPOSE_THE_MOBSTERS.html )

The average murder/robbery in the United States is undertaken for an average amount under $100.00

Thus, an Eric Schmidt, Elon Musk, Steve Westly, David Drummond, Vinod Khosla, Reid Hoffman, Steve Jurvetson, Andy Rubin, Larry Page or similar oligarch, who is sociologically addicted to money and power, is most certainly capable of ordering and operating election manipulations, Presidential bribes, murders and engaging in other crimes to protect those greed-based assets. They have the full resources to do so, have federal records proving that they hire lobbyists and operatives who do these things for them and have a documented history of engaging in extremist actions.

( http://american-corruption.com/How_Google_And_Facebook_Put_Obama_In_The_White_House.html )

# The Silicon Valley Cartel Hires Gawker, Gizmodo, Jalopnik, Black Cube, Fusion GPS, etc. to run "hit-jobs" on those who report their crimes!

## The Hit Job

How much do you have to pay Google, Alphabet, YouTube and Black Cube to dedicate a portion of their servers to push a character assassination set of links, against a competitor, to all five billion people on Earth with internet access? How much did Obama, Clinton, Bloomberg spend using those exact same systems to attack their political enemies? How much does it cost to order a citizen's social security benefits blockaded, have their phones and computers hacked and run a global character assassination media campaign to defame and black-list them? Every one of the attack technologies and resources were previously deployed against Presidential candidates in past elections. The providers, operators and compensation conduits of the attack services are known to law enforcement. The payment records have been uncovered, revealing that over $30M of billings were incurred. By way of contrast: $30M is the typical WEEKLY expenditure for opposition character assassination programs in a U.S. Presidential election using Gawker, Gizmodo, Facebook, Google and Fusion GPS media attack services. (See the detailed investigation report on the specific attacks) ( http://www.majestic111.com/ )

Plaintiffs know. Plaintiffs have their financial records, invoices and receipts and so does the FBI and the NSA.

How much do you have to pay to get them to lock those attack links on one of the first 4 lines of EVERY search result, in the same position in the search results, for over a decade (which proves that their search results are not "organic", they are manually manipulated by Google and YouTube)? How much did Obama, Clinton, Bloomberg spend using those exact same systems to attack their political enemies?

Plaintiffs know. Plaintiffs have their financial records, invoices and receipts and so does the FBI and the NSA.

How much does it cost to make a Disney-like animated movie about a whistle-blower? How much does the production and software and person-hour billings cost? How much does it cost to distribute that movie world-wide and lock it in the top line of all search results?

Plaintiffs know. Plaintiffs have their financial records, invoices and receipts and so does the FBI and the NSA.

How much does it cost to hire a warehouse full of Russian, Nigerian and Chinese click-farm operators who use Palantir and Google software to instantly be alerted of any mention of a person's name on the internet and to then go slam that person in the comment sections with endless troll remarks? Elon Musk uses these same people to hype his narcissistic need for attention. Obama, Clinton, Bloomberg and other politicians hire these same people to attack their political adversaries. How much does it cost to have anonymous trolls in foreign countries kill a person's brand globally?

Plaintiffs know. Plaintiffs have their financial records, invoices and receipts and a huge number of lawsuits, court records, federal investigation and investigative journalism reports have exposed those records and details. The FBI, NSA, SEC, FTC and Congressional investigators can also confirm these numbers!

So it turns out that it costs: **$35,422,152.00 to have a person and their business killed!**

That is how much they spent on their attack on the Plaintiffs! The people at the top of the heap who organized the attacks were David Plouffe, Jay Carney, David Axelrod, Denis Mcdonough, Steve Rattner, Robert Gibbs, Rahm Emanual and their associates and they did it from **The West Wing and The Oval Office in The White House**.

Many of the political attacks were edited by Nick Denton and his seedy tabloid empire Gawker/Gizmodo.

( https://www.takimag.com/article/gawker_media_hypocrites_vs_douchecanoes/ )

Media Matters for America founder David Brock is a hired media assassin who reaped illegal profits through the transfer of millions from a nonprofit he founded to a for-profit entity under his control, according to an IRS complaint filed by a watchdog group. The complaint details how Brock's nonprofit group American Bridge Foundation (AB Foundation) transferred $2.7 million in tax-exempt assets to True Blue Media, a for-profit company owned by Brock that is the parent company of ShareBlue, a for-profit media company now known as The American Independent.

( https://cdn01.dailycaller.com/wp-content/uploads/2020/04/AB-Foundation-Complaint.pdf )

( https://americanindependent.com/ )


The transfers violated IRS rules that prohibit nonprofit organizations from using their tax-exempt resources to pay personal or private expenses of any key figures connected to the nonprofit, the complaint stated. AB Foundation's transfers to True Blue Media were disclosed in the nonprofit's Form 990s filed to the IRS in 2017 and 2018. *"Brock is a well-known hit man who took money to target Plaintiffs group in reprisal for whistle-blowing...."* Said Team 7 staff.

The money was conduited and assisted for pass-through by political financiers Eric Schmidt, Larry Page, Sergy Brin, Elon Musk, John Doerr, Vinod Khosla, Steve Westly, Steve Spinner and their Silicon Valley oligarch Cartel black-listing operation.

( http://american-corruption.com/department_of_energy_financing.html )

It was a felony. It violated RICO, Anti-Trust and Constitutional laws.

So they spent over thirty five million dollars attacking the Plaintiffs and shutting down a competitor that was targeted to make over six billion dollars in profits. The attackers then made the six billion dollars in profits for themselves, at the expense of the Plaintiffs.

So how much do you think they owe the Plaintiffs per previous court awards for such crimes against a member of the public?

**Silicon Valley's No-poaching** Case: The Growing Debate over ...

https://knowledge.wharton.upenn.edu/article/silicon-valleys-poaching-case-growing-debate-employee-mobility/

"**Silicon Valley's No-poaching** Case: The Growing Debate over Employee Mobility." Knowledge@Wharton. The Wharton School, University of Pennsylvania, 30 April, 2014.

Steve Jobs was 'central figure' in **Silicon Valley's 'no ...**

https://money.cnn.com/2014/08/11/technology/silicon-valley-poaching-case/index.html

Aug 11, 2014A **lawsuit** by **Silicon Valley** workers claims Steve Jobs was a ringleader in a conspiracy not to poach employees. If **Silicon Valley's** biggest companies want an embarrassing employee **lawsuit** to go ...


# The Sex Cult Club These Perpetrators Use

The perpetrators operate a **massive and abusive national sex cult**. The perverts in the SandHill Road Venture Capital offices, located between Highway 280 down to to Santa Cruz Avenue on Sand Hill Road in Menlo Park, California, are the main perpetrators of this global cartel.

( https://www.vanityfair.com/news/2018/01/brotopia-silicon-valley-secretive-orgiastic-inner-sanctum )

Their executives at Google, Facebook, Netflix, Linkedin, Twitter, and their related holdings, comprise the rest. The Harvey Weinstein and Ed Buck sex scandals are well known.

( https://ktla.com/2019/09/17/dem-donor-ed-buck-arrested-after-3rd-mans-overdose-charged-with-operating-west-hollywood-drug-house/ )


**These sex cult actions have been widely covered in the news individually, ie:**

**- The Joe Lonsdale rape case**

( https://europetodaynews.wordpress.com/2017/04/28/joe-lonsdale-rapist-abusive-frat-boy-and-mysoginst-or-gods-gift-to-women/ )


**- The Kleiner Perkins Ellen Pao sex abuse lawsuit**

( https://www.eandblaw.com/employment-discrimination-blog/2016/02/19/pao-v-kleiner-perkins/ )

Page 222   EXHIBIT 100 – Case # 22-cv-1107-TSH, Norcal 9th District

- The **Eric Schmidt sex penthouse stories**

( https://www.dailymail.co.uk/news/article-2377785/Google-CEO-serial-womanizer-Eric-Schmidt-spends-15-million-dollars-private-doorman-Manhattan-penthouse-totally-soundproofed.html )


- **The Jeffrey Epstein case**

( https://www.miamiherald.com/news/local/article220097825.html )


-  The **Google Forrest Hayes hooker murder case**

( https://www.usatoday.com/story/tech/2014/07/09/google-exec-hayes-killed-by-call-girl/12422797/ )


- The Google **Andy Rubin sex slave case**

( https://conservativedailypost.com/android-co-founder-accused-of-running-sex-slave-ring/ )


- The **Sergy Brin 3-way sex romp** scandal

( https://nexter.org/google-sex-scandal-sergey-brin-playboy-book-alleges )


- **The Steve Bing Case**

( https://newspunch.com/steve-bing-clinton-friend-associate-epstein-links-dead/ )


-  The **Hydrant investigation**

( https://en.wikipedia.org/wiki/Operation_Hydrant )


- The **Elon Musk Steve Jurvetson billionaire sex parties** scandals

( https://pagesix.com/2018/02/12/elon-musk-sported-interesting-getup-at-alleged-sex-party/ )


- The **NXIVM sexual slave** cases

( https://www.oxygen.com/crime-time/nxivm-sex-slave-details-horrific-allegations-against-keith-raniere )


222

- The **Michael Goguen anal sex slave case**

( https://www.news.com.au/finance/tech-titan-michael-goguen-of-sequioa-capital-kept-amber-baptiste-as-a-sex-slave-for-13-years/news-story/91012180fc3b23d50c1e6be8105c92e7 )


- **The Tom Perkins Hooker Parties**

( https://fortune.com/2018/01/02/brotopia-book-silicon-valley-sex-party/ )


**and thousands of other cases and** federal divorce court filings.

( https://www.pacer.gov/ )


This group of people have proven themselves, over and over, to be sociopath control freaks not fit for participation in public commerce, public policy or media control.

( https://www.npr.org/sections/alltechconsidered/2017/09/19/551810814/silicon-valley-s-ellen-pao-tackles-sex-discrimination-workplace-diversity-in-mem )

( https://nypost.com/2018/01/03/book-details-tech-bros-drug-fueled-sex-parties-in-silicon-valley/ )


The Four Seasons Hotel and Rosewood Hotels in Silicon Valley are estimated to engage in over $30,000.00 of high-end escort sex trafficking per day, a portion of it managed by Eastern Bloc Mafia operators.

( https://www.thedailybeast.com/silicon-valleys-sex-workers-are-being-priced-out-of-the-city-by-their-own-clients )

( https://escortontop.com/hotel-escorts.htm )

( https://www.vanityfair.com/culture/2013/05/silicon-valley-cougar-nights-love )

( https://www.quora.com/Do-escorts-really-use-the-Rosewood-Hotel-lobby-bar-in-Menlo-Park )


- The **Elon Musk sex perversions are the tip of the iceberg.**

( https://www.dailymail.co.uk/news/article-8426719/Cara-Delevingne-three-way-affair-Amber-Heard-Elon-Musk.html )

At least 10 Ukrainian escorts fly in and out of SFO and SJO airports every week for these Cartel members. Google boss David Drummond engaged in horrible philandering sexual violations of his wife yet Google covers up every story about it on the web. Google's Eric Schmidt is under massive investigation.

(

http://american-corruption.com/Eric_Schmidt_Has_A_Psychotic_Need_To_Control_Governments_And_Society.html )


You hear about the female victims of this sex cult but you rarely hear about the young male victims. One of their vast numbers of prostitutes is quoted as saying that the girls and boys are paid *"not just for sex but for the oligarch's endless need to feel that they can control anyone for any reason...".* Multiple attorney general's controlled by their cartel, ie: Eric Schneiderman and Eliot Spitzer , are involved this these sex rings.

*(* https://newspunch.com/eric-schneiderman-nxivm-child-sex-slaves-clintons/ *)*

*(* https://en.wikipedia.org/wiki/Eliot_Spitzer *)*

*These are the main influencers of a national political party and they are all involved in horrific sex perversions and abuses! The associates political figures financed by this sex Cartel include: Illinois State Representative, **Keith Farnham**, who has resigned and was charged with possession of child pornography and has been accused of bragging at an online site about sexually molesting a 6-year-old girl; Spokesperson for the Arkansas Democratic Party, **Harold Moody, Jr,** who was charged with distribution and possession of child pornography; Radnor Township Board of Commissioners member, **Philip Ahr,** who resigned from his position after being charged with possession of child pornography and abusing children between 2 and 6 years-old; Activist and BLM organizer, **Charles Wade**, who was arrested and charged with human trafficking and underage prostitution; Texas attorney and activist, **Mark Benavides,** who was charged with having sex with a minor, inducing a child under 18 to have sex and compelling prostitution of at least nine legal clients and possession of child pornography, he was found guilty on six counts of sex trafficking; Virginia Delegate, **Joe Morrissey,** who was indicted on charges connected to his relationship with a 17-year-old girl and was charged with supervisory indecent liberties with a minor, electronic solicitation of a minor, possession of child pornography and distribution of child pornography; Massachusetts Congressman, **Gerry Studds**, who was censured by the House of Representatives after he admitted to an inappropriate relationship with a 17-year-old page; Former Mayor of Stillwater, New York, **Rick Nelson** who was plead guilty to five counts of possession of child pornography of children less than 16 years of age; Mayor of Clayton, New York, **Dale Kenyon,** who was indicted for sexual acts against a teenager; Former Mayor of Hubbard, Ohio, **Richard Keenan**, who was given a life sentence in jail for raping a 4-year-old girl; Former Mayor of*

Winston, Oregeon, **Kenneth Barrett**, who was arrested for setting up a meeting to have sex with a 14-year-old girl who turned out to be a police officer; The Mayor of Randolph, Nebraska, **Dwayne L. Schutt,** who was arrested and charged with four counts of felony third-degree sexual assault of a child and one count of intentional child abuse.

The associates political figures financed by this sex Cartel also include: The Former Mayor of Dawson, Georgia, **Christopher Wright**, who was indicted on the charges of aggravated child molestation, aggravated sodomy, rape, child molestation and statutory rape of an 11-year-old boy and a 12-year-old girl; Former Mayor of Stockton, California, **Anthony Silva,** who was charged with providing alcohol to young adults during a game of strip poker that included a 16-year-old boy at a camp for underprivileged children run by the mayor; Former Mayor of Millbrook, New York, **Donald Briggs**, who was arrested and charged with inappropriate sexual contact with a person younger than 17; The party leader for Victoria County, Texas, **Stephen Jabbour,** who plead guilty to possession and receiving over half a million child pornographic images; DNC activist and fundraiser, **Terrence Bean**, who was arrested on charges of sodomy and sex abuse in a case involving a 15-year-old boy; DNC Party Chairman for Davidson County, Tennessee, **Rodney Mullin**, who resigned amid child pornography allegations; DNC activist, **Andrew Douglas Reed**, who pleaded guilty to multiple counts of 2nd-degree sexual exploitation of a minor for producing child pornography; DNC official from Terre Haute, Indiana, **David Roberts** who was sentenced to federal prison for producing and possessing child pornography including placing hidden cameras in the bedrooms and bathrooms at a home he shared with two minor female victims; Democratic California Congressman, **Tony Cárdenas**, who is being sued in LA County for allegedly sexually abused a 16-year-old girl; Democratic aide to Senator **Barbara Boxer, Jeff Rosato**, who plead guilty to charges of trading in child pornography; Alaskan State Representative, **Dean Westlake,** who resigned from his seat after the media published a report alleging he fathered a child with a 16-year-old girl when he was 28; New Jersey State Assemblyman, **Neil Cohen,** who was convicted of possession and distribution of child pornography; DNC donor and billionaire, **Jeffrey Epstein,** ran an underage child sex brothel for The Commission and was convicted of soliciting underage girls for prostitution; New York Congressman, **Anthony Weiner,** who plead guilty to transferring obscene material to a minor as part of a plea agreement for sexted and sending Twitter DMs to underage girls as young as 15; DNC donor, activist, and Hollywood producer H**arvey Weinstein** is being criminally prosecuted and civilly sued for years of sexual abuse (that was well known "secret" in Hollywood) including underage sexual activities with aspiring female actresses; DNC activist and #metoo proponent, **Asia Argento,** settled a lawsuit for sexual harassment stemming from sexual activities with an underage actor; Mayor of Racine, Wisconsin, **Gary Becker,** who was convicted of attempted child seduction, child pornography, and other child sex crimes; Democratic Seattle Mayor **Ed Murray** resigned after multiple accusations of child sexual abuse were levied against him including by family members; San Francisco Mayoral candidate **John Molinari** had his daughter removed from his home by San Francisco Police for his abuse of her according to SFPD reports; San Francisco Mayoral candidate **Roger Boas** was arrested for running an underage sex brothel which

catered to San Francisco political elite; DNC activist and aid to NYC Mayor De Blasio, **Jacob Schwartz** was arrested on possession of 3,000+ child pornographic images; Democratic activist and actor, **Russell Simmons**, was sued based on an allegation of sexual assault where he coerced an underage model for sex; DNC Governor of Oregon, **Neil Goldschmidt,** after being caught by a newspaper, publicly admitted to having a past sexual relationship with a 13-year-old girl after the statute of limitations on the rape charges had expired; Democratic Illinois Congressman, **Mel Reynolds** resigned from Congress after he was convicted of statutory rape of a 16-year-old campaign volunteer; Democratic New York Congressman, **Fred Richmond,** was arrested in Washington D.C. for soliciting sex from a 16-year-old boy; Democratic activist, donor, and director, **Roman Polanski,** fled the country after pleading guilty to statutory rape of a 13-year-old girl - Democrats and Hollywood actors still defend him to this day, including, **Whoopi Goldberg, Martin Scorcese, Woody Allen, David Lynch, Wim Wenders, Pedro Almodovar, Tilda Swinton and Monica Bellucci;** Democratic State Senator from Alaska, **George Jacko,** was found guilty of sexual harassment of an underage legislative page; Democratic State Representative candidate for Colorado, **Andrew Myers,** was convicted for possession of child pornography and enticing children; Illinois Congressman, **Gus Savage** was investigated by the Democrat-controlled House Committee on Ethics for attempting to rape an underage female Peace Corps volunteer in Zaire; Activist, donor, and spokesperson for Subway, **Jared Fogle,** was convicted of distribution and receipt of child pornography and traveling to engage in illicit sexual conduct with a minor; State Department official, **Carl Carey,** under **Hillary Clinton**'s state department, was arrested on ten counts of child porn possession; Maine Assistant Attorney General, **James Cameron**, was sentenced to just over 15 years in federal prison for seven counts of child porn possession, receipt and transmission; Leading DNC boss and financier **Ed Buck** was arrested for killing gay prostitutes and running a sex and drug ring; State Department official, **Daniel Rosen**, under **Hillary Clinton**'s state department, was arrested and charged with allegedly soliciting sex from a minor over the internet; State Department official, **James Cafferty,** pleaded guilty to one count of transportation of child pornography; Democratic radio host, **Bernie Ward**, plead guilty to one count of sending child pornography over the Internet; Democratic deputy attorney general from California, **Raymond Liddy,** was arrested for possession of child pornography. There are **THOUSANDS** of other sex crime cases involving associates of the tech Cartel. All of these perpetrators had financing from and social and political direction from the Silicon Valley controlling perpetrators.

An inordinate number of the members are closeted homosexuals who seek to use their media monopolies and massive lobbyist ownership's to promote child sex and child sex change consideration.

( https://nationalnewsnetwork.net/video/the-silicon-valley-mafia-cartel )

( https://en.wikipedia.org/wiki/PayPal_Mafia )

( https://nypost.com/2016/10/09/the-sex-slave-scandal-that-exposed-pedophile-billionaire-jeffrey-epstein/ )

Hence the massive, sudden, promotion of those issues in all of their media since they took power in 2008 and pretty much ran the Obama White House.

( https://www.nytimes.com/2014/07/20/fashion/silicon-valley-embrace-gay-and-lesbian-community.html )

( https://www.wired.com/2007/11/how-paypal-gave/ )

( https://topica.asia/news/biggest-secret-of-silicon-valley-mafia-network/ )


The press has widely reported on underage boy sex clubs and the payment to parents for the blood of young boys by these oligarchs. A large number of tech VC's and senior executives are covert gay activists who hire women to act as their "beards".

( https://www.forbes.com/sites/scottallison/2012/08/25/gay-in-silicon-valley-a-founders-perspective/ )

( https://www.cnbc.com/2017/05/31/blood-transfusions-from-teenagers-start-up-charging-8000-apiece.html )

( http://www.abeldanger.org/web/wp-content/uploads/2017/05/The-Silicon-Valley-Mafia-Update-4.2-1.pdf )


Their elitist Yale and Stanford fraternity house upbringings promoted "bromances", "rape culture" and a *don't-worry-daddy-will-fix-it* mentality. Highly gay law firms, (like Covington, Perkins and Sonsini), actively lobby to place gay politicians in office from their Bay Area offices.

( http://politicalhat.com/2018/08/13/tech-overlords-of-silicon-valley-gay-frogs-and-the-silencing-of-dissent/ )

( https://www.huffpost.com/entry/how-has-being-openly-gay_b_14367576 )

( https://www.huffpost.com/entry/brock-turner-dad-letter-is-rape-culture-in-a-nutshell_n_57555bace4b0ed593f14cb30 )


**What some of the fundraisers for the political candidates tell these oligarchs to get their cash:**
*"...We need to control the government or you won't have enough money to buy private islands, ranches and penthouses and have young boys and girls flown in to have sex with. If we don't control the government, no more sex parties for you..."*

--------------------------------------------------------------------------

The AngelGate Conspiracy ( https://venturecapitalcorruption.weebly.com/the-angelgate-conspiracy.html ); The Job Collusion Case ( https://en.wikipedia.org/wiki/High-Tech_Employee_Antitrust_Litigation ) and hundreds of other cases, prove that the perpetrators regularly meet, conspire, collude and racketeer, in full view of law enforcement, without ever getting arrested by the FBI because they bribe public officials in order to avoid prosecution.

( https://www.dailymail.co.uk/news/article-5229757/amp/Inside-Silicon-Valleys-sex-drug-parties.html )

Public officials and Silicon Valley oligarchs exchanged felony bribes and manipulated government actions in order to benefit themselves and harm us. these are the facts including the lists of bribes, attacks and covert financing routes!

Famous members of congress lie, cheat, steal and manipulate public records in order to protect their trillions of dollars of Google, Facebook, Netflix, Tesla and Amazon insider stock market payola.

Now the public is working together, around the globe, to end this corruption forever by exposing every single one of the corrupt and all of their dirty secrets!

Department of Energy staff (ie: Chu), White House staff (ie: Emanual), CIA staff (ie: Woolsey) owned the rare earth (ie: lithium, indium) mining scam stock (ie: Goldman Sachs transfers) market securities from foreign countries (ie: Afghanistan, Congo) which only benefited themselves, Elon Musk and his Silicon Valley cartel.

( http://american-corruption.com/department_of_energy_financing.html )

Demand the immediate divestiture of all stock market holdings of all politicians and their family members because that is how most bribes are now paid!

**The Political Corruption Crimes Plaintiffs Experienced In California And Washington DC**

The government is responsible to Plaintiffs for the damages to Plaintiffs.

As natural born citizens, they suffered injuries caused by the crimes of government staff during, and after, Plaintiffs work for the government.

The NY Times reported: "Ms. Feinstein and her husband sold $1.5 million to $6 million worth of stock in Allogene Therapeutics, a California-based biotech company, in transactions that took place on Jan. 31 and Feb. 18." S

( https://www.nytimes.com/2020/03/19/us/politics/richard-burr-stocks-sold-coronavirus.html )

he, as usual, claimed that she has "no involvement in her husband's financial decisions" to avoid criticism. Do you really think that she has no idea about multi-million dollar deals that her husband is involved in? Dianne Feinstein, and her family owned the HR services, the construction company, the leasing services and the stock market accounts in Tesla and Solyndra and got the owners of those companies their government hand-outs. White House Staff and Department of Energy staff were fully aware of this and covered up these conflicts to protect their own stock holdings and revolving door jobs. She, and other Senators, ordered hit-jobs on the competitors to those companies, who were their constituents, in order to protect their stock holding profiteering efforts.

Public integrity at The Department of Energy and The U.S. Congress is in shambles because of this audacious corruption.



# The Crimes And Corruption That Plaintiffs Experienced

These are just a few of the corrupt financial conflicts of interest we experienced while engaging in a federally contracted program:

- *Plaintiffs saw Congress not only fail to eliminate both the appearance and the potential for financial conflicts of interest; we saw Senators, White House staff and Department of Energy executives optimize the support structure to engage in such criminality.  Americans must be confident that actions taken by public officials are intended to serve the public, and not those officials. The actions taken by Obama Administration staff and Department of Energy officials in illicit coordination*
*with U.S. Senators were criminal acts in violation of RICO and other laws.*

- *Plaintiffs saw illicit individual stock ownership by Members of Congress, Cabinet Secretaries, senior congressional staff, federal judges, White House staff and other senior agency officials while in office. Those government officials acquired, held, 'pump-and-dumped' and traded stock where its value was influenced by their agency, department, or actions in efforts that harmed us.*

- *Plaintiffs saw government officials, including Plaintiffs U.S. Senators, engage in organized crime via insider trading, revolving door job payola, sex-for-perks trades, stock valuation fluffs, and more illicit actions.*

230

*- Plaintiffs saw conflict of interest laws and ethics violated by the President and Vice President in violation of Conflicts of Interest standards in which the President and the Vice President did not place conflicted assets, including businesses, into a blind trust to be sold off and hid conflicts of interest.*

*- Plaintiffs saw senior Department of Energy government officials, employees, contractors and White House staff invest inprivately-owned assets that did present conflicts and harmed us, including large companies like Tesla, Google, Facebook, Sony, Netflix, etc., and commercial real estate. ( http://american-corruption.com/department_of_energy_financing.html )*

*- Plaintiffs saw an organized crime scheme to not respond to filings by citizens or reporters. Former White House and Energy Department staff use 'stone-walling' to intentionally delay responses for a decade, or more, and that tactic continues to this day.*

*- Plaintiffs saw ethics rules violations by government employees, including unpaid White House staff and advisers.*

*- Plaintiffs saw executive branch employees fail to recuse from all issues that might financially benefit themselves or a previous employer or client from the preceding 4 years in the "Cleantech" programs.*

*- Plaintiffs saw a 'Revolving Door' between Silicon Valley industry and government and we saw tech companies buying influence in the government or profiting off of the public service of these officials.*

*- Plaintiffs saw lobbying by the President, Vice Presidents Members of Congress, federal judges, and Cabinet Secretaries; and, we saw other federal employees lobbying their former office, department, House of Congress, or agency.*

*- Plaintiffs saw Plaintiffs competitors immediately hiring or paying these senior government officials from agencies, departments, and/or Congressional offices recently lobbied by those companies and staff from Plaintiffs Senator's office go freely back-and-forth at jobs at the companies and the offices of the Senators.*

*- Plaintiffs saw the world's largest companies, banks, and monopolies, especially Goldman Sachs, (measured by annual revenue or market capitalization) hiring or paying former senior government officials mentioned herein. Plaintiffs saw the massive, and unfair,  ability of companies to buy influence through current government employees*

*- Plaintiffs saw current lobbyists taking government jobs after lobbying.*

*- Plaintiffs saw over 82 of Plaintiffs friends and peers suddenly die under strange circumstances. Some of them appear to have been murdered to shut them up.*

*- Plaintiffs saw corporate outlaws like Google, Tesla, Facebook, Linkedin, Netflix, Sony, etc., working in government via top corporate leaders whose companies were caught breaking federal law.*

*- Plaintiffs saw contractor corruption where federal contractors and licensee employees worked at the agency awarding the contracts.*

*- Plaintiffs saw "Golden Parachutes" that provide corporate bonuses to executives for federal service as bribes.*

*- Plaintiffs saw massive influence-peddling in Washington DC.*

*- Plaintiffs saw the manipulation of the federal definition of a "lobbyist" to exclude most individuals paid to influence government.*

*- Plaintiffs saw individuals paid to influence government on behalf of for-profit entities and their front-groups who were facades for Silicon Valley oligarchs.*

*- Plaintiffs saw the obfuscation of the disclosure of lobbyist activities and influence campaigns where Plaintiffs competitor's lobbyists did not disclose specific bills, policies, and government actions they attempted to influence; nor many meetings with public officials; and many documents they provided to those officials*

*- Plaintiffs saw massive influence-peddling by Foreign Actors such as that which occurred in the ENER1, Severstal, Solyndra and related scandals. Plaintiffs saw substantial foreign influence in Washington by foreign lobbying.*

*- Plaintiffs saw American lobbyists accepting money from foreign governments, foreign individuals, and foreign  companies to influence United States public policy at the Department of Energy and other agencies.*

*- Plaintiffs saw Plaintiffs competitors current lobbyists taking government jobs after lobbying and using those positions against us where they exploited 'Legalized Lobbyist Bribery' and traded money for government favors for Plaintiffs competitors.*

*- Plaintiffs saw political donations from lobbyists to candidates or Members of Congress in exchange for helping Plaintiffs competitors that the lobbyists worked for and that the Members of Congress owned stock in. Plaintiffs saw those lobbyists operate contingency fees that allowed those lobbyists to be paid for a guaranteed public policy outcome.*

*- Plaintiffs saw Plaintiffs competitor's lobbyist gifts to the executive and legislative branch officials they lobby.*

*- Plaintiffs saw Plaintiffs Congressional representatives use Plaintiffs competitor's lobbyists for "expertise" and information in Plaintiffs industry.*

*- Plaintiffs saw those in Plaintiffs congressional service get paid non competitive salaries that do not track with other federal employees.*

*- Plaintiffs saw the removal of the nonpartisan Congressional Office of Technology Assessment to avoid providing open-source critical scientific and technological support to Members of Congress in order to tunnel-vision info about Plaintiffs competitors.*

*- Plaintiffs saw a non-level playing field between Plaintiffs competitor's corporate lobbyists and government via excessive lobbying over $500,000 in annual lobbying expenditures by Plaintiffs competitors in a huge number of anti-trust violations.*

*- Plaintiffs saw a COMPLETE failure of individuals and corporations to disclose funding or editorial conflicts of interest in research submitted to agencies that is not publicly available in peer-reviewed publications.*

*- Plaintiffs saw McKinsey sham research which undermines the public interest by not requiring that such studies, that present conflicts of interest, undergo independent peer review to be considered in the Congressional rule-making process.*

*- Plaintiffs saw agencies refuse to justify withdrawn public interest rules via public, written explanations.*

*- Plaintiffs saw loopholes exploited by powerful corporations like Google, Facebook, Tesla, Netflix, Sony, etc., to block public interest actions.*

*- Plaintiffs saw loopholes that allow corporations, like Tesla and Google, to tilt the rules in their favor and against the public interest.*

*- Plaintiffs saw Silicon Valley oligarchs and their agency shills delay or dominate the rule-making process by the practice of inviting Google, Tesla or Facebook to negotiate rules they have to follow.*

*- Plaintiffs saw inter-agency review manipulation as a tool for corporate abuse used for the banning of informal review and closed-door industry lobbying at the White House's Office of Information and Regulatory Affairs*

233

*- Plaintiffs saw abusive injunctions from rogue judges, like Jackson, et al, where individual District Court judges, can temporarily block agencies from implementing final rules.*

*- Plaintiffs saw hostile agencies use sham delays of implementation and enforcement by using the presence of litigation to postpone  the implementation of final rules.*

*- Plaintiffs saw obfuscation by agency public advocates to prevent public engagement.*

*- Plaintiffs saw the blockading of private lawsuits by members of the public to hold agencies accountable for failing to complete rules or enforce the law, and to hold corporations accountable for breaking the rules.*

*- Plaintiffs saw a failure to inoculate government agencies against corporate capture such as Google undertook against the White House.*

*- Plaintiffs saw Plaintiffs complaints and whistle-blowing buried in an avalanche of lobbyist activity.*

*- Plaintiffs saw Plaintiffs competitor corporations game the courts by requiring courts to presumptively defer to agency interpretations of laws and prohibiting courts from considering sham McKinsey studies and research excluded by agencies from the rule-making process*

*- Plaintiffs saw blocking of the Congressional Review Act provision banning related rules that prevent agencies from implementing the will of Congress based on Congress' prior disapproval of a different, narrow rule on a similar topic.*

*- Plaintiffs saw a failure in the integrity of the judicial branch by reducing rules that prevent conflicts of interest.*

*- Plaintiffs saw individual stock ownership by federal judges in Plaintiffs competitors.*

*- Plaintiffs saw judges accepting gifts or payments to attend private seminars from private individuals and corporations that were Plaintiffs competitors.*

*- Plaintiffs saw non-ethical behavior by the Supreme Court in which the Court did not follow the Code of Conduct that binds all other federal judges*

*- Plaintiffs saw a lack of public insight into the judicial process by the hiding of information about the process and an increase in the barriers to accessing information.*

*- Plaintiffs saw reduced disclosure of non-judicial activity by federal judges and the hiding of judges'*

*financial reports, recusal decisions, and speeches.*

*- Plaintiffs saw a blockade of public access to court activity by refusing to live-stream, on the web, audio of their proceedings, making case information easily-accessible to the public free of charge, and by federal courts not sharing case assignment data in bulk.*

*- Plaintiffs saw Plaintiffs rights restricted and Plaintiffs access to justice blocked to all but the wealthiest individuals and companies.*

*- Plaintiffs saw barriers that prevented us as individuals from having Plaintiffs case heard in court via harsh pleading standards that make it too hard for individuals and businesses that have been harmed to make their case before a judge.*

*- Plaintiffs saw no independent agency dedicated to enforcing federal ethics and anti-corruption laws.*

*- Plaintiffs saw no support for stronger ethics and public integrity laws via stronger enforcement.*

*- Plaintiffs saw no federal ethics enforcement with effective investigative and disciplinary powers that would help individuals.*

*- Plaintiffs saw minimal enforcement of ethics laws via corrective action, levying civil and administrative penalties, and referring egregious violations to the Justice Department for criminal arrest and enforcement.*

*- Plaintiffs saw no IG anti-corruption and public integrity oversight over federal officials, including oversight of agency Inspectors General, or ethics matters for White House staff and agency heads, or waivers and recusals by senior government officials.*

*- Plaintiffs saw no investigation independent and protected from partisan politics through a single Director operating under strict selection, appointment, and removal criteria.*

*- Plaintiffs saw Deutche Bank pay Jeffrey Epstein' Russian hookers and manipulate finances for Elon Musk to cook the books.*

*- Plaintiffs saw no easy online access to key government ethics and transparency documents, including financial disclosures; lobbyist registrations; lobbyist disclosures of meetings and materials; and all ethics records, recusals, and waivers.*

*- Plaintiffs saw no independent and empowered ethics office insulated from congressional politics.*

*- Plaintiffs saw few criminal and civil violations in Plaintiffs case referred to the Justice Department, the Office of Public Integrity, or other relevant state or federal law enforcement.*

*- Plaintiffs saw broken Federal Open Records laws, public official and candidate tax disclosures.*

*- Plaintiffs saw Silicon Valley Oligarch special interests using secret donations from corporations and their Cartel of billionaires to influence public policy without disclosure*

*- Plaintiffs saw Google and Facebook provide over a billion dollars of political campaign financing with NO action by the FEC.*

*- Plaintiffs saw fake tech company 'nonprofit organizations' refuse to list donors who bankrolled the production of any specific rule-making comment, congressional testimony, or lobbying material, and refuse to reveal whether the donors reviewed or edited the document at the Silicon Valley insider companies.*

*- Plaintiffs saw the hiding of individuals and corporations disclosures of funding, or editorial conflicts of interest, in research submitted to agencies that is not publicly available in peer-reviewed publications.*

*- Plaintiffs saw McKinsey sham "Cleantech" and "battery research" reports undermineg the public interest by using studies that present conflicts of interest to independent peer review to be considered in the rule-making process.*

*- Plaintiffs saw loopholes in Plaintiffs open records laws that allow federal officials to hide tech industry and Silicon Valley oligarch industry influence.*

*- Plaintiffs saw a failure of the presumption of disclosure and a failure to affirmatively disclose records of public interest, including meeting agendas; government contracts; salaries; staff diversity; and reports to Congress.*

*- Plaintiffs saw Tesla Motors get in-person, hand-walked, through the DOE government cash give-away while all of Tesla's competitors were ignored, black-listed, never communicated with and blockaded.*

*- Plaintiffs saw no use of a central FOIA website that is searchable and has downloadable open records databases with  all open FOIA requests and all records disclosed through FOIA.*

*- Plaintiffs saw limited FOIA enforcement by not limiting FOIA exemptions and loopholes, and by not giving the National Archives the authority to overrule agency FOIA decisions and to compel disclosure.*

*- Plaintiffs saw Congress become less transparent by not ending the corporate lobbyists leg up in the legislative process. The*
*public deserves to know what Congress is up to and how Silicon Valley lobbyists influence legislation.*

*- Plaintiffs saw a failure to require all congressional committees to immediately post online more information, including hearings and markup schedules, bill or amendments text, testimonies, documents entered into the hearing record, hearing transcripts, written witness answers, and hearing audio and video recordings.*

*- Plaintiffs saw a refusal of Members of Congress to post a link to their searchable voting record on their official websites*

*- Plaintiffs saw a hiding, by Silicon Valley lobbyists of when they lobby a specific congressional office; specific topics of visit; the official action being requested; and all documents provided to the office during the visit.*

*-  Plaintiffs saw much, much more...*

Any politician who allows these crimes and corruptions to continue to exist is part of those crimes and corruptions. never believe any candidate who does not swear to end each of the above listed payola and corruption processes!

**IF AMERICA WAS SERIOUS ABOUT ENDING CORRUPTION, IT WOULD MAKE THE ABOVE ILLICIT DEEDS A FELONY, BUT THE CALIFORNIA POLITICIANS WILL DO ANYTHING TO KEEP THEIR PIG TROUGH GOING!**

----------------------------------------

# THE ONGOING ATTACKS ON THE MEMBERS OF THE PUBLIC WHO REPORTED THESE CRIMES

The victim's cases have never been fairly reviewed by non-biased, non-conflicted officials. The victim's FBI-class investigators and peers have not found a single entity in the government's case reviews, or determinations, who was not either: financed by, friends with, sleeping with, dating the staff of, holding stock market assets in, promised a revolving door job or government service contracts from, partying with, personal friends with, photographed at private events with, making profits by consulting for, exchanging emails with, business associates of or directed by; one of those business adversaries, or the Senators and politicians that those business adversaries pay campaign finances to, or supply political search engine manipulation services to. FBI and CIA-class Forensic data proves it.

237

The victims have demanded, in writing to SSA, DOJ, OSC, SEC, FBI, that an unbiased lawyer and CPA be provided by The State for the case but none has been provided. As they are now low-income, senior, disabled, felony crime victims, the federal government's LSC Corporation and public-interest law groups have stated that it is their right to receive such case assistance from The State. The victims have contacted NOSSCR, LSC, Legal Aid, NADR, and all known local resources on the list provided by the feds but none of those taxpayer funded entities have been responsive because they are helping the cover-ups.

The assertions provided by a Task Force team of 3 letter agency folks, Congressional staff, investigative reporters and crowd-sourced voters supporting the case investigations are beyond reproach, and true, unless someone refuses to hear the truth due to a personal political agenda.

The victim's government-promised benefits have STILL yet to be provided to them and many of the actions by politically conflicted federal officials, so far, have succeeded in harming the victims further The peers of the victims have received millions and millions of dollars for their Department of Energy, and other agency, whistle-blowing but the other victims have been blocked from getting legal support.

These abuses and benefits blockades are a violation of the victim's human rights, U.S. Constitution and State Constitutional rights. (Yes, each State has constitutional rights you get, too)

The victims put their lives on the line for their country. They have worked 60 hours, or more, per week, since the 70's. They more than earned their full benefits plus damages, interest and back-fees equal to precedents set in the referenced whistle-blower court cases, below.

The victims are fully qualified for, and have the right to receive, a State supplied law firm to represent them but they have been blockaded from their rights because corrupt political figures are embarrassed about their crimes being exposed.

Elected officials and agency staff have one job, that job it is to work for THESE VICTIMS the citizens. Those politicians, though, have been shown to have millions of dollars in their stock market accounts from competing with these victims via their ownership in competing companies that they are supposed to be regulating.

At least one of the California Senators has over $100 million dollars in their accounts, (a fact the FBI can confirm), from stock market manipulations like this. Politically driven, and greed motivated, agency staff are constantly looking for any little opportunity or reason to use agency resources to harm any whistle-blower in reprisal for the success of the anti-corruption task forces they have assisted.

Federal officials stealth-hired Google, Gawker, Gizmodo, YouTube, In-Q-Tel, Fusion GPS and Black Cube to produce tens of millions of dollars of political reprisal media attacks and coordinate toxic exposures against the victims. The attacks have been proven by federal and private investigators to have happened, The source of the attacks, the financiers of the attacks, the beneficiaries of the attacks and the operators of the attacks are the same handful of government people.

238

The victims are seeking an analytical, objective, reasonable, non-political review of their case. Unlike Julian Assange, Edward Snowden and other whistle-blowers, not only did they do nothing illegal but they are law enforcement and intelligence service consultant who HELP the nation! They are Smedley Butler-like and not Edward Snowden-like!

It is foolish for any party to ignore the capacity for crime that the Jeffrey Epstein, Harvey Weinstein (ie: his threat to have Jennifer Aniston killed for reporting his sex crimes) and Larry Page oligarchs get involved in, along with the Senators they own and control.

The nature of the core crime case is profound in that it was driven by White House staff and United States Senators, who ordered attacks on the victims in reprisal. These famous political figures use the trillions of dollars in government treasuries and massive stock market scams for illicit profiteering by rigging the system exclusively for themselves and their crony insiders.

They attacked the victims using government taxpayer funded media (Fusion GPS, Black Cube, Google/YouTube/Alphabet, Pysops, Gizmodo Media, Media Matters, Blumenthal, etc.) and spy agency tools because the victims competed with their businesses and reported their crimes. This month the news headlines reveal that San Francisco Bay Area government has as many corrupt politicians as Chicago and relies on the same RICO-violating insider corruption network to operate; as proven by deep AI searches of their financial records. Arrests of those officials are now underway.

Silicon Valley law enforcement records prove that the tech oligarchs that finance these political figures, engage in an organized, racketeering-based, massive sex trafficking, tax evasion, anti-trust violating, spousal abuse, money laundering, black-listing, racist, ageist, political bribery, crony racketeering crime Cartel. The Famous U.S. Senators, Governors and their staff knowingly engage in, finance, operate and benefit from these crimes in exchange for search engine manipulation and stock market insider trading.

The Google, Facebook and Twitter components of this Cartel censor and cover-up news coverage of these crimes, and attacked the victims, because they have a financial connection to the perpetrators.

All of the crooks have had their files hacked. The evidence is out there at the NSA, FBI, etc. Even hackers from Russia and China have copies of the incriminating data. The bad guys will eventually lose!

It is unlikely that any whistle-blowers have as productive a domestic resume, as many letters of reference from famous third-parties and as much proof-of-work as these victims have proven in their evidence sets. The victims have been friends with, and shared homes with, multiple White House and Senate staff and family members and some them have even vouched for the victims. These whistle-blowers know the 'inside scoop'.

239

The victims are bi-partisan and not affiliated with any political party but they hate political corruption and have the connections to fight it when it affects them and America. Pictures and videos of famous political figures hugging them and meeting with them abound.

In a positive turn of events Whistle-blower Walter Tamosaitis" (easily found on web searches) who was also a Department of Energy Whistle-blower, got a rare victory. Walter got $4.1 MILLION DOLLARS for his whistle-blower work about the Department of Energy malfeasance.

The rest of the victims have gotten nothing but punishing benefits blockades and benefit reductions that guaranteed they would never be able to afford rent, going to a show or a restaurant, legal services or anything else in their lives! One of the people they helped get arrested sits around and drinks and collects over $150,000.00 per year in government benefits...and they are an arrested crook. The victims are having a hard time seeing how they have been treated fairly in light of their deeply documented public service!

SSA, and other agencies, were weaponized as political reprisal tools against the victims. James Brown, Jr, the HHS California head of Obamacare was arrested by the FBI for political corruption and racketeering during this. In Marin county HHS investigators were also arrested for sex crime. These tiny victories do not pay the rent for the victims, though.

Some of the victims were awarded a Congressional commendation award in the Iraq War Bill under the United States Congress. They, and their team were to build America's alternative energy back-up plan for the nation under the Department of Energy. They fully executed their federal agreement and did not go bankrupt, embezzle funds, bribe California politicians or get FBI- raided like their competitor: Solyndra!

-------------------------------------------------------------

# U.S. Senators, Agency Heads And Congress-People Were bribed With These Payments:

Billions of dollars of Google, Twitter, Facebook, Tesla, Netflix and Sony Pictures stock and stock warrants which is never reported to the FEC; Billions of dollars of Google, Twitter, Facebook, Tesla, Netflix and Sony Pictures search engine rigging and shadow-banning which is never reported to the FEC; Free rent; Male and female prostitutes; Cars; Dinners; Party Financing; Sports Event Tickets; Political campaign printing and mailing services "Donations"; Secret PAC Financing; Jobs in Corporations in Silicon Valley For The Family Members of Those Who Take Bribes And Those Who Take Bribes; "Consulting" contracts from McKinsey as fronted pay-off gigs; Overpriced "Speaking Engagements" which are really just pay-offs conduited for donors; Private jet rides and use of Government fuel depots (ie: Google handed out NASA jet fuel to staff); Real Estate; Fake mortgages;

The use of Cayman, Boca Des Tores, Swiss and related money-laundering accounts; Bribes to Stanford officials to admit their kids to college; The use of HSBC, Wells Fargo, Goldman Sachs and Deustche Bank money laundering accounts and covert stock accounts; Free spam and bulk mailing services owned by Silicon Valley corporations; Use of high tech law firms such as Perkins Coie, Wilson Sonsini, MoFo, Covington & Burling, etc. to conduit bribes to officials; and other means now documented by us, The FBI, the FTC, The SEC, The FEC and journalists.

Part of this matter was featured on CBS News 60 Minutes investigative news segments. (ie: the segments: "THE CLEANTECH CRASH", "CONGRESS TRADING ON INSIDER INFORMATION", "THE LOBBYISTS PLAYBOOK" and investigations into hundreds of billions of dollars of stock market payola illicitly routed through Silicon Valley tech companies). *If the White House, at that time, had been charged for these stock market campaign payola crimes, The President would have been forced out of office. Instead, the AG, Eric Holder, was impeached/Held-In-Contempt-Of Congress and he had to leave office.*

This is why the attacks on the victims have been so spy agency-oriented and sophisticated: To punish them for helping law enforcement and because the victims accidentally competed with Senator's stock market schemes by making their products obsolete via BETTER products.

There are now thousands of news and Congressional reports; from "Spygate", to The IRS Lois Lerrner case to the FBI McCabe case and a vast number of SSA IG reports, particularly SSA about government agencies being weaponized against citizens for political reprisals. Compromised staff used SSA resources to harm the whistle-blowers and block their benefits because they helped halt one of the largest corruption schemes in modern American history.

This case is still an active case via many federal law enforcement and regulatory agencies. Some of the victims were cellular-level blood poisoned by exposure to toxic chemicals, compounds, powders and radioactive materials in their work environments for the Department of Energy projects. It is unclear if this poisoning was intentional "Alexander Valterovich Litvinenko-like" reprisal poisoning or accidental. The minimal Obamacare medical coverage that some of the victims have does not fund the testing and treatment of Cesium, Thorium overdose, micro-particulant toxins, radical solvents, high energy EMF and the kinds of exotic materials that Department of Energy weapons and energy labs, that victims worked with, use in their locations.

While the victims benefits application was underway in one part of the federal building, on the upper floors of the same building, victims were assisting a federal crime investigation against powerful local and Washington DC politicians and their oligarch financiers, on other floors of that federal building, corrupt political officials were figuring out how to harm the victims and engage in reprisals.

From FBI-class federal investigators and private investigators, records prove that well known California Senate officials and well known White House officials ordered government benefits to be

blocked, delayed, obfuscated, denied and otherwise harmed as political reprisal and retribution for the assistance the victims supplied to law enforcement.

Criminal forensic data has proven that digital manipulation of some of victims records and files did occur and that SSA computers are regularly hacked by many parties including the China 'Cloud Hopper' APT 10 group, currently under federal indictment, and hundreds of domestic attack groups, some of whom are hired by U.S. Senators. A number of California and Washington DC Senators and agency heads have already been arrested, indicted and/or removed from office in these matters.

Over 40 of the victims peers in this matter (Rajeev Motwani, Gary D. Conley, Seth Rich, Dr. Epstein's wife, etc. ) are now dead from mysterious circumstances. Victims have received numerous death threats and have been personally attacked on multiple occasions including getting their cars rammed and drive-by death threats.

Some of those victims may have been murdered for whistle-blowing. Multiple senior government officials and Senators have been exposed hiring Google, YouTube, Fusion GPS, In-Q-Tel, PsyOps, Cambridge Analytica, ShareBlue, Media Matters, Black Cube, Gizmodo and other "kill services" to attack citizens in political reprisals.

***Pelosi, Feinstein & Congress** Cash in on **Insider Trading** | RepresentUs*

*https://represent.us/action/insider-trading/*

In 2011, a CBS investigation blew the lid off of one of Washington's most poorly-kept secrets: members of **Congress** were routinely exploiting legal loopholes to engage in **insider trading** and line their own pockets — a criminal offense for regular citizens. In the ensuing public outrage, **Congress** passed a law called the STOCK Act, and took a […]

***Congress: California Senators Trading** stock on inside information? - CBS News*

*https://www.cbsnews.com/news/congress-trading-stock-on-inside-information/*

**Congress**: **Trading** stock on inside information? ... But, congressional lawmakers have no corporate responsibilities and have long been considered exempt from **insider trading** laws, even though they ...

***Congress** Tells Court That **Congress** Can't Be Investigated ...*

*https://theintercept.com/2015/05/07/congress-argues-cant-investigated-insider-trading/*

But as the Securities and Exchange Commission made news with the first major investigation of political **insider trading**, **Congress** moved to block the inquiry.

*Reckless stock **trading** leaves **Congress** rife with corruption  ... - POLITICO*

*https://www.politico.com/story/2017/05/14/congress-stock-trading-conflict-of-interest-rules-238033*

POLITICO Investigation. Reckless stock **trading** leaves **Congress** rife with conflicts . After the furor over Tom Price's investments, four more members quietly bought shares in the same firm.

*__Nancy Pelosi__ Built Wealth on '__Insider Trading__', that's where her covert $120M came from...*

*https://thepoliticalinsider.com/nancy-pelosi-insider-trading/*

"**Nancy Pelosi** has engaged in **insider trading**," Hill said, "because she's been the beneficiary of information that other people wouldn't have, so Paul **Pelosi** is able to make active trades on her **insider** knowledge." Listen below:

Apple Google **Silicon Valley No** Cold Calling Anti-**Poaching**

https://www.lieffcabraser.com/antitrust/high-tech-employees/

**Silicon Valley** firms and other **high-tech** companies owe their tremendous successes to the sacrifices and hard work of their employees, and must take responsibility for their misconduct.One of the principal means by which **high-tech** companies recruit employees is to solicit them directly from other companies in a process referred to as "cold ...

Engineers Allege Hiring Collusion in **Silicon Valley** - The ...

https://www.nytimes.com/2014/03/01/technology/engineers-allege-hiring-collusion-in-silicon-valley.html

Mar 1, 2014Alan Hyde, a Rutgers professor who wrote "Working in **Silicon Valley**: Economic and Legal Analysis of a **High-**Velocity Labor Market," said the **no-poaching** accusations go contrary to what has made ...

Apple, Google and others to pay $415m to settle **Silicon ...**

https://www.telegraph.co.uk/technology/news/11843237/Apple-Google-and-others-to-pay-415m-to-settle-Silicon-Valley-no-poaching-lawsuit.html

Apple, Google and others to pay $415m to settle **Silicon Valley 'no poaching' lawsuit** US judge agrees settlement that will see thousands of technology workers receive thousands of dollars

Dirty Secrets of **Silicon Valley Poaching** | Paysa

https://www.paysa.com/blog/dirty-secrets-of-silicon-valley-poaching/

**Silicon Valley** is a talent magnet. With prestigious **high-tech** corporations such as Google, Apple, Facebook, Netflix, and Tesla Motors among the Fortune 1000 companies and thousands of startups finding their home in the world-renowned technology hub, this comes as **no** surprise.

**Silicon Valley no-poaching** deal appears headed for approval

https://phys.org/news/2015-03-silicon-valley-no-poaching.html

243

**Silicon Valley no-poaching** deal appears headed for approval. by Howard Mintz, San Jose Mercury News

**Silicon Valley's** $415 million **poaching** settlement finalized

https://www.mercurynews.com/2015/09/03/silicon-valleys-415-million-poaching-settlement-finalized/

Sep 3, 2015**Silicon Valley's** $415 million **poaching** settlement finalized ... **valley-tech**-giants-learn-from-**no-poaching**-antitrust-case/ 'When Rules Don't Apply': Did **Silicon Valley tech** giants learn from **no** ...

Justice Department Requires Six **High Tech** Companies to ...

https://www.justice.gov/opa/pr/justice-department-requires-six-high-tech-companies-stop-entering-anticompetitive-employee

One of the complaints arose out of a larger investigation by the Antitrust Division into employment practices by **high tech** firms. The division continues to investigate other similar **no** solicitation agreements. Adobe Systems Inc. is a Delaware corporation with its principal place of business in San Jose, Calif., and 2009 revenues of nearly $3 billion.

Cold calling is one of the main methods used by companies in the high-technology sector to recruit employees with advanced and specialised skills, such as software and hardware engineers, programmers, animators, digital artists, Web developers and other technical professionals.[1] Cold calling involves communicating directly in any manner with another firm's employee who has not otherwise applied for a job opening. Cold calling may be done in person, by phone, letter, or email.[2] According to the legal brief filed by a Plaintiffs in one of the class-action cases, cold calling is an effective method of recruiting for the high-technology sector because "employees of other [high-technology] companies are often unresponsive to other recruiting strategies... [and] current satisfied employees tend to be more qualified, harder working, and more stable than those who are actively looking for employment."[3]

Amy Lambert, Google's associate general counsel, noted in a blog post shortly after the DOJ's actions, that Google's definition of cold calling does not necessarily eliminate recruiting by letter or email, but only the process of calling on the telephone. By implication, recruiting through LinkedIn incurs recruiting by "InMail" - LinkedIn's own mail contact system: "In order to maintain a good working relationship with these companies, in 2005 we decided not to "cold call" employees at a few of Plaintiffs partner companies. Plaintiffs policy only impacted cold calling, and we continued to recruit from these companies through LinkedIn, job fairs, employee referrals, or when candidates approached Google directly. In fact, we hired hundreds of employees from the companies involved during this time period."

The challenged "no cold call" agreements are alleged bilateral agreements between high technology companies not to cold call each other's employees. The DOJ alleges that senior executives at each company negotiated to have their employees added to 'no call' lists maintained by human resources personnel or in company hiring manuals. The alleged agreements were not limited by geography, job function, product group, or time period. The alleged bilateral agreements were between: (1) Apple and Google, (2) Apple and Adobe, (3) Apple and Pixar, (4) Google and Intel, (5) Google and Intuit,[4] and (6) Lucasfilm and Pixar.[5]

The civil class action further alleges that agreements also existed to (1) "provide notification when making an offer to another [company]'s employee (without the knowledge or consent of the employee)" and (2) "agreements that, when offering a position to another company's employee, neither company would counteroffer above the initial offer."[3]

**Department of Justice antitrust action**

The United States Department of Justice Antitrust Division filed a complaint in the US District Court for the District of Columbia alleging violations of Section 1 of the Sherman Act. In *US v. Adobe Systems Inc., et al.*, the Department of Justice alleged that Adobe, Apple, Google, Intel, Intuit, and Pixar had violated Section 1 of the Sherman Act by entering into a series of bilateral "No Cold Call" Agreements to prevent the recruitment of their employees (a similar but separate suit was filed against Lucasfilm on December 21, 2010[6]).

( https://en.wikipedia.org/wiki/High-Tech_Employee_Antitrust_Litigation#cite_note-6 )

The DOJ alleged in their Complaint that the companies had reached "facially anticompetitive" agreements that "eliminated a significant form of competition...to the detriment of the affected employees who were likely deprived of competitively important information and access to better job opportunities." The DOJ also alleged that the agreements "were not ancillary to any legitimate collaboration," "were much broader than reasonably necessary for the formation or implementation of any collaborative effort," and "disrupted the normal price-setting mechanisms that apply in the labor setting."[4] The same day it filed the suit, the DOJ and the defendants proposed a settlement.[7]

( https://en.wikipedia.org/wiki/High-Tech_Employee_Antitrust_Litigation#cite_note-doj_case_proposed_settlement-7 )

A final judgment enforcing the settlement was entered by the court on March 17, 2011.[8]

( https://en.wikipedia.org/wiki/High-Tech_Employee_Antitrust_Litigation#cite_note-doj_adobe_final_judgement-8 )

Although the DOJ Complaint only challenged the alleged "no cold call" agreements, in the settlement, the companies agreed to a more broad prohibition against "attempting to enter into, entering into, maintaining or enforcing any agreement with any other person to in any way refrain from, requesting that any person in any way refrain from, or pressuring any person in any way to refrain from soliciting,

cold calling, recruiting, or otherwise competing for employees of the other person", for a period of five years; the court can grant an extension.[8]

( https://en.wikipedia.org/wiki/High-Tech_Employee_Antitrust_Litigation#cite_note-doj_adobe_final_judgement-8 )

The settlement agreement does not provide any compensation for company employees affected by the alleged agreements.[9]

( https://en.wikipedia.org/wiki/High-Tech_Employee_Antitrust_Litigation#cite_note-judge_oks-9 )

Lucasfilm entered into a similar settlement agreement in December 2010.[5]

( https://en.wikipedia.org/wiki/High-Tech_Employee_Antitrust_Litigation#cite_note-Richey-5 )

**Civil class action**

*In re: High-Tech Employee Antitrust Litigation* (U.S. District Court, Northern District of California 11-cv-2509 [10]) is a class-action lawsuit on behalf of over 64,000 employees of Adobe, Apple Inc., Google, Intel, Intuit, Pixar and Lucasfilm (the last two are subsidiaries of Disney) against their employer alleging that their wages were repressed due to alleged agreements between their employers not to hire employees from their competitors.[11][12] The case was filed on May 4, 2011 by a former software engineer at Lucasfilm and alleges violations of California's antitrust statute, Business and Professions Code sections 16720 et seq. (the "Cartwright Act"); Business and Professions Code section 16600; and California's unfair competition law, Business and Professions Code sections 17200, et seq. Focusing on the network of connections around former Apple CEO Steve Jobs, the Complaint alleges "an interconnected web of express agreements, each with the active involvement and participation of a company under the control of Steve Jobs...and/or a company that shared at least one member of Apple's board of directors." The alleged intent of this conspiracy was "to reduce employee compensation and mobility through eliminating competition for skilled labor."[13]

On October 24, 2013 the United States District Court for the Northern District of California granted class certification for all employees of Defendant companies from January 1, 2005 through January 1, 2010.[9]

As of October 31, 2013, Intuit, Pixar and Lucasfilm have reached a tentative settlement agreement. Pixar and Lucasfilm agreed to pay $9 million in damages, and Intuit agreed to pay $11 million in damages.[9] In May 2014, Judge Lucy Koh approved the $20 million settlement between Lucasfilm, Pixar, and Intuit and their employees. Class members in this settlement, which involved fewer than 8% of the 65,000 employees affected, will receive around $3,840 each.[14]

The trial of the class action for the remaining Defendant companies was scheduled to begin on May 27, 2014. The plaintiffs intended to ask the jury for $3 billion in compensation, a number which could in turn have tripled to $9 billion under antitrust law.[15] However, in late April 2014, the four remaining

defendants, Apple Inc, Google, Intel and Adobe Systems, agreed to settle out of court. Any settlement must be approved by Judge Lucy Koh.[16][17]

On May 23, 2014, Apple, Google, Intel, Adobe agreed to settle for $324.5 million. Lawyers sought 25% in attorneys' fees, plus expenses of as much as $1.2 million, according to the filing. Additional award payments of $80,000 would be sought for each named Plaintiffs who served as a class representative.[18] Payouts will average a few thousand dollars based on the salary of the employee at the time of the complaint.

In June 2014, Judge Lucy Koh expressed concern that the settlement may not be a good one for the plaintiffs. Michael Devine, one of the plaintiffs, said the settlement is unjust. In a letter he wrote to the judge he said the settlement represents only one-tenth of the $3 billion in compensation the 64,000 workers could have made if the defendants had not colluded.[19]

On August 8, 2014, Judge Koh rejected the settlement as insufficient on the basis of the evidence and exposure. Rejecting a settlement is unusual in such cases. This left the defendants with a choice between raising their settlement offer or facing a trial.[20]

On September 8, 2014, Judge Koh set April 9, 2015 as the actual trial date for the remaining defendants, with a pre-trial conference scheduled for December 19, 2014. Also, as of early September 2014, the defendants had re-entered mediation to determine whether a new settlement could be reached. [21]

A final approval hearing was held on July 9, 2015.[22] On Wednesday September 2, 2015, Judge Lucy H. Koh signed an order granting Motion for Final Approval of Class Action Settlement. The settlement website stated that Adobe, Apple, Google, and Intel has reached a settlement of $415 million and other companies settled for $20 million.

According to the settlement website, Gilardi & Co., LLC distributed the settlement to class members the week of December 21, 2015.

See also

- **Corrupt Eric Schmidt And His Role In The Illegal Collusion**

- Antipoaching

# The Techtopus: How Silicon Valley's most celebrated CEOs conspired to drive down 100,000 tech engineers' wages

 By Mark Ames

In early 2005, as demand for Silicon Valley engineers began booming, Apple's Steve Jobs sealed a secret and illegal pact with Google's Eric Schmidt to artificially push their workers wages lower by agreeing not to recruit each other's employees, sharing wage scale information, and punishing violators. On February 27, 2005, Bill Campbell, a member of Apple's board of directors and senior advisor to Google, emailed Jobs to confirm that Eric Schmidt "got directly involved and firmly stopped all efforts to recruit anyone from Apple."

Later that year, Schmidt instructed his Sr VP for Business Operation Shona Brown to keep the pact a secret and only share information "verbally, since I don't want to create a paper trail over which we can be sued later?"

These secret conversations and agreements between some of the biggest names in Silicon Valley were first exposed in a Department of Justice antitrust investigation launched the Obama Administration in 2010. That DOJ suit became the basis of a class action lawsuit filed on behalf of over 100,000 tech employees whose wages were artificially lowered — an estimated $9 billion effectively stolen by the high-flying companies from their workers to pad company earnings — in the second half of the 2000s. Last week, the 9th Circuit Court of Appeals denied attempts by Apple, Google, Intel, and Adobe to have the lawsuit tossed, and gave final approval for the class action suit to go forward. A jury trial date has been set for May 27 in San Jose, before US District Court judge Lucy Koh, who presided over the Samsung-Apple patent suit.

In a related but separate investigation and ongoing suit, eBay and its former CEO Meg Whitman, now CEO of HP, are being sued by both the federal government and the state of California for arranging a similar, secret wage-theft agreement with Intuit (and possibly Google as well) during the same period.

The secret wage-theft agreements between Apple, Google, Intel, Adobe, Intuit, and Pixar (now owned by Disney) are described in court papers obtained by PandoDaily as "an overarching conspiracy" in violation of the Sherman Antitrust Act and the Clayton Antitrust Act, and at times it reads like something lifted straight out of the robber baron era that produced those laws. Today's inequality crisis is America's worst on record since statistics were first recorded a hundred years ago — the only comparison would be to the era of the railroad tycoons in the late 19th century.

Shortly after sealing the pact with Google, Jobs strong-armed Adobe into joining after he complained to CEO Bruce Chizen that Adobe was recruiting Apple's employees. Chizen sheepishly responded that he thought only a small class of employees were off-limits:

I thought we agreed not to recruit any senior level employees.... I would propose we keep it that way. Open to discuss. It would be good to agree.

Jobs responded by threatening war:

OK, I'll tell Plaintiffs recruiters they are free to approach any Adobe employee who is not a Sr. Director or VP. Am I understanding your position correctly?

248

Adobe's Chizen immediately backed down:

I'd rather agree NOT to actively solicit any employee from either company.....If you are in agreement, I will let my folks know.

The next day, Chizen let his folks — Adobe's VP of Human Resources — know that "we are not to solicit ANY Apple employees, and visa versa." Chizen was worried that if he didn't agree, Jobs would make Adobe pay:

if I tell Steve [Jobs] it's open season (other than senior managers), he will deliberately poach Adobe just to prove a point. Knowing Steve, he will go after some of Plaintiffs top Mac talent...and he will do it in a way in which they will be enticed to come (extraordinary packages and Steve wooing).

Indeed Jobs even threatened war against Google early 2005 before their "gentlemen's agreement," telling Sergey Brin to back off recruiting Apple's Safari team:

if you [Brin] hire a single one of these people that means war.

Brin immediately advised Google's Executive Management Team to halt all recruiting of Apple employees until an agreement was discussed.

 In the geopolitics of Silicon Valley tech power, Adobe was no match for a corporate superpower like Apple. Inequality of the sort we're experiencing today affects everyone in ways we haven't even thought of — whether it's Jobs bullying slightly lesser executives into joining an illegal wage-theft pact, or the tens of thousands of workers whose wages were artificially lowered, transferred into higher corporate earnings, and higher compensations for those already richest and most powerful to begin with.

Over the next two years, as the tech industry entered another frothing bubble, the secret wage-theft pact which began with Apple, Google and Pixar expanded to include Intuit and Intel. The secret agreements were based on relationships, and those relationships were forged in Silicon Valley's incestuous boards of directors, which in the past has been recognized mostly as a problem for shareholders and corporate governance advocates, rather than for the tens of thousands of employees whose wages and lives are viscerally affected by their clubby backroom deals. Intel CEO Paul Otellini joined Google's board of directors in 2004, a part-time gig that netted Otellini $23 million in 2007, with tens of millions more in Google stock options still in his name — which worked out to $464,000 per Google board event if you only counted the stock options Otellini cashed out — dwarfing what Otellini made off his Intel stock options, despite spending most of his career with the company.

Meanwhile, Eric Schmidt served on Apple's board of directors until 2009, when a DoJ antitrust investigation pushed him to resign. Intuit's chairman at the time, Bill Campbell, also served on Apple's board of directors, and as official advisor — "consigliere" — to Google chief Eric Schmidt, until he resigned from Google in 2010. Campbell, a celebrated figure ("a quasi-religious force for good in Silicon Valley") played a key behind-the-scenes role connecting the various CEOs into the wage-theft

pact. Steve Jobs, who took regular Sunday walks with Campbell near their Palo Alto homes, valued Campbell for his ability "to get A and B work out of people," gushing that the conduit at the center of the $9 billion wage theft suit, "loves people, and he loves growing people."

Indeed. Eric Schmidt has been, if anything, even more profuse in his praise of Campbell. Schmidt credits Campbell for structuring Google when Schmidt was brought on board in 2001:

His contribution to Google — it is literally not possible to overstate. He essentially architected the organizational structure.

Court documents show it was Campbell who first brought together Jobs and Schmidt to form the core of the Silicon Valley wage-theft pact. And Campbell's name appears as the early conduit bringing Intel into the pact with Google:

Bill Campbell (Chairman of Intuit Board of Directors, Co-Lead Director of Apple, and advisor to Google) was also involved in the Google-Intel agreement, as reflected in an email exchange from 2006 in which Bill Campbell agreed with Jonathan Rosenberg (Google Advisor to the Office of CEO and former Senior Vice President of Product Management) that Google should call [Intel CEO] Paul Otellini before making an offer to an Intel employee, regardless of whether the Intel employee first approached Google.

Getting Google on board with the wage-theft pact was the key for Apple from the start — articles in the tech press in 2005 pointed at Google's recruitment drive and incentives were the key reason why tech wages soared that year, at the highest rate in well over a decade.

 Campbell helped bring in Google, Intel, and, in 2006, Campbell saw to it that Intuit — the company he chaired — also joined the pact.

From the peaks of Silicon Valley, Campbell's interpersonal skills were magical and awe-inspiring, a crucial factor in creating so much unimaginable wealth for their companies and themselves. Jobs said of Campbell:

There is something deeply human about him.

And Schmidt swooned:

He is my closest confidant...because he is the definition of trust.

Things — and people — look very different when you're down in the Valley. In the nearly 100-page court opinion issued last October by Judge Koh granting class status to the lawsuit, Campbell comes off as anything but mystical and "deeply human." He comes off as a scheming consigliere carrying out some of the drearier tasks that the oligarchs he served were constitutionally not so capable of arranging without him.

 But the realities of inequality and capitalism invariably lead to mysticism of this sort, a natural human response to the dreary realities of concentrating so much wealth and power in the hands of a dozen

interlocking board members at the expense of 100,000 employees, and so many other negative knock-off effects on the politics and culture of the world they dominate.

One of the more telling elements to this lawsuit is the role played by "Star Wars" creator George Lucas, who emerges as the Obi-Wan Kenobi of the wage-theft scheme. It's almost too perfectly symbolic that Lucas — the symbiosis of Baby Boomer New Age mysticism, Left Coast power, political infantilism, and dreary 19th century labor exploitation — should be responsible for dreaming up the wage theft scheme back in the mid-1980s, when Lucas sold the computer animation division of Lucasfilm, Pixar, to Steve Jobs.

As Pixar went independent in 1986, Lucas explained his philosophy about how competition for computer engineers violated his sense of normalcy — and profit margins. According to court documents:

George Lucas believed that companies should not compete against each other for employees, because '[i]t's not normal industrial competitive situation.' As George Lucas explained, 'I always — the rule we had, or the rule that I put down for everybody,' was that 'we cannot get into a bidding war with other companies because we don't have the margins for that sort of thing.'

Translated, Lucas' wage-reduction agreement meant that Lucasfilm and Pixar agreed to a) never cold call each other's employees; b) notify each other if making an offer to an employee of the other company, even if that employee applied for the job on his or her own without being recruited; c) any offer made would be "final" so as to avoid a costly bidding war that would drive up not just the employee's salary, but also drive up the pay scale of every other employee in the firm.

 Jobs held to this agreement, and used it as the basis two decades later to suppress employee costs just as fierce competition was driving up tech engineers' wages.

The companies argued that the non-recruitment agreements had nothing to do with driving down wages. But the court ruled that there was "extensive documentary evidence" that the pacts were designed specifically to push down wages, and that they succeeded in doing so. The evidence includes software tools used by the companies to keep tabs on pay scales to ensure that within job "families" or titles, pay remained equitable within a margin of variation, and that as competition and recruitment boiled over in 2005, emails between executives and human resources departments complained about the pressure on wages caused by recruiters cold calling their employees, and bidding wars for key engineers.

Google, like the others, used a "salary algorithm" to ensure salaries remained within a tight band across like jobs. Although tech companies like to claim that talent and hard work are rewarded, in private, Google's "People Ops" department kept overall compensation essentially equitable by making sure that lower-paid employees who performed well got higher salary increases than higher-paid employees who also performed well.

As Intel's director of Compensation and Benefits bluntly summed up the Silicon Valley culture's official cant versus its actual practices,

While we pay lip service to meritocracy, we really believe more in treating everyone the same within broad bands.

The companies in the pact shared their salary data with each other in order to coordinate and keep down wages — something unimaginable had the firms not agreed to not compete for each other's employees. And they fired their own recruiters on just a phone call from a pact member CEO.

In 2007, when Jobs learned that Google tried recruiting one of Apple's employees, he forwarded the message to Eric Schmidt with a personal comment attached: "I would be very pleased if your recruiting department would stop doing this."

Within an hour, Google made a "public example" by "terminating" the recruiter in such a manner as to "(hopefully) prevent future occurrences."

Likewise, when Intel CEO Paul Otellini heard that Google was recruiting their tech staff, he sent a message to Eric Schmidt: "Eric, can you pls help here???"

The next day, Schmidt wrote back to Otellini: "If we find that a recruiter called into Intel, we will terminate the recruiter."

One of the reasons why non-recruitment works so well in artificially lowering workers' wages is that it deprives employees of information about the job market, particularly one as competitive and overheating as Silicon Valley's in the mid-2000s. As the companies' own internal documents and statements showed, they generally considered cold-calling recruitment of "passive" talent — workers not necessarily looking for a job until enticed by a recruiter — to be the most important means of hiring the best employees.

Just before joining the wage-theft pact with Apple, Google's human resources executives are quoted sounding the alarm that they needed to "dramatically increase the engineering hiring rate" and that would require "drain[ing] competitors to accomplish this rate of hiring." One CEO who noticed Google's hiring spree was eBay CEO Meg Whitman, who in early 2005 called Eric Schmidt to complain, "Google is the talk of the Valley because [you] are driving up salaries across the board." Around this time, eBay entered an illegal wage-theft non-solicitation scheme of its own with Bill Campbell's Intuit, which is still being tried in ongoing federal and California state suits.

Google placed the highest premium on "passive" talent that they cold-called because "passively sourced candidates offer[ed] the highest yield," according to court documents. The reason is like the old Groucho Marx joke about not wanting to belong to a club that would let you join it — workers actively seeking a new employer were assumed to have something wrong with them; workers who weren't looking were assumed to be the kind of good happy talented workers that company poachers would want on their team.

252

Page 253   EXHIBIT 100 – Case # 22-cv-1107-TSH, Norcal 9th District

For all of the high-minded talk of post-industrial technotopia and Silicon Valley as worker's paradise, what we see here in stark ugly detail is how the same old world scams and rules are still operative.

**Follow all of the Techtopus coverage here.**

Article References

- Singer, Bill. *"After Apple, Google, Adobe, Intel, Pixar, And Intuit, Antitrust Employment Charges Hit eBay"*. Forbes. Retrieved 2013-12-02.

- DOJ. *"Complaint, US v. Adobe Systems Inc., et al"* (PDF). DOJ. Retrieved 2013-12-02.

- *"Complaint, Hariharan v. Adobe Systems Inc., et al"* (PDF). Lieff, Cabraser, Heimann & Bernstein. Retrieved 2013-12-02.

- *"Complaint, US v. Adobe Systems Inc., et al"* (PDF). Department of Justice. Retrieved 2013-12-02.

- Richey, Warren. *"Lucasfilm settles antitrust case over wage suppression of top animators"*. The Christian Science Monitor. Retrieved 2013-12-02.

- *"Complaint, US v. Lucasfilm Ltd"*. Department of Justice. Retrieved 2013-12-02.

- *"Justice Department Requires Six High Tech Companies to Stop Entering into Anticompetitive Employee Solicitation Agreements"* (Press release). United States Department of Justice. September 24, 2010. Retrieved 2016-01-14.

- *"U.S. v. Adobe Systems, Inc., et al.: Final Judgment"*. United States Department of Justice. March 17, 2011. Retrieved 14 January 2016.

- *"Judge OKs class-action suit against Apple, Intel, Google, Adobe"*. San Jose Mercury News. Retrieved 2013-12-02.

- Dan Levine (2014-04-24). *"Apple, Google agree to settle lawsuit alleging hiring conspiracy"*. Chicago Tribune. Reuters. Retrieved 2016-01-17.

- Rosenblatt, Joel. *"Apple, Google Must Face Group Antitrust Hiring Lawsuit"*. Bloomberg. Retrieved 2013-10-27.

- *"Judge Grants Class-Action Status in Silicon Valley Hiring Suit"*. The Wall Street Journal. 2002-10-03. Retrieved 2013-10-27.

- *"Complaint, Hariharan v. Adobe Systems Inc., et al"* (PDF). Lieff, Cabraser, Heimann & Bernstein. Retrieved 2013-12-02.

- Cooley, Brian (2014-05-16). *"Judge approves first payout in antitrust wage-fixing lawsuit"*. CNET. Retrieved 2016-01-17.

253

- *"Dockets & Filings: In re: High-Tech Employee Antitrust Litigation"*. Justia. Retrieved 2013-12-02.

- Levine, Dan (2014-04-24). *"Apple, Google agree to settle lawsuit alleging hiring, salary conspiracy"*. The Washington Post. Retrieved 2016-01-17.

- Levine, Dan (2014-04-24). *"Apple, Google agree to settle lawsuit alleging hiring conspiracy"*. Reuters. Retrieved 2016-01-17.

- *"Apple, Google, Intel, Adobe Settle for $324.5 Million"*. Bloomberg News. Retrieved 2014-05-26.

- *"Judge questions settlement in Silicon Valley no-poaching case"*. San Jose Mercury News. 2014-06-19. Retrieved 2016-01-17.

- *"Court Rejects Deal on Hiring in Silicon Valley"*. The New York Times. 9 August 2014.

- *"Judge Koh Sets April 2015 Trial In Tech Anti-Poach Row"*. Retrieved 2015-01-13.

22. C*ourt preliminarily approves $415m settlement of high-tech no-poaching lawsuit"*. Retrieved 2015-06-30.

External links

- Docket for US v. Adobe Systems Inc., et al. ( https://www.justice.gov/atr/cases/adobe.htm )

- Docket for US v. Lucasfilm Ltd. ( https://www.justice.gov/atr/cases/lucasfilm.html )

- The Silicon Valley Anti-Poaching Conspiracy ( https://web.archive.org/web/20150122225943/http://antitrust.buzz/anti-poaching/ )

- Docket for In re: High-Tech Employee Antitrust Litigation ( http://dockets.justia.com/docket/california/candce/5:2011cv02509/243796/ )

- Order Granting Plaintiffs' Supplemental Motion for Class Certification, *In re High-Tech Employee Antitrust Litigation*, no 11-CV-02509 (N.D. Cal. Oct. 24, 2013) ( https://www.scribd.com/doc/201651711/October-24-2013-Class-Cert-Order )

- High-Tech Employee Antitrust Litigation Settlement Administration Website ( http://www.hightechemployeelawsuit.com/ )

- http://pando.com/tag/techtopus/

- *http://pando.com/2014/03/30/court-docs-google-hiked-wages-to-combat-hot-young-facebook-after-sheryl-sandberg-refused-to-join-hiring-cartel/

**THE LIES, CORRUPTION AND ANTI-TRUST VIOLATING INSIDER TRADING SCAMS AT THE DEPARTMENT OF ENERGY**

Any voyage onto the path of funding from the Department of Energy will be a road to hell.

While frozen-smile aides will shake your hand and tell you how "*excited they are to welcome your application*", behind your back they are sharpening their knives.

Over 100 past Applicants were lied to, defrauded, stone-walled, bottom-drawer'd, sabotaged, and generally screwed with by **The Department of Energy** in order to: 1.) protect campaign financiers who were their competitors and 2.) stone-wall those Applicant's for being competitive against the Elon Musk and Solyndra chosen insiders.

Almost EVERY competing Applicant was faster, cheaper, had better MPG, was easier to manufacture, had lower cost to the main-stream market, had a better set of financials, had a better debt ratio, was safer, etc. but they missed one key factor: THEY DID NOT OFFER BRIBES AS LARGE AS ELON MUSK DID!

Even in 2020 you would have to be a sucker to apply for DOE funds. There are people inside DOE who are dedicated to making sure you never get that money. You can get a faster loan from a commercial bank without thousands of hidden "gotchas" and insider trading schemes to trip you up. These tricks, built into the Department of Energy process, are created to ensure that DOE insiders have thousands of excuses to never let you get the money unless you agree to finance the correct political candidates.

Political insiders will always, though, find a way to disqualify any applicant who competes with campaign financier favorites. Hundreds of highly qualified applicants were denied because Elon Musk knew they could put Tesla out of business without DOE's exclusive support of his monopoly. Tesla's own senior staff have written widely about the 'gate-keeper' insider trading scam at DOE. DOE is an anti-trust operator who is a gatekeeper of industry winners and losers based on who donated the most to certain PACs.

The Secretary of Energy and the Chief Counsel for the United States Department of Energy have been challenged, in writing, to provide the names of *ANY* Loan Programs Office (LPO) or Advanced Technology Vehicles Manufacturing (ATVM) Program official, reviewer, advisor or staffer who was not, from 2007 forward, either financed by, friends, with, sleeping with, dating the staff of, holding stock market assets in, promised a revolving door job or government service contracts from, partying with, personal friends with, photographed at private events with, exchanging emails with, business associates of or directed by; one of those business adversaries, or the Senators and Department of Energy politicians that those business adversaries pay campaign finances to, or supply political digital services to. From 2008 forward, The White House and The Department Of Energy were controlled by the Silicon Valley tech oligarchs! That is a violation of the law, the Constitution and the American Way.

Department of Energy PR officials blindly push their revisionist history propaganda party-line hype that the DOE has been *"fair and successful"*. There has never been a bigger lie on Earth since the first frat boy told the first sorority girl *"don't worry, I won't get it in your mouth.."*

One group used CIA and FBI style investigation tools to hunt down every reviewer, contractor and insider involved in the Loan Programs Office (LPO) or Advanced Technology Vehicles Manufacturing (ATVM) Program since 2007. A forensic chart was produced showing the insider trading, revolving door and social engagements of each. In almost 97% of the cases, every person was found to have glaringly unethical, often criminal, conflicts of interest between beneficiary lines of connection.

In fact, multiple groups have insisted that the FBI, the NSA, The CIA and 60 Minutes conduct their own independent studies, on a name, by name basis of the DOE staff involved and publish the results of that study to Congress and the public.

The U.S. Department of Energy has supplied no apologies, no compensation for damages to the victims and no halt in the slush-fund payola schemes!

Do you doubt the veracity of these claims? Show this letter to Bill Cooper, the head lawyer for DOE. Ask him to provide forensic data proving any of these assertions are not true! He can't do it!

Plaintiffs can provide thousands of FBI agents, investigative journalists and Congressional staff to prove these assertions are true.

Dept. of Energy staff claim that they got rid of all of the bad people at DOE and that the evil ones don't work there any more but OPM confirms that to be a lie. The stock market holdings, revolving door deals, voter records and social media postings of the current Dept of Energy staff prove that the corrupt ones never left. Tell DOE to take a look at their moral construct if they contact you!

See http://www.majestic111.com for more on this.

**Jay Carney** was Obama's "Hit Man" in the Oval Office at The White House during the Cleantech Crash. It was Carney who helped order character assassinations and hit jobs on members of the public who spoke out about the crimes. Carney was recently caught, again, ordering hit jobs at Amazon, as well. In a famous magazine interview, his home was revealed to be covered in communist propaganda posters.

Leaked notes from an internal meeting of Amazon leadership obtained by VICE News reveal company executives discussed a plan to smear fired warehouse employee Christian Smalls, calling him "not smart or articulate" as part of a PR strategy to make him "the face of the entire union/organizing movement."

"He's not smart, or articulate, and to the extent the press wants to focus on us versus him, we will be in a much stronger PR position than simply explaining for the umpteenth time how we're trying to protect workers," wrote Amazon General Counsel David Zapolsky in notes from the meeting forwarded widely in the company.

The discussion took place at a daily meeting, which included CEO Jeff Bezos, to update each other on the coronavirus situation. Amazon SVP of Global Corporate Affairs Jay Carney described the purpose to CNN on Sunday: "We go over the update on what's happening around the world with Plaintiffs employees and with Plaintiffs customers and Plaintiffs businesses. We also spend a significant amount of time just brainstorming about what else we can do" about COVID-19.

( https://www.cnn.com/videos/business/2020/03/29/is-amazon-doing-enough-to-protect-workers-and-customers.cnn )

Amazon fired the warehouse worker Smalls, after he led a walkout of a number of employees at a Staten Island distribution warehouse. Amazon says he was fired for violating a company-imposed 14-day quarantine after he came into contact with an employee who tested positive for the coronavirus.

( https://www.vice.com/en_us/article/5dmea3/amazon-fired-the-warehouse-worker-who-organized-a-walkout-over-coronavirus )

Zapolsky's notes from the meeting detail Amazon's plan to deal with a wave of bad press and calls for investigations from elected officials following the firing of Smalls. They also show top Amazon brass wanted to make Smalls the focus of its narrative when questioned about worker safety.

"We should spend the first part of Plaintiffs response strongly laying out the case for why the organizer's conduct was immoral, unacceptable, and arguably illegal, in detail, and only then follow with Plaintiffs usual talking points about worker safety," Zapolsky wrote. "Make him the most interesting part of the story, and if possible make him the face of the entire union/organizing movement."

They discussed encouraging Amazon executives to use Smalls to discredit the wider labor movement at Amazon. Employees at the warehouse, known as JFK8, launched an effort to unionize in 2018.

( https://www.bloomberg.com/news/articles/2018-12-12/employees-at-amazon-s-new-nyc-warehouse-launch-unionization-push )

In his notes, Zapolsky wrote that there was "general agreement" on this point among the other attendees of the meeting. (Zapolsky's notes also mention SVP of worldwide operations and customer service Dave Clark and SVP of human resources Beth Galetti.) This is the typical culture of the Obama crowd of insider executives who will destroy any citizen who gets in their way. Jay Carney runs a **Massive covert organized corruption team at Amazon in order to manipulate Democracy.**

Examples of these groups include Pacronym and American Bridge who are part of Arabella Advisors, a consulting firm that is not required to identify its donors.

Pacronym's affiliated groups create a large network of fake local news outlets that are designed to promote progressive viewpoints inside battleground states in order to rig insider trading for their top bosses.

They are all part of a wealthy dark money network that manipulates public policy for personal profiteering.

American Bridge 21st Century and Pacronym are cutting ads thrashing outsiders as super PACs who go after people they don't like, The Washington Post reported. Both groups also have ties to two fake false-front large nonprofit groups — New Venture Fund and Sixteen Thirty Fund — connected to a massive extreme-leaning consulting group.

( https://www.washingtonpost.com/politics/democratic-groups-to-spend-millions-hitting-trump-over-coronavirus-response/2020/03/17/5f9fadba-686c-11ea-9923-57073adce27c_story.html )

NVF gave one of Pacronym's nonprofits — ACRONYM — $250,000 while providing American Bridge $40,000 in 2018, according to NVF's 2018 IRS documents. IRS records also indicated American Bridge pulled in $200,000 in 2018 from nonprofit Sixteen Thirty Fund, which reportedly spent $141 million on various extreme-leaning causes during the midterm election year.

( https://apps.irs.gov/pub/epostcard/cor/205806345_201812_990_2020013117095977.pdf )

( https://static.politico.com/4b/32/19c3670b41dfa1f8c1b3e0972138/2018-1630-form990.pdf )

Sixteen Thirty Fund and nonprofit NVF are tied into the same sprawling network, according to an analysis by investigators. Arabella Advisors, a philanthropic consulting company based in Washington, D.C., manages four nonprofits, including the NVF, Sixteen Thirty Fund, Hopewell Fund and the Windward Fund.

( https://www.influencewatch.org/non-profit/new-venture-fund/ )

Sixteen Thirty Fund has not responded to requests for comment, while NVF acknowledged making a grant to ACRONYM in 2018 but noted that it "has nothing to do with the activities at PACRONYM or American Bridge."

Arabella representative Steve Sampson called NVF merely a "client of ours," even though the consulting group shares a Washington, D.C., office with all four groups, according to NVF and Sixteen Thirty Fund's 2018 IRS records. American Bridge has not responded to requests for comment.

Other groups have raised alarms about the network as well.

"Arabella Network is the umbrella, and they have these two funds that flow toward both of these groups. A clearly full-blown extremist arm that is casting itself as a nonprofit is politiicizing this event," former Nevada Attorney General Adam Laxalt told the press.

Laxalt is the Outside Counsel to Americans for Public Trust, a group dedicated to uncovering unethical behavior. Americans for Public Trust has covered the network in the past. **(RELATED: Billionaire Allegedly Behind A False Flag Operation In Alabama Helped Finance The Group Behind Iowa Caucus Chaos)**

(  **https://dailycaller.com/2020/02/18/acronym-iowa-caucus-barack-obama/** )

"American lives are more important than scoring cheap political points," he added after suggesting that the group is striking while the iron is hot and making certain they capitalize on a crisis that has so far killed thousands of people.

Laxalt is referring to Pacronym's announcement on March 17 to plow $5 million into a digital advertising campaign railing against those they hate. The ads are published through Four is Enough, a Pacronym project.

(  https://www.washingtonpost.com/politics/democratic-groups-to-spend-millions-hitting-trump-over-coronavirus-response/2020/03/17/5f9fadba-686c-11ea-9923-57073adce27c_story.html )

ACRONYM's founder said the campaign makes sense from a public health and national security perspective.

Democratic operative David Plouffe another Jay Carney-type "hit-man", who managed former President Barack Obama's 2008 White House bid, sits alongside McGowan on ACRONYM's board.

ACRONYM has not responded to the DCNF's repeated requests for comment. **(RELATED: Tech Firm Behind Iowa Caucus Disaster Also Played Role In Creating A Covert Democratic Propaganda Media Outfit)**

(  **https://dailycaller.com/2020/02/04/iowa-caucus-shadow-buttigieg/** )

Some academics argued that orchestrating such a campaign skirts ethical rules. Running advertisements thrashing the president during a health crisis looks bad, according to Daniel Kreiss, a professor of political communication at the University of North Carolina at Chapel Hill.

"It's a very fine line between ensuring that the president has the legitimacy to speak authoritatively on what Americans must do in order to be safe, and the very real and legitimate questions to raise regarding how the president has handled this crisis given that he's on the ballot in November," Kreiss told WaPo in a March 17 report addressing the ad campaign push.

(  https://www.washingtonpost.com/politics/democratic-groups-to-spend-millions-hitting-trump-over-coronavirus-response/2020/03/17/5f9fadba-686c-11ea-9923-57073adce27c_story.html )

Laxalt, Nevada's former attorney general, expressed a similar position.

"The timing of attacking the president in battleground states is appalling. If they are going to do it, then you name the place. I think that doing it right this second is outrageous," he told the DCNF.

Meanwhile, ACRONYM's McGowan is also creating a constellation of local news websites that act as progressive arms targeting the president and his policies.

McGowan, a digital producer for Obama for America in 2011 and the proprietor behind ACRONYM, raised at least $25 million from wealthy liberals to create a media company called Courier Newsroom

that is designed to deliver information favorable to Democrats. Courier is rolling out newspapers in swing states to counter what its founder believes is right-wing spin on Facebook and across the digital domain.

( https://www.linkedin.com/in/taramcgowan/ )

( https://dailycaller.com/2019/11/05/obama-trump-elections-ads-digital/ )

( https://couriernewsroom.com/ )

Along with the Courier Newsroom, McGowan is reportedly creating Virginia Dogwood and Arizona's Copper Courier, among others that are expected to roll out in Michigan, North Carolina, Pennsylvania, Virginia and Wisconsin, all battleground states.

**Mind the Gap** at Stanford University is an even sneakier covert group from this crowd. Their efforts haven't previously been reported. They recently petitioned some donors for at least $100,000 to support its efforts. Backers include people like Facebook co-founder Dustin Moskovitz, former Google CEO Eric Schmidt, San Francisco power broker Ron Conway, and a coterie of major Democratic donors from across Silicon Valley, including fundraiser Amy Rao. What is also unusual is that Mind the Gap is led not by highly experienced political hands, but by academics with no professional backgrounds as fundraisers. The group's leaders are a pair of Stanford law professors: Barbara Fried, who has no apparent campaign experience, and Paul Brest, the former president of the William and Flora Hewlett Foundation. Graham Gottlieb, a Stanford fellow who served in junior roles for former President Barack Obama's 2012 reelection campaign and in his White House, is its executive director.

( https://www.cnn.com/2016/09/09/politics/facebook-cofounder-gift-democrats/index.html )

( https://law.stanford.edu/directory/barbara-fried/ )

( https://law.stanford.edu/directory/paul-brest/ )

( https://casbs.stanford.edu/people/graham-gottlieb )

While dressed in khaki's and acting like they are "saving the trees", the people behind these groups are cold-blooded mercenaries drunk on power, hookers, private jets and a sense of being above-the-law.

**A Corrupt Politician They Didn't ...**

https://newswithviews.com/democrats-havent-seen-a-corrupt-politician-they-didnt-like/

Overcoming the specter of a roiling federal **corruption** probe that threatened to draw the curtain on his 16-year career on Capitol Hill, ... Secretary of Energy **Steven Chu**, and UN Ambassador Susan Rice were all among the top ten most corrupt politicians in Washington for 2012, ...

**OBAMA SCAM: Who are the main VIP cartel members targeted ...**

themillenniumreport.com/2018/02/obama-scam-who-are-the-main-vip-cartel-members-targeted-for-takedown/

OBAMA SCAM: Who are the main VIP cartel members targeted for takedown? The Crooks


**Is Elon Musk A Fraud?**

https://xyzcase.weebly.com/uploads/1/4/4/1/14419908/is_elon_musk_a_fraud_.pdf

"Elon Musk is a criminal and a racketeer" Op-Ed- By Lee Van Steiner If you hear that phrase and you suddenly turn your brain off and think to yourself: "I don't want to hear that because, either; A.)


**Ripoff Report > Washington, District of Columbia**

https://www.ripoffreport.com/reports/united-states-department-of-energy/washington-district-of-columbia-20585/united-states-department-of-energy-steven-chu-kathy-zoi-lachlan-seward-matt-rogers-st-1412021

United States Department of Energy **Steven Chu**, Kathy Zoi, Lachlan Seward, Matt Rogers, Steve Spinner, They defrauded over 100 companies and individuals in a crony payola


**Steven Chu** Should Lose His Job Over The Solyndra Scandal ...

https://www.investors.com/politics/editorials/steven-chu-should-step-down-after-solyndra-scandal/

In testimony Thursday before the House Energy and Commerce Committee, **Steven Chu**, caught in a tangled web of administration deceit regarding a $535 million guaranteed loan to Solyndra, tried but ...


The following person's were whistle-blowers or innocent victims in this crime. They died via strange, suspicious and untimely circumstances. Some of them may have been murdered for helping with this case. This is not a complete list.

The following people associated with this case as witnesses are dead:

*Rajeev Motwani; Gary D. Conley; Seth Rich; Philip Haney; David Bird; Doug Bourn; Misti Epstein; Joshua Brown; Kenneth Bellando; Moritz Erhardt; Imran Aliev; Kate Matrosova; David Drye; Vincent Foster; Kathy Ferguson; Duane Garrett; Eric S. Fox; Judi Gibbs; Berta Caceres;*

*Suzanne Coleman; L.J. Davis; John Hillyer; Stanley Huggins; Sandy Hume; Shawn Lucas; Gary Johnson; John Jones; John F. Kennedy, Jr.; Stephen Ivens; Mary 'Caity' Mahoney; Eric Butera; Danny Casolara; John Ashe; Tony Moser; Larry Nichols; Joseph Rago; Ron Brown; Bob Simon; Don Adams; Peter Smith; Victor Thorn; Lori Klausutis; Gareth Williams; Daphne Caruana Galizia; James D Johnston; Dave Goldberg; Loretta Fuddy; Paul Wilcher; Gary Webb; Beranton J. Whisenant Jr; Stanley Meyer; Jon Parnell Walker; Tyler Drumheller; Barnaby Jack; Dominic Di-Natale; Barbara Wise; Ilya Zhitomirskiy; Jeff Joe Black; Robin Copeland; John Wheeler; Ashley Turton; Michael Hastings; Antonin Scalia; David Koschman; David Werner; Alex Okrent; Kam Kuwata; Larry Frankel;* **And hundreds more connected to this case who suddenly, and strangely, turned up dead in this case and, ironically, their deaths all benefit the suspects in this case...**

**Rajeev Motwani** taught Google how to Google. Suddenly, in perfect health, he was found floating face-down, dead, in his Silicon Valley swimming pool. It helps certain people that he can no longer talk.

**Gary D. Conley** was the CleanTech competitor to, and whistle-blower on, the suspects. He was suddenly found with a bullet in his head behind Beale Air Force base. It helps certain people that he can no longer talk.

Google programmer **Forrest Hayes**, who worked on Google search engine rigging, was suddenly found dead with the story that "he was overdosed by a Google hooker on his sex yacht".

Google associate and Tesla Investments founder **Ravi Kumar** was also killed by his hooker.

Deep Google investor VC liason and husband of Facebook executive **Cheryl Sandberg** was suddenly found dead with a hole is his head. The "official" story is that he was the first person in history to be killed by his treadmill.

**David Bird** was the Wall Street Journal energy reporter who was working on a story that involved Cleantech energy connections of some of the suspects. He was working on a story about who controlled the modern energy industry and cleantech. He went for a walk and was found a long time later, dead, floating in a pond. It helps certain people that he can no longer talk.

One **Mr. Breitbart** was a famous blogger, who railed on the web about the political manipulations of the suspects. Suddenly, he had a "heart attack" in his shower and died. It helps certain people that he can no longer talk on the blogs.

Mr. **Karl Slym** , with Tata Motors was involved in a car deal with some of the suspects for one of the biggest Indian auto-makers. Suddenly he was a stain on the sidewalk, accomplished by his fall from the

top of a skyscraper hotel. It helps certain people that he can no longer talk.

**Doug Bourn**, The senior electrical engineer at Tesla (Google's covert partner), **Andrew Ingram** of Palo Alto, a top systems electrical engineer at Tesla; and **Brian M. Finn** the senior manager of interactive electronics, at Tesla, had deep knowledge of financial misdeeds and technical cover-ups at Tesla Motors. They were key parts of the Tesla operation. For some reason, they all got into a private airplane, in perfect health, and then the airplane plowed into the ground, killing all three at once. It helps certain people that they can no longer talk. They wrote, and helped describe, in Tesla's own federal patent filings, the fact that Tesla's batteries would kill you, maim you and/or burn your house down. Tesla did not realize this when they paid the federal patent filing fees. When Tesla, later realized this, they were forced to give all of their patents away for free. These three senior engineers had deep inside knowledge of the Tesla Motors operations. Their aircraft suffered an "Engineering failure".

The above individuals had absolute knowledge of this case and some of them were known to have been whistle-blowers in this case.

All of these people (now over 50+ people) were in top health, had lots of money and were not likely to have died when they did. Then they died, suddenly and suspiciously, under bizarre circumstances. They were all connected to the suspects. Over 50 investment bankers connected to the suspects and their Goldman Sach's finance group are also suddenly dead under bizarre circumstances.

The tactics that the Department of Energy and Obama White House staff have practiced, so far, are to LIE, DENY, DEFLECT, DELETE and DIVERT. History has proven that those tactics didn't work for them. Now it is time for DOE to pay the damages.

**THE BASICS**

**CAPSULE OVERVIEW:**
A crime involving stock market securities insider-trading, contracts, bribes and famous politicians occurred. Plaintiffs saw it, were invited in to it, and reported it and now a cover-up is being operated.

**EXPANDED CAPSULE OVERVIEW:**
Department of Energy Staff (ie: Chu, Zoi, Seward, Cohen, etc.), White House Staff (ie: Emanual, Axelrod, Carney, Plouffe, Gibbs, etc.), CIA staff (ie: Panetta, Woolsey) owned the rare earth (ie: lithium, indium, cobalt) mining scam stock (ie: Goldman Sachs & JP Morgan transfers) market securities from foreign countries (ie: Afghanistan, Congo, etc.) which only benefited themselves, Elon Musk and his Silicon Valley Cartel (ie: Page, Cohen, Schmidt, Westly, Khosla, Spinner, Hoffman, etc.). They ran hit-jobs and anti-trust schemes against competitors and whistle-blowers using a racketeering operation structure. They run corporate escort rings, lobbyist bribe PACs, money laundering and tax evasion joint operations and character assassination media cartels.

263

**MORE DETAILED OVERVIEW:**

- Famous political figures use the ***trillions*** of dollars in government treasuries and the stock market for illicit profiteering by rigging the system exclusively for themselves and their crony insiders.

- They attacked us using government taxpayer funded media (***Fusion GPS, Black Cube, Google, Pysops, Gizmodo, Media Matters, Blumenthal, etc***.) and spy agency tools because we competed with their businesses and reported their crimes.

- San Francisco Bay Area government has as many corrupt politicians as Chicago and relies on the same RICO-violating insider corruption network to operate; as proven by deep AI searches of their financial records. Arrests of those officials is now underway.

- Silicon Valley law enforcement records prove that these tech oligarchs engage in an organized, racketeering-based, massive sex trafficking, tax evasion, anti-trust violating, spousal abuse, money laundering, black-listing, racist, ageist, political bribery, crony racketeering crime Cartel.

- Famous U.S. Senators, Governors and their staff knowingly engage in, finance, operate and benefit from these crimes in exchange for search engine manipulation and stock market assets.

- Silicon Valley and Hollywood media companies censor and cover-up news coverage of these crimes because they have a financial connection to the perpetrators.

- Most of the government officials working on Plaintiffs case were hand-picked by Plaintiffs business adversaries.

( http://american-corruption.com/EXPOSE_THE_MOBSTERS.html )

Plaintiffs case has never been fairly reviewed by non-biased, non-conflicted officials. Plaintiffs FBI-class associates have not found a single entity in Plaintiffs case reviews, or determinations, who was not either: financed by, friends, with, sleeping with, dating the staff of, holding stock market assets in, promised a revolving door job or government service contracts from, partying with, personal friends with, photographed at private events with, exchanging emails with, business associates of or directed by; one of those business adversaries, or the Senators and politicians that those business adversaries pay campaign finances to, or supply political digital services to.

Who are the criminal mobsters of Silicon Valley's democracy manipulation millionaires and billionaires? Who are the elitist tax evader, sex freak, money-laundering, Senator bribing, off-shore cash hiding, election rigging insiders who try to rig the system for their own insider trading schemes: **Reid Hoffman, Larry Page, Sergy Brin, Elon Musk, Dustin Moskovitz, Mark Zuckerberg, Eric**

**Schmidt, Laurene Powell Jobs, Steve Spinner, Steve Westly, Vinod Khosla, Andy Bechtolsheim, Brian Goncher, Cheryl Sandberg, David Drummond, Andy Rubin, David Plouffe, Tim Draper, Jeffrey Epstein, Gilman Louie, Ira Ehrenpreis, Tim Cook, Jerry Brown, Richard Blum, James Breyer, John Podesta, Joe Lonsdale, John Doerr, Keith Rabois, Marc Andreesen, George Soros, Mario Rosatti, Martin LaGod, Michael Moritz, Viktor Vekselberg, Larry Summers, Pierre Omidyar, Tom Steyer, Steve Jurvetson, Steve Rattner and their CARTEL! The have** *"command and control and exclusive beneficiary positions in ongoing, coordinated, criminal and anti-trust activities involving government and stock market funds..."*

They hire these dirty law firms, investment bankers, lobbyists, fake charity fronts and character assassination services to do their dirty work. Their contractors and employees pay the bribes, relay the orders, buy the 'reporters', implement their black-lists, source the hookers and do the day-to-day illicit deeds.

These are the people funding and promoting riots across the US and Europe.

LinkedIn Co-Founder Reid Hoffman, who notoriously backed a group that "spread disinformation during the 2017 Alabama special election for U.S. Senate," is now being joined by other Big Tech billionaires in a plot to boost presumptive Democratic nominee for president Joe Biden in 2020.

( https://www.forbes.com/profile/reid-hoffman/#3e47244a1849 )

( https://www.newsbusters.org/blogs/techwatch/corinne-weaver/2019/04/23/lefty-billionaires-election-plot-bought-56x-more-ads )

Democrats are "scrambling to patch [Biden's] digital deficits," according to Vox Recode. "[B]ehind the scenes, Silicon Valley's billionaire Democrats **are spending tens of millions of dollars on their own sweeping plans** to catch up to President Donald Trump's lead on digital campaigning." [Emphasis added.] Recode said these "sweeping plans" are "poised to make [these billionaires] some of the country's most influential people when it comes to shaping the November results."

These billionaires in particular are funding everything from "nerdy political science experiments to divisive partisan news sites to rivalrous attempts to overhaul the party's beleaguered data file."

As Recode tells it, "Joe Biden has a problem. Silicon Valley billionaires think they have a solution."

Recode identified four major players from Big Tech that have the "most ambitious plans": Reid Hoffman, Facebook co-founder Dustin Moskovitz, philanthropist Laurene Powell Jobs, and former Google CEO Eric Schmidt.

( https://www.forbes.com/profile/dustin-moskovitz/#7ca9684d1dd3 )

( https://www.forbes.com/profile/laurene-powell-jobs/#436a3ff5704f )

( https://www.forbes.com/profile/eric-schmidt/#569af27c138e )

Hoffman, in particular, stands out from the rest. OpenSecrets revealed that "political operations are pouring millions of 'dark money' dollars into ads and digital content masquerading as news coverage to influence the 2020 election."

( https://www.opensecrets.org/news/2020/05/dark-money-networks-fake-news-sites/ )

One of those progressive operations is dubbed Courier Newsroom, which "has faced scrutiny for exploiting the collapse of local journalism to spread 'hyperlocal partisan propaganda.'" Courier Newsroom is owned by the leftist nonprofit ACRONYM.

( https://www.newsbusters.org/blogs/business/joseph-vazquez/2020/05/26/lefty-dark-money-group-acronym-behind-liberal-fake-news )

( https://www.washingtonpost.com/opinions/2020/02/06/is-it-local-journalism-or-just-local-propaganda/ )

OpenSecrets reported that ACRONYM had "received financial backing from Investing in US, an investment vehicle funded by Silicon Valley donor and billionaire LinkedIn founder Reid Hoffman." Recode said that Hoffman's "aides have indicated that setting up partisan news sites that masquerade as journalism is one of the priorities of its group of allied donors." According to Recode, Hoffman has put around $10 million into ACRONYM.

( https://www.politico.com/news/2020/02/05/angry-democrats-unload-operative-over-iowa-caucus-results-110807 )

( https://mronline.org/2020/02/07/acronym-group-that-sabotaged-iowa-caucus-birthed-by-billionaire-who-funded-alabama-disinformation-campaign/ )

But that isn't all Hoffman has been up to. Recode reported that Hoffman invested "$18 million, his single-biggest bet this cycle," in a political startup called Alloy.

Recode reported that "[t]he startup is attempting to build a warehouse to store the data that various progressive groups collect on voters and use it to try to get them to the polls." Recode continued: "As part of its data acquisition, Alloy has bought some lists of voters' cellphone numbers, a data source that people say Hoffman's team, like other donors, sees as key this year due to the new need for digital campaigning."

The former Google CEO Eric Schmidt is also getting heavily involved this cycle. Recode said Schmidt "has sunk money into the Democratic Data Exchange, a modest, competing effort by the Democratic National Committee to encourage data sharing by state parties to improve the party's beleaguered digital backbone." Recode interestingly assessed that Schmidt "may be working more closely with the party than Hoffman."

( https://ericschmidt.com/bio/ )

Schmidt also had reportedly given a $4.7 million gift to the taxpayer-funded liberal outlet National Public Radio with his wife Wendy.

( https://www.newsbusters.org/blogs/business/joseph-vazquez/2020/05/20/npr-editor-lauds-npr-landing-47m-contribution-dem-donor )

"This focus on 'information distribution' has also led many Silicon Valley donors, directly or indirectly, to fund projects like Pulso and PushBlack, which are quasi-journalistic plays focused on the Hispanic and African American communities, respectively," Recode said. "Two things both Pulso and PushBlack also do? Register voters who are likely to be Democrats."

( https://projectpulso.org/ )

( https://pushblack.org/ )

Tech billionaires, "particularly Moskovitz and Powell Jobs," are unleashing "millions into some of the country's most ambitious voter-registration programs — **almost all of it behind the scenes** — hoping to emulate what worked for Democrats in 2018," according to Recode. [Emphasis added.]

About a dozen voter-registration groups, which included failed Democratic Georgia gubernatorial candidate Stacey Abrams's leftist group Fair Fight, gathered at Powell Jobs's "Emerson Collective headquarters in mid-March to raise money for their 2020 plans, sources told Recode."

( https://fairfight.com/about-fair-fight/ )

For Moskovitz, his "North Star is a desire to nail the lowest 'cost-per-net-Democratic-vote.'" Recode said "[t]hat's largely led his team toward the funding of mail and voter-registration work."

As Big Tech platform Twitter dips into editorializing Trump's tweets, it appears that other billionaire liberals from Silicon Valley are not going to be sitting idly by for a repeat of the 2016 election outcome.

( https://www.newsbusters.org/blogs/techwatch/alexander-hall/2020/05/27/liberal-media-back-twitter-fact-checking-trump-voter-fraud )

These people operate like a private Mafia that use Plaintiffs government as their plaything!


## Recap:

*The Silicon Valley tech Cartel (AKA: "Paypal Mafia", "Deep State") is evil because these racist, ageist, sex-trafficking, money-laundering, elitist, politician bribing, tax evaders: steal any technology they desire; They manufactured the CLEANTECH CRASH as shown in the 60 MINUTES episode of the same name; they run a prostitution ring and sexually extort young women and interns in Silicon Valley; they are 'rape culture' take-what-they-want misogynists, ageists and racists as their history of abuses has proven; their Palo Alto Cartel operates AngelGate-type collusion and stock market insider trading schemes that harm independent business and the public; their Cartel ran the "no poaching" CEO ring*

*which was class-action sued by DOJ and tech workers; 90% of their divorce court files reveal horrific abuses and sex trafficking; They have an army of lobbyists that pay cash, stock market and revolving door bribes to U.S. Senators; They can even evade FBI & SEC investigations; They hire women to act as 'trophy wives' and 'beards'; they have lobbyists rig the U.S. Patent Office in order to block inventor patent rights because they are using stolen technologies; they have been caught on video and recordings beating, kicking and harming women hundreds of times; They have bought up all of the Tier-One tech law firms and order them to black-list, and never help, those who seek equal tech rights; they collude to abuse your privacy and make databases on the public for political control; they have to cheat to compete because they are only good with spread sheets instead of innovation; They run black-lists, character assassination attacks, collusion and other anti-trust violating acts in violation of RICO laws. Silicon Valley has become the largest assemblage of douche-bags and yuppie frat boy criminals in human history. Theranos is not the exception, it is the standard. Tesla, Google, Theranos, Wework, Facebook are lies backed by famous political insiders to protect their insider trading and covered-up by fake news operators. They are also fronts to fund political campaigns via the ill-gotten profits from their endeavors.When the bad guys, and their lap-dog politicians, attack you because your products are better than theirs they are proving that they are frat boy scumbags, from Stanford and Yale, that operate in a little pack, like dogs! Their Sandhill Road operation should be raided by the FBI! The best thing that could come from the COVID pandemic is that they all are forced into bankruptcy! When your Senator holds stock market shares in companies that exist to profit on the backs of consumers, via corruption, then it is impossible for that Senator to ever do anything but be corrupt! We have reported this in writing to winklerm@sec.gov, sanfrancisco@sec.gov and 30+ other federal officers but have yet to see Plaintiffs whistle-blower awards...or any action! Do you wonder how big politician insider stock trading is? Take a look at how many TRILLIONS of dollars pass through the stock markets annually and then look at the reported, AND UNREPORTED, securities holdings of famous U.S. Senators and government agency staff. That is what Seth Rich and the people in the "In Memory Of" section, below, were disclosing. These are massive crimes! The perpetrators operate a massive and abusive national sex cult. The perverts in the SandHill Road Venture Capital offices, located between Highway 280 down to to Santa Cruz Avenue on Sand Hill Road in Menlo Park, California, are the main perpetrators of this global cartel. Their executives at Google, Facebook, Netflix, Linkedin, Twitter, and their related holdings, comprise the rest. The Harvey Weinstein and Ed Buck sex scandals are well known. These men's sex cult actions have been widely covered in the news individually in the Joe Lonsdale rape case, The Kleiner Perkins Ellen Pao sex abuse lawsuit, The Eric Schmidt sex penthouse stories, The Jeffrey Epstein case, The Google Forrest Hayes hooker murder case, The Andy Rubin sex slave case, The Sergy Brin 3-way sex romp scandal, The British Hydrant investigation, The Elon Musk Steve Jurvetson billionaire sex parties scandals,The NXIVM sexual slave cases, The Michael Goguen anal sex slave trial, The Tom Perkins Hooker Parties and thousands of other cases and federal divorce court filings. This group of people have proven themselves, over and over, to be sociopath control freaks not fit for participation in public commerce, public policy or media control. The Four Seasons Hotel and Rosewood Hotels in Silicon Valley are estimated to engage in over $30,000.00 of high-end escort sex trafficking per day, a portion of it managed by Eastern Bloc Mafia operators. The Elon Musk sex perversions are the tip of the iceberg. At least 10 Ukrainian escorts fly in and out of SFO and SJO airports every week for these Cartel members. Google boss David Drummond engaged in horrible philandering sexual violations of his wife yet Google covers up every story about it on the web. Google's Eric Schmidt is under massive investigation. You hear about the female victims of this sex cult but you rarely hear about the young male victims. One of their vast numbers of prostitutes*

*is quoted as saying that the girls and boys are paid "not just for sex but for the oligarch's endless need to feel that they can control anyone for any reason...". Multiple attorney general's controlled by their cartel, ie: Eric Schneiderman and Eliot Spitzer, are involved this these sex rings. These are the main influencers of a national political party and they are all involved in horrific sex perversions and abuses! All Silicon Valley tech cartel media companies work together to censor all news and information in order to hide coverage of their dirty deeds and to only put politicians in office that will give the Cartel political payola, kick-backs and insider stock pumps. The Smedley Butler "Business Plot" from the past is not unlike the coup that Google and clan tried. See details in Emily Chang's book: BROTOPIA; Roan Farrow's book: CATCH & KILL; Edward Snowden's Book: PERMANENT RECORD; Peter Schwetzer's book: THROW THEM ALL OUT; Dave Eggers book: THE CIRCLE; Franklin Foer's book: WORLD WITHOUT MIND; Corey Pein's book: JOURNEY INTO THE SAVAGE HEART OF SILICON VALLEY; Dan Lyon's book: DISRUPTED; Antonio Martinez book: CHAOS MONKEYS. The Angelgate, Epstein, No-Poaching DOJ Class Action, and hundreds of other cases, prove that they meet, conspire, collude and blacklist in felony violation of anti-trust and RICO Racketeering laws. - 90% of these guys came from 100% of the fraternity houses involved in the recent college rape cases.*

# The Quid Pro Quo

**How California Politicians And Silicon Valley Tech Company Quid-Pro-Quo Works To Hide The Criminality of Corruption**

*Christine Lakatos* massive investigations of Jerry Brown, Dianne Feinstein, Nancy Pelosi, Kamala Harris and other famous California politicians owning parts of Tesla Motors, Facebook, Google, Netflix and Cleantech is jaw dropping. All of those politicians competing constituents have suffered for it, or been put out of business by exclusive deals that only Tesla Motors, Facebook, Google, Netflix and YouTube got. That is a crime!

A large volume of forensic research proves that Silicon Valley Cartel tech firms receive benefits from politicians and politicians, at the same time, benefit from these firms.

This evidence on the exchange of benefits between politicians and firms implies some sort of agreement between these two parties. This agreement, however, cannot be in the form of a written contract as writing direct fee-for-service contracts between a politician and a firm is considered bribery (Krozner and Stratmann 1998; 2000). In addition, either party to this agreement might renege on its promise and the other party cannot resort to the courts.

Procon.org, for example, reports: "Less than two months after ascending to the United States Senate, Barack Obama bought more than $50,000 worth of stock in two speculative companies whose major investors included some of his biggest political donors. One of the companies was a biotech concern that was starting to develop a drug to treat avian flu. In March 2005, two weeks after buying about $5,000 of its shares, Mr. Obama took the lead in a legislative push for more federal spending to battle the disease. The most recent financial disclosure form for Mr. Obama . . . shows that he bought more than $50,000 in stock in a satellite communications business whose principal backers . . . had raised more than $150,000 for his political committees." ( http://insidertrading.procon.org/viewresource.asp?resourceID=1580#obamaa. See more examples from the Citizens for Responsibility and Ethics in Washington (CREW) report (2009).)

The literature and Plaintiffs eye-witness experience proves that politically-connected Silicon Valley tech firms monthly obtain economic favors, such as securing favorable legislation, special tax exemptions, having preferential access to finance, receiving government contracts, or help in dealing with regulatory agencies. The evidence proves that Google's support, for example, can help in winning elections. For example, firms can vary the number of people they employ, coordinate the opening and closing of plants, and increase their lending activity in election years in order to help incumbent politicians get re-elected. (See Roberts 1990; Snyder 1990; Langbein and Lotwis 1990; Durden, Shorgen, and Silberman 1991; Stratmann 1991, 1995, and 1998; Fisman 2001; Johnson and Mitton

2003; Ansolabehere, Snyder, and Ueda 2004; Sapienza 2004, Dinç 2005; Khwaja and Mian 2005; Bertrand, Kramarz, Schoar, and Thesmar 2006; Faccio 2006; Faccio, Masulis, and McConnell 2006; Jayachandran 2006; Leuz and Oberholzer-Gee 2006; Claessens, Feijen, Laeven 2008; Desai and Olofsgard 2008; Ramanna 2008; Goldman, Rocholl, and So 2008, 2009; Cole 2009; Cooper, Gulen, and Ovtchinnikov 2009; Correia 2009; Ramanna and Roychowdhury 2010; Benmelech and Moskowitz 2010.)

The share ownership of politicians serves as a mechanism to quid-pro-quo their relationships with big tech firms, is as follows: The ownership of politicians plays multiple distinct (but not necessarily independent) roles; one that relies upon the amount of ownership and one that does not. First, as investors in firms, politicians tie their own interests to those of the firm. Thus, harming (benefiting) the firm means harming (benefiting) the politician and vice versa. By owning a firm's stock, politicians commit their personal wealth to the firm and reduce a firm's uncertainty with regard to their actions toward the firm. This will, in turn, enhance the firm's incentive to support the politician-owner during both current and future elections in order to prolong the incumbency period for as long as possible. Firms have their lobbyists push to be able to know the amount of ownership likely to be material to politicians. This knowledge, in turn, enables them to judge whether the politician's interest is aligned with the firm's interest and optimize quid-pro-quo.

**Per Christine Lakatos** 2014 began with a bang: "Obama's Second Term Is All About Climate Change." *New York Magazine*, in their reporting, claimed that the evidence of this has to do with President Obama's appointment of John Kerry ("longtime climate obsessive") as Secretary of State, as well as other key green appointees.

( https://nymag.com/daily/intelligencer/2014/01/obamas-second-term-is-all-about-climate-change.html )

Kerry, by the way, while recently in Indonesia, blasted climate change deniers, warning, "Climate change may be the world's 'most fearsome' weapon of mass destruction and urgent action is needed to combat it," wrote CBC News Canada.

( https://www.cbc.ca/news/canada/toronto/john-kerry-blasts-climate-change-deniers-shoddy-scientists-1.2539163 )

This scare tactic — now adding to the long list of liberal crap, which includes ludicrous allegations that climate change will lead to "an orgy of killing, looting, rape and burglary" (just ask James Delingpole) — surfaced just weeks after President Obama's State of the Union address (January 28, 2014) where he emphatically declared that the climate change debate is over.

( https://www.breitbart.com/Breitbart-London/2014/02/28/Rape-Muder-Chocolate-Shortages-Is-There-Anything-Climate-Change-Doesn-t-Cause )

( https://www.politico.com/blogs/politico-live/2014/01/obama-climate-change-is-a-fact-182145.html )

But the debate is settled. Climate change is a fact. And when Plaintiffs children's children look us in the eye and ask if we did all we could to leave them a safer, more stable world, with new sources of energy, I want us to be able to say yes, we did.

A claim that many Americans, including *Washington Post* columnist Charles Krauthammer, find "absurd" — with even co-founder of Greenpeace Patrick Moore, last month, stating to members of the Senate Environment and Public Works Committee that there is no scientific proof of man-made climate change.

( https://dailycaller.com/2014/02/17/krauthammer-the-president-pretends-that-this-is-all-settled-science/ )

( https://www.thenewamerican.com/tech/environment/item/17736-no-proof-of-man-made-climate-change-says-greenpeace-co-founder )

( https://www.epw.senate.gov/public/index.cfm?FuseAction=Files.View&FileStore_id=415b9cde-e664-4628-8fb5-ae3951197d03 )

The president, during his speech, which was a "call to action" with or without Congress, also pumped up his "all the above" energy strategy, asserting that it was working: "America is closer to energy independence." Later, Mr. Obama claimed that his energy policy "was creating jobs and leading to a cleaner, safer planet."

( https://www.cnn.com/2014/01/28/politics/2014-state-of-the-union/index.html )

( https://www.washingtonpost.com/politics/full-text-of-obamas-2014-state-of-the-union-address/2014/01/28/e0c93358-887f-11e3-a5bd-844629433ba3_story.html )

While Marita Noon (energy expert and Towhall.com columnist) has continually tackled the president's so-called "energy independence" assertion, together we have debunked the green jobs hype and deception many times, including in my recent study on the Obama-backed green energy failures.

( https://greencorruption.blogspot.com/2014/01/cleantech-crash-cbs-lesley-stahl.html )

Moreover, a year ago, we blew the lid off of Climate Hawk Kerry and his part in green corruption. What's most disingenuous is that while Kerry preaches "global warming doom and gloom," his "government carbon footprint" is enormous — with no end in sight. (And who's tracking his personal carbon footprint?)

( https://greencorruption.blogspot.com/2013/01/climate-hawk-senator-john-kerry-and-his.html#.UuuoTyhc_zJ )

( https://freebeacon.com/politics/analysis-john-kerrys-carbon-footprint-is-enormous/ )

Worse, Kerry played a part in crafting President Obama's 2009 stimulus bill, which was a piece of legislation that allowed him to create a *financial footprint* inside this scandal as well. This includes

*timely* green energy investments with the Big VC firm Kleiner Perkins (where "climate billionaires" John Doerr and Al Gore are partners) that will be mentioned many times in this post, including the fact that this firm was a huge winner from the Green Bank of Obama.

The massive spending bill, commonly known as the economic stimulus package, which was signed into law five years ago, was marketed as a means to save Plaintiffs economy from the brink of disaster and create American jobs.

( https://thehill.com/blogs/on-the-money/economy/198547-white-house-touts-stimulus-on-fifth-anniversary )

If you caught Michelle Malkin's tribute to the so-called (failed) Recovery Act, you'll discover, "The actual cost of the $800 billion pork-laden stimulus has ballooned to nearly $2 trillion."

( https://michellemalkin.com/2014/02/14/5-years-later-hows-that-wreckovery-working-out-for-ya/ )

( https://www.washingtonpost.com/blogs/wonkblog/post/the-real-price-tag-for-stimulus-between-1-trillion-and-17-trillion/2011/08/25/gIQA2Cc41Q_blog.html )


Even Speaker of the House John Boehner weighed in, "The 'stimulus' has turned out to be a classic case of big promises and big spending with little results …"

( https://dailycaller.com/2014/02/17/obama-quiet-as-gop-taunts-him-for-failed-stimulus-plan/ )

Tucked inside was approximately $100 billion earmarked for renewable energy, which became "a special-interest feeding frenzy."

( https://washingtonexaminer.com/obamas-stimulus-became-a-special-interest-feeding-frenzy/article/2544230 )

**Obama's Second Term Agenda: Climate change by executive fiat & billions more of taxpayer cash**

Obama has continually pledged during his second term, that he will be "governing unilaterally, by executive order and by regulatory mandate," warned a *Washington Times* reporter — thus his weapons of warfare are his "pen and phone." Forget about the Constitution and its check and balances.

Even as those on the Right are up in arms over in the president's excessive use (and abuse) of executive power, leading Democrats are applauding this move and pushing for more. Yet if we go back in time to 2008, we find that then-candidate Obama played a different tune, slamming President Bush's use of executive action.

The author of the *New York Magazine* piece also noted that other than Secretary of State John Kerry, several Obama second-term moves signal the high priority he assigns the issue of climate change: "This is true not only of the figures Obama has appointed to posts that inherently concern climate

273

change, like his green appointees to run the Environmental Protection Agency [EPA] and the Department of Energy [DOE], but also to general political advisors, like Denis McDonough and John Podesta, both committed environmentalists who will drive Obama's climate focus" — both McDonough and Podesta from the left-wing think tank, Center for American Progress (CAP), and the focus of this Green Corruption File.

Podesta, who in November 2013, was spotted at a fundraising event for Hillary Clinton, according to the *Washington Post*, "Is expected to stay with the Obama administration for a just a year, freeing him to join the campaign of Mrs. Clinton if she runs for president in 2016." It turns out that McDonough was the one that brokered his "executive power gig," of which "Podesta's portfolio would be broad and would include climate-change issues and executive actions, as well as the troubled health-care law," reported the *Washington Post*.

As Kerry and Obama continue their campaign of "climate disaster on the horizon," the strategic move in adding Podesta as White House counselor had already signaled an aggressive approach to their radical, expensive and deceptive green energy agenda. In fact, Podesta began is his role inside the Obama White House by stirring up the liberal base, when in a profile published on December 17, 2013 by POLITICO, "Podesta is quoted comparing Republicans to the infamous cult led by Jim Jones, who was responsible for the 1978 cyanide poisoning of more than 900 of his followers in Guyana…" — only to later apologize via twitter of all places.

Now labeled "climate change and energy transformation agenda," Obama and his minions have been, and continue to push through their radical views with mandates, regulations and legislation, which benefits special interest groups and the Obama administration's green cronies, while adversely affecting American families. Even the non-partisan organization Reason.com, too, sees the dire reality here: "Obama's [Climate Five-Year] plan ambitiously seeks to control nearly every aspect of how Americans produce and consume energy." One of those is directing the Environmental Protection Agency (EPA) "to work expeditiously to complete carbon pollution standards for both new and existing power plants."

Using the iron fist of the EPA — a key department in Obama's "war on energy" known for its abuse of power — the president also tried to force refiners to produce cellulosic biofuels. However, as noted by Political Outcast, "The standards set were completely unrealistic and unattainable." On the horizon are new green rules for trucks, buses and other heavy-duty vehicles, as well as whatever *maneuvers* the White House deems suited for their "green energy revolution."

Additionally, whether we like it or not, this clean-energy mission is funded by taxpayers — President Obama's "save the planet slush fund." A March 2012 report by the Brookings Institute places the Obama administrations' "total government spending (both stimulus and non-stimulus) on green initiatives at $150 billion through 2014. But that's not enough to save the planet. Last month, the president began pushing for a $1 billion taxpayer-funded program "to help communities across the country prepare for the effects of climate change" — AKA the climate resilience fund. This program is

separate from the "Climate Action Plan" that the president introduced in June 2013, which also calls for releasing more taxpayer money ($8 billion from the DOE Loan Guarantee Program).

Furthermore, Obama's DOE is attempting to establish a new renewable energy section (under the DOE Loan Guarantee Program), for grid-integrated green power projects — with the plan of spending anywhere from $1.5 billion to as much as $4 billion of taxpayer money. The Obama administration is also restarting the DOE's Advanced Technology Vehicles Manufacturing (ATVM), which is also part of the DOE Loan Guarantee Program — with more than $15 billion in remaining authority.

This is the same Energy Department program which the Green Corruption Files has exposed many times how, in the process of doling out $34 billion of taxpayer money, at least 90 percent of the recipients have *meaningful* politically connections (bundlers, top donors, fundraisers, etc) to the president and other high-ranking Democrats — in many cases, to both. While the DOE will have you believe that these loans were based on "merit," the kicker is that in March 2012, the House Oversight and Government Reform committee unleashed a damaging report revealing that the stimulus-created 1705 section of the DOE's Loan Program had doled out in excess of $16 billion to 26 projects, of which 22 of the loans were rated "Junk" grade due to their poor credit quality. "The remaining ended up on lowest end of the investment grade of categories, giving the DOE's 1705 loan portfolio an overall average of BB-."

So, it's no wonder that this loan program fostered big alternative energy losers such as Solyndra, Beacon Power, Abound Solar, Vehicle Production Group, and Fisker Automotive, flushing billions of tax dollars down the toilet — with billions more still at risk. Yet, the loan program is not the only one place you'll find the president's "cleantech" losers. In January, I released my new study, documenting 32 Obama-backed green energy failures, while tracking the financially troubled, and even those, ironically, having environmental issues as well — over 30 and counting.

Besides the fact that the Energy Department continues to subsidize green energy, there are also many stimulus-created programs that have been extended and are still dishing out "the green."

( https://www.hydrogenfuelnews.com/doe-offers-funding-geothermal-energy-research/8516476/ )

One of the largest is the 1603 Grant Program, which to date has awarded over $20 billion of tax-free cash. The Advanced Energy Manufacturing Tax Credit program (48C Program), which was funded by $2.3 billion, just unleashed Phase II.

( https://www.treasury.gov/initiatives/recovery/Pages/1603.aspx )

( https://energy.gov/downloads/48c-phase-ii-advanced-energy-manufacturing-tax-credit-program-selections )


The currently passed 1,000-page trillion-dollar farm bill will continue to fund renewable energy programs such as the Biorefinery Assistance Program, administered by the U.S. Department of

Agriculture's (USDA). The USDA, with $1.02 billion in loan power, along with $600 million stimulus funds from the Energy Department and a $132 million DOE stimulus loan, used taxpayer money to fund 31 "not so shovel-ready" risky projects (also politically connected) — of which last time I checked (August 2013), about a third were having issues.

( https://www.omaha.com/apps/pbcs.dll/article?AID=/20140129/NEWS/140128521/1689 )


**Podesta Power**

Over the course of unleashing this scandal, I've hinted that CAP is a dark, driving force behind President Obama's massive green energy scheme — roles that range from legitimate to shady lobbying practices, to the fact that numerous CAP "fellows" were at the helm of the green energy deal making, holding key positions inside the Obama White House, his Green Team, and his Energy Department.

Today's Green Corruption File will connect the dots as to Center for American Progress' part in this scam, while shedding light on old and new data. As I *progress*, I'll expose its alternative energy advocacy as well as its funders — corporate donors that were kept secret until their release in late 2013 — **with those in the renewable energy business (at least 17) cashing in at the Green Bank of Obama**.

Let's go back in time when Podesta — former chief of staff to President Bill Clinton — was *infamous* for what is dubbed "Project Podesta": "This was a system that enabled the Clintons to push through unpopular policies that neither Congress nor the American people wanted. Its implementation marked a dramatic tilt in the balance of power, giving the executive branch an unprecedented ability to force its will on the legislative branch," documented DiscoverTheNetworks.com.

Most know that in 2003, Podesta founded CAP, which as mentioned, is organization funded by billionaire George Soros, who has a massive footprint inside this green corruption scandal. He then served as the organization's president and CEO, of which it was reported, "Podesta was hand-picked for the job by CAP co-founders Soros and Morton H. Halperin."

In 2008 and early 2009, Podesta, an Obama bundler, while still at CAP, ran Obama's transition team as the co-chair along side Valerie Jarrett and Peter Rouse. Meanwhile by 2011, Podesta stepped down from his CEO role and became the Chair of CAP and the CAP Action Fund — only to leave CAP and join the White House at the end of 2013 in his new role as Obama's "executive power czar."

But if you go back to right after the Republican 2010-midterm victory, Podesta already had a plan: "The president should bypass Congress and wield the executive powers of his office," reported Bloomberg last December. In fact, "Podesta had compiled 47 pages of proposals for unilateral action on issues from immigration to solar energy." Podesta even wrote the foreword for that CAP report "on *how* the president could use his executive authority to advance a progressive agenda, including actions to unilaterally force the U.S. economy to become greener."

Furthermore, Podesta has served as an Independent Advisory Council member of the notoriously corrupt community organization ACORN. Podesta was also on the board of the Apollo Alliance as late as 2011. While I've unleashed the Apollo Alliance (now BlueGreen Alliance) and their part inside this massive clean-energy scam, I'll briefly touch upon them again today. But what's key here is that Apollo is another Soros-funded left-wing organization, who along with its "green jobs radical network," exerts powerful influence on the views and policies of the Obama administration — and they too were involved in drafting the 2009-Recovery Act.

**CAP's Left-wing Billionaire George Soros: Obama's "agent of green"**

Meanwhile, Soros is one of the 2009 stimulus authors that I had covered in October 2013: Those individuals and groups that were involved in crafting the clean-energy sector of the 2009 Recovery Act, and who ultimately financially benefited directly (and/or their invested firms, family or friends) from the $100 billion that was earmarked for renewable energy.

According to Peter Schweizer's blockbuster 2011 bestseller *Throw Them All Out*:

Billionaire George Soros gave advice and direction on how President Obama should allocate so-called "stimulus" money in a series of regular private meetings and consultations with White House senior advisers even as Soros was making investments in areas affected by the stimulus program.

While we know that early on, Soros had visited the White House on at least five occasions since Barack Obama became president, possibly more, Schweizer gives specifics, "Mr. Soros met with Mr. Obama's top economist, [Larry Summers — also a CAP fellow] on February 25, 2009 and twice more with senior officials in the Old Executive Office Building on March 24th and 25th as the stimulus plan was being crafted. Later, Mr. Soros also participated in discussions on financial reform."

As documented by Schweizer, "In the first quarter of 2009, Mr. Soros went on a stock-buying spree in companies that ultimately benefited from the federal stimulus," including twelve alternative energy and utility companies. Moreover, if we add in other Soros green energy investments that bagged "green" funds, we can confirm that this Soros is connected to at least $11 billion from the Green Bank of Obama, the majority from the 2009-Recovery Act.

Due to the fact that Soros is a well-known donor to CAP, here's a sneak peek of what I personally tracked in my March 2013 Green Corruption File, exposing how this left-wing billionaire not only bankrolled Obama's 2008 and 2012 campaigns, but cashed in on the stimulus bill that he helped craft. Interestingly, four of these companies are also CAP corporate donors (marked with an asterisks), which will be detailed later.

- **Brookfield Asset Management (BAM):** As documented in the March 20, 2012 House Oversight report on the DOE's disastrous loan program, "George Soros and Martin J. Whitman, both prominent Democratic donors, are both heavily invested in Brookfield." In September 2011, The Granite Reliable wind project was awarded $168.9 stimulus loan, which is owned

BAM. Then on May 23, 2012, they also snagged a $56 million 1603 stimulus grant for "wind in New Hampshire." While there are additional ties to this wind deal that I'll highlight later when I get to Heather Podesta (super lobbyists sister-in-law of John Podesta), whose firm Heather Podesta & Partners, from 2009 until 2012, served as lobbyists for BAM.

- **First Solar\***: Through various fund, and as early as 2007, Soros invested in First Solar — the big solar company that is tied to $3 billion of the 1703 DOE stimulus loans, including one project that was sold to NRG Energy — another Soros timely investment.

- **SolarCity**: In February 2012, the Private equity firm Silver Lake Kraftwerk invested in SolarCity — whereas in early 2011, Silver Lake had launched a clean energy fund in collaboration with billionaire Soros and Cathy Zoi (former DOE Insider). SolarCity,which will be detailed later, so far (and since 2009) has been subsidized with "green" through various stimulus funds, grants and federal tax breaks at the tune of $514 million.

Soros' Twelve "Stimulus" Green Energy Stock-Buying Spree:

1. **NRG Energy and its subsidiaries**: Initially won $5.2 billion in 1705 stimulus loans for four projects and at least 65 grants that total over $363 million of taxpayer money with 37 unaccounted for. Plus much more green energy funds through various alliances.

2. **American Electric Power (AEP)\***: at least four stimulus grants totaling $740 million. Plus, more detailed later.

3. **Ameren**: five stimulus grants totaling about $672.5 million

4. **FirstEnergy Solutions**: at least two stimulus grants totaling just over $71 million. No cash that I could find for BioFuel Energy benefited when the EPA announced a regulation on ethanol.

5. **Constellation\***, an Exelon Company: at least one grant worth $200 million stimulus grants and Constellation is one of the most prolific providers of green energy to federally owned facilities.

6. **Covanta Energy\***: unclear as to how many green government subsidies or the exact dollar amount, but obviously Covanta stands to benefit from the NAT GAS Act if it comes to light again. And what about those Congressional earmarks Schweizer found?

7. **Edison International**: at least two stimulus grants worth $64.6 million, and I'm sure there are more…

8. **Entergy**: I've only tracked two small stimulus grants, which add up to close to $10 million

9. **PPL Corporation**: I found one stimulus grant at $19 million

10. **PSEG**: one stimulus grant for $76 million.

11. **Powerspan Clean Energy Technology**: one large stimulus grant worth $100 million

**Mr. & Mrs. Podesta the Super Lobbyists: Strike "green" gold**

In my June 2013 Green Corruption File, I briefly addressed John Podesta, but more so profiled his brother, Tony Podesta — dubbed "The Lobbyist" by *Newsweek,* and the founder and Chairman at the Podesta Group, which he started with his brother John in 1987.

Even though news hit in early 2013, that Heather and Tony Podesta, the married super lobbyists separated, they are both (via different firms) tied to numerous Obama-backed clean-energy deals.

As documented by the Center for Responsive Politics, you'll find that the Podesta Group's lobbying income went from $16,070,000 in 2008 to $25,780,000 in 2009, and has since significantly increased. Their client lists (past and present) includes large corporations such as Bank of America, BP America, and General Electric (GE aviation), General Motors, and Google (Computers/Internet) — all in the green energy business, with BofA, GE and Google also CAP donors that won green energy funds from the Obama administration.

*CH2M Hill*

Nevertheless, there are quite a few others, of which in 2009, the Podesta Group took on as clients that stand out — those that ultimately won a significant amount of stimulus funds, starting with CH2M Hill that received $1.3 billion for the clean up at the Hanford Nuclear Reservation. The details on this special stimulus earmark can be found in my June 2013 "Nuclear Crimes and Misdemeanors" story, which highlights not only the cronyism and corruption, but the fact that in June 2013, CBS News reported that this costly project has been plagued with problems, "delays and billions over budget."

*SolarReserve*

SolarReserve got special treatment from the Department of Interior (DOI) for their Crescent Dunes Solar Energy Project located in Tonopah, Nevada, which received a $737 million DOE stimulus loan.

( https://www.solarreserve.com/en/newsroom/photos/crescent-dunes-solar-energy-plant )

( https://lpo.energy.gov/projects/solarreserve-llc-crescent-dunes/ )

SolarReserve also snagged stimulus grants, yet the amount is unknown. This large DOE deal (another non-grade investment) was announced on May 19, 2011, and despite those inside the Energy Department that wanted to "kill the transaction," it was finalized on September 28, 2011.

( https://www.solarreserve.com/en/newsroom/press-releases/us-department-of-energy-offers-a-conditional-commitment-for-737-million-loan-guarantee-to-solarreserve-for-nevada-solar-project/@@download/file/SolarReserveLGPConditionalCommitmentAnnoucement_Macquarie051911.pdf )

( https://energy.gov/articles/energy-department-finalizes-737-million-loan-guarantee-tonopah-solar-energy-nevada-project )

Along the way, it included "relentless assistance" by the Majority Leader Harry Reid as well as some drama. Not to mention, SolarReserve, a predominately Democrat donor, executives had given to Reid's campaign since 2008.

( https://www.opensecrets.org/orgs/summary.php?id=D000056865&cycle=A )

( https://freebeacon.com/issues/solar-shenanigans/ )

Needless to say, there are more SolarReserve investors in the mix that can be found in my November 2013 Green Corruption File: "Underneath Senator Harry Reid's Clean-Energy Dirt: Career politician directly linked to over $3 billion in green energy stimulus loans."

( https://greencorruption.blogspot.com/2013/11/underneath-senator-harry-reids-clean.html#.UweEbCiRnzI )

One of the key connections to this deal is Citigroup, who has been a major investor in Solar Reserve since 2008, which is chronicled in my February 2013 post, "Citigroup's Massive 'Green' Money Machine." Still, since Citigroup is also a CAP corporate donor, we'll dig deeper later.

( https://greencorruption.blogspot.com/2013/02/citigroups-massive-green-money-machine.html#.UlhdqOBc_zJ )

### General Motors & the Chevy Volt

General Motors (GM) — the failed Big Auto company that was bailed out by taxpayers in 2009 — was a client of the Podesta Group from 2010 until 2012. GM was also a CAP donor in 2011, and a big recipient of stimulus money. Starting in 2009 until recently, they have bagged hundreds of millions of stimulus dollars (I tracked $471.6 million so far) to support the Chevy Volt as well as green car components, of which I'll get more specific when I dissect CAP's corporate donors.

### Duke Energy

Duke Energy, the nation's largest electric power company, is another CAP corporate donor, which has been a client of the Podesta Group since 2009. What's interesting here is that Jim Rogers, the chairman of Duke Energy is another Obama donor, and was a major player at the 2012 Democratic convention, as a contributor, creditor, host, and a speaker. Duke Energy won hundreds of millions of green energy money for various projects, which will be detailed later.

### Progress Energy

From 2011 to 2012, the Podesta Group added Progress Energy, which in 2009, won a $200 million smart-grid stimulus grant. Progress Energy is a customer of Silver Spring Networks that is a Foundation Capital, Kleiner Perkins, and Google investment — all with friends and ties to the Obama White House that will be documented a few times in the post.

### SolarCity & SunEdison

Additionally, in 2012, the Podesta Group added SolarCity and SunEdison to its list of clients — both members of ACORE, the renewable energy lobby powerhouse that helped "design the Department of Energy grant programs that partly offset the loss of tax equity financing arrangements." This is part of the green corruption story that I chronicled in my post, "The RAT in the Recovery and the Gang of Ten."

Founded in 2006, SolarCity has a string of connections to the Obama White House that I've been tracking and reporting on for some time, including billionaire players that received taxpayer money for other green energy deals, such as Elon Musk, Nicholas J. Pritzker, and George Soros. Throw in other stimulus winners like Al Gore's firm Generation Investment Management (early investor and major stockholder) as well as Obama's Wall Street buddies: Goldman Sachs, Bank of America, and Citigroup. In between, SolarCity has developed partnerships with PG& E, and Google. But before Podesta came along in 2012, SolarCity had been an energy client of top D.C. lobbyist McBee Strategic Consulting, since 2009 — another major green corruption villain that I tackled in September 2013.

Nevertheless, Fox News reported in December 2012, when SolarCity was under a federal probe that they had applied for $341 million in grants. However, I found 33 federal stimulus grants from the 1603 Program that were awarded to SolarCity and USB SolarCity Master Tenant in 2011 and 2012, ranging across 15 states, totaling over $92 million.

MARCH 9, 2013 SolarCity UPDATE: Right after this publishing this post, it was brought to my attention that SolarCity, whose success is dependent on government handouts, has received additional green energy subsidies, which places their total at $514 million.

According to California Watchdog.org…

( https://watchdog.org/130098/solarcity-horror-stories/ )

SolarCity has accepted more than $11 million in federal stimulus funds [from September 2009 to March 2010] to make its business run. But the real public support appears elsewhere. Because SolarCity technically owns the energy systems it installs, SolarCity — not the homeowner — earns the federal tax break intended as an incentive to go solar. So far the company has earned $411 million in such tax breaks. The company also may earn additional income on state subsidies.

( https://www.recovery.gov/arra/Transparency/RecoveryData/Pages/Recipient.aspx?duns=785156410 )

( https://quote.morningstar.com/stock-filing/Quarterly-Report/2013/9/30/t.aspx?t=XNAS:SCTY&ft=10-Q&d=91ea1bcddf31efc04556da7970ad5084 )

Meanwhile, SunEdison, a global provider of solar-energy services, was an early Goldman Sachs clean-energy investment — Goldman, another CAP donor, and huge winner from the Green Bank of Obama that I'll get to much later. But we can confirm that SunEdison, in 2013, won 5 federal stimulus grants from the 1603 Program for "solar electricity" that ranges across 5 states, totaling over $1.8 million tax dollars.

( https://www.businesswire.com/news/home/20060615005527/en/SunEdison-Announces-Capital-Raise-Goldman-Sachs-Lead )

( https://www.treasury.gov/initiatives/recovery/Pages/1603.aspx?utm_medium=email&utm_source=et&utm_content=http%3A%2F%2Fwww.treasury.gov%2Finitiatives%2Frecovery%2FPages%2F1603.aspx&utm_campaign=1475793_209355_RNC%20Research )

### Granite Reliable / Brookfield Renewable Power

On the other side, there is Granite Reliable that received a $168.9 million stimulus loan in September 2011 for a wind project in Coos County, New Hampshire. Then on May 23, 2012, they also snagged a $56 million 1603 grant for wind in New Hampshire, which I am assuming is for the same project. Work on Granite Reliable's wind farm created 198 construction jobs and six permanent jobs.

Nancy Ann DeParle, President Obama's former Deputy Chief of Staff for Policy in the White House, had a financial stake in the success of Granite Reliable, due to the fact that she and sat on the Board of Directors for Noble Environmental Power, LLC, which owned Granite Reliable.

Obviously, this is a conflict of interest, but there are additional ties to this wind deal. Noble sold Granite Reliable in December 2010 to Brookfield Asset Management (BAM), just 6 months prior to the conditional approval (June 2011) of the DOE loan guarantee and deep into the application process. Despite the speculative credit rating, this loan was finalized in September 2011.

Not only was Brookfield Renewable Power (a subsidiary of BAM) represented by Citigroup as lead advisor during the loan review process, BAM has additional Democrat ties such as Diana Taylor, former New York City Mayor Michael Bloomberg's long-time girlfriend. As mentioned earlier, George Soros and Martin J. Whitman, which are both prominent Democratic donors, are both heavily invested in Brookfield.

But this case directly hits the Podesta family, because from 2009 until 2012, Heather Podesta, sister-in-law of John Podesta, via Heather Podesta & Partners served as lobbyists for BAM — and they've been lobbying on behalf of Brookfield Power (electric utilities), since 2011, raking in over $1.3 million from the two connected groups.

### Southern Company

Mrs. Podesta's firm also represented Southern Co. from 2008 until 2010, raking in over $300,000. This energy giant is part the Vogtle Project, which in February 2010, won a massive DOE loan: "a conditional commitment for $8.33 billion to support the construction of the nation's next generation of advanced nuclear reactors." Despite the project's troubles coupled with harsh criticism, the Obama administration just finalized this DOE deal.

Southern Company — a heavy hitter lobbyist and big donor to both political parties — bankrolled President Obama's 2013 Inauguration. And due to the fact that this was another DOE loan approval that

was *pressured* by the White House (this one in December 2009), further Intel is found in my July 2013 Green Corruption File, "Nuclear Disaster: $10.33 billion in energy loans pressured by the White House and POTUS approved, now at risk."

**Center for American Progress: The "green" pusher**

While CAP characterizes itself as "an independent nonpartisan educational institute dedicated to improving the lives of Americans through progressive ideas and action," according to left-leaning Huffington Post, they've "been a vocal voice for this president's policies in the media and on the Hill. But their area of highest visibility is advocacy for a clean-energy economy where John Podesta has personally led the effort."

Of course, as a strong proponent of alternative energy, CAP has also been a big backer of the Energy Department's huge multi-billion-loan guarantee program for renewable energy projects — a government program, of which the stimulus law added $16 billion in lending power (the DOE's "junk bond" and cronyism portfolio), where we find that many of CAP's corporate donors have cashed in big time.

We also know that according to the Washington Free Beacon, in September 2008, CAP "authored a report titled "Green Recovery: A Program to Create Good Jobs and Start Building a Low-Carbon Economy" that included many recommendations ultimately incorporated into President Obama's controversial $800 billion stimulus package." But CAP is not done: since the president released his Climate Action Plan in June 2013, CAP continues to pressure for additional *action*, including, but not limited to, rejecting the Keystone XL pipeline and a call to dole out billions more in renewable energy funds.

CAP, the progressive think tank with deep rooted ties to the Clintons, has been on my radar since 2010, and periodically mentioned throughout my work. As noted already, they are closely aligned with, and have a major foothold inside the Obama White House. This is not limited to the new CAP additions: Denis McDonough, White House Chief of Staff and Obama's new advisor, John Podesta.

What's been forgotten is that a squadron of CAP experts worked with President Obama's transition team, and they have been "reportedly highly influential in helping to craft White House Policy." In 2008, Edwin Chen of Bloomberg, in his article, "Soros-Funded Democratic Idea Factory Becomes Obama Policy Font," noted "CAP, which has 180 staffers and a $27 million budget, devotes as much as half of its resources to promoting its ideas through blogs [ThinkProgress and the Wonk Room], events, publications and media outreach."

In fact CAP boasts of John Podesta's part: "Podesta served as co-chair of President Barack Obama's transition, where he coordinated the priorities of the incoming administration's agenda, oversaw the development of its policies, and spearheaded its appointments of major cabinet secretaries and political appointees."

In addition to Podesta as the co-chair, "at least 10 other CAP experts" were advising the incoming administration, "including Melody Barnes (Obama bundler), the center's executive vice president for policy who co-chairs the agency-review working group and Cassandra Butts, the senior vice president for domestic policy, who is now a senior transition staffer," reported Bloomberg.

What was has not been widely disclosed is CAP's *dark* participation, other than their "recommendations," inside the stimulus package, whereas as noted, $100 billion was earmarked for renewable energy. Hidden deep inside the 1,073-page stimulus bill, which was drafted by the Obama transition team and congressional aides, was a RAT: an attempt to suppress potential investigations, and only a few news outlets caught it in February of 2009: the *Washington Post* and the *Washington Examiner*, and completely exposed in my Green Corruption File entitled, "The RAT in the Recovery and the Gang of Ten."

Entitled the Obama-Biden Transition Project, it employed approximately 400 people and it was comprised of Obama bundlers and campaign contributors as well as lobbyist and those that operate inside Washington's egregious revolving door. What's more fascinating to point out is that according to the Center for Responsive Politics, "Members of Barack Obama's presidential transition team weren't necessarily selected solely on their resumes and expertise — some may have scored positions over similarly qualified individuals because they supported the president-elect by bundling money for his presidential campaign or opening their own wallets to him."

**Five CAP Fellows at the Center of "the green"**

More relevant to green corruption is that this lengthy list provides us with some familiar members operating inside this clean-energy scam, which of course, were also bundlers for Obama's 2008 campaign — even bundling again in 2012. Even though, in October 2013, I gave insight into the Obama-Biden Transition Team and the numerous green energy players, here's an overview with the CAP fellows marked with asterisks:

1. Valerie B. Jarrett (Obama bundler): Obama-Biden Transition Project Co-Chair

2. *John Podesta (Obama bundler): Obama-Biden Transition Project Co-Chair /Now "Executive Power Czar"

3. *Carol M. Browner (Obama bundler): Advisory Board Member and Energy Policy Working Groups / Was promoted to Climate Czar, from January 2009 until February 2011

4. Michael Froman (Obama bundler): Advisory Board Member

5. TJ Glauthier (Obama bundler): Executive Office of the President

6. Lisa Jackson (Obama bundler): Energy and Natural Resources Team Leads

7. David Sandalow (Obama bundler): Energy Policy Working Groups

8. *Steve Spinner (Two-time Obama bundler): Technology, Innovation & Government Reform Policy Working Groups / Was promoted to DOE Advisor in April 2009 until September 2011

9. Tom Wheeler (Two-time Obama bundler): Working Group Members; Science, Tech, Space and Arts Team Leader

10. Heather Zichal (Obama bundler): Energy Policy Working Groups

Add to this list two more CAP fellows: Lawrence Summers, who, in late 2008 (until 2011), became President-elect Obama's Director of the National Economic Council and Van Jones, who in March 2009, was appointed as a special adviser for green jobs for the Obama White House, until he resigned in September 2009. This means that we have five CAP fellows that I'll profile below.

Obviously, operatives from this team were rewarded with positions inside the Obama White House, while others in 2009, snagged other key green energy roles. My focus has been on the "DOE Insiders" — those from Obama's "Green Team" and his Energy Department officials and advisors, which included its fair share of Al Gore disciples and well-connected Venture Capitalists. There has been a dozen on my radar that are either directly connected to tens of billions of green-government subsidies (loans, grants and special tax breaks), or helped their friends secure the funds.

Ironically, many have fled since their 2009 appointments, but it's worth noting that the "DOE Dirty Dozen," under Energy Secretary Stephen Chu, includes Carol Browner (1), Lisa Jackson, Van Jones (2), Steve Isakowitz, Steve Spinner (3), Matt Rogers, Jonathon Silver (4), Cathy Zoi (5), Kristina Johnson (6) and others like James Markowsky (7), Steven Westly (8), Sanjay Wagle (9), David Danielson (10), David Sandalow (11), David Prend (12) — another piece of this scandal currently in the works.

What's telling is that these DOE Insiders were part of the decision making process, even as the rest had access influence in one way or another. They were in charge of picking winners and losers, especially in regards to the Energy Department's multi-billion Loan Guarantee Program, mentioned many times in this post, whereas I have personally been tracking since 2010.

What we find is that many of those operating inside the Energy Department had more sinister roles and were using tactics such as lobbying, pressure, collusion, and coercion. The evidence of this started circulating in 2011, when the Solyndra Saga broke, but worse, was confirmed in many of the DOE email exchanges released to the public since that time, which includes the massive "2012 Internal DOE Email Dump" that was unleashed in late October of that year.

These correspondences basically prove that the president, the White House, Secretary Chu, and certain DOE officials lied about how they handled the green energy loans on various fronts — which was followed by secrecy, cover-ups and even perjury.

In November 2012, Marita Noon and I began unleashing the content of these email interactions, of which we found plenty of references to the president, POTUS, the White House, the "7th floor," and

"the Hill." More disturbing is that contrary to House Oversight testimonies by DOE officials, those inside the DOE were rushing the approval of the DOE loans — a fast track process imposed at the POTUS level, yet they were met with resistance by the Treasury as well as the Office of Management and Budget (OMB), amongst others involved in the deal making process.

As it turns out, these emails reveal that many of the DOE loans were rushed and approved for political reasons — visits, speeches, announcements, photo ops, and talking points for the president as well as for the purpose of helping those connected to the companies seeking the loans — CEO's, investors, and Democrat politicians, which goes beyond subsidizing Nevada companies in order to help Senate Majority Leader Harry Reid win his 2010 reelection campaign.

These bombshell emails also expose the cozy relationships DOE officials and advisors had during the loan review process with loan applicants and their CEO's, lobbyists, and investors, etc. It's no surprise that they had meetings and calls with DOE officials and Energy Secretary Chu, but there are documented meetings and calls with the president, VP, and WH as well as plenty of "green fraternizing" going on — bike riding, coffee meetings, sleepovers, "beer summits," Al Gore parties, dinners, Democrat fundraisers, and so on.

**NOTE:** "2012 Internal DOE Email Dump" is in reference to the House Oversight huge document dump that was unleashed in October 2012 (see Memorandum, Appendix I and the 350+ page Appendix II), and due to its value, will be sourced many times in this report.

Today we'll stay focused on Center for American Progress, staring with the fact that other than John Podesta, we have Valerie B. Jarrett: President's Obama's longest serving advisor and confidante, of which some refer to her as the "shadow chief of staff."

While Podesta is directly tied to CAP, Ms. Jarrett has an indirect connection: Prior to joining the Obama administration as Senior Advisor and assistant to the president, she served as Vice Chairman of The Joyce Foundation (Obama sat on the board 1994 to 2002), the Chicago-based organization, who is a major donor to radical environmentalist and conservation groups as well as progressive movements like CAP.

This was part of the climate scam that not involves many green corruption suspects, but leads to cap-and-trade, of which I began to unravel in 2010, and what I refer to as the "pot of gold at the end of the climate rainbow" — warning that with so much at stake, even if the planet blows up, they will get their cap-and-trade, or a version of it.

Jarrett, also in September 2009, hosted a "Clean-Energy Summit" where an array of attendees just so happened to "collectively strike gold" with over $5.3 billion in taxpayer funds from the Green Bank of Obama. We also know that internal emails showed (released in 2011) that deliberations on Solyndra — the first DOE loan to go bad and scream corruption — "reached into Obama's inner circle, including senior adviser Valerie Jarrett and former chief of staff Rahm Emanuel."

Additionally, we can confirm via the "2012 Internal DOE Email Dump" that Ms. Jarrett had a December 7, 2010, meeting with "the CEO's of NRG and Reliant." NRG Energy (a Fortune 500 and S&P 500 Index company) and its subsidiaries (Reliant is one) was the recipient of most of junk-rated stimulus loans, which includes NRG Solar for the Agua Caliente project ($967 million); NRG Solar for the California Valley Solar Ranch ($1.2 billion); BrightSource Energy Ivanpah project ($1.6 billion); and Prologis for Project Amp ($1.4 billion).

NRG Energy is one of those twelve timely Soros investments that I alluded to earlier (along with additional Obama administration connections) that snagged $5.2 billion in loans and a truck load of grants as well as other cleantech funds from the Green Bank of Obama. But it is the highly paid president and CEO (since 2003) David Crane (stock owner and an aggressive pusher of clean energy) who appeared to have significant influence. During the course of the June 2012, House Oversight hearing, Crane admitted that between the Bush administration and the Obama administration, he had visited the White House "14 to 15 times," of which 6 to 7 of his visits were with the Obama White House.

**Lawrence Summers:** *Currently listed as a Distinguished Senior Fellow at Center for American Progress and mentor to Facebook boss Sandberg*

- Former Director of President Obama's National Economic Council (designated on November 24, 2008 to 2011)

- Former Secretary of Treasury under President Bill Clinton (from 1999 to 2001)

It's worth noting that back in the day (November 2008), President-elect Barack Obama rolled out his National Economic Council (NEC), and installed "economic czar" Larry Summers (not subject to pesky confirmation hearings), who had served as Robert Rubin's protégé at Treasury. Rubin, on the other hand, who had spent 25 years at Goldman Sachs before serving as Secretary of Treasury under the Clinton administration (1995-1999), after his government stint went to Citigroup as a Senior Counselor, only to retire in January 2009. However, what's not widely known is that behind the scenes [during Timothy Geithner's time at Treasury], "Rubin was still wielding enormous influence in Barack Obama's Washington," documented POLITICO.

What's worth pointing out again is that Summers' private memos to Obama, which were released by *The New Yorker* in early 2012, revealed the real intent behind the economic stimulus bill. American Enterprise Institute reported, "A key source for writer Ryan Lizza is a 57-page, "Sensitive & Confidential" memo written by economist Summers to Obama in December 2008," which exposed "11 stunning revelations from Larry Summers' secret economics memo to Barack Obama." One in particular was that the stimulus was about implementing the Obama agenda and rewarding his green cronies.

The short-run economic imperative was to identify as many campaign promises or high priority items that would spend out quickly and be inherently temporary. … The stimulus package is a key tool for advancing clean energy goals and fulfilling a number of campaign commitments.

Summers, a Distinguished Senior Fellow at CAP, has significant ties to Wall Street, which if you've been paying attention, they ensured an Obama victory in 2008. Prior to Summers heading to the Obama White House as top economic advisor, he had an elaborate gig where he worked just one day a week while making $5.2 million in two years at D.E. Shaw — a New York-based $39 Billion Hedge Fund Giant. According to the Wall Street Journal, Summers "received hundreds of thousands of dollars in speaking fees from major financial institutions," which included "frequent appearances before Wall Street firms including J.P. Morgan, Citigroup, Goldman Sachs and Lehman Brothers."

What's significant is that both Goldman Sachs and Citigroup (profiled later) are corporate CAP donors that either won billions in green energy funds, or made money off of the deals that occurred. And, the majority of the deal making came from the now $32 billion Energy Department Loan Guarantee Program, with the majority of the loans awarded and finalized between 2009 and September 2011. This is the same program that, as mentioned earlier, has been pushed and promoted by Center for American Progress for some time.

During Summer's time inside the Obama White House, it's unclear how involved Summers was in the loan program decision making process, but we can confirm via the "2012 Internal DOE Email Dump" that he was part of a scheduled January 2010 meeting with Jonathan Silver (head of the Loan Program at the time), a few DOE officials, and Carol Browner — the latter another CAP fellow that will be profiled next.

"Nearly a year before Solyndra went bankrupt and engulfed the White House in scandal, President Obama's top economic advisors [Summers and Timothy Geithner] warned him about the risks of the clean-energy loan program that granted the solar company more than a half-billion dollars" — as reported by the Business Insider in September 2011.

Needless to say, Solyndra was only one of the 22 "junk" loans awarded by the Energy Department's $16 billion stimulus program — a program where we find that Summers is directly tied to one of those DOE deals, while his buddy David Shaw, a two-time Obama bundler, had an invested interest in more.

Mr. Shaw is the founder of D.E. Shaw, where Summer's worked before joining the Obama White House, and a firm that is connected to at least two renewable energy companies that snagged billions in DOE stimulus loans: First Wind and First Solar that are also CAP corporate donors, which will be expanded upon later. First Wind was the winner of a $117 million DOE stimulus loan, plus hundreds of millions in stimulus grants, of which, according to Peter Schweizer, "Larry Summers was part owner of First Wind." Meanwhile, First Solar won three large stimulus loans, totaling over $3 billion of taxpayer money — not to mention additional green energy funds.

**Carol M. Browner**: *Founding member of Center for American Progress and currently a Senior Fellow*

- Currently on the Advisory Committee of the Export-Import Bank of the United States

- Headed the Office of Energy and Climate Change Policy (AKA Climate Czar), from January 2009 until February 2011

- Obama-Biden 2008-Transition Team role: Advisory Board Member and Energy Policy Working Groups

- 2008 Obama Bundler

Browner, a career Washington insider, who directed the Environmental Protection Agency (EPA) during the Clinton administration, is an Al Gore acolyte, and an environmental extremist with a few left-wing radical ties on her secret resume. While Browner worked for Gore as far back as 1988, at some point (between 2007 and 2009), she served as a board member of the Gore's Alliance for Climate Protection — which, in July 2011, was morphed into "The Climate Reality Project." From what I gather, this was the result of merging two environmental groups: The Alliance for Climate Protection and The Climate Project, which were both founded in 2006 by Al Gore.

Browner was also a 2008 Obama bundler and part of the Obama-Biden Transition Team, who was later appointed to the president's 2009 Green Team as the "climate czar," only to abruptly resign in early 2011.

Prior to her tenure at the Obama White House, Browner was a founding board member (from 2003-2008) for CAP, and she is currently listed as a Senior Fellow. Browner, not only "pushed for billions of dollars for renewable energy in the economic stimulus bill," she was part of the decision-making process inside the Energy Department's Loan Guarantee Program, which at the time of her departure had doled out $34.7 billion of taxpayer money. Browner is implicated in an array of issues surrounding these loans, as reflected in many of the DOE email exchanges released to the public since 2011, as well as the "2012 Internal DOE Email Dump."

With such deep connections to the former-Vice President Al Gore, and his climate mission, one wonders why Gore and his investment firms — Kleiner Perkins and Generation Investment Management — raked in so much of the DOE money under her watch. As of January 2013, I tracked that these two firms combined are tied to at least $10 billion (more if you add in Silver Spring Networks and the fact that their "customers" raked in $1.3 billion in smart-grid stimulus grants), from the taxpayer-funded Green Bank of Obama, the majority coming from the 2009-Recovery Act — the stimulus bill (renewable energy part) that Doerr helped author, while Browner pushed to include taxpayer money.

Browner may have left her "climate" post, but she currently sits (and has for a while) on the Advisory Committee of the Export-Import Bank of the United States (Ex-Im), another means where Plaintiffs government dishes out billions of American taxpayer dollars in support of clean energy.

"The Ex-Im Bank uses taxpayer money to backstop politically favored projects, which "just greases the wheels of the powerful and often corrupt big Washington Establishment," wrote Heritage Action. This is another "green bank" that not only supports other Nations, but where you'll find corporate welfare and crony capitalism run amok, which includes quite a number of the president's favored firms: Abengoa, First Solar (Exelon Corp.) and SolarWorld, to name a few.

As recently as October 2013, at a Washington, D.C. CAP event (10th anniversary policy conference), Browner had this to say about the Keystone Pipeline: "There will be some twists and turns" in the political debate over the pipeline, but "at the end of the day [Obama] is going to say no," reported the Huffington Post.

( https://www.huffingtonpost.ca/2013/10/25/carol-browner-keystone-obama_n_4164156.html?just_reloaded=1 )

( https://www.americanprogress.org/events/2013/10/23/77992/caps-10th-anniversary-policy-conference/ )

( https://www.huffingtonpost.ca/2013/10/25/carol-browner-keystone-obama_n_4164156.html?just_reloaded=1 )

This was an even that besides Browner, featured other Big Green personalities such as Van Jones, Tom Steyer, John Podesta, Treasury Secretary Jack Lew, Secretary of State John Kerry, California Governor Jerry Brown, Chicago Mayor Rahm Emanuel, and of course, Al Gore.

**Tom Steyer, *CAP Board Member and Donor, Climate Change Radical, Big Oil Investor, Obama Bundler, Margie Sullivan's partner and Billionaire Buddy of all the Tech Oligarchs***

At that event, Browner was joined on a panel with Van Jones, the former "green jobs czar" — also a CAP fellow (profiled next) — along with environmental advocate Tom Steyer, who has been on an anti-Keystone XL crusade for some time.

( https://www.huffingtonpost.ca/2013/10/25/carol-browner-keystone-obama_n_4164156.html?just_reloaded=1 )

( https://www.huffingtonpost.ca/2013/10/04/tom-steyer-keystone-harper_n_4044667.html )

In fact, Jones has been on the record slamming the president's delay on denying the pipeline.

( https://www.cnn.com/2013/05/30/opinion/jones-obama-keystone-pipeline/index.html )

Meanwhile, Steyer is the same hedge-fund billionaire and megabucks Obama bundler and Democrat donor that was also a Big Oil Investor through his former firm Farallon Capital Management that has an invested interest in the rejection of the pipeline.

( https://www.humanevents.com/2013/06/27/green-is-the-color-of-corruption/ )

Like most prominent Obama fundraisers, Steyer has enjoyed relatively easy access to the White House, and as of the summer of 2012, it was reported that he had met with senior White House officials in the West Wing on at least four occasions. Steyer was even handpicked to make a cameo appearance at the 2012 Democratic National Convention.

( https://greencorruption.blogspot.com/2012/09/obamas-green-cronies-made-dnc-cameo.html#.UwvejCiRnzI )

Additionally, Steyer, "plans to spend as much as $100 million during the 2014 election, seeking to pressure federal and state officials to enact climate change measures through a hard-edge campaign of attack ads against governors and lawmakers," reported the *New York Times* last month.

( https://www.nytimes.com/2014/02/18/us/politics/financier-plans-big-ad-campaign-on-environment.html?_r=1 )

In September 2012, the *Washington Free Beacon* documented that Steyer "is reportedly one of the backers of Greener Capital, which invests in alternative fuel companies that benefit from the anti-oil policies of the Obama administration.

( https://freebeacon.com/the-one-percent-gets-its-turn/ )

( https://green.blogs.nytimes.com/2011/03/15/a-foil-for-the-koch-brothers/ )

( https://www.greenercap.com/index.php )

" What's key to this Green Corruption file is that "Steyer has donated at least $1.4 million to the Center for American Progress (CAP) since 2009 through his TomKat Charitable Trust. As of 2010, he was listed as a director of the left-wing think tank."

In December 2013, The Beacon, in their piece "Keystone to the Kingdom," we find a stunning look at the relationship between Mr. Steyer and John Podesta:

( https://freebeacon.com/keystone-to-the-kingdom/ )

"Steyer is on the board of the Center for American Progress, and in the early months of 2012 he and Podesta cosigned a *Wall Street Journal* op-ed, "We Don't Need More Foreign Oil and Gas,"

( https://climatesolutions.org/donate/climate-solutions-5th-annual-breakfast/tom-steyer )

( https://online.wsj.com/news/articles/SB10001424052970203718504577178872638705902 )

arguing against Keystone and for tax loopholes such as the Production Tax Credit, increasing the value of the green energy companies in which Steyer invested and on whose boards Podesta sat."

Moreover, while a slew of Democrats who oppose the Keystone XL pipeline, stand to benefit from its rejection, Farallon Capital Management "has extensive holdings in fossil fuel companies

( https://washingtonexaminer.com/who-gets-rich-off-of-blocking-the-keystone-xl-pipeline/article/2543928 )

— including investments that could benefit from the blocking of the Keystone pipeline," reported *The Daily Caller* in May 2013.

( https://dailycaller.com/2013/06/20/top-anti-keystone-activist-could-benefit-from-blocking-pipeline/ )

One in particular stands out: "Farallon also still holds stock in BP" — the oil giant that according to *POLITICO* in 2010, Obama was the biggest recipient of BP donations over the past twenty years."

( https://www.politico.com/news/stories/0510/36783.html )

In case you didn't know, British Petroleum, the oil and gas giant that in 2001, began re branding to Beyond Petroleum (BP), was heavily in the "green" business via BP Alternative Energy (biofuels, wind and solar). However, in the spring of 2013, BP switched gears and started abandoning renewable energy.

( https://finance.townhall.com/columnists/maritanoon/2013/04/07/smart-money-abandoning-renewable-energy-n1560319/page/full )

Still, that was after BP had snagged millions in "green" funds from the Obama administration, of which I began to unravel in April 2013 due the fact that BP is in cahoots with Sempra Energy, the winner of a $337 million DOE stimulus loan for the Mesquite Solar Project in Arizona.

( https://greencorruption.blogspot.com/2013/04/newly-bankrupt-chinese-solar-producer.html#.UvZU3yiRnzL )

Also, BP, at that time, was part of all five of Sempra's wind projects.

( https://www.semprausgp.com/energy-solutions/wind-projects.html )

BP Alternative Energy is also an investor in BrightSource Energy — the winner of a $1.6 billion DOE stimulus loan that involves more CAP corporate donors and a slew of additional Obama cronies that I'll get to much later.

( https://www.brightsourceenergy.com/investors#.UvZVNCiRnzI )

( https://lpo.energy.gov/projects/brightsource-energy-inc/ )

**Van Jones: Senior Fellow at Center for American Progress (it is unknown when Van first joined CAP, but we do know that he rejoined in February 2010)**

- Green Jobs Czar, from March 2009 to September 2009

- 2008 to 2009 Crafter of the Recovery Act: both personally and via the Apollo Alliance, as part or their National Steering Committee, where Van Jones was a board member from 2006 to either 2008 or 2009

As the story goes, Van Jones — left-wing radical, turned CNN contributor — was handpicked to become Obama's "green jobs czar" in 2009:

(https://www.wnd.com/2009/08/106653/ )

"We were so delighted to be able to recruit him into the White House," Senior Advisor Valerie Jarrett, stated on August 12, 2009. Mr. Jones' advisory post at the White House was short lived due to his radical past and behavior, and in September 2009 he resigned, blaming it on a "smear campaign of lies and distortions to distract and divide."

( https://thinkprogress.org/politics/2009/09/06/59506/van-jones-resigns/ )

Nevertheless, Van is another very active CAP member where his focus remains on "green-collar jobs." He's still a strong force in the midst of the climate change debate, pushing green jobs, as well as his extreme environmental ideology.

( https://www.rebuildthedream.com/ )

Since 2010, Jones has been a Senior Fellow at CAP, whereas his bio states, "he is a co-founder of three successful nonprofit organizations: the Ella Baker Center for Human Rights, Color of Change, and Green For All" — of which both George Soros and Al Gore (both huge winners of green energy monies) have been know to fund Van's causes as far back as the 90's, including Green for All.

( https://www.americanprogress.org/about/staff/jones-van/bio/ )

( https://epaabuse.com/537/watermelon-patch/van-jones-is-the-ultimate-watermelon-green-outside-red-inside/ )

Mr. Jones has been featured in a few of my posts, but most recently when I exposed the various green parties involved in crafting the energy sector of the 2009-Recovery Act — and how they and their friends raked in tens of billions from the Green Bank of Obama. Certainly, Van's White House post, which comprised of overseeing billions in "green" stimulus funds, and the subsequent controversy surrounding his eco-radical mission (good and bad press) helped catapult Jones into fame and possibly some fortune. In my opinion, this would include the success of his green jobs book, numerous green honors, and his CNN gig — success that he may not have seen otherwise.

( https://www.vanjones.net/about )

We've tracked Jones' connections to CH2M HILL (also a client of the Podesta Group), the winner of $1.3 billion in stimulus funds as well as Solar Mosaic, where Jones was an advisor, who ultimately, in June 2012, was awarded a $2 million grant from the Energy Department's SunShot Initiative. Solar Mosaic had also employed Rebuild the Dream to do its public relations work, documented the *Daily Caller* in 2012. Also, in 2012 and 2013, Solar Mosaic snagged two small 1603 federal stimulus grants: one in Arizona for $13,123 and in California for $185,700.

What about Mr. Jones' *solicitation* business? Prior to Van's resignation, in August 2009, his Green for All launched a program called Capital Access Program (CAP) to help green businesses secure stimulus funds — monies that he was overseeing at that time, of which his bio confirms. In fact, during the 2012 presidential election (as a CNN contributor), Jones bragged about his part in the implementation of the clean-energy stimulus funds: he helped "run the inter-agency process that oversaw $80 billion [some reports go as high as $100 billion] in green energy recovery spending."

What's also relevant is that not only did Jones personally participate in the formation of 2009-Recovery Act, he was with the Apollo Alliance as part of their National Steering Committee and Board member (from 2006 to either 2008 or 2009) — when the Apollo Alliance successfully got many of their policy ideas packaged into the stimulus bill, including, but not limited to, its expensive and unsuccessful "green jobs" program.

Both Senator Harry Reid and Mr. Jones have bragged about the Apollo's participation. Adding to the mix is that the Apollo Alliance is a project of the Tides Center. And, the Tides Center/ Tides Foundation is another Soros funded left-wing organization that was also funded by the Joyce Foundation, mentioned earlier under Valerie Jarrett.

( https://www.discoverthenetworks.org/funderprofile.asp?fndid=5310&category=79 )


What you should know about the Tides Center can be found at Watchdog.org, who in 2013, labeled their programs as "a checklist of liberalism's most ambitious agenda." Moreover, it's become a meeting place of two potentially warring factions of the Left — labor and environmentalists," charged Tori Richards early last year.

( https://watchdog.org/ )

( https://watchdog.org/72855/tides-uses-tax-dollars-to-turn-america-to-the-left/ )


Richards continues….

( https://watchdog.org/72855/tides-uses-tax-dollars-to-turn-america-to-the-left/ )

Perhaps Tides' biggest coup was using its Apollo Alliance Project to help draft Obama's massive stimulus bill. The final stimulus bill doled out billions of dollars to further the Left's green-energy agenda and social justice constituency while preserving labor's role in centralized economic planning.

Apollo Alliance, now labeled as the BlueGreen Alliance, not only enjoys political clout, but they also have significant and highly influential green allies and donors, which at one point included John Podesta as an Apollo board member — adding another layer to CAP's power behind this massive green energy scheme.

294

( https://www.bluegreenalliance.org/apollo )

( https://keywiki.org/index.php/Apollo_Alliance#cite_note-6 )

**Steve Spinner:** *Senior Fellow at the Center for American Progress from September 2010 to October 2011, where he publicly advocated for energy policies that support clean, renewable energy*

- Two-time Obama Bundler

- DOE Loan Programs Advisor, from April 2009 to September 2010

- 2008 Obama-Biden Transition Team role: Technology, Innovation & Government Reform Policy Working Groups

Steve Spinner, a two-time Obama bundler, not only worked for Obama's 2008 transition team, he also was part the president's 2012 reelection campaign, serving as a California finance chair and founded "Technology for Obama (T4O)." His wife was Solyndra's lawyer.

In April 2009, Spinner was appointed as the DOE Loan Programs Advisor to then-Energy Secretary Steven Chu, yet by September 2010, he left the DOE and about that same time joined CAP as a Senior Fellow until October 2011.

( https://energy.gov/articles/fact-check-steve-spinner )

( https://www.politico.com/news/stories/1011/66287.html )

During the course of Spinner's DOE gig, he acted as a liaison between the Recovery Act Office and the Loan Programs Office, of which he was responsible for monitoring the loan program. According to the DOE, "In that capacity, [Spinner] played no role in the decision-making on or evaluation of individual loan applications or the awarding of any grants."

( https://energy.gov/articles/fact-check-steve-spinner )

Spinner was also handpicked to make a cameo appearance at the 2012 Democratic National Convention, along with other wealthy Obama green cronies: Steve Westly, Tom Steyer (profiled earlier) and Jim Rogers, who will be profiled later.

( https://greencorruption.blogspot.com/2012/09/obamas-green-cronies-made-dnc-cameo.html#.UwvejCiRnzI )

( https://www.demconvention.com/ )

**Spinner & Solyndra**

Spinner is well known for his involvement and influence (investigations and internal emails prove) to the ill-fated, politically connected Solyndra, which was once the poster child for the president's clean-energy initiative.

( https://www.politico.com/news/stories/1011/65448.html )

( https://abcnews.go.com/Blotter/obama-fundraiser-pushed-solyndra-deal-inside/story?id=14691618#.UFZk7BjdtJM )

( https://www.youtube.com/watch?v=0J6h1PcVQp8&feature=player_embedded )

The Solyndra Saga — FBI raid and all — in 2011, morphed into the template for Obama's green corruption scandal: political payback, costing taxpayers at least $570.4 million. Yet, most concluded a long time ago that Solyndra was only the tip of the iceberg.

Nevertheless, Spinner's participation, despite the DOE's denial, has been proven many times over, including in October 2011, when *POLITICO* and others seized on his role inside this scandal, stating, "[Spinner] played an active part in Solyndra's $535 million loan guarantee [approved in September 2009] despite conflict of interest concerns over his wife's work at a law firm that also represented the California solar company."

( https://www.politico.com/news/stories/1011/65448.html )

( https://lpo.energy.gov/Plaintiffs-projects/discontinued-projects/ )

Solyndra also snagged a $25.1 million in California tax credit, and at some point before 2011, Solyndra indirectly bagged another loan from the Export-Import Bank, which was obtained by a third-party company to the tune of $10.3 million.

( https://greencorruption.blogspot.com/2014/01/cleantech-crash-cbs-lesley-stahl.html#.UwkCwCiRnzI )

It should be emphasized that back in 2009, Fitch had rated the Solyndra DOE loan "non-investment grade," as revealed by the Committee on Oversight and Government Reform in March 2012 — a report that implicates Spinner even more so.

( https://oversight.house.gov/report/the-department-of-energys-disastrous-management-of-loan-guarantee-programs/ )

White House e-mails released late last year [2011] indicate that Spinner was influential in securing the $528 million loan to now-bankrupt Solyndra. Many of those EMAILS were written just days after he signed an ethics agreement pledging that he would "not participate in any discussion regarding any application involving" his wife's law firm.

In one message to a DOE official on August 28, 2009, Spinner wrote, "**How hard is this? What is he waiting for? . . . I have OVP and WH breathing down my neck on this.**" The e-mail went on to demand that the DOE official "**walk over there and force [the official working on the Solyndra evaluation] to give [him] an answer.**" After just being contacted by Solyndra, Spinner inquires in another e-mail, "**Any word on OMB? Solyndra's getting nervous.**" The e-mail correspondence occurring in the final days before the Solyndra loan closed in September 2009 centers heavily on

Spinner's efforts to coordinate plans for either the President or Vice President to announce the first loan approval at a scheduled visit to Solyndra.

**Spinner & Tesla Motors**

Additionally, we know that prior to joining the DOE, Spinner was an energy-focused venture capitalist and high-tech consultant. At some point, Spinner was a "consultant" to Tesla Motors, the "billionaire's electric car company," with an array of Obama pals in the mix (Elon Musk , Steve Westly, Nicholas Pritzker, Google executives, Vantage Point Capital Partners and Goldman Sachs), of which in January 2010, was subsidized with $465 million of taxpayer money from the DOE's ATVM program.

**Spinner & First Solar**

Needless to say, according to *The Nation's* May 2013 piece entitled "The Secret Donors Behind the Center for American Progress and Other Think Tanks," is where we first discover that First Solar was a huge favorite of CAP. First Solar is the solar firm, which is connected to a slew of Obama cronies, that is also a confirmed 2012 CAP corporate donor — possibly as early as 2011.

While we chronicled "The First Solar Swindle" in the summer of 2012, let me reiterate — although in more detail later — that they were awarded over $3 billion in stimulus loans, as well as additional taxpayer money. One key tidbit of Intel from *The Nation* is where we learn of Spinner's participation in the First Solar DOE deal making….

Last year [2012], when First Solar was taking a beating from congressional Republicans and in the press over job layoffs and alleged political cronyism, CAP's Richard Caperton praised Antelope Valley in his testimony to the House Committee on Energy and Commerce, saying it headed up his list of "innovative projects" receiving loan guarantees. Earlier, Caperton and Steve Spinner — a top Obama fundraiser who left his job at the Energy Department monitoring the issuance of loan guarantees and became a CAP senior fellow — had written an article cross-posted on CAP's website and its Think Progress blog, stating that Antelope Valley represented "the cutting edge of the clean energy economy."

The CAP article referenced above by Caperton and Spinner ("Don't Let Clean Energy Funding Die on the Vine,") was published on July 13, 2011, and where we find that CAP demanded that more taxpayer money be used to fund the DOE's loan program — even calling for a green bank "as a permanent financing tool for clean energy projects."

**Spinner & Silver's Collusion**

The CAP piece referenced above also opened up another can of worms. Jonathon Silver, at that time an Obama administration official at the Energy Department "actively collaborated with CAP in 2011 to advance the president's green energy agenda, in possible violation of federal law," documented the Washington Free Beacon on September 14, 2012.

This is where internal emails surfaced showing that over several days via Spinner and Silver's personal email accounts (correspondences that also imply the two were in touch multiple times over the phone),

the two colluded: "In July 2011, Steve Spinner, then a senior fellow at the Center for American Progress (CAP), sought and received guidance from Jonathan Silver, executive director of the Department of Energy's (DOE) loans program, regarding a CAP editorial urging Congress to expand funding for the program and permanently establish a Clean Energy Deployment Administration (CEDA), or 'green bank,' to further fund clean energy projects."

**Spinner & BrightSource Energy**

Inside the "2012 Internal DOE Email Dump," we also discover that as early as September 2009, there was "strong push" by Silver, Spinner, and Matt Rogers (Senior Advisor to Energy Secretary Steven Chu from January 2009 until September 2010) to push through the $1.6 billion BrightSource Energy deal.

**NOTE:** Jonathan Silver, reported to be an Obama bundler, has quite the impressive background.

As noted by *Barron's Magazine* (in 2010), Silver had been a managing partner at Core Capital Partners [and co-founder] in Washington. "Coincidentally, one of his colleagues there was Tom Wheeler, a 2008 Obama bundler" — mentioned under the Obama-Biden Transition Team.

( https://online.barrons.com/article/SB50001424052970203296004575352982133405348.html )

We also know that Silver's wife has served as financial director of the Democratic Leadership Council, and that the couple hosted a party to promote Al Gore's environmental advocacy group, the Alliance for Climate Protection. This party (fundraiser) surrounded Silver's vetting process (September 2009), in which he invited two key DOE officials.

( https://mag.newsweek.com/2011/11/13/how-obama-s-alternative-energy-programs-became-green-graft.html )

( https://freebeacon.com/den-of-cronies/ )

Silver was appointed as the Executive Director of the Loan Programs Office in November 2009, and resigned in early October 2011, amidst the "Solyndra $535 Million Saga"

( https://www.nytimes.com/2011/10/07/us/politics/jonathan-silver-quits-energy-dept-loan-guarantee-office.html )

 — even testifying in September 2011. Considering that there is much to be said about Silver's just shy of a two-year stint at the DOE, we do know that it included helping Secretary Chu accelerate the loan review process.

(https://www.realclearpolitics.com/video/2011/09/14/dept_of_energy_no_reason_to_believe_we_were_misled_by_solyndra.html )

In reading hundreds of pages from the "2012 Internal DOE Email Dump," it's evident that Silver aggressively pushed the loans through (fast tracked) as directed, influenced, and pressured by the

POTUS, Vice President Joe Biden, the White House, the 7th Floor, and the Hill — and did so with arrogance, even as he was fraternizing with lose seeking the DOE loans.

Despite his resignation, Silver has appeared before the House Oversight Committee twice (July 2012 and September 2013), of which at that time there was a slew of emails proving cronyism and corruption that Silver had to answer to. This is where some of the most bombshell details emerged, starting with the fact that in the course of Silver's testimony during the July 18th Oversight hearing, it was revealed that he and other DOE officials and advisors were using their personal email accounts to conduct Energy Department business.

( https://oversight.house.gov/hearing/the-administrations-bet-on-abound-solar-assessing-the-costs-to-the-american-taxpayers/ )

Silver also made this denial: "…as I say, almost nobody that I am aware of in the Loan Program even knew who the individuals were who had invested, either directly or indirectly into these companies." Yet, we know this is a lie.

( https://greencorruption.blogspot.com/2012/07/recent-oversight-hearing-reveals-shady.html#.UvfOEyiRnzI )

In fact, we exposed this many times in the course of unleashing the "2012 Internal DOE Email Dump," which began shortly after their release — even discovering more clean-energy dirt along the way. We can confirm that Silver knew **exactly** who the investors were in the projects seeking Energy Department loans in **at least four** of the deals that were approved: BrightSource, Shepherds Flat, and Kahuka Wind, and Fisker Automotive for starters — all with deep ties to the Obama White House. We also know that Silver expedited some of these loans for presidential photo ops, as well as helping Senator Harry Reid's 2010 midterm election.

( https://finance.townhall.com/columnists/maritanoon/2012/11/04/busting_open_energys_den_of_deception/page/full )

During the September 10, 2013 House Oversight hearing on "Preventing Violations of Federal Transparency Laws," members questioned two of the most egregious offenders: Mr. Silver and Lisa Jackson the former head of the EPA mentioned early on as part of the Obama-Biden Transition Team.

( https://www.youtube.com/watch?v=eshWKRPUs38&feature=em-uploademail )

Sadly, this hearing didn't get much coverage except for Paul Chesser at the National Legal and Policy Center, noting that this event "didn't last long enough to get very deep." However, what caught my attention was when Committee Republican Jim Jordan of Ohio grilled Mr. Silver "about his directives to keep messaging out of the public eye" as well as reading particular email exchanges that implicated Silver helping his buddies get DOE loans. Also at issue were the loan program failures.

( https://nlpc.org/stories/2013/09/16/house-committee-grills-doe-loan-program-director-over-secret-emails )

However, the most unbelievable attempt to conceal the truth came out at that time: The congressman then showed an email that was sent to the committee staff a couple of days prior to the hearing from Silver's lobbyist (lawyer, it's unclear) demanding, "Don't direct any questions to Mr. Silver." Silver denied knowing anything about THE request, but we never got to the bottom of it because the Ranking Member, Congressman Elijah Cummings stopped Jordon from going down that path due to confusion over attorney/client privilege, and that he and Committee Chairman Darrell Issa would be looking into that issue…" off the record.

**Center for American Progress Finally Reveals its Corporate Donors: At least 17 raking in tens of billions of tax dollars from the Green Bank of Obama**

While the left-wing think tank is a well-known favorite of billionaire George Soros, as well as other left-leaning ultra-rich donors, "the center does not disclose who finances its activities, a policy it is declining to change even as Mr. Podesta prepares to wield influence over the shape of the Obama administration," wrote the *New York Times* in 2008.

( https://www.nytimes.com/2008/11/07/us/politics/07podesta.html?_r=4&ref=politics& )

However, "after heavy pressure arising from CAP's quasi-lobbying history. That scrutiny ratcheted up following the announcement that CAP founder John Podesta would be formally joining the Obama administration. Both Politico and the *New York Times* called for the donor list to meet the public eye," reported *Breitbart News*.

( https://www.breitbart.com/Big-Government/2013/12/13/Center-American-Progress-corporations )

So, on December 13, 2013, CAP "revealed that it's funded by some of the country's largest and most powerful corporations, trade associations and lobbying firms," announced *POLITICO*.

( https://www.politico.com/story/2013/12/center-for-american-progress-donor-list-101140.html )


The donor disclosure excluded individuals and foundations, only giving insight into their corporate influence, leaving more darkness in its wake.

( https://freebeacon.com/donor-disclosure-by-center-for-american-progress-leaves-much-in-the-dark/ )

Moreover, it was reported that each of those listed (58 donors) has given the group more than $10,000 in 2013, yet the exact amount was not disclosed.

( https://www.americanprogress.org/about/Plaintiffs-supporters/ )

CAP's 2013 donor list "contains a myriad of massive corporations, including Apple Inc., AT&T, Bank of America, BMW of North America, Citigroup, Coca-Cola, Discovery, GE, Facebook, Google,

Goldman Sachs, PepsiCo, PG&E, the Motion Picture Association of America, Samsung, Time Warner Inc., T-Mobile, Toyota, Visa, Walmart and Wells Fargo" — many of which are part of this massive green energy scheme.

( https://www.americanprogress.org/about/Plaintiffs-supporters/ )

Still, *The Nation*, in their May 2013 piece "The Secret Donors Behind the Center for American Progress and Other Think Tanks, released a list of CAP's 2012 corporate donors — labeled "American Progress Business Alliance Members," which are charged fees:

( https://www.thenation.com/article/174437/secret-donors-behind-center-american-progress-and-other-think-tanks-updated-524 )

( https://thenation.s3.amazonaws.com/pdf/CAP_alliance_members_2012_2.pdf )

( https://thenation.s3.amazonaws.com/pdf/CAP_alliance_members_2012_2.pdf )

A confidential CAP donor pitch I obtained describes the Business Alliance as "a channel for engagement with the corporate community" that provides "the opportunity to…collaborate on common interests." It offers three membership levels, with the perks to top donors ($100,000 and up) including private meetings with CAP experts and executives, round-table discussions with "Hill and national leaders," and briefings on CAP reports "relevant to your unique interests."

The Nation also divulged that CAP doesn't publicly disclose the members of its Business Alliance, but they "obtained multiple internal lists from 2011 showing that dozens of major corporations had joined." What's relevant here is that in 2011 the lists compiled by The Nation of "CAP's donors included Comcast, Walmart, General Motors, Pacific Gas and Electric, General Electric, Boeing and Lockheed" — with three confirmed winners of green energy funds.

So basically the donor list and the membership list are one in the same. And, what's even more interesting is how The Nations chronicles CAP's assets:

"After growing rapidly in its first few years, tax records show, CAP's total assets fell in 2006 for the first time, from $23.6 million to $20.4 million. Assets started growing again in 2007 when CAP founded the Business Alliance, a membership rewards program for corporate contributors, and then exploded when Obama was elected in 2008."

We know that CAP founded its Business Alliance (corporate donors) in 2007, but since we only have a hint of 2011, combined with lists for 2012 and 2013, the mystery remains. Missing are the corporate donors CAP enlisted from 2007 until 2011. When did these now public donors join CAP, and what was dollar amount of money that was given?

While I am about to dissect the corporations from these lists (2011 to 2013) that received green energy taxpayer money (loans, grants and special tax breaks), in full disclosure, the majority of the stimulus and non-stimulus clean-energy funds ($150 billion through 2014) were doled out between 2009 and

2011. However, as I reported in the beginning of this post, "green" funds continue to flow, and the Obama administration wants billions more of taxpayer money to save the planet.

I hate to be redundant, but as you'll see, CAP's corporate donors are connected to many of the same projects and firms that we have documented in previous Green Corruption Files. This is due to the fact that meaningful political ties — Obama's bundlers (both in 2008 and in 2012), top donors, financiers, and green cronies — have surrounded the green energy money from the onset. However, considering that CAP players operated inside the Obama White House as well as the Energy Department — prior, during and after the money was doled out — this adds another layer of corruption behind the green energy deals.

At any rate, several of these corporations include Big Banks (even the "too-big-to fail") that have benefited immensely from President Obama's cleantech push. Even though many on Wall Street stood by the president in 2012, the majority sided with Mitt Romney. But that was after Obama enjoyed his fare share of Wall Street buddies who helped ensure his victory in 2008, poring millions of dollars into his campaign coffers, making their mark as TOP campaign donors (PAC) — with even Wall Street executives bundling huge sums of money for then-candidate Obama. Additionally, "the big bundlers had broad access to the White House for meetings with top administration officials and glitzy social events."

Inside these CAP corporate donor lists we find a few TARP recipients such as Citigroup, Goldman Sachs, Bank of America, and Merrill Lynch. What's more telling is the infiltration of so many Citigroup and Goldman Sachs executives operating (past and present) inside the Obama administration, even shaping his economic policy.

**CAP'S 2013 DONORS: Green energy money winners**

**#1) Bank of America** (now Bank of America Merrill Lynch — confirmed donor since 2012):

Both Bank of America and Merrill Lynch (Campaign Committee's), from 2003 to 2008, supported Senator Obama. Meanwhile, Bank of America, a heavy hitter donor with major lobbying pull, plays both sides of the isle. But in 2008, this Big Bank put their money (PAC and individuals) on blue, including donating to candidate Obama.

In the final days of the DOE loan program (September 2011), the DOE awarded a partial guarantee of $1.4 billion loan — another shady stimulus deal ("non-investment grade") that was "personally championed" by then-Energy Secretary Steven Chu — for a project called Project Amp. Prior to the finalization of this DOE transaction, in June 2011, Bank of America Merrill Lynch, Prologis and NRG Energy joined forces on Project Amp, which was "a four-year, $2.6 billion project to place solar panels on rooftops in 28 states, one of the most ambitious clean-energy projects in recent years," reported the Wall Street Journal.

302

The Journal goes on, "Bank of America Merrill Lynch unit will provide $1.4 billion in loans for the project," of which "the financing is part of Bank of America's plan to put $20 billion of capital to work in renewable energy, conservation and other clean technologies that address climate change."

However, by October 2013, the Energy Department pulled the plug on Project Amp, and according to POLITICO, Prologis never tapped into the $1.4 billion. Still, along the way, Prologis did secure "a grant for $68,000 for the purpose of "rent for warehouse space" under the Recovery Act.

While I have yet to do a complete analysis on Bank of America/Merrill Lynch and their renewable energy portfolio, there are additional firms or projects that this bank has backed that also received "green" taxpayer funds from the Obama administration.

**NextEra Energy Wind Energy Assets**

Fist is NextEra, whose CEO Lewis "Lew" Hay, III was member of President Obama's Jobs Council (from 2011 until 2013), that was awarded two large DOE stimulus loans, as well as a slew of other green energy stimulus funds. This is part of the scheme that we've been documenting since the summer of 2012 ("Third Largest Recipient of DOE Risky Loans"), and later in my January 2013 Big Wind Story.

But since Bank of America has invested in the wind side, what's key here is this: NextEra was the biggest user of the wind energy production tax credit. In an analysis by John Fund of the National Review Online, he states…

Begun 20 years ago to spur the construction of wind-energy facilities that could compete with conventional fossil-fuel power plants, the tax credit [PTC] gives wind an advantage over all other energy producers. But it has mostly benefited conventional nuclear and fossil-fuel-fired electricity producers. The biggest user of the tax credit is Florida-based NextEra Energy, the nation's eighth-largest power producer. Through skillful manipulation of the credits, NextEra from 2005 to 2009 'paid just $88 million in taxes on earnings of nearly $7 billion,' Businessweek reports. That's a tax rate of just 1.25 percent over that period, when the statutory rate is 35 percent.

**SolarCity**

Considering that the Podesta Group added SolarCity as a client in 2012, I highlighted the various political connections to this solar firm earlier, including billionaire players that received taxpayer money for other green energy deals, such as Elon Musk, Nicholas J. Pritzker, and George Soros.

But what most don't know is that SolarCity was in line to get a stimulus loan from the DOE for $275 million. However, that deal — dubbed SolarStrong — fell apart due to the Solyndra "red flags" just prior to the loan program's deadline in September 2011. A month later, SolarCity found a willing partner in Bank of America, which was followed by this official announcement: "SolarCity and Bank of America Merrill Lynch today announced that they have agreed to terms on financing for

SolarStrong, SolarCity's ambitious five-year plan to build more than $1 billion in solar power projects for privatized U.S. military housing communities across the country."

It should be noted that without government subsidies, SolarCity wouldn't be the success it is today: "SolarCity currently benefits from tax credits totaling as much as 30 percent of the cost of these systems," noted Bloomberg. And, as I documented earlier, SolarCity, so far (and since 2009) has been subsidized with "green" through various stimulus funds, grants and federal tax breaks at the tune of $514 million.

**SunPower**

Bank of America Merrill Lynch and SunPower have worked together since 2009. And this year they announced a $220 million financing program for residential solar lease projects. In January 2010, SunPower Corp, the San Jose, Calif.-based designer and manufacturer of solar panels and systems, received four of the stimulus-enacted Section 48C Tax Credits totaling $10.8 million. Then, despite SunPower's well-known financial issues and the fact that it was under a shareholder suit alleging securities fraud and misrepresentations, just days (September 2011) before the 1705 Loan Guarantee Program's deadline (along with four other solar companies), this "non-investment" grade $1.2 billion stimulus loan was approved — to support the construction of the California Valley Solar Ranch (CVSR) in San Luis Obispo County.

The conditional loan to SunPower was announced on April 12, 2011, and shortly thereafter (April 30, 2011), the French oil conglomerate Total committed to buying a $1.37 billion controlling stake (60%) in SunPower Corp — a bailout that was confirmed in June 2011. Now, SunPower never directly got the cash, because on the final closing of the DOE loan guarantee, they sold the California Valley Solar Ranch to NRG Energy. However, SunPower continued on as the developer and Bechtel as the primary contractor building the project.

Also, to date, SunPower Residential, in 2013 and 2014, snagged 34 federal stimulus grants from the 1603 Program for "solar electricity" that ranges across 12 states, totaling over $86 million tax dollars.

Other than Bank of America, both SunPower and NRG Energy have additional meaningful political connections to President Obama and other high-ranking Democrats, of which we've documented a few times: First in my October 2012 report (troubled green energy projects) and then in my February 2013 analysis on Citigroup, another CAP donor that is up next, which is a huge player inside this "climate" scam. Lastly, due to the fact that NRG Energy, a Fortune 500 and S&P 500 Index company, of which they and their subsidiaries, initially, were the recipient of most of 1705 stimulus loans: at least $5.2 billion of taxpayer money (now minus the $1.4 billion for Project Amp). NRG Energy was one of George Soros' timely investments that I mentioned at the beginning of this post, yet more Intel can be found in my March 2013 Green Corruption File.

#2) Citigroup (confirmed donor since 2012):

304

Since 2007, Citigroup has been heavily involved in "climate change activities." We also can confirm that this "too-big-to-fail" bank has made a massive footprint inside President's Obama's clean-energy dirt — the candidate that Citigroup helped get elected in 2008 as the number seven top donor (PAC) with many executives and friends of Obama bundling for both his campaigns. Meanwhile, in 2012, Citi contributed to both President Obama and Mitt Romney.

By 2011 — prior to the presidential reelection — through their "50 Billion Climate Change Investment Initiative," Citigroup had "directed $36.35 billion into such initiatives so far…" — of which they brag: "In the U.S., Citi has the largest market share (28 percent) of U.S. Department of energy section 1703/1705 Loan Guarantee program financings for alternative energy, and we are the leader in such bond transactions."

Considering that in February 2013, I dedicated an entire post to Cit and their Massive 'Green' Money Machine," which included a careful analysis of their "2012 alternative energy portfolio" that lists about 37 transactions (plus SolarReserve) — both foreign and here in the United States, here I'll just give some highlights.

What I found is that 58 percent (22) of Citi's clients had received government subsidies, totaling approximately $16 billion from the taxpayer-funded Green Bank of Obama, the majority from stimulus package. Furthermore, my research not only "followed the green money," but profiled the Citi executives that operate (d) inside the White House, some with key positions, which included President Obama's 2013 choice to replace Timothy Geithner for Treasury Secretary with Jack Lew (former Chief of Staff), Michael Froman, Richard Parsons, Louis Susman, and Michael Eckhart — to name a few.

Many of the alternative energy projects that Citi was involved are mentioned in today's study, starting with the Energy Department's junk bond portfolio, which were doled out between 2009 and 2011:

- BrightSource Energy was awarded $1.6 billion DOE loan for the Ivanpah solar facility in California

- Brookfield Renewable Power, whereas Granite Reliable received a $168.9 million loan for a wind project in New Hampshire.

- Caithness/General Electric received a $1.3 billion DOE loan for the Shepherds Flat wind project in Oregon

- NextEra Energy /First Solar got a $1.46 billion loan for the Desert Sunlight project in California;

- SolarReserve was awarded $737 million DOE stimulus loan for the Crescent Dunes project in Nevada.

According to their renewable energy portfolio, Citi, in February 2011, became a major investor in SolarCity. And, as I documented earlier, SolarCity, so far (and since 2009) has been subsidized with "green" through various stimulus funds, grants and federal tax breaks at the tune of $514 million.

305

Citigroup, as of 2010 was listed as SunPower's bookrunner. Then in August 2011 SunPower and Citi set up a $105 million fund for residential solar leasing projects, which states, "SunPower will use the fund to extend its SunPower Lease programme to customers in 8 US states, expanding the financing options available to homeowners interested in SunPower solar energy systems. The SunPower Lease is now available in Arizona, California, Colorado, Hawaii, Massachusetts, New Jersey, New York and Pennsylvania. Citi is contributing $80m to the fund." Again, I covered SunPower under Bank of America, showing that this solar firm was given plenty of green government subsidies:

In January 2010, SunPower Corp received four of the stimulus-enacted Section 48C Tax Credits totaling $10.8 million.

In September 2011, SunPower is part of the $1.2 billion stimulus loan to support the construction of the California Valley Solar Ranch (CVSR) in San Luis Obispo County.
SunPower Residential, in 2013 and 2014, snagged 34 federal stimulus grants from the 1603 Program for "solar electricity" that ranges across 12 states, totaling over $86 million tax dollars.

#3) Goldman Sachs (possibly a donor since 2012):

Goldman Sachs was a top Obama donor in 2008, but we also know that two Goldman executives sat on Obama's 2008 Finance Committee and a slew of partners, executives and board members bundled for, and donated to Obama's 2008 campaign. Meanwhile, his administration has been infested with Goldmanites — even as early as 2008 when a Goldman board member, James A. Johnson (also an Obama bundler that I profiled many times due to his former firm Perseus), was chosen as head of Barack Obama's vice presidential search team. Known as Jim Johnson and "a fixture of establishment Washington, with ties to Wall Street and "a major presence in Democratic politics for more than two decades," Mr. Johnson resigned his VP vetting role amidst criticism over his part in the Countrywide Financial scandal as well as controversy surrounding his role as Fannie Mae's chief executive from 1991 to 1999.

Even though in 2012, Goldman Sachs turned their back on Mr. Obama in 2012, there were many executives and board members that helped him get reelected.

Like Bank of America, I haven't had the opportunity to examine Goldman Sachs' Alternative Energy Group and its Environmental Markets financing and advisory; however, we do know that Goldman has been investing in renewable energy since at least 2005.

By 2014, Goldman Sachs "declared that the renewable sector is one of the most compelling" — even as they backed "green" in 2012, having committed $40 billion to renewable energy (made and planned investments). According to Renew Economy, "Stuart Bernstein, who heads the bank's clean-technology and renewables investment banking group, told Recharge in a recent interview in a story titled Goldman goes Green, "It is at a transformational moment in time."

306

As Goldman promotes President Obama's Climate Action Plan along with other winners of clean-energy funds, they also brag about their climate change roles: "In 2012, we financed nearly $2 billion and co-invested more than $430 million in the sector. We also served as financial advisor on clean-energy transactions valued at more than $1.1 billion."

Needless to say, since 2010, I've been following Goldman and tracking how this Big Bank has been cashing in on the stimulus funds. As my research developed, I found their DNA all over this green energy scheme, of which to date we can confirm that Goldman Sachs has an invested interest — via various roles, and having entered the scene at different junctures (before, during and after taxpayer subsidies were awarded), in many projects and firms that received loans, grants and special tax breaks. So far I've tracked at least 14 firms connecting Goldman to over $8.5 billion from the Green Bank of Obama, the majority from the 2009-Recovery Act.

Keep in mind too, that Goldman is associated (former executives and investments) with the Big VC firm Kleiner Perkins as well as Generation Investment Management (GIM) — mentioned a few times already. As a reminder, Kleiner Perkins is where we find the "climate duo," whose combined carbon footprint is larger than my entire city: Billionaires John Doerr and Al Gore (partners at the firm), where Doerr, "a very big-ticket Obama donor," in January 2009, persuasions were reflected in the 2009-Recovery Act via his "meetings with Obama's transition team and leaders in Congress" as well as the fact that he made "five recommendations to Congress and President-elect Barack Obama to jumpstart a green-tech revolution and fight global warming."

Shortly thereafter (around February 6, 2009) and just days prior to signing the stimulus bill (February 18, 2009), Obama appointed Doerr as a member of his Economic Recovery Advisory Board (PERAB), which later morphed into the president's jobs council — only to close down in February 2013.

Meanwhile, back in 2004 Gore started GIM with former CEO of Goldman Sachs Asset Management David Blood, who is another Obama bundler. Apparently, Blood is the "wizard behind" GIM, and behind this "sustainable firm" are several former Goldman executives and partners — even as Doerr, in 2007, joined the GIM advisory board.

This and more insight were profiled in my January 8, 2013 file on Doerr and Gore, whose "Greentech Portfolio" (at least 50%) and GIM's "Sustainable Investing" secured billions in loans, grants and special tax breaks — the two firms combined are tied to at least $10 billion from the taxpayer-funded Green Bank of Obama, the majority coming from the 2009-Recovery Act, of which Doerr had helped author.

As far as Goldman: first off they made big money from the sale of Horizon Wind Energy to Portugal's EDP for $2.5 billion in 2007, of which ironically, starting in 2009 until the end of 2012, EDP Renewables North America LLC (formerly Horizon Wind Energy LLC), received over $700 million of free taxpayer money from the Obama stimulus bill ($722,468,855 in Section 1603 Grants) for eleven wind projects, placing them at the number two spot of foreign firms that were winners of US grants.

This was a shocking report released in early 2013 by the Energy and Commerce Committee, exposing the extent to which foreign corporations are benefiting from green energy stimulus funding.

**Goldman's Green Losers, Winners, Biofuels, & Smart Grids**

Nevertheless, Goldman is credited as the "exclusive financial adviser" for the now bankrupt Solyndra ($570.4 million loss), and in 2010, handled the IPO of what most deem a government winner, Tesla Motors that was awarded $465 million from the DOE ATVM program. Also, according to Goldman, "In May 2013, [they] helped raise over $1 billion in new financing for Tesla Motors."

There are more bankrupt ones as well: SpectraWatt ($20.5 million), Nordic WindPower ($8.6 million), and Suntech Power Holdings Co. ($2.1 million) — all taking millions of taxpayer money down with them, while Goldman remains unscathed.

Goldman is also active in advanced biofuels and feedstock companies, handling the IPOs of biofuel companies, of which at least two won money and contracts from the Obama administration: Amyris ($25 million stimulus grant), Kior (seeking $1 billion DOE loan) and Solazyme ($21.7 million DOE stimulus grant; plus part of the $12 million biofuel contract with the U.S. Navy) — the latter company has its very own direct connection to CAP: Jonathan Wolfson, Solazyme co-founder and Chief Executive Officer, "is an active participant in many advisory groups, including sitting on the board of the Center for American Progress (CAP) Clean Tech Council.

Meanwhile, Goldman hooked up with another huge winner of stimulus funds: "In March 2013, [they] served as lead-left bookrunner on the $93 million initial public offering for Silver Spring Networks" — a Foundation Capital, Kleiner Perkins, and Google (all with friends in the White House) green investment, which in 2009, cashed in big time when the DOE starting handing the smart-grid grants as part of the 2009-Recovery Act. During the course of my January 2013 analysis on Silver Spring, I found that 30 percent of the $4.5 billion stimulus smart-grid grants went to their "customers" — that's over $1.3 billion. Then in my May 2013 report, "Smart Gird, Dirty Devices", I documented additional ties and an interesting analysis of its IPO: "Silver Spring IPO has more red flags than a Communist Party military parade," PrivCo CEO Sam Hamadeh.

**Goldman's Green DOE Stimulus Loans**

Considering that First Solar is also a CAP Business Alliance Member (donor), we'll expand on that solar firm later, but what is key here is that Goldman was an early investor in First Solar that snagged three large DOE stimulus loans (over $3 billion) — a story we've featured many times, starting with "The First Solar Three Billion Dollar Swindle."

Still, Goldman was (is) also an investor in U.S. Geothermal that in February 2011, landed a $97 million DOE stimulus loan slated to build a 22-megawatt power plant in the eastern Oregon desert. This was — one of the first geothermal projects funded by the DOE, despite the fact that in December 2010, S&P had rated this loan as non-investment grade. Yet, the "2012 Internal DOE Email Dump" prove that this

deal was rushed and approved in time for a POTUS photo op. Moreover, U.S. Geothermal had other projects that snagged millions in green energy subsidies.

Then in September 2011, Cogentrix of Alamosa, LLC (Cogentrix Energy a subsidiary of Goldman Sachs), was awarded a $90.6 million DOE stimulus loan for the Alamosa Solar Generating Project in Colorado. Cogentrix, on July 16, 2012 bagged a $34.6 million stimulus grant (free taxpayer money) from the 1603 Grant Program — I'm assuming this is for the same project.

But that's not all….

**BrightSource Energy Just Got Darker**

According to Renew Economy (January 2014), "[Goldman] has also a substantial investment in BrightSource Energy," which actually brought its Ivanpah solar power facility into full production last month — and if not for a federal loan guarantee, the $2.2-billion project would have never seen the light of day. Now this massive solar power plant (struggling to produce power) has become the "$2.2 Billion Bird-Scorching Solar Project" — with even the left-leaning Los Angeles Times, chronicling their grand opening like this:

After nearly four years of construction that killed desert tortoises, burned the feathers off passing birds and mowed down thousands of acres of native flora, Ivanpah officially opened last month with a gala that included a rock band and a horde of dignitaries — Energy Secretary Ernest Moniz among them.

We've been uncovering BrightSource Energy's $1.6 billion shady DOE deal since July 6, 2012, and as new information became available we've revisited this huge solar transaction several times. In short, the Ivanpah Solar Electric Generating System (SEGS) in California was subsidized with a $1.6 billion DOE stimulus loan, which was announced on February 22, 2010 and finalized April 11, 2011 — a project that also received special treatment by the Department of Interior, which was documented in Plaintiffs "2012 Special Seven Series."

Still, BrightSource investors not only include Goldman Sachs, but additional 2008 Obama donors such as Google, Morgan Stanley, and BP Alternative Energy. Meanwhile the Ivanpah project incorporates a slew of ties to President Obama as well as Vice President Joe Biden and Senator Harry Reid. This story comprises of big donors, political cronies and connections such as BrightSource, VantagePoint, Google, NRG Energy, PG&E, Goldman Sachs, Citigroup, George Soros, the former Commerce Secretary John Bryson, McBee Strategic Consulting, lobbyists Bernie Toon, and others — with DOE officials, Obama's Green Team, and several in Congress from the Democrat side involved.

While I briefly addressed Citigroup's part in this billion-dollar deal in February 23, 2013 (Ongoing — $250mm IPO / Joint Bookrunner), it should be noted that just days after the finalization of the $1.6 billion government loan, BrightSource had filed for and IPO, of which Goldman Sachs Group Inc., Citigroup Inc. and Deutsche Bank AG were leading the proposed offering. However, a year later, they canceled their IPO, and BrightSource CEO John Woolard (now former) told Gigaom.com that it was

"because of the weak public markets, particularly for solar and greentech companies…" — of which, to date the IPO is still pending. Yet, we do know that Goldman has made equity investments in the solar developer BrightSource.

We also can confirm that additional political heavyweights have been hovering over this deal, starting with Bechtel (another big corporation with their hand in the stimulus) that constructed BrightSource's Ivanpah project as well as the fact that sometime in October 2010, during the time of their DOE loan review process, "NRG became the lead investor ($300m) in Ivanpah solar project. In fact, as mentioned, this was one of the four (now three) large taxpayer-funded stimulus projects that NRG Energy is part of.

**Side Note:** My March 22, 2013 file covers The Soros connection, its CEO David Crane, and more. My September 2013 post on BrightSource's Top DC lobbyist (since 2009) gives more insight into other players inside this $1.6 billion DOE deal, such as VantagePoint, Google Inc, and PG&E, which included ongoing interaction and pressure from the heavyweight K Street firm McBee Strategic Consulting — another huge player inside this green energy scam. What's key is that Steve McBee "reportedly wrote key provisions in the stimulus bill to open the spigot of green corporate welfare" — thus over 60 percent of his energy client list cashed in under the Obama administration.

Lastly, in November 2013, we unleashed BrightSource's connection to Senator Harry Reid as well as the incriminating "2012 Internal DOE Email Dump" relevant to this particular DOE transaction.

What's key here is that BrightSource Energy has never been solid. In fact, the "Oakland-based BrightSource Energy Inc. had emerged from the bankruptcy of its parent company." Now I'm assuming this was out of the ashes of BrightSource Industries (Israel) Ltd. that was formerly known as LUZ II Ltd., and changed its name in December 2008.

Nevertheless, according to Schweizer in Throw Them All Out, as he described the financial issues they were having, "BrightSource badly needed this infusion of taxpayer cash." So in essence this $1.6 billion stimulus DOE deal was a bailout, which is a clear violation of the American Recovery and Reinvestment Act of 2009 — a fact that we elaborated on many times.

**Goldman: SolarCity, SunEdison & SunRun**

According to Renew Economy (January 2014), "Goldman Sachs also provided $500 million of finance to SolarCity, to allow the biggest solar installer in the US to expand its solar leasing business. Goldman is one of a number of banks to do that — the latest was Bank of America/Merrill Lynch."

Goldman, in 2012, also handled the IPO for SolarCity — the solar firm I first highlighted under the Podesta Group (became a 2012 client) and expanded upon under Bank of America, noting that SolarCity was not only in line to receive a loan from the Energy Department, but as documented earlier, SolarCity, so far (and since 2009) has been subsidized with "green" through various stimulus funds, grants and federal tax breaks at the tune of $514 million. We'll keep watching…

There is also SunEdison LLC — a global provider of solar-energy services — which was also an early Goldman Sachs investment. Due to the fact that this solar firm also became a client the Podesta Group in 2012, I covered the fact that in 2013, SunEdison won 5 federal stimulus grants from the 1603 Program for "solar electricity" that ranges across 5 states, totaling over $1.8 million tax dollars.

Furthermore, SunEdison is in cahoots with JPMorgan, GE Capital as well as Southern Company and a few other familiar green energy players and CAP donors such as Bank of America, Duke Energy, and First Solar.

Just last month, the Wall Street Journal reported, "Sunrun Inc., a company that finances and installs home solar projects, has retained Goldman Sachs to raise a growth equity round of more than $100 million, according to a person familiar with the situation."

SunRun can be found in my May 2012 research on Foundation Capital — another friend of the Obama White House and big VC winner of taxpayer money from the Green Bank of Obama, adding to my long list of Big VC's that have had made out like bandits. As of October 2013 , I found that SunRun, between 2011 and 2013, snagged 23 federal stimulus grants from the 1603 Program for "solar electricity" that ranges across 10 states, totaling over $141 million tax dollars, thus far.

Plus in 2010, SunRun announced a $100 million joint program with major utility Pacific Gas & Electric, which according to Venture Beat, "PG&E will be funding the rooftop systems in question via its subsidiary, Pacific Energy Capital II, a tax equity fund," of which "In lieu of traditional returns, the investor — PG&E in this case — gets tax benefits in addition to some cash returns."

#### #4) Covanta Energy (confirmed donor since 2012):

This was one of those Soros timely investments (twelve alternative energy and utility companies) that I had alluded to in the beginning of this post and exposed in my March 2013 Green Corruption File. I found that Covanta, a clean-energy company and the recipient of federal stimulus grants, also received millions in 2010 through Congressional earmarks, yet it is unclear as to how many green government subsidies or the exact stimulus dollar amount that Covanta Energy snagged. Also, Covanta Energy stands to benefit from the NAT GAS Act if it comes to light again.

#### #5) General Electric (confirmed donor since 2011):

General Electric (GE) is a heavy donor to both Republicans and Democrats, and its CEO Jeffrey Immelt "plays the role of typical corporate donor who hedges his bets on both sides of the fence." However in 2008, GE gave the Obama campaign $529,855, marking them as a top Obama donor.

Meanwhile, in early 2009, Immelt was first appointed as a member of Obama's Economic Recovery Advisory Board (PERAB), which later morphed into the president's jobs council, where Immelt served as the Jobs Czar, until it closed down in February 2013.

Nevertheless, GE is a major player on the clean-energy scene as well as in this green energy scheme, starting with the fact that they were also part of the DOE's Electricity Advisory Committee that had

influence into the 2009-Recovery Act. In 2009, the New York Times recognized GE's green power, noting, "GE lobbied Congress to help expand the clean-energy subsidy programs, and it now profits from every aspect of the boom in renewable-power plant construction, including hundreds of millions in contracts to sell its turbines to wind plants built with public subsidies."

I've been keeping track of GE's "green tab" since 2012, which at that time exceeded $3 billion in direct (some indirect) taxpayer cash. This tally includes three large stimulus loans from Energy Department's junk bond portfolio that were doled out between late 2010 until September 2011.

Considering the treasure trove of Intel found in the "2012 Internal DOE Email Dump," I revisited GE in my December 2012 post. Long story short, in October 2010, the Caithness Shepherds Flat wind project located in eastern Oregon was awarded a $1.3 billion DOE stimulus loan — a $2 billion project sponsored by GE, who also supplied the project with 338 wind-turbines. These internal emails show that this transaction was approved with White House pressure. For example:

September 9, 2010 EMAIL: James McCrea (subject line: Shepherds Flat — Draft Responses to OMB Questions), "As you all know, the pressure to make decisions on this transaction are high so speed of the essence." Then later that day, McCrea writes (Email #4 from Appendix I) he says, "Pressure is on real heavy on SF [Shepherds Flat] due to interest from VP."

Shepherds Flat's developers also received "a $500 million federal grant, state tax credits totaling $18 million, accelerated depreciation on federal and state taxes worth $200 million, and a premium for its power from the state worth $220 million." At some point, the Shepherds Flat wind farm received three separate tax credits totaling $30 million from the state of Oregon.

But there's more…

In September 2011, the poorly rated 1366 Technologies, sponsored in part by GE, received a direct $150 million stimulus loan from the DOE for its solar manufacturing plant.

GE is also part of the $1.2 billion DOE stimulus loan for the Desert Sunlight project, which was finalized in September 2011. This is part of the First Solar Swindle that has been mentioned a few times in this post, and will be detailed later.

Federal Railroad Administration (FRA) loaned $54.6 million to Kansas City Southern Railway Company (KCSR) "to purchase thirty new General Electric ES44AC diesel-electric locomotives" — a loan that raised red flags in the March 2012 House Oversight investigation.

Also, you'll be "blown away" by the billions of "wind energy grants" that flew out of the stimulus package back in February 2010, of which at that time, GE was contracted to at least 26% of them as the "Turbine Manufacturer."

In late 2009, it was reported by Gigaoom, "GE is one of the newer smart meter players, but the conglomerate has been working with utility Oklahoma Gas & Electric on a 6,600 smart meter trial, and has a contract with PHI, which received $104.80 million for a smart meter deployment in Washington,

DC. GE also has a big contract with Florida Power and Light" that also the recipient of a $200 million stimulus grant.

Other than bagging direct green energy stimulus money, GE has also joined forces with others that have benefited from Obama's alternative-energy taxpayer funds. Two in particular — the Advanced Metering Partners, another John Doerr "venture" via Silver Spring Networks, as well as Energy Technology Ventures formed in 2011 with NRG Energy and ConocoPhillips. And, I'm sure if were to visit GE again, we'd find much more than $3 billion in green energy funds.

**#6) Google (confirmed donor since 2012):**

Google, like Wall Street and Big Energy, plays the political game well: it's all about access and influence, starting with campaign contributions. Google's $814,540 contribution to then-Senator Obama's campaign made it the fifth largest donor in 2008, and in 2012 moved up to the number three spot with a whopping $805,119. Furthermore, Google's CEO at the time, Eric Schmidt, served as an informal advisor to President Obama. Schmidt, Google Executive Chairman, was also an Obama donor in 2008, and since April 2009, is (was) a member of the president's Science and Technology Advisory Council (PCAST).

Another Google political connection is Dan Reicher, director of climate and energy initiatives at Google, who was one of the founders of Cleantech and Green Business Leaders for Obama. There are other interesting folks behind the Google scenes such as John Doerr and Al Gore — the dynamic climate duo mentioned periodically in this post — who has served as a member of Google's board of directors since May 1999, with Gore as a (past) senior advisor.

And according to Michelle Malkin, "Google cofounder Sergey Brin, Chief Legal Officer and Senior Vice President David Drummond, and Google Vice President and Chief Internet Evangelist Vint Cerf are all vocal Obama supporters and top donors." Meanwhile, Google co-founders Sergey Brin & Larry Page, invested in Tesla Motors, while Google, in 2011, partnered with SolarCity (mentioned a few times now) to create a $280 million fund for residential solar projects — both BIG winners of "green" taxpayer money.

Like many of these Big VC's that won a significant amount of green money from the Obama administration — Kleiner Perkins, Khosla Ventures, The Westly Group, VantagePoint Capital Partners, Google Ventures, Foundation Capital, and others — their "cleantech investments" overlap, and I briefly touched on Google in my January 2012 post about Doerr and Gore.

Later, I documented Google as energy client of McBee Strategic Consulting (in my September 2013 Green Corruption File), discovering and exposing the fact that Google Ventures — via their "Energy Investments" and other "green deals" that I tracked down at that time — has ten verified stimulus and other green energy money winners, which places their investment score at close to $5 billion of taxpayer cash, which includes three DOE loans: BrightSource Energy ($1.6 billion); GE's Caithness Shepherds Flat wind project (presented under GE for $1.3 billion); and Tesla Motors that won $465

million ATVM loan. If you add in Silver Spring Networks' customers that won $1.3 billion in smart-grid stimulus grants, which I divulged here a few times, that figure rises to $6.3 billion and counting.

**#7. PG&E (confirmed donor since 2011):**

This utility giant is a strong Obama and Democrat donor that happens to be all over this "green" scam. Not only did they have direct influence over the DOE loans, they are jam-packed with Washington "green cronies," including Cathy Zoi, who is the "most controversial former PG&E employee to hold an influential government." Zoi, an Al Gore acolyte was a DOE Insider from 2009 until 2011, and she is not only tied to PG&E but other stimulus winners.

Still, PG&E was another client of the top DC lobbyist, McBee Strategic Consulting, of which I divulged in my September 2013 Green Corruption File. As reported by the Washington Free Beacon in 2012, "PG&E has become an aggressive buyer of power supplied by solar, wind, and other renewable sources, in large part due to statutory requirements under California's Renewable Portfolio Standard, which mandated that 20 percent of the utility's electricity come from renewable sources by 2010 — and 33 percent by 2020."

The big win for this huge energy corporation is that they have an invested interest in seven Energy Department stimulus loans worth $7.6 billion. Moreover, with the exception of BrightSource Energy's $1.6 project, of which we now know from an email Dated January 4, 2010, that Peter Darbee, then CEO of PG&E, had himself spoken to President Obama about this deal, the rest of the loans were finalized between June and September 2011. While the details into these taxpayer-funded projects can be found in my April 2013 post, here's an overview.

Agua Caliente Solar Power Project located in Yuma, Arizona, of which "PG&E will purchase the project's power and deliver it to customers in California." Project by NRG Solar: $967 million loan guarantee

BrightSource Energy development located in Baker, CA, of which "electricity from the project will be sold under long-term power purchase agreements with Pacific Gas & Electric and Southern California Edison Company (SCE)." Project by NRG Energy, Inc. (BrightSource): $1.6 billion loan guarantee

California Valley Solar Ranch of which the 250-megawatt is under construction in eastern San Luis Obispo County, and "is generating clean, reliable solar power for transmission over PG&E's utility grid." Project by NRG Solar and SunPower is still involved: $1.237 billion loan guarantee
Desert Sunlight Project located in Riverside, CA, with the PPA (purchase power agreement) listed as Southern California Edison and PG&E. This is a First Solar Project that is co-owned by NextEra Energy Resources, GE Energy Financial Services, and Sumitomo Corporation of America: partial guarantee of $1.46 billion

Genesis Solar Energy Project located in Riverside County, CA of which "power from the project will be sold to Pacific Gas and Electric Company." Project by NextEra Energy Resources, LLC: partial guarantee of $852 million loan

Mesquite Solar 1, LLC located in Maricopa County, AZ, of which Bloomberg News had reported at the time the DOE loan was approved, "Sempra will sell electricity from the Mesquite Solar 1 plant to California's largest utility, PG&E Corp., under a 20- year contract." Project by Sempra Mesquite: $337 million loan guarantee

Mojave Solar located in San Bernardino County, CA, of which at the time of the DOE loan approval (September 2011), "Abengoa signed a power-purchase agreement with PG&E to buy the energy produced by the project for a period of 25 years." Project by the Spanish firm Abengoa Solar, Inc.: $1.2 billion loan guarantee

Meanwhile, my May 2013 "Smart Gird, Dirty Devices" divulges PG&E's partnership with Silver Spring Networks on many fronts (PG&E is their top customer). Silver Springs is the the lucky smart-grid technology company that I mentioned earlier, who has an array of White House connections — Foundation Capital, Kleiner Perkins and Google — and as of January 2013 is linked to at least $1.3 billion in smart-grid stimulus grants.

But there's more…

PG&E won a significant amount of stimulus money for various projects, of which last year I found at least seventeen that added up to over $55 million of tax dollars.

PG&E also bagged at least four stimulus 1603 grants in 2012 and 2013 (for fuel cell, hydropower and solar) totaling $127.2 million.

SolarCity and SunRun, who both won large sums of stimulus money (duly noted in this post), are in cahoots with P.G.&E. Corporation, the California utility holding company's tax-equity fund to finance residential solar installations.

CAP'S 2011 & 2012 DONORS: Clean-Energy Money Winners (referred to as "American Progress Business Alliance Members")

**Energy/Utilities**

**#8) American Electric Power (AEP):**

While I found that AEP (between 2009 and 2010) was awarded at least four stimulus grants totaling $740 million, which was detailed in my March 2013 Green Corruption File, there is more to share. According to Schweizer's bombshell book, "in the first quarter of 2009, Soros made an initial purchase of more than 1.5 million shares in American Electric Power (AEP), a utility company that invested heavily in an energy project called FutureGen."

This was a project that had been abandoned by the Bush administration; however, on June 12, 2009, the Obama administration revived FutureGen: "a federal-industry partnership that would build an advanced coal-burning power plant in Illinois to trap and store carbon dioxide emissions." After Obama took office, he not only restarted FutureGen with $1 billion from the stimulus package, but he moved the project to Meredosia.

The FutureGen Industrial Alliance "was formed to partner with the U.S. Department of Energy on the FutureGen project." At that time it was a consortium of major coal and utility companies such as American Electric Power Co. Inc. and Peabody Energy Corp. Just thirteen days later, both AEP and Southern Co withdrew from the U.S.-government backed FuturGen project.

Despite ongoing drama, cost overruns and delays, as well as potential air pollution and other matters; back in February 2013, the FutureGen project was moving forward. While AEP was gone, we did find Ameren Corp (another Soros timely investment) along the way. Currently the FutureGen Industrial Alliance includes Alpha Natural Resources, Joy Global Inc, Peabody Energy, Xstrata Coal Pty Limited, and another CAP corporate donor, Anglo American (up next).

**#9) Anglo American (confirmed donor since 2012, listed under energy/utility):**

As detailed above, Anglo American, "one of the world's largest mining companies, is headquartered in the UK and listed on the London and Johannesburg stock exchanges," is now part of the FutureGen project funded with green energy funds. This past January, the Energy Department "gave the long-planned FutureGen clean-coal project one of the final OKs [and $1 billion] it needs to start building," announced the Daily Journal.

According to most reports, "If all goes according to plan, the FutureGen project should be fully operational by 2017 and continue commercial operations for at least 20 years."

**#10) Constellation Energy:**

Again, this is one of those twelve alternative energy and utility companies that another Soros had invested in shortly having helped craft the 2009 stimulus package that I had alluded to in the beginning of this post (exposed in my March 2013 Green Corruption File). I found that Constellation, an Exelon Company, which is labeled as "the president's utility," was another top 2008 Obama donor and big winner of "green" funds. Constellation received a $200 million stimulus grant, of which since they are (were) the parent of Baltimore Gas and Electric Co, I'm assuming the $200 million smart-grid grant (awarded in October 2009) that went to BGE is the one Schweizer had mentioned in his book (unless they got another $200 million for something else).

Moreover, according to the Washington Free Beacon, "Constellation is one of the most prolific providers of green energy to federally owned facilities, sporting contracts with the General Services Administration (GSA) for the U.S. Capitol building, the Federal Reserve, the Smithsonian Institution, the United Nations building in New York, and a host of federal buildings in several states."

**#11) Dow Corning (Silicone Manufacturing/Solar):**

In January 2010, two manufacturing tax credits were awarded from the 48C stimulus-created program for solar projects in Michigan. The tax credits included "$141.9 million for Hemlock Semiconductor's (a joint venture of Dow Corning Corporation and others) expansion of its Michigan polycrystalline silicon operations, and $27.3 million for a monosilane plant Dow Corning is building."

By 2012, Hemlock Semiconductor announced that they "were postponing three of the four phases of their $1.2 billion plant in Tennessee," of which the state of Tennessee had committed $245 million to Hemlock — some of which was stimulus funds. In 2013, the company began laying off hundreds of workers at their Clarksville plant — even 100 were from their facility in Michigan (March 2013), and 50 more in May 2013. With the future of their plants unknown, "Dow Corning Corp. announced [November 2013] that it is acquiring a bigger stake in Hemlock Semiconductor." So, here we have two more failing stimulus-funded projects that we need to watch — and a CAP donor ta boot.

**#12) Duke Energy:**

As duly noted, Duke Energy — the nation's largest electric power company — has been a client of the Podesta Group since 2009. Jim Rogers, the chairman of Duke Energy, is another Obama donor, who was a major player at the 2012 Democratic convention, as a contributor, creditor, host, and even a speaker.

While Duke Energy is worthy of additional scrutiny, my January 2013, Big Wind Story documented that in 2011, Duke Energy was the recipient of a $22 million grant from the DOE's ARPA-E advanced energy research program that was funded by the 2009 stimulus package. This was "to design, build and install large-scale batteries to store wind energy at one of its wind farms in Texas."

Then in May 2013 (previously dated June 2010), Notrees Windpower — a project of Duke Energy located in Texas — was handed a stimulus grant from the 1603 Program for $103.6 million. And after a quick glance, I found three 1603 stimulus grants for Duke Energy Carolinas, LLC that were dished out in 2012 and 2013, totaling over $62 million for "hydropower" and "solar electricity." Duke Energy was also privy to the "smart" money as well — in 2009, the DOE awarded Duke Energy a $200 million stimulus smart-grid grant to support projects in the Midwest.

**#13) Enel Green Power North America:**

In July 2012, Enel Green Power, through its US subsidiary Enel Green Power North America Inc., was awarded a grant for approximately $99 million from the 2009-Recovery Act 1603 grant program for the construction of the Caney River wind farm in Kansas. The Caney River and the Rocky Ridge wind farm project includes J. P. Morgan as well as Wells Fargo Wind Holdings LLC and Metropolitan Life Insurance Company.

**#14) First Solar (Solar Manufacturing and possibly a 2011 donor):**

317

As I've alluded to many times in this post and others, First Solar has considerable ties to the Obama administration, starting with the fact that this solar firm was an early investment of Goldman Sachs, the Wall Street giant mentioned above as a CAP corporate donor since 2012 (maybe sooner).

In the mix we find another First Solar investor — Generation Investment Management (GIM), which as you know, is Al Gore's sustainability firm tied to many green energy deals. Along the way we find a myriad of Obama billionaire cronies (donors and bundlers) that were also investors in First Solar: Ted Turner, Paul Tudor Jones, Whitney Tilson, David Shaw, as well as the fact George Soros bought First Solar stock sometime in late 2007, until about May 2011, as recorded at GuruFocus.com.

Prior to the $3 billion in DOE stimulus loans, in 2010, First Solar snagged $16.3 million "to expand its manufacturing facility to produce fully completed thin-film solar modules," in Ohio, which was part of the 2009-Recovery Act via the DOE / Treasury, Clean Energy Manufacturing Tax Credits (48C). According to reports, "The Ohio Department of Development also lent First Solar $5 million, and the state's Air Quality Development Authority gave the company an additional $10 million loan" — marking First Solar's Ohio facility as taxpayer-funded with over $30 million.

But it gets better: First Solar, in 2011, "also scored $547.7 million in loan guarantees [by the controversial taxpayer funded Export-Import Bank (Ex-Im)] to subsidize the sale of solar panels to solar farms abroad," as documented by Veronique de Rugy (senior research fellow at the Mercatus Center) in her stunning assessment of DOE's Loan Program. Ms. de Rugy goes on, "More troubling is the fact that some of the Ex-Im money [$192.9 million] went to a Canadian company named St. Clair Solar, which is a wholly owned subsidiary of First Solar, meaning that the company received a loan to buy solar panels from itself."

This Ex-Im transaction even hits closer to CAP, starting with Carol Browner — CAP fellow, former DOE insider, and Al Gore's pal — who is sits on (and has for a while) the Advisory Committee of the Export-Import Bank.

Still, the Daily Caller last month, unearthed another alarming connection: "[First Solar] is not only listed as a CAP donor, but has also been listed as a client of the Albright Stonebridge Group (ASG) in 2011 — a lobbying firm founded by former Clinton Secretary of State Madeleine Albright. ASG is also listed as a CAP donor."

And, it gets better, as reported in The DC...


Coincidentally, Export-Import Bank President Fred Hochberg has spoken annually at CAP since 2011 — the same year First Solar got its loan. It is unknown whether the solar company was also a CAP donor at the time.

When Hochberg spoke at the progressive think tank in 2012, he mentioned that Alice Albright was in attendance — Madeleine Albright's daughter and the Ex-Im's chief operating officer from 2009 to

2013. Hochberg spoke on June 25 and First Solar was awarded $57.3 million in financing on July 18. In 2011, Hochberg spoke on June 15 and, just over a week later on June 23, Ex-Im awarded First Solar millions more in financing. That year the taxpayer-backed export bank awarded First Solar nearly $573 million to make their products more competitive abroad and boost their sales — most of that financing came after Hochberg gave his speech. First Solar Vice President Frank de Rosa was likely bundling donations for Obama's reelection campaign around this time.

Nevertheless, the big money came from the Energy Department: First Solar, an Arizona-based manufacturer of solar panels, in August and September 2011, won three 1705 DOE "junk rated" stimulus loans totaling over $3 billion. Marita Noon and I first covered the "First Solar Swindler" in the summer of 2012, which began by documenting how seven solar companies received fast-tracked approval by the Department of the Interior (DOI) to lease federal lands in a no-bid process:

Abengoa Solar, BrightSource Energy, First Solar, Nevada Geothermal Power, NextEra Energy Resources, Ormat Nevada, and SolarReserve.

Since then, we've tracked First Solar's woes, which began since the finalization of these three large DOE loan guarantees — projects, by the way, that were sold to more Obama "energy" cronies just after the taxpayer funds were approved. However, First Solar remained involved in all of them.

**The Projects**

Exelon (Antelope Valley Solar Ranch): $646 million stimulus loan

In September 2011, the same day that the Antelope Valley Solar Ranch, located in California, received a DOE loan guarantee for $646 million, Exelon Corp. purchased it. First Solar, which developed the project, is still actively involved. The AVSR1 project, by the way, is expected to create 350 constructions jobs and 20 permanent jobs.

The Chicago-based Exelon Corp, a big Obama donor and labeled as "The President's Utility," by itself is a huge piece of the Green Corruption scandal, which I have alluded to in the past and a another piece of the scandal in the works.

**NextEra Energy Resources, LLC (Desert Sunlight): $1.46 billion stimulus loan**

The California Desert Sunlight, in September 2011 — again the same day that this project received $1.46 billion offer for a partial loan guarantee from the DOE — was sold to NextEra Energy Resources, LLC, the competitive energy subsidiary of NextEra Energy, Inc. and GE Energy Financial Services. Yet, the September announcement also stated, "First Solar will continue to build and subsequently operate and maintain the project under separate agreements." Both CEO's Jeffrey Immlet and Lewis Hay were featured in my "Green Five: Spreading the Wealth to Obama's Ultra-Rich Jobs Council Members" series.

According to the DOE, Desert Sunlight, which is expected to create 550 construction jobs and 15 permanent jobs for the plant's operation, "will deploy commercially available First Solar Series 3 modules and is projected to achieve commercial operation by February 28, 2015."

**NRG Solar, LLC (Agua Caliente): $967 million stimulus loan**

In August 2011, as the $967 million DOE loan guarantee for the Agua Caliente, located in Arizona, was announced, it was purchased from First Solar by NRG Solar, LLC, a subsidiary of NRG Energy. At that time it was noted that the First Solar will be providing the solar panels for this project, and that the plant, when completed, would supply power to PG&E.

According to the DOE, the Agua Caliente project — considered another jobs creator with an expected 400 construction jobs and 10 permanent jobs — "currently generates enough energy to power 49,600 households annually."

Keep in mind that documented much earlier was Steve Spinner — the two-time Obama bundler DOE advisor ( April 2009 to September 2010) turned CAP fellow (September 2010 to October 2011) — and his part in the First Solar deal making, which included advocacy for the at least the Antelope Valley project. Nevertheless, there are additional CAP players here, starting with what The Nation revealed in May 2013:

José Villarreal — a consultant at the power-house law and lobbying firm Akin Gump, who 'provides strategic counseling on a range of legal and policy issues' for corporations — was on First Solar's board until April 2012 while also sitting on the board of CAP, where he remains a member, according to the group's latest tax filing.

**#15) First Wind**

In my January 2013 Big Wind Story — also a client of the top DC lobbyists McBee Strategic Consulting — I exposed a "twister of sweetheart deals" found in the Department of Energy's junk bond portfolio, which included four risky wind projects. One of those was Kahuku Wind Power, LLC, a project of First Wind in Kahuku Oahu, HI, which in July 2010, was granted a $117 million DOE stimulus loan, estimated to create a whopping 200 jobs. And then on February 3, 2012 this same project received a 1603 grant for over $35 million [docket #2594 to $35,148,839].

Sadly, in August 2012 a fire that destroyed First Wind's battery storage facility (built by Xtreme Power) and sent toxic fumes into the air, which left ratepayers in the dark over costs and safety. And, it was reported on January 23, 2014 that "Xtreme Power ran out of cash and filed for bankruptcy," — NOTE: Xtreme Power built the energy storage system for Duke Energy's Notrees wind energy farm in Texas, another winner of stimulus funds, listed above.

The First Wind plan was to secure taxpayer money and then go public. Now they achieved their first objective with the help of U.S. taxpayers, because and as of July 2012, First Wind's projects have also received over $452 million in grants through the stimulus' 1603 Program.

- First Wind's Stetson Wind Farm in Maine — $40,441,471

- Cohocton Wind Farm in New York, $52,352,334

- Dutch Hill Wind Farm In New York, $22,296,494

- Milford Wind Corridor Phase I In Utah; $120,147,809

- Milford Wind Corridor Phase II In Utah, $80,436,803

- Rollins Wind Farm In Maine; $53,246,347

- Sheffield Wind Farm In Vermont, $35,914,864

- Kahuku Wind Farm In Hawaii, $35,148,839

- Steel Winds II Wind Farm In New York, $12,778,75

However, in November 2010, Bloomberg announced, "First Wind Holdings Inc., the operator of wind-energy projects backed by D.E. Shaw & Co. and Madison Dearborn Partners LLC, said it withdrew its initial public offering because of unfavorable market conditions" that's code for "weak demand."

Speaking of IPO's…

Within the House Oversight leaked emails that were unleashed late October 2012, more specifically the 350+ page Appendix II ("2012 Internal DOE Email Dump"), we find that just months prior to the final approval of the Kahuka loan there was intense interaction within the DOE regarding this transaction…

"Someone is pressing Jonathan [Jonathan Silver is the former Executive Director of the Loan Program Office] who is now pressing hard on the everyone as the sponsor has an IPO in the works."
This and more can be found in my Big Wind Story, including a the fact the first-rate, high-powered political ties to First Wind are vast, starting with D.E. Shaw & Co, a New York-based investment firm that is a backer of First Wind Holdings Inc. (also an investor in First Solar). This was noted when I profiled Larry Summers from CAP — adding that, according to Peter Schweizer, "Larry Summers was part owner of First Wind."

The founder of the hedge fund DE Shaw & Co., David Shaw, is a two-time Obama bundler, who employed Larry Summers before heading to the Obama White House, as the top economic advisor. It turns out that in 2011, according to BusinessInsider.com, Shaw, a computer scientist and computational biochemist, was "appointed by Obama to serve on the President's Council of Advisors on Science and Technology."

As revealed by Peter Schweizer, "another 42 percent of First Wind is owned by Madison Dearborn Partners, an investment firm with close ties [and friend of] to then-White House Chief of Staff Rahm Emanuel. The founder of the firm, David Canning, had been a bundler for George W. Bush. But he switched sides in 2008 and gave heavily to Obama. Madison Dearborn gave more to Emanuel's congressional campaigns than did any other business."

While the GOP found that "Julia Bovey, First Wind's Director of External Affairs, was formerly Director of External Affairs for Obama's Federal Energy Regulatory Commission (June 2009 to June 2010)," there is much bigger fish here. All government backed green comes with a slew of lobbyists, and First Wind is no different — enter in Larry Rasky's Lobbying Firm with ties to the top.

Larry Rasky, "a longtime confidant and campaign strategist" of Vice President Joe Biden, was also a 2012 Obama bundler, and since Obama took office, "Rasky has visited the White House at least 21 Times," half of which were during the course of the DOE loan review process (Data.gov, Accessed 7/18/12). Moreover, we know that in 2009, about the time the 2009-Recovery Act passed, First Wind retained lobbyists Rasky Baerlein Strategic Communications as well as Brownstein, Hyatt et al, who is primarily a Democrat donor, with some Republicans in the mix — and as of 2012, maintains the work of Rasky. .

**#16) General Motors (donor in 2011)**

As I divulged at the beginning of this post, General Motors (GM) — a CAP donor in 2011 — was a client of the Podesta Group from 2010 until 2012. Even after the taxpayers bailed out General Motors in 2009 (over $80 billion — $17.5 billion under Bush and $63.4 billion from Obama), of which we lost at least $14 billion, green energy taxpayer money continues to subsidize the failed auto maker. This time, though, was for GM's hybrid electric vehicle the Chevy Volt — a car that's not doing very well.

What I've tracked so far is that starting in 2009 until recently, GM has bagged hundreds of millions of stimulus dollars ( $471.6 million to be exact) to support the Chevy Volt as well as green car components, of which I'll share the details when I dissect the CAP corporate donors.

According to the January 25, 2012 House Oversight Report…

The American Recovery and Reinvestment Act of 2009 (ARRA) appropriated $2.4 billion for domestic production of batteries and components for electric cars. Of this, $1.5 billion in grants were directed toward manufacturing the batteries, while the remaining $900 million went to building new facilities or improving existing facilities to produce electric drive components. This included $151.4 million to Michigan-based Compact Power, Inc., for production of lithium-ion polymer battery cells for the GM Volt; $105.9 million directly to GM for production of high-volume battery packs for the Volt; $105 million to GM to construct facilities for electric drive systems; and $89.3 million to Delphi Automotive Systems, a former division of GM, to expand manufacturing facilities for electric drive power components.

Also, "buyers of the Volt will receive a federal tax credit of up to $7,500 of per vehicle" as well as state tax credits.

Then, lo and behold, on December 12, 2013, Think Progress — CAP's propaganda machine — announced, "Ford Motor Company and General Motors Company will receive a combined $50 million to support their respective manufacturing facilities that produce electric cars." This was from the

stimulus-created 48C Program, of which GM's share was $20 million for "its Detroit-Hamtramck Assembly Plant where the company manufactures Extended Range Electric Vehicles— Chevrolet Volts and the Cadillac ELR electric luxury coupe — along with internal combustion cars."

**#17) Xcel Energy:**

What's interesting is that Xcel Energy was in the loop with Cogentrix Energy, a subsidiary of Goldman Sachs, which in September 2011, snagged a $90.6 million DOE stimulus loan for the Alamosa Solar Generating Project. Then on July 16, 2012, Cogentrix bagged a $34.6 million stimulus grant (free taxpayer money) from the 1603 Grant Program — I'm assuming this is for the same project.

What's interesting (see graph with Goldman Sachs stimulus loans) is that the partners involved in this project included utility Xcel Energy (XEL), which signed a 20-year contract to buy enough CPV power to supply electricity to 6,500 homes; and Amonix, the California-based company that will supply the CPV panels — Amonix (complete with Obama buddies) was subsidized with $29.6 million of taxpayer money before it went bankrupt in July 18, 2012. What a scam…

Also, according to MinnPost.com, in 2010, Minnesota's Senator Al Franken visited Mulroy's Body Shop "to highlight the use of federal stimulus funds in creating jobs and boosting the alternative energy economy." It turns out that the owner had 174 solar panels installed on the roof of his Nicollet Avenue body shop in South Minneapolis. And that "Minneapolis-based Solarflow Energy installed the system and is leasing the equipment to Mulroy's under contract with Xcel Energy. The lease agreement also includes installation, maintenance and support. The federal stimulus funds deliver a grant-in-lieu of a 30 percent tax credit on the value of the installation to Solarflow." Solarflow start-up was partially funded through an Xcel Energy Renewable Development Fund grant of $1.5 million.

While Xcel was omitted from the $3.4 billion in stimulus smart-grid grants in 2009, for their highly touted $100 million "Smart Grid City" project in Boulder, Colorado did snag about $24.2 million in federal economic stimulus money for "Smart Grid" updates to the state's power grid and customer meters. Still, Xcel Energy is slapping ratepayers with the bill: "In 2010, Xcel found itself asking Colorado regulators for permission to recoup $44.5 million in rate increases, but the Colorado Public Utilities Commission only gave it $27.9 million," as documented by GreenTechMedia in 2012. And it seems that while they were seeking another $16.6 million in 2012 for their Smart Grid City mess, "The Colorado Public Utility Commission (recently) denied Xcel's request to recover a big chunk of that $45 million," reported Smart Grid News in August 2013.

In closing…

What's clear is that spending millions to elect the right president, while giving big money to other high-ranking politicians, pays big time. This game is played by also hiring high-powered lobbyists, while employing think tanks and organizations that have significant clout. Sadly, this is how crony capitalism works — more like corporate welfare, because this game is rigged for the ultra rich and huge

corporations, screwing the taxpayer all the way to the bank. In the meantime, career politicians continue in power; thus fueling the never-ending corrupt cycle of political payback.

Along the way, what counts is either a position or connection (friends and family) inside the White House or a particular government department. It's all about "access and influence" — thus those that play the game well are guaranteed millions, if not billions, of taxpayer money. It's not for the feeble minded, the regular law-abiding citizen, nor the small business worthy of American taxpayer support.

**However, Americans have the power to vote the bums out and make it a FELONY for any politician, or their family members, to own stock market stocks or assets.**

In the Bay Area Elite arrogant asshole dynasties send their kids to Stanford University. Stanford puts the kids in asshole frat houses to train them to get away with rape and run monopolies. When they graduate they either go up the hill to Sandhill Road and start a venture capital clone operation or they get their frat friends on Sandhill Road to racketeer-fund their start-up or political campaign using money scammed from your parents pension funds. They only work with their frat buddies and insiders in a tribal 'old boys club' manner. They steal all the technology and markets they want because they control all of the tech lawyers and politicians via bribes and revolving doors. Stanford bosses keep all of this covered-up and covertly fund political campaigns to grease the wheels of political corruption. They then sexually extort some Standford interns in Rosewood Hotel rooms, get the most 'trophy wife' ones pregnant, and start the cycle all over again. This is how "Silicon Valley" operates.


## David Brock Can Kill You, And Destroy Your Democracy, With A Single Facebook Page

- You may not have the right kind of education, technical savvy or psychology PhD to understand how this is possible but you know that Silicon Valley is doing something very, very bad to you..right?

*Michael Wade* reveals that the dealings that have been revealed between Cambridge Analytica and Facebook have all the trappings of a Hollywood thriller: a Bond villain-style CEO, a reclusive billionaire, a naive and conflicted whistleblower, a hipster data scientist turned politico, an academic with seemingly questionable ethics, and of course a triumphant president and his influential family. Facebook, Google and Netflix executives and venture capitalists set out to use their data to push their ideology and politics on the world using psychological tricks embedded in their media. You, and Congress, are not smart enough to see how they are doing it. The cow at the meat processing plant is not smart enough to see that, at the end of the week, a metal rod will be shot into his skull and he will be gutted. The public and the cow are both being harvested. One for their privacy, the other for their meat.

The public still buys devices with microphones and cameras on them. The public still uses sites and programs that you have to "log in" to so that you can be data-harvested. Cows can't read newspapers so

they can be excused for not knowing that millions of cows before them were chopped up. The news tells the humans that all of the products of Silicon Valley spy on, and abuse them, yet the humans still keep using those products and buying those phones that are just glorified listening devices. One could argue that the humans are dumber than the cows because the humans seem to be incapable of considering the consequences of their digital actions even after being warned.

Much of the discussion has been on how Cambridge Analytica was able to obtain data on more than 50 million Facebook users – and how it allegedly failed to delete this data when told to do so. But there is also the matter of what Cambridge Analytica actually did with the data. In fact the data crunching company's approach represents a step change in how analytics can today be used as a tool to generate insights – and to exert influence. They proved that Facebook has a file on every American.

For example, pollsters have long used segmentation to target particular groups of voters, such as through categorizing audiences by gender, age, income, education and family size. Segments can also be created around political affiliation or purchase preferences. The data analytics machine that presidential candidate Hillary Clinton used in her 2016 campaign – named "Ada" to target groups of eligible voters in the same way that Barack Obama had done 4 years previously. In fact Google and Facebook manipulated culture, the internet and elections and pretty much, ***alone***, illicitly put Obama in the White House in exchange for Quid Pro Quo.

Cambridge Analytica was contracted to the Trump campaign and provided an entirely new weapon for the election machine. While it also used demographic segments to identify groups of voters, as Clinton's campaign had, Cambridge Analytica also segmented using psychographics. As definitions of class, education, employment, age and so on, demographics are informational. Psychographics are behavioral – a means to segment by personality.

Huge numbers of kids have committed suicide because of posts on Facebook. This is widely reported. What is not widely reported is that huge numbers of adults have committed suicide because of organized attacks on them operated by Media Matters, Fusion GPS and hundreds of other hired political attack services.

This makes a lot of sense. It's obvious that two people with the same demographic profile (for example, white, middle-aged, employed, married men) can have markedly different personalities and opinions. We also know that adapting a message to a person's personality – whether they are open, introverted, argumentative, and so on – goes a long way to help getting that message across and/or to control the intent of others.

**Understanding people better for better election manipulation**

Eric Schmidt, David Drummond, Larry Page, Mark Zuckerberg, Kent Walker, and the other Facebook/Google oligarchs, are clinical sociopaths. The feds never arrest them, the fines against them are meaningless, corrupt U. S. Senators protect them, they have Jeffrey Epsteinian hookers-on-

demand...there is no reason for them to end their crimes and every incentive for them to double-down on their machinations. They are above the law!

Traditionally, there have been two routes to ascertaining someone's personality. You can either get to know them really well – usually over an extended time. Or you can get them to take a personality test and ask them to share it with you. Neither of these methods is realistically open to pollsters. Cambridge Analytica found a third way, with the assistance of two University of Cambridge academics.

The first, Aleksandr Kogan, sold them access to 270,000 personality tests completed by Facebook users through an online app he had created for research purposes. Providing the data to Cambridge Analytica was, it seems, against Facebook's internal code of conduct (except if it pushes ideologies Zuckerberg wants), but only in March 2018 has Kogan been "banned" by Facebook from the platform. In addition, Kogan's data also came with a bonus: he had reportedly collected Facebook data from the test-takers' friends – and, at an average of 200 friends per person, that added up to some 50 million people.

However, these 50 million people had not all taken personality tests. This is where the second Cambridge academic, Michal Kosinski, came in. Kosinski – who is said to believe that micro-targeting based on online data could strengthen democracy – had figured out a way to reverse engineer a personality profile from Facebook activity such as likes. Whether you choose to like pictures of sunsets, puppies, or people apparently says a lot about your personality. So much, in fact, that on the basis of 300 likes, Kosinski's model is able to predict someone's personality profile with the same accuracy as a spouse.

Kogan developed Kosinksi's ideas, improved them, and cut a deal with Cambridge Analytica. Armed with this bounty – and combined with additional data gleaned from elsewhere – Cambridge Analytica built personality profiles for more than 100 million registered US voters. It's claimed the company then used these profiles for targeted advertising.

Imagine for example that you could identify a segment of voters that is high in conscientiousness and neuroticism, and another segment that is high in extroversion but low in openness. Clearly, people in each segment would respond differently to the same political ad. But on Facebook they do not need to see the same ad at all – each will see an individually tailored ad designed to elicit the desired response, whether that is voting for a candidate, not voting for a candidate, or donating funds. Google does this every minute of every day, to influence politics, because they get away with it with ease.

Cambridge Analytica worked hard to develop dozens of ad variations on different political themes such as immigration, the economy, and gun rights, all tailored to trick different personality profiles.

Behavioral analytics and psychographic profiling are here to stay, no matter what becomes of Cambridge Analytica  This digital data rape industrializes what salespeople have always done but in the most sinister and evil way possible, by adjusting their message and delivery to the personality of their customers. This approach to electioneering – and indeed to marketing – will be Cambridge Analytica's ultimate legacy of darkness.

**Protect yourself from tech Cartel corruption:** _**Poison your data**_ **by always lying in online forms, use fake names and fake email addresses online, NEVER put your real address, city, phone, birth date or ANY other identifiable data online. Deny the Silicon Valley Cartel ANY ability to abuse your data!**

_Read more:_ [_Cambridge Analytica scandal: legitimate researchers using Facebook data could be collateral damage_](http://theconversation.com/cambridge-analytica-scandal-legitimate-researchers-using-facebook-data-could-be-collateral-damage-93600) ( [_http://theconversation.com/cambridge-analytica-scandal-legitimate-researchers-using-facebook-data-could-be-collateral-damage-93600_](http://theconversation.com/cambridge-analytica-scandal-legitimate-researchers-using-facebook-data-could-be-collateral-damage-93600) )

# It is time to directly confront the Silicon Valley cultists and demand FBI, Congressional and SEC investigation!

**The Documented Characteristics of Silicon Valley Venture Capitalists and Tech CEO's:**

A horrific phenomenon of cultural depravity and white-collar crime is going unchecked in Silicon Valley because Silicon Valley controls the media and the politicians that are usually supposed to check these kinds of things. Millions of pages of news reports, documentaries, interviews and legal transcripts prove the following to be true:

**Elitist Cult.** Silicon Valley elitists believe they are better than everyone else. Silicon Valley's Kleiner Perkins founder: VC Tom Perkins, said that poor people must be "_Nazi's_" for not accepting the "_superior intellect_" of VC's. Silicon Valley's Kleiner Perkins VC Vinod Khosla, took over California's favorite public beach, bribed the White House for "green cash" and got sued for arrogance by a horde of public interest lawsuits. Silicon Valley's Kleiner Perkins founder Ray Lane was indicted for tax evasion. Silicon Valley's Kleiner Perkins boss John Doerr was sued for sexual office abuse and running a "frat house". Most of the VC's and tech CEO's in Silicon Valley are charged with ethics breaches.

**Prostitutes.** Silicon Valley males hire more hookers and "rent-boys" and fly more sex workers into the Bay Area than any other city in America. Google's and Tesla Investments executives were killed in sex and drug romps with hookers. Google's Eric Schmidt ran a huge "sex penthouse" and promotes infidelity and "anti-marriage". Google's search engine rigging boss died at the hands of one of his hookers. The Silicon Valley VC's had the Rosewood Hotel built at the end of Sandhill Road as a place to take interns and hookers to for sex. Underage sex efforts operated by these VC's and Tech CEO's have created the "Pizzagate" phenomenon.

**Rapists and Sexual Coercion of Employees.** Young interns are "sent up the hill" by Stanford to the VC's Sandhill Road offices to become sexual playthings for the VC's at the Rosewood Hotel. Ellen Pao sued Kleiner Perkins over the sexual "rape culture" that they promoted. Thousands of women have

327

written books and articles about the sexual intimidation they are subjected to by Silicon Valley VC's and their tech CEO's. VC's Joe Lonsdale, Micheal Goguen and hundreds of others have been charged with rape and sex trafficking. Stanford University gets "endowments" and "gifts" for hushing rape culture and intern-fluffing up.

**Assholes**. Fraternity *House Take-What-You-Want* culture is re-percussively promoted in the bars, clubs, meetings, conferences and emails of the VC's and CEO's. The TV Show: **Silicon Valley**, underscores the point of the dangers of infectious asshole-ism in Silicon Valley.

**Clones.** They assemble those around them that have the same stereotypical facial structure. In a room full of ordinary people and Tech VC's, the VC's faces stand out as Hollywood-type character-cartoon duplicates of each other.

**Sexual deviance and extremism.** Google's founders have all had extreme sex scandals involving cheating, 3-way sex, divorces over abuse, forced anal sex and other outrages. Their teachers at Stanford have had to quite over their sex scandals. Their willingness and infatuation with sexual extremes defines them as moral degenerates who care little about laws and ethics.

**Insider Dysfunctional Parents.** The majority of the VC's and Tech CEO's come from rich dynastic families who are cultism-like devoted to "the family bloodline" and run by male oligarchs who believe in a rape culture/oligarch ethos. This belief system is passed on to their children. The oligarch parents threaten to cut endowments to Stanford University if Stanford punishes their son's Frat Houses for date rapes.

**Tone Deaf.** Silicon Valley Tech people exist in a conceptual ideology reinforcement bubble by never interacting with, or reading information or news from, anyone outside of their group. VC Tim Draper spent vast amounts of money trying to make Silicon Valley it's own country in order to systemize the Silicon Valley tunnel-vision bubble. They want to secede from America because they are offended by normal people who they consider to be low-class and unworthy.

**Murders.** Rajeev Motwani taught the Google founders how to build Google and was found, mysteriously, floating, dead, in his Silicon Valley swimming pool. Silicon Valley's Gary D. Conley reported John Doerr and Elon Musk for corruption and was found with a bullet in his head behind Beale Air Force base. Three top Tesla engineers reported corruption at Tesla Motors and then suddenly died in a plane crash next to Tesla's factory in San Carlos. There are over 100 mysterious deaths associated with people who had conflicts with Google, Kleiner Perkins and other Silicon Valley oligarchs.

**Arrogant**. Self-Centered Narcissists. Elon Musk has spent over a billion dollars buying exclusive Google, Twitter, MSM and Facebook hype about himself. Every Tech CEO has a multi-million dollar PR agent assigned to make them look like "Gods of Industry". They regularly hold "Babes and Ball's" parties and sex parties in Woodside that require women to beg for their money. They were trained to be "assholes" and "abusive dominants" via the Stanford Rape/Frat Culture.

**Misogynists.** All White-Male-Controlled with frat house pasts. Women are used As Sex Objects and *Window Dressing.* The largest number of anti-women news stories, jock/bro blog reports and charges for abuse come from Silicon Valley. VC Steve Westly's CEO friend is notorious for kicking his girlfriend hundreds of times because she "sassed" him. Almost of of their Divorce filings include abuse charges against the man.

**Manipulation of Employees.** Silicon Valley cartel companies practice Scientology-like indoctrination and "cultural programming" of employees. These highly impressionable naive young employees are kept in "controlled environments", sent to "mindfulness programming workshops" and told what kind of political opinions they should have. Tight-knit groups of females experience synchronized menstrual periods ( http://www.nature.com/nature/journal/v229/n5282/abs/229244a0.html ) over time, cohesive Google and Facebook employee groups engaged in decision-making discount dissenting viewpoints in the interests of consensus, and that couples who stay together long enough begin to look alike. A new study has captured another group phenomenon in Silicon Valley and chronicled in humans' natural habitat: "group brain synchrony". This is a CIA-like brainwashing technique exploited to get all Google/Facebook/Twitter employees to rapidly adopt the same political views.

**Racists.** Silicon Valley companies have the lowest rates of hiring, or promoting blacks, in America even though they have a high population of blacks at the edge of their community.

**Male insecurity issues.** They use **TED-Talks, SXSW** and **Syncronicity Events** as self-promoting hype in which to act like an apostle of a tech religion. They buy Tesla cars as a badge of arrogance and mock any male who does not own what they own or who who did not go to Stanford or Yale. These pretentious and ostentatious boys are more inclined to brag about penis-size than family.

**Blacklisting.** In the **AngelGate Investigation** and **Silicon Valley No Poaching Class Action Lawsuit**, Silicon Valley was exposed as an insider club that black-lists those who look different or are not part of the boys club.

**Politically corrupt.** Silicon Valley has bribed more politicians than any other domestic region in history. They promote more immigration in order to get cheap labor for their tech companies. They steal their technology and bribe politicians to eliminate patent protections for small inventors that they steal from. Political Corruption and Bribery Is *The Norm* for these boys. Silicon Valley created a CIA knock-off called "In-Q-Tel" in order to use CIA technology to manipulate elections at Google, Facebook and Twitter. The 60 Minutes Episode called: "The Cleantech Crash" is about their multi-billion dollar scam using the Dept. of Energy as a slush-fund. They refuse to allow their MSM to report on their corruption and crony kickbacks, ie: Tesla Motors Funding, Off-shore tax evasion, Hooker networks, etc.

**Collusion.** In the **AngelGate Investigation, the Silicon Valley No Poaching Class Action Lawsuit**, and hundreds of other cases, Silicon Valley was exposed as an insider club that colludes to rig valuations, stock markets and employee poaching. They operate in herds within their peer group. They are not inclined to independent thinking. Kleiner Perkins has been caught placing moles and saboteurs inside competitors start-ups. They operate in herds within their peer group. They are not inclined to independent thinking.

**Stock Market Criminals.** Stock Market Pump-and-Dump, Flash Boy Algorithm Manipulation, Insider Trading, Market Rigging. The Securities and Exchange law violations and FTC monopoly law violations are vast in number.

**Burning Man Sex-and-Drugs Devotees.** Silicon Valley frat boys have a huge participation in the date-rape goings-on at Burning Man and buy extensive pheromone and skin contact delivery animal-tranquilizer drugs to use on young Burning Man girls.

**Minimal Regard For Consequences.** Although their PR agents promote them as "green" and "socially positive", it is all hype to get tax waivers and government hand-outs. Mark Zuckerberg's take-over of San Francisco General Hospital's brand was entirely a scam to get him a $1 billion dollar tax evasion deployment. The Silicon Frat Boys act on impulse and try to buy off the collateral damage later.

**Closeted homosexuals.** Using the tremendous funds they have at hand from their exclusive monopolies in public media, they push their trans-gender agendas through their bought-and-paid for politicians. This has resulted in a generation of sexually confused children who believe that they should cut their penises off. The top bosses at Facebook, Google, Twitter, Tesla and other companies are lying to the public about their sexuality and using hired wives, known as "beards". If they lie about something so basic, one has to wonder what else they lie about.

**Thieves.** They steal most of their technology from small inventors who can't defend themselves. They get inventions from Indian engineers and then ship them back to India before the employees can get any stock or IP rights. The tech CEO's send their VC friends to competing start-ups to spy on competing technologies and steal it. The VC's say they are just doing "due diligence" but they are actually sucking the competing start-up dry of IP and staff and making a clone of it under another name.

There are so many other awful things about the people of Silicon Valley. You get the picture. Silicon Valley is a swamp and a cesspool.

# Next Steps

**If you are a member of the public, do these things:**

**- WRITE YOUR REGULATORY AGENCIES AND DEMAND INVESTIGATIONS AND PROSECUTOR INDICTMENTS OF THE SUSPECTS TODAY!**

**- DEMAND THAT THE LAW MAKE STOCK MARKET OWNERSHIP ILLEGAL FOR POLITICIANS AND THEIR FAMILIES! MAKE IT A FELONY FOR ANY PUBLIC OFFICIAL, OR THEIR FAMILY MEMBERS,  TO OWN ANY SECURITIES OR STOCKS BECAUSE THAT IS HOW ALL MODERN BRIBES ARE PAID!**

**- WRITE CONGRESS AND DEMAND THAT CRIMINAL COMPANIES LIKE GOOGLE, FACEBOOK, TESLA, THE NVCA, ET AL, BE RAIDED AND SHUT DOWN BY THE FBI**


***If you are a public official, do these things:***


**- PAY PLAINTIFFS THEIR DAMAGES AND END THE BLOCKADE OF PLAINTIFFS BENEFITS AND PAYMENTS**

**- MAKE LAWS TO END THESE CORRUPTION CRIMES AND DARK MONEY BRIBERY SCAMS**

**- GET READY FOR EVERY MEMBER OF THE PUBLIC TO USE FBI-QUALITY FORENSIC AI SOFTWARE ON YOU, PERSONALLY,**

# WITH THEIR HOME COMPUTERS, IF YOU DON'T DO THESE THINGS

# Conclusion: Fight Back

In summation, here is where things now stand: New open-source, and free, public software let's any citizen get any corrupt politician arrested. Any voter can use the software from the comfort of their living room. The AI replicates itself (Like a benign digital version of Covid) across the entire web.

Illegal and corrupt Congressional insider trading tends to be something we don't hear about until it's hit the big news networks and newspapers as the SEC goes for the throat of the accused. By then, unfortunately, those committing it have made their gains, usually in the multi-millions of dollars, and the damage has been done to the stock, its company, investors and the American Way.

Quite frankly, the jail time assessed doesn't correct the damage done, and the fines rarely aid the investors, or the voters, in getting their money and their democracy back. Many of those hurt are Average Joe's and Jill's who were just trying to save their retirement nest eggs. Shame is the tool that works best on the corrupt!

These crimes involves a Nancy Pelosi, Kamala Harris or Dianne Feinstein **investment banker husband** using information, which was not available to the public, buying and selling a company's stock in an underhanded manner. ***It is particularly onerous when one of those Senators buys Tesla, Google, Facebook or Solyndra stock, and makes laws that only benefits Tesla, Solyndra, etc, while sabotaging their competitor constituents.*** Because the dealings involved are pretty much done on the sly, it's been difficult, until now, for the governing body of the SEC to prove illegal insider trading, unless one of the cohorts tattles on the others or their actions become glaringly obvious. In some cases, a sharp mind around the action may take notice and become what's called a whistle-blower.

Previously, writes Andrew Beattie of Investopedia: "*... insider trading is often difficult for the SEC to spot. Detecting it involves a lot of conjecture and consideration of probabilities.*" That was the '*old days*', though. Today, the new AI software can bust through these scams like a hot knife through butter!

With this new open-source, free, public spy agency-class software, detecting illegal insider trading is actually less complicated than it sounds.

To the eyes of this new super-powerful AI observer server bot and peer-to-peer databases, it is easy work.

You, the citizen, just type the politician or agency employee name into a field and hit the "**analyze**" button. A few minutes later you receive a multi-page PDF report similar to an FBI report on the target.

332

You can either research the subject in more detail or send copies of the report to the FBI, GAO, OSC, SEC or other enforcement group.

The software is an automated AI temporal matching system which includes 24/7 analysis of all stock trades involving politicians to its information source, politician finances, communications and policy participators. it uses some of the same software code used by the CERN mega-research center in Switzerland.

**The technology Core Evaluation Points:**

- Analyst estimates - these come from what an analyst estimates that a company's quarterly or annual earnings will be. They are important because they help approximate the fair value of an entity, which basically establishes it price on the stock exchange.
- Share volume - this reflects the quantity of shares that can be traded over a certain period of time. There are buyers and there are sellers, and the transactions that take place between them contribute to total volume.

**One Way The AI Detects Congressional Insider Trades**

Metricized signs of illegal insider trading occur when trades occur that break out of the historical pattern of share volume traded compared to beneficiary participation's of those connected to company and political entity. Another clue of the illegal insider trading is when a lot of trading goes on right before earnings announcements. That tends to be a sign that someone already knows what the announcement is going to indicate, and it's an obvious violation. One module of the new software hunts these trends around-the-clock in an unmanned manner like a detective who never needs to sleep.

The software red alerts are issued when trades are linked closer to the actual earnings and politicians bills instead of what the predicted earnings were. In a corruption case, it's clear the trades - especially made by politicians close to the company - stemmed from information that was not readily available to the general public.

In other words, at the time an insider makes a trade, the trade has a stronger relationship to earnings guidance rather than to earnings results achieved.

**Part Of The Insider Trading Detection AI Uses 'Dynamic Time Warping (DTW)'**

In econometrics, which is a concept frequently used by quantitative analysts to evaluate stock market prices, dynamic time warping (DTW) is an algorithm that can be used for measuring similarity between two data sequences by calculating an optimal match between the two. This sequence "matching" method is often used in time series classification to properly "line things up."

The method, coupled with AI machine learning ensemble methods, can provide a clear path between the trades made by insiders and public data used to make the trades.

333

This is a product of artificial intelligence that has been expanded by Indexer, Splunk, Palantir and other firms fast becoming experts in products that can be used to advance the art of manipulating political and social trends in business and markets by using social media, financial data and news stories. The new software process has taken that sort of approach to the next level and targeted every member of Congress, their staff, family and friends. The first emphasis is on California and Washington, DC public figures.

In a hypothetical example, a group of executives failed to trade by industry standards by leveraging material non-public information and policy manipulation. Although consensus estimates called for higher commodity prices at the end of 2015, it appears key executives traded for their personal accounts as a result of the forecast provided by a specialist system within the firm that was adept at predicting prices alongside lobbyist manipulations. Flash-boy trading is now dirtier and powered by Google-class server systems.

In the hypothetical scenario the software aggregates executive trades in 2014 and 2015 and finds a strong link between buys and sells of executive stock options, which line up with material non-public estimates of commodity prices that were provided by the specialist system.

For example, in a "Exec Sell and Exec Buys" graph, a green line represents sells, while a black line represents buys. In the corresponding period, one finds a red line represents unrevised prices provided by the specialist system, and green line represents consensus estimates.

During Q1-2014, there was $28M in purchases of executive stock options, while in Q2-2014, there was $25M in sales of executive stock options. The specialist system called for Q3-2014 commodity prices to make a precipitous decline going into the end of 2014. Remember, under this scenario, no revisions were made to the specialist systems' price forecast. In this example, executives were afforded a significant advantage using price predictions from the specialist system.

In a final bullet chart, there was a dynamic time warping distance between trades and consensus estimates of 7.23, but this distance is only 2.19 when comparing specialist system estimates and executive trades. Please note, the closer the distance score is to zero, the more similar the trades are to the estimates they are measured against.

**We have applied this process to companies well-known for influence buying like, Google, Tesla and Facebook**

It's obvious that the tech executives involved did not follow industry standards in their actions and make public the "insider" information they had access to prior to the trades they made. The lobbyists they hired promoted this rigged trend and paid off Senators with perks. These are the kind of violations the SEC and other governing bodies can look to in attempting to protect the trading public and the integrity of financial marketplaces. Artificial intelligence tools are a major factor in assisting the tracking of insider trading. Eric Schmidt, of Google, does not look good under such circumspection.

334

"Every facet of our everyday lives has been impacted, infiltrated and greatly influenced by artificial intelligence technologies," says Vernon A. McKinley, a multi-jurisdictional attorney, based in Atlanta. "In fact, the U.S. government and its multiple agencies have developed specialized intelligence units to detect, track, analyze and prosecute those unscrupulous individuals seeking to profit from the use of such tools, specifically in the financial industry, and to protect the integrity and strength of the U.S. economy and its investors." Now these tools are being turned against the corrupt!

The public can now detect trading anomalies in financial situations using this artificial intelligence software on their desktop computers. No public official will ever be able to do these kinds of corruptions, again, without getting caught.

This approach has already had an impact on how political insiders trade on Wall Street and in financial markets around the world.

**This technology can end this corruption in America forever!**

A module of the software uses data from The Center for Responsive Politics, ICIJ Panama Leaks records, Swiss Leaks records and FEC files to reveal covert routes. Jerry Brown, Dianne Feinstein, Nancy Pelosi, Kamala Harris and other famous California politicians own part of Tesla Motors, Facebook, Google, Netflix, YouTube and other companies they helped get government money for. All of their competing constituents have suffered for it or been put out of business by exclusive deals that only Tesla Motors, Facebook, Google, Netflix and YouTube got. That is a crime!

A large volume of forensic research proves that Silicon Valley Cartel tech firms receive benefits from politicians and politicians,at the same time, benefit from these firms.

This evidence on the exchange of benefits between politicians and firms proves an agreement between the politicians and the companies. This agreement, however, cannot be in the form of a written contract as writing direct fee-for-service contracts between a politician and a firm is considered bribery (Krozner and Stratmann 1998; 2000). In addition, either party to this agreement might renege on its promise and the other party cannot resort to the courts.

Procon.org, for example, reports: "Less than two months after ascending to the United States Senate, Barack Obama bought more than$50,000 worth of stock in two speculative companies whose major investors included some of his biggest political donors. One of the companies was a biotech concern that was starting to develop a drug to treat avian flu. In March 2005, two weeks after buying about$5,000 of its shares, Mr. Obama took the lead in a legislative push for more federal spending to battle the disease. The most recent financial disclosure form for Mr. Obama . . . shows that he bought more than $50,000 in stock in a satellite communications businesswhose principal backers . . . had raised more than $150,000 for his political committees." (http://insidertrading.procon.org/viewresource.asp?resourceID=1580#obamaa. See more examples from the Citizens for Responsibility and Ethics in Washington (CREW) report (2009).)

335

The literature and our eye-witness experience proves that politically-connected Silicon Valley tech firms monthly obtain economic favors, such as securing favorable legislation, special tax exemptions, having preferential access to finance, receiving government contracts, or help in dealing with regulatory agencies. The evidence proves that Google's support,for example, can help in winning elections. For example, firms can vary the number of people they employ, coordinate the opening and closing of plants, and increase their lending activity in election years in order to help incumbent politicians get re-elected. (SeeRoberts 1990; Snyder 1990; Langbein and Lotwis 1990; Durden, Shorgen, and Silberman 1991; Stratmann 1991, 1995, and 1998; Fisman 2001;Johnson and Mitton 2003; Ansolabehere, Snyder, and Ueda 2004; Sapienza 2004, Dinç 2005; Khwaja and Mian 2005; Bertrand, Kramarz,Schoar, and Thesmar 2006; Faccio 2006; Faccio, Masulis, and McConnell 2006; Jayachandran 2006; Leuz and Oberholzer-Gee 2006; Claessens,Feijen, Laeven 2008; Desai and Olofsgard 2008; Ramanna 2008;Goldman, Rocholl, and So 2008, 2009; Cole 2009; Cooper, Gulen, and Ovtchinnikov 2009; Correia 2009; Ramanna and Roychowdhury 2010;Benmelech and Moskowitz 2010.)

The software can see that the share ownership of politicians serves as a mechanism to quid-pro-quo their relationships with big tech firms, is as follows:The ownership of politicians plays multiple distinct (but not necessarily independent) roles; one that relies upon the amount of ownership and one that does not. First, as investors in firms, politicians tie their own interests to those of the firm. Thus,harming (benefiting) the firm means harming (benefiting) the politician and vice versa. By owning a firm's stock, politicians commit their personal wealth to the firm and reduce a firm's uncertainty with regard to their actions toward the firm. This will,in turn, enhance the firm's incentive to support the politician-owner during both current and future elections in order to prolong the incumbency period for as long as possible. Firms have their lobbyists push to be able to know the amount of ownership likely to be material to politicians. This knowledge, in turn, enables them to judge whether the politician's interest is aligned with the firm's interest and optimize quid-pro-quo.

The Political Action Committee (PAC) contribution of firms (which is a direct measure of benefits flowing from firms to politicians) is a significant determinant of ownership allocations by members of Congress. The ownership of Congress members in firms that contribute to their election campaigns is roughly 32.8% higher than their ownership in noncontributing firms even after accounting for factors that are associated with both ownership and contribution (such as familiarity, proximity and investor recognition). Democratic members invest more (less) in firms that favor, i.e., contribute more to, the Democratic Party. Politicians are partisan investors.

The committee assignments of politicians is a proxy for whether their relations with firms are enforced (Krozner and Stratmann 1998).Silicon Valley tech firms like Facebook, Tesla and Google obtain private benefits out of their mutual relations with politicians. When the strength of the association between ownership and contributions at the firm level increases, the provision of government contracts to those firms increases.

embers of Congress, candidates for federal office, senior congressional staff, nominees for executive branch positions, Cabinet members, the President and Vice President, and Supreme Court justices are required by the Ethics in Government Act of 1978 to file annual reports disclosing their income, assets, liabilities, and other relevant details about their personal finances.

Personal financial disclosure forms are filed annually by May 15 and cover the preceding calendar year. The Center for Responsive Politics (CRP) collected the 2004–2007 reports for Congress members from the Senate Office of Public Records and the Office of the Clerkof the House. The Center then scanned the reports as digital images, classified the politicians' investments into categories including stocks, bonds, and mutual funds, and built a database accessible via a web query.

Using CRP's data, you can use the software to collect the shares in S&P 500 firms held by members of Congress between 2004 and 2007, for example.You can collect the stock ownership data for every firm that joined the S&P 500 Index any time between January 2004 and April 2009;regardless of when it joined the index,  and the software can obtain all the available stock ownership data for that firm between 2004 and2007. Likewise, if a firm dropped out of the index at any time during 2004–2008, the software, nevertheless, will retain the firm in a sample for the target period. As such, the sample would include stocks in hundreds of unique firms owned by politicians between 2004 and 2007, for example.

Politicians are required to report only those stocks whose value exceeds $1,000 at the end of the calendar year or that produce more than $200 in income. They are CURRENTLY not required to report the exact value of the holding, but instead must simply check a box corresponding to the value range into which the asset falls. The CRP then undertakes additional research to determine the exact values of these stocks. When the Center makes these determinations, it reports them instead of the ranges and I use these values in my study. When only the range is available, you should use its midpoint as the holding's value. You would, thus have data on the stock holdings of hundreds politicians for that time period.

Using the software, you can search for all Political Action Committees (PACs) associated with tech firms. It then collects data on each contribution these PACs made to candidates (both the winners and losers) running for the Senate and House elections. Tricky corrupt Silicon Valley firms establish several PACs, each in a different location, and each of these PACs can contribute to the same candidate. In such cases, the software would total, for each candidate, every contribution he or she received from PACs affiliated with the same firm. To parallel the investment data sample period, for example, the software collects every contribution made from the 2003–2004 cycle up to and including the 2007–2008 cycle. Many Silicon Valley tech firms use deeply covert Fusion GPS, Perkins Coie, BlackCube, Psyops-type service to make very hidden additional payola payments to California politicians.

For sources, for example, the software collects government contract data from Eagle Eye Publishers, Inc., one of the leading commercial providers of Federal procurement and grant business intelligence and http://www.usaspending.org. Eagle Eye collects its contract data from Federal Procurement Data System–Next Generation (FPDS-NG), the contract data collection and dissemination system

administered by the U.S. General Services Administration (GSA). FPDS-NG provides data on procurement contracts awarded by the U.S. Government. When these contracts are awarded to company subsidiaries, Eagle Eye searches for the names of their parent companies and assigns each subsidiary to its appropriate parent. The software collects both the number and aggregate value of government contracts that were awarded to sample firms between 2004 and 2007 in this example time-frame..

The software reveals, for example, that Representative Maxine Waters (D-CA) is a ten-term member of Congress and a senior member of the House Financial Services Committee. She arranged a meeting between the Department of Treasury and One United Bank, a company with close financial ties to Ms. Waters, involving both investments and contributions.

"In September 2008, Rep. Waters asked then-Secretary of the Treasury Henry Paulson to hold a meeting for minority-owned banks that had suffered from Fannie Mae and Freddie Mac losses.

The Treasury Department complied and held a session with approximately a dozen senior banking regulators, representatives from minority-owned banks, and their trade association. Officials of One United Bank, oneof the largest black-owned banks in the country that has close ties to Rep. Waters, attended the meeting along with Rep. Waters' chiefof staff. Kevin Cohee, chief executive officer of One United, used the meeting as an opportunity to ask for bailout funds.

. . . Former Bush White House officials stated they were surprised when One United Officials asked for bailout funds. . . . In December2008, Rep. Waters intervened again, asking Treasury to host another meeting to ensure minority-owned banks received part of the $700billion allocated under the Troubled Asset Relief Program. . . . Within two weeks, on December 19, 2008, One United secured $12.1million in bailout funds. . . . This was not the first time Rep. Waters used her position to advance the interests of the bank. Rep.Waters' spouse, Sidney Williams, became a shareholder in One United in 2001, when it was known as the Boston Bank of Commerce. In 2002,Boston Bank of Commerce tried to purchase Family Savings, a minority-owned bank in Los Angeles. Instead, Family Savings turned to a bank in Illinois. Rep. Waters tried to block the merger by contacting regulators at the FDIC. She publicly stated she did not want a major white bank to acquire a minority-owned bank.

When her efforts with the FDIC proved fruitless, Rep. Waters began a public pressure campaign with other community leaders. Ultimately,when Family Savings changed direction and allowed Boston Bank of Commerce to submit a winning bid, Rep. Waters received credit for the merger. The combined banks were renamed One United. . . . In March 2004, she acquired One United stock worth between $250,001 and$500,000, and Mr. Williams purchased two sets of stock, each worth between $250,001 and $500,000. In September 2004, Rep. Waters sold her stock in One United and her husband sold a portion of his. That same year, Mr. Williams joined the bank's board. . . . One United Chief Executive Kevin Cohee and President Teri Williams Cohee have donated a total of $8,000 to Rep. Waters' campaign committee. . . .On October 27, 2009, less than two months before One United received a $12 million

bailout, the bank received a cease-and-desist order from the FDIC and bank regulatory officials in Massachusetts for poor lending practices and excessive executive compensation . . . the bank provided excessive perks to its executives, including paying for Mr. Cohee's use of a $6.4 million mansion . . ." (Crew report 2009,pp. 123–125)

Thanks to Crony quid-pro-quo revelations by an earlier version of the software, you can also see that Fisker Automotive, Inc.'s $529 Million U.S. Taxpayer Loan Approval by the Department of Energy was dirty. Fisker Automotive's Chief Operating Officer Bernhard Koehler pleaded with the Department of Energy in a panicked Saturday midnight hour email to receive a $529 million loan as the company was 2 weeks from Chapter 7 liquidation, that it was laying off most of its employees, that no private sector investors would fund the company without DOE guarantees, and that Fisker was unable to raise any further equity funding from independent private-sector investors given the company's financial condition.These statements were made to a Loan Officer at the DOE . No private sector Loan underwriting (approval) committee would ever grant a low interest loan to a desperate buyer that had just confessed it was in a state of insolvency and was about to layoff most of its staff. Yet within a few weeks the DOE would approve a $529 Million Credit Facility to Fisker. Despite the DOE Loan Officer official's sworn testimony at April 24th's House Oversight Committee that the DOE used "same private sector underwriting standards when approving Fisker and other approved Taxpayer Funded Loans" - likely perjury based in documents.

In a 'U.S. GOVERNMENT CONFIDENTIAL EMAIL': FISKER AUTOMOTIVE: August 2009: Co-Founder Bernhard Koehler emails U.S. Dept. of Energy Loan Officer in Sat. midnight Panic admitting VC Firms all declined to invest, and company is out of cash. Weeks later the U.S.Department of Energy approves $529M U.S. Taxpayer Funded Loans to FISKER. NO PRIVATE SECTOR Lender would every authorize a Loan for even $5 Million let alone $529 Million after receiving this email stating private sector investors had examined the company and declined equity investments, that they might loan money as more secure Debt, and the Chief Operating Officer of the company further stating that the borrower is totally insolvent. (Weeks after this email the U.S. Federal Government Dept. of Energy Loan Committee Approves Fisker Automotive as a credit-worthy borrow for $529 Million in U.S. Taxpayer Funded Loans). Fisker got the cash because President Obama said to "give it to them" in order to please his campaign financiers.

The same thing happened with Tesla Motors. Elon Musk and Tesla Motors were broke when DOE gave them the money.

PrivCo CEO Sam Hamadeh stated in an official statement: "*The documents obtained by PrivCo paint a picture of how an insolvent,unproven automaker received $192 million in taxpayer funding. The Department of Energy made a loan that no rational lender would have made. This loan was the equivalent of staying execution on a company that was terminally ill to begin with."* Tesla and Fisker could not have been taxpayer funded unless bribes and criminal quid-pro-quo was underway by President Obama and the U.S. Senator insider traders.

339

XP Vehicle's had been the first to initiate negotiations to retask the NUMMI plant in Fremont, California after Elon Musk went on the record saying the NUMMI Plant was worthless to Tesla. Dianne Feinstein's chief of staff then threatened XP Vehicles and warnedthem to cease action on NUMMI. Shortly thereafter, Tesla announced they had acquired the NUMMI plant which Dianne Feinstein's family owned a business interest and she had arranged for Tesla to get funding and presided at the Tesla re-opening of the NUMMI plant.

**YOU** can fight back and destroy dirty oligarchs!

When the bad guys, and their lap-dog politicians, attack you because your products are better than theirs they are proving that they have to cheat to compete. They cheat with political bribes, black-lists, character assassination attacks, collusion and other anti-trust violating acts.

When your Senator holds stock market shares in companies that exist to profit on the backs of consumers, then it is impossible for that Senator to ever do anything but be corrupt!

As Mother Jones top editor says:

In 18 years of living here, I find zero evidence that the "City Family" is benefiting anybody but its members, developers, old-school socialites, and tech billionaires.

— Clara Jeffery (@ClaraJeffery) February 14, 2020

I can't even with how insular and incestuous and corrupt SF is. Mayor @londonbreed acknowledges she had relationship with DPW Nuru two decades ago and that they remained close friends https://t.co/HEhIlulkyj

— Clara Jeffery (@ClaraJeffery) February 14, 2020

Your public officials set-up, operated and maintained an organized crime scheme for personal profit at the expense of every taxpayer. They went after *Five Trillion* treasury dollars of your tax money for their personal interests via rigged stock market scams, rigged government contracts, exclusionary policy manipulations and other schemes that harmed American taxpayers.


**YOU OWE IT TO YOURSELF AND THE NATION TO <u>TAKE THEM DOWN!</u>**

YOU CAN WIPE THEM OUT, ALL  BY YOURSELF, IN 100% LEGAL WAYS.

YOU CAN WIPE THEM OUT EVEN FASTER WITH CROWD-SOURCED FORENSICS AND ANTI-CORRUPTION AI SOFTWARE!

JOIN THE REST OF THE PUBLIC IN AN EPIC ANTI-CORRUPTION EFFORT!

You must write FBI-quality criminal activities reports and file those reports, by certified mail, with every law enforcement and regulatory agency in every country in the world, including the FBI, OSC, GAO, EU, Interpol, FSB, UN, etc. CC the social media sites with your reports.

You can use basic private investigator websites to track and back-ground every person, organization and company involved in the corruption and trace their RICO law violations. You can provide that data to The U.S. Congress and every agency, with a copy to every social media posting.

You can now use open-source, free, collaborative NSA-class global databases that can track all of the locations, hookers, fake fronts, family trusts, bank accounts, stock market accounts, bribes and other goodies, of any corrupt public official, in minutes! You get that free anti-corruption software from GitHub, CodePen, Torrents, Onion Project, The Guardian, ICIJ and all over the web.

YOU open your own private investigator/citizen sleuth crowd-sourced investigations into the following:

- Every stock market account they or their family owns

- Every Uber or Lyft ride they ever took for any meeting or transport of sex workers

- Every flight manifest they appeared on

- Every bank account they have ever held

- Every lawsuit, divorce record and police record they have ever appeared in

- Every trust fund they or their family holds

- Every shell corporation they, or their family holds

- Every person named in the Epstein Pedo book: https://www.scribd.com/document/416207833/Jeffrey-Epsteins-Little-Black-Book-Redacted   cross referenced across all of the other databases and then supplied to the FBI and Child Protection Agencies

- Every item in the Swiss Leaks that cross connects to their holdings

- Every item in the Panama Papers Leaks that cross connects to their holdings

- Every item in the WikiLeaks that cross connects to their holdings

- Every item in the Snowden Leaks that cross connects to their holdings

- Every sex trafficking incident that connects to each of them alone, and in groups

- Every financial transaction between any of the parties on the master list and the character assassination and hit job firms of: Google, Univision, Gawker Media, Unimoda, Jalopnik, Gizmodo,Black Cube, Fusion GPS, Media Matters, Think Progress, IN-Q-Tel, K2 Intelligence, WikiStrat, Podesta Group, YouTube, Alphabet, David Drummond, Larry Page, Facebook, Correct The

Recor, Stratfor, ShareBlue, Sid Blumenthal, David Brock, Eric Schmidt, Sunshine Sachs, Covington and Burling, Buzzfeed, Perkins Coie and Wilson Sonsini or their derivatives with common owners.

- Every item in the Quest Leaks that cross connects to their holdings

- Every tactical deployment, by a campaign financier, of the tactics listed in this manual: https://www.cia.gov/library/readingroom/docs/CIA-RDP89-01258R000100010002-4.pdf

- Every sex service that their credit card payments every connect too

- Every real estate transaction that any name or company they, or their family, were involved in, tracks to

..... and hundreds of thousands of other information points about them that prove that they benefit from crimes that they engage in for others who engage in crimes using the America public policy system.

It all goes into shared 100% legal public collaborative databases that work like XKEYSCORE, or MS Access, or Oracle Databases.

The proof of collusion, organized criminal actions and raw covert corruption is indisputable. The actors are all the same people. The beneficiaries are all the same people. The communications between the parties all coordinate the same actions.

Demand their arrests, indictments, exposures and bankruptcies in public ads, letters to the editor, blog posts, bumper stickers, lawsuits, flyers, newsletters, email and every other outreach manner.

Say "*Fuck You*" to the Silicon Valley Oligarch 'Illuminati' scumbags and the crooked Senators and Governor's they bribed.

As one of the team said: *"Without breaking a single law and WITH the help of the largest law enforcement and investigative resources on the planet, I have killed off every single motherfucker that has come after me, including some of the largest entities in the world! I use lawsuits, federal investigations, news reports, whistle-blowers, new public regulations, anti-trust filings, tens of millions of crowd-sourced voters and unique AI-based forensics. I will find every person and organization on the globe that hates you, gather them together and aim them all at your life! Anyone who attacks me stays on the shit list for the rest of their lives plus the next 100+ years of internet time. You come for me, prepare to suffer. Every stock you buy is a notice to my team to bankrupt the company that you invested in. Even if I am dead, your punishment will be carried out by a legacy team of public volunteers. It may happen to you tomorrow or it may be a slow-drip over the next 15 years. Never stop looking over your shoulder. If you decided to cheat against my business rather than fairly compete against me, then start carving your tombstone. If you hired media attackers, expect 100 times what you did to me to come back at you and your family forever! I am fine with forgive-and-forget, except when it comes to criminal bullies: They are terminated!…"*

That is what happens when you try to kill members of the public

Show these oligarch crooks what billions of taxpaying voters with collaborative FBI-class forensics investigation software can do to their corrupt tech Cartel!


# What To Do To Write Up The Dossier On Each Person And Each Corrupt Politician:

1. Dig through their trash and buy their trash bags from the garbage man after they pick them up
2. Locate a beneficiary for a probate proceeding
3. Research current and / or historical property holdings
4. Identify mortgage information
5. Identify secured lenders
6. Identify related party property transactions
7. Determine current market value of real property
8. Locate bankruptcy filings
9. Retrieve and analyze bankruptcy records
10. Uncover improper relationships
11. Locate federal civil lawsuits
12. Locate federal criminal records
13. Retrieve and analyze federal civil and criminal records
14. Retrieve mug shots from arrest records
15. Provide independent analysis
16. Locate state and local criminal arrest records
17. Retrieve and analyze review criminal records
18. Provide peace of mind
19. Locate home phone numbers
20. Locate cell phone numbers
21. Identify owner of home or cell phone number
22. Determine owners of corporation
23. Retrieve and analyze corporate records
24. Locate current or former executives
25. Interview current or former executives
26. Find and retrieve judgment and lien filings
27. Research familial history
28. Connect the dots
29. Locate witnesses for a civil or criminal lawsuit
30. Interview witnesses for a civil or criminal lawsuit
31. Find assets

32. Find current or historical boat registrations
33. Find current or historical aircraft registrations
34. Search for hidden assets
35. Conduct business intelligence
36. Discreet intelligence gathering
37. Determine connections between parties
38. Locate bank account information
39. Locate current or former employees of a company
40. Interview current or former employees of a company
41. Locate significant inheritances
42. Show you the big picture
43. Identify a will for an estate
44. Locate probate records
45. Identify foreign assets
46. Locate regulatory records
47. Identify regulatory actions
48. Identify professional licenses
49. Determine prior disciplinary records for professional licenses
50. Analyze state and federal political contributions
51. Analyze state lobbyist records
52. Analyze federal lobbyist records
53. Identify potential whistleblowers
54. Vet expert witnesses
55. Interview industry sources
56. Gather competitive intelligence
57. Identify related party business transactions
58. Retrieve and analyze non-profit financial filings
59. Knock on doors
60. Obtain and analyze Department of Labor Form 5500 Filings
61. Submit FOIA / FOIL requests to government agencies
62. Obtain driving record history (in applicable states)
63. Find current vehicle registrations
64. Find historical vehicle registrations
65. Make you look brilliant
66. Determine current market value of motor vehicles
67. Assist with jury selection
68. Background checks on prospective jurors
69. Analyze documents for potential fraud
70. Identify Risks

71. Identifying corporate relationships

72. Give you a competitive advantage

73. Identify Uniform Commercial Code filings

74. Foreign corporation research

75. Help you manage sensitive situations

76. Overseas litigation research

77. Identify stock ownership

78. Find facts

79. Locate online resume

80. Identify online networking profiles

81. Locate historical video or news footage

82. Conduct historical newspaper research

83. Conduct mobile or stationary surveillance

84. Perform clandestine operations

85. Find undisclosed ties

86. Identify and retrieve U.S. Tax Court cases

87. Locate a missing person

88. Identify and confirm education history

89. Identify and confirm previous employment history

90. Scour the Internet

91. Research presence on social networks or message boards

92. We will tell you what those bastards are up to!

93. Send the IRS information about how Google, Netflix, Alphabet are cheating on their taxes and hiding money in Ireland and the Cayman Islands. Get the IRS to sue the oligarchs in tax court.

94. Enhance the publishing of research articles proving that Silicon Valley tech companies destroy the minds of children with tech addiction and brain manipulation and get parents to sue those companies for harming their children

95. Expose every secret cash conduit that the oligarchs use to bribe politicians

96. Demand new laws in Congress to stop politicians from owning any stock because that is the #1 source of bribes

97. Use lip-reading software to see what they are saying or have an actual deaf-person do it

98. Photograph them with any hotties they are seen with and then face-track the hotties to see if they are hookers or ill-repute escorts

99. Use one of the many free on-line news publishing softwares and make a global online newspaper that constantly exposes their crimes

100. Write every federal agency and demand investigation and prosecution of the perps

101. Assemble the massive number of news reports about their sex scandals and distribute those reports as books, articles, documentaries and news aggregations to prove what a bunch of sick perverts these people are

102. Publish the speaker list from Techonomy, Davos, TED, Burning Man, etc. to show that it is always the same little group of arrogant assholes that self-promote their hype at each of these elitist events

103. Leave notices on the windshield of any of their Tesla's reminding them what douche-bags they are

104. Organize petitions and letter-writing campaigns to have the overtly corrupt ones removed from their jobs

105. Go to their share-holder meetings and hand-out flyers about their corruption

106. Hire Charles Spies ( https://www.dickinson-wright.com/our-people/charles-spies?tab=0  ) to sue them

107. Hire Harmeet K. Dhillon  (http://www.dhillonlaw.com ) to sue them

108. Hire COA ( http://www.causeofaction.org) to sue them

109. Hire law firms from China or Russia to sue them for a very low price

110. Hire Steven S. Biss  ( http:// www.linkedin.com/in/steven-s-biss-6517037 ) to sue them

111. Blog about the corruption of the political targets every day with the day's news each day

112. Read their divorce filings in court records and see who else might help expose their corruption

113. Read their locations over the last 12 months - *https://www.protocol.com/government-buying-location-data*

114. Talk to every neighbor that has filed a complaint about them

115. Hire *Pierce Bainbridge Beck Price & Hecht LLP* to sue them, especially tech media companies

116. Re-read all of the latest "How To Be A Private Investigator" books and brochures

117. Ask Paul Kangas in San Francisco how he investigates the corrupt

118. Go back to *http://www.pacer.gov* and read each of the lawsuits against them to get more clues about them

119. Put a card table and a pop-up booth outside their office and hand out flyers about them

120. Publish every stock market share they, and their family, owns

121. Produce a dossier on every corrupt partner of every Silicon Valley VC firm

122. Know that there are over 3000 additional forensic tools you can use to expose them 100% legally...


You can work with our peers to solve the ethics crisis in society.

We have hired the best investigators who used to work with the FBI, CIA, FTC, DOJ, SEC, GAO, IG and Interpol.

We have also been teaching every voter in the world how to be a top notch criminal investigator and how to use digital forensic AI tools to "follow-the-money" and bust these crooks. Imagine the entire resources of Palantir, XKEYSCORE, Splunk, Axciom and Taleo aimed at people like Zuckerberg, Hoffman, Musk and Schmidt. They will never survive it!

Every single asshole in Silicon Valley can expect to have accurate, highly professional, criminal charges and referrals filed against them with every federal law enforcement and regulatory agency. Those reports are being BCC'd to the news media and the public.

When you see reports like this book you can clearly see that **Every Tech CEO And Investor In Silicon Valley Is A Predatory, Parasitic, Sex Trafficking, Misogynist, Money Laundering, Politician Bribing, Exclusionary, Black-Listing Criminal.**  Now the world will see the truth about them!

The Big **Book**  ... - **amazon**.com

https://www.amazon.com/Big-Book-Revenge-Serious-Getting/dp/0806521414
The Big **Book** Of **Revenge**: 200 Dirty Tricks for Those Who Are Serious About Getting Even [George Hayduke] on **Amazon**.com. *FREE* shipping on qualifying offers. **Book** by Hayduke, George

**Is Pelosi's husband guilty of insider trading?**

https://www.americanthinker.com/blog/2016/04/is_pelosis_husband_guilty_of_insider_trading.html
Is Pelosi's husband guilty of **insider trading**? By Rick Moran. In late October 2014, Nancy Pelosi's husband Paul purchased between $100,000 and $250,000 in stock from **green energy** company Sun …

WASHINGTON—Chris Miller nearly doubled his $3,500 stock investment in a renewable-energy firm in 2008. It was a perfectly legal bet, but he's no ordinary investor.

Reid's spokesman tried to defend the staffer, Reid's top energy policy adviser, by asserting that he had no influence over tax incentives for renewable energy firms.

------------------------------------------

Under federal securities law, of course, it is not important whether the staffer had any influence over legislation, Sen. Reid or anyone or anything else.

If it can be shown that the staffer breached a duty of confidentiality in using "inside information" as the basis for buying and selling the stock, then he may very well be guilty of the crime of insider trading.

In May 2009, the Associated Press reported,

> Federal prosecutors and the FBI have been investigating possible illegal insider trading by two Securities and Exchange Commission enforcement attorneys who were in a position to receive sensitive information about agency probes of public companies.

Similarly, if the staffer had material information that the public didn't have and he took advantage of it in the buying and selling of securities, he could have committed a serious crime — as well as anyone he may have tipped off.

Reid's staffer has denied wrongdoing, but that should not be dispositive.

The Department of Justice, FBI and U.S. Securities and Exchange Commission ought to be investigating the staffer as well as any other potential insider trading violations described in the WSJ article.

At the very least, the staffer should be afforded the same opportunity as Martha Stewart to chat with federal investigators — that worked out so well for her.

Don't expect this to happen, however, as Sen. Reid and other members of Congress will no doubt quietly work to quash any investigation.

**Big Brother Has Turned Green**

The environmental movement has cultivated a warm and fuzzy public image, but behind the smiley-face rhetoric of "sustainability" and "conservation" lies a dark agenda. The Greens aim to regulate your behavior, downsize your lifestyle, and invade the most intimate aspects of your personal life.

In this stunning exposé, Steve Milloy unveils the authoritarian impulse underlying the Green crusade. Whether they're demanding that you turn down your thermostat, stop driving your car, or engage in some other senseless act of self-denial, the Greens are envisioning a grim future for you marked by endless privation.

Steamrolling nearly all opposition with its apocalyptic predictions of environmental doom, the Green movement has gained influence throughout American society--from schools and local planning boards to the biggest corporations in the country. And their plans are much more ambitious than you think, says Milloy. What the Greens really seek, with increasing success, is to dictate the very parameters of your daily life--where you can live, what transportation you can use, what you can eat, and even how many children you can have.

Citing the tactics and goals of Green groups as explained by their own activists and leaders, *Green Hell* demonstrates:

* How Green pressure campaigns threaten the safety of your home and your car, and public health overall
* Why the election of President Obama portends a giant leap forward for coercive Green policies
* Why Greens obstruct the use of all forms of energy--even the renewable sources they tout to the public
* How wealthy Green elites stand to profit fabulously from the restrictions and regulations they seek to impose on the rest of us
* How Green pressure campaigns are hamstringing the military and endangering our national security
* Why big business is not only knuckling under to the Greens, but is aggressively promoting the green agenda to the detriment of its own stockholders
* What you can do to help stop the great Green machine

A one-of-a-kind, comprehensive takedown of the entire environmental movement, *Green Hell* will open your eyes to a looming threat to our economy, our civil liberties, and the entire American way of life.

'*Green Hell* explains why Americans can't afford to fall for Al Gore's `the debate is over' line on global warming. While we're all for the environment, *Green Hell* explains why we need to oppose the environmentalists."

--Fred Barnes, Executive Editor, the *Weekly Standard*

"*Green Hell* is the `inconvenient truth' on extremist, growth-killing environmentalism. A must-read for those interested in keeping America free and prosperous."
--Steve Forbes, President and Chief Executive Officer of Forbes

"Regardless of whether you believe global warming is a fraud, the fact is that the current depression, the past spike in oil prices, and the coming technology of electric cars are all going to solve whatever problem exists. Liberals want to use climate change as an excuse to take over the economy and regulate everything and this book exposes their plans."
--Dick Morris, FOX News commentator and former political consultant to Bill Clinton

"This book describes why the world can't afford to fall for global warming alarmism and environmental hysteria. Steve Milloy shows how to avoid the environmentalists' vision of our future."
--VACLAV KLAUS, President of the European Union and President of the Czech Republic

"Free market capitalism is still the best path to prosperity. *Green Hell* is a must-read for anyone who wants to keep America on that path and away from Soviet-style command-and-control environmentalism."
--Larry Kudlow, Host, CNBC's *The Kudlow Report*

Former President Barack Obama liked to portray himself as a politician watching out for the little guy.

But it looks like he spent much more time protecting his rich friends – and manipulating the government to help make them a fortune.

It was all part of a scheme that looks a lot like insider trading – or what author Peter Schweizer calls "smash and grab."

In his new book, *Secret Empires: How the American Political Class Hides Corruption and Enriches Family and Friends,* Schweizer lays out how Obama used government regulations to help lifelong pals buy up companies for pennies on the dollar.

Basically, the Obama Administration would threaten and devalue companies, and Obama's pals would be ready to swoop in and buy them on the cheap.

And apparently nobody ever stopped to consider the effect that this plot would have on ordinary shareholders – who lost millions – or the employees at the companies.

In an interview with Breitbart, Schweizer gives one shocking example – the case of Marty Nesbitt, who has been described as Obama's "best friend."

After Obama was reelected on 2012, Nesbitt set up a private equity firm called Vistria to invest in highly regulated industries – in other words, industries that Obama and his administration can help control.

Schweizer points to Vistria's acquisition of online learning giant the University of Phoenix as an example of Obama and Nesbitt working together on a "smash and grab" deal.

The Obama Administration had threatened to withhold GI Bill money from the University of Phoenix over the quality of its education, sending its share price tumbling.

Then, Nesbitt and Vistria were able to purchase the university for "three cents on the dollar," Schweizer reports.

After the deal was made, the Obama Administration withdrew its threat to withhold federal funds.

Schweizer says Obama repeated the strategy throughout his presidency to enrich liberal billionaires like Tom Steyer and George Soros, who have both worked to ruin current President Donald Trump.

"Barack Obama smashes coal companies, [and] what do these guys do? They go in, they buy them for pennies on the dollar, and when the regulatory weight is lifted, their valuations increase, and they make a lot of money, and you see that pattern in all of these industries," Shweizer said.

And what happens to other shareholders – the ones who aren't friends with Obama? They're left holding the bag when the companies are devalued.

Schweizer says that some of the ill-gotten gains realized by Obama's friends eventually found their way to the Obama Foundation.

350

It's a scheme that absolutely cries out for a federal investigation. But with so many Obama puppets still left in the government, we won't be holding our breath.


# HOW QUID PRO QUO WORKS AT THE U.S. DEPARTMENT OF ENERGY


How do you give payola, funded by working class taxpayers, to millionaires that don't need it, to pay kick-backs for funding Obama's political marketing?

Easy: You use the **U.S. Department of Energy** as the world's biggest political slush-fund. This way, you get to pay bribes IN PLAIN SIGHT!

The Department of Energy bosses get to claim everything is on the "up and up" but EVERY SINGLE TIME, only the political campaign financiers get the money and their competitors get sabotaged. Neat trick, right?

Here is how it works:

**Quid pro quo** ("something for something" in Latin[2]) is a Latin phrase used in English to mean an exchange of goods or services, in which one transfer is contingent upon the other; "a favor for a favor". Phrases with similar meanings include: "give and take", "tit for tat", "you scratch my back, and I'll scratch yours", and "one hand washes the other". Other languages use other phrases for the same purpose.

Corruption in politics at the Department of Energy arises from the mismatch on Capitol Hill: squadrons of well-paid, experienced lobbyists versus DOE offices where aides are overworked, underpaid and have to depend on those lobbyists for information about issues. We want to see DOE offices with more aides, supervised by FBI agents, who would get better pay, to keep them on the Hill longer while they develop their own expertise. We would also close the metaphorical revolving door, through which staffers and lawmakers travel to make more money as lobbyists.

The need for campaign finance reform has always been an urgent one.  The quid pro quo of shadow money and special interest campaign financing is at the root of corruption in this country, particularly at the Department of Energy.  When government uses millions of taxpayer dollars to rent a bond hastily acquired and for no clear purpose from a 'party financier', that is the spectre of campaign finance related corruption showing itself.  When construction companies that finance political campaigns to the tune of millions are being awarded public work contracts worth billions under questionable public tendering rules,  that is campaign finance related corruption.  When a branding company that provided 'free' billboards to a political campaign is given the lion's share of billboard and branding contracts

under a new government, we see the spectre of corruption.  And then of course there is the issue of abuse of state resources for campaigning, something we seem to have come full Animal Farm on.

Elon Musk, Solyndra, Fisker, Abound and over a hundred other wire transfers from the Department of Energy were quid-pro-quo payoffs to Obama financiers. The layers of the deals were complex but the money always ended up in the same few pockets.

The Department of Energy has a massive fake due diligence program which spends a hundred times more time and money than any bank undertakes to provide funds. All of that due diligence is a fraud. It is a smoke-screen to provide the appearance of "proper review" when, in each and every case, the funds were covertly already arranged in a back room deal.

All of those people that work on those due diligence efforts must feel like fools. Their work is pointless because the deals were already done in smoke-filled back rooms at Perkins Coie, Wilson Sonsini and Covington Burling lobbyist buildings. All of the Department of Energy staff own the stock of the company that "wins" the government cash and most of them leave the Department of Energy, right after the money is transferred, and go to work at that company or it's suppliers.

It is an EPIC crime!

Now, the need for reform is even more urgent, particularly considering the complexity of how capital moves in an oil and gas economy and the impact of that capital on political decision-making.   (ie: "...One emerging party, for example, has been against renegotiation of the oil contract with Exxon, arguing that we should accept it and guard against exploitative arrangements with future contracts.  When the Department of Energy recently revealed that it had recently hired a US firm to do what should have been done years ago, revise the decades-old Petroleum (Exploration and Production) Act, it was casually revealed that the local firm the US company had partnered with is owned by the Presidential Candidate of the very new party that has – along with the PPP and APNU+AFC – refused to consider contract renegotiation, even in the wake of the damning Global Witness report....")

By breaking the close bonds between lobbyists and congressional offices, lawmakers might become less beholden to the lobbyists' employers — the corporations, unions and special interests that underwrite American politics.

As value is in the eye of the beholder, the something being exchanged for another something may not be equal in value, instead skewed based on one's perspective.

Democrats and their media masters are salivating over now having what they believe is a smoking gun to take down President Trump. Notwithstanding that this must be their hundredth smoking gun, and that each previous one misfired, they are hot on impeachment over this Latin term "quid pro quo."

The Washington Post, happy to let democracy die in darkness while they endeavor to overturn the last presidential election, is giddy over quid pro quo.

In politics, quid pro quo is standard operating procedure. Take campaign contributions, for example. I contribute to Senator X because I want Senator X to support legislation favorable to my business interests. My money, something of value, will be exchanged for a tax break or new regulation, which is usually of greater value to me, as a quid pro quo, and perfectly legal and acceptable.

A bundler for a presidential candidate raises millions of dollars for said candidate. If that candidate wins the presidency, the bundler may have a choice of any number of ambassadorships around the world. The value of the campaign cash is exchanged for a four-year stint living in the American embassy in London or Paris, attending parties and banquets. Something for something.

Members of Congress do the quid pro quo thing amongst themselves all the time. I'll vote for your bill to build a military facility in your district if you support my bill creating an NSA data center in my district. In Congress it's called "horse trading."

What about economic sanctions? The Council on Foreign Relations, also knows as Club Deep State, explains how economic sanctions work.

> Governments and multinational bodies impose economic sanctions to try to alter the strategic decisions of state and nonstate actors that threaten their interests or violate international norms of behavior.

> Economic sanctions are defined as the withdrawal of customary trade and financial relations for foreign- and security-policy purposes.

> Sanctions take a variety of forms, including travel bans, asset freezes, arms embargoes, capital restraints, foreign aid reductions, and trade restrictions.

Quid pro quo, something for something. If you want American money in terms of trade or aide, you had better behave, meaning do as we tell you to do in your political and economic decisions.

Here are a few examples of quid pro quo economic sanctions.

Economic sanctions were put in place against Cuba in 1958. Similar sanctions have been in place against North Korea since the Korean War. Economic sanctions have been in effect against Venezuela since 2015 and Sudan since 1997. These are quid pro quo moves -- behave, give up your nukes, provide human rights, or we will punish you economically. Something for something.

Several of the ladies of the Squad hinted at cutting off aid to Israel after one of the gals was denied

entry to Israel last summer. Presidential candidate Bernie Sanders threatened, "Israel would have to 'fundamentally change' its relationship to Gaza to receive aid if he is elected." Something for something, quid pro quo.

Three Democratic senators wrote a letter to Ukraine's prosecutor general,

> Expressing concern at the closing of four investigations they said were critical to the Mueller probe. In the letter, they implied that their support for U.S. assistance to Ukraine was at stake.

They wanted something for something, quid pro quo.

Then Vice-President Joe Biden, in a now well-known interview, acknowledged, "I looked at them and said: I'm leaving in six hours. If the prosecutor is not fired, you're not getting the money. Well, son of a b-tch. He got fired." Quid pro quo, something for something.

So, what did Trump do? He asked the Ukrainian President to investigate corruption, specifically foreign interference in a U.S. election. Biden was an afterthought in the conversation, but his pay to play corruption is fair game, whether or not he is running for president. Until he secures the Democratic party nomination, he is not Trump's political opponent. What if Bernie or Pocahontas win the nomination?

Trump has a constitutional duty as president to investigate corruption. The U.S. and Ukraine share a treaty ratified in 1999 for "Mutual assistance in criminal matters."

There is also "The United Nations Convention against Corruption" of 2003,  signed by both Ukraine and the U.S. And then finally is President Trump's Executive Order signed in December 2017, "Blocking the property of persons involved in serious human rights abuse or corruption." Note that last word.

Trump is doing his job as president, yet the Democrats and media howl in outrage over a supposed quid pro quo. But something for something is standard operating procedure in Washington, D.C., even to the point of corruption as Joe Biden illustrated in Ukraine, China, and possibly Romania.

The psychologists call this Democratic caterwauling "projection," accusing others of doing what you are guilty of. Trying to impeach President Trump over a quid pro quo would be like impeaching him because he didn't keep a campaign promise, something every elected official, past and present, is guilty of.

354

Since its ruling in Buckley v. Valeo, the U.S. Supreme Court has expressed concern regarding corruption or the appearance of corruption stemming from political quid pro quo arrangements and the deleterious consequences it may have on citizens' democratic behavior. However, no standard has been set as to what constitutes "the appearance of corruption," as the Court was and continues to be vague in its definition. As a result, campaign finance cases after Buckley have relied on public opinion polls as evidence of perceptions of corruption, and these polls indicate that the public generally perceives high levels of corruption in government. The present study investigates the actual impact that perceptions of corruption have on individuals' levels of political participation. Adapting the standard socioeconomic status model developed most fully by Verba and Nie (1972), an extended beta-binomial regression estimated using maximum likelihood is performed, utilizing unique data from the 2009 University of Texas' Money and Politics survey. The results of this study indicate that individuals who perceive higher levels of quid pro quo corruption participate more in politics, on average, than those who perceive lower levels of corruption.

Quid pro quo is not a difficult concept to understand. Too bad the media doesn't endeavor to investigate and explain it. Your politicians don't work for you, they work for their own insider trading stock market holdings for themselves!

This is about a group of U.S. Senators, Silicon Valley Oligarchs, Detroit Oligarchs, Crooked Law Firms and Lobbyists who commit crimes in order to manipulate over a trillion tax dollars into their, and their friends pockets. They use "*stimulus"* funding and tell the public:  "*don't-ask-questions, it's-an-emergency*" as a trick to fool you.

They use media monopoly tricks to try to shut out any other viewpoints. They push manufactured "*emotional trigger*" issues that they believe will get more tax money allocated to "*issue solutions*" that they, and their friends, happen to already own the vaccine, windmill, electric car and battery monopolies for.

They are felons, yet they control some of the offices of the agencies who are supposed to arrest them. Silicon Valley bought K Street lobby firms and U.S. Senators, gave them more 'Dark Money' than history has ever seen and then had giant tech-law firms bribe, hit-job and blockade any attempts to arrest them.

**The U.S. Government hired the Plaintiffs/victims, paid them only part of their money, then defrauded the Plaintiff's by asking them to spend THEIR life savings and years of their time on the government's federal project based on lies and false-promises from government bosses at the White House, Congress and The Department of Energy. Then they took the assets Plaintiffs were asked to invest, plus the money they owed Plaintiffs, and gave it to their friends and financiers at Google, Tesla and other crony operations. When Plaintiffs reported the crimes to the FBI, Congress and the SEC, government officials hired Fusion GPS, Gawker, Gizmodo, Media Matters and other hit-job services to run  "hit-jobs" on Plaintiffs and threaten their lives.**

As a group of domestic citizens, some of the Plaintiffs filed FBI complaints and lawsuits against The Department of Energy and their senior staff along with lawsuits against a rogue Silicon Valley off-shoot of the CIA called "In-Q-Tel". These citizens instigated Congressional corruption investigations and hearings against the most senior members of the State and Federal government.

These actions resulted in the termination of very famous public officials (Steven Chu, Eric Holder, James Comey, etc.) and their crony criminal embezzlement scams. These investigations almost resulted in the President being forced to leave office, mid-term, based on revelations of a massive crony campaign finance kick-back scheme which began to be exposed after the FBI raid of Solyndra.

The director of the FBI was fired for assisting in cover-ups related to this matter.

The Detroit car Cartel oligarchs had written the hard-wired money give-away for Department of Energy ATVM and LGP funds, exclusively for themselves, and wanted the money in exchange for Obama votes of union members.

Silicon Valley oligarchs heard about the deal and wanted half of it for themselves in exchange for web-rigging search engines and media for Obama-votes. In particular: Elon Musk got government money by bribing public officials and stacking hundreds of his friends and shareholders, ie: Steven Chu, Matt Rogers, Steve Westly, Steve Spinner's 'special friend', investor Google's employees, etc. on the staff of the Department of Energy and in the White House. In other words, hundreds of Elon Musk's friends and financiers from Silicon Valley (Mostly from his investor: Google) were placed in the very offices that decided if he got the government funds.

Our team has FBI-class records, financial tracking, emails, stock market relay records and other forensic data that proves the assertions in this book.

The Plaintiffs can swear, warrant, certify and prove these assertions in front of: 1.) Congress in a live Congressional hearing or 2.) in Civil Jury trial, given non-compromised legal backing or 3.) before a Grand Jury criminal hearing.

Musk bribed Senators, bought a President and had his buddies take over most of the Department of Energy. Lithium metals, and other rare earth mining materials, are monopolized by Elon Musk and his Silicon Valley Cartel, in rare-earth corrupt mining scams. Ford and Tesla had insiders (https://forums.tesla.com/forum/forums/tesla-should-partner-somehow-ford )

who kept trying to merge or JV them but the personality clashes kept it from happening. The Detroit Cartel and the Silicon Valley Cartel have cultural differences that always keep them at loggerheads.

The natural-born American domestic group of engineers Plaintiffs were attacked with a $30 million dollar+ retribution/political reprisal program contracted by White House political operatives, and their appointees, who were also the business competitors of the engineers.

The attackers used Fusion GPS-type character assassination smear campaigns (operated by their cronies at Google, Gawker, Gizmodo, Jalopnik and Facebook), NVCA black-listing, Solyndra-

laundering, stone-walling, Lois Lerner-class agency manipulation and search engine rigging. In-Q-Tel turns out to be the only federally financed "*charity*" whose staff are also employed by each of the suspects in this case and who financed the suspects in this case.

It was revealed that White House executives ordered government agencies to harm members of the public and to reprisal with-hold public resources from the public. This was a violation of tort, RICO and anti-trust laws.

*BUT…*

*The victims fought back.*

With the encouragement of members of Congress they used 100% legal tools to interdict the corruption.

Essentially; they helped the United States government sue itself!

**First,** with a unique new kind of pioneering federal lawsuit, victims established — FOR THE FIRST TIME IN LEGAL HISTORY — that political cronyism is a valid basis for a claim of arbitrary-and-capricious agency action under the Administrative Procedure Act. See: Federal Case One, (D.D.C. 2015).

**Second**, they prevailed in the United States Court of Appeals for the District of Columbia Circuit on their appeal of the district court's ruling that an agency may escape judicial review of its action by requesting a voluntary remand but refusing to reconsider its initial denial of an application. See: Case Federal Two, (D.C. Cir. 2017). The Washington DC Circuit agreed with the victims that an agency may only seek a remand if it promises to reconsider its initial decision. It is because of that victory that the government, under court and FOIA orders, is now reviewing  charges filed by Plaintiffs and GAO, FBI, Inspector General and Congressional oversight offices are watching to assure effective ethics and transparency.

**Third**, these cases placed, on permanent public record, one of the most detailed documentation sets, ever assembled, about how modern political "Dark Money" conduits operate. Plaintiffs placed the records an evidence in global repositories and 'torrents' around the globe on public record forever. The legal team hired ex-FBI, CIA and SEC experts to track down covert bank accounts, revolving door bribes, insider stock trades and other payola between the victim's competitors and public officials. This documentation now prevents the use of those kinds of criminal efforts, in the future, by exposing their tactics to the public. This was one of the goals of the case: TO CREATE PERMANENT PUBLIC EXPOSURE OF THIS KIND OF CORRUPTION!

**Fourth**, the victim's team engaged in the interdiction and termination of corrupt agency executives, contractors and their financiers. This included some of the most well-known names in Washington, DC, at the time. Many of them were, and are still being, investigated and surveilled by the FBI, GAO, SEC and Congress.

**Fifth**, and most important, the effort put every corrupt political scheme on notice that they WILL be found out and interdicted!

The bottom line? The victims group WON on every single aspect of their public-interest goals but still have yet to be recompensed for their damages!

Now the "bad guys" have less options to engage in the corruption of our Democracy and the COVID dynamics have made all of them more desperate! Desperate crooks make bigger mistakes!

**The AI software this team helped create can now hunt down every single one of them and report them to every voter in the nation, every regulatory agency, every news outlet and every law enforcement agency.**

**Now with the push of a button on your smart phone or home computer, you can expose the criminals in our Democracy and end corruption!**

# References, Proof And Bibliography

Evidence Package #1 – http://www.majestic111.com

Reprisal List Of State Sponsored Attacks Against Plaintiffs

Damages Calculation Metrics Based On Court And Case Precedents

Related Court Cases List

Disabling Conditions Caused By The Attacks And Frauds

Plaintiffs Character Witness Evidence, Credentials And Work History

Plaintiffs Law Enforcement, Sting Ops And IC Career Credentials

Feature film named "**Omerta**" (provided as web link)

Congressional report on DOE LGP program corruption

https://amgreatness.com/2020/09/14/the-billionaire-backers-of-the-insurrection/

GAO report set on mismanagement of DOE funds by DOE – Rusco

Bright Automotive public letter

https://projects.propublica.org/graphics/afghan

Past litigation goals, public disclosure wins and accomplishments

Aalberts, Robert J. & Marianne M. Jennings. 1999. The Ethics of Slotting: Is this Bribery, Facilitation Marketing or Just Plain Competition? Journal of Business Ethics

Aaronson, S.A. 2011. Limited Partnership: Business, Government, Civil Society and the Public in the Extractive Industries Transparency Initiative. Public Administration & Development

Aaronson, Susan Ariel & M. Rodwan Abouharb. 2014. "Corruption, Conflicts of Interest and the WTO", in Jean-Bernard Auby, Emmanuel Breen & Thomas Perroud eds., Corruption and Conflicts of Interest: A Comparative Law Approach (Edward Elgar)

Aaronson, Susan Ariel. 2014. Does the WTO Help Nations Clean Up? The WTO as an

Anticorruption Counterweight. World Trade Review

Abbink, Klaus & Danila Serra. 2012. "Anticorruption Policies: Lessons from the Lab," in Danila Serra & Leonard Wantchekon, eds., New Advances in Experimental Research on Corruption (Emerald Books)

Abbink, Klaus & Heike Hennig-Schmidt. 2006. Neutral versus Loaded Instructions in a Bribery Game. Experimental Economics

Abbink, Klaus & K. Wu. 2013. Reward Self-Reporting to Deter Corruption: An Experiment on Mitigating Collusive Bribery. Monash University, Discussion Paper

Abbink, Klaus & Matthew Ellman. 2010. The Donor Problem: An Experimental Analysis of Beneficiary Empowerment. Journal of Development Studies

Abbink, Klaus, Bernd Irlenbusch & Elke Renner. 2002. An Experimental Bribery Game. Journal of Law, Economics & Organization

Abbink, Klaus, Utteeyo Dasgupta, Lata Ghanghadaran & Tarun Jain. 2014. Letting the Briber Go Free: An Experiment on Mitigating Harassment Bribes. Journal of Public Economics

Abbink, Klaus. 2004. Staff Rotation as an Anticorruption Policy: An Experimental Study. European Journal of Political Economy

Abbink, Klaus. 2005. "Fair Salaries and the Moral Costs of Corruption," in Kokinov & Boicho eds., Advances in Cognitive Economics (Sofia: NBU Press).

Abbink, Klaus. 2006. "Laboratory Experiments on Corruption," in Susan Rose-Ackerman ed. International Handbook on the Economics of Corruptions (Edward Elgar)

Abbott, Kenneth W. & Duncan Snidal. 2002. "International Action on Bribery and Corruption: Why the Dog Didn't Bark in the WTO", in Daniel M. Kennedy & James D. Southwick eds., The Political Economy of International Trade Law.

Abbott, Kenneth W. & Duncan Snidal. 2002. Values and Interests: International Legalization in the Fight against Corruption. Journal of Legal Studies

Abbott, Kenneth W. 2001. Rule Making in the WTO: Lessons from the Case of Bribery and Corruption. Journal of International Economic Law

Abbott, Kenneth W. 2009. "Fight Against Corruption," in Max Planck Encyclopedia of International Law.

Abdalla, H.F., A.S. Maghrabi & B.G. Raggad. 1998. Assessing the Perceptions of Human

Resource Managers Toward Nepotism: A Cross-Cultural Study. International Journal of Manpower

Abdallah, Sherief, Rasha Sayed, Iyad Rahwan, Brad L. LeVeck, Manuel Cebrian, Alex Rutherford & James H. Fowler. 2014. Corruption Drives the Emergence of Civil Society. Journal of the Royal Society

Abdulai, A.G. 2009. Political Will in Combating Corruption in Developing and Transition Countries: A Comparative Study of Singapore, Hong Kong and Ghana. Journal of Financial Crime

Abed, George T. & Hamid R. Davoodi. 2000. Corruption, Structural Reforms, and Economic Performance in the Transition Economies. IMF Working Paper No. 00/132.

Abed, George T. & Sanjeev Gupta. 2002. Governance, Corruption, and Economic Performance. Washington, D.C.: International Monetary Fund.

Abidin, I.S.Z., M.D. Jantan., N.M. Satar & M. Haseeb. 2014. Trade Linkages between Malaysia and the OIC Member Countries: Empirical Evidence Based on a Gravity Model. American Journal of Applied Sciences

Abiona, I.A. & O. Savage. 2014. Influence of Independent Corrupt Practices and Other Related Offences Commission on Female Civil Servants in Oyo State, Nigeria. Public Policy & Administration Research

Abrams, Norman, Sara Sun Beale & Susan Riva Klein. 2010 Federal Criminal Law and Its Enforcement (5th edition).

Abrams, Norman. 2011. The Distance Imperative: A Different Way of Thinking about Public Official Corruption Investigations/Prosecutions and the Federal Role. Loyola University Chicago Law Journal

Abrate, G., F. Erbetta, G. Fraquelli & D. Vannoni. 2015. The Cost of Corruption in the Italian Solid Waste Industry. Industrial & Corporate Change

Abtidon, A.H. 2015. The Impact of Financial Accountability on Reducing Corruption in Mogadishu Somalia. Academic Research International

Abu, N., M. Karim & M. Aziz. 2015. Corruption, Political Instability and Economic Development in the Economic Community of West African States (ECOWAS): Is There a Causal Relationship? Contemporary Economics

Abu, N., M. Karim & M. Aziz. 2015. Low Savings Rates in the Economic Community of West African States (ECOWAS): The Role of Corruption. Journal of Economic Cooperation and Development

Abu-Shanab, Emad A., Yousra A. Harb & Suhaib Y. Al-Zoubi. 2013. E-Government as an Anti-Corruption Tool: Citizens Perceptions. International Journal of Electronic Governance

Acar, Muhittin & Ugur Emek. 2009. "Preventing Corruption in Turkey: Issues, Instruments, and Institutions", in Gong, T. & S.K. Ma eds., Preventing Corruption in Asia: Institutional Design and Policy Capacity (London: Routledge),

Acconcia, Antonio & Claudia Cantabene. 2008. A Big Push To Deter Corruption: Evidence from Italy. Giornale degli Economisti

Acconcia, Antonio, Giovanni Immordino, Salvatore Piccolo & Patrick Rey. 2009. Accomplice-Witnesses, Organized Crime and Corruption: Theory and Evidence from Italy. (CSEF Working Paper No. 232).

Acconcia, Antonio, Marcello D'Amato & Ricardo Martina. 2003. Corruption and Tax Evasion with Competitive Bribes. (CSEF Working Paper No. 112).

Acconcia, Antonio, Marcello D'Amato & Riccardo Martina. 2010. Tax Evasion and Corruption: Endogenous Deterrence and the Perverse Effects of Fines. Studi Economici

Acemoglu, D., J. Robinson & T. Verdier. 2004. Kleptocracy and Divide-and-Rule: A Model of Personal Rule. Journal of the European Economic Association

Acemoglu, Daron & Thierry Verdier. 1998. Property Rights, Corruption and the Allocation of Talent: A General Equilibrium Approach. The Economic Journal

Ades, Alberto & Rafael Di Tella. 1997. The New Economics of Corruption: A Survey and Some New Results. Political Studies

Afridi, Farzana. 2008. Can Community Monitoring Improve the Accountability of Public Officials? Economic & Political Weekly

Agbiboa, Daniel E. 2012. Between Corruption and Development: The Political Economy of State Robbery in Nigeria. Journal of Business Ethics

Alam, M. Shahid. 1989. Anatomy of Corruption: An Approach to the Political Economy of Underdevelopment. American Journal of Economics and Sociology

Alarcon Lopez, Paola. 2014. Constitutional Design and Political Agency Problems: The Case of Colombia. Con-Texto: Revista de Derecho y Economia

Aleksynka, M. & O. Havrylchyk. 2013. FDI from the South: The Role of Institutional Distance and Natural Resources. European Journal of Political Economy

Alfano, M.R. & A.L. Baraldi. 2015. Is There an Optimal Level of Political Competition in Terms of Economic Growth? Evidence from Italy? European Journal of Law & Economics

Alford, John, Holly Teeters, Daniel S. Ward & Rick K. Wilson. 1994. Overdraft: The Political Cost of Congressional Malfeasance. Journal of Politics

Allen, N. & S. Birch. 2011. Political Conduct and Misconduct: Probing Public Opinion. Parliamentary Affairs

Alt, James E. & David Dryer Lassen. 2003. The Political Economy of Institutions and Corruption in American States, Journal of Theoretical Politics

Alt, James E. & David Dryer Lassen. 2008. Political and Judicial Checks on Corruption: Evidence from American State Governments. Economics & Politics

Amore, Mario Daniele & Morten Bennedsen. 2013. The Value of Local Political Connections in a Low-Corruption Environment. Journal of Financial Economics

Amundsen, Inge. 2013. "'Pay Up and Off You Go!': Buying Political Positions in Bangladesh", in Soreide, Tina & Aled Willams eds., Corruption, Grabbing and Development (Edward Elgar)

Andersen, J.J. & M.L. Ross. 2014. The Big Oil Change: A Closer Look at the Haber-Menaldo Analysis. Comparative Political Studies

Andersen, Jorgen Juel, Niels Johannesen, David Dreyer Lassen & Elena Paltseva. 2014. Petro Rents, Political Institutions, and Hidden Wealth: Evidence from Offshore Bank Accounts.

Anderson, Christopher J. & Yuliya V. Tverdova. 2003. Corruption, Political Allegiances, and Attitudes toward Government in Contemporary Democracies. American Journal of Political Science

Andersson, Staffan & Frank Anechiarico. 2015. "The Political Economy of Conflicts of Interest in an Era of Public-Private Governance" , in Paul M. Heywood ed., The Routledge Handbook of Political Corruption (New York: Routledge)

Andersson, Steffan & Paul M. Heywood. 2009. The Politics of Perception: Use and Abuse of Transparency International's Approach to Measuring Corruption. Political Studies

Andersson, Staffan & Frank Anechiarico. 2015. "The Political Economy of Conflicts of Interest in an Era of Public-Private Governance" , in Paul M. Heywood ed., The

Routledge Handbook of Political Corruption (New York: Routledge)

Andersson, Steffan & Paul M. Heywood. 2009. The Politics of Perception: Use and Abuse of Transparency International's Approach to Measuring Corruption. Political Studies

Andrews, Josephine T. & Gabriella R. Montinola. 2004. Veto Players and the Rule of Law in Emerging Democracies. Comparative Political Studies 37(1)

Andrianova, Svetlana. 2001. Corruption and Reputation. Scottish Journal of Political Economy.

Anduiza, Eva, Aina Gallego & Jordi Munoz. 2013. Turning a Blind Eye: Experimental Evidence of Partisan Bias in Attitudes Toward Corruption. Comparative Political Studies

Ang, Yuen Yuen & Nan Jia. 2013. Perverse Complementarity: Political Connections & the Use of Courts Among Private Firms in China. Journal of Politics

Apaza, Carmen R. 2009. Measuring Governance and Corruption through the Worldwide Governance Indicators: Critiques, Responses, and Ongoing Scholarly Discussion. PS: Political Science & Politics

Apergis, Nicholas, Oguzhan C. Dincer & James E. Payne. 2012. Live Free or Bribe: On the Causal Dynamics between Economic Freedom and Corruption in U.S. States. European Journal of Political Economy

Arnold, Peri E. 2003. "Democracy and Corruption in the 19 th Century United States: Parties 'Spoils' and Political Participation", in Seppo Tiihonen ed., The History of Corruption in Central Government (Oxford: IOS Press).

Asiedu, E. 2006. Foreign Direct Investment in Africa: The Role of Natural Resources, Market Size, Government Policy, Institutions and Political Stability. World Economy

Asongu, Simplice A. & Jacinta Nwachukwu. 2015. A Good Turn Deserves Another: Political Stability, Corruption and Corruption-Control

Atkinson, Michael M. 2011. Discrepancies in Perceptions of Corruption, or Why Is Canada So Corrupt? Political Science Quarterly

Azfar, Omar, Young Lee & Anand Swamy. 2001. The Causes and Consequences of Corruption, Annals of the American Academy of Political and Social Science, Vol. 573, Culture and Development: International Perspectives (Jan., 2001)

Baraldi, A. Laura. 2011. Effects of Electoral Rules, Political Competition and Corruption on the Size and Composition of Government Consumption Spending

Barassi, M. & Y. Zhou. 2012. The Effect of Corruption on FDI: A Parametric and Non-Parametric Analysis. European Journal of Political Economy

Basinger, Scott J. 2013. Scandals and Congressional Elections in the Post-Watergate Era. Political Research Quarterly

Batory, Agnes. 2012. Political Cycles and Organisational Life Cycles: Delegation to Anti-Corruption Agencies in Central Europe. Governance

Baumol, W, 1990. Entrepreneurship: Productive, Unproductive, and Destructive. Journal of Political Economy

Baxter, Andrew T. 1982. Federal Discretion in the Prosecution of Local Political Corruption. Pepperdine Law Review

Beaulieu, E. 2014. From Voter ID to Party ID: How Political Parties Affect Perceptions of Election Fraud in the U.S. Electoral Studies

Becker, Gary. 1968. Crime and Punishment: An economic approach. Journal of Political Economy, Vol 76

Becker, Sascha O., Peter H. Egger & Tobias Seidel. 2009. Common Political Culture: Evidence on Regional Corruption Contagion. European Journal of Political Economy

Becker, Sascha O., Peter H. Egger & Tobias Seidel. 2009. Common Political Culture: Evidence on Regional Corruption Contagion. European Journal of Political Economy

Benabou, Roland & Jean Tirole. 2004. Willpower and Personal Rules. Journal of Political Economy

Benito, B., M. Guillamon & F. Bastida. 2015. Determinants of Urban Political Corruption in Local Governments. Crime, Law & Social Change

Benson, Bruce L. & John Baden. 1985. The Political Economy of Government Corruption: The Logic of Underground Government. Journal of Legal Studies

Besley, Timothy & Robin Burgess. 2001. Political Agency, Government Responsiveness and the Role of the Media. European Economic Review

Bhagwati, Jagdish N. 1982. Directly Unproductive, Profit-Seeking (DUP) Activities. Journal of Political Economy

Bhattacharyya, S. & R. Hodler. 2015. Media Freedom and Democracy in the Fight Against Corruption. European Journal of Political Economy

Bicchieri, Christina & John Duffy. 1997. Corruption Cycles. Political Studies

Bidhya, B. 2004. Thaksin's Model of Government Reform: Prime Ministerialisation Through "A Country is my Company" Approach. Asian Journal of Political Science

Birch, S. & N. Allen. 2015. Judging Politicians: The Role of Political Attentiveness in Shaping How People Evaluate the Ethical Behaviour of Their Leaders. European Journal of Political Research

Birch, S. 2007. Electoral Systems and the Manipulation of Elections. Comparative Political Studies

Bjorvatn, Kjetil & Tina Soreide. 2005. Corruption and Privatization. European Journal of Political Economy

Blake, Charles H. & Christopher G. Martin. 2006. The Dynamics of Political Corruption: Re-Examining the Influence of Democracy. Democratization

Bliss, Christopher & Rafael Di Tella. 1997. Does Competition Kill Corruption? Journal of Political Economy

Blume, L. & S. Voigt. 2011. Does Organizational Design of Supreme Audit Institutions Matter? A Cross-Country Assessment. European Journal of Political Economy

Boerner, Kira & Christa Hainz. 2009. The Political Economy of Corruption and the Role of Economic Opportunities. Economics of Transition

Botero, Sandra, Rodrigo Castro Cornejo, Laura Gamboa, Nara Pavao & David W. Nickerson. 2015. Says Who? An Experiment on Allegations of Corruption and Credibility of Sources. Political Research Quarterly

Bowler, Shaun & Jeffrey A. Karp. 2004. Politicians, Scandals, and Trust in Government. Political Behavior

Bracking, Sarah. 2007. "Political Development and Corruption: Why 'Right Here, Right Now!'?", in Sarah Bracking ed., Corruption and Development: The Anti-Corruption Campaigns

Bracking, Sarah. 2015. "Corruption and Development: The Mutable Edges of Morality in Modern Markets" , in Paul M. Heywood ed., The Routledge Handbook of Political Corruption (New York: Routledge)

Bratsis, P. 2014. Political Corruption in the Age of Transnational Capitalism. Historical Materialism

Breen, M. & R. Gillanders. 2015. Political Trust, Corruption, and the Ratings of the IMF and the World Bank. International Interactions

Brinkerhoff, D.W. 2010. Unpacking the Concept of Political Will to Confront Corruption. Bergen: Chr. Michelsen Institute

Brinkerhoff, Derick W. 2000. Assessing Political Will for Anti-Corruption Efforts: An Analytic Framework. Public Administration & Development

Brollo, Fernanda, Tommaso Nannicini, Roberto Perotti & Guido Tabellini. 2013. The Political Resource Curse. American Economic Review

Brown, D.J., J.S. Earle & S. Gehlbach. 2009. Helping Hand or Grabbing Hand? State Bureaucracy and Privatization Effectiveness. American Political Science Review
Brown, David S., Michael Touchton & Andrew Whitford. 2011. Political Polarization as a Constraint on Corruption: A Cross-National Comparison. World Development

Brown, George D. 2003. New Federalism's Unanswered Question: Who Should Prosecute State and Local Officials for Political Corruption? 60 Wash. & Lee L.

Bukovansky, Mlada. 2006. The Hollowness of Anti-Corruption Discourse, Review of International Political Economy

https://www.oann.com/author-lee-smith-says-president-trumps-enemies-have-launched-a-permanent-coup/

Bull, Martin J. & James L. Newell. 1997. New Avenues in the Study of Political Corruption. Crime, Law & Social Change

http://www.pacer.gov

https://www.thecreepyline.com

https://www.icij.org

https://stopelonfromfailingagain.com

http://vcracket.weebly.com

https://www.transparency.org

Page 368    EXHIBIT 100 – Case # 22-cv-1107-TSH, Norcal 9th District

https://www.judicialwatch.org

https://wikileaks.org

https://causeofaction.org

https://fusion4freedom.com/about-gcf/

http://peterschweizer.com/

http://globalinitiative.net

https://fusion4freedom.com/the-green-corruption-files-archive/

https://propublica.org

https://www.allsides.com/unbiased-balanced-news

http://wearethenewmedia.com

http://ec.europa.eu/anti_fraud/index_en.html

http://gopacnetwork.org/

http://www.iaaca.org/News/

http://www.interpol.int/Crime-areas/Corruption/Corruption

http://www.icac.nsw.gov.au/

http://www.traceinternational.org/

http://www.oge.gov/

https://ogc.commerce.gov/

Page 369    EXHIBIT 100 – Case # 22-cv-1107-TSH, Norcal 9th District

https://anticorruptionact.org/

http://www.anticorruptionintl.org/

https://represent.us/

http://www.giaccentre.org/dealing_with_corruption.php

http://www.acfe.com/

https://www.oas.org/juridico/english/FightCur.html

https://www.opus.com/international-anti-corruption-day-businesses/

https://www.opengovpartnership.org/theme/anti-corruption

https://www.ethicalsystems.org/content/corruption

https://sunlightfoundation.com/

http://www.googletransparencyproject.org/

http://xyzcase.weebly.com

https://en.wikipedia.org/wiki/Angelgate

https://www.opensecrets.org/

https://en.wikipedia.org/wiki/High-Tech_Employee_Antitrust_Litigation

http://www.projectveritasaction.com

***Catch and Kill*** *By Ronan Farrow,*
https://en.wikipedia.org/wiki/Catch_and_Kill:_Lies,_Spies,_and_a_Conspiracy_to_Protect_Predators

369

**Permanent Record** *By Edward Snowden,*  https://www.amazon.com/Permanent-Record-Edward-Snowden/dp/1250237238

**Brotopia** *By Emily Chang,*  http://brotopiabook.com/

**Throw Them All Out** *By Peter Schweizer,*  http://peterschweizer.com/books/throw-them-all-out/

***The Circle** By David Eggers,   https://archive.org/details/circle00dave*

**World Without Mind**  *By Franklin Foer,*  https://www.amazon.com/World-Without-Mind-Existential-Threat/dp/1101981113

**A Journey into the Savage Heart of Silicon Valley** *By Corey Pein,*  https://www.goodreads.com/book/show/35684687-live-work-work-work-die

**Disrupted** *By Dan Lyons,*  https://www.goodreads.com/book/show/26030703-disrupted

**Chaos Monkeys** *By Antonio García Martínez,*  https://www.antoniogarciamartinez.com/chaos-monkeys/

**The Creepy Line** *By Matthew Taylor,*  https://www.thecreepyline.com/

**The Cleantech Crash** *By Leslie Stahl,*  https://www.cbsnews.com/news/cleantech-crash-60-minutes/

**Congress: Trading stock** *By Steve Kroft,*  https://www.cbsnews.com/news/congress-trading-stock-on-inside-information/

Busse, H. & C. Hefeker. 2007. Political Risk, Institutions and Foreign Direct Investment. European Journal of Political Economy

Bussell, Jennifer. 2012. E-Governance and Corruption in the States: Can Technology, Serve the Aam Aadmi? Economic & Political Weekly

Caillieer, J. 2010. Citizen Trust, Political Corruption, and Voting Behavior: Connecting the Dots. Politics & Policy

Callen, M., S. Gulzar, A. Hasanain & Y. Khan. 2013. The Political Economy of Public Employee Absence

Campos, Nauro F. & Francesco Giovannoni. 2007. Lobbying, Corruption and Political Influence. Public Choice

Carlin, R.E., G.J. Love & C. Martinez Gallardo. 2015. Cushioning the Fall: Scandals, Economic Conditions, and Executive Approval. Political Behavior

Cartier-Bresson, Jean. 1997. Corruption Networks, Transaction Security and Illegal Social Exchange. Political Studies

Catterburg, Gabriela & Alejandro Moreno. 2005. The Individual Bases of Political Trust: Trends in New and Established Democracies. International Journal of Public Opinion Research

Chang, Eric C.C. 2005. Electoral Incentives for Political Corruption under Open-List Proportional Representation. Journal of Politics

Chang, Eric C.C., Miriam A. Golden & Seth J. Hill. 2010. Legislative Malfeasance and Political Accountability. World Politics

Charron, Nicholas & Victor Lapuente. 2010. Does Democracy Produce Quality of Government? European Journal of Political Research

Charron, Nicholas. 2009. The Impact of Socio-Political Integration and Press Freedom on Corruption. Journal of Development Studies

Charron, Nicholas. 2015. Do Corruption Measures Have a Perception Problem? Assessing the Relationship Between Experiences and Perceptions of Corruption Among Citizens and Experts. European Political Science Review

Chayes, I., L. Fergusson & J.A. Robinson. 2015. He Who Counts Elects: Economic Elites, Political Elites, and Electoral Fraud. Economics & Politics

Choi, Eunjung & Jongseok Woo. 2010. Political Corruption, Economic Performance, andElectoral Outcomes: A Cross-National Analysis. Contemporary Politics

371

Page 372    EXHIBIT 100 – Case # 22-cv-1107-TSH, Norcal 9th District

Cingano, Frederico & Paolo Pinotti. 2013. Politicians at Work: The Private Returns andSocial Costs of Political Connections. Journal of the European Economic Association

Claessens, S. et al. 2008. Political Connections and Preferential Access to Finance: The Role of Campaign Contributions. Journal of Financial Economics

FBI form 302 reports on this case ( https://content.next.westlaw.com/Document/I5a46ff877ecc11e8a5b3e3d9e23d7429/View/FullText.html?contextData=%28sc.Default%29)

The Solyndra case FBI files ( https://www.judicialwatch.org/corruption-chronicles/fed-audit-confirms-govt-corruption-in-solyndra-deal/ )

Case # 11-CV-2509  ( https://www.cand.uscourts.gov/judges/koh-lucy-h-lhk/in-re-high-tech-employee-antitrust-litigation/  )

Task force case # xyz2020a  ( http://www.case-xyz2020a.com/ )

The DOJ and FTC high tech cases:

https://www.nytimes.com/2020/09/03/us/politics/google-antitrust-justice-department.html

https://www.ftc.gov/news-events/press-releases/2019/02/ftcs-bureau-competition-launches-task-force-monitor-technology

Case # 20-03664 (  https://www.insurancejournal.com/app/uploads/2020/06/brown-v-google.pdf )

Case # 1:12-CV-00774-mms and related cases and fbi/ftc/sec/fec case sub-set reports  ( https://thehill.com/blogs/congress-blog/the-administration/250109-a-case-study-in-pay-to-play-cronyism )

OMERTA FINAL.m4v  (  http://american-corruption.com/OMERTA%20FINAL.m4v )

https://vimeo.com/452233943

Page 373    EXHIBIT 100 – Case # 22-cv-1107-TSH, Norcal 9th District

http://testimony111.com/public/OMERTA_FINAL.m4v

**DELETED** – *The Book: http://deletedbook.com/*

Proof-1: One Set Of Evidence Proving The Assertions   (   http://www.webco22.com/proof )

Proof-2: A Different Evidence Set Repository   (   http://newsplus007.com/   )

Reports: Documents Provided To Law Enforcement And Regulatory Agencies   (
http://testimony111.com/   )

Videos: Broadcast News Video Evidence Proving The Assertions   (   http://newsplus007.com/VIDEOS/
)

Photos, Memes And News Clippings About The Incident   (   http://newsplus007.com/VIDEOS/   )

Submitted To Congressional Investigators   (   http://newsplus007.com/secrets/   )

More News Videos Proving The Assertions Of Organized Crime And Corruption   (
http://evidencevideos.com/   )

The Perps - Who Ran These Crimes? THESE ARE THEIR NAMES!   (
https://newsplus007.com/public/Key_Perpetrators_List_A_For_FBI_And_Investigation_Task_Force.p
df  )

Inside The Google Empire   (   https://www.thecreepyline.com/   )

How Silicon Valley Rips Off Inventors   (   https://www.usinventor.org/   )

Meet Some Of Plaintiffs Investigators   (   http://www.ICIJ.org/   )

The Mobsters of Tech   (   https://vcracket.weebly.com/   )

Investigating Political Corruption   (   http://testimony111.com/   )

Who Does Your Senator Hire To Put Hit Jobs On Political Opposition? (  http://AMERICAN-CORRUPTION.COM/ )

Reports On The Corruption   (  http://AMERICAN-CORRUPTION.COM/  )

*HOW TO END POLITICAL CORRUPTION FOREVER*  (  *http://american-corruption.com/HOW%20THE%20PUBLIC%20IS%20ENDING%20POLITICAL%20CORRUPTION%20FOREVER%202.2.pdf  )*

Costas-Perez, Elena, Albert Sole-Olle & Pilar Sorribas-Navarro. 2012. Corruption Scandals, Voter Information, and Accountability. European Journal of Political Economy

Coviello, Decio & Stefano Gagliarducci. 2010. Building Political Collusion: Evidence from Procurement Auctions. IZA Discussion Papers

Cruz, Cesi & Philip Keefer. 2013. The Organization of Political Parties and the Politics of Bureaucratic Reform. World Bank Policy Research Working Paper

Curini, L. 2015. The Conditional Ideological Inducement to Campaign on Character Valence Issues in Multiparty Systems: The Case of Corruption. Comparative Political Studies

Dahlstrom, Carl, Johannes Lindvall & Bo Rothstein. 2013. Corruption, Bureaucratic Failure, and Social Policy Priorities. Political Studies

Dahlstrom, Carl, Victor Lapuente & Jan Teorell. 2012. The Merit of Meritocratization: Politics, Bureaucracy, and the Institutional Deterrents of Corruption. Political Research Quarterly

Ziblatt, Daniel. 2009. Shaping Democratic Practice and the Causes of Electoral Fraud: Theory and Evidence from Pre-1914 Germany. American Political Science Review

Callen, M. & J.D. Long. 2015. Institutional Corruption and Election Fraud: Evidence from a Field Experiment in Afghanistan. American Economic Review

Goodhand, Jonathan. 2008. Corruption or Consolidating the Peace? The Drugs Economy and Post-Conflict Peacebuilding in Afghanistan. International Peacekeeping

Marquette, Heather. 2011. Donors, State-Building and Corruption: Lessons from Afghanistan and the Implications for Aid Policy. Third World Quarterly

Murtazashvili, J. 2015. Gaming the State: Consequences of Contracting Out State Building in Afghanistan. Central Asian Survey

Singh, D. 2015. Explaining Varieties of Corruption in the Afghan Justice Sector. Journal of Intervention & Statebuilding

Attila, Joseph. 2013. Globalization and Corruption: New Evidence. Oil, Gas & Energy Quarterly

Fox, William. 2009. Adjudicating Bribery and Corruption Issues in International Commercial Arbitration. Journal of Energy & Natural Resources Law

NSA surveillance archives per each perpetrator mentioned herein

FBI surveillance archives per each perpetrator mentioned herein

FSB surveillance archives per each perpetrator mentioned herein

Fredriksson, P.G., H.R.J. Vollebergh & E. Dijkgraaf. 2004. Corruption and Energy Efficiency in OECD Countries: Theory and Evidence. Journal of Environmental Economics & Management

Low, Lucinda & John Davis. 1998. Coping with the Foreign Corrupt Practices Act: A Primer for Energy and Natural Resource Sector. Journal of Energy & Natural Resources Law

# Acknowledgments

**Witnesses, victims and informants are protected by:** https://www.sos.ca.gov/registries/safe-home/  ; Public Domain use rights; Non-Commercial free information rights; Fair Use rights; Freedom of The Press; U.S. First Amendment; SLAPP; United Nations Human Rights Law - Per Amnesty International; GDPR; Privacy Tools At: http://privacytools.io; ACLU; ICIJ investigation group; State and Federal Constitutions; whistle-blower laws.

This book and the public-interest anti-corruption efforts are sponsored, in part, by *The Advanced Voluntary Electronic National Group-Excellence Reinforcement Services.* Their current core mission is to terminate, 100% legally, every criminally corrupt oligarch (and the politicians they own) in Silicon

Valley! They have been accomplishing this with an ad hoc CIA/FBI-type *team* of reporters, intelligence officers, FBI agents, lawyers, forensic researchers, AI corruption-hunting engines, private investigators and any member of the public that wishes to join the crowd-sourced research efforts. They have already terminated; caused the indictments or arrests of; and filed cases against; over 150 well-known public officials, oligarchs and their covert operatives.

They write DEA-6 draft reports, FBI 302 pre-interview draft reports, lawsuits, case files and related law enforcement preparation materials and submit those to all jurisdictional agencies with transparency-protection copies to all related interested agencies and parties. They file "*Criminal case referrals*" and "*Demands For Arrest*" with the FBI. They file cases with the FEC, SEC, OSC, GAO, DOJ, FTC and Congressional Investigation Committees. They have the legal authority, and training, to citizen-arrest any corrupt party, at any time, and in any location, for remand to the FBI or State Police. They sue corrupt entities in large public-interest law suits. They conduct mole surveillance within corrupt organizations for the preparation of case materials. They monitor each corrupt person with the skill and exactitude of the NSA or CIA supported by millions of average citizens. They are one of the most novel and *effective* anti-corruption entities in the world. They always get their target!

ICIJ, ACLU, Transparency International, ProPublica, Reddit Users, Voat Users, Sunlight Foundation, Judicial Watch, Cause Of Action and hundreds of other organizations, and their members, have assisted in this investigation. Every member of the public is encouraged to learn forensic investigative techniques and technologies online and deeply monitor and investigate the suspects listed in this document.