Page 1    EXHIBIT 101 – Case # 22-cv-1107-TSH, Norcal 9th District



# How Insane Silicon Valley Oligarchs Took Over The Government And Bought Most Of The U.S. Senators

Revision 5

Print a lovely hardbound version of this book for your coffee table, or as a holiday gift for friends, family, neighbors or elected officials. Just upload this PDF to E-Book printing services like: http://www.kinkos.com  or  http://www.lulu.com  or  http://www.thebookpatch.com  or http://www.ondemandbooks.com  , or any other books-on-demand site, and print out and share the knowledge.  Please promote the book on your social media.



# Table of Contents

Forward................................................................................................................5
Coup – *Coup d'état:* Definition.........................................................................7
Smedley and Franklin: The Business Plot, The First Try - 1934.......................17
An American Coup d'État?..................................................................................17
    The General....................................................................................................18
    The Plot............................................................................................................19
    The News Media Downplays The Plot...........................................................23
    Why Is The Plot So Poorly Known?...............................................................25
The Business Plot: Silicon Valley Redux, The Next Try – 2007 to 2016.............
...........................................................................................................................34
    The Kick-backs................................................................................................37
A Goat Named "Aneer".......................................................................................44
    Cowboys and Indium:......................................................................................46
    The future of Silicon Valley may lie in the mountains of Afghanistan............48
    Jockeying for position.....................................................................................52
    The Audacity of Scope....................................................................................53
    "AFGHANISTAN IS THE SAUDI ARABIA OF LITHIUM":......................56
    Lithium Ion Batteries and Organized Crime...................................................87
    Russian Organized Crime Bosses & Steven Chu Cash:..................................94
    Alexey Mordashov..........................................................................................97
    Boris G. Zingarevich.....................................................................................104
    Afghanistan- In The Beginning. First for oil, then for batteries...................116
    How To Fix Washington, DC:........................................................................122
The Players: The Dark Side...............................................................................140
    Steven Chu.....................................................................................................143
    The Hand Of Detroit......................................................................................158
    Elon Musk......................................................................................................169
    Tesla Motors and the Road To Corruption....................................................204
    Eric Holder.....................................................................................................210
    Eric Schmidt..................................................................................................216
    John Doerr......................................................................................................267
    Senator Dianne Feinstein and the California Corruption Connection.............274
    The California Kick-Back Payola Team..........................................................277
The Players: Collateral Damage........................................................................286

Bright Automotive.................................................................................................................287
A case study in pay-to-play cronyism....................................................................................291
Strange Deaths.......................................................................................................................293
10 Cover-ups That Just Made Things Worse..........................................................................306
The Players: The Ones Who Exposed It..................................................................................317
Enabling Corruption: The lives and upbringing of the Silicon Valley Rape-Culture boys...................326
The Psychology of The Billionaire: Why so many of them are Sociopaths......................................335
Misusing the spy agencies for personal profiteering...............................................................340
How The White House Has You "Killed":.................................................................................350
Payback Politics: How taxpayer resources were used to attack and destroy competitors and reporters who tried to tell police about the crimes........................................................................361
Anatomy of A White House "Hit Job"....................................................................................361
The Venture Capital Mafia Operates Just Like the Old Mafia.........................................................396
 A Flash Of Evil Genius............................................................................................................454
Summary.................................................................................................................................496
What Next?...............................................................................................................................501
Cleantech Karma: The Take-downs...........................................................................................502
As a member of the public, you can do the following:................................................................507
Appendix 1................................................................................................................................511
Department of Energy Contractors Suspected of Manipulating Funding Reviews For The Silicon Valley Cartel.....................................................................................................................512
Report Corruption In This Case..............................................................................................539
Be Aware of the following opposition tactics….........................................................................540
Additional Evidence and Source Links.....................................................................................544
The Applicants. The Screwers and the Screwees........................................................................561

# .Forward

This book details a modern organized crime effort, conducted by employees of the U.S. Government, and organized by oligarch sociopath Silicon Valley billionaires.

It details historical and sociological events which led to the crimes, the players who engaged in the crimes and the tactics they employed to engage in those crimes with taxpayer money and resources.

Silicon Valley Campaign financiers, White House Staff, Investment bankers (led by Goldman Sachs), and state, and federal, agency appointees executed the scheme.

The tools for the exploitation included Afghan War profiteering, green-washing the public with feel-good smoke-screens about "clean" investments that were actually dirty corruption scams, the auto industry and Silicon Valley technology collusion.

The losses, to date, include over six trillion dollars of taxpayer funds, lives, the loss of domestic innovation and the loss of public policy credibility.

So far, law enforcement, and the justice system, have been, either, ordered to take no action, or blockaded from taking any action. Vast sets of hard evidence, which provide incontrovertible proof of the crimes, has been submitted to those agencies but still, none of the victims have received justice.

This book is authored by Internet users in wiki-form, as well as each listed sub-item author, and references thousands of sources of facts. The main rule, for contributors, is that every charge, or implication must be backed-up by, at least 100 points of evidence and source links. Those evidence points must stand up in federal court, open public hearings before a Special Prosecutor and un-biased public investigation.

The purpose of this book is to document the crimes so that no society may, again, allow an extreme, and disturbed, few to corrupt and circumvent the rights of the many.



# .Coup – *Coup d'état:* Definition

From Wikipedia, the free encyclopedia

For other uses, see Coup d'état (disambiguation).

"Coup" redirects here. For other uses, see Coup (disambiguation).

A ***coup d'état*** (/ˌkuː deɪˈtɑː/ ▪ listen (help·info); French: [ku deta], literally "blow of state"; plural: *coups d'état*, pronounced like the singular form), also known simply as a **coup** (/ˌkuː/), or an **overthrow**, is the sudden and illegal seizure of a state,[1][2][3] usually instigated by a small group of the existing government establishment to depose the established regime and replace it with a new ruling body. A coup d'état is considered successful when the usurpers establish their dominance. If a coup fails, a civil war may ensue.

A coup d'état typically uses the extant government's power to assume political control of a country. In *Coup d'État: A Practical Handbook,* military historian Edward Luttwak states that a coup "consists of the infiltration of a small, but critical, segment of the state apparatus, which is then used to displace the government from its control of the remainder".[4] The armed forces, whether military or paramilitary, can be a defining factor of a coup d'état.

Etymology

The phrase *coup d'État* (French pronunciation: [ku deta]) is French, literally meaning a "stroke of state" or "blow against the state". In French the word "État", denoting a sovereign political entity, is capitalized.[5]

Although the coup d'état has featured in politics since antiquity, the phrase is of relatively recent coinage;[6] the *Oxford English Dictionary* identifies it as a French expression meaning a "stroke of State". The phrase did not appear within an English text before the nineteenth century except when used in translation of a French source, there being no simple phrase in English to convey the contextualized idea of a "knockout blow to the existing administration within a state".

One early use within text translated from French was in 1785, in a printed translation of a letter from a French merchant, commenting on an arbitrary decree or "arrêt" issued by the French king, restricting the import of British wool.[7] What may be its first published use within a text *composed* in English, is

in an editor's note in the London *Morning Chronicle*, 7 January 1802, reporting the arrest by Napoleon in France, of Moreau, Berthier, Masséna, and Bernadotte:

There was a report in circulation yesterday of a sort of *coup d'état* having taken place in France, in consequence of some formidable conspiracy against the existing government.

In post-Revolutionary France, the phrase came to be used to describe the various murders by Napoleon's hated secret police, the Gens d'Armes d'Elite, who murdered the Duke of Enghien:

...the actors in torture, the distributors of the poisoning draughts, and the secret executioners of those unfortunate individuals or families, whom Bonaparte's measures of safety require to remove. In what revolutionary tyrants call *grand*[s] *coups d'état*, as butchering, or poisoning, or drowning, *en masse*, they are exclusively employed.[8]

Since an unsuccessful coup d'état in 1920 (the Kapp Putsch), the Swiss-German word *Putsch* (pronounced [pʊtʃ], coined for the Züriputsch of 1839), also denotes the same politico-military actions. [*citation needed*]

Usage of the phrase

Politically, a coup d'état is a usually violent method of political engineering,[*citation needed*] which affects who rules in the government, without radical changes in the form of the government, the political system. Tactically, a coup d'état involves control by an active minority of usurpers who block the remaining (non-participant) defenders of the state's possible defence of the attacked government, by capturing or expelling the politico-military leaders and seizing physical control of the country's key government offices, communications media, and infrastructure.

In looser usage, as in intelligence coup or boardroom coup, the term simply refers to gaining a sudden advantage on a rival.

Pronunciamiento

Main article: Pronunciamiento

*Pronunciamiento* ("pronouncement") is a term of Spanish and Latin-American origin for a special type of coup d'état. The coup d'état (called *golpe de Estado* in Spanish) was more common in Spain and South America, while the *pronunciamiento* was more common in Central America. The *pronunciamiento* is the formal explanation for deposing the regnant government, justifying the

installation of the new government that was effected with the *golpe de Estado*. In a coup it is the military, paramilitary, or opposing political faction that deposes the current government and assumes power, whereas in the *pronunciamiento* the military deposes the existing government and installs an (ostensibly) civilian government.[9]

History

Further information: List of coups d'état and coup attempts and List of coups d'état and coup attempts by country

Variations of coups d'état have been among the most common forms of governmental transition, though they have declined worldwide; nowadays they are most common in Africa. Between 1952 and 2000, 33 countries experienced 85 such depositions, with West Africa having the most (42), largely against civil regimes. 27 were against military regimes and in 5 were the deposed incumbents killed.[10]

Types

Political scientist Samuel P. Huntington identified three types of coup d'état, which correspond to the role the military plays in three different types of praetorian society".[11] As society changes, so does the role of the military. In the world of oligarchy, the soldier is a radical; in the middle class he is a participant and arbiter; as the "mass society looms on the horizon he becomes the conservative guardian of the existing order" (p. 221).

Breakthrough coups

In breakthrough coups, the soldier plays the role of "reformer", moving the society from "Oligarchical to Radical Praetorianism" (p. 198). "In oligarchical praetorianism the dominant social forces are landowners, the leading clergy, and the wielders of the sword". In "radical" society, the middle-class is an important social and political class. The shift toward "radical" society take the form of slow evolution, or a "breakthrough" to middle-class political participation may be led by civilian intelligentsia (p. 200). A breakthrough to radical praetorianism (in which the military plays an important role among the middle class who govern) may occur when middle-class officers dislodge the civilian intelligentsia who led the breakthrough, or the military may take power directly from the absolute monarchy or the oligarchs in a military coup (p. 201).

Examples include:

Brazil 1889

Thailand 1932

Egypt 1952 (p. 202)

Syria 1949

Iraq 1958

Pakistan 1958

Burma 1958 (p. 203)

Bolivia 1936

Guatemala 1944 (p. 206)

El Salvador 1948 (p. 207)

Chile 1924 (p. 208)

Turkey 1980 (p. 209)

Egypt 2013

Arbiter coups

Arbiter coups: In this type of coup, society is in the stage of "radical praetorianism", meaning that the praetorian society is in the "middle stages in the expansion of political participation" (p. 209) - the middle-class (including the military) are actively involved in politics, but the masses are not regularly politically mobilized. This type of society often follows the breakthrough coup, which "clears the way for the entry of other middle-class elements into politics" (p. 209). In radical praetorian society, various middle-class groups may act against one another in riots or demonstrations, and the military will step in with a military coup to re-establish order and "halt the rabid mobilization of social forces into politics and into the streets…to defuse the explosive political situation" (p. 216).

Examples include:

Peru 1962

Haiti 1946

Venezuela 1958 (p. 214)

Bolivia 1964 (p. 215)

Burma 1962 (p. 217)

Veto coup d'état

**Veto coup d'état**: occurs when the army vetoes the people's mass participation and social mobilisation in governing themselves. "Military interventions of this "veto" variety thus directly reflect increasing lower-class political participation in politics" (p. 222). In "veto coups" the soldier plays the role of "guardian of the existing order" (p. 221). In such a case, the army confronts and suppresses large-scale, broad-based civil opposition.

Examples include:

Argentina 1930

Chile 1973

Peru 1962

Guatemala 1963

Ecuador 1963

Honduras 1963 (p. 223)

Turkey 1960

Indonesia 1965 (p. 224)

Brazil 1964 (p. 233)

Other types

Some later writers, such as Justin Ames, have described Huntington's framework as including three types: breakthrough, guardian, and veto (thus ignoring the Arbiter category and dividing the third category into two) and have ascribed patterns to those coups, such as that breakthrough coups are led by junior officers. However, some of the breakthrough coups described by Huntington were led by generals.

In a **bloodless coup d'état**, the threat of violence suffices to depose the incumbent. In 1889, Brazil became a republic via *bloodless coup*; in 1999, Pervez Musharraf assumed power in Pakistan via a *bloodless coup*; and, in 2006, Sonthi Boonyaratglin assumed power in Thailand as the leader of the Council for Democratic Reform under Constitutional Monarchy.

The **self-coup** denotes an incumbent government – aided and abetted by the military – assuming extra-constitutional powers. A historical example is President, then Emperor, Louis Napoléon Bonaparte. Modern examples include Alberto Fujimori, in Peru, who, although elected, temporarily suspended the legislature and the judiciary in 1992, becoming an authoritarian ruler, and King Gyanendra's assumption of "emergency powers" in Nepal. Another form of self-coup is when a government, having been defeated in an election, refuses to step down.

Resistance to coups d'état

Many coups d'état, even if initially successful in seizing centres of state power, are actively opposed by certain segments of society or by the international community. Opposition can take several forms, including an attempted counter-coup by sections of the armed forces, international isolation of the new regime, and military intervention.

Sometimes opposition takes the form of civil resistance, in which the coup is met with mass demonstrations from the population generally, and disobedience among civil servants and members of the armed forces. Cases in which civil resistance played a significant part in defeating armed coups d'état include: the Kornilov Putsch in Russia in August 1917; the Kapp Putsch in Berlin in March 1920; and the Generals' Revolt in Algiers in April 1961.[12] The coup in the Soviet Union on 19–21 August 1991 is another case in which civil resistance was part of an effective opposition to a coup: Boris Yeltsin, President of the Russian Soviet Federative Socialist Republic, stood on top of a tank in the centre of Moscow and urged people to refuse cooperation with the coup.

Governments following military coups

After the coup d'état, the military faces the matter of what type of government to establish. In Latin America, it was common for the post-coup government to be led by a junta, a committee of the chiefs of staff of the armed forces. A common form of African post-coup government is the revolutionary assembly, a quasi-legislative body elected by the army. In Pakistan, the military leader typically assumes the title of chief martial law administrator.

According to Huntington, most leaders of a coup d'état act under the concept of *right orders*: they believe that the best resolution of the country's problems is merely *to issue correct orders*. This view of government underestimates the difficulty of implementing government policy, and the degree of

political resistance to certain correct orders. It presupposes that everyone who matters in the country shares a single, common interest, and that the only question is *how* to pursue that single, common interest.

Current leaders who assumed power via *coups d'état*

| Title | Name | Assumed power | Replaced | Country | Coup d'état |
|---|---|---|---|---|---|
| Sultan | Qaboos bin Said al Said[13][1] | 23 July 1970 | Said bin Taimur | 🇴🇲 Oman | 1970 Omani coup d'état |
| President | Teodoro Obiang Nguema Mbasogo | 3 August 1979 | Francisco Macías Nguema | 🇬🇶 Equatorial Guinea | 1979 Equatoguinean coup d'état |
| President | Yoweri Museveni | 29 January 1986 | Tito Okello | 🇺🇬 Uganda | Ugandan Bush War |
| President | Omar al-Bashir | 30 June 1989 | Sadiq al-Mahdi | 🇸🇩 Sudan | 1989 Sudanese coup d'état |
| President | Idriss Déby | 2 December 1990 | Hissène Habré | 🇹🇩 Chad | 1990 Chadian revolution |
| President | Isaias Afwerki | 27 April 1991[2] | Mengistu Haile Mariam | 🇪🇷 Eritrea | Eritrean War for Independence |
| President | Yahya Jammeh[14][3] | 22 July 1994 | Dawda Jawara | 🇬🇲 The Gambia | 1994 Gambian coup d'état |
| Prime Minister | Hun Sen | August 1997 | Norodom Ranariddh | 🇰🇭 Cambodia | 1997 Cambodian coup d'état |
| President | Denis Sassou | 25 October | Pascal Lissouba | 🇨🇬 Republic of | Republic of the |

|  | Nguesso | 1997 |  | the Congo | Congo Civil War |
|---|---|---|---|---|---|
| Prime Minister | Frank Bainimarama | 5 December 2006 | Laisenia Qarase | Fiji | 2006 Fijian coup d'état |
| President | Mohamed Ould Abdel Aziz4 | 6 August 2008 | Sidi Ould Cheikh Abdallahi | Mauritania | 2008 Mauritanian coup d'état |
| Prime Minister | Prayuth Chan-ocha | 22 May 2014 | Niwatthamrong Boonsongpaisan5 | Thailand | 2014 Thai coup d'état |
| President of the Revolutionary Committee | Mohammed Ali al-Houthi | 6 February 2015 | Abd Rabbuh Mansur Hadi6 | Yemen | 2014–15 Yemeni coup d'état |

1Monarch who overthrew his father in a bloodless palace coup.

2As head of Provisional Government of Eritrea, which declared independence 24 May 1993.

3Subsequently confirmed in office by an apparently free and fair election.

4Subsequently confirmed by a narrow margin in the 2009 Mauritanian presidential election, which was deemed "satisfactory" by international observers.

5Acting Prime Minister at that time.

6Hadi resigned on 22 January 2015.

Other uses of the term

The coup d'état is commonly used in Australia to describe the events of Thursday morning on June 24, 2010, when the Australian Prime Minister Kevin Rudd was ousted and replaced by his deputy, Ms Julia Gillard.[15][16]

**The term has also been used in a corporate context more specifically as *boardroom coup*. CEOs that have been sacked by behind-the-scenes maneuvering include Robert Stempel of General Motors (1992)[17][18] and John Akers of IBM (1993).[19][20]**

**Steve Jobs attempted management coups twice at Apple, Inc.; first in 1985 when he unsuccessfully tried to oust John Sculley and then again in 1997, which successfully forced Gil Amelio to resign.[21][22]**

South Korean recording artist G-Dragon also published an album with this title, Coup d'Etat (G-Dragon

album) complete with a title track of the same name.

See also

    Assassination

    Civil-military relations

    Contrast with civilian control of the military

    Coup de main

    Dictatorship

    Kleptocracy

    Leadership spill

    List of coups d'état and coup attempts

    List of coups d'état and coup attempts by country

    List of fictional revolutions and coups

    List of protective service agencies

    Military dictatorship

    Political corruption

    Political warfare

    Sabotage

    Seven Days in May

# .Smedley and Franklin: The Business Plot, The First Try - 1934

The first time this type of Coup was attempted in Washington, DC.

http://whatreallyhappened.com/WRHARTICLES/coup.html

# .An American Coup d'État?

An attempted American coup d'etat: 1934.

An attempted coup d'etat censored out of our history books, courtesy of corporate America, but not supported by the military, so European fascism didn't happen that time. Fascism has to have the support of both corporate power and will and military/police power and obedience together or it doesn't happen. Watch out America; the Pentagon and the Multinationals are already in allignment and have instituted Friendly Fascism outside our borders already; just ask Afghanistanis, Iraqis, Iranians, Colombians, Nicaraguans and the rest of the exploited and raped third world and the suffering poor in our own American ghettos and concentration camps.

By Gary G. Kohls, MD 1306 E. 8th St, Duluth, MN 55805

### An American Coup d'État?

Some Americans regard our country as superior to other nations because we don't change governments by coup d'état -- and we never have. Perhaps because of our long tradition of power changing hands by election, we regard our nation as immune to the use of force for political purposes. True, assassins have killed four of our Presidents, but these deaths did not lead to turmoil and chaos; the government followed well-established procedures for transferring control to the men previously elected Vice President. Unlike other nations where assassination often leads to civil war, the United States has avoided this.

How different is America from nations where political power comes quite

directly "from the barrel of a gun"? A curious footnote to American history suggests that, except for the personal integrity of a remarkable American general, a coup d'état intended to remove President Franklin D. Roosevelt from office in 1934 might have plunged America into civil war.

.

## The General

This remarkable man was Smedley Darlington Butler, retired U.S. Marine Corps Major General. Butler is the sort of person for whom the word "colorful" is woefully inadequate. Butler won America's highest military award for bravery (the Congressional Medal of Honor) twice. His style of warfare was unusual not only for his personal courage, but for the energy he put into avoiding bloodshed when it was possible to achieve his aims in other ways. Not surprisingly, this engendered a remarkable loyalty among the men who served under him -- and that loyalty was why certain men asked Butler to lead a military attack on Washington, D.C., with the goal of capturing President Roosevelt.

Butler was more than a remarkable soldier. He served as police commissioner of Philadelphia during 1924-25 (on loan from the Marines), in an attempt to enforce Prohibition. While the effort was a failure, his insistence on enforcing the law against wealthy partygoers as well as poor immigrants established his reputation as a man of high integrity. He was not universally loved, but he was widely respected.

Butler is best remembered today for his oft-quoted statement in the socialist newspaper Common Sense in 1935:

I helped make Mexico and especially Tampico safe for American oil interests in 1914. I helped make Haiti and Cuba a decent place for the National City Bank boys to collect revenues in. I helped in the raping of half a dozen Central American republics for the benefit of Wall Street. The record of racketeering is long. I helped purify Nicaragua for the international banking house of Brown Brothers in 1909-12. I brought light to the Dominican Republic for American sugar interests in 1916. I helped make Honduras "right" for American fruit companies in 1903. In China in 1927 I helped see to it that Standard Oil went its way unmolested.... Looking back on it, I felt I might have given Al Capone a few hints. The best he could do was to operate his racket in three city districts. We Marines operated on three

continents.

In War Is A Racket, Butler argued for a powerful navy, but one prohibited from traveling more than 200 miles from the U.S. coastline. Military aircraft could travel no more than 500 miles from the U.S. coast, and the army would be prohibited from leaving the United States. Butler also proposed that all workers in defense industries, from the lowest laborer to the highest executive, be limited to "$30 a month, the same wage as the lads in the trenches get." He also proposed that a declaration of war should be passed by a plebiscite in which only those subject to conscription would be eligible to vote.

>From 1935 through 1937, Butler was a spokesman for the League Against War and Fascism, a Communist-dominated organization of the time. He also participated in the Third U.S. Congress Against War and Fascism, sharing the platform with well-known leftists of the era, including Langston Hughes, Heywood Broun, and Roger Baldwin. When the Spanish Civil War (1936-39) threatened the collapse of the Soviet-supported Spanish government, the League's pacifism evaporated, and they supported intervention. Butler, however, remained true to his belief in non-interventionism: "What the hell is it our business what's going on in Spain?" But before Butler became involved in these causes, he had already exposed a fascist plot against his own government.

.

## The Plot

Butler had friends in the press and Congress, so he could not be ignored when he came forward in late 1934 with a tale of conspiracy against President Roosevelt, in which he had been asked to take a leading role. At first glance, Butler seems an unlikely candidate for such a position. While Butler was a Republican, in 1932 he campaigned for Roosevelt, calling himself a "Republican-for-Ex-President Hoover." (Butler had a poor relationship with Hoover going back to their time together during the Boxer Rebellion.)

But there were good reasons why someone seeking to overthrow the U.S. government would have wanted Butler involved. Butler was a powerful symbol to many American soldiers and veterans -- an enlisted man's general, one

that spoke out for their interests while on active duty, and after retirement. Butler would have attracted men to his cause that would not otherwise have participated in a march on Washington.

Butler would have been a good choice also because of his military skills. His personal courage and tactical skill would have made him a powerful commander of an irregular army. Finally, his ties of friendship to many officers still on active duty might have undermined military opposition to his force, as friends and colleagues sought to avoid a direct confrontation with him.

Another reason that the plotters might have approached such an unlikely candidate was that Butler was not regarded as a great intellect. After World War I, the Marine Corps had began to emphasize a new college-educated professionalism. Butler, one of the less educated "bushwhacker" generals, might have seemed easy to manipulate.

Butler testified that bond trader Gerald MacGuire had approached him in the summer of 1933. MacGuire claimed to represent wealthy Wall Street broker Grayson Murphy, Singer sewing machine heir Robert Sterling Clark, and other unnamed men of wealth. They asked Butler to speak publicly on behalf of the gold standard, recently abandoned by President Roosevelt. MacGuire's rationale for why Butler should ally himself with the gold standard cause was that the veterans of World War I were due a bonus in 1945. As MacGuire told Butler, "We want to see the soldiers' bonus paid in gold. We do not want the soldier to have rubber money or paper money."

It appears that the plotters underestimated Butler's intelligence and character. When this explanation failed to persuade Butler, MacGuire and Clark offered him money, abandoning any pretense of civic-mindness. Butler's sense of honor prevented him from speaking in favor of any policy for mercenary reasons.

MacGuire eventually told Butler their real goal. MacGuire asked Butler to lead an army of 500,000 veterans in a march on Washington, D.C. The stated mission was to protect Roosevelt from other plotters, and install a "secretary of general welfare" to "take all the worries and details off of his shoulders." But Butler saw through their supposed concern for Roosevelt. He testified before Congress that he told MacGuire:

[M]y interest is, my one hobby is, maintaining a democracy. If you get these

500,000 soldiers advocating anything smelling of Fascism, I am going to get 500,000 more and lick the hell out of you, and we will have a real war right at home..

Yes; and then you will put somebody in there you can run; is that the idea? The President will go around and christen babies and dedicate bridges, and kiss children. Mr. Roosevelt will never agree to that himself.

Butler eventually deduced that the real goal was a coup d'état to take Roosevelt captive, and force reinstatement of the gold standard, the loss of which many wealthy Americans feared would lead to rapid inflation. The plotters would keep Roosevelt as a figurehead until he could be "encouraged" to retire.

That MacGuire had significant financial backing behind him seems clear, considering the substantial bank savings books he showed to Butler. What remains unclear is whether the names MacGuire dropped (other than Robert Sterling Clark) were really involved, or whether MacGuire was a con man.

MacGuire's claims and financial resources alone did not convince Butler that such a conspiracy actually existed. The fulfillment of a series of startling predictions by MacGuire did finally persuade Butler that there was more than just hot air involved. MacGuire knew in advance of significant personnel changes in the White House. He correctly predicted the formation of the American Liberty League (the major conservative opposition to Roosevelt), and the principal players in it. Especially disturbing was that many of the supposed backers of the plot were also members of the League. MacGuire's claim that the League ("villagers in the opera" of the scheme, in MacGuire's words) was part of the plot could not be easily dismissed.

The American Liberty League was a successor to the highly successful Association Against the Prohibition Amendment, the lobbying organization responsible for the repeal of the "Noble Experiment." From its formation in 1918 until 1926, the AAPA made little progress, at least partly because it had little money. But in 1926, money poured into the AAPA from some of America's wealthiest men, including Pierre, Irenee, and Lammot du Pont, John J. Raskob, and Charles H. Sabin. The AAPA spent its new found wealth on distribution of literature, and on the formation of a bewildering number of associated organizations. These associated organizations gave the impression of a grassroots movement, rather than a collection of millionaires feeding press releases to friendly newspapers. The AAPA also rapidly took control of

the Democratic Party, with one of their supporters, Al Smith, receiving the
1928 Democratic Presidential nomination. While AAPA had powerful friends
within the Republican Party, they never achieved control of it.

The AAPA's motivations were a mixture of idealism and pragmatism. The stated
concern was that Prohibition had done serious damage to the principle of
federalism -- that the federal government's authority did not include the
police powers used to enforce Prohibition. But it appears that this was not
the only motivation, or even the reason most important to the men who funded
the AAPA. Like many other Americans, these business leaders "found
themselves unable to gratify what seemed a natural, more or less innocent,
desire without breaking a law" (i.e., the consumption of alcoholic
beverages). To suddenly find themselves among the criminal classes was not
pleasant to a group who had always thought of themselves as law-abiding and
respectable members of American society. There is also strong evidence that
the backers of the AAPA saw Repeal as a method of reducing income and
corporate taxes, by taxing alcoholic beverages instead.

The AAPA went out of business at the end of 1933, with the end of
Prohibition. But within a year, from the same offices, with most of the same
backers, many of the same employees, and much of the same style, it
reappeared as the American Liberty League. Throughout the next six years, it
led the fight against the New Deal, arguing that much of Roosevelt's program
was contrary to the letter and spirit of the Constitution. In an age when
Hitler and Mussolini had commandeered extraordinary economic powers, the
fears that the American Liberty League expressed about Roosevelt's vaguely
similar gathering of economic power could not be summarily dismissed.

The League, in spite of its impressive resources, was rapidly made to appear
"ridiculous or dangerous" or both by the Roosevelt Administration. Most
importantly, the leadership of the League was largely rich men. The
Depression-era gap between rich and poor had become too wide, too obvious,
and too painful for the League to be credible to the majority of Americans.
Butler's testimony before Congress claimed that some of the people
associated with the League were the very ones that had approached him --
including Grayson Murphy, the League's treasurer.

In the depths of the Great Depression, in that nadir of despair before
Roosevelt gave his stirring first inaugural address in 1933, America was
awash in political groups identifying in greater or lesser degrees with
communism or fascism. Rep. Samuel Dickstein (D-NY), concerned about the

threat of such groups, persuaded the House of Representatives to create the Special Committee to Investigate Nazi Propaganda Activities in the United States. This committee investigated Butler's charges in late 1934.

MacGuire, not surprisingly, denied that such a plot existed. Instead, he claimed his activities had been political lobbying to preserve the gold standard, but he quickly destroyed his credibility as a witness by giving contradictory testimony. While the final report agreed with Butler that there was evidence of a coup d'état plot against Roosevelt, no further action was taken on it. The Committee's authority to subpoena witnesses expired at the end of 1934, and the Justice Department started no criminal investigation.

Part of the reason for the lack of prosecution of the alleged plotters may have been the untimely death of the only man who could have testified against the rest: Gerald MacGuire. He died at age 37 from complications of pneumonia, less than a month after the Committee released its report. MacGuire's physician claimed that his death was partly the result of the stress of the charges made by Butler, but there is no reason to assume that MacGuire's death was in any way suspicious.

The Committee's report excluded many of the most embarrassing names given by MacGuire, and repeated by Butler. MacGuire had claimed that 1928 Democratic President candidate Al Smith, General Hugh Johnson (head of Roosevelt's National Recovery Administration), General Douglas MacArthur, and a number of other generals and admirals were privy to the plot. Since Butler had no evidence of their involvement, other than MacGuire's claims, it was certainly reasonable for the Committee to exclude these details from the final report as "certain immaterial and incompetent evidence." But in conjunction with MacGuire's apparent advance knowledge of the details of internal White House staff activities, it certainly suggests that if a coup was planned, it had significant support within the Roosevelt Administration.

.

## The News Media Downplays The Plot

The news media gave an inappropriately small amount of attention to the report. Time magazine ridiculed Butler's claims. The week following Butler's testimony, Time described it as a "Plot Without Plotters," simply because

the alleged plotters claimed innocence. But Time admitted that Veterans of Foreign Wars commander James Van Zandt confirmed that he, too, had been approached to lead such a march on Washington.

The leftist magazine New Masses carried an article by John Spivak that included wild claims of "Jewish financiers working with fascist groups." Spivak's article spun an elaborate web involving the American Jewish Congress, the Warburg family, "which originally financed Hitler," the Hearst newspaper chain, the Morgan banking firm, the du Ponts, a truly impressive list of prominent American Jewish businessmen, and Nazi spies! Spivak's article raised some disturbing and legitimate questions about why much of Butler's testimony was left out of the final committee report. But these important concerns were seriously undermined by Spivak's paranoid ravings. The left-of-center magazines Nation and New Republic were unconcerned about it, since in their view "fascism originated in pseudoradical mass movements," and therefore could not come from a wealthy cabal.

Newspaper descriptions of the final report are also astonishing for how lightly most treated it. A New York Times article about subversion and foreign agitators started on the front page, but gave only two paragraphs to the coup plot inside the paper. "It also alleged that definite proof has been found that the much publicized Fascist march on Washington... was actually contemplated." It was not a major story.

The San Francisco Chronicle took the story more seriously. The only headline with a larger type size that day concerned the recent fatal crash of the airship Macon. The Chronicle carried an Associated Press story headlined, "Justice Aids Probe Butler Fascist Story." The first five paragraphs were devoted to Butler's allegations. The Chronicle quoted the Committee report that it "was able to verify all the pertinent statements by General Butler, with the exception of the direct statement suggesting creation of the organization."

A third newspaper sampled showed an even more astonishing lack of interest than the New York Times: the Sacramento Bee used a substantially different Associated Press wire story that emphasized propaganda efforts by foreign agents. Another AP wire story, at the bottom of page five, described Butler's allegations, taking the Committee's report at face value. This wire story includes the comforting knowledge that the committee found "no evidence to show a connection between this effort" and any foreign government.

An apparently serious effort to overthrow the government, perhaps with the support of some of America's wealthiest men, largely substantiated by a Congressional committee, was mostly ignored. Why? Roosevelt's Secretary of the Interior, Harold Ickes, wrote a book in 1939 about the concentration of American journalism. He claimed that, "In 1934, 82 per cent of all dailies had a complete monopoly in their communities." Newspaper chains, in Ickes' view, "control a dangerously large share of the national daily circulation and in many cities have no competition."

Ickes' book was largely devoted to proving that the major newspapers of the United States were intentionally distorting the news, and in some cases, directly lying. Ickes argued that newspaper editors did so in the interests of both their advertisers and in defense of the capitalist class. Ickes mentioned the Liberty League as one of the "propaganda outfits" who were allied with the major newspapers. Indeed,the New York Times, one of the papers that had downplayed the Committee's report, had editorialized in favor of the Liberty League's formation.

Did newspapers and magazines consciously play down the plot, because it represented an embarrassment to people of influence? Or did editors simply give it low visibility because they regarded it as an absurd story?

We must consider another disturbing possibility. Butler was associated with the loose alliance of progressive and populist forces that were dragging Roosevelt towards the left. It is easy to forget that for much of Roosevelt's first term as President from 1932-36, he was the rope in a tug of war between conservative and progressive forces in America. The popularity of men such as Senator Huey Long (D-Louisiana) and the nationally known radio priest Father Coughlin-and the need to short-circuit their rising political power-appears to have caused Roosevelt's increasingly leftward movement in 1935-36.

Is it possible that Butler concocted this story as a way of creating animosity towards conservatives by Roosevelt? If Butler had lied to the Committee, and no such conspiracy was ever planned, why did MacGuire apparently perjure himself before the Committee? Or, alternatively, could leftward leaning members of the Roosevelt Administration have manipulated Butler into believing that such a plot actually existed as a way of creating animosity towards conservatives, thus dragging Roosevelt to the left? Either theory could explain why MacGuire, Murphy, Clark, or the other supposed

plotters were never prosecuted.

Yet another possibility (though less likely) is that there was no prosecution because Roosevelt's own advisors had taken part in the plot, as MacGuire claimed. A criminal prosecution would have washed the Roosevelt Administration's dirty laundry in public.

.

## Why Is The Plot So Poorly Known?

Butler's account of the MacGuire plot was a very serious accusation. If MacGuire had told Butler the truth, a large number of wealthy men had made serious plans to overthrow representative government in the United States -- though their concern that Roosevelt was creating a government in the style of Mussolini or Hitler, might provide some legitimate reason for their actions. Why doesn't this plot appear in history books? That conservatives might discount the plot is not unexpected; that liberals have tended to ignore the plot is a little more surprising.

It is hard to imagine how different American politics was in the 1930s. The collapse of the world economy had shaken the faith of many Americans in individualism and free market capitalism. Many traditionalists, here and in Europe, toyed with the ideas of Fascism and National Socialism; many liberals dallied with Socialism and Communism. Prominent populists such as Huey Long and Father Coughlin sided with progressives in support of isolationism, redistribution of wealth, and a federal government that would play a more active role in the American economy.

In hindsight, the moral and economic deficiencies of these various collectivized systems are now clear. In 1934, however, people of good will persuaded themselves that Hitler, Mussolini, and Stalin were doing good, and ignored the great evils that were already underway. To turn over the rock exposing MacGuire's plot raises unpleasant questions about the political sensibilities of both right and left in 1930s America.

## How Secure Are The Institutions of Legal Government In

# America?

How secure, indeed? It would be tempting to write off this entire matter as a group of con men separating wealthy conservatives from their money by pretending to hatch a plot against the Roosevelt Administration. But there are too many disturbing pieces of evidence in this tale that suggest that the Zeitgeist of the 1930s was not limited to Europe.

If MacGuire's claims to Butler were true, some U.S. military commanders were prepared to stand aside while 500,000 veterans marched on Washington and took Roosevelt captive. (Between the World Wars, the United States Army was so small that 500,000 veterans might have given them a serious fight -- even if every officer remained loyal to Roosevelt.)

But unlike many European countries, American government was highly decentralized in 1934, and this would have worked against any serious military action against the legitimate government. Every state governor had control of state militia units, armed with out of date, but still serviceable military weapons.

In addition to the regularly organized state militias, the population of the United States, then as now, was heavily armed with the sort of weapons well suited to military operations. Whatever the advantages of the plotters' army of 500,000 veterans, they would have been far outnumbered by the unorganized militia of the United States -- then as now, consisting of every U.S. citizen between 18 and 45, and legally obligated by state laws to fight at the order of the governor in the event of insurrection, invasion, or war.

But in a nation that was suffering from the ravages of the Great Depression, another model exists for what might have happened: the Spanish Civil War. The divisions over religion in America were not as dramatic as those that ripped apart Spanish society. But many Americans were beginning to lose their faith in American institutions -- as evidenced by the growth of American Nazi and Communist movements during the 1930s. It is frightening to think of what might have happened if a general as capable as Butler had become the man on a white horse.

In the words of U.S. Supreme Court Justice Hugo Black, delivered at New York University in 1960 concerning the protections of the U.S. Bill of Rights:

I cannot agree with those who think of the Bill of Rights as an 18th century
straitjacket, unsuited for this age.. The evils it guards against are not
only old, they are with us now, they exist today..

Experience all over the world has demonstrated, I fear, that the distance
between stable, orderly government and one that has been taken over by force
is not so great as we have assumed.

Indeed, the plot that Butler exposed -- if what MacGuire claimed was true --
is a sobering reminder to Americans. We were not immune to the sentiments
that gave rise to totalitarian governments throughout the world in the
1930s. **We make a serious mistake when we assume, "It can't happen here!"**

------------------------------------------------------------------------

**Clayton E. Cramer is a software engineer with a Northern California
manufacturer of telecommunications equipment. His first book, By The Dim And
Flaring Lamps: The Civil War Diary of Samuel McIlvaine, was published by
Library Research Associates (Monroe, NY) in 1990. Mr. Cramer's second book,
For The Defense of Themselves And The State: The Original Intent and
Judicial Interpretation of the Right To Keep And Bear Arms was published by
Praeger Publishers (Westport, Conn.) in 1994. Mr. Cramer recently completed
his B.A. in History at Sonoma State University.**

------------------------------------------------------------------------

Bibliography for the above

Archer, Jules, The Plot To Seize The White House, (New York: Hawthorn Books,
1973).

Brinkley, Alan, Voices of Protest, (New York: Alfred A. Knopf, Inc., 1982).

Butler, Smedley D., War Is A Racket, (New York: Round Table Press, 1935).

Cahn, Edmond, The Great Rights, (New York: Macmillan Co., 1963).

Ickes, Harold L., America's House of Lords: An Inquiry into the Freedom of
the Press, (Rahway, N.J.: Harcourt, Brace & Co., 1939).

New York Times, February 16, 1935; March 26, 1935.

Schmidt, Hans, Maverick Marine, (Lexington, Ky.: University Press of
Kentucky, 1987).

Sevareid, Eric, Not So Wild A Dream, (New York: Alfred A. Knopf, 1946).

Spivak, John L., "Wall Street's Fascist Conspiracy", New Masses, January 29,
1935, 9-15; February 5, 1935, (page numbers missing on the microfilm)..

Sacramento Bee, February 15, 1935.

San Francisco Chronicle, February 16, 1935.

Time, 24:23 [December 3, 1934].

U.S. House of Representatives, Special Committee on Un-American Activities,
Investigation of Nazi Propaganda Activities and Investigation of Certain
Other Propaganda Activities, Hearings 73-D.C.-6, Part 1, 73rd Cong., 2nd
sess., (Washington, D.C.: Government Printing Office, 1935).

U.S. House of Representatives, Special Committee on Un-American Activities,
Public Statement, 73rd Cong., 2nd sess., (Washington, D.C.: Government
Printing Office, 1934).

Wolfskill, George, The Revolt of the Conservatives: A History of the
American Liberty League, 1934-1940, (Boston: Houghton Mifflin Co., 1962).

_____

"One is called to live nonviolently, even if the change one works for seems impossible. It
may or may not be possible to turn the US around through nonviolent revolution. But one
thing favors such an attempt: the total inability of violence to change anything for the
better" - Daniel Berrigan

Smedley Butler - Wikipedia, the free encyclopedia

cached

Smedley Darlington Butler (July 30, 1881 – June 21, 1940) was a United States Marine Corps major general, the highest rank authorized at that time, and at the time of his death the most decorated Marine in U.S. history.

google yahoo

https://en.wikipedia.org/wiki/Smedley_Butler

 List of historic United States Marines

cached

wikipedia

https://en.wikipedia.org/wiki/List_of_historic_United_States_Marines

Remembering a Real American Hero: Smedley D. Butler

cached

Aug 5, 2005 ... Remembering a Real American Hero: Smedley D. Butler. BY MANIFESTO JOE In an age of faux heroism, illustrated by the swagger and tough ...

google

http://www.beggarscanbechoosers.com/20[...]bering-real-american-hero-smedley.html

War is a Racket by Smedley Butler - YouTube

cached

Nov 04, 2012 · Short Nonfiction Collection Vol. 018 by Various A collection of short nonfiction works in the public domain. The selections included in this collection ...

yahoo

https://www.youtube.com/watch?v=O8sUvpSdWfc

Smedley Butler: American Hero and Patriot - YouTube

cached

Aug 14, 2011 - 18 min - Uploaded by rltmltThis video tells the whole story behind a fascist coup that was mounted against President ...

google

https://www.youtube.com/watch?v=tE6adoNR14U

Smedley Butler excerpt from the movie "The...

cached

Apr 03, 2010 · Excerpt from the movie 'The Corporation' of Smedley Butler who found it perfectly acceptable to kill for profit his entire career, then blew the whistle on ...

yahoo

https://www.youtube.com/watch?v=QQoBAc95tnw

A Forensic Soul Analysis On American Hero Major General Smedley ...

cached

Sep 19, 2015 - 53 min - Uploaded by Outer Limits Of Inner Truth Radio ShowSmedley Butler was a United States Marine Corps major general, the highest rank authorized ...

google

https://www.youtube.com/watch?v=BQv5o20uXTM

War Is A Racket, by Major General Smedley Butler,...

cached

Smedley Darlington Butler. Born: West Chester, Pa., July 30, 1881 Educated: Haverford School Married: Ethel C. Peters, of Philadelphia, June 30, 1905

yahoo

http://www.ratical.org/ratville/CAH/warisaracket.html

Memorial Day Remembrance of a True American Hero - Gen ...

cached

May 25, 2015 ... SMEDLEY BUTLER ON INTERVENTIONISM (Excerpt from a speech delivered in 1933 by Major General Smedley Butler USMC) War is just a ...

google

http://www.thomhartmann.com/users/blue[...]rue-american-hero-gen-smedley-d-butler

Business Plot - Wikipedia, the free encyclopedia

cached

The Business Plot was an alleged political conspiracy in 1933 in the United States. Retired Marine Corps Major General Smedley Butler claimed that wealthy businessmen ...

yahoo

https://en.wikipedia.org/wiki/Business_Plot

General Smedley Butler, a real American hero | Welcome Travelers...

cached

May 6, 2014 ... General Smedley Butler (1881-1940) spoke his mind without fear or favor. He thundered like a prophet, in plain old American English, and like ...

google

https://roadupward.wordpress.com/2014/[...]l-smedley-butler-a-real-american-hero/

Wall Street's Failed 1934 Coup -...

cached

The American Liberty League vs. Gen. Smedley Butler ... COULD YOU IMAGINE LIFE WITHOUT COUNTERPUNCH? We don't like asking for money, but it's something we are ...

yahoo

http://www.counterpunch.org/2011/12/02/wall-streets-failed-1934-coup/

War Is A Racket - Information Clearing House

cached

Jun 6, 2011 ... Major General Smedley Butler, USMC. He joined the Marine Corps when the Spanish American War broke out, earned the Brevette Medal ...

google

http://www.informationclearinghouse.info/article4377.htm

The Plot to Seize the White House: The Shocking...

cached

The Plot to Seize the White House and over one million other books are available for Amazon Kindle. Learn more

yahoo

http://www.amazon.com/The-Plot-Seize-White-House/dp/1602390363

Major General Smedley Butler | Americans Who Tell The Truth

cached

Major General US Marine Corps, Antiwar Activist : 1881-1940 ... At the time of his death, Major General Smedley Darlington Butler, also known as "The Fighting ...

google

http://www.americanswhotellthetruth.or[...]portraits/major-general-smedley-butler

The Forgotten Treason: The Plot to Overthrow FDR

cached

Wesleyan University The Honors College . The Forgotten Treason: The Plot to Overthrow FDR . by . Emily Lacy Marshall . Class of 2008 . A thesis submitted to the

yahoo

http://wesscholar.wesleyan.edu/cgi/vie[...]gi?article=1058&context=etd_hon_theses

War is a Racket: The Antiwar Classic by America's Most Decorated ...

cached

General Smedley Butler's frank book shows how American war efforts were ... Despite his success and his heroic status, however, Butler came away from these ...

google

http://www.amazon.com/War-Racket-Antiwar-Americas-Decorated/dp/0922915865

The Business of War - Home Page of Wade Frazier

cached

The Business of War. By Wade Frazier. Revised July 2014 . Introduction. The Business of War. The "Good War" Brown Shirts in America. A Brief History of Western Anti ...

yahoo

http://ahealedplanet.net/war.htm

# .The Business Plot: Silicon Valley Redux, The Next Try – 2007 to 2016

## Overview

⊗   A group of Silicon Valley investors received some documents from some "friends", either from Russian "business men or the CIA, or both,  stating that there was "*A trillion dollars of lithium in Afghanistan*". These documents, possibly acquired from the Russians, were passed around by Goldman Sachs & Silicon Valley VC's. This group thought they could exploit Afghanistan, and other country's, mining contracts on a commodity monopolization scheme fronting the use of the raw materials by *"Green-washing"* it to be used for "electric car and solar programs", under the guise of, *"it's 'CleanTech' the voters should love it"*, in order to try to make it pass Congressional oversight faster. Recent press disclosures confirm vast campaign funding, by mining companies, through back-door avenues, ie: the Guistra matter and others. The plotters estimated that they could personally acquire many trillions of dollars in profits, mostly at taxpayer expense, and control of government policy, upon successful execution of their scheme.

⊗   These investors were deeply affiliated with Goldman Sachs. Goldman Sachs was involved in almost every aspect, stock manipulation, application "winner", profit funnel and deployment aspect of the case. Goldman created the computerized stock market "spoofing" algorithm process known as the "Flash Boy Pump" stock spoofing. This used Department of Energy and TARP cash award announcements to synthetically inflate stock values long enough to "skim" profits off those stock holdings. Goldman is now under many investigations for this kind of"Commodity rigging".

⊗   These investors used their campaign donations, lobbyists, stock payola and PAC's to acquire the services of a number of U.S. Senators and foreign diplomats via bribes. They primarily paid the Senators in stock options for those Senators, their families and business associates. The FEC and FTC have Congressional insider trading investigations under-way, over these very actions, which have been stone-walled by the very Senators who engaged in the insider trading.

⊗   So much money was moving that a scheme was created to pass the money through the U.S. Department of Energy and a new program, called TARP, so that the transactions appeared to be federal programs

⊗   The characters involved in the scandal have now been uncovered as highly unethical, disreputable,

willing to break laws and moral codes and are held in low regard by the public. They formed a cartel now known as The Silicon Valley Cartel as a subset of The National Venture Capital Association (NVCA) with guidance from rogue CIA/In-Q-Tel associates James Breyer and Gilman Louie. One of the largest participants is Google, Inc. and it's investors. The Cartel was recently exposed in the Silicon Valley "ANGELGATE" and "NO POACHING" collusion scandals and lawsuits

⊗  The best friend's of the Silicon Valley Cartel were Steven Chu and Eric Holder. The cartel arranged, via the legal firm connected to both: Covington & Burling, to get them both nominated and appointed to the two federal agencies that control the money pass-through. Both of these individuals have been proven to have had previous business and personal relationships with the Cartel. Steven Chu sabotaged any technologies or companies that competed with his, and his friends, stock investments. Both have been forced to quit.

⊗  The Cartel used consulting Company McKinsey for insider trading deal support and to author papers and reports which were distributed throughout Washington to say that certain very specific products and technologies were "trending in the new CleanTech industry". In fact, every "trending company and technology" that McKinsey raved over was already owned and monopolized by the Cartel. At least one major McKinsey executive has gone to federal prison. A number of others are under surveillance and investigation.

⊗  As Secretary of Energy, it was noticed that Steven Chu gave quite a lot of U.S. tax dollars to Russian owned or controlled companies. It was subsequently discovered that the Silicon Valley Cartel had deep Russian connections and business relations with USSR businessmen, to assist in the mining of Afghan, and other Middle Eastern countries, for the personal gain of the Cartel. Steven Chu sabotaged over 200 applicants, for the federal programs, simply because they competed with the Cartel and were not part of the Cartel.

⊗  John Doerr ran Kleiner Perkins, one of the lead coordinators of the Scheme and the Cartel. He is called: "The Godfather of Silicon Valley".

⊗  Elon Musk was a behind the scenes Google and Kleiner Perkins partner, Cartel organizer and cash conduiting agent. THIS LINK has many confirming data points . Elon Musk, a billionaire, has now received billions of free taxpayer dollars in out-right cash hand-outs, tax waivers, free or low-cost resources, stock pumps and federal NASA contracts. Musk's companies would not exist today if not for taxpayer hand-out cash. No other living person has received this much taxpayer money from the Obama administration. No other living person has given so much money to the Obama administration through his companies, investors and partners, like Google. No other living person has had the Obama administration sabotage, terminate or rule against so many of his competitors. Federal records demonstrate this to be one of the most overt examples of a political campaign kick-back scheme in this decade. In Musk's carefully orchestrated, self-aggrandizing, media campaigns, all mention of his true financial connections, extensive fraud lawsuits, and employee distrust is carefully expunged. Musk's

companies exploited the key minerals from the mining deals and both Tesla & Solyndra, who sit next door to each other, were kickback lobbied by Dianne Feinstein, whose family profited on both deals.

⊗  Vinohd Khosla was a key organizer in the Cartel and connected to Raj Gupta, now imprisoned. He has been involved in a notorious public lawsuit for taking over a famous California coastal beach.

⊗  Senators Feinstein, Reid, Pelosi and Boxer received the largest amount of stock, insider trading deals and campaign kick-backs from the Cartel. Feinstein's family and associates received massive resources from the Tesla and Solyndra deals. They were, essentially, paid program facilitators. These Senators leveraged state tax officials, including Bill Lockyer of California, to exclusively, and extraordinarily, give tens of millions of dollars of additional taxpayer money, at a state level, to Cartel billionaire-owned companies: Tesla & Solyndra. Which sit on the same plot of land and have supplier contracts with the Senators families. These Senators took active steps to sabotage applicants who competed with Tesla, Solyndra & the Cartel, such as Gary D. Conley of SolFocus; who may have been murdered.

⊗  Eric Schmidt was the core lobbyist and director of a large part of the Cartel. He spent more time in the White House, directing policy, than most members of Congress. He used Google to put character assassination hit-jobs on competitors, reporters and politicians.

⊗  When whistle-blowers saw through the scheme, Cartel leaders Doerr and Schmidt would organize character assassination hit-jobs against those adversaries, sabotage their business and career databases with negative flags, create whisper campaigns and black list them via the National Venture Capital Association, which was controlled by a large number of Cartel members. The Cartel used it's resources, concurrently, at Google and Gawker Media, to put media hit-jobs on Santorum, ALICE, Romney, whistle-blowers, and other adversaries by locking devastating hatchet jobs  onto massive numbers of search engine pages controlled by each.

⊗  Recently disclosed documents and videos prove that the Cartel spent more time in the White House, from 2007 forward, than all of the members of Congress COMBINED. Additionally, the disclosures of financial connections between the Cartel members, The White House, campaign financing and federal policy decisions demonstrates the operation of a felony-level corruption activity.

⊗  The mining chemicals that the cartel sought to monopolize were "dumped" on the Cartel by the Russians via, possibly, doctored documents which overstated the volume and value of the materials and who knew that the materials were toxic, explosive and had no long-term economic viability. The Cartel did not investigate the materials usage and rushed to profiteer, driven By Goldman Sachs, who didn't care about the long-term, they just wanted to "skim" their fees and "stock pumps" off the top.

⊗  The American GAO, Judicial Watch & Transparency Center have discovered that U.S. taxpayers lost additional billions of dollars as the result of tax waivers, credits and reductions given exclusively to

Cartel companies as gifts in exchange for election services. In the FBI-raided Solyndra solar panel company alone, U.S. taxpayers lost over $600M while Silicon Valley plotters profited by over $180M in stock market skims and favorable tax write-offs.

⊗  Google executives and investors used Google, Inc. as a "central command" for lobbying, leverage, media stock manipulation, spying on competitors, media hit jobs and revenue profiteering. The upside was that it provided for the largest media, stock and information manipulation system ever devised. The downside is that it focused public, agency and law enforcement scrutiny on this central point until the voluminous indiscretions, finally, became highly visible.

⊗  The key White House staff who assisted in this scheme were: Rahm Emanual, David Plouffe, Robert Gibbs, David Axelrod, Steve Rattner, Jay Carney and Bill Daily. When confronted about their involvement, historical records show that they all quit their White House jobs at the most desired positions in America, in a bad economy, to take far lower positions, thus implicating themselves, along with their emails, in culpability. These staffers worked harder than any other administration to cut-off the press, attack whistle-blowers and increase NSA domestic surveillance in order to delay the revelation of these crimes.

⊗  A key aspect of the scam was the "Pump & Go" stock swindle combined with pulling cash off-the-top by Sachs and the Cartel. In the following evidence set, you will notice a record setting number of huge cash intakes and sudden bankruptcies immediately thereafter. That part of the scheme seems to have worked like this: 1.) Technically "ideal" companies were set-up, 2.) huge cash amounts were wired in from the U.S. Treasury. 3.) Huge "fees" were paid to VC's, executives and Sachs, right when the money arrived at the tech company, while Sachs & the VC's "pumped" the stock market valuations of those companies using the sudden "free money" from the Dept. of Energy to falsify valuation marketing. This gave short term, sudden, stock profits that they also grabbed , 4.) the companies were managerially abandoned and then 5.) filed bankruptcy. 6. ) The VC's and Sachs then filed tax loss credits, on the failures, in order to get a double profit upside. Investigators called this "unjust rewards". This volume of award/failure scenarios has never occurred in the history of America, particularly with a series of same-type companies who had just received massive federal funding windfalls.  It seems obvious that these sequential incidents were planned and coordinated. Investigators believe Kleiner Perkins and Goldman Sachs were the key organizers of this tactic. Time-tracking of financial details in the HSBC "Swiss Leaks" seems to confirm federal award/personal gain sequences.

## .The Kick-backs



Everybody who got DOE cash was a campaign financier.

Everybody who got denied, and then sabotaged, was a competitor to those exact same campaign financiers who did not pay any political bribes.



## SHOCK CLAIM: Energy Dept. Kickbacks Make Obama America's Biggest Crony Capitalist… Ever

by **Wynton Hall**

At least ten members of President Barack Obama's 2008 campaign finance committee, plus more than a dozen of his campaign bundlers, benefited from sweetheart loans through the Department of Energy (DOE) that collectively dwarfed those given to Solyndra and Fisker.

Investigative journalist Peter Schweizer, who is also a Breitbart editor, reveals the full extent of the DOE scandal in his explosive new book, *Throw Them All Out*. The book is featured in this week's *Newsweek*, and was the subject of *60 Minutes* this past Sunday, Nov. 13.

Schweizer's research reveals that of the $20.5 billion in the DOE's 1705 Loan Guarantee Program, $16.4 billion in taxpayer money–roughly 80% of all loans in the program–went to green enterprises "either run by or heavily owned by Obama financial backers–individuals who were either bundlers, members of Obama's national finance committee or large donors to the Democratic Party."

In 2009, President Obama had promised that the allocation of all federal stimulus monies would be nonpartisan, ethical, and fair. "Let me repeat that: Decisions about how Recovery money will be spent will be based on the merits. They will not be made as a way of doing favors for lobbyists," Obama said.

Page 39    EXHIBIT 101 – Case # 22-cv-1107-TSH, Norcal 9th District





POTOMAC WATCH  |  May 24, 2012, 7:24 p.m. ET

# Vulture Capitalism? Try Obama's Version

*A profit-driven economy is preferable to one run by political favoritism.*

| Article | Comments |
| --- | --- |

Save        Tweet   127

President Obama is no fan of Mitt Romney-style "vulture" capitalism. So what's his alternative?

All those Republicans grousing about the president's attacks on private equity might instead be seizing on this beautiful point of contrast. Mr. Obama, after all, is no mere mortal president. Even as he's been busy with the day job, he's found time to moonlight as CEO-in-Chief of half the nation's industry. Detroit, the energy sector, health care—he's all over these guys like a cheap spreadsheet.

Like Mr. Romney, Mr. Obama has presided over bankruptcies, layoffs, lost pensions, run-ups in debt. Yet unlike Mr. Romney, Mr. Obama's C-suite required billions in taxpayer dollars and subsidies, as well as mandates, regulations, union payoffs and moral hazard. Don't like "vulture" capitalism? Check out the form the president's had on offer these past three years: "crony" capitalism.

The case study is the solar-panel maker Solyndra, which was part of a green-energy sector that even by 2009 was flailing. The president took one look at the industry's utter lack of both profits and sellable products, and yelled "that's my baby!" The stimulus bill shipped tens of billions of dollars to the Energy Department to pour into green companies via grants and loans. It promised five million jobs.

The Energy Department's nuclear physicists were admittedly a bit flummoxed by the whole P&L thing, but they got their venture-capitalism groove on and in 2009 handed Solyndra a $535 million loan guarantee. Even prior to disbursement, government accountants were warning that Solyndra was a lemon, but the White House didn't worry. After all, the IRS had only recently and conveniently tripled the tax credit (to 30%) for buyers of Solyndra products, which the government figured would help grease their start-up's skids.



Enlarge Image

Bloomberg
Items for auction at Solyndra headquarters in Fremont, Calif.

Unfortunately, the physicist-CFOs overlooked that whole "global energy market" factor—easy mistake! Foreign competitors were already piling into Solyndra's niche. Unable to compete, the firm went bankrupt last year. And, oh, the carnage! It was kind of like . . . GST Steel! Only worse. Solyndra laid off 1,100 employees. It provided no severance, not even back pay due for vacation credits. But a bankruptcy judge would later approve $370,000 in bonuses for 20 employees.

# The Greentech VC Influence Over Washington

By Katie Fehrenbacher Aug. 18, 2010, 8:28am PDT No Comments
Buzz    0



There've been a couple articles in the past few weeks
pointing to President Obama as the "clean tech investor in chief" and the presidential VC with bets on
clean energy. The real trend is that venture capitalists focusing on greentech seem to have had an
unprecedented influence on U.S. federal policy and allocations of the stimulus package.

When I attended the Department of Energy's (DOE) first ARPA-E conference (Advanced Research
Projects Agency-Energy) earlier this year in Washington D.C., I was struck by how many venture
capitalists were there. I shared a cab back to the airport with some familiar Silicon Valley faces, and
was told if your firm didn't have a dedicated person in Washington — in some circles they call them
lobbyists — maneuvering grant and loan programs, you weren't able to be competitive.

Just look at the figures from the stimulus package (which I am fully in support of): somewhere
between $50 billion and $80 billion into clean power and energy efficiency initiatives (depending on

how you slice it). The Obama administration has gone out of its way to seek the advice of green-leaning venture capitalists and entrepreneurs in the Valley on how to spend that colossal amount and what programs would be the most affective.

Kleiner Perkins managing partner John Doerr is on President Obama's Economic Recovery Advisory Board, and was able to convince Vice President Al Gore to join Kleiner, in addition to former Secretary of State Colin Powell. Kleiner's investments have had some successful government bids, most notably the $529 million loan to Kleiner portfolio company Fisker Automotive out of the DOE's highly competitive Advanced Technology Vehicles Manufacturing, or ATVM, program. Fisker plans to use the loan to build its factory and launch its electric vehicle in 2011.

If you remember, another winner of the $25 billion ATVM program was Tesla Motors, which, as most of us know, was backed by venture capitalists from Draper Fisher Jurvetson, Technology Partners, and Vantage Point among others.
October 29, 2010 11:09 AM PDT

# Tesla opens its Model S electric car factory

by Wayne Cunningham

Share      1



Tesla unveiled its sign over the old NUMMI plant, where it will build the Model S electric car. (Credit: James Martin/CNET)

On Wednesday, Tesla CEO Elon Musk and California Senator Diane Feinstein stood before the New United Motor Manufacturing Inc. (NUMMI) plant, shuttered since April, and announced its new beginning as the base for Tesla Model S production. The press conference was capped by the unveiling of a large Tesla sign over the plant.

Tesla Vice President for Manufacturing Gilbert Passin conducted a tour through the parts of the factory that will host production lines for the Model S. Passin boasted that acquiring NUMMI was a huge cost savings for Tesla, as building a new plant would cost hundreds of millions of dollars. Toyota sold the plant to Tesla for $42 million.

42

## Did political contributors snag stimulus funds for cleantech companies?

April 2, 2011 | Matthew Lynley
2 Comments



Political contributors might have steered clean energy loans from the U.S. Department of Energy to companies in their investment portfolios, according to a report by the Center for Public Integrity and ABC News.

The report suggested that four companies that Steve Westley, a managing partner at clean technology investment firm The Westley Group, has invested in received more than $500 million in loans, grants and stimulus money from the Department of Energy after Westley contributed $500,000 to the Obama campaign. The companies in Westley's portfolio that received federal funding are Tesla Motors, RecycleBank, EdeniQ and Amyris Biotechnologies.

Both Amyris Biotechnologies and Tesla Motors have since gone public. Amyris is valued at $1.2 billion and Tesla Motors is valued at $2.5 billion. Westley said that the company in his portfolio went through a strict screening process and was awarded each loan based on merit, and that each received the loan before he was an advisor to U.S.Department of Energy secretary Steven Chu, according to the report.

The Department of Energy also made several loans to companies that Kleiner Perkins Caufield & Byers has invested. Managing partner John Doerr and other executives from the storied venture capital firm have donated more than $1 million over the past two decades to federal political causes — mostly to Democrats.

The report doesn't make any direct connections and doesn't offer substantial proof that the companies received special interest because of Westley and the other executives' contributions. So, as usual, correlation does not imply causation. But it's worth keeping an eye on — particularly because Westley is a member of Chu's 12-person advisory board, and Doerr is on the Economic Recovery Advisory Board.

Previous Story: Entrepreneur Corner: Succession planning and napkin entrepreneurs

# .A  Goat Named "Aneer"

Aneer often wandered the bare rocky steppes near his owner's village, a few miles north of Kabul, Afghanistan. His careful goat hooves negotiated the perilous cliffs and crags of sun blistered rock with the deft skill of an Alpine climber. He was looking for the rare olive green nettles that occasionally peeked up from between the red rock outcroppings. It was sheer delight when he discovered a short stout nettle clump to munch on. He was in goat ecstasy.

As he bent to nip the top off of his latest herbivore harvest, a shriek, from below, caught him by surprise. It was Samu, the young boy who tended him. He had never heard Samu yell like that before. He arched his neck to catch the view over the crest because he sensed that something, in the urgency of Samu's cry, felt like *"danger"*.

Moments later, Aneer, Samu and the entire face of the rocky steppe were consumed in an explosive fire that turned flesh into charcoal and the Earth into blackened dust.

**Elon Musk** had just killed more innocent bystanders.

Let us take a deeper look into how the lithium lake-beds of Afghanistan created a multi-trillion dollar embezzlement scheme that cost lives, economies and national positioning.

The stuff (Chemical ore) that Solyndra, Abound, Fisker, Tesla, A123, Enerdel, and the rest of the failures, needed to make their scheme pan out, was buried under some goat farmers in Afghanistan! Almost all of these companies had their products blow up, in average use, (Even the solar panels caught fire) and, in most cases, release a "Cancer-Cocktail" of toxic gas; Tens of thousands of Lithium fires and explosions have now been documented to have crashed planes, exploded cars, set data centers on fire, burned children, blown up IPAD's and have just been a very bad chemical concept. Lithium has gone off many, many more times than the public has been told. Over time, the compounds become MORE likely to go off! To make the chemicals work for Solyndra, Abound, Tesla, Fisker and the rest, these companies mixed them together into a compound that ends up being a military-grade toxicity, carcinogenic powder. Even making the compounds kills overseas factory workers. Not very good research on the part of the bad guys, but greed often out-paces sanity!





### A $1 Trillion insider market-monopoly scheme that "blew up!"

**Ingredients:** **Silicon Valley VC/Campaign funders**; **Russian miners**; **Goldman Sachs**; **Knowingly complicit federal officials**; Innocent goat herders; Over **$1 Trillion Dollars** in profiteering; **Hookers;** Taxpayer cash; Criminally corrupt senators; **Toxic gas; Explosions; Dead people** and **Electric cars.**

… and the money people behind everything were the same exact handful of bad guys **in each and every case**. If Silicon Valley created the latest version of the Afghan War for private gain, they got

45

screwed. Not only do they now realize that the cost of the war was many, many magnitudes more than just giving the goat herders a check and buying the rocks, but the stuff they were trying to monopolize turns out to be explosively dangerous, hard to use and cancer-causing.

# .Cowboys and Indium:

**Solyndra** was exploiting **Indium**, and a large number of other key chemicals, **from Afghanistan** that directly paid into the *"DOE insider profit pool"*.

**Abound** was exploiting key chemicals **from Afghanistan** that directly paid into the *"DOE insider profit pool"*.

**Nissan**'s Smyrna plant, **Tesla, A123, Ener1, Fisker** and **Ford** were **exploiting Lithium from Afghanistan** that directly paid into the *"DOE insider profit pool"*. Other "failed DOE winners" had the same connected materials supply routes.

**In this Watergate-type scandal (Should we call it Lithium-Gate, instead?) Secretary of Energy Steven Chu** appears to have been told to let no applicant through unless they were in the *"DOE insider profit pool"*. The pool consisted of Deloitte staff, Goldman Sachs staff, DOE staff, Silicon Valley venture capitalists and, possibly, at least two White House staff. Rahm Emanual is known to have had an intimate connection with the Argonne labs lithium ion program research funding while in the White House and after he returned to Chicago. **Dianne Feinstein** personally arranged for, and opened, the NUMMI plant for Tesla. Her husband's company CBRE were the real estate hooks for the Tesla, and next door, Solyndra property deals.  Her staff and lobby people work there now. Her husband goes to Mongolia all the time for "special meetings" according to Sunshine. So one wonders if Feinstein got on the intelligence committee so she could see if she was about to get caught or if a savvy NSA section chief *"helped"* her get there on the premise of *"keep your friends close and your enemies closer"* so the NSA could watch her in intimate detail. The recent hack of her files by intelligence officers seems to be indicative.



*Dianne Feinstein, and her family, controlled the cash, stock, construction, HR services, leases and land contracts around Tesla and Solyndra in an epic payola and kick-back scheme.*

Many high level politicians made a grab for their piece of the trillion dollars so investigations keep getting squashed by them. Steven Chu killed off the non-toxic fuel cell, wind and natural gas programs while at DOE to give a clear runway to his *"DOE insider profit pool"*, **in which he participated.**

The Russian mining connections run throughout the above group but now that the U.S. is back in a Cold War with Russia, Russian insiders are delighted to spill the beans, on the whole deal, to reporters. One is even out taking competitive bids for exclusive whistleblower interviews.

The insider profit pool consisted of the same investors in the above efforts, who also happen to be the same people who nominated and lobbied for the appointment of **Steven Chu**, according to his nomination docket. All of these people had a personal profit side deal in the same profit pool through stock holdings, trusts, revolving doors and repercussive gains. All of the above are connected in a very tiny business circle. The odds of that circle of 30, or so, people, out of 318 million Americans, being

the only people to have access to these profits and federal funds, without rigging the program, is calculated on a book-makers metric at 12 billion to 1. Even now, one can easily see the disparity between the **NHTSA wave-through of the coddled White House campaign-backer funded Tesla (hushed up by Tesla silent owner: Google)** and the bone crunching hearings and fines that GM and Toyota have had to endure, at the same time, for less dangerous defects.

The Senate Ethics Committee members have hundreds of thousands of background documents on this matter but they have been stone-walled. The FBI has nearly a million documents on this matter and reporters are eager to see the anticipated indictments from years of surveillance of the key parties of interest. NSA, DIA and CIA have tens of millions of documents on this matter from nearly a decade of surveillance of parties of interest, but they are stalled up with inter-party politics. The press has vast amounts of this evidence. The Russians are shopping vast new repositories of disclosure. Within the year, expectations are high for a tsunami of enforcement activity. The recent record-breaking number of White House and Congressional "retirement announcements" may be the first wave of the storm. As Richard Byrne Reilly found out, the *"no comment"* responses are piling up. That is **always a good sign** that the *"We just got caught"* *Freak-Out Factor Frenzy* has begun among the Politicos.

While party mouth-foamers are trying to make the **Afghani-scam scandal** not about their party, with their constant drone of *"Nothing's been proven…"* they are now realizing that it is not a Democrat Vs. Republican issue. It is about being for, or against, **Organized Crime.** It is about being part of, or not part of, **Organized Crime.** It is about losing their federal pensions because of crimes they may have **knowingly supported.**

When investigative reporters found that Goldman Sachs and Silicon Valley VC's were involved in almost every single one of the DOE money deals, they had to ask why? How much did they make in, around and through the whole thing? Who was connected to them and decision makers? Would they really rig a whole market (and a war?) just to get a few **TRILLION** dollars worth of lithium cornered? Looks like they did…

Everything in this collaborative article can be researched and verified by YOU, online, from thousands of published documents. If you are a reporter; acquire confirming data from your group database, FOIA's, associate investigators, web search and standard sources. If you are a member of the public use Sunshine disclosure sites like those at the bottom of this page and file a **FOIA reques**t via this information: http://www.nolo.com/legal-encyclopedia/how-use-freedom-of-information-32508-2.html

# .The future of Silicon Valley may lie in the mountains of Afghanistan

By
Richard Byrne Reilly
for VENTUREBEAT

 The future of Silicon Valley's technological prowess may well lie in the war-scarred mountains and salt flats of Western Afghanistan.

United States Geological Survey teams discovered one of the world's largest untapped reserves of lithium there six years ago. *(**Editorial Team Note:** Right about the time the DOE started rounding up the key ATVM and LG program insiders)* The USGS was scouting the volatile country at the behest of the U.S. Department of Defense's Task Force for Business and Stability Operations. Lithium is a soft metal used to make the lithium-ion and lithium-polymer batteries essential for powering desktop computers, laptops, smartphones, and tablets. And increasingly, electric cars like Tesla's.

The vast discovery could very well propel Afghanistan — a war-ravaged land with a population of 31 million largely uneducated Pashtuns and Tajiks, and whose primary exports today are opium, hashish, and marijuana — into becoming the world's next "Saudi Arabia of lithium," according to an internal Pentagon memo cited by the *New York Times.*

The USGS survey report on Afghanistan that detailed the findings also noted that, in addition to lithium, the country also contains huge deposits of iron ore, gold, cobalt, copper, and potash, among many other valuable minerals.

"The mineral wealth there is astonishing," said professor Michel Chossudovsky of the Montreal-based Center for Research and Globalization, who has written extensively on Afghanistan.

A conservative estimate of the riches is $1 trillion. In some circles, it's as high as $5 trillion.

———

In Silicon Valley and beyond, tech companies like Apple, Google, Amazon, Microsoft, Hewlett-Packard, Samsung, Sony, and Tesla rely on continual, and uninterrupted, access to lithium, as lithium-based batteries are the primary power storage devices in their mobile hardware.

Without these batteries, MacBooks, iPads, iPhones, Kindles, Nooks, Galaxy IIIs, Chromebooks, and, yes, Tesla Model S cars would be largely worthless. If forced to use older, nonlithium batteries, their battery lives would certainly be much shorter.

The world's current lithium heavyweight is Bolivia, the biggest exporter of the element. There, in the swamps and marshlands of the southern region of the country near where the borders of Chile and Argentina meet, are the biggest deposits.

Canada, China, Australia, and Serbia also have varying amounts of lithium, but not as much as Bolivia.

**Or apparently, Afghanistan.**

# Enough to last a lifetime?

Depending on who you talk to, the current lithium global reserves are adequate for at least another generation of lithium-ion battery manufacturers to produce them.

But not everybody thinks so, and some say the light metal compound may someday run dry. That could in turn spell trouble for any company whose business depends on light and portable mobile electronics — unless someone comes up with an alternative to lithium batteries before then.

The experts VentureBeat interviewed pointed to sharp year-on-year increases in the demand for lithium. That's putting heavy pressure on existing stockpiles.

According to Lithium Americas, a Canadian lithium-mining company with significant business interests in Argentina, lithium demand will more than double in the next 10 years, while lithium prices have nearly quadrupled during the same timeframe.

Tesla, for its part, is in the process of investing up to $5 billion to build its own lithium-ion Gigafactory in Texas, a plant capable of churning out 500,000 expensive battery packs a year by 2020 for its line of zero-emission, all-electric cars.

A Tesla spokeswoman did not return calls seeking comment.

As a potential source to feed that demand, enter Afghanistan.

"At some point, if present trends continue, demand [for lithium] will outstrip the supply. And again, at some point, the market for lithium-ion could get so big that it actually affects the supply chain," said Donald R. Sadoway, a professor of the Materials Chemistry Department of Materials Science and

Engineering at MIT.

Looking at Afghanistan, Sadoway says the war-ravaged nation, which has no effective mining infrastructure in place, may well be attractive to the world's mining outfits.

"In this regard," Sadoway, one of the world's foremost experts on energy sources, says, "the deposits in Afghanistan could be important."

Andrew Chung, a venture capitalist with Khosla Ventures in Silicon Valley who has invested in multiple startups producing alternative batteries, says lithium-ion batteries are limited in their lifetime cycles, scalability, and cost. Despite this, Chung says, he can understand how the untapped reserves of Afghan lithium are now an increasing focus.

"It is an issue of the supply chain, whether it's Afghanistan or other [countries]. There is a finite supply, and lithium-ion will continue to be the [power] choice for the next decade," Chung said.

Some of the Valley's biggest and most powerful tech companies either declined to comment for this story or never returned calls. But they didn't deny the importance of lithium-ion batteries.

For instance, an Apple spokesperson declined to comment for this story but provided VentureBeat with a 2014 "Suppliers List" of the 200-plus vendors it uses to produce its products. A related post made the Cupertino, Calif.-based company's commitment to lithium batteries clear, at least in the short term.

"Rechargeable, lithium-based technology currently provides the best performance for your Apple notebook computer, iPod, iPhone, or iPad," the Apple post says.

Sony Energy Devices Corp. invented the lithium-ion battery in 1994. It was hailed as a breakthrough, providing longer battery life and without the "memory effect" that gradually reduced the effective capacity of previous types of batteries.

Since then, companies have gradually refined lithium battery technology but have not succeeded in moving beyond it. Indeed, early Tesla cars are actually powered by large packs of industry-standard lithium-ion battery cells — the same type of cells found in many laptop batteries.

And here is where it gets interesting.

**Sharply increasing demand**

If electric car manufacturers begin ramping up production of lithium-ion battery-powered cars, the global demand for lithium will skyrocket. This could potentially come about at the same time for increasing demand for handheld consumer goods like tablets and laptops, Chung said, thus creating a

perfect storm.

"So you want to start looking at other sources producing it with current supplies being called into question, if we move more toward production of electric cars," Chung said.

Which is why, increasingly, eyes are turning to Afghanistan and its new purported lithium reserves, a country long referred to as the "graveyard of empires." The U.S. invaded Afghanistan after the terror attacks of Sept. 11, 2001, and according to iCasualties, 2,315 American servicemen and women have been killed there.

Analyst Jay Jacobs of Global X Funds in New York, which has interests in lithium mining, said demand for the compound is growing, and that "there are two regions that have been revealed to contain huge lithium reserves: Afghanistan and Bolivia."

William Tahil, a respected lithium expert who lives in France and is the general director for Material International Research, argues that lithium deposits in Bolivia will at some point be depleted.

Jacobs was sanguine about safely extracting lithium from Afghanistan. He said political risks there were considerable.

"With that being said, should there be a substantial and sustained increase in demand for lithium, lithium miners may become increasingly interested in the country as it has an abundance of the resource," Jacobs said.

It was the Soviets who first discovered the country's deposits when they invaded in 1979. Soviet geologists began mapping Afghanistan's lithium, gold, and potash fields but abandoned their efforts after the former communist superpower pulled out of the country in 1989.

But with a weak and corruption-plagued "central government," Afghanistan is now ripe for the picking, Chossudovsky said. Indeed, the country is still very much divided into fiefdoms, with the Muslim fundamentalist Taliban, warlords, and drug traffickers controlling large swaths of the country — and using violence to advance their interests.

"There's no question the mining companies will go in there. No question. There's no real functioning government there to reap the foreign investment of the mineral deposits. This makes it all the more enticing to the mining companies because nobody in the government of [President] Hamid Karzai will be regulating the bonanza of lithium, so they can do what they want," he said.

# .Jockeying for position

For its part, the U.S. government, which helped locate the lithium deposits using flyovers with a sensor-filled Lockheed P-3 Orion and teams of geologists fielding soil samples, knows a potential gold rush when it sees one. And it has no intention of being left on the sidelines. Especially since the Chinese are now — and quickly — making deals with Afghan pols for mineral rights to copper deposits.

The USGS did return multiple calls seeking comment. Nor did the Pentagon.

Despite what some say are the shortcomings of lithium-ion batteries, venture capitalists and investors continue pouring money into them. Amprius, a lithium battery maker based in Sunnyvale, Calif., snared a $30 million infusion round of investor cash in January.

Over at the Afghan embassy in Washington, D.C., the Afghans are licking their lips at the potential lithium and mineral windfall despite the country's continued conflict with a resurgent Taliban. What this may portend for the impoverished and war-torn nation is anybody's guess. But the Afghans are playing up the finds — or they were, until recently.

"In recent years, headlines from the Afghan mineral sector have competed to outdo each other in scale: from the landmark $3 billion Chinese investment in the Aynak copper concession to the astounding survey work of the U.S., Afghan, and British Geological Services estimating anywhere between $1 trillion and $3 trillion in mineral potential, to the historic $11 billion deal now being finalized with an Indian consortium for the Hajigak iron ore concession," said a posting on the Afghani Washington DC website.

The post has since been removed.

Afghanistan's ambassador to the U.S., Eklil Hakimi, presided over a press conference at the Afghan embassy in Washington, D.C., on March 10, where he talked about the untapped deposits, along with reps from the USGS and other U.S. politicians.

But Hakimi, through a spokesman, told me he simply didn't have the time to talk.

_____

Solyndra, Abound and Tesla need these chemicals. The investors and the campaign backers and the product owners are all the same people. Tesla doesn't care about selling cars, they car about selling

LITHIUM. The car is like the handle for the razor blade, they want to sell the razor blades, not the shaver. But the idiots backing the scheme rushed into it, without checking into things, because they saw all the free Department of Energy and TARP cash. They did not realize that Lithium blows up all the time and, when mixed, becomes a "Cancer Cocktail", gives off toxic smoke, kills factory workers and is just kinda' bad stuff… ooops

# .The Audacity of Scope

If you think that the size and audaciousness of the crime being examined is almost inconceivable, think again. The greatest crimes are committed in plain sight.

Who would have imagined, at the time, that regular people would try to kill all of the Jews in Germany?

We rarely even consider the fact that a group of people captured, dragged half way around the planet, and raped and beat the black people of Africa.

You see the great piles of skulls from Southeast Asian genocides; how did that happen?

Big crazy crimes DO happen.

While a trillion dollar lithium scam may sound like a wild proposition, so did other things until you later realized: "OMG, these awful things actually happened!".

Even though conventional wisdom may push against the concept, history has shown that assumption to be the fools errand.

_____

54



### POLICY: NATIONAL SECURITY

# John Boehner and seven GOP lawmakers back from secret Afghanistan trip

BY SUSAN FERRECHIO | APRIL 14, 2014 | 12:00 AM

TOPICS:   CONGRESS   THE PENTAGON   JOHN BOEHNER   AFGHANISTAN   NATIONAL SECURITY   PENNAVE

House Speaker John Boehner, R-Ohio, traveled to Kabul, Afghanistan, this past weekend with seven other House Republican lawmakers to get a first-hand look at the political situation in the country after the recent democratic elections, Boehner's office announced Monday.

The trip was not announced until now to maintain security, according to a spokesman.

House Speaker John Boehner, R-Ohio, traveled to Kabul, Afghanistan, this past weekend with seven...

The message from lawmakers was "that the House of Representatives wants to maintain a right-sized presence in Afghanistan" following the years-long war and American involvement in the country to steer it toward democracy.

Lawmakers met with U.S. military troops, Ambassador James B. Cunningham and General Joseph F. Dunford Jr., commander of the International Security Assistance Force and U.S. Forces

# .“AFGHANISTAN IS THE SAUDI ARABIA OF LITHIUM”:

comparatively light weight of lithium ion cells. Virtually all cellphone and laptop batteries use lithium as a core constituent. The much-ballyhooed but seldom-seem Tesla electric roadster uses more than 6,000 computer-sized batteries all mashed into one package. But whether they are the lithium cobalt batteries used in portable devices -- not very useful for automotive use because of their reputation for overheating -- or the newer lithium phosphate or lithium manganese formulations developed for cars, all use a base of lithium metal, which is most easily extracted from salt brine.

That might be a problem. There is already discussion of how much oil remains interred beneath the Earth's surface and whether we are already suffering shortages because of the peak oil problem -- essentially a theory stating that the amount of the world's oil reserves is irrelevant since we have already reached our maximum ability to easily extract it. Now there may be problems with how much lithium the Earth holds and how quickly it can be mined.

On the pessimistic side, there is William Tahil, author of the research paper The Trouble with Lithium, who estimates the world's lithium reserves at about four million tons. He claims the production of hybrid and electric cars will soon tax the world's production of lithium carbonate. At the other end of the spectrum is Keith Evans, who has released An Abundance of Lithium, a report estimating there are 28 million tons of the base metal to be had, plenty enough to go around. Somewhere in the middle of these two opposing viewpoints is the United States Geological Survey's somewhat dated estimate of 11 million tons.

Part of the discrepancy is due to how economical and easily each group thinks the mining of lithium will be, dividing their estimates between "reserves" (think of easily obtained Saudi Arabian oil literally bubbling to the surface) and the more difficult to process "base reserves" (think Canada's Athabasca Oil Sands). Even the optimistic Evans allows that, like oil, his more generous prediction is based on the price of lithium rising in order to make increased mining cost-effective. This is not good news to automakers since it's estimated that these new high-tech batteries already cost as much as US$10,000.

While existing mining levels are able to cope with current demand, there is no consensus on how many lithium-powered electric cars can be produced.

Tahil says any more than 1.5 million GM Volt-type vehicles annually would strain current production. SQM S. A., Chile's largest producer of lithium carbonate, says there is plenty for about five million electric vehicles. Evans predicts there's enough lithium for far more.

Bob Kruse, GM's executive director of Global Vehicle Engineering, also notes that some of the lithium in his company's new Chevy Volt will be recyclable, thereby reducing demand.

The discrepancies owe as much to the types of electric cars being produced -- fully electric cars need bigger batteries and, therefore, more lithium than hybrids -- as to the exact amount of the world's lithium stocks.

# NATIONAL✦POST

Friday, May 1, 2009

## The problem with lithium


Presented by

**National Post Podcasts**

**David Booth,  National Post**



Pierre Verdy, AFP, Getty Images

How quickly we have forgotten. Yesterday's front-page headline is today's page 13 filler, consigned to the back of the newspaper as something sexier or more pressing forces its way to page one-- above the fold.

The subject I'm talking about is oil, the pressing story before all the world's stock markets decided to simultaneously implode. We used to worry about the price of oil and when it would run out, and even non-petrochemical engineers understood the concept of "peak oil." But, whether alternative energy is still big news or not, this much is clear: The world's oil supply is finite, fossil-fuelled vehicles pollute and the public outcry for an alternative is strong.

The leading alternative right now -- if you judge technology by the amount of press generated -- is electric cars. Electric cars don't pollute, electrons are relatively cheap and, perhaps most importantly, these vehicles seem to have captured the imagination of the American consumer, still the greatest economic engine in the world.

Naturally, there are issues. Electric cars don't have the range that current gasoline-powered cars enjoy. Replenishing the onboard energy supply is problematic, taking anywhere from 30 minutes (with special equipment) to all day. There's also the small problem of the battery having to power both the car's engine and its various ancillary and convenience devices -- someday soon you may have to decide what's more important, air conditioning or getting to your final destination.



## A123 lithium-ion battery maker bankruptcy fuels Republican criticism of President Barack Obama's alternative-energy policy

October 17, 2012 | Comments

A123 Systems workers Dave Berda, left, Kurt Woznak, Shannon DeWaalsdra, and AJ Bellosore, go over a battery pack design in Livonia. The lithium-ion battery maker filed Tuesday for Chapter 11 bankruptcy protection, which triggered criticism of the Obama administration's funding of alternative-energy firms. / 2011 photo by ANDRE J. JACKSON/Detroit Free Press

By Nathan Bomey, Todd Spangler and Zlati Meyer

Detroit Free Press Staff Writers

FILED UNDER
Local News
City Of Detroit
Livonia
Debbie Stabenow
Jennifer Granholm

Battery maker A123 Systems' Chapter 11 bankruptcy filing Tuesday triggered a fresh round of political criticism of the Obama administration's alternative-energy investments.

The Waltham, Mass.-based company, which has 626 employees and 348 contract workers in three southeast Michigan locations, said auto supplier Johnson Controls had tentatively agreed to pay $125 million to purchase its automotive-related assets, including the operations in Livonia, Romulus and Ann Arbor.

Republicans immediately compared A123's bankruptcy with the California solar panel manufacturer Solyndra, which filed for bankruptcy and liquidated last year, wiping out a $500-million loan

MORE IN LOCAL NEWS

**Thousands mourn Jessica Ridgeway; police seek help**
Read More

Mark Dantonio blames media for goading him into comments critical of Michigan

Who won Tuesday's presidential debate? Weigh in, take our poll

Most Viewed

Huge cat roaming suburbs
Oct. 10, 2012

guarantee from the U.S.

"A123's bankruptcy is yet another failure for the president's disastrous strategy of gambling away billions of taxpayer dollars on a strategy of government-led growth that simply does not work," said Andrea Saul, a spokeswoman for Republican presidential candidate Mitt Romney.

Battered by recalls, high costs and sluggish consumer adoption of electric vehicles, A123 lost $1 billion since its founding in 2001, despite substantial government support.



A123 SYSTEMS STOCK PRICE

$20.29 — Sept. 24, 2009
$0.06 — Oct. 16, 2012
SOURCE: Yahoo
DAVID PIERCE/DETROIT FR

The U.S. Department of Energy awarded a $249-million grant to A123 in August 2009 with promises of 5,900 jobs, mostly in Michigan. The Michigan Economic Development Corp. also awarded A123 more than $125 million in a variety of tax credits, grants and incentives in 2008 and 2009. The U.S. grant and Michigan incentives drew bipartisan support when they originally were approved.

"This is what's possible in a clean-energy economy — these folks right here, doing extraordinary work," President Barack Obama said at the White House Rose Garden after meeting A123 employees on April 30, 2010. "This is what happens when we place our bets on American workers and American businesses."

A123 has received $132 million of its federal grant so far. The Energy Department said Johnson Controls could be eligible for the rest of the funding, but that has yet to be determined. The federal government's investment does not have to be repaid, according to Securities and Exchange Commission filings.

But Americans have not embraced electric vehicles that require regular recharging. In many instances, they are priced significantly higher than their gasoline-fueled counterparts. Even federal and state tax credits have not erased that price premium.

Then the lack of easy-to-find recharging stations has left many motorists worried about being left on a remote dark road without adequate power.

"It was an expansion of manufacturing plants in anticipation of customers who never arrived," Litchfield Hills Research analyst Theodore O'Neill said.

A Johnson Controls spokeswoman declined to comment on whether the company would keep A123's employees. Its acquisition of A123 must be approved by a U.S. Bankruptcy Court judge in Delaware.

A123's battery plants remain in production for now.

Johnson Controls has a lithium-ion battery plant in Holland, Mich.

A123, which lost $269 million in the first eight months of the year, according to bankruptcy documents, turned down an interview request.

Democrats responded that during his 2002-06 term as governor of Massachusetts, Romney also provided support to emerging technology firms and some of the investments did not pay off. Meanwhile, the Department of Energy pointed out that A123's investment had bipartisan support from Michigan lawmakers, including incumbent Democratic Sen. Debbie Stabenow and her Republican challenger, Pete Hoekstra.

"Johnson Controls' investment in A123 will help ensure that the U.S. remains competitive in this growing global sector," said former Democratic Michigan Gov. Jennifer Granholm, who promoted battery tax incentives as a way to boost the Michigan economy.

A123's bankruptcy filing comes two months after Chinese auto parts maker Wanxiang Group agreed to invest up to $450 million to acquire up to 80% of A123. But that deal fell apart as A123 was set to burn through $400 million in cash over the next 12 months, O'Neill said.

Instead, Johnson Controls is cherry-picking the best assets out of A123, O'Neill said.

Johnson Controls also was awarded a $299-million Energy Department grant for its lithium-ion battery plant in Holland. The company's spokeswoman declined to comment on whether that plant would be affected by the A123 deal.

Barclays analysts said in a research note that the deal would make Johnson Controls "the dominant surviving" U.S.-based lithium battery maker.

A123 shares, which closed Monday at 24 cents, fell 75% to 6 cents on Tuesday.

Many sophisticated A123 investors have lost millions, including global conglomerate General Electric, which had invested about $70 million by 2009.

Dan Leistikow, an Energy Department spokesman, said in a blog post that the government's investment had produced meaningful battery innovation that would live on.

In its bankruptcy petition, A123 listed total assets of $459.8 million and liabilities of $376 million.

The company's biggest customer is California start-up Fisker Automotive, which plans to keep the contract with Johnson Controls through at least the first quarter of 2013, spokesman Roger Ormisher said.

General Motors, which picked A123 as the battery supplier for the Chevrolet Spark electric vehicle, said it would accept Johnson Controls as its new battery provider.

**More Details: Time line of battery maker A123 Systems**

**Products:** Nickel-based batteries, lead acid batteries, lithium-ion batteries, ultra capacitors and fuel cells

**2001** — Founded in a Massachusetts Institute of Technology lab by materials scientist Yet-Ming Chiang.

**2006** — Began selling batteries.

**March 2008** — General Electric invested $207?million in A123 to make batteries for Think Global's electric vehicle.

**May 2008** — The U.S. Advanced Battery Consortium and the U.S. Department of Energy awarded it a $12.5-million grant to develop its lithium-ion battery technology for plug-in hybrid electric vehicles.

**August 2009** — The DOE awarded it a $249-million grant under the government's Advanced Technology Vehicles Manufacturing Loan Program.

**September 2009** — A123 raised $380 million through an initial public offering on the NASDAQ exchange.

**December 2009** — Formed a joint venture with Shanghai Automotive Industry Corp.

**September 2010** — Opened a lithium-ion battery plant in Livonia, equipped to make battery packs for up to 30,000 electric vehicles a year.

**July 2011** — Announced the hiring of its 1,000th worker in Michigan.

**March 2012** — A123 recalled battery packs with prismatic cells that it sold to Fisker Automotive to power its Karma electric car. CEO David Vieau estimated that the recall would cost $55?million.

**August 2012** — Announced a loss of $82.9 million in the second quarter.

**August 2012** — Wanxiang Group, China's largest auto parts manufacturer, agreed to invest up to $465 million in A123 in exchange for 80% of A123.

**Tuesday** — Filed for Chapter 11 bankruptcy and sold auto-related business to Johnson Controls for $125 million. Wanxiang withdrew its offer to invest $465 million for 80% of the battery maker.

# Doing God's Work

## How Goldman Sachs Rigs the Game

March 2011

SPINWATCH
MONITORING PR AND SPIN

*"The first thing you need to know about Goldman Sachs is that it's everywhere. The world's most powerful investment bank is a great vampire squid wrapped around the face of humanity, relentlessly jamming its blood funnel into anything that smells like money."*

Matt Taibbi, Rolling Stone Magazine, July 2009

## Introduction

Much has been written about Goldman Sachs' immense size and power in the US, of the incessant revolving door between the bank, regulatory and political elites in Washington. But Goldman Sachs has cultivated political contacts around the world, not just in the US capital.

This report looks at how the bank's tentacles have spread throughout British and European political circles, including the regulatory centre of Brussels. Goldman Sachs often operates behind the scenes, also working through a number of business lobby groups. This report explores and exposes those links.

Critics say having friends in high places gives the firm a vital edge.[1] This has also allowed Goldman and other global banks to escape the necessary regulatory reform that many independent commentators believe is vital, especially in areas of derivatives.

There is no doubting that Goldman's image has taken a battering. In the midst of the world's worst oil spill in the Gulf of Mexico, Reuters ran an article entitled: "BP: Still not as evil as Goldman Sachs".[2]

The bank's plummeting reputation is a result of a series of events: the role it played in causing the financial crisis, and its "arrogant and unapologetic attitude" in its wake, when CEO Lloyd Blankfein described the bank's activities as "God's work".[3] It was also accused by US authorities of defrauding investors out of $1 billion,[4] faced fines of £17.5 million for failing to tell UK regulators that it was under investigation for fraud,[5] and was sued by three ex-employees for sexual discrimination.[6]

Under fire, Goldman Sachs responded with the biggest advertising campaign in its history, "to help the wider public understand what we do for our clients."[7]

Yet, as banking commentator, Bethany Mclean, notes: "No outsider can tell how the firm really makes its money. It is a fear that Goldman has the game rigged, even if no one can ever prove how. Not just because of its political connections, but also because of its immense size and power."[8] Recent efforts at transparency – its disclosure of revenue from trading and investing[9] - do little to allay fears. "They stopped short of doing something really big", said one banking insider.[10]

What was big, though, was the firm's remuneration and bonus pot for 2010, a whopping $15 billion or an average of $430,000 each.[11]

2



See a sample reprint in PDF format.       Order a reprint of this article now

## THE WALL STREET JOURNAL.
WSJ.com

SMALL BUSINESS  |  DECEMBER 15, 2009

# Venture Capitol: New VC Force

By NEIL KING JR.

When tiny Fisker Automotive Inc. hit a financing glitch last year, threatening its plan to build a fancy gasoline-electric hybrid car in Finland, it turned to the U.S. Department of Energy.

The DOE had a bolder idea. Why not also step up the company's plans to develop a less-expensive model, and assemble it in a closed U.S. auto plant?

Within months, Vice President Joe Biden, the former senator from Delaware, was helping lure the embryonic car company to a shuttered General Motors Co. factory four miles from his house in Wilmington, right across the tracks from Biden Park. Soon, Fisker Automotive, a two-year-old business that has yet to sell a car, won loans from the federal government totaling $528 million.

Fisker had joined a flock of other businesses seeking cash from the biggest venture capitalist of all, the U.S. government.

The DOE hopes to lend or give out more than $40 billion to businesses working on "clean technology," everything from electric cars and novel batteries to wind turbines and solar panels. In the first nine months of 2009, the DOE doled out $13 billion in loans and grants to such firms. By contrast, venture-capital firms -- which have long been the chief funders of fledgling tech firms, taking equity stakes in the start-ups that will pay off if they go public -- poured just $2.68 billion into the sector in that time, according to data tracker Cleantech Group.

Thus, while much attention has been focused on the federal government's involvement in banking, Washington also is gaining sway in another swath of the economy. By financing clean-tech ventures on a large scale, the government has become a kingmaker in one of technology's hottest sectors.

Some young companies are tailoring their business plans to win DOE cash. Private investors, meanwhile, are often pulling back, waiting to see which projects the government blesses. Success in winning federal funds can attract a flood of private capital, companies say, while conversely, bad luck in Washington can sour their chances with private investors. The result is an intertwining of public and private-sector interests in an arena where politics is never far from the surface.

In Delaware, "We had five individuals beating the band -- the three members of the [congressional] delegation, the governor and the vice president," said the state's chief of economic development, Alan Levin. "We had in the vice president a secret weapon, except there is nothing secret about Joe Biden."

A spokeswoman for Mr. Biden said he made no direct appeals to DOE on Fisker's behalf before the loan was approved, though he did talk to the company several times afterward to put in a plug for his home state.

At the DOE, Matthew Rogers, who helps oversee the department's loans, said proposals are vetted by "deal

More than 40 auto-related companies have sought government money to build parts or vehicles, ranging from hybrid roadsters and delivery vans to all-electric three-wheelers that could go 120 miles on a charge. They are chasing $25 billion in federal low-interest loans for a sector that has attracted less than a tenth that much in venture capital over the past five years, according to Cleantech.

"The existence of an 800-pound gorilla putting massive capital behind select start-ups is sucking the air away from the rest of the venture-capital ecosystem," said Darryl Siry, former head of marketing at Tesla Motors Inc., a San Carlos, Calif., company that got a $365 million DOE loan in June to build high-end electric cars. "Being anointed by DOE has become everything for companies looking to move ahead."

Bright Automotive Inc. is still seeking anointment. Based in a small warren of offices outside Indianapolis, Bright looked set to take off in September 2008. Investors were poised to give it more than $100 million to move ahead on a lightweight hybrid delivery van, and it had lined up major corporations as potential customers.

When the financial crisis hit in that same month, investors bowed out. Though a few have since tiptoed back, enabling Bright to build a prototype, its principal hope for now lies in the DOE, from which it is seeking a large loan to get under way.

"We are caught in this blender of historically new forces, somewhere between the public and private worlds," said Bright's chief executive, John Waters. Without a government loan, private investors are reluctant to jump in, he says, while the DOE loan team is wary of backing ventures that haven't already won significant support in the private sector.

The DOE acknowledges it looks to back companies that already have substantial private funding, with the hope that federal money will in turn attract more private investment.

Fisker, based in Irvine, Calif., got rolling two years ago with seed money from two of Silicon Valley's largest venture-capital firms, Palo Alto Investors LLC and Kleiner Perkins Caufield & Byers. They and some smaller investors put up nearly $160 million to move Fisker's first car, called the Karma, off the design table and into early production. But to fine-tune the engineering and put it into full production, Fisker needed at least $200 million more.

In December 2008, Fisker turned to the DOE's $25 billion Advanced Technology Vehicle Manufacturing loan program, which Congress had funded to launch new, high-efficiency vehicles.

Fisker applied for about $170 million to get the Karma rolling. It also put in a second application, hoping eventually to win financing to build a cheaper model, code-named the Kx, which the company didn't envision bringing to market until around 2015.

DOE officials and their advisers expressed strong interest in the Karma proposal, say people involved in the talks, but they were wary of the Kx. Its engineering remained vague, and Fisker was far from having a prototype.

By late spring, DOE was pushing ahead briskly on the Karma loan, say people involved in the deal. But the Karma presented a political challenge: It was already being assembled, under contract, at a plant in Finland. Though it

GM's Delaware factory, called the Boxwood Road plant and dating from 1947, once employed 5,000. It was the last auto assembly plant in the Northeast. State officials and politicians were determined to keep it alive.

In the middle of August, they learned the plant had drawn interest from Fisker. CEO Henrik Fisker came to see it and dropped by the office of a Delaware senator, Tom Carper, a Democrat. The visit unleashed a flurry of activity. Gov. Jack Markell, also a Democrat, quickly called an old friend at Kleiner Perkins to check on Fisker. "Basically, we wanted to know, 'Are they for real?'" said Mr. Levin.

Kleiner Perkins itself has political roots. A leading partner, John Doerr, sits on President Barack Obama's economic advisory board, and another partner is former Vice President Al Gore.

The DOE, in August, hadn't yet ruled on Fisker's loan request. Delaware's governor and congressional delegation began peppering U.S. Energy Secretary Steven Chu with calls on Fisker's behalf. They also had repeated discussions with Vice President Biden and his staff, according to Mr. Levin and several others.

In early September, Gov. Markell told Fisker that if it occupied the shuttered GM plant it would get an array of state incentives worth up to $22 million, including $9 million in cash for utilities. He promised to buy the first car off the line.

On Sept. 17, he ran into Mr. Chu at an event in Pennsylvania. "I know, I know -- Fisker," Mr. Chu said as soon as he saw him, according to the governor, who said Mr. Chu told him he was "hearing from everyone in Delaware."



Car Money

Investments in U.S. advanced vehicles this year, by:

**Energy Department**

Nissan 1.6
Tesla Motors — 0.55
Fisker — 0.53
Automotive
Ford $5.9 billion

Private venture capitalists     $0.67 billion

Note: Through September
Source: Energy Department; Cleantech Group

Five days later, Mr. Chu announced the government had signed a provisional agreement to lend Fisker nearly $170 million to complete engineering of the Karma, as well as $360 million to develop the less-expensive model Kx, which the company then began to call the Nina. Fisker still plans to assemble the Karma in Finland but will make the Nina in Delaware. Mr. Chu said the DOE funding would help reduce dependence on foreign oil as well as create "thousands of new American jobs."

People familiar with the loan say the government based the amount partly on its assessment that the Nina, which will sell for about $40,000 after government tax rebates, could draw world-wide annual sales of around 130,000 -- nearly twice Fisker's own projection.

Mr. Fisker, a former designer of sleek sports cars for BMW and Aston Martin, said he is sure his company would have won DOE funding without the Delaware politicians' support but credits it with speeding the approval. He added that Fisker picked the Delaware plant because it made economic sense.

Though its first model, the Karma, won't be available for test drives for months, Fisker says more than 1,500

68

Afterward, Mr. Fisker escorted the dignitaries behind a curtain for their first look at a mock-up of the planned second model, the Nina. It was a sporty car body, bright red, but with no drivetrain or engine. Gov. Markell, though, was impressed. "It was just a beautiful car," he said.

**Write to** Neil King Jr. at neil.king@wsj.com

Printed in The Wall Street Journal, page A18



Page 70    EXHIBIT 101 – Case # 22-cv-1107-TSH, Norcal 9th District

But the government cut off the loan to Fisker after $193 million when Fisker failed to meet its ambitious sales and production goals. Then, a Consumer Reports test dealt the Karma another blow.

"It is low. It is sleek. It is sensuous," the Consumer Reports' video narrator says.

20 comments

"It's also broken," the narrator adds as a clip of the Fisker Karma being towed on a flatbed airs.

Fisker blamed the car's lithium ion battery, which happened to be made by another government loan recipient, A123 Systems.

A123 got a $249-million taxpayer loan. This year's first-quarter losses totaled $125 million.

The industry's misfortunes have seriously undermined President Obama's goal.

"We can replace our dependence on oil with biofuels and become the first country to have a million electric vehicles on the road by 2015," Obama said in January 2011.

To get to one million, the White House pinned its hopes on 11 models of electric vehicles -- including the Karma. Our CBS News investigation found that six of the 11 -- Ford Focus, Ford Transit Connect, Fisker Nina/Atlantic, Tesla Model S, Tesla Roadster and Think City -- either haven't made their first delivery or are already out of business.

Others aren't even close to the government's 2015 projections. For example, 36,000 Fisker Karmas and 505,000 Chevy Volts were supposed to be made. But current projections slash the Karma's 2015 number in half to 18,000 and put the Volt at one-eighth of the goal at 62,000.

(See chart below)

- Email
- Facebook
- Twitter
- Print
- StumbleUpon

"I think these forecasts were very unrealistic, and history is showing that scaling an automobile company is much more difficult than many of these people thought," Craig Carlson, industry analyst and managing director of Carlson Group, Electric Vehicles, told CBS News.

When told about the CBS News projection that only 300,000 electric vehicles would be on the road instead of the proposed 1 million, the Energy Department's David Sandalow said, "Well, let's hope that we can move faster. And if we don't hit that goal in 2015, let's hit it in 2016."

CBS News pointed out that the Energy Department noted that Think City would produce 57,000 cars, but only built 263 and went out of business. Ford Transit Connect was supposed to make 4,200 vehicles, but only built 500 and filed for bankruptcy.

But, Sandalow reminded that there were some successes.

"And General Motors sold more than 5,000 last year," he said. "And so did Nissan. Around the world this industry is exploding. Innovation involves risks. Any type of new industry is going to encounter some successes and some failures."

Even falling far short of a million, backers say electric cars will take off as people realize how much fun and cheap they are to drive. Just to be sure, the president wants to invest $4.7 billion more tax dollars in electric vehicle incentives.

**The Christian Science Monitor - CSMonitor.com**

# Goldman Sachs culture 'toxic'? Letter confirms suspicions about Wall Street.

Polls show that Americans hold a very low opinion of Wall Street, and a damning public letter of resignation from a Goldman Sachs executive could only amplify that perception.



A Goldman Sachs sign is seen at the New York Stock Exchange. A Goldman Sachs executive director published a withering resignation letter in The New York Times, saying the investment bank is a 'toxic and destructive' place where managing directors referred to their own clients as 'muppets.'
(Brendan McDermid/REUTERS/File)

By Ron Scherer, Staff writer
posted March 14, 2012 at 4:47 pm EDT

New York

The opinion article in The New York Times has a simple headline: "Why I am leaving Goldman Sachs," written by Greg Smith, identified as a former executive director.

Mr. Smith, with more than decade at the firm, then goes on to describe the culture at Goldman Sachs "as toxic and destructive as I have ever seen it."

He says he knew it was time to leave when he could no longer look students being recruited by Goldman Sachs in the eye and tell them

Goldman was a great place to work. Instead, he describes a place where making money off the firm's clients became the mantra.

Smith's description of the firm fits with Main Street's perception of Wall Street these days. Despite the run-up in the stock market, many people view Wall Street as a place where fat cats rake in huge bonuses, and lobby aggressively against attempts by Congress to rein in their activities.

"Wall Street is not held in high regard so this is certainly not going to help," says Dennis Jacobe, chief economist at the Gallup Organization in Washington. "I think one of the things that is under-perceived on Wall Street and many of the financial sectors is how badly the financial crisis has hurt the reputation of everyone involved with Wall Street."

In a survey published last December, Harvard's Center for Public Leadership ranked Wall Street at the bottom in terms of American's confidence in its leadership. Congress, the media, and the White House all ranked higher.

Even long-time Wall Street observers agree that the perceptions are distinctly negative.

"Wall Street is not doing a very good job of explaining its importance to the economy and the good it does," says public relations executive Richard Torrenzano of the Torrenzano Group and a former spokesman for the New York Stock Exchange. "It helps corporations and new organizations raise money in a public environment, and that money is used to build new plants, create jobs, and really help the quality of life in which we live."

However much good Wall Street does is far overshadowed by the public's memory of 2008 financial crisis, which ultimately lead to the Great Recession.

"People will always be suspicious of banks," says Hester Peirce, a senior research fellow at the Mercatus Center at George Mason University and a former Securities and Exchange Commission official. "Part of the reason is that Main Street has suffered so tremendously, and people are still mad at the banks getting all the money they got."

At the height of the financial crisis, Goldman Sachs, like other large financial institutions, borrowed money from the federal Troubled Asset Relief Program (TARP). And, like other large banks, it repaid those loans with interest.

Also, at the height of the financial crisis in 2008, Warren Buffet's company, Berkshire Hathaway, invested $5 billion in Goldman Sachs. Part of Mr. Buffet's investment was in the stock, which he purchased for $115 a share. On Wednesday, the stock was selling for $120 a share, off about $4 a share.

Goldman Sachs, which made a profit of about $1 billion in the fourth quarter, is known for its intense work ethic and cutthroat culture. Each year the investment bank culls its ranks of underperforming executives and traders. However, in the past, the firm has also sent many of its alumni to Washington, including former Treasury Secretaries Robert Rubin and Henry Paulson.

"Many have worked there or wanted to work there," says Ms. Peirce. "Goldman is elite but all the big banks have the reputation of people working very hard."

Goldman officials are also politically active. In the 2012 cycle, Goldman Sachs, through its political action committee as well as individual contributions, is the top organizational donor to Mitt Romney's presidential campaign, according to the Center for Responsive Politics/Open Secrets. Goldman Sachs and its officials have made 232 donations totaling $426,780.

In a letter to their employees on Wednesday, Goldman Sachs executives Lloyd Blankfein and Gary Cohn disputed Smith's characterization of the firm. "Needless to say, we were disappointed to read the assertions made by this individual that do not reflect our values, our culture and how the vast majority of people at Goldman Sachs think about the firm and the work it does on behalf of clients," wrote the two men in a letter posted on the firm's website.

The Goldman Sachs officials said that as far as they knew, Smith, whom they never identified by name, had not expressed any misgivings through any of their anonymous channels. "If an individual expresses issues, we examine them carefully and we will be doing so this case," they wrote.

The Goldman Sachs letter to its employees also noted that two weeks ago, Goldman was named one of the best places to work in the United Kingdom, where Smith resides.

Critics of Goldman Sachs blame its problems on a fixation with short-term profits. "It is just this short term grab for profits," says T.J. Faircloth, director of research at Boston-based Corporate Accountability International, which monitors corporate behavior. "We see this across the board with other corporations."

This jibes with Smith's view of the big firm. In his op-ed, the former executive writes, "Today, if you make enough money for the firm (and you are not currently an ax murder) you will be promoted into a position of influence."

Smith says he hopes his op-ed acts like a warning shot to the company's board of directors.

Foote Mineral, which owned the Kings Mountain mine, hoped to get the jump on the lithium boom by expanding to northern Chile, where desert brines were rumored to contain vast, cheaply obtainable amounts. In 1975 Foote signed an agreement with the Chilean government, then run by Pinochet, to explore the Salar de Atacama. Nine years later Foote began extracting lithium from a sliver of the lake bed. (The Foote subsidiary that worked the salar is now owned by Rockwood Holdings of Princeton, N.J., which continues to produce lithium on the tract.)

Newly wise to the desolate salar's value, Pinochet's government decided to auction off the rest of the region's mining rights. The American firm Amax (now part of Freeport-McMoran) won the bidding but didn't develop the property. In 1992 Amax sold its rights to a former arm of the Chilean government that had recently been privatized and handed over to Pinochet's then son-in-law, Julio Ponce Lerou.

Lithium's boom had begun in earnest just a year before, when **Sony** (nyse: SNE - news - people ) launched its first generation of lithium-ion batteries for consumer electronics. By the end of 1991 Sony was making 100,000 a month. SQM began selling lithium carbonate in late 1996, and within a matter of weeks, lithium carbonate prices fell by a third, to $2,000 a ton. The American lithium industry vanished overnight.

**Sidebar:**

White Gold

# U.S. Identifies Vast Mineral Riches in Afghanistan



Tyler Hicks/The New York Times

A bleak Ghazni Province seems to offer little, but a Pentagon study says it may have among the world's largest deposits of lithium.

By JAMES RISEN
Published: June 13, 2010

WASHINGTON — The United States has discovered nearly $1 trillion in untapped mineral deposits in Afghanistan, far beyond any previously known reserves and enough to fundamentally alter the Afghan economy and perhaps the Afghan war itself, according to senior American government officials.

**At War**

Notes from Afghanistan, Pakistan, Iraq and other areas of conflict in the post-9/11 era.

Go to the Blog »

**Multimedia**

The previously unknown deposits — including huge veins of iron, copper, cobalt, gold and critical industrial metals like lithium — are so big and include so many minerals that are essential to modern industry that Afghanistan could eventually be



RECOMMEND

TWITTER

COMMENTS (1460)

SIGN IN TO E-MAIL

PRINT

SINGLE PAGE

REPRINTS

SHARE

**In Theaters**

Read All Comments (1480) President Hamid Karzai were recently briefed, American officials said.

While it could take many years to develop a mining industry, the potential is so great that officials and executives in the industry believe it could attract heavy investment even before mines are profitable, providing the possibility of jobs that could distract from generations of war.

"There is stunning potential here," Gen. David H. Petraeus, commander of the United States Central Command, said in an interview on Saturday. "There are a lot of ifs, of course, but I think potentially it is hugely significant."

The value of the newly discovered mineral deposits dwarfs the size of Afghanistan's existing war-bedraggled economy, which is based largely on opium production and narcotics trafficking as well as aid from the United States and other industrialized countries. Afghanistan's gross domestic product is only about $12 billion.

"This will become the backbone of the Afghan economy," said Jalil Jumriany, an adviser to the Afghan minister of mines.

American and Afghan officials agreed to discuss the mineral discoveries at a difficult moment in the war in Afghanistan. The American-led offensive in Marja in southern Afghanistan has achieved only limited gains. Meanwhile, charges of corruption and favoritism continue to plague the Karzai government, and Mr. Karzai seems increasingly embittered toward the White House.

So the Obama administration is hungry for some positive news to come out of Afghanistan. Yet the American officials also recognize that the mineral discoveries will almost certainly have a double-edged impact.

Instead of bringing peace, the newfound mineral wealth could lead the Taliban to battle even more fiercely to regain control of the country.

The corruption that is already rampant in the Karzai government could also be amplified by the new wealth, particularly if a handful of well-connected oligarchs, some with personal ties to the president, gain control of the resources. Just last year, Afghanistan's minister of mines was accused by American officials of accepting a $30 million bribe to award China the rights to develop its copper mine. The minister has since been replaced.

Endless fights could erupt between the central government in Kabul and provincial and tribal leaders in mineral-rich districts. Afghanistan has a national mining law, written with the help of advisers from the World Bank, but it has never faced a serious challenge.

"No one has tested that law; no one knows how it will stand up in a fight between the central government and the provinces," observed Paul A. Brinkley, deputy undersecretary of defense for business and leader of the Pentagon team that discovered the deposits.

At the same time, American officials fear resource-hungry China will try to dominate the development of Afghanistan's mineral wealth, which could upset the United States, given its heavy investment in the region. After winning the bid for its Aynak copper mine in Logar Province, China clearly wants more, American officials said.

Another complication is that because Afghanistan has never had much heavy industry before, it has little or no history of environmental protection either. "The big question is, can this be developed in a responsible way, in a way that is environmentally and socially responsible?" Mr. Brinkley said. "No one knows how this will work."

With virtually no mining industry or infrastructure in place today, it will take decades for Afghanistan to exploit its mineral wealth fully. "This is a country that has no mining culture," said Jack Medlin, a geologist in the United States Geological Survey's international affairs program. "They've had some small artisanal mines, but now there could be some very, very large mines that will require more than just a gold pan."

Page 76   EXHIBIT 101 – Case # 22-cv-1107-TSH, Norcal 9th District

The mineral deposits are scattered throughout the country, including in the southern and eastern regions along the border with Pakistan that have had some of the most intense combat in the American-led war against the Taliban insurgency.

INSIDE NYTIMES.COM

1 | 2 | NEXT PAGE »

A version of this article appeared in print on June 14, 2010, on page A1 of the New York edition.

**Start your day with the Today's Headlines e-mail newsletter.**

COMMENTS

SIGN IN TO E-MAIL



### Goldman Sachs, Citi, Recruit Iraq and Afghanistan Vets

Citi and Goldman among other banks were recruiting at a job fair aboard the USS Intrepid.

Tags: Goldman Sachs, Citi, career management, Wall Street jobs,

By Melanie Roder   ℱ @mrodier                              JUNE 24, 2011

As jobs decline on Wall Street, banks like Citi and Goldman are actively recruiting veterans of the Iraq and Afghanistan wars, according to Bloomberg News.

Citi and Goldman, together with Credit Suisse, Bank of America and Deutsche Bank were recruiting at a job fair hosted yesterday by the U.S. Chamber of Commerce for service personnel aboard the USS Intrepid, a museum in the Hudson River, Bloomberg said.

Last year, WS&T reported that Wall Street firms and hedge funds were actively recruiting former CIA and military intelligence officers in a bid to boost their security and risk management practices by looking for expertise outside the corporate world.

Former Afghan and Iraq war vets with intelligence operations experience are particularly in demand since they can bring new technology and techniques to research and analysis, Michael Bagley, founder and president of Washington D.C.-based financial intelligence firm, The OSINT Group, told WS&T.

From Bloomberg:

> Former Marine Corps captain Christopher Perkins, now head of Citigroup's derivatives operation in the Americas, said he dealt with budgets and negotiation while stationed in Japan, his first education in business practices. Citigroup hired him based on skills obtained in the military, not to burnish the firm's image, he said.

> "It's not about charity work," Perkins said. "It's about making the firm better."

Still, despite their skills the road to civilian work in the financial industry could be a very tough one for the veterans:

Financial sector layoffs are up 21 percent this year. Banks, insurance firms and brokers said they planned to eliminate 11,413 positions through May, according to Challenger, compared with 9,431 during the same period in 2010.

In the meantime, competition among vets themselves vying to get a job is also hotting up: Unemployment among veterans rose to 12.1 percent in May from 10.6 percent a year ago, Bloomberg said.

And following President Barack Obama's announcement this week that he will withdraw 33,000 troops from Afghanistan by September 2012, competition among veterans looking for civilian jobs will soon be getting even tougher.

Printer Friendly

# The Washington Post

Back to previous page



# E-mails about clean-energy loans provide new details on White House involvement

By Carol D. Leonnig and Joe Stephens, Published: August 8 | Updated: Thursday, August 9, 7:23 AM

President Obama's staff arranged for him to be personally briefed last summer on a loan program to help clean-energy companies, two months before the program was thrust into headlines by the collapse of its flagship, the solar company Solyndra, records show.

About the same time, then-White House Chief of Staff William Daley resolved a dispute among administration officials over another project in the program, clearing the way for a $1.4 billion loan, according to documents and sources familiar with the situation.

The documents, a series of e-mails among Energy Department staff members involved in managing the program, provide new details about the level of White House involvement in the controversial initiative. White House officials have said in the past that final decisions about which companies would receive the loan guarantees were made by career staff members at the Energy Department, not political appointees.

Administration officials said Wednesday that the e-mails show that the White House involvement was appropriate and that there was no pressure on agency officials.

That loan program, a signature piece of the Obama administration's effort to stimulate the economy, has become a major issue in this year's presidential campaign. Republicans have charged that the program wasted critical stimulus money meant to create jobs, spending it instead on ill-advised projects that

benefited Democratic fundraisers.

The documents, provided to The Washington Post by Republican investigators for the House Oversight and Government Reform Committee, show that White House aides asked Energy Secretary Steven Chu to deliver a June 27, 2011, presentation to the president on the status of the loan program. The interest in a presidential briefing came as other senior administration figures were challenging parts of the program and debating whether the Energy Department was cutting deals that gave "unjust enrichment" to private companies.

An Energy staffer explained that the president "wants to know its status" so he could be prepared when the loan program came up "at official events and political events where he interacts with [the] business community and Congressional members." The e-mail from the department's chief of staff, Brandon Hurlbut, went on to say that many people attending such gatherings "have some affiliation or interest in the numerous applications received that involve substantial funds."

The documents do not indicate whether the presidential briefing took place as scheduled and, if so, whether Obama offered guidance on the program's future.

'A right to know'

On Wednesday, Rep. Darrell Issa (Calif.) and other Republican members of the House Oversight and Government Reform Committee wrote to Obama requesting a "full and complete" explanation of his involvement in the issue and seeking additional internal documents, including a list of all private individuals with whom the president met to discuss loan projects.

"The American people have a right to know the level of involvement you and other senior White House officials had in the loan guarantee program," the committee members wrote. "Your interactions with business leaders at political events affected decisions to give billions of taxpayer dollars in loan guarantees to green energy companies."

Energy Department spokesman Damien LaVera said that the collection of internal documents provided thus far to congressional investigators "validates what we have said from day one: All decisions on loan applications were made on the merits after careful review by career officials and technical experts in the loan program."

Rather than revealing any White House pressure to give money to certain companies, the new e-mails show that "Department of Energy officials appealed to the White House to resolve legitimate disagreements between agencies" so the applications could move forward, LaVera said.

White House spokesman Clark Stevens added that "internal debates about complex programs like this should be expected, and the White House playing a role in assisting interagency discussion surrounding that process is entirely appropriate."

Solyndra, a Silicon Valley start-up that manufactured solar panels, received a half-billion dollar federal loan from the program before suddenly closing last August. A short time later, the FBI raided its offices as part of a criminal investigation into whether the company misled the government about its finances.

The government is expected to recover just $24 million of the $527 million that taxpayers lent the company. Republicans have accused the administration of favoring Solyndra because its largest investors were funds linked to Oklahoma billionaire George Kaiser, an Obama donor.

**'Some serious gloating'**

Other e-mail exchanges in the documents appear to show deep divisions between Chu and some senior Obama economic advisers over the program.

In June 2011, Chu asked Daley to settle a dispute among agency leaders over whether a $1.4 billion loan to a solar generation facility was consistent with the stimulus act. Chu was a major proponent of the Project Amp facility, which was proposing to use Solyndra as a sole supplier of solar panels at a time when Solyndra was in financial trouble.

Obama's senior economic leaders, including then-Office of Management and Budget director Jack Lew, expressed concerns that the project was spread over several years and did not have any immediate impact on the local economy. Lew, now Obama's chief of staff, told a DOE staffer after the Daley meeting that he was not opposed to the general idea of the project but was just "protecting the president."

After the meeting, Jonathan Silver, the director of the Energy Department's loan office, celebrated "total victory" over his administration opponents. He described in an e-mail to a colleague how Chu came as "close to an annihilation of the economic team's position as you could possibly hope for." Silver speculated that Daley had given the economic team "a fig leaf" and that the Energy Department's victory was cause to "do some serious gloating."

A draft of Energy Department talking points prepared for the presidential briefing highlights that the program had committed more than $34 billion and asserted that it had created or saved 68,000 jobs. Those talking points forecast little risk from the program, although Solyndra was already showing signs of distress: The department months earlier had negotiated a loan restructuring amid threats that the firm would have to liquidate for lack of operating cash.

"DOE expects that all loans will be repaid," one presentation slide said. "When loans are repaid, the benefits — including the creation of tens of thousands of jobs — will have been obtained at little cost to taxpayers."

Chu appeared eager to make sure that Obama heard about the disagreements over the program within the administration.

"We need to tell the President the truth, as we see it. We need to also present the other side's point of view as fairly as possible," the secretary wrote in an e-mail to Hurlbut.

Officials at the Treasury Department and the White House Office of Management and Budget often argued that government subsidies to clean-energy companies gave them too great a return on investment, or an "unjust enrichment," Chu wrote.

"Many times, they felt that a 'better deal'' could have been brokered by DOE and asked us to renegotiate," he said.

**Medium Taxpayers' Office revenue increased 300 Million …**

Historically, the name "Afghan" designated the Pashtun people, the largest ethnic group of **Afghanistan**. [33] … Other reports show that the country has huge amounts of **lithium**, copper, gold, coal, iron ore and other minerals.

article.wn.com/view/2014/01/21/Medium_Taxpayers_Office…

Peak Energy: Think "peak oil" is a discredited idea …

\* Electric Vehicles and Peak **Lithium** \* Hydrogen and Peak Platinum \* Storing Energy In Graphite … (10) cradle to cradle (10) fabber (10) **goldman sachs** (10) gtl (10) hybrid car … **afghanistan** (8) big oil (8) …
peakenergy.blogspot.com/2014/01/think-peak-oil-is-discredited-i…

cobalt **goldman sachs**

Did you know that **Afghanistan** is one of the world's largest suppliers of **lithium**? All your electronic devices that use **lithium** batteries are dependent on it & only a few countries have … cobalt gold ring, cobalt golden age club, cobalt **goldman**, cobalt **goldman sachs** Admin. Search for: Recent Posts. breadmakernew.com/tag/cobalt-goldman-sachs/

**Afghanistan** sits on $1 trillion worth of mineral deposits. Is …

When you look deeply into it, you find that **Goldman Sachs** is owned by Rothschild, … **Afghanistan's** mineral deposits to be worth upwards of $1 trillion and in fact, a classified Pentagon memo called **Afghanistan** the "Saudi Arabia of **lithium**. … beforeitsnews.com/power-elite/2013/12/afghanistan-sits-on…

Why the US wants to stay in **Afghanistan**

**Goldman Sachs** Director to Join Board of Bitcoin Startup Circle Capturing images of bystanders by zooming in on pictures of corneas (this is huge!) … Well it does not come from **Afghanistan** . Although **lithium** is widely distributed on Earth, … lunaticoutpost.com/Topic-Why-the-US-wants-to-stay-in-Afgha…

Did **Goldman** push us into **Afghanistan** for the **Lithium**? | DOE …

From Contributor: JackieNuls: Did **Goldman** push us into **Afghanistan** for the **Lithium**? **Goldman** stood to make billions of dollars along with the Russian mining companies, battery companies and electric car companies they represent. **Goldman** was involved in almost every DOE funding deal and …
atvmdoe.wordpress.com/2012/10/29/did-goldman-push-us-into-afg…

Carp Libertatum: Massive **lithium** deposit found in **Afghanistan** …

Massive **lithium** deposit found in **Afghanistan**. … **Goldman Sachs** fraud, how they cheated investors wi… The Globalist Treat Earth like It's Their Mafia Em… IRS Fraud: There Is No Law That Requires You To Fi… Federal Income Tax – Why you should not pay; americaisindanger.blogspot.com/2011/04/massive-lithium-deposit-found-i…

Talison **lithium** – Wikinvest

**Lithium's** extremely low co-efficient of thermal expansion makes these products resistant to thermal shock and imparts mechanical strength. … China, and **Afghanistan** however Bolivia has a backward, … **Goldman Sachs** Group Inc. and Fortis Investments. wikinvest.com/wiki/Talison_lithium

**Afghanistan** may be the Saudi Arabia of **lithium** | Business blog

The New York Times story on the discovery of vast mineral reserves in **Afghanistan** is astonishing, given the unpredictable political consequences. One is that the **Afghanistan** could rival Bolivia as the Saudi Arabia of **lithium** The US US taskforce that is trying to map the reserves of … blogs.ft.com/businessblog/2010/06/afghanistan-may-be…

Kathleen Parker: Mining **Afghanistan's** future

**Afghanistan**, it turns out, is rich in minerals – trillions rich. It's going to become the Saudi Arabia of **lithium**, thanks to vast stores of that resource, plus iron, copper, cobalt and gold. … Masooma Habibi, a graduate of **Goldman Sachs'** "10,000 Women" program at the AUAF, … readingeagle.com/article.aspx?id=229781

cryptogon.com » U.S. Identifies Vast Mineral Deposits Worth …

U.S. Identifies Vast Mineral Deposits Worth $1 Trillion in **Afghanistan**; "The Saudi Arabia of **Lithium**"; Eventually "One of The Most Important Mining Centers in The World"; … And **Goldman Sachs** will arrange the financing. cryptogon.com/?p=15953

Vast Deposits Of Fodder For Conspiracy Theorists Discovered …

Jim Risen has a blockbuster story about a gift and a curse for **Afghanistan's** blighted and … gold and critical industrial metals like **lithium** — are so big and include so many minerals that are … The Board

of advisors has Stephen Friedman, AIG crook, **Goldman Sachs** crook, Federal Reserve …
attackerman.firedoglake.com/2010/06/13/vast-deposits-of-fodder-for-…

NYT: Vast Minerals FOUND (**Lithium**, Gold) in **Afghanistan**

The previously unknown deposits — including huge veins of iron, copper, cobalt, gold and critical industrial metals like **lithium** — are so big and include so many minerals that are essential to modern industry that **Afghanistan** could eventually be transformed into one of the most …
dailykos.com/story/2010/06/13/875695/-NYT-Vast-Miner…

**Afghanistan** Troop Draw-down, **Afghanistan**, President Barack …

**Afghanistan** troop withdrawal, President Barack Obama, Prime Time speech, … We'll need enough troops in afganistan to secure their **lithium**, … Guess Ghadafi should have cooperated with **Goldman Sachs**. Recently Aired. Listen to today's podcast:
blogs.wsj.com/wsjam/2011/06/23/president-barack-obama…

» The **Afghanistan** coincidence Alex Jones' Infowars: There's …

… gold and critical industrial metals like **lithium** — are so big and include so many minerals that are essential to modern industry that **Afghanistan** could eventually be transformed … **Afghanistan's** gross domestic product is only about $12 billion dollars," lunch money for **Goldman Sachs**.
infowars.com/the-afghanistan-coincidence/

Mining **Afghanistan's** future – hutchnews.com

Mining **Afghanistan's** future By Kathleen Parker WASHINGTON – Amid all the dark news from **Afghanistan**, every now and then a sliver of light slips through the cracks.
hutchnews.com/Wirecolumns/Parker-column6-16–1

Horrors of **Afghanistan** transformed West Seneca Marine …

Historically, the name "Afghan" designated the Pashtun people, the largest ethnic group of **Afghanistan**. [33] … The country's natural resources include: coal, copper, iron ore, **lithium**, uranium, rare earth elements, chromite, gold, …
article.wn.com/view/2014/01/13/Horrors_of_Afghanistan_…

Making Lemonade From Failed Afghan Air Force G222 Acquisition

… General McChrystal General Odierno General Schwartz GFE GISP Global Hawk Global Influence Global Strike Global Zero GLONASS GMD GMR **Goldman Sachs** Google Gordon England Gorgon Stare Government … Gooden Linda Hudson **Lithium**-ion Batteries … in **Afghanistan** that the press would …

lexingtoninstitute.org/making-lemonade-from-failed-afghan-air-…

**Lithium**: The Commodity of the 21st Century [Global X Funds …

**Lithium** is used as a thickener in grease, … There are also huge **lithium** deposits in Bolivia, China, and **Afghanistan**, … **Goldman Sachs** Group Inc. and Fortis Investments. These three majors bought in when Talison was still a private company.

seekingalpha.com/article/252920-lithium-the-commodity-of…



lithium will come from. "There have been a lot of worries out there that all this money that is being spent on lithium-ion battery technology is going to create shortages," says Jacob Grose, an analyst at Lux Research. In other words, if the fear now is Peak Oil, could the crisis next decade be Peak Lithium?

Lithium-ion batteries are far from new. For two decades they've increasingly found their way into iPods and laptops, which now account for 20 per cent of the lithium market. (The rest goes to ceramics, glass and pharmaceuticals.) For the same reasons gadget-makers use them—lithium-ion batteries are lighter than other types, and kick out twice the power—more and more car companies plan to put them into their plug-in hybrids and electric cars.

Along with the environmental benefits, a key driver in this push is to reduce the West's dependence on Middle East oil. But it turns out that with lithium-ion batteries, the U.S. will still be forced to rely on foreigners. China is a major source of the mineral, as are Chile and Argentina, where it is extracted from brine pools. The world's largest undeveloped lithium deposit is located in Bolivia, which has already indicated it won't let foreign companies mine its reserves, and that could be a problem. Bolivia is hardly a friend to the U.S.—the government of President Evo Morales recently accused America's ambassador of trying to break up the country and expelled him. In a report to Congress last month, the U.S. Government Accountability Office warned that by switching from gas-powered cars to lithium battery cars the U.S. could simply "substitute reliance on one foreign resource for another."

This could be a major concern if supplies become strained—and some say they will be as electric cars catch on. Obama aims to have one million electric cars on U.S. roads by 2015, while JPMorgan predicts hybrid sales will reach 9.6 million three years later. Japanese carmaker Mitsubishi has said demand for electric cars could surpass supply by 2015, and a commonly-cited 2006 report by William Tahil of Meridian International Research, entitled The Trouble With Lithium, suggests the lithium supply could eventually be tighter than oil is today.

However, others question such predictions. For one thing, though Tahil's report is repeatedly referenced in news reports, there are good reasons to be suspicious of its contents. An earlier study by Tahil on the 9/11 terrorist attacks offered "incontrovertible proof" the towers were destroyed by "nuclear explosions." Even ignoring Tahil's bizarre research history, his report assumes virtually every car sold each year—all 60 million of them—will be electric.

"People who argue we'll have peak lithium make huge assumptions about the size of the market," says Kent Furst, an analyst at the Freedonia Group. The U.S. Geological Survey's lithium analyst, Brian Jaskula, agrees. Should electric cars become wildly popular, he says, there is still enough supply to meet demand for the next decade. That doesn't include the lithium in Bolivia, a large Nevada lithium mine proposed by Vancouver-based Western Lithium, or potential deposits in Canada.

Besides, while engines constantly consume oil, a lithium battery can power a car for years. If lithium supplies do become an issue some day, by then other battery technologies may have taken over, says Bob Kruse, a executive with GM's clean energy vehicle program. While the Chevy Volt electric car debuts next year, the company is already working on the second- and third-generations of the car, testing other types of batteries. "I don't think we're in danger of running out of lithium any time soon," he says.

Previous The DNA discount

**The Mind-Body Politic » Afghanistan Has Trillion Dollar …**

**Afghanistan** Has Trillion Dollar Deposits Of Iron, Copper, and **Lithium**. June 14, 2010. Tags: **afghanistan**, Empire, Globalization, pakistan, propaganda, resources, War
mindbodypolitic.com/2010/06/14/afghanistan-has-trillion-dol…

**Endless Afghanistan? – Ron Paul Forums / Rand Paul Forums …**

Endless **Afghanistan**? … You could say, it's the typical MO of protecting those **Lithium** rights(natural resources again) for the Fascist-Marxists Green Battery corporate manufacturers too. … **Goldman Sachs** was top Obama donor. 11-20-2013 01:00 PM #7. AngryCanadian.
ronpaulforums.com/showthread.php?433745-Endless-Afghanistan

_____

Opening Afghan minds | HeraldTribune.com – Sarasota Florida …

Amid all the dark news from **Afghanistan**, … the cracks. **Afghanistan**, it turns out, is rich in minerals. Trillions rich. It's going to become the Saudi Arabia of **lithium**, they say. Thanks to vast … a graduate of **Goldman Sachs'** "10,000 Women" program at the AUAF, founded an Internet … heraldtribune.com/article/20100617/COLUMNIST/6171039



There's billions and billions of dollars, courtesy of the government's stimulus package, still to come (Washington has already handed out US$8 billion in loans) for advanced battery technology R&D companies and battery manufacturers. The auto industry is gearing up to make its first real go at marketing plug-in vehicles for the masses. The start flag has dropped and the race to build lithium-ion batteries for vehicles has started.

If the US does not develop a lithium-ion battery manufacturing sector at home it may very well be shut out of the electric car business – he who makes the batteries will also make the cars. Lithium demand will skyrocket as more and more hybrids roll down the assembly line. Current processing potential is limited, making it vulnerable to market disruption. And limited supplies could mean big profits for lithium miners and producers.

It's extremely hard to believe that any politician or lobbyist would consider sourcing the needed supplies for Obama's Energy Revolution from offshore suppliers and risk the same foreign dependence as they have today with oil. Politicians will fight tooth and nail to avoid importing lithium or lithium-ion batteries.

Because there is so much money being thrown around and because lithium is the key ingredient to make these future electric cars viable it shouldn't come as a surprise to anyone if investors are smiling with glee over the prospects of a huge boom in the prices of their favorite lithium explorers and producers.

Will the Electrification of America become unplugged?

The U.S. Government Accountability Office, in a report to congress, warned that by switching from gas-powered cars to lithium battery powered cars the U.S. might simply "substitute reliance on one foreign resource for another."

"Politicians ... ran on a plank based on ending foreign oil dependence, and it is unlikely that voters will want to meekly transfer this dependence to lithium." Said the Council On Hemispheric Affairs, Washington, D.C.

Obama said this during his election campaign...."Finding the new driver of our economy is going to be critical. There's no better driver that pervades all aspects of our economy than a new energy economy....That's going to be my No. 1 priority when I get into office." President Obama

Page 87    EXHIBIT 101 – Case # 22-cv-1107-TSH, Norcal 9th District



# 13 Battery Startups Hitting the Road With Lithium-ion

Mon Jul 20, 2009 2:20am EDT

By Jose Garthwaite - Earth2Tech

With billions of dollars in government funds coming down the pipeline for advanced batteries courtesy of the stimulus package, and the auto industry gearing up to make its first real go at marketing plug-in vehicles for the masses, the race to build lithium-ion batteries for vehicles has never been hotter.

Massive international battery makers may dominate the mobile device and laptop markets for lithium-ion batteries, but a growing number of companies — some founded just in the last year, others that have been around for over a decade — are hoping to carve out a piece of the battery vehicle market. They have their work cut out for them, however, as more established companies such as Sanyo, Hitachi and NEC are eying the same prize.

As the money rolls out and competition heats up, here are 13 battery startups you should know about:

**A123Systems:** Massachusetts-based A123Systems, working with nanoscale materials licensed from MIT, has attracted big-name backers including General Electric, Motorola and Qualcomm. The startup had raised $132 million in May 2007, and last year filed for an IPO. But A123 has since revised its registration with the SEC several times (taking into account tumult on Wall Street and in the auto industry, and most recently the introduction of new government incentives) and has yet to go public.

Runner-up to supply cells for General Motors' Chevy Volt and winner of a deal with Chrysler to make modules and battery packs for the struggling automaker's planned plug-in vehicles, A123 is also working on energy storage systems for electric utilities and got its start with batteries for power tools. The company has its eye on at least two DOE programs, and has won state-level support as part of Michigan's efforts to lure battery manufacturing jobs.

**ActaCell:** Having raised $5.8 million in a Series A round led by DFJ Mercury and joined by Google.org last summer, ActaCell has been working toward a 2010 commercial launch. ActaCell's devices, which it expects to have a longer cycle life at lower costs than the competition, are based on technology developed at the University of Texas at Austin. The company has joined the National Alliance for Advanced Transportation Battery Cell Manufacture, a group of 50 U.S. companies that plan to invest more than $600 million in a battery R&D center in Kentucky, if DOE funds come through.

**Boston-Power:** Massachusetts-based laptop battery maker Boston-Power unveiled a new battery for plug-in vehicles in May 2009. The 4-year-old company hasn't released many details about this "Swing" model, other than to say that it will deliver "industry-leading capabilities" in areas such as energy density, lifespan, safety, cost savings and environmental sustainability.

While Boston-Power says it has enough manufacturing capacity to produce millions of cells per month in Asia, it aims to build a new lithium-ion battery factory within three years in Auburn, Mass., for both laptop and vehicle battery cells — if it wins approval from the DOE for about $100 million in grants. Otherwise Boston-Power plans to continue to grow and open more factories to meet demand, but probably not stateside.

**CFX Battery:** Co-founded less than a year ago by Rachid Yazami, research director of France's National Center for Scientific Research, Caltech professor Robert H. Grubbs and French chemist Andrew Hamwi,

CFX Battery is working with technology developed at Caltech to produce prismatic (flat), cylindrical, thin-film and coin lithium-ion cells.

The Azusa, Calif.-based startup has reportedly raised $15 million and now says it is growing its team and seeking alliances with major equipment manufacturers as it develops batteries for not only electric cars but also medical devices, mobile phones, laptops, and military and industrial applications. Anticipating a lithium squeeze down the road and eying lower-cost alternatives, Yazami tells the New York Times that he is also "trying to develop a battery powered by nano particles of sodium and water."

**Electrovaya:** Mississauga, Ontario-based Electrovaya makes battery systems (cells, modules and interfaces) for hybrid and electric vehicles — including some of its own, such as the low-speed electric Maya 300 that rolled last month in a small ExxonMobil-backed car-sharing program. Working with nanostructured lithium-ion polymer technology, Electrovaya snagged three deals with Chinese manufacturers last year, and also has agreements with India's Tata Motors and Norway's Miljø Innovasjon for highway-speed electric cars. The company was founded in 1996 and began trading on the Toronto Stock Exchange four years later.

**Enax:** Founded 13 years ago as a battery consulting service in Tokyo, Enax is now working on "lithium-ion cells especially for future hybrid and electric drives in automobiles" with battery giant Continental, which bought a 16-percent stake in the company last year. Enax claims the new batteries will be safer and have a longer service life than today's offerings, as AutoblogGreen reports. The company, which aims to provide batteries for "electric vehicles, submarines, fuel cell system, etc.," also supplies electrodes to other companies.

**Envia Systems:** Based in Hayward, Calif., early-stage Envia Systems raised a $3.2 million first round of financing late last year from Bay Partners and Redpoint Ventures to help with development of "high performance, low cost energy storage solutions using lithium-ion batteries" for plug-in vehicles.

**Imara:** Founded in 2006, Menlo Park, Calif.-based Imara is working on small-format batteries for power tools and outdoor equipment, with the goal of eventually producing vehicle batteries after it builds "a solid economic base." VP Neil Maguire tells Triple Pundit. Still, the company has requested stimulus funds from the DOE to build a plant in Portland, Ore., to produce cells for plug-in hybrid vehicle batteries.

Imara has raised $20 million in venture capital (investors include Battery Ventures and RRE Power) and licenses its technology from SRI International. The company told us late last year that it aimed to use the funds to ramp up annual production capacity to at least 8 million cells by the end of 2009, with electrode manufacturing facilities in Menlo Park, Calif., and assembly for small-format batteries contracted out in Asia.

**Mobius Power:** Based in Fremont, Calif., Mobius Power aims to produce lithium-ion batteries with high energy density for mobile phones, notebook computers, backup power for the grid, and hybrid vehicles. Founded in 2007 with a reported $4.5 million investment from Walden International, Lightspeed Venture Partners and Sigma Partners, the company is not revealing many details, but says its "technology is based on innovative and patented developments in the research laboratories at a major U.S. corporation."

**SaKti3:** SaKti3 has been amassing funds and partnerships since we first wrote about its $2 million investment from Khosla Ventures last year. It remains tight-lipped about its technology, however, which stems from research led by CEO Ann Marie Sastry, who heads up University of Michigan's energy systems engineering program.

SaKti3 has won significant support from the state of Michigan and partnered with General Motors, a move designed to strengthen both companies' requests for government aid and a vote of confidence in the startup's cell tech. In a separate deal, Sastry is already helping to retrain 50 GM engineers at the University of Michigan. To reach commercial-scale manufacturing within three years, SaKti3 hopes to get a $15 million grant from the Department of Energy.

**Seeo:** Seeo has developed a nano-structured solid-state battery based on a solid polymer electrolyte that founder and technology director Mohit Singh says is more stable, safer, and has a higher energy density than lithium-ion batteries now on the market. For comparison, MIT's Technology Review explains, "[T]oday's lithium-ion batteries use lithium cobalt oxide electrodes and a liquid electrolyte...the electrode material can release oxygen when overcharged or punctured, causing the flammable solvent to catch fire and the battery to explode."

Singh developed the nanostructured polymer electrolyte as a post-doctoral fellow at Lawrence Berkeley National Labs, and says the batteries can deliver 300 watt-hours per kilogram (compared with less than 290 watt-hours per kilogram for a traditional lithium-ion battery) and can operate at a much higher temperature than the competition. The company

# .Lithium Ion Batteries and Organized Crime

**Was Afghanistan invaded because the CIA and Goldman Sachs said there is "trillions of dollars" of Lithium ion material there?**

The ultimate goal of a career criminal politician is to run an agency, or top committee, in order to conduit money to friends and keep the lid on cover-ups. Those at the heads of agencies and committees are often the dirtiest of the dirty. They get themselves put there in order to run the scams. **Who ran agencies** that conduit-ed money and covered up and stalled investigations? Why is the CIA's In-Q-Tel connected to every single one of the Silicon Valley billionaires?

Was Tesla funded not to build cars but to lock-up **lithium ion deals for it's investors?**

Why are dozens of conspiracy lawsuits now filed on lithium ion company racketeering?

**Why is every major Silicon Valley VC who was connected to Steven Chu and massive campaign funding involved in a lithium ion deal?**

Why are there multiple "task forces" looking at lithium ion finance relationships?

Why was the **Russian mob** involved in Lithium Ion mining?

**Did all of these people know that lithium ion blows up quite a lot and emits deadly gases?**

Let's discuss…

S- Denver Post, C- NY Times

_____

Rechargeable **Lithium** Battery Antitrust Class Action **Lawsuit**

> … Hitachi, LG Chem, Samsung, and Sanyo for allegedly conspiring to fix and raise the prices of **lithium–ion** rechargeable batteries in violation of U.S. antitrust law …

> http://www.lieffcabraser.com/ Case-Center/ Rechargeable-**Lithium**-Battery-Antitrust-Class-Act**ion**–**Lawsuit**.shtml – View by Ixquick Proxy – Highlight

Complaint

The Defendants' **Conspiracy** Stabilized and Raised **Lithium Ion** …. The subject of this **lawsuit** and the Defendants' **conspiracy** is **Lithium Ion** Rechargeable.

http://www.hbsslaw.com/ Templates/ media/ files/ case_pdfs/ Batteries%20Antitrust/ Class%20Act**ion** %20Complaint.pdf – View by Ixquick Proxy – Highlight

United States – Mondaq.Com

5 Feb 2014 … In the **lithium ion** battery cells case, the defendant manufacturers argued that the … A direct purchaser subsidiary is unlikely to bring a **lawsuit** for damages …. 2nd Circuit Rejects DOJ's "Continuing **Conspiracy**" Theory In …

http://www.mondaq.com/unitedstates/article.asp?articleid=291110 – View by Ixquick Proxy – Highlight

**Lithium Ion** Rechargeable Batteries Class Action **Lawsuit**

Price-Fixing Class Action for **Lithium Ion** Rechargeable Batteries … agreement, or **conspiracy** to fix, raise, maintain, or stabilize the prices of these batteries.

http://www.girardgibbs.com/ **lithium**–**ion**-rechargeable-batteries-antitrust-class-act**ion**/ – View by Ixquick Proxy – Highlight

Patent encumbrance of large automotive NiMH batteries – Wikipedia …

The current trend in the industry is towards the development of **lithium–ion** …. guilty of conspiring to buy and dismantle the Los Angeles electric street car system, … In August 2008, Mercedes-Benz sued Cobasys for again refusing to fill a large, …

https://en.wikipedia.org/ wiki/ Patent_encumbrance_of_large_automotive_NiMH_batteries – View by Ixquick Proxy – Highlight

Lawsuits accuse **lithium ion** battery makers of price fixing …

12 Nov 2012 … The world's largest manufacturers of rechargeable **lithium ion** … are being sued for allegedly engaging in a decade-long **conspiracy** to fix prices …

http://www.northjersey.com/ news/
**Lawsuit**s_accuse_makers_**lithium_ion**_battery_makers_and_North_Jersey_su
bsidiaries_of_price_fixing.html – View by Ixquick Proxy – Highlight

City Attorney's Statement Regarding **Lithium Ion** Battery Anti-Trust …

8 May 2013… are alleged to have conspired to fix prices of Li-**Ion** batteries that were included in … Palo Alto purchased many devices containing Li-**Ion** batteries, … These staff costs will be fully reimbursed in any resolution of the litigation.

http://www.cityofpaloalto.org/ news/ displaynews.asp?NewsID=2236 &TargetID=268, 60, 75, 235, 94, 84, 85, 87, 287, 288, 106, 99, 121, 2, 124, 125, 126, 133, 134, 328, 137, 145, 140, 239, 322, 325 – View by Ixquick Proxy – Highlight

Class Actions | Sotos LLP

December 20, 2013, The **lawsuit**, on behalf of nearly a million Ontario … **lithium** battery manufacturers and resellers alleging they conspired with each other to …

http://www.sotosllp.com/class-act**ion**s/ – View by Ixquick Proxy – Highlight



**Lithium Ion** battery Antitrust Litigation | **Lithium Ion** battery Price Fixing

ALLEGED ILLEGAL OVER-PRICING OF **LITHIUM ION** BATTERIES … into whether certain manufacturers illegally conspired to over-price **Lithium Ion** batteries …

http://www.zimmreed.com/Over-Pricing-of-**Lithium**–**Ion**-Batteries/63629/ – View by Ixquick Proxy – Highlight

USDOJ: Panasonic and Its Subsidiary Sanyo Agree to Plead Guilty …

Jul 18, 2013 … SANYO and LG Chem Ltd. have agreed to plead guilty for their roles in a **conspiracy** to fix the prices of cylindrical **lithium ion** battery cells sold …

http://www.justice.gov/opa/pr/2013/July/13-at-808.html – View by Ixquick Proxy – Highlight

Antitrust Investigation – **Lithium Ion** Rechargeable … – scott and scott llp

**Lithium Ion** Rechargeable Batteries are used as a power source for … of major securities, antitrust, and employee retirement plan class action lawsuits.

http://www.scott-scott.com/ cases/ investig**ation**s/ securities-fraud-litig**ation**-1771-antitrust-investig**ation**–**lithium**–**ion**– rechargeable-batteries.html – View by Ixquick Proxy – Highlight

Class Action Lawsuits Mount Against Battery Price-Fixing Cartel

Oct 31, 2012 … Manufacturers of **lithium ion** batteries face at least 10 class action lawsuits … The plaintiffs allege the defendants entered into the **conspiracy** …

http://www.topclassact**ion**s.com/ **lawsuit**-settlements/ **lawsuit**-news/ 2814-class-act**ion**–**lawsuit**s-mount-against-battery-price-fixing-cartel/ – View by Ixquick Proxy – Highlight

Class Suits Charge Battery Makers With Global Price-Fixing …

Oct 24, 2012 … Litigation is mounting against the world's biggest manufacturers of rechargeable **lithium ion** batteries, who consumers accuse of complicity in an illegal … Class Suits Charge Battery Makers With Global Price-Fixing **Conspiracy**.

http://www.njlawjournal.com/ id=1202576057659/ Class-Suits-Charge-Battery-Makers-With-Global-Price-Fixing-**Conspiracy** – View by Ixquick Proxy – Highlight

Antitrust Litigation – Pearson, Simon & Warshaw, LLP

The Los Angeles antitrust litigation lawyers of Pearson, Simon & Warshaw have prevailed in class action lawsuits against major corporations for price fixing conspiracies. … **Lithium Ion** Batteries: PSW attorneys currently serve as interim co -lead …

http://www.pswlaw.com/Practice-Areas/Antitrust-Litigat**ion**.aspx – View by Ixquick Proxy – Highlight

Rechargeable **Lithium** Battery Antitrust Class Action Lawsuit

… Hitachi, LG Chem, Samsung, and Sanyo for allegedly conspiring to fix and raise the prices of **lithium**–**ion** rechargeable batteries in violation of U.S. antitrust law …

http://www.lieffcabraser.com/ Case-Center/ Rechargeable-**Lithium**-Battery-Antitrust-Class-Act**ion**-Lawsuit.shtml – View by Ixquick Proxy – Highlight

A laptop battery cabal: Panasonic pleads guilty to price fixing …

Jul 19, 2013 … Sanyo agreed to pay $10.7 million for the battery cells **conspiracy** and … into anticompetitive conduct in the cylindrical **lithium**–**ion** battery cell …

http://www.pcworld.com/ article/ 2044740/ panasonic-pleads-guilty-to-laptop-battery-pack-price-fixing.html – View by Ixquick Proxy – Highlight

_____

# THE WAR FOR BATTERY PROFITS

It is the nature of human males to seek to kill each other in large numbers at regular intervals.

History has demonstrated, since the dawn of written documentation, that men will congeal and chop, hack, maim, rape, butcher, torture and kill other groups of men in vastly large numbers.

There are always tribal wars, territory wars, regional wars and ethnic wars devastating large groups of people at every point in time, somewhere in the world.

The women and children are, generally, hacked up too, if they are in the vicinity.

This has brought about government support for sports stadiums in every city, in order to provide an outlet for the more brutal members of society. (There appear to be a lot of the more brutal members according to sports participation statistics.)

Once men get mad in groups, some vapors, brain chemistry or electromagnetic mish-mosh seems to keep increasing the anger, increasing the lack of compassion and increasing the willingness to suspend social decency. Then the atrocity cycles begin. Atrocity, revenge, atrocity, revenge; ad infinitude.

Back at the HQ, once the statisticians finally realize that no economic gain can come from the event, the whole thing is called off.

That part of world then mourns, despairs, cries out "never again"… and then it all starts up and repeats again, 15 to 20 years later, or so.

In the modern world, we have some new wrinkles. You can now go from your part of the world to somebody else s part of the world in less than a day. In most of those cases, the other side can't afford to get to your part of the world. The warfare scenarios can be more like slumming than like

full-on ground-for-ground battles than ever before.

The other wrinkle is that, in some countries, only four or five men can start a war for personal gain. A factory owner, a distributor and a law firm can get together and say, for example: "hmmmm, if only we could control the main part of the lithium production…?" "what if we made lithium suddenly become very important after we had already roped in all of the big sources for it…?" "we could monopolize a multi TRILLION dollar market!"

Then, if their partners said: "oh yes, that's a great scheme", all they need to do is put $200,000.00 into 15 senators pockets and war will happen in a region which they think they can take over.

Unless the public is paying attention. This time, the public might have been paying attention…

———————————————————-

# The Green mobsters of the 1% and their Divine Disinformation Campaigns. Raiding the Lithium for their electric car bank accounts.



Al Capone and many of the biggest, most notorious, criminals, they hide in plain sight.

They use the Green-washing cover story of "saving the planet".

They think that the auditors and investigative reporters won't look at them so hard if everyone believes they are just feeding unicorns and doing happy wonderful things instead of running secret societies, high-end sex clubs and doing crime.

The Bohemian Club, The Stanford Guardsmen, The Key Club, Kappa Beta Phi, The Silicon Valley Cartel, The NVCA and Skull and Bones are all "Collusion Clubs" created by a small group of rich White Males to operate monopolies.

Kleiner Perkins, and the Silicon Valley Cartel, partnered with Russian Mobsters to stage lithium and other mining scams. Let's take a look at some opf their partners:

# .Russian Organized Crime Bosses & Steven Chu Cash:

The "Russian Businessmen" held multiple meetings with the Silicon Valley

suspects and, along with their associates who are now on FBI Watch Lists, engaged in contracts with them. Why did Steven Chu give so much emergency Department of Energy cash to Russian billionaires at Severstal, Ener1 and others? Was this part of a kick-back in exchange for Russian mob/"business-man" support for Afghan mining equipment?

**Text of Congressional Letter Questioning Energy Department Approval of $730 Million Loan Made to Subsidiary of Russian Company Headed by Billionaire**

27 Oct

jds | October 27th,2011 | Big Government, Economist, Fiscal Responsibility, Leadership, Politics, The Economy | No Comments »

Page 97   EXHIBIT 101 – Case # 22-cv-1107-TSH, Norcal 9th District

# Public Secrets

Purveyors of fine twisted propaganda since 2006

- Home
- About

## #Occupy the Department of Energy! Or, loans for Russian billionaires?

October 27, 2011

I must've missed the memo announcing the rebirth of the Friends of Angelo program under the aegis of the Department of Energy.  Under the leadership of Secretary Chu (Like his boss, a Nobel Prize winner. Be impressed.), the DoE has fast-tracked and awarded loans with preferential terms (1) to a failing "Green" energy company, Solyndra; a "Green" car company, Fisker, which plans to make its cars in Finland, when they get around to actually making the cars; and another "Green" automaker, Tesla, which builds Gaea-friendly cars for the elite one-percent. And on which Tesla loses money.

All these loans, totaling about $1.5 billion taxpayer dollars, were doled out to companies with connections to big donors to the Democrats and Obama. (See also.)

But this one has to be the cake-topper — $730 million to a Russian billionaire:

> Another controversial U.S. Department of Energy "green" loan is coming under scrutiny.
>
> Last July the Obama administration issued a $730 million low interest "green" loan to Russia's second largest steel company, whose chief executive is a Russian tycoon personally worth $18 billion and who has close ties to Russia's Vladimir Putin.
>
> An influential House oversight chairman is now questioning why taxpayer funds from the Department of Energy are being used to assist the highly capitalized foreign-based steel company.
>
> The DOE renewable energy loan was awarded this summer to Severstal North America to produce high strength steel at its Dearborn, Michigan facility. Steel is not in short supply in the United States and current U.S. steel plants are operating under capacity.
>
> The DOE loan is part of a controversial $40 billion renewable energy loan program organized under its Advanced Technology Vehicle Manufacturing Program  called

Follow

97

*ATVM. The program is supposed to help financially starved companies in the green auto manufacturing field by providing taxpayer-supported low interest loans.*

As PJM's Richard Pollock points out, the billionaire, Alexei Mordashov, is the 29th richest man in the world. Mordashov's company, Severstal, recently made $1.2 billion from the sale of several steel mills in Ohio and other states. He could finance Dearborn plant out of his own pocket and still have enough left over to buy his own miniature giraffe. (2)

And then there's the question of why Severstal, a fully-capitalized company that's neither in the auto or "Green industries," qualifies for loans meant to help "green auto manufacturing."

Why, if I were a cynic, I might suspect some sort of a payoff here.

Nah. I must just be a *RAAAAACIST!!* and a hater. Or something.

**Footnote**:
(1) Read: "They get the gold mine, the taxpayer gets the shaft."
(2) I love that commercial.

(Crossposted at Sister Toldjah)

Leave a Comment » | Business, Russia, Scandals, Solyndra, WTF? | Tagged: Advanced Technology Vehicle Manufacturing Program, Alexei Mordashov, crony capitalism, cronyism, Department of Energy, Severstal, Steven Chu | Permalink
Posted by Phineas Fahrquar
Following is the text (footnotes omitted) of Issa's letter to Secretary Chu:

October 20, 2011

The Honorable Steven Chu...

Dear Mr. Chu:

The Oversight and Government Reform Committee is conducting oversight of the Department of Energy's (DOE) Advanced Technology Vehicle Manufacturing Program (ATVM). The Committee is concerned about DOE's decision to offer a $730 million conditional loan commitment to Severstal North America, a subsidiary of the Russian steel and mining company OAO Severstal, to improve an advanced high strength steel (AHSS) plant in Dearborn, Michigan. Of specific concern is that Severstal was already moving forward with production plans before the ATVM loan was approved with apparently no need for federal financing. Finally, it is not clear that AHSS manufactured by Severstal is eligible for ATVM loan consideration.

According to DOE, "[t]he ATVM Loan Program provides loans to automobile and automobile parts manufacturers for the cost of reequipping, expanding, or establishing manufacturing facilities in the United States to produce advanced technology vehicles or qualified components, and for associated engineering integration costs." Unlike many applicants to the ATVM program, OAO Severstal is a multibillion-dollar Russian company with steel and mining operations throughout Europe, Africa, and North America. According to *Forbes* magazine, the CEO of Severstal, Alexei Mordashov, is one of the world's wealthiest persons with a net worth of $18.5 billion. Mr. Mordashov has close ties to Vladimir Putin and other powerful people involved in Russian politics and business within a cadre known as "The St. Petersburg Group." Accordingly, it does not appear that Severstal would have any difficulty self-financing the Dearborn project or finding financing on the open market.

Announcements made by Severstal during the loan consideration process indicated that the company had ample means to carry out the project. In March 2011, before receiving taxpayer funds, Severstal had already sold plants in Ohio, West Virginia, and Maryland in order to shift financial resources to its Dearborn facility. Following these closings, Severstal then announced a $740 million modernization project at the facility. Surprisingly, in June 2011, DOE granted an ATVM loan to Severstal, months after the decision to undertake the Dearborn project had already been made. Given the immense wealth and power of Severstal's CEO and the fact that the corporation had already made significant investments in the project, it is surprising that DOE would choose Severstal for a loan meant to spark new businesses and technologies within the automotive industry.

The Committee is also concerned that the loan to Severstal is not consistent with the purpose of the ATVM program. For a business to qualify for an ATVM loan, it must be either an "automobile *manufacturer* or a component *supplier*" that undertakes a project that reequips, expands, or establishes manufacturing facilities in the United States ... which provide meaningful improvements in fuel economy performance beyond specified levels" (emphasis added). Since Severstal clearly does not manufacture automobiles, it could only qualify as a component part manufacture. Steel, whether AHSS or otherwise, is clearly a *material* used to make components. Thus, Severstal should not be eligible for the ATVM loan program.

Finally, AHSS is not in short supply in the United States. Numerous American AHSS manufacturing facilities already exist and currently produce under capacity. In fact, current total U.S. AHSS production capacity is just over six million tons per year, nearly two million tons more than the estimated AHSS peak demand in 2020. It would seem to be a waste of taxpayer funds to subsidize Severstal's AHSS facility when there is already more than enough production available for this material.

In light of these numerous concerns, I request that you respond to the following questions, and provide the requested documents:

98

# .Alexey Mordashov

**Received DOE Funds Via Severstal:**

Alexey Mordashov -General director of "Severstal group", Chairman of the board of directors in "Power Machines", the largest shareholder of "Arcelor",

http://rumafia.com/person.php?id=54

Surname: Mordashov
Name: Alexey
Fathername: Aleksandrovich

Position: General director of "Severstal group", Chairman of the board of directors in "Power Machines", the largest shareholder of "Arcelor", a member of board of RSPP.

Biography

Mordashov Alexey Aleksandrovich was born on September 26, 1965 in Cherepovets in the Vologda area in workers' family; Russian. In 1988 he graduated with excellence from the Leningrad Engineering-Economical Institute. During study he got acquainted with Anatoly Chubais.

From 1988 till 1989 – Senior Economist in maintenance and repair shop #1 of the Cherepovets Metallurgical Plant (CMP).

In 1989-1991 – Head of Bureau of Economics and Labor of MRS#1 at CMP.

In 1991-1992 – Deputy Director of planning department of CMP.

In 1992-1993 – Deputy Director of Economics and Finance at CMP.

Since 1993 – Financial Director of CMP (now CMP is renamed into Open Joint-Stock Company "Severstal"). Simultaneously the chairman of board of directors of joint-stock company "Severstal-Invest". He was one of creators of the plant privatization program, and transition to active marketing practice in metal trading. Company "Severstal-Invest" was engaged in sale of rolled metal products, motor vehicles and the weapon, cultivation, processing and sale of fish, realtor and security-detective activity.

Since March, 1996 – chairman of board of "Severstal-holding" LLC (Cherepovets).

Since March, 1996 – chairman of board of directors of Joint-Stock Company "Severstal-invest" (Cherepovets).

Since September 1996 till June, 2002 – General Director of "Severstal" OAO.

Since November, 1997 – chairman of board of directors in Metkombank (Cherepovets). He was a councilor of bank "Metallinvest". Then he was trained on courses of managers in England (in the late nineties he completed the MBA program of Newcastle Business school (NBS) in the University of Northumbria (UNN, Great Britain).

Since June, 2000 – the councilor of directors of Joint-Stock Company «Izhora pipe factory», joint venture of «Izhora factories» OAO and "Severstal" OAO. In October, 2000 he was selected as a member of bureau of board of the Russian Union of Industrialists and Entrepreneurs (RSPP).

Since June, 2001 – coordinator of RSPP Working group.

From April 2001 till April, 2003 – member of the Supervisory board of «Industrial Construction Bank» (ICB).

Since June, 2002 – chairman of the board of directors of "Severstal" OAO.

Since 2002 – General Director of "Severstal group" ZAO.

Since August, 2002 – the chairman of the board of directors of "SSM-Tyazhmash" LLC, subsidiary of "Severstal group" ZAO.

Since December, 2002 – the judicial arbitrator at the Commission on Ethics of RSPP created for settlement of corporate disputes.

In May, 2003 he was included in structure of Business Council at the government of the Russian Federation.

In December, 2003 he became the authorized representative of president Putin on presidential election on March, 14th, 2004.

In 2003 Forbes magazine included Mordashov in the list of 500 richest people in

the world (348th place, fortune – 1.2 billion dollars).

In February, 2004 "Severstal" OAO informed that Mordashov supervised 82.75% of stocks of "Severstal".

Since June, 2004 – councilor of directors of bank "Rossiya" (St.-Petersburg).

In February 2006 "Finance" magazine estimated Mordashov's capital at 6.0 billion dollars (the tenth place in Russia).

In March, 2006 there was a next rating of Forbes Magazine in which Mordashov was on the 64th place in the world (fortune – 7.6 billion dollars).

Member of Board of guardians of RDC «Expert institute» at Russian Union of Industrialists and Entrepreneurs (RSPP);

Member of Advisory council on the innovations created by Ministry of Industry and Science of the Russian Federation.

He is awarded with the order «For Merits for Country» of the I and II degrees.

The winner of the All-Russia competition of businessmen "Career-96". In December, 2000 Russian Union of Industrialists and Entrepreneurs called him the best businessman of the year.

Speaks English and German.

Mordashov is married for the second time. He has three sons – one from the first marriage, two – from the second one.

Takes a great interest in poetry, painting, active winter kinds of sports.

Source: http://www.anticompromat.org/

Dossier:

By 2001 there were no any compromising materials concerning Mordashov on pages of the mass-media. As for unpleasant stories – only divorce with the wife and the ignominious alimony to the son. The only thing that was spoken about him appeared in July, 2001. Mordashov was supposed to be offered a post of the chairman in the Russian government. In reply to that Mordashov declared that even if he had been offered the post he would have had to refuse of it.

Source: http://www.rb.ru

In 2004 in mass media the materials convicting Mordashov of dishonest engagement of "Severstal" were published. The ex-general director of Cherepovets Metallurgical Plant Yury Lipuhin – who promoted Mordashov on a career ladder – became an information source. When Mordashov was already the director of "Severstal" the plant suffered from an attempt of raid capture. Trans-World Group tried to persuade Mordashov to sell the plant (it was represented by well known businessmen Vladimir Lisin, Mikhail Chernoy, Oleg Deripaska) but he resisted. After those events Mordashov convinced Lipuhin that the plant shares needed to be privatized not to admit strangers to the enterprise. The plant released metal under the low prices to the company "Severstal-Invest" created for that purpose; Mordashov spent millions of gross margin from resale on purchase of vouchers and shares from workers. So he became the owner of 51% of shares of "Severstal" and Lipuhin – 49 %.

In 1998 there was a conflict between two proprietors – Mordashov decided to diversify business and began to buy up industrial actives: stocks of ports in St.Petersburg, Tuapse and East port, coal mines, Kolomna diesel factory, UAZ factory. Lipuhin was against of such diversification of the business. In the beginning of 2001 Mordashov redeemed from Lipuhin 49 % of "Severstal-Guarant" with the big discount; Lipuhin is still offended by Mordashov for that. The latter during had enemies that period – Zavolzhsky motor factory became a subject of his conflict to GAZ owner Oleg Deripaska. Together with the head of "Eurazholding" Alexander Abramov, Mordashov struggled for "Kuzbassugol", the metallurgical market was divided with Iskander Mahmudov.

Source: «Forbes», 4/10/2004

In youth during internship in Austria Mordashov had a conflict with the son of the minister of ferrous metallurgy Serafim Kolpakov Sergey. The minister demanded for Yury Lipuhin dismissed Mordashov, but Lipuhin then defended the young perspective employee.

Source: «Forbes», 4/10/2004

In 2001 the first spouse of Mordashov, Elena declared that Alexey Mordashov

did not help their son sufficiently, didn't let her arrange private life and promoted her dismissal from work. For 2000 Mordashov declared his income at 80 million dollars (Mordashov denied the sum soon after that), his former wife took advantage and sued for alimony and separation of jointly acquired property (he had been paying to the wife 650 dollars monthly for the son). Mordashova demanded a share in business of the husband and developed huge information war. The businessman considered that behind that claim there were competitors of metallurgical holding – the Ural mountain-metallurgical plant and "Sibal", in particular their owner Iskander Mahmudov who was at that time the main contender of Mordashov in the metallurgical market. In August, 2001 the former wife applied to Nikulinsky Office of Public Prosecutor of Moscow with the requirement to force former husband to give 25% of the income for education of the son from first marriage. In her opinion the underpaid alimony of Mordashov made more than semi billion dollars. In maintenance of the claim the Office of Public Prosecutor managed to arrest 32.5 % of stocks of "Severstal". Claims of former spouse Elena Mordashova for a quarter of incomes of the husband were recognized by Moscow court as groundless, and attachment was removed from property. And after that Cherepovets court took Mordashov's side and decided that he did not owe to the former spouse 40 percent of shares of "Severstal" (Elena Mordashova had declared such requirements in the statement of claim). As a result Elena Mordashova lost both suits.

Source: «Moscow Komsomolets», 8/20/2001, "Vedomosti", 10/30/2002

On presidential election of 2004 Alexey Mordashov was Vladimir Putin's authorized representative. Support of the head of the country helped Mordashov to create the steel-making company the largest in Russia, which possessed the largest actives abroad on the basis of the Cherepovets plant.

Source: http://www.akado.com/news

In February, 2005 Alexey Mordashov made scandal at airport Vnukovo-3. He left the plane together with two girls accompanying him in the trip. One of his companions unexpectedly found out that she had lost a buckle from the handbag. Mordashov unexpectedly began to behave inadequately: for about a half an hour he loudly shouted at employees of the airport, and demanded to pay him one

thousand dollars for the lost buckle.

Source: "Life", 2/9/2005

Alexey Mordashov tried to unite his business with metallurgical group Arcelor being absorbed, but owners of the company refused the offer of Mordashov and group "aggressors" – Mittal Steel became its owner.

Source: Investments ? 3(334) 01.02-07.02.2010

In September, 2006 Alexey Mordashov decided to hold again the post of the general director of "Severstal"; in this connection he carried out administrative reform at the enterprise. General Director Anatoly Kruchinin, the hired manager, was removed by Mordashov from the post. Later he was appointed as the General Director of «Severstal. Russian steel» (in April, 2008 management of "Severstal" divided it into three directions: «Severstal. Russian steel», «Severstal. Resources», «Severstal Internationa»). Mordashov's return on a post of the director of according to his plan should promote success of IPO – Kruchinin was unknown person in business while Mordashov after attempt to become the largest owner of Arcelor received world popularity. In some months Mordashov arranged IPO in London which observers considered to be not successful.

Source: "Vedomosti", 9/21/2006

Due to lack of more interesting actual metallurgical actives for purchase, Mordashov once again tried to diversify business in adjacent spheres. New object of interest of the businessman – the main Russian manufacturer of the equipment for electric power industry, "Power machines". Structures "Severstal" then requested permissions for the transaction in Federal antimonopoly service (FAS). Stocks of "Power machines" were the personal investment of Mordashov which was not connected with mountain-metallurgical company "Severstal". Competitors of Mordashov in struggle for "Power machines" became Victor Vekselberg and Oleg Deripaska.

Source: http://www.newsru.com from 6/9/2007

In December, 2003 bank "Rossiya" informed that it would make additional share issue for 30 million rubles face value in advantage of Alexey Mordashov's "Severstal-groups" under the price in 20 times above face value. Thus, the

holding should pay 600 million rubles for 9% of shares of bank with own capital of 616 million rubles. The General Director of "Rossiya" Victor Myachin explained the high cost of package with consideration of the «occurrence of the foreign investor» in the capital of bank and dynamics of its development (for a year actives and the capital have trebled). Experts consider such estimation of a minority package as absolutely inadequate. The most probable explanation of such an odd act – rupture of relations with Industrial Construction Bank (ICB) and transfer of money resources to bank "Rossiya". At the same time Mordashov since 90th years kept partner relations with Petersburg banker Vladimir Kogan, ex-founder of ICB – in the beginning of 2001 Mordashov sold a share holding of "Metkombank" to Kogan.

Source: http://www.mfd.ru News

In the beginning of 2007 in the central mass-media, in particular, in newspapers "Commersant" and "Newspaper" the information began to appear that soon there would be a merge of two largest metallurgical companies – "Eurazholding" and "Severstal". Besides it was written about nationalization of branch and government plans about it. As there were no any concrete facts confirming possibilities of such changes, there were assumptions that this "canard" in respectful newspapers was created by their owners. The owner of "Commersant" – Alisher Usmanov was simultaneously the owner of "Metalloinvest", the largest metallurgical companies; "Newspaper" belonged to other large "metallurgist" Vladimir Lisin, the owner of Novolipetsk metallurgical plant. The purpose: to press on competitors or to force them to buy, for example, business for high price, probably even to frighten and force to cease to put up money in development of the enterprise, to sell to competitor.

Source: «Komsomol truth», 5/30/2007

In August, 2008 at Mordashov's company "Power machine" shareholders were replaced: 63.1 % of shares of company have appeared concentrated in three offshore now. Among shareholders of OAO there were two offshore, King Rail Trading and Ashington Trading, each owns 16,55 % of his actions. Presumably, these companies are under control of Alexey Mordashov and re-structuring of actives allows him to bypass the requirement about exhibiting of the obligatory

offer by minoraties. If Alexey Mordashov exposed the offer, he should redeem shares from minoraties with 9 percent award to market quotations. He did not expose it but bought up company shares in the off-exchange market from many sellers. Redistribution of actives gave Mordashov also the joint-stock control over the company.

Source: "Money" ? 33 (688), 8/25/2008

The Office of Public Prosecutor accused Alexey Mordashov of legislation infringement – he, having dismissed employees of Kostomuksha mining and concentrating mill, in October, 2009 replaced them with less paid Gastarbeiters. Active workers of the enterprise arranged several meetings in the city, the Office of Public Prosecutor of Karelia began investigation. Trade-union active workers were accused of extremism and Alexey Mordashov was required by the public prosecutor of republic Karelia to exclude infringement of the labor and social rights of citizens and to provide measures on prevention social and political tension in «Karelian pellet OAO. Thereof Mordashev stopped employment of migrants.

Source: Rusmet.ru 24.12.09

Alexey Mordashova's name was mentioned in a context of preparation of amendments by the Ministry of Finance to the article 7 of the Tax code depriving Russian businessmen of possibility to minimize taxes by using the companies in the countries having agreements with Russia on avoidance of the double taxation. It was declared that Alexey Mordashov had supervised "Severstal" through the Cyprian companies, thereby minimized taxes in the federal budget of our country.

Source: http://www.polit.ru/news, 12/2/2009

The family conflict of Alexey Mordashov with the first wife Elena Novitskaya passed to a new stage – in 2004 she submitted the claim to the Strasbourg court where she accused Russia of partiality of justice. In January, 2010 Novitskaya's case received a priority. Few years ago the court dismissed Novitskaya's claim about property separation, as all agreements on property division between spouses had been signed back in 1996, and Novitskaya did not apply for shares

and refused them voluntarily. Having lost the court, Elena Novitskaya still owed the state duty of 213 million rubles. In European court Novitskaya demanded from Russia for compensation at amount of 500 million dollars, referring to article 6 of the European convention about human rights. Now Russia should prove that at the moment of divorce Alexey Mordashov did not possess influence on justice.

# .Boris G. Zingarevich

Received DOE funds through Ener1

Boris Zingarevich – Deputy Director General of Ilim Group

http://rumafia.com/person.php?id=204

Surname: Zingarevich

Name: Boris

Fathername: Gennadievich

Position: Deputy Director General of Ilim Group

Biography:

Date of Birth: 08 July 1959.

Place of Birth: Sebezh (Pskov region).

1981: Graduated from the Leningrad Technological Institute of Pulp and Paper Industry (specialty: machines and apparatus of PPI)

1991-1992: "Tekhnoferm", the CEO

1985-1991: Leningrad carton factory, Master of cardboard shop, Production Manager

1981-1985: Kondopozhsky PPM, mechanic

Since 1992 – Deputy Director General of Ilim

Source: http://www.forbesrussia.ru

Dossier:

Until the early 90's Boris Zingarevich, along with his brother Michael worked as a mechanic at the Leningrad cardboard factory. In 1992 they created "Ilim Pulp" – a company for export of paper products. Then they got reassigned to the woods production, and over the years have bought about 30 logging companies – then timber industry enterprises were sold at very low prices.

Easy money in the timber industry caused competition that turned into criminal fights. Most of them appeared to be in Arkhangelsk region, where the main enterprise of the holding – Kotlas PPM was. In the region, the company has developed a bad reputation to the extent that one day in January 2002, half the guests did not appear on the anniversary of the governor Anatoly Efremov, having learnt that Zingarevich brothers and their partner Zakhar Smushkin were going to be there.

In spring 1999 the house of the head of the Arkhangelsk PPC Vladimir Krupchak was bombed. In the summer of 1999 the head of OAO "Solombalskiy LDK" Evgeny Drachev and his driver were kidnapped by unknown. A few months later director general of forestry complex the department of the regional administration, Alexander Bulatov was beaten. It's difficult to say whether those events were connected to the activities of Ilim Pulp. However, its top managers-Smushkin and the Zingareviches could have argued with those people, because the struggle for supremacy in the timber industry was very tough, and Arkhangelsk region was considered a "fiefdom" of Ilim Pulp in the field. The regional law enforcement agencies had a huge dirt on the heads of the holding, but for some reason the case went "down on the brakes" every time.

For example, the same story happened with the murder of Dmitry Varvarin, Director General of ZAP "Concern" Orimi", the main competitor of Ilim Pulp. He was shot in St. Petersburg in March of 2000. The heads of Ilim Pulp, including Boris Zingarevich had sufficient motives for the killing, including the competition and the fact that Varvarin supported the campaign of Yuri Boldyrev for the post of mayor of St. Petersburg, which was obviously to fail. In addition, Varvarin owned shares of Ilim Pulp, so he begged Smushkin and Zingarevichey as his partners to allocate money for it.

A few days after the murder of Varvarin, unknown people killed another founder

of "Orimi", Sergey Krizhan together with his family.

Law enforcement agencies considered the version according to which the two murders were connected with the management of Ilim Pulp, as the most probable, but somehow forgot about it; the team of investigators was excluded from the investigation.

Source: Kompromat.ru from 31.07.2002

The involvement of the heads of "Ilim Pulp" in the second killing has not been confirmed, as in 2005, Andrey Yurevich – the son of commercial director of "Plastpolymer", Victor Yurevich, and two accomplices – Alexander Ulyanov and Vyacheslav Shinkarev were sentenced for that murder. Krizhan was chairman of the board of directors of the company and clashed with Viktor Yurevich.

The newspaper "Kommersant-Petersburg" ? 216 (3300) on 17.11.2005

In spring and autumn of 2000, a new wave of crime passed.

In March, the director of Agency Company, lumber exporter – Vladimir Malkov was attacked. And in October, the hotel "Polina", owned by Krupchak was set on fire. As leader of the Arkhangelsk Pulp and Paper Mill, he was a major player in timber market and he could have possibly conflicted to the Zingaricheses and Smushkin quite often. In 2001 Dmitry Belyaev, External Manager of LDK-4 was attacked. Again, the connection with the management of Ilim Pulp was not confirmed, but it was on the cards, as Ilim Pulp had been seeking for the rule in the forest sector, and Belyaev could have threatened the interests of their company by his business, or could have simply competed with its leaders.

Boris Zingarevich together with the companions did the business of "Ilim Pulp" not very successful, at least for their enterprises. The main one was the debts of Kotlas pulp and paper mill in Arkhangelsk region, Bratsk Timber Complex in the Irkutsk region, as well as others, they had ruthlessly cut down the forest, accidents happened frequently, the equipment was worn out or even broken. At the same salaries were miserable.

Until 2000, the shareholders of Ilim Pulp had not received dividends. Ostensibly, they were invested in production development, but in reality everything was falling apart. The problem was that all the investments in production then were

exempt from taxation. Once the tax credit was abolished, dividends went.

In addition, it became clear that Kotlas Pulp came under the control of Ilim Pulp illegally: during the investment competition the money, which the company pledged to invest in a company, were transferred to its account for one day and then were sent back to the accounts of Smushkin and the Zingaravicheses. But formally everything looked legitimate.

They purchased equipment for the companies in an interesting way: at very high prices, while in fact only half of it was brought. The money also flowed to foreign accounts of the firms affiliated with Ilim Pulp.

Other financial frauds by the Zingaravicheses and Smushkin were turned in the Bratsk Timber Industry Complex (BTIC). First they formed huge debts for electricity for the budget of Bratsk and many others. And in 1998 the company established a subsidiary company OAO "Pulp and Cardboard Plant (PCP) and began to place there their liquid assets. Thus, BTIC eventually had unprofitable production and debts. The state had a stake in BTIC and did not impede the withdrawal of assets.

Only Dmitry Medvedev, the current president objected that, then in 1993 he was Director of Legal Affairs "Ilim Pulp", and since 1998 -a member of the Board of Directors in BTIC. His relationship with the Zingaravicheses and Smushkin worsened, and in 1999 they were completely stopped – he was distracted by new concerns associated with climbing the career ladder.

In October 2001 it became known that Ilim Pulp committed deals for the sale of pulp and paper factory to offshore companies. Then the shareholders of OAO "Irkutskenergo" which was the main creditor of BTIC – appealed to the federal agencies. They failed to find out the truth because of the legal tricks: documents submitted to the commission, were valid, but for the period prior to the fraud.

After that the minority shareholders of BTIC went to court, and it ordered to reinstate the dismissed general director BTIC George Trifonov. He restored an order, paid the debts. The Zingaravicheses and Smushkin were defeated. But when in 2002 BTIC came under their control again, they began to restore the old order by dismissing disloyal people and replacing them with loyal ones,

uncomprehending in the timber industry.

In addition, the holding company began the blockade of the Ust-Ilim Timber Complex (UiLPK) by not sending paid commodity to the company. All forces were driven to expell the head of the trade union, Yuri Savinkov, they wrote denunciations to the prosecutor's office against the former Complex director Andrey Prokopov. The new head of UiLPK Vladimir Batishchev reported that Prokopov took away the production equipment. It was a slander – he just took jeeps belonging to the management company "Continental Invest".

In early February 2002 UILPK was entirely under the control of Ilim Pulp.

Source: Kompromat.ru from 13.02.2002

In April 2002, Ilim Pulp lost control over Kotlas and Bratsk pulp and paper mills. There were two lawsuits from shareholders, after which the company's shares were arrested, and then purchased for the benefit of companies affiliated with the actual new owners – "Basic Element", "Continental management" and "Banking House" Sankt-Petersburg". Oleg Deripaska was behind those machinations, who wanted to get a strategic advantage in the industry.

Source: corp-gov.ru from 29.09.2003

The management of "Ilim Pulp" disputed the transaction through numerous courts. There were information wars. The information agencies had the news spread that the Court invalidated the new board of directors elected by shareholders. It was misinformation. To gain access to the documents of Kotlassky PPM they forged execution lists and sent them to the office of registry holders. According to them it was necessary to issue registry documents. They also launched "a fake" that the registry of the Bratsk TIC was lost.

In the end, "Ilim Pulp" prevailed in the information and judicial war. Businessmen managed to agree, but the true owner of the enterprises is still unknown. Representatives of "Bazel" argued that the blocking stake in the enterprises was still in the structures of Basel. Smushkin also announced that he possessed more than 90%. As the court ruled, the enterprises passed to Ilim Pulp. Perhaps the company paid Bazel some compensation. In any case, that was a good lesson for the Zingarevicheses and Smushkin and a signal that the empire

they built up may well falter without gaining a strong support.

Source: Kompromat.ru from 31.07.2002

In 2004, the media reported that Boris Zingarevich intended to acquire a large stake in English football club Everton. Upon the request of Zingarevich, that information was retracted. According to British media, the football club was really interesting to Zingarevich's son Anton. He himself had no money to buy it, but he practiced abroad as a football manager. There is no information confirming the purchase plans. This episode is insignificant, but given that Boris Zingarevich studiously avoided the media spotlight, it looks interesting. Maybe it was advantageous for someone to put Zingarevich as a reckless spender and a wasteful man.

Source: "Kommersant» ? 155 (2994) on 24.08.2004

Also in 2004, there were rumors in the media that the company "Ilim Pulp" is going to buy the state Vneshtorgbank, and the then owner of Promstroibank Vladimir Kogan was to be an intermediary in the transaction. The price was to be inflated in more than a billion dollars. Journalists advanced the version of such a bizarre waste of public funds. They supposed, the billion would be withdraw from the State Bank and shared by individuals, including Zingarevich. In their opinion, the deal was scheduled to be held "under the guise of" Finance Minister Alexey Kudrin. However, no further speculation happened a the possible grand scam failed for unknown reasons.

Source: Kompromat.ru from 23.09.2004

In 2006 the Zingareviches and Smushkin sold half of the holding to a foreign company International Paper, the world's largest pulp and paper corporation. In the name of the company they found a strong partner and a way to overcome the crisis that had began with the attack by Mr. Deripaska on Kotlas and Bratsk pulp and paper mills. Once they returned the enterprises, Deripaska exchanged his remaining shares to the stake in the Arkhangelsk Pulp and Paper Mill of Vladimir Kogan, and the latter gave them to the shareholders of Ilim Pulp. That is, everything returned to business as usual. However, after such a shake-up the Zingareviches and Smushkin realized they were not omnipotent, and their old

methods to maintain the credibility in the timber industry had been no longer working. The holding company needed a powerful protection of the parties and they found such a support in the name of the foreign company.

Source: Journal "Secret Firmy» ? 48 (183) on 25.12.2006

In spring 2010 the authorities of St. Petersburg passed at once three buildings – the monuments of federal importance for the reconstruction of them as hotels – to the companies close to Zingarevich brothers. OOO "Lotus Oteli" received a historic building of the former barracks of the Life Guards of the Pavlovsky Regiment on the Marsovo Pole, 1. OOO "Orange-Development" acquired the building of the former court stables Office at Konyushennaya Ploshad, 1a. The third building was on Nevsky Prospekt, 7-9A, which is the Central Agency of Aviation and airline ticket place passed to OOO "IFG-Basis-Project". Experts say that at the auction the buildings could cost a lot of money. However, they gave them under the decision taken at a closed meeting of the government. Thus, not only the interests of the city budget were violated, but of the potential buyers who could acquire the right to use the buildings through a fair competition.

Source: "Kommersant" dated 05/21/2010

FGH-NYT

_____

**oligarch** » Agent4Stars

The **Russian oligarch** has spent the past decade buying up nine flats across two buildings in the exclusive Lowndes Square. … **John Doerr**; **John** Frederiksen; **John** Paul DeJoria; **John** Paulson; Jon and Karen Huntsman; Jose Mourinho; Joseph Lau; Jr. Julian H. Robertson; Ken Fisher;

agent4stars.com/tag/oligarch/

name "Bourkhan". Owner – **oligarch** Alisher Usmanov …

Billionaire Alisher Usmanov acquired the biggest private jet in Russia, … **oligarch**, percent, president vladimir putin, private flight, private jet, richest man, roman, roman abramovich, Russia's richest man, sale, seat, spacious … **John Doerr**; **John** Frederiksen; **John** Paul DeJoria; **John** Paulson …

agent4stars.com/tag/name-bourkhan-owner-oligarch-alishe…

Rebooted patriot games in 'Jack Ryan' – SiliconValley.com

**John Doerr**. Larry Ellison. Reed Hastings. Reid Hoffman. Mark Hurd. Vinod Khosla. … He's covertly embedded at a Wall Street bank where he uncovers a **Russian** plot to buy up U.S. Treasury bonds, … Ryan's investigation leads him to the **Russian oligarch** Viktor Cherevin, played by Kenneth Branagh, … siliconvalley.com/topics/ci_24918976/rebooted-patriot-gam…

Facebook's friend in Russia – Fortune Tech

Left to right: **John Doerr**, Charlie Rose, Michael Arrington, Yuri Milner, and Ron Conway at last spring's TechCrunch conference. Milner has become an informal **Russian** ambassador to Silicon Valley. tech.fortune.cnn.com/2010/10/04/facebooks-friend-in-russia/

Yuri Milner: Profile – Business Insider

DST says it hasn't sold any Facebook shares and doesn't want to, but some people think DST's main backer, **Russian oligarch** Alisher Usmanov, wants to sell and might get his way. … **John Doerr And** The Rise Of Secondary Private Markets … businessinsider.com/yuri-milner-forbes-profile-2011-3

The Wall Street billionaire philanthropists – Financial News

• Ann and **John Doerr**, venture capitalist. … **Russian oligarch** to donate fortune to charity 02 Feb 2010; Story Tags. Blackstone Group. Citigroup. David Rubenstein. Julian Robertson. Michael Bloomberg. Philanthropy. Renaissance Technologies. Sandy Weill. efinancialnews.com/story/2010-08-05/giving-pledge-wall-street

Good Kindle and Newspaper articles for Friday Morning …

**Russian Oligarchs** buying French and British Newspapers. Business Week reports on some rather interesting news – **Russian oligarchs and** their sons are

saving French and British newspapers. … Amazon related News – **John Doerr** leaves Amazon Board.

ireaderreview.com/2010/03/19/good-kindle-and-newspaper-ar…

### Nancy Ann Hunter – This house will exist

… and Oleg Deripaska, the youngest of the **Russian oligarchs**, 41, "king" of aluminum. … Other Dolby Labs president of technology titans like **John Doerr and** the founder of Facebook, Mark Zuckerberg, live in nearby Silicon Valley. …

thishousewillexist.org/nancyannhunter.php

### Climateer Investing: Kleiner Perkins Distressed By Lousy Results

Kleiner partner Al Gore is probably not as concerned by the recent results as **John Doerr**. … Russia Should Create Its Own Tax Havens … "No, … Welfare for the **Russian Oligarchs**… Cyprus: …

climateerinvest.blogspot.com/2013/03/kleiner-perkins-distressed-by-l…

### Market Leader : News :: Bill Gates and Warren Buffett …

… and his wife have already donated 800 million dollars.They were joined by venture investor **John Doerr and John** … It should be noted that V. Potanin was among the first **Russian oligarchs** to go into arts patronage by setting up V. Potanin's Charity Foundation in 1999mainly focused …

profi-forex.us/news/entry3000000006.html

### Netizen: Vinod Khosla: For Profit Poverty Alleviation

"He was the most visionary of all the **Russian oligarchs**" …. … **John Doerr**; Creating, Propagating; Google Apps: Open The Flood Gates; No More Beer, No More Soda; Dell Duo: Tablet + Netbook; Web 2.0 Summit 2010: Robin Li; **John** Battelle's Search Hangover;

technbiz.blogspot.com/2010/11/vinod-khosla-for-profit-poverty.html

### Forbes Audiobooks

… we'll tell you about, "**Russian** Billionaire Mikhail Prokhorov: From **Oligarch**

to President?" Mikhail Prokhorov is a tycoon in Russia, … we'll tell you about, "**John Doerr's** Plan to Reclaim the Venture Capital Throne" … audible.com/search?advsearchKeywords=&searchTitle=&…

Steve Westly – The Huffington Post

… Google, Steve Westly, Green Jobs, Tesla Motors, Edeniq, **John Doerr**, Amyris Biotechnologies, Kleiner Perkins Caufield & Byers, Facebook, Recyclebank, Barack Obama, Apple, Energy … With billionaire Meg Whitman spending like a **Russian oligarch**, it's inevitable that the race for California … huffingtonpost.com/tag/steve-westly

Apple, Steve Jobs, and US Foreign Policy (CFR) using Nazi …

the Stud House, the private home of the Lebedev family – one of the **Russian oligarchs** … been a long time partner in Silicon Valley venture capital powerhouse Kleiner Perkins Caufield & Byers whose partner **John Doerr** is a member of the Google board. Another Google director, … forum.prisonplanet.com/index.php?topic=207205.0

rmr | The personal blog of R. Martin Roscheisen

Neither VC **John Doerr** nor entrepreneur Martin Roscheisen has a background in enviro. … (Then again, just a few decades later, we've got **Russian oligarchs** needing seemingly just that kind of expertise for equipping their yachts.) tripleyield.com

Romania arrests suspected hacker of Bush family emails | NDTV.com

Tags: Bucharest Carl Bernstein Colin Powell Corina Cretu Downton Abbey George Roche George W. Bush Guccifer hacking **John Doerr** Julian Fellowes Marcel Lazar Lehel Romania **Russia** Tina Brown. ndtv.com/article/world/romania-arrests-suspected…

Scary side to the story – IronMountainDailyNews.com | news …

He raked in a gazillion bucks, give or take a few billion, as the founder of **Kleiner Perkins** Caufield and Byers, a venture capital firm. His letter, published in the Wall Street Journal, … essentially from Europe west of Russia through

North America, …

ironmountaindailynews.com/page/content.detail/id/544658/Scary-sid…

**Kleiner Perkins Co-Founder's Nazi Comment Draws Criticism …**

**Kleiner** Perkins's website lists **Perkins** as one of 14 partner emeriti, a group that includes recent partner Ray Lane and co-founder Eugene **Kleiner**, who died in 2003. **Perkins** has been a director at companies including Hewlett-Packard Co. and Applied Materials Inc.

bloomberg.com/news/2014-01-26/kleiner-perkins-shocked…

Frank Caufield — **Kleiner Perkins** Caufield Byers

He is a Co-Founder of **Kleiner Perkins** Caufield & Byers. Mr. Caufield has served on the boards of Quantum Corporation, Caremark Inc., … He also serves as a director of The U.S. Russia Investment Fund, Refugees International, …

kpcb.com/partner/frank-caufield

DST Out and **Kleiner Perkins** In in Twitter Mega-Funding – Kara …

According to sources close to the situation, the aggressive **Russian** investment outfit DST Global is out of the running to fund Twitter. Instead, the prize is almost certainly going to **Kleiner Perkins**, the legendary Silicon Valley venture firm of Web 1.0 that has been making a big push …

allthingsd.com/20101206/russias-dst-out-of-twitter-fun…

**Remember all of the Russian "Oligarchs" that Silicon Valley and Goldman got in bed with? Goldman and the VC's made 'deals with the devil". Russian mining contracts for lithium ore exclusives in Afghanistan, Syria, Ukraine, etc. The billionaire Oligarchs even got DOE cash. Let's meet some of them. Featuring The Terminator, Kleiner, Putin, A123, Enerdel, Severstal, Boris Badinov and other shady characters. Like "Ahnold" says,  it turns out it WAS "all about to go BOOM!". Schwarzenegger's Russian connections run as far back as 1987 when he partied with Russian leaders, and was inspired to run for office, while he made his film RED HEAT. The backers of his campaign are many of the same investors in the lithium/green CARGATE scandal.**

**Why did a $300,000.00 U.S. built gas station in Afghanistan end up costing $43,000,000.00 more than it was supposed to? It is the most expensive gas station in history. Was it just another book-**

**keeping scam to hide the SIX TRILLON U.S. dollars of taxpayer losses?**

Politicians who were suppose to watch-dog the programs made insider deals to make profits off of the taxpayer money. Senators connected to billions lost on corrupt green energy scandals:

The Department of Energy has turned into a sinkhole of corruption. Does it still benefit taxpayers?

**Why did Goldman Sachs and the Silicon Valley VC's push the White House into Afghanistan? What trillion dollar thing was there for their electric car scam?:**

**Insiders knew about the danger of Lithium and why some companies wanted to "dump" it so fast. They knew these dangers 15 years ago. It was all just War Profiteering!**


# John Boehner and congressional leaders take sudden secret trip to Afghanistan this weekend to investigate AFGHANI-SCAM: Seeking impeachable and indictment-ready actions?


**House Speaker John Boehner, R-Ohio, traveled to Kabul, Afghanistan, this past weekend with seven other House lawmakers to get a first-hand look at the political situation in the country after the recent democratic elections, Boehner's office announced Monday.**

**The trip was not announced until now to maintain security, according to a spokesman.**

**Lawmakers met with U.S. military troops, Ambassador James B. Cunningham and General Joseph F. Dunford Jr., commander of the International Security Assistance Force and U.S. Forces Afghanistan.**

**The other GOP lawmakers who accompanied Boehner were Reps. John Kline of Minnesota, Doc Hastings of Washington, Dave Camp of Michigan, Tom Latham of Iowa, Devin Nunes of California, Greg Walden of Oregon and Steve Womack of Arkansas.**

**The scandal known as AFGHANI-SCAM, or "Blood for Batteries" is under a high level of scrutiny for its connections between Congress, DOE funding and Russian Mobsters for exclusive ore rights for electric cars and solar panels.**

# .Afghanistan- In The Beginning. First for oil, then for batteries

### Q and A with Bernard Weiner, Ph.D.

**Q**. *I don't understand how war against Afghanistan could have been anticipated so early.*

**A**. *Follow the money. Various oil/gas/energy companies had wanted a CentralAsian pipeline to run through Afghanistan (costing much less to build, butalso so it wouldn't have to go through Russia or Iran); that project was puton hold during the chaos in Afghanistan, but when the Taliban took over andbrought stability to that country, the U.S. began negotiating with the Taliban about the pipeline deal. Even after sending them, via the United Nations, $43million dollars for "poppy-seed eradication," and inviting themto talks in Texas, the Taliban began to balk. At a later meeting, the U.S.negotiator threatened them with an attack unless they handed over bin Ladenand reportedly told them, in reference to the pipeline, that they could accept "a carpet of gold" or be buried in "a carpet of bombs." (The laterU.S. government spin was that the bin Laden issue and the pipeline issueswere separate, and that the U.S. threats didn't mix the two and there weremisunderstandings of what was said.) Shortly thereafter, bin Laden, hidingout in Afghanistan, initiated the September 11th attacks, and the U.S. bombing of that country began. Oh, by the way, in case you haven't noticed, under the new U.S.-friendly government in Kabul, the pipeline project is back on track. Oh, by the way, the pipeline will terminate reasonably close to the power plant in India built by Enron that has been lying dormant for years, waiting for cheap energy supplies.*

**Q**. *You're saying that U.S. war and foreign policy have been dictated by greed?*

**A**. *Among other pleasant motivations, such as hunger for domination and control, domestically and around the globe — which always ties in with greed. That's why Bush&Co. play such political and military hardball. That'swhy the arrogant, take-no-prisoners, in-your-face attitude, to bully andfrighten potential opponents into silence and acquiescence, even questioningtheir patriotism if they demur or raise embarrassing issues.*

**Q**. *But this is a democracy, people are still speaking their minds, right?*

**A**. *Certainly, there are areas of America's democratic republic that have not yet been shut down. But where there should be a vibrant opposition party, raising all sorts of questions about Bush Administration policy and plans, America receives mostly silence and timidity. However, as more and more of the ugly truth begins to emerge — and Enron, Anthrax, and pre-9/11 know ledge are just the tips of the iceberg — the Democrats (and moderate Re publicans) are beginning to feel a bit more emboldened. But just a bit, preferring to run for cover whenever Bush&Co. accuse them of being unpat riotic when they raise pointed questions.*

**Q**. *You're so critical and negative about the Bush Administration. Can't you say anything good about what they're doing?*

**A**. *Yes. They have moved terrorism — the new face of warfare in our time — front and center into the world's consciousness, and have mobilized a global coalition against it. They may be making mistakes, which could lead to h orrifying consequences, or acting at times out of impure motives, but at least the issue is out there and being debated and acted upon.*

*Now, having said that, we must point out that the institutions in this country — the Constitution, the courts, the legislative bodies, civil liberties, the Bill of Rights, the press, etc. — are in as much danger as they've ever been in. And the U.S.'s bullying attitude abroad may well lead to disastrous consequences for America down the line.*

**Q**. *So, what's to be done?*

**A**. *The most important thing at the moment — even, or especially when — the inevitable next terrorist attack occurs — is to break the illusion of B ush&Co. invulnerability. The best way to do that, aside from ratcheting up the Enron and Anthrax and 9/11 investigations (and it may turn out that those scandals are deeply intertwined), is to defeat GOP candidates in the upcoming November elections. If the Democrats hang on to the Senate and can take over the House, the dream of unchallengable HardRight power will*

*be broken. Bush&Co. will become even more desperate, overt, nasty, and in their arrogance and bullying ways, will make more mistakes and alienate more c itizens. The edifice will begin to crumble even more; there will be more and deeper Congressional and media investigations; resignations and/or impea chments (of both Bush & Cheney, and Ashcroft) may well follow.*

**Q**. *You're asking me to support ALL Democrats, even though in a particular race a moderate GOP conservative would be better?*

**A**. *Yes. In some cases, you may have to hold your nose and send money to, canvass for, and vote for a Democrat; we can get rid of the bad ones later. The objective right now — for the future of the Constitution, and for the lives of our soldiers in uniform and civilians around the globe — has to be to break the momentum of the HardRight by taking the House and keeping the Senate from returning to GOP control. Doing so would be even more important than what happened when that courageous senator from Vermont, Jim Jeffords, appalled by the HardRight nastiness and greed-agenda of the Bush folks,*
*resigned from the GOP and turned the Senate agenda over to the Democrats.*

**Q**. *And you think if the GOP gets its nose bloodied in the November election, that will convince Bush to resign or lead to his impeachment? I don't get that.*

**A**. *Churchill once told the Brits during World War II that "this is not the beginning of the end, but it is the beginning of the beginning of the end." There is a lot of hard work and organizing and educating to be done, but the recent exposure of Bush coverup-lies about pre-9/11 knowledge is "the be ginning of the beginning of the end." With a GOP defeat in November, Dem ocrats will be emboldened to speak up more, investigate deeper, and those inquiries will unlock even more awful secrets of this greed-and-power hungry administration. And that will be the beginning of the end — and the beginning of the beginning of a new era of more humane values for America and the rest of the world.*

——-

**Bernard Weiner, Ph.D., has taught American government & international relations at Western Washington University and San Diego State University; he**
**was with the San Francisco Chronicle for nearly 20 years, and has published in The Nation, Village Voice, The Progressive, Northwest Passage and widely on the internet**

_____

# Al-Qaida monitored U.S. negotiations with Taliban over oil pipeline. A memo by military chief Mohammed Atef raises new questions about whether failed U.S. efforts to reform Afghanistan's radical regime — and build the pipeline — set the stage for Sept. 11.

_ _ _ _ _ _ _ _ _ _ _ _

By Jean-Charles Brisard

A 1998 memo written by al-Qaida military chief Mohammed Atef reveals that Osama bin Laden's group had detailed knowledge of negotiations that were taking place between Afghanistan's ruling Taliban and American government and business leaders over plans for a U.S. oil and gas pipeline across that Central Asian country.

The e-mail memo was found in 1998 on a computer seized by the FBI during its investigation into the 1998 African embassy bombings, which were sponsored by al-Qaida. Atef's memo was discovered by FBI counter-terrorism expert John O'Neill, who left the bureau in 2001, complaining that U.S. oil interests were hindering his investigation into al-Qaida. O'Neill, who became security chief at the World Trade Center, died in the Sept. 11 attack.

Atef's memo shines new light on what al-Qaida knew about U.S. efforts to normalize relations with the Taliban in exchange for the fundamentalist government's supporting the construction of an oil and gas pipeline across Afghanistan. As documented in the book I coauthored with Guillaume Dasquie, "Bin Laden: The Forbidden Truth," the Clinton and Bush administrations negotiated with the Taliban, both to get the repressive regime to widen its

government as well as look favorably on U.S. companies' attempts to construct an oil pipeline. The Bush White House stepped up negotiations with the Taliban in 2001. When those talks stalled in July, a Bush administration representative threatened the Taliban with military reprisals if the government did not go along with American demands.

The seven-page memo was signed "Abu Hafs," which is the military name of Atef, who was the military chief of al-Qaida and is believed to have been killed in November 2001 during U.S. operations in Afghanistan. It shows al-Qaida's keen interest in the U.S.-Taliban negotiations and raises new questions as to whether the U.S. military threat to the Taliban in July 2001 could have prompted al-Qaida's Sept. 11 attack.

Atef's memo is not about the pipeline alone, though it mentions the project several times. It is an analysis of the political situation facing the Taliban. It documents the movement's rise, its leadership, the geopolitical importance of Afghanistan, the Taliban's relationship with Pakistan, as well as the movement's relationship with the Arab mujahedin. The document's intended readership is unclear. But it reveals that the pipeline was seen as a strategic offering toward the West, in order to make the Taliban government acceptable to the United States and Pakistan, as well as to reduce military and investigative pressure on the country to rein in or even extradite bin Laden.

Atef explains that the United States wants "to take control of any region which has huge quantities of oil reserves," and "the American government is keen on laying the oil and gas pipelines from Turkmenistan through Afghanistan to Pakistan." Atef concludes that al-Qaida's "duty toward the movement [Taliban] is to stand behind it, support it materially and morally, especially because its regional and international enemies are working night and day to put an end to it and make it fail."

Eric Holder: Crime Boss

ELON MUSK CAUGHT LYING TO TESLA OWNERS – AGAIN!!!!

Formal FCC Complaint filed over Google Investor Ownerships and covert hidden campaign financing

Debbie Wasserman and Obama's covert news network airs Obama-friendly news across Washington, and the world

Over 1000 things, that look like criminal proof of a crime, happened; yet famous politicians say "It was all just a coincidence! Pay no attention to that. Move along, move along". Do you believe them?

The $200 Billion Rip-Off: Our broadband future was stolen.

U.S.A. Completes Issuance of law that, for the first time, allows innovators to bypass corrupt banks and colluding Venture Capitalists

Do Peter Theil's living vagina's, for Silicon Valley's sex robots, have human rights too?

Silicon Valley Billionaires Want To Wipe Out Individual American Inventors

NEST, by Google, found to be another "privacy raping tool for political and marketing manipulation of you"

Democrat Presidential Candidates Charge DNC Leaders are "Corrupt and Running a Rigged Election".

FBI and Grand Jury Implored to Issue Indictments In the California Portion of THE CLEANTECH CRASH Scandal

Where did the tens of billions of dollars of taxpayer cash, that Elon Musk swiped, really go?

Another Tesla crash destroys another Tesla as well as Obama campaign financier: Jeffrey Katzenberg; who quickly tries to cover up fact that he funded Tesla kick-back scheme

Lawsuit seeks to bring corrupt officials to justice

Is Elon Musk using vast empty buildings as theatrical props for stock fraud?

Kleiner Perkins and the Rape Culture of Silicon Valley

Millennial Generation rushes to embrace vasectomies as a "screw you" statement to the Bankers

BLM Busted For Murder and Butchering of Taxpayer Wild Mustangs for Fast Food Burgers

New James Bond Movie: "Spectre", says that Silicon Valley Sold intelligence Community a Load of Horsecrap

DOE ANNOUNCES $1 BILLION DOLLARS OF ADDITIONAL CLEANTECH FUNDS CASH

All Satellites Now At Risk- SPACE WAR

The Sad, Pathetic, Lives of Character Assassins

ELON MUSK: As Untouchable as Al Capone?

Another gift from rap music: schools canceling school dances because: "all dances are now just sex act simulations"

54249

THE LATEST ON PERSONAL DIGITAL SECURITY PROTECTION TIPS:

Tesla Motors and the Road To Corruption

Obama's campaign financier: Elon Musk, now controls which news you see on CNN Money.

Elected Officials Found Putting "Hit-Job"s On American Citizens

How Eric Schmidt Operated His Attempted Take-Over of The White House:

The "RATF*CKING" Of the American Voters: The Crime Without A Penalty

There Goes The Final Pillar Of The US "Recovery"

THE CLEANTECH CRASH: THE SAGA CONTINUES…

Hillary's Nightmare Scandal: "Potty-Gate!". A Few minutes of pleasure for a lifetime of regret?

Walmart Crash Figures Analyzed

The 2015 Recession: Did Walmart Blow the Cover-up?

SHOCKER: News Publications claim there is a recession underway and it is being covered up

BREAKING NEWS FOR TODAY!

FRONTLINE (VIDEO): ERIC HOLDER WAS RUNNING A WALL STREET SCAM COVER-UP!

Scientists Discover That The Purpose of Men is to have SEX. Getting SEX is programmed into male brain's like a drug!

Hillary's Potty-Gate Scandal: Bigger than Benghazi?

GOP pushes narrative that Hillary Clinton represents Goldman Sachs

GOP wants the "true story" of Hillary Clinton's Bathroom Break in CNN Debate told

TV NEWS (Video): How Lobbyists Bribe the U.S. Congress- An Expose'

TV NEWS (Video): The Game was rigged…

TV NEWS (Video): How campaign finance kick-back deals work

TV NEWS (Video): Too Many Crooks

John Doerr and Kleiner Perkins under investigation for dealings with questionable Russian "business men".


# .How To Fix Washington, DC:

"Don't vote for ANY candidate who does not GUARANTEE, in writing, to MAKE LOBBYING

ILLEGAL, END "REVOLVING DOOR" KICKBACKS and ELIMINATE EVERY POLITICIAN LAW EXCLUSION!" Pass it on…

Investigators say that, political operatives David Plouffe, Rahm Emanual, Steven Rattner, Bill Daly, David Axelrod and Robert Gibbs arranged with Silicon Valley investors to take over the lithium battery industry in order to monopolize the trillions of dollars of lithium, and related mining deals, in Afghanistan.

They say that they traded federal funding for campaign support assisted by Harry Reid and Dianne Feinstein, who received numerous stock and cash kickbacks in the scheme.

They say they used the money to fund political campaigns. They used the Silicon Valley investors internet companies, (mostly Google), to manipulate voter perceptions and web searches in favor of their agenda. The Silicon Valley investors received: favorable federal laws, tax gifts, free federal loans, stock bumps and other perks.

The Silicon Valley investors companies that used the Afghan minerals: Abound,Solyndra, Fisker, Ener1, Tesla, and many, many more, that received the Department ofEnergy kickback funds, managed by Steven Chu, have all either failed, been raided, been charged with fraud or otherwise turned out to be disasters because they were based on a financial fraud skimming scheme instead of a good business plan.

All of these facts are known, in great detail, by many investigators. Nearly a million pages of evidence exist. A Special Prosecutor is required to perform proper prosecutions. This is organized crime.

- How Senators insider stock and campaign funding kickback scheme funded a car company with stock market manipulation

# Ghandi said:

"Truth, Transparency and Mockery: Evil can't operate with any one of those, combine them all, with the unexpected, and Evil always fails." - Ghandi

**It seems clear the military chief didn't expect the pipeline negotiations  to bear fruit…**. Referring to Pakistanis as

"nonbelievers," and noting that the pipeline "will be under American control … and it also goes through the territories of Pakistan which are allied to America," Atef implies that the Taliban has no intention of ultimately cooperating with the project, but is trying to string along the Americans and Pakistanis to win some breathing room for its unpopular government.

The Atef memo is the latest piece of evidence documenting a murky chapter in recent American history — the overtures of the last two American administrations to the repressive Taliban regime. Several U.S. oil companies, most notably Unocal, had been advocates of diplomatic overtures to the Taliban, in order to facilitate the building of a pipeline from the Caspian Sea region to Pakistan and the Persian Gulf through Afghanistan. In 1996, Unocal vice president Chris Taggart described the fall of Kabul to the Taliban regime as a "very positive step" and urged the U.S. to extend recognition to the new rulers in Kabul and thus "lead the way to international lending agencies coming in."

Just 10 days after the Taliban seized power in Kabul, Zalmay Khalilzad, former National Security Council official and Unocal consultant who was appointed special envoy to Afghanistan by President George W. Bush at the end of 2001, argued in a Washington Post opinion article that the U.S. should try to work with the mullahs and form a broad-based government that included other factions. "The Taliban does not practice the anti-U.S. style of fundamentalism practiced by Iran — it is closer to the Saudi model ." Khalilzad contended, concluding that "we should use as a positive incentive the benefits that will accrue to Afghanistan from the construction of oil and gas pipelines across its territory … These projects will only go forward if Afghanistan has a single authoritative government."

Soon after, the State Department spokesman Glyn Davies told the New York Times he had hope that "the new authorities in Kabul will move quickly to restore order and security and to form a representative interim government that can begin the process of reconciliation nationwide." Davies also said the United States "wanted to send diplomats to Afghanistan to meet with the Taliban and held out the possibility of re-establishing full diplomatic ties with the country," according to the Times.

In November 1997 Unocal invited a Taliban delegation to Texas and, in early December, the company opened a training center at the University of Nebraska, to instruct 137 Afghans in pipeline construction technology. The company also donated to the university's Center for Afghanistan Studies. Unocal CEO John Imle estimated that the company spent between $15 and $20 million on its Central Asia oil pipeline (CentGas) project — on preliminary feasibility studies, humanitarian projects and other efforts to lobby the Taliban (Unocal equipped the regime with satellite phones, for instance.)

In February 1998, Unocal's vice president for international relations, John Maresca, told a House subcommittee hearing on U.S. interests in the Central Asian Republics that an oil pipeline "would benefit Afghanistan, which would receive revenues from transport tariffs, and would promote stability and encourage trade and economic development." Emphasizing that "the proposed Central Asia Oil Pipeline (CentGas) cannot begin construction until an internationally recognized Afghanistan government is in place," he urged the administration and the Congress "to give strong support to the United Nations-led peace process in Afghanistan."

Until the 1998 al-Qaida embassy bombings, the Clinton administration's approach toward the Taliban was much the same as Unocal's: All parties agreed that the political stabilization of Afghanistan was crucial to the region, and was also a way to gain access to oil reserves of the Caspian Sea region. Though bin Laden had been in the country since 1996, the U.S. had not pressured the Taliban to hand him over.

The embassy bombings in August 1998 changed everything. The Clinton administration denounced the regime and Secretary of State Madeleine Albright turned up the heat on Taliban human rights abuses. The United Nations imposed sanctions, freezing Afghanistan's foreign assets and limiting its citizens' travel. The U.S. continued to talk to the Taliban, but the emphasis was on extraditing bin Laden in exchange for international recognition; the pipeline was off the table. Unocal, which had been close to finalizing its pipeline deal before the embassy bombings, cancelled it.

When George W. Bush took office in 2001, his administration made new overtures to the Taliban, and the pipeline deal gained renewed support, as an incentive to get the Taliban to make political concessions and form a broader government. U.S. representatives met with Afghanistan's former King Shah, to see if he might be included in a new government. And American companies began exploring the failed 1998 pipeline project. A report by an Afghan-born Enron manager in July 2001, for instance, illustrates that company's deep interest in some sort of pipeline deal. Enron had begun funding the same sorts of humanitarian projects as Unocal had three years earlier.

In March 2001, several Taliban officials, including Sayed Rahmattulah Hashimi, Mullah Omar's personal advisor, were invited to Washington by their U.S. lobbyist, Leila Helms, the niece of former CIA Director Richard Helms. The agenda included discussions of extraditing bin Laden as well as facilitating American companies' access to oil reserves in central Asia. The delegation met with representatives of the Directorate of Central Intelligence (DCI) and the Bureau of Intelligence and Research of the State Department.

This visit provoked concern and criticism in Washington over how Hashimi obtained a visa, a plane ticket, security clearance and access to American institutions — including the State Department and the National Security Council — despite travel restrictions on Taliban leadership imposed by U.N. sanctions (the official answer was that Hashimi fell below the rank of senior official covered by the sanctions.)

Four months later, American diplomats met with Taliban emissaries as well as representatives from Pakistan, Iran and Russia for four days of talks in Berlin in mid-July. Again, the message was that if the Taliban would extradite bin Laden and form a broad-based national government, it could win international recognition and reap extensive economic subsidies from the construction of a pipeline. The meeting was one of several convened by Francesco Vendrell, a Spanish diplomat who serves as the U.N.'s chief representative on Afghanistan. The delegates at the July meeting included Robert Oakley, former U.S. ambassador and Unocal lobbyist; Karl "Rick"

Inderfurth, former assistant secretary of state for South Asian affairs; Lee Coldren, head of the Office of Pakistan, Afghan and Bangladesh Affairs in the State Department until 1997; Tom Simons, former U.S. ambassador to Pakistan and the most recent official negotiator with the Taliban; Niaz Naik, former Foreign Minister of Pakistan; Nikolai Kozyrev, a former Russian special envoy to Afghanistan; and Saeed Rajai Khorassani, formerly the Iranian representative to the U.N. The Taliban ambassador to Pakistan, Abdul Salam Zaeef, attended several sessions with some of the delegates in Berlin, according to Naif Naik, though officially the Taliban had not been invited. Naik was expected to carry the U.S. message to the Taliban.

According to Naik, the point of the meeting was that "we would try to convey to them that if they did certain things, then, gradually, they could win the jackpot, get something in return from the international community." It might, Naik said, "be possible to persuade the Taliban that once a broader-based government was in place and the oil pipeline under way, there would be billions of dollars in commission, and the Taliban would have their own resources."

It was at the July meeting, according to Naik, that Tom Simons suggested that Afghanistan could face an open-ended military operation from bases in Uzbekistan and Tajikistan if it didn't accede to U.S. demands. "Ambassador Simons stated that if the Taliban wouldn't agree with the plan, and if Pakistan was unable to persuade them, the United States might use an overt action against Afghanistan," Naik says. The words used by Simons were "a military operation," according to Naik. Another participant reportedly said the Taliban's choice was clear: either accept a "carpet of gold" riches from the pipeline or "a carpet of bombs," meaning a military strike.

Lee Coldren, a member of the U.S. delegation, also confirmed to the British newspaper the Guardian the American position at the Berlin meeting. "I think there was some discussion of the fact that the United States was so disgusted with the Taliban that they might be considering some military action."

In statements to newspapers, Simons has offered ambiguous explanations of

his statements at the July meeting. In September, he told the British Guardian: "I've known Naik and considered him a friend for years. He's an honorable diplomat. I didn't say anything like that and didn't hear anyone else say anything like that. We were clear that feeling in Washington was strong, and that military action was one of the options down the road. But details, I don't know where they came from."

Yet in a November interview with Le Monde, Simons seemed to confirm that there had been some talk of U.S. military action. "It is true that the Taliban was asked to deliver bin Laden and form a [broader] government," Simons told Le Monde. "We said in July that we were investigating the attack against the USS Cole in Yemen, and that if there were solid evidence of the implication of bin Laden, one had to expect a military answer. One can always inflate such a declaration to see a global threat against the Taliban. But the American declaration related only to the response to the USS-Cole.

"As for the 'carpet of gold and the carpet of bombs,' we actually discussed the need for a plan for rebuilding for Afghanistan, which would follow a political agreement," he said, adding that "It's possible that a mischievous American participant, after several drinks, may have thought it smart to evoke gold carpets and carpet bombs. Even Americans can't resist the temptation to be mischievous."

The last known meeting between U.S. and Taliban representatives took place in August, five weeks before the Sept. 11 attacks, when U.S. Assistant Secretary of State for Central Asian affairs Christina Rocca met with the Taliban's ambassador to Pakistan Abdul Salam Zaeef.

It would be unfair to suggest that the U.S. threat in July led to the al-Qaida strike. But while Simons doesn't admit that he personally threatened the Taliban with reprisal, he confirms that only a few weeks before Sept. 11, American diplomats warned of military action against Afghanistan if its leaders did not meet U.S. economic and political demands. It is worth asking whether, had this threat been widely known, U.S. intelligence agencies might have analyzed the information they were

receiving about bin Laden's plots against the U.S. differently.

Now the newly discovered Atef memo makes clear that in 1998, at least, al-Qaida was well informed about negotiations between the Taliban and the U.S. on the oil pipeline and other American concerns. The memo also shows that those negotiations were the Taliban's gambit to extend its power; Mullah Omar's government never had any intention of allowing U.S. firms to construct an oil pipeline, or letting the U.S. dictate the members of its ruling body. Given the inside knowledge al-Qaida had about U.S.-Taliban negotiations, it's reasonable to suspect bin Laden's group also received and understood the U.S. threat of military action delivered in late July as a threat of war.

In the end, though, the U.S. got its way. Interim Afghan leader Hamid Karzai decided on May 30 to revive the pipeline project with Pakistan and Turkmenistan, signing an agreement under which the three governments agree to implement a pipeline from Turkmenistan to Pakistan through Afghanistan. Would that U.S. intelligence agencies' investigations into al-Qaida activities in the months before Sept. 11 had such a productive ending.

1.     1991-1997 – Major U.S. oil companies including ExxonMobil, Texaco, Unocal, BP Amoco, Shell and Enron directly invest billions in cash bribing heads of state in Kazakhstan to secure equity rights in the huge oil reserves in these regions. The oil companies further commit to future direct investments in Kazakhstan of $35 billion. Not being willing to pay exorbitant prices to Russia to use Russian pipelines the major oil companies have no way to recoup their investments. ["The Price of Oil," by Seymour Hersh, The New Yorker, July 9, 2001 – The Asia Times, "The Roving Eye Part I Jan. 26, 2002.]

2.     December 4, 1997 – Representatives of the Taliban are invited guests to the Texas headquarters of Unocal to negotiate their support for the pipeline. Subsequent reports will indicate that the negotiations failed, allegedly because the Taliban wanted too much money. [Source: The BBC, Dec. 4, 1997]

3.     February 12, 1998 – Unocal Vice President John J. Maresca – later to

become a Special Ambassador to Afghanistan – testifies before the House that until a single, unified, friendly government is in place in Afghanistan the trans-Afghani pipeline needed to monetize the oil will not be built. [Source: Testimony before the House International Relations Committee.]

4.     1998 – The CIA ignores warnings from Case Officer Robert Baer that Saudi Arabia was harboring an al-Q'aeda cell led by two known terrorists. A more detailed list of known terrorists is offered to Saudi intelligence in August 2001 and refused. [Source: Financial Times 1/12/01; See No Evil by a book by Robert Baer (release date Feb. 2002).

5.     April, 1999 – Enron with a $3 billion investment to build an electrical generating plant at Dabhol India loses access to plentiful LNG supplies from Qatar to fuel the plant. Its only remaining option to make the investment profitable is a trans-Afghani gas pipeline to be built by Unocal from Turkmenistan that would terminate near the Indian border at the city of Multan. [Source: The Albion Monitor, Feb. 28, 2002.]

6.     1998 and 2000 – Former President George H.W. Bush travels to Saudi Arabia on behalf of the privately owned Carlyle Group, the 11th largest defense contractor in the U.S. While there he meets privately with the Saudi royal family and the bin Laden family. [Source: Wall Street Journal, Sept. 27, 2001. See also FTW, Vol. IV, No 7 – "The Best Enemies Money Can Buy," – http://www.fromthewilderness.com/ members/carlyle.html. ]

7.     January, 2001 – The Bush Administration orders the FBI and intelligence agencies to "back off" investigations involving the bin Laden family, including two of Osama bin Laden's relatives (Abdullah and Omar) who were living in Falls Church, VA – right next to CIA headquarters. This followed previous orders dating back to 1996, frustrating efforts to investigate the bin Laden family. [Source: BBC Newsnight, Correspondent Gregg Palast – Nov 7, 2001].

8.     Feb 13, 2001 – UPI Terrorism Correspondent Richard Sale – while covering a trial of bin Laden's Al Q'aeda followers – reports that the National Security Agency has broken bin Laden's encrypted communications.

Even if this indicates that bin Laden changed systems in February it does not mesh with the fact that the government insists that the attacks had been planned for years.

9.      May 2001 – Secretary of State Colin Powell gives $43 million in aid to the Taliban regime, purportedly to assist hungry farmers who are starving since the destruction of their opium crop in January on orders of the Taliban regime. [Source: The Los Angeles Times, May 22, 2001].

10.     May, 2001 – Deputy Secretary of State Richard Armitage, a career covert operative and former Navy Seal, travels to India on a publicized tour while CIA Director George Tenet makes a quiet visit to Pakistan to meet with Pakistani leader General Pervez Musharraf. Armitage has long and deep Pakistani intelligence connections and he is the recipient of the highest civil decoration awarded by Pakistan. It would be reasonable to assume that while in Islamabad, Tenet, in what was described as "an unusually long meeting," also met with his Pakistani counterpart, Lt. General Mahmud Ahmad, head of the ISI. [Source The Indian SAPRA news agency, May 22, 2001.]

11.     June 2001 – German intelligence, the BND, warns the CIA and Israel that Middle Eastern terrorists are "planning to hijack commercial aircraft to use as weapons to attack important symbols of American and Israeli culture." [Source: Frankfurter Allgemeine Zeitung, September 14, 2001.]

12.     July, 2001 – Three American officials: Tom Simmons (former U.S. Ambassador to Pakistan), Karl Inderfurth (former Assistant Secretary of State for South Asian affairs) and Lee Coldren (former State Department expert on South Asia), meet with Pakistani and Russian intelligence officers in Berlin and tell them that the U.S. is planning military strikes against Afghanistan in October. A French book released in November, "Bin Laden – La Verité Interdite," discloses that Taliban representatives often sat in on the meetings. British papers confirm that the Pakistani ISI relayed the threats to the Taliban. [Source: The Guardian, September 22, 2001; the BBC, September 18, 2001.The Inter Press Service, Nov 16, 2001]

13.     Summer, 2001 – The National Security Council convenes a Dabhol working group as revealed in a series of government e-mails obtained by The

Washington Post and the New York Daily News. [Source: The Albion Monitor, Feb. 28, 2002]

14.     Summer 2001 – According to a Sept. 26 story in Britain's The Guardian, correspondent David Leigh reported that, "U.S. department of defense official, Dr. Jeffrey Starr, visited Tajikistan in January. The Guardian's Felicity Lawrence established that US Rangers were also training special troops in Kyrgyzstan. There were unconfirmed reports that Tajik and Uzbek special troops were training in Alaska and Montana."

15.     Summer 2001 (est.) – Pakistani ISI Chief General Ahmad (see above) orders an aide to wire transfer $100,000 to Mohammed Atta, who was according to the FBI, the lead terrorist in the suicide hijackings. Ahmad recently resigned after the transfer was disclosed in India and confirmed by the FBI. [Source: The Times of India, October 11, 2001.]

16.     Summer 2001 – An Iranian man phones U.S. law enforcement to warn of an imminent attack on the World Trade Center in the week of September 9th. German police confirm the calls but state that the U.S. Secret Service would not reveal any further information. [Source: German news agency "online.de", September 14, 2001, translation retrieved from online.ie in Ireland.]

17.     June 26, 2001 – The magazine indiareacts.com states that "India and Iran will 'facilitate' US and Russian plans for 'limited military action' against the Taliban." The story indicates that the fighting will be done by US and Russian troops with the help of Tajikistan and Uzbekistan. [Source: indiareacts.com, June 26, 2001.]

18.     August 2001 – The FBI arrests an Islamic militant linked to bin Laden in Boston. French intelligence sources confirm that the man is a key member of bin Laden's network and the FBI learns that he has been taking flying lessons. At the time of his arrest the man is in possession of technical information on Boeing aircraft and flight manuals. [Source: Reuters, September 13.]

19.     August 11 or 12 – US Navy Lt. Delmart "Mike" Vreeland, jailed in Toronto on U.S. fraud charges and claiming to be an officer in U.S. Naval

intelligence, writes details of the pending WTC attacks and seals them in an envelope which he gives to Canadian authorities. [Source: The Toronto Star, Oct. 23, 2001; Toronto Superior Court Records]

20.    Summer 2001 – Russian intelligence notifies the CIA that 25 terrorist pilots have been specifically training for suicide missions. This is reported in the Russian press and news stories are translated for FTW by a retired CIA officer.

21.    July 4-14, 2001 – Osama bin Laden receives treatments for kidney disease at the American hospital in Dubai and meets with a CIA official who returns to CIA headquarters on July 15th. [Source: Le Figaro, October 31st, 2001.]

22.    August 2001 – Russian President Vladimir Putin orders Russian intelligence to warn the U.S. government "in the strongest possible terms" of imminent attacks on airports and government buildings. [Source: MS-NBC interview with Putin, September 15.]

23.    August/September, 2001 – The Dow Jones Industrial Average drops nearly 900 points in the three weeks prior to the attack. A major stock market crash is imminent.

24.    Sept. 3-10, 2001 – MS-NBC reports on September 16 that a caller to a Cayman Islands radio talk show gave several warnings of an imminent attack on the U.S. by bin Laden in the week prior to 9/11.

25.    September 1-10, 2001 – In an exercise, Operation "Swift Sword" planned for four years, 23, 000 British troops are steaming toward Oman. Although the 9/11 attacks caused a hiccup in the deployment the massive operation was implemented as planned. At the same time two U.S. carrier battle groups arrive on station in the Gulf of Arabia just off the Pakistani coast. Also at the same time, some 17,000 U.S. troops join more than 23,000 NATO troops in Egypt for Operation "Bright Star." All of these forces are in place before the first plane hits the World Trade Center. [Sources: The Guardian, CNN, FOX, The Observer, International Law Professor Francis Boyle, the University of Illinois.]

26.     September 7, 2001 – Florida Governor Jeb Bush signs a two-year
emergency executive order (01-261) making new provisions for the Florida
National Guard to assist law enforcement and emergency-management personnel
in the event of large civil disturbances, disaster or acts of terrorism.
[Source: State of Florida web site listing of Governor's Executive Orders.]

27.     September 6-7, 2001 – 4,744 put options (a speculation that the
stock will go down) are purchased on United Air Lines stock as opposed to
only 396 call options (speculation that the stock will go up). This is a
dramatic and abnormal increase in sales of put options. Many of the UAL puts
are purchased through Deutschebank/AB Brown, a firm managed until 1998 by
the current Executive Director of the CIA, A.B. "Buzzy" Krongard. [Source:
The Herzliyya International Policy Institute for Counterterrorism,
http://www.ict.org.il/, September 21; The New York Times; The Wall Street
Journal.]

28.     September 10, 2001 – 4,516 put options are purchased on American
Airlines as compared to 748 call options. [Source: ICT – above]

29.     September 6-11, 2001 – No other airlines show any similar trading
patterns to those experienced by UAL and American. The put option purchases
on both airlines were 600% above normal. This at a time when Reuters
(September 10) issues a business report stating, "Airline stocks may be
poised to take off."

30.     September 6-10, 2001 – Highly abnormal levels of put options are
purchased in Merrill Lynch, Morgan Stanley, AXA Re(insurance) which owns
25%
of American Airlines, and Munich Re. All of these companies are directly
impacted by the September 11 attacks. [Source: ICT, above; FTW, Vol. IV,
No.7, October 18, 2001, http://www.fromthewilderness.com/
members/oct152001.html. ]

31.     It has been documented that the CIA, the Israeli Mossad and many
other intelligence agencies monitor stock trading in real time using highly
advanced programs reported to be descended from Promis software. This is to
alert national intelligence services of just such kinds of attacks. Promis

was reported, as recently as June, 2001 to be in Osama bin Laden's possession and, as a result of recent stories by FOX, both the FBI and the Justice Department have confirmed its use for U.S. intelligence gathering through at least this summer. This would confirm that CIA had additional advance warning of imminent attacks. [Sources: The Washington Times,  June 15, 2001; FOX News, October 16, 2001; FTW, October  26, 2001, – http://www.fromthewilderness.com/

members/magic_carpet.html; FTW, Vol. IV, No.6, Sept. 18, 2001 – http://www.fromthewilderness.com/

members/sept1801.html; FTW, Vol. 3, No 7, 9/30/00 – http://www.fromthewilderness.com/

free/pandora/052401_promis.html.

32.    September 11, 2001 – Gen Mahmud of the ISI (see above), friend of Mohammed Atta, is visiting Washington on behalf of the Taliban. He is meeting with the Chairmen of the House and Senate Intelligence Committees, Porter Goss (R), FL and Bob Graham (D), Fl [Sources: MS-NBC, Oct. 7, The New

York Times, Feb. 17, 2002.]

33.    September 11, 2002 – Employees of Odigo, Inc. in Israel, one of the world's largest instant messaging companies, with offices in New York, receive threat warnings of an imminent attack on the WTC less than two hours before the first plane hits the WTC. Law enforcement authorities have gone silent about any investigation of this. The Odigo Research and Development offices in Israel are located in the city of Herzliyya, a ritzy suburb of Tel Aviv which is the same location as the Institute for Counter Terrorism which breaks early details of insider trading on 9-11. [Source: CNN's Daniel Sieberg, 9/28/01; Newsbytes, Brian McWilliams, 9/27/01; Ha'aretz, 9/26/01.].

34.    September 11, 2001, For 50 minutes, from 8:15 AM until 9:05 AM, with it widely known within the FAA and the military that four planes have been simultaneously hijacked and taken off course, no one notifies the President of the United States. It is not until 9:30 that any Air Force planes are scrambled to intercept, but by then it is too late. This means that the

National Command Authority waited for 75 minutes before scrambling aircraft, even though it was known that four simultaneous hijackings had occurred – an event that has never happened in history. [Sources: CNN, ABC, MS-NBC, The Los Angeles Times, The New York Times.]

35.    September 13, 2001 – China is admitted to the World Trade Organization quickly, after 15 years of unsuccessful attempts. [Source: The New York Times, Sept. 30, 2001.]

36.    September 14, 2001 – Canadian jailers open the sealed envelope from Mike Vreeland in Toronto and see that is describes attacks against the WTC and Pentagon. The U.S. Navy subsequently states that Vreeland was discharged as a seaman in 1986 for unsatisfactory performance and has never worked in intelligence. [Source: The Toronto Star, Oct. 23, 2001; Toronto Superior Court records]

37.    September 15, 2001 – The New York Times reports that Mayo Shattuck III has resigned, effective immediately, as head of the Alex (A.B) Brown unit of Deutschebank.

38.    September 29, 2001 – The San Francisco Chronicle reports that $2.5 million in put options on American Airlines and United Airlines are unclaimed. This is likely the result of the suspension in trading on the NYSE after the attacks which gave the Securities and Exchange Commission time to be waiting when the owners showed up to redeem their put options.

39.    October 10, 2001 – The Pakistani newspaper The Frontier Post reports that U.S. Ambassador Wendy Chamberlain has paid a call on the Pakistani oil minister. A previously abandoned Unocal pipeline from Turkmenistan, across Afghanistan, to the Pakistani coast, for the purpose of selling oil and gas to China, is now back on the table "in view of recent geopolitical developments."

40.    October 11, 2001 – The Ashcroft Justice Department takes over all terrorist prosecutions from the U.S. Attorneys office in New York which has had a highly successful track record in prosecuting terrorist cases connected to Osama bin Laden. [Source: The New York Times, Oct. 11, 2002.]

41.    Mid October, 2001 – The Dow Jones Industrial Average, after having suffered a precipitous drop has recovered most of its pre-attack losses. Although still weak, and vulnerable to negative earnings reports, a crash has been averted by a massive infusion of government spending on defense programs, subsidies for "affected" industries and planned tax cuts for corporations.

42.    November 21, 2001 – The British paper The Independent runs a story headlined, "Opium Farmers Rejoice at the Defeat of the Taliban." The story reports that massive opium planting is underway all over the country.

43.    November 25, 2001 – The Observer runs a story headlined "Victorious Warlords Set To Open the Opium Floodgates." It states that farmers are being encouraged by warlords allied with the victorious Americans are "being encouraged to plant "as much opium as possible."

44.    December 4, 2001 – Convicted drug lord and opium kingpin Ayub Afridi is recruited by the US government to help establish control in Afghanistan by unifying various Pashtun warlords. The former opium smuggler who was one of the CIA's leading assets in the war against the Russians is released from prison in order to do this. [Source: The Asia Times Online, 12/4/01].

45.    December 25, 2001 – Newly appointed afghani Prime Minister Hamid Karzai is revealed as being a former paid consultant for Unocal. [Source: Le Monde.]

46.    January 3, 2002 – President Bush appoints Zalamy Khalilzad as a special envoy to Afghanistan. Khalilzad, a former employee of Unocal, also wrote op-eds in the Washington Post in 1997 supporting the Taliban regime. [Source: Pravda, 1/9/02]

47.    January 4, 2002 – Florida drug trafficking explodes after 9-11. In a surge of trafficking reminiscent of the 1980s the diversion of resources away from drug enforcement has opened the floodgates for a new surge of cocaine and heroin from South America. [The Christian Science Monitor, January 4, 2002.

48.    January 10, 2002 – In a call from a speaker phone in open court,

attorneys for "Mike" Vreeland call the Pentagon's switchboard operator who confirms that Vreeland is indeed a Naval Lieutenant on active duty. She provides an office number and a direct dial phone extension to his office in the Pentagon. [Source: Attorney Rocco Galati; court records Toronto Superior Court.]

49.     January 10, 2002 – Attorney General John Ashcroft recuses himself from the Enron investigation because Enron had been a major campaign donor in his 2000 Senate race. He fails to recuse himself from involvement in two sitting Federal grand juries investigating bribery and corruption charges against ExxonMobil and BP-Amoco who have massive oil interests in Central Asia. Both were major Ashcroft donors in 2000. [Source: CNN, Jan. 10, 2002 – FTW original investigation, The Elephant in the Living Room, Part I, Apr 4, 2002.]

50.    February 9, 2002 – Pakistani leader General Musharraf and Afghan leader Hamid Karzai announce their agreement to "cooperate in all spheres of activity" including the proposed Central Asian pipeline. Pakistan will give $10 million to Afghanistan to help pay Afghani government workers. [Source: The Irish Times, 2/9/02]

51.    Feb 18, 2002 – The Financial Times reports that the estimated opium harvest in Afghanistan in the late Spring of 2002 will reach a world record 4500 metric tons.

_ _ _ _ _ _ _ _ _ _ _ _

**About the writer: Jean-Charles Brisard, coauthor of "Bin Laden: The Forbidden Truth," is a**
consultant on business and corporate intelligence.

_____



# Afghanistan: The Saudi Arabia of Lithium?

Lithium, which is
from mobile phon
nation's economy.

By JAMES RISEN
Published: June 13, 2010

WASHINGTON — The United States has discovered nearly $1 trillion
in untapped mineral deposits in Afghanistan, far beyond any
previously known reserves and enough to fundamentally alter the

As of late February
held Ener1 Group.
loan to Think Global, which is trying to emerge from bankruptcy — is held by Bzinfin, a
British Virgin Islands company whose "indirect beneficial owner" is Boris Zingarevich, a
Russian businessman. Zingarevich has close ties to Russian President Dmitry Medvedev
and Prime Minister Vladimir Putin.

## Investing in Lithium Mining Stocks

### How To Profit from the Lithium Boom

**By Brian Hicks**
*Friday, October 16th, 2009*

**Editor's Note:**

While Western Lithium remains
trades — and possibly a third –
opportunity to double if not trip

# Green power corrupts

June 05, 2012 - 8:00 AM

# Goldman Sachs culture 'toxic'?
# Letter confirms suspicions about
# Wall Street.

A123 lithium-ion battery maker bankruptcy fuels
criticism of President Barack Obama's alternativ

Energy & Genius
## The Saudi Arabia of Lithium

Brendan I. Koerner, 10.30.08, 06:00 PM EST
Forbes Magazine dated November 24, 2008

**The gas engine made petroleum the world's biggest
commodity. The electric car could do the same for the third
element on the**

**Ener1 Wants to Win Lithium Ion Battery Race**

Share    Tweet    Stumb

U.S. Identifies Vast Mineral Riches in Afghanistan

## The problem with lithium

RUSSIAN
OWNED

David Booth,  National Post

N
chloride ring SQM
creating the illusic
the ultra-arid sala

*Image: CarSpace*

Goldman Sachs discloses ownership in Talison
Lithium Corp.

Talison Lithium Ltd's

**Lithium ion battery manufacturer Ener1 (HEV) could become the country's first lithium ion bat
mass producer—if it wins a $480M Department of Energy loan.** CNNMoney has more:

143

# .The Players: The Dark Side

Famous politicians, White House staff, narcissistic technology billionaires, and renown investment bankers played their parts in organizing one of the biggest crimes of the century. It has cost American taxpayers trillions of their hard earned dollars but the costs continue to rise.

David Axelrod

David Plouffe

Jonathan Silver

Steve Rattner

Steven Chu

Kleiner Perkins

Matt Rogers

McKinsey Consulting

Rahm Emanuel

Robert Gibbs

Valarie Jarrett

John Doerr

Elon Musk

Gilman Louie- Creator on In-Q-Tel and NVCA
Joe Lonsdale – VC, charged with rape
Larry Summers- White House, charged with organizing "skims" of DOE cash to intermediaries
Larry Page- Google, In-Q-Tel
Kimbal Musk – Investor, sued for fraud
Jonathan Silver- Dept. of Energy, charged with organizing "skims" of DOE cash to intermediaries
John Weinberg- Investor
John Doerr- Kleiner Perkins, Stock beneficiary, "Godfather" of the Silicon Valley Cartel"
James Brown Jr.- Head of California HHS software, (arrested for corruption)
James Breyer – Investor, In-Q-Tel,
Ira Ehrenpreis- Investor, Assisted with transfer of DOE funded companies to China
Herb Newman- Newman Search, Feinstein Family, Tesla & Solyndra HR provider

Harald Kroeger – Investor,
Gilman Louie – Investor, In-Q-Tel, Stock beneficiary
George Trifonov- Russian businessman, Associate of Arnold Schwarzenegger & John Doerr
Frank Giustra - Lithium Investor, Assisted with transfer of DOE funded companies to China
Eric Schmidt- Google Investor, New America Foundation Leader, In-Q-Tel
Kimball and Elon Musk – Investor, sued for fraud, recently in major media accused of huge kick-back scheme
David Plouffe- - Uber
David Gronet- CEO of Solyndra (bankrupt DOE "winner")
Brian Goncher- Deloitte Consulting, Assisted with transfer of DOE funded companies to China
Brad W. Buss – Investor
Boris Zingarevich- Russian businessman, Associate of Arnold Schwarzenegger & John Doerr
Antonio J. Gracias – Investor
Andy Bechtolsheim- Investor
Allison Spinner- Solyndra lawyer & wife of DOE funding reviewer (bankrupt DOE "winner")
Alexey Mordashov- Russian businessman, Associate of Arnold Schwarzenegger & John Doerr
Steve Jurvetson- VC
Yuri Savinkov- Russian businessman, Associate of Arnold Schwarzenegger & John Doerr
Vinod Khosla- Investor, sued by State of California groups, featured on 60 Minutes expose
Tom Styer- Investor
Tom Perkins- Investor, Kleiner Perkins founder, Famous for "Nazi" comments
Tim Draper – Investor, charged with organizing "skims" of DOE cash to intermediaries
Senator Calderone - (Arrested for corruption)
The CTO, CFO and CIO of New America Foundation - Sister group to In-Q-Tel- Bay Area Chapter
The CTO, CFO and CIO of Kleiner Perkins, charged with organizing "skims" of DOE cash to intermediaries
The CTO, CFO and CIO of Draper Fisher
The CEO of McKinsey Consulting - Manipulated DOE reports on orders from Steven Chu
The CEO of Ener1 - Charged with lying to Congress (bankrupt DOE "winner")
The CEO of Covington & Burling, LLP – San Francisco Charged with manipulation of Eric Holder's nomination
The CEO of Abound Solar - Charged with lying to Congress (bankrupt DOE "winner")
Steven Rattner- White House (indicted for stock market fraud), Co-runs New America Foundation, In-Q-Tel advisor
Steven Chu – Dept. of Energy- Stanford
Steve Westly- Atherton Investor
Steve Spinner- Dept. of Energy – Palo Alto
Ray Lane- Investor (charged with tax fraud)
Raj Gupta- McKinsey Consulting (arrested)
Peter Thiel – Investor, Elon Musk associate, China deals

Nick Denton- Gawker Media - Ran political media attacks against Silicon Valley Cartel adversaries. Now being looked at in connection with the British Police investigations called "Hydrant" and "the tabloid hacking scandal" as he is thought to have had interaction with the parties in those cases.
Matt Rogers- Dept. of Energy - Manipulated DOE reviews on orders from Steven Chu
Martin LaGod- Lithium Investor
Leland Yee- Senator (arrested)


Person's who had full knowledge of the scheme at the California State level:

State DOJ officer Ken Alex, assistant to Jerry Brown

State Controller Bill Lockyer

Senator Dianne Feinstein

Senator Calderone

Senator Yee

The Fremont California Chamber of Commerce

James Brown Junior, California State IT Chief

# .Steven Chu

Steven Chu, The U.S. Secretary of Energy, has been universally reviled, across the news channels, as a "crook", "a mobster" and a "corrupt rapist of public office".

He is said to have raped American innovation, robbed U.S. taxpayers, ordered the sabotage of Kleiner Perkins competitors, manipulated stock market valuations, and to have broken every code of moral conduct, in order to operate a financial kick-back scam with the Silicon Valley Cartel. These are felony crimes he is accused of.

His legacy, throughout history, will always be that of, what American taxpayers call: a "thieving scumbag".  He should be proud.

Everything that he, John Doerr, Elon Musk, Dianne Feinstein, and their associated agents, discussed, communicated and engaged in, was surveilled, documented and is now archived in multiple locations by multiple agencies as well as hacked, apparently, by the Chinese.

---



Steven Chu, the Secretary of Energy, was placed in office by John Doerr's Kleiner Perkins Cartel in order to effect an organized crime operation to steer taxpayer funds to John Doerr, Elon Musk and a cadre of Silicon Valley VC's.
White House staff Rahm Emanual, David Axelrod, David Plouffe, Bill Daley and Robert Gibbs, assisted in the scam by redirecting federal policy in order to implement the crimes. All of these staff

suddenly quit the White House, when confronted about these suspicions.

A large portion of the crime involved manipulating mining stocks, with help from Goldman Sachs. In particular, Afghan lithium for Tesla and Fisker, and Afghan indium for the notorious FBI-raided Solyndra and Abound. Kleiner had relationships with Russian mobsters, for a portion of the middle-east commodities deals. Steven Chu gave federal money to Russian controlled companies as part of the scam. Goldman has now been caught doing the same kind of mining commodity stock manipulation. Kleiner and Sachs promoted an extensive set of media releases entitled: *"Afghanistan is the Saudi Arabia of Lithium"* and *"A TRILLION DOLLARS OF LITHIUM in Afghanistan"* in order to market their profiteering scam. The scam was intended to provide the Silicon Valley Cartel with trillions of dollars of personal profits and the Reid, Feinstein (Who are shareholders in the stock deals) and Obama political campaigns, with back-door financing.

All competitors, to the Kleiner Perkins Cartel, had "hit-jobs" put on them by Chu, Doerr, Gibbs and Musk. The hit-jobs ranged from character assassination via Gawker Media, Media Matters and Think Progress, to economic attacks by In-Q-Tel, to political attacks via Sidney Blumenthal and New America Foundation. Every Dept. of Energy applicant that competed with Kleiner's holdings was sabotaged by Steven Chu. History has proven that only Cartel companies received the DOE funding, and that all competitors, to Kleiner companies, were targeted by government officials, and Kleiner operatives, and terminated, or black-listed. A number of strange deaths of whistle-blowers are also under investigation.

All of the evidence from leaks, Chinese hacks, eye-witness reports, investigators, emails, HSBC and Welles Fargo leaks, offshore tax records, financial water-fall analysis, forensic accounting, surveillance, phone records, Senate testimony, and a host of other sources, appears to extensively confirm these charges and validate an organized cover-up.

Every single one of the suspects has received financial and career benefits from their crimes, which has now been tracked, and proven, by forensic legal accountants and FOIA disclosures.

Reasons for Considering Steven Chu to be compromised:
- Emails and phone calls with Covington and Burling confirm conflicts
- Family stock ownership in companies and suppliers of DOE awardees
- Past personal, academic, fraternal, business, political, contracting and political relationships with DOE awardees
- Nomination packet predominantly supported by DOE awardees
- Testimony from MBG
- Assertions by BD of C&B
- Directives and memos at DOE exclusively benefitted DOE awardees with whom he had a business relationship, while damaging, negating or delaying those who competed with their interests

- Chu created DOE policies to exclusively benefit lithium mining and denigrate competing resources
- Chu was closely associated with the DOE insider award group before, during and after his DOE tenure, in a vast number of compromised and illicit manners
- Chu awarded emergency federal tax money to Russian controlled companies involved in both lithium mining exploitation and business deals with DOE awardee insiders
- Assertions by over 20 former DOE staff
- Assertions by former White House staff
- Assertions by investigative journalists
- Assertions by federal investigators
- Assertions by private investigators
- Assertions by ATVM and LGP applicants



# Dept. Of Energy Boss Goes "Full Crony" in Broad Daylight

While the L.A. Times, and other recent articles, have exposed Elon Musk as the "King of the Kickbacks", a sort of federal moocher on steroids. The Moochee, who gave away the taxpayer money to Musk, has come forward to demonstrate one of the most thumb-his-nose at the law moves, and it is **bold!**

Former head of the United States Department of Energy: **Steven Chu,** who was nominated by John Doerr and the Silicon Valley Cartel has joined the board of the lithium ion energy company that he helped award taxpayer stimulus cash to.

John Doerr and his Silicon Valley Cartel owned the lithium mining and exploitation deals which Elon Musk exploits with his taxpayer financed companies.

John Doerr and his Silicon Valley Cartel flooded Congress with "McKinsey" white-papers claiming that they could make *"Trillions of dollars of profit"* and that *"Afghanistan was the Saudi Arabia of lithium"* if they could get to take-over the Afghanistan mining fields for Tesla, Solyndra, A123, Ener1 and all of those corrupt Department of Energy companies that went ***splat. They forgot to mention that their Cartel had pre-acquired all of the key monopoly routes for those mining commodity exploitations.***

Hillary is now facing interrogation about Middle East mining deals and shady deals involving Chu's buddy: Frank Guistra.

While at the U.S. Department of Energy, Chu and his top brass, acquired mining stocks for Afghan related minerals. That is usually called: "insider trading" but with Chu, it is called 'just another Chu Crony Scam deal" (A "Choney").

Even though Elon Musk did nor pass the DOE Section 136 evaluation metrics, Chu still handed him the free cash; as a favor between chums.

While at the U.S. Department of Energy, Steven Chu cut out all domestic technologies that competed with his and the Silicon Valley Cartel's investment interests.

http://freebeacon.com/issues/former-energy-secretary-joins-board-of-stimulus-recipient/

Former DOE Chief Steven Chu Takes Board Seat at Amprius, Plus More Green Job News : Greentech Media



Former DOE Chief Steven Chu Takes



Board Seat at Amprius...

Executive moves at SolarCity, GT Advanced, TDI, and SunEdison; plus Gary Kremen.

View on www.greentechmedia...

Preview by Yahoo

From a tip, from a tipster, who sent it to another tipster. Originally researched and published from data by Christine Lakatos

1. **Amprius** ** — **$3 million** from the National Institute of Standards and Technology's (NIST) Technology Innovation Program (TIP), funded by the 2009-Stimulus. And **$5 million** from the DOE's Vehicle Technologies Program funded by the 2009-Stimulus

Amprius is a leading manufacturer and developer of high energy and high capacity lithium-ion batteries

Amprius's silicon anode technology was originally developed at Stanford University and enables dramatic improvements in the energy density and specific energy of lithium-ion batteries.

Amprius is backed by some of the world's leading investors, including Trident Capital, VantagePoint Capital Partners, IPV Capital, Kleiner Perkins Caufield & Byers, SAIF Partners, Chinergy Capital, Google Chairman Eric Schmidt, and Stanford University.

**Press Releases:**

January 6, 2014 — Amprius Raises $30M to Accelerate Commercialization of High Energy Batteries

January 20, 2014 — Former Secretary of Energy Steven Chu Joins Board of Battery Company Amprius

http://www.judicialwatch.org/press-room/press-releases/judicial-watch-announces-list-of-washingtons-ten-most-wanted-corrupt-politicians-for-2012/

Ten Most Wanted Corrupt Politicians - Judicial

... today released its 2012 list of Washington's "Ten Most Wanted Corrupt Politicians ... **Steven Chu**:

"The final ... of **Chu's** incompetence and **corruption** in a ...

   judicialwatch.org/press-room/press-releases/judicial-watch-...

Steven http://greencorruption.com/tag/steven-chu/Chu | The Green Corruption Files

The Green **Corruption** Files. THE BIG GREEN CON: Exposing the largest, most expensive and deceptive case of crony capitalism in American history…

greencorruption.com/tag/steven-chu/

http://greencorruption.com/tag/steven-chu/

Secretary of Energy Steven Chu - 10 Most Wanted

"The final decisions on Solyndra were mine," said Secretary of Energy **Steven Chu** in his testimony before the House Energy and Commerce Oversight Committee on ...

   top10corrupt.com/politicians/steven-chu/

http://www.top10corrupt.com/politicians/steven-chu/

Steven Chu Corruption Archives -

Dept. Of Energy Boss Goes "Full Crony" in Broad Daylight While the L.A. Times, and other recent articles, have exposed Elon Musk as the "King of the Kickbacks ...

corruptionbusters.info/tag/steven-chu-corruption/

http://www.corruptionbusters.info/tag/steven-chu-corruption/

Top 10 "Most Corrupt" List Dominated by Obama Administration

Top 10 "Most Corrupt" List Dominated by Obama Administration ... Secretary of Energy **Steven**

**Chu**, ... on the widely respected **corruption** list was the use of ...

thenewamerican.com/usnews/politics/item/14092-top-10-"most-c...

http://www.thenewamerican.com/usnews/politics/item/14092-top-10-%E2%80%9Cmost-corrupt %E2%80%9D-list-dominated-by-obama-administration

Was Steven Chu "The Secretary of Corruption"? Where did that ..

It's about CRIME Not About Politics. This case has nothing to do with political parties. It is entirely about organized crime and the theft of federal funds.

privacypage.me/was-steven-chu-the-secretary-of-corruptio...

http://www.privacypage.me/was-steven-chu-the-secretary-of-corruption-where-did-that-trillion-dollars-of-taxpayer-losses-go/

Steven Chu Reaches for the 'Master Switch' - POLITICAL ...

**Steven Chu** Reaches for the 'Master Switch ... FIFA **Corruption** Scandal: The Best Memes - Hollywood Reporter; Jon Stewart Slams FIFA for 24 Years of Alleged ...

projectxcase.com/steven-chu-reaches-for-the-master-switch/

http://www.projectxcase.com/steven-chu-reaches-for-the-master-switch/

-Steven Chu - CORRUPTION NEWS:

**CORRUPTION** NEWS: DC BEAT TOP NAMES IN THE ARTICLES: Robert Gibbs, Nick Denton, Adrian Covert, John Herrmann, David Plouffe, Dianne Feinstein

corruptionnewsdc.com/investigations/topic-11-kickback-process/...

http://www.corruptionnewsdc.com/investigations/topic-11-kickback-process/naming-the-names-master-list/steven-chu/

Steven Chu Corruption Archives - GOOGL

How Google's owners use their company for revenge, political paybacks, and economic retribution attacks.

whengoogleattacks.com/tag/steven-chu-corruption/

http://www.whengoogleattacks.com/tag/steven-chu-corruption/

**Steven Chu must go - Energy Dept. Disaster | The SUA Blog ...**

Abysmal testimony before Congress, the scandals like Solyndra, gasoline prices, Chevy Volts, and the disastrous "green agenda" - **Steven Chu** must go now.

standupamericaus.org/corruption-2/steven-chu-must-go-energy-de...

http://www.standupamericaus.org/corruption-2/steven-chu-must-go-energy-dept-disaster/

Steven Chu | National Legal and Policy

National Legal and Policy Center is a nonpartisan foundation promoting ethics in public life through investigation, research, education and legal action.

nlpc.org/category/people/steven-chu

http://nlpc.org/category/people/steven-chu

Steven Chu Corruption Archives -

Tag: **Steven Chu Corruption** WHITE HOUSE STAFF, TESLA MOTORS, GOLDMAN SACHS AND AN ORGANIZED CRIME SCHEME!

theshockingnews.org/tag/steven-chu-corruption/

10 Most Corrupt Politicians of 2012 -

"The final decisions on Solyndra were mine," said Secretary of Energy **Steven Chu** in ... **Chu's**

154

incompetence and **corruption** ... Corrupt Politicians for ...

   breitbart.com/big-government/2012/12/31/10-most-corrupt...

http://www.breitbart.com/big-government/2012/12/31/10-most-corrupt-politicians-of-2012/

Steven Chu | National Legal and Policy Center

**Steven Chu**. GM-Funded EV Company Gives Up on DOE Loan, Ends Operations. Submitted by Paul Chesser on Mon, 03/05/2012 - 11:03 . In administrating its stimulus-fed loan ...

nlpc.org/category/people/steven-chu?page=3

http://nlpc.org/category/people/steven-chu?page=3

Steven Chu Scandal Archives - POLITICAL CORRUPTION-WATCH MAGAZINE

AMERICAN INNOVATION! - Egotistical billionaire control-freaks should not get to buy Washington and shut down inventors because they are not smart enough to invent new ...

projectxcase.com/tag/steven-chu-scandal/

Steven Chu Not Stepping Down As Secretary Of Energy ...

Energy Secretary **Steven Chu** is planning to leave his cabinet post, Bloomberg reports. **Chu**, who was criticized for defending a $500 million federal loan to ...

huffingtonpost.com/2013/01/17/steven-chu-step-down_n_2497001...

http://www.huffingtonpost.com/2013/01/17/steven-chu-step-down_n_2497001.html

Steven Chu - Wikipedia,

**Steven Chu** is an American physicist who served as the 12th United States Secretary of Energy from 2009 to 2013. **Chu** is known for his research at Bell Labs in cooling ...

W en.wikipedia.org/wiki/Steven_Chu

Another Obama Green Project Folds after Getting Millions from ...

Judicial Watch • Another Obama Green Project Folds after Getting Millions from ... you about all of our efforts to fight **corruption**, ... (**Steven Chu**) guaranteed ...

judicialwatch.org/blog/2013/04/another-obama-green-project-...

http://www.judicialwatch.org/blog/2013/04/another-obama-green-project-folds-after-getting-millions-from-taxpayers/

COLLUSION, CORRUPTION, YOUR MONEY - Home

COLLUSION, **CORRUPTION**, YOUR MONEY: Home; In Honor of David Deitz; ... Solyndra-Inc , **Corruption**, http://atvmdoe.wordpress.com, **Steven Chu** , Westly Group , Politics ...

corruptiondoe.weebly.com

http://corruptiondoe.weebly.com/

Newt Gingrich Calls For Steven Chu To Be Fired Over SolyndraYo

WASHINGTON -- Former House Speaker Newt Gingrich on Monday called for Energy Secretary **Steven Chu** to be fired for his decision to allow Solyndra to keep ...

huffingtonpost.com/2011/10/04/newt-gingrich-steven-chu-solyn...

http://www.huffingtonpost.com/2011/10/04/newt-gingrich-steven-chu-solyndra_n_995122.html

America's Main Problem: Corruption Washington's Blog

**Corruption** at the FBI lab led to the execution of scores of innocent people; ... Secretary of Energy

**Steven Chu** had assisted in the scam at the same time ...

washingtonsblog.com/2015/05/the-main-problem-in-america-corru...

http://www.washingtonsblog.com/2015/05/the-main-problem-in-america-corruption.html

Steven Chu Corruption Archives - THE NEWSY

WHITE HOUSE STAFF, TESLA MOTORS, GOLDMAN SACHS AND AN ORGANIZED CRIME SCHEME! Investigators say that, political operatives David Plouffe, Rahm Emanual, **Steven** Rattner ...

thenewsdaily.org/tag/steven-chu-corruption/

http://www.thenewsdaily.org/tag/steven-chu-corruption/

Solyndra Scandal's Stench of Corruption and Incompetence ...

**Steven Chu**; Solyndra Scandal's Stench of **Corruption** and Incompetence. Use your key for the next article. Next: ...

examiner.com/article/solyndra-scandal-s-stench-of-corr...

http://www.examiner.com/article/solyndra-scandal-s-stench-of-corruption-and-incompetence

Will Solyndra Scandal Sink Obama's Credibility With Voters .

... including Solyndra. One of those fundraisers was **Steven** Spinner, ... **Corruption** is inherent to ... We now know that **Steven Chu** was pushing hard to have ...

foxnews.com/on-air/special-report/2011/09/30/will-sol...

http://www.foxnews.com/on-air/special-report/2011/09/30/will-solyndra-scandal-sink-obamas-

credibility-voters

[Watchdog: 10 Most Corrupt Politicians - Fox NationYo](#)

Judicial Watch, the public interest group that investigates and prosecutes government **corruption**, ... •
Secretary of Energy **Steven Chu**

nation.foxnews.com/corruption/2013/01/03/watchdog-10-most-co...

http://nation.foxnews.com/corruption/2013/01/03/watchdog-10-most-corrupt-politicians

Was Steven Chu "The Secretary of Corruption"? Where did that ..

Was **Steven Chu** "The Secretary of **Corruption**"? Where did that ...

whengoogleattacks.com/was-steven-chu-the-secretary-of-corruptio...

http://www.whengoogleattacks.com/was-steven-chu-the-secretary-of-corruption-where-did-that-
trillion-dollars-of-taxpayer-losses-go/

National Freedom Forum: Time To FIRE Secretary of Energy ...

Egghead Secretary of Energy **Steven Chu** should be FIRED NOW. **Chu** is a Nobel prize winning
physicist and radical environmentalist. In testimony before Congress, **Chu** ...

nationalfreedomforum.com/2012/03/time-to-fire-secretary-of-energy-...

http://www.nationalfreedomforum.com/2012/03/time-to-fire-secretary-of-energy-steven.html

Steven Chu: No apology for Solyndra - Darren Samuelsohn ...

Energy Secretary **Steven Chu** on Thursday declined an opportunity to issue a direct apology for
Solyndra. "Based on what you know and what's happened, who has to ...

politico.com/news/stories/1111/68591.html

158

http://www.politico.com/news/stories/1111/68591.html

White House Email: Energy Secretary Chu Must Go 'As Soon As ...

New internal White House emails reveal that a scathing critique of Energy Secretary **Steven Chu** by a former Obama political advisor was widely circulated at ...

abcnews.go.com/Blotter/white-house-email-energy-secretar...

http://abcnews.go.com/Blotter/white-house-email-energy-secretary-chu/story?id=14934698

Solyndra Archives - CORRUPTION

Why did **Steven Chu** give U.S. tax money to Ener1, Severstal and other Russian companies? Type "Dianne Feinstein **Corruption**" into the top 5 search engine windows and read the results.

corruptionbusters.info/tag/solyndra/

http://www.corruptionbusters.info/tag/solyndra/

PATRIOT OR TRAITOR | Steven Chu

**Steven Chu**. Posted May 30, 2013 on Patriot or Traitor. Darrell Issa's (R-CA) Energy and Oversight Committee exposed the full extent of **Chu's** incompetence and **corruption** in a report citing "numerous...

patriotortraitor.com/steven-chu/

http://www.patriotortraitor.com/steven-chu/

Steven Chu - Biographical

**Steven Chu** - Biographical. My father, Ju Chin **Chu**, came to the United States in 1943 to continue his education at the Massachusetts Institute of Technology in chemical engineering, and two years later...

nobelprize.org/nobel_prizes/physics/laureates/1997/chu-b...

159

Steven Chu - Latest Headlines - UPI.com

**Steven Chu** (born February 28, 1948) is an American physicist and the 12th United States Secretary of Energy. Honduras court orders **corruption** arrest of Congress vice president.

upi.com/topic/Steven_Chu/

Steven Chu

Fox News Guest Accuses Network Of Creating 'Cloud Of **Corruption'** Around Hillary Clinton490. GET UPDATES FROM **Steven Chu**.

huffingtonpost.com/steven-chu/

http://www.huffingtonpost.com/steven-chu/

Steven Chu - Conservapedia

**Steven Chu** (b. February 28, 1948, St. Louis, Missouri) is a 1997 Nobel Prize-winning physicist, former director of the Lawrence Berkeley National Laboratory, and former Secretary of Energy. The Department of Energy is at the center of U.S. efforts to end the U.S.'s dependence on foreign oil...

conservapedia.com/Steven_Chu

Green Corruption: Department of Energy "Junk Loans" and Cronyism..

...green-energy junk bond portfolio Energy Secretary **Steven Chu** Government Accountability Office government **corruption** green **corruption** Issa Obama bundlers Obama campaign backers Ohio...

blogcritics.org/green-corruption-department-of-energy-junk/

http://blogcritics.org/green-corruption-department-of-energy-junk/

...corruption-2/steven-chu-must-go-energy-dept-disaster

**Steven Chu** and his associates took specific action to damage any industry that competed with the -

Rahm Emanuel's senior aide in charge of finance was indicted for **corruption** and racketeering.

whengoogleattacks.com/white-house-staff-tesla-motors-goldman-sa...

## .The Hand Of Detroit

Investigators believe that the Detroit Big 3 had as much to do with coming up with the Department of Energy ATVM scheme as the Silicon Valley billionaires did.  The evidence certainly shows some dirty dealing by, and with GM, Ford and Chrysler.

In one case, Ford's top engineer contacted Department of Energy applicant XPV and offered to "help them with their application". This person stated that they had "just left Ford and were looking for a new opportunity". After going over some of XPV's material, under confidentiality terms, it was discovered via Linked In, Ford Personnel records and co-workers, that the Ford executive had never actually ceased working for Ford.

Ford got their taxpayer cash by cooking their books with off-shore allocations in order to avoid looking bankrupt, but they used the money to pay off their debts, as shown here:

# Report: Ford using government-backed loans to pay off debt

by **Sam Abuelsamid** (RSS feed) on Aug 10th 2010 at 10:31AM



Ford was the only one of Detroit's three automakers able to avoid taking a direct government bailout in 2009 to bypass bankruptcy. However, that doesn't mean it hasn't been able to benefit from some government largess.

Back in 2006 before the credit markets collapsed, Ford essentially mortgaged every facility it had in order to borrow $23.5 billion. That money was used to provide operating cash flow that General Motors and Chrysler didn't have when things went south in 2008. The money allowed Ford to keep the lights on, but it also saddled the company with the debt service payments of $318 per vehicle in the second quarter of this year.

Rather than direct bailouts, Ford has been able to take advantage of several government-backed low interest loan programs like the Advanced Technology Vehicle Manufacturing program run by the Department of Energy to fund new vehicle development and factory retooling. Ford is also getting tax breaks and low interest loans from various states as well as other countries like the UK and Russia. At the same time, it has used profits earned in the past year to pay down higher interest debt earlier than planned. In doing so, Ford hopes to get back from junk bond status to investment grade by late 2011 or early 2012.

[Source: Wall Street Journal]

Filed under: Ford, Earnings/Financials

## Detroit had an inside man at the Department of Energy in the form of Chrysler funding agent Lachlan Seward:



**Lachlan Seward- The Manager of the DOE Payback Scheme**

Seward
had previously helped hand Detroit a huge amount of taxpayer cash the last time it failed. This time he worked with White House "Car Czar" Steven Rattner, who was later indicted for stock market fraud, to hand even more payola to Detroit and try to keep any of Detroit's competitors from getting funded.

## Chrysler was a tricky as they come:

CNET Reviews
The Car Tech blog
July 30, 2010 9:54 AM PDT



# Chrysler steps on the gas and puts EVs, hybrids on hold

by Automotive News

**6** retweet        Share

DETROIT--Chrysler Group has scaled back its ambitious plans for   
hybrids and electric vehicles and instead is placing its green bets on
internal combustion engines that use Fiat technology.

As Chrysler slid toward bankruptcy in September 2008, it rolled out several hybrid and
all-electric vehicles to bolster its green credentials in the eyes of the federal
government.

Then-CEO Bob Nardelli put hybrids and electrics on the fast track under the umbrella
of a separate division called ENVI and made alternative propulsion a centerpiece of
Chrysler's survival strategy. The company, at the time owned by Cerberus Capital
Management, showed off plug-in hybrid versions of the Chrysler Town and Country
minivan and Jeep Wrangler and an all-electric sports car called the Dodge Circuit,
designed with help from Lotus.

What a difference a change in management
makes. Now, with Fiat input, Chrysler is wringing
extra fuel economy out of the internal combustion
engine wherever possible.

"When we made the alliance with Fiat, we had a
lot more opportunity with fuel economy with
lighter platforms and smaller engines," said
Chrysler spokesman Nick Cappa. "The vehicles

Chrysler showed the Dodge Circuit
EV at the 2009 Detroit auto show.

165

Not to be out-done in financial trickery with tax payer money, General Motors loses quite a large junk of the money it got from taxpayers:

# GM's Phony Bailout Payback

But wait! Even that's not the full story given that GM, which has not yet broken even, much less turned a profit, can't pay even this puny amount from its own earnings.

So how is it paying it?

As it turns out, the Obama administration put $13.4 billion of the aid money as "working capital" in an escrow account when the company was in bankruptcy. The company is using this escrow money—government money—to pay back the government loan.

GM claims that the fact that it is even using the escrow money to pay back the loan instead of using it all to shore itself up shows that it is on the road to recovery. That actually would be a positive development—although hardly one worth hyping in ads and columns—if it were not for a further plot twist.

Sean McAlinden, chief economist at the Ann Arbor-based Center for Automotive Research, points out that the company has applied to the Department of Energy for $10 billion in low (5 percent) interest loan to retool its plants to meet the government's tougher new CAFÉ (Corporate Average Fuel Economy) standards. However, giving GM more taxpayer money on top of the existing bailout would have been a political disaster for the Obama administration and a PR debacle for the company. Paying back the small bailout loan makes the new—and bigger—DOE loan much more feasible.

In short, GM is using government money to pay back government money to get more government money. And at a 2 percent lower interest rate at that. This is a nifty scheme to refinance GM's government debt—not pay it back!

GM boasts that, because it is doing so well, it is paying the $6.7 billion five years ahead of schedule since it was not due until 2015. So will there be an accelerated payback of the rest of the $49.6 billion investment? No. That goal has been pushed back, as it turns out.

In order to recover that investment, the government has to sell its equity. It plans to do that only when GM becomes a publicly traded company once again. GM was hoping to turn a profit by the end of 2010 and float an initial public offering this winter. However, GM Chief Financial Officer Chris Liddell, when queried about that timeline a few days ago, demurred. The offering will be made, he said, "when the markets and the company are ready."

(Take that, taxpayers!)

The reality is that there is no certainty that GM will ever be able to make taxpayers whole. Some analysts such as Center for Automotive Research's Sean McAlinden and Global Insight's George Magliano believe that it will—eventually. McAlinden maintains that this will happen when the company's market capitalization touches $60 billion. (At GM's peak in 2000, this level was only $57 billion.) This is a challenging but not an impossible goal—provided the economy does not dip into another recession, he maintains. Magliano too maintains that the company will be able to pay back taxpayers if the industry is able to ramp up annual vehicle sales from the expected 10.8 million this year to 17 million in 2014

and GM captures 20 percent of these sales.

The General Accountability Office, on the other hand, remains deeply pessimistic. It concluded in a December report (which a more recent April report has said nothing to contradict, despite media spin to the contrary) that: "The Treasury is unlikely to recover the entirety of its investment in Chrysler or GM, given that the companies' values would have to grow substantially more than they have in the past."

Whitacre's bailout payback ploy is a desperate attempt to win back the car-buying public deeply disgusted by the spectacle of GM rattling its tin-cup before Uncle Sam. But the fact of the matter is that the company is still deep in the hole. It might claw its way back—or it might not. But surely it's premature for its media boosters to pop open the champagne bottle without getting their story straight?

*Shikha Dalmia is a senior analyst at Reason Foundation and a biweekly columnist at Forbes. This column originally appeared at Forbes.*

PROMOTING ETHICS IN PUBLIC LIFE
## National Legal and Policy Center



**More Energy Department Rewards for GM Bankruptcy Allies?**

Submitted by Mark Modica (jsyw/eck-modica) on Mon, 05/21/2012 - 09:10

recently reported that the Houlihan Lokey group suspiciously received a $1.35 million contract from the Energy Department (http://nlpc.org/stories/2012/05/01/treasury%E2%80%99s-gm-bankruptcy-ally-gets-payoff-energy-department) to track the government money lent to Fisker Automotive and Beacon Power Corp. Houlihan Lokey was the institutional bondholder representative which smoothed the way for the General Motors' bankruptcy process by endorsing the Obama Administration's 363 bankruptcy plan. I have now uncovered three more firms that cooperated in the GM bankruptcy process that have subsequently been awarded Energy Department contracts.

Back in late May of 2009 a revised offer was made to GM bondholders, which if accepted, would smooth the company's path through bankruptcy court. According to a TheDetroitBureau.com report http://www.thedetroitbureau.com/2009/05/treasury-changes-offer-to-balking-gm-bondholders/) the two major representatives of institutional bondholders supported the deal. The article quotes GM as stating, "We have been informed by the advisors to the unofficial committee of unsecured GM Noteholders, Houlihan Lokey Howard & Zukin Capital, Incorporated, and Paul, Weiss, Rifkind, Wharton & Garrison LLP, that the unofficial committee and other large noteholders (who collectively hold approximately 20% in aggregate principal amount of the Notes) support the economic terms of the Proposal,"

previously found a Bloomberg report unearthing the $1.35 million Houlihan Lokey contract. (http://www.bloomberg.com/news/2012-04-23/u-s-said-to-tap-restructuring-adviser-to-monitor-fisker-loan.html) Now, I have discovered an AM Law Daily report (http://amlawdaily.typepad.com/amlawdaily/2012/04/firms-recovery-act.html) that lists firms benefiting from the Federal Recovery Act and Energy Department contracts. On the list; Paul, Weiss, Rifkind, Wharton & Garrison, which received $1.28 million as legal counsel to the Energy Department in connection with ATVM (Advanced Technology Vehicle Manufacturing) loans involving Tesla Motors, Nissan North America, and Magna E-Car Systems. Coincidence? How about one more?

The legal firm, Cleary Gottlieb, represented the UAW in the GM bankruptcy process. (http://www.epsb.com/uaw_in_gm_bankruptcy/) Surprise! Another $1.02 million awarded to the firm from the Energy Department to "advise on aspects of its ATVM program, the same one under which Fisker obtained its government loan." There sure are lots of legal firms "advising" on the same program. That Fisker is like the gift that keeps giving!

Yet another firm on the list was Clifford Chance which was awarded $1.5 million from the Energy Department to advise on renewable energy initiatives. The crony connection on this one was the firm's role as GM's European restructuring adviser http://www.btglaw.org/news/show/2077/international-firms-win-roles-on-gm-restructuring#.T-meGUISE0Y). It wouldn't surprise me if crony connections could be made for other firms on the AM Law Daily list.

from influential Deutsche Bank that initially forecast GM shares could eventually top $50 compared to the IPO strike price of $33.

### Most Luxury Makers Fail New Crash Test

But, in recent months, automotive shares in general, GM in particular, have been tumbling. The $25 billion government loss forecast was based on a stock price of $22.20 at the end of May. During the last month, however, the number has dipped to less than $19 a share, though the stock has since rebounded to $20.61 at midday today.

169

As if the above were not audacious enough, try ***"collusion". GM, Ford and Chrysler*** publicly state that they are "competitors" but, on numerous Department of Energy documents and emails they are shown to all be working together to sculpt the Department of Energy cash to benefit them and hurt their real competitors who were the newer auto start-ups. Here is an example of one of those kinds of collusive documents. Notice the upper right corner:

portion of the loan; and

(b) Upon default by the Borrower, the holder of pledged collateral shall take such actions as the Secretary may reasonably require to provide for the care, preservation, protection, and maintenance of such collateral so as to enable the United States to achieve maximum recovery from the pledged collateral.

(c) In the event the Borrower has not paid the amount owed under 611.13(b), there is no recourse by the Government except as to the pledged collateral or on an unsecured basis.

Sec. 611.15 Audit and access to records.

The Direct Loan Agreement and related documents shall provide that:

(a) The Secretary and the Comptroller General, or their duly authorized representatives, shall have reasonable access through formal, written notification for the purpose of audit and examination to any pertinent books, documents, papers, and records of the Borrower for the purpose of determining whether the proceeds of a loan have been used for an Eligible Product; and

(b) Borrower shall provide periodic reporting to certify that it has met its obligations under the Direct Loan Agreement.

Sec. 611.16 Deviations.

To the extent that such requirements are not specified by Section 136 of the Act or other applicable statutes, DOE may authorize deviations on an individual request basis from the requirements of this part upon a finding that such deviation is essential to program objectives and the special circumstances stated in the request make such deviation consistent with the purposes of Section 136. DOE will consult with OMB and the Secretary of the Treasury before DOE grants any deviation that would constitute a substantial change in the financial terms of the Direct Loan Agreement and related documents. Any deviation, however, that was not captured in the Credit Subsidy Cost may require an appropriation, if sufficient appropriations for that purpose are not available. A recommendation for any deviation may be submitted in writing to DOE. Such recommendation must include a supporting statement, which indicates briefly the nature of the deviation requested and the reasons in support thereof.



**The New York Times**

# Energy & Environment

| WORLD | U.S. | N.Y. / REGION | BUSINESS | TECHNOLOGY | SCIENCE | HEALTH | SPORTS | OPINION |

**Search Business**

News, Stocks, Funds, Companies [Go]

**Financial Tools**

Select a Financial Tool

**More in Business »**

World Business    Markets    Economy

## $25 Billion to Promote Electric Cars Is Untouched



A123 Systems, a battery maker in Massachusetts, is seeking $1.8 billion.

Josh Hitton for The New York Times

By LESLIE WAYNE
Published: February 26, 2009

WASHINGTON — The future of the American auto industry is getting off to a slow start.

**Related**

Times Topics: Automotive Industry Crisis

Enlarge This Image

The Energy Department has $25 billion to make loans to hasten the arrival of the next generation of automotive technology — electric-powered cars. But no money has been allocated so far, even though the Advanced Technology Vehicles

SIGN IN TO RECOMMEND

TWITTER

SIGN IN TO E-MAIL

PRINT

REPRINTS

SHARE

CLOSE

# .Elon Musk

Reasons for considering Elon Musk to be compromised:
-   All of his efforts involved the exploitation of lithium mining deals which were controlled by DOE insider-connected awardees. Tesla cars used lithium batteries, Nevada factory was to manufacture lithium batteries, Solar City was to store energy in lithium,  Space X space systems used lithium systems
-   Tesla and FBI-raided Solyndra sat on the same land, had the same conflicts of interest in management and operations and were funding-promoted by the same people
-   Musk went to Russia to coordinate deals with many of the same people that are conflicted with many of the other parties herein and have ties to related illicit mining deals
-   Musk lied about who ordered the NHTSA safety investigation into the Tesla car fires. It was the NHTSA, and not Musk, who wanted the safety investigation started. The investigation was never completed because Musk & Tesla paid cash to get it halted in exchange for mounting a cosmetic PR-mitigation ballistic explosion shield on the bottom of the car.
-   Senators Dianne Feinstein and Harry Reid had stock ownership, staffing provision services relationships, construction company ownership, leasing company ownership, insider trading arrangements, public policy ownership, supplier ownership, property ownership, tax haven options and many other conflicts of interest between themselves and Musk
-   Musk has stated, on record, that Tesla's have had "no recalls", in fact they have had many recalls, at least two for fires and explosions.
-   Multiple main-stream, and independent news journals have published analysis of Musk's financial
-   Musk's battery partner: Panasonic, has been publicly charged, by state agencies, with corruption, racketeering, dumping, employee deaths and other illicit activities
-   Elon Musk did not create Tesla Motors, he took it over, in a hostile takeover action, from the actual founders, some of whom sued him for fraud and publicly called him a scam artist.
-   The tens of billions of dollars that Musk has received from U.S. taxpayers do not equate to actual costs of operations. Everything that Musk has shown, or sold, could have been produced for much, much less. Non-manipulated forensic accounting seems to make it clear that some of that money is being used for other purposes.
-   A number of Tesla's have suddenly veered over cliffs, killing the drivers, oncoming drivers, pedestrian and bicyclists. Tesla has sought to cover this up, yet homicide lawsuits have now been filed against Tesla for this. Tesla has denied that the car is faulty, yet hundreds of internet user postings, detail numerous defects with the car. Additionally, 60 Minutes and many other news broadcasts have aired demonstrations of how easy it is to hack into, and take over. Tesla is said to be the most hackable car. In fact, around the time, that the Tesla China deal started to fall apart, a Chinese University student team demonstrated a full Tesla takeover by hacking remote control.
-   Musk staff were caught sending out email notices, to potential buyers, to put deposits down, before then end of the federal reporting period, so that Musk could book the deposits as "fully paid car purchases" in order to falsify sales volumes so that he could cover that fact that he had sold less cars, after a bigger cash loss, than any car company in history. Tesla investors were

asked to buy as many Tesla's as they could, in order to inflate volumes.

- Musk has "cooked the books" in reporting profits in his federal filings by stating tax credits and taxpayer cash as profits and upside in an effort to manipulate stock valuations
- Over a five year test, the results of all internet-news media covering Elon Musk related stories was analyzed. Whenever negative news appeared about Musk activities, all Google and Kliener Perkins founded web assets would down-rank, or delete, the negative news while immediately pumping PR and hype news about Musk and his projects to hide the negative news. Musk has a financial, political, economic and personal relationship with Kliener Perkins and Google owners. This manipulation of stock valuation perceptions for public stock buyers, based on the use of monopolistic assets in a covert manner is a violation of securities laws and ethics.
- In the Department of Energy original LGP and ATVM filing application documents, which Lachlan Seward thought he had destroyed, the proposed metrics from Tesla Motors, compared with the known history as of today, demonstrate that Tesla missed almost every single milestone, by magnitudes, yet, not only did Steven Chu not cut off their funding, he increased it.
- The Section 136 law says that it was illegal for DOE to fund a car company on the verge of bankruptcy, or whose survival depends on the DOE money. Elon Musk has now been recorded saying that Tesla Motors was on the verge of bankruptcy, preparing massive severance packages for key staff and had no hope for survival without the DOE cash. Federal records demonstrate that Tesla used a temporary Detroit stock swap, arranged by DOE staff and Silicon Valley investors, to temporarily manipulate the numbers in order to create the surface appearance of a momentary positive debt-ratio. In fact, Tesla, of all applicants, had the worst debt ratio of any applicant. Per the 136 law, Tesla should never have been funded. At the time of application, they had no factory building. Their cars were a hundred thousand dollars over budget, per car. They had no engineered design for production. They were facing staff revolts and they already had written warnings about the dangers of their battery systems.



Tesla and SpaceX were on the verge of bankruptcy in 2008 and Elon Musk was about to lose all his money, but the founder made sure that his employees would be taken care of, if the companies failed.

*Produced by Kamelia Angelova, Alana Kakoyiannis and Justin Gmoser*

- 
- Musk has ordered his staff and engineers to never discuss or acknowledge the federal documents disclosing that his car batteries, and battery factory, emit cancer-causing, brain-damaging, liver and fetus damaging vapors when they out-gas during a fire, explosion or thermal event, threatening firemen, occupants and bystanders.
- Multiple news media have reported that Musk sends spy emails to his employees, under false names, in order to find out who is whistle-blowing on his illicit actions. This has angered many former employees, some of whom have sued Musk. Many of those are willing to testify about

Musk illicit actions.
- Internet IP, DNS, bot and dat-pack tracking has confirmed that Elon Musk related groups use automated shill and blogger farms to place large amounts of self-promotion, about Musk on Musk-partner held sites such as Think Progress, Motley Fool, Media Matters, Green Car Reports, Plugin-America, Reddit, and related covert ownerships as well as on all public social media in order to manipulate stock market valuation perceptions.
- Numerous failed marriages, and relationships, have left a trail of unhappy women who have testified, or relayed information to their friends, who have testified, about illicit activities by Musk



**60 Minutes:** Tesla and SpaceX: Elon Musk's industrial empire

Aired: 2014- Mar 30- CORRESPONDENT: Scott Pelley;  Harry Radliffe, producer..

Apparently it's fast and smoke-free. **(EXCEPT FOR THE TOXIC CANCER CAUSING SMOKE THE CAR EMITS WHEN ITS POORLY DESIGNED BATTERY PACK SPONTANEOUSLY BURSTS INTO FLAMES)** *The Tesla Model S is powered by 7,000 battery cells* **(EACH ONE ABLE TO EXPLODE AND SET THE BATTERIES NEXT TO IT OFF ON A CHAIN REACTION OF DEADLY EXPLOSIONS)** *linked to an electric motor. No engine, no transmission, no tailpipe. As this company video shows, the dash is dominated by a computer that's constantly connected to the Internet.* **(THIS ALLOWS ELON MUSK, HIS INVESTORS, THE NSA AND CHINESE HACKERS TO SPY ON YOU AT ANY TIME AND HACK YOUR TESLA AND FORCE IT TO DRIVE OVER A CLIFF AND KILL YOU AND YOUR FAMILY. MULIPLE TESLA'S HAVE SUDDENLY SWERVED OVER CLIFFS AND KILLED THEIR OCCUPANTS AND THOSE NEARBY)** *It has a fanatical* **(SOME MIGHT SAY THE TESLA FANBOYS ARE INSANE, OTHER SAY**

**THEY ARE ALL JUST ELON MUSKS MEAT PUPPETS AND MALAYSIAN CLICK FARM FAKES)** *following. There's a waiting list* **(FALSIFIED BY ELON MUSK)** *that Elon Musk is trying to shorten building 600 Model S's a week in this high-tech plant* **(MADE FOR HUNDREDS OF THOUSANDS OF CARS PER WEEK AND ACTING AS A FACADE BUILDING BECAUSE OF IT'S MASSIVE AMOUNT OF DEAD SPACE)** *in Northern California.*

Scott Pelley: *I have heard a lot of people describe you.*

Elon Musk: *Okay, good, I mean, hopefully-- on-- on balance, hopefully, mostly good.* **(SAYS THE ARROGANT EGOTISTICAL SELF-PROMOTING MUSK)**

...

Elon Musk: *Well, I didn't really think Tesla would be successful. I thought we would most likely fail. But I thought that we at least could address the false perception that people have that an electric car had to be ugly and slow and boring like a golf cart.*

Scott Pelley: *But you say you didn't expect the company to be successful? Then why try?*

Elon Musk: If something's important enough you should try. Even if you -- the probable outcome is failure.

**(IN THESE STATEMENTS, MUSK IS ADMITTING THAT HIS APPLICATION FOR THE FEDERAL SECTION 136 DEPARTMENT OF ENERGY FUNDS WAS A FRAUD AND A LIE. IT IS ILLEGAL TO APPLY FOR SECTION 136 FUNDS KNOWING YOUR COMPANY WAS FAILING)**

…

**Elon** doesn't understand | Forums | Tesla Motors
The press is not Elon Musk's advertising agency. omarsultan | November 22, 2013. What a bunch of self-aggrandizing horse doo-doo - sounds ...
www.teslamotors.com/forum/forums/**elon-doesnt-understand** - View by Ixquick Proxy - Highlight

Tesla CEO: We Get Way Too Much Attention - [H]ard|Forum
Elon Musk loved all the attention before the fires. I guess he ... Habitual lying, self -aggrandizing, unethical business practice...yup, sociopath.
www.hardforum.com/showthread.php?t=1792765 - View by Ixquick Proxy - Highlight

Long Open Thread, **Elon**'s Hyperloop - Decline of the Empire
8 Aug 2013 ... And because I called out Elon Musk before I stopped publishing daily, ... How awful for a self-aggrandizing denizen of Americana Hopium to be ...
www.declineoftheempire.com/ 2013/ 08/ long-open-thread-**elons**-hyperloop.html - View by Ixquick Proxy - Highlight

**Elon Musk**: Visionary Or Crazy Person? - The Car Connection
21 Jan 2009 ... Elon Musk. Enlarge Photo. There are a lot of ... He is also, as most people of his type are, fairly self-aggrandizing: "We're all focused on our little ...
www.thecarconnection.com/ news/ 1017872_**elon-musk**-visionary-or-crazy-person - View by Ixquick Proxy - Highlight

Scott Pelley: ***The car company is hemorrhaging money--***

Elon Musk: ***Yeah.***

**(IN THESE STATEMENTS, MUSK IS ADMITTING THAT HIS APPLICATION FOR THE FEDERAL SECTION 136 DEPARTMENT OF ENERGY FUNDS WAS A FRAUD AND A LIE. IT IS ILLEGAL TO APPLY FOR SECTION 136 FUNDS KNOWING YOUR COMPANY WAS FAILING)**

*That terrible year was captured in a documentary called "Revenge of the Electric Car." His plant was filled with flawed cars that couldn't be delivered.*

**(IN THESE STATEMENTS, MUSK IS ADMITTING THAT HIS APPLICATION FOR THE FEDERAL SECTION 136 DEPARTMENT OF ENERGY FUNDS WAS A FRAUD AND A LIE. IT IS ILLEGAL TO APPLY FOR SECTION 136 FUNDS KNOWING YOUR COMPANY WAS FAILING)**

["Revenge of the Electric Car:" *Holy mackerel. Jesus! We have like an army of cars here. Like, Jesus! This is frightening. It's really pedal to the metal here. I mean, each month that passes is literally costs us tens of million of dollars we need to appreciate that.]*

*To save Tesla, Musk needed millions more from investors. His fortune was gone.*

Elon Musk: *When we'd call people and say, "Hey, would you like to invest?," they'd be angry that we just called. That it's like-- it's not like no-- no and-- no and-- you know, various expletives.*

Scott Pelley: *He was essentially broke.*

Kimbal Musk: *Oh yeah. In debt. More than broke*.

Scott Pelley: *More than broke.*

Kimbal Musk: *Yeah.*

Elon Musk: *I remember waking up the Sunday before Christmas in 2008, and thinking to myself, "Man, I never thought I was someone who could ever be capable of a nervous breakdown," but I felt, "This is the closest I've ever come." 'Cause it-- it seemed pretty-- pretty dark.*

**(IN THESE STATEMENTS, MUSK IS ADMITTING THAT HIS APPLICATION FOR THE FEDERAL SECTION 136 DEPARTMENT OF ENERGY FUNDS WAS A FRAUD AND A LIE. IT IS ILLEGAL TO APPLY FOR SECTION 136 FUNDS KNOWING YOUR COMPANY WAS FAILING)**

Elon Musk: *We were running on fumes at that point we had virtually no money.*

**(IN THESE STATEMENTS, MUSK IS ADMITTING THAT HIS APPLICATION FOR THE FEDERAL SECTION 136 DEPARTMENT OF ENERGY FUNDS WAS A FRAUD AND A LIE.**

**IT IS ILLEGAL TO APPLY FOR SECTION 136 FUNDS KNOWING YOUR COMPANY WAS FAILING)**

*Then, as often, the week of Christmas became a time when little boy dreams are answered* **(BY WHITE HOUSE PAYOLA).**

Elon Musk: *NASA called and told us that we'd won a $1.5 billion contract. And I couldn't even hold the phone, I just blurted out, "I love you guys."*

**(THIS IS NOW KNOWN TO HAVE BEEN A KICK-BACK GIFT FROM THE WHITE HOUSE IN EXCHANGE FOR CAMPAIGN FINANCING FROM MUSK AND HIS PARTNERS)**

Scott Pelley: *They saved you.*

Elon Musk: *Yeah, they did.*

Scott Pelley: *Financially and maybe even emotionally.*

Elon Musk: *Well, I'll tell you that was, that was definitely helpful, yeah.*

*Two days later, on Christmas Eve, Tesla's investors decided to pour in more money.*

**(BASED ON THE USE OF THE DOE AND NASA KICK-BACKS TO MANIPULATE STOCK MARKET VALUATIONS AND ILLEGALLY SKIM STOCK PROFITS)**

MUSK ON THE LOANS CRITICAL TO TESLA'S SURVIVAL

Scott Pelley: *So you were saved in the period of three days by two completely unexpected events.*

Elon Musk: *Yeah.*

Scott Pelley: *Merry Christmas.*

Elon Musk: *Yeah, absolutely. That's for sure.*

**(IN THESE STATEMENTS, MUSK IS ADMITTING THAT HIS APPLICATION FOR THE FEDERAL SECTION 136 DEPARTMENT OF ENERGY FUNDS WAS A FRAUD AND A LIE. IT IS ILLEGAL TO APPLY FOR SECTION 136 FUNDS KNOWING YOUR COMPANY WAS FAILING)**

Scott Pelley: *What was so attractive?*

Talulah Riley: *Well, he was very charming and definitely the most interesting and eccentric person I have ever met.* **(AND THE RICHEST; THOUGHT, THE RARELY HIRED "ACTRESS" WHOSE NET WORTH HAD JUST INCREASED BY 1000X)**

*This is how it fits into the bottom of the chassis. Trouble is the battery's so expensive musk can't build a $35,000 car with acceptable range. To make Tesla successful, he must reinvent battery manufacturing. Musk has just announced a $5 billion factory to be built in the U.S. which, he says, will make more*

*lithium ion batteries than all the other plants on earth combined.* **(USING THE WAR PROFITEERED LITHIUM THAT HE, HIS PARTNERS AND HIS CORRUPT SENATORS OWN)**

\A9 2014 CBS Interactive Inc. All Rights Reserved.

## Questions For Elon Musk:

Recently; Numerous ex-Tesla staff and contractors, former suppliers, federal investigators, investigative reporters, investors and ex-partners of Tesla Motors have provided facts about Tesla Motors which are disturbing to the public, Congress, and the market. Please provide clarification of the following charges and concerns in order to resolve outstanding issues between the public and Tesla Motors :

- Are Tesla and Google, essentially, the same entity by virtue of the same investors, agenda and stock market manipulations?

- When damaging news about Tesla emerges, do Tesla and Google investors place multiple stock-buy orders from a multi-billion dollar slush fund in order to make it appear that individual outside investors are excited by Tesla when, in fact, it is only a small internal group of investors "pumping the market"? Does Google "bury" any negative stories about Tesla in their searches on orders from Tesla/Google investors? Is that a violation of securities laws?

- It is said that the Tesla Model S has the most surveillance devices to watch, track, listen-to and broadcast the activities of the occupants, built into it than any other car in the world. Elon Musk has personally told reporters that his cars constantly watch the driver and occupants. Why is that? Why are Tesla and Google obsessed with spying on the public?

- In multiple recorded interviews, Elon Musk is on public record telling the news media that, after careful research, the NUMMI plant in Fremont California would be a very bad choice for Tesla? Why did that suddenly change? What participation did Senator Dianne Feinstein and her husband's real estate Company CBRE have on that decision and the award of the loan to Tesla? Why do Senator Feinsteins staff now work for Tesla? Why did Glenn Greenwald call Feinstein's actions "suspicious"? What political support or funding did Tesla or Google provide to any related political officials?

- From 2008 to 2010 numerous competing electric car companies have charged that Tesla Motors placed Tesla Motors "moles" inside of their companies to intelligence-gather and cause disruption. Is that true?

- Google and Tesla motors share the same venture capital investor groups and alliances. Numerous expert at Tech-Crunch, Valleywag and other industry journals have published articles about the fact that those VC's actively collude with each other to lock competing technologies and companies out of the market and create business monopolies. Did Tesla investors and associates participate in such activities? If so, would that not be a violation of SEC laws?

- Did Tesla and/or Google reward certain politicians with campaign funding, web promotion, revolving door jobs for staff, and other incentives, in exchange for "hot-tracking" State and Federal taxpayer

money for Tesla Motors?

- While other companies built consumer priced electric cars before and during Tesla's existence, why did Tesla choose to build an unaffordable car and position the marketing of it to "the 1%" when the money for that car came from the 99% taxpayers?

- Numerous cities were told that they would have the Tesla car factory and then they stated, or sued Tesla, saying Tesla acted "in bad faith" and "used false and misleading information" to induce them to provide assurances which were used to pump the stock market. Why did Tesla lead so many cities on?

- The factory that builds your batteries and the U.S. Government states, in their formal technical documents, that when Tesla batteries are on fire they emit lethal, brain-damaging, carcinogenic, liver, lung and DNA damaging fumes and smoke. Why do you not inform the public of this danger in your literature?

- Lithium ion production kills and terminally sickens workers overseas. Multiple Tesla workers have been burned alive at your factory. OSHA has launched an investigation. What have you done to prevent the accidental and long term injuries to your staff and contractors?

- Bernard Tse, and other main Tesla Engineering staff including: electric engineer Doug Bourn, electrical engineer Andrew Ingram, Brian M. Finn, senior manager of interactive electronics and George Blankenship; while investigating battery purchases for Tesla Motors, received numerous white-papers and technical documents from LG Chem, Panasonic and the U.S. D.O.E and vast numbers of other battery-makers which specifically stated that lithium-ion batteries would be "stressed" and "likely to combust" when used in the configuration which
Tesla intended. They stated that the batteries were "not intended for use in cars". Why then, did Tesla still use them? What effect did the monopolistic ownership of lithium ion mining and manufacturing resources by Tesla and Google investors have on the decision to use lithium ion?

- Is it not a fact that a majority of your cars have been sold to your own investors or associates who act as "fluffers" against any bad PR?

- In multiple recorded interviews, Elon MUsk is on public record stating that, at the time of application for the DOE loan Tesla was on the verge of bankruptcy. The DOE loan was mandated under a Federal law known as Section 136. This law stated that no car company could receive money if it was on the verge of bankruptcy. Past accountants of Tesla have stated that Tesla was on the verge of bankruptcy at the time of the loan application. Numerous Tesla staff and contractors have verified this. Did Tesla commit a felony and acquire "unfair advantage" per the GAO?

- Relative to the number of cars sold, why has Tesla had so many Tesla drunk driver related crashes, deaths and homicides. Why are Tesla drivers killing innocent pedestrians simply because the Tesla's "smell bad".?

- Psychographic, demographic and marketing studies have been published showing that Tesla drivers have a higher-than-average inclination towards drugs, strange sexual behavior and risk. Could this account for the number of Tesla crashes and deaths?

- Is it true that safety testing was done on Tesla cars without fully charged batteries and in a moisture-

locked environment because Tesla staff knew that fully charged batteries and moisture in a crash WOULD cause a fiery explosion, as they already have?

- Is it not a fact that Google deletes, or hides any bad PR about Tesla on it's network? Would this be considered stock market manipulation in violation of SEC laws?

- Numerous periodicals, including Valleywag, document the fact that Elon Musk sends spy emails to his employees, each with a few words changed in order to track them and see who might reveal anything damaging to regulators?

- Who are all of the property holders and lease-owners of the Tesla and Solyndra, past and current, real-estate?

- According to DOE staff, who were at DOE when the Tesla application was submitted, nothing that Tesla submitted was ever built by Tesla. In fact, these staff state that the vehicle that Tesla eventually sold was not even designed or engineered when Tesla was approved for the loan money, contrary to the Section 136 law requirement. They say that Tesla took the money and THEN hired people to figure out what they were going to do with it. As shown in the DOE files, the engineering of the shipping Tesla cars has no element that was submitted to
DOE. Is that true?

- Elon Musks wives and founders have filed lawsuits and made public statements that he is a fraud and coerced them into participation. Is it proper fiduciary practice to allow Mr. Musk to continue with the company?

- Why did Tesla not have to pay the cash participation fee that the Section 136 law said everybody had to pay? Tesla staff stated, at numerous documented Silicon Valley open meetings that they got a "special applicant participation waiver". Why did Tesla get that waiver?

- Did Tesla Motors provide falsified information in order to acquire it's Federal funding?

- Did Tesla Motors provide falsified information in order to acquire it's Federal waivers, tax deferrals, credits and discounts?

- Kleiner Perkins and certain silicon valley VC's, all investors in a number of DOE "winners" (including Tesla, Fisker, Solyndra, A123 and others), organized meetings with a Dmitry Medvedev and other men known by the State Department, CIA, FBI and federal investigators to be involved in Russian mobsterism and then Ener1, Severstal and A123, dark-money funded and run by billionaires (many of whom own lithium mining interests) known by the State Department, the CIA and federal investigators to be involved in Russian mobsterism, were awarded taxpayer funds by Steven Chu, who was nominated by Kleiner Perkins. Was any of this a
conflict of interest?

- Why is the only company to receive California State real estate exclusives, exclusive tax waivers, credits and stock enhancers and free rides on taxpayer backs also the same company who's investors were the largest funders of certain State officials?

- Federal communications monitoring of text, voice and email communications of certain highly placed Senators, lobbyists and venture capitalists from 2005 to today should be made available to ALL federal

criminal investigators. Have they been? Are one or more Senators blocking this effort because they are compromised?

- Why have so many fraud lawsuits been filed against Elon Musk and Tesla Motors?

- The head of the NHTSA (Strickland) Tesla investigation quit because of increased scrutiny. The facts, such as these, demonstrate that Tesla and Fisker never should have passed any NHTSA safety review. How can the public be assured that ongoing NHTSA investigations regarding Tesla will not be rigged?

- Did Tesla Motors provide falsified information in order to acquire it's State funding? Did Tesla Motors provide falsified information in order to acquire it's State waivers, tax deferrals, credits and discounts? Did Tesla investors bribe, or influence Congress people?

- Did Tesla report tax credits as revenue/sales in stock reports in order to trick investors into thinking Tesla was making profit that it was actually not making?

- Did Tesla staff or owners investors bribe, or influence Congress people? Did Tesla staff, owners or investors provider misleading information to investors? Was there a conflict of interest between Department of Energy staff and Tesla owners, investors or staff? Was there a conflict of interest between White House staff and Tesla owners, investors or staff? Was there a conflict of interest between Senate staff and Tesla owners, investors or staff? Did Tesla Motors use taxpayer money to hire off-shore staff?

- Marketing sales staff from the ad agencies for 60 Minutes, Consumer Reports, GQ, Fortune and other mainstream periodicals have stated that Elon Musk purchased "puff piece" stories about himself in those broadcasts and magazines and that none of those stories were internally generated. Is it good fiduciary practice for an executive to use corporate resources for personal glorification?

- Did Tesla Motors use taxpayer money to purchase supplies offshore that could have been purchased in the United States? Did Tesla Motors participate in a market rigging scam to rig lithium ion purchasing for its investors? Did Tesla Motors participate in a market rigging scam to rig the electric car market for its investors? Did Tesla Motors staff, or owners, sabotage competitors?

- Did Tesla Motors staff, owners or investors exchange campaign funding quid pro quo for business financing?

- Did Silicon Valley companies, owned by Tesla investors and campaign financiers, use internet technology to falsify information to the public in order to manipulate stock market perceptions in violation of SEC, RICO, and various other laws?

- Did Tesla Motors lie about the safety metrics of its lithium ion battery system?

- Was Tesla Motors holding safety metric data in its files which differed fully from the safety metrics data it provided to investors and NHTSA?

- Did Tesla Motors violate securities law by using false information to acquire a federal loan which it then used to falsify its stock metrics in order to "pump" it's stock?

- Did Deloitte accounting firm conspire with Tesla to manipulate market metrics in violation of RICO

Statutes and did that firm manipulate Department of Energy review data on Tesla's behalf?

- A U.S. Senator officiated at the opening of the Tesla NUMMI plant and lobbied for Tesla's tax waivers, credits, acquisition of NUMMI and discounts and then that U.S. Senator had their staff work in Tesla's offices. Is it a conflict of interest that this senator received campaign funding and this senator's family received real estate deals from the Tesla and, (next door to Tesla), Solyndra real estate deals?

- Did Welles Fargo conspire with Tesla to manipulate market metrics in violation of RICO Statutes?

- Did Goldman Sachs conspire with Tesla to manipulate market metrics in violation of RICO Statutes?

- Were Department of Energy staff manipulating Tesla funding data in order to favor Tesla and it's campaign funding investors in violation of RICO Statutes?

- Were Department of Energy staff manipulating Tesla funding data in order to disfavor Tesla competitors and competitors to it's campaign funding investors in violation of RICO Statutes?

- Did Tesla owners, staff or investors attempt to delay federal investigations and indictments by asserting influence in violation of RICO Statutes and numerous other laws?

- Documents show there have been more Tesla fires that actually occurred than Tesla has reported in the media. How many actual Tesla factory fires, test car fires and Tesla battery fires have actually occurred?

- Please provide an identification matrix showing campaign backers who were lithium ion investors who had had their contacts exert influence over NHTSA decisions regarding Tesla?

- The Secretary of energy was friends with all of your investors. We have been unable to find the name of even one person from OPM and Congressional nomination file wrapper for Steven Chu's nomination, who Chu did not later give DOE $$ or perks to. Why is that?

- The U.S. Post Office, The TSA, The DOE, The GAO, Panasonic and over 100 of the leading technical companies in the world say lithium ion batteries can spontaneously explode. Why do you not disclose this to your buyers in your literature?

- The Tesla can blow-up from it's charger and/or it's batteries. Are there other dangers that have also not been disclosed?

- Is Tesla operating in violation of the patents of any other company?

- By Elon Musk's own admission, at the time of the DOE loan application all of the car designs were $100,000.00, PER CAR, over budget and they had no final design for a factory production run DFM. How could Tesla have gotten the loan with the worst debt ratio, the least engineering, the greatest financial risk and the least collateral of any applicant?

- Tesla lobbyists worked with Rahm Emanuel in the White House, to arrange their loan deal. Rahm Emanuals Senior Finance Aide was recently arrested for bribes, kickbacks, corruption and money Laundering. Steve Rattner, The West Wing "Car Czar", who Tesla investors worked with to secure the Tesla loan, was also indicted for corruption. Almost everyone at DOE involved in your loan was forced

to quit or fired. Does this call your dealings into question?

- Rolls-Royce Holdings said the U.K.'s Serious Fraud Office has opened a formal investigation into bribery and corruption of government officials for cars for the 1%. Does this worry you?

- The NHTSA said that Elon Musk lied about Fire Safety Review approval and who made the request for recall and investigation. Should we trust Elon Musk?

- Tesla got another $34 MILLION of our tax money in exclusive campaign finance kickbacks for billionaires from the State of California. Why did Tesla billionaires need a few million of our tax money in a recession when people have no jobs?

- The German Tesla "Safety Review" was exposed as "Sham" in that they conducted no safety review and were just told to "pass the car" by your bankers at Deutche Bank! Why did you not disclose that the German's conducted no testing of your battery system of any nature?

- In Tesla's own filed patent applications you state that your batteries WILL explode spontaneously and kill and injure people and burn down their homes. Why did you not disclose this in buyers documentation?

- Tesla is MORE likely to catch on fire than gasoline car"per Bloomberg & MIT. Why did you not disclose this?

- Lithium Ion is  "nearly impossible to extinguish, and "acts like solid rocket fuel" say firefighters. Tesla never supplied required battery company CO2 fire extinguishers to car owners. Why not?

- Federal Investigators say you are using "exploding flashlight batteries that were never intended to be used in cars, in an improperly shielded box" to power the car instead of commercial energy storage technology. They say your car has "85% less lithium crash protection on the Tesla than ANY OTHER ELECTRIC CAR". All other companies had to recall EXCEPT Tesla. Why not? What special leverage did you have?

- Over 150 defects and problems per model about the Tesla have been documented on user-forums and in the press including: "Doors lock you in and out. Bad if car on fire!"; "George Clooney Rips Tesla: 'Why Am I Always Stuck On The Side Of The F*cking Road?";  "Tesla "Satisfaction" survey authored by it's own investors/fanboys"; "Tesla seat vibration causes Anal Itching!"; "VAMPIRE POWER DEFECT slams entire Tesla Model S fleet!"; "Numerous defects documented by owners online." When the NUMMI factory was in use by GM and Toyota only 5 defects per model car produced there occurred. Even after you bought brand new robots, why did the Tesla cars get worse in a pre-configured factory with billions of dollars of past car preparation?

Thank you for your consideration. We look forward to your public response to clarify these issues and concerns.

# Did the LA TIMES Article actually disclose an organized crime operation involving some very famous people?

The LA TIMES just ran an article which exposes Elon Musk's funding system, based on Government hand-outs. Musk rushed to hold a press conference to claim the amount of taxpayer cash, he has received, was "just a pittance". Few, though, find over FIVE BILLION DOLLARS of tax waivers, credits, employment freebies, buildings, exclusive contracts, and other taxpayer provided goodies, to be "a pittance" in these tough times.

While it is true that Musk has now received more taxpayer hand-outs, than any individual in American history, one could argue that he is just a lucky business man.

But, just for the purpose of theoretical discussion, what if some of the darker theories about Musk's coincidental windfalls have some merit?

Let's jump right to the most sinister interpretation of things.

One of the whispered rumours, on the web holds that in 2007, right when Musk's silent partners, Eric Schmidt and John Doerr started, practically, living at the White House in a lobbying frenzy, the Democrats finally acknowledged that they really were the party of the poor, because they were flat broke. So some of them came up with the idea of creating a Department of Energy fund called the "**ATVM Fund"**, loading it up with $25 Billion kick-back dollars of taxpayer cash, awarding it only to Schmidt/Doerr/Musk related companies, and shutting out all of their competitors.

Indeed, history shows that the fund actually was created. It really got $25 Billion, in a unique legal manner, which made the $25 Billion irrevocable. Schmidt/Doerr/Musk's buddy: Steven Chu, was put in charge of it. He hired their friends to staff his office.

See where this is going?

So, per this theory, Musk is actually a kick-back conduit, protected by the White House, to spiff the DNC campaign funds...according to this theory. Which is just a theory. It couldn't really happen, right? The White House wouldn't prop up a guy just to keep him quiet and keep kick-back cash flowing.. right?

So this theory is kind of ironic because, in an amazing coincidence, everything that Musk get's involved in, is exactly stuff that the White House is promoting.

In an even more bizarre coincidence, to pull a scam like this off, the Schmidt/Doerr/Musk Cartel would need the help of U.S. Senators Reid and Feinstein, the most beloved American politicians in history.

This whole theory must have come out of the fact that Reid and Feinstein made billions of dollars off of Schmidt/Doerr/Musk Cartel stock investments and campaign contributions, but, that was, of course just another funny coincidence. They even ran, and built, some of the properties that these Department of Energy "winners" companies sat upon. But, again, coincidence!

The main reason one might cast doubt on this theory is that there are so many hard facts to prove it, that it is just too good to be true… right?

These internet crazies…these "theorizers" point to actual facts like the one where all of the profitable chemicals that Tesla and Solyndra were going to buy and sell in volume were controlled by the investors in Kliener Perkins and commodity-managed by their partners: Goldman Sachs. That's just another funny coincidence.

The "theorizers" point to the fact that Musk's companies have poor business volume, but show a profit whenever there is bad news thanks to Kleiner rushing out to "Flash Boy" purchase Tesla stock, with an automated stock buying system, in order to pump the stock. Federal, and private investigator, records show that this actually happened. It has also been proven that only Google, Reddit and the other Kleiner-controlled web-news-media mask all negative Musk/Tesla news in perfect synchronization with the stock pumps, when no other publications on the planet do. Again, these are just coincidences. If people were consciously doing those kinds of things it would be mobster-ism on a Godfather-class scale. But, that couldn't have happened.

Then..get this; "rumour people", who seem to just be ecstatic about all of these coincidental, highly suspect things, go off on yet another "FACT". They point out that originators of the scam, from the White House side, had to be Emanual, Plouffe, Axelrod, Rattner and Gibbs. Then they go on to point out that Emanual, Plouffe, Axelrod, Rattner and Gibbs suddenly quit the White House at the peak of their career for reasons that don't make sense. The fact that one of them was indicted for stock market fraud only goes to strengthen their case, but, again…these things happen.

So, even if this really had happened, the brave and fearless protector of ethics and morality: Mr. Eric Holder, would have cracked right down on his friends here…who he knew personally, and had dinner with, and had the same lawyers with…oh,.. well.. but anyway. Eric would have jumped on them, right? The White House wouldn't order the Justice Department and the FBI to ignore Elon Musk, John Doerr and the Silicon Valley Cartel as a kick-back protection order, now would they?

Mobsters kill people. Rajeev Motwani, David Bird, Gary D. Conley, 3 Tesla engineers and a large bunch of others did, certainly, die under mysterious circumstances, and they were all people that this cartel would want dead, but to say that these billionaires are off murdering their adversaries using mysterious CIA stealth murder tricks is overly intriguing.

Of course, as we all now know, every single one of those companies in the ATVM Fund scam grabbed the cash, paid their CEO and Goldman Sachs insiders off-the-top, and immediately went bankrupt in the largest government-funded sequential business-failure suite in history. While some argue that a secret GOP Task Force discovered the plot and forced all of the Kleiner Cartel DOE "Winners" to collapse, in punishment, this is probably another coincidence.

Here is the main argument against this theory, Mobsters are big greasy looking guys with bulbous broken noses and slicked back pompadours. These Musk and Kleiner people wear khaki's and black turtlenecks. KHAKI'S for god-damn sakes!! You never saw a mobster in khaki's, right? ...OR DID YOU!?




During an event at Tesla's design studio in Hawthorne, Elon Musk introduces a line of batteries for homes and businesses. (Jerome Adamstein / Los Angeles Times)

By JERRY HIRSCH
contact the reporter

## SPACE X SUED AND IN FLOOD OF COMPLAINTS FROM WORKERS AND NEIGHBORS:

Rocket Firm SpaceX Sued Over Unpaid Wages - Sky News

cached

4 hours ago ... An employee of SpaceX is suing the company for $5m claiming that he and others were denied overtime pay and lunch breaks.

google

http://news.sky.com/story/1574396/rock[...]ket-firm-spacex-sued-over-unpaid-wages

SpaceX Sued for Laying Off 400 Workers Without Proper Notice or ...

cached

Aug 8, 2014 ... On Monday former employees of SpaceX, Elon Musk's own private NASA, filed a proposed class action lawsuit. The complaint alleges that ...

google

http://valleywag.gawker.com/spacex-sue[...]00-workers-without-proper-n-1618454323

SpaceX: Lawsuit against USAF dropped. - Slate

cached

Jan 28, 2015 ... Last year, the space technology company SpaceX sued the U.S. Air Force over what it saw as an unfair practice; the USAF gave a "sole source" ...

google

http://www.slate.com/blogs/bad_astrono[...]acex_lawsuit_against_usaf_dropped.html

SpaceX sued for laying off hundreds of workers without proper notice

cached

# Different Decades: Same Technique. How Did Al Capone and Elon Musk Get Away With It For So Long?

"Swiss Leaks" HSBC documents, (including some the public have not seen yet), Snowden/Assange, FTC and EU investigations, foreign hackers and probing reporters, at a variety of media outlets, have revealed the truth behind the rise to power of these two individuals.

They both owe their existence to Chicago corruption and organized crime culture.

Neither of them would exist if certain federal laws and policies had not been changed, or enacted, at exactly the same time for them to exploit those very same laws, timed to follow huge campaign "contributions".

They both had insane ego's, braggadocio that was off the charts, and narcissism that was turned up to "11" because they knew they were being protected by the highest level political figures of their times. They were, as Elliot Ness would say: "Untouchable".

They both had the Top Cop in their pockets.

They both had a string of notorious sexual scandals.

They both created a monopoly of key supplier materials. Liquor distribution in one case.

Lithium batteries in another.

They each acted as the sole information and operations conduit for their organizations so that no outsider could stumble upon their schemes.

All of the movies, and tales, about them involved funky-looking high speed car activities.

They both had mysterious deaths associated with their operations.

They both used women like "disposable objects".

Russian mobsters were involved with each one.

They both had associates who helped them manipulate the stock market.

They both were able to "skim" state and federal funds.

They both always dressed in black to be more intimidating.

They, and their billionaire buddies, were both involved in huge political take-over attempts.

They each spent massive amounts of money on their own press coverage and glorification.

Later analysis, by psychological profilers, identified each as classic sociopaths.

Many corrupt politicians, including some famous Senator's, got kick-backs from them and participated in their upside in exchange for "greasing the skids"

They both had the backing of a special interest business-men's cartel.

Until the very end, even on the perp-walk to prison, they still acted aloof, tone-deaf and as if the whole world thought they were the center of the universe.

***One was brought down by tax fraud and financial scams, the other will be.***

Aug 7, 2014 ... Employees at SpaceX have filed a lawsuit claiming the Hawthorne rocket company laid off 200 to 400 factory workers last month without proper ...

google

http://www.dailybreeze.com/social-affa[...]dreds-of-workers-without-proper-notice

Elon Musk's SpaceX Sues Government to Protest Military Launch ...

cached

# "DIRTY" CRIMES FOR "CLEAN" ENERGY: THE AFGHANISTAN LITHIUM SCAM

At this point, enough evidence has accumulated to clearly prove that a mining scam was underway involving trillions of dollars of lithium, which Tesla, John Doerr and the Silicon Valley Cartel, 1.) clearly acquired the monopoly ownership of, 2.) at exactly the right moment to time it to the Afghan War, 3.) and place their associate: Steven Chu in office, 4.) and arrange the Dept. of Energy exclusive cash give-aways and 5.) tie in with Goldman Sachs commodity rigging which every suspect has now been shown to have had an operational hand in, and financial & political benefit from.

Solyndra was staged to exploit indium and other related minerals from the same mining deal. Alas, the Afghan War failed, costing U.S. taxpayers (According to multiple news reports) over six trillion dollars, the Republicans found out about the "Cleantech Scam" and dissected it, almost all of the Cartel's pool of exploitation companies went out of business, the Russian portions went into cold war mode with their U.S. counter-parts and leaks from Dept. of Energy staff broke the cover-up. Senior Federal employees participated in, coordinated and benefitted from the crime.

How many Afghan farmers, soldiers and workers had to die to buy John Doerr his new mansion?

How many Washington DC top brass think they got away with this crime?

Apr 25, 2014 ... WASHINGTON – The commercial SpaceX rocket venture is filing a lawsuit against the federal government to protest the purchase of rocket ...

google

http://www.nbcnews.com/science/space/e[...]rotest-military-launch-monopoly-n89926

Another former SpaceX employee sues over alleged labor law ...

cached

Aug 12, 2014 ... Upstart rocket manufacturer and darling of the commercial space industry SpaceX is facing another lawsuit over its labor practices. In the ...

google

http://www.latimes.com/business/la-fi-[...]x-employee-lawsuit-20140812-story.html

Blog: Space X rocket explodes shortly after takeoff

cached

Jun 29, 2015 · Musk is banking on NASA's need for a space taxi to ferry astronauts to and from the space station. Just recently, NASA gave preliminary approval to Space X ...

bing

http://www.americanthinker.com/blog/20[...]et_explodes_shortly_after_takeoff.html

- Tesla said they were going to BUILD a Factory in San Jose. They had no intention of building a factory and just wanted to trick state and city officials into signing their appeal letters. The factory was never built. Tesla investors sought to get real estate profits from the land deal.

- Tesla said they were going to BUILD a Factory in New Mexico. They are being sued in New Mexico for this lie. They had no intention of building a factory and just wanted to trick state and city officials into signing their appeal letters. The factory was never built. Tesla investors sought to get real estate profits from the land deal.

- Tesla said they were going to BUILD a Factory in Downey, CA. They had no intention of building a factory and just wanted to trick state and city officials into signing their appeal letters. The factory was never built. Tesla investors sought to get real estate profits from the land deal.

- Tesla fired multiple workers without notice. They have been sued by those workers and lost those lawsuits. When this got other applicants declined, how did Tesla get through? Corruption?

- Tesla had no factory but DOE rejected other applicants for not having a factory. When this got other applicants declined, how did Tesla get through? Corruption?

- Tesla was $100,000.00 off on their BOM calculations per car. When this got other applicants declined, how did Tesla get through? Corruption?

- Deloitte was both the accountant for Tesla and the accounting reviewer for DOE. With Tesla  s at-application-time credit and numbers actually so bad, one has to wonder what was up. When this got other applicants declined, how did Tesla get through? Corruption?

- Tesla and DOE staff were supplied by McKinsey. Mckinsey wrote all of the green energy plans and white papers for David Axelrod to give to the White House. Mckinsey staff have now gone to jail. Tesla and Fisker investors are best friends with McKinsey senior executives.

One Mckinsey executive, associated with a jailed McKinsey senior executive, is now dead from   natural causes   . The heads of the DOE loan Program: Matt Rogers and Steve Spinner, were working for McKinsey while also working at the DOE loan program as   deciders   for Steven Chu. When this got other applicants declined, how did Tesla get through? Corruption?

- Tesla made a deal with DOE staff to spiff the loan announcement in order to hype the stock market in order to fake up stock sales. When this got other applicants declined, how did Tesla get through? Corruption?

- DOE had IBM consulting, in Virginia, do Tesla   s   due diligence   . IBM consulting was a contractor to Tesla. IBM Consulting supplied the DOE loan staff that McKinsey did not supply. IBM consulting only gave Tesla their top score. The reviews by IBM consulting, which operating under a variety of names from a fake office, now seem to have been manipulated in favor of Tesla. When this got other applicants declined, how did Tesla get through? Corruption?

- Tesla investors emailed and phone called the White House and Senior DOE staff to make quid-pro-quo deals which are now documented. When this got other applicants declined, how did Tesla get through? Corruption?

- Tesla got their inside Senator to give them only-for-Tesla factory tax reductions, green tax credits and other special finance perks that allowed Tesla to book profit that did not actually exist. When this got other applicants in trouble, how did Tesla get through? Corruption?

- At the time of application, Tesla had no prototype of the car that was to be factory produced (The roadster was not at all the car produced), no design CAD, no factory production files and no engineering for factory machine automation. When this got other applicants declined, how did Tesla get through? Corruption?

- Tesla was caught sending out letters to customers telling them to close deposits so they could fake orders before the earnings call. When this got other applicants declined, how did Tesla get through? Corruption?

- Tesla engaged in a conflict-of-interest with a Senator and her real-estate family for Tesla and Solyndra land, and adjacent land, in Fremont, Ca. How did Tesla get this through?

Corruption?

- Tesla had one of the worst credit ratings at the time of application. Even today, to pay back all of Tesla s investors is nearly impossible. When this got other applicants declined, how did Tesla get through? Corruption?

- Tesla had one of the worst debt ratios at the time of application. When this got other applicants declined, how did Tesla get through? Corruption?

- The cost, BOM, time-to-market, range and domestic jobs metrics was lower in Tesla s application than most other applicants. When better ratings got other applicants declined, how did Tesla get through? Corruption?

- DOE staff made a deal with Tesla to swap Detroit stock to cook up the books for the application. When this got other applicants declined, how did Tesla get through? Corruption?

- Tesla made a deal to hire union workers for the NUMMI plant then fired most of them and hired H1B foreign workers with taxpayer money. When this got other applicants declined, how did Tesla get through? Corruption?

- Tesla provided no collateral for their loan application and had no assets of value. When this got other applicants declined, how did Tesla get through? Corruption?

- Tesla has sent out PR saying they are repaying their loan many years in the future in order to stop investigations. They have NOT paid off their loan and the facts of sales show no possibility that they will.

- Tesla buys the majority of its parts from non-American suppliers. When this got other applicants declined, how did Tesla get through? Corruption?

- Tesla hired multiple   famous auto people   who then quit when they say what Tesla was up to. When this got other applicants declined, how did Tesla get through? Corruption?

- Tesla said they were going to build and sell over 500,000 cars as of today  s date. They have missed every milestone and sold less than 5000 cars. When this got other applicants declined, how did Tesla get through? Corruption?


- Tesla could not make their payments and got their deal custom-changed multiple times. When this got other applicants declined, how did Tesla get through? Corruption?

# HOW THE CRONY CAPITALISM OF THE CLEANTECH CRASH ALMOST DESTROYED AMERICA

See More at: http://thecleantechcrash.wordpress.com

**Crony Capitalism - The Real Cause Of Society's Problems**



Submitted by Tyler Durden

> Fail
> Gambling
> Germany
> Laissez-Faire Capitalism
> Ludwig von Mises
> New York Times
> Nomination
> None
> Real estate
> Volkswagen
> Washington D.C.
> White House

*Submitted by Richard Ebeling via EpicTimes.com,*

Since the economic downturn of 2008, the critics of capitalism have redoubled their efforts to persuade the American people and many others around the world that the system of individual freedom and free enterprise has failed.

These critics have insisted that it is unbridled capitalism, set loose on the world, which is the source of all of our personal and society misfortunes. We hear and read this not only in the popular news media and out of the mouths of the political pundits. We see it also in the election of a radical socialist to the leadership of the British Labor party, and a self-proclaimed "democratic socialist" riding high in the public opinion polls for the Democratic Party's nomination to the U.S. presidency.

The first observation to make is that many if not most of the social and economic misfortunes that are most frequently talked about are not the product of a "failed" free enterprise. The reason for this is that a consistently practiced free enterprise system no longer exists in the United States.

**<u>The Heavy Hand of Regulation</u>**

What we live under is a heavily regulated, managed and controlled interventionist-welfare state. The

over 80,000 pages of the Federal Register, the volume that specifies and enumerates all the Federal regulations that are imposed on and to which all American businesses are expected to comply, is just one manifestation of the extent to which government has weaved a spider's web of commands over the business community.

The Small Business Administration has estimated that compliance costs imposed on American enterprise by this mountain of regulations maybe upwards of $2 trillion a year.

At the same time, the tangled web of corrupt government-private sector relationships is also reflected in the size and cost of special interest lobbying activities connected with the Federal government.

According to the non-partisan Center for Responsive Government, in 2014 there were almost 12,000 registered lobbyists working in Washington, D.C. Their job is to influence the writing of legislation that serve special interest groups attempting to obtain sectorial tax breaks, anti-competitive regulations or market restrictions, redistributions of wealth, or taxpayer funded subsidies and protections from the realities of free market competition and trade, or to advance various ideologically motived "causes."



**<u>Spending Big Money to Plunder Others</u>**

The Center for Responsive Government, which tracks who lobbies and for what purposes and causes through the targeting of specific holders of or contenders for Federal elected office, including the Presidency and both Houses of the U.S. Congress, estimated that in 2014 lobbyists spent nearly $3.25 billion in the pursuit of privileges for some at the expense of others in society.

Just alone in 2013-2014, over $500 million dollars was spent on lobbying activity by the financial, insurance, and real estate sectors. Ideological and single-issue groups spent more than $352 million. Lawyers and lobbyists spent $151.5 million; health industry companies spent $142 million; and labor unions "invested" $140.6 million on lobbying.

Communications and electronic companies spent $116 million; energy and natural resource sector, $115 million; agribusiness, $77 million; construction companies, $67.7 million; transportation firms, $61 million, and defense companies, $25.4 million.

Based on the Senate Office of Public Records, the Center for Responsive Government calculates that lobbyists spent close to $41 billion on lobbying activities over the last 15 years, since the beginning of the twenty-first century.

These billions of special interest-serving dollars have influenced and affected the spending of trillions of dollars of Federal government expenditures over the same decade and a half. The lobbyists work with and use those who hold high political office so the special interest and ideological groups who employ them can plunder many others in American society; they can be viewed as among the most successful enterprisers in the country.

**The Best Politicians Money Can Buy**

But the symbiotic relationship between politicians and special interest groups of all types does not begin or end with the formal lobbying for legislative, regulatory and fiscal privileges and favors in the halls of Congress and the White House in Washington, D.C.

It goes on all year round all over the country in the form of campaign and electioneering contributions to get those elected or reelected who can be depended upon to direct the powers of government in ways that interest groups and ideological activists desire and from which they hope to benefit.

Again according to the Center for Responsive Politics, in 2013-2014, individuals and PACS donated over $1.6 billion to 1,671candidates of both major political parties running for office in the Senate and the House of Representatives. Democratic Party candidates received $736 million, while Republican Party candidates received $901.5 million.

While it may seem unseemly to suggest such a thing, these amounts for legislative lobbying and campaign funding, of course, do not include more millions of dollars that grease the palms of those in political power or who want to be in those lofty positions that represent funding that are outside the official channels in the form of "gifts," travel junkets, off-the-books expense accounts, and out-and-out bribes of one type or another.

The real world of corrupted and corrupting crony capitalism includes more than lobbying expenditures and campaign contributions to have ringside seats in the halls of political plunderland.

The media has been in a frenzy with the revelations that the Volkswagen automobile company manipulated information about emission standards on its diesel vehicles to deceive environmental regulators in both the United States and Europe. This is being portrayed by many in the media as another example and "proof" of the consequences of unbridled capitalism, when left outside of sufficiently tight and demanding government regulation and intense oversight.



## Government Partnerships and the Volkswagen Scandal

However, a closer look shows that this is, instead, another example of the result arising from government, business and labor union "partnerships." In Germany, labor union representatives sit on the executive boards of large companies and corporations that work closely with various levels of the German government to attain political and "social" goals and objectives very different and separate from what a truly free market company does in pursuing peaceful and honest profits in the service of consumer demand on open, competitive markets.

On September 25, 2015, *The New York Times* quoted a former Volkswagen executive who said:

> *"There's no other company where the owners and the unions are working so closely together as Volkswagen. [Volkswagen] guarantees jobs for over half the supervisory board. What management, the government and the unions all want is full employment, and the more jobs, the better. Volkswagen is seen as having a national mission to provide employment to the German people. That's behind the push to be No. 1 in the world. They'll look the other way about anything."*

In such a politicized market economy, working for and serving "national" and "social" interests become the guiding principle of business decision-making. Not only does it lead to wasteful and inefficient economic business operations having less or sometimes nothing to do with cost-effective management and allocation of labor and resources to make better, newer and less expensive products, it also corrupts the individuals participating in these activities.

Breaking one or more regulatory standards imposed by government on these enterprises is merely one way of "doing business" to advance other political goals such as "jobs" and "full employment" that are expected as part of the "partnerships" with local and national-level politicians and labor union leaders.

The only thing expected from the business enterprises in these intricate political webs is: Don't get caught. If you do, then your political partners become like Captain Renault, the prefect of police in the

1942 movie "Casablanca." When Renault orders the closing of Rick's Café, the owner asks him on what grounds. Renault declares that he is "shocked, shocked" to discover that there is gambling going on in the café. At which point the roulette coupé appears with a stack of franc banknotes in his hand and says to Renault, "Your winnings, Sir."

Volkswagen got caught, and will pay handsomely in financial and other penalties that will, no doubt, be imposed by the U.S. and European governments. And all the time, Volkswagen's political partners, especially in Germany, who fostered and worked with the company to play its part in the "game" of government interventionism that has nothing to do with market-oriented enterprise, will sanctimoniously condemn the greedy and "selfish" conduct of profit-hungry businessmen.

What all these examples and facts about lobbying activities, campaign funding and government-business partnerships highlight is the pervasive extent to which "capitalism" as it now exists in the United States or Europe – or in fact all other parts of the world – has nothing to do with free market, laissez-faire capitalism.



**Corrupting Hand of the Interventionist State**

The Austrian economist, Ludwig von Mises, described this twisted, corrupted, and politicized capitalism over 80 years ago, in 1932, in an essay on "The Myth of the Failure of Capitalism," published shortly before the coming of Hitler and the Nazi movement to power:

> *"In the interventionist state it is no longer of crucial importance for the success of an enterprise that the business should be managed in a way that it satisfies the demands of consumers in the best and least costly manner.*

> *"It is far more important that one has 'good relationships' with the political authorities so that the interventions work to the advantage and not the disadvantage of the enterprise. A few marks' more tariff protection for the products of the enterprise and a few marks' less*

tariff for the raw materials used in the manufacturing process can be of far more benefit to the enterprise than the greatest care in managing the business.

"No matter how well an enterprise may be managed, it will fail if it does not know how to protect its interests in the drawing up of the custom rates, in the negotiations before the arbitration boards, and with the cartel authorities. To have 'connections' becomes more important that to produce well and cheaply.

"So the leadership positions within the enterprises are no longer achieved by men who understand how to organize companies and to direct production in the way the market situation demands, but by men who are well thought of 'above' and 'below,' men who understand how to get along well with the press and all the political parties, especially with the radicals, so that they and their company give no offense. It is that class of general directors that negotiate far more often with state functionaries and party leaders than with those from whom they buy or to whom they sell.

"Since it is a question of obtaining political favors for these enterprises, their directors must repay the politicians with favors. In recent years, there have been relatively few large enterprises that have not had to spend very considerable sums for various undertakings in spite of it being clear from the start that they would yield no profit. But in spite of the expected loss it had to be done for political reasons. Let us not even mention contributions for purposes unrelated to business – for campaign funds, public welfare organizations, and the like.

"Forces are becoming more and more generally accepted that aim at making the direction of large banks, industrial concerns, and stock corporations independent of the shareholders . . . The directors of large enterprises nowadays no longer think they need to give consideration to the interests of the shareholders, since they feel themselves thoroughly supported by the state and that they have interventionist public opinion behind them.

"In those countries in which statism has most fully gained control . . . they manage the affairs of their corporations with about as little concern for the firm's profitability as do the directors of public enterprises. The result is ruin.

"The theory that has been cobbled together says that these enterprises are too big to allow them to be managed simply in terms of their profitability. This is an extraordinarily convenient idea, considering that renouncing profitability in the management of the company leads to the enterprise's insolvency. It is fortunate for those involved that the same theory then demands state intervention and support for those enterprises that are viewed as being too big to be allowed to go under . . .

"The crisis from which the world is suffering today is the crisis of interventionism and of national and municipal socialism; in short, it is the crisis of anti-capitalist policies."

How different is today, in its essential qualities, from Mises' description of the interventionist state and

government-business "partnerships" during those years between the two World Wars?

**Real Free Markets Mean Privileges for None**

If what we have today is what is widely referred to as "crony capitalism," then how might we define and explain what a truly free market capitalism would be like? Let me suggest that the following seven points capture the essence of a real free economy:

> All means of production (land, resources, capital) are privately owned;
>
> The use of the means of production is under the control of private owners who may be individuals or corporate entities;
>
> Consumer demands determine how the means of production will be used;
>
> Competitive forces of supply and demand determine the prices of consumer goods and the various factors of production including wages of workers;
>
> The success or failure of individual and corporate enterprises is determined by the profits and losses these enterprises earn in free competition with their rivals in the market place;
>
> The free market is not confined to domestic transactions, and includes freedom of international trade;
>
> Government is limited in its activities to the enforcement and protection of life, liberty, and honestly acquired property against, violence and fraud.

In a real free market, there is no place for politicians to offer privileges and favors, because there are none to sell. There is no motive or gain for special interest groups to spend huge sums of money in campaign contributions or lobbying expenses, because political benefits for some at others' expense cannot be bought.

Wasteful and corrupting "partnerships" between government and business enterprises cannot occur because political authority is restrained from any task other than the securing of each individual's right to his life, liberty, and peacefully acquired property.

**As Ludwig von Mises said, the political and economic crises through which the world suffers is not the crisis or failure of the free market. No, it is the crisis and failure of the interventionist-welfare state, and its anti-free market capitalist ideology.**



In current investigations of Tesla Motors and Elon Musk, investigators are focused on potentially unethical and criminal activities concerning the following issues:

- The origins of Tesla and why Elon Musk had nothing to do with creating Tesla Motors

- The relationship between Tesla owners and White House staff

- The relationship between Tesla owners and Department of Energy staff

- The relationship between Tesla owners and In-Q-Tel

- The relationship between Tesla owners and political campaign financiers

- The relationship between Tesla owners and Google, including Eric Schmidt and Google investors

- The relationship between Tesla owners and Goldman Sachs

- The relationship between Tesla owners and Russian oligarch "business men"

- The relationship between Tesla owners and media outlets such as Think Progress, New America Foundation, ALICE,  Media Matters, Gawker Media, Google, and related information control consortium's

- The relationship between Tesla owners and John Doerr's Kleiner Perkins Company

- The relationship between Tesla owners, the National Venture Capitol Association, the Silicon Valley Cartel and the coordinated venture capital "Black-listing" of Tesla competitors

- The relationship between Tesla owners and Troll Farm services that provide "click-farm", "meat-puppet", "sock-puppet", "fake likes" and automated contrived social media

- The deaths, and traumatic injuries, of Tesla Motor's staff, investors, investigators and customers

- The war profiteering, and lobbied invasion efforts, by Tesla investors, for Afghanistan, Bolivian and other foreign lithium mining contracts

- The details of the political campaign kick-backs, and the pay-offs of gratis taxpayer cash, tax credits, real estate, government contracts, write-offs, stock warrants, and other payola as criminally "unjust rewards"

- The known, and covered-up, dangers of toxic vapors, fires and explosions of lithium ion batteries

- The relationship between Tesla owners and Dianne Feinstein, her husband Richard Blum and Harry Reid

- The charges and lawsuits against Elon Musk, and Tesla Motors for Fraud, by wives, employees, founders, supplies, investors and others

- Recent leaks and disclosures

- Potential criminal charges against the suspects and the financial relationships of all suspects

- Systemized corruption and kick-back programs within state, and federal, agencies

- Cover-ups created to protect political officials who benefited from stock, campaign support and other perks

- The planting of "Moles" and the operation of sabotage efforts against multiple competitors by Tesla staff

- Coordinated, criminal, stock market manipulations via "Flash Boy Algorithms", "Buy Bots", "Pumping via buybacks", "Valuation fraud via Google ranking manipulation", "Media cover-ups and news hiding via Google ranking manipulation", "DOE PR Valuation boost coordinations" and direct TSLA stock chart fraud

- Who, knew what, and when they knew it



## MUSK'S OWN STAFF CALL HIM: *"A LIAR"*

# Elon Musk's Space Dream Almost Killed Tesla

By Ashlee Vance

Illustrations by The Red Dress

## SpaceX started with a plan to send mice to Mars. It got crazier from there.

In late October 2001, Elon Musk went to Moscow to buy an intercontinental ballistic missile. He brought along Jim Cantrell, a kind of international aerospace supplies fixer, and Adeo Ressi, his best friend from Penn. Although Musk had tens of millions in the bank, he was trying to get a rocket on the cheap. They flew coach, and they were planning to buy a refurbished missile, not a new one. Musk figured it would be a good vehicle for sending a plant or some mice to Mars.

# .Tesla Motors and the Road To Corruption

### By Amy Landin- Washington Digital Review

*It began as an idea by a couple of guys (none of whom were Elon Musk) who wanted to stiff it to the petroleum industry. It ended with political crime, corruption and the theft of tens of billions of taxpayer's dollars.*

*Jason was a junior level accounting major at Georgetown University. He had been recruited by Lachlan Seward, the loan program coordinator for the United States Secretary of Energy: Steven Chu. Jason thought that his low pay would yield big resume points, because, on this late October evening, he was going over the use of funds for a twenty five billion dollar "special" government fund. It was "big ticket" project and he knew he would be able to impress Wall Street, when he went job hunting at the end of this internship.*

*There was one problem, though, as he poured over the papers spread across the conference table on the upper floor of 1000 Independence Avenue, in the U.S. capital.*

*As he looked at the figures in front of him, again, he had a shiver go up his spine.*

*It wasn't excitement, it wasn't anticipation, It wasn't the chill of the office. He was beginning to think that something was horribly, horribly wrong.*

*The problem was, he just realized he was being ordered to arrange the materials in order to hand the taxpayer money over to the least qualified applicant. Additionally, the least qualified applicant was best friends with, and helped nominate, Secretary of Energy Steven Chu.*

*The applicant was Tesla Motors.*

*Nearly a billion dollars of taxpayer money has been spent on media hype about Tesla Motors and Elon Musk. Almost the full extent of that media smoke-screen, and Internet search engine rigging obfuscation effort, has been dedicated to keeping the public from finding out the truth about Tesla Motors.*

*Tesla was started by a couple of tech nerds who really hated oil companies. It labored for a number of years with little to show. Elon Musk then showed up, to run a hostile take-over of Tesla, and threw the founders out, during some very nasty lawsuits in which Tesla founder: Martin, accused him in court papers, and blogs, of being a fraud and a weasel.*

*Musk, and his Silicon Valley Cartel, had figured out a way to monopolize lithium mining deals in Afghanistan, and other war-profiteered regions. He had hooked up with Senator's Feinstein and Reid, via some spectacularly crooked insider stock, real-estate and supplier contract kick-back schemes, in order to grease the skids for a business conglomerate based on government hand-outs.*

*The $25 billion dollars had come from the U.S. taxpayers under a law called the Section 136 law. It was no ordinary pig trough bill. It had restrictions which, if violated, would meet the*

*legal requirements of a felony-grade crime. John Doerr, Eric Schmidt and Elon Musk had crafted the schemed up portion of the Section 136 Advanced Technology Vehicle Manufacturing fund. It  It was rigged to put tens of billions of taxpayer dollars right in their pockets, via an elaborate smoke-and-mirrors scam.*

*What Jason was looking at showed, in a side by side shoot-out, with all 200+ applicants, that Tesla Motors, compared to all others, was not only the least qualified but was in violation of the very law that operated the fund. Additionally, Tesla's investors were campaign financiers, and they had been demanding that the applicants who competed with them, get "nixed".*

*The documents and the Treasury, SEC and GAO reports seemed to indicate that something was wrong in Tesla-land.*

*The law said that the applicant must use existing factories: Tesla was applying to build new real estate in order to benefit Diane Feinsteins husband's realty holdings.*

*The law said that the applicant must **not** be on the verge of bankruptcy yet Elon Musk had told Energy Department executives that Tesla would go bankrupt without the cash. Musk later confessed to this in on-camera interviews.*

*The law said that Tesla must comply with NEPA non-toxicity rules yet the Tesla factories were known to emit cancer-causing materials and had killed thousands of workers in China. Additionally, a plan to build a Nevada Tesla battery factory was found to be so toxic that it could kill entire towns from the toxic run-off. Additionally, disposal of Tesla batteries creates a domestic toxic dump as bad as Three Mile Island.*

*The law said that the money must be used to create U.S. jobs, yet Tesla was planning on (and, in fact, did) hiring a large number of H-1B off-shore workers.*

*The law said that the awardee had to pay an awarding fee. Tesla never paid the fee and their staff even bragged about the waiver in a public presentation.*

*The law said that the awardee had to have a factory-ready design. During the entire time of Tesla's application; not only did they not have any design but they used the money they got from the taxpayers, to start from scratch and figure it out. Their submitted napkin design was $100,000.00 over-budget PER CAR, during the DOE application period time. Nothing in the DOE Tesla application technical design "rough idea" has any resemblance to the car that actually emerged from the "factory".*

*Outside of the Section 136 law, federal criminal law says that you must not bribe politicians to get awarded federal money. Tesla has been shown to have bribed the very politicians that awarded the taxpayer cash.*

*The section 136 law said that the applicant must have a top-level "debt ratio". A debt ratio is how much money has been dumped into a company vs. the likelihood of paying all of the investors back. Tesla had THE WORST DEBT RATIO of all 200+ applicants. In other words, based on Treasury investigators analysis: Tesla had burned up so much money, with so little potential, and so little volume demand, that the ability to survive was almost nil. Department of Energy staff, who were, exclusively, hand-holding Tesla through the DOE program, helped arranged for a Detroit car company to temporarily acquire some Tesla stock in order to help*

*Tesla fudge their book-keeping, so that the debt-ratio would falsely appear to balance just long enough for the award of taxpayer cash to be issued. Most of Tesla's main sales were to it's own investors and political fan-boys, in order to inflate order reports.*

*Tesla's application promised to sell at least 200,000 cars by 2012. In fact Tesla, as of today, has barely sold a tiny fraction of that number, after missing every milestone in it's original application, and after wasting more money, per car, than any other car maker in manufacturing history.*

*These violations of the rules of the programs, the laws of the nation and the realms of morality went on and on. The list was long. Jason was now sweating.*

*Here was a company that appeared to be a total sham. It was a hyped up, internet-buzz calculated, stock market skim machine. It's supporters were the leaders in the use of "Flash Boy" stock market manipulation algorithms. Tesla shared the same plot of land with another company, which involved most of the same people. That other company was the soon-to-be-FBI-raided SOLYNDRA.*

*What was Jason going to tell his boss at The Department of Energy? He visualized his career swirling around the rim of a toilet bowl as he tried to form the words, in his mind, to tell his boss that the applicant, called Tesla Motors, was a stink bomb.*

*Jason never got to have that meeting with his boss. The next day the Department of Energy controller, who sat in between the boss and Jason, took the briefing from Jason. He complimented Jason on his excellent work but said that he would handle the revelation with the boss.*

*Not that many weeks later, Jason was shocked to see Steven Chu on CNN announcing the award of the vast sums of the taxpayer cash, via the $25 Billion dollar "special fund" to Elon Musk and Tesla Motors.*

*What had happened?, he wondered. What could have erased a volume of dark revelations from review? Having not yet heard of"Lois Lerner" or the "Hillary Email Caper" yet, he could not imagine what had gone sideways.*

*He made his way, with urgency, to the controller's office, where he had first disclosed his findings. The controller looked up as he walked in, gave a commiserating expression and simply said...***" ...I know, how you must feel about now.."***

***"There is nothing you can do except forget that this ever happened. We got a memo. This memo!** (he held a piece of paper up, facing away from Jason). "**I can't ever show it to you, but it is a game-changer."***

*Jason saw the memo, lit from behind, as the controller held it, facing away from Jason, but back-lit by the setting sun. It had a very distinct blue circular logo, at the top, and a watermark that is like no other in the world.*

*The White House had ordered the wave-through of their campaign financier's company despite all of the known false-hoods, misdeeds and out-right lies that Tesla had engaged in.*

**How Elon Musk Fakes Tesla fans and stock enthusiasm with automated troll farms:**

**Automated mass internet manipulation attack "Troll Farm" Tactics used by Tesla to rig internet perceptions:**

http://www.news.com.au/technology/online/columbia-chemical-hoax-tracked-to-troll-farm-dubbed-the-internet-research-agency/story-fnjwnhzf-1227383608441

http://www.freerepublic.com/focus/news/3297994/posts?page=17

http://okcupidtrolls.tumblr.com/

*http://mightygirl.com/2015/06/02/russian-troll-farms/*

# Death By Tesla

By Susan Johnlo (Based on actual events)

The sun glistened off the sleek futuristic body of the six figure Tesla sports car as it careened around the next curve of the beautiful Malibu coastal highway.

Below, the Pacific Ocean spread out to the horizon in an endless carpet of blue, undulating waves and sparkling wonder.

Nickleback was blaring from the speakers of the car, the driver's hair was tossed in the wind, his popped collar was flapping in the high speed rush of air and his Ray Bans barely hid his I-own-the-world feeling of delight in the moment.

Then the gates of hell opened up…

The car suddenly swerved, it dived straight off the cliff. Did the driver smell the smoke, or see the flames first? We may never be sure.

Was the, notoriously, hackable Tesla suddenly taken over by Chinese hackers, who had found his car IP address on the internet? That is another question that has yet to be resolved.

What is certain, is the horrific death that then followed. As investigators, safety engineers and fire officials detail the sequence of events, the results require a warning to readers: **Do not read further if you have a weak stomach –**

First, lithium ion battery number 862, in the floor pan of the car, experienced the collapsing housing of the lightweight aluminum box housing that surrounded it. The collapsing metal pierced the skin of the first battery. This was caused by the first rock that the lower corner of the Tesla floor pan slammed into. The rapid compression, and distortion of the 3 inch long Tesla battery caused that battery to buckle and forced the metal compounds inside, the lithium ion core battery chemicals, to experience the force as a pyrotechnic trigger. This, then caused that battery to release vapors, while at the same time, igniting those vapors like a little hand-grenade.

This battery had just been struck, ignited and exploded, and in that fire and explosion it was releasing gases which the driver was inhaling in his last moments of life. Those gasses have been publicly documented by The FDA, OSHA, Panasonic , and hundreds of other laboratory-grade facilities, to be the cause of cancer, liver damage, neurological damage, fetal damage and other deadly health issues. If this driver had not been killed by the fire and explosions, he would have had a longer, slower set of lethal issues to contend with.

Back to battery number 862; a few milliseconds after battery number 862 experienced the catastrophic explosion, battery number 863, right next to it, experienced the same devastating failure. This was followed by battery number 864, then number 865, then number 866, milliseconds apart. A chain reaction of self-igniting thermal hell was underway and no fireman could stop it now, nor, could they stop it after the crash.

The unstoppable nature of this lithium ion battery fire, set Malibu Canyon, itself, on fire.

So these flashlight-type batteries, that every Tesla driver is sitting on top of, are going off like military grade incendiary devices, during this crash, one-after-the-other.

These flashlight batteries were never made to be used in cars. Safety engineers say that Elon Musk's decision to use these batteries, in this way, was based on rapid profit exploitation, and not on proper engineering.

Be that as it may, we are now mid-way through the slow motion movie of this crash. The batteries are exploding, one after the other, the car is plowing through the rocks and debris as it dives off the cliff.

But the horror has only begun. How many batteries do we have to watch explode in this single vehicle? NEARLY 8000 EXPLODING BATTERIES.

Let us stop and consider this fact.

Where only one in 40 gasoline tanks, in each regular car accident, ever explodes. Here, in one car, you have nearly 8000 possibilities of an explosion AND each battery, that explodes, has an extremely high likelihood of setting off, all the rest, in a chain reaction. Do you like those odds? You have a 400% better chance of winning the lottery.

In our slow motion analysis, we have only crossed the half-way point in the accident. The front of the car is crumpling, the heavy batteries are being thrown upwards, through the floor of the car, to cover the driver in exploding lithium metal particles, and the cockpit of the car is filling up with some of the most toxic fumes you can legally produce.

***Still, the worst is yet to come.***

The special alloys, which Tesla decided to make its car out of, turn out to interact with the exploding batteries to cause an effect called alloy conflagration. The very metal of the Tesla car has now been set on fire by the massive heat from these exploding batteries. The car has turned into the public version of a military phosphorous bomb, one of the most hideous military weapons of all time. This burning metal composition is worse than napalm, it can burn all the way through your face, your skull, and any bones in your body. It is a fire that almost nothing can extinguish.

Molten, flaming metal is dripping on the driver and it is coming from every side of the car, surrounding him in a fireball of deadly metal lava.

The car has finally come to a rest in a fireball. The driver is consumed in a nightmare of fire, dripping molten metal and deadly toxic smoke. The pain is beyond comprehension.

He is, in the same moment, burned to death, asphyxiated and entombed in red hot liquid metal.

The resulting fire, in the Canyon, is, at first, unstoppable and threatens the entire community of homes. The first responder's attempts to douse the car fire, only make it worse! Water, it turns out, makes lithium ion batteries explode all over again. The car has been filled with a type of battery that mere bumps, and water, can cause to explode. Let me repeat this for emphasis: WATER MAKES LITHIUM ION BATTERIES EXPLODE. Not only does water ***not*** put out lithium ion fires, IT MAKES THEM WORSE!

Hours later, after the car has burned itself out, the first responders try to recover the body.

The problem is, they can't recognize a body. The driver has been burned into an unrecognizable lump of melted plastic, molten metal and human flesh.

His lovely drive down the coast ended in a horror as awful as any nightmare midnight movie.

So this use, of this battery, in this way, was decided by the very Senators and billionaire campaign investors who owned the stock in this battery. If you wonder why a deadly choice, like this, was made about a battery that already had all of these dangers fully documented, on federal record; the answer can be found in one word: Corruption.

This massive oversight, putting the public at such risk, took place because a kick-back scheme was created by Mr. Musk, and his campaign finance partners. They chose greed, over scientific facts. Those chose mining commodity deals, and expediency, over proper engineering. They chose corruption, over anything else.

*So, when you buy a Tesla, you need to think about your own safety and the safety of the American political system. Consider not supporting corruption and consider supporting the safety of yourself and your family.*

## .Eric Holder

The United States Attorney General was charged with some of the most overt cover ups of Wall Street and Silicon Valley campaign financiers, in the scandal. Master of the cover-up and prosecution avoider: Eric Holder - Crime Boss



Throughout the course of the THE CLEAN TECH CRASH http://thecleantechcrash.wordpress.com/), one man was in charge of the Justice Department cover-ups; that one man had a financial connection to every perpetrator in the crimes; that one man profited by those crimes and that one man was placed in his job by those who created the scandal. The very man that was supposed to protect us, was running the biggest part of the crime operation. Meet Mr. Eric Holder:



Many of you probably do not recognize the name, Eric Holder.  He's the Obama-appointed head of the Justice - or rather, "Justice" - Department.   He's the scoundrel who penned the Marc Rich pardon letter signed by Clinton on his way out of the White House for the last time (and on his way to Denise Rich's 5th Avenue apartment for his "fee" to sign the letter).  Marc Rich was the wealthy commodities trader who didn't think he should pay taxes so he fled to Switzerland to avoid enforcement of the law.  I guess Eric Holder didn't think so either.

Most of you do know that, despite a rapid acceleration in Wall Street criminality and fraud, the Eric Holder/Obama Justice Department has seen a precipitous drop in financial crime prosecutions compared to the Bush years.  Hard to believe this is the same presidential candidate who promised to clean up Wall Street and Capitol Hill.

This one may well take the gold medal for examples of just how corrupt system has become:
Gangster Bankers: Too Big To Jail

I SERIOUSLY CAN NOT BELIEVE THAT THE

ATTORNEY GENERAL OF THE UNITED STATES, ERIC HOLDER, JUST SAID THIS - UNDER OATH IN FRONT OF CONGRESS:

**"I am concerned that the size of some of these institutions becomes so large that it does become difficult for us to prosecute them when we are hit with indications that if you do prosecute...it will have a negative impact on the national economy"**  - Eric Holder, Attorney General, United States of America, 3/6/2013  LINK

**Think about what Holder just said there for a moment.  He just said that the banks can get away with whatever they want because if the law is enforced upon them, it might hurt the economy.**

**This is truly mind-blowing.  Basically, the Attorney General of the United States has said that the big banks are completely above the law.  There's nothing left for us to do.  Eric Holder has officially turned this country over to the big Wall Street banks.**

**This means that Obama and Eric Holder have COMPLETELY FAILED to do the job they are elected to do.  Which is to uphold the Constitution and Rule of Law.**

By DAVE IN DENVER

-------------

Eric Holder Archives - Judicial Watch

*www.judicialwatch.org/blog/tag/**eric-holder**/*

Judicial Watch

Sep 8, 2015 - In March 2013, then-U.S. Attorney General *Eric Holder* launched a criminal ... Leadership Summit to Focus Attention on *Corruption* of Obama ...

Eric Holder - Discover the Networks

www.discoverthenetworks.org/individualProfile.asp?indid=2357

*Eric* Himpton *Holder*, Jr. was born on January 21, 1951 in the Bronx, New York ...... resigned to protest the "*corrupt* nature" of DOJ's dismissal of the case against

Longtime Federal Attorney: Eric Holder Protects Corrupt ...

*observer.com/.../longtime-federal-attorney-**eric**-...*

The New York Observer

Jun 19, 2014 - Attorney General *Eric Holder* has systematically consolidated the power and authority of the Department of Justice, opposing calls for reform.

Is the Eric Holder Department of Justice the most corrupt? by ...

brennerbrief.com › Politics

Apr 14, 2014 - It is widely believed that the Department of Justice under Attorney General *Eric Holder* is the most political in memory, if not ever. Is it also the ...

Eric Holder and JPMorgan Chase: Corruption So Brazen and So Common ...

www.smirkingchimp.com › blogs › Jaime O'Neill's blog

Apr 29, 2015 - As hobbies for old liberals go, there doesn't seem to be much percentage in expending energies kvetching about what a sorry bunch of ...

Goodbye, Eric Holder? | Frontpage Mag

*www.frontpagemag.com/.../goodbye-**eric-holder**-ma...*

FrontPage Magazine

Is the attorney general's reign of *corruption* coming to an end? ... Embattled Attorney General *Eric Holder* told the New Yorker magazine he plans to step down …

# Eric Holder - Wikipedia, the free encyclopedia

*https://en.wikipedia.org/wiki/**Eric_Holder***

Wikipedia

*Eric* Himpton *Holder*, Jr. (born January 21, 1951) served as the 82nd Attorney ... Dan Rostenkowski (D–Illinois) for *corruption* charges related to his role in the ...

**Religion**: Episcopalianism

**Political party**: Democratic

**Children**: Maya; Brooke; Eric

**Deputy**: David W. Ogden; James M. Cole; ...

Eric Holder Gives Prosecutors 90 Days to File Wall Street ...

*www.truth-out.org/.../29181-in-last-gasp-attempt-to-shake-**corr**...*

Truthout

Feb 19, 2015 - Attorney General *Eric Holder* has given the Justice Department an opportunity to rewrite his legacy.

FUND & VON SPAKOVSKY: The injustice of Eric Holder ...

www.washingtontimes.com/.../fund-von-spakovs...

The Washington Times

Sep 16, 2014 - Illustration of *Eric Holder* and the *corruption* of the Justice ... public has also recognized just how politically *corrupt* Mr. Holder is, given this ...

The Justice Department's New Policy Is a Brutal Admission ...

www.thefiscaltimes.com/.../Justice-Department-s-New-P...

The Fiscal Times

Sep 11, 2015 - Related: *Eric Holder's* Shameful Legacy on Wall Street Fraud ... The working theory inside the Holder Justice Department was to only go after .... that shows 75*corruption*.


Attorney General Eric Holder blocking reports of corruption ...

*www.wikileaksusa.org/**holder**_enabled_am**eric**an_tragedies.html*

That attempt to halt the continuing *corruption*-enabled terrorist successes was blocked by U.S. Attorney *Eric Holder*. He filed a motion in a federal action filed by

GOP Plans Special Prosecutor for Eric Holder Over Corruption

*conservativetribune.com/special-prosecutor-for-**holder**/*

Jun 14, 2014 - In the wake of evidence being produced that shows collusion between *Eric Holder* and the DOJ and Lois Lerner and the IRS to target …

Eric Holder returns to law firm that represents Wall Street ...

https://www.wsws.org/en/articles/.../hold-j11.ht...

World Socialist Web Site

Jul 11, 2015 - *Eric Holder*, the Obama administration's Attorney General from 2009 to 2015, has gone back to his old job at the Covington & Burling law firm, ...

Shame on Eric Holder, Wall Street's Attorney General

*www.truth-out.org/.../32025-shame-on-**eric-holder-wall-street**-s...*

Truthout

Jul 23, 2015 - Shame on *Eric Holder, Wall Street's* Attorney General ... of unprosecutable, untouchable individuals in the name of *protecting* the US economy.

Eric Holder, Wall Street Double Agent, Comes in From the ...

*www.rollingstone.com/.../**eric-holder-wall-street**-double-ag...*

Rolling Stone

Jul 8, 2015 - *Eric Holder, Wall Street* Double Agent, Comes in From the Cold ... *Eric Holder* is back at Covington & Burling after serving as U.S. attorney general for ..... Yes because an innocent man *protecting* his country died you j***azz!

Eric Holder's Huge Payday for Keeping His Wall Street Pals ...

*ringoffireradio.com/.../**eric-holders**-huge-payday-for-keepin...*

Ring of Fire

Jul 7, 2015 - *Protecting Wall Street* thugs has finally paid off for former Attorney General *Eric Holder* as he's returning to his old job at the Covington & Burling ...

Why Eric Holder's new job is an insult to the American public ...

*www.salon.com/.../why_**eric_holders**_new_job_is_an_insult_to_th...*

Salon

Jul 7, 2015 - That's because practically no law firm has done more to *protect Wall Street* executives from the consequences of their criminal activities than ...

Matt Taibbi: Eric Holder Back to Wall Street-Tied Law Firm ...

*www.democracynow.org/.../**eric_holder**_returns_to_**wa**...*

Democracy Now!

Jul 8, 2015 - Matt Taibbi: *Eric Holder* Back to *Wall Street*-Tied Law Firm After Years of ... The law firm's client list has included many of the big banks Holder failed to ..... European Parliament Votes to *Protect* Snowden from Rendition.

After 6-Year Tenure Not Prosecuting Banks, Eric Holder ...

www.commondreams.org/.../after-6-year-t...

Common Dreams NewsCenter

Jul 7, 2015 - Former U.S. Attorney General *Eric Holder's* return this week to a ... firm has done more to *protect Wall Street* executives from the consequences ...



Eric Holder's Job Prospects Were Too Big to Fail - Bloomberg

*www.bloomberg.com/.../**eric-holder**-s-job-prospects-wer...*

Bloomberg L.P.

Jul 8, 2015 - Attorney General *Eric Holder* delivers remarks about the Justice ... "That's because practically no law firm has done more to *protect Wall Street* ...

Eric Holder: Don't Ignore Wall Street's Crimes - The Other 98%

*other98.com/**eric-holder**-dont-ignore-**wall-streets**-crimes/*

As Attorney General *Eric Holder* resigns he wants us to believe that no bank is too big to jail. ... Here are just two blockbuster criminal cases that *Eric Holder's* Justice ... Get Money Out of Politics · *Protect* Our Environment · Reform *Wall Street* ...

# .Eric Schmidt

In the California portion of the incident, as a payola scam: state officials gave exclusive taxpayer resources, as kick-back gifts, to a handful of cartel campaign billionaires including Elon Musk, John Doerr, Steve Jurvetson, Steve Westly, Eric Schmidt and their associates.

The state officials, working with federal insiders, unethical and illegally, exclusively gave this campaign funding cartel free, or low cost, real estate; NASA facilities and fuel; tax waivers; free services; stock market valuation manipulations; tariff waivers; inspection waivers; employment fee waivers; "cleantech" credits; banking incentives; tax write-off profits; stock valuation manipulation coverage; falsification of reported income via non-GAAP acceptance; negotiation pressure to favor the cartel over competitors in real estate and funding contracts, union interference support; and other "unjust rewards" manipulated as quid-pro-quo favors between those officials and the Silicon Valley cartel

Solyndra's FBI raid and the loss of over $500 Million dollars of taxpayer cash in the Solyndra portion of the case, brought this matter into the public eye. It was discovered that California Senator Dianne Feinstein had lobbied to fund Solyndra, and adjacent operation Tesla, while holding the property, construction, stock, HR and other profit rights to those entities, in an overt and corrupt conflict of interest.

These state officials were funded by these cartel individuals via various insider stock warrants, expenses, favors and direct cash transfers. Those same state officials, at the same time, engaged in the sabotage, stonewalling, and circumvention of the competitors to that cartel and denied, only the competitors to that cartel, the same advantages. This resulting in organized crime-class manipulation of public offices by government officials, for personal profit.

Numerous California businesses, and individuals, who competed with this cartel were attacked and sabotaged by these government officials, based on orders from the Silicon Valley campaign financing cartel. The FBI, and the Grand Jury, have been implored to issue indictments against these State, Federal and corrupt campaign financing persons.

by James Corbett
BoilingFrogsPost.com

Google Inc. is back in the news this week, with a fresh round of headlines about the search giant and government censorship. Ironically–though perhaps not surprisingly for the corporate media–the stories are not about Google's admitted but classified relationship with government agencies like the NSA, though. Instead, they portray the internet company as a protagonist sticking up for users' privacy rights against governments that are increasingly interested in blocking, scrubbing or banning links, search results, and online videos that those governments want to suppress.

Under headlines like "Google reports 'alarming' rise in government censorship requests" and "Google Sees Surge in Censorship Demands," writers for mainstream publications are dutifully outlining the results of a new Google Inc. transparency report detailing precisely how many times they have been petitioned by governments around the world to censor, block, or scrub material that they find unlawful or objectionable.

The report outlines, for instance, that the US government made 6,192 separate requests for Google to remove information from its services in the latter half of 2011, up from 757 requests in the first half of that year.

Other reports highlight government requests for Google to remove videos from YouTube, including the Thai governments' request to remove access to hundreds of videos insulting the king (which Google complied with) and Canada's request to remove a video of a Canadian flushing his passport down the toilet, which Google did not comply with.

The report makes clear that governments are increasingly turning to Google to expunge information that they don't like–or at least access to that information–from the internet.

As a PR exercise, Google's latest report is brilliantly executed and timed, deflecting some of the negative press that the company has received in recent weeks over the ongoing Street View debacle, even as it allows news outlets to portray the company as a valiant defender of users' privacy against increasingly invasive governments. Conveniently left out of the equation is the company's past, its own repeated violations and abuses of users' privacy, and the unsettling statements that its executives have made about the very concept of privacy time and again over the years.

Google has always attempted to project itself as the white hat in the wild west of the modern internet. Cloaked in its cutesy "Don't Be Evil" corporate slogan and its user-friendly design, the company has grown from a simple search engine into one of the largest assemblies of information in the history of the world without the type of scrutiny that one would expect during such a transformation.

The company sprang from PageRank, the end result of a 1996 research project by Stanford University graduate students Larry Page and Sergey Brin that helped users find relevant websites from search queries by counting incoming links to a site. From this simple idea, the pair created the first incarnation of their website on the Stanford University servers, then registered the google domain name in 1997 and incorporated in 1998.

The company had as its explicit goal, the quest to catalogue, organize, and make accessible the sum total of human knowledge, and was aided in this ambitious quest by successive rounds of venture capital funding. Within a decade, it had already made significant inroads on its quest for total information awareness, having branched out into 3D satellite mapping services, launched highly popular webmail and cloud storage services, created its own web browser, acquired YouTube, and branched into mobile technologies with the Android smartphone.

It is not precisely clear when the company caught the attention of America's intelligence agencies, but high-level whistleblowers suggest it was early on in the company's history. In a 2006 interview, ex-CIA agent Robert David Steele suggested that it was from the very outset.

"I think Google took money from the CIA when it was poor and it was starting up," Steele said in the interview. "They've been together for quite a while."

Steele also fingered the company's point man in the CIA: Dr. Rick Steinheiser in the Office of Research and Development. No further information has been revealed about the precise nature of that relationship, but tidbits continue to emerge from time to time.

It was widely reported in 2010, for example, that Google was in a working relationship with the US National Security Agency. The donation-funded Electronic Privacy Information Center filed a lawsuit requesting details of that relationship, but that suit was thrown out earlier this year. Details of the NSA/Google relationship are effectively classified.

There are also examples of the government-corporate revolving door that make observers of companies like Monsanto and Halliburton uneasy. It was reported earlier this year, for instance, that Regina Dugan of the Defense Advanced Research Projects Agency would be leaving her post at the Pentagon to take up a senior executive position at Google.

Still, despite the growing amount of information that Google has over every aspect of the daily lives of its billion-plus unique monthly users, it has long avoided any serious scrutiny in the press. Initially sheltered by its "underdog" status in the fight against the tech giants like Apple and Microsoft, even the corporate press has been forced to cover the serious abuses that Google has inflicted on its users in recent years, as those abuses become more flagrant and less easily dismissible.

To the extent that mainstream news stories about Google even address these issues, it is inevitably in a throwaway quote toward the end of the article from someone who is dismissed as a "privacy advocate." With information on the habits, thoughts, contacts, conversations, physical location, and even financial transactions of a sizable percentage of the population of the planet, however, it is not merely "privacy advocates" who are concerned about the information that the company handles and how it shares that data with governments. Indeed, for anyone who is familiar with the company, its background, its shareholders, or its executives' personal philosophies, the questions of power that are inevitably raised by the staggering sums of data it holds on a growing percentage of the population are deeply troubling.

Like in so many other matters, however, what can never be mentioned is that the population does have a choice over how their information is used and collected. That information comes from choosing to use Google in the first place. There are plenty of alternative search engines that offer similar (if not identical) results to those offered by Google while simultaneously respecting users' privacy and refusing to log IP addresses or other recognizable details of its users. There are alternative video sites, alternative email providers, and alternative browsers. By concentrating so much on Google, the press

often makes it seem like there is no choice, and that we are all subject to the whims of this monolithic corporation and the whims of its executives as they roll out privacy changes by decree and conspire with government officials in secret.

Once again, it is up to the public to begin detaching themselves from this system and to stop feeding the Google behemoth with their data. By refusing to participate with the monopolization of the web, netizens can make it that much more difficult for their personal information to be bought, sold, or passed to greedy businessman or prying governments, and that much more difficult for videos like this one to be censored from the web.









**Eric E. Schmidt**



Feedback  ❤ Like  2.5m  ✎ Follow @MailOnline  📌 DailyMail          Monday, Apr

# Daily **Mail**
.com

Home | U.K. | **News** | Sports | U.S. Showbiz | Australia | Femail | Health | Science | Mone

## Google and the Obama White House, sitting in a tree? The search giant's relationship with the president stretches back to 2007 and is cozy as can be

· Google employees donated $1.6 million to President Barack Obama's two White House bids

· The company told Daily Mail Online that it has spoken with the Federal Trade Commission about antitrust concerns; it was investigated in 2011 but later let off the hook

· In the 2012 election, the company's search algorithm customized results for Obama but not for Republican Mitt Romney

· Google execs who have left to work in the White House include Obama's chief technology officer

· Hillary Clinton also poached her new tech chief from Google this week

By DAVID MARTOSKO, US POLITICAL EDITOR FOR DAILYMAIL.COM 🐦

PUBLISHED: 14:26 EST, 9 April 2015 | UPDATED: 15:35 EST, 9 April 2015

f Share  🐦  📌  g+  ✉  ↩  **1k**          💬**98**

# DAILY MAIL OUTS GOOGLE'S ATTEMPTED POLITICAL TAKEOVER OF WHITE HOUSE POLICIES!



**DAILY MAIL OUTS GOOGLE'S ATTEMPTED POLITICAL TAKEOVER OF WHITE HOUSE POLICIES!**

**- Google interaction with Obama goes "beyond sinister"!**

**- Google investors handed almost entire U. S. Department of Energy "CleanTech" funds while all of their competitors were sabotaged by U. S. Department of Energy staff closely related to Google.**

**- *"Google has bought The White House and Controlled Obama since Day 1″* say Republicans**

**- Investigation demanded**

**- Google was given NASA Ames Moffet Field federal airbase for their private jets and free**

**taxpayer jet fuel on White House orders**

**- No decisions were made by White House that did not benefit Google and hurt Google's competitors**

**- GOP says *"Google Bought Net Neutrality Decision"***

**- Google staff were placed in White House at all times**

**- Google had more meetings at White House than all the members of Congress put together**

**- Google owns part of Tesla and Tesla got funded by taxpayer cash, per White House demand, even though, at the time, Tesla was not qualified for federal hand-out**

**- Every CleanTech public funds "winner" was connected to Google investors and every applicant who was denied was a competitor to a Google investor**

**- Google now shown to have rigged it's search engines and network systems to sabotage adversaries**



# Google and the Obama White House, sitting in a tree? The search giant's relationship with the president stretches back to 2007 and is cozy as can be

- Google employees donated $1.6 million to President Barack Obama's two White House

**bids**

- **The company told Daily Mail Online that it has spoken with the Federal Trade Commission about antitrust concerns; it was investigated in 2011 but later let off the hook**

- **In the 2012 election, the company's search algorithm customized results for Obama but sabotaged and down-ranked all results for Republican Mitt Romney**

- **Google execs who have left to work in the White House include Obama's chief technology officer**

- **Hillary Clinton also poached her new tech chief from Google this week**

By [David Martosko, Us Political Editor For Dailymail.com](David Martosko, Us Political Editor For Dailymail.com)

When President Barack Obama dined with a dozen technology business leaders in California four years ago, it was Google executive chairman Eric Schmidt who sat at the head of the table.

Obama sat on one side, between the late Apple co-founder Steve Jobs and Facebook pioneer Mark Zuckerberg, but the place of honor was no accident.

Google executives and employees donated more than $1.6 million to Obama's two White House campaigns, and the online search giant parachuted top talent into both.

One result has been a coziness with the U.S. government's executive branch that few other companies can match – marked by access for lobbyists, mentions in nearly half of Obama's State of the Union addresses, and a personnel feeder trough serving the White House with new senior hires.



BEGINNING: In 2007 Barack Obama had an on-stage cameo with Google's then-CEO Eric Schmidt as part of a presidential candidate series



© The White House/Pete Souza

INFLUENCE: Schmidt (far left) shared the head of the table with the spouse of a venture capitalist whose firm owned 20 per cent of Google, as President Obama dined with tech leaders in 2011

There have even been allegations that Google's up-close-and-personal relationship with the West Wing earned it a reprieve from what would have been an earth-shaking Federal Trade Commission antitrust lawsuit.

Google has insisted it never received special treatment in that case, punctuating its denials with an animated GIF of a laughing baby as a jab at the news outlet that leveled the charge.

White House visitor logs suggest a different kind of story for the company whose motto is 'Don't be evil.'

Employees of the Silicon Valley behemoth have been in the White House more than 230 times since Obama took office – approximately once per week. At least 190 of those meetings were with senior officials.

More than 60 featured Google lobbyist Johanna Shelton.

Overall, according to The Wall Street Journal, Google spent $16.8 million on lobbying last year. That's four times the amount spent by Apple, whose market capitalization is twice as big.

It needed that muscle in 2011, after the FTC found Google allegedly manipulated search results in ways that favored its own for-profit products. Amazon and eBay were among the companies who complained that Google was engaging in practices that violated antitrust laws.

The Journal reviewed emails showing that Google co-founder Larry Page met directly with FTC officials in late 2012 to discuss a settlement. About the same time, White House visitor logs show, Google chairman Eric Schmidt met with Obama senior adviser Pete Rouse.



REVOLVING DOOR? Google vice president Megan Smith left her job to become Obama's chief technology officer

Lobbyist Joanna Shelton and General Counsel Kent Walker met with Jason Furman, then the newly minted chair of the president's Council of Economic Advisers. Furman followed up with a meeting with FTC chairman Jon Leibowitz.

The government closed its investigation two months after Obama won re-election.



READY FOR HILLARY: Stephanie Hannon, director of product management, civic innovation and social impact at Google, has become the Hillary Clinton campaign's top technology guru

Google agreed to change its business practices but dodged a potential 10-figure fine – and saved the cost of litigating a years-long case that could have resulted in breaking up the company into smaller, more market-competitive units.

Both Google and the [FTC](FTC) said at the time that there was no undue influence.

Google pilloried the Journal, which first suggested a link between the company's access and the investigation's outcome, saying the meetings its executives held with administration officials involved discussions about 'everything but' the antitrust investigation.

In a blog post, the company cited 'patent reform, STEM education, self-driving cars, mental health, advertising, Internet censorship, smart contact lenses, civic innovation, R&D, cloud computing, trade and investment, cyber security, energy efficiency and our workplace benefit policies.'

The written defense Google published took specific aim at Journal publisher Rupert Murdoch, and included an animated GIF of a laughing baby in a high chair.

But a Google spokesperson confirmed Thursday on background that company executives has talked with the FTC about unspecified antitrust concerns in the past. The spokesperson declined to be quoted or named.

Schmidt is a one-man case study of the kinds of influence a multibillionare tech titan can wield in Washington when the stars align.



LEFT-HAND MAN: Schmidt (right) got a prime seat at the table when newly minted President Obama met with a group of CEOs in February 2009



'EVANGELIST': Online pioneer Vint Cerf is Google's top 'Internet evangelist' and also a member of Obama's National Science Board

His ascent in Obama's world began in 2007 when the future president visited Google's California headquarters for a one-on-one interview, staged for the benefit of the company's employees, then 16,000 strong.

Schmidt asked him about Iran, Pakistan, and Guantanamo Bay.

'Close down Guantanamo,' Obama replied, 'restore Habeas Corpus, say no to Renditions, no to warrantless wiretaps.'

The exposure was vital: Obama ended up lapping the field in fundraising in the high-tech sector.

Obama offered Schmidt his choice of cabinet slots after the 2012 election – either Treasury or Commerce – and was even prepared to create a new 'Secretary of Business' position for him.

He declined all three but accepted a post on the President's Council of Advisers on Science and Technology. He continues to evangelize about both his company and the president's agenda, including 'net neutrality' regulations that have big Internet service providers up in arms.

Schmidt's roots with Obama run deep. When the future president visited his campaign headquarters on Election Day in 2012, Schmidt was there overseeing final efforts to leverage 'Big Data' to nudge last-minute voters to the polls.

He was by then already a donor to Obama's White House bids, contributing the maximum amount allowed by law both times.

Schmidt's specialized software gave then-Senator Obama access to high-tech voter targeting algorithms that Republican John McCain couldn't match.



HIGH LIFE: Google Ideas director Jared Cohen co-wrote a book with Princess Beatrice of York in 2013, three years after he left the Obama State Department to work for the search giant





ELECTION KINGS: Michael Slaby (left) and Justin Vincent (right) were key architects of Obama's data-mining and voter-targeting software efforts, and both were emigres from Google

And Michael Slaby, the chief integration and innovation officer af Obama For America, the president's campaign organization came over from a job as technology strategist for TomorrowVentures – Schmidt's venture capital fund.

OFA also boasted former Google software engineer Justin Vincent as its senior codewriter, and former YouTube/Google lead Web developer Angus Durocher as its lead online software engineer.

Google itself was accused publicly of favoring Obama's 2012 re-election campaign in a more visible way.

Customized search results would appear when users typed 'Obama' into a search window, but entering 'Romney' yielded no such help.

Google claimed at the time that it was the result of a computer algorithm, not human intervention.

This week the president's new initiative linking global warming with public health includes a specific buy-in from Google.

The company, the White House says, will 'donate ten million hours of high-performance computing' and help scientists to create 'early warning capabilities' for climate change-related disasters and related risks for diseases.

Some of that work could conceivably be performed by former White House staff who have joined Google, just as the president counts several former Google executives among his advisers.

Former secretary of state Hillary Clinton this week hired away a top tech talent from Google for her presidential campaign-in-waiting.

Stephanie Hannon, formerly Google's top dog on product management for 'civic engagement,' will help her navigate the digital waters in 2016.

Poaching seasoned Google veterans is a maneuver the Obama White House has perfected.

Megan Smith, a former vice president at the company, is now the administration's chief technology officer.

 **Angus**
@Angus



Vice President Biden made a surprise visit to the NH HQ today. Pretty fired up.



RETWEETS
4

FAVORITES
2

3:10 PM - 28 Oct 2012

Angus Durocher, a computer engineer who left Google to work for the Obama campaign, tweeted this photo of himself and Vice President Joe Biden when he was at work in the campaign's New Hampshire nerve center

Google transforms streets into giant PAC MAN game



The deputy CTO position was held for Obama's first two years by another Google emigre, Andrew McLaughlin.

He left the administration in 2011 after a reprimand for sharing details of government policy matters with his former coworkers via a personal email address.

Shortly after Obama moved into 1600 Pennsylvania Avenue, former Google project manager Katie Stanton became his director of citizen participation.

Sonal Shah, a former Google global development chief, moved to Washington the same month to lead the White House Office of Social Innovation.

And Vint Cerf, a widely acknowledged 'father of the Internet,' serves on Obama's National Science Board.

Cerf has worked for Google since 2005 as a vice president and its 'chief Internet evangelist.'

Read more: http://www.dailymail.co.uk/news/article-3032394/Google-Obama-White-House-sitting-tree-search-giant-s-relationship-president-stretches-2007-cozy-be.html#ixzz3WsJsXBA4
Follow us: @MailOnline on Twitter | DailyMail on Facebook

















**NEW YORK POST**

**KYLE SMITH**

NEWS

# Google controls what we buy, the news we read – and Obama's policies

By Kyle Smith                                    March 28, 2015 | 5:30pm



Photo: EPA

**MORE FROM KYLE SMITH**

Ferrell and Hart's 'Get Hard' is totally limp

Depardieu's 'Welcome to New York' is a boring retelling

'The Riot Club' is an angry takedown of rich British boys

'Kimmy Schmidt' shows the irrelevance of NBC

It's 2020. The New England Patriots, winners of six straight Super Bowls, are having yet another routine meeting with the Commissioner's Office.

Deputy NFL Commissioner Tom Brady and his chief of staff, Rob Gronkowski, OK a rule change that forgives the Patriots for illegally taping other teams and deflating footballs over the preceding years. Meanwhile, members of the Patriots continue to happily contribute funding for the commissioner's new 45-room castle in Turks and Caicos, and Bill Belichick agrees to continue coaching the commissioner's 12-year-old son in Pop Warner football.

Would that bother anyone? Because the above is pretty much going on today, only the team is called Google and the commissioner is the president of the United States.







DON'T WORRY! WE ARE INTO
EVERYTHING, SO WE CAN PROTECT
YOU LIKE AN UMBRELLA CORPORTION









Read about how you get "DATA-RAPED". Every single thing you do online, or on ANY electronics, is being stored, monitored and tracked. Everything you MIGHT do online is being anticipated and manipulated ahead of you. Every spy, hacker, organized crime group, ID thief, angry kid, ex-lover or competitor, can now break into this data, or secretly turn on your camera, with two mouse clicks. Google makes money off of your personal privacy.



## Former Google Senior Staff Claim Google is a "dangerous cult operation", "10 times more powerful than Scientology ever will be.."



– Eric Schmidt a constant voice in Obama's ear: A "Dangerous Influence?", say ex-secret service – Do "Madmen" run Google with a secret "global domination plan" for their personal interests? – Practicing bizarre sex hook-ups and the end of…

# Lifting the Covers on "Obamoogle". Obama/Google connection takes sinister turn



- Most of the beneficiaries of the Obama's Afghan war were Google investors – Almost every "cleantech green cash" recipient was a Google investor – The White House gave Google all of NASA's best NASA airbase (Moffet Field) and free…

# GOOGLE MADNESS

# WORLD WAR G !!! The Cost To American's of Google's "Be Evil" Program



- Anonymous focusing resources on Google – International media groups publishing expose reveals on the real Google – Journalists ramp up investigations on Google and it's investors – Privacy groups targeting out-reach to every Google advertiser to, first, request an…

# International Media Organizations Declare WAR ON GOOGLE: "A criminally corrupt manipulation monopoly!" "Shut Google Down!"



HOW GOOGLE BOUGHT THE WHITE HOUSE! Eric Schmidt's Government Coup "SHUT-DOWN GOOGLE!" SAY MEDIA ORGANIZATIONS AND PRIVACY GROUPS! – Over one thousand policy decisions designed to benefit Google – Electric car and battery policy made to provide TRILLIONS OF DOLLARS…

# HOW GOOGLE BECAME A "HIT-JOB" PROVIDER: GOOGLE CAUGHT SELLING SABOTAGE EFFORTS!



\- Google charged as "Secret Weapon" for Obama White House – FTC documents prove that Google manipulates it's search engine to attack people – FTC Investigation and Monopoly lawsuit cut-off by Democrats in order to prevent Google connections to White…

"Net Neutrality" actually means: Who do you want spying on you more? Google or Comcast! Pick!



"Net Neutrality" actually means: Who do you want spying on you more? Google or Comcast! Pick! – It is really about Silicon Valley Campaign Backers (DNC) Vs. East Coast Telcos (GOP). ie: DNC Vs. GOP – Consumer gets no…

# Every part of your life that touches a Google product or service is sent to private eye's, spies and salesmen.

Every part of your life that touches a Google product or service is sent to private eye's, spies and salesmen. Do we rejoice the launch of the Google data-havesting drones? No! Free drone internet (You only have to give us…

# Assange: Google should be of concern to people all over the world ! GOOGLE EXPOSED!



- Top whistle-blowers suggest the public "Give Google The NFL Treatment". "Abuse of our privacy as bad as NFL Abuse of our bodies" – Multiple privacy, data abuse, defamation lawsuits filed against Google.. and now by WHOLE NATIONS! – Charges…

# GOOGLE INVENTS NEW WAY TO ABUSE PRIVACY, DOGS AND WOMEN…

Just Watch:   Some say Eric Schmidt's dream is to build a robot sex doll that won't fall over when you kick it, or when you are doing it doggy style. His dream seems to have come true, with a…

# WHITE HOUSE ASSURES THAT INSTALLING GOOGLE "HOMELAND MICROCHIPS" IN ALL AMERICANS WILL KEEP THEM SAFER



- Expansion of War Powers requested to stop Middle-East from throwing Oil Companies out of Middle East. – Google says it is NOT a front for In-Q-Tel. – Feds assure that this time around, all money will be wisely spent.…

# Can Google Be Sued For Rape?

Is privacy rape the same as anal, oral, mental or vaginal rape? While Google is oblivious to monopoly laws, ethical laws, Constitutional laws and oversight by anybody, is Google immune from rape laws in every state, in every country? In…

# Is Google actually a "Criminally Insidious" organization created to promote the personal agenda's of insane billionaires?



- MANY BELIEVE THAT GOOGLE IS ACTUALLY THE UMBRELLA CORPORATION OK. Let's examine this claim: We can all work together to break it down. First, is Google an organization?: Yes Would it's activities be interpreted, via detailed analysis, as "criminally…

# Google caught abusing musicians rights

‘YOUTUBE is EVIL': Somebody had a tape running, Google… Cellist Zoë Keating strikes back with YouTube transcript  Andrew Orlowski  IN THE REGISTER Andrew Orlowski ‘YOUTUBE is EVIL': Somebody had a tape running, Google… Analysis It's not often a $450bn multinational…

# Is GOOGLE The Most Sinister Company On Earth? Harvesting Children for Fun And Profit!



A few years ago, the school district in San Leandro, California began receiving visits from sales people. They had constant smiles, expensive, yet casual, suits and an astounding pitch: "We will give your children the computers and software they need…

# Google VC Kickbacks From DC?

Google Kickbacks Google investors paid for the national election expenses and

outside services and manipulated Google searches so they got: patent laws changed that benefit them, business tax laws changed that benefit them, free jet gas and free money for…

# Snowden's lawyer reveals Apple and Google Android devices have secret spy windows built into them. Consumers constantly watched and manipulated.



What happens to you when you aren't looking? A day in your life of getting data harvesting: In an average day a large number of strange men will look at you, look at what you say, what you do, where…

# Reporters Alliance Charges Google With Crimes. Demands Special Prosecutor

"GOOGLE IS A CRIMINAL ORGANIZATION"- Study Results by Investigative Reporters Group From The Report By The Alliance of Investigative Reporters: "Summary- Google is a criminal organization operating in felony violation of numerous City, State, Federal and Constitutional laws. They are…

# Snowden, Assange and Comcast want you to know that Google and Facebook ARE the CIA!

 - COMCAST VERY HAPPY TO LET YOU KNOW THAT GOOGLE IS A SHAM – ASSANGE 'I Told you so' – Snowden confirms   Google Bankrolled By The CIA | Conscious Google, Facebook, eBay, PayPaL – Evidence is mounting that these…

# Many New Devices Hit Market; designed to Shut Google Down! Buy a gadget to Un-Google yourself!

 - Maker Faire people to publish specs and step-by-step for DIY version – Jammers and blockers already available on E-BAY – More government legal actions, from more countries, underway against Google, for data-abuse, spying, privacy harvesting; than any other Company…

# FACEBOOK AND GOOGLE ARE CONTROLLING THE NEWS YOU SEE!

- Is anyone insane enough to still use Facebook or Google? – How to stage interventions for the Google/Book addicted – Subliminal "mood manipulation" and "context manipulation" extensively used without your knowledge Tech Overload Facebook Is Not Watching You by…

# USA TODAY exposes Google Conspiracy Attempt

Thomas R. Burke and Jonathan Segal  Once the fact was out, the internet giant tried to get a judge to help them hide it again. (Photo: Jefferson Graham, USAT) Back in February, in a San Jose courtroom, a bombshell was…

# Humanoid Google Sex Robots Revealed?

https://www.youtube.com/watch?v=T2r-sVyR7mk No need for condoms again. Germ-Free sex robots. Google Takes over NASA Ames Blimp Hanger for Robot "Experiments". Google Adds to Its Menagerie of Robots – NYTimes.com Google executives said the company would honor existing military contracts, ……

## BIGGEST SONY HACK SHOCKERS! "Christmas Gift!" Threats! Sony, Facebook, Google exposed manipulating White House policy! "I'm happy to lie" says Amy



- Reporters are slammed with so much data they have resorted to using NSA-like keyword and phrase search analyzers. The Verge, Gawker, Daily Beast, Re-code, Hollywood Reporter, WSJ and the rest, have gotten the most shocking results from these keyword…

## Does Google use it's crunchy-granola employee programs as a facade to cover it's executives insidious plans?

262

- Did the 60 Minutes episode on Google "mindfulness" classes expose the epitome of young employee manipulation? Google "thought leader" shown on 60 Minutes wearing duplicate of Dr. Evil Nehru outfit. – Is the hippie Google sub-culture designed to create…

# Google Hooker-Gate Back In News! Sex Addicts at Google Out-Number Any Other Silicon Valley Company

 - Google's investors face sexual exploitation lawsuit – Hooker charged with killing senior Google Executive Sex Addict – Type "Eric Schmidt Sex Penthouse" in any search engine, except Google, and read the results.. Schmidt charged with "sex addiction" and "Open…

# New Google Glass Pandemic: Undetectable Upskirt Photos and Videos

New Google Glass Pandemic: Undetectable Upskirt Photos and Videos- Yikes!

Freaks with Google Glass are wandering around high traffic downtown areas, public transit and, particularly, at lunch times and commute hours, holding their Google Glass at their sides, arms length…

# Barack O'Google: How Google and It's Investors Took Over The White House!



- White House Gives away part of NASA to Google and It's partners: Both Ames NASA Center and Lucrative NASA contracts, after laying off NASA staff already working on same things. – All Google internet assets rigged to up-rank Obama…

# Google Bought Washington But they didn't Buy Europe: "BREAK UP GOOGLE" Plan gets hot!



- Google viewed as "sinister Empire" monopoly – Google "spying on everything" not welcomed by Europeans You are being spied on by every service Google deploys… Members of the European Parliament are readying a motion calling for the break-up of…

# Google charged with "steering" Tesla articles to favored searches



Per this link on Muckety: http://news.muckety.com/2013/05/16/tesla-announces-450m-stock-sale/42801#comment-5034721 The researched chart by Muckety reveals the secret connections to the control, and manipulation, of consumer perceptions, federal public policy and law-making. If proven, this subjects both Tesla and Google to SEC fraud charges.…

# How a Secret GOP Technical Team Destroyed Google's Democrat election manipulation algorithm and took the Senate back on Election Night!



- Google backers funded Obama campaign in exchange for "favors". – Google backers had Google techs rig Google so it hurt the GOP and helped the DNC in first Obama election. – GOP went to Silicon Valley and hired some…

# Are spy "back-doors" and "hacker picks"

# hidden deep within Google's Android OS?

 – Is "Google Not what it seems" as Julian Assange claims? – Is anything with the Google Android Operating System evil? – Is this just a tactic by Microsoft to grab market-share? – If Andoid is "Open Source", why…

GOOGLE TO GET SUED FOR $100M+ FOR CONSCIOUSLY MANIPULATING THEIR SEARCH ENGINE TO PROFIT OFF THE PAIN OF OTHERS! MULTIPLE LAWSUITS IN DEVELOPMENT

- "Digital gang-rape" of Actors with full awareness by Google owners and without Actor's consent – A large team of private and federal investigators have been working on the testing and documentation of Google's ability to control and document images…

# What Percentage of The White House Does Google's Eric Schmidt Control?

- Internet conspiracy theorists wax on, and on, over which is Anti-Christ: Obama or Schmidt? – Eric Schmidt's Silicon Valley Dark Money PAC and stealth lobbyist cartel = largest pot of influence cash ever turned on Washington  – Schmidt…

# DC-XKEY-SCORE: The Ultimate Anti-Corruption DIY Tool



Now YOU have the same resources as the CIA, FBI, NSA and Senate Investigators to help you terminate corruption. You have a bad, bad Senator, a corrupt mayor or a dirty Agency administrator. You, your community, your neighbors, your co-employees,…

# How Spy Agencies Destroy Members of The Public That Politicians Put Hits On!

Did you piss off a corrupt Senator, The President's press secretary or the head of a federal agency by speaking out or reporting corruption? Then you get a "hit job" Got some dating site profiles? Suddenly very pretty girls will…

# Eric Schmidt's Coup



HOW ERIC SCHMIDT TRIES TO USE GOOGLE TO TAKE OVER THE U.S. GOVERNMENT – Julian Assange warns – Google pays more cash to politicians than any other company – Uses secretive "NEW AMERICA FOUNDATION" to manipulate policy – Manipulates search…

# The Lithium ion Scandal



BACK-UP INVESTIGATION DOCUMENTS- ium ion 12,500+ pages of investigative proof of corruption:   December 9, 2013 by Dr. Nora Bergstrom Earlier this month, actor Paul Walker tragically passed away when his 2005 Porsche Carrera GT supercar wrecked and caught

on…

# Delusional, Insane, Silicon Valley Billionaires decide to become immortal. Busted By Washington Post

- What do you do once you have taken over the White House, built huge "Sex Islands" and "Sex Penthouses (Epstein, Schmidt), built tech companies to spy on every American, and decided that you know what is best for the…

.

.

.

# .John Doerr

*Did Venture Capital groups run a cartel to try to control the energy and new auto industry?*
*Why are almost all of the venture capitalist males from one of a handful of schools who all attended the same fraternities and were in the same clubs and who predominantly only fund others from that group, or companies with others in controlling positions, in those companies?*

*The VC's have all overtly aligned with the following organizations: ACA, WBAA, NASVF, NACO, beAngels, Angel Associated, HBAN and the Bilderberg protocols. They have meetings where they agree on what groups of company types to fund and which disruptive technologies to agree, together,  to shun, in order to protect their current investments. Isn't that a monopolistic practice? Shouldn't the justice department be suing and regulating them?*

<u>*You can read about this story:*</u>
*"Bullivant, House & Bailey law firm represented high profile investors from around the U.S. and Canada against a well-known venture capitalist and a former Big 5 accounting firm. Claims of conversion, breach of fiduciary duty and breach of contract were brought against the venture capitalist. Claims of fraud, accounting malpractice, breach of contract, conspiracy, and aiding and abetting were brought against the accounting firm. The jury awarded more than $60 million in compensatory and punitive damages in favor of our clients. The case showed that VC's operate on an organized crime modus operando."*

*In* [*http://www.growvc.com/blog/2010/09/venture-capital-conspiracy-theory-in-the-free-world/*](http://www.growvc.com/blog/2010/09/venture-capital-conspiracy-theory-in-the-free-world/)

<u>*You can also read about this story which exposes Silicon Valley VC collusion:*</u>

 *"Wow! Really? No Way! Wow!….this was my reaction to the 'revelation' of a post by Michael Arrington's "*[*So a Blogger Walks Into A Bar…*](#)*"*

*This true account of what happens when Tech Crunch's Mike Arrington walks into a Silicon Valley bar has all the trappings of a gangster movie. For starters, the bar, a group of powerful early stage investors meeting, colluding, plotting against any competition, an agenda on how to control the industry and monopolize and this is NOT a movie! Here is an extract of Mike's account:*

*I've never seen a more guilty looking group of people. But that alone isn't that big of a deal. Lively conversations often die quickly when I arrive, and I've learned not to take it personally. But I did sniff*

*around a little afterwards, and have spoken to three people who were at that meeting. And that's where things got interesting.*

*This group of investors, which together account for nearly 100% of early stage startup deals in Silicon Valley, have been meeting regularly to compare notes. Early on it was mostly to complain about a variety of things. But the conversation has evolved to the point where these super angels are actually colluding (and I don't use that word lightly) to solve a number of problems, say multiple sources who are part of the group and were at the dinner.*

*Is there room for price fixing, total control and a greed based structure in the free market world? Is this really best for startups? For entrepreneurs? For Silicon Valley which is a renowned culture known for promoting innovation and talent in startups?*

*This entire scenario is wrong on so many different levels but knowing this is what can happen within closed doors here are some changes critical to a culture which reflects the values of a entrepreneurial community and a better future for startups:*

*1. We need transparency. This is very evident from what we've just witnessed.*

*2. Do things in the open and on the record. Why can't investors, entrepreneurs and other stakeholders work in a transparent environment online where there is automatic accountability and governance through open interactions and a community that can see what's going on?*

*3. The system has to benefit all parties involved. Entrepreneurs, investors and others. It needs to be fair and favor innovation. Bring up the best. Mystique, lack of transparency, complex rules are not benefit of anything but greed*

*4. There is no room for protectionism in a free market. We don't need early stage capital markets to be exclusive to a select few who control everything. We need to make it more inclusive and involve as many as possible. The more support, the more investors, more and better companies will be born.*

**" *At Bucks Restaurant in Woodside, California every morning a group of venture capitalists meet for breakfast strategy sessions. Alas, with the age of the iphone, many of those meetings have been recorded by equally hungry entrepreneurs and now posted on YouTube. Before some of them were removed, it was stunning to see the audacious and mercenary mindsets of these people in their search-and-destroy mentality regarding competing interests…"***

*"The now famous Kleiner Perkins sex abuse law suit has revealed some juicy inside information about the reduction of women and competitors in the industry to "targets and termination goals"...*

---

*There are hundreds of tales like this that can be easily researched. So the question is: Was part of the DOE energy funding failure because a group of venture capitalists, including Goldman Sachs, rigged the system? Did these VC's contribute campaign finances in exchange for control of certain industries? Who met with these VC's during the staging period, while they still worked for the government, that then left well paying government jobs to go work in the private sector?*

A Dear John Letter – Silicon Valley Version:

Dear John:

Mr. Doer, Federal law enforcement agents, U.S. Senators, intelligence agency officers, well known journalists, private investigators, your ex-employees, lawyers and others tell us that you:

- Ripped-off many people's intellectual property by having your people ask to look at entrepreneur's technologies, under the guise of "considering an investment", when all you wanted to do was spy out things you could steal.
- You then rolled out 100% copies of entrepreneur's technologies under, other names, funded by your operation.
- YOU organized the Silicon Valley "No-Poaching Conspiracy" and screwed over quite a large number of workers.
- You put plants into entrepreneurs companies. These were "moles" who actually worked for you, and you sent them in to damage and disrupt many small start-up companies because their technology was beating your competing copycat attempts.
- You ran a mining commodity scam, with your Russian "business partners" and some crooked senators, to try to take over the lithium and silicon mineral markets working with Elon Musk and the Solyndra crowd.
- When you got caught doing that, you put a hit job on the people you didn't like, using the contract character assassination groups: "Media Matters", "Think Progress", New America Foundation, "In-Q-Tel", "Gawker Media" and people like John Podesta, Lois Lerner and Sidney Blumenthal.
- Your ex partners have "Nazi" issues, tax evasion issues, a taking-over-California-beaches issue, a felony issue... and well, let's just say, you really hang around with a lot of Dicks!
- You pretty much destroyed Silicon Valley and turned it into a misogynistic, frat-boy club, abusing, black-hating nightmare of a place.
- You caused events, which caused the demise of Gary D. Conley, and other people
- You traded "CleanTech" cash for campaign finance conduit schemes and database/search engine rigging in order to manipulate elections using your company holding: Google.

- You financed and promoted Steven Chu and Eric Holder into office in order to effect your "CleanTech Kick-Back Scheme".

We see even more about you that is pretty bad, and pretty well documented in the media. You sound like a pretty twisted guy with some deeply disturbed power-trip motivations.

So here's the deal. Mobster-like people should, by law, be shut down and run out of town. With the new transparent, open, world that we live in, that now seems pretty do-able.

Let's see if everybody on the internet, without breaking a single law, can track down every one of your assets, false fronts, off-shore tax havens, illicit deals, political bribes, PAC's, homes, lovers, videos, victims, lies, public policy manipulations, Russian "pals", backdoor deals, and every portfolio asset you have on Earth. Let's see how the shoe fits on the other foot.

Let's see if the world can tweet all that at hashtag #Johnsxbadguy

Let's see if they can torrent all of it with keyword: johnsxbadguy-tor

Let's see if anybody comes up to you, at your next speaking engagement, or restaurant visit, and arrests you in a citizen's arrest.

Let's see if the class-action that led to the anti-poaching lawsuit, against your gang, can be re-invoked as a RICO Racketeering lawsuit against your whole company.

The international law enforcement crowd is pretty busy with all of the ruckus in the Middle East. The citizens of the world will now help those beleaguered law enforcement people, by gathering some files on you. After all, your Guistra-esque mining manipulations in Afghanistan, Bolivia and other regions caused much of the very instability, and corruption, that law enforcement now has to deal with.

Well John, this has been fun.

See you in Hell.

Love,
The World Outside of Your Douchebag Glass Bubble

---

## Can Kleiner Perkins and Goldman Sachs Rig Stock Market Prices Via Direct Electronic Back Door Links to Stock Market Servers? YES! ##

- So why isn't anybody doing anything about it?
- Are the White House and the Fed protecting the campaign backing Musk/Doerr companies in the stock market, no matter how bad they are actually doing?
- The Book, and coming film: "FLASH BOYS" details this trick
- Small traders already being indicted for Flash Boy tricks but big boys ignored because they are campaign backers
- Direct evidence of rigging of Tesla Motors stock market ticker data exposed
- Doesn't allowing this to continue destroy the value and credibility of the NYSE?
- Should campaign backers get to break the system just because they want to?

One inventor/CEO crossed John Doerr, and Kleiner Perkins, and got a character assassination hatchet job article put out on him. The victims name was Mike Chieky.

"Killing Mike Chieky: Silicon Valley Vc    s want total control of    Green Energy    , but only their version, so they    kill    off the outsiders!

The Verge published an article, today, by a writer who, his targets say, is   a hired character killer   . The article covers a prolific inventor who is painted as a   criminal   because he has invented   too many things   . The writer clearly set out to do a malicious hatchet job on the guy, including fake post-story blog comments by the same attackers. Let   s look at both sides of the case.

The price of being a creator is high, but the price of conflicting with the Silicon Valley VC   s is PR death.. or, in the case of Gary Connely, Real death (SEE THIS LINK: https://somosnark.wordpress.com/2012/10/31/tesla-caught-in-lies/)! (An investigation charges Silicon Valley VC   s with causing, or ordering, his death. The story is almost the same as Chieky except Connely ended up with a bullet in his head)

Chieky built and sold a number of things for a few decades; like Edison, Tesla, Marconi, and tens of thousands of other inventors. As with all people gifted with the use of more brain than the rest of us, he was abrupt and had poor social skills, like Facebook   s Mark Zuckerberg, featured in films as a hopeless socio-pariah. The writer had no ability to comprehend the way that Chieky communicates and paints him from an acrimonious perspective without giving Chieky any response outlet or counter-point within the story. The writer clearly didn   t want to hear feedback from Chieky, or his partners, he wanted to   kill   .

Giving the writer the benefit of the doubt: So what if Chieky was a dick in his personality style. Steve Jobs is famous for being a dick. Half of the Google execs are screwing their staff and cheating on their wives in glorious ValleyWag technicolor dick-ness. Larry Ellison is glorified for Dick-hood. Being A DICK IN SILICON VALLEY seems to be the main ingredient to success. So why destroy Chieky for using short sentences and speaking efficiently without platitude embellishment, as autistics do? There are a vast number of pictures of Steve Jobs with an equally bad haircut and eye-glass selection as Chieky. Did Jobs deserve to die for that? Does Chieky?

Chieky is autistic, according to his ex employees. Should Ben Popper be destroying the lives of war veterans that have no legs? Should Ben Popper be destroying the life of Mark Zuckerberg because he has Aspergers Syndrome? Do only those in the Frat boy club get a pass on not treating their disability as a sin? What publisher let   s his staff write and deliver stories that tell disabled American   s that they will never be looked at as actually enabled in special ways?

Chieky spent his life creating and building things to improve the lives of American   s, and people around the world, and this is how we pay him back? All of his inventions are for the greater good. One article like this ruins one   s life forever. Did Chieky actually deserve it? Where is the counterpoint. If Chieky actually is   evil   as the article says, then let   s string him up. But if the author is evil, then re-size the noose. Where is the counterpoint from Chieky and his representatives to the charges in the article?

Chieky seems to have made the mistake of crossing the path of these   GREEN ENERGY VC guys (SEE THIS LINK: https://somosnark.wordpress.com/crime-files-cargate/the-1-illuminati-lithium-gate-vcs-rigging-washington-dc-for-profit/)! and accidentally competing with these particular VC   s grand schemes for controlling   clean energy resources   . Do Draper, Khosla, Perkins, Doerr and the rest, get to destroy those that are not in   the frat boy club   with impunity?

Chieky is terrifying to the Silicon Valley VC s because he has 1.) a proven history of inventing things that obsolete their older investments, 2.) a proven history of getting funded and 3.) a proven history of launching products. The three skills that no Stanford frat boy VC can stand) because they can t do it. The VC s are little money automatons and not creators . The VC s can only grub up cash from pension funds and banking groups as they follow each other like sheep.

So the article uses these classic takedown hit techniques (HERE: https://somosnark.wordpress.com/topic-1-doetarp-manipulations/how-washington-has-people-it-doesnt-like-killed/ )

Alas, The Verge published the article in all countries and thus gives Chieky the right to file defamation lawsuits overseas, where there are no SLAPP laws protecting tabloids. Cyber bully laws can now be enforced in a large number of states and countries. Writer Popper may have also violated ADA laws. Let s see how the story evolves

**The New York Times**



June 2, 2012

# Lawsuit Shakes Foundation of a Man's World of Tech

By **DAVID STREITFELD**

Palo Alto, Calif.

MEN invented the Internet. And not just any men. Men with pocket protectors. Men who idolized Mr. Spock and cried when Steve Jobs died. Nerds. Geeks. Give them their due. Without men, we would never know what our friends were doing five minutes ago.

But are these men trapped in the past even as they create the future?

That's the debate that has sprung up here since Ellen Pao, a junior partner in her early 40s at the distinguished venture capital firm Kleiner Perkins Caufield & Byers, filed a sexual discrimination lawsuit against the company and her colleagues there.

The complaint, laced with accusations of professional retaliation after spurned sexual advances, has riveted Silicon Valley, whose venture capitalists generally prefer media attention for their businesses and deals, not themselves. Instead of talking about the New New Thing, people are discussing an old, old problem. And they are taking sides.

Although the accusations have yet to be heard in court, even some of Ms. Pao's critics concede that she is exposing an uncomfortable truth about Silicon Valley: starting tech companies in 2012 is still a male game, and so is funding them.

Her complaint goes further. It depicts venture capitalists here as a group of 21st-century men who may be hard at work building the 22nd century but, when it comes to dealing with women in the workplace, are stuck firmly in the caveman era — or at least in the 1950s. It's a portrait that many women in tech find all too familiar.

"You talk to any woman in technology and she will have a personal story or know a story where she felt conscious of her gender in subtle or significant ways," said Kathy Savitt, 48, the chief executive of the social commerce start-up Lockerz. Sometimes, she said, it's as mild as realizing, "I'm the only chick in the room." Other times, "it's a lack of relevance, a feeling you can see an end to your opportunities."

# .Senator Dianne Feinstein and the California Corruption Connection

When U. S. Senators Harry Reid and Dianne Feinstein realized they could each make billions of dollars, personally, via their family stock holdings and campaign funds, they didn't waste a minute stabbing their own constituents in the back to get at that cash.

California and Nevada Green Car Companies, Solar Companies, Energy Technology Companies, Green Builders and Transit Companies were hacked off at the knees because they competed with the stock assets that Reid and Feinstein had acquired in their kick-back deals.

These other applicants were all "GREEN COMPANIES": supposedly the Democrat's favorite things. It doesn't matter, though, how "green" your company was, if it was in the path for the "green cash" from Tesla or Solyndra. Two of the favored companies who paid the kick-backs to federal officials.

Is the argument from Feinstein's office that: "there just wasn't enough money left at the Department of Energy" true? No, it is a 100% out-right lie. The Federal GAO, the people that watch for corruption, state that there has always been, and still is, billions, and billions and billions of dollars, set aside EXCLUSIVELY for these companies, that was never used. In Fact, there was always more than enough money to fund every single applicant.

Staff from ZAP Motors, Redwood Solar, Aptera and dozens of other companies have specifically stated that Harry Reid, Dianne Feinstein and their Cheif's of Staff, personally wrote to them, spoke with them and lied to them.

Under Eric Holder, (who is Feinstein's, Reid' and Steven Chu's buddy) refused to take any action. Now it is Lynch's turn.

Harry Reid sabotaged the applicants for Department of Energy Funds if they competed with Kleiner Perkins companies who were funding the campaigns of Reid and Feinstein through PAC's and family trusts.

Further, Recent disclosures, such as the following, shed disturbing light on the depths of this criminal; behavior:

"Did the LA TIMES Article on Elon Musk Kick-Backs actually disclose an organized crime operation involving some very famous people?

The LA TIMES just ran an article which exposes Elon Musk's funding system, based on Government hand-outs. Musk rushed to hold a press conference to claim the amount of taxpayer cash, he has received, was "just a pittance". Few, though, find over FIVE BILLION DOLLARS of tax waivers, credits, employment freebies, buildings, exclusive contracts, and other taxpayer provided goodies, to be "a pittance" in these tough times.

While it is true that Musk has now received more taxpayer hand-outs, than any individual in American history, one could argue that he is just a lucky business man.

But, just for the purpose of theoretical discussion, what if some of the darker theories about Musk's coincidental windfalls have some merit?

Let's jump right to the most sinister interpretation of things.

One of the whispered rumours, on the web holds that in 2007, right when Musk's silent partners, Eric Schmidt and John Doerr started, practically, living at the White House in a lobbying frenzy, the Democrats finally acknowledged that they really were the party of the poor, because they were flat broke. So some of them came up with the idea of creating a Department of Energy fund called the ATVM Fund , loading it up with $25 Billion kick-back dollars of taxpayer cash, awarding it only to Schmidt/Doerr/Musk related companies, and shutting out all of their competitors.

Indeed, history shows that the fund actually was created. It really got $25 Billion, in a unique legal manner, which made the $25 Billion irrevocable. Schmidt/Doerr/Musk's buddy: Steven Chu, was put in charge of it. He hired their friends to staff his office.

See where this is going?

So, per this theory, Musk is actually a kick-back conduit, protected by the White House, to spiff the DNC campaign funds...according to this theory. Which is just a theory. It couldn't really happen, right? The White House wouldn t prop up a guy just to keep him quiet and keep kick-back cash flowing.. right?

So this theory is kind of ironic because, in an amazing coincidence, everything that Musk get's involved in, is exactly stuff that the White House is promoting.

In an even more bizarre coincidence, to pull a scam like this off, the Schmidt/Doerr/Musk Cartel would need the help of U.S. Senators Reid and Feinstein, the most beloved American politicians in history.

This whole theory must have come out of the fact that Reid and Feinstein made billions of dollars off of Schmidt/Doerr/Musk Cartel stock investments, "Flash Boy" stock manipulations, and campaign contributions, but, that was, of course just another funny coincidence. They even ran, and built, some of the properties that these Department of Energy "winners" companies sat upon. But, again, coincidence!

The main reason one might cast doubt on this theory is that there are so many hard facts to prove it, that it is just too good to be true, right?

All of the profitable chemicals that Tesla and Solyndra were going to buy and sell in volume were controlled by the investors in Kliener Perkins and commodity-managed by their partners: Goldman Sachs.

Musk's companies have poor business volume, but show a profit whenever there is bad news thanks to

Kleiner rushing out to "Flash Boy" purchase Tesla stock, with an automated stock buying system, in order to pump the stock. Federal, and private investigator, records show that this actually happened. It has also been proven that only Google, Reddit and the other Kleiner-controlled web-news-media mask all negative Musk/Tesla news in perfect synchronization with the stock pumps, when no other publications on the planet do. Again, these are just coincidences. If people were consciously doing those kinds of things it would be mobster-ism on a Godfather-class scale.

Originators of the scam, from the White House side, were Emanual, Plouffe, Axelrod, Rattner and Gibbs. Emanual, Plouffe, Axelrod, Rattner and Gibbs suddenly quit the White House, at the peak of their career, for reasons that don't make sense. The fact that one of them was indicted for stock market fraud only goes to strengthen comcerns.

So, even if this really had happened, the brave and fearless protector of ethics and morality: Mr. Eric Holder, would have cracked right down on his friends here who he knew personally, and had dinner with, and had the same lawyers with Ooh,.. well.. but anyway. Eric would have jumped on them, right? The White House wouldn  t order the Justice Department and the FBI to ignore Elon Musk, John Doerr and the Silicon Valley Cartel as a kick-back protection order, now would they?

Mobsters kill people. Rajeev Motwani, David Bird, Gary D. Conley, 3 Tesla engineers and a large bunch of others did, certainly, die under mysterious circumstances, and they were all people that this cartel would want dead, but to say that these billionaires are off murdering their adversaries using mysterious CIA stealth murder tricks is overly intriguing.

Of course, as we all now know, every single one of those companies in the ATVM Fund scam grabbed the cash, paid their CEO and Goldman Sachs insiders off-the-top, and immediately went bankrupt in the largest government-funded sequential business-failure suite in history. While some argue that a secret GOP Task Force discovered the plot and forced all of the Kleiner Cartel DOE   Winners   to collapse, in punishment, this is probably another coincidence."

Are these coincidences or intentionally ignored facts? Is The White House ordering law enforcement to ignore this issue because they know that a number of their top former senior staff are required to be arrested?

Here is the main argument against this theory, Mobsters are big greasy looking guys with bulbous broken noses and slicked back pompadours. These Musk and Kleiner people wear khaki  s and black turtlenecks. KHAKI'S for god-damn sakes!!

**Is Dianne Feinstein a Crook? Did she, and her family, engage in criminal corruption and the "rectal hydration" of American taxpayers?**

You never heard so much about "rectal hydration", "anal pumping" and "deep injection butt tubes" until Dianne Feinstein showed up, but did she apply the political equivalent of these techniques to the American taxpayer? Did she dive deep into the dark crevasses of political corruption and gouge out huge globs of special interest, kickback and insider trading cash in a very unethical and illegal manner?

Let's take a look. What are the facts and what do they show?

Given any other American citizens, if you ask the question, "What are the odds that any person would have this many conflicts of interest?"

The answer would come back: "It is nearly impossible for these conflicts of interest to have existed unless their was an organized criminal operation underway designed to deceive the taxpayers!"

** Herb Newman is her relative in Sausalito California at Newman Search. He ran hiring for Solyndra, Tesla and other Feinstein schemes. He runs Chinese insider deals with Feinstein's husband. He has been working with China (you know, the one's hacking every computer in America) since 1972 with the sole purpose of hanging out with the People s Republic of China. This was shortly after completing his degree in Political Science and International Relations at UC Davis and completing two years towards an MBA at Golden Gate University. In 1973 Mr. Newman arrived in Canton at the invitation of the Chinese Council for the Promotion of International Trade. (CCPIT). He and his company MVTC was one of fifty businesses to be invited to the Canton Trade Fair held in Kwangchow China. He and his associate Darryl Schoon, are on travel watch-lists. His participation in Tesla, Solyndra and Feinstein related public policy scams is a complete conflict-of-interest.

Her family owned the land, construction company, leases, contracts, insiders stocks and liaisons for these operations.

# .The California Kick-Back Payola Team

California State Controller Bill Lockyer, and a large number of State Tax Officials, gave The Silicon Valley Cartel HUNDREDS OF MILLIONS OF DOLLARS of exclusive kick-backs and payola routed through Side-by-Side neighbors and hard-wired insiders: Tesla and Solyndra. All of their competitors were denied the same benefits and blockaded from accessing the same resources, in order to financially, and criminally, protect the Cartel and their stock market holdings, which many State officials also held stock in. Dianne Feinstein's family holdings also included the same stock gifts from the Cartel, as payola. Additionally, stock exchanges, stock market valuation bumps, free real estate, cheap real estate, aircraft resources, tax credits, write-offs, and other favors were provided by State officers exclusively to Tesla a Solyndra while being denied, or blockaded from their



Alternative "Sustainable" Energy: Corruption and Unfulfilled Promises

Posted on 07-12-2010 | By: admin |

Category : Energy Issues, Environmental Issues, Politics, Solar

The black liquor fiasco provided an example to those of us in the pulp and paper industries of just how blatantly corrupt the current Congress is, with the support of the President. (If you are new to the Blog, see Less Than Free Enterprise for a fascinating story that was missed by the mainstream media.)

Jim McTague wrote an insightful story in Barron's over the week-end that demonstrated the failure of solar energy to earn its own way. Even with hundreds of millions of dollars in grants and loan guarantees, some companies will still not be viable.

McTague also pointed out that the recipients of these huge solar energy grants were "connected" to (not the Mafia but its more dangerous counterpart) Congress and the President. Passages from Our Tough Luck President follow.

In this story, only government subsidies are "sustainable".

competitors.



ment, and generate fewer innovations. As a result, our nation's future earning prospects will dim, and our future living standards could suffer.

5. Cronyism

In a 2003 speech to the National Economists Club in Washington, D.C., then–Federal Reserve Governor Edward M. Gramlich argued that loan guarantee programs are unable to save failing industries or to create millions of jobs, because—he explained—the original lack of access to credit markets is caused by serious industrial problems, not vice versa. If an applicant's business plan cannot be made to show a profit under reasonable economic assumptions, private lenders are unlikely to issue a loan. And they would be right not to.

Then why is the federal government still guaranteeing loans? One reason is it serves three powerful constituencies: lawmakers, bankers, and the companies that receive the subsidized loans.

Politicians are able to use loan programs to reward interest groups while hiding the costs. Congress can approve billions of dollars in loan guarantees with little or no impact to the appropriations or deficit because they are almost entirely off-budget. Moreover, unlike the Solyndra case, most failures take years to occur, allowing politicians to collect the rewards of granting a loan to a special interest while skirting political blame years later when or if the project defaults. It's like buying a house on credit without having a trace of the transaction on your credit report.

It is also easy to understand why companies and company executives benefit from these loans and may seek them out. However, this shouldn't obscure the fact that this preferential treatment comes at the expense of the taxpayer, and ultimately at the expense of our market and political system.

But another potential beneficiary of these loans is the financial institutions that issue them. With other loan programs such as the SBA, there is evidence that lenders may have an incentive to favor borrowers that qualify for a loan with a government guarantee over those that do not. When a small business defaults on its obligation to repay a loan, bankers do not bear most of the cost; taxpayers do. Meanwhile, lenders make large profits on SBA loans by pooling the guaranteed portions and selling investors trust certificates that represent claims to the cash flows.

How profitable is this? Testifying before Congress in April 2006, David Bartram, the president of the SBA Division of U.S. Bancorp, the nation's sixth-largest financial services company, explained that "return on equity of SBA loans can exceed 70 percent."[31] A 70 percent return on equity (RoE) is remarkably high. Right now, the five-year average RoEs for the two biggest banks in America—Citigroup and Bank of America—are 16.2 percent and 14.5 percent, respectively.

More study is required to determine whether a similarly outsized return to financial institutions occurs with the DOE program, but the parallels between the DOE and SBA programs suggest this is a possibility.

CONCLUSION:

The Department of Energy's loan guarantee programs have been the focus of much public attention since energy company Solyndra went bankrupt last year, leaving taxpayers with a $538 million bill. Of equal concern to the significance of this waste, however, is the distortion and incentives experienced by both lenders and companies that participate in the government loan program, as well as the distortion of market signals. Further looking at where the money is going, the evidence seems to go solidly against the idea that they are achieving their goals. And the systematic economic harm done by rewarding companies that forgo value creation in favor of pursuing financial benefit through the political system creates long term consequences for our economy and our country.

31. Veronique de Rugy, "Banking on the SBA," Mercatus on Policy, Mercatus Center at George Mason University, Arlington, VA, 2007, http://mercatus.org/publication/mercatus-policy-banking-sba.

# The Washington Post

Back to previous page

# Federal funds flow to clean-energy firms with Obama administration ties

### By Carol D. Leonnig and Joe Stephens,

Sanjay Wagle was a venture capitalist and Barack Obama fundraiser in 2008, rallying support through a group he headed known as Clean Tech for Obama.

Shortly after Obama's election, he left his California firm to join the Energy Department, just as the administration embarked on a massive program to stimulate the economy with federal investments in clean-technology firms.

Following an enduring Washington tradition, Wagle shifted from the private sector, where his firm hoped to profit from federal investments, to an insider's seat in the administration's $80 billion clean-energy investment program.

He was one of several players in venture capital, which was providing financial backing to start-up clean-tech companies, who moved into the Energy Department at a time when the agency was seeking outside expertise in the field. At the same time, their industry had a huge stake in decisions about which companies would receive government loans, grants and support.

During the next three years, the department provided $2.4 billion in public funding to clean-energy companies in which Wagle's former firm, Vantage Point Venture Partners, had invested, a Washington Post analysis found. Overall, the Post found that $3.9 billion in federal grants and financing flowed to 21 companies backed by firms with connections to five Obama administration staffers and advisers.

Obama's program to invest federal funds in start-up companies — and the failure of some of those companies — is becoming a rallying cry for opponents in the presidential race. Mitt Romney has promised to focus on Obama's "record" as a "venture capitalist." And in ads and speeches, conservative groups and the Republican candidates are zeroing in on the administration's decision to extend $535 million to the now-shuttered solar firm Solyndra and billions of dollars more to clean-tech start-ups backed by the president's political allies.

White House officials stress that staffers and advisers with venture capital ties did not make funding decisions related to these companies. But e-mails released in a congressional probe of Obama's clean-tech program show that staff and advisers with links to venture firms informally advocated for some of

# Did political contributors snag stimulus funds for cleantech companies?

April 2, 2011 | Matthew Lynley
2 Comments



Political contributors might have steered clean energy loans from the U.S. Department of Energy to companies in their investment portfolios, according to a report by the Center for Public Integrity and ABC News.

The report suggested that four companies that Steve Westley, a managing partner at clean technology investment firm The Westley Group, has invested in received more than $500 million in loans, grants and stimulus money from the Department of Energy after Westley contributed $500,000 to the Obama campaign. The companies in Westley's portfolio that received federal funding are Tesla Motors, RecycleBank, EdeniQ and Amyris Biotechnologies.

Both Amyris Biotechnologies and Tesla Motors have since gone public. Amyris is valued at $1.2 billion and Tesla Motors is valued at $2.5 billion. Westley said that the company in his portfolio went through a strict screening process and was awarded each loan based on merit, and that each received the loan before he was an advisor to U.S. Department of Energy secretary Steven Chu, according to the report.

The Department of Energy also made several loans to companies that Kleiner Perkins Caufield & Byers has invested. Managing partner John Doerr and other executives from the storied venture capital firm have donated more than $1 million over the past two decades to federal political causes — mostly to Democrats.

The report doesn't make any direct connections and doesn't offer substantial proof that the companies received special interest because of Westley and the other executives' contributions. So, as usual, correlation does not imply causation. But it's worth keeping an eye on — particularly because Westley is a member of Chu's 12-person advisory board, and Doerr is on the Economic Recovery Advisory Board.

Previous Story: Entrepreneur Corner: Succession planning and napkin entrepreneurs

 **NEWS RELEASE**

CALIFORNIA STATE TREASURER BILL LOCKYER

FOR IMMEDIATE RELEASE
June 30, 2008

Contact: Tom Dresslar
916-653-2995

### Treasurer Lockyer Announces Financial Incentive to Encourage Zero-Emission Vehicle Manufacturing in California
*Tesla Motors Will Use New Policy to Build Electric Car in Bay Area*

SAN CARLOS – State Treasurer Bill Lockyer today announced Tesla Motors, Inc. has decided to manufacture its second-generation electric car in California following the California Alternative Energy and Advanced Transportation Financing Authority's (CAEATFA) adoption of a policy that creates a financial incentive to build zero-emission vehicles (ZEVs) in the state.

"These vehicles can play a big part in helping California successfully implement its groundbreaking laws to fight climate change," said Lockyer, who chairs CAEATFA. "By offering this financial incentive, our goal is to ensure zero-emission vehicles realize their full potential in our state. In the bargain, we believe the policy will bolster our emerging green economy, create good-paying jobs and reduce our dependence on foreign oil. I'm very pleased the policy helped convince Tesla to build its high-performance electric cars in California."

"Today's announcement is great news for California, our economy and our environment," said Governor Arnold Schwarzenegger. "We want these cutting-edge companies not to just start in California and do their research and development here—we want them to build in California. Tesla's announcement today is just one of many we will celebrate as we implement AB 32 and reach our greenhouse gas emissions reduction goals. I have always said that we must protect our economy and our environment at the same time, and today it is clear that we are once again demonstrating to the world how to do that."

Existing law exempts CAEATFA from paying the sales tax on equipment used to manufacture advanced transportation products. Under the new policy – developed in coordination with the Governor's Office – CAEATFA will pass through that tax break to qualifying ZEV manufacturers under "sales-lease-back" agreements.

Tesla will ask CAEATFA to approve such an arrangement to finance the purchase of equipment to build its second-generation electric car, called the Model S. The five-passenger sedan – which will be able to travel 225 miles between charges and cost about $60,000 – will be manufactured at a still-to-be-determined site in the Bay Area.

(MORE)

915 CAPITOL MALL, ROOM 110, SACRAMENTO, CA  95814  .  (916) 653-2995  .  FAX (916) 653-3125
www.treasurer.ca.gov

Here's how the sales-lease-back arrangements work:

- A ZEV or ZEV component manufacturer applies to CAEATFA to have a project approved pursuant to the policy. If approved, CAEATFA buys the equipment, and finances the purchase by taking out a loan or selling bonds. CAEATFA does not pay the sales tax on the transaction. The manufacturer makes lease payments to CAEATFA for use of the equipment, and CAEATFA uses these payments to repay the bonds or loan.

- Under the lease arrangement with CAEATFA, the manufacturer has the option to purchase the equipment outright. If it purchases the equipment, the manufacturer obtains the benefit of the sales tax exemption, saving seven percent to nine percent on the purchase price.

The tax incentive policy approved by CAEATFA covers several ZEV technologies, and any qualifying ZEV manufacturer can apply. The eligible technologies include fuel cell electric vehicles, battery electric vehicles, plug-in hybrid electric vehicles, hydrogen internal combustion engines, advanced technology partial ZEVs and neighborhood electric vehicles.

CAEATFA finances transportation technologies that conserve energy, reduce air pollution, and promote economic development and jobs. Additionally, CAEATFA provides financing for facilities that use new and alternative energy sources and technologies.

###



THE ENVIRONMENTAL SPECTATOR                    PRINT    EMAIL    TEXT SIZE + −

# Why Is the Government Subsidizing a $104,000 Car?

By WILLIAM TUCKER on 2.14.12 @ 6:08AM

Is Fisker Automotive the next Solyndra? Maybe, but that misses the larger point.

Fisker Automotive suspended efforts in Delaware last week to retool an abandoned GM production plant into a manufacturing facility for its new electric hybrid NINA, derived from the $104,000 luxury Karma.

Fisker's problem is that it is the recipient of a $529 million loan from the Department of Energy. Having already pocketed $193 million to help push the $104,000 Karma onto the market, Fisker is now "failing to meet DOE benchmarks" in converting the Wilmington, Delaware factory into an assembly line for the $40,000 NINA. In the kind of accounting the government likes in order to show it isn't just throwing away money, DOE wanted some proof of performance. Fisker is already far behind schedule, and so it had to lay off 26 of the 100 construction workers on site and tell subcontractors to hold the phone. Negotiations on whether DOE will come through with the second $336 million installment are now expected to take months.

Pundits immediately pounced, asking whether this was the next Solyndra. Some said yes, others said no. Yet through all the editorial fulminating, no one asked the much more obvious question: Why on earth is the government subsidizing a $104,000 luxury sports car in the first place?

Fisker Automotive is the brainchild of Henrik Fisker, a

653

## Energy-backed firms award bonuses, file bankruptcy

Posted: 03/ 6/2012 9:59 am
React
>

**By Ronnie Greene and Matthew Mosk, iWatch News**

President Obama's Department of Energy financed a fleet of green energy companies that later fell into bankruptcy -- but not before the firms doled out six-figure bonuses and payouts to top executives, a Center for Public Integrity and ABC News investigation found.

Take, for instance, Beacon Power Corp., the second recipient of an Energy Department loan guarantee in 2009. In March 2010, the Massachusetts energy storage company paid cash bonuses of $259,285 to three executives in part due to progress made on the $43 million energy loan, Securities and Exchange Commission records show. Last October, Beacon Power filed for Chapter 11 bankruptcy.

Ener1 subsidiary EnerDel, maker of lithium-ion battery systems, landed a $118.5 million energy grant in August 2009. About

# The Greentech VC Influence Over Washington

By Katie Fehrenbacher Aug. 18, 2010, 8:28am PDT No Comments
Buzz _ 0



There've been a couple articles in the past few weeks pointing to President Obama as the "clean tech investor in chief" and the presidential VC with bets on clean energy. The real trend is that venture capitalists focusing on greentech seem to have had an unprecedented influence on U.S. federal policy and allocations of the stimulus package.

When I attended the Department of Energy's (DOE) first ARPA-E conference (Advanced Research Projects Agency-Energy) earlier this year in Washington D.C., I was struck by how many venture capitalists were there. I shared a cab back to the airport with some familiar Silicon Valley faces, and was told if your firm didn't have a dedicated person in Washington — in some circles they call them lobbyists — maneuvering grant and loan programs, you weren't able to be competitive.

Just look at the figures from the stimulus package (which I am fully in support of): somewhere between $50 billion and $80 billion into clean power and energy efficiency initiatives (depending on

•

## .The Players: Collateral Damage

There are too many, unexpectedly, dead innocent victims associated with this scandal. Too many lives were destroyed by digital character assassination, corporate sabotage and economic attacks.

## .Bright Automotive

Stone-walled, lied to, sabotaged and blockaded because they had a product that the Cartel could not compete with...



February 28, 2012

Secretary Steven Chu
U.S. Department of Energy
Washington, D.C.

Dear Secretary Chu,

Today Bright Automotive, Inc will withdraw its application for a loan under the ATVM program administered by your department. Bright has not been explicitly rejected by the DOE; rather, we have been forced to say "uncle". As a result, we are winding down our operations.

Last week we received the fourth "near final" Conditional Commitment Letter since September 2010. Each new letter arrived with more onerous terms than the last. The first three were workable for us, but the last was so outlandish that most rational and objective persons would likely conclude that your team was negotiating in bad faith. We hope that as their Secretary, this was not at your urging.

The actions – or better said "lack of action" -- by your team means hundreds of great manufacturing and technical jobs, union and non-union alike, and thousands of indirect jobs in Indiana and Michigan will not see the light of day. It means our product, the Bright IDEA plug-in hybrid electric commercial vehicle, will not provide the lowest total cost of ownership for our commercial and government fleet customers, saving millions of barrels of oil each year. It means turning your back on a bona fide step forward in our national goal to wean America away from our addiction to foreign oil and its implications on national security and our economic strength.

In good faith we entered the ATVM process, approved under President Bush with bi-partisan Congressional approval, in December of 2008. At that time, our application was deemed "substantially complete." As of today, we have been in the "due diligence" process for more than 1175 days. That is a record for which no one can be proud.

We were told by the DOE in August of 2010 that Bright would get the ATVM loan "within weeks, not months" after we formed a strategic partnership with General Motors as the DOE had urged us to do. We lined up and agreed to private capital commitments exceeding $200M – a far greater percentage than previous DOE loan applicants. Finally, we signed definitive agreements with state-of-the-art manufacturer AM General that would have employed more

than 400 union workers in Indiana in a facility that recently laid-off 350 workers. Each time your team asked for another new requirement, we delivered with speed and excellence.

Then, we waited and waited; staying in this process for as long as we could after repeated, yet unmet promises by government bureaucrats. We continued to play by the rules, even as you and your team were changing those rules constantly – seemingly on a whim.

Because of ATVM's distortion of U.S. private equity markets, the only opportunities for 100 percent private equity markets are abroad. We made it clear we were an American company, with American workers developing advanced, deliverable and clean American technology. We unfortunately did not aggressively pursue an alternative funding path in China as early as we would have liked based on our understanding of where we were in the DOE process. I guess we have only ourselves to blame for having faith in the words and promises of our government officials.

The Chairman of a Fortune 10 company told your former deputy, Jonathan Silver, that this program "lacked integrity"; that is, it did not have a consistent process and rules against which private enterprises could rationally evaluate their chances and intelligently allocate time and resources against that process. There can be no greater failing of government than to not have integrity when dealing with its taxpaying citizens.

It does not give us any solace that we are not alone in the debacle of the ATVM process. ATVM has executed under $50 million of transactions since October of 2009. Going back to the creation of the program, only about $8 billion of the approved $25 billion has been invested. In the meantime, countless hours, efforts and millions of dollars have been put forth by a multitude of strong entrepreneurial teams and some of the largest players in the industry to advance your articulated goal of advancing the technical strength and clean energy breakthroughs of the American automotive industry. These collective efforts have been in vain as the program failed to finance both large existing companies and younger emerging ones alike.

Our vehicle would have been critical to meet President Obama's stated goal of one million plug-in electric vehicles on the road in 2015 and his commitment to buy 100 percent alternative fueled vehicles for the Federal Fleet. So, we are not the only ones who will be disappointed.

The ineffectiveness of the DOE to execute its program harms commercial enterprise as it not only interfered with the capital markets; it placed American companies at the whim of approval by a group of bureaucrats. Today at your own ARPA-E conference, Fred Smith, the remarkable leader of FedEx, made the compelling case to reduce our dependence on oil; a product whose price is manipulated by a cartel which has caused the greatest wealth transfer in our history from the pockets of working people and businesses to countries, many of whom are not our allies. And yet, having in hand a tremendous tool for progress in this critically strategic battle -- a tool that drew the country's best to your door -- you failed not only in the deployment of funds from ATVM but in dissipating these efforts against not just false hope, but false words.

•

For us, this is a particularly sad day for our employees and their families, as well as the employees and families of our partners.  We asked our team members on countless occasions to work literally around the clock whenever yet another new DOE requirement came down the pike, so that we could respond swiftly and accurately.  And, we always did.

Sincerely,

Reuben Munger
CEO

Mike Donoughe
COO



**CONGRESS BLOG**
THE HILL'S FORUM FOR LAWMAKERS AND POLICY PROFESSIONALS

**Congress Blogicon**

# .A case study in pay-to-play cronyism

**By Dan Epstein**

News flash: Government subsidies and special-interest favors go hand in hand.

The latest example comes from a federal green-energy loan program. Last month, the DC District Court **ruled** that Cause of Action, where I am executive director, can **proceed with a lawsuit** against the Department of Energy. We're suing the federal government for the blatant political favoritism in its $25 billion "Advanced Technology Vehicle Manufacturing Loan Program."

ADVERTISEMENT

In principle, this taxpayer-funded program was supposed to support the manufacture of energy-efficient cars. In practice, it rewarded a select few well-connected companies.

Since the program was created in 2008, numerous businesses have applied for its taxpayer-backed financial support. Yet only a small number were approved. Among the lucky few were two electric car manufacturers: **Tesla** and **Fisker**.

Both companies' political connections run deep, especially Tesla's. The company's founder, Elon Musk, was a **max donor** for President Obama. One of its board members, **Steven Westly**, was appointed to a Department of Energy **advisory board**. And another Obama bundler, Tesla investor and adviser Steven Spinner, **secured employment** in the department's Loan Program Office—the very office that gave the company a taxpayer-backed loan.

Fisker also has friends in high places. The company, which has since **gone bankrupt**, **was backed** by a San Francisco **venture capital firm** whose senior partners **donated millions** to the 2008 Obama campaign and other Democrat causes. **One partner**, **John Doerr**, parlayed his support into a seat on the President's Council of Jobs and Competitiveness.

Such connections can allow a company to exert political pressure to enrich itself. Unsurprisingly, Department of Energy emails show that such pressure was rampant in its loan programs.

There's no shortage of examples. The department's leaders—including then-Secretary of Energy Steven Chu—repeatedly promised to deliver results to politicians like Rep. Steny Hoyer (D-Md.) and Sen. Harry Reid (D-Nev.). **One emails reads**, "DOE has made a political commitment" to approve a company's loan. Another says the "pressure is on real heavy" from none other than

Vice President Joe Biden. And still **another shows** an employee asking, "what's another billion anyhow?"

Unsurprisingly, the Obama administration gave Tesla and Fisker preferential treatment, and then some.

The Department of Energy revised its review process in order finish the companies' applications faster. The government **gave them extraordinary access** to its staff and facilities—even to the point of having government employees personally walk them through the loan application and approval process. The department ignored its own lending rules in order to approve the companies' loans. And it **renegotiated the terms of some loans** after the companies could not keep their original commitments or were experiencing financial difficulties. Tellingly, Fisker has since gone out of business, despite receiving over a billion dollars in loans through this federal program.

Now contrast this preferential treatment with what happened to XP Vehicles and Limnia, neither of which have the same political connections. (My organization is suing the Department of Energy on their behalf). The two companies partnered to manufacture an energy-efficient sport utility vehicle that would have competed with Tesla and Fisker's cars. They applied for loans in 2008 and 2009 under the same loan program.

The department refused them both—and it used bogus reasons to do so.

For starters, the department made claims that were laughably false. To take one example: It rejected XPV's application because **its vehicle was powered by hydrogen**. It was an electric SUV. It also raised objections that it didn't raise with other companies whose applications were approved. For instance: The bureaucracy **criticized** the proposed all-electric vehicle for not using a specific type of gasoline. Yet Tesla and Fisker received the loans despite producing similar all-electric cars.

In light of these obvious problems and hypocrisy, both companies presented the Department of Energy with detailed rebuttals. Yet the government failed to respond. To this day, both XPV and Limnia are awaiting a satisfactory reply. In the meantime, **XPV has gone out of business**, unable to compete against its politically connected—and subsidized—rivals.

This casts the Department of Energy's loan program in a new light. It was sold to the American public as a means of promoting energy-efficient vehicles. Instead, it was used to benefit a select few well-connected companies. It was a blatant crony handout, paid for by the U.S. taxpayer.

Sadly, similar examples are widespread in Washington. That's no surprise considering the feds spend **roughly $100 billion a year** in taxpayer-funded handouts to businesses. This breeds the sort of government-business collusion Americans think is rampant in Washington. In fact, over

294

<u>two-thirds of likely voters</u> think the federal government helps businesses that hire the most lobbyists, shake the right hands, and pad the right pockets. They're right.

This points to a simple conclusion: Politicians and bureaucrats shouldn't use the public's money to pad private companies' bottom lines. As the Department of Energy's green-vehicle loan program shows, the capacity for corruption is immense—and inevitable.

*Epstein is executive director of Cause of Action, a government watchdog.*

# .Strange Deaths

# ALL CONNECTED TO THE CLEANTECH MYSTERY:

An Amazing number of individuals, connected to this case, suddenly, and unexpectedly, died. Each one was connected to the case. Most could be said to have had "too much information", or they were reporters, engineers or whistle-blowers who became "a problem". Some investigators believe that over $2 Trillion dollars of public money was embezzled, kick-back, stock-rigged and re-directed. When the numbers are that large, it is thought that Cartel members may take extreme measures:

BANKERS, ENGINEERS & REPORTERS SUDDENLY DIE IN HERDS! WHAT IS HAPPENING? IS THE SILICON VALLEY CARTEL KILLING OFF THE EVIDENCE?

- Rajeev Motwani taught Google how to Google. Suddenly, in perfect health, he was found floating face-down, dead, in his Silicon Valley swimming pool. It helps certain people that he can no longer talk.

- Gary D. Conley was the CleanTech competitor to, and whistle-blower on, the suspects. He was suddenly found with a bullet in his head behind Beale Air Force base. It helps certain people that he can no longer talk.

- David Bird was the Wall Street Journal energy reporter who was working on a story that involved Cleantech energy connections of some of the suspects. He was working on a story about who controlled the modern energy industry and cleantech.He went for a walk and was found a long time

later, dead, floating in a pond. It helps certain people that he can no longer talk.

- One Mr. Breitbart was a famous blogger, who railed on the web about the political manipulations of the suspects. Suddenly, he had a "heart attack" in his shower and died. It helps certain people that he can no longer talk on the blogs.

- Mr. Slym , with Tata Motors was involved in a car deal with some of the suspects for one of the biggest Indian auto-makers. Suddenly he was a stain on the sidewalk, accomplished by his fall from the top of a skyscraper hotel. It helps certain people that he can no longer talk.

- Doug Bourn, The senior electrical engineer at Tesla, Andrew Ingram of Palo Alto, a top systems electrical engineer at Tesla; and Brian M. Finn the senior manager of interactive electronics, at Tesla, had deep knowledge of financial misdeeds and technical cover-ups at Tesla Motors. They were key parts of the Tesla operation. For some reason, they all got into a private airplane, in perfect health, and then the airplane plowed into the ground, killing all three at once. It helps certain people that they can no longer talk. They wrote, and helped describe, in Tesla's own federal patent filings, the fact that Tesla's batteries would kill you, maim you and/or burn your house down. Tesla did not realize this when they paid the federal patent filing fees. When Tesla, later realized this, they were forced to give all of their patents away for free. These three senior engineers had deep inside knowledge of the Tesla Motors operations. Their aircraft suffered an "Engineering failure".

The above individuals had absolute knowledge of this case and some of them were known to have been whistle-blowers in this case.

All of these people (now over 50+ people) were in top health, had lots of money and were not likely to have died when they did. Then they died, suddenly and suspiciously, under bizarre circumstances. They were all connected to the suspects. Over 50 investment bankers connected to the suspects and their Goldman Sach's finance group are also suddenly dead under bizarre circumstances.

All of these people are dead. You can read about them, and their deaths, in extensive media coverage. There is no question about the facts: They are dead. The deaths are bizarre and mysterious. The timing is very convenient for a certain few. None of them were in poor health. They all had dealings with the suspect pool. They all would have been great witnesses in a federal hearing. The facts are 800 million

times against the odds of this being a conincidence.

All of the top suspects are staffed by, connected to, or financed by a Company called In-Q-Tel. In-Q-Tel goes to great lengths to brag about their CIA relationship. The CIA are the top experts in creating un-detectable murders. The cIA calls In-Q-Tel "A rogue Operation not affiliated with CIA core activities". In-Q-Tel staff assisted Sony Pictures in making Zero Dark Thirty.

Over 1000 published reports and articles provide an analysis of certain Silicon Valley billionaires as "Sociopaths". Both sociopaths and psychopaths are known to be likely to commit murder.

While nobody is directly accusing John Doerr, Elon Musk, Richard Blum, Vinohd Khosla or Eric Schmidt of murder, the facts lead to some awkward implications.  Investigators at the FBI, GAO, U.S. Senate and State AG offices want to know more. Anyone with additional details to share, is asked to connect their local federal law enforcement agencies."

ADDITIONALLY, REPORTERS HAVE NOW DOCUMENTED OVER 180 SUDDEN INVESTMENT BANKER DEATHS. 89% OF THESE DEAD INVESTMENT BANKERS WERE CONNECTED TO, DID BUSINESS WITH, OR HAD A WORKING RELATIONSHIP WITH THE SILICON VALLEY CARTEL:

WHY WOULD SO MANY WEALTHY PLAYBOY BANKERS SUDDENLY JUST COMMIT SUICIDE? DID THEY REALIZE THEY WERE ABOUT TO GET CAUGHT IN THE CRIME OF THE CENTURY?

rt.com/op-edge/death-finance-bankers-insecure-420/

Investment banker jumps to death from JP Morgan's ...An investment banker at JP Morgan jumped to his death from the roof of the bank's headquarters in Central yesterday. Witnesses said the man went to the roof of the 30 ...

scmp.com/business/banking-finance/article/1430296/...

Banker leaps to his death in finance world's 8th "suicide" this .A 28-year old Manhattan investment banker has died in an apparent suicide, police sources said. Kenneth Bellando, who worked at Levy Capital since January ...

nypost.com/2014/03/17/investment-banker-leaps-to-his...

JPMorgan suicide is 3rd mysterious death in weeks - New York PostThis suicide marks the third mysterious death of a JPMorgan banker in the ... and investment bank ... American Foundation for Suicide ...

nypost.com/2014/02/18/jpmorgan-bankers-suicide-is-3r...

Investment Banker Jumps To Death: Man Commits Suicide After A promising investment banker who was described as "talented" and a "positive force" by fellow workers jumped 200 feet to his death Thursday from his Manhattan

inquisitr.com/2130611/investment-banker-jumps-to-death-...

London Stunned By Spate Of Banker Deaths - Business Insider A series of deaths among finance workers has shaken London and raised more concerns about stress levels of bankers, Ben Wright and David Enrich of The Wall Street ...

businessinsider.com/man-falls-from-london-jp-morgan-building-...

Investment Banker Jumps To His Death In ... - The Inquisitr News An investment banker jumps to his death from the window of his New York City luxury apartment, and the incident is now making headlines. According to Fox News,

inquisitr.com/2131908/investment-banker-jumps-from-luxu...

Financial world shaken by bankers' apparent suicides in a ...The apparent suicide death of the chief economist of a US investment house brings the number of financial workers who have died allegedly by their own hand ...

rt.com/business/russell-investments-chief-econom...

Another JPMorgan Investment Banker Jumps to His Death ...The string of recent banker "suicides" continues as 28 year old former JP Morgan investment banker John Bellando has reportedly jumped from his 6th floor E

silverdoctors.com/another-jpmorgan-investment-banker-jumps-...

Moritz Erhardt, Investment Banking Intern, Dies In London  An intern working for Bank of America's investment banking unit in London died Thursday, just a week shy of completing his summer program, that bank told ...

huffingtonpost.com/2013/08/19/moritz-erhardt-investment-bank...

Investment banker jumps to his death from luxury apartment ...An investment banker jumps to his death from a luxury apartment building in New York City, striking a railing and becoming decapitated before hitting the ...

examiner.com/article/investment-banker-jumps-to-his-de...

Investment banker jumps: 29 y/o jumps to his death in NYC ...An investment banker jumped to his death from the 24th floor of his luxury apartment building in Manhattan, and witnesses to the 29-year-old investment ...

examiner.com/article/investment-banker-jumps-29-y-o-ju...

Third prominent banker found dead in six days | 2014-01-31 ..Three prominent bankers appear to have committed suicide in six days. The deaths, ... Dueker is the third prominent banker found dead ... Investment News;

housingwire.com/articles/28796-third-prominent-banker-fou...

The Death Of 8 World Bankers Is Mysteriously Sinister  In the first video, the Pastor states that we are in the "End Times" - let me clarify that for all those who haven't studied the origins of the world's ...

investmentwatchblog.com/the-death-of-8-world-bankers-is-mysteriou...

Goldman Sachs Investment Banker's Death Ruled a "Suicide" ...The death of an Indian American investment banker with Goldman Sachs in San Francisco who jumped from an apartment building has been ruled a suicide by police.

indiawest.com/news/global_indian/goldman-sachs-investme...

Bank of America Intern Death Sheds Light On Cutthroat World ...A view of London's Canary Wharf financial district. The death of a 21-year-old intern inside Bank of America's investment banking unit has set off a debate ...

huffingtonpost.com/2013/08/23/bank-of-america-intern-death_n...

New York Investment Banker Jumps To His Death From Luxury Yesterday, New Yorkers walking by the Ocean Luxury Rental apartment building at 1 West St around 10:40am, were greeted with a gruesome sight: a 29-year-old ...

zerohedge.com/news/2015-05-29/new-york-investment-banke...

Ex-banker's courtroom death an apparent "suicide" - CNN.com The death last month of a 53-year-old former investment banker who collapsed in an Arizona courtroom, minutes after a jury found him guilty of torching his ...

cnn.com/2012/07/10/justice/arizona-courtroom-deat...

Father of NY banker who jumped to his death fears son turned ..Exclusive: Father of investment banker, 29, fears son turned to drink and drugs to cope with stress and jumped to his death after a 'Wolf of Wall Street cocaine party'

dailymail.co.uk/news/article-3102513/Successful-investmen...

New Clues in Suicide of JP Morgan Banker Add to Mystery Alex  His suicide was blamed on "the stressful environment of investment banking," although its timing, ... any more mysterious banker deaths will only add to the intrigue.

infowars.com/new-clues-in-suicide-of-jp-morgan-banker-...

THE LIST OF MYSTERIOUS BANKER DEATHS IS INCREASING | Alternative THE LIST OF MYSTERIOUS BANKER DEATHS IS INCREASING. ... He was a vice president in the corporate and investment bank technology department having ...

beforeitsnews.com/alternative/2014/01/the-list-of-mysteriou...

JPMorgan employee jumps to his death in Hong Kong - NY Daily News A JPMorgan investment banker jumped to his death Tuesday from the roof of the bank's Hong Kong headquarters \97 the third bizarre death for the global business in ...

nydailynews.com/news/world/jpmorgan-employee-jumps-death-...

Second JPMorgan Banker Jumps To His Death: Said To Be 33 Year ..An investment banker on Tuesday jumped to his death from the roof of Chater House in Central, where Wall Street bank JP Morgan has its Asia headquarters ...

zerohedge.com/news/2014-02-18/third-jpmorgan-banker-jum...

28-Year Old Former JPMorgan Banker Jumps To His Death, Latest ..28-Year Old Former JPMorgan Banker Jumps To His Death, Latest In Series Of Recent Suicides. 0 56 0. ... The investment banker then went to Paragon Capital Partners, ...

infowars.com/28-year-old-former-jpmorgan-banker-jumps-...

Goldman Investment Banker Gupta's Death Determined to Be ... The April death of 22-year-old Goldman Sachs Group Inc. investment-banking analyst Sarvshreshth Gupta in San Francisco was determined to be a "suicide by ...

bloomberg.com/news/articles/2015-06-09/goldman-investme...

Banks Take Notice of Recent Deaths | Fox Business  A string of deaths this year has reignited concerns over the high-stress business of banking, and some of the financial industry's largest institutions ...

foxbusiness.com/industries/2014/02/20/concerns-over-recen...

Banker Deaths Leave Industry Concerned as Coroners Probe ..Banker Deaths Leave Industry Concerned as Coroners Probe. by Ben Moshinsky. March 24, ... about whether working late was necessary in investment banking.

bloomberg.com/news/articles/2014-03-24/banker-suicides-...

A Closer Look at Young Worker Deaths at JPMorgan Chase  JPMorgan Chase employs 260,000 workers in 60 ... "A 33-year-old JPMorgan investment banker leaped to his death Tuesday from the roof of the bank's 30-story ...

wallstreetonparade.com/2014/03/a-closer-look-at-young-worker-dea...

TWO senior American bankers working in London commit "suicide" ...Two top American bankers commit suicide in London as one jumps 500ft to his death from JP Morgan skyscraper and another hangs himself in luxury home

dailymail.co.uk/news/article-2547684/TWO-senior-American-...

Why did NYC Investment banker jump to his death? An investment banker who leapt to his death from a luxury lower Manhattan, NYC apartment, Ocean 1 West has become the focus of macabre intrigue after coming to be ...

scallywagandvagabond.com/2015/05/why-did-nyc-investment-banker-jum...

Load More

More Suspicious Deaths - Bankers and Journalists | Deus Nexus 3 Were Top Investment Bankers. Carr's coworkers were shocked of his death and said that he was "special", a "gifted" journalist with lots of "talent".

deusnexus.wordpress.com/2015/02/16/more-suspicious-deaths/

Another International Banker Death: NY Investment Professional..  Refocus Notes: It began on January 26th, when a noted investment banker named Li Jie plunged to his death in Singapore.

conservativerefocus.com/blogs/blog5.php/2014/03/23/another-intern...

...jpmorgan investment banker jumps to his death | max. 11 comments on "ANOTHER JPMORGAN INVESTMENT BANKER JUMPS TO HIS DEATH". sorry any banker that jumps I want DNA proof.

maxkeiser.com/2014/03/another-jpmorgan-investment-banke...

Suicide, Omen or Political Murder: 2014 Banker Death Count Reaches...Kenneth Bellando, an investment banker with Levy Capital Partners in New York, and former JP Morgan employee, jumped from the roof of his Banker Deaths are the Result of Conspiracy.

mysteriousuniverse.org/2014/05/suicide-omen-or-political-murder-...

Another JP Morgan Investment Banker Jumps To His Death...(George Chen) An investment banker on Tuesday jumped to his death from the roof of Chater House in Central, where Wall Street bank JP Morgan has its Asia headquarters...

govtslaves.info/another-jp-morgan-investment-banker-jumps...

4th Investment Banker Commits Suicided In A Week! | Ear Hustle 411 According To 'V' The Guerrilla Economist, Bankers Deaths Are Assassinations!!! "5th Investment Banker to Committ Suicide" | EarHustle411.

earhustle411.com/4th-banker-commits-suicided-week/

Banker leaps to his death in finance world's 8th suicide this year A 28-year old Manhattan investment banker has died in an apparent suicide, police sources said. Bellando becomes the eighth suicide of a financial professional this year and the third death in as many...

nypost.com/2014/03/17/investment-banker-leaps-to-his...

...Over 40 Bankers Dead Since 2014 - Latest Banker Death. The list just got longer with this report showing that investment banker, 32 year-old Kate Matrosova, was found dead in the The prior 36 banker deaths from 2014, found at ZeroHedge, shown below

allnewspipeline.com/Over_40_Bankers_Dead_Since_2014.php

11th Dead Banker bites the dust, 5th Dead JP Morganer, Kenneth...A 28-year old Manhattan investment banker has died in an apparent suicide, police sources said. 28-Year Old Former JPMorgan Banker Jumps To His Death, Latest In Series Of Recent Suicides.

imaginarymarkets.com/11th-dead-banker-bites-the-dust-5th-dead-...

Does The Trail Of Dead Bankers Lead To Silicon Valley? An investment banker at JP Morgan jumped to his death from the roof of the bank's headquarters in Central yesterday. Witnesses said the man went to the roof of the...

dcclothesline.com/2014/02/19/trail-dead-bankers-lead-somewh...

28-Year Old Former JPMorgan Banker Jumps To His Death, Latest..Not a week seems to pass without some banker or trader committing suicide. 11 - Kenneth Bellando, 28, a trader at Levy Capital, formerly investment banking analyst at JPMorgan, jumped to his death...

zerohedge.com/news/2014-03-18/28-year-old-former-jpmorg...

Top 7 notorious banker deathswalking with the devil...The billionaire investment banker's death, according to well placed European sources, was not suicide as the world press reported, but rather, murder.

libertygoldandsilver.com/GoldandSilverBlog/?p=393

7th Dead Banker, JP Morgan FX Investment Banker | Quare Beta\85..An investment banker on Tuesday jumped to his death from the roof of Chater House in Central, where Wall Street bank JP Morgan has its Asia headquarters...

quarebeta.com/7th-dead-banker-jp-morgan-fx-investment-b...

Death Toll: 8th High-Profile Banker Dies In Suspicious Circumstances An investment banker yesterday jumped to his death from the roof of investment bank JP Morgan's Asia HQ in Hong Kong.

neonnettle.com/news/162-death-toll-8th-high-profile-bank...

More Bankster Deaths - LewRockwell.com The billionaire investment banker's death, according to well placed European sources, was not suicide as the world press reported, but rather, murder.

lewrockwell.com/2014/03/no_author/more-bankster-deaths/

Top SA banker plunges to death in London, page 1 |  London - A top South African-born investment banker who worked in London jumped to his death last week from the top of an upmarket restaurant in the English capital, UK media reported on Thursday.

abovetopsecret.com/forum/thread891606/pg1

"Corrupt politicians, and criminals, who engage in crimes in the dark will always, eventually, have to face the light. Welcome to the AGE OF TRANSPARENCY"

This site has been replicated on a vast number of mirror servers. Any take-down attempts will be trace-routed back to source and crime-reported,

Constitutionally charged and the individuals, and their sponsors litigated, against. Hard bound copies from LuLu, and other printing services, as well as DVD's of this site, and the top 4 reference sites, are provided, on request, to all members of The U.S. Congress, weekly. Multiple federal law enforcement agencies are now advising. All material provided by agencies, reporters and witnesses. No illegal material is on this site, but investigators do have much material in hand that the public has yet to see.

See what happened to reporters and taxpaying members of the public who tried to report the crimes in the XYZ case at: http://www.paybackpolitics.org

----------------------------------

# THE COVER-UP!

When you hear two words: \93Haldeman and Ehrlickman\94; suddenly the entire case history of an epic political crime rises in your memory.

When you hear \93Franklin Deleno Roosevelt, JP Morgan and Smedley Butler\94 another whole part of political crime history jumps to the front of your memory.

\93Bonnie & Clyde\94

\93John Wilkes Booth\94

Which just a few syllables, historical facts that fill history books, cultural memories, and cautionary classroom lectures step forward from the pages of history and memory.

In each, and every case, the criminals thought they would never get caught. Their egomania made them think they were untouchable.

In each and every case they were caught. History has proven that political embezzlement crimes never stay secret. That has never been more true than in this new age of Everything-has-been-hacked.

You can\92t pull off a big political embezzlement crime all by yourself. When more than 3 people are involved, the secret always, always comes out. In this case there were over 80 people involved.

The secrets are already spilling out like a waterfall of remorse.

Large numbers of White House staff, Secret Service agents, Department of Energy staff, Securities & Exchange examiners and more, witnessed the events. Now they are starting to come forward.

Now the bad guys, and those who are clinging to the last shreds of the cover-up, need to make a decision:

Do they want their legacy to be that of criminal or redeemer?

Do they want to be remembered, for all of digital time, as the abusers of the the public trust, thieves and mobsters, or do they want to have a hope of redemption?

Do they want their family name, their memory and what they stand for, in the history books, to be an icon of criminality or one of revival?

Today is the day you need to decide.

Are you going to be remembered as the rapist of the public trust or the angel?

Do you care about your \93legacy\94? History is not kind to evil public servants.

Step up, now, and do the right thing.

------------------------------------

# .10 Cover-ups That Just Made Things Worse

by Patrick J. Kiger

# 10 Attempted Cover-ups That Just Made Things Worse

It's easy to dismiss conspiracy theorists who claim that the 9/11 attacks were staged by the U.S. government or that Princess Diana was actually murdered. But just because some accusations are far-fetched, that doesn't mean that conspiracies don't ever happen.

To the contrary, history is filled with examples of real-life conspiracies. Recently, forensic scientists used a computerized tomography (CT) scan to examine the mummy of the Egyptian pharaoh Ramesses III, who died in 1155 B.C., and spotted a wide, deep wound in his throat, probably caused by a sharp blade. That confirmed what Egyptologists already had discovered by perusing ancient papyrus scrolls \ 97 that Ramesses had been the victim of a conspiracy by members of his harem, who murdered him in an attempt to seize power [source: ScienceDaily].

But it's also revealing that the conspirators against Ramesses didn't get away with their deed, apparently because they were overheard discussing their plot. Before long, they were arrested and eventually executed [source: Records of the Harem Conspiracy].

As former Nixon White House aide G. Gordon Liddy \97 a key figure in the notorious Watergate scandal and cover-up \97 noted, the big problem with conspiracies is that people can't keep their mouths shut [source: Shermer]. That tendency to blab may stem from a desire to take credit for an ingenious plot, but it also may have something to do with the stress of duplicity. A 2012 study published in the Journal of Experimental Psychology found that secret-keeping exacted a physical toll on subjects, increasing the effort needed to perform tasks, and even making hills that they had to climb feel steeper.

So it's no wonder that the bad stuff gets out, eventually. Here are 10 examples of cover-ups that backfired.

## 10: The Dreyfus Affair

 In 1894, France's government and army already were struggling with a series of damaging scandals when a janitor discovered papers in the wastebasket of a German military attach\E9 indicating a traitorous French officer was spying for the Germans. French military leaders quickly found what seemed like a perfect way to weasel out of the mess. They framed an obscure army officer, Capt. Alfred Dreyfus, as the traitor, possibly figuring that he made a good fall guy because he was Jewish. (Anti-Semitism, sadly, was rampant in 19th-century France). Despite his protestations of innocence, Dreyfus was sentenced to life imprisonment at Devil's Island in South America.

When the chief of military intelligence, Lt. Col. Georges Picquart, uncovered evidence that a Maj. Ferdinand Walsin-Esterhazy was the real spy, his superiors removed Picquart from his post. That's when Emile Zola, the famous French writer, published an expose, "J'Accuse," which irked the military so much, it had him indicted and convicted of libel, forcing him to flee the country.

But the public outcry stirred by Zola grew more intense after another army officer discovered that the conspirators had planted a forged document in the file with the authentic evidence to help convict Dreyfus. He finally got a new trial, and despite a confession from the forger, a military court convicted him again and sentenced him to 10 years' detention. The French premier finally stopped the absurdity by pardoning Dreyfus in 1899 [sources: Encyclopedia Britannica, Jewish Virtual Library].

The Dreyfus affair didn't totally eradicate anti-Semitism, but it marked the beginning of a new, more egalitarian French society [source: BBC News].

### 9: The Teapot Dome Scandal

If you think politics is dirty and corrupt today, it's a good thing you weren't around in the 1920s. That's when the White House was occupied by Warren G. Harding, a charming but dim-witted fellow who privately admitted to friends that the job was beyond his abilities. While not personally dishonest, Harding \97 who once gambled away the White House china set in a card game \97 filled his administration with poker and golf buddies, many of whom turned out to be crooks.

Take Harding's Secretary of the Interior, Albert Fall. He secretly allowed oil companies to tap the Teapot Dome oil reserve in Wyoming and the Elk Hills oil reserve in California in exchange for several hundred thousand dollars in bribes [source: Miller Center]. After the Wall Street Journal published a 1922 expose revealing that the oil had been sold without competitive bidding, a crusading senator from Wisconsin, Robert La Follette, arranged for the Senate Committee on Public Lands to investigate [source: U.S. Senate].

Harding's attorney-general, Harry Daugherty, who was getting heat for failing to investigate corruption, turned to then-FBI director William J. Burns. Burns sent one of his agents to ransack La Follette's office, to search for anything that might be used to blackmail the senator into silence [source: Jeffreys-Jones]. But that only convinced La Follette that he was on to something, and the investigation pressed on, exposing Fall's shady dealings. Eventually, Fall became the first U.S. cabinet secretary in history to go to prison.

### 8: The Tuskegee Syphilis Experiment

Of all of the breaches of medical ethics in history, it's hard to think of one more heinous than the "Tuskegee Study of Untreated Syphilis in the Negro Male," which was conducted by the U.S. Public Health Service (PHS), working with the Tuskegee Institute, from 1932 to 1972. Researchers initially recruited 600 men, including 399 who tested positive for syphilis [source: Centers for Disease Control and Prevention]. This sexually transmitted bacterial disease can occur over decades and causes paralysis, blindness, dementia and damage to the brain, heart, bones and other organs and even death [source: CDC].

Researchers didn't tell the infected men that they had the disease or that the purpose of the study was to document how the disease destroyed their bodies. The men were only told they would receive free

medical care for "bad blood," a vague term that didn't imply a specific medical condition. And even when penicillin, an effective treatment for syphilis, became available in 1947, the researchers didn't offer it to them [source: CDC]. Between 28 and 100 of the participants died from syphilis, but the death toll may have been higher, since they may have infected others unknowingly [source: Tuskegee Syphilis Legacy Committee].

In the mid-1960s, Pete Buxton, a government social worker came across internal government reports of the study, and protested to higher-ups that it was unethical. After several years of inaction, he handed over proof of the study's existence to a friend at the Associated Press. The resulting outcry forced PHS to shut down the study in 1972 [source: Beech].

But that wasn't the end of the repercussions. The following summer, the government settled a $10 million lawsuit brought by survivors and their families and provided them with lifetime medical care [source: CDC].

### 7: The Tobacco Industry Denies Health Risks of Smoking

In 1950, a physician and epidemiologist, Dr. Ernst Wynder, published a landmark study in the Journal of the American Medical Association, pointing to cigarette smoking as a cause of lung cancer [source: Blakesbee]. In response, six major cigarette makers funded a massive research effort of their own \97 not so much to find out whether their product did indeed pose a risk, but to "blow smoke" in the public's face.

In January 1954, the Tobacco Institute Research Committee, which later changed its name to the Council for Tobacco Research, ran full-page ads in 400 newspapers claiming that "eminent doctors and research scientists have publicly questioned the claimed significance of these experiments" and asserting that although the industry believed that smoking wasn't hazardous to health, it pledged to assist "the research effort into all phases of tobacco use and health" [source: Boyle et al.].

In truth, the industry's own scientists already knew there was a possible link to cancers; a 1953 survey of scientific literature by R.J. Reynolds Tobacco chemist Claude Teague, for example, concluded that "studies of clinical data tend to confirm" a link between heavy smoking and lung cancer. Yet they continued to try to cloud the issue. A 1972 industry memo described an ingenious strategy of "creating doubt about the health charge, without actually denying it" [source: Cummings, Brown and O'Connor].

Eventually, though, attorneys-general from 46 states in the U.S. joined in a massive lawsuit against the industry. The tobacco companies agreed in 1998 to pay out a staggering $10 billion annually \96 indefinitely \96 to make up for the damage they'd done, especially in health care costs [source: Public Health Law Center].

### 6: The CIA Plot to Kill Castro

 On Nov. 22, 1963, the nation was traumatized by the assassination of President John F. Kennedy in

Dallas. Two days later, a second shock followed, when suspected assassin Lee Harvey Oswald was ambushed and shot to death by Jack Ruby while in police custody before he could be brought to trial. Kennedy's successor, President Lyndon Johnson, appointed a special commission, headed by U.S. Supreme Court Chief Justice Earl Warren, to figure out what had happened. The Warren Commission's report, issued in September 1964, concluded that Oswald not only had fired the shot that killed Kennedy from a window in the Texas Book Depository, but also that he had acted alone \97 as had Ruby, his killer [source: Lewis].

But in the years that followed, skeptics attacked the massive Warren Commission report as an incomplete investigation. They were right. In 1967, an article by syndicated columnists Drew Pearson and Jack Anderson posed the theory that Kennedy had been killed not by a lone gunman, but in retaliation for U.S. Central Intelligence Agency (CIA) plot to assassinate Cuban dictator Fidel Castro [source: Select Committee]. The CIA somehow had neglected to inform the commission of those plots, even though both Oswald and his killer Ruby had a number of conspicuous links to Cuba. For example, Oswald had attempted to contact the Cuban embassy in Mexico City at one point [source: Warren Commission Report].

Those and other omissions led a House committee to conclude in 1979 that Kennedy "was probably killed as a result of a conspiracy," though it could not determine who was involved [source: Select Committee]. The mystery continues to this day.

### 5: Watergate

Watergate is the gold standard of botched cover-ups with disastrous consequences. In June 1972, police arrested five burglars at the Watergate hotel and office complex in Washington, where they were attempting to place listening bugs in the offices of the Democratic National Committee. It quickly became apparent that the burglars had links to President Richard Nixon \97 one of them, Bernard Barker, had a $25,000 check from Nixon's campaign in his bank account.

By October, an FBI investigation had determined that the break-in was part of a massive campaign of political spying and sabotage on behalf of Nixon \97 who, somehow, still managed to win re-election in a landslide. But as Congressional investigators started digging into the case in 1973, Nixon and his aides dug in their heels \97even after former White House counsel John Dean revealed that he'd had 35 discussions with the president about the cover-up.

Nixon resisted turning over secret tapes of White House meetings, and even fired Archibald Cox, the special prosecutor that his administration had appointed to at least give the appearance of trying to clean house. Eventually, when Nixon turned over a crucial tape, it had a mysterious 18-and-a-half minute gap in it. At that point, despite his earlier protestations of "I am not a crook," nobody believed him. In July 1974, after the House of Representatives passed the first of three articles of impeachment against him, Nixon finally quit. His successor, Gerald Ford, pardoned him, ensuring that he would avoid being the first U.S. president to go to prison [source: Washington Post].

**4: The Ford Pinto**

Except for cigarettes and thalidomide, it's hard to think of a product with a worse reputation for safety than the Ford Pinto, introduced in the 1971 model year [source: Motavalli]. But even though the car sold well, Ford knew that it carried inside it a serious design problem. When the car had been deep into its development cycle, low-speed rear-end crash testing had revealed that the fuel tank's filler neck had a tendency to tear away and spill gasoline under the car. Additionally, the tank itself was easily punctured by bolts protruding from the differential and nearby brackets.

It would have cost an additional $11 per car to fix the problems, but Ford management decided to do nothing, figuring that it cost less to pay off Pinto owners whose cars caught on fire [source: Wojdyla]. Unfortunately for them, a dogged investigative reporter, Mark Dowie of Mother Jones magazine, was willing to sift through the mountain of paperwork in the U.S. Department of Transportation's file cabinets where the company had buried the problem. He unearthed a memo in which the company calculated that settling burn victim lawsuits would save the company $70 million over installing the parts in the Pintos [source: Motavalli].

After Dowie's expose was published, a jury in Orange County, Calif. awarded $125 million in damages to a man who'd been injured in a burning Pinto. Though the penalty was later reduced to $3 million, it was the beginning of the end for the car and the start of a public-relations disaster that took Ford years to get past [source: Wojdyla].

**3: Chernobyl**

In April 1986, a crew at the Chernobyl nuclear power plant in Ukraine \97then part of the Soviet Union \97 ran a seemingly routine test to see how long a reactor's turbines would continue to supply power to its circulating pumps in the event of a loss of electrical power. The reactor malfunctioned due to an inopportune power surge, and the fuel rods got stuck, overheating the water inside the reactor and causing a buildup of steam. The resulting explosions caused massive amounts of radioactive gases and debris to spew into the atmosphere for 10 days \97 the biggest such uncontrolled release in history not from a nuclear bomb.

Two workers died immediately from the explosion. Twenty-eight more, including six firemen who struggled to put out fires on one of the plant's rooftops, died later from radiation exposure, and winds carried the radiation far and wide across the Soviet Union and even to other European countries [source: World Nuclear Association]. But despite the magnitude of the disaster, Soviet officials didn't publicly admit that the accident had occurred until two days later, when Swedish officials sounded the alarm about increased levels of radiation drifting westward.

Then-Soviet leader Mikhail Gorbachev waited an astonishing three weeks before even mentioning the accident publicly. He later claimed, somewhat implausibly, that the Kremlin had difficulty getting the full story, and "we realized the entire drama only later." But the rest of the world responded with such

313

scathing criticism that Gorbachev felt compelled to lift information restrictions, not just about the disaster but other government misdeeds as well. That period of "glasnost," or openness, ultimately hastened the end of the Soviet regime itself a few years later [source: Associated Press].

## 2: Pedophile Priests

In 1973, Massachusetts-based Roman Catholic priest James R. Porter, sent a disturbing letter to Pope Paul VI. Porter admitted that he had been sexually abusing children for years, and asked that he be relieved of his duties before he hurt anyone else. "I know in the past that I used to hide behind a Roman collar, thinking that it would be a shield for me," he said.

But Porter's personnel file, obtained in 1992 by the Boston Globe, revealed that Porter had considerable help covering up his crimes against roughly 100 young boys and girls. In the course of his 14-year career, Porter had been removed from his duties at least eight times by superiors because he had assaulted children, and sent to receive mental health treatment for pedophilia \97 only to be allowed to resume his work after they were satisfied that had been cured of his predatory predilections [source: Butterfield].

For decades, the Catholic hierachy \97 both in the U.S. and in other countries \97 engaged in a systematic effort to cover up crimes by its clergy. But when victims of priestly abuse finally began going public in the 1980s, widespread outrage led the truth to come out.

A study commissioned in the 2000s by church officials in the U.S. revealed that between 1950 and 2002, 4,392 priests had been accused of sexual abuse. Some, such as Porter, ultimately were convicted and sent to prison. But the church itself also paid dearly for the cover-up. By one estimate in the late 2000s, various U.S. archdioceses have paid out more than $3 billion to settle lawsuits by victims [sources: Chinnici, Boston Globe].

## 1: Fleet Street Phone-Hacking

 British tabloid journalists don't exactly have a sterling reputation for ethics. But even so, the scandal about their hacking the phones of celebrities, politicians, sports stars and crime victims was a shock. The first revelations emerged in November 2005, when Clive Goodman, royal editor at the tabloid News of the World, wrote a story about a previously unrevealed knee injury suffered by Prince William. The Royal family quickly guessed that someone had hacked into the prince's mobile phone voicemail to get the scoop. Scotland Yard arrested Goodman and Glenn Mulcaire, a private investigator employed by the paper [source: BBC News].

The pair was sentenced to jail in 2007 after revealing that they'd obtained back-door codes used by network operators and used them to listen in on several hundred messages [source: BBC News].

But that was just the tip of the iceberg. In 2009, the Guardian, a rival newspaper, revealed that News of the World's parent company, News Group International, had paid out more than $1 million British

pounds (about U.S. $1.5 million) to quietly settle lawsuits that might reveal the use of phone hacks and other data thefts to obtain inside information about important people [source: Davies]. In 2011, the Guardian further reported that police had discovered that the phones of more than 5,800 people \97 including celebrities such as actor Hugh Grant \97 had been hacked by Mulcaire [source: O'Carroll].

As a result of the scandal, international media baron Rupert Murdoch shut down News of the World in 2011 [source: Sky News] In 2012, he admitted that there had been a cover-up and publicly apologized, claiming that had he understood the depth of the misdeeds, he "would have torn the place apart" [source: Greene].


Author's Note: 10 Attempted Cover-ups That Just Made Things WorseI have a certain fondness for revelations about cover-ups, because in the 1980s, I worked as a newspaper reporter. One of my big stories was a Sunday Magazine piece on the leak of a toxic cloud from a chemical plant in West Virginia. The company that owned the plant insisted that local residents had no reason to fear harm from the release. But that assurance wasn't so comforting to the residents. I discovered that there had been a long history of leaks from plants in the area, and that many residents suffered from diseases that they blamed on them. Stayed tuned for the Fukishima cover-up, the Climate Change cover-up, The Tesla cover-up, The Afghan gas station cover-up, The Lois Lerner cover-up, and many more.

**Sources**

Associated Press. "Chernobyl cover-up a catalyst for 'glasnost.'" Nbcnews.com. April 24, 2006. (Feb. 26, 2013) http://www.nbcnews.com/id/12403612/#.USy7g6VOR8E

BBC News. "Pair jailed over royal phone taps." Bbc.co.uk. Jan. 26, 2007. (Feb. 26, 2013) http://news.bbc.co.uk/2/hi/6301243.stm

BBC News. "The Dreyfus Affair: 100 Years On." July 11, 2006. (Feb. 27, 2013) http://news.bbc.co.uk/2/hi/europe/5166904.stm

BBC News. "Royal phone-tap probe 'widened.'" August 9, 2006. (Feb. 26, 2013) http://news.bbc.co.uk/2/hi/uk_news/5258918.stm

Beech, Bettina. "Race and Research." American Public Health Association. 2004. (Feb. 25, 2013) http://books.google.com/books?id=tRzXJAFODuwC&pg=PA49&lpg=PA49&dq=jean+heller+buxton&source=bl&ots=uGfq91L3UC&sig=GwXyKTiXn_I80YQ0hVukC6xi2jk&hl=en&sa=X&ei=fw0sUeKXJJK40gHF7YDIDg&ved=0CDYQ6AEwAQ#v=onepage&q=jean%20heller%20buxton&f=false

Blakesbee, Alton. "Scientists Link Cancer of Lung To Cigarettes." Associated Press. July 17, 1950. (Feb. 25, 2013) http://news.google.com/newspapers?id=2EgpAAAAIBAJ&sjid=V2gFAAAAIBAJ&pg=1083,1413672&dq=ernst+wynder&hl=en

Boston Globe. "The Boston Area's First Predator Priest Case." (Feb. 26, 2013) http://www.boston.com/globe/spotlight/abuse/extras/porter_archive.htm

Boyle, Peter et al. "Tobacco: Science, Policy and Public Health." Oxford University Press. 2010. (Feb. 25, 2013) http://books.google.com/books?id=OC3merCRJmMC&pg=PA80&dq=tobacco+industry+research+suppressed&hl=en&sa=X&ei=yhMsUcCGMO-00QGTsoDYBA&ved=0CGgQ6AEwCA#v=onepage&q=tobacco%20industry%20research%20suppressed&f=false

Butterfield, Fox. "Paper Says Ex-Priest Admitted Sex Abuse to Pope." The New York Times. October 25, 1992. (Feb. 26, 2013) http://www.nytimes.com/1992/10/25/us/paper-says-ex-priest-admitted-sex-abuse-to-pope.html

Centers for Disease Control and Prevention. "Syphilis\97CDC Fact Sheet." Feb. 11, 2013. (Feb. 25, 2013) http://www.cdc.gov/std/syphilis/STDFact-Syphilis.htm

Centers for Disease Control and Prevention. "The Tuskegee Timeline." Cdc.gov. June 15, 2011. (Feb. 25, 2013) http://www.cdc.gov/tuskegee/timeline.htm

Chinnici, Joseph P. "When Values Collide: The Catholic Church, Sexual Abuse, and the Challenges of Leadership." Orbis Books. 2010. (Feb. 26, 2013) http://books.google.com/books?id=vuggS8HlUO8C&printsec=frontcover&dq=catholic+church+sex+abuse+history&hl=en&sa=X&ei=K8YsUbCDMuXl0QGW4ICwCQ&ved=0CDAQ6AEwAA

Cummings, K. Michael; Brown, Anthony; and O'Connor, Richard. "The Cigarette Controversy." Cancer Epidemiology, Biomarkers and Protection. Dec. 15, 2006. (Feb. 25, 2013) http://cebp.aacrjournals.org/content/16/6/1070.long

Davies, Nick. "Murdoch papers paid \A31m to gag phone-hacking victims." Guardian.co.uk. July 8, 2009. (Feb. 26, 2013) http://www.guardian.co.uk/media/2009/jul/08/murdoch-papers-phone-hacking

Dowie, Mark. "Pinto Madness." Mother Jones. September-October 1977. (Feb. 26, 2013) http://www.motherjones.com/politics/1977/09/pinto-madness

Encyclopedia Britannica. "Alfred Dreyfus." Britannica.com. Undated. (Feb. 25, 2013) http://www.britannica.com/EBchecked/topic/171509/Alfred-Dreyfus

Greene, Richard Allen. "Rupert Murdoch admits phone-hacking 'cover-up,' apologizes." CNN. April 26, 2012. (Feb. 26, 2013) http://www.cnn.com/2012/04/26/world/europe/uk-phone-hacking-murdoch

Jewish Virtual Library. "Alfred Dreyfus and "The Affair." 2013. (Feb. 25, 2013) http://www.jewishvirtuallibrary.org/jsource/anti-semitism/Dreyfus.html

Katz, RV. et al. "The legacy of the Tuskegee Syphilis Study: assessing its impact on willingness to participate in biomedical studies." Journal of Health Care for the Poor and Underserved. Nov. 2008.

(Feb. 25, 2013) http://www.ncbi.nlm.nih.gov/pubmed/19029744

Lewis, Anthony. "Warren Commission Finds Oswald Guilty and Says Assassin and Ruby Acted Alone; Rebukes Secret Service, Asks Revamping." The New York Times. September 27, 1964. (Feb. 25, 2013) http://www.nytimes.com/learning/general/onthisday/big/0927.html#article

Miller Center, University of Virginia. "Warren Gamaliel Harding." Millercenter.org. 2013. (Feb. 25, 2013) http://millercenter.org/academic/americanpresident/harding/essays/biography/1

Motavalli, Jim. "At the Toyota Hearing, Remembering the Pinto." The New York Times. Feb. 25, 2010. (Feb. 26, 2013) http://wheels.blogs.nytimes.com/2010/02/25/at-the-toyota-hearing-remembering-the-pinto/

National Archives. "JFK Assassination Records\97Frequently Asked Questions." Archives.gov. (Feb. 25, 2013) http://www.archives.gov/research/jfk/faqs.html

National Public Radio. "From Enron To Penn State, How Cover-Ups Happen." July 26, 2012. (Feb. 25, 2013) http://www.npr.org/2012/07/26/157432737/from-enron-to-penn-state-how-cover-ups-happen

O'Carroll, Lisa. "Phone hacking: number of possible victims is almost 5,800, police confirm." The Guardian. Nov. 3, 2011. (Feb. 26, 2013) http://www.guardian.co.uk/media/2011/nov/03/phone-hacking-victims-police

Public Health Law Center. "Master Settlement Agreement." Publichealthlawcenter.org. 2010. (Feb. 25, 2013)http://publichealthlawcenter.org/topics/tobacco-control/tobacco-control-litigation/master-settlement-agreement

Records of the Harem Conspiracy against Ramses III. Reshafim.org.il. Undated. (Feb. 25, 2013) http://www.reshafim.org.il/ad/egypt/texts/judicial_turin_papyrus.htm

Report of the President's Commission on the Assassination of President Kennedy. "Chapter 7: Lee Harvey Oswald: Background and Possible Motives." Archives.gov. 1964. (Feb. 25, 2013) http://www.archives.gov/research/jfk/warren-commission-report/chapter-7.html#cuba

ScienceDaily. "Pharaoh's Throat Was Cut During Royal Coup, Study Shows." Sciencedaily.com. Dec. 17, 2012. (Feb. 25, 2013) http://www.sciencedaily.com/releases/2012/12/121217190641.htm

Select Committee on Assassinations, U.S. House of Representatives. "Report of the Select Committee on Assassinations of the U.S. House of Representatives." Archives.gov. 1979. (Feb. 25, 2013)http://www.archives.gov/research/jfk/select-committee-report/part-1c.html

Senate.gov. "April 15, 1922\97Senate Investigates the Teapot Dome Scandal." Senate.gov. Undated. http://www.senate.gov/artandhistory/history/minute/Senate_Investigates_the_Teapot_Dome_Scandal.htm

Shermer, Michael. "Why People Believe in Conspiracies." Scientific American. September 10, 2009.

(Feb. 25, 2013) http://www.scientificamerican.com/article.cfm?id=why-people-believe-in-conspiracies

Sky News. "Murdoch Folds News Of The World Over Hacking." Sky.com. July 8, 2011. (Feb. 26, 2013) http://news.sky.com/story/867672/murdoch-folds-news-of-the-world-over-hacking

Tuskegee Syphilis Legacy Committee. "Final Report of the Tuskegee Syphilis Study Legacy Committee\97May 20, 1996." University of Virginia. May 20, 1996. (Feb. 27, 2013) http://www.hsl.virginia.edu/historical/medical_history/bad_blood/report.cfm

Washington Post. "The Watergate Story (Timeline)." (Feb. 25, 2013) http://www.washingtonpost.com/wp-srv/politics/special/watergate/timeline.html

Wojdyla, Ben. "The Top Automotive Engineering Failures: The Ford Pinto Fuel Tanks." Popular Mechanics. May 20, 2011. (Feb. 26, 2013) http://www.popularmechanics.com/cars/news/industry/top-automotive-engineering-failures-ford-pinto-fuel-tanks

Slepian, Michael L. et al. "The Physical Burdens of Secrecy." Journal of Experimental Psychology. Nov. 2012. (Feb. 25, 2013) http://psycnet.apa.org/?&fa=main.doiLanding&doi=10.1037/a0027598

World Health Organization. "Health effects of the Chernobyl accident: an overview." April 2006. (Feb. 27, 2013) http://www.who.int/ionizing_radiation/chernobyl/backgrounder/en/index.html

World Nuclear Association. "Chernobyl Accident 1986." World-nuclear.org. Dec. 2012. (Feb. 26, 2013) http://www.world-nuclear.org/info/chernobyl/inf07.html

Copyright \A9 1998-2015 HowStuffWorks, a division of InfoSpace LLC

•

## .The Players: The Ones Who Exposed It

The reporters, employees, public servants and voters who finally said: "I'm mad as hell and I'm not going to take it any more."

Carol Leoning- Washington Post  (Re-directed off story. Entire Washington Post company then purchased by White House campaign financiers)

Edward Snowden- NSA  (Forced to flee country. Character assassinated)

Darryl Issa – U.S. Senate (Character assassinated)

Gary D. Conley – Solar & Hydrogen CEO (Found dead with bullet in head behind California Air Force Base)

Andrew Brietbart – News publisher (Found dead in shower)

Christine Lakatos – News Blogger (Harassed)

David Bird – Top Energy industry reporter (Found dead in pond)

Michael Arrington – (Blacklisted, Honey Trapped, Character assassinated)

Leslie Wayne – New Work Times (Re-assigned off the story)

Mathew Mosk – Reporter (Assigned off the story, harrassed)

Cheryl Atkisson – CBS Reporter  (Harrassed, hacked, black-listed)

Gary D. Conley – Energy CEO (Killed)

Paul Chesser – Reporter (Harassed On-Line)

Rajeev Motwani – Creator of Concept for Google (Found floating dead in Silcon Valley pool)

Kim Jong Un – North Korean Strongman who had Sony hacked to expose Sony's secret financing of political campaigns  (Had Cyber War declared on his country)

Jofi Joseph – Senior White House staffer and White House administration spouse who tweeted

corruption and mismanagement tips from inside West Wing (Targeted and media highlighted regarding sexual activities)

And hundreds more, including Jack Abramoff, here is his story:

## Jack Abramoff: The lobbyist's playbook

Jack Abramoff, the notorious former lobbyist at the center of Washington's biggest corruption scandal indecades, spent more than three years in prison for his crimes. Now a free man, he reveals how he was able to influence politicians and their staffers through generous gifts and job offers. He tells Lesley Stahl the reforms instituted in the wake of his scandal have had little effect.

The following is a script of "The Lobbyist's Playbook" which aired on Nov. 6, 2011. Lesley Stahl is the correspondent. Ira Rosen, producer.

Jack Abramoff may be the most notorious and crooked lobbyist of our time. He was at the center of a massive scandal of brazen corruption and influence peddling.

Jack Abramoff: Inside Capitol corruption »

As a Republican lobbyist starting in the mid 1990s, he became a master at showering gifts on lawmakers in return for their votes on legislation and tax breaks favorable to his clients. He was so good at it, he took home $20 million a year.

It all came crashing down five years ago, when Jack Abramoff pled guilty to corrupting public officials, tax evasion and fraud, and served three and a half years in prison.

Today he's a symbol of how money corrupts Washington. In our interview tonight, he opens up his playbook for the first time and explains exactly how he used his clients' money to buy powerful friends and influence legislation.

**Jack Abramoff:** I was so far into it that I couldn't figure out where right and wrong was. I believed that I was among the top moral people in the business. I was totally blinded by what was going on.

Jack Abramoff was a whiz at influencing legislation and one way he did that was to get his clients, like some Indian tribes, to make substantial campaign contributions to select members of Congress.

**Abramoff:** As I look back it was effective. It certainly helped the people I was trying to help, both the clients and the Republicans at that time.

**Lesley Stahl:** But even that, you're now saying, was corrupt?

**Abramoff:** Yes.

320

**Stahl:** Can you quantify how much it costs to corrupt a congressman?

**Abramoff:** I was actually thinking of writing a book - "The Idiot's Guide to Buying a Congressman" - as a way to put this all down. First, I think most congressmen don't feel they're being bought. Most congressmen, I think, can in their own mind justify the system.

**Stahl:** Rationalize.

**Abramoff:** --rationalize it and by the way we wanted as lobbyists for them to feel that way.

Abramoff would provide freebies and gifts - looking for favors for his clients in return. He'd lavish certain congressmen and senators with access to private jets and junkets to the world's great golf destinations like St. Andrews in Scotland. Free meals at his own upscale Washington restaurant and access to the best tickets to all the area's sporting events; including two skyboxes at Washington Redskins games.

**Abramoff:** I spent over a million dollars a year on tickets to sporting events and concerts and what not at all the venues.

**Stahl:** A million dollars?

**Abramoff:** Ya. Ya.

**Stahl:** For the best seats?

**Abramoff:** The best seats. I had two people on my staff whose virtual full-time job was booking tickets. We were Ticketmaster for these guys.

**Stahl:** And the congressman or senator could take his favorite people from his district to the game--

**Abramoff:** The congressman or senator uh, could take two dozen of his favorite people from their district.

**Stahl:** Was all that legal?

**Abramoff:** We would certainly try to make the activity legal, if we could. At times we didn't care. But the "best way" to get a congressional office to do his bidding - he says - was to offer a staffer a job that could triple his salary.

**Abramoff:** When we would become friendly with an office and they were important to us, and the chief of staff was a competent person, I would say or my staff would say to him or her at some point, "You know, when you're done working on the Hill, we'd very much like you to consider coming to work for us." Now the moment I said that to them or any of our staff said that to 'em, that was it. We owned them. And what does that mean? Every request from our office, every request of our clients, everything that we want, they're gonna do. And not only that, they're gonna think of things we can't think of to do.

**Neil Volz**: Jack Abramoff could sweet talk a dog off a meat truck, that's how persuasive he was.

Neil Volz was one of the staffers Abramoff was talking about. He was chief of staff to Congressman Bob Ney, who as chairman of the House Administration Committee had considerable power to dispense favors. Abramoff targeted Volz and offered him a job.

**Stahl:** You're the chief of staff of a powerful congressman. And Jack owns you and you haven't even left working for the congressman.

**Volz:** I have the distinct memory of, you know, negotiating with Jack at a hockey game. So we're, you know, just a few rows back. The crowd's goin' crazy. And Jack and I are havin' a business conversation. And, you know, I'm-- I'm wrestlin' with how much I think I should get paid. And then five minutes later we're-- he's askin' me questions about some clients of his.

**Stahl:** When you look back was that the corrupting moment?

**Volz:** I think we were guilty of engaging in a corrupt relationship. So there were several corrupting moments. There isn't just one moment. There were many.

**Abramoff:** At the end of the day most of the people that I encountered who worked on Capitol Hill wanted to come work on K Street, wanted to be lobbyists.

**Stahl:** You're telling me this, the genius of figuring out you could own the office by offering a job to the chief of staff, say. I'm having two reactions. One is brilliant. And the other is I'm sick to my stomach.

**Abramoff:** Right. Evil. Yeah. Terrible.

**Stahl:** 'Cause it's hurting our country.

**Abramoff:** Shameful. Absolutely. It's the worst thing that could happen. All parts of the system.

**Stahl:** I'm mad at you.

**Abramoff:** I was mad at me--

**Stahl:** I'm not kidding. I'm not kidding.

**Abramoff:** Look I did things and I was involved in the system I should not have been in. I'm ashamed of the fact I was there, the very reason why now I'm speaking about it. And now I'm trying to do something, in recompense, is the fact that I thought it was-- it was wrong of me to do it.

One of the offices he keyed on was that of his good friend, the Majority Leader Tom Delay, eventually hiring his deputy chief of staff and his press secretary, and going into business with Delay's chief of staff.

322

**Stahl:** Did you own his staff?

**Abramoff:** I was as close to his staff as to any staff. I had a very strong personal relationship with a lot of his staff.

**Stahl:** How many congressional offices did you actually own?

**Abramoff:** We probably had very strong influence in 100 offices at the time.

**Stahl:** Come on.

**Abramoff:** No.

**Stahl:** A hundred offices?

**Abramoff:** In those days, I would view that as a failure. Because that leaves 335 offices that we didn't have strong influence in.

**Stahl:** Did he own you?

**Bob Ney:** Oh, I don't believe Jack Abramoff owned me. But were we involved in the culture of corruption together? Absolutely.

Former Republican Congressman Bob Ney was ambitious and looked at Abramoff as a way to build alliances with the White House and the majority leader.

**Ney:** I wanted to be speaker of the House and Jack Abramoff was the beautiful light of day for me to get to the person who I had had some conflicts with, Tom Delay.

Abramoff began inviting Ney on golf trips including one to Scotland and to his restaurant Signatures, where Ney was given food and drinks on the house, a violation of the congressional gift limit laws. Ney says he was hardly the only one crossing the line.

**Ney:** But I will still tell you, at that point in time, in order to get a drink at Signatures you had to shove White House staffers of George Bush the heck away from the bar. And it was packed with people. And there were members. Now that doesn't mean everybody did everything for Jack. But if you wanna talk about strict interpretation of violation of the-- of-- of the laws of drink and food, Katey bar the door, she was wide open, two shotguns blarin'.

After months of taking handouts, Ney was approached by Neil Volz, his former chief of staff, by then a lobbyist for Abramoff.

**Volz:** I let you down man and I'm sorry…

Volz asked Ney to insert some language into a reform bill that would give a backdoor license to an

Indian casino owned by one of Abramoff's clients. You often hear about lobbyists getting special secret deals for their clients like this. It's an insidious technique that Abramoff perfected.

**Abramoff:** So what we did was we crafted language that was so obscure, so confusing, so uninformative, but so precise to change the U.S. code.

**Stahl:** Here's what you tried to get tacked on to this reform bill.

**Abramoff:** Yeah.

**Stahl:** "Public law 100-89 is amended by striking section 207 (101 stat. 668, 672)."

**Abramoff:** Right. Now isn't that obvious what that means? It was perfect. It was perfect.

**Stahl:** So that's what you tried to get inserted?

**Abramoff:** Yes.

**Stahl:** And that was gonna provide for a casino?

**Abramoff:** Yes.

**Stahl:** And who on earth is gonna know that?

**Abramoff:** No one except the chairmen of the committees.

**Stahl:** Who stuck it in there?

**Abramoff:** Yes.

**Stahl:** And that's one of the things you used to do?

**Abramoff:** Yes.

**Stahl:** And it was deliberately written like that?

**Abramoff:** Precisely. Yes.

**Stahl:** And that's done a lot?

**Abramoff:** Members don't read the bills.

**Stahl:** You didn't even know what it was for?

**Ney:** Had no idea. And then when we got the written language--

**Stahl:** Well-- why didn't you know what it was for?

**Ney:** I didn't-- I didn't care.

**Stahl:** Oh!

**Ney:** It was a great big shell game. And I was in the middle of it, whether, you know, knowing or not. I--I was dumb enough to not say, "What's this thing do?"

Ney would eventually serve 17 months in federal prison, the only congressman who was ever charged in the scandal. But Abramoff says that there were many other members that did his bidding that could have been charged.

**Stahl:** Was buying favors from lawmakers easy?

**Abramoff:** I think people are under the impression that the corruption only involves somebody handing over a check and getting a favor. And that's not the case. The corruption, the bribery, call it, because ultimately that's what it is. That's what the whole system is.

**Stahl:** The whole system's bribery?

**Abramoff:** In my view. I'm talking about giving a gift to somebody who makes a decision on behalf of the public. At the end of the day, that's really what bribery is. But it is done everyday and it is still being done. The truth is there were very few members who I could even name or could think of who didn't at some level participate in that.

Abramoff prided himself on being a man who did good. He was devoutly religious and exorbitantly charitable and he says he gave away 80 percent of his earnings. When he fell from grace, his reputation was in tatters because it was not just that he had corrupted Congress - it was found he had cheated his clients, like the Indian tribes.

**Abramoff:** Most of the money I made I gave away, to either communal or charitable causes. So I thought frankly I was one of the most moral lobbyists out there.

Things began to unravel for Abramoff when the Washington Post published a largely unflattering portrait of him in 2004, reporting that he charged his clients 10 times more than any other lobbyist in town. Abramoff: My first response was, "What's the big deal? I don't understand what this is about. This is what lobbyists do. What he didn't understand was the part that said he and a former aide to Tom Delay had overbilled four of his Indian casino clients by $45 million. In the end, he was brought up on federal charges of tax evasion and ripping off Indian tribes. On the day he went to court and pled guilty, Abramoff looked grim. The judge sentenced him to four years.

**Stahl:** I really think what you were doing was-- was subverting the essence of our system.

**Abramoff:** Yes. Absolutely right. But our system is flawed and has to be fixed. Human beings populate our system. Human beings are weak.

**Stahl:** And you preyed on that?

**Abramoff:** I did. I was one of many who did. I did. And I'm ashamed of that fact.

He was sent to a medium security facility in Cumberland, Maryland. When he was released last June, he began working as an accountant at a kosher pizza parlor. Turns out Jack Abramoff was broke, partly because he is paying off nearly $24 million in restitution to the Indian tribes. Today he lives in his old house in Maryland with his wife, five children and the two doberman pinschers Mrs. Abramoff bought to protect the family while he was away. After the scandal, Congress instituted a package of reforms, making what Abramoff did - like plying members of Congress with free expensive meals - illegal. But he doesn't see the new reforms as being very effective.

**Abramoff:** The reform efforts continually are these faux-reform efforts where they'll change, they'll tweak the system. They'll say, "You can have a meal with a congressman if they're standing up, not sitting down."

**Stahl:** Is that serious? Or are you joking?

**Abramoff:** Oh no, I'm not joking at all.

**Stahl:** So, it's okay if you pay for lunch as long as you stand up?

**Abramoff:** Well, it's actually worse than that. You a hamburger or a steak of something like that. But buy him that steak, but give him $25,000 extra and all the same interaction with that congressman. So system. can't take a congressman to lunch for $25 and buy him you can take him to a fundraising lunch and not only call it a fundraiser. And have all the same access and the people who make the reforms are the people in the

**Stahl:** Could you do the same thing today? I'm asking you whether you think the system's been cleaned up?

**Abramoff:** Could do the same thing that I? Yeah. No, the system hasn't been cleaned up at all.

**Stahl:** At all.

**Abramoff:** There's an arrogance on the part of lobbyists, and certainly there was on the part of me and my team, that no matter what they come up we, we're smarter than they are and we'll overcome it. We'll just find another way through. That's all.

He says the most important thing that needs to be done is to prohibit members of Congress and their staff  from ever becoming lobbyists in Washington.

**Abramoff:** If you make the choice to serve the public, public service, then serve the public, not yourself. When you're done, go home. Washington's a dangerous place. Don't hang around.

326

Former Congressman Bob Ney now works part-time as a radio host.
His former chief of staff Neil Volz is currently working as a night janitor at a Florida restaurant.

And Jack Abramoff has written a memoir called "Capitol Punishment."

© 2011 CBS Interactive Inc.. All Rights Reserved.

### .Enabling Corruption: The lives and upbringing of the Silicon Valley Rape-Culture boys

What kind of family structure, school life and social programming could cause such deviant, and warped, behavior by this small group of "privileged" elitist white males from dynastic families?

**There are now millions of articles detailing the hookers, rapes, intern coercion, avoidances of hiring women who are not secretaries, avoidances and racism of blacks, massive numbers of misogynistic statements and actions, elitism, white male frat house attitudes, abusive marriages, political bribes, collusion, HR wage fixing schemes and more, that the Silicon Valley billionaires have pervasively engaged in.**

# One-Percent Jokes and Plutocrats in Drag: What I Saw When I Crashed a Wall Street Secret Society



Recently, our nation's financial chieftains have been feeling a little unloved. Venture capitalists are

comparing the persecution of the rich to the plight of Jews at Kristallnacht, Wall Street titans are saying that they're sick of being beaten up, and this week, a billionaire investor, Wilbur Ross, proclaimed that "the 1 percent is being picked on for political reasons."

Ross's statement seemed particularly odd, because two years ago, I met Ross at an event that might single-handedly explain why the rest of the country still hates financial tycoons – the annual black-tie induction ceremony of a secret Wall Street fraternity called Kappa Beta Phi.

Adapted
from Kevin Roose's book *Young Money*, published today by Grand Central Publishing.

"Good evening, Exalted High Council, former Grand Swipes, Grand Swipes-in-waiting, fellow Wall Street Kappas, Kappas from the Spring Street and Montgomery Street chapters, and worthless neophytes!"

It was January 2012, and Ross, wearing a tuxedo and purple velvet moccasins embroidered with the fraternity's Greek letters, was standing at the dais of the St. Regis Hotel ballroom, welcoming a crowd of two hundred wealthy and famous Wall Street figures to the Kappa Beta Phi dinner. Ross, the leader (or "Grand Swipe") of the fraternity, was preparing to invite 21 new members — "neophytes," as the group called them — to join its exclusive ranks.

Looking up at him from an elegant dinner of rack of lamb and foie gras were many of the most famous investors in the world, including executives from nearly every too-big-to-fail bank, private equity megafirm, and major hedge fund. AIG CEO Bob Benmosche was there, as were Wall Street superlawyer Marty Lipton and Alan "Ace" Greenberg, the former chairman of Bear Stearns. And those were just the returning members. Among the neophytes were hedge fund billionaire and major Obama donor Marc Lasry and Joe Reece, a high-ranking dealmaker at Credit Suisse. **[To see the full Kappa Beta Phi member list, click here.]** All told, enough wealth and power was concentrated in the St. Regis that night that if you had dropped a bomb on the roof, global finance as we know it might have ceased to exist.

During his introductory remarks, Ross spoke for several minutes about the legend of Kappa Beta Phi – how it had been started in 1929 by "four C+ William and Mary students"; how its crest, depicting a "macho right hand in a proper Savile Row suit and a Turnbull and Asser shirtsleeve," was superior to that of its namesake Phi Beta Kappa (Ross called Phi Beta Kappa's ruffled-sleeve logo a "tacit confession of homosexuality"); and how the fraternity's motto, "*Dum vivamus edimus et biberimus*," was Latin for "While we live, we eat and drink."

On cue, the financiers shouted out in a thundering bellow: "*DUM VIVAMUS EDIMUS ET BIBERIMUS*."

The only person not saying the chant along with Ross was me — a journalist who had sneaked into the event, and who was hiding out at a table in the back corner in a rented tuxedo.



Several Kappas at the table next to me, presumably discussing the coming plutocracy.

I'd heard whisperings about the existence of Kappa Beta Phi, whose members included both incredibly successful financiers (New York City's Mayor Michael Bloomberg, former Goldman Sachs chairman John Whitehead, hedge-fund billionaire Paul Tudor Jones) and incredibly unsuccessful ones (Lehman Brothers CEO Dick Fuld, Bear Stearns CEO Jimmy Cayne, former New Jersey governor and MF Global flameout Jon Corzine). It was a secret fraternity, founded at the beginning of the Great Depression, that functioned as a sort of one-percenter's Friars Club. Each year, the group's dinner features comedy skits, musical acts in drag, and off-color jokes, and its group's privacy mantra is "What happens at the St. Regis stays at the St. Regis." For eight decades, it worked. No outsider in living memory had witnessed the entire proceedings firsthand.



A Kappa neophyte (left) chats up a vet.

I wanted to break the streak for several reasons. As part of my research for my book, *Young Money*, I'd been investigating the lives of young Wall Street bankers – the 22-year-olds toiling at the bottom of the financial sector's food chain. I knew what made those people tick. But in my career as a financial journalist, one question that proved stubbornly elusive was what happened to Wall Streeters as they climbed the ladder to adulthood. Whenever I'd interviewed CEOs and chairmen at big Wall Street firms, they were always too guarded, too on-message and wrapped in media-relations armor to reveal anything interesting about the psychology of the ultra-wealthy. But if I could somehow see these barons in their natural environment, with their defenses down, I might be able to understand the world my young subjects were stepping into.

So when I learned when and where Kappa Beta Phi's annual dinner was being held, I knew I needed to try to go.

Getting in was shockingly easy — a brisk walk past the sign-in desk, and I was inside cocktail hour. Immediately, I saw faces I recognized from the papers. I picked up an event program and saw that there were other boldface names on the Kappa Beta Phi membership roll — among them, then-Citigroup CEO Vikram Pandit, BlackRock CEO Larry Fink, Home Depot billionaire Ken Langone, Morgan Stanley bigwig Greg Fleming, and JPMorgan Chase vice chairman Jimmy Lee. Any way you count, this was one of the most powerful groups of business executives in the world. (Since I was a good 20 years younger than any other attendee, I suspect that anyone taking note of my presence assumed I was

331

a waiter.)

I hadn't counted on getting in to the Kappa Beta Phi dinner, and now that I had gotten past security, I wasn't sure quite what to do. I wanted to avoid rousing suspicion, and I knew that talking to people would get me outed in short order. So I did the next best thing — slouched against a far wall of the room, and pretended to tap out emails on my phone.



The 2012 Kappa Beta Phi neophyte class.

After cocktail hour, the new inductees – all of whom were required to dress in leotards and gold-sequined skirts, with costume wigs – began their variety-show acts. Among the night's lowlights:

• Paul Queally, a private-equity executive with Welsh, Carson, Anderson, & Stowe, told off-color jokes to Ted Virtue, another private-equity bigwig with MidOcean Partners. The jokes ranged from unfunny and sexist (Q: "What's the biggest difference between Hillary Clinton and a catfish?" A: "One has whiskers and stinks, and the other is a fish") to unfunny and homophobic (Q: "What's the biggest difference between Barney Frank and a Fenway Frank?" A: "Barney Frank comes in different-size buns").

• Bill Mulrow, a top executive at the Blackstone Group (who was later appointed chairman of the New York State Housing Finance Agency), and Emil Henry, a hedge fund manager with Tiger Infrastructure Partners and former assistant secretary of the Treasury, performed a bizarre two-man comedy skit. Mulrow was dressed in raggedy, tie-dye clothes to play the part of a liberal radical, and Henry was playing the part of a wealthy baron. They exchanged lines as if staging a debate between the 99 percent and the 1 percent. ("Bill, look at you! You're pathetic, you liberal! You need a bath!" Henry shouted. "My God, you callow, insensitive Republican! Don't you know what we need to do? We need to create jobs," Mulrow shot back.)

• David Moore, Marc Lasry, and Keith Meister — respectively, a holding company CEO, a billionaire hedge-fund manager, and an activist investor — sang a few seconds of a finance-themed parody of "YMCA" before getting the hook.

• Warren Stephens, an investment banking CEO, took the stage in a Confederate flag hat and sang a song about the financial crisis, set to the tune of "Dixie." ("*In Wall Street land we'll take our stand, said Morgan and Goldman. But first we better get some loans, so quick, get to the Fed, man.*")

A few more acts followed, during which the veteran Kappas continued to gorge themselves on racks of lamb, throw petits fours at the stage, and laugh uproariously. Michael Novogratz, a former Army helicopter pilot with a shaved head and a stocky build whose firm, Fortress Investment Group, had made him a billionaire, was sitting next to me, drinking liberally and annotating each performance with jokes and insults.



"Can you fuckin' believe Lasry up there?" Novogratz asked me. I nodded. He added, "He just gave me a ride in his jet a month ago."

The neophytes – who had changed from their drag outfits into Mormon missionary costumes — broke into their musical finale: a parody version of "I Believe," the hit ballad from *The Book of Mormon*, with customized lyrics like "I believe that God has a plan for all of us. I believe my plan involves a seven-figure bonus." Amused, I pulled out my phone, and began recording the proceedings on video. Wrong move.



The grand finale, a parody of "I Believe" from The Book of Mormon

"Who the hell are you?" Novogratz demanded.

I felt my pulse spike. I was tempted to make a run for it, but – due to the ethics code of the New York *Times*, my then-employer – I had no choice but to out myself.

"I'm a reporter," I said.

Novogratz stood up from the table.

"You're not allowed to be here," he said.

I, too, stood, and tried to excuse myself, but he grabbed my arm and wouldn't let go.

"Give me that or I'll fucking break it!" Novogratz yelled, grabbing for my phone, which was filled with damning evidence. His eyes were bloodshot, and his neck veins were bulging. The song onstage was now over, and a number of prominent Kappas had rushed over to our table. Before the situation could escalate dangerously, a bond investor and former Grand Swipe named Alexandra Lebenthal stepped in between us. Wilbur Ross quickly followed, and the two of them led me out into the lobby, past a throng of Wall Street tycoons, some of whom seemed to be hyperventilating.

Once we made it to the lobby, Ross and Lebenthal reassured me that what I'd just seen wasn't *really* a group of wealthy and powerful financiers making homophobic jokes, making light of the financial crisis, and bragging about their business conquests at Main Street's expense. No, it was just a group of friends who came together to roast each other in a benign and self-deprecating manner. Nothing to see here.

But the extent of their worry wasn't made clear until Ross offered himself up as a source for future stories in exchange for my cooperation.

"I'll pick up the phone anytime, get you any help you need," he said.

"Yeah, the people in this group could be very helpful," Lebenthal chimed in. "If you could just keep

their privacy in mind."

I wasn't going to be bribed off my story, but I understood their panic.  Here, after all, was a group that included many of the executives whose firms had collectively wrecked the global economy in 2008 and 2009. And they were laughing off the entire disaster in private, as if it were a long-forgotten lark. (Or worse, sing about it — one of the last skits of the night was a self-congratulatory parody of ABBA's "Dancing Queen," called "Bailout King.") These were activities that amounted to a gigantic middle finger to Main Street and that, if made public, could end careers and damage very public reputations.

After several more minutes spent trying to do damage control, Ross and Lebenthal escorted me out of the St. Regis.

As I walked through the streets of midtown in my ill-fitting tuxedo, I thought about the implications of what I'd just seen.

The first and most obvious conclusion was that the upper ranks of finance are composed of people who have completely divorced themselves from reality. No self-aware and socially conscious Wall Street executive would have agreed to be part of a group whose tacit mission is to make light of the financial sector's foibles. Not when those foibles had resulted in real harm to millions of people in the form of foreclosures, wrecked 401(k)s, and a devastating unemployment crisis.

The second thing I realized was that Kappa Beta Phi was, in large part, a fear-based organization. Here were executives who had strong ideas about politics, society, and the work of their colleagues, but who would never have the courage to voice those opinions in a public setting. Their cowardice had reduced them to sniping at their perceived enemies in the form of satirical songs and sketches, among only those people who had been handpicked to share their view of the world. And the idea of a reporter making those views public had caused them to throw a mass temper tantrum.

The last thought I had, and the saddest, was that many of these self-righteous Kappa Beta Phi members had surely been first-year bankers once. And in the 20, 30, or 40 years since, something fundamental about them had changed. Their pursuit of money and power had removed them from the larger world to the sad extent that, now, in the primes of their careers, the only people with whom they could be truly themselves were a handful of other prominent financiers.

Perhaps, I realized, this social isolation is why despite extraordinary evidence to the contrary, one-percenters like Ross keep saying how badly persecuted they are. When you're a member of the fraternity of money, it can be hard to see past the foie gras to the real world.

*Copyright by Kevin Roose. Reprinted by permission of Grand Central Publishing. All rights reserved.*



*(Above) This is billionaire Jacque Littlefield, also connected to interesting mineral mining deals, standing next to the fully operational armored division he kept in his garage in Woodside, California in Silicon Valley. He was the friend and neighbor of Elon Musk, John Doerr, Eric Schmidt and the other suspects. He had an around-the-clock maintenance crew who kept his tanks and military equipment fully functional, at all times. His functioning armored division was larger, and better maintained, than that of many South American dictatorships. When asked why he had all of that in his massive, custom built garage, he replied: "just in case".*

**Revealed: The Full Membership List of Wall Street's Secret Society**

**RELATED: The 1%-er Illuminati**

Why did the key investors of Tesla meet with persons and groups from the Russian government and business sectors who State Department has identified as having mob connections? Could it have to do with all of the trillions of dollars

# .The Psychology of The Billionaire: Why so many of them are Sociopaths

Why do billionaires have islands for sex orgy's, jet planes for pedophiles, pedophile child murder clubs, hire a hooker-a-day, put hit-jobs on competitors, hire character assassination teams, cheat on their taxes even though they can afford to pay them, ignore the law, abuse people in public, treat women like cattle, fire people on a whim, abuse waiters, go through wives like butter, manipulate Congress and have the life-style of Sodom and Gomorrah?

Because they can or because they are too mentally disturbed to know better?

Why do Mark Zuckerberg, Elon Musk, John Doerr and Eric Schmidt feel like it is there job to take over the U.S. Congress and mold government into their personal sociopathic vision?

Why can't they just buy an insanely large McMansion in Atherton, California and the world's most expensive fishing pole and just go fishing all over the world?

Why does Vinod Kohsla have to get in this giant lawsuit with the whole state of California so he can shut down part of California's pristine Pacific Ocean park system for his personal Frat Boy club?



Why did London's super-money and political elite round up young boys from the poor side of town, sexually abuse them, then kill them and think this was an Ok organization to have around?

Why are Gary D. Conley, Wall Street Reporter David Bird and a large number of people, who whistle-blew on billionaires, dead or missing?

As everyone has seen, these are the daily stories in the news. These people actually do these things on a regular basis. They only hang out with other billionaires, who also do the same crimes, infidelities and extremes so they all think they can get away with these kinds of crimes. This does not just affect the billionaires. There actions harm millions of innocent victims. Let's take a look at the problem:

# Declaring War On The Corruption Of The Silicon Valley VC's Who Rig Elections and Policies

By Althea Winger

There are about 50 American creative inventors that have gotten shafted by Kleiner Perkins, Eric Schmidt, Steve Jurvetson, and the Silicon Valley Cartel, via an organized system of theft, and arrogance, that is quite audacious.

Each, and every, time these domestic creators invented a major thing, which had never existed before, the U.S. Government, the industry and potential customers; said that these inventors were the first ones to invent that thing. Not a single one of these VC's had ever worked on, been involved in, or developed anything like it before.

Then, one of a handful of, closely associated, Silicon Valley VC's, asks one of the inventor's to show them their new invention under the guise of *"maybe investing in it".*

Then the VC copies it, while running media troll attacks on the inventor's effort, in order to clear the market.

The VC's then market a 100% copy of the invention, via a Kleiner, or Draper, associated "spin-off" and never pay the inventor's a dime.

The VC's set up a legal structure designed to cost the inventor's millions of dollars to sue those VC's for the rip-offs. On top of that, the VC's already have most of the law firms working for them, and threaten the firms, with revenue cut-offs, if they help any of the inventors. In addition to their "No Poaching Conspiracy" , the VC's also have a "No Sue Conspiracy", going on at the same time. The VC's also bribe federal elected officials to keep them protected.

The FBI, The SEC, The FTC, and attorney generals, are supposed to protect citizens from such crimes, and abuse, but the bosses of the regulatory agencies have a great fear of upsetting campaign financiers; so not much gets done. This is one of the reason's the public has no faith in Congress any more. This VC scam is part of a process called "The Slip" and it is a grifter's scam to steal things from unsuspecting members of the public, in this case American Inventors. The Slip has been commercialized, organized, and computerized by Silicon Valley billionaires in a very systematic program of intellectual theft.

Why would these VC's risk legal battles and a lifetime of hatred from these inventors? It is called

"Arrogance"

The media, public and sociology has clearly analysed Silicon Valley culture and confirmed, in tens of thousands of news reports and studies that Silicon Valley is run by:

 **"A private male frat-house insider-club, from Yale and Stanford, who revel in their misogyny, racism, and mine-is-bigger-than-yours hubris, and use more prostitutes than any other American region in the nation."**

These *"privileged"* white males do not EVER want anyone to know that they didn't create many of the things that they made their billions off of. Many of those things, the VC's just stole. They made Silicon Valley into a Kinko's copy center for other people's ideas.

Inventor Mike Chieky, digital media creator Micheal Arrington, and vast numbers of other creators didn't have the symmetrical facial structure of the frat boys, they didn't have the family connections of the "approved" elites and they didn't hang out at the Woodside community center or hire the $2000.00 per hour hookers that some of the VC's did. They just "didn't fit in". They didn't have "the look". They "didn't play the game". They didn't get invited in.

The VC's say: *"In Silicon Valley you are either a tool or you are The Machine"*.

Many of Google's products were created by other's, before Google was even a real company, and simply stolen by Google.

The same for Apple.

Guess who just funded the massive lobbying effort, in Washington DC, to make inventors "illegal" and remove any legal protections for inventors? The investors of Google, Apple and the Kleiner Perkins Cartel!

State and federal officials have been assisting the Silicon Valley Cartel in terminating American innovation because the Cartel bribes them, with campaign funding, to do so.

The Cartel went very big, on their game-plan, recently. As one Silicon Valley insider described some recent, epic, VC scams: **" If you type "Silicon Valley Cartel No Poaching" into** [www.duckduckgo.com](www.duckduckgo.com) **you will see quite a lot of news stories about how Kleiner and the Boys rigged the Valley so that no Paki's (Indian H1-B workers) could get hired by other VC holdings, so that they would get booted back to India before they could make IP ownership claims. This followed right on the heels of the "AngelGate Scandal" where the VC's were caught red-handed colluding to rig the VC industry against founders…"**

VC insiders Ravi Kumra and Forrest Hayes were murdered by their hookers. $2000.00 bucks an hour doesn't buy the kind of gal it used to.

Kleiner VC: Vinohd Khosla, has gotten himself sued and hated by California for taking the States favourite beach away, just for his friends. As the lawyer suing Khosla says: "it is about his sheer Arrogance".

Kleiner VC, and Founder: Tom Perkins, was in the news recently for called poor people: "Nazi's" for not appreciating how wonderful the VC's are.

VC Joe Lonsdale is facing rape and abuse charges. Cartel boss, and Kleiner head, John Doerr just got, famously, sued by his own partner for sex and misogyny abuse. Kleiner associate: Ray Lane was nailed for massive tax fraud.

As if the arrogance could not get more outlandish, VC Tim Draper just ran a failed ballot initiative to try to make Silicon Valley it's own state so that they could build a border-line, away from those filthy "poor's" in East Palo Alto. These VC's appear to have some major issues.

This gang of white, yuppie, elitists created the National Venture Capital Association and their private CIA hit-squad: In-Q-Tel, who funded the spy portions of Google, Facebook, Linkedin and the other privacy abuse ops. They never miss an opportunity for a good collusion.

The problem is, these boys created a glass bubble that was so air-tight, they never saw what was coming from the outside: What came was Mike Judge's "Silicon Valley" TV show expose; public disdain of their arrogance; hundreds of Snowdens, created by their abuse of their own workers; Ellen Pao; The fall of the main-stream media, that they thought they owned; the realization that frat houses housed "rape factories" and men who were socially programmed to abuse; and the general trend towards really not liking arrogant pricks all that much.

Will law enforcement and regulatory agencies ever do their jobs and take action against these abusers? Will any legal recourse ever exist to halt the abuse of America's innovation treasure: It's creative inventors?

Thanks to leakers, hackers, whistle-blowers and investigations, the insider rigging of industries is now out on the table and it is a dirty, dirty scene. The shiny towers of Sandhill Road hide a cesspool of corruption and Mafioso-like double-dealing.

It is time to take a look at a Valley that has turned into a Pit!

## .Misusing the spy agencies for personal profiteering

AFI reporters feel that they have sourced evidence that details a cartel activity among the National Venture Capital Association leaders. Their members are also the same people who founded and run In-Q-Tel. These same people are also the people who lobby federal executive policy, mostly to benefit their personal stock portfolios. It is implied that the NVCA/IQT Cartel decide who gets government contracts in exchange for certain campaign resources. The top woman at the NSA was fired for running a privateering operation, per Glenn Greenwald. The Washington Post reported on the corruption in spy land when Silencers for Navy kills squads were pawned off for manufacture to a friends California car shop. The number of spies using government resources for personal profit is high but nobody has achieved greater notoriety than a Elon Musk's, Eric Schmidt's and John Doerr's silent partners at a little rogue spy operation called: IN-Q-TEL

You see, billionaires like to play at being "spies". They feel a sexual rush from knowing that they controlled an election or monopoly. It is the pure ecstasy of narcissistic power and hubris combined with the absolute arrogance of white elitist privilege.


**BULLET POINTS REGARDING IN-Q-TEL:**

  – Charged by Congress and Consumer Groups with HUNDREDS of violations of Constitutional, tax, securities and commercial laws
  – TechCrunch, Arrington, Buzzfeed & Alex Jones expose In-Q-Tel staff and VC's as leaders of "Angel-Gate Scandal" & illegal "National Venture Capital Association Blacklisting & Market Control Collusion Cartel". Congress & S.E.C. asked to investigate.
  – Why was In-Q-Tel so involved with Google and Tesla in a covert manner?
  – 6+ tons of cocaine confiscated by federal police, from IQT airplanes
  – Owners of the Rendition Airplanes. Featured in Feature films: "RENDITION", "WAG THE DOG" and "KILL THE MESSENGER
  – ACLU claims IQT owns the controlling rights in most of the domestic spying companies (over 300 of them) plus controls Google and Facebook activities
  – IQT/NAF/AFGHAN WAR PROFITEERS/VC INVESTORS/FRATERNITY GROUP are All The SAME group of people
  – Epstein Investigations close in on corrupt billionaire club
  – Evolved from liaison office to unregulated, potentially criminal and mercenary, endeavor. "Blackwater" in pin-stripe suits.
  – Spins PR as "helping technology grow" but investigators say it has become a private political spy service for Silicon Valley billionaires

– Cult-like frat-house atmosphere at their companies devoted to control of outcomes at any cost. Almost no blacks or women in their groups.

– IQT member, or associate, connected to almost every banking group arrested or charged by DOJ

– Per Congressional investigators IQT resources missed the boat on ISIS, Benghazi and over 1300+ other recent intelligence failures

– *"If you went to Stanford or Harvard and were in the "approved" Fraternities, you could be in the In-Q-Tel Spy Club where dot com billionaires get to lord it over White House policy in order to enrich their personal stock portfolios."* Web News

– Now proven that IQT "spying by computer" approach is a failed concept. Computers are always wrong on how the human mind will process social events.

– Uses taxpayer dollars to sell hit jobs to corporations and bankers = illegal

– IQT Afghan War lithium/indium/Solyndra venture with Silicon Valley VC's, has now cost American taxpayers over $6 TRILLION dollars in losses per GAO, Time Magazine, Treasury

**According to one senior Congressional staffer:** *"In-Q-Tel was supposed to be a small office that was to help young entrepreneurs sell their wares to government agencies. Congress has been unable to examine them, or do oversight on them, because they hide behind a non-profit cover. This lack of regulation caused the Silicon Valley VC's to believe they could get away with anything and use In-Q-Tel as a private profiteering weapon for their own stock portfolios and their private political schemes. Now we have an out-of-control operation, undertaken by a rogue group, that may, very well, be breaking quite a number of laws…"*



**One contracted investigator said**: *"If you run all of the names on the suspect lists into xKeyScore, LucidWorks, Palantir, TX-7 or similar sets of crime search engines; matrix their credit cards and then cross reference them with the database file of every major escort service, your response screen lights up*

*like a Christmas tree. These people hire lots of ladies. Then, if you run them with a 'peeling program' which strips away their corporate fronts and matrix their holdings via the Cayman's, The Ukraine and Switzerland, you find that one chunk of them likes to off-shore their tax avoidance into the same little nooks. Mostly, it is the ones from Silicon Valley, but there is much to behold when you scan this group.* **Ryals has reported them to the SEC for years** *but the new Congress will not like the DNC leverage that In-Q-Tel has been using to acquire Democratic initiatives. The Democrat IQT never saw the GOP Congress coming…"*

## Chris Byron- New York Post:

*"There are many sensible ways the CIA could have gone about developing the technologies it needs, but funneling money into Wall Street via an outfit like In-Q-Tel was never one of them. So it will be a good thing for Wall Street – and for America, too – if the CIA's next spymaster simply shuts the operation down." (Contact Chris Byron via Twitter)*

**Alex Jones:**  *"I will tell you something about them that will shock you…" (Available for background interviews)*

**The Corbett Report:** "*…they should be shut down.." (Available for background interviews)*

*"IN-Q-Tel was born in the Harvard and Stanford Frat Houses of the rich and "elite". As the world has now seen, these frat houses teach young white men that date-rape and the use of women as disposable play things is the norm, outsiders and people of color are to be shunned, "greed is not only good" – it is the apex of your life, and the only thing that matters is beating your frat brothers in business coups to show who has the biggest penis.*

*You saw the Jewish holocaust and said: "How could those people do such a thing?". You saw genocide in Africa and said: "How could those people do such a thing?" You saw Enron and Madoff and a host of epic crimes against the public and you said, in each case: "How could those people do such a thing?"*

*It is called Dissociation. The IN-Q-TEL leaders lost track, they lost morality and they let blind greed and boys club rules overcome decency and the law." –* **LATIMES RESEARCHER**

**From Another Investigative News Report:** *"IN-Q-Tel (IQT) is NOT the CIA. In fact, over half of the actual CIA feel that IQT are "Yuppie spy wanna-be A-holes" and a "stain on the intelligence*

community." Actual intelligence agents say that IN-Q-Tel began as a small business liaison office that avoided circumspection because they got to whisper "CIA" whenever they felt pressure from law enforcement or Congress. IQT is the modern day equivalent of the Watergate Burglars; political hit-men and a dirty-deeds-for-hire cabal.

This small office quickly grew to an out of control, rogue spy operation with no oversight, no controls, layers upon layers of false corporate fronts, and an agenda written by a special interest group of billionaires and investment banks. They went from protecting taxpayers to abusing the taxpayers on behalf of tycoons. They use U.S. taxpayer dollars and Silicon Valley tycoon cash to sell their spy services to The U.S. Chamber of Commerce, and other lobby groups. Conflict-of-interest? You might say so!

When the FBI and DEA confiscated IQT's airplanes and found six tons of Cocaine, when IQT was shown to own the "Rendition" airplanes, when the largest privacy abuse in American history all tracks back to IQT's bank accounts, when the trillion dollar loss in Afghanistan is tracked back to a trillion dollar stock scam connected to IQT's tycoons….. you have to just stop and go…hmmmm?

Some Congressional and journalism investigators feel that IQT has fallen as close to the definition of "organized crime" as you can get. Investigations say that IQT engages in "activities that stretch the bounds of morality and the law"; and run the most sinister of political hit-jobs, muckraking, lobbying and spying on American's that are so in the news these days. Edward Snowden exposed a database called xKEYSCORE as well as many other systems which find "bad guys". When you run the In-Q-Tel characters through these bad-guy finders, you discover that a group of White House staff, pretend spies, lobbyists, tabloid owners, Russian mobsters and Silicon Valley tycoons all share the same deep financial, stock and political connections.

The attack plan is a classic set of take-down playbook moves. A client orders the termination of every possible source of revenue of the target (usually an individual or small company who got in the way), in order to terminate the target's ability to respond or litigate and as retribution for the attackers perceived slight.

The attackers employ character assassination, they plant moles in the target's business and "Honey Traps" in personal venues, they hack, They use DNS redirection to send the target to fake Linkedin and Facebook sites, They shut down the targets business with DDOS attacks, they use unfair business competition tactics by stealing technology and flooding the market with clone technology, and they manipulate public policy against the target via lobbying and bribery in Washington DC, among their dirty tricks.

In-Q-Tel has spent over a decade, and billions of your tax dollars, trying to automate spying on people and mood manipulation, by taking over Silicon Valley; yet none of their technology saw Benghazi, ISIS, or thousands of other missed intelligence indicators. The plain fact is, computers always fail with social projection, they always get it wrong, when trying to calculate what the human mind will do. The

*IQT approach put the nation at greater risk by hyping and selling a failed solution. Human minds will never work like computers unless IQT's Google builds it's human robots to replace us all.*

*It is illegal for the CIA to spy domestically. The NSA does not do that much domestic spying, they mostly analyze spy data provided by "contractors" like Axciom and the IQT "pool". IQT sells their services to anybody willing to pay. It appears that no deed is too dirty for IQT. IQT financed, runs and coordinates the largest array of domestic spying gear, data harvesting and mood manipulation companies in America. If you pull up a list of all of the companies that IQT financed and owns stock in, you will hold a list of every domestic spying operation in the USA. If you pull up an FBI (The FBI and CIA pretty much hate each other) cross reference of IQT, New America Foundation, Silicon Valley VC's and campaign backers; you find that it is a list of all of the same names and financial connections.*

*Who watches the watchers at IQT?* **NOBODY!***"…   (Available for background interviews)*

# CHARACTER ASSASSINATION, AND CAREER HIT-JOBS, BY HIGHLY PLACED POLITICAL ENTITIES USING TAXPAYER MONEY

### Anatomy of a Political Kill Order

**CHARACTER ASSASSINATION, AND CAREER HIT-JOBS, BY HIGHLY PLACED POLITICAL ENTITIES USING TAXPAYER MONEY**

By Thomas Winstead, Bob Unruh, Edward Snowden, Winston Emery & Piper Lee

Government sponsored character assassination delivered by Google, Gawker Media, IN-Q-Tel and New America Foundation; all of whom are financially, politically and operationally connected. Eric Schmidt ran and funded New America Foundation; Ran Google; Partnered and funded In-Q-Tel; hired, along with his associate: Elon Musk, In-Q-Tel executives; Worked with Gawker Marketers along with In-Q-Tel; was, himself and Google, funded by In-Q-Tel; funded the top 4 political campaigns, that all of those parties aggressively supported; and managed a business plan, that ran between all of those efforts, to ruin competitors and those who did not think like him, in any way possible.

Using the largest character assassination engine ever created. The Large Hadron Collider of defamation, Schmidt and his little Cartel went to work on enemies of his ideology. These were hit-jobs, using taxpayer dollars, against American born taxpayers, inside America, on U.S. soil because some politician or, campaign backer billionaire, wanted to hide their crimes.

ARTICLES CONFIRMING THE BACKGROUND:

**Character assassination** – Wikipedia, the free encyclopedia

**Character assassination** is a deliberate and sustained process that aims to destroy the credibility and reputation of a person, institution, social group, or nation.

en.wikipedia.org/wiki/Character_assassination

**Google Search** Results **Rigged**? – Outside The Beltway

Is **Google** manipulating its **search** results to keep competitors down? … When **Google** was a pure **search engine**, **it** was easy to appear agnostic about **search** results, … Are **Google's** results **rigged**? Heck yeah.

outsidethebeltway.com/google-search-results-rigged/

**Character Assassination** | Definition of **character** …

Full Definition of **CHARACTER ASSASSINATION** : the slandering of a person usually with the intention of destroying public confidence in that person See **character assassination** defined for English-language learners Examples of **CHARACTER ASSASSINATION** None of those rumors are true. She's been the …

merriam-webster.com/dictionary/character assassination

Urban Dictionary: **Character Assassination**

**Character Assassination** is the act of attempting to influence the portrayal or reputation of a particular person, causing others to develop an extremely negative perception of him/her.

urbandictionary.com/define.php?term=Character AssassinationCWorld; **Google** Defends Against Claims of **Rigged Search** …

**Google** Defends Against Claims of **Rigged Search** Results. **Google** is aggressively defending itself against accusations it manipulates its **search** … or specialized image, shopping, flight, or movie results. And that's not just **Google**; Bing, Yahoo and other **search engines** do the …

pcworld.com/article/257269/google_defends_against_cla…

**Character Assassination** Law & Legal Definition

**Character Assassination** refers to the slandering or vicious personal verbal attack on a person with the intention of destroyinPg or damaging that person's reputation or confidence.

definitions.uslegal.com/c/character-assassination/

**Google** Has **Rigged It's Search** Results… …

The bclund Blog The Intersection of Markets, Trading, and Life! Main menu. Skip to content. Home; About Brian Lund; THE BEST OF bclund; Brian Lund In Media; **Google** Has **Rigged It's Search** Results…Is Anyone Surprised? … To bolster its own listings, **Google** sometimes copied, …

bclund.com/2015/03/20/google-has-rigged-its-search-r…

**character assassination** – The Free Dictionary

**character assassination** n. The malicious denunciation or slandering of another person, especially as part of an effort to ruin the reputation of a public figure. **character** assassin n. **character assassination** n 1. the act of deliberately attempting to destroy a person's reputation by defamatory …

thefreedictionary.com/character+assassination

Europe investigates **Google**: **Rigged search** rankings …

Europe investigates **Google**: **Rigged search** rankings? More like this. Update: **Google** targeted by EU antitrust probe. **Google** Instant results: … it makes no sense. … **Google** is a **search engine**. … It s their job. If they are not allowed to do this, they cannot serve their users. …

computerworld.com/article/2469754/e-commerce/europe-investi…

Character Assassination – Changing Minds

**Character Assassination** . Techniques > Propaganda > **Character Assassination**. Method | Example | Discussion | See also . Method. Attack the person, showing them to be bad and unworthy.

changingminds.org/techniques/propaganda/character_assassina…

Spies and **Honey Traps**: PW Talks with Jason Matthews

I don't know if there still is an operating Sparrow School, but I imagine **honey traps** are still used. … which continues the narrative with the same **characters** (**and** some new ones). There are recruitments, double crosses, despicable traitors, **assassination** attempts, and a desperate …

publishersweekly.com/pw/by-topic/authors/interviews/article/56…

EU competition commissioner 'concerned' **Google** is rigging its …

… with competition commissioner Margrethe Vestager formally accusing the **search** giant of rigging its **search engine** and its Android smartphone . Jobs. Jobs; Cars. CarsIreland.ie; Used Car **Search**; Car Dealers; Deals. … EU competition commissioner 'concerned' **Google** is rigging its **search engine** …

348

independent.ie/business/technology/news/eu-competition-c…

Barbara Hartwell Vs. CIA: **Honey Trap** Trickster? Or CIA Assassin?

… **Honey Trap** Trickster? Or CIA Assassin? … Here's a little sample of Negri's more recent **character assassination** regarding myself and my friends and colleagues Rayelan … But it's getting late and this 'Former CIA Assassin' and **'Honey Trap'** Trickster' has grown tired of typing …

barbarahartwellvscia.blogspot.com/2006/11/honey-trap-trickster-or-cia-assas…

Julian Assange in the **Honey Trap** by Justin Raimondo …

Julian Assange in the **Honey Trap**. How they snared him. by Justin … **character assassination** is an art, to be practiced with a fine attention to detail … One of the participants in the ensuing conversation describes her as "certainly an odd **character**," who seemed out of …

original.antiwar.com/justin/2010/12/07/julian-assange-in-the-h…

Snowden Drip: Government Funded **Character Assassination** …

Snowden Drip: Government Funded **Character Assassination** Squads Rampant Online From The Intercept: … the use of "**honey traps**" (luring people into compromising situations using sex) and destructive viruses. But, here, …

blog.agupieware.com/2014/02/snowden-drip-government-funded.html

By Bob Unruh

Journalist Glenn Greenwald, through whom document-leaker Edward Snowden previously rattled the entire National Security Agency, is now confirming Western intelligence networks strategize to place "trolls" on the Internet to undermine, discredit and destroy critics.

In an article posted on website Greenwald help create called the Intercept, Greenwald reports secret documents from the GCHQ – the United Kingdom's version of the NSA – reveal "how western intelligence agencies are attempting to manipulate and control online discourse with extreme tactics of deception and reputation-destruction."

**He cites documents from the "previously secret" Joint Threat Research Intelligence Group in the U.K., which describe injecting "all sorts of false material onto the Internet in order to destroy the reputation of its targets" and to use "social sciences and other techniques to manipulate online discourse and activism to generate outcomes it considers desirable."**

"To see how extremist these programs are, just consider the tactics they boast of using to achieve those ends: 'false flag operations' (posting material to the Internet and falsely attributing it to someone else), fake victim blog posts (pretending to be a victim of the individual whose reputation they want to

destroy), and posting 'negative information' on various forums."

The document lists a "Disruption Operational Playbook" and subheadings titled "Infiltration Operation, Ruse Operation, Set Piece Operation, False Flag Operation, False Rescue Operation, Disruption Operation, Sting Operation."

*Get "Disinformation: Former Spy Chief Reveals Secret Strategies for Undermining Freedom, Attacking Religion, and Promoting Terrorism" at WND's Superstore*

Regarding how to "discredit a target," the instructions include, "Set up a honey-trap, change their photos on social networking sites, write a blog purporting to be one of their victims, email/text their colleagues, neighbors, friends etc."

Sam Rolley at the Personal Liberty blog wrote that his organization for years has been "warning readers that the well-connected and ruling elite, displeased by this newfound proletariat freedom, have been prolific in attempts to undermine and marginalize information provided by any media outlet unwilling to obey the same unspoken rules that govern the content choices of major media outlets."

"Now, thanks to the efforts of National Security Agency whistleblower Edward Snowden and journalist Glenn Greenwald, readers no longer have to take the word of 'paranoid' bloggers who relate tales of paid government trolls lurking in comment sections and other concentrated top-down efforts to muddy the information provided by alternative media," Rolley said.

He warned that the "most disturbing confirmation provided in the newly publicized intelligence documents is that spy agencies in Western nations with free speech guarantees have been given carte blanche authority from political leadership to target private individuals and organizations deemed uncooperative with the will of the state with ruthless online reputation-destruction efforts."

Greenwald said the discussion of many of the techniques "occurs in the context of using them in lieu of 'traditional law enforcement' against people suspected (but not charged or convicted) of ordinary crimes or, more broadly still, 'hacktivism,' meaning those who use online protest activity for political ends."

Rolley said it takes "no stretch of the imagination – even for those who have resisted considering the possibility of malevolent intent on government's part – to assume that the mission of organizations like the NSA and GCHQ is ultimately more about quelling citizen dissent than stopping citizen bloodshed at the hands of terrorists."

"The mere existence of documents like those published this week," Rolley said, "provides that the nefarious and long-suspected Internet activities of Western propagandists are not just plausible – they have very likely occurred in the comment sections and social media posts of articles like the one you are reading now."

WND columnist Eric Rush highlighted the outrageous idea of government agents trying to destroy the reputations of critics.

"It is worth noting that in 2008, Cass Sunstein, an Obama adviser and the White House's former head of the Office of Information and Regulatory Affairs … wrote a paper proposing that the U.S. government engage teams of covert agents and independent, ideologically kindred surrogates to employ *precisely the aforementioned methods* to achieve their objectives," Rush said.

Greenwald said the "point is that, far beyond hacktivists, these surveillance agencies have vested themselves with the power to deliberately ruin people's reputations and disrupt their online political activity even though they've been charged with no crimes, and even though their actions have no conceivable connection to terrorism or even national security threats."

Greenwald said the British organization, GCHQ, in response to his questions, said only that it does not comment on intelligence matters.

"Furthermore," the agency said, "all of GCHQ's work is carried out in accordance with a strict legal and policy framework which ensures that our activities are authorized, necessary and proportionate, and that there is rigorous oversight, including from the Secretary of State, the Interception and Intelligence Services Commissioners, and the Parliamentary Intelligence and Security Committee."

"Whatever else is true," Greenwald wrote, "no government should be able to engage in these tactics: what justification is there for having government agencies target people – who have been charged with no crime – for reputation-destruction, infiltrate online political communities, and develop techniques for manipulating online discourse?"

WND previously has reported on leftist trolls operating online, including those with thousands of postings that would be unlikely to come from someone submitting comments during free time.

The report at the time said the trolls were performing a "disinformation" function typical of counter-intelligence efforts by intelligence agencies to confuse political enemies and refute or deflect opposing political views that are less susceptible to refutation by more traditional methods of debate and argumentation.

Typically, trolls operating on WND forums were defending Obama by posting specious and diversionary arguments with the goal of changing the subject and obscuring topics that could damage Obama, such as his birth records, life narrative, political history and policy preferences, including his current positions as president.

One was found to have posted nearly 4,800 comments over a two-year period. Another operated under different user names used various email addresses and nine different IP addresses to post 15,200 comments over 787 days on WND.com and FoxNews.com, as well as several smaller news websites, some of which had a local focus or interest.

The report confirmed many of the trolls banned from participating in WND forums appeared to have been operating on a professional level.

Read more at http://www.wnd.com/2014/02/govt-handbook-for-internet-trolls-uncovered/#lZFg1EdYRl9iTSC8.99

# .How The White House Has You "Killed":
## When you are The White House Press Secretary, and you want someone killed (in the media) you turn to Gawker Media and In-Q-Tel

## Who Is Gawker Media and Nick Denton? Let's take a look at how the international news media answers that question:

**Gawker Media: Hypocrites vs. Douchecanoes**

by Matt Forney For TAKI MAG.com

In 2002, a **failed** British journalist named Nick Denton started *Gawker,* a **bitchy** gossip blog run out of his Manhattan apartment. Over 10 years later, *Gawker* and its sister sites have become the biggest names in clickbait "journalism," pulling down millions of visitors a month and making its owner a millionaire several times over. The secret to Denton's success? He took the aggressive, **lynch mob mentality** of British tabloids, which **specialize in ruining people's lives,** and injected it into America's comparatively placid, Oprahfied media market.

In particular, *Gawker, Jezebel, Valleywag,* and their sister sites specialize in witch hunts: digital vigilantism against those who fail to keep up with leftist orthodoxy. Geoffrey Miller, Pax Dickinson, Justine Tunney, Violentacrez: the list of people whom *Gawker* has garroted for "racism" or "misogyny" could fill a phone book. With an army of Twitter twits behind it, Gawker Media truly is the moral majority of the left, **instigating mob action** against those who sin against the religion of *tolerance. Gawker*'s provocations are even encouraging real-world violence now, as *Valleywag*'s overfed man-baby of an editor Sam Biddle eggs on attacks against San Francisco tech workers from the safety of the East Coast.

http://www.corruptionnewsdc.com/wp-content/uploads/2014/09/SPIES-WHO-WENT-ROGUE_-THE-IN-Q-TEL-STORY.102d.mp4

**"Which makes the revelation that Denton has been allowing trolls to terrorize his female employees all the more delicious."**

For the past few months, 4chan has been engaged in a trolling operation against *Jezebel*, posting pictures of rape and gore porn in the comments section. Despite the fact that these shocking and disgusting images are stressing out staffers to the point where they're developing PTSD, Denton has steadfastly refused to do anything about the problem. *Jezebel*'s staff recently snapped and posted an open letter on the site demanding that Gawker Media do something, calling 4chan's trolling "a very real and immediate threat to the mental health of *Jezebel*'s staff and readers."

Fat chance of this happening, however. As others have pointed out, Gawker Media's business model depends on getting clicks; indeed, their writers are paid according to how many page views their articles get. Since comments help drive traffic to websites, fighting 4chan's rape porn trolling will reduce *Gawker*'s profitability. Not only that, Google itself ranks web pages according to how many comments they have, as comments are extremely difficult to fake. Fewer comments means a lower page rank, which translates into less search traffic and less money for Denton to blow on exotic vacations with his boy-toy hubby. If Gawker Media was willing to testify in federal court as to why they should be allowed to rip off their interns, you can bet your bottom peso that they aren't going to do jack about this.

Gawker Media Attack Specialist Adrian Covert of San Francisco. Now under 24/7 electronic surveillance for "suspicious activities"

And there's the punch line. Gawker Media, the company that gets people fired from their jobs for making "sexist" jokes, has been creating a hostile work environment for its women staffers for *months*. They're the leftist equivalent of a priest who rails against homosexuality only to be caught molesting altar boys in the confessional booths. In staying silent on this for so long, Dodai Stewart, Lindy West, and *Jezebel*'s other star employees have shown themselves to be frauds. They don't care about feminism, "fat shaming," or whatever cause they're screeching about today; all they care about is money and power. And now we have the proof.

Please share this article by using the link below. When you cut and paste an article, Taki's Magazine misses out on traffic, and our writers don't get paid for their work. Email editors@takimag.com to buy additional rights. http://takimag.com/article/gawker_media_hypocrites_vs_douchecanoes/print#ixzz3CCvoAIP4

 Denton Sweats Over Decline in Web **Ad Revenues** – CBS News

**Gawker Media's** Nick Denton has made a horrible prediction regarding internet adspend for the next year: … **Gawker's** Denton Sweats Over Decline in Web **Ad Revenues**. Shares Tweets Stumble … But the web **ad** economy as a whole will be the beneficiary of **falling** budgets.

cbsnews.com/news/gawkers-denton-sweats-over-decline-i…

More from cbsnews.com

Nick Denton charged with ordering phone-hacking, helping Anonymous hackers, stealing Mitt Romney's tax records, hiding money in Russia and Caymans and MORE…

IS GAWKER MEDIA THE WHITE HOUSE PRESS SECRETARY'S "PLAUSIBLE DENI-ABILITY" HIT SQUAD? STILL MORE…

'Straight To **Hell:'** Reflections On Annie, **Gawker** …

I feel like I'm probably going straight to **hell** for all of this. But, given all the other shitty … Emily Ratajkowski entertainment expats facebook **Gawker Gawker Media** gender hipsters Hollywood Hugh Hefner inter-racial dating internet Jezebel Julia Allison korea liberalism …

migukin.wordpress.com/2014/08/06/straight-to-hell-reflections-o…

More from migukin.wordpress.com**Advertisers Ditch Gawker Media In Droves. "Brand Tainted" says Forbes Exec. Gawker's**

Terror– John Cook of Gawker; now of Greenwald – NOT CIA'S FRIEND!

# Gawker Tries to Reveal Identity of CIA Agent Behind Bin Laden Kill

By Jana Winter

The Gawker website is under fire for trying to expose the CIA agent who may have helped lead the effort to kill Usama Bin Laden — despite efforts by the U.S. government and media to keep his identity secret for security reasons.

Using red arrows pointing to a full-length picture and close-up photos of the possible agent, Gawker reporter John Cook on July 6 wrote a piece under the headline "Is This the Guy Who Killed Bin Laden?" The story has since sparked an angry response from former intelligence agents — as well as Gawker's own readers — who say Cook's post was irresponsible and could have deadly consequences.

"This whole business of exposing people is a real serious matter. It's not entertainment, some people may think it is, but it's not … There are real people out there that are going to be killed because of this," said Charles Faddis, a former CIA operations officer who spent 20 years working international hot spots and who headed the CIA's Terrorist Weapons of Mass Destruction Unit before retiring in 2008.

"I don't have a lot of patience for this," added Faddis, speaking about attempts to out the identity of a CIA operative.  "This is serious, this is really serious. It's completely irresponsible."

Some Gawker readers also weren't amused. A commenter named "Myrna Minkoff" wrote in response to Cook's story:

*"If this is the guy who tracked down Bin Laden, I can think of no better way to thank him for his outstanding civil service than by outing him on a highly trafficked web site and putting his career, his life, the lives of his loved ones in danger. Hooray!"*

Another commenter "joelydanger" wrote:

*"Consider that the next time you decide to write another article that tries to glorify DEVGRU, the CIA, or anyone and anything else used on the mission. You're causing harm and danger to the very people you're claiming to be heroes."*

But Cook insisted he didn't compromise anyone's security by posting the photos.

"I do not believe my post put anybody in physical danger," Cook said in an email response to several questions posed by FoxNews.com. "I do not believe that people whose photographs are distributed by the White House as part of its public relations efforts have a reasonable claim to ask that no one speculate as to who they are."

Cook was referring to a series of official White House pictures taken from the Situation Room during the raid on Bin Laden's compound in Pakistan. The most famous of those photos, seen on televisions, newspapers and websites around the world, showed President Obama, Vice President Biden, Secretary of State Hillary Clinton, Defense Secretary Robert Gates and other officials watching a live feed of the raid.

Barely visible in that photo is the right jacket arm and the bottom of a necktie that appear to belong to a tall man standing behind Gates. Other pictures taken in the Situation Room during the raid, posted on the White House Flickr feed, show full-on shots of a tall man whose jacket and tie appear to match those of the man standing behind Gates in the earlier photo.

On July 5, the Associated Press published an extensive article on a CIA agent who led the hunt and eventual takedown of Bin Laden. The article referred to the agent only as "John," explaining: "The Associated Press has agreed to the CIA's request not to publish his full name and withhold certain biographical details so that he would not become a target for retribution."

Later that same day, the website Cryptome, a Wikileaks competitor that publishes leaked, sometimes classified documents and information, used clues from the AP article to home in on photos from the White House Flickr feed and other AP photos that might show "John." The article noted that "John" appeared just out of frame in the famous photo.

The following day, Cook picked up the Cryptome info and published the photos from the White House Flickr feed, beneath the "Is This the Guy Who Killed Bin Laden?" headline. Cook's post also included an AP file photo of CIA Director Leon Panetta leaving a briefing on Capitol Hill, where the man who may be "John" is seen in the background.

"Of course, it could be a random staffer who happened to be in both locations with John," Cook wrote. "Or it could be the guy who iced bin Laden."

The New York Observer posted a story late Tuesday that claimed to have confirmed the identity of the CIA agent, starting with the AP article and the Situation Room photo, and it posted photos online of the man it said was the agent.

Cook said he and his Gawker editors discussed potential safety concerns before publishing the information and photos.

"We came to the conclusion that it is highly unlikely that the White House would distribute for publication a photograph of a man whose life would be endangered if his photograph were ever published. Likewise, we decided that it is highly unlikely that such a man would publicly accompany the director of Central Intelligence, in the presence of AP photographers, to Capitol Hill to testify."

But those White House photos do not identify the man in question, only noting that the group of people are "members of the national security team," numerous Gawker commenters pointed out.

*"You seem to have not noticed that they took great pains to make sure his face wasn't in the shot and he was never identified by name,"* Myrna Minkoff wrote, when another commenter challenged her criticism of the Gawker post.

Other commenters chimed in.

*"Sure it'll put him, his friends, and his family in danger regardless of whether or not he's actually the guy, but it'll generate some pageviews and advertiser revenue, and that's the IMPORTANT thing, right?"* wrote someone using the name "dgoat."

*"You should still be ashamed of yourselves."*

Sortie en mer

Embarquez pour une expérience interactive et immersive. … speakers and fullscreen recommended

sortieenmer.com/?lang=en

More from sortieenmer.com

One Denton Bio | **Gawker Media** LLC and Nick Denton- The …

The headquarters of **Gawker Media**, … (Ironically, it was one of the few things he's ever done mainly for the **hell** of it.) … Blog at WordPress.com. Follow. Follow "**Gawker Media** LLC and Nick Denton- The Killing of Babies …

gawkerhell.wordpress.com/2012/08/27/one-denton-bio/

More from gawkerhell.wordpress

"Gawker is the most vile and evil example of the written word in history", says employee. What **Gawker Media** Is Doing About Our Rape Gif Problem

On Monday, we posted an open letter to the management of **Gawker Media**, our parent company, regarding an ongoing problem that we here at Jezebel could no longer tolerate: horribly violent rape gifs that were consistently appearing in our comments. For months, we asked **Gawker Media** HQ for help with

jezebel.com/what-gawker-media-is-doing-about-our-rape…

More from jezebel.com

Jezebel calls out **Gawker Media** for failing to address …

Jezebel calls out **Gawker Media** for failing to address incessant misogynist comments … we'd report the **hell** out of it here and cite it as another example of employers failing to take the safety of its female employees seriously.

salon.com/2014/08/11/jezebel_calls_out_gawker_media…

More from salon.com

**Gawker** and the Rage of the Creative Underclass — New York …

Everybody **Sucks Gawker** and the rage of the creative underclass. By Vanessa Grigoriadis; Published Oct 14, 2007 ; … **Gawker** made its debut under the leadership of Nick Denton, the complicated owner of the blog network **Gawker Media**, …

nymag.com/news/features/39319/

More from nymag.com


**Gawker Sucks** and Here is Why | The Writings

Perhaps you, like everyone else who uses the web, likes to visit gossip sites like **Gawker**. I have had it with those sites. Their trade is in lies, deception, … **Gawker Sucks** Even More | **Gawker Media**. Leave a Reply Cancel reply. Enter your comment here …

neobiblical.wordpress.com/2011/04/07/gawker-sucks-and-here-is-why/

More from neobiblical.wordpress.com

**Gawker Sucks** – "Free Beacon" — Breaking News, Politics …

**Gawker Sucks**. Share. Tweet. Email. … It is unclear to me how **Gawker Media's** actions are materially different from, say, Napster circa 2000 when it was sued out of existence for facilitating the illicit downloads of copyright material. Who knows.

freebeacon.com/blog/gawker-sucks/

More from freebeacon.com


Who else hates **Gawker Media**? – Boycott-**Gawker**-And-Gizmodo

Who else hates **Gawker Media**? Nobody who works at **Gawker**/Gizmodo/etc. should ever work again! Butt handed to **Gawker**; … http://juicedsportsblog.com/2008/05/**gawker**–**media**–**sucks**.html http://suckreport.com/search/**gawker** http://tomsucks.wordpress.com/2008/05/14/**gawker**–**sucks**/

boycott-gawker-and-gizmodo.weebly.com/who-else-hates-gawker-media.html

More from boycott-gawker-and-gizmodo.weebly.com


Why Digg Really **Sucks** and **Gawker Media** Probably Does Too …

Right on. I won't say that most of the stuff on Digg is bad. It's just not that great. Meh. But I really agree with you that there are way too many "me too" blog posts out there.

imaginaryplanet.net/weblogs/idiotprogrammer/2007/06/why-digg-…

More from imaginaryplanet.net

New Statesman | Reddit blocks **Gawker** in defence of its right …

Links from **Gawker** are banned from /r/politics, after journalist threatens to reveal the identity of the man running Reddit's "creepshots", "beatingwomen" and "jailbait" forums.

newstatesman.com/blogs/internet/2012/10/reddit-blocks-gawk…

More from newstatesman.com


**Gawker Sucks** | Exposing "**Gawker Medias**" racist Slants one …

**Gawker Media** gets traffic with copyrighted material? I find this bit even more interesting, … Follow "**Gawker Sucks**" Get every new post delivered to your Inbox. Powered by WordPress.com …

gawkersucks.wordpress.com

More from gawkersucks.wordpress.com

**Gawker Sucks** – blogspot.com

**Gawker Sucks** Sunday, August 24, 2014. … Earlier today, Joel Johnson announced **Gawker** was disabling all image uploads in their comments. … And you can be sure the top guys at **Gawker Media**, like Joel Johnson, are now looking into it!

gawkersucks.blogspot.com

More from gawkersucks.blogspot


**Gawker Sucks**: Finding Mobutu

**Gawker Sucks**. Sunday, December 9, 2012. Finding Mobutu. Most people reading this are probably familiar with **Gawker Media** properties.

gawkersucks.blogspot.com/2012/12/finding-mobutu.html

More from gawkersucks.blogspot.com

**Gawker Media** とは – goo Wikipedia (ウィキペディア)

**Gawker Media**. From Wikipedia, the free encyclopedia. Vanessa Grigoriadis, "Everybody **Sucks**: **Gawker** and the rage of the creative underclass, New York magazine, October 22, 2007.

wpedia.goo.ne.jp/enwiki/Gawker_Media

More from wpedia.goo.ne.jp

**Gawker Media** – Wikipedia, the free encyclopedia

**Gawker Media** is a Cayman Islands1 corporation online **media** company and blog network, founded and owned by Nick Denton based in New York City. It is considered2 to be one of the most visible and successful blog-oriented **media** companies.citation As of March 2012…

wikipedia.sfstate.us/Gawker_Media

More from wikipedia.sfstate.us

Gawker Writers Have to Work Weekends Now Too | New York Observer

**Nick Denton**, for his part, said that the weekend plan is "nothing new," and that in the first half of the year, … and said he thinks it "**sucks**." Share this: Facebook; Twitter; Google; LinkedIn; Print; Email; Filed under: Alex Pareene, Gabriel Snyder, Gawker, **Nick Denton**, The Media Mob. Comment .

observer.com/2008/12/gawker-writers-have-to-work-weeke…

More from observer.com

**Nick Denton** – Wikipedia, the free encyclopedia

**Nick Denton**, born 24 August 1966, is a British journalist and internet entrepreneur, the founder and proprietor of the blog collective Gawker Media, and the managing editor of the New York-based Gawker.com.

en.wikipedia.org/wiki/Nick_Denton

More from en.wikipedia.org

Shots In The Dark: Why Gawker **Sucks**

I was just googling "Gawker **sucks**" and this came up making a very clear point of why I was googling this phrase in the first place. They're not even funny.

richardbradley.net/2005/11/why-gawker-sucks.html

More from richardbradley.net


Oh my! Gawker's Nick Denton's ex boyfriend is not happy with his new boy toy.


By Christopher Koulouris For http://scallywagandvagabond.com

Frankly there's nothing more delicious than watching someone famous for ripping people's alive (yes journalism sucks these days) apart become his own parody on manners and gossip. That said there was a twinkle of relish when I came across **page 6**'s interesting expose on **Nick Denton**, the media zealot of **Gawker media** (which owns a smattering of salacious dribble including **gawker,**

360

**jezebel,deadspin,lifehacker and jalopnik**)who has suddenly found himself the scorn of a former jealous and one imagines scorned lover.

page 6: Gadfly Gawker Media head Nick Denton recently changed his Facebook status from single to "in a relationship," but not everyone seems to be happy about it.

Sources say an angry ex of his new boyfriend tossed a brick through the window of Denton's SoHo loft building recently, and has been causing enough further trouble that the police have been contacted.

Not to drift too much from Nick but I too was quite aghast when I decided to publicly note that I was no longer single but in a relationship on Facebook (for some reason I was quite surprised by the number of people who responded to what I perceived to be something really quite arbitrary and of little consequence in the world scheme of things, but yes people do pay attention it seems) which perhaps might explain the sudden attention that Mr Denton received when he publicly decided to note that he was in fact now no longer a pedophile or single.

Of course who also noted one assumes is a scorned former lover of the media titan who felt compelled enough to go smashing bricks into his former lover's abode. And perhaps with good reason as it appears Mr Denton's attentions have now turned to presumably a nimble agile and quite pretty young man ( 28 year old **Derrence Washington**) who it appears is an English actor here in NYC on tour (permanent tour one supposes).

What perhaps make the intrusion even more charming (not to suggest they are ever charming) is Mr Denton's own acknowledgment that he is now being served the same dish he is well known famous for serving up on a regular basis.

When we asked Denton about the incidents, he told us via e-mail: "After that Hulk Hogan sex tape on Gawker, I can hardly complain about intrusion into my private life!

**"Yep, love is messy," he added.**

Indeed love and gossip are quite messy but that said I'm betting Mr Denton is loving every minute of it. If I could suggest one thing Mr Denton, perhaps if you were to send a bouquet to the former lover it may temper their ire. I know it worked for me once. Oh dear…

above image found **here**

---

Who owns the **Gawker Media** company? – Ask questions, Find …

… Who owns the **Gawker Media** company? : … Jossip founder David Hauslaib estimated **Gawker**.com's annual advertising **revenue** to be at least $1 … but someone else will have better luck selling the advertising than we did."[5] In a fall 2008 memo Denton announced the layoff of "19 of our

…

askville.amazon.com/owns-Gawker-Media-company/AnswerViewer.do…

More from askville.amazon.com

NICK DENTON SAYS, ON CAMERA, TO NBC, THAT HE MAKES A LIVING DESTROYING
PEOPLE:

http://jimromenesko.com/2012/03/06/gawkers-nick-denton-talks-to-nbcs-rock-center/


**Testimony to Human Rights Watch, The United Nations and Special Task Force: The Hague:**

*"In-Q-Tel has exploited the most defenseless, at risk, abused people in the world: the war refugees, democracy advocates and disaster refugees. They did this by copying benign software and offering it to those groups with the sole purpose of spying on them for economic and political manipulation for the advantage of campaign billionaires with specific political interests. Backdoors and tracking mechanisms, via IN-Q-Tel owned Silicon Valley data harvesting companies, were used to take advantage of these populations of American and international regions."*

# .Payback Politics: How taxpayer resources were used to attack and destroy competitors and reporters who tried to tell police about the crimes

## Department of Energy Funding applicants who competed with the applicants controlled by the Silicon Valley campaign financiers were brutally attacked using government resources

## .Anatomy of A White House "Hit Job"

**ANATOMY OF A SILICON VALLEY CARTEL "BURN NOTICE": TECH BILLIONAIRES COPY SPY HIT-JOB TACTICS TO WIPE OUT ADVERSARIES**

- Contracts hit job and lobby services like In-Q-Tel, Sidney Blumenfeld Consulting, New America Foundation, Gawker Media, Richard Berman Consulting, NVCA and private investigators.

- Destroys all your sources of income

- Steals your technology

- Sends "honey-trap" fake dates to harass you

- They will put a "do not hire" notice on every job & HR database in the world

- Spoofing your websites by instantly redirecting links to fake clones

- Sends tens of millions of fake users to your sites

- Intercepts any Paypal, or other online payments, so you never get any on-line revenue

- Threatens law firms that try to defend you

- Has their corrupt Senator manipulate laws against you

- Puts moles in your company

- Calls your employer with fake stories about you to get you fired

- Posts character assassination stories using their "Troll Farms" and Gawker Media

363

- They have Google lock all of the attacks against you at top of Google search results

- Copies the CIA and GCHQ tactics book

- The Silicon Valley Cartel is able to accomplish the web portion of the attacks, because the Silicon Valley Cartel founded, funded and Board-level manages the very companies that have the internet technology to undertake such attacks. Instead of only using them for law enforcement, they use them to dabble in organized crime, on the side.

THE SILICON VALLEY CARTEL USED THE "JTRIG OPS MANUAL" TO CONDUCT ATTACKS ON ORDINARY AMERICANS WHO THEY WANTED "TAKEN OUT"

Controversial GCHQ Unit Engaged in Domestic Law Enforcement, Online Propaganda, Psychology Research

*By* [Glenn Greenwald](#) *and* [Andrew Fishman](#) FOR THE INTERCEPT

[@ggreenwald](#)[@AndrewDFish](#)

[Controversial GCHQ Unit Engaged in Domestic Law Enforcement, Online Propaganda, Psychology Research](#)



Getty Images/Ikon Images

The spy unit responsible for some of the United Kingdom's most controversial tactics of surveillance, online propaganda and deceit focuses extensively on traditional law enforcement and domestic activities — even though officials typically justify its activities by emphasizing foreign intelligence and counter-terrorism operations.

Documents published today by *The Intercept* demonstrate how the Joint Threat Research Intelligence Group (JTRIG), a unit of the signals intelligence agency Government Communications Headquarters (GCHQ), is involved in efforts against political groups it considers "extremist," Islamist activity in

schools, the drug trade, online fraud, and financial scams.

Though its existence was secret until last year, JTRIG quickly developed a distinctive profile in the public understanding, after documents from NSA whistleblower Edward Snowden revealed that the unit had engaged in "dirty tricks" like deploying sexual "honey traps" designed to discredit targets, launching denial-of-service attacks to shut down internet chat rooms, pushing veiled propaganda onto social networks, and generally warping discourse online.

Early official claims attempted to create the impression that JTRIG's activities focused on international targets in places like Iran, Afghanistan, and Argentina. The closest the group seemed to get to home was in its targeting of trans-national "hacktivist" group Anonymous.

While some of the unit's activities are focused on the claimed areas, JTRIG also appears to be intimately involved in traditional law enforcement areas and UK-specific activity, as previously unpublished documents demonstrate. An August, 2009 JTRIG memo entitled "Operational Highlights" boasts of "GCHQ's first serious crime effects operation" to shut down internet forums and to remove websites identifying police informants and members of a witness protection program. Another was "used to facilitate and execute online fraud." The document also describes GCHQ advice provided "to assist the UK negotiating team on climate change."

Particularly revealing is a fascinating 42-page document from 2011 detailing JTRIG's activities. It provides the most comprehensive and sweeping insight to date into the scope of this unit's extreme methods. Entitled "Behavioral Science Support for JTRIG's Effects and Online Humint [Human Intelligence] Operations," it describes the types of targets on which the unit focuses, the psychological and behavioral research it commissions and exploits, and its future organizational aspirations. It is authored by a psychologist, Mandeep K. Dhami.

Among other things, the document lays out the tactics the agency uses to manipulate public opinion, its scientific and psychological research into how human thinking and behavior can be influenced, and the broad range of targets that are traditionally the province of law enforcement rather than intelligence agencies.

JTRIG's domestic and law enforcement operations are made clear. The report states that the controversial unit "currently collaborates with other agencies" including the Metropolitan police, Security Service (MI5), Serious Organised Crime Agency (SOCA), Border Agency, Revenue and Customs (HMRC), and National Public Order and Intelligence Unit (NPOIU). The document highlights that key JTRIG objectives include "providing intelligence for judicial outcomes;" monitoring "domestic extremist groups such as the English Defence League by conducting online HUMINT;" "denying, deterring or dissuading" criminals and "hacktivists;" and "deterring, disrupting or degrading online consumerism of stolen data or child porn."

It touts the fact that the unit "may cover all areas of the globe." Specifically, "operations are currently targeted at" numerous countries and regions including Argentina, Eastern Europe and the UK.

JTRIG's domestic operations fit into a larger pattern of UK-focused and traditional law enforcement activities within GCHQ.

Many GCHQ documents describing the "missions" of its "customers" for which it works make clear that the agency has a wide mandate far beyond national security, including providing help on intelligence to the Bank of England, to the Department for Children, Schools and Families on reporting of "radicalization," to various departments on agriculture and whaling activities, to government financial divisions to enable good investment decisions, to police agencies to track suspected "boiler room fraud," and to law enforcement agencies to improve "civil and family justice."

Previous reporting on the spy agency established its focus on what it regards as political radicalism. Beyond JTRIG's targeting of Anonymous, other parts of GCHQ targeted political activists deemed to be "radical," even monitoring the visits of people to the WikiLeaks website. GCHQ also stated in one internal memo that it studied and hacked popular software programs to "enable police operations" and gave two examples of cracking decryption software on behalf of the National Technical Assistance Centre, one "a high profile police case" and the other a child abuse investigation.

The JTRIG unit of GCHQ is so notable because of its extensive use of propaganda methods and other online tactics of deceit and manipulation. A 2011 report on the organization's operations, published today, summarizes just some of those tactics:

366

2.5   *Operation methods/techniques.* All of JTRIG's operations are conducted using cyber technology. Staff described a range of methods/techniques that have been used to-date for conducting effects operations. These included:

- Uploading YouTube videos containing "persuasive" communications (to discredit, promote distrust, dissuade, deter, delay or disrupt)
- Setting up Facebook groups, forums, blogs and Twitter accounts that encourage and monitor discussion on a topic (to discredit, promote distrust, dissuade, deter, delay or disrupt)
- Establishing online aliases/personalities who support the communications or messages in YouTube videos, Facebook groups, forums, blogs etc
- Establishing online aliases/personalities who support other aliases
- Sending spoof e-mails and text messages from a fake person or mimicking a real person (to discredit, promote distrust, dissuade, deceive, deter, delay or disrupt)
- Providing spoof online resources such as magazines and books that provide inaccurate information (to disrupt, delay, deceive, discredit, promote distrust, dissuade, deter or denigrate/degrade)
- Providing online access to uncensored material (to disrupt)
- Sending instant messages to specific individuals giving them instructions for accessing uncensored websites
- Setting up spoof trade sites (or sellers) that may take a customer's money and/or send customers degraded or spoof products (to deny, disrupt, degrade/denigrate, delay, deceive, discredit, dissuade or deter)
- Interrupting (i.e., filtering, deleting, creating or modifying) communications between real customers and traders (to deny, disrupt, delay, deceive, dissuade or deter)
- Taking over control of online websites (to deny, disrupt, discredit or delay)
- Denial of telephone and computer service (to deny, delay or disrupt)
- Hosting targets' online communications/websites for collecting SIGINT (to disrupt, delay, deter or deny)
- Contacting host websites asking them to remove material (to deny, disrupt, delay, dissuade or deter)

Throughout this report, JTRIG's heavy reliance on its use of behavioral science research (such as psychology) is emphasized as critical to its operations. That includes detailed discussions of how to foster "obedience" and "conformity":

2.18  *Behavioural science needs.* Staff identified various areas of behavioural science support that their effects and online HUMINT operations might benefit from. These mostly referred to social psychology, and included:

- Psychology of relationships (including online social interactions)
- Cultural impact on social interactions
- Psychology of trust and distrust
- Psychological profiling
- Developing realistic online aliases/personalities
- Psychology of persuasion
- Mass messaging
- Marketing/branding of YouTube videos
- Plausible excuses for not being able to communicate or interact with target online (or face-to-face)
- Effective delay tactics and "hooks" when dealing with online customers
- Online criminal behaviour (e.g., child exploitation, fraud)
- Youth behaviour online
- Online business operations

…

## Psychology-Based Influence Techniques

3.2  Theories and research in the field of social psychology may prove particularly useful for informing JTRIG's effects and online HUMINT operations. The following topics would be particularly relevant for *social influence*:

- Social cognition (including social perception and attribution)
- Attitudes
- Persuasive communications
- Conformity
- Obedience
- Interpersonal relationships
- Trust and distrust
- Psychological profiling

In addition, the application of social psychological ideas to marketing and advertising would be useful.

…

3.6   *Obedience* is a direct form of social influence where an individual submits to, or complies with, an authority figure. Obedience may be explained by factors such as diffusion of responsibility, perception of the authority figure being legitimate, and socialisation (including social role). Compliance can be achieved through various techniques including: Engaging the norm of reciprocity; engendering liking (e.g., via ingratiation or attractiveness); stressing the importance of social validation (e.g., via highlighting that others have also complied); instilling a sense of scarcity or secrecy; getting the "foot-in-the-door" (i.e., getting compliance to a small request/issue first); and applying the "door-in-the-face" or "low-ball" tactics (i.e., asking for compliance on a large request/issue first and having hidden aspects to a request/issue that someone has already complied with, respectively). Conversely, efforts to reduce obedience may be effectively based around educating people about the adverse consequences of compliance; encouraging them to question authority; and exposing them to examples of disobedience.

3.7   *Conformity* is an indirect form of social influence whereby an individual's beliefs, feelings and behaviours yield to those (norms) of a social group to which the

In response to inquiries, GCHQ refused to provide on-the-record responses beyond its boilerplate claim that all its activities are lawful.

———

Documents published with this article:

    Behavioural Science Support for JTRIG'S Effects and Online HUMINT Operations

    UK Ministry Stakeholder Relationships Spreadsheets (13 documents merged)

———

*Ph*

Email the authors: glenn.greenwald@theintercept.com, fishman@theintercept.com

# California Tax Officials Charged with Putting Lois Lerner-type hit jobs on citizens who offend Obama and his campaign backers.

By Tom Aniston

A number of California companies, who competed with campaign billionaires, had "hit jobs" put on them by State officials, who got "their trolley greased" by those same campaign billionaires. It was LOIS LERNER 2.0

You see, billionaires are stupid, about anything technical. They just pick any technology, that they can hype and control, and kill off anything that tries to compete. They are great at rigging the stock market, but that is about as far as their knowledge goes. They don't care how good a technology is, they care how fast they can skim their percentage off the top.

As Mike Judge's amazing TV series: "Silicon Valley", documents in intimate detail; these billionaires are "assholes" addicted to power. In San Francisco's notorious "AngelGate" and "No Poaching Conspiracy" scandals, the very words of these "assholes" are publicly outed for the whole world to gasp at. Their collusion programs, and rigging-of-the-game is Machiavellian.

They don't really ever pick good technologies, they pick technologies that they think they can build a cartel, and a technology monopoly, around.

They act like bitchy little girls when anybody builds a better mousetrap. "How dare they use actual innovation!", they cry in horror. They even tried to outlaw the U.S. Patent office in order to halt domestic innovation.

Some California companies came up with some technologies that pissed off the Silicon Valley Cartel, because those technologies obsoleted the monopolies they had staged. You know California; they are always so creative out West.

The Silicon Valley Cartel motto is: "If you don't play in our sandbox, you don't get to play at all". The Cartel used their considerable cash, and their political puppet strings in Sacramento, to sabotage the offenders. They had their elected, and appointed, politicians, do much of their dirty work.

It is a proven, and documented, fact that Elon Musk, John Doeer, Steve Jurvetson and Eric Schmidt, directly and indirectly, funded Obama's, Reid's and Feinstein's campaigns. You can do the research and confirm this. They also funded some lesser known California state officials including the Attorney General and others. This is no longer an issue in debate. It is a post-Snowden election year and EVERYTHING is now visible to the world.

It is a proven ,and documented fact, that Elon Musk, John Doeer, Steve Jurvetson and Eric Schmidt, directly and indirectly, received  hundreds of millions of dollars in kick-backs from Obama, Reid and Feinstein campaigns.

It is a proven and documented fact that Elon Musk, John Doeer, Steve Jurvetson and Eric Schmidt, directly and indirectly, received exclusive tax waivers and gifts from California's tax dude: Bill Lockyer, in the California State Capitol, that totaled billions of dollars in upside. When the competitors tried to get those same resources they were lied to, stone-walled, blockaded, and fined. Nobody but those campaign financiers got those billions of dollars of special, personal, exclusive tax-payola fixes.

It is a proven, and documented, fact that Elon Musk, John Doeer, Steve Jurvetson and Eric Schmidt, directly and indirectly, had a relationship with Solyndra, which was raided by the FBI, shut down and cost taxpayers half a trillion dollars in losses.

It is a proven and documented fact that Elon Musk, John Doeer, Steve Jurvetson and Eric Schmidt, directly and indirectly, had a financial relationship with Dianne Feinstein, who lobbied to fund Solyndra and Tesla, and had her family control the construction, staffing, real estate, contracting, and stock pumps for those companies which sit on the same plot of land.

It is a proven, and documented fact, based on existing records, case numbers and public testimony that the FBI, the GAO, The San Francisco Police Department, The U.S. Senate Ethics Committee, The OSC, The Inspector General, and numerous other agencies, have criminal complaints on file against all of the above parties.

It is a proven, and documented fact, that Elon Musk, John Doeer, Steve Jurvetson and Eric Schmidt, are the only living humans on Earth to have all of these "coincidences" all line up with just, and only, them and to also be the only people on Earth to receive, what has now amounted to, hundreds of billions of dollars of cash from the pockets of the public via the politicians they funded.

In the most ironic of "coincidences", the very companies that had the technologies which obsoleted the Cartel activities of campaign financiers Elon Musk, John Doeer and the rest, were the only ones to get targeted, and sabotaged, by the very same state officials who had given Elon Musk, John Doeer, Steve Jurvetson and Eric Schmidt all of their gifts; and gotten backing from Elon Musk, John Doeer, Steve Jurvetson and Eric Schmidt.

What are the odds of that!? Isn't that just a funny set of "coincidences"?

Actually, we checked with University mathematicians, the odds are the same odds as the likelihood that you will sprout wings and fly to the Moon. There is no possible way all of those things could have happened without an epic corruption scheme being operated by those people.

So you have 1.) Motive, 2.) Means, 3.) Intent, 4.) Documented action, 5.) Proven links between steering and unjust rewards 6.) Discovery of unjust rewards exclusively in the hands of the perpetrators, 7.)  Leaked documents which confirm, 8.) Multiple published reports which verify

...and that's not all.

You only need 5 of those things to convict for a felony.

The "I don't know 'nuthin" attitude of the California Secretary of State, the California Attorney General and the Chief Officers at the Franchise Tax Board might have something to do with their financial, stock market, personal and campaign relationships with Elon Musk, John Doeer, Steve Jurvetson, Eric Schmidt and their little boys club.

Solyndra, and the rest of the Steven Chu disaster companies, were just all one big kick-back scheme and FlashBoy stock pump scam. Everybody in the scam got plenty of cash to buy their new Tesla's, hookers and condo's with. The public got screwed, though.

The complainants have sent those State Officials volumes of letters and inquiries for over a year. Not a single one of those State officials, or their staff, have provided a responsive answer. They think they can stone-wall by pulling the same "don't respond or say anything" tricks that the IRS tried with the Senate. That, though, is also a felony and results in Conspiracy charges in civil litigation.

The facts show that California State officials engaged in corrupt felony-class kick-back schemes. The State of California needs to "man up" and take responsibility, or face the voter consequences in the Court of Public Embarrassment.

State Justice Department insider Ken Alex is in a quandary. Attorney General Kamala Harris is in a stew.

Let's take poor Kamala. Obama publicly said he had the hots for her. She wants Silicon Valley cartel cash so she can run for the next rung on the political ladder. But!, in order to do her job without looking like a patsy, she has to arrest and indict the very Obama Silicon Valley campaign financiers that she needs to mooch for campaign cash. Ooopps: AWKWARD!

In another awkward reality, California inventor Gary D. Conley was the arch enemy of, and whistle-blower on Elon Musk, John Doeer, Steve Jurvetson, Eric Schmidt.  Gary D. Conley suddenly showed up behind a Northern California Air Force base with a bullet in his head. The chief suspects include people who Kamala needs campaign cash from. MORE AWKWARD!

So who, exactly, can the public count on to enforce justice and the law, in California?

Here is the worse-case scenario: The Chinese have hacked everything in California and are just waiting for the opportunity to sell good evidence to investigators. The leaks from disgusted agency staff are increasing. The top cops have arrested more Senators than you ever saw before.  More arrests are known to be coming. It is an election year and political corruption is the hottest topic around. The victims have started suing for justice. The public polls just listed "political corruption" as the most hated form of public abuse.  In short: Hell on Wheels is coming to Sacramento.

The worse case scenario is only bad for the corrupt politicians involved. It is GREAT for the voters.

The California Franchise Tax Board, for example, has been sending tax notices to the victims via the wrong addresses for those people and companies. When the victims complain to the Franchise tax board, the franchise tax board refuses to change the wrong addresses. Then the The California Franchise Tax Board says that the victims did not respond in time (Because the Tax people were sending notices to the wrong addresses, apparently on purpose) and put levy' demands on their companies in order to take them over and shut them down.

These companies were put out of business by these very same officials because of their fraud in pretending to ask the companies to play, their sabotage and blockades and their covert support of the their competitors.

In essence, the State of California said, *"we know, originally, you only had to pay a tiny fee, but we screwed up the mailing so now you have to pay a penalty fee of twenty four times as much but we know you can't afford the penalty fees because we put you out of business so we are going to take your company away from you because we said so and you competed with our campaign financiers."*

Talk about bypassing "Eminent Domain"...

The California Franchise Tax Board refuses to respond to inquiries, and it refuses to correct the problem. The California Franchise Tax Board just keeps doubling the money they demand, refuses to accept the proper forms and, essentially, tries to drive the competitors to Elon Musk, John Doeer, Steve Jurvetson, Eric Schmidt; their campaign backers, out of business.

While almost every American now says they hate Washington DC, because of the cesspool of

corruption it has become, they must realize that corruption starts at home.

Washington DC is, mostly, made up of people sent by states. If your state capital is full of crime, your national capitol will also become full of crime.

If the State Capitol of California is being run by criminals, then the FBI must step in and take action. The voters must step in and take action in the next election. The media must no longer be silent on the issue.

California, you have one of the biggest effects on the national election. Stop sending crooks to Congress!

# The following are details from a series of Silicon Valley Hit-Jobs, now reported to police and under investigation by various *oto: Getty Images*

 agencies, per witness and victim reports:

Here is what happens to you when you cross paths with a Silicon Valley Mobster


Did you do something to offend Eric Schmidt, Elon Musk or John Doerr? Here is what will happen to you…

∞ If you happen to make a technology that is better than the last one that a Silicon Valley mobster just stole or,

∞ If you happen to make a technology that a Silicon Valley mobster just wants, and they steal if from you, and you complain to the feds;


This happens to you and it has happened to over 40 individuals in America, that cross the Silicon Valley Cartel:


- The people from State and Federal agencies, that most people think would help them in such a case, will do almost nothing at all. The Silicon Valley mobsters will threaten to cut off the campaign funding, for anybody, from the State or Federal government that tries to help you. Don't count on any support from the State or Federal government. Expect to get no help at all except from the few and the bold. You must plan to go it on your own and use every off-the-cuff tactic you, and your friends, can muster.

- They own many digital tabloid newspapers like Gawker, Reddit, Google, Motley Fool, Hearst Publications, ALICE Coalition, Huffington Post, EV World, Mercury News and thousands of on-line special interest publications. They will post some made-up character assassination articles on them and then have Google stick those links to the top, of the top page, of Google so everybody sees it. Many people, and countries, have now proven that Google rigs its search engines to harm its adversaries. If Google did that to you, the technical proof now exists and you can win in court and get compensated for the damages they caused you. Google will refuse to remove those links if you are on the Silicon Valley mobster's hate-list or "no poach black list" . In order to control politics they own many of these stealth tabloid publications where they can order attack stories written about you. Some of these kinds of people own famous online media tabloids (ie: Gawker Media Group) and stock tip publications which are really just shill operations for their agendas and attacks. Identify these publications and partner with every person, or company, who they have coordinated attacks on in the past. Read about their attacks on inventor Mike Cheiky, Gary D. Conley, Aaron Swartz, Stan Meyer, Preston Tucker and hundreds of other innovators that they wanted "out of the way". You will see no negative reports about the "bad guys", allowed on those sites, and every bad report about you will be manually up-ranked and locked into the top slot on their page in order to damage you. The down-side for the bad guys, though, is that the internet remembers everything. You can now prove, in court, showing technical and historical metric data, that they intentionally locked and damaged you and you can get compensated for the damages.

- Everything that you read about here:  http://www.whengoogleattacks.com      gets done to you, and almost nobody in federal agencies will put a stop to it because their bosses might lose campaign funding.

- They will put "moles" in your organization. Crazy rich people have private eye's and ex-employees that they pay to get a job at your company. They pretend that they are helping you, then they sabotage your effort, report your activities to the VC and circumvent your every move. Consider past jobs that future employees had with your attackers.

- To understand the process, watch some of the movies about how the bad guys sabotage: Francis Coppola's: Tucker**, A Man and His Dream**; Greg Kinear's: **Flash of Genius**.


- As punishment against you, rich political campaign backers will try to have their federal lackey's change the law to hurt you. If you are a tech group, for example, the "bad guys", are currently lobbying and organizing to suddenly try to change the patent laws so that your business is destroyed. When billionaires put bribes in the right pockets, they accomplish sweeping policy change. Don't let that happen. Expose the "who" and the "why" in such tactics. See the current fabricated "Patent Troll Crisis" that they faked up, as just such a ploy, at:

http://www.savetheinventor.com/

- They will spy on you. Elon Musk famously emailed all of his employees. He sent them each an email about a company tip with a different sentence, in each email so he could see who was ratting out his crimes to th

- They will hack every device you own and record all of your communications media.

- Watch out for "honey traps" in your activities and in on-line sites. Read the Snowden/Greenwald reports on what "Honey Traps" are. That hottie who just contacted you on Tinder, Match.com or OK Cupid works for them, and intends to sue you in a rape case, paternity case, abuse case or other media embarrassment to destroy your reputation (Like they did to Micheal Arrington for exposing AngelGate), after stealing your secrets.

- They will hire these troll farms (off-shore warehouses full of tens of thousands of on-line attack bloggers working under tactical orders to terminate you on-line) to attack you en masse with tens of thousands of fake character assassination blog postings designed to destroy your reputation and income sources:

- **Troll farm** in Russia was behind Columbia Chemical hoax

- AS Americans remembered the **attacks** on the World Trade Center last year, ... who first revealed details of the **troll farm** to a local reporter in February, ...

  news.com.au/technology/online/columbia-chemical-hoax-...

- Secret Kremlin **'Troll Farm'** Spreads Fake Secret Kremlin **'Troll Farm'** Spreads Fake News About U.S. Townhall ... I'm sure there are leftist **trolls** that do nothing but **attack** Conservatives in ...

  freerepublic.com/focus/news/3297994/posts?page=17

- OKCupid **Trolls**  This is a blog for all of you who have encountered the millions of idiots and assholes who creep on online **dating** sites. I'm a smart woman who instead of falling for ... 🐟
  okcupidtrolls.tumblr.com     topix.com/forum/city/centerville-la/T1KR95H4TN34NFAHT

- Russian **Troll Farms** - Mighty Girl | Mighty Girl

- Russian **Troll Farms**. Have you read this piece in the New York Times about the Russian **Troll**

Factory where hundreds of highly paid employees are paid to spread ... 
mightygirl.com/2015/06/02/russian-troll-farms/

Every single troll blog comment from these machine-guns-of-slander , every pseudo attack article about you, everything is already tracked back to the actual author. The NSA have done it, that is well known. NO amount of TOR, or VPN on top of VPN or stealthing software can hide a troll attacker any more. What is only now becoming known is that the official, and also the independent hacker, Chinese and Russian spies have got almost all of that information too. Hackers have broken into Sony, The White House, All of Target, All of the Federal Employee Records, everything. In a court case you can now, legally, subpoena NSA records to sue the attackers. Others, hearing of your filed case, may just show up and give you the information. Attackers cannot hide behind anonymity any more. Those who were blogging that you "sleep with goats" and "eat unborn children" can now be found out and delt with.


-   - Do you have on-line stores and paypal or credit card accounts that take payments at those stores? Trying to make a little cash on the side? Confused about why you never get any orders? The attackers have DNS-re-routed your stores and payment certificates, spoofed your sites and turned off all of your income potential from those on-line options in order to damage your economic potential. Illegal? Yes. Happening to people every day? Yes. Get professional IT services to document the spoofs, and re-routes, and sue the operators of those tactics that are attacking your revenue stream.

-    It now only costs $50,000.00 to bribe a Senator. Some of these tech billionaires earn that much in 3 minutes. Beware of your Senator. Senators take stock options in tech companies as bribes, watch for linkages. See the 60 Minutes Episode called: Congress Trading On Insider Information.

-   Want a job? Forget about it! The bad guys went into Axciom, Oracle, SAP, and all of the Human Resources and Recruiter databases, and put "red flag notices" on your profile. You will get some great first interviews, but when they run your back-ground check, you will never hear back from that interviewer again. You got "HR Black-listed", in retribution, for accidentally bothering a campaign billionaire. Hire an HR service to look and print out your false "red flag" HR data-base inserts and use those as evidence in your lawsuit. In the news stories below, and tens of thousands of more on-line, you will see details of the Silicon Valley Cartel's "No Poaching" Blacklist lawsuits; which kept thousands of people from getting jobs, or changing jobs, based on the whims of a handful of campaign billionaires and a secret Omerta "Do not hire" list. If you have offended the Cartel, your name will go on the list and all of the HR firms will avoid giving you a job, in fear of losing their contracts with these big technology VC's. That is a felony, though, and in the U.S. you can sue them for it, as many have now done. It was

376

not "just" a No Poaching list, it was a punishment Black-List, as well.

- They will anonymously put all of your email addresses on blacklists, and watch-lists, so that you can't use services like craigslist, cafe press, zazzle or other on-line services to make money. If you try to open any accounts on those services, you either won't be able to create an account or, you will get an account, but all of your orders will get "spoofed" into oblivion so you can't make any money. The attackers believe that by causing you as much economic hard-ship as possible, they can get retribution for what-ever they have perceived that you have done to offend them. Again, use an IT forensic services group to get the data to show this is happening, trace it, and sue the perpetrators.

All of these things are happening, today, to over 500 people and nobody is doing anything about it. California Senators and Attorney Generals are implicated in this so they won't help. Federal cops are told not to talk to anybody until "the investigation is complete", but the investigation is going to be stone-walled for over a decade. Their actions provide the proof. When you look out on the internet and add up the pronouncements of "scam", "sleeping with goats", against those poor souls who are under attack, you can see that a very large organization, with large resources, is behind it; a group with as many resources as….hmmm.. say a Silicon Valley Crime Cartel!

The volume of attack items proves that no mere mortal, or company, could have acquired that much media unless it was placed there by very wealthy parties. Everyone now knows that the web is controlled. The volume of attacks can often prove that those attacks are fabricated. Additionally, IP Trace Routing and digital tracking now can prove the attackers manipulation of your data, email and website traffic. One of your best sets of evidence will come from the attackers, themselves. The bad guys always leave a digital trail of bread-crumbs leading right back to themselves. You can hire an IT company to build a "tracking array" comprised of hundreds of websites which are bait to catch them in the act. Regarding: Paranoia vs. documented evidence. If you, and others have experienced the tactics, and the police have recorded the tactics being used against you, it isn't paranoia to be cautious.

ATTACKED: WHITE HOUSE HIT-JOB'S ON U.S. TAXPAYERS, FOR REVENGE!

Here is what happens when you accidentally piss off The White House. They decide to ignore that bothersome piece of paper, called the **U.S. Constitution**, and, instead use the Italian policy book called **The Vendetta**. Lois Lerner, and IRS hit-jobs, were just a small sample of what the hit-team, crafted by the notorious Sidney Blumenthal, had to offer. In one case, as described by a victims investigators: "They had In-Q-Tel, which is, directly, financially, politically, staffing, beneficiary and operationally connected to John Doerr, Elon Musk, The White House, Eric Schmidt and campaign financing for the same campaigns; run an attack on our client.

In-Q-Tel used its sister organization: The New America Foundation, which is, directly, financially, politically, staffing, beneficiary and operationally connected to John Doerr, Elon Musk, The White House, Eric Schmidt and campaign financing for the same campaigns. NAF is a giant lobby group designed to manipulate policy directions in order to benefit Silicon Valley VC's.

They timed this with media hit-jobs produced by Gawker Media, which is, directly, financially, politically, staffing, beneficiary and operationally connected to John Doerr, Elon Musk, The White House, Eric Schmidt and campaign financing for the same campaigns.

In-Q-Tel gets part of its money from taxpayers, and part of its money from the U.S. Government, via the CIA and the State Department (via Hillary Clinton). This makes it a triple felony for In-Q-Tel to use federal funds, as well as CIA resources, to undertake business and political hit-jobs, and character assassinations, against U.S. citizens within the domestic borders of the United States. It also violates the United States Constitution.

The White House got pissed off that a few companies had created products which competed with the products of John Doerr, Elon Musk, Steve Jurvetson and, Eric Schmidt; the financial backers of Reid, Feinstein and Obama, ie: The White House's cash cow.

So Robert Gibbs, David Axelrod, David Plouffe, Rahm Emanual, and other senior White House staff, got together with Musk's and Doerr's people and sent out some hit-jobs on our client, in total violation of the law, ethics, and decency."

The Corbett Report, Alex Jones, and many other independent media outlets have waxed on about the evils of In-Q-Tel, and political hit jobs. It is now well documented, in the media and sunshine filings, that In-Q-Tel funded much of Silicon Valley's web related start-ups.

In-Q-Tel is not a spy group as much as it is an "I wish I was a spy" group for Harvard and Yale graduates who love to create financial trouble. The frat house attitude of these people, seems to be just like any frat house: "Greed is good. Revenge is required. To hell with the rules".

The rabid approaches to social control, manifested by the In-Q-Tel investments, white papers and hidden camera web videos, shows a culture of elitism that makes Martha's Vineyard white-bread matrons pale in comparison.

Are In-Q-Tel people insane? Probably not. Are they sociopathic control freaks? Maybe.

The five tons of cocaine found on In-Q-Tel's "Cocaine 1" airplane were quit astonishing for a 501 C 3 non-profit charity, like In-Q-Tel, to be hauling around.

Their commercial contract, with the U.S. Chamber of Commerce, to run dirty tricks against U.S. opponents was a bit surprising.

Their founders families strange deaths,, and departures, and rape issues at their start-ups LucidWorks, Palantir and others, were also surprising and no less bizarre.

In-Q-Tel does zero-oversight dirty tricks tech, and spy work, for politicians and the campaign billionaires, of those politicians. Want a private, congress-invisible, email server?; a plane full of cocaine?; 100,000 fake troll bloggers to counter-act an opponent's campaign…?  You know who to call.

What kind of people get to run a tax payer funded organized crime operation that can take out 65,000 local workers, tell the White House what to do, buy Senators and Attorney Generals, commit possible murders, rig the stock market, and do it all with absolute impunity?

This kind:

Silicon Valley cartel**: Apple, Google, and others**

A group of 60,000 **Silicon Valley** workers got clearance today to move ahead with a lawsuit based on an explosive allegation that Apple, Google, Adobe, and …

   slate.com/blogs/moneybox/2014/01/15/silicon_valley_ …

**The Cartels of Silicon Valley – CounterPunch**

Last week Mark Ames published an article that should forever destroy any connection between the**Silicon Valley** tech billionaires and libertarian worldviews.

   counterpunch.org/2014/02/06/the-cartels-of-silicon-valley/

**The Silicon Valley cartel | MetaFilter**

Mark Ames on **Silicon Valley's** conspiracy to drive down workers' wages: In early 2005, as demand for **Silicon Valley** engineers began booming, Apple's Steve Jobs …

   metafilter.com/135966/The-Silicon-Valley-cartel

**Former NYC Regulator: Uber a** 'SiliconValley Cartel' **in ..**

379

**Silicon Valley's** latest class of transportation disruptors, which is led by Uber and Lyft, can be described in a myriad of ways, but the word "**cartel** …

foxbusiness.com/technology/2014/07/24/former-nyc-regulato…


### **Mexican** Cartel **Links to** Silicon Valley **| NBC Bay Area**

Often, families living in **Silicon Valley** work for the **cartel** processing the drugs, sometimes out of their homes. "It is a business," he said.

nbcbayarea.com/news/local/Mexican-Cartel-Links-to-Silico…


### Silicon Valley **fends off** cartel **concerns | GlobalPost**

Mexico's **Silicon Valley** fends off **cartel** concerns. Tech geeks scramble to build the next Facebook in the drug war's shadow. Tweet. Enlarge.

globalpost.com/dispatch/news/regions/americas/mexico/120…


### Silicon Valley **Anti-Poaching** Cartel **Went Beyond a Few Tech**

The gentleman's agreement that several **Silicon Valley** firms are now widely known to have taken part in to minimize employee poaching within their own circles went …

yro.slashdot.org/story/14/03/23/1945242/silicon-valley-ant…


REVEALED: Court docs show role of Pixar and Dreamworks

Just when the tech giants behind the **Silicon Valley** "Techtopus" wage fixing **cartel** thought the worst was behind them, US District Judge Lucy Koh has thrown a …

pando.com/2014/07/07/revealed-court-docs-show-role-…


### **The Techtopus The** Silicon Valley **Wage Suppression** Cartel **W**

The Techtopus The **Silicon Valley** Wage Suppression **Cartel** W Mark Ames, TV Series Full Episodes English Subtitles

tvseriesonline.xyz/bVhXTMpP-d0/the-techtopus-the-silicon-val…

Silicon Valley **Drug Bust Shows Strong Ties To Mexican** Cartels

… Patrick Vanier, Santa Clara County, **Silicon Valley**, … **Silicon Valley** Drug Bust Show Strong Ties To Mexican **Cartel**; KCBS' Matt Bigler Reports

   sanfrancisco.cbslocal.com/2014/04/25/silicon-valley-drug-bust-shows…

**Engineers Allege Hiring Collusion in** SiliconValley **– NYTimes.com**

A class-action suit by **Silicon Valley** engineers against companies including Google, Apple and Intel has revealed details of an agreement among them not to …

   nytimes.com/2014/03/01/technology/engineers-allege-hi…

**Elon Musk**: Government's $**5 Billion Man** – Investors.com

C apitalism 2015: In corporate finance today, the theme is "Go where the money is." For **Elon Musk**, CEO of Tesla, SolarCity and SpaceX, the place to hunt for cash isn …

   news.investors.com/ibd-editorials/060515-756051-elon-musk-ma…

Elon Musk |**AgainstCronyCapitalism.org**

**Elon Musk**, as likable a guy as he is and as cool as his cars are, is a big time **crony** capitalist. In fact, as the LA Times reports, **crony** capitalism is absolutely …

   againstcronycapitalism.org/tag/elon-musk/

Tesla Loving Care | The American

But that doesn't mean we won't continue to be forced to "help" **Elon Musk** build these mobile … Tesla Loving Care. The charmed life of a **crony** corporatist …

   spectator.org/articles/61877/tesla-loving-care

Elon Musk's **growing empire is fueled by $4.9 billion in crony cash. Let's crowd-fund Elon Musk's trip to Mars and send him there as fast as possible ..**

**Elon Musk's** growing empire is fueled by $4.9 billion in government subsidies … **Musk**/Tesla and company are very good about repaying Govt loans.

freerepublic.com/focus/news/3295334/posts?page=19

Elon Musk's **growing empire is fueled by $4.9 billion in ..**

Los Angeles entrepreneur **Elon Musk** has built a multibillion-dollar fortune running companies that make electric cars, sell solar panels and launch rockets …

latimes.com/business/la-fi-hy-musk-subsidies-20150531…

The Tesla Fraud – LewRockwell.com

But that doesn't mean we won't continue to be forced to "help" **Elon Musk** … monuments to **crony** … The argument is that each Tesla built with these **kickback** …

lewrockwell.com/2015/02/eric-peters/the-tesla-fraud/

**Nevada, Taxes,** Elon Musk, Crony**Capitalism and Jobs – WSJ**

Nevada, Taxes, **Elon Musk**, **Crony** Capitalism and Jobs I would advise Mr. **Musk** that politicians love you until you've given them what they want.

ᵂˢᴶwsj.com/articles/nevada-taxes-elon-musk-crony-cap…

Elon Musk**: Objectivists' Dream or Just Another** Crony **– Galt's .**

**Elon Musk**: Objectivists' Dream or Just Another **Crony** – Galt's Gulch

galtsgulchonline.com/posts/a67d21/elon-musk-objectivists-dream…

Crony **Capitalism Pays Big For Democratic Donor** Elon Musk

The same could be said in our opinion for the rest of the subsidies in **Elon Musk's crony** government-fed portfolio. Login or register to post comments;

conservativehq.com/article/20393-crony-capitalism-pays-big-d…

### Elon Musk And His Apparent Regrets Over The 13th Amendment

**Elon Musk** And His Apparent Regrets Over The 13th Amendment **Crony** Capitalism Goes Above The Law And Beneath Contempt In Oregon

redstate.com/2015/03/05/elon-musk-apparent-regrets-13t…

### Top Obama crony capitalist deserts Zuckerberg immigration scam

Now **Elon Musk**, one of Obama's big **crony** capitalist cronies, has decided to drop out. **Elon Musk**cashed in on Tesla, an electric car company, which got $465 million …

frontpagemag.com/2013/dgreenfield/top-obama-crony-capitali…

### Elon Musk——$4.9 Billion Crony Capitalist Mooch | David

**Crony** Capitalist Culprits; History Page; Chart Gallery. Stockman's Corner Stockman's Corner Chinese Stock Market's Wile E. Coyote Moment by Bloomberg Business …

davidstockmanscontracorner.com/elon-musk-4-9-billion-crony-capitalist-mo…

### Elon Musk——$4.9 Billion Crony Capitalist Mooch — Elon Musk's

**Elon** Musk——$4.9 Billion **Crony** Capitalist Mooch — **Elon Musk's** Growing Empire Is Fueled By $4.9 Billion In Government Subsidies

foreconomicjustice.org/14614/elon-musk-4-9-billion-crony-capital…

### Is Elon Musk taking taxpayers for a ride with 3 different ..

Is **Elon Musk** taking taxpayers for a ride with … **crony** capitalism cronyism DoE **Elon Musk** green money **Musk** Pay Pal … Carpetbagger **Crony** Capitalist Terry McAuliffe …

againstcronycapitalism.org/2013/05/tesla-motors-big-shot-elon-musk-t…

### Elon Musk Plays California for Tax Breaks, Then Moves SpaceX .

**Elon Musk** Plays California for Tax Breaks, Then Moves SpaceX Operations … Having played the Golden

State for SpaceX **crony** capital "goodies," **Elon Musk** seems to …

breitbart.com/california/2014/08/06/elon-musk-plays-cal…

Elon Musk | **Stop** Crony **Capitalism**

Stop **crony** capitalism! tw FB. **Elon Musk**. June 5, 2015. Stop Betting on the Come – Subsidies Not the Answer.

nocronycapitalism.org/blog/elon-musk

Jason Mattera Exposes **Crony** Crapitalist, Tesla CEO **Elon Musk**

Tesla CEO **Elon Musk** is a big, huge **crony** Crapitalist. And "if there's a single, major criticism of **ElonMusk**," writes Business Insider's Matthew Debord, "it …

dailysurge.com/2014/10/business-insider-covers-crony-cra…

**Inside The Washington Termination of** Elon Musk | **TECHNOCRACY**

Inside The Washington Termination of **Elon Musk** Today NASA … The White House promised **ElonMusk** and his **crony** … The Google Politics **Kickback** Process.

googlespiesonu.wordpress.com/2015/06/11/inside-the-washington-terminat…

Elon Musk **Has Raided 150 People From Apple For Tesla**

This is an interesting little story: **Elon Musk** has been deliberately and specifically hiring people away from Apple to go work with him at Tesla.

forbes.com/sites/timworstall/2015/02/09/elon-musk-ha…

**Elon Musk Why do so many people from In-Q-Tel work for Elon Musk? |**

Billionaire tech mogul and pop technologist **Elon Musk** says none of the taxpayer incentives his businesses receive are necessary, "but they are all helpful."

conservativehq.com/category/tags/Elon Musk

Elon **Musk——$4.9 Billion** Crony **Capitalist Mooch**

**Elon** Musk——$4.9 Billion **Crony** Capitalist Mooch. 10 min ago Contra Corner …

snewsi.com/id/15214953392/Elon-Musk——$49-Billion…

[Your g](Your g)uide to Venture Capital Mobsters…

**Angelgate** is a controversy surrounding allegations of price fixing and **collusion** among a group of ten angel investors in the San Francisco Bay Area.

W en.wikipedia.org/wiki/Angelgate

**Collusion  Charges Still Linger Over `AngelGate' – CBS News**

The latest Silicon Valley online guessing game: Was price-fixing on the menu when a group of high-profile tech investors met recently at a downtown San Francisco …

cbsnews.com/news/collusion-charges-still-linger-over-…

**Collusion  – Quora**

**AngelGate**: Is **collusion** between angel investors to gain an advantage in investing in startups illegal? Antone Johnson, Studied antitrust law at Columbia wit …

quora.com/Collusion?share=1

**AngelGate : Is  collusion  between investors to gain an**

This answer addresses the question of whether investor **collusion** is illegal, but not the specific behavior discussed on TechCrunch. Under the Williams Act which …

quora.com/AngelGate/Is-collusion-between-angel-inve…

**AngelGate  Is "100 Percent Accurate," Says Michael Arrington**

**AngelGate** Is "100 Percent Accurate," Says Michael Arrington. … Arrington said he later learned, "**collusion**" and "price fixing" were on the menu. …

pehub.com/2010/09/angelgate-is-"100-percent-accurat…

**Investors deny  'Angelgate' collusion  – San Francisco Business …**

385

TechCrunch editor Michael Arrington shocked readers Tuesday afternoon by accusing an unnamed group of "ten or so" prominent early stage technology investors — so …

bizjournals.com/sanfrancisco/blog/2010/09/angelgate.html

So A Blogger Walks Into A Bar… | TechCrunch

So A Blogger Walks Into A Bar … **Collusion** and price fixing, … Rage. **AngelGate** Is Far From Over; Ron Conway Drops A Nuclear Bomb On The Super Angels …

techcrunch.com/2010/09/21/so-a-blogger-walks-into-a-bar/

Crooked Angels: Blogger Accuses Top Tech Investors of ..

"If there are any **collusion** efforts among angel investors, then it would be a huge public service to expose the **collusion** and get it to stop."

dailyfinance.com/2010/09/22/angelgate-arrington-top-tech-i…

**Super Angel collusion | Pearltrees**

Here's Who Was At That Secret Valley Super-Angel **Collusion** Meeting. Hooray For Mike Arrington. … **AngelGate** Is "100 Percent Accurate," Says Michael Arrington.

pearltrees.com/PED/super-angel-collusion/id1429174

**Liminal states :: "**Angelgate**": Collusion is so hot right now**

There is an angel conspiracy. It dark, it is devious, and it is far-reaching. The conspirators number amongst them many of the top people in the Valley, including …

talesfromthe.net/jon/?p=1795

Angelgate **– Analysis & Opinion | Reuters**

**Angelgate**. By Felix Salmon. September 22, 2010. … It is a market where the investors wish they could inject some **collusion**. But they can't and they won …

blogs.reuters.com/felix-salmon/2010/09/22/angelgate/

## #AngelGate, Dave McClure and Re: Why I Stopped Reading Hacker …

#**AngelGate** (Read this for a … Dave McClure and Re: Why I Stopped Reading Hacker News. 25 September 2010 … I thought **collusion** mattered only if the people involved …

oonwoye.com/2010/09/25/angelgate-dave-mcclure-and-re-…

## AngelGate dispute among Valley investors cracks wide open .

Arrington alleged that he heard the meeting was about illegal **collusion**. … **AngelGate** dispute among Valley investors cracks wide open.

venturebeat.com/2010/09/24/angelgate-cracks-wide-open-as-…

## #AngelGate Collusion In Europe? We'd Need Much More …

Here in Europe we've been fascinated by what has become known as **AngelGate**. But after talking all day to many contacts today across the tech scene in…

noemiconcept.com/index.php/fr/departement-informatique/web…

## Venture Capital Racketeering & "AngelGate" – THE NEWS

Venture Capital Racketeering & "**AngelGate**" …Liminal states :: "**Angelgate**": **Collusion** is so hot right nowUpdate, September 7: Or maybe not!

thenewsdaily.org/venture-capital-racketeering-angelgate/

## ANGEL COLLUSION SCANDAL ROCKS SILICON VALLEY! [The Video ..

ANGEL **COLLUSION** SCANDAL ROCKS SILICON VALLEY! [The Video] Henry Blodget; Sep. 22, 2010, 3:34 PM; 7,257; 18; facebook; linkedin; twitter; email; print; Follow Business …

businessinsider.com/angel-collusion-scandal-mike-arrington-20…

## Collusion | OoTheNigerian

#**AngelGate**, Dave McClure and Re: Why I Stopped Reading Hacker News. 25 September 2010 by Oo #**AngelGate** (Read this for a little background) Summary: A group of …

oonwoye.com/tag/collusion/


## AngelGate **meeting scandal gives Bin 38 lots of free publicity**

**AngelGate** meeting scandal gives Bin 38 lots of free publicity, punchlines, and a Hitler parody. Bin 38 was the scene of an Angels meeting. Photo: Mark …

insidescoopsf.sfgate.com/blog/2010/09/24/angelgate-meeting-scandal…


What Entrepreneurs Should do about Price Fixing – CloudAve

I returned to my house, flipped on my Mac and see **AngelGate**, … As a funny coincidence I happend to have written about the topic of **collusion** 3 weeks prior to the …

cloudave.com/5283/what-entrepreneurs-should-do-about-p…


Showdown! Angels, Arrington to Go Mano a Mano | WIRED

That would be an illegal form of **collusion** in what should be a … It's so perfectly timed one might even think that HeavensGate InvestiGate **AngelGate**\* might be …

wired.com/2010/09/angels-fight/


Liminal states :: Fretting, asking, and begging isn't a plan …

Fretting, asking, and begging isn't a plan: the Arrington kerfuffle and women in tech.
… **Angelgate**:**Collusion's** such an ugly word has more, …

talesfromthe.net/jon/?p=1552


How Michael Arrington's School of Friendship Journalism Led .

How Michael Arrington's School of Friendship Journalism Led to '**AngelGate** … including **AngelGate**, the scandal over price **collusion** that roiled the tech world …

nymag.com/daily/intelligencer/2010/09/techcrunchs_m…


## AngelGate**: Ron Conway Rips 'Despicable and Embarrassing**

Major tech investor Ron Conway has thrown a barrel of gasoline on the rapidly escalating scandal known

as **AngelGate**, in which a group of investors are said …

dailyfinance.com/2010/09/24/angelgate-ron-conway-rips-desp…

**Fred Wilson on** AngelGate **and Where the Web Is Going ..**

The Union Square partner shares his thoughts on "superangels," the globalization of Web services, and such companies as Quora and StackOverflow

**B** bloomberg.com/bw/technology/content/oct2010/tc2010107_1…

**'AngelGate' disrupts TechCrunch conference but no 'Jerry Springer'..**

In a colorful blog post, PayPal veteran and angel investor Dave McClure dismissed talk of **collusion** and "**Angelgate**" saturated social media — Twitter, Quora, Facebook (and spawned jokes and a Hitler…

latimesblogs.latimes.com/technology/2010/09/angelgate-disrupts-tec…

**The Daily Start-Up: "**AngelGate**" Escalates – Venture Capital Dispatch…**

And the "**AngelGate**" flap won't die. Arrington blogged about it, alleging angel **collusion**. Now angel Ron Conway, who wasn't at the meeting but whose SV Angel partner David Lee apparently was…

blogs.wsj.com/venturecapital/2010/09/24/the-daily-start…

**Scripting News:** Angelgate **in a Nutshell**

I was talking about **Angelgate** earlier today with an entepeneur (the new spelling) a bunch of angels and you're wondering if the guys you've been meeting with were in the **collusion** meeting that Mike…

scripting.com/stories/2010/09/24/angelgateInANutshell.html

**How** AngelGate **Affects You…Yes, You, Racketeering In Silicon Valley still getting worse. Where is the FBI? –**

How **AngelGate** Affects You…Yes, You. In an overcrowded world of mortal human beings, struggling Michael Arrington's report of **collusion** among Silicon Valley Super Angels really is as epic a story as it…

readwrite.com/2010/09/24/how_angelgate_affects_youyes_you

What Entrepreneurs Should do about Price Fixing – CloudAve

_ We all know about **AngelGate** by now. As a funny coincidence I happend to have written about the topic of **collusion** 3 weeks prior to the fateful dinner.

cloudave.com/5283/what-entrepreneurs-should-do-about-p…

## **The Real Lesson of** AngelGate |**Force of Good**

The Real Lesson of **AngelGate**. Posted on September 23, 2010 · 11 Comments. He starts screaming**collusion** in a quite successful attempt to draw page views.

blog.weatherby.net/2010/09/the-real-lesson-of-angelgate.html

Founders Come First | True Ventures

First the "smackdown" news and chatter this week and now **Angelgate**. super angels and VCs, while Fred Wilson at Union Square says **collusion** has certainly happened where several VCs have been…

trueventures.com/founders-come-first/

AngelGate**: Symptom or Problem? | payne.org/blog**

It seems clear this week's meme is going to be "**AngelGate**", after Michael Arrington crashed a private meeting of West coast "super" angels, accusing them of **collusion** and price fixing.

payne.org/blog/angelgate-symptom-or-problem/

**"**AngelGate**" – Who Really Has the Power? – 3Q Digital**

So today **AngelGate** may be a big deal, but in the long run it won't amount to much – the power is shifting to the entrepreneur, and no amount of **collusion** from angels or VCs can stop that.

3qdigital.com/analytics/angelgate-who-really-has-the-po…

**The Daily Start-Up: "**AngelGate**" Escalates – RPI Engage | Forum**

The Daily Start-Up: "**AngelGate**" Escalates. Posted by Remy Arteaga on September 24, 2010 at 10:55am in News. Arrington blogged about it, alleging angel **collusion**.

rpiengage.ning.com/forum/topics/the-daily-startup-angelgate

**PDF Angel Investing : How do angel investors gain traction?**

**AngelGate**: Is **collusion** between angel investors to gain an advantage in investing in startups illegal? Angel Investing: Is it fair for someone who calls themselves a "seed" investor to require traction?

ventureengine.lk/pdf/How do angel investors gain traction…

What Entrepreneurs Should do about Price Fixing

_ We all know about **AngelGate** by now. As a funny coincidence I happend to have written about the topic of **collusion** 3 weeks prior to the fateful dinner.

bothsidesofthetable.com/2010/09/23/what-entrepreneurs-should-do-a…

**…angel meetup at Bin 38 with everyone but @Arrington   #**angelgate**..**

Attend the secret super angel meetup at Bin 38 with everyone but @Arrington  #**angelgate**. " i missed this meeting, can it turn into a monthly entrepreneur **collusion** meeting? "

plancast.com/plan/110971

BoomTown Decodes Conway's Super Angel Email to Fellow Investors..

Dave "Sue Sylvester" McClure uses his bullhorn blog to call foul about a not-naming-names-but-still-really-mad-as-hell story of **collusion** by that creepy kid from the school newspaper who wants to…

allthingsd.com/20100924/boomtown-decodes-ron-conways-sup…

Tagxedo, word cloud with styles

Michael Arlington of TechCrunch broke a very colorful story yesterday, now known as **Angelgate**, about a secret super-angel meeting that he crashed. In his blog, Arlington accused the angels of**collusion**…

blog.tagxedo.com/page/3

Fire in The Valley, Fire in My Belly… and Yes, Mike, I Have Stopped…

Heh, whether **AngelGate** is true or not, we live in a Goldman Sachs/BP world. I don't think you'd ever wade into **collusion**. But, how'd you feel about a group of VCs gathering before the next round?

500hats.typepad.com/500blogs/2010/09/fire-in-the-valley.html

If the Tesla D's Such a Great Car… | The American Spectator

Why **Crony** Capitalism Gives the Free Market a Black Eye. Gary Shapiro. Nation's Largest Nuclear Power Plant Operator Seeks State Subsidies …

spectator.org/articles/60703/if-tesla-d's-such-great-car…

Elon Musk**, Grabby** Crony **Capitalist – LCT Magazine**

**Elon Musk**, Grabby **Crony** Capitalist. Posted on March 26, 2015 by Martin Romjue – Also by this author. Post a comment | Comments 0 | Welcome to …

lctmag.com/blogpost/293782/elon-musk-grubbing-crony-…

Elon Musk**, the ultimate entrepreneur in a** Crony **Capitalist**

**Elon Musk** is truly a brilliant entrepreneur; initial c0-founder of Paypal, visionary founder of SpaceX and now Tesla motor cars. I met Mr. **Musk** back in my Air Force …

bereansatthegate.com/elon-musk-the-ultimate-entrepreneur-in-a-…

Elon Musk **Gets Government Loans, Buys $17 Million House**

We live in the gilded age of **crony** capitalism. If you have any doubt about that fact look no further than **Elon Musk's** purchase of a $17 million mansion in Bel Air …

breitbart.com/big-government/2013/01/15/elon-musk-poste…

Elon Musk's **growing empire is fueled by $4.9** billion **in .**

Los Angeles entrepreneur **Elon Musk** has built a multibillion-dollar fortune running … SpaceX has won more than $5.5 **billion** in government contracts from …

latimes.com/business/la-fi-hy-musk-subsidies-20150531…

Elon Musk**: Government's $**5 Billion **Crony Kick-back** Man **– Nevada News and Views**

**Musk** is one of the hottest CEOs in the country, and Tesla stock has been a strong performer. But one key to **Musk's** success is that his companies have, according to …

Ⓖ nevadanewsandviews.com/elon-musk-governments-5-billion-man/

### Elon Musk**: Government's $**5 Billion Man

Capitalism 2015: In corporate finance today, the theme is Go where the money is. For **Elon Musk**, CEO of Tesla, SolarCity and SpaceX, the place to hunt for cash isn't …

snewsi.com/id/15215262069/Elon-Musk-Governments-$5-B…

### Elon Musk**: Government's $**5 Billion Man **–**

Breaking News. VIDEO… SOLDIER WHO KILLED 16 AFGHANS SAYS HE WAS 'CONSUMED BY WAR'… American Pharoah becomes 1st Triple Crown winner in 37 years

konservativekartel.com/elon-musk-governments-5-billion-man/

### The Techtopus: The Silicon Valley **Wage Suppression** Cartel **(w**

Matt & Michael hosted Pando Daily Senior Editor Mark Ames who explains the origins of the **SiliconValley** wage suppression **cartel**, how George Lucas helped …

youtube.com/watch?v=bVhXTMpP-d0

### The Silicon Valley **wage suppression conspiracy**

The **cartel** firms can also afford to pay you a more, … **Silicon Valley** employers need to do whatever is necessary to stay the engine of innovation for the …

marginalrevolution.com/marginalrevolution/2014/03/the-silicon-va…

### The Techtopus: How Silicon Valley's **most celebrated CEOs**

In early 2005, as demand for **Silicon Valley** engineers began booming, Apple's Steve Jobs sealed a secret and illegal pact with Google's Eric Schmidt to …

pando.com/2014/01/23/the-techtopus-how-silicon-vall…

### The Friday Roast **–** Silicon Valley's**despicable wage** cartel

Some of **Silicon Valley's** best known names, Apple and Google among them operated a wage **cartel**. Now they're being punished.

#**d** diginomica.com/2014/08/15/friday-roast-silicon-valleys-d…

**Taxi industry piles on** 'Silicon Valley cartel' **| Capital New York**

In recent weeks, the San Francisco-based taxi app called Lyft has been trying to launch in the New York City market, so far without success. State and city officials …

capitalnewyork.com/article/city-hall/2014/07/8549483/taxi-in…

Silicon Valley **workers may pursue collusion case as group**

Jan 14 Roughly 60,000 **Silicon Valley** workers won clearance to pursue a lawsuit accusing Apple Inc, Google Inc and other companies of conspiring to drive …

reuters.com/article/2014/01/15/siliconvalley-collusio…

**Secret anti-labor** cartel **alleged in** SiliconValley **| www.ajc.com**

Secret anti-labor **cartel** alleged in **Silicon Valley**. Posted: 2 … in lost income for some 100,000 **SiliconValley** engineers whose salary was …

ajc.com/weblogs/jay-bookman/2014/jan/27/secret-an…

Is the National Venture Capital Association (**Nvca**) Actually a …

IS THE NATIONAL VENTURE CAPITAL ASSOCIATION (**NVCA**) ACTUALLY A …

thenewsdaily.org/national-venture-capital-association-nvca…

**Is the National Venture Capital Association (**Nvca**) Actually a .**

Columns. Column: THE TAKEDOWN – Perp walking the big dogs; The Punisher Column. FEATURES: HOT TOPICS. ON-TOPIC EXPOSE DOCUMENTARIES and DOCUDRAMAS. INVESTIGATIONS

corruptionnewsdc.com/is-the-national-venture-capital-associati…

NVCA **Archives – CORRUPTION BUSTERS**

National Venture Capital Association (**NVCA**) collusion. … AFI researchers have lived with this **cartel** conduct

for years now, …

corruptionbusters.info/tag/nvca/

Rosebud222 Archives – THE SHOCKING NEWS

is the national venture capital association (**nvca**) actually a mafia-like **cartel**? uncategorized; by wiki members – january 15, 2015 0 0

theshockingnews.org/tag/rosebud222/

Abel Danger: The Mafia-Like **Cartel** Running Silicon Valley

How The National Venture Capital Association & the Silicon Valley Venture Capitalists became a Mafia-like **Cartel**:

abeldanger.net/2015/05/the-mafia-like-cartel-running-sil…

**PDF** The Silicon Valley **salary** cartel – Marque Lawyers

The **Silicon Valley** salary **cartel** Google, Apple and others face multi-billion dollar US antitrust class action Want to unsubscribe? Email us at unsubscribe@ …

marquelawyers.com.au/assets/marque-update_240314.pdf

**The Hiring Monopsony** Cartel in SiliconValley**: Live from La**

David Streitfeldfeb: Engineers Allege Hiring Collusion in **Silicon Valley**: "A class-action lawsuit that accuses industry executives of agreeing between 2005 and 2009 …

delong.typepad.com/sdj/2014/03/the-hiring-monopsony-cartel-i…

Big tech firms holding wages down? Marx was right all along

Opinion We should have more Marxist analysis of the tech business. So here is some, looking at the manner in which the major firms of **Silicon Valley** are being accused …

theregister.co.uk/2014/01/29/marxist_analysis_silicon_valle…

Load More

## The Salary Cartel In Silicon Valley – Apple, Google & Co • iDeviceDailys

Home » Apple • Uncategorized » The Salary **Cartel** In **Silicon Valley** – Apple, Google & Co.

idevicedailys.com/uncategorized/the-salary-cartel-silicon-v…


High-Tech Employee Antitrust Litigation – Wikipedia, the free…

High-Tech Employee Antitrust Litigation involves a 2010 United States Department of Justice (DOJ) antitrust action and a 2013 civil class action against several **Silicon Valley** companies for alleged "no cold call" agreements which restrained the recruitment of high-tech employees.

W en.wikipedia.org/wiki/High-Tech_Employee_Antitrust_Litigation


## Are Dreamworks, Disney, Lucas Arts part of the Silicon Valley Cartel?.

The biggest story in the Technology Sector, other than the lack of Jobs given to minorities in the tech sector, has been the Price Fixing **Cartel** of **Silicon Valley**.

toonbarn.com/other-cartoons/dreamworks-disney-lucas-ar…


Silicon Valley **Wage** Cartel **Essay**

Name: Date: 5/14/14. (Limit this entire analysis to no more than 300 words. Include the statements below in boldface). Title of Article: How **Silicon Valley's** most celebrated CEOs conspired to drive down 100,000 tech engineers. Briefly state the main idea of the article: (2 points).

antiessays.com/free-essays/Silicon-Valley-Wage-Cartel-66…

Silicon Valley's **Caste System Has Been Exposed — NYMag**

…only makes sense when you know that **Silicon Valley's** top-level executives often behave as a**cartel** – displaying more loyalty to each other, across company lines, than to their own employees…

nymag.com/daily/intelligencer/2014/04/silicon-valle…


svb.com/pdf/economic-report-q2-2013

**Silicon Valley** Bank.

svb.com/pdf/economic-report-q2-2013/

Silicon Valley **hasn't got away with its no-poaching** cartel **just yet**

…anti-poaching ring within **Silicon Valley** dates back to the 1980s, when Star Wars creator George Lucas Jobs eventually enforced the **cartel** on a new generation of tech companies in the 2000s, the lawsuit…

qz.com/247251/silicon-valley-hasnt-got-away-with…

.

## .The Venture Capital Mafia Operates Just Like the Old Mafia

## VENTURE CAPITAL COLLUSION, MARKET RIGGING, VALUATION FIXING….And Murder?:

Venture Capitalists make most of their money by collusion and monopoly creation. Here is how they operate:

How does one big bunch of venture capitalist investors always accept the same inner-circle set of fraternity buddies to invest in and make sure that their competitors never get any money?

How is it that this same, huge, group of investors always give entrepreneurs the same valuation offer, even though they have all agreed that they "will never discuss anything outside of this room" with the entrepreneur?

Is collusion, market-rigging, technology blockading, good-ole-white-boy privilege clubbing, frat-house bro-biz secret alliance meeting, woman and black discriminating going on in Silicon Valley and Wall Street? You bet it is!

If you web-search the "Angel-Gate Collusion Scandal", you will read about how a reporter saw, and documented, a Silicon Valley secret meeting where investors were colluding on who would get funding, who wouldn't and at what rates. The, now famous "Silicon Valley Anti-Poaching Scandal" has overtly proven that these people area classic "Cartel",

It turns out, if you didn't go to Stanford and get very hooked in to the VC club, or you are not part of the Indian-Elite sub-mafia, you are not getting funded.

With it's deep CIA connections, Goldman Sach's alliances and enough cash to bribe Congress twenty times over, groups like the National Venture Capital Association (NVCA) raise concerns, across the

board, about their potentially destructive play in the fall of innovation and the domestic economy in America.

This notoriously elitist, yuppie, privileged frat house crowd does not like anything that they can't control. They have, in many cases, agreed among themselves, which energy technology will be "allowed" to hit the market; which electric cars will, or won't, get funded; which video delivery systems get to become dominant on the web; which social networks get all of the media (a large part of said media being owned and controlled by these men); and which other technologies live or die. These are the people involved in the vast number of sex scandals, murders-by-hooker, "sex yacht and sex penthouse" lurid news, rape lawsuits and other twisted perversions on the 6PM news. They are not nice people. One of them: Raj Gupta sits in Prison. Another: White Car Czar Steven Rattner was indicted for Securities Law Rigging. Ray Lane was indicted for massive tax evasion. They are all under investigation for shipping billions of tax dollars to Ireland and other tax hide-away's. Eric Schmidt practically lives at the White House and is under investigation by hundreds of entities.
The largest private investigation firm of the Elite's was exposed in WIKI-Leaks calling Peter Thiel: "Fu*cking Nuts". Tim Draper wanted Silicon Valley to be so elite that he tried to make it into it's own state. Joe Lonsdale is under lawsuit for rape. Mr. Hayes and Mr. Kumar were killed by Hookers. John Doerr and Vinohd Khosla are called out in national news stories for sex abuse, California Beach take-overs from the public and hundreds of billions of dollars in "Green Energy" kick-backs from their friend Steven Chu. The list of cringe-worthy news stories about these folks goes on and on.

If you are an outsider, or competitor, they can, and do,  sabotage your company in no time flat with moles, hack attacks, DDOS attacks, media character assassination attacks, "Merchants of Doubt" (See the movie) aspersions, civic awards blockades, contract terms exclusions, hire-aways, anti-poaching cartel secret deals and a host of weapons that they use daily.

Do the Justice Department, The Securities and Exchange Commission, or other federal forces do anything about this? Not much. These men pay the bribes that keep Washington floating. They have paid hundreds of billions of dollars, in "tribute", to the current Administration.  It isn't wise to bite the hand that feeds you.

The popular Web Blogs: The Corbett Report and The Alex Jones Show, along with many others,  have released a number of documentaries detailing connections between the NVCA and unethical, and somewhat illegal activites.

How does this affect you?

Got an invention? If you are not part of the Frat House club, ***Fahgettabout it!***

Want to start a start-up? If you are not part of the Frat House club, ***Fahgettabout it!***

Are you a woman? If you are not part of the Frat House club, ***Fahgettabout it!***

Did you actually sneak your way past the golden gates and get funded but now find that some of your shareholders are forming a mutiny to toss you out. Did you really think some of those investors weren't actually part of the VC Cartel just waiting to merge their shares and toss you out after you had gotten the technology to work? Can you push back? If you are not part of the Frat House club, **Fahgettabout it!**

Are they not a "real" mafia-class Cartel, like the Al Capone and Columbian Cartel's. because they don't actually kill people? Do you think those 185+ sudden, mysterious, suspicious deaths that took place in the last 28 months involving bankers, reporters and technologists, who had rubbed these people side-ways, are unconnected? **Fahgettabout it!**

This kinds of things do affect the average person by creating more discrimination that they have to endure, a worse economy, a less favorable impression of their country, deeper misogyny, less equality, more privilege. If it bothers you, and you have ever paid taxes, call the FBI, SEC, GAO and Congressional phone numbers that you see online and ask them what they are doing about it.

Here we take a look at a number of revelations that have emerged about the, quite criminal, operations of the Silicon Valley and Wall Street Cartel's that nobody that is supposed to be doing something about it, is doing anything about. Here's more:


Does the NVCA control the SEC as charged? Is the SEC serving the NVCA instead of the public?

– Collusion, Cartels and Crime charged in unregulated elites club with no over-sight!

– Bigger than **"ANGELGATE" (click for details)**

– Did they order a **"murder for hire" on a whistle-blower**?

– Are they killing competitors via collusion AND actually killing individuals with media and mobster "hit-jobs"?

– Is Breyer the "Don"?

– FBI and Congress asked to investigate


Upcoming venture capitalists collusion meeting! | Startable

Are these people colluding at the 2010 **NVCA** meeting? That's right. The National Venture Capital Association. Where will the **collusion** stop?!?

startable.com/2010/09/23/venture-capitalists-collusion-…

http://www.thenewsdaily.org/wp-content/uploads/2015/01/SPIES-WHO-WENT-ROGUE_-THE-IN-Q-

TEL-STORY.102d.mp4

Use Up/Down Arrow keys to increase or decrease volume.


DC-based fund, Sands Capital, withheld filings that concealed Chinese influence over the White House, Patent Office, Judiciary & Facebook

Contributing Writers | OPINION | *AMERICANS FOR INNOVATION* | Updated Mar. 09, 2014 04:45 p.m. ET | Updated PDF (post Scribd censorship)

Beijing Bedfellows

Parker Zhang, became "Chief of Patents" at Baidu in 2012. He worked for Fenwick & West LLP, 2006-2010. *Photo: Google+*

More News! Jan. 30, 2014—Baidu says attorney Parker Zhang is "Chief of Patents." It is very unusual for a junior attorney to reach such a position of power. Zhang graduated from Michigan Law in 2005. He was an Associate at Fenwick & West LLP from 2006-2010. After less than a year as "IP Consultant" at Hewlett-Packard, he became "Chief of Patents" at Baidu, in about May 2012. CLICK HERE for a bio.

Marauding Obama Donors: Zhang's move to Baidu, Inc. coincides with the unreported Sands Capital securities transactions analyzed below. Also during his move, Facebook went public, T. Rowe Price invested $190.5 million in Facebook and $147 million in Baidu. Fenwick & West LLP was Facebook's securities and patent counsel. The *Leader v. Facebook* case was on appeal at the Federal Circuit where the judges were heavily invested in Facebook, and the S.E.C. Chair in Baidu (e.g., T. Rowe Price PRGFX)

Why Some People (like the NVCA) Want MORE domestic spying!

There are over 40 different agencies and data harvesters watching and recording everything you do on your phone, computer, car and anything else electronic. That does not include the hackers, foreign governments and stalkers. They analyze you, with that information they try to trick you into purchasing or voting certain ways via subliminal messaging and mood manipulation. When you say, or write, something that makes any of them concerned, they increase their monitoring of you. Everybody now has an analysis file associated with their name. You are ranked by how much trouble you are likely to cause.

Is that George Orwell's "1984"?

The bigger question is: "Why did so many of the people we hired to run our countries go so overboard with digital manipulation?"

It may have to do with the power of community and the abuse of the public, by a few, finally coming to light.

The power of community brought the Catholic sex abuse catastrophe to light.

The power of community changed the structure of the Middle East forever.

The power of community made the internet the internet.

Those who have chosen careers as dictators, mobsters and corrupt politicians HATE the internet and the power of community.

The biggest push-back has come from the corrupt politicians because they are so well financed, and, they are financed by the tax money from the very community that now has the power. The power of community just became equal to the power of a billionaire's bank account.

This is the greatest fear of the corrupt.The corrupt can only exist in the shadows. They can only steal tax money when nobody is looking. With the power of community, their schemes are crumbling. Their Solyndra's are crashing and burning. Their Madoff's are uncovered. Their Countrywide's are laid bare. Some of the corrupt Senators and their campaign backer billionaires are calling for "more surveillance", more control of access and more limits of free speech. This is because they are scared.

Here is one example of a grand corruption that has recently been "outed" by the power of community:

America was always viewed as the "Great Innovator of the World". That is no longer the case, thanks to a group called the National Venture Capital Association (NVCA).

They conspire, collude, and coordinate who gets funded and who gets shut-down. If you compete with their boys,they blacklist you. If your new product might threaten their holdings, they use their Gust database and VC-Link and other data mining services to make sure you never get any money for your idea, no matter how great it is.

In a well known scandal called: "AngelGate",a group of VC's were documented having one of the weekly collusion meetings they all attend, to decide which insiders get to play the game and who gets rolled over. The founders of the NVCA are the same people involved in the sinister In-Q-Tel organization and the various "public information foundations" that are now under intense scrutiny for public policy manipulation.

Even though they helped fund the internet, the VC's are not the smartest tools in the shed. They are not the "idea guys". They move like sheep in a herd. They are the ones that steal the ideas from the actual "idea guys". They did not have the vision to see that the internet was about to become their biggest enemy.

When a VC see's an idea guy/gal's idea pitch they are thinking three things: 1.) "Can I get some free market research from this guy? 2.) Will this product compete with my portfolio and should I kill it? 3.)

Is it really a good idea that I can steal and pass over to another NVCA VC so they can copy it and the idea guy will never be able to trace the theft back to me?"

There is a reason they call them "vulture capitalists". The biggest myth about Silicon Valley venture capital money is that any outsider, who isn't in the Stanford frat club, will ever see any of that money.

For the very insider, good-ole-boy, money to stay in the tight little insider circle, a facade of "the American Dream for ideas" had to be perpetrated. Now that all of the entrepreneurs can compare notes, valuations, IP thefts, patent protection sabotage and VC lies on the open internet and see that the entrepreneurs are just getting harvested and plucked like chickens.

The VC's and campaign billionaires want everybody spied on, in their country, so they can get a heads-up on when the game is up, and try to forestall that day with disinformation. Always slow to the table though, the NVCA manipulations have yet to realize that the day has already passed them by.

_____

Investigators say that, Democratic party operatives David Plouffe, Rahm Emanual, Steven Rattner, Bill Daly, David Axelrod and Robert Gibbs arranged with Silicon Valley investors to take over the lithium battery industry in order to monopolize the trillions of dollars of lithium, and related mining deals, in Afghanistan.

They say that they traded federal funding for campaign support assisted by Harry Reid and Dianne Feinstein, who received numerous stock and cash kickbacks in the scheme.

They say they used the money to fund political campaigns. They used the Silicon Valley investors internet companies to manipulate voter perceptions and web searches in favor of their agenda. The Silicon Valley investors received: favorable federal laws, tax gifts, free federal loans, stock bumps and other perks.

The Silicon Valley investors mining resources exploitation companies: Abound, Solyndra, Fisker, Ener1, Tesla, and many, many more, that received the Department of Energy kickback funds, managed by Steven Chu, have all either failed, been raided, been charged with fraud or otherwise turned out to be disasters because they were based on a financial fraud skimming scheme instead of a good business plan.

All of these facts are known, in great detail, by many investigators. Nearly a million pages of evidence exist. A Special Prosecutor is required to perform proper prosecutions.

_____

Zhang had only five years of experience before jumping to the top intellectual property job at Baidu.

Baidu is one of the largest technology companies with $23B in revenue and 21,000 employees. This would place the company around 130th on the Fortune 500 list; along with U.S. Bank, Time Warner, and Goodyear. It appears that the Facebook IPO feeding frenzy was orchestrated in both the U.S. and China. This supports the hypothesis that the NASDAQ "glitch" was a smokescreen.

Breaking News! Jan. 29, 2014—S.E.C. Chair Mary L. Schapiro held stock in both Facebook & Baidu (China) *before* the Facebook IPO via her investment in T. Rowe Price Growth Stock Fund (PRGFX), which was up to $600,000, according to Schapiro's financial disclosure.



Mary L. Schapiro, Chair, S.E.C.; held stock in Facebook and Baidu before the Facebook IPO, along with *Leader v. Facebook* judges and Patent Office; ignored whistleblower warnings. *Photo: NYTimes.*

In addition to warnings about fabricated mobile revenues, her S.E.C. agency also *ignored* numerous whistleblower warnings of improper "dark pools" activity, including failure to disclose to investors that Facebook had been judged guilty on 11 of 11 federal counts of infringing Columbus innovator Leader Technologies' U.S. Patent No. 7,139,761 for social networking—the core technology engine running Facebook. Evidently, Schapiro knew about Facebook Chairman James W. Breyer's intention to exploit Leader's technology in China also, where his father, John P. Breyer, operates IDG-Accel-China.



Fig. 1—Sands Capital Management, LLC injected Chinese influence into Obamacare. Sands Capital, the 7th largest fund investor in the May 2012 Facebook IPO, secretly acquired over $200 million in Athenahealth holdings just as President Obama moved Todd Y. Park, Athenahealth's founder, from HHS to the White House, on Mar. 9, 2012..



Gordon K. Davidson, Fenwick & West LLP; current Facebook securities and patent counsel; Leader Technologies former corp. counsel (c.a., 2001-2004). *Photo: Fenwick & West.*

At the same time, Sands Capital secretly slipped in its holding in Baidu, Inc., sometimes called the Chinese Facebook. Baidu is notoriously controlled by the Chinese Communist Party. Baidu's CEO, Robin Yangong Li, started his job in Jan. 2004—the same month Mark Zuckerberg started Facebook after stealing Leader Technologies' source code via attorney firm Fenwick & West LLP, we believe.

Facebook also went public during this same time (with Fenwick & West LLP as their lead securities and intellectual property counsel). Again, Sand Capital did not provide proper notice of its Facebook stock acquisition.

The juxtaposition of these three notice failures, combined with HealthCare.gov's claim that its software platform running on Facebook and other "open source" software, signals obvious collusion to deprive Leader Technologies of its private property rights—government confiscation of property.

It also proves Chinese meddling in America's data infrastructure and the Obama White House cabinet.

This picture shows the logo of Baidu on its headquarters. *Photo: AFP/Getty Images/Forbes/via @daylife).*

(Jan. 28, 2014)—Washington DC-based Sands Capital Management, LLC, the seventh largest fund investor in Facebook, failed to file three critical Facebook, Athenahealth, and Baidu-China ("the Chinese Facebook") disclosures with the U.S. Securities and Exchange Commission (S.E.C.) during the period of May-August 2012.

These disclosures would have signaled serious conflicts of interests within the Obama administration, especially the complicity of Wall Street and the White House's Silicon Valley donors with likely undue Chinese influence over Obamacare.

Pres. Obama and Todd Y. Park blatantly violated conflict of interest laws



Todd Y. Park, U.S. CTO; HealthCare.gov architect; Athenahealth, founder; Castlight Health, founder. *Photo: White House.*

These Sands Capital filing failures occurred just as President Obama moved Todd Y. Park as chief technology officer (CTO) of Health and Human Services to the White House on Mar. 9, 2012. By this time, Park had *already* embedded his Athenahealth and Castlight Health technology deeply into HealthCare.gov.



Ann H. Lamont, Director of Todd Y. Park's Castlight Health; former director of Todd Y. Park's Athenahealth; former director of NVCA with James W. Breyer, Accel Partners, among other Facebook cartel principals; Mng. Prtnr. Oak Investment Partners; husband Edward is grandson of JPMorgan Chase & Co. founder Thomas W. Lamont. Lamont is a heavy investor in Goldman Sachs, Morgan Stanely and JPMorgan—Facebook's underwriters. *Photo: Stanford.*

However, Todd Y. Park was the founder of both Athenahealth and Castlight Health. His brother, Edward Y. Park, is the chief operating officer of Athenahealth. JPMorgan insider and Obama campaign financier, Ann H. Lamont, was an Athenahealth director with Park and his brother.

NVCA: Cesspool of White Collar Corruption



James W. Breyer, Facebook; Managing Partner. Accel Partners LLP; NVCA Fmr. Chairman (2004). *Photo: Der Spiegel.*

Ann H. Lamont is also an investing partner with Facebook's James W. Breyer. She is also a fellow former director with Breyer at the National Venture Capital Association (NVCA).

Reporting new stock acquisitions to the S.E.C. is routine. "Form SC 13G" reports are an essential tool used by investors to know when funds add new stocks to their portfolios. Without those notices, new acquisitions can easily be missed. Independent stock analysts like Morningstar monitor them and create daily alerts of new acquisitions to the market as well as to watchdogs.



Frank M. Sands, Sr., Sands Capital Management, LLC. Failed to file timely notices. *Virgina.edu*



Frank M. Sands, Jr., Sands Capital Management, LLC. Failed to file timely notices. *Virgina.edu*

Had Sands Capital filed timely, accountability questions could have been triggered. As it happened, they slipped the holding quietly onto their quarterly reports, thus avoiding transparency.

The activities of these companies impact American healthcare and data security priorities. America was not given the opportunity to scrutinize this activity until now, ***after the damage*** has been done.

#1: ATHENAHEALTH, INC.

| Sands Capital Management, LLC CIK-0001020066 accessed Jan. 24, 2014 | | | | |
|---|---|---|---|---|
| ATHENAHEALTH, INC. Holding - Form 13-F-HR (SEC EDGAR) | | | | |
| Date | Quarter | Value | Shares | Share Value |
| 09-Feb-10 | Q4-09 | | | |
| 14-May-10 | Q1-10 | $506,000 | 13,850 | $36.53 |
| 13-Aug-10 | Q2-10 | $485,000 | 18,550 | $26.15 |
| 12-Nov-10 | Q3-10 | $599,000 | 13,850 | $43.25 |
| 14-Feb-11 | Q4-10 | $3,760,000 | 91,975 | $40.88 |
| 13-May-11 | Q1-11 | $6,052,000 | 134,100 | $45.13 |
| 13-Aug-11 | Q2-11 | $14,191,000 | 345,275 | $41.10 |
| 14-Nov-11 | Q3-11 | $15,839,000 | 265,977 | $59.55 |
| 14-Feb-12 | Q4-11 | $13,459,000 | 274,002 | $49.12 |
| 14-May-12 | Q1-12 | $227,438,000 | 3,068,507 | $74.12 |
| 13-Aug-12 | Q2-12 | $251,601,000 | 3,177,989 | $79.17 |
| 13-Nov-12 | Q3-12 | $299,456,000 | 3,263,110 | $91.77 |
| 13-Feb-13 | Q4-12 | $246,807,000 | 3,367,535 | $73.29 |
| 14-May-13 | Q1-13 | $341,857,000 | 3,522,847 | $97.04 |
| 14-Aug-13 | Q2-13 | $300,698,000 | 3,548,897 | $84.73 |
| 14-Nov-13 | Q3-13 | $377,033,000 | 3,472,394 | $108.58 |
| No SEC Form SC 13G filed | | | | |

Fig. 2—Sands Capital Management, LLC ATHENAHEALTH, INC. holdings—Holdings Reports, SEC EDGAR. Yellow highlighted rows show reporting periods in which no notices of acquisitions were filed by compliance officer, Robert C. Hancock. These notices are important filings for fraud watchdogs.



Fig. 3—Sands Capital Management, LLC ATHENAHEALTH, INC. holdings—Value Reports, SEC EDGAR. The yellow highlighted box shows the periods where no acquisition notices and no-fraud certifications were filed. In short, Sands Capital acquired over $200 million in Athenahealth stock without regulatory oversight. S.E.C. Chairman Mary L. Schapiro had financial holdings in funds invested in Athenahealth, e.g., Vanguard Extended Market (VEXMX).

On May 14, 2010, 506,000 shares of Athenahealth appeared out of thin air on the Sands Capital Management, LLC quarterly report. More and more stock just started appearing each quarter, all without acquisition notices.

Then on May 14, 2012, hundreds of millions more shares appeared out of thin air—214 million more. Just a few weeks earlier, President Obama had appointed Todd Y. Park as U.S. chief technology officer. Park had already deeply embedded Athenahealth's software code into the bowels of HealthCare.gov. In fact, no notices of acquisition were filed for Athenahealth until Feb. 2013.

Why is this S.E.C. irregularity significant?

The public has an interest in insuring that government vendors and officials are trustworthy. HealthCare.gov is making false "open source" intellectual property claims, but since HealthCare.gov is not a transparent development, no public scrutiny is possible.

The federal confiscation of private properties continues unabated. The agenda is very evidently being railroaded.

In addition, the involvement of the Chinese government in U.S. infrastructure raises critical national security questions.

Todd Y. Park's ethics disclosures are missing

Tellingly, Parks' ethics disclosure is missing from the U.S. Office of Government Ethics website. By contrast, even Hillary R. Clinton's is there. Parks' close relationships with associates of Athenahealth, Castlight Health, Baidu-China and Sands Capital Management, LLC show that any decision he has made involving these players benefits him personally.



Robert Kocher, MD, Director, Castlight Health, founded by U.S. CTO, Todd Y. Park; former member, National Economic Council; special adviser to Barack Obama on Health Policy (chief architect of Obamacare). *Photo: Washington.edu.*

Hindsight being 20-20, it should be noted that Robert Kocher, MD, President Obama's chief healthcare policy adviser on Obamacare, had matriculated by 2011 to: (1) Castlight Health as director along with Ann H. Lamont, Todd Y. Parks' other company, (2) Park's venture capitalist, Venrock, and (3) McKinsey & Co. and the Brookings Institution, who are both Facebook's COO, Sheryl K. Sandberg's former clients.



Lawrence "Larry" Summers. Director, Square; Adviser, Andreessen-Horowitz; mentor to Facebook's Sheryl K. Sandberg, Russian oligarchs Yuri Milner and Alisher Usmanov; former director, Barack Obama's National Economic Council (2008 bailout); believed to be one of the prime movers behind the Facebook cartel. *Photo: Life.*

Kocher's other boss at the White House, National Economic Council chairman Lawrence "Larry"

Summers, also works for the Brookings Institution. In short, Kocher's post-administration job hunt appears to have been political revolving door payback.

Events are being coordinated

In addition, the list of funds pouring cash into Athenahealth and Castlight Health is a clone of Facebook's and Baidu's lists. Blackrock, Morgan Stanley, T. Rowe Price, Fidelity, Vanguard, Goldman Sachs, JPMorgan, etc. The evidence is clear. These funds are ***coordinating*** these events while the U.S. Congress and American people are sidelined.

It appears time for Congress to take control, pass legislation to return confiscated properties, impeach and replace many corrupted judges, change the legal discipline procedures by putting lay people in charge, put wrongdoers in jail, establish a Special Prosecutor, and call a Constitutional Convention to change the elements of our system that let this happen.

Our system of government appears to have been badly damaged by unscrupulous people, mostly lawyers, who no longer respect our laws, and clearly do not intend to follow them.

Silicon Valley Watcher – at the intersection of technology and media: A Top Story..

…the plaintiffs had strengthened and that it was less than a $20m settlement paid by Lucasfilm, Intuit, and Pixar who were also part of the **collusion**. The National Venture Capital Association (**NVCA**) and…

siliconvalleywatcher.com/mt/archives/top_stories/

National Venture Capital Association (NVCA) collusion

AFI researchers have already proven NVCA connections with James W. Breyer, Accel Partners, LLP, Facebook's first chairman and largest shareholder, among six of the ten top mutual fund investors in the Facebook IPO, namely (1) Goldman Sachs, (3) Fidelity, (4) T.Rowe Price, (5) Morgan Stanley, (6) Blackrock and (9) Vanguard.

Sands Capital's association with Todd Y. Park ties Sands Capital to the  NVCA as well through Castlight and Athenahealth director, Ann H. Lamont. This now proves that at least seven out of the ten top institutional investors in Facebook were colluding with James W. Breyer to steal Leader Technologies' social networking invention. The Baidu association shows that the collusion also incorporates Breyer's designs for China.

#2: BAIDU, INC.

Sands Capital Management, LLC CIK-0001020066

BAIDU, INC. Holding - Form 13-F-HR (SEC EDGAR) accessed Jan. 24, 2014

| Date | Quarter | Value | Shares | Share Value |
|---|---|---|---|---|
| 09-Feb-10 | Q4-09 | | | |
| 14-May-10 | Q1-10 | | | |
| 13-Aug-10 | Q2-10 | | | |
| 12-Nov-10 | Q3-10 | | | |
| 14-Feb-11 | Q4-10 | | | |
| 14-May-11 | Q1-11 | | | |
| 13-Aug-11 | Q2-11 | | | |
| 14-Nov-11 | Q3-11 | | | |
| 14-Feb-12 | Q4-11 | | | |
| 14-May-12 | Q1-12 | $9,404,000 | 64,515 | $145.76 |
| 13-Aug-12 | Q2-12 | $10,458,000 | 90,955 | $114.98 |
| 13-Nov-12 | Q3-12 | $10,573,000 | 90,455 | $116.89 |
| 13-Feb-13 | Q4-12 | $7,393,000 | 73,720 | $100.28 |
| 14-May-13 | Q1-13 | | no report | |
| 14-Aug-13 | Q2-13 | $874,435,000 | 9,243,497 | $94.60 |
| 14-Nov-13 | Q3-13 | $2,154,097,000 | 13,881,278 | $155.18 |
| No SEC Form SC 13G filed | | | | |

Fig. 4—Sands Capital Management, LLC BAIDU, INC. holdings, SEC EDGAR. Yellow highlighted rows show reporting periods in which no notices of acquisition were filed by compliance officer, Robert C. Hancock. These notices are important filings for fraud watchdogs.



Fig. 5—Sands Capital Management, LLC BAIDU, INC. holdings, SEC EDGAR. The yellow highlighted box shows that no acquisition notices and no-fraud certifications were filed. In short, Sands Capital acquired over $2 billion in Baidu stock without regulatory oversight. These holdings commenced concurrent to the appointment of Todd Y. Park to U.S. CTO on Mar. 9, 2012, after Park had led the development of HealthCare.gov at Health and Human Services, including the embedding of his Athenahealth and Castlight Health software in the HHS infrastructure.

Jim Breyer – Wikipedia, the free encyclopedia

**James** W. "Jim" **Breyer** (born 1961) is an American venture capitalist, founder and CEO of **Breyer** Capital, an investment and venture philanthropy firm, and a partner at Accel Partners, a venture capital firm.

W en.wikipedia.org/wiki/Jim_Breyer

More results

Americans For Innovation: WHITE HOUSE SCANDAL SPREADS TO

411

WHITE HOUSE SCANDAL SPREADS TO LEADER V. FACEBOOK … **Collusion** (Allegations) Trade Secrets Theft; Market Manipulation … **James** W. **Breyer**, Accel Partners LLP; Facebook director; client of Fenwick & West LLP since the 1990's; …

americans4innovation.blogspot.com/2013/05/white-house-scandal-spreads-to-le…

More results

James Breyer profiles | LinkedIn

View the profiles of professionals named **James Breyer** on LinkedIn. There are 13 professionals named **James Breyer**, who use LinkedIn to exchange information, ideas, and opportunities.

linkedin.com/pub/dir/James/Breyer

More results

The First: Jim Breyer is speaking at Collision 2015 | COLLISION

The First: Jim **Breyer** is speaking at Collision 2015 Posted by: Hugh Gallagher – Posted at: 4:45 pm on December 4, 2014 Category: News

collisionconf.com/news/jim-breyer-collision

**The next Sands Capital holding to appear out of nowhere is Baidu, Inc**. Closely aligned with China's Communist government, Baidu is sometimes called "the Chinese Facebook." Facebook is rumored to have partnered with Baidu. Baidu notoriously violates human and intellectual property rights. This alliance was concurrent with James W. Breyer's movement of tens of billions of venture capital funds out of the United States and into the control of his reclusive father, John P. Breyer, chairman, IDG-Accel-China.

Not only did Sands Capital fail to file a notice of acquisition, but their quarterly report on Aug. 14, 2013 reveals a whopping 12,539% jump in holdings. ***That is an unregulated $867 million change in value***. To our knowledge, neither the market nor regulators even noticed. This destroys the basic principle of transparency.

These risks certainly deserve serious investigation before permitting these people to get access to America's healthcare and data infrastructure. As Eric Snowden proved, it doesn't take much to copy millions of files into the hands of one's adversaries.

Most notable about the sudden appearance of the Baidu Inc. holding is that it occurs just as Athenahealth's founder, Todd Y. Park, is moving from his position as the chief architect of HealthCare.gov at HHS to Chief Technology Officer for the United States by President Obama, on Mar. 9, 2012. And, it occurred at the same time as Sands Capital's 214 million unregulated share

acquisition.

| Sands Capital Management, Inc. | | | |
| Baidu, Inc. Holding, SEC Form 13F-HR (Quarterly Report) | | | |
| Date | Shares | Value | Change (+/-) over prior quarter |
| Feb. 13, 2013 | 73,720 | $7 million | -19% |
| May 14, 2013 | | | |
| Aug. 14, 2013 | 9,243,497 | $874 million | 12539% |

TABLE 1—Sands Capital Management, LLC, Baidu Inc. shares. *Source: SEC EDGAR.*     On Mar. 29, 2012, just 20 days after Pres. Obama's appointment of Park, Baidu filed a Form 20-F, which is a financial disclosure equivalent to an S-1 public stock prospectus. The timing is six weeks before the Facebook IPO.

On p. 98, Baidu discloses that its three principal shareholders are:

| No. | Baidu Inc. – Beneficial Owners | Ownership |
| 1 | a. Robin Yanhong Li (personally) | 16.00% |
| | b. Handsome Reward Limited (Robin Y. Li, British Virgin Islands) | 15.70% |
| 2 | Baillie Gifford | 7.50% |
| 3 | T. Rowe Price | 6.90% |

TABLE 2—Baidu Inc., Beneficial Ownership, May 29, 2012. *Source: SEC EDGAR.*     Baillie Gifford and T. Rowe Price were #2 and #3 behind Goldman Sachs in the Facebook IPO just six weeks later.



Fig. 6—Robin "Handsome Reward" Yangong Li was installed as CEO of Baidu in Jan. 2004, the very same month that Mark Zuckerberg claims to have built Facebook "in one to two weeks" Leader Technologies said it took them $10M and 145,000 man-hours to invent social networking. They finished debugging a critical module on Oct. 28, 2003, the same night Zuckerberg hacked the House

sites at Harvard. *Photo: L'Express*.

Evidently, Baidu's <u>Robin Yanhong Li</u> was self-conscious about his newfound wealth, hence the Freudian name he gave for his stock holding—Handsome Reward. Who was doing the rewarding? The evidence is overwhelming. It is James W. Breyer and the Facebook cartel who made Robin Li their front boy in China, just like they made Mark Zuckerberg their front boy in the U.S.

Big Lies

The world cannot hope to advance when its core infrastructures are founded on these Big Lies. Any engineer worth his salt knows that a good building cannot be built upon a corrupt foundation. This is both a law of physics, and a Law of God.

Baidu and Facebook CEOs started the same month—Jan. 2004



Robin Y. Li, CEO, Baidu, Inc.; appointed Jan. 2004, the same month James W. Breyer, Accel Partners LLP, picked Mark Zuckerberg to start Facebook with stolen code from Columbus innovator Leader Technologies. *Photo: RudeButGood.*

Robin Y. Li became CEO of Baidu in Jan. 2004. Coincidentally, that is the *very same month* Mark Zuckerberg claims he started Facebook ("<u>in one to two weeks</u>") and launched it on Feb. 4, 2004. The name of his British Virgin Islands hide away for his Baidu holdings probably says it all—Handsome Reward.

The common denominator between the Chinese and American Facebooks is James W. Breyer. At that time was chairman of the National Venture Capital Association, managing partner of Accel Partners LLP, soon to be if not already largest Facebook shareholder, and fellow client of Fenwick & West LLP with Columbus innovator Leader Technologies, Inc.—the proven inventor of social networking. Robin Li's handsome reward is his willingness to be Breyer's Chinese front face.

Worried about signaling Chinese involvement

Sands Capital appears to have been worried about the appearance of impropriety? Had they disclosed Baidu in a timely way, eyebrows would have been raised about possible Chinese involvement in the Obama cabinet, as well as in American healthcare and data infrastructure. Something is clearly amiss, otherwise, why would the Baidu nondisclosure be such an outlier in Sands Capital Management, LLC's SEC reporting?

American securities watchdogs were busy chewing on bones Breyer threw their way



Fig. 7—Administration and Judicial Watchdogs were busy chewing on their Facebook cartel bones. The United States top law enforcement officers and regulators, namely Eric H. Holder, Mary L. Schapiro, Rebecca M. Blank and David J. Kappos were **_silent_** during Sands Capital's misconduct. They were busying chewing on the bones that the Facebook cartel had already thrown them.The current Commerce Secretary, Penny S. Pritzker, continues the deafening silence. *Graphic: Clker.com.*

But lest we wonder where our U.S. securities regulators were during this shell game, the Facebook cartel had that covered too. They had already ensured for S.E.C. Chair Mary L. Schapiro, Commerce Secretary #1 Rebecca M. Blank, Commerce Secretary #2 Penny S. Pritzker, Patent Office Director David J. Kappos, Attorney General Eric H. Holder and Chief Justice John G. Roberts, Jr. were well cared for.

Among the five Obama administration senior officials alone, they hold at least 177 Facebook "dark pools" funds. In fact, no one in the Obama administration or judiciary had more Facebook cartel dark pool funds than Chairman Schapiro and Secretary Blank. *See* two previous posts. These dogs won't hunt. The're too well fed.

#3: Facebook, INC.

**The next Sands Capital holding to appear out of thin air is Facebook, Inc.** Again, they did not file a Form SC 13G acquisition notice in their May 14, 2012 reporting, which is just four days before the May 18, 2012 Facebook IPO. We're taking bets that  Sands Capital will blame it on the NASDAQ "glitch." The purpose of the glitch appears to us to be a smoke screen for these sorts of shady activities.

Then, without filing the stock acquisition notice Form SC 13G subsequently, like they did on all their other stock purchases (except Athenahealth and Baidu), on Aug. 13, 2012 they simply include their Facebook holding of 11.6 million shares valued at $362 million on their quarterly report.

Why such blatant disregard for SEC disclosure rules? Rules that Sands Capital appears to follow otherwise?

AFI researchers have lived with this cartel conduct for years now, and they believe Sands Capital was determined to get in on the HealthCare.gov "Datapalooza" that Todd Y. Park would bring them via Athenahealth. Datapalooza is the actual name Mr. Park gave to his dubious "open government" giveaways of healthcare data while CTO at HHS.

AFI researchers believe it is likely that Sands Capital kept the Baidu transactions below the radar screen in order to avoid awkward questions about Park's role in Baidu, Athenahealth and Facebook

financings and business activity, especially surrounding Obamacare and HealthCare.gov.

Notices of stock acquisitions are part of America's securities fraud watchdog infrastructure

Readers should know that independent stock monitoring analysts like Morningstar use automated tools that send alerts/notices when companies file notice of new acquisitions. No such alerts occurred for Athenahealth, Facebook or Baidu ***because the notices were never filed***.



Fig. 8—S.E.C. Certifications are legal evidence. When a fund compliance officer signs an S.E.C. filing, he or she is signing an affidavit that is enforceable as evidence in court. If that person lies or in some other way willfully misrepresents the facts, it is the same as lying under oath in a courtroom.The problem for Sands Capital's Robert C. Hancock is that intentional withholding of certifications, with the intent to deceive the public, is illegal since the omission misleads the public who must then rely on inaccurate information.

Sands Capital's compliance officer Robert C. Hancock avoided liability by not signing

Sands Capital's chief compliance officer, Robert C. Hancock, may have been trying to avoid personal liability by not signing what would otherwise be fraudulent representations of truthfulness. Corporate officers like Hancock can be personally liable if they sign knowingly false certifications under oath. It's the same thing as knowingly making a false statement in court.

Here's the SC 13G acquisition certification Hancock avoided signing for initial Athenahealth, Baidu and Facebook stock disclosures:

"Item 10. Certification: By signing below I certify that, to the best of my knowledge and belief, the securities referred to above were acquired and are held in the ordinary course of business and were not acquired and are not held for the purpose of or with the effect of changing or influencing the control of the issuer of the securities and were not acquired and are not held in connection with or as a participant in any transaction having that purpose or effect.

SIGNATURE: After reasonable inquiry and to the best of my knowledge and belief, I certify that the information set forth in this statement is true, complete and correct."

Here's an example of a later Athenahealth SC 13g acquisition certification that Hancock did sign on Feb.. 13, 2013, so he knows what to do, he just didn't do it when Athenahealth stock was first acquired.

Hancock was probably choking on the clause in red above: "… were not acquired and are not held for the purpose of or with the effect of changing or influencing the control of the issuer of the securities and were not acquired and are not held in connection with or as a participant in any transaction having that purpose or effect."

Hancock may have refused to sign the Athenahealth, Baidu and Facebook certifications because he knew that:

1. Athenahealth was an inside job among selected funds, companies and individuals to control certain markets and global events;

2. Baidu, like Facebook, was a fabrication of James W. Breyer, Accel Partners LLP, and Facebook's largest shareholder; therefore, everything about these stock maneuvers was designed to manipulate the cartel's global agenda, which included the creation of a Chinese repository, potentially for exported U.S. healthcare and other data; and

3. Facebook & Baidu were both running on software property stolen from Columbus innovator, Leader Technologies; therefore, these offerings were used to generate funds for the express purpose of misappropriation of patents, copyrights and trade secrets that would cause and effect the manipulation of the U.S. healthcare sector, among others.

Presumably, Hancock would want to stay out of jail by refusing to put his signature on a form where he clearly knew there was ***an intent to influence business and political events***. Tellingly, he signed ***all*** of his other certifications during this period.

What U.S. judge or regulator is complaining?

Who would complain about Sands Capital's failure to file the S.E.C. Form SC 13G notices of acquisition of Facebook, Baidu and Athenahealth stock?

Click Official's Name to view his or her financial disclosure.



Not S.E.C Chairman Mary L. Schapiro—she held a boatload of "dark pool" Fidelity, Vanguard, AllianceBern, TIAA-CREF and T. Rowe Price funds.



Not Commerce Secretary #1 <u>Rebecca M. Blank</u>—she held TIAA-CREF, Vanguard and Fidelity funds.



Not Commerce Secretary #2 <u>Penny S. Pritzker</u>—she holds up to $23.4 million Morgan Stanley, JPMorgan and Goldman Sachs Facebook dark pools.



Not Attorney General <u>Eric H. Holder</u>—he held T. Rowe Price and Fidelity funds. In fact, Holder held Fidelity Contrafund, the largest single Facebook mutual fund stock holder, valued at $413 million.

Photos: Holder–Huffington Post; Pritzker–White House;Blank–U.S. London Embassy; Schapiro–NY Times.

Who in the judiciary would complain?

Click <u>Judge's Name</u> to view his or her financial disclosure.



Not *Leader v. Facebook* Chief Justice <u>John G. Roberts, Jr.</u>—he held  Microsoft, T. Rowe Price, Fidelity, Janus, Vanguard and Blackrock funds, including Fidelity Contrafund.







Not *Leader v. Facebook* Federal Circuit Judges <u>Alan D. Lourie</u>, <u>Kimberly A. Moore</u> and <u>Evan J. Wallach</u>—they held Fidelity, Vanguard and T. Rowe Price funds, including Fidelity Contrafund.



Not *Leader v. Facebook*  District Court Judge Leonard P. Stark—he held Vanguard and Fidelity funds.



Not *Leader v. Facebook*  Patent Office Director David J. Kappos—he held over a million dollars of Vanguard funds.

Photos: Kappos–Politico; Stark–udel.edu; Wallach–Fed. Cir.; Lourie–Fed. Cir.; Moore–mit.edu; Roberts–sltrib.com.

The victims are complaining

On Nov. 19, 2008, Leader Technologies filed a patent infringement lawsuit against Facebook. Leader proved that Facebook stole the engine that runs Facebook, yet were ruled against anyway by the biased judges mentioned above, based on fabricated evidence.

In May 2012, Facebook IPO investors began filing class action lawsuits, claiming they had been defrauded and damaged by the NASDAQ "glitch."

Complaints have been filed to inspectors general seeking justice.

Others have filed complaints too, like Paul Ceglia and Rembrandt Social Media.

America's regulatory mechanisms are supposed to help prevent waste, fraud and abuse, not aid and abet it. The latter is called state-sponsored terrorism and totalitarianism.

In the case of the HealthCare.gov debacle, and the theft of Leader Technologies' social networking invention, the failure of the S.E.C. to police Sands Capital Management LLC enabled them to press their hidden agenda using fraudulent funds.

That agenda has led to a disastrous HealthCare.gov architecture, corrupted by Athenahealth conflicts of interest, using Leader Technologies' software which has become a mess of hacked pieces and parts. The agenda also threatens America's healthcare data security since Sands Capital took its Facebook IPO winnings and bought $2.2 billion in the Baidu Inc. sometime between Feb-Aug 2013.



Fig. 9—Robert C. Hancock, Chief Compliance Officer, Sands Capital Management, LLC. Misled the American public by failing to file stock acquisition reports in a timely manner for Facebook, Baidu and Athenahealth. These failings concealed substantial Chinese influences regarding Obamacare and American data infrastructure. *Photo: Sands Capital.*



Fig. 10—Jonathan Goodman, Chief Counsel, Sands Capital Management, LLC; former partner, Gibson Dunn LLP (Facebook's *Leader v. Facebook* law firm, and also counsel to the Federal Circuit and Federal Circuit Bar Association). *Photo: Sands Capital.*

A solid democratic house cannot be built upon a foundation of regulatory corruption

Questions for Sands Capital's compliance officer Robert C. Hancock would be why he did not submit the notices of new stock acquisition forms with his signed certifications for Athenahealth, Baidu and Facebook. If he had done this, perhaps over six million Americans would not be struggling to replace their cancelled healthcare plans because the program would never have begun.



Thomas G. Hungar, Gibson Dunn LLP. Failed to disclose conflicts of interest in *Leader v. Facebook*; counsel to the Federal Circuit and Microsoft (one of Facebook's largest stockholders); Chief Justice John G. Roberts, Jr. is a personal mentor.Gibson Dunn LLP also represents the U.S. in *U.S. v. Paul Ceglia* (*Ceglia v. Zuckerberg*) where U.S. attorney Preet Bharara was formerly employed by Gibson Dunn—an obvious conflict. *Photo: Gibson Dunn LLP.*

Hancock's ethics counsel is none other than another former Gibson Dunn LLP attorney, Jonathan Goodman. Goodman was at Gibson Dunn LLP with Thomas G. Hungar during the *Leader v. Facebook* case. Goodman's other former firm, Cravath, Swaine & Moore LLP, just received David J. Kappos, former director of the U.S. Patent Office, as a new partner. Kappos only arrived after he had ordered an unprecedented 3rd reexamination of Leader Technologies' patent. Kappos had purchased more than a million dollars of Vanguard "dark pool" funds, all on Oct. 27, 2009, within weeks of his appointment by President Obama.

Robert C. Hancock's ethical lapses have damaged millions of Americans

Apparently, Hancock was advised by Goodman/Gibson Dunn LLP that it was ethically acceptable ***not***

to file the Athenahealth, Baidu and Facebook stock acquisition notices.

Mr. Goodman's former firm, Gibson Dunn LLP, swirls at the center of everything that has gone horribly wrong with this Obama administration, including the *Leader v. Facebook* judicial corruption scandal.

Had Hancock filed in a timely manner, questions about Todd Y. Park's Athenahealth duplicity could have been raised. Athenahealth's close associations with Chinese interests could have been scrutinized. Sands Capital's role in the Facebook pump and dump IPO scheme would have become visible. Hancock's failure to file and certify did not allow regulatory mechanisms to work.



Fig. 10—Pres. Barack H. Obama. *Photo: jeannotramambazafy.overblog.com*

Questions for President Obama

Given the suspicious timing of your appointment of Todd Y. Park to oversee America's healthcare and digital infrastructure:

1. How much do you know about SANDS CAPITAL'S collusion with the Chinese?

2. What are you going to do about it?

3. What assurances can you give us that the tech people you have hand picked are worthy of America's trust?

4. Will the new systems really protect Americans' privacy, property and security?

5. Did you know that your Securities Chair held stock in Facebook and Baidu *before* the Facebook IPO?

6. 

Photo: Politico.



Photo: Wikipedia.

Why didn't your personal White House counsels from Perkins Coie LLP, namely Robert F. Bauer and Anita B. Dunn, husband and wife respectively, submit ethics pledges and financial disclosures? Did you know that Facebook was one of their clients?

7.  Where are Todd Y. Park's financial disclosures and written ethics pledges?

8.  Did you know that a Florida judge was ordered to recuse himself from a case where he was Facebook Friends with one of the litigating attorneys? What do your 50 million "likes" say about your appointment of two of the four judges in the *Leader v. Facebook* case, not even counting all their financial holdings in Facebook, or the Patent Office's "likes"?

Summary of ethical standards to which the persons above swore solemn public oaths to uphold

Judges— Code of Conduct for U.S. Judges, Canon 2:

"A judge should avoid imprprietary and the appearance of impropriety in all activities."

Judges—U.S. Courts.gov, Guide to Judiciary Policy, Ethics and Judicial Conduct, p. 20-2:

*"Canon 3C(3)(c) provides that a financial interest 'means ownership of a legal or equitable interest, however small,' with certain exceptions not applicable to this situation. Ownership of even one share of stock by the judge's spouse would require disqualification." Many types of mutual fund holdings are not exempt from this policy (p. 106-1 thru 4).*

*"a judge who chooses to invest in such mutual funds should evaluate whether his or her 'interest' in the fund might be affected substantially by the outcome of a particular case, which would require recusal under Canon 3C(1)(c)" (p. 106-3). [If the largest tech IPO in American history—Facebook—does not apply, then this policy is meaningless sophistry.]*

Executive Branch Employees—Standards of ethical conduct for employees of the executive branch 5 C.F.R. §2635.501:

"avoid an appearance of loss of impartiality in the performance of his official duties"

Attorneys—Model Rules of Professional Conduct, Preamble [6]:

"a lawyer should further the public's understanding of and confidence in the rule of law and the justice system because legal institutions in a constitutional democracy depend on popular participation and support to maintain their authority."

Directors—Business Judgment Rule, *Parnes v. Bally Entertainment Corp.*, at 1246:

"The business judgment rule 'is a presumption that in making a business decision the directors of a corporation acted on an informed basis, in good faith and in the honest belief that the action taken was in the best interests of the company [and was not based on self-dealing].'"

Background: Funwallz.com

* * *

Posted by K. Craine at 1:21 PM 🖉

Email ThisBlogThis!Share to TwitterShare to FacebookShare to Pinterest

1.

*K. Craine*January 29, 2014 at 7:42 AM

You may want to read this LAW360 article about Federal Circuit Judge Michel.

I just checked. Fed. Cir. Judge Paul R. Michel is NOT invested in the Facebook cartel, at least according to his financial disclosure.

He did not, however, police the Federal Circuit's conflicts of interest in LEADER V. FACEBOOK since Facebook's attorney, Thomas G. Hungar, Gibson Dunn LLP, had represented the interests of the whole court and the Federal Circuit Bar Association in a 2010 ethics case, ironically.

LAW360 HEADLINE: "Strong Software Patents Crucial, Michel Tells Justices"

"As the U.S. Supreme Court considers how to evaluate when software can be patented, former Federal Circuit Chief Judge Paul Michel warned the justices Monday that adopting a standard that weakens patent protection for software would "cripple, if not destroy, computer-related industries."

http://www.law360.com/ip/articles/504692?nl_pk=3d7de43c-2a83-457b-8e08-511bc28d2aec&utm_source=newsletter&utm_medium=email&utm_campaign=ip

Here's Judge Michel's 2008 financial disclosure:
http://www.judicialwatch.org/wp-content/uploads/2013/11/Paul-R-Michel-Financial-Disclosure-Report-for-2008.pdf?V=1

ReplyDelete

2.

*Rain Onyourparade*January 31, 2014 at 12:24 PM

Check out this FLORIDA RULING. It says a judge must disqualify himself for Facebook-friending one of the attorneys in a case before him. This is kid's play compared to the abuse Leader Technologies has

received…

>>>Patent Office's Facebook site to 10,000+ employees,put up before the trial and reexamination.<<<

>>>Barack Obama's tens of millions of likes, probably all of the Facebook attorneys.<<<

>>>Barack Obama's appointment of two of the four judges in LEADER V. FACEBOOK.<<<

>>>HealthCare.gov claiming Leader's invention is open source.<<<

http://m.washingtonpost.com/news/volokh-conspiracy/wp/2014/01/30/the-law-of-friending/

ReplyDelete

3. 

*dave123*January 31, 2014 at 5:56 PM

_____

_____

The 2008 finance crisis was not an accident it was caused by an out of control industry and at the wheel was chief economic advisor Larry Summers, Summers who played a MAJOR role in the Deregulation of Derivatives, And became PRESIDENT of HARVARD in 2001 And New that FACEBOOK was stolen, and new of the THEFT OF Leader Technologies'
when the Winklevoss made a complaint to lawrence larry summers PRESIDENT of HARVARD they where tolled to piss of summers wonted THE FACEBOOK CLUB for him self but summers needed that suck up little shit mark zuckerberg to do it, But the IDEA FACEBOOK was not the Winklevoss nor was it Mark Zuckerberg IDEA,

WAYNE CHANG KNOWS HOW FACEBOOK WAS STOLEN
Wayne Chang filed a lawsuit against the Winklevoss brothers knowing that facebook was stolen, Chang said that the Winklevoss brothers merged their company, called ConnectU, with Chang's web development company to make a new company: The Winklevoss Chang Group (WCG). Chang complained that the Winklevosses "expressly agreed that the litigation between ConnectU and Facebook was an asset of ConnectU and an asset of WCG," according to BusinessInsider. Chang never got any money when the Winklevosses received $65 million as part of the settlement but the $65 million was just a fuck of from mark zuckerberg Larry Summers and James W. Breyer. Even the "like" button was stolen from the family of the late Dutch inventor, Johannes Van Der Meer

More of Larry Summers friends
chief economic advisor Larry Summers Henry Paulson of Goldman Sachs and Geithner to pay Goldman Sachs 100 cents on the dollar Paulson and Bernanke ask congress for $700 billion to bail out the banks. BUT NO BAILOUT FOR LEHMAN BROTHERS GONE AND THE ORDERS CAME FROM GOLDMAN SACHS TO LARRY SUMMERS NOT TO BAIL THEM OUT?? just so Goldman

Sachs can be number ONE? IN 1999, at the urging of Summers and Rubin congress passed the Gramm-Leach-Bliley Act and cleared the way for future mergers, in 1998 someone tried to regulate them it was Brooksley Born but Larry Summers kill this, Summers had 13 bankers in his office and directing her to stop Greenspan Rubin and SEC chairman Arthur Levitt issued a joint statement condemning Born

the securities and exchange commission agency conducted no major investigation in to the bank during the bubble and 146 people were gutted from the secuities enforcement division?

When David contacted securities and exchange commission about LEHMAN BROTHERS GOLDMAN SACHS AND LARRY SUMMERS AND FACEBOOK there were only four people WORKING THERE and then down to just ONE?? and his job was to turn the lights out

OBAMA picked Mary Schapiro the former CEO of FINRA to run the securities and exchange commission who held stock in both Facebook and Baidu (China) before the Facebook IPO via her investment in T. Rowe Price the securities and exchange commission agency also ignored numerous whistleblower warnings of improper "dark pools" activity, (PAY OF)

Reply*Delete*

4. 

*dave123*February 2, 2014 at 6:47 PM

Larry Summers + President Barack Obama picked Mary Schapiro the former CEO of FINRA to run the securities and exchange commission who held stock in both Facebook and Baidu (China) before the Facebook IPO via her investment in T. Rowe Price the securities and exchange commission agency also ignored numerous whistleblower warnings of improper "dark pools" activity, (PAY OF)

Larry Summers + President Barack Obama (appointed Leonard P. Stark to the judge's seat in Delaware Federal District Court eight days after Stark's court allowed Facebook to get away with jury and court manipulation of an on-sale bar verdict which was attained without a single piece of hard evidence; Barack and Michelle Obama were evidently protecting their 47 million "likes" on Facebook)

Larry Summers + President Barack Obama new found friends, Facebook cartel had it all covered, They had it all already S.E.C. Chair Mary L. Schapiro, Commerce Secretary #1 Rebecca M. Blank, Commerce Secretary #2 Penny S. Pritzker, Patent Office Director David J. Kappos, Attorney General Eric H. Holder and Chief Justice John G. Roberts, Jr. were well cared for.

Larry Summers + President Barack Obama + Baidu(China) All had back door keys to the NSA then add your healthcare (Obamacare), financial (Wall Street), telephone and online data (NSA) to your Dark Profile, and you have the ultimate Big Brother file on every person on the planet and CHINA HAD THE BACK DOOR KEYS TO THE NSA???? with facebook and their repeated breaches of security and their now ubiquitous intrusions on people's privacy?

Larry Summers + Facebook The 2008 finance crisis was not an accident it was caused by an out of control industry and at the wheel was chief economic advisor Larry Summers, Summers who played a MAJOR role in the Deregulation of Derivatives, And became PRESIDENT of HARVARD in 2001 And New that FACEBOOK was stolen, and new of the THEFT OF Leader Technologies' when the Winklevoss made a complaint to lawrence larry summers PRESIDENT of HARVARD they where tolled to piss of summers wonted THE FACEBOOK CLUB for him self but summers needed that suck up little shit mark zuckerberg to do it, The 2008 finance crisis was not an accident it was caused by LARRY SUMMERS?

Reply<u>Delete</u>

 5.

*dave123*February 2, 2014 at 6:49 PM

Larry Summers + election manipulation on FB Since that data was not equally available to the opposition, use of this data about you amounts to election manipulation. The fact that so many foreigners are associated with Facebook amounts to foreign influence on U.S. elections, which is illegal. This undue influence hurts every American. Ditto for the sovereign elections in Germany, France or any other country, like fucking Germany ASS-HOLE The Facebook Club run by Larry Summers used the promise of wild Facebook IPO returns as the currency for their plans to install Barack Obama as President and press their global data gathering agenda

Larry Summers + FB + Robin Y. Li Robin Y. Li became CEO of Baidu in Jan. 2004. Coincidentally, that is the very same month Mark Zuckerberg claims he started Facebook ("in one to two weeks") and launched it on Feb. 4, 2004. The name of his British Virgin Islands hide away for his Baidu holdings probably says it all—Handsome Reward. Sands Capital appears to have been worried about the appearance of impropriety? Had they disclosed Baidu in a timely way, eyebrows would have been raised about possible Chinese involvement in the Obama cabinet, as well as in American healthcare and data infrastructure. Something is clearly amiss, Robin Y. Li NEW THAT FB WAS STOLEN and that it was Larry Summers who was running FACEBOOK ow shit?

Larry Summers + friends chief economic advisor Larry Summers Henry Paulson of Goldman Sachs and Geithner to pay Goldman Sachs 100 cents on the dollar Paulson and Bernanke ask congress for $700 billion to bail out the banks. BUT NO BAILOUT FOR LEHMAN BROTHERS GONE AND THE ORDERS CAME FROM GOLDMAN SACHS TO LARRY SUMMERS NOT TO BAIL THEM OUT?? just so Goldman Sachs can be number ONE? Paulson was a dick who did not know how to work out shit if someone stuck a spade up his ass

THIS IS IT VERY ONE GET ON TWITTER

Reply<u>Delete</u>

*K. Craine*February 3, 2014 at 12:40 PM

President Obama claimed last night that there was "not even a smidgen of corruption" in the IRS scandal. Really now Mr. President? How can any self-respecting person make such a claim about a sprawling government agency with 106,000 employees? Such a claim telegraphs the massive corruption that we have proved exists within this administration. An administration where Yes is No and wrong is right. Given that, a No from Obama means a Yes.

Here's an excerpt from the New York Times article:

——-

Mr. O'Reilly responded that there were "unanswered questions" and asked again if there was corruption in the I.R.S.

"There were some boneheaded decisions," the president said.

"But no mass corruption?" Mr. O'Reilly asked.

"Not even mass corruption — not even a smidgen of corruption," Mr. Obama said.

——-

SOURCE: "Obama Is Tackled by O'Reilly in Pre-Game Interview" by Peter Baker, Feb. 22, 2014, The New York Times http://www.nytimes.com/2014/02/03/us/politics/obama-is-tackled-by-oreilly-before-game.html?_r=0

ReplyDelete

6.  

*Darren*February 3, 2014 at 4:22 PM

A couple of additional items to inform your congressperson about along with the overwhelming conflicts of interest already presented here
David Kappos encouraged his employee's, of whom include the judges that work for the USPTO, to use Facebook. He states on the USPTO website. "I'm confident our Facebook presence will complement the USPTO Web site as a means of communicating and connecting with the public and our stakeholders in the intellectual property community.
On the other hand, Chief Justice Roberts at the Fourth Circuit Court of Appeals Annual Conference in 2011 said that he recommends to the law clerks not to use social media, Facebook and Twitter, because a person could gain insight by stray comments and that would not be good. Justice Breyer, who has a Twitter and Facebook account, stated at a House Appropriations Subcommittee, "Judges wear black robes so that they will resist the temptation to publicize themselves," Breyer said. "Because we speak for the law, and that is to be anonymous. So I wouldn't want to have followers on the tweeter or the Facebook page but for my children, and I can get in touch with them anyway."

So the question is, If Chief Justice Roberts discourages law clerks from using Facebook and Justice Breyer is against using it publicly, then why in the world would Kappos open a Facebook account for the USPTO, and encourage the patent office employees, which includes 50-100 patent judges, to use it and then open a Directors reexam at the same time against Leader?

His conduct appears suspect and corrupt!

Reply Delete

    7.

*Rain Onyourparade* February 4, 2014 at 7:31 AM

Check out this Russian (OK, Ukrainian) risk to HealthCare.org.

Belarus link to HealthCare.gov raises concerns over possible cyber attack,

http://fxn.ws/1gJ1auQ

The Ukrainian software official, Valery Tsepkalo told a local radio station in Minsk that U.S. Health & Human Services is "one of our clients" and that "we are helping Obama complete his insurance reform."

HHS was run by Todd Park, the guy with the Chinese connections also. What's wrong with American programmers for American healthcare. This breach of U.S. sovereignty by this President is just criminal.

Reply Delete

    8. 

*Mark Goeings* February 4, 2014 at 2:10 PM

There is no information missing here. Form 13g is only used when a fund acquires more than 5% of a publicly traded company. That's why you don't see these disclosures here. No conspiracy afoot; this is just basic SEC procedure.

And I am pretty shocked that you have explicitly accused Fenwick and West of providing source code to Mr. Zuckerberg? Fenwick is a very well regarded firm and I cannot even begin to imagine something like that ever happened. But in any event I think you are setting yourself up for a very nasty libel lawsuit.

Reply Delete

Replies

9.

*K. Craine*February 4, 2014 at 6:30 PM

Mark. The 5% rule is SC 13G/A, 13d-1(a). However, your conclusion is misleading, hopefully not knowingly so. The rule for investment companies is much more strict. The rule (a) you cite mainly applies to corporations and their holders, which can include an investment company's holdings. But, an investment company has stricter reporting rules for its portfolio investments. It must report everything, not just more than 5% holdings. Rule 13 has four main sections, you cited only (a). It also has Rule 13d-1(b), Rule 13d-1(c) and Rule 13d-1(c). http://www.law.cornell.edu/cfr/text/17/240.13d-1

Easier to follow regarding investment companies is 15 U.S. CODE § 80A–8 – REGISTRATION OF INVESTMENT COMPANIES
http://www.law.cornell.edu/uscode/text/15/80a-8

We'll use Sands Capital's other filings to disprove your statement. Sands Capital has filed many reports for investments of less than 5%.

Here are some examples:

CREE, INC. on Feb. 14, 2012 – 249,600 shares representing ***0.22% ownership***.
http://www.sec.gov/Archives/edgar/data/895419/000102006612000004/cree0212.txt

FMC TECHNOLOGIES, INC. on Feb. 14, 2012 – 11,144,206 shares representing ***4.68% ownership***. http://www.sec.gov/Archives/edgar/data/1020066/000102006612000007/fti0212.txt

VARIAN MEDICAL SYSTEMS, INC. on Feb. 13 – 56,650 shares representing ***0.05% ownership***
http://www.sec.gov/Archives/edgar/data/203527/000102006612000002/var0212.txt

We could go on. Bottom line. Investment companies must report "in the public interest or for the protection of investors." 15 U.S. CODE § 80A–8(b).

Delete

10. Reply

11.

*K. Craine*February 4, 2014 at 4:05 PM

This is an OPINION blog, Mark. It is a citizen's right to express his or her opinion. Inform yourself of the facts and express your opinion.

We have covered Fenwick's misconduct thoroughly in past posts. Take note of such things as "Christopher P. King" and his shadow self, "Christopher-Charles King" for starters. The opinion is well founded. Those who have encountered Fenwick's treachery have another view than your "well

regarded" caricature.

Reply_Delete

_K. Craine_February 5, 2014 at 7:17 AM

Almost forgot to mention. Feb. 4 (yesterday) was the 10th anniversary of Mark Zuckerberg's, James W. Breyer's, Accel Partners LLP's, Fenwick & West LLP's theft of Leader Technologies' U.S. Patent No. 7,139,761 invention.

Reply_Delete

ANTI-CORRUPTION GROUP AGAINST GREEN-WASHING BY CAR SCAM CORPORATION ASKS YOU TO PRINT AND PUT THESE FLIERS UNDER THE WINDSHIELD WIPER OF ANY TESLA'S YOU SEE, AND SEND THEM TO YOUR ELECTED OFFICIALS AND ASK THEM WHAT THEY ARE DOING ABOUT THIS SCANDAL:

GLOBAL ANTI-CORRUPTION ADVOCACY GROUP SAYS:

"Lithium ion batteries, when they burn, cause brain cancer, liver cancer and other, potentially lethal, toxic poisoning. Certain regulators are told to "ignore these issues" because certain lithium ion investors donated cash to certain campaigns. The chemicals for lithium ion batteries come from countries which needed to be invaded in order to monopolize the mining of those chemicals. Certain politicians are told to "ignore these issues" because certain lithium ion investors engaged in war profiteering in order to control those minerals.

The FAA has issued numerous warnings and videos showing that lithium ion batteries do spontaneously self-ignite and crash airplanes. Numerous people have been killed in lithium ion plane crashes. Certain regulators are told to "ignore these issues" because certain lithium ion investors donated cash to certain campaigns. Flight MH370 was carrying tons of lithium ion batteries in it's cargo hold.

Lithium ion batteries have self-ignited and set numerous children and senior citizens on fire. They have set homes on fire. They have set offices on fire. They have set Apple Stores on fire. You constantly hear about passenger airlines being forced to land because passengers "smell smoke in the cabin". This is almost always a lithium ion battery going off in the cabin and exposing all of the passengers to it's carcinogenic ignition vapors. There have been multiple recalls of Tesla for fires including the battery charger cord setting homes on fire and the need for an entire titanium add-on plate to cover the whole underside of the Tesla. Tesla's have now been involved in many deaths.

Silicon Valley investors took over the lithium ion battery market, along with Goldman Sachs (recently called before Congress for this very same "commodity manipulation"), because they knew they were getting large government hand-outs from the Department of Energy in exchange for campaign contributions.

Lithium ion batteries lose their power and memory over a relatively short time. Lithium ion batteries blow up when they get wet or bumped. Fisker Motors went out of business when millions of dollars of Fisker cars, using lithium ion batteries, got wet and all blew up. Tesla battery packs have blown up, on multiple occasions, from simply hitting bumps in the road. Manufacturing these kinds of batteries is so toxic that even China, a country known for the most minimal regulations, has closed a huge number of battery factories because of the massive numbers of deaths they caused to workers and nearby residents.

Journalists have published a glut of articles exposing cover-ups about the dangers and corruption involved with lithium ion batteries. The U.S. Government and numerous groups have filed charges against Panasonic, and similar battery companies for bribery, corruption, dumping, price fixing and other unethical tactics.

Every key investor in lithium ion was also a campaign donor who also received huge federal cash from the Department of Energy in the same funding cycle in which they paid campaign contributions. By driving a Tesla, in addition to the common public perception that it is a "douche-bag car", there is something far worse about driving it. You are making a public statement to the world that you support organized crime by driving this car. Here is why: Investigators say that, political operatives David Plouffe, Rahm Emanual, Steven Rattner, Bill Daly, David Axelrod and Robert Gibbs arranged with Silicon Valley investors to take over the lithium battery industry in order to monopolize the trillions of dollars of lithium, and related mining deals, in Afghanistan. The Afghan war has now cost American's over 6 trillion dollars, with almost nothing to show for it.

They say that they traded federal funding for campaign support assisted by Harry Reid and Dianne Feinstein, who received numerous stock and cash kickbacks in the scheme. They say they used the money to fund political campaigns. They used the Silicon Valley investors internet companies, (mostly Google), to manipulate voter perceptions and web searches in favor of their agenda. The Silicon Valley investors received favorable federal laws, tax gifts, free federal loans, stock bumps and other perks. The Silicon Valley investors companies that used the Afghan minerals: Abound, Solyndra, Fisker, Ener1, Tesla, and many, many more, that received the Department of Energy kickback funds, managed by Steven Chu, have all either failed, been raided, been charged with fraud or otherwise turned out to be disasters because they were based on a financial fraud skimming scheme instead of a good business plan. Anyone who spoke out about details of the scam, particularly journalists, had a character assassination hit-job ordered on them by Axelrod, Gibbs and Carney; using tabloid fronts that they controlled.

All of these facts are known, in great detail, by many investigators. Nearly a million pages of evidence exist. A Special Prosecutor is required to perform proper prosecutions. No matter what political party you belong to: This is organized crime against the public and you are supporting it if you drive a Tesla. All of this information can now be validated, and confirmed, on any law enforcement or investigative

news database."

    12.

*Rain Onyourparade* February 5, 2014 at 9:35 AM

By my tally, these Facebook loving criminals, sorry attorneys, only know how to misquote the law. The jig is up boys and girls. How do you know an attorney is lying?

His/her lips are moving.

Our beloved Harvard-bred President brags about teaching Constitutional law for a decade. Hmmmm

Google Bankrolled By The CIA | Conscious Ape

Google, Facebook, eBay, PayPaL - Evidence is mounting that these internet giants could all be **CIA** fronts funded by the spy agency's Silicon Valley venture capital arm…

consciousape.com/2012/05/03/google-bankrolled-by-the-cia/

More results

Facebook, the CIA, DARPA, and the tanking IPO - NaturalNews.com

Facebook, the **CIA**, DARPA, and the tanking IPO. Español Mobile Site. Home Subscribe (free) ... (**NVCA**). The chairman of **NVCA**? Jim Breyer. Gilman Louie happened to be the first CEO of the important **CIA** start-up, In-Q-Tel.

naturalnews.com/036889_Facebook_DARPA_CIA.html

More results

**PDF** Jim Breyer of Accel Partners Elected Chairman Of National ...

Jim Breyer of Accel Partners Elected Chairman Of National Venture Capital Association SECTION: FINANCIAL NEWS LENGTH: 694 words ... Central Intelligence Agency \(**CIA**\) Kleiner Perkins Caufield Byers; and Chad Waite, OVP Venture Partners.

fbcoverup.com/docs/cyberhijack/2004-05-13-James-W-Breye...

More results

internet - Does the CIA own part of Facebook? - Skeptics ...

Does the **CIA** own part of Facebook? That is the Internet rumor, and it is gaining believers as Facebook

plays a role in destabilizing regimes from Libya to China.

skeptics.stackexchange.com/questions/2131/does-the-cia-own-part-of-f...

**More results**

Facebook, the CIA, DARPA, and the Tanking IPO

Facebook, the **CIA**, DARPA, and the Tanking IPO. ... a man named Gilman Louie joined the board of the National Venture Capital Association of America (**NVCA**). The chairman of **NVCA**? Jim Breyer. Gilman Louie happened to be the first CEO of the important **CIA** start-up, In-Q-Tel.

ibtimes.com.au/facebook-cia-darpa-tanking-ipo-1299880

**More results**

Facebook and the CIA | ZDNet

One of Greylock's senior partners is called Howard Cox, another former chairman of the **NVCA**, who is also on the board of In-Q-Tel. What's In-Q-Tel? Well, believe it or not (and check out their website), this is the venture-capital wing of the **CIA**.

zdnet.com/article/facebook-and-the-cia/#!

**More results**

Facebook, the CIA, DARPA, and the tanking IPO - Prison Planet.com

Facebook, the **CIA**, DARPA, and the tanking IPO. Jon Rappoport Prisonplanet.com ... a man named Gilman Louie joined the board of the National Venture Capital Association of America (**NVCA**). The chairman of **NVCA**? Jim Breyer. Gilman Louie happened to be the first CEO of the important **CIA** start-up, ...

prisonplanet.com/facebook-the-cia-darpa-and-the-tanking-ip...**The dark side of venture capital: Five things startups need to know**

**More results**

Facebook data mining for CIA and US Defense? - snopes.com

Facebook data mining for **CIA** and US Defense? Spook Central snopes.com > Urban Legends > Spook Central: Facebook data mining ... May 13, 2004 - San Francisco, CA - The National Venture Capital Association's (**NVCA**) ...

message.snopes.com/showthread.php?t=8758

More results

AnonymousLegionOps™ : Google Bankrolled By The CIA

"Google, Facebook, eBay, PayPaL - Evidence is mounting that these internet giants could all be **CIA** fronts funded by the spy agency's Silicon Valley venture capital arm…"

anonymouslegionops.blogspot.com/2012/09/google-bankrolled-by-cia.html

More results

Gilman Louie - Wikipedia, the free encyclopedia

Gilman Louie (born 1960) is a technology venture capitalist who got his start as a video game designer and then ran the **CIA** venture capital fund In-Q-Tel He graduated in 1983 from San Francisco State University.

ᵂen.wikipedia.org/wiki/Gilman_Louie

More results

The CIA and NSA Want You to Be Their Friend on ... - Infowars

The **CIA** and NSA Want You to Be Their Friend on Facebook. 0 1 0. ... he is also a former chairman of the National Venture Capital Association ... "identifies and partners with companies developing cutting-edge technologies to help deliver these solutions to the Central Intelligence Agency and ...

infowars.com/the-cia-and-nsa-want-you-to-be-their-frie...

# The dark side of venture capital: Five things startups need to know

By Conner Forrest connerforrest FOR TECH REPUBLIC

Venture capital funding is a great tool for entrepreneurs, but its implications are often not fully understood. Here's what VC-seekers need to know.

434



Image: iStockphoto/darak77

Nearly $27 billion dollars was invested by venture capitalists in 2012. That $27 billion was invested across 3,723 deals, making the average deal hover at a little over $7 million.

While that number may seem staggering to many people, it's about average for VC investments made since the dot com bubble burst between 2000 and 2001, according to the [National Venture Capital Association](#) (NVCA). Yes, the economic impact of the dot com bubble was horrendous, but it did spawn a renewed sense of innovation in startup development.

Companies are running leaner than ever, and because of that VCs are more willing to invest in companies who don't pride themselves on their burn rate. Still, raising venture capital funding can be a risky business if you aren't realistic about what to expect.

Here are some things to think about if you are considering raising your first round.

1. Statistically, you will fail

The venture capital investment process is a complicated one and potential companies are vetted thoroughly before they are committed to. With that being said, just because your company is backed by a major VC you aren't guaranteed success.

Think about those 3,723 deals that happened in 2012. In that same year there were only 49 IPOs and 449 mergers and acquisitions (M&A) deals. Granted, those exits came from companies that were invested in probably a decade ago, it is still an interesting ratio to consider.

Micah Rosenbloom, a venture partner at Founders Collective, said that historically, only one out of every 10 companies that a firm invests in with a given fund will be successful. That's not to say that all of the remaining companies will fail, though. According to Tomasz Tunguz, a partner at Redpoint Ventures, "Typical portfolio company failure rates across the industry defined as either shutdowns or returning capital are roughly 40%-50%."

This isn't to discourage hopeful founders that are seeking capital, but to ground your expectations in reality. Besides, entrepreneurship is about having the courage to fail, right? The fact that you are more likely to fail is a fact of life for venture-backed companies, it is not an expectation for the VCs making the investment.

"You never invest in a company thinking that it will fail," Tunguz said.

A VC investment in your company does not guarantee success, but it does mean you have someone in your corner who believes you have what it takes to make this thing work. Once you have a VC in your corner, you have to make sure you are in sync on what it will take to make this a worthy investment. More importantly, you have to know how long it will take for this investment to pay off.

2. There is a timeframe for ROI

"Typical venture funds are structured as 10 year commitments for the limited partners who invest in the fund," Tunguz said.

Venture capital firms are ten-year vehicles for investors, but that doesn't mean that all companies will be ten years old when they return on the investment. Rosenbloom mentioned that initial investments are made in the first three years. After the portfolio has been establish, a firm will typically make follow-on investments over the remainder of the fund's lifecycle.

Ten years may sounds like a long time, but you have to consider how long companies like Coca-Cola have been around (since 1892) and some companies that were started in the 2000s have a comparable valuation to Coke. Founders Collective is usually the first institutional round in a company, and Rosenbloom said that they aren't looking for the next cool invention.

"As a venture capital firm, we are not in the business of funding inventors or inventions, we are in the business of funding fast-growing companies," Rosenbloom said.

Considering the first three years as initial investments, a company could only have seven years to "make it." Some VCs, like Rosenbloom, consider seven years the average age for ROI, and the data from NVCA supports that claim.

The NVCA reported in their 2013 Yearbook that, of the 49 IPOs that happened in 2012, the median age for IPO was 7 years old and the mean age for a company to IPO was 8 years old. While some have argued that it is taking longer for startups to mature, Tunguz argues, "The gestation period will likely fall some because of the tremendous exit activity in M&A and IPOs in the last 24 months."

To help you make it through the whirlwind of growth that can happen after an investment, you have to know how much capital you need and when you need it.

3. You can take too much funding

"All too often, entrepreneurs will think of raising a Series A round from a reputable VC as the end goal and don't think they can be successful unless they do so. So they reprioritize raising capital over building a valuable product or service and usually end up asking for too much money too soon which ends up in a failed fundraising attempt or a raise on bad terms for the entrepreneur," said Hrach Simonian, a principal at Canaan Partners.

As I mentioned in a previous article, knowing how much money you need can make all the difference in your venture capital experience. It starts by understanding how much money you need and only raising that much money. Raising too much money can force entrepreneurs to make decisions they aren't ready to make.

"If you raise too much money, you have to swing for the fences," Rosenbloom said.

You want the amount of money you raise to coincide with the benchmark you are trying to hit. If you don't have a specific benchmark in mind (which you really should), a good rule of thumb is to consider the amount of capital it takes to sustain your operations for 18 months, then add 25-50 percent for added flexibility and seek to raise that amount of money.

Tunguz said that raising too much capital is far from the gravest sin to be committed by an entrepreneur, "But having a huge sum of money in the bank can entice founders to dramatically increasing burn rate or diffuse the company's energy among many projects. It can be challenging to maintain the same execution discipline created by the scarcity of capital when the bank account is overflowing."

Another risk of raising too much capital is setting the bar too high for your exit. By doing so you will run the risk of not being able to grow into the expectation that was set by raising a large amount of money.

Remember to raise enough to get yourself to the next stage where you can assess whether or not you need to raise more money. Keep in mind that once you choose a firm and raise those funds, that VC will probably get a permanent seat on your board of advisors. Choose carefully, because you are usually stuck with that investor for good.

4. You can't fire your VC

Too many founders abdicate their due diligence when it comes to the firms they end up pitching. Each venture capital firm has its own general focus on specific sectors or verticals. Taking that to a more granular scale, each partner within each specific firm maintains investments in a focused area of expertise.

Founders typically don't appreciate the incentive structure on the side of the fund, which is based on the size and the dynamics of that fund. Understand how the fund makes money to determine if it is a good fit for you. The size of the fund will be a good determinant for whether or not your company will present a quality investment opportunity for the partners.

You have to think of your VC firm as another partner in your business.  This leads to one of the single most important aspects of your startup/VC relationship: Make sure your goals for your company line up with your VC's goals for his or her investment. By aligning your goals with those of your VC, you can help potentially avoid a disaster scenario.

"The disaster scenario is that the founding team wants to do something different than the board," Tunguz said.

The risk/reward curves are different for entrepreneurs than they are for VCs, and board members (including your VC) have a legal responsibility to take into account the goals of the investors. So, if your company is losing steam and an acquisition opportunity comes along that is in the best interest of your investors, they might push you to take it, even if it means you don't get paid.

But, of course, you can avoid all that potential heartache by not taking funding to begin with.

5. Failure isn't death

Micah Rosenbloom describes venture capital as jet fuel. If you want to drive somewhere 100 miles away, you'll probably drive there. If you want to get from New York to Los Angeles, you're going to have to fly, and you will need fuel to power that jet.

Venture capital gives you potential—the potential for major success and the potential to fail spectacularly. The good news here—the gospel of venture capital if you will—is that failure is not the end of the story if you play your cards right. Despite stereotypes, most VCs are actually looking to build relationships with entrepreneurs, not just make money off of them.

"The Valley is small, and life is long," Tunguz said.

According to Tunguz, when it comes to his work at Redpoint Venture, great relationships are the motivation, because even if you fail it's not the end of the world. What is much more important is how you fail and how transparent you are throughout the process. If you keep people informed when you hit a snag and ask for help with a problem, you can build trust with your investors.

Venture capital investors want to know that you will be a good steward of the funds they placed under

your control. If you can prove yourself a highly competent entrepreneur and someone who will push as hard as they can to make an idea work, failure will not mean the end of your career as an entrepreneur. At that point, even if you fail, past investors and people involved with your company will be far more likely to fund your next project if they trust the way you work.

As an entrepreneur, burning bridges is unwise. Treat people with respect to build social capital, but don't see them as just a resource either. Other than that, always remember that if you're going to fail, fail big and go down swinging.



About Conner Forrest

Conner Forrest is a Staff Writer for TechRepublic. He covers Google and startups and is passionate about the convergence of technology and culture.

## Silicon Valley cartel**: Apple, Google, and others**

A group of 60,000 **Silicon Valley** workers got clearance today to move ahead with a lawsuit based on an explosive allegation that Apple, Google, Adobe, and …

slate.com/blogs/moneybox/2014/01/15/silicon_valley_…

## **The** Cartels **of** Silicon Valley **– CounterPunch**

Last week Mark Ames published an article that should forever destroy any connection between the **Silicon Valley** tech billionaires and libertarian worldviews.

counterpunch.org/2014/02/06/the-cartels-of-silicon-valley/

## **The** Silicon Valley cartel | **MetaFilter**

Mark Ames on **Silicon Valley's** conspiracy to drive down workers' wages: In early 2005, as demand

for **Silicon Valley** engineers began booming, Apple's Steve Jobs …

metafilter.com/135966/The-Silicon-Valley-cartel

## Former NYC Regulator: Uber a 'SiliconValley Cartel' in ..

**Silicon Valley's** latest class of transportation disruptors, which is led by Uber and Lyft, can be described in a myriad of ways, but the word "**cartel** …

foxbusiness.com/technology/2014/07/24/former-nyc-regulato…

## Mexican Cartel Links to Silicon Valley | NBC Bay Area

Often, families living in **Silicon Valley** work for the **cartel** processing the drugs, sometimes out of their homes. "It is a business," he said.

nbcbayarea.com/news/local/Mexican-Cartel-Links-to-Silico…

## Silicon Valley fends off cartel concerns | GlobalPost

Mexico's **Silicon Valley** fends off **cartel** concerns. Tech geeks scramble to build the next Facebook in the drug war's shadow. Tweet. Enlarge.

globalpost.com/dispatch/news/regions/americas/mexico/120…

## Silicon Valley Anti-Poaching Cartel Went Beyond a Few Tech

The gentleman's agreement that several **Silicon Valley** firms are now widely known to have taken part in to minimize employee poaching within their own circles went …

yro.slashdot.org/story/14/03/23/1945242/silicon-valley-ant…

REVEALED: Court docs show role of Pixar and Dreamworks

Just when the tech giants behind the **Silicon Valley** "Techtopus" wage fixing **cartel** thought the worst was behind them, US District Judge Lucy Koh has thrown a …

pando.com/2014/07/07/revealed-court-docs-show-role-…

## The Techtopus The Silicon Valley Wage Suppression Cartel W

The Techtopus The **Silicon Valley** Wage Suppression **Cartel** W Mark Ames, TV Series Full Episodes English Subtitles

😁 tvseriesonline.xyz/bVhXTMpP-d0/the-techtopus-the-silicon-val…

## Silicon Valley Drug Bust Shows Strong Ties To Mexican Cartels

… Patrick Vanier, Santa Clara County, **Silicon Valley**, … **Silicon Valley** Drug Bust Show Strong Ties To Mexican **Cartel**; KCBS' Matt Bigler Reports

sanfrancisco.cbslocal.com/2014/04/25/silicon-valley-drug-bust-shows…

## Engineers Allege Hiring Collusion in SiliconValley – NYTimes.com

A class-action suit by **Silicon Valley** engineers against companies including Google, Apple and Intel has revealed details of an agreement among them not to …

nytimes.com/2014/03/01/technology/engineers-allege-hi…

## Elon Musk: Government's $5 Billion Man – Investors.com

C apitalism 2015: In corporate finance today, the theme is "Go where the money is." For **Elon Musk**, CEO of Tesla, SolarCity and SpaceX, the place to hunt for cash isn …

news.investors.com/ibd-editorials/060515-756051-elon-musk-ma…

## Elon Musk | **AgainstCronyCapitalism.org**

**Elon Musk**, as likable a guy as he is and as cool as his cars are, is a big time **crony** capitalist. In fact, as the LA Times reports, **crony** capitalism is absolutely …

againstcronycapitalism.org/tag/elon-musk/

Tesla Loving Care | The American

But that doesn't mean we won't continue to be forced to "help" **Elon Musk** build these mobile … Tesla Loving Care. The charmed life of a **crony** corporatist …

spectator.org/articles/61877/tesla-loving-care

Elon Musk's **growing empire is fueled by $4.9 billion in crony cash. Let's crowd-fund Elon Musk's trip to Mars and send him there as fast as possible ..**

**Elon Musk's** growing empire is fueled by $4.9 billion in government subsidies … **Musk**/Tesla and company are very good about repaying Govt loans.

freerepublic.com/focus/news/3295334/posts?page=19

Elon Musk's **growing empire is fueled by $4.9 billion in ..**

Los Angeles entrepreneur **Elon Musk** has built a multibillion-dollar fortune running companies that make electric cars, sell solar panels and launch rockets …

latimes.com/business/la-fi-hy-musk-subsidies-20150531…

The Tesla Fraud – LewRockwell.com

But that doesn't mean we won't continue to be forced to "help" **Elon Musk** … monuments to **crony** … The argument is that each Tesla built with these **kickback** …

lewrockwell.com/2015/02/eric-peters/the-tesla-fraud/

**Nevada, Taxes,** Elon Musk**, Crony****Capitalism and Jobs – WSJ**

Nevada, Taxes, **Elon Musk**, **Crony** Capitalism and Jobs I would advise Mr. **Musk** that politicians love you until you've given them what they want.

WSJ wsj.com/articles/nevada-taxes-elon-musk-crony-cap…

Elon Musk**: Objectivists' Dream or Just Another** Crony **– Galt's .**

**Elon Musk**: Objectivists' Dream or Just Another **Crony** – Galt's Gulch

galtsgulchonline.com/posts/a67d21/elon-musk-objectivists-dream…

Crony **Capitalism Pays Big For Democratic Donor** Elon Musk

The same could be said in our opinion for the rest of the subsidies in **Elon Musk's crony** government-fed portfolio. Login or register to post comments;

conservativehq.com/article/20393-crony-capitalism-pays-big-d…

Elon Musk **And His Apparent Regrets Over The 13th Amendment**

**Elon Musk** And His Apparent Regrets Over The 13th Amendment **Crony** Capitalism Goes Above The Law And Beneath Contempt In Oregon

redstate.com/2015/03/05/elon-musk-apparent-regrets-13t…

**Top Obama** crony **capitalist deserts Zuckerberg immigration scam**

Now **Elon Musk**, one of Obama's big **crony** capitalist cronies, has decided to drop out. **Elon Musk** cashed in on Tesla, an electric car company, which got $465 million …

frontpagemag.com/2013/dgreenfield/top-obama-crony-capitali…

Elon **Musk——$4.9 Billion** Crony **Capitalist Mooch | David**

**Crony** Capitalist Culprits; History Page; Chart Gallery. Stockman's Corner Stockman's Corner Chinese Stock Market's Wile E. Coyote Moment by Bloomberg Business …

davidstockmanscontracorner.com/elon-musk-4-9-billion-crony-capitalist-mo…

### Elon Musk——$4.9 Billion Crony Capitalist Mooch — Elon Musk's

**Elon** Musk——$4.9 Billion **Crony** Capitalist Mooch — **Elon Musk's** Growing Empire Is Fueled By $4.9 Billion In Government Subsidies

foreconomicjustice.org/14614/elon-musk-4-9-billion-crony-capital…

### Is Elon Musk taking taxpayers for a ride with 3 different ..

Is **Elon Musk** taking taxpayers for a ride with … **crony** capitalism cronyism DoE **Elon Musk** green money **Musk** Pay Pal … Carpetbagger **Crony** Capitalist Terry McAuliffe …

againstcronycapitalism.org/2013/05/tesla-motors-big-shot-elon-musk-t…

### Elon Musk Plays California for Tax Breaks, Then Moves SpaceX .

**Elon Musk** Plays California for Tax Breaks, Then Moves SpaceX Operations … Having played the Golden State for SpaceX **crony** capital "goodies," **Elon Musk** seems to …

breitbart.com/california/2014/08/06/elon-musk-plays-cal…

### Elon Musk | Stop Crony Capitalism

Stop **crony** capitalism! tw FB. **Elon Musk**. June 5, 2015. Stop Betting on the Come – Subsidies Not the Answer.

nocronycapitalism.org/blog/elon-musk

### Jason Mattera Exposes Crony Crapitalist, Tesla CEO Elon Musk

Tesla CEO **Elon Musk** is a big, huge **crony** Crapitalist. And "if there's a single, major criticism of **ElonMusk**," writes Business Insider's Matthew Debord, "it …

dailysurge.com/2014/10/business-insider-covers-crony-cra…

### Inside The Washington Termination of Elon Musk | TECHNOCRACY

Inside The Washington Termination of **Elon Musk** Today NASA … The White House

promised **ElonMusk** and his **crony** … The Google Politics **Kickback** Process.

googlespiesonu.wordpress.com/2015/06/11/inside-the-washington-terminat…

## Elon Musk **Has Raided 150 People From Apple For Tesla**

This is an interesting little story: **Elon Musk** has been deliberately and specifically hiring people away from Apple to go work with him at Tesla.

forbes.com/sites/timworstall/2015/02/09/elon-musk-ha…

## **Elon Musk Why do so many people from In-Q-Tel work for Elon Musk? |**

Billionaire tech mogul and pop technologist **Elon Musk** says none of the taxpayer incentives his businesses receive are necessary, "but they are all helpful."

conservativehq.com/category/tags/Elon Musk

## Elon **Musk——$4.9 Billion** Crony **Capitalist Mooch**

**Elon** Musk——$4.9 Billion **Crony** Capitalist Mooch. 10 min ago Contra Corner …

snewsi.com/id/15214953392/Elon-Musk——$49-Billion…

## Your guide to Venture Capital Mobsters…

**Angelgate** is a controversy surrounding allegations of price fixing and **collusion** among a group of ten angel investors in the San Francisco Bay Area.

en.wikipedia.org/wiki/Angelgate

## Collusion **Charges Still Linger Over `AngelGate' – CBS News**

The latest Silicon Valley online guessing game: Was price-fixing on the menu when a group of high-profile tech investors met recently at a downtown San Francisco …

cbsnews.com/news/collusion-charges-still-linger-over-…

## Collusion – Quora

**AngelGate**: Is **collusion** between angel investors to gain an advantage in investing in startups illegal? Antone Johnson, Studied antitrust law at Columbia wit …

quora.com/Collusion?share=1

## AngelGate : Is collusion between investors to gain an

This answer addresses the question of whether investor **collusion** is illegal, but not the specific behavior discussed on TechCrunch. Under the Williams Act which …

quora.com/AngelGate/Is-collusion-between-angel-inve…

## AngelGate Is "100 Percent Accurate," Says Michael Arrington

**AngelGate** Is "100 Percent Accurate," Says Michael Arrington. … Arrington said he later learned, "**collusion**" and "price fixing" were on the menu. …

pehub.com/2010/09/angelgate-is-"100-percent-accurat…

## Investors deny 'Angelgate' collusion – San Francisco Business …

TechCrunch editor Michael Arrington shocked readers Tuesday afternoon by accusing an unnamed group of "ten or so" prominent early stage technology investors — so …

bizjournals.com/sanfrancisco/blog/2010/09/angelgate.html

So A Blogger Walks Into A Bar… | TechCrunch

So A Blogger Walks Into A Bar … **Collusion** and price fixing, … Rage. **AngelGate** Is Far From Over; Ron Conway Drops A Nuclear Bomb On The Super Angels …

techcrunch.com/2010/09/21/so-a-blogger-walks-into-a-bar/

Crooked Angels: Blogger Accuses Top Tech Investors of ..

"If there are any **collusion** efforts among angel investors, then it would be a huge public service to

446

expose the **collusion** and get it to stop."

dailyfinance.com/2010/09/22/angelgate-arrington-top-tech-i…

## **Super Angel collusion | Pearltrees**

Here's Who Was At That Secret Valley Super-Angel **Collusion** Meeting. Hooray For Mike Arrington. …**AngelGate** Is "100 Percent Accurate," Says Michael Arrington.

✪pearltrees.com/PED/super-angel-collusion/id1429174

## **Liminal states :: "Angelgate": Collusion is so hot right now**

There is an angel conspiracy. It dark, it is devious, and it is far-reaching. The conspirators number amongst them many of the top people in the Valley, including …

◉talesfromthe.net/jon/?p=1795

## Angelgate **– Analysis & Opinion | Reuters**

**Angelgate**. By Felix Salmon. September 22, 2010. … It is a market where the investors wish they could inject some **collusion**. But they can't and they won …

blogs.reuters.com/felix-salmon/2010/09/22/angelgate/

## #AngelGate**, Dave McClure and Re: Why I Stopped Reading Hacker …**

#**AngelGate** (Read this for a … Dave McClure and Re: Why I Stopped Reading Hacker News. 25 September 2010 … I thought **collusion** mattered only if the people involved …

oonwoye.com/2010/09/25/angelgate-dave-mcclure-and-re-…

## AngelGate **dispute among Valley investors cracks wide open .**

Arrington alleged that he heard the meeting was about illegal **collusion**. … **AngelGate** dispute among Valley investors cracks wide open.

venturebeat.com/2010/09/24/angelgate-cracks-wide-open-as-…

447

## #AngelGate Collusion **In Europe? We'd Need Much More …**

Here in Europe we've been fascinated by what has become known as **AngelGate**. But after talking all day to many contacts today across the tech scene in…

noemiconcept.com/index.php/fr/departement-informatique/web…

## Venture Capital Racketeering & "AngelGate" – THE NEWS

Venture Capital Racketeering & "**AngelGate**" …  Liminal states :: "**Angelgate**": **Collusion** is so hot right nowUpdate, September 7: Or maybe not!

thenewsdaily.org/venture-capital-racketeering-angelgate/

## ANGEL COLLUSION **SCANDAL ROCKS SILICON VALLEY! [The Video ..**

ANGEL **COLLUSION** SCANDAL ROCKS SILICON VALLEY! [The Video] Henry Blodget; Sep. 22, 2010, 3:34 PM; 7,257; 18; facebook; linkedin; twitter; email; print; Follow Business …

businessinsider.com/angel-collusion-scandal-mike-arrington-20…

## Collusion | **OoTheNigerian**

#**AngelGate**, Dave McClure and Re: Why I Stopped Reading Hacker News. 25 September 2010 by Oo #**AngelGate** (Read this for a little background) Summary: A group of …

oonwoye.com/tag/collusion/

## AngelGate **meeting scandal gives Bin 38 lots of free publicity**

**AngelGate** meeting scandal gives Bin 38 lots of free publicity, punchlines, and a Hitler parody. Bin 38 was the scene of an Angels meeting. Photo: Mark …

insidescoopsf.sfgate.com/blog/2010/09/24/angelgate-meeting-scandal…

What Entrepreneurs Should do about Price Fixing – CloudAve

I returned to my house, flipped on my Mac and see **AngelGate**, … As a funny coincidence I happend to have written about the topic of **collusion** 3 weeks prior to the …

cloudave.com/5283/what-entrepreneurs-should-do-about-p…

Showdown! Angels, Arrington to Go Mano a Mano | WIRED

That would be an illegal form of **collusion** in what should be a … It's so perfectly timed one might even think that HeavensGate InvestiGate **AngelGate**\* might be …

wired.com/2010/09/angels-fight/

Liminal states :: Fretting, asking, and begging isn't a plan …

Fretting, asking, and begging isn't a plan: the Arrington kerfuffle and women in tech. … **Angelgate**:**Collusion's** such an ugly word has more, …

talesfromthe.net/jon/?p=1552

How Michael Arrington's School of Friendship Journalism Led .

How Michael Arrington's School of Friendship Journalism Led to **'AngelGate** … including **AngelGate**, the scandal over price **collusion** that roiled the tech world …

nymag.com/daily/intelligencer/2010/09/techcrunchs_m…

AngelGate**: Ron Conway Rips 'Despicable and Embarrassing**

Major tech investor Ron Conway has thrown a barrel of gasoline on the rapidly escalating scandal known as **AngelGate**, in which a group of investors are said …

dailyfinance.com/2010/09/24/angelgate-ron-conway-rips-desp…

**Fred Wilson on** AngelGate **and Where the Web Is Going ..**

The Union Square partner shares his thoughts on "superangels," the globalization of Web services, and such companies as Quora and StackOverflow

**B** bloomberg.com/bw/technology/content/oct2010/tc2010107_1…

## 'AngelGate' disrupts TechCrunch conference but no 'Jerry Springer'..

In a colorful blog post, PayPal veteran and angel investor Dave McClure dismissed talk of **collusion** and "**Angelgate**" saturated social media — Twitter, Quora, Facebook (and spawned jokes and a Hitler…

latimesblogs.latimes.com/technology/2010/09/angelgate-disrupts-tec…

## The Daily Start-Up: "AngelGate" Escalates – Venture Capital Dispatch…

And the "**AngelGate**" flap won't die. Arrington blogged about it, alleging angel **collusion**. Now angel Ron Conway, who wasn't at the meeting but whose SV Angel partner David Lee apparently was…

blogs.wsj.com/venturecapital/2010/09/24/the-daily-start…

## Scripting News: Angelgate in a Nutshell

I was talking about **Angelgate** earlier today with an entepeneur (the new spelling) a bunch of angels and you're wondering if the guys you've been meeting with were in the **collusion** meeting that Mike…

scripting.com/stories/2010/09/24/angelgateInANutshell.html

## How AngelGate Affects You…Yes, You, Racketeering In Silicon Valley still getting worse. Where is the FBI? –

How **AngelGate** Affects You…Yes, You. In an overcrowded world of mortal human beings, struggling Michael Arrington's report of **collusion** among Silicon Valley Super Angels really is as epic a story as it…

readwrite.com/2010/09/24/how_angelgate_affects_youyes_you

What Entrepreneurs Should do about Price Fixing – CloudAve

_ We all know about **AngelGate** by now. As a funny coincidence I happend to have written about the topic of **collusion** 3 weeks prior to the fateful dinner.

cloudave.com/5283/what-entrepreneurs-should-do-about-p…

450

**The Real Lesson of** AngelGate **| Force of Good**

The Real Lesson of **AngelGate**. Posted on September 23, 2010 · 11 Comments. He starts screaming**collusion** in a quite successful attempt to draw page views.

[FoG]blog.weatherby.net/2010/09/the-real-lesson-of-angelgate.html

Founders Come First | True Ventures

First the "smackdown" news and chatter this week and now **Angelgate**. super angels and VCs, while Fred Wilson at Union Square says **collusion** has certainly happened where several VCs have been…

trueventures.com/founders-come-first/

AngelGate**: Symptom or Problem? | payne.org/blog**

It seems clear this week's meme is going to be "**AngelGate**", after Michael Arrington crashed a private meeting of West coast "super" angels, accusing them of **collusion** and price fixing.

payne.org/blog/angelgate-symptom-or-problem/

**"**AngelGate**" – Who Really Has the Power? – 3Q Digital**

So today **AngelGate** may be a big deal, but in the long run it won't amount to much – the power is shifting to the entrepreneur, and no amount of **collusion** from angels or VCs can stop that.

3qdigital.com/analytics/angelgate-who-really-has-the-po…

**The Daily Start-Up: "**AngelGate**" Escalates – RPI Engage | Forum**

The Daily Start-Up: "**AngelGate**" Escalates. Posted by Remy Arteaga on September 24, 2010 at 10:55am in News. Arrington blogged about it, alleging angel **collusion**.

rpiengage.ning.com/forum/topics/the-daily-startup-angelgate

**PDF Angel Investing : How do angel investors gain traction?**

**AngelGate**: Is **collusion** between angel investors to gain an advantage in investing in startups illegal? Angel Investing: Is it fair for someone who calls themselves a "seed" investor to require traction?

ventureengine.lk/pdf/How do angel investors gain traction…

What Entrepreneurs Should do about Price Fixing

_ We all know about **AngelGate** by now. As a funny coincidence I happend to have written about the topic of **collusion** 3 weeks prior to the fateful dinner.

bothsidesofthetable.com/2010/09/23/what-entrepreneurs-should-do-a…

**…angel meetup at Bin 38 with everyone but @Arrington  #angelgate..**

Attend the secret super angel meetup at Bin 38 with everyone but @Arrington  #**angelgate**. " i missed this meeting, can it turn into a monthly entrepreneur **collusion** meeting? "

plancast.com/plan/110971

BoomTown Decodes Conway's Super Angel Email to Fellow Investors..

Dave "Sue Sylvester" McClure uses his bullhorn blog to call foul about a not-naming-names-but-still-really-mad-as-hell story of **collusion** by that creepy kid from the school newspaper who wants to…

allthingsd.com/20100924/boomtown-decodes-ron-conways-sup…

Tagxedo, word cloud with styles

Michael Arlington of TechCrunch broke a very colorful story yesterday, now known as **Angelgate**, about a secret super-angel meeting that he crashed. In his blog, Arlington accused the angels of**collusion**…

blog.tagxedo.com/page/3

Fire in The Valley, Fire in My Belly… and Yes, Mike, I Have Stopped…

Heh, whether **AngelGate** is true or not, we live in a Goldman Sachs/BP world. I don't think you'd ever wade into **collusion**. But, how'd you feel about a group of VCs gathering before the next round?

500hats.typepad.com/500blogs/2010/09/fire-in-the-valley.html

If the Tesla D's Such a Great Car… | The American Spectator

Why **Crony** Capitalism Gives the Free Market a Black Eye. Gary Shapiro. Nation's Largest Nuclear Power Plant Operator Seeks State Subsidies …

spectator.org/articles/60703/if-tesla-d's-such-great-car…

**Elon Musk, Grabby Crony Capitalist – LCT Magazine**

**Elon Musk**, Grabby **Crony** Capitalist. Posted on March 26, 2015 by Martin Romjue – Also by this author. Post a comment | Comments 0 | Welcome to …

lctmag.com/blogpost/293782/elon-musk-grubbing-crony-…

**Elon Musk, the ultimate entrepreneur in a Crony Capitalist**

**Elon Musk** is truly a brilliant entrepreneur; initial c0-founder of Paypal, visionary founder of SpaceX and now Tesla motor cars. I met Mr. **Musk** back in my Air Force …

bereansatthegate.com/elon-musk-the-ultimate-entrepreneur-in-a-…

**Elon Musk Gets Government Loans, Buys $17 Million House**

We live in the gilded age of **crony** capitalism. If you have any doubt about that fact look no further than **Elon Musk's** purchase of a $17 million mansion in Bel Air …

breitbart.com/big-government/2013/01/15/elon-musk-poste…

**Elon Musk's growing empire is fueled by $4.9 billion in .**

Los Angeles entrepreneur **Elon Musk** has built a multibillion-dollar fortune running … SpaceX has won more than $5.5 **billion** in government contracts from …

latimes.com/business/la-fi-hy-musk-subsidies-20150531…

**Elon Musk: Government's $5 Billion Crony Kick-back Man – Nevada News**

**and Views**

**Musk** is one of the hottest CEOs in the country, and Tesla stock has been a strong performer. But one key to **Musk's** success is that his companies have, according to …

Ⓖ nevadanewsandviews.com/elon-musk-governments-5-billion-man/

Elon Musk**: Government's $**5 Billion Man

Capitalism 2015: In corporate finance today, the theme is Go where the money is. For **Elon Musk**, CEO of Tesla, SolarCity and SpaceX, the place to hunt for cash isn't …

🔴 snewsi.com/id/15215262069/Elon-Musk-Governments-$5-B…

Elon Musk**: Government's $**5 Billion Man **–**

Breaking News. VIDEO… SOLDIER WHO KILLED 16 AFGHANS SAYS HE WAS 'CONSUMED BY WAR'… American Pharoah becomes 1st Triple Crown winner in 37 years

🔴 konservativekartel.com/elon-musk-governments-5-billion-man/

**The Techtopus: The** Silicon Valley **Wage Suppression** Cartel **(w**

Matt & Michael hosted Pando Daily Senior Editor Mark Ames who explains the origins of the **SiliconValley** wage suppression **cartel**, how George Lucas helped …

▶️ youtube.com/watch?v=bVhXTMpP-d0

**The** Silicon Valley **wage suppression conspiracy**

The **cartel** firms can also afford to pay you a more, … **Silicon Valley** employers need to do whatever is necessary to stay the engine of innovation for the …

🟩 marginalrevolution.com/marginalrevolution/2014/03/the-silicon-va…

**The Techtopus: How** Silicon Valley's **most celebrated CEOs**

In early 2005, as demand for **Silicon Valley** engineers began booming, Apple's Steve Jobs sealed a secret and illegal pact with Google's Eric Schmidt to …

pando.com/2014/01/23/the-techtopus-how-silicon-vall…

**The Friday Roast – Silicon Valley's despicable wage cartel**

Some of **Silicon Valley's** best known names, Apple and Google among them operated a wage **cartel**. Now they're being punished.

**#d** diginomica.com/2014/08/15/friday-roast-silicon-valleys-d…

**Taxi industry piles on** 'Silicon Valley cartel'**| Capital New York**

In recent weeks, the San Francisco-based taxi app called Lyft has been trying to launch in the New York City market, so far without success. State and city officials …

capitalnewyork.com/article/city-hall/2014/07/8549483/taxi-in…

Silicon Valley **workers may pursue collusion case as group**

Jan 14 Roughly 60,000 **Silicon Valley** workers won clearance to pursue a lawsuit accusing Apple Inc, Google Inc and other companies of conspiring to drive …

reuters.com/article/2014/01/15/siliconvalley-collusio…

**Secret anti-labor** cartel **alleged in** SiliconValley | www.ajc.com

Secret anti-labor **cartel** alleged in **Silicon Valley**. Posted: 2 … in lost income for some 100,000 **SiliconValley** engineers whose salary was …

.

## A Flash Of Evil Genius

# The VC's and the Flashboy Algorithm Stock Pumping and Spoofing Trick

**The VC's used their control of Google, their partnerships with Goldman Sachs and their massive server farm assets to burrow into the stock**

**market servers and trick the stock market system into handing them public cash, again, that they had never earned. Here is how it worked:**



- Using federal funding to hype, pump, skim and dump public stocks and manipulate the stock market. Senators and some regulators implicated in running the cover-up? Big players grabbed billions of dollars up front, for their personal pockets, while workers at the Cleantech "bait companies" lost their jobs and their futures.

- Solyndra, Tesla, Fisker and Abound investors bragged about "pulling a scrape".

- Vc's used taxpayer loans to fake stock values and reap massive windfalls off of felony *market manipulation violations under Section 9(a)(2) of the Securities Exchange Act of 1934."*


MONEY

# How Investors May Be Getting Fooled by Buybacks

# This is how Tesla fakes stock market jumps

NEW YORK (AP)
By BERNARD CONDON AP Business Writer

If you're puzzled why the U.S. stock market has risen so fast in a slow-growing economy, consider one of its star performers: DirecTV.

The satellite TV provider has done a great job slashing expenses and expanding abroad, and that has helped lift its earnings per share dramatically in five years. But don't be fooled. The main reason for the EPS gain has nothing to do with how well it runs its business. It's because it has engaged in a massive stock buyback program, halving the number of its shares in circulation by purchasing them from investors.

Spreading earnings over fewer shares translates into higher EPS — a lot higher in DirecTV's case. Instead of an 88 percent rise to $2.58, EPS nearly quadrupled to $5.22.

Companies have been spending big on buybacks since the 1990s. What's new is the way buybacks have exaggerated the health of many companies, suggesting through EPS that they are much better at generating profits than they actually are. The distortion is ironic. Critics say the obsessive focus on buybacks has led companies to put off replacing plant and equipment, funding research and development, and generally doing the kind of spending needed to produce rising EPS for the long run.

"It's boosted the stock market and flattered earnings, but it's very short term," says David Rosenberg, former chief economist at Merrill Lynch, now at money manager Gluskin Sheff. He calls buybacks a "sugar high."

Over the past five years, 216 companies in the S&P 500 are just like DirecTV: They are getting more of a boost in EPS from slashing share count than from running their underlying business, according to a study by consultancy Fortuna Advisors at the request of The Associated Press. The list of companies cuts across industries, and includes retailer Gap, supermarket chain Kohl's, railroad operator Norfolk Southern and drug distributor AmerisourceBergen.

The stocks of those four have more than tripled, on average, in the past five years.

Companies insist that their buybacks must be judged case by case.

"The vast majority of our shareholders are sophisticated investors who not only use EPS growth but other important measures to determine the success of our company," says Darris Gringeri, a spokesman for DirecTV.

But Fortuna CEO Gregory Milano says buybacks are a waste of money for most companies.

"It's game playing — a legitimate, legal form of manufacturing earnings growth," says Milano, author of several studies on the impact of buybacks. "A lot of people (focus on) earnings per share growth, but they don't adequately distinguish the quality of the earnings."

So powerful is the impact, it has turned what would have been basically flat or falling EPS into a gain at some companies over five years. That list includes Lockheed Martin, the military contractor, Cintas, the country's largest supplier of work uniforms, WellPoint, an insurer, and Dun and Bradstreet, a credit-rating firm.

It's not clear investors are worried, or even aware, how much buybacks are exaggerating the underlying strength of companies. On Friday, they pushed the Standard and Poor's 500 stock index to a record close, up 178 percent from a 12-year low in 2009.

"How much credit should a company get earning from share buybacks rather than organic growth?" asks Brian Rauscher, chief portfolio strategist at Robert W. Baird & Co, an investment company. "I think the quality of earnings has been much lower than what the headlines suggest."

And it could get worse.

Companies in the S&P 500 have earmarked $1 trillion for buybacks over the next several years. That's on top of $1.7 trillion they spent on them in the previous five years. The figure is staggering. It is enough money to cut a check worth $5,345 for every man, women and child in the country.

There is nothing necessarily nefarious or wrong about buybacks per se. It doesn't seem that managements are trying to cover up a poor job of running their businesses. Even without factoring in a drop in share counts, earnings in the S&P 500 would have risen 80 percent since 2009.

The problem is that many investors are pouring money willy-nilly into companies doing buybacks as if they are always a good thing, and at every company.

A fund that tracks companies cutting shares the most, the PowerShares Buyback Achievers Portfolio, attracted $2.2 billion in new investments in the last 12 months. That is nine times what had been invested at the start of that period, according Lipper, which provides data on funds.

For their part, the companies note there are all sorts of reasons to like them besides EPS.

WellPoint points out that it has increased its cash dividend three times since 2011, a big draw for people looking for income. Cintas says that it's timed its buybacks well, buying at a deep discount to stock price today. And DirecTV says investors judge it also by revenue and cash flow, both of which are up strongly.

What's more, companies seem to genuinely believe their shares are a bargain and they'd be remiss for not buying, though their record of choosing the right time is poor.

The last time buybacks were running so high was 2007, right before stocks fell by more than half.

There are signs the next $1 trillion in buybacks for S&P 500 companies could also prove ill-timed. Stocks aren't looking so cheap anymore. After a surge of nearly 30 percent last year, the S&P 500 is trading at 25 times its 10-year average earnings, as calculated by Nobel Prize winning economist Robert Shiller of Yale. That is much more expensive than the long-term average of 16.5.

Many investors assume shrinking shares automatically make remaining shares more valuable. The math is seductive. A company that has $100 in earnings and 100 shares will report $1 in earnings per share. But eliminate half the shares and the same $100 is spread over 50 shares, and EPS doubles to $2.

But that doesn't make the shares more valuable.

Shares aren't just a claim on short-term earnings. They are an ownership stake in an entire company, including R&D programs and its capital stock — the plants, equipment and other assets needed to boost productivity long into the future. Critics say the lavish spending on buybacks has "crowded out" spending on such things, which is at its weakest in decades.

"It's just like your car depreciating or your home depreciating — you have to invest," says Gluskin Sheff's Rosenberg, "The corporate sector has barely preventing the capital stock from becoming obsolete."

One result: U.S. productivity, or output per hour, increased just 0.5 percent last year, a pitiful performance. It has grown by an average 2 percent a year since 1947.

If not reversed, history suggests stocks will suffer. In a 2010 study, Fortuna's Milano found that stocks of companies that spent the most on buybacks vastly underperformed stocks of those that spent the least on them — at least over five years.

It's unclear whether the kind of investor who dominates stock trading now cares about the long-term, though. Buybacks are one of the few sure-fire ways to push a stock higher in the short term, and investors these days are very short term.

They "don't care what happens in three or five years," laments Rauscher, the Baird strategist. "The market has become less of an investor culture, more of a trading one."

_____

Follow Bernard Condon on Twitter at http://twitter.com/BernardFCondon.

_____-

# Credits fueled Tesla stock sale?

By The Bakersfield Californian

Concerning your May 31 editorial ("Some clean energy bets pay off nicely") on Tesla Motors paying off the government loan:

In 2010, Tesla was awarded a milestone-based loan, requiring matching private capital obtained via public offering, by the Department of Energy as part of the Advanced Technology Vehicle Manufacturing Loan Program. This program was signed into law by President George W. Bush in 2008, and then awarded under the Obama administration in the years that followed.

The loan payment was made using a portion of the approximately $1 billion in funds raised in the previous weeks concurrent offerings of common stock and convertible senior notes.

According to a May 8 USA Today report by James R. Healey and Fred Meier, Tesla made a first-quarter profit of $11 million on revenues of $562 million. But Tesla gets government zero-emission-vehicle (ZEV) credits for each car it builds, credits that can then be auctioned to other automakers to offset their non-zero-emission vehicles. The company income from sales of ZEVs came to about $68 million in the quarter, or 12 percent of revenue.

So, if you take away the ZEVs, Tesla lost $57 million. It sounds to me like the first-quarter profit allowed Tesla to make a stock offering to which the government loan was paid from. The profit was from government money in the way of ZEVs. Would the stock sale have been as good if Tesla had shown a $57 million loss?

It's interesting how you tied Bush to the failed Solyndra loan and President Obama to the Tesla loan, when in fact the Obama administration made both loans.

Tom Wimberly

Bakersfield

# GOLDMAN SACHS WAS THE "COORDINATING" LINK IN ALMOST EVERY DEAL UNDER INVESTIGATION:

An extensive number of recordings, by multiple whistle-blowers, and agencies, now exist:



**BBC**

**NEWS** ECHO CHAMBERS

Home | US & Canada | Latin America | UK | Africa | Asia | Europe | Mid-East | Business | Health | Sci/Environm

29 September 2014 Last updated at 11:52 GT

# Secret tapes pull back curtain on Goldman Sachs

COMMENTS (308)

By Anthony Zurcher
Editor, Echo Chambers

In 2008 the Federal Reserve Bank of New York set out to investigate why US government officials were so blind to the Wall Street crash of 2008. Why were they unable to foresee the oncoming financial crisis? Why did the economic contagion nearly topple the whole global financial system?

The fault, according to an independent review by Columbia University Prof David Beim, was that the government regulators were too deferential to the banks they were supposed to oversee. Within the New York Fed, employees were urged by their supervisors to look the other way when they found violations and to temper critical reports.

For many this isn't exactly news. What would be news, however, is

**Related Stories**

Is Wall Street rigged?

News media have speculated that the actual reason for "the CleanTech Crash" may have to do with a massive embezzlement scheme such as the concept shown in this published diagram:

FEDERAL AND INDUSTRY INVESTIGATORS DISCOVER "PUMP AND DUMP" AND "PUMP AND FLUFF" STOCK SCAMS IN THE CLEANTECH FUNDING PROGRAM:"The use of the media and the internet by a company, or it's investors, to pump that company's stocks is a felony. The use, by a company of armies of fake bloggers, paid for by that company to post false praise in order to raise that company's stocks is a felony.In the United States, this falls under market manipulation and is prohibited under Section 9(a)(2) of the Securities Exchange Act of 1934."

The CleanTech stocks that crash and then suddenly recover are getting instantly "pumped" with fake investor buys computer "flashed" to make them look like Day-traders."Pump and dumps are illegal because you are willfully attempting to manipulate the value of a security. And if you are doing this with other people as well, it's even worse because that implies it is more of a concentrated effort to do that. An example is if you and a few buddies are looking at a stock that only trades a few thousand shares a day. Between the group of you, you trade the stock so the volume is much, much higher than what it usually is. Others will notice this and think that the stock is going up by its own merits, clueless to the fact that you and your buddies are artificially driving up the price and volume. Others start buying and drive the price further based on the artificial demand you've created, and then you sell it off and the price probably tanks to where you started or less. In a sense your buddies would be guilty of collusion and artificially manipulating the value of the security. That's why it's not fair, and understandably, that's why it's illegal. Furthermore, pump and dumps are also carried out by people that hack into others trading accounts, sell off their assets, and use the money to buy stocks involved in the pump and dump, which has the same effect of artificially driving up the price. Source: Licensed Stock Broker
http://www.sec.gov/answers/pumpdump.htm
Watch the movie Boiler Room
http://www.imdb.com/title/tt0181984/"Nothing wrong with buying low and selling high. But willful manipulation of worthless stocks of synthetically created Cleantech facade companies, like Abound, Solyndra, Fisker, Tesla, etc… crosses the legal boundary. When lying hype drives the price of a stock rather than financial performance of the company, the activity becomes criminal. It's considered fraud because the pumper (AKA: The Tech CEO that just got free federal cash from a kick-back program) is artificially inflating the price of a stock through false and misleading statements."

# ENRON AGAIN: TESLA AND SOLYNDRA ENERGY INDUSTRY SCAMS –

"**Pump and dump**" (P&D) is a form of microcap stock fraud that involves artificially inflating the price of an owned stock through false and misleading positive statements, in order to sell the cheaply purchased stock at a higher price. Once the operators of the scheme "dump" their overvalued shares, the price falls and investors lose their money. Stocks that are the subject of pump and dump schemes are sometimes called "chop stocks".[1]While fraudsters in the past relied on cold calls, the Internet now offers a cheaper and easier way of reaching large numbers of potential investors.[1]Contents  [hide]

Pump schemes may take place on the Internet using an e-mail spam campaign, through media channels via a fake press release, or through telemarketing from "boiler room" brokerage houses (for example, see *Boiler Room*).[2] Often the stock promoter will claim to have "inside" information about impending news. Newsletters may purport to offer unbiased recommendations, then tout a company as a "hot" stock, for their

own benefit. Promoters may also post messages in chat rooms or stock message boards urging readers to buy the stock quickly.[1]

If a promoter's campaign to "pump" a stock is successful, it will entice unwitting investors to purchase shares of the target company. The increased demand, price, and trading volume of the stock may convince more people to believe the hype, and to buy shares as well. When the promoters behind the scheme sell (dump) their shares and stop promoting the stock, the price plummets, and other investors are left holding stock that is worth significantly less than what they paid for it.

Fraudsters frequently use this ploy with small, thinly traded companies—known as "penny stocks," generally traded over-the-counter (in the United States, this would mean markets such as the OTC Bulletin Board or the Pink Sheets), rather than markets such as the New York Stock Exchange (NYSE) or NASDAQ—because it is easier to manipulate a stock when there is little or no independent information available about the company.[3] The same principle applies in the United Kingdom, where target companies are typically small companies on the AIM or OFEX.

A more modern spin on this attack is known as hack, pump and dump.[4] In this form, a person purchases penny stocks in advance and then uses compromised brokerage accounts to purchase large quantities of that stock. The net result is a price increase, which is often pushed further by day traders seeing a quick advance in a stock. The holder of the stock then sells his stock at a premium.[5]

Specific examples[edit]Jonathan Lebed[edit]During the dot-com era, when stock-market fever was at its height and many people spent significant amounts of time on stock Internet message boards, a 15-year-old named Jonathan Lebed showed how easy it was to use the Internet to run a successful pump and dump. Lebed bought penny stocks and then promoted them on message boards, pointing at the price increase. When other investors bought the stock, Lebed sold his for a profit, leaving the other investors holding the bag. He came to the attention of the U.S. Securities and Exchange Commission (SEC), which filed a civil suit against him alleging security manipulation. Lebed settled the charges by paying a fraction of his total gains. He neither admitted nor denied wrongdoing, but promised not to manipulate securities in the future. [6]

Enron[edit]As late as April 2001, before the company's collapse, Enron executives participated in an elaborate scheme of pump and dump,[7] in addition to other illegal practices that fooled even the most experienced analysts on Wall Street. Studies of the anonymous messages posted on the Yahoo board dedicated to Enron revealed predictive messages that the company was basically a house of cards, and that investors should bail out while the stock was good.[8] After Enron falsely reported profits which inflated the stock price, they covered the real numbers by using questionable accounting practices. 29 Enron executives sold overvalued stock for more than a billion dollars before the company went bankrupt.[9]

Park Financial Group[edit]In April 2007, the U.S. SEC brought charges against Park Financial Group as a result of an investigation into a pump and dump scheme during 2002-2003 of the Pink Sheet listed stock of Spear & Jackson Inc.[10]

John Babikian[edit]John Babikian got rich, authorities allege, by what is known in the business as pumping-and-dumping stocks. He was operating 'AwesomePennyStocks' website and the 700,000 email push hyping America West.[11]

Langbar International[edit]Started as Crown Corporation, Langbar was the biggest pump and dump fraud on the Alternative Investment Market, part of the London Stock Exchange. The company was at one point valued greater than $1 Billion, based on supposed bank deposits in Brazil which did not exist. None of the chief conspirators were convicted, although their whereabouts is known. A Patsy who made a negligent false statement about the assets was convicted and banned from being a director. The investors who lost as much as £100 million sued one of the fraudsters and recovered £30 million.

Pump and dump spam[edit]Pump and dump stock scams are prevalent in spam, accounting for about 15% of spam e-mail messages. A survey of 75,000 unsolicited emails sent between January 2004 and July 2005 concluded that spammers could make an average return of 4.29% by using this method, while recipients who act on the spam message typically lose close to 5.5% of their investment within two days.[12] A study by Böhme and Holz[13] shows a similar effect. Stocks targeted by spam are almost always penny stocks, selling for less than $5 per share, not traded on major exchanges, are thinly traded, and are difficult or impossible to sell short. Spammers acquire stock before sending the messages, and sell the day the message is sent.[14]

Pump and dump differs from many other forms of spam (such as advance fee fraud emails and lottery scam messages) in that it does not require the recipient to contact the spammer to collect supposed "winnings," or to transfer money from supposed bank accounts. This makes tracking the source of pump and dump spam difficult, and has also given rise to "minimalist" spam consisting of a small untraceable image file containing a picture of a stock symbol.[*citation needed*]

Short and distort[edit]Main article: Short and distortA variant of the pump and dump scam, the "short and distort" works in the opposite manner. Instead of first buying the stock, and then artificially raising its price before selling, in a "short and distort" the scammer first short-sells the stock, and then artificially *lowers* the price, using the same techniques as the pump and dump but using criticism or negative predictions regarding the stock. The scammer then covers his short position when he buys back the stock at a lower price.[15]

Regulation[edit]One method of regulating and restricting pump and dump manipulators is to target the category of stocks most often associated with this scheme. To that end, penny stocks have been the target of heightened enforcement efforts. In the United States, regulators have defined a penny stock as a security that must meet a number of specific standards. The criteria include price, market capitalization, and minimum shareholder equity. Securities traded on a national stock exchange, regardless of price, are exempt from regulatory designation as a penny stock,[16] since it is thought that exchange traded securities are less vulnerable to manipulation.[17] Therefore, CitiGroup (NYSE:C) and other NYSE listed securities which traded below $1.00 during the market downturn of 2008-2009, while properly regarded as "low priced" securities, were not technically "penny stocks". Although penny stock trading in the United States is now primarily controlled through rules and regulations enforced by the Securities and Exchange Commission and the Financial Industry Regulatory Authority (FINRA), the genesis of this control is found in State securities law. The State of Georgia was the first state to codify a comprehensive penny stock securities law.[18] Secretary of State Max Cleland, whose office enforced State securities laws[19] was a

principal proponent of the legislation. Representative Chesley V. Morton, the only stockbroker in the Georgia General Assembly at the time, was principal sponsor of the bill in the House of Representatives. Georgia's penny stock law was subsequently challenged in court. However, the law was eventually upheld in U.S. District Court,[20] and the statute became the template for laws enacted in other states. Shortly thereafter, both FINRA and the SEC enacted comprehensive revisions of their penny stock regulations. These regulations proved effective in either closing or greatly restricting broker/dealers, such as Blinder, Robinson & Company, which specialized in the penny stocks sector. Meyer Blinder was jailed for securities fraud in 1992, after the collapse of his firm.[21] However, sanctions under these specific regulations lack an effective means to address pump and dump schemes perpetrated by unregistered groups and individuals.

References[edit]

1.  ^ Jump up to: *a* *b* *c* "Pump and Dump Schemes". U.S. Securities and Exchange Commission. March 12, 2001.

2.  **Jump up ^** NBC News staff and news wires (2012-10-24). "The $400 million buyout hoax that fooled many – Business on". Nbcnews.com. Retrieved 2012-12-18.

3.  **Jump up ^** "Pump&Dump.con: Tips for Avoiding Stock Scams on the Internet". U.S. Securities and Exchange Commission. January 11, 2005.

4.  **Jump up ^** Nakashima, Ellen (2007-01-26). "Hack, Pump and Dump". *The Washington Post*.

5.  **Jump up ^** Krinklebine, Karlos (2009). *Hacking Wall Street: Attacks and Countermeasures*. US: Darkwave Press. pp. 83–180. ISBN 1-4414-6363-1.

6.  **Jump up ^** Lewis, Michael (February 25, 2001). "Jonathan Lebed: Stock Manipulator, S.E.C. Nemesis — and 15″. *New York Times*.

7.  **Jump up ^** *Enron: The Smartest Guys in the Room* (DVD). Magnolia Pictures. January 17, 2006. Event occurs at 32:58.

8.  **Jump up ^** Morgenson, Gretchen (2002-04-28). "The Bears on This Message Board Had Enron Pegged". *The New York Times*. Retrieved 2010-04-25.

9.  **Jump up ^** Dan Chambers."Enron the Symptom, Not the Disease." *publici.ucimc.org.* Retrieved on 2010-04-25.

10. **Jump up ^** Wall Street Journal, April 12, 2007, pg. C2

11. **Jump up ^** Mysterious Canadian's life in the fast lane fuelled by penny stock scam: SEC | http://news.nationalpost.com/2014/03/17/mysterious-canadians-life-in-the-fast-lane-fuelled-by-penny-stock-scam-sec/

12. **Jump up ^** Frieder, Laura and Zittrain, Jonathan (March 14, 2007). "Spam Works: Evidence from Stock Touts and Corresponding Market Activity". Berkman Center Research Publication No. 2006-11. SSRN 920553.  Results of this study are also discussed in this article:

   o   "Spammers manipulate stock markets". *BBC News*. 25 August 2006.

13. **Jump up ^** The Effect of Stock Spam on Financial Markets, 2006

14. **Jump up ^** (Hanke and Hauser, 2006)

15. **Jump up ^** Glasner, Joanna (2002-06-03). "New Market Trend: Short, Distort". *Wired* (Condé Nast Digital). Archived from the original on February 11, 2010. Retrieved February 11, 2010.

16. **Jump up ^** http://www.sec.gov/rules/final/34-51983.pdf

17. **Jump up ^** "SEC Charges Eight Participants in Penny Stock Manipulation Ring". U.S. Securities and Exchange Commission. May 21, 2009.

18. **Jump up ^** Stan Darden (March 20, 1990). "Georgia to OK Tough Law for Penny Stocks". *Los Angeles Times*. UPI.

19. **Jump up ^** "Georgia Secretary of State | Securities". Sos.ga.gov. Retrieved 2012-12-18.

20. **Jump up ^** "GEORGIA LAW WON'T HURT BROKERS, JUDGE RULES". *Deseret News*. July 11, 1990.

21. **Jump up ^** Diana B. Henriques (February 16, 2003). "Penny-Stock Fraud, From Both Sides Now". *New York Times*.

Further reading[edit]

Krinklebine, Karlos (2009). *Hacking Wall Street: Attacks and Countermeasures*. US: Darkwave Press. p. 402. ISBN 978-1-4414-6363-0.

Robert H. Tillman and Michael L. Indergaard, *Pump and Dump: The Rancid Rules of the New Economy* (2005, ISBN 0-8135-3680-4).

Sergey Perminov, *Trendocracy and Stock Market Manipulations* (2008, ISBN 978-1-4357-5244-3).

External links[edit]

The SEC on Pump and dump stock Schemes in 2005

The SEC on Pump and dump stock Schemes in 2001

The movie *Boiler Room*, a fictional account of a pump and dump company

"One should either write ruthlessly what one believes to be the truth, or else shut up." — Arthur Koestler

# Solyndra and Tesla: Pump and Dump

A *Wall Street Journal* article quotes an investor in the bankrupt "green energy" boondoggle describing what the half-billion-dollar federal loan guarantee meant: "There was a perceived halo around the loan . . . If we get the loan, then we can definitely go public and cash out." Ed Lasky at American Thinker explains:

The huge loan would be a selling point in an initial public offering. The company promoters could point out that the loan gave them credibility — that the government had vouched for their viability and prospects. The private investors would cash out and when the loan came due and the company was unable to pay, taxpayers would be the ones left holding the IOUs. **Take the money and run**.

It was a straight-out *scam*, in other words, with a major Democratic donor as one of the primary beneficiaries. An environmentally-friendly three-card monte game — burning taxpayers instead of burning CO2.

# Solyndra Investor admits: we wanted the loan so we could 'go public and cash out'

By Ed Lasky

A clearer picture of the underlying insider scheme at Solyndra is beginning to emerge. Yuliya Chernova of the Wall Street Journal writes a superb column today regarding all the business problems that beset the scandal plagued Solyndra. There were a litany of engineering and business problems that were very apparent to everyone except, apparently, the White House politicos that pressured career officials in the government to extend a 500 million dollar loan guarantee. The crony investors were given an unusually low interest rate for such a venture.  Solyndra was first in line to get loan guarantees under the Obama program to promote solar energy ventures. Solyndra private investors were given priority in case of bankruptcy that placed their claims above those of taxpayers — a highly unusual occurrence, according to the Wall Street Journal.So who were the type of people granted such favorable treatment? Yes, Obama donors and bundlers. That has been widely publicized. But beyond that, what type of character did they possess? One investor behind Solyndra blurted out the truth. The loan was needed and needed urgently to fatten up the company and show a going concern (with a factory, etc).Why?From the column:

There was another motivator — Solyndra's management and investors had an eye on an initial public offering.

"There was a perceived halo around the loan," said an investor with knowledge of the company. "If we get the loan, then we can definitely go public and cash out."

The huge loan would be a selling point in an initial public offering. The company promoters could point out that the loan gave them credibility — that the government had vouched for their viability and prospects.

The private investors would cash out and when the loan came due and the company was unable to pay, taxpayers would be the ones left holding the IOUs.

Take the money and run.
Read more: http://www.americanthinker.com/blog/2011

*"Almost every one of the CleanTech "Winners" under the Steven Chu Department Of Energy, engaged in this kind of felony grade stock manipulation and insider exploitation knowing that all of the federal law*

*enforcement players were controlled by the insiders with a "hands-off " protection directive.  Using newly optimized web techniques called "Flash Boy" stock processing and "blog meat puppets" they could totally manipulate the stock market and laugh in the faces of  the few regulators who dared to step up. The bet that they have to make is that the Republicans do not win the majority in the 2014 Mid-Term elections…."*

Micheal Lewis best-selling book "Flash Boys" reveals how much of what you think is happening, on the stock market, may be contrived false-hoods created by computerized manipulations and fake coordinated shill bloggers. The White House games the stock market to payback Silicon Valley campaign funding VC's and the GOP blows up those very games, right afterwards, in a secret dance of stock fraud tricks. They made a mistake, this time around, and the tricks became visible to everybody in the stock market world. This, on top of the Goldman Sachs sting operation recordings, shows that something is deeply wrong in Stock Land!

In the coming mid-term elections we are seeing Barbara Streisand and DNC notables bemoan the reduced budgets they have to work with this year. Privately, the DNC is ringing their core finance base (The Silicon Valley Vc's) telephones off the hook.

One of the most successful tactics by GOP specialists involves Tesla Motors. Called out by Mitt Romney, and other Republican notables, as White House fronts. Tesla gets strange and illogical bumps in the stock market in spite of massive numbers of lawsuits, consumer complaints, the lowest sales volume for the money invested in a car company in history, and other facts which, in a rational world, would say they should not survive.

In fact, what is happening is that the backers of Tesla, the same Silicon Valley investors who pay for the White House and DNC campaigns, "Pump" the stock from their own bank accounts each time more bad news comes out about Tesla. There are now charges that the White House is even "pumping the TSLA stock", like it may have done on the supposed October 16, 2014 "Pump" on the overall market, in order to protect Obama's "brand name".

This makes the stock chart for TSLA go up but it is not from mom and pop day-traders. It is "Pumping Cash" right out of the Vc's investment bank fronts to artificially inflate the stock.

While a final Tesla bankruptcy might seem like the dream for GOP PR; allowing them to point and say "Ha, look, another Department of Energy Crony-Kickback deal gone south", Tesla has provided even greater grist for the GOP strategy meat-hooks.



# MUSK GREED AND HUBRIS BLEW THE SECRET:

By forcing the Silicon Valley VC campaign backers to constantly drain their bank accounts in order to keep Tesla looking like it is still alive, the GOP strategists are also draining the life out of the funding for mid-term and 2016 Democratic candidates.

The GOP finally figured out that almost all of the cash and web media manipulation was coming from one tiny spot in California: SandHill Road and the area around Standford University. They decided that to take down the GOP they just had to expose Silicon Valley.

Tesla was a test case and it worked well. The investment banks with auto refills on Tesla stock, running the investment funds for Doerr, Thiel, Westly, Draper and all the rest of the DNC VC's is running overtime trying to keep the stock pumped as one set of bad news after another gets exposed about Tesla.

One GOP operative claims that every Kleiner Perkins investment has been: "Targeted, tracked and media exposed"…"can you hear that giant sucking sound", he says "…that's the sound of DNC VC cash sliding into oblivion…not only are they beating a dead horse but we have infected the very horse they are beating.."

The operative claims that Musk's carve-outs for Solar, Space and batteries is his gift, by the White House for conduit-ing cash, through those, "fronts" back to DNC candidates. Sierra Nevada Corp is suing Musk's Space X, claiming similar industry rigging. Tesla has been under investigation by many parties.

People don't like taking it in the ass unexpectedly. In this case the old adage of *"You F**ed me in the ass, so now I'm F***ing you guys in the ass tens times more.."* Seems to be the rule of the game.

Thomas Roster- Palo Alto Rev



NY POST PROPOSES STOCK MARKET RIGGED BY WHITE HOUSE TO PROTECT CAMPAIGN BACKERS



John Crudele

Business

# 'Plunge protection' behind market's sudden recovery

By John Crudele

Modal Trigger



A screen displays news on the Dow Jones industrial average just after the opening bell on the floor of the New York Stock Exchange on Oct. 15. Photo: Reuters

Mysterious forces were trying their best, but they couldn't keep the stock market from swooning Wednesday.

They failed in the morning, despite massive purchases of stock index futures contracts. Within minutes of the market's opening, the Dow Jones industrial average was down 350 points. Later in the day — after a lot of shocking ebb and flow — the Dow bottomed out with a decline of 460 points.

It was only in the last hour of trading that the market saviors managed to trim the Dow loss to just 173 points. And they succeeded only after Janet Yellen's private, upbeat remarks about the economy were leaked.

Welcome to a new kind of stock market — one that the average investor should refuse to be invested in.

Anyone whose investments tightly track the major indices is now losing money since the beginning of 2014.

The Dow is down 1.1 percent on the year, with the S&P and Nasdaq up 3 percent for 2014.

Just for the record, I've been telling you for years that the stock market was in a bubble and that you should enjoy it while it lasts because bubbles always pop.

Of course, if you could time the end of the bubble, you'd be doing quite well. Miss the end and you are back to where you started. Or worse off in terms of confidence and finances.

## Welcome to a new kind of stock market — one that the average investor should refuse to be invested in.

I obviously don't know whether we are now seeing the end of the current stock market bubble, during which the S&P index has risen 102 percent since October 2008. But there are people like my friend Peter Grandich of Trinity Financial, who has been excellent at predicting market corrections in the past and who thinks this is the end.

I already brought up the sensitive issue of a market crash in a column on Oct. 9 that began: "Is this the month the stock market will crash?"

October is historically a spooky month for stocks, and in that column I rattled off the crashes and major price corrections of 1929, '78, '79, '87, '89 and 2008 to prove it.

Will 2014 soon be added to that list? That'll be the cliffhanger in today's column.

But let me explain about the unknown forces in the market these days. Call it by a nickname — the Plunge Protection Team. Or call it the President's Working Group on Financial Markets, the official name given to the group when it was formed by President Ronald Reagan after the market turbulence of 1989.

These forces may be working from a script in the "Doomsday Book," which the US government recently fought to keep secret when it was brought up last week during the AIG trial in Washington.

Here's the bottom line: Someone tried to rescue the market last Wednesday. And it's becoming a regular occurrence.

The details of last Wednesday morning are these: At the same time the Dow was off 350 points, the S&P index was down 43.80 points, That was an enormous decline in just 11 minutes of trading and it was an indication that Wall Street was not having a good day.

Then, someone (or something) started buying S&P futures contracts en masse. Twenty-one minutes later, the S&P index had regained 30 of those lost points and was back at 1,861.

Maybe you'll believe that there was some manipulation going on if you knew that a guy named Robert Heller, who was a member of the Federal Reserve's Board of Governors until 1989, proposed just such a rigging as soon as he left the Fed.

Look it up. Oct. 27, 1989, Wall Street Journal. Headline: "Have Fed Support Stock Market, Too." By Robert Heller, who had just left the Fed to head up the credit card company Visa.

"It would be inappropriate for the government or the central bank to buy or sell IBM or General Motors shares," Heller wrote. "Instead, the Fed could buy the broad market composites in the futures market."

In case you don't know the lingo, Heller is proposing that the Fed or government purchase stock futures contracts that track — and can influence — the major indices.

These contracts are cheap and a government could turn the whole stock market around quickly — but probably not permanently.

Wow! Doesn't that seem a lot like what happened Wednesday at 9:41 a.m., when S&P futures contracts were suddenly and mysteriously scooped up?

Let me allow Heller to finish his thought because it's important to anyone who believes in free and fair markets.

"The Fed's stock-market role ought not to be very ambitious. It should seek only to maintain the functioning of the markets — not to prop the Dow Jones or the New York Stock Exchange averages at a particular level," he continued.

But times change and so does thinking. In recent weeks, we've discovered that the CME Group, the exchange in Chicago, has an incentive program under which foreign central banks could buy stock market derivatives like the S&P contracts at a discount.

It's not that these foreign banks need a break on the price of their trading. **But it does show that there is a back-door way — through foreign emissaries — for the Fed and the US government to prop up stocks like Heller suggested, and — maybe — not get caught.**



BLOOMBERG

# How Markets Need $200 Billion Each Quarter From Central Bankers

By Simon Kennedy



Photographer: Scott Eells/Bloomberg

St. Louis Fed President James Bullard. Close

The central-bank put lives on.

Policy makers deny its existence, yet investors still reckon that whenever stocks and other risk assets take a tumble, the authorities will be there with calming words or economic stimulus to ensure the losses are limited.

A put option gives investors the right to sell their asset at a set price so the theory goes that central banks will ultimately provide a floor for falling asset markets to ensure they don't take economies down with them.

Last week as markets swooned again, it was St. Louis Federal Reserve President James Bullard and Bank of England Chief Economist Andrew Haldane who did the trick. Bullard said the Fed should consider delaying the end of its bond-purchase program to halt a decline in inflation expectations, while Haldane said he's less likely to vote for a U.K. rate increase than three months ago.

"These comments left markets with the impression that the 'central-bank put' is still in place," Morgan Stanley currency strategists led by London-based Hans Redeker told clients in a report yesterday.

Matt King, global head of credit strategy at Citigroup Inc., and colleagues have put a price on how much liquidity central banks need to provide each quarter to stop markets from sliding.

# Magic Marker

By estimating that zero stimulus would be consistent with a 10 percent quarterly drop in equities, they calculate it takes around $200 billion from central banks each quarter to keep markets from selling off.

With the Fed and counterparts peeling back their net liquidity injections from almost $1 trillion in 2012 toward that magic marker, King's team said "a negative reaction in markets was long overdue."

"We think the markets' weakness owes more to an almost belated reaction to a temporary lull in central bank stimulus than it does to any reduction in the effect of that stimulus in propping up asset prices," they said in an Oct. 17 report to clients.

Bank of America Merrill Lynch strategists said in a report today that another 10 percent decline in U.S. stocks might spark speculation of a fourth round of quantitative easing from the Fed. That would mimic how the Fed acted following equity declines of 11 percent in 2010 and 16 percent in 2011.

# Bond-Buying

The good news for investors in the eyes of Citigroup is that although the Fed is still reversing and set to end its bond-buying this month, the European Central Bank and Bank of Japan will more than compensate with more stimulus in coming months.

The reason for the support is the fear that a prolonged sell-off in markets would upend the fragile economic outlook central banks are charged with safeguarding, they said.

"With central banks much more concerned about a return to recession than about asset-price bubbles, they have little choice but to step back in," said Citigroup.

To contact the reporter on this story: Simon Kennedy in London at skennedy4@bloomberg.net

To contact the editors responsible for this story: Craig Stirling at cstirling1@bloomberg.net Kevin Costelloe, Eddie Buckle

# Goldman Makes It Official That the Stock Market is Manipulated, Buybacks Drive Valuations

Posted by Yves Smith

It's remarkable that this Goldman report, and its writeup on Business Insider, is being treated with a straight face. The short version is current stock price levels are dependent on **_continued_** stock buybacks. Key sections of the story:

Goldman Sachs' David Kostin believes a temporary pullback may explain why the S&P 500 has tumbled from its all-time high of 2,019 on Sept. 19.

"Most companies are precluded from engaging in open-market stock repurchases during the five weeks before releasing earnings," Kostin notes. "For many firms, the beginning of the blackout period coincided with the S&P 500 peak on September 18. So the sell-off occurred during a time when the single largest source of equity demand was absent. Buybacks dip during earnings reporting months, which have seen 1.2 points higher realized volatility than in other months during the past 25 years."…

"We expect companies will actively repurchase shares in November and December," he writes. "Since 2007, an average of 25% of annual buybacks has occurred during the last two months of the year."



Notice how the bulk of buybacks are concentrated in the fourth quarter, with the obvious intent of goosing prices at year end so as to lead to higher executive pay for "increasing shareholder value"? In fact, these companies are being gradually liquidated. Issuing debt, which public companies have done in copious volumes since the crash, and using it to buy shares is dissipating corporate assets. They are over time shrinking their businesses. That is also reflected in aggressive headcount cuts and cost-saving measures. Even though analysts like to tout the cash that companies have sitting on their balance sheets as a source of potential investment, as we've discussed in previous posts, public companies are so terrified of even a quarterly blip in earnings due to incurring expenses relating to long-term investments that they'd rather do nothing, or go the inertial path of cutting costs to show higher profits.

But with borrowing the big source of this corporate munificence to the share-owning classes, this is a self-limiting game. But the end game could be a long time in coming. First, you have economists who believe that the stock market directly drives consumer spending, echoing the Fed's confidence in the wealth effect. For instance, see this argument from Roger Farmer (hat tip Bruegel blog):

There is a close relationship between changes in the value of the stock market and changes in the unemployment rate one quarter later. My research here, and here shows that a persistent 10% drop in the real value of the stock market is followed by a persistent 3% increase in the unemployment rate. The important word here is persistent. If the market drops 10% on Tuesday and recovers again a week later, (not an unusual movement in a volatile market), there will be no impact on the real economy. For a market panic to have real effects on Main Street it must be sustained for at least

three months.

Yves here. The problem is that correlation is not causation. Significant and sustained stock market declines are almost always the result of Fed tightening. The usual lag between an interest rate cycle turn and a stock market peak historically was roughly four months, but in our new normal of seemingly permanent heavy-duty central bank meddling, old rules of thumb are to be used with great caution. Nevertheless, Greenspan was obsessed with what drove stock prices, and the Fed is unduly solicitous of asset price levels, no doubt because people like Janet Yellen have to leave their DC bubble in order to meet actual unemployed people.

Mike Whitney reminds those who manage to miss it that the Fed is so concerned about the actual and psychological impact of stock market prices that it immediately talked investors into getting back into the pool when the market started misbehaving badly last week. From Counterpunch:

For those readers who still think that the Fed doesn't meddle in the markets: Think again. Friday's stock surge had nothing to do with productivity, price, earnings, growth or any of the other so called fundamentals. It was all about manipulation; telling people what they want to hear, so they do exactly what you want them to do. The pundits calls this jawboning, and the Fed has turned it into an art-form. All [St. Louis Fed President James] Bullard did was assure investors that the Fed "has their back", and , sure enough, another wild spending spree ensued. One can only imagine the backslapping and high-fives that broke out at the Central Bank following this latest flimflam….

It's too bad the Fed can't put in a good word for the real economy while they're at it. But, oh, I forgot that the real economy is stuffed with working stiffs who don't warrant the same kind of treatment as the esteemed supermen who trade stocks for a living. Besides, the Fed doesn't give a rip about the real economy. If it did, it would have loaded up on infrastructure bonds instead of funky mortgage backed securities (MBS). The difference between the two is pretty stark: Infrastructure bonds put people to work, circulate money, boost economic activity, and strengthen growth. In contrast, MBS purchases help to fatten the bank accounts of the fraudsters who created the financial crisis while doing bupkis for the economy. Guess who the Fed chose to help out?

Do you really want to know why the Fed isn't going to end QE? Here's how Nomura's chief economist Bob Janjuah summed it up:

"I want to remind readers of a message that may be buried in the past: When QE1 ended, the S&P 500 fell just under 20% in a roughly three-month period before the QE2 recovery.

When the QE2 ended, the S&P 500 fell about 20% in a three-month period before the next Fed-inspired bounce (aided by the ECB). QE3 is ending this month…"

Is that why the Fed started jawboning QE4, to avoid the inevitable 20 percent correction?

Whitney continues with one of our favorite tropes: that all QE has done is elevate asset prices. That has not led to a recovery in anything much beyond the balance sheets of the top cohorts and the income of the top

1%. Even worse, it has provide cover for the Administration falling in with investor-favoring austerity, in the form of reducing deficit spending when it ought to be increasing it to take up the considerable and costly slack in the economy.

It's not surprising to see the Fed double down on a failed strategy. The central bank had apparently finally recognized in 2013 that QE was not helping the real economy, and they needed to exit the policy to reduce the resulting economic distortions. But they lost their nerve during last summer's taper tantrum, and turned cowardly again in response to a mere stock market hissy fit.

The Fed believes that what is good for the wealthy is good for the US, and that when they are in danger of suffering financially, the central bank should break glass and administer monetary relief. Even though the Fed may think it is serious about ending QE and eventually raising rates, as they say in Venezuela, "They have changed their minds, but they have not changed their hearts."

## 'Flash Boys' and the Speed of Lies – Bloomberg View

In the last few months, I have had a strange and interesting experience. In early April, I found myself the main character in Michael Lewis's book "**Flash Boys**."
    bloombergview.com/articles/2014-08-03/flash-boys-and-the-sp…

More from bloombergview.com

## `Flash Boys' and the Speed of Lies: Katsuyama – Businessweek

Already a Bloomberg.com user? Sign in with the same account. Don't have an account? Sign up. Help! I can't access my account.
    businessweek.com/videos/2014-08-04/flash-boys-and-the-spee…

More from businessweek.com

## Newsalert: 'Flash Boys' and the Speed of Lies

**The** total link site for the news and information junkie: Libertarianism. Property Rights. Government Corruption. Chicago Mob. Struggle Against Socialism.
    nalert.blogspot.com/2014/08/flash-boys-and-speed-of-lies.html

More from nalert.blogspot.com

## "Flash Boys" and the Speed of Lies – Proactiveinvestors UK

**Flash Boys**" and **the Speed of Lies** . Here is the opening of this informative column by Brad Katsuyama for Bloomberg: In the last few months, I have had a strange and interesting experience.

proactiveinvestors.co.uk/columns/fuller-treacy-money/16720/flash-b…

More from proactiveinvestors.co.uk

## Brad Katsuyama: 'Flash Boys' and the speed of lies about my …

In the last few months, I have had a strange and interesting experience. In early April, I found myself the main character in Michael Lewis's book **Flash Boys**. It told the story of a quest I've been on, with my colleagues, to expose and to prevent a lot of outrageous behaviour in the US stock market
nzherald.co.nz/business/news/article.cfm?c_id=3&objectid…

More from nzherald.co.nz

## FSN: 'Flash Boys' and the Speed of Lies | Gold and …

FSN: Europe's Tough New Regime For Banks Fails First Test In Portugal; Forex Trading Alert: EUR/USD – Time for Rebound? DoJ Subpoenas GM Over Subprime Auto Loans
beforeitsnews.com/gold-and-precious-metals/2014/08/fsn-flas…

More from beforeitsnews.com

## 'Flash Boys' and the Speed of Lies @ Forex Factory

In the last few months, I have had a strange and interesting experience. In early April, I found myself the main character in Michael Lewis's book "**Flash Boys**." It told the story of a quest I've been on, with my colleagues, to expose and to prevent a lot of outrageous behavior in the U.S. stock
forexfactory.com/news.php?do=news&id=497707

More from forexfactory.com

# `Flash Boys' and the Speed of Lies: Katsuyama: Video …

Aug. 4 (Bloomberg) — On "Morning Must Read," Bloomberg's Tom Keene recaps the op-ed pieces and analyst notes that provide insight into today's headlines.
   bloomberg.com/video/-flash-boys-and-the-speed-of-lies-k…

More from bloomberg.com

# 'Flash Boys' and the Speed of Lies : Economics

reddit: the front page of the internet … use the following search parameters to narrow your results: subreddit:subreddit
   reddit.com/r/Economics/comments/2cmmxk/flash_boys_an…

More from reddit.com

# Obama turns to Silicon Valley for fund-raising for Democrats …

San Jose, California: President Barack Obama warned tech leaders on Thursday to dig deep in their wallets to fund Democratic candidates and feel a sense of urgency about congressional elections in November or risk further gridlock in Washington and a failure to move on their priorities. Obama was
   firstpost.com/world/obama-turns-to-silicon-valley-for-f…

More from firstpost.com

# Rand Paul Opening Silicon Valley Office to Fund Expected …

Rand Paul Opening Silicon Valley Office to Fund Expected Presidential Run. 1,417. … "There's a lot of smart people in Silicon Valley, … wealthy"—one political analyst told the Chronicle that the Bay Area is now home to some of "the least loyal Democrats" in the country, …
   valleywag.gawker.com/rand-paul-opening-silicon-valley-office-t…

More from valleywag.gawker.com

## How Silicon Valley Could Destabilize The Democratic Party ...

In the 1970s and 1980s the politics of **Silicon Valley's** leaders tended more to … They also tend to have progressive views on gay marriage and climate change that align with the gospel of the Obama Democratic Party. In the … The **Democrats** are the party of the rich and have …

forbes.com/sites/joelkotkin/2014/01/09/how-silicon-v...

More from forbes.com

## Can **Silicon Valley** disrupt the Democratic Party? – CNN.com

… an upstart candidate backed by some of tech's biggest names, is looking to take **Silicon Valley's** transformational vision to Washington. SET … The financial muscle of **Silicon Valley Democrats**, … An advocacy group backed by hedge **fund** tycoon Tom Steyer is set to unleash a …

cnn.com/2014/03/12/politics/silicon-valley-democr…

More from cnn.com

## Silicon Valley funds group aiming to register five million ...

**Silicon Valley funds** group aiming to register five million new conservative Christians for 2012 election. … Democratic organizers also attest to the potential, which has prompted religious advocates on the left to expand their organizing efforts.

sanfranciscosentinel.com/?p=157992

More from sanfranciscosentinel.com

## How does **the Democrat** party have a chance in raising ...

Answer 1 of 1: The democratic party does accept **funds** from corporations. Suggest you look here: … **Silicon Valley**: What does **Silicon Valley** get from support for the Democratic party? **How** do political parties raise **funds** for campaigning and to pay staff?

quora.com/Political-Fundraising/How-does-the-Democr…

More from quora.com

# A guide to **Silicon Valley's** top political donors

**Silicon Valley** may be 3,000 miles away from Washington, … If there is a Democratic bent in **Silicon Valley**, … which has disbursed **funds** to candidates in both parties. Zuckerberg was friendly with Obama on the campaign trail, …

dailydot.com/politics/guide-silicon-valley-political-d…

More from dailydot.com

# **Silicon Valley Democrats** Neck and Neck After Massive …

**Silicon Valley Democrats** Neck and Neck After Massive Fundraising Haul for House Primary. Print article Send a Tip. … now that he and Singh have roughly the same amount of **funds** to spend on advertising and outreach. …

breitbart.com/Breitbart-California/2014/05/23/Silicon-V…

More from breitbart.com

# Campaign 2014 Special Report: **Silicon Valley Democrats** At …

One of the most closely watched Congressional races in the nation is happening right here in **Silicon Valley**. … **Silicon Valley Democrats** At Odds Over … "People know the kinds of results I brought in. Things that brought in **funds** that created jobs like the BART to …

sanfrancisco.cbslocal.com/2014/05/30/campaign-2014-special-report-s…

More from sanfrancisco.cbslocal.com

# **The** Republican Budget Cut that Would Crush **Silicon Valley** …

**The** GOP Plan to Crush **Silicon Valley** What will become … House Republicans are seeking far greater cuts in non-defense spending than Senate **Democrats**, … to happen when Congress reconvenes is that **Democrats** and Republicans will agree on a continuing resolution that will **fund the** government …

newrepublic.com/article/114329/republican-budget-cut-woul…

More from newrepublic.com

## The Political Leanings of Silicon Valley — NYMag

Facebook founder Mark Zuckerberg surprised everyone today by agreeing to host a **fund**-raiser for New Jersey governor Chris Christie, … People often assume that because **Silicon Valley** tech companies are filled with hip, … Both **Democrats** and Republicans Are Trying to Politicize Ebola.
   nymag.com/daily/intelligencer/2013/01/political-lea…

More from nymag.com

## If Republicans Are So Great For Business, Why Does Silicon …

If Republicans Are So Great For Business, Why Does **Silicon Valley** Support **Democrats**? By Henry Blodget February 16, … A partner at **Silicon Valley** venture capital firm Greylock, Reid has invested in Facebook, Zynga, and many other companies.
   finance.yahoo.com/blogs/daily-ticker/republicans-great-busi…

More from finance.yahoo.com

## Silicon Valley Democrat tops in fundraising, even though he's …Y

Former Obama official already amassing **funds**, … Longtime **Silicon Valley Democrat** wrangler Wade Randlett, … House Democratic leader Nancy Pelosi was at one of Khanna's fundraisers but "supports Pete Stark," said Jennifer Crider, …
   mercurynews.com/ci_19922331

More from mercurynews.com

## President Obama meets with Apple's Steve Jobs, heads to Palo …

… President Barack Obama on Thursday stopped in **Silicon Valley** for the one thing this high … he sought **funds** for the Democratic National Committee. Advertisement "It's an extraordinary honor to host the … Obama's stop in the Bay Area scored big money for the **Democrats**, …
   siliconvalley.com/ci_16402906

More from siliconvalley.com

## The Amazing Money Machine – Joshua Green – The Atlantic

**How Silicon Valley** made Barack Obama this year's hottest start-up. … The Amazing Money Machine. … By November, North and Gorenberg were among the top Democratic **fund**-raisers nationwide. On election night, …
   theatlantic.com/magazine/archive/2008/06/the-amazing-mone…

More from theatlantic.com

## Silicon Valley entrepreneurs envision mutual funds for …

**The** term of choice in political giving these days is straight out of the world of finance: donors have become "investors." Now, liberal California venture capitalists have come up with the natural corollary: political "mutual **funds**." **The** new venture, being launched Monday, is the work of Andy and
   wndu.com/news/nationworldnews/headlines/11578266.html

More from wndu.com

## Pressing Fwd.us: How Silicon Valley's $50 Million Bet on …

… **How Silicon Valley's** $50 Million Bet on Immigration … who helped bankroll the project and personally helped convince an elite mix of **Silicon Valley** CEOs and investors to **fund the** … But after mulling **how** taking action might affect the prospects for **Democrats** in …
   recode.net/2014/10/15/pressing-fwd-us-how-silicon-va…

More from recode.net

## 12,000 MISSING TESLA ELECTRIC CARS! WANING DEMAND, TESLA PUMPING STOCK, COOKING THE BOOKS???

- Many have charged that Tesla's own shareholders are the buyers of Tesla's in order to make demand look better.

– Bad reputation from Tesla and fraud lawsuits against Elon Musk taking their toll

– GOP Congress in January to investigate Fed and White House "stock Pumping" with "fine tooth comb"

– GOP Senator: "If we find out the White House is helping Tesla "pump stock" in order to protect Tesla's, and the White House's, mutual cross-investment, then that could mean felony jail time for somebody.."

**FROM THE CANTECH LETTER:**

http://www.cantechletter.com/2014/11/geeks-reading-list-week-november-21st-2014/

**The Mystery of 12,000 Missing Teslas: Overseas Boom or Waning U.S. Demand?**

I have to be very careful what I say here, however, as a general rule, declining demand in the early adopter market is not a promising development for a technology company, or, in the case of Tesla, an automobile manufacturer. As with other remarkable observations regarding Tesla (fires, Trabant level reliability, etc.) no doubt a positive spin will be placed on this or, alternatively, aspersions will be cast on the data themselves. Nonetheless, as I said, declining demand in your early adopter market, especially when it is the US, is never a good sign. Never, ever, ever, a good sign.

"Tesla Motors (TSLA) is slowly ramping up production. Demand for its electric sedans allegedly remains high. Yet far fewer of the vehicles are making their way onto U.S. roads this year. In the first nine months of 2014, the number of U.S. registrations of Tesla vehicles fell by one-third to 9,331, according to an analysis of public records by Hedges & Co., an Ohio-based market-research firm. In the same period, however, Tesla said it delivered 21,821 cars—a 40 percent increase from a year earlier. What happened to the other 12,490 cars?"

About Brian Piccioni

Brian is a Partner at J Capital Partners, a new breed of investment bank focused on non resource growth companies with special emphasis on technology companies. He has been part of the technology industry for a third of a century. For 13 years he was an electronics designer and software developer. He designed early generation PCs, mobile phones (including cell phones) and a number of embedded systems which are still in use today. He then became a sell-side research analyst for the next 20 years, where he was ranked the #1 tech analyst in Canada for six consecutive years, named one of the best in the world, and won a number of awards for stock-picking and estimating.

He started writing the Geek's Reading List about 10 years ago. In addition to the company specific research notes he was publishing almost every day, the Geek's Reading List was a weekly list of articles he found interesting – usually provocative, new, and counter-consensus. The sorts of things he wasn't seeing being written anywhere else.

They were not intended, at the time, to be taken as investment advice, nor should they today. But, investors need to understand crucial trends and developments in the industries in which they invest. Therefore, these comments may actually help investors with a longer time horizon. Not to mention they might come in handy for consumers, CEOs, IT managers … or just about anybody, come to think of it. Technology isn't just a niche area of interest to geeks these days: it impacts almost every part of our economy. In a way, we are all geeks now.

## TESLA MOTORS – ANOTHER WALL STREET SCAM – James Quinn …

There's one story in cleantech today: **Tesla Motors'** public sale. The electric car maker just raised the bar on its IPO, slated for tomorrow, increasing the number of shares for sale from

11.1 million to 13.3 million.

seekingalpha.com/instablog/239719-james-quinn/80801-tesla-…

Even FORBES admits **Tesla is a Scam**! | PUBLIC CRIME INVESTIGATIONS

hot articles. elon musk under investigation; gawker media skewered; the questions **tesla motors** refuses to answer: the crime of the century; ebola can wipe out 70% of america!

boycotttesla.wordpress.com/2013/05/27/even-forbes-admits-tesla-is-a-…

**Tesla Motors** another big **scam**? – Stormfront

The Fine Print in **Tesla's** IPO: No Profit, No Product, No Problem By SAM GUSTIN Posted 5:00 PM 02/03/10 So what if **Tesla Motors**, the luxury electric-car maker, lost $31 million in the first nine months of last year and $236 million since its inception.

stormfront.org/forum/t724957/

**Is Tesla Motors'** Revived Competitor a Legitimate Threat? (TSLA)

**Tesla Motors** (NASDAQ: TSLA ) has been on a stock price roller-coaster ride over the last year, … **Tesla is** building out its Supercharger station infrastructure in order to provide convenient power for its electric vehicles.

fool.com/investing/general/2014/06/08/is-tesla-mot…

Top 1 Complaints and Reviews about **Tesla Motors**

**Tesla Motors**. Home > Automotive > Auto Manufacturers. Are you this business? Learn about … On May 15, 2008, I received an email from **Tesla** stating that **Tesla** had established a comprehensive warranty of 3 years/36,000 miles, …

consumeraffairs.com/automotive/tesla_motors.html

Complaints | Forums | **Tesla Motors**

… the public forum is flooded with all caps complaints about the car, while there is little such action in the private forum…Odd, at best. michael1800 … Copyright © 2014 **Tesla Motors**, Inc. All rights reserved. Legal & Privacy; First Responders; Choose Region; MY **TESLA** | Contact | Sign In;

teslamotors.com/forum/forums/complaints

**is tesla a scam** | IEDEI

Posts about is **tesla a scam** written by Syed … **Tesla Motors** has never been a company which has been able to back up their rhetoric with a product as advertised, market or sell anything other than a rebodied Lotus Elise with a bunch of batteries in it, OR bring anything to the market as they …

iedeiblog.com/tag/is-tesla-a-scam/

Another **Tesla** Roadster **Scam** on cars.com – **Tesla Motors** Club …

Yes $24,590 has to be a **scam**. While on the low side the I can believe the $73,300 bid on ebay.

teslamotorsclub.com/showthread.php/6753-Another-Tesla-Roadste…

**Tesla** Secret Review – Is **Tesla** Secret a **Scam** ?

Transcript 1. **Tesla** Secret Review- Does **Tesla** Secret Really Work? **Tesla** Secret is a guide to build your own generator.

slideshare.net/jesstalbi/tesla-secret-review-is-tesla-se…

**Tesla's** Elon Musk & NY Times: Disturbing Discrepancies On …

Musk promised a blog post from **Tesla Motors**, with further details from the car's data log, would be "coming soon." Data logging, he noted, has to be approved by customers, but it's always turned on for journalists.

490

greencarreports.com/news/1082296_teslas-elon-musk-ny-times-di…

**Tesla Motors Scam** | iiciimlucknow.com

**Tesla Motors Scam** Related Information; Model S Reviews | **Tesla Motors**. Consumer Reports is calling the **Tesla** Model S the best car it has ever tested.

iiciimlucknow.com/?p=Tesla+Motors+Scam

**Tesla Motors** Reviews | Glassdoor

**Tesla** doesn't actually have management training like most other corporations. Control spending habits of store managers and service managers. … Glassdoor has 165 **Tesla Motors** reviews submitted anonymously by **Tesla Motors** employees.

glassdoor.com/Reviews/Tesla-Motors-Reviews-E43129.htm

**Tesla Motors** and the 'Great American Jobs **Scam'** | JSTOR Daily

Earlier this month, electric car maker **Tesla Motors** announced it would build a huge battery factory in Nevada. In return, the state will give it $1.25 billion in tax breaks, electricity discounts, and other perks over the next 20 years.

daily.jstor.org/tesla-motors-and-the-great-american-jobs-…

Consumer complaints for **Tesla Motors** – Serving the Silicon …

BBB's Consumer Complaints for **Tesla Motors**. … **Scam** Source; Programs & Services. … **Tesla Motors** has reached an agreement with *** ***** and we believe this matter is now closed. 01/01/2014: Delivery Issues | Read Complaint Details. X. Complaint

bbb.org/losangelessiliconvalley/business-reviews/…

**Tesla Motors** (TSLA): ZEV Carbon Credits, Subsidies and the …

An article posted on InsiderMonkey about just how **Tesla Motors** Inc (NASDAQ: TSLA) … such modeling would be much harder to do because there is no way of knowing how many one percenters would not buy a **Tesla** roadster or whatever if it weren't for a generous subsidy or tax break of …

> smallcapnetwork.com/Tesla-Motors-TSLA-ZEV-Carbon-Credits-Subs…

California Car Dealers File Complaint Over **Tesla Motors** …

And that's a fact that I am sure **Tesla Motors** has already figured out. Image of **Tesla** Model Scourtesy of **Tesla Motors** … Global Oil **Scam**." California is a victim of this **scam**. To avoid the gasoline price, rip-off, plug your **Tesla** S, electric car into your household, …

**3P**triplepundit.com/2013/10/california-car-dealers-file-compl…

Future Feeder » Blog Archive » **Tesla Motors**

**Is Tesla Motors** considering licensing their proprietary technology to other manufacturers such as Honda or Toyota? … Ramirez's foes claimed they were trying to protect the public from a "**scam** artist" who didn't have a viable business. And by the time they were done, …

> futurefeeder.com/2006/07/tesla-motors/

How **Tesla Motors** Really Makes Money… From Taxpayers …

How **Tesla Motors** Really Makes Money… From Taxpayers. … **Tesla** didn't generate a profit by selling sexy cars, … yes, unicorn beams, which are the same things that are used for the 'carbon credits' **scam** – everyone who thinks there's a meal for free is either eating on someone else's …

frontpagemag.com/2013/dgreenfield/how-tesla-motors-really-…

**Tesla** outsells Porsche, Jaguar, others in Calif.

Of course, CEO Elon Musk has a long ways to take **Tesla** before it truly becomes a permanent player in the automotive world. It not only has to hit this year's sales target, but keep the momentum going into next year.

usatoday.com/story/money/cars/2013/08/26/tesla-models-…

**Tesla Motors** | Switch2Freedom

Timothée Rischmann, spécialiste produits chez **Tesla Motors**, … My Personal/ Review/Come Up From Mca **Motor** Club Of America **Scam** in 2014; Home; Get Your Video Blog Now © 2014 Switch2Freedom. All Rights Reserved. · Setup Video Blog · ·

switch2freedom.com/tag/tesla-motors/

JB Straubel – Wikipedia, the free encyclopedia

… 1975) is part of the founding team and the Chief Technical Officer of **Tesla Motors**, an electric car company based in Palo Alto, California At **Tesla**, Straubel oversees the technical and engineering design of the vehicles.

en.wikipedia.org/wiki/JB_Straubel

**TeslaMotors** Reviews – Consumer Reviews of **Teslamotors**.com …

Online Business Reviews: Find Trustworthy Sites, Avoid **Scams**. SiteJabber was developed in part with a grant from the US Government's NSF. SiteJabber for Business. Home; Write a Review; Consumer Tips; Best of 2014; Index; Press; Log in; Sign up; **TeslaMotors** reviews

sitejabber.com/reviews/www.teslamotors.com

**Tesla Motors** | Government Waste, Fraud and Abuse

Tag Archives: **Tesla Motors**. Don't Let The Sun Go Down On Me. Posted on May 4, 2012 by Richard Billies. With sincere apologies to Sir Elton John, this must be the song that Barack Obama is singing.

wastefraudandabuse.org/tag/tesla-motors/

U.S. Dealer Group Seeks **Tesla** Meeting on Retail Plans …

… , said it's seeking to meet with electric-car maker **Tesla Motors** Inc. about its retail network plans. Sign in with Facebook Or use your Businessweek account. … **Tesla**, which is using

using … 'Outright **Scam'**

[businessweek.com/news/2012-10-23/dealer-group-leaving-tesl…](businessweek.com/news/2012-10-23/dealer-group-leaving-tesl…)

**Tesla** Model S review – Engadget

**Tesla** Model S interior + See all 30. Along the top is a sort of status bar, showing the outdoor temperature, a simple representation of the battery life for the car, the name of the currently loaded driver profile, …

[engadget.com/2013/02/07/tesla-model-s-review/](engadget.com/2013/02/07/tesla-model-s-review/)

More Links…

The Secret **Tesla Motors** Master Plan (just between you and me) | Blog | **Tesla…**

**As** you know, the initial product of **Tesla Motors is a** high performance electric sports car called the **Tesla** Roadster. I have been trying to follow that subject for a number of years, but they will no longer talk to me, Was that a **Scam**?

[teslamotors.com/blog/secret-tesla-motors-master-plan-just…](teslamotors.com/blog/secret-tesla-motors-master-plan-just…)

**Tesla** Secret is a **Scam.**

Venmar **Motor** Replacement. There is no doubt Nikola **Tesla** was a brilliant man but there is no evidence that he ever discovered This **scam is** very similar to Earth for Energy in that it is an e-book of plans that is sold through a network of affiliates who receive generous 75% commissions on sales.

[nlcpr.com/Deceptions15.php](nlcpr.com/Deceptions15.php)

**Teslas Scam**, **tesla**

Free **Tesla** Power Device **Scam**? **tesla** perpetual motion car. **tesla** ametek permanent magnet **motor** generator. **tesla** free energy magnetic **motors** plans. **tesla** how to wire a magnetic **motor** starter. Standard Gibbs Energy Difference.

494

familywealthnet.com/device/geusha/index.html

**Tesla Device Scam, Tesla**

Download **Tesla** Generator Blueprints Free. **Tesla Motors** History. Best Plans **Teslas** Fuelless Generator. Permanent Magnets Power. 20314 – PERPETUUM MOBILE – Eslas Fuelless Generator **Scam**.

jssinternationalschoolooty.com/power/0QF65OH/index.html

**tesla-motors. STOCK SCAM**

tesla-motors.ru

**Tesla Motors — A TRICK TO SELL SILICON VALLEY VC'S LITHIUM DEALS IN AFGHHANISTAN**

**Tesla Motors** — американская автомобильная компания из Кремниевой долины, ориентированная на производство электромобилей. Названа в честь всемирно известного электротехника и физика Николы Теслы.

ru.wikipedia.org/wiki/Tesla_Motors

**Tesla Motors | BGR**

On Thursday, Elon Musk tweeted out what looked like a partial unveiling of the **Tesla Motors** D and a hint that he may be unveiling something else in next week's **Tesla Motors** announcement.

bgr.com/tag/tesla-motors/

**Even FORBES admits Tesla is a Scam! – DAILY NEWS GLOBAL…**

App Authentication Flaw Creates **Tesla Motors** Hack Concern. Your **Tesla** can spy on you and drive you off the road on command. NATIONAL REVIEW AND OTHERS, say: "Khorasan is A **Scam**".

Nthenewsdaily.org/even-forbes-admits-tesla-is-a-scam/

http://www.reddit.com/r/news/comments/2nhdjd/
former_doe_official_critics_of_the_clean_energy/

http://www.reddit.com/r/inthenews/comments/2nik9w/doe_funding_was_organized_crime/

# .Summary

This book, along with the hundreds of thousands of pages of linked evidence, prove the following:

- There was a very clear cover-up, and retribution attack program by Eric Holder DOJ and White House staff.

- Over 150 people have offered to testify, before the U.S. Congress, on a live public TV debate to prove that the DOE Cash was an organized crime kick-back scheme. They have offered hard documentation of all the events documented herein.

- Steven Chu's nomination was organized by the law firm of Covington and Burling which is also the law-firm that Eric Holder worked for. Covington and Burling is retained by most of the Wall Street investment banks and corporations.

- Steven Chu and his associates had investments in the lithium battery industry and did not support fuel cells, hydrogen, ultra-capacitors, energy harvesting or other technologies that competed with their lithium-ion investments. Steven Chu and his associates took specific action to damage any industry that competed with the lithium battery industry

- Senior White House staff including Rahm Emanual, Steven Rattner, David Plouffe, Robert Gibbs, David Axelrod, Jay Carney, Bill Daley, Erick Strickland and others, suddenly quite their White House and senior agency head jobs, in a bad economy, with no higher paying options. These departures all happened immediately upon receiving documents from investigators questioning the situation.

- Recently acquired "lost" emails show that White House staff ordered "hit-jobs" on reporters such as Attkisson and Woodward who started to expose issues in the incident and members of the public in retribution for reporting the crimes.

- The CIA published multiple reports stating that "over a trillion dollars of Lithium for electric cars" and Indium for Solyndra-type solar tubes "could be harvested in Afghanistan". Silicon Valley campaign investors involved in the incident held major positions in these assets.

- Goldman Sachs is now under investigation, by multiple agencies, and has been charged with billions of dollars of commodity market manipulation and was connected to every investor in the case. Afghan minerals are "commodities". Sachs took money in stock trading, finders fees, intermediary fees and other "pass-along" routes. DOE staff have pointed to Goldman Sachs as one of the   key architects of the scheme. Goldman Sachs has

now been called before the U.S. Congress as part of escalating investigations into their activities.

- Rahm Emanual  s senior aide in charge of finance was indicted for corruption and racketeering. Amer Ahmad, Rahm Emanual's senior finance aide was arrested for conspiracy, corruption and racketeering. He pleaded guilty in federal court to charges that he steered state business to his financial adviser in exchange for more than $500,000 in kickbacks.

- The Department of Energy hired IBM Consulting to   evaluate   auto loan applications when IBM Consulting staff had little or no experience in the auto industry. The IBM staff operated from a small office of a Chinese Church in Virginia. IBM abandoned that office when confronted about it. Witnesses have charged that Steven Chu told this IBM group what results to come up with in order to rig the applicant progress in favor of campaign donors. In fact, history has now shown that only campaign donors received funding and every single non-campaign donor was sabotaged and/or cut-out.

- Panasonic battery company has been charged with bribery, dumping, price fixing and thousands of deaths in other countries. Panasonic makes the batteries for Tesla

- Dianne Feinstein lobbied for Tesla and Solyndra to get the adjacent properties on land related to her family, in Fremont California. She lobbied against any competing parties getting that land. Her family owned the construction company to build the buildings, the leasing company to lease the buildings, the staffing company to hire the employees and owned insider trading stock in the companies that supplied some of the materials to Tesla and Solyndra. Her husband had ownership connections to the adjacent railroad properties.

- The computers of Dianne Feinstein, and her family, were hacked by federal investigative agencies in order to examine her potential involvement with charged illicit activities.

- Senior White House staffer Rahm Emanuel had a personal relationship with Department of Energy   Evaluation Center   Argonne National Labs

- In March 2012, Rod Blagojevich began serving a 14-year sentence in federal prison following conviction for corruption including the soliciting of bribes for political appointments including the 2008 vacant U.S. Senate seat of then-President-Elect Barack Obama, while in public office. The case pointed to White House staff Rahm Emanuel and Valerie Jarrett, who had dealings with Blagojevich. Jarrett  s White House tenure was delayed by FBI investigations.

- The services of Covington and Burling were paid for by Silicon Valley Vc's

- Almost every decision by Steven Chu, while at the Department of Energy, only benefited entities connected to Silicon Valley Vc's

- Under Steven Chu, more companies got more money and went bankrupt faster than ever before, relative to all of recorded human history

- Steven Chu had prior existing personal relationships with Silicon Valley Vc's

- Steven Chu hired his staff from a list provided by Silicon Valley Vc's

- At taxpayer expense, Steven Chu's staff commuted back to Silicon Valley on private jets, each weekend.

- The DOE fees for campaign backers were waived, but just for campaign backer's companies

- Silicon Valley Vc's had their companies manipulate internet search engines to up-rank DNC candidates and down-rank GOP candidates per communications with Senior White House staff

- NASA gave The NASA AMES airfield and jet fuel to Silicon Valley Vc's at the direction of White House Staff and California Senators. This appears to be a campaign    thank you gift.

- Silicon Valley Vc's compensated McKinsey Consulting staff for authoring White Papers for The White House and the U.S. Congress which only discussed the positive aspects of companies which happen to have been owned by Silicon Valley Vc's . Some Mckinsey staff have now been indicted and jailed for stock market manipulation.

- Deloitte consulting was both the accountant for DOE applicants and a DOE reviewer for DOE funding

- Whistle-blower Gary D. Conley, who railed against the inequality of federal actions on behalf of Silicon Valley Vc's, was found with a bullet in his head under questionable circumstances

- Wall Street Journal energy industry reporter David Bird, while investigating part of this story, has disappeared and even the FBI can   t find him.

- Consultants for Tesla Motors submitted multiple documents to the U.S. Government which stated that the Tesla batteries could cause cancer when they burned or out-gassed

- Consultants for Tesla Motors submitted multiple documents to the U.S. Government which stated that the Tesla batteries were mounted in a configuration which make them more likely to blow up than in any other configuration

- Panasonic provided documents to the U.S. Government which stated that Tesla Batteries "were not authorized for automotive power use".

- Eric Strickland, The Head of the National Safety Agency, quit his job 48 hours after receiving news from reporters that they knew he had manipulated Tesla's safety data. He had been given numerous reports on the safety dangers of both GM and Tesla vehicles, yet ignored these reports for long periods due to requests to    not upset campaign donors  .

- The applications for DOE funding by applicants who were not campaign backers were manipulated by Steven Chu and his staff. In a public, side-by-side comparison, today, of the applicants documents, almost none of the    winners    would have qualified.

- Steven Chu's nomination docket was almost entirely set-up by Silicon Valley Vc's

- Dianne Feinstein's husband is on the Silicon Valley VC group list.

- An inordinate number of Steven Chu   s DOE awardees needed the minerals which existed in Afghanistan

- Solyndra needed Indium from Afghanistan. Silicon Valley Vc   s had a business interest in mining efforts for Indium in Afghanistan.

- The Silicon Valley Vc's held featured stock in Afghan minerals

- The Silicon Valley Vc's held featured stock in lithium battery profits

- McKinsey Consulting provided both the congressional pitch papers AND the Staff for Steven Chu, which were then used to pitch the    winning    of DOE money by the very people who paid McKinsey.

- A plane crashed with three senior Tesla staff in it. One of them was a whistle-blower. All 3 were killed. One was known to be a whistle-blower.

- Tesla broke federal law by claiming to not be near bankruptcy when it submitted it's Section 136 documents. Elon Musk is now recorded on TV saying Tesla was about to go bankrupt when it was applying for the DOE ATVM loan, this is a violation of the law.

- Tesla claimed, in its application to DOE, that, as of Today, it would have sold over $1 million Tesla   s. It has only sold 20,000 and the cost to sell those 20,000 has been hirer than any car in history, mostly due to mismanagement.

- Steven Chu manipulated federal filing documents to hide Tesla's application falsehoods

- In a public side-by-side comparison, almost none of the companies that received Department of Energy funding would have won over the other applicants

- All of the hundreds of Department of Energy applicants who were tossed out of the DOE funding process had not made campaign contributions

- The few "winners" of the DOE funding just happened to be connected to the largest campaign funders

- Stock market analysts, including researchers from the book:    FLASH BOYS   , featured on 60 Minutes, have documented, all will provide in public hearings, evidence of Tesla Motors pumping it   s stock in order to mask bad news that appears in the press about Tesla

- The "winners" of the DOE money used the DOE money to manipulate public stock market metrics by booking the loans as profits, or credits, in order to    cook their books and grab windfall profit    scrapes    before the stock fell again. They    skimmed off the top    according to stock market analyst-investigators.

- The lawyers from Perkins Coie held private meetings with Steven Chu's staff in coordination for special interest favors for their clients.

- Over, three different 60 Minutes broadcast episodes apply to this case

- Over 80 of the promises in Tesla's DOE filings never came true. Former DOE staff attempted to destroy Tesla, and other, application documents but Senate investigators acquired pre-destruction copies from DOE staff who were not willing to be unethical.

- Senior White House staff communicated regularly with Silicon Valley Vc's from before, during and after the election

AS OF TODAY, THE STATE AND FEDERAL GOVERNMENT HAVE REFUSED TO ENGAGE IN A SINGLE PUBLIC HEARING, OR HELP ANY OF THE WITNESSES THAT COOPERATED WITH INVESTIGATORS.

AS OF TODAY, THE LOSSES TO U.S. TAXPAYERS EXCEED SIX TRILLION DOLLARS; AND ARE CLIMBING.

# .What Next?

.

# BEYOND SOLYNDRA...

At least one trillion tax payer dollars were lost in the Cleantech Crash from 2007 to 2013. You heard about Solyndra ,but you may not have heard about the rest.

The U.S. Treasury, FBI, OPM, GAO, and other agencies, and news outlets have now confirmed the, minimum, losses to be one trillion taxpayer dollars. The final number is expected to be much higher.

The case is an embezzlement, kick-back, illegal lobbying and stock market rigging case involving well known public figures.

The cost , to them, of doing crimes against the public, though, is turning out to be high. Let's take a look at how well it worked out for the perpetrators; every single one of which is connected to the other via stock, transactions, beneficiary status, "unjust rewards" tracking, illicit ownerships, political efforts and surveillance communications.

MORAL: WHEN YOU DO CRIMES AND CORRUPTION, AGAINST AMERICAN CITIZENS; IT DOES NOT END WELL FOR YOU

Accused of: Revolving door jobs for Lobbyists and Senator's staff; Real estate kickback scheme re: Tesla & Solyndra properties; abuse of tax incentives in exchange for campaign contributions, abuse of cleantech credits in exchange for campaign issues; improper relationships with Senators; Kick-backs; Fraud lawsuits underway; running a "DO NOT FUND" list to protect Silicon Valley Cartel; Arranging quid-pro-quo funds-for-campaign contributions and funds-for-SEO-rigging and funds-for search-engine-mood manipulation; kickbacks; Ran Illuminati-like frat- house boys club with goal of taking control of government policy process and creating monopolies which only profited their cartel; Misdeeds recorded by multiple law enforcement and intelligence agencies; Colluded together to rig markets in order to cut out those who were not in "the club"; Colluded on database to ensure that no VC funded a "black-listed" non-club member; Ordered Silicon Valley web companies they controlled to run SEO and perception manipulation programs to control voters perceptions; Pretended to review entrepreneurs new ideas and then rejected the good ideas and handed them over to another VC in "the club" so that VC could have their "entrepreneurs in residence" copy the ideas without paying the creator of the idea; Organized vast whitepaper authoring program with McKinsey Consulting which was distributed to Congress and White House to sell funding of DOE ATVM & LG programs which they had pre-rigged to benefit only companies they already owned part of; Fully meets definition of "Organized Crime"; Arranged with White House staff to make sure only their companies got funded in exchange for campaign cash and services to DNC candidates; Pre-acquired investments in minerals found almost exclusively in Afghanistan and then promoted Afghan war in order to monopolize those mining monopolies; and more…

About now, you might be thinking that interdicting, and terminating, an epic political Coup, and kick-back scheme is just too daunting of a task. Actually: IT IS EASY!

You have over 300 million voters and citizens who also think this is a crime and they do not like political corruption one little bit. They will help you.

When you peel the onion with overt transparency, and take down each of the individual bad guys, and their assets, the interdiction rapidly snowballs into a highly effective crime-stopper effort.

You will find, in no time at all, that the whole pool of corruption can be diffused, gelded and over-sighted.


**.Cleantech Karma: The Take-downs**


Let's take a look at some of the Karma the key suspects have already brought upon themselves:


Key suspects in the Cleantech Crash Scandal and their **_"karma"_**:

**Steven Chu** - Secretary of Energy **(Sent packing/fired/forced to resign. Sued for corruption. publicly shamed by news media and Congress. Under ongoing investigation and surveillance)**
===
**Lachlan Seward** - Manager to Steven Chu **(Sent packing/fired/forced to resign. Sued for corruption. publicly shamed by news media and Congress. Under ongoing investigation and surveillance))**
===
**Rahm Emanual** - White House strong-arm **(Sent packing/fired/forced to resign and his Chicago finance head was indicted for Corruption)(Under ongoing investigation and surveillance)**
===
**Robert Gibbs** - White House press secretary **(Sent packing/fired/forced to resign)(Under ongoing investigation and surveillance))(accused of political bribery and kickbacks; tax evasion, and more...)**
===
**David Axelrod** -  White House strategist **(Sent packing/fired/forced to resign)(Under ongoing investigation and surveillance))(accused of political bribery and kickbacks; tax evasion, and more...)**
===
**Barack Obama** - White House leader **(Under investigation. Universally disdained in the press. shunned by his own party)**
===
**Larry Summers** - White House finance head **(Fired)(Under ongoing investigation and surveillance))(accused of political bribery and kickbacks; tax evasion, and more...)**

===

**Bill Daley** - White House strong-arm  **(Sent packing/fired/forced to resign)(Under ongoing investigation and surveillance))**

===

**Steve Rattner**- White House Car Deals Director working in the West Wing and then with In-Q-Tel **(Fired- <u>Indicted in NY State for SEC Fraud/Corruption</u>)(Under ongoing investigation and surveillance))**

===

**Jay Carney** - White House press lead **(Forced to resign) (Under ongoing investigation and surveillance)**

===

**David Plouffe** - White House money packager. Arranged deals between VC campaign Donors **(Forced to Resign. Under ongoing investigation and surveillance))**

===

**Eric Holder** – Attorney General- DOJ **(Forced to resign) (Charged with staff & VC Protections and blockade of FBI and Special Prosecutor deployments in order to run the cover-up)(Under ongoing investigation and surveillance)**

===

**Larry Page –** Owner- Google **(Under ongoing investigation and surveillance)(accused of political bribery and kickbacks; tax evasion, and more...)**

===

**Eric Schmidt** – Owner- Google **(Under ongoing investigation and surveillance)(accused of political bribery and kickbacks; tax evasion, and more, a national coalition is actively exposing his sexual perversions, sex penthouses, etc...)**

===

**John Doerr** – Owner – Kleiner Perkins. "Godfather" - Silicon Valley Cartel **(Under ongoing investigation and surveillance))(accused of political bribery and kickbacks; tax evasion, and more...)( All of his personal assets, investments and portfolio holdings are under investigation and targeted for extinction)**

===

**Steve Westly** - Campaign Bundler **(Under ongoing investigation and surveillance))(accused of political bribery and kickbacks; tax evasion, and more...)( All of his personal assets, investments and portfolio holdings are under investigation and targeted for extinction)**

===

**Richard Blum** - Senator Feinsteins Husband **(He is now under investigation. Has had contracts interdicted by Congressional action)(accused of political bribery and kickbacks; tax evasion, and more...)**

===

**Ray Lane** – VC **(Charged with Federal Tax Fraud)(Under ongoing investigation and surveillance))(accused of political bribery and kickbacks; tax evasion, and more...)**

===

**Elon Musk** - CEO - Tesla **(Under ongoing investigation and surveillance) & in multiple lawsuits for fraud)(accused of political bribery and kickbacks; tax evasion, and more...) ( All of his personal assets, investments and portfolio holdings are under investigation and targeted for extinction)**

===

504

**Andy Bechtolsheim** – VC- Insider campaign backer **(He is now under investigation)(accused of political bribery and kickbacks; tax evasion, and more...)**
===

**Vinod Khosla** – VC Campaign backer **(Under ongoing investigation and surveillance)( in multiple lawsuits)(accused of political bribery and kickbacks; tax evasion, and more...Exposed in 60 Minutes and CNN news coverage)**
===

**Martin LaGod** – VC Campaign backer **(Under ongoing investigation and surveillance)(assets, investments and stock portfolio tracked and targeted)( All of his personal assets, investments and portfolio holdings are under investigation and targeted for extinction)**
===

**Ira Ehrenpreis** – VC Campaign backer **(He is now under investigation)(accused of political bribery and kickbacks; tax evasion, and more...) ( All of his personal assets, investments and portfolio holdings are under investigation and targeted for extinction)**
===

**Eric Strickland –** Head of Auto Safety agency **(Sent packing/fired/forced to resign)(he is now under investigation. Charged with cover-up of Tesla and GM auto dangers he had known about)**
===

**Tom Perkins –** VC Campaign backer **(He is now under investigation, slammed by public and media)(accused of political bribery and kickbacks; tax evasion, and more...)**
===

**In-Q-Tel, Inc.** - CIA off-shoot associated with Eric Schmidt, Google, Elon Musk and the Cartel leaders. Ran "hit-jobs" on Silicon Valley VC adversaries and reporters **(Sued, under investigation, exposed in multiple documentaries, under investigation for Cocaine trafficking)**
===

**Tim Draper** – VC Campaign backer **(Under ongoing investigation and surveillance))(accused of political bribery and kickbacks; tax evasion, and more...)( All of his personal assets, investments and portfolio holdings are under investigation and targeted for extinction)**
===

**Lloyd Craig Blankfein** - Head of Goldman Sachs and liaison in almost every single CleanTech company scam **(Under ongoing investigation and surveillance))(accused of political bribery and kickbacks; tax evasion, and more...) ( All of his personal assets, investments and portfolio holdings are under investigation and targeted for extinction)**
===

**Raj Gupta** - McKinsey Fixer **(Indicted, Jailed)(he is now under investigation)**
===

**Jacque Littlefield** **(Dead)**
===

**Brian Goncher** - Deloitte VC intermediary **(Under ongoing investigation and surveillance)) (accused of political bribery and kickbacks; tax evasion, and more...)**
===

**Goldman Sachs** – Financial packager **(Suspected of staging most of the TARP/DOE deals for personal gain & insider payouts)(Under ongoing investigation and surveillance)**
===

**Kleiner Perkins** - Campaign funding VC who **(Received massive windfalls from Russian mining & tech start-up rigging. Sued. Under ongoing investigation and surveillance)(Offices broken into by**

**federal investigators) All assets being tracked and terminated.)**
===
**Draper Fisher** – VC firm **(Campaign funder who received massive windfalls from Russian mining & tech start-up rigging)(Under ongoing investigation and surveillance)**
===
**Google, Inc.** - Data harvesting company **(Ran media attacks, stock market pump and dump PR hype and character assassinations)(accused of political bribery and kickbacks; tax evasion, and more...) (charged by EU, and most nations, with multiple abuses of the public. Has totally lost the trust of the public. Revenue loss increasing geometrically.)(Under ongoing investigation and surveillance)**
===
**Mckinsey Consulting** – Government services contractor **(Supplied DOE manipulation staff, manipulated white-papers to Congress and lobbying manipulation for the scam)(Under ongoing investigation and surveillance)**
===
**Dianne Feinstein** - Senator **(He is now under investigation) Wife of Silicon Valley Cartel Member Richard Blum(accused of political bribery and kickbacks; tax evasion, and more...) (Under ongoing investigation and surveillance)**
===
**Harry Reid** - Senator- Solar factory guru, Congress lead **(Accused of political bribery and kickbacks; tax evasion, and more...Forced out of Congress in shame) (Under ongoing investigation and surveillance)**
===
**Senator Calderone** – Senator **(Indicted & charged with corruption)**
===
**Leland Yee** - Senator **(Indicted & charged with corruption)**
===
**Arnold Schwarzenegger** -  Governor **(Accused of political bribery and kickbacks; tax evasion, illicit deal organization with Russians and more...)**
===
**Lois Lerner** – IRS head charged with running political hit-jobs **(Sent packing/fired/forced to resign) (She is now under investigation. Shamed in news media)(Under ongoing investigation and surveillance)**
===
**James Brown Jr** – Obama Programming lead in California **(Arrested for corruption)**
===
**Gawker Media & Nick Denton** – Character assassination service provider **(Sued multiple times, under federal investigation for tax evasion)(Under ongoing investigation and surveillance)**
===
**Daniel Cohen** – DOE Legal counsel **(Sent packing/fired/forced to resign)(Under ongoing investigation and surveillance)**
===
**Perkins Coi** – Law firm who sold lobby manipulation services **(Under federal investigation)**
===
**Jonathan Silver** – DOE VC **(Sent packing/fired/forced to resign)((Under ongoing investigation and surveillance)( Shamed in media for epic failures)**

===

**Bill Lockyer** – Calif State finance head <span style="color:red">((Under ongoing investigation and surveillance) and charged with corruption by media. Assets and ownerships under investigation)</span>

===

**Steve Jurvetson** – VC who manipulated Senate staff for Tesla cash <span style="color:red">((Under ongoing investigation and surveillance) All assets being tracked and terminated.)</span>

===

**Matt Rogers** – Mckinsey corruption operator reporting to Steven Chu <span style="color:red">(Under ongoing investigation and surveillance)(All assets being tracked and terminated.)</span>

===

**Steve Spinner and Alison Spinner**- Mckinsey corruption operator reporting to Steven Chu with secret connection inside Solyndra <span style="color:red">(Under ongoing investigation and surveillance) All assets being tracked and terminated.)</span>

As you can see, from these key examples, dark crimes lead to dark futures. More tough luck is known to be coming to those listed above. It is a known fact that every single name, above, is under review by the FBI, The GAO, Senate Ethics and industrial investigators.

The reaction, by most members of the public is, generally: *"What a bunch of stinking weasels!"*. The reaction, by law enforcement, will be indictments. The reaction by the history books is the badge-of-shame.

Any, or all of them, if named in public, federal or personal lawsuits, for their crimes and indiscretions, would have little, or no recourse, but to lose those cases and face public humiliation. The evidence from law enforcement, leaks, witnesses and other sources, against them, is now irrefutable.



.

.

.

.

.

.

.

## .As a member of the public, you can do the following:

- Call, FAX and email the FBI, GAO, OSC, SEC and your elected representatives and demand a public hearing about this scandal under a Special Prosecutor. Use this link to find your representatives: http://www.opencongress.org/people/zipcodelookup

- Do NOT vote for any politician who does not guarantee, in writing, to pass laws to end political corruption

- Write President Obama and tell him what you think. Copy your letter to all social media and news desks.

- Raise hell about this in all social media outlets, make websites, grow local anti-corruption groups

-

In the Age of Transparency, also known as The Great Disruption. Many document leaks have taken place, and more are expected, with particularly shocking data. The public has now become way moree savvy about information tools. This nexus of factors has created a new reality.

As billionaires and super-corporations become more prolific, their hubris, tone-deafness, and egotistic excesses seem to increase.

In this new age of equal access to all information, every member of the public now has access to the same investigation resources that the FBI and CIA have. Over 2000 online service providers will track down any crime, at any corporation or in any billionaies portfolio. You can, now, easily, hunt down the hookers, criminal expense accounts, tax evasion shelters, abuse of funds, insider trading, political bribes, mistresses, and other corporate mis-deeds of each and every executive at a company.

The lesson to the wise: If you are a cocky billionaire, or corporation, one week; you can now be an out-of-business corporation, or billionaire, the next week. Be honest, legal and moral and you won't get the axe.

WELL KNOWN PEOPLE AND COMPANIES THAT SUDDENLY VANISHED IN SCANDAL

BILL COSBY, FOREX, SOLYNDRA, ABOUND SOLAR, A123, ENERDEL, AMY PASCAL, E.F.HUTTON, RADIO SHACK, ENRON, MCI WORLDCOM, EASTERN AIRLINES, STANDARD OIL, ARTHUR ANDERSON, DELOREAN, PETS.COM, BEAR STEARNS, BEATRICE FOODS, HEALTHSOUTH, ALLEN STANFORD, TYCO, LANCE ARMSTRONG, PARMALAT, BANINTER, HSBC, GLOBAL CROSSING LTD., HIH INSURANCE, IMCLONE, DEUTSCHE BANK SPY CASE, URBAN BANK, JEROME KERVIEL, BARCLAYS BANK, BRE-X, FISKER, BARINGS BANK, PATRICIA DUNN, SIEMENS AG, PETROBAS, FERNANDO MARCOS, KELLOG BROWN AND ROOT, BAE SYSTEMS, KERRY KHAN, ALCATEL-LUCENT SA, PRESIDENT RICHARD NIXON… Who is next?

**Over 1000 things, that look like criminal proof of a crime, happened; yet famous politicians say** *"It was all just a coincidence! Pay no attention to that. Move along, move along".* **Do you believe them?**

**Did White House Staff Engage In A Silicon Valley Payola Scam?**

**Thomas L. - The Caller**

In a What-The-F*ck-ery so epic, it will make your eyes bleed to hear the details, this modern corruption scandal stretches the limits of the use of the political cover-up to the breaking point.

Are Elon Musk and John Doerr seriously thinking that they have bribed EVERY FBI agent in America? Musk and Doerr must be smoking crack to believe that not one single FBI agent will do their job and take them down. The FBI has a decent mix of Democrat and Republican agents. Even though Obama runs the FBI, and the NSA, there are a pretty large group of NSA and FBI agents looking to call his bluff. The FBI Director, Comey, is even a registered Republican. The bribery, kick-backs and corruption that Musk and Doerr engaged in, with tax payer resources, has now reached historical heights...or depths.

The facts prove that Obama's Silicon Valley campaign financiers made a deal with White House staff to get vast amounts of taxpayer cash put in their pockets by Obama's controlled people at the Department of Energy, under Steven Chu. They sabotaged, and attacked, anyone who tried to compete with, or report, their criminal scam. The Obama Administration has spent huge amounts of resources to have Eric Holder and Steven Chu try to cover up these kick-backs and payola operations.

The financial, ownership, stock residuals and emails prove that these activities took place and that they took place under the willful and covert direction of White House staff.

Let's take a look at some of the things that Obama's people are claiming were just coincidences:

In the Steven Chu Department of Energy Cleantech Crash Scandal, that cost taxpayers over a trillion dollars in losses, do you believe that all of those thousands of malfeasances, that lost taxpayers all that money, and that were all connected to the same exact handful of people, were just a big bunch of coincidences?

Do you believe that the fact that the aforementioned handful of people just happened to all be campaign financiers to Obama as well as the only recipients of the taxpayer money? Is that just a coincidence?

Is it possible that those few people, who were campaign financiers, who got the only cash hand-outs from the U.S. Treasury in all of America (out of 300 million Americans), as ordered by Obama's staff, just coincidentally had all of their competitors sabotaged by the same Obama staff at the same exact time?

Does your credulity begin to crumble when you realize that Elon Musk was a billionaire who had to get tens of billions of dollars of taxpayer money from an emergency fund which he publicly stated he had

no need for; after which he bought a new wife and a new mansion. Was it a coincidence that Elon Musk missed all of his agreed upon government milestones, had almost no customers and had massive technical failings in his products yet still kept getting more money from Obama?

Obama placed Eric Holder in office. Eric Holder came from Obama's fund-raising law firm. Holder halted every investigation into the Department of Energy and the Banker backers of the financial collapse. Is it a coincidence that they were all financially connected?

Obama placed Steven Chu in office. Steven Chu came from Obama's fund-raising VC firms. Chu halted every funding of competitors into the Department of Energy and their exclusive Banker backed "CleanTech" programs. Is it a coincidence that they were all financially connected?

Is it just a coincidence that Musk and Doerr controlled Afghan lithium mining, got military support for the minefield takeovers from, got exclusive rights to sell that lithium from, and funded the campaign of: **Obama?**

How can any reasonable person look at the facts, the hundreds of thousands of news stories, the documentaries and the reports, from the hundreds of witnesses, and not see why the White House has used "extraordinary tactics" to prevent a Special Prosecutor from examining the case?

It is very clear the Solyndra, The CleanTech Crash and the banking scandals leads straight back to The West Wing. It is very clear, to every investigator who has read the evidence, that Obama would be forced to resign, when all of the financial records are made public.

Obama has all of the bank vaults of the Silicon Valley billionaires to prop him up; but Elon Musk and John Doerr are not as protected. The White House may have ordered the Fed, The DOJ, Google and their other news media and the SEC to run coverage for Musk & Doerr but it has now become so blatant that the veneer has worn thin.

The cops may not get Obama, until after he is out of office, but Elon Musk and John Doerr are as dirty as they come, and need to be perp-walked now. Either the feds need to do it, or public spirited citizens need to walk up to them and arrest them on the spot.

•

# .Appendix 1

This book is authored by the users of the Internet. It follows a WIKI structure using collaborative creation tools.

This book is protected by UN Human Rights Directives, European EU authoring standards, Fair Use doctrine, Freedom of the Press, USA First Amendment Freedom of Speech rights, EFF Standards, and related protocols.

•

## .Department of Energy Contractors Suspected of Manipulating Funding Reviews For The Silicon Valley Cartel

**Transaction Number # 1**

IDV PIID : PIID GS10F0343K : DEAT0105ME00038: 89 (Delivery Order)

Recipient:

TECH AND MGT SERVIC

18757 N FREDERICK AVE , GAITHERSBURG, MARYLAND

Reason for Modification:

Funding Only Action

Program Source:

89-0323:Advanced Technology Vehicles Manufacturing Loan Program Account

Agency:

Department of Energy : ENERGY Department of Product/Service Code:

R499 : Other

Professional Services Description:

TAS::89 0323::TAS Recovery CONSULTING AND GENERAL SUPPORT

SERVICES INCLUDING BUSINESS ...

(View More) TAS::89 0323::TAS Recovery CONSULTING AND GENERAL SUPPORT

SERVICES INCLUDING BUSINESS PROCESS IMPROVEMENT ORGANIZATIONAL STUDIES AND ANALYSES FINANCIAL BUDGETARY

AND ECONOMIC ANALYSIS PROJECT MANAGEMENT SUPPORT ETC. ARRA::YES::ARRA

Date Signed:

September 21 , 2009

Obligation Amount:

$800,000

**Transaction Number # 2**

IDV PIID : PIID GS10F0343K : DEAT0105ME00038: 98 (Delivery Order)

Recipient:

TECHNOLOGY & MANAGEMENT SERVICES INC.

18757 N FREDERICK AVE , GAITHERSBURG, MARYLAND

Reason for Modification:

Funding Only Action

Program Source:

89-0323:Advanced Technology Vehicles Manufacturing Loan Program Account

Agency:

Department of Energy : ENERGY Department of Product/Service Code:

R499 : Other

Professional Services Description:

TAS::89 0323::TAS RECOVERY CONSULTING AND GENERAL SUPPORT

SERVICES INCLUDING BUSINESS ...

(View More) TAS::89 0323::TAS RECOVERY CONSULTING AND GENERAL SUPPORT

SERVICES INCLUDING BUSINESS PROCESS IMPROVEMENT ORGANIZATIONAL STUDIES AND ANALYSES FINANCIAL BUDGETARY

AND ECONOMIC ANALYSIS PROJECT MANAGEMENT SUPPORT ETC.

Date Signed:

December 10 , 2009

Obligation Amount:

$734,414

**Transaction Number # 3**

PIID: DECF0000018: 4 (Definitive Contract)

Recipient:

GRANT THORNTON INTERNATIONAL LTD

333 JOHN CARLYLE ST STE 500 , ALEXANDRIA, VIRGINIA

Reason for Modification:

Funding Only Action

Program Source:

89-0323:Advanced Technology Vehicles Manufacturing Loan Program Account

Agency:

Department of Energy : ENERGY Department of Product/Service Code:

R703 : Accounting

Services (NOTE: New code created for Financial Services See R710 below) Description:

TAS::89 0323::TAS

Recovery financial services to support the Advanced ...

(View More) TAS::89 0323::TAS Recovery

financial services to support the Advanced Technology Vehicle Manufacturers Loan Program. ARRA::YES::ARRA

Date Signed:

July 16 , 2009

Obligation Amount:

$684,210

**Transaction Number # 4**

IDV PIID : PIID GS10F0343K : DEAT0105ME00038: 67 (Delivery Order)

Recipient:

TECH AND MGT SERVIC

18757 N FREDERICK AVE , GAITHERSBURG, MARYLAND

Reason for Modification:

Funding Only Action

Program Source:

89-0323:Advanced Technology Vehicles Manufacturing Loan Program Account

Agency:

Department of Energy : ENERGY Department of Product/Service Code:

R499 : Other

Professional Services Description:

TAS::89 0323::TAS Recovery CONSULTING AND GENERAL SUPPORT

SERVICES ARRA::YES::ARRA

Date Signed:

May 28 , 2009

Obligation Amount:

$600,000

**Transaction Number # 5**

PIID: DEGC0000005: 5 (Definitive Contract)

Recipient:

PAUL WEISS RIFKIND WHARTON & GARRISON LLP

1285 AVE OF THE AMERICAS , NEW YORK, NEW YORK

Reason for Modification:

Funding Only Action

Program Source:

89-0323:Advanced Technology Vehicles Manufacturing Loan Program Account

Agency:

Department of Energy : ENERGY Department of Product/Service Code:

R418 : Legal

Services Description:

TAS::89 0323::TAS Recovery LEGAL SERVICES ARRA::YES::ARRA

Date Signed:

June 30 , 2009

Page 1AAIBM MANIPULATED RESULTS.txt

Obligation Amount:

$520,855

**Transaction Number # 6**

PIID: DEGC0000004: 8 (Definitive Contract)

Recipient:

DEBEVOISE & PLIMPTON LLP

919 3RD AVE LBBY 3 , NEW YORK, NEW YORK

Reason for Modification:

Funding Only Action

Program Source:

89-0323:Advanced Technology Vehicles Manufacturing Loan Program Account

Agency:

Department of Energy : ENERGY Department of Product/Service Code:

R418 : Legal

Services Description:

TAS::89 0323::TAS Recovery LEGAL SERVICES to support the Advanced ...

(View

More) TAS::89 0323::TAS Recovery LEGAL SERVICES to support the Advanced Vehicles Technogoly Manufacturing

loan program. ARRA::YES::ARRA

Date Signed:

September 16 , 2009

Obligation Amount:

$519,590

**Transaction Number # 7**

PIID: DEGC0000004: 4 (Definitive Contract)

Recipient:

DEBEVOISE & PLIMPTON LLP

919 3RD AVE LBBY 3 , NEW YORK, NEW YORK

Reason for Modification:

Funding Only Action

Program Source:

89-0323:Advanced Technology Vehicles Manufacturing Loan Program Account

Agency:

Department of Energy : ENERGY Department of Product/Service Code:

R418 : Legal

Services Description:

TAS::89 0323::TAS Recovery LEGAL SERVICES ARRA::YES::ARRA

Date Signed:

June 30 , 2009

Obligation Amount:

$445,218

**Transaction Number # 8**

PIID: DEGC0000004: 2 (Definitive Contract)

Recipient:

DEBEVOISE & PLIMPTON LLP

919 3RD AVE LBBY 3 , NEW YORK, NEW YORK

Reason for Modification:

Change Order

Program Source:

89-0323:Advanced Technology Vehicles Manufacturing Loan Program Account

Agency:

Department of Energy : ENERGY Department of Product/Service Code:

R418 : Legal

Services Description:

TAS::89 0323::TAS Recovery LEGAL SERVICES ARRA::YES::ARRA

Date Signed:

June 03 , 2009

Obligation Amount:

$432,680

**Transaction Number # 9**

IDV PIID : PIID GS10F0343K : DEAT0105ME00038: 64 (Delivery Order)

Recipient:

TECH AND MGT SERVIC

18757 N FREDERICK AVE , GAITHERSBURG, MARYLAND

Reason for Modification:

Supplemental Agreement for work within scope

Program Source:

89-0323:Advanced Technology Vehicles Manufacturing Loan Program Account

Agency:

Department of Energy : ENERGY Department of Product/Service Code:

R499 : Other

Professional Services Description:

TAS::89 0323::TAS Recovery CONSULTING AND GENERAL SUPPORT

SERVICES ARRA::YES::ARRA

Date Signed:

May 15 , 2009

Obligation Amount:

$416,952

**Transaction Number # 10**

PIID: DEGC0000003: 1 (Definitive Contract)

Recipient:

CLEARY GOTTLIEB STEEN & HAMILTON LLP

1 LIBERTY PLZ FL 43 , NEW YORK, NEW YORK

Reason for Modification:

Funding Only Action

Program Source:

89-0323:Advanced Technology Vehicles Manufacturing Loan Program Account

Agency:

Department of Energy : ENERGY Department of Product/Service Code:

R418 : Legal

Services Description:

TAS::89 0323::TAS Recovery Act: The purpose of this requisition is ...

(View

More) TAS::89 0323::TAS Recovery Act: The purpose of this requisition is to add Recovery Act funding in

the amount of $408 924 to contract DE-GC0000003 with Cleary in support of the Advanced Technology Vehicle

Manufacturer Loan Program. LEGAL SERVICES ARRA::YES::ARRA

Date Signed:

August 04 , 2009

Page 2AAIBM MANIPULATED RESULTS.txt

Obligation Amount:

$408,924

**Transaction Number # 11**

PIID: DEGC0000005: 3 (Definitive Contract)

Recipient:

PAUL WEISS RIFKIND WHARTON & GARRISON LLP

1285 AVE OF THE AMERICAS , NEW YORK, NEW YORK

Reason for Modification:

Change Order

Program Source:

89-0323:Advanced Technology Vehicles Manufacturing Loan Program Account

Agency:

Department of Energy : ENERGY Department of Product/Service Code:

R418 : Legal

Services Description:

TAS::89 0323::TAS Recovery LEGAL SERVICES ARRA::YES::ARRA

Date Signed:

June 03 , 2009

Obligation Amount:

$393,585

**Transaction Number # 12**

IDV PIID : PIID GS10F0265K : DEAT0106CF01301: 13 (Delivery Order)

Recipient:

SCULLY CAPITAL SERVICES INC (DEL)

1133 15TH ST NW STE 900 , WASHINGTON, DISTRICT OF COLUMBIA

Reason for Modification:

Funding Only Action

Program Source:

89-0323:Advanced Technology Vehicles Manufacturing Loan Program Account

Agency:

Department of Energy : ENERGY Department of Product/Service Code:

R710 : Financial

Services (includes credit card services and any other financial services. See revision to description for

code R703 above) Description:

TAS::89 0323::TAS Recovery obligate FY 09 ARRA funding in the ...

(View

More) TAS::89 0323::TAS Recovery obligate FY 09 ARRA funding in the amount of $319 496.00.

Date

Signed:

December 24 , 2009

Obligation Amount:

$319,496

**Transaction Number # 13**

PIID: DECF0000018: 5 (Definitive Contract)

Recipient:

GRANT THORNTON INTERNATIONAL LTD

333 JOHN CARLYLE ST STE 500 , ALEXANDRIA, VIRGINIA

Reason for Modification:

Funding Only Action

Program Source:

89-0323:Advanced Technology Vehicles Manufacturing Loan Program Account

Agency:

Department of Energy : ENERGY Department of Product/Service Code:

R703 : Accounting

Services (NOTE: New code created for Financial Services See R710 below) Description:

TAS::89 0323::TAS

Recovery financial services to support the Advanced ...

(View More) TAS::89 0323::TAS Recovery

financial services to support the Advanced Technology Vehicle Manufacturers Loan Program

ARRA::YES::ARRA

Date Signed:

August 25 , 2009

Obligation Amount:

$314,910

**Transaction Number # 14**

PIID: DECF0000014: 4 (Definitive Contract)

Recipient:

BOOZ ALLEN HAMILTON INC.

8283 GREENSBORO DR , MCLEAN, VIRGINIA

Reason for Modification:

Change Order

Program Source:

89-0323:Advanced Technology Vehicles Manufacturing Loan Program Account

Agency:

Department of Energy : ENERGY Department of Product/Service Code:

R703 : Accounting

Services (NOTE: New code created for Financial Services See R710 below) Description:

TAS::89 0323::TAS

Recovery FINANCIAL SERVICES ARRA::YES::ARRA

Date Signed:

June 03 , 2009

Obligation Amount:

$308,837

**Transaction Number # 15**

IDV PIID : PIID GS10F0343K : DEAT0105ME00038: 112 (Delivery Order)

Recipient:

TECH AND MGT SERVIC

18757 N FREDERICK AVE , GAITHERSBURG, MARYLAND

Reason for Modification:

Funding Only Action

Program Source:

89-0323:Advanced Technology Vehicles Manufacturing Loan Program Account

Agency:

Department of Energy : ENERGY Department of Product/Service Code:

R499 : Other

Professional Services Description:

TAS::89 0323::TAS RECOVERY CONSULTING AND GENERAL SUPPORT

SERVICES INCLUDING BUSINESS ...

(View More) TAS::89 0323::TAS RECOVERY CONSULTING AND GENERAL SUPPORT

Page 3AAIBM MANIPULATED RESULTS.txt

SERVICES INCLUDING BUSINESS PROCESS IMPROVEMENT ORGANIZATIONAL STUDIES AND ANALYSES FINANCIAL BUDGETARY

AND ECONOMIC ANALYSIS PROJECT MANAGEMENT SUPPORT ETC.

Date Signed:

May 07 , 2010

Obligation Amount:

$304,851

**Transaction Number # 16**

PIID: DEGC0000004: 7 (Definitive Contract)

Recipient:

DEBEVOISE & PLIMPTON LLP

919 3RD AVE LBBY 3 , NEW YORK, NEW YORK

Reason for Modification:

Funding Only Action

Program Source:

89-0323:Advanced Technology Vehicles Manufacturing Loan Program Account

Agency:

Department of Energy : ENERGY Department of Product/Service Code:

R418 : Legal

Services Description:

TAS::89 0323::TAS Recovery LEGAL SERVICES to support the Advanced ...

(View

More) TAS::89 0323::TAS Recovery LEGAL SERVICES to support the Advanced Technology Vehicle Manufacturers

loan program. ARRA::YES::ARRA

Date Signed:

August 18 , 2009

Obligation Amount:

$273,825

**Transaction Number # 17**

IDV PIID : PIID GS10F0343K : DEAT0105ME00038: 93 (Delivery Order)

Recipient:

TECH AND MGT SERVIC

18757 N FREDERICK AVE , GAITHERSBURG, MARYLAND

Reason for Modification:

Funding Only Action

Program Source:

89-0323:Advanced Technology Vehicles Manufacturing Loan Program Account

Agency:

Department of Energy : ENERGY Department of Product/Service Code:

R499 : Other

Professional Services Description:

TAS::89 0323::TAS RECOVERY CONSULTING AND GENERAL SUPPORT

SERVICES INCLUDING BUSINESS ...

(View More) TAS::89 0323::TAS RECOVERY CONSULTING AND GENERAL SUPPORT

SERVICES INCLUDING BUSINESS PROCESS IMPROVEMENT ORGANIZATIONAL STUDIES AND ANALYSES FINANCIAL BUDGETARY

AND ECONOMIC ANALYSIS PROJECT MANAGEMENT SUPPORT ETC. ARRA::YES::ARRA

Date Signed:

October 29 , 2009

Obligation Amount:

$267,166

**Transaction Number # 18**

PIID: DEGC0000003: 4 (Definitive Contract)

Recipient:

CLEARY GOTTLIEB STEEN & HAMILTON LLP

1 LIBERTY PLZ FL 43 , NEW YORK, NEW YORK

Reason for Modification:

Funding Only Action

Program Source:

89-0323:Advanced Technology Vehicles Manufacturing Loan Program Account

Agency:

Department of Energy : ENERGY Department of Product/Service Code:

R418 : Legal

Services Description:

TAS::89 0323::TAS Recovery Act: The purpose of this requisition is ...

(View

More) TAS::89 0323::TAS Recovery Act: The purpose of this requisition is to add Recovery Act funding in

support of the Advanced Technology Vehicles Manufacturing Loan Program. LEGAL SERVICES ARRA::YES::ARRA

Date Signed:

October 21 , 2009

Obligation Amount:

$204,462

**Transaction Number # 19**

PIID: DEGC0000003: 3 (Definitive Contract)

Recipient:

CLEARY GOTTLIEB STEEN & HAMILTON LLP

1 LIBERTY PLZ FL 43 , NEW YORK, NEW YORK

Reason for Modification:

Funding Only Action

Program Source:

89-0323:Advanced Technology Vehicles Manufacturing Loan Program Account

Agency:

Department of Energy : ENERGY Department of Product/Service Code:

R418 : Legal

Services Description:

TAS::89 0323::TAS Recovery Act: The purpose of this requisition is ...

(View

More) TAS::89 0323::TAS Recovery Act: The purpose of this requisition is to add Recovery Act funding in

support of the Advanced Technology Vehicles Manufacturing Loan Program. LEGAL SERVICES ARRA::YES::ARRA

Date Signed:

October 09 , 2009

Obligation Amount:

$204,462

**Transaction Number # 20**

PIID: DEGC0000003: 2 (Definitive Contract)

Recipient:

CLEARY GOTTLIEB STEEN & HAMILTON LLP

1 LIBERTY PLZ FL 43 , NEW YORK, NEW YORK

Page 4AAIBM MANIPULATED RESULTS.txt

Reason for Modification:

Funding Only Action

Program Source:

89-0323:Advanced Technology Vehicles Manufacturing Loan Program Account

Agency:

Department of Energy : ENERGY Department of Product/Service Code:

R418 : Legal

Services Description:

TAS::89 0323::TAS Recovery Act: The purpose of this requisition is ...

(View

More) TAS::89 0323::TAS Recovery Act: The purpose of this requisition is to add Recovery Act funding in

the amount of $200 000 in support of the Advanced Technology Vehicles Manufacturing Loan Program. LEGAL

SERVICES ARRA::YES::ARRA

Date Signed:

September 15 , 2009

Obligation Amount:

$200,000

**Transaction Number # 21**

PIID: DEGC0000005: 7 (Definitive Contract)

Recipient:

PAUL WEISS RIFKIND WHARTON & GARRISON LLP

1285 AVE OF THE AMERICAS , NEW YORK, NEW YORK

Reason for Modification:

Funding Only Action

Program Source:

89-0323:Advanced Technology Vehicles Manufacturing Loan Program Account

Agency:

Department of Energy : ENERGY Department of Product/Service Code:

R418 : Legal

Services Description:

TAS::89 0323::TAS Recovery LEGAL SERVICES in support of the ...

(View More)

TAS::89 0323::TAS Recovery LEGAL SERVICES in support of the Advanced Technology Vehicles Manufacturing

Loan Program. ARRA::YES::ARRA

Date Signed:

September 15 , 2009

Obligation Amount:

$200,000

**Transaction Number # 22**

IDV PIID : PIID GS10F0343K : DEAT0105ME00038: 73 (Delivery Order)

Recipient:

TECH AND MGT SERVIC

18757 N FREDERICK AVE , GAITHERSBURG, MARYLAND

Reason for Modification:

Funding Only Action

Program Source:

89-0323:Advanced Technology Vehicles Manufacturing Loan Program Account

Agency:

Department of Energy : ENERGY Department of Product/Service Code:

R499 : Other

Professional Services Description:

TAS::89 0323::TAS Recovery Act Funding CONSULTING AND GENERAL

SUPPORT SERVICES ...

(View More) TAS::89 0323::TAS Recovery Act Funding CONSULTING AND GENERAL SUPPORT

SERVICES INCLUDING BUSINESS PROCESS IMPROVEMENT ORGANIZATIONAL STUDIES
AND ANALYSES FINANCIAL BUDGETARY

AND ECONOMIC ANALYSIS PROJECT MANAGEMENT SUPPORT ETC. ARRA::YES::ARRA

Date Signed:

July 08 , 2009

Obligation Amount:

$195,100

**Transaction Number # 23**

PIID: DEGC0000004: 3 (Definitive Contract)

Recipient:

DEBEVOISE & PLIMPTON LLP

919 3RD AVE LBBY 3 , NEW YORK, NEW YORK

Reason for Modification:

Funding Only Action

Program Source:

89-0323:Advanced Technology Vehicles Manufacturing Loan Program Account

Agency:

Department of Energy : ENERGY Department of Product/Service Code:

R418 : Legal

Services Description:

TAS::89 0323::TAS Recovery LEGAL SERVICES ARRA::YES::ARRA

Date Signed:

June 19 , 2009

Obligation Amount:

$150,000

**Transaction Number # 24**

PIID: DECF0000018: 6 (Definitive Contract)

Recipient:

GRANT THORNTON INTERNATIONAL LTD

333 JOHN CARLYLE ST STE 500 , ALEXANDRIA, VIRGINIA

Reason for Modification:

Funding Only Action

Program Source:

89-0323:Advanced Technology Vehicles Manufacturing Loan Program Account

Agency:

Department of Energy : ENERGY Department of Product/Service Code:

R703 : Accounting

Services (NOTE: New code created for Financial Services See R710 below) Description:

TAS::89 0323::TAS

Recovery financial services to support the Advanced ...

(View More) TAS::89 0323::TAS Recovery

financial services to support the Advanced Technology Vehicle Manufacturers Loan Program

ARRA::YES::ARRA

Date Signed:

September 21 , 2009

Obligation Amount:

$141,250

**Transaction Number # 25**

Page 5AAIBM MANIPULATED RESULTS.txt

IDV PIID : PIID GS10F0265K : DEAT0106CF01301: 12 (Delivery Order)

Recipient:

SCULLY CAPITAL SVC

1133 15TH ST NW STE 900 , WASHINGTON, DISTRICT OF COLUMBIA

Reason for Modification:

Funding Only Action

Program Source:

89-0323:Advanced Technology Vehicles Manufacturing Loan Program Account

Agency:

Department of Energy : ENERGY Department of Product/Service Code:

R710 : Financial

Services (includes credit card services and any other financial services. See revision to description for code R703 above) Description:

TAS::89 0323::TAS Recovery obligate FY 09 ARRA funding in the ...

**Transaction Number # 26**

PIID: DECF0000014: 8 (Definitive Contract)

Recipient:

BOOZ ALLEN HAMILTON INC.

8283 GREENSBORO DR , MCLEAN, VIRGINIA

Reason for Modification:

Funding Only Action

Program Source:

89-0323:Advanced Technology Vehicles Manufacturing Loan Program Account

Agency:

Department of Energy : ENERGY Department of Product/Service Code:

R703 : Accounting

Services (NOTE: New code created for Financial Services See R710 below) Description:

TAS::89 0323::TAS

Recovery FINANCIAL SERVICES in support of the ...

(View More) TAS::89 0323::TAS Recovery FINANCIAL

SERVICES in support of the Advanced Technology Vehicles Manufacturing Loan Program. ARRA::YES::ARRA

Date Signed:

September 15 , 2009

Obligation Amount:

$102,479

**Transaction Number # 27**

PIID: DEGC0000005: 6 (Definitive Contract)

Recipient:

PAUL WEISS RIFKIND WHARTON & GARRISON LLP

1285 AVE OF THE AMERICAS , NEW YORK, NEW YORK

Reason for Modification:

Other Administrative Action

Program Source:

89-0323:Advanced Technology Vehicles Manufacturing Loan Program Account

Agency:

Department of Energy : ENERGY Department of Product/Service Code:

R418 : Legal

Services Description:

TAS::89 0323::TAS Recovery LEGAL SERVICES to support the Advanced ...

(View

More) TAS::89 0323::TAS Recovery LEGAL SERVICES to support the Advanced Technology Vehicle Manufacturers

Loan Program ARRA::YES::ARRA

Date Signed:

August 12 , 2009

Obligation Amount:

$98,275

**Transaction Number # 28**

PIID: DEGC0000005: 4 (Definitive Contract)

Recipient:

PAUL WEISS RIFKIND WHARTON & GARRISON LLP

1285 AVE OF THE AMERICAS , NEW YORK, NEW YORK

Reason for Modification:

Funding Only Action

Program Source:

89-0323:Advanced Technology Vehicles Manufacturing Loan Program Account

Agency:

Department of Energy : ENERGY Department of Product/Service Code:

R418 : Legal

Services Description:

TAS::89 0323::TAS Recovery LEGAL SERVICES ARRA::YES::ARRA

Date Signed:

June 18 , 2009

Obligation Amount:

$68,943

**Transaction Number # 29**

PIID: DEGC0000004: 6 (Definitive Contract)

Recipient:

DEBEVOISE & PLIMPTON LLP

919 3RD AVE LBBY 3 , NEW YORK, NEW YORK

Reason for Modification:

Other Administrative Action

Program Source:

89-0323:Advanced Technology Vehicles Manufacturing Loan Program Account

Agency:

Department of Energy : ENERGY Department of Product/Service Code:

R418 : Legal

Services Description:

TAS::89 0323::TAS Recovery LEGAL SERVICES to support the Advanced ...

(View

More) TAS::89 0323::TAS Recovery LEGAL SERVICES to support the Advanced Technology Vehicle Manufacturers

loan program. ARRA::YES::ARRA

Date Signed:

August 12 , 2009

Obligation Amount:

$56,475

**Transaction Number # 30**

PIID: DEGC0000004: 5 (Definitive Contract)

Recipient:

DEBEVOISE & PLIMPTON LLP

919 3RD AVE LBBY 3 , NEW YORK, NEW YORK

Page 6AAIBM MANIPULATED RESULTS.txt

Reason for Modification:

Funding Only Action

Program Source:

89-0323:Advanced Technology Vehicles Manufacturing Loan Program Account

Agency:

Department of Energy : ENERGY Department of Product/Service Code:

R418 : Legal

Services Description:

TAS::89 0323::TAS Recovery LEGAL SERVICES to support the Advanced ...

(View

More) TAS::89 0323::TAS Recovery LEGAL SERVICES to support the Advanced Technology Vehicle Manufacturers

Loan Program (ATVMLP). Providing legal counsel on programmatic aspects of the ATVMLP and on transactions

proposed or consummated under the ATVMLP. ARRA::YES::ARRA

Date Signed:

July 14 , 2009

Obligation Amount:

$51,042

**Transaction Number # 31**

PIID: DECF0000014: 9 (Definitive Contract)

Recipient:

BOOZ ALLEN HAMILTON INC.

8283 GREENSBORO DR , MCLEAN, VIRGINIA

Reason for Modification:

Funding Only Action

Program Source:

89-0323:Advanced Technology Vehicles Manufacturing Loan Program Account

Agency:

Department of Energy : ENERGY Department of Product/Service Code:

R703 : Accounting

Services (NOTE: New code created for Financial Services See R710 below) Description:

TAS::89 0323::TAS

Recovery FINANCIAL SERVICES in support of the ...

(View More) TAS::89 0323::TAS Recovery FINANCIAL

SERVICES in support of the Advanced Technology Vehicles Manufacturing Loan Program. ARRA::YES::ARRA

Date Signed:

November 18 , 2009

Obligation Amount:

$30,000

**Transaction Number # 32**

PIID: DECF0000014: 7 (Definitive Contract)

Recipient:

BOOZ ALLEN HAMILTON INC.

8283 GREENSBORO DR , MCLEAN, VIRGINIA

Reason for Modification:

Funding Only Action

Program Source:

89-0323:Advanced Technology Vehicles Manufacturing Loan Program Account

Agency:

Department of Energy : ENERGY Department of Product/Service Code:

R703 : Accounting

Services (NOTE: New code created for Financial Services See R710 below) Description:

TAS::89 0323::TAS

Recovery FINANCIAL SERVICES ARRA::YES::ARRA

Date Signed:

July 16 , 2009

Obligation Amount:

$29,000

**Transaction Number # 33**

PIID: DECF0000014: 5 (Definitive Contract)

Recipient:

BOOZ ALLEN HAMILTON INC.

8283 GREENSBORO DR , MCLEAN, VIRGINIA

Reason for Modification:

Funding Only Action

Program Source:

89-0323:Advanced Technology Vehicles Manufacturing Loan Program Account

Agency:

Department of Energy : ENERGY Department of Product/Service Code:

R703 : Accounting

Services (NOTE: New code created for Financial Services See R710 below) Description:

TAS::89 0323::TAS

Recovery FINANCIAL SERVICES ARRA::YES::ARRA

Date Signed:

June 30 , 2009

Obligation Amount:

$25,000

**Transaction Number # 34**

PIID: DECF0000014: 11 (Definitive Contract)

Recipient:

BOOZ ALLEN HAMILTON INC.

8283 GREENSBORO DR , MCLEAN, VIRGINIA

Reason for Modification:

Funding Only Action

Program Source:

89-0323:Advanced Technology Vehicles Manufacturing Loan Program Account

Agency:

Department of Energy : ENERGY Department of Product/Service Code:

R703 : Accounting

Services (NOTE: New code created for Financial Services See R710 below) Description:

TAS::89 0323::TAS

RECOVERY FINANCIAL SERVICES in ...

(View More) TAS::89 0323::TAS RECOVERY FINANCIAL SERVICES in support

of the Advanced Technology Vehicles Manufacturing Loan Program.

Date Signed:

April 28 , 2010

Obligation Amount:

$-46,118

**Transaction Number # 35**

Page 7AAIBM MANIPULATED RESULTS.txt

PIID: DEGC0000004: 9 (Definitive Contract)

Recipient:

DEBEVOISE & PLIMPTON LLP

919 3RD AVE LBBY 3 , NEW YORK, NEW YORK

Reason for Modification:

Funding Only Action

Program Source:

89-0323:Advanced Technology Vehicles Manufacturing Loan Program Account

Agency:

Department of Energy : ENERGY Department of Product/Service Code:

R418 : Legal

Services Description:

TAS::89 0323::TAS RECOVERY

Date Signed:

November 18 , 2010

Obligation Amount:

$-86,650

**Transaction Number # 36**

PIID: DEGC0000005: 13 (Definitive Contract)

Recipient:

PAUL WEISS RIFKIND WHARTON & GARRISON LLP

1285 AVE OF THE AMERICAS , NEW YORK, NEW YORK

Reason for Modification:

Funding Only Action

Program Source:

89-0323:Advanced Technology Vehicles Manufacturing Loan Program Account

Agency:

Department of Energy : ENERGY Department of Product/Service Code:

R418 : Legal

Services Description:

TAS::89 0323::TAS Recovery

Date Signed:

July 06 , 2010

Obligation Amount:

$-294,322

**Transaction Number # 37**

PIID: DEGC0000003: 6 (Definitive Contract)

Recipient:

CLEARY GOTTLIEB STEEN & HAMILTON LLP

1 LIBERTY PLZ FL 43 , NEW YORK, NEW YORK

Reason for Modification:

Funding Only Action

Program Source:

89-0323:Advanced Technology Vehicles Manufacturing Loan Program Account

Agency:

Department of Energy : ENERGY Department of Product/Service Code:

R418 : Legal

Services Description:

TAS::89 0323::TAS RECOVERY LEGAL SERVICES in support of the ...

(View More)

TAS::89 0323::TAS RECOVERY LEGAL SERVICES in support of the Advanced Technology Vehicles Manufacturing

Loan Program.

Date Signed:

August 11 , 2010

Obligation Amount:

$-483,197

**Transaction Number # 38**

PIID: DECF0000018: 8 (Definitive Contract)

Recipient:

GRANT THORNTON INTERNATIONAL LTD

333 JOHN CARLYLE ST STE 500 , ALEXANDRIA, VIRGINIA

Reason for Modification:

Funding Only Action

Program Source:

89-0323:Advanced Technology Vehicles Manufacturing Loan Program Account

Agency:

Department of Energy : ENERGY Department of Product/Service Code:

R703 : Accounting

Services (NOTE: New code created for Financial Services See R710 below) Description:

TAS::89 0323::TAS

# .Report Corruption In This Case

TO ALL OF THE FOLLOWING WITH CARBON COPIES TO ALL MAJOR NEWS AND PUBLIC SERVICE ORGANIZATIONS:


**US Department-Justice Civil Division**
**US Border Patrol**
**US Drug Enforcement Administration**
**US Alcohol Tobacco & Firearms**
**US Marshals Service**
**US Secret Service**
**Federal Bureau-Investigation**
**Drug Enforcement Adm-Western**
**Federal Bureau-Investigation**
**The Government Accountability Officers**
**The Securities and Exchange Commission**
**The Office of The Special Counsel**
**and all similar agencies...**


Sent a copy of your report to a wide range of news groups like:


cyrilvideo.com

http://www.alternet.org/feedback

CNN

Fox News Channel

MSNBC

Reddit.com

Voat.co

DrudgeReport.com

CNBC

ABC World News

Celebrate Radio / UNI News

USA Today

PBS

NPR

BBC News

One World Net

KSAN-FM

KALW-FM 91.7

NPR

METRONEWS On-Line

ENN Latest Entertainment News

Pacifica Radio

Q-San Francisco

Media-Z (for media people)

and all others you can find contact info for...

.

## .Be Aware of the following opposition tactics…

**... being used against you and your group:**

The opposition will engage in the following to try to terminate your efforts:

1. Increase their "goodwill" ads on tv and radio in the area.

2. Place their agents, acting as hepful neighbors, into your public neighborhood meetings to cause disruption, slow progress, fraction focus, delay efforts, make statements that cause the others to question their actions.

3. Have fake bloggers put counter comments or questioning comments on your Twitter, Facebook or blog sites.

4. Send out massive amounts of manipulated documents, written by their agents, which are designed to make you think there is confusion in the scientifc consensus or cause you to question the circumstances by implied lack of clarity on the issue, when, in fact, there is actually total clarity.

5. Reduce your fundraising options.

6. Announce a program to create a fix to the solution which is really just an announcement and a smoke-screen for total inaction.

# HERE ARE THE  TIPS THEY GIVE THEIR LOBBYISTS TO

# COUNTER WHAT YOU ARE DOING:

"This example is from an Anti-DNC directive"

We are a business and every voter is a consumer. Politics is entirely about business and controlling our revenue interests. There is no place in this year s campaign for  humanism  -based agenda s like the Democrats.

In the handling of Democrats in the audience rather than refer to the opponent as the "Democratic Party" or "Democrat Administration" refer to the Candidate by name only.

Use only our internal newspaper wire service, it will send out a political clipsheet every week, to thousands of "thought leaders," and cartoons, editorials, and articles to 200,000 newspapers. Rural newspapers are so desperate for copy that many will print whatever our Service sends them, including documents that are basically press releases disguised as editorials endorsing whatever political position we advance.

Pretend that you are the Voice of the People. Use radio ads, sponsored by a false-front group with the word "Citizens" or "taxpayers" in the name.

Attack, attack, attack. You can  t wage a defensive campaign and win!

Keep it simple. Rhyming is good. The low intellect voter s love rhymes. Never explain anything. The more you have to explain the more difficult it is to win support.

Say the same thing over and over again. We have to get a voter s attention seven times per slogan to control their intentions. Anybody that hears the same thing seven times is programmed to it for life.

Subtlety is your enemy. Words that lean on the mind are no good. They must dent it. Simplify, simplify, simplify. A wall goes up when you try to make Mr. and Mrs. Average American Citizen work or think.

Fan flames. We need more partisanship in this country. Never shy from controversy; instead, win the controversy. The average American doesn  t want to be educated; he doesn  t want to improve his mind; he doesn  t even want to work, consciously, at being a good citizen, But there are two ways you can interest him in a campaign, and only two that we have ever found successful. You can put on a fight or you can put on a Show. So if you can  t fight, PUT ON A SHOW! And if you put on a good show, Mr. and Mrs. America will turn out to see it.

Winner takes all. If you launch a campaign for a new car, your client doesn  t expect you to lead the field necessarily in the first year, or even the tenth year, But in politics, they don  t pay off for PLACE OR SHOW! You have to win, if you want to stay in business.

This must be a campaign that makes people hear the beat of drums and the thunder of bombs. . . . This must be A CALL TO ARMS IN DEFENSE AMERICA!

Where the men go, the women will follow. Focus on male trigger slogans first.

Always and only use our prescreened 15 minute talking script. Try not to speak for more than

fifteen minutes  people get bored  and never for more than half an hour.

Reject any health care issues that affect our supporters ability to make money. Say often: You can t beat something with nothing,   and:   Political medicine is bad medicine.

Lobby your local newspaper editors. Have your staff make in-person drop-by  s to every newspaper office to persuade editors to change their positions. Many of these newspapers do a vast amount of advertising business with us and received hundreds of words of free copy, each week, from our news services. They will not risk losing our advertising dollars when the internet is killing their business. We can cut out all of the newspapers supporting Obamacare in 70 days if we stay on our goal. This is a top 6 issue and we now have the budget to spend 10 dollars against every individual dollar the Obama campaign spends to push it.

Mention "Politically-Controlled Medicine." often.

In private conversations with Senators, use this talking point:

Please vote against all Compulsory Health Insurance Bills pending before the Legislature. We have enough regimentation in this country now. Certainly we don  t want to be forced to go to   A State doctor,   or to pay for such a doctor whether we use him or not. That system was born in Nazi Germany  and is part and parcel of what our boys are fighting overseas to stop. Let  s not adopt it here.

This must be a campaign to arouse and alert the American people in every walk of life, until it generates a great public crusade and a fundamental fight for freedom, any other plan of action, in view of the drift toward socialization and despotism all over the world, would invite disaster.

Our counter-measures campaign has now been distributed, by the hundreds of thousands, to reporters and editors, among others, and to every member of Congress.

A Top 6 immediate objective is the defeat of the compulsory health insurance program. The long-term objective is to put a permanent stop to the agitation for socialized medicine in this country by (a) awakening the people to the danger of a politically-controlled, government-regulated health system; (b) convincing the people, through a Nation wide campaign of education, of the superior advantages of private medicine, as practiced in America, over the State-dominated medical systems of other countries; (c) stimulating the growth of voluntary health insurance systems to take the economic shock out of illness and increase the availability of medical care to the American people. Our backers in the health business are looking at a trillion dollar loss if this Obamacare reaches fruition. Basically, the issue is whether we are to remain a free Nation, in which the individual can work out his own destiny, or whether we are to take one of the final steps toward becoming a Socialist or Communist State. We have to paint the picture, in vivid verbiage that no one can misunderstand, of Germany, Russia  and finally, England. KEEP POLITICS OUT OF MEDICINE.   Always call Obamacare:  socialized medicine.

We must educate every doctor, nurse, and druggist in the United States about the dangers of socialized medicine.

Hitler and Stalin and the socialist government of Great Britain all have used the opiate of socialized medicine to deaden the pain of lost liberty and lull the people into non-resistance. Old World contagion of compulsory health insurance, if allowed to spread to our New World, will mark the

beginning of the end of free institutions in America. It will only be a question of time until the railroads, the steel mills, the power industry, the banks and the farming industry are nationalized. We must stop these Democrats on the front line before they take this to our porches.

The DNC, via unions and tree-huggers, own a national company called Grassroots Campaigns, Inc. which puts people on the streets of every major city with clipboards to collect money and distribute propaganda. Encourage your staff to engage them in long-winded conversations to cut down their through-put

The A.M.A. in its campaign is carrying its case to the people of America in a grass roots crusade which we hope, with your help, and the help of tens of thousands of others, will reach every corner of this country. We have over 40 million dollars booked on this grass-roots effort. We WILL turn the President's sensible, popular, and urgently needed legislative reform into a bogeyman so scary that, no American will want it.

The great need is to go on the offensive   and to attack, Best to forget   the liberal Democrats who wouldn't vote for Mitt if he received the joint personal endorsement of Jesus Christ and Karl Marx via a séance with Eleanor Roosevelt

Politics is just like show business. . . . You begin with a hell of an opening, you coast for a while, and you end with a hell of a closing. We have a great closing!

Voters are basically lazy, basically uninterested in making an effort to understand what we're talking about, Reason requires a higher degree of discipline, of concentration; impression is easier, Reason pushes the viewer back, it assaults him, it demands that he agree or disagree; impression can envelop him, invite him in, without making an intellectual demand. . . . When we argue with him we demand that he make the effort of replying. We seek to engage his intellect, and for most people this is the most difficult work of all. The emotions are more easily roused, closer to the surface, more malleable. Voters are, simply, idiots. Treat them as such and keep them amused by the shiny object.

We are leading men's minds, this is the reason Washington must be in the hands of the most ethical, principled people   people with real concern for the world around them, for people around them: The RNC, or else it will erode into the hands of people who have no regard for the world around them: The Democrats.

"

# .Additional Evidence and Source Links

Note from a large number of editors: The nature of political investigation links is that they are, sometimes, mercurial. Sites are attacked, DNS blocked, maliciously down-ranked, spoofed and search-registry-deleted by Google management and Google's investors companies. Nothing that you read on a Google service is arbitrary. Every phrase on Google is calculated to mood manipulate you one way, or the other. If a link, below, is dead, search the key word phrase you are looking for on multiple non-Google search engines as well as non-Silicon Valley search engines. Always use at least 4 non-Google search engines, preferably off-shore, for a broad variety of balanced results on this topic. Jullian Assange: Google is not what it seems (excerpt from his book "When Google met Wikileaks") ("describes the special relationship between Google, Hillary Clinton and the State Department -- and what that means for the future of the internet")  How the CIA made Google (", a new crowd-funded investigative journalism project, breaks the exclusive story of how the United States intelligence community funded, nurtured and incubated Google as part of a drive to dominate the world through control of information. Seed-funded by the NSA and CIA, Google was merely the first among a plethora of private sector start-ups co-opted by US intelligence to retain 'information superiority.'")

# THE MOST REFERENCED LINKS, REPOSITORIES AND ARTICLE SETS:

http:/www.xyzcase.com

http://thecleantechcrash.wordpress.com

http://vcracket.weebly.com

http://greencorruption.blogspot.com

http://www.paybackpolitics.org

http://wp.me/P6h5en-60q

http://www.crimebusters77.com/xyz-case-investigation-22-documentation/who-is-gawker-media/

http://www.policystudy.wordpress.com

http://www.teslawow.com

http://gawker-media-attacks.weebly.com

http://thegaryconleycase.weebly.com

http://congressionalreview.weebly.com

## Evidence Data and Video Sets, Mirrors

https://policystudy.wordpress.com/top-videos/

http://wp.me/P6h5en-60q

https://vimeo.com/126887156

http://www.FBI.gov

http://www.dailycaller.com

http://www.voat.co

https://www.dropbox.com/sh/zqiewke7y0ixgv6/AACsXYtbh7XUoNINhTTWRBHwa?dl=0

https://www.dropbox.com/sh/xhv8ii2blr8olma/AACypntka0OmZhvtNQ6b6Z3ja?dl=0

## Automated mass internet manipulation attack "Troll Farm" Tactics used by The Silicon Valley Cartel to hype Tesla, Pump Stocks and Attack Reporters:

http://www.news.com.au/technology/online/columbia-chemical-hoax-tracked-to-troll-farm-dubbed-the-internet-research-agency/story-fnjwnhzf-1227383608441

http://www.freerepublic.com/focus/news/3297994/posts?page=17

http://okcupidtrolls.tumblr.com/

http://mightygirl.com/2015/06/02/russian-troll-farms/

## VENTURE CAPITAL COLLUSION, MARKET RIGGING, VALUATION FIXING:

Silicon Valley cartel**: Apple, Google, and others**

A group of 60,000 **Silicon Valley** workers got clearance today to move ahead with a lawsuit based on an explosive allegation that Apple, Google, Adobe, and …

slate.com/blogs/moneybox/2014/01/15/silicon_valley_…

More results

**The** Cartels **of** Silicon Valley **– CounterPunch**

Last week Mark Ames published an article that should forever destroy any connection between the**Silicon Valley** tech billionaires and libertarian worldviews.

counterpunch.org/2014/02/06/the-cartels-of-silicon-valley/

More results

**The** Silicon Valley cartel | **MetaFilter**

Mark Ames on **Silicon Valley's** conspiracy to drive down workers' wages: In early 2005, as demand for **Silicon Valley** engineers began booming, Apple's Steve Jobs …

metafilter.com/135966/The-Silicon-Valley-cartel

More results

**Former NYC Regulator: Uber a** 'SiliconValley Cartel' **in ..**

**Silicon Valley's** latest class of transportation disruptors, which is led by Uber and Lyft, can be described in a myriad of ways, but the word "**cartel** …

foxbusiness.com/technology/2014/07/24/former-nyc-regulato…

More results

**Mexican** Cartel **Links to** Silicon Valley | **NBC Bay Area**

Often, families living in **Silicon Valley** work for the **cartel** processing the drugs, sometimes out of their homes. "It is a business," he said.

nbcbayarea.com/news/local/Mexican-Cartel-Links-to-Silico…

More results

Silicon Valley **fends off** cartel **concerns | GlobalPost**

Mexico's **Silicon Valley** fends off **cartel** concerns. Tech geeks scramble to build the next Facebook in the drug war's shadow. Tweet. Enlarge.

globalpost.com/dispatch/news/regions/americas/mexico/120…

More results

Silicon Valley **Anti-Poaching** Cartel **Went Beyond a Few Tech**

The gentleman's agreement that several **Silicon Valley** firms are now widely known to have taken part in to minimize employee poaching within their own circles went …

yro.slashdot.org/story/14/03/23/1945242/silicon-valley-ant…

More results

REVEALED: Court docs show role of Pixar and Dreamworks

Just when the tech giants behind the **Silicon Valley** "Techtopus" wage fixing **cartel** thought the worst was behind them, US District Judge Lucy Koh has thrown a …

pando.com/2014/07/07/revealed-court-docs-show-role-…

More results

**The Techtopus The** Silicon Valley **Wage Suppression** Cartel **W**

The Techtopus The **Silicon Valley** Wage Suppression **Cartel** W Mark Ames, TV Series Full Episodes English Subtitles

tvseriesonline.xyz/bVhXTMpP-d0/the-techtopus-the-silicon-val…

More results

Silicon Valley **Drug Bust Shows Strong Ties To Mexican** Cartels

… Patrick Vanier, Santa Clara County, **Silicon Valley**, … **Silicon Valley** Drug Bust Show Strong Ties To Mexican **Cartel**; KCBS' Matt Bigler Reports

sanfrancisco.cbslocal.com/2014/04/25/silicon-valley-drug-bust-shows…

More results

**Engineers Allege Hiring Collusion in** SiliconValley **– NYTimes.com**

A class-action suit by **Silicon Valley** engineers against companies including Google, Apple and Intel has revealed details of an agreement among them not to …

nytimes.com/2014/03/01/technology/engineers-allege-hi…

More results

**Elon Musk**: Government's $**5 Billion Man** – Investors.com

C apitalism 2015: In corporate finance today, the theme is "Go where the money is." For **Elon Musk**, CEO of Tesla, SolarCity and SpaceX, the place to hunt for cash isn …

news.investors.com/ibd-editorials/060515-756051-elon-musk-ma…

More results

Elon Musk | **AgainstCronyCapitalism.org**

**Elon Musk**, as likable a guy as he is and as cool as his cars are, is a big time **crony** capitalist. In fact, as the LA Times reports, **crony** capitalism is absolutely …

againstcronycapitalism.org/tag/elon-musk/

More results

Tesla Loving Care | The American

But that doesn't mean we won't continue to be forced to "help" **Elon Musk** build these mobile …
Tesla Loving Care. The charmed life of a **crony** corporatist …

  spectator.org/articles/61877/tesla-loving-care

**More results**

**Elon Musk's growing empire is fueled by $4.9 billion in crony cash. Let's crowd-fund Elon Musk's trip to Mars and send him there as fast as possible ..**

**Elon Musk's** growing empire is fueled by $4.9 billion in government subsidies … **Musk**/Tesla and
company are very good about repaying Govt loans.

  freerepublic.com/focus/news/3295334/posts?page=19

**More results**

**Elon Musk's growing empire is fueled by $4.9 billion in ..**

Los Angeles entrepreneur **Elon Musk** has built a multibillion-dollar fortune running companies that
make electric cars, sell solar panels and launch rockets …

  latimes.com/business/la-fi-hy-musk-subsidies-20150531…

**More results**

The Tesla Fraud – LewRockwell.com

But that doesn't mean we won't continue to be forced to "help" **Elon Musk** … monuments to **crony** …
The argument is that each Tesla built with these **kickback** …

  lewrockwell.com/2015/02/eric-peters/the-tesla-fraud/

**More results**

**Nevada, Taxes,** Elon Musk**, Crony Capitalism and Jobs – WSJ**

Nevada, Taxes, **Elon Musk**, **Crony** Capitalism and Jobs I would advise Mr. **Musk** that politicians love
you until you've given them what they want.

ᵂˢᴶwsj.com/articles/nevada-taxes-elon-musk-crony-cap…

**More results**

Elon Musk**: Objectivists' Dream or Just Another** Crony **– Galt's .**

**Elon Musk**: Objectivists' Dream or Just Another **Crony** – Galt's Gulch

  galtsgulchonline.com/posts/a67d21/elon-musk-objectivists-dream…

**More results**

Crony **Capitalism Pays Big For Democratic Donor** Elon Musk

The same could be said in our opinion for the rest of the subsidies in **Elon Musk's crony** government-
fed portfolio. Login or register to post comments;

  conservativehq.com/article/20393-crony-capitalism-pays-big-d…

**More results**

Elon Musk **And His Apparent Regrets Over The 13th Amendment**

**Elon Musk** And His Apparent Regrets Over The 13th Amendment **Crony** Capitalism Goes Above The Law And Beneath Contempt In Oregon

redstate.com/2015/03/05/elon-musk-apparent-regrets-13t…

More results

**Top Obama** crony **capitalist deserts Zuckerberg immigration scam**

Now **Elon Musk**, one of Obama's big **crony** capitalist cronies, has decided to drop out. **Elon Musk** cashed in on Tesla, an electric car company, which got $465 million …

frontpagemag.com/2013/dgreenfield/top-obama-crony-capitali…

More results

Elon **Musk——$4.9 Billion** Crony **Capitalist Mooch | David**

**Crony** Capitalist Culprits; History Page; Chart Gallery. Stockman's Corner Stockman's Corner Chinese Stock Market's Wile E. Coyote Moment by Bloomberg Business …

davidstockmanscontracorner.com/elon-musk-4-9-billion-crony-capitalist-mo…

More results

Elon **Musk——$4.9 Billion** Crony **Capitalist Mooch —** Elon Musk's

**Elon** Musk——$4.9 Billion **Crony** Capitalist Mooch — **Elon Musk's** Growing Empire Is Fueled By $4.9 Billion In Government Subsidies

foreconomicjustice.org/14614/elon-musk-4-9-billion-crony-capital…

**..**More results

**Is** Elon Musk **taking taxpayers for a ride with 3 different**

Is **Elon Musk** taking taxpayers for a ride with … **crony** capitalism cronyism DoE **Elon Musk** green money **Musk** Pay Pal … Carpetbagger **Crony** Capitalist Terry McAuliffe …

againstcronycapitalism.org/2013/05/tesla-motors-big-shot-elon-musk-t…

More results

Elon Musk **Plays California for Tax Breaks, Then Moves SpaceX .**

**Elon Musk** Plays California for Tax Breaks, Then Moves SpaceX Operations … Having played the Golden State for SpaceX **crony** capital "goodies," **Elon Musk** seems to …

breitbart.com/california/2014/08/06/elon-musk-plays-cal…

More results

Elon Musk | **Stop** Crony **Capitalism**

Stop **crony** capitalism! tw FB. **Elon Musk**. June 5, 2015. Stop Betting on the Come – Subsidies Not the Answer.

nocronycapitalism.org/blog/elon-musk

More results

Jason Mattera Exposes **Crony** Crapitalist, Tesla CEO **Elon Musk**

Tesla CEO **Elon Musk** is a big, huge **crony** Crapitalist. And "if there's a single, major criticism of **ElonMusk**," writes Business Insider's Matthew Debord, "it …
dailysurge.com/2014/10/business-insider-covers-crony-cra…

More results

**Inside The Washington Termination of** Elon Musk | **TECHNOCRACY**

Inside The Washington Termination of **Elon Musk** Today NASA … The White House promised **ElonMusk** and his **crony** … The Google Politics **Kickback** Process.
googlespiesonu.wordpress.com/2015/06/11/inside-the-washington-terminat…

More results

Elon Musk **Has Raided 150 People From Apple For Tesla**

This is an interesting little story: **Elon Musk** has been deliberately and specifically hiring people away from Apple to go work with him at Tesla.
forbes.com/sites/timworstall/2015/02/09/elon-musk-ha…

More results

**Elon Musk Why do so many people from In-Q-Tel work for Elon Musk? |**

Billionaire tech mogul and pop technologist **Elon Musk** says none of the taxpayer incentives his businesses receive are necessary, "but they are all helpful."
conservativehq.com/category/tags/Elon Musk

More results

Elon **Musk——$4.9 Billion** Crony **Capitalist Mooch**

**Elon** Musk——$4.9 Billion **Crony** Capitalist Mooch. 10 min ago Contra Corner …
snewsi.com/id/15214953392/Elon-Musk——$49-Billion…
More results

Your guide to Venture Capital Mobsters…
**Angelgate** is a controversy surrounding allegations of price fixing and **collusion** among a group of ten angel investors in the San Francisco Bay Area.
en.wikipedia.org/wiki/Angelgate
More results

Collusion **Charges Still Linger Over `AngelGate'** – CBS News

The latest Silicon Valley online guessing game: Was price-fixing on the menu when a group of high-profile tech investors met recently at a downtown San Francisco …
cbsnews.com/news/collusion-charges-still-linger-over-…
More results

Collusion **– Quora**

**AngelGate**: Is **collusion** between angel investors to gain an advantage in investing in startups illegal? Antone Johnson, Studied antitrust law at Columbia wit …
  quora.com/Collusion?share=1

More results

AngelGate **: Is** collusion **between investors to gain an**

This answer addresses the question of whether investor **collusion** is illegal, but not the specific behavior discussed on TechCrunch. Under the Williams Act which …
  quora.com/AngelGate/Is-collusion-between-angel-inve…

More results

AngelGate **Is "100 Percent Accurate," Says Michael Arrington**

**AngelGate** Is "100 Percent Accurate," Says Michael Arrington. … Arrington said he later learned, "**collusion**" and "price fixing" were on the menu. …
  pehub.com/2010/09/angelgate-is-"100-percent-accurat…

More results

**Investors deny** 'Angelgate' collusion **– San Francisco Business …**

TechCrunch editor Michael Arrington shocked readers Tuesday afternoon by accusing an unnamed group of "ten or so" prominent early stage technology investors — so …
  bizjournals.com/sanfrancisco/blog/2010/09/angelgate.html

More results

So A Blogger Walks Into A Bar… | TechCrunch

So A Blogger Walks Into A Bar … **Collusion** and price fixing, … Rage. **AngelGate** Is Far From Over; Ron Conway Drops A Nuclear Bomb On The Super Angels …
  techcrunch.com/2010/09/21/so-a-blogger-walks-into-a-bar/

More results

Crooked Angels: Blogger Accuses Top Tech Investors of ..

"If there are any **collusion** efforts among angel investors, then it would be a huge public service to expose the **collusion** and get it to stop."
  dailyfinance.com/2010/09/22/angelgate-arrington-top-tech-i…

More results

**Super Angel** collusion **| Pearltrees**



Exhibit 2: Buybacks typically slow in earnings months but rise in late 4Q
as of October 16, 2014

% of annual repurchase spend

Source: Goldman Sachs Global Investment Research.

BUSINESS INSIDER

Here's Who Was At That Secret Valley Super-Angel **Collusion** Meeting. Hooray For Mike Arrington. …**AngelGate** Is "100 Percent Accurate," Says Michael Arrington.
pearltrees.com/PED/super-angel-collusion/id1429174
More results

**Liminal states :: "**Angelgate**": Collusion is so hot right now**

There is an angel conspiracy. It dark, it is devious, and it is far-reaching. The conspirators number amongst them many of the top people in the Valley, including …
talesfromthe.net/jon/?p=1795
More results

Angelgate **– Analysis & Opinion | Reuters**

**Angelgate**. By Felix Salmon. September 22, 2010. … It is a market where the investors wish they could inject some **collusion**. But they can't and they won …
blogs.reuters.com/felix-salmon/2010/09/22/angelgate/
More results

**#**AngelGate**, Dave McClure and Re: Why I Stopped Reading Hacker …**

#**AngelGate** (Read this for a … Dave McClure and Re: Why I Stopped Reading Hacker News. 25 September 2010 … I thought **collusion** mattered only if the people involved …
    oonwoye.com/2010/09/25/angelgate-dave-mcclure-and-re-…

More results

AngelGate **dispute among Valley investors cracks wide open .**

Arrington alleged that he heard the meeting was about illegal **collusion**. … **AngelGate** dispute among Valley investors cracks wide open.
    venturebeat.com/2010/09/24/angelgate-cracks-wide-open-as-…

More results

#AngelGate Collusion **In Europe? We'd Need Much More …**

Here in Europe we've been fascinated by what has become known as **AngelGate**. But after talking all day to many contacts today across the tech scene in…
    noemiconcept.com/index.php/fr/departement-informatique/web…

More results

**Venture Capital Racketeering & "AngelGate" – THE NEWS**

Venture Capital Racketeering & "**AngelGate**" … More results Liminal states ::
"**Angelgate**": **Collusion** is so hot right nowUpdate, September 7: Or maybe not!
    thenewsdaily.org/venture-capital-racketeering-angelgate/
More results

**ANGEL** COLLUSION **SCANDAL ROCKS SILICON VALLEY! [The Video ..**

ANGEL **COLLUSION** SCANDAL ROCKS SILICON VALLEY! [The Video] Henry Blodget; Sep. 22, 2010, 3:34 PM; 7,257; 18; facebook; linkedin; twitter; email; print; Follow Business …
    businessinsider.com/angel-collusion-scandal-mike-arrington-20…

More results

Collusion |

#**AngelGate**, Dave McClure and Re: Why I Stopped Reading Hacker News. 25 September 2010 by Oo #**AngelGate** (Read this for a little background) Summary: A group of …
    oonwoye.com/tag/collusion/

More results

AngelGate **meeting scandal gives Bin 38 lots of free publicity**

**AngelGate** meeting scandal gives Bin 38 lots of free publicity, punchlines, and a Hitler parody. Bin 38 was the scene of an Angels meeting. Photo: Mark …
    insidescoopsf.sfgate.com/blog/2010/09/24/angelgate-meeting-scandal…

554

More results

What Entrepreneurs Should do about Price Fixing – CloudAve

I returned to my house, flipped on my Mac and see **AngelGate**, … As a funny coincidence I happend to have written about the topic of **collusion** 3 weeks prior to the …

cloudave.com/5283/what-entrepreneurs-should-do-about-p…

More results

Showdown! Angels, Arrington to Go Mano a Mano | WIRED

That would be an illegal form of **collusion** in what should be a … It's so perfectly timed one might even think that HeavensGate InvestiGate **AngelGate**\* might be …

wired.com/2010/09/angels-fight/

More results

Liminal states :: Fretting, asking, and begging isn't a plan …

Fretting, asking, and begging isn't a plan: the Arrington kerfuffle and women in tech. … **Angelgate**:**Collusion's** such an ugly word has more, …

talesfromthe.net/jon/?p=1552

More results

How Michael Arrington's School of Friendship Journalism Led .

How Michael Arrington's School of Friendship Journalism Led to **'AngelGate** … including **AngelGate**, the scandal over price **collusion** that roiled the tech world …

nymag.com/daily/intelligencer/2010/09/techcrunchs_m…

More results

AngelGate**: Ron Conway Rips 'Despicable and Embarrassing**

Major tech investor Ron Conway has thrown a barrel of gasoline on the rapidly escalating scandal known as **AngelGate**, in which a group of investors are said …

dailyfinance.com/2010/09/24/angelgate-ron-conway-rips-desp…

More results

**Fred Wilson on** AngelGate **and Where the Web Is Going ..**

The Union Square partner shares his thoughts on "superangels," the globalization of Web services, and such companies as Quora and StackOverflow

bloomberg.com/bw/technology/content/oct2010/tc2010107_1…

More results

**'AngelGate' disrupts TechCrunch conference but no 'Jerry Springer'..**

In a colorful blog post, PayPal veteran and angel investor Dave McClure dismissed talk of **collusion**and "**Angelgate**" saturated social media — Twitter, Quora, Facebook (and spawned jokes and a Hitler…

latimesblogs.latimes.com/technology/2010/09/angelgate-disrupts-tec…

More results

### The Daily Start-Up: "AngelGate" Escalates – Venture Capital Dispatch…

And the "**AngelGate**" flap won't die. Arrington blogged about it, alleging angel **collusion**. Now angel Ron Conway, who wasn't at the meeting but whose SV Angel partner David Lee apparently was…

blogs.wsj.com/venturecapital/2010/09/24/the-daily-start…

More results

### Scripting News: Angelgate in a Nutshell

I was talking about **Angelgate** earlier today with an entepeneur (the new spelling) a bunch of angels and you're wondering if the guys you've been meeting with were in the **collusion** meeting that Mike…

scripting.com/stories/2010/09/24/angelgateInANutshell.html

More results

### How AngelGate Affects You…Yes, You, Racketeering In Silicon Valley still getting worse. Where is the FBI? –

How **AngelGate** Affects You…Yes, You. In an overcrowded world of mortal human beings, struggling Michael Arrington's report of **collusion** among Silicon Valley Super Angels really is as epic a story as it…

readwrite.com/2010/09/24/how_angelgate_affects_youyes_you

More results

**What Entrepreneurs Should do about Price Fixing – CloudAve**

_ We all know about **AngelGate** by now. As a funny coincidence I happend to have written about the topic of **collusion** 3 weeks prior to the fateful dinner.

cloudave.com/5283/what-entrepreneurs-should-do-about-p…

More results

### The Real Lesson of AngelGate | Force of Good

The Real Lesson of **AngelGate**. Posted on September 23, 2010 · 11 Comments. He starts screaming**collusion** in a quite successful attempt to draw page views.

blog.weatherby.net/2010/09/the-real-lesson-of-angelgate.html

More results

**Founders Come First | True Ventures**

First the "smackdown" news and chatter this week and now **Angelgate**. super angels and VCs, while

556

Fred Wilson at Union Square says **collusion** has certainly happened where several VCs have been…
   trueventures.com/founders-come-first/

More results

### AngelGate**: Symptom or Problem? | payne.org/blog**

It seems clear this week's meme is going to be "**AngelGate**", after Michael Arrington crashed a private meeting of West coast "super" angels, accusing them of **collusion** and price fixing.
payne.org/blog/angelgate-symptom-or-problem/
More results

### "AngelGate" – Who Really Has the Power? – 3Q Digital

So today **AngelGate** may be a big deal, but in the long run it won't amount to much – the power is shifting to the entrepreneur, and no amount of **collusion** from angels or VCs can stop that.
   3qdigital.com/analytics/angelgate-who-really-has-the-po…

More results

### The Daily Start-Up: "AngelGate" Escalates – RPI Engage | Forum

The Daily Start-Up: "**AngelGate**" Escalates. Posted by Remy Arteaga on September 24, 2010 at 10:55am in News. Arrington blogged about it, alleging angel **collusion**.
   rpiengage.ning.com/forum/topics/the-daily-startup-angelgate

More results

### PDF Angel Investing : How do angel investors gain traction?

**AngelGate**: Is **collusion** between angel investors to gain an advantage in investing in startups illegal? Angel Investing: Is it fair for someone who calls themselves a "seed" investor to require traction?
ventureengine.lk/pdf/How do angel investors gain traction…
More results

What Entrepreneurs Should do about Price Fixing

_ We all know about **AngelGate** by now. As a funny coincidence I happend to have written about the topic of **collusion** 3 weeks prior to the fateful dinner.
bothsidesofthetable.com/2010/09/23/what-entrepreneurs-should-do-a…
More results

### …angel meetup at Bin 38 with everyone but @Arrington   #angelgate**..**

Attend the secret super angel meetup at Bin 38 with everyone but @Arrington   **#angelgate**. " i missed this meeting, can it turn into a monthly entrepreneur **collusion** meeting? "
plancast.com/plan/110971
More results

BoomTown Decodes Conway's Super Angel Email to Fellow Investors..
Dave "Sue Sylvester" McClure uses his bullhorn blog to call foul about a not-naming-names-but-still-really-mad-as-hell story of **collusion** by that creepy kid from the school newspaper who wants to…
ᵂˢᴶ allthingsd.com/20100924/boomtown-decodes-ron-conways-sup…
More results
Tagxedo, word cloud with styles
Michael Arlington of TechCrunch broke a very colorful story yesterday, now known as **Angelgate**, about a secret super-angel meeting that he crashed. In his blog, Arlington accused the angels of**collusion**…
    blog.tagxedo.com/page/3

More results
Fire in The Valley, Fire in My Belly… and Yes, Mike, I Have Stopped…
Heh, whether **AngelGate** is true or not, we live in a Goldman Sachs/BP world. I don't think you'd ever wade into **collusion**. But, how'd you feel about a group of VCs gathering before the next round?
    500hats.typepad.com/500blogs/2010/09/fire-in-the-valley.html

If the Tesla D's Such a Great Car… | The American Spectator
Why **Crony** Capitalism Gives the Free Market a Black Eye. Gary Shapiro. Nation's Largest Nuclear Power Plant Operator Seeks State Subsidies …
    spectator.org/articles/60703/if-tesla-d's-such-great-car…

More results
Elon Musk**, Grabby** Crony **Capitalist – LCT Magazine**
**Elon Musk**, Grabby **Crony** Capitalist. Posted on March 26, 2015 by Martin Romjue – Also by this author. Post a comment | Comments 0 | Welcome to …
    lctmag.com/blogpost/293782/elon-musk-grubbing-crony-…

More results
Elon Musk**, the ultimate entrepreneur in a** Crony **Capitalist**
**Elon Musk** is truly a brilliant entrepreneur; initial c0-founder of Paypal, visionary founder of SpaceX and now Tesla motor cars. I met Mr. **Musk** back in my Air Force …
    bereansatthegate.com/elon-musk-the-ultimate-entrepreneur-in-a-…

More results
Elon Musk **Gets Government Loans, Buys $17 Million House**
We live in the gilded age of **crony** capitalism. If you have any doubt about that fact look no further than **Elon Musk's** purchase of a $17 million mansion in Bel Air …
    breitbart.com/big-government/2013/01/15/elon-musk-poste…

Elon Musk's **growing empire is fueled by $4.9** billion **in .**
Los Angeles entrepreneur **Elon Musk** has built a multibillion-dollar fortune running … SpaceX has won more than $5.5 **billion** in government contracts from …
    latimes.com/business/la-fi-hy-musk-subsidies-20150531…

More results
Elon Musk**: Government's** $5 Billion **Crony Kick-back** Man **– Nevada News and Views**

**Musk** is one of the hottest CEOs in the country, and Tesla stock has been a strong performer. But one key to **Musk's** success is that his companies have, according to …

Ⓖ nevadanewsandviews.com/elon-musk-governments-5-billion-man/

More results

Elon Musk**: Government's $**5 Billion Man

Capitalism 2015: In corporate finance today, the theme is Go where the money is. For **Elon Musk**, CEO of Tesla, SolarCity and SpaceX, the place to hunt for cash isn't …

snewsi.com/id/15215262069/Elon-Musk-Governments-$5-B…

More results

Elon Musk**: Government's $**5 Billion Man **–**

Breaking News. VIDEO… SOLDIER WHO KILLED 16 AFGHANS SAYS HE WAS 'CONSUMED BY WAR'… American Pharoah becomes 1st Triple Crown winner in 37 years

konservativekartel.com/elon-musk-governments-5-billion-man/

**The Techtopus: The** Silicon Valley **Wage Suppression** Cartel **(w**

Matt & Michael hosted Pando Daily Senior Editor Mark Ames who explains the origins of the **SiliconValley** wage suppression **cartel**, how George Lucas helped …

▶ youtube.com/watch?v=bVhXTMpP-d0

More results

**The** Silicon Valley **wage suppression conspiracy**

The **cartel** firms can also afford to pay you a more, … **Silicon Valley** employers need to do whatever is necessary to stay the engine of innovation for the …

marginalrevolution.com/marginalrevolution/2014/03/the-silicon-va…

More results

**The Techtopus: How** Silicon Valley's **most celebrated CEOs**

In early 2005, as demand for **Silicon Valley** engineers began booming, Apple's Steve Jobs sealed a secret and illegal pact with Google's Eric Schmidt to …

pando.com/2014/01/23/the-techtopus-how-silicon-vall…

More results

**The Friday Roast –** Silicon Valley's**despicable wage** cartel

Some of **Silicon Valley's** best known names, Apple and Google among them operated a wage **cartel**. Now they're being punished.

#d diginomica.com/2014/08/15/friday-roast-silicon-valleys-d…

More results

**Taxi industry piles on** 'Silicon Valley cartel'**| Capital New York**

In recent weeks, the San Francisco-based taxi app called Lyft has been trying to launch in the New York City market, so far without success. State and city officials …

capitalnewyork.com/article/city-hall/2014/07/8549483/taxi-in…

More results

Silicon Valley **workers may pursue collusion case as group**

Jan 14 Roughly 60,000 **Silicon Valley** workers won clearance to pursue a lawsuit accusing Apple Inc, Google Inc and other companies of conspiring to drive …

reuters.com/article/2014/01/15/siliconvalley-collusio…

More results

**Secret anti-labor** cartel **alleged in** SiliconValley | www.ajc.com

Secret anti-labor **cartel** alleged in **Silicon Valley**. Posted: 2 … in lost income for some 100,000 **SiliconValley** engineers whose salary was …

    ajc.com/weblogs/jay-bookman/2014/jan/27/secret-an…

More results

Is the National Venture Capital Association (**Nvca**) Actually a …

IS THE NATIONAL VENTURE CAPITAL ASSOCIATION (**NVCA**) ACTUALLY A …

    thenewsdaily.org/national-venture-capital-association-nvca…

More results

**Is the National Venture Capital Association (**Nvca**) Actually a .**

Columns. Column: THE TAKEDOWN – Perp walking the big dogs; The Punisher Column. FEATURES: HOT TOPICS. ON-TOPIC EXPOSE DOCUMENTARIES and DOCUDRAMAS. INVESTIGATIONS

    corruptionnewsdc.com/is-the-national-venture-capital-associati…

More results

NVCA **Archives – CORRUPTION BUSTERS**

National Venture Capital Association (**NVCA**) collusion. … AFI researchers have lived with this **cartel** conduct for years now, …

    corruptionbusters.info/tag/nvca/

More results

Rosebud222 Archives – THE SHOCKING NEWS

is the national venture capital association (**nvca**) actually a mafia-like **cartel**? uncategorized; by wiki members – january 15, 2015 0 0

    theshockingnews.org/tag/rosebud222/

More results

Abel Danger: The Mafia-Like **Cartel** Running Silicon Valley

How The National Venture Capital Association & the Silicon Valley Venture Capitalists became a Mafia-like **Cartel**:

    abeldanger.net/2015/05/the-mafia-like-cartel-running-sil…

**PDF The** Silicon Valley **salary** cartel **– Marque Lawyers**

The **Silicon Valley** salary **cartel** Google, Apple and others face multi-billion dollar US antitrust class action Want to unsubscribe? Email us at unsubscribe@ …

    marquelawyers.com.au/assets/marque-update_240314.pdf

More results

**The Hiring Monopsony** Cartel **in** SiliconValley**: Live from La**

David Streitfeldfeb: Engineers Allege Hiring Collusion in **Silicon Valley**: "A class-action lawsuit that accuses industry executives of agreeing between 2005 and 2009 …

    delong.typepad.com/sdj/2014/03/the-hiring-monopsony-cartel-i…

More results

Big tech firms holding wages down? Marx was right all along

Opinion We should have more Marxist analysis of the tech business. So here is some, looking at the manner in which the major firms of **Silicon Valley** are being accused …

theregister.co.uk/2014/01/29/marxist_analysis_silicon_valle…

More results
Load More
**The Salary** Cartel **In** Silicon Valley **– Apple, Google & Co • iDeviceDailys**
Home » Apple • Uncategorized » The Salary **Cartel** In **Silicon Valley** – Apple, Google & Co.
idevicedailys.com/uncategorized/the-salary-cartel-silicon-v…

More results
High-Tech Employee Antitrust Litigation – Wikipedia, the free…
High-Tech Employee Antitrust Litigation involves a 2010 United States Department of Justice (DOJ) antitrust action and a 2013 civil class action against several **Silicon Valley** companies for alleged "no cold call" agreements which restrained the recruitment of high-tech employees.
Ｗen.wikipedia.org/wiki/High-Tech_Employee_Antitrust_Litigation
More results
**Are Dreamworks, Disney, Lucas Arts part of the** Silicon Valley Cartel**?.**
The biggest story in the Technology Sector, other than the lack of Jobs given to minorities in the tech sector, has been the Price Fixing **Cartel** of **Silicon Valley**.
toonbarn.com/other-cartoons/dreamworks-disney-lucas-ar…
More results
Silicon Valley **Wage** Cartel **Essay**
Name: Date: 5/14/14. (Limit this entire analysis to no more than 300 words. Include the statements below in boldface). Title of Article: How **Silicon Valley's** most celebrated CEOs conspired to drive down 100,000 tech engineers. Briefly state the main idea of the article: (2 points).
antiessays.com/free-essays/Silicon-Valley-Wage-Cartel-66…

Silicon Valley's **Caste System Has Been Exposed — NYMag**
…only makes sense when you know that **Silicon Valley's** top-level executives often behave as a**cartel** – displaying more loyalty to each other, across company lines, than to their own employees…
nymag.com/daily/intelligencer/2014/04/silicon-valle…

More results
svb.com/pdf/economic-report-q2-2013
**Silicon Valley** Bank.
svb.com/pdf/economic-report-q2-2013/

More results
Silicon Valley **hasn't got away with its no-poaching** cartel **just yet**
…anti-poaching ring within **Silicon Valley** dates back to the 1980s, when Star Wars creator George Lucas Jobs eventually enforced the **cartel** on a new generation of tech companies in the 2000s, the lawsuit…
qz.com/247251/silicon-valley-hasnt-got-away-with…

More results

# .The Applicants. The Screwers and the Screwees

AS of 2009. Note How many companies were put out of business, or had their projects halted, by the Obama Administration, in order to protect the assets and stock holdings of campaign financiers



Credit: CBS)
© 2012 CBS Interactive Inc., All Rights Reserved.

Summary of Names of ATVM Loan Applicants and their Requested Loan Amounts Submitted under Section 136 of the 2007 Energy Independence Act

| | Project Description | Requested Loan Amount | Information Withheld |
|---|---|---|---|
| 1 | XP Vehicles | $40,000,000 | |
| 2 | Chrysler | $8,550,000,000 | |
| 3 | Tesla | $588,000,000 | |
| 4 | GM | $3,600,000,000 | |
| 5 | Ford | $11,000,000,000 | |
| 6 | Coherix | $10,000,000 | |
| 7 | Bright Auto | $450,000,000 | |
| 8 | Goodyear | $944,000,000 | |
| 9 | GM II | $4,700,000,000 | |
| 10 | AMP | $20,000,000 | |
| 11 | Delphi | | 5.U.S.C. 552(b)(4) |
| 12 | Saturn Electronics | | 5.U.S.C. 552(b)(4) |
| 13 | | | 5.U.S.C. 552(b)(4) |
| 14 | Futuris Automotive | | 5.U.S.C. 552(b)(4) |
| 15 | ZAPI Motor Manufacturing | $200,300,000 | |
| 16 | BG Auto | $150,000,000 | |
| 17 | Continental | $278,000,000 | |
| 18 | MAGNA | $65,200,000 | |
| 19 | Van-Rob | $21,400,000 | |
| 20 | Concord International | | 5.U.S.C. 552(b)(4) |
| 21 | Lear Corporation | $120,000,000 | |
| 22 | U.S. Manufacturing Corporation | $95,000,000 | |
| 23 | Nissan North America, Inc. | $1,630,000,000 | |
| 24 | A123 | $1,000,000,000 | |
| 25 | ArvinMeritor OE | $115,400,000 | |
| 26 | Metaldyne | $32,120,000 | |
| 27 | Motor Trike, Inc. / Thoroughbred Motorsports, Inc. | $12,600,000 | |
| 28 | Aptera Motors, Inc. | $75,000,000 | |
| 29 | Millwind R&D | $20,000,000 | |
| 30 | Tenneco | $24,110,000 | |
| 31 | ZF Group - 8sp | | 5.U.S.C. 552(b)(4) |
| 32 | ZF Group - Axle | | 5.U.S.C. 552(b)(4) |
| 33 | Federal Mogul | $79,300,000 | |
| 34 | | | 5.U.S.C. 552(b)(4) |
| 35 | Acument | $8,000,000 | |
| 36 | Quantum Tech | $175,000,000 | |
| 37 | Pittsburgh Glass Works | $12,415,000 | |
| 38 | Microstaq | $10,540,000 | |
| 39 | A.G. Simpson | $25,832,000 | |
| 40 | Sekou | $13,920,000 | |
| 41 | Sabó | $20,000,000 | |
| 42 | Enerdel | $384,100,000 | |

Summary of Names of ATVM Loan Applicants and their Requested Loan Amounts Submitted under Section 136 of the 2007 Energy Independence Act

Summary of Names of ATVM Loan Applicants and their Requested Loan Amounts Submitted under Section 136 of the 2007 Energy Independence Act

| | | | |
|---|---|---|---|
| 43 | ElectroRides | $2,000,000 | |
| 44 | Gill Industries | $4,309,000 | |
| 45 | American Axle & Manufacturing | $11,960,000 | |
| 46 | Electrovaya | $240,000,000 | |
| 47 | Eaton | $28,685,000 | |
| 48 | Vehicle Production Group | $34,406,000 | |
| 49 | Transonic Combustion | $156,000,000 | |
| 50 | Jordan Engineering | $25,000,000 | |
| 51 | EcoMotors | $20,851,000 | |
| 52 | Cooperative Energy | $800,000 | |
| 53 | Good Earth | $24,000,000 | |
| 54 | Imara Corp. | | 5.U.S.C. 552(b)(4) |
| 55 | Stoneridge - Hyd Actuators | | 5.U.S.C. 552(b)(4) |
| 56 | Stoneridge - Steering Torque | | 5.U.S.C. 552(b)(4) |
| 57 | Stoneridge - Turbo Controls | $3,412,000 | |
| 58 | Meridian Auto | $11,164,000 | |
| 59 | | | 5.U.S.C. 552(b)(4) |
| 60 | THB America | $1,980,000 | |
| 61 | Wrightspeed | $40,000,000 | |
| 62 | Phoenix Motors | | 5.U.S.C. 552(b)(4) |
| 63 | Ruff & Tuff | $14,000,000 | |
| 64 | ALTe | $60,000,000 | |
| 65 | | | 5.U.S.C. 552(b)(4) |
| 65b | | | 5.U.S.C. 552(b)(4) |
| 67 | Dynamic Free Piston | $20,000,000 | |
| 68 | Fisker I | $145,300,000 | |
| 69 | Fisker II | $318,800,000 | |
| 70 | Magnesium Auto Group | $2,000,000 | |
| 71 | Energy Systems Network | | 5.U.S.C. 552(b)(4) |
| 72 | Renosol Corp. | $11,867,000 | |
| 73 | Remy | | 5.U.S.C. 552(b)(4) |
| 74 | Fast Skins | $7,000,000 | |
| 75 | Metal Forming and Coining | $15,000,000 | |
| 76 | | | 5.U.S.C. 552(b)(4) |
| 77 | Electric Motors Corp. | $115,680,000 | |
| 78 | KleenSpeed | $1,600,000 | |
| 79 | Electrocharger | $5,500,000 | |
| 80 | Revolution Motors | $40,000,000 | |
| 81 | Limnia, Inc | $15,000,000 | |
| 82 | BorgWarner | $27,600,000 | |
| 82a | V-Vehicle #1 | $78,400,000 | |
| 82b | V-Vehicle #2 | $264,600,000 | |
| 83 | Key Safety Systems | $3,900,000 | |
| 84 | Bio-endocrenology | $1,905,000 | |
| 85 | Carter Group | $5,100,000 | |

Summary of Names of ATVM Loan Applicants and their Requested Loan Amounts Submitted under Section 136 of the 2007 Energy Independence Act

Summary of Names of ATVM Loan Applicants and their Requested Loan Amounts Submitted under Section 136 of the 2007 Energy Independence Act

| | | | |
|---|---|---|---|
| 86 | GM III | $2,500,000,000 | |
| 87 | Brammo Motorcycles | $45,000,000 | |
| 88 | Vectrix Corporation | $32,000,000 | |
| 89 | Valence | $608,000,000 | |
| 90 | EV Innovations | $1,300,000,000 | |
| 91 | Wirco, Inc | $40,800,000 | |
| 92 | SmartEarth Systems | $17,825,000 | |
| 93 | Wind Works | $1,680,000,000 | |
| 94 | Johnson Controls | $25,100,000 | |
| 95 | Bailey Tool & Manufacturing | $9,800,000 | |
| 96 | BioTrike | Grant | |
| 97 | Think North America | | 5.U.S.C. 552(b)(4) |
| 98 | Severstal Int. | $741,000,000 | |
| 99 | EnVironmental Transport Solutions, LLC | $3,870,000 | |
| 100 | T3 Motion | $45,000,000 | |
| 101 | Tinnerman | $13,100,000 | |
| 102 | Cordovano | $345,777 | |
| 103 | Local Motors | $24,341,500 | |
| 104 | Enova Systems | $10,456,126 | |
| 105 | Bannon Automotive | $40,000,000 | |
| 106 | STANT | $3,750,000 | |
| 107 | Raser Technologies | $520,000,000 | |
| 108 | CVRD, LLC | $12,800,000 | |
| | | | |
| | | | |

Summary of Names of ATVM Loan Applicants and their Requested Loan Amounts Submitted under Section 136 of the 2007 Energy Independence Act

| Sorted Alphabetically | | Sorted by Amount Requested | |
|---|---|---|---|
| A. G. Simpson | $25,832,000 | Ford | $11,000,000,000 |
| A123 | $1,000,000,000 | Chrysler | $8,550,000,000 |
| Acument | $8,000,000 | GM II | $4,700,000,000 |
| ALTe | $60,000,000 | GM | $3,600,000,000 |
| American Axle & Manufacturing | $11,960,000 | GM III | $2,500,000,000 |
| AMP | $20,000,000 | Wind Works | $1,680,000,000 |
| Aptera Motors, Inc. | $75,000,000 | Nissan North America | $1,630,000,000 |
| ArvinMeritor OE | $115,400,000 | EV Innovations | $1,300,000,000 |
| Bailey Tool & Manufacturing | $9,800,000 | A123 | $1,000,000,000 |
| Bannon Automotive | $40,000,000 | Goodyear | $944,000,000 |
| BG Auto | $150,000,000 | Severstal Int. | $741,000,000 |
| Bio-endocrenology | $1,905,000 | Valence | $608,000,000 |
| BioTrike | | Tesla | $588,000,000 |
| Borg Warner | $27,600,000 | Raser Technologies | $520,000,000 |
| Brammo Motorcycles | $45,000,000 | Bright Auto | $450,000,000 |
| Bright Auto | $450,000,000 | Enerdel | $384,100,000 |
| Carter Group | $5,100,000 | Fisker II | $318,800,000 |
| Chrysler | $8,550,000,000 | Continental | $278,000,000 |
| Coherix | $10,000,000 | V-Vehicle #2 | $264,600,000 |
| Concord International | | Electrovaya | $240,000,000 |
| Continental | $278,000,000 | ZAP! Motor Manufacturing | $200,300,000 |
| Cooperative Energy | $800,000 | Quantum Tech | $175,000,000 |
| Cordovano | $345,777 | Transonic Combustion | $156,000,000 |
| CVRD, LLC | $12,800,000 | BG Auto | $150,000,000 |
| Delphi | | Fisker I | $145,300,000 |
| Dynamic Free Piston | $20,000,000 | Lear Corportation | $120,000,000 |
| Eaton | $28,685,000 | Electric Motors Corp. | $115,680,000 |
| EcoMotors | $20,851,000 | ArvinMeritor OE | $115,400,000 |
| Electric Motors Corp. | $115,680,000 | U. S. Manufacturing Corporation | $95,000,000 |
| Electrocharger | $5,500,000 | Federal Mogul | $79,300,000 |
| ElectroRides | $2,000,000 | V-Vehicle #1 | $78,400,000 |
| Electrovaya | $240,000,000 | Aptera Motors, Inc. | $75,000,000 |
| Enerdel | $384,100,000 | MAGNA | $65,200,000 |
| Energy Systems Network | | ALTe | $60,000,000 |
| Enova Systems | $10,456,126 | Brammo Motorcycles | $45,000,000 |
| EnVironmental Transport Solutions | $3,870,000 | T3 Motion | $45,000,000 |
| EV Innovations | $1,300,000,000 | Wirco, Inc | $40,800,000 |
| Fast Skins | $7,000,000 | Bannon Automotive | $40,000,000 |
| Federal Mogul | $79,300,000 | Revolution Motors | $40,000,000 |
| Fisker I | $145,300,000 | Wrightspeed | $40,000,000 |
| Fisker II | $318,800,000 | XP Vehicles | $40,000,000 |
| Ford | $11,000,000,000 | Vehicle Production Group | $34,406,000 |
| Futuris Automotive | | Metaldyne | $32,120,000 |
| Gill Industries | $4,309,000 | Vectrix Corporation | $32,000,000 |
| GM | $3,600,000,000 | Eaton | $28,685,000 |
| GM II | $4,700,000,000 | Borg Warner | $27,600,000 |
| GM III | $2,500,000,000 | A. G. Simpson | $25,832,000 |
| Good Earth | $24,000,000 | Johnson Controls | $25,100,000 |
| Goodyear | $944,000,000 | Jordan Engineering | $25,000,000 |
| Imara Corp. | | Local Motors | $24,341,500 |
| Johnson Controls | $25,100,000 | Tenneco | $24,110,000 |
| Jordan Engineering | $25,000,000 | Good Earth | $24,000,000 |
| Key Safety Systems | $3,900,000 | Van-Rob | $21,400,000 |
| Kleen Speed | $1,600,000 | EcoMotors | $20,851,000 |
| Lear Corportation | $120,000,000 | AMP | $20,000,000 |

| | | | |
|---|---|---|---|
| Limnia, Inc. | $15,000,000 | Dynamic Free Piston | $20,000,000 |
| Local Motors | $24,341,500 | Millwind R & D | $20,000,000 |
| MAGNA | $65,200,000 | Sabo | $20,000,000 |
| Magnesium Auto Group | $2,000,000 | Smart Earth Systems | $17,825,000 |
| Meridian Auto | $11,164,000 | Limnia, Inc. | $15,000,000 |
| Metal Forming and Coining | $15,000,000 | Metal Forming and Coining | $15,000,000 |
| Metaldyne | $32,120,000 | Ruff & Tuff | $14,000,000 |
| Microstaq | $10,540,000 | Sekou | $13,920,000 |
| Millwind R & D | $20,000,000 | Tinnerman | $13,100,000 |
| Motor Trike/Thoroughbred Motorsports | $12,600,000 | CVRD, LLC | $12,800,000 |
| Nissan North America | $1,630,000,000 | Motor Trike/Thoroughbred Motorsports | $12,600,000 |
| Phoenix Motors | | Pittsburgh Glass Works | $12,415,000 |
| Pittsburgh Glass Works | $12,415,000 | American Axle & Manufacturing | $11,960,000 |
| Quantum Tech | $175,000,000 | Renosol Corp. | $11,867,000 |
| Raser Technologies | $520,000,000 | Meridian Auto | $11,164,000 |
| Remy | | Microstaq | $10,540,000 |
| Renosol Corp. | $11,867,000 | Enova Systems | $10,456,126 |
| Revolution Motors | $40,000,000 | Coherix | $10,000,000 |
| Ruff & Tuff | $14,000,000 | Bailey Tool & Manufacturing | $9,800,000 |
| Sabo | $20,000,000 | Acument | $8,000,000 |
| Saturnin Electronices | | Fast Skins | $7,000,000 |
| Sekou | $13,920,000 | Electrocharger | $5,500,000 |
| Severstal Int. | $741,000,000 | Carter Group | $5,100,000 |
| Smart Earth Systems | $17,825,000 | Gill Industries | $4,309,000 |
| STANT | $3,750,000 | Key Safety Systems | $3,900,000 |
| Stoneridge - Hyd. Actuators | | EnVironmental Transport Solutions | $3,870,000 |
| Stoneridge - Steering Torque | | STANT | $3,750,000 |
| Stoneridge - Turbo Controls | $3,412,000 | Stoneridge - Turbo Controls | $3,412,000 |
| T3 Motion | $45,000,000 | ElectroRides | $2,000,000 |
| Tenneco | $24,110,000 | Magnesium Auto Group | $2,000,000 |
| Tesla | $588,000,000 | THB America | $1,980,000 |
| THB America | $1,980,000 | Bio-endocrenology | $1,905,000 |
| Think North America | | Kleen Speed | $1,600,000 |
| Tinnerman | $13,100,000 | Cooperative Energy | $800,000 |
| Transonic Combustion | $156,000,000 | Cordovano | $345,777 |
| U. S. Manufacturing Corporation | $95,000,000 | BioTrike | |
| Valence | $608,000,000 | Concord International | |
| Van-Rob | $21,400,000 | Delphi | |
| Vectrix Corporation | $32,000,000 | Energy Systems Network | |
| Vehicle Production Group | $34,406,000 | Futuris Automotive | |
| V-Vehicle #1 | $78,400,000 | Imara Corp. | |
| V-Vehicle #2 | $264,600,000 | Phoenix Motors | |
| Wind Works | $1,680,000,000 | Remy | |
| Wirco, Inc | $40,800,000 | Saturnin Electronices | |
| Wrightspeed | $40,000,000 | Stoneridge - Hyd. Actuators | |
| XP Vehicles | $40,000,000 | Stoneridge - Steering Torque | |
| ZAP! Motor Manufacturing | $200,300,000 | Think North America | |
| ZF Group - 8sp | | ZF Group - 8sp | |
| ZF Group - Axle | | ZF Group - Axle | |
| **Total** | **$43,901,244,403** | **Total** | **$43,901,244,403** |

567

**CHECK BACK FOR THE NEXT UPDATE OF THIS BOOK...**