Page 1    EXHIBIT 103 – Case # 22-cv-1107-TSH, Norcal 9th District

# POLITICAL HIT JOBS TARGETING AMERICAN CITIZENS

### How The White House, Senators And Their
### Tech Financiers Put "Kill Orders" Out On Americans

Revision 1.2



# Table of Contents

POLITICAL HIT JOBS TARGETING AMERICAN CITIZENS.............................................................1
Forward.............................................................................................................................................3
The Killers.........................................................................................................................................4
The Silicon Valley Black-Lists........................................................................................................33
Their Tactics.....................................................................................................................................34
   Killing The Messenger.................................................................................................................55
The Silicon Valley Cartel Hit Job....................................................................................................60
Eric Schmidt's Role In Illegal Agreements......................................................................................66
The Tech Cartel And The White House............................................................................................68
Stealing Afghanistan........................................................................................................................76
Exhibits............................................................................................................................................85
   Those Who Were Killed...............................................................................................................86
   Reference Data...........................................................................................................................122

# Forward

Afghanistan has ***trillions*** of dollars of rare earth minerals that certain corrupt tech oligarchs seek to control.

Tom, an American citizen in San Francisco accidentally affected the scheme that White House executives and U.S. Senators were using to illegally profiteer with dirty mining and tech deals…

...so he had to be killed!

# The Killers

To be clear, a number people involved in this case were killed. Dead! ...with bullets in their heads. Hired killers killed them.

They may have gotten off easy. Their deaths were sudden and usually unexpected. You can see a list of their names in the *Exhibits* section of this book.

The unlucky ones are still biologically alive but their deaths have lingered over many years of pain. They were disabled for life and blocked from all income and positive life experience.

This was done to them in vendetta, reprisal and revenge because they told the truth.

When we say that some of the victims were "killed, yet still alive"; we mean this:

Imagine once having hopes and dreams and then imagine that every one of your hopes and dreams is ripped away from you. Imagine your home, your income, your fiance, your car, your health, your brand, your reputation, your investments, your retirement...EVERYTHING, is destroyed by hired operatives who use spy agency tactics and tools to destroy you, black-list you and otherwise harm you in reprisal for talking to the cops.

Being "killed" with spy tactics can be bloodless but just as lethal as the old bullet method.

Let's meet the people who sell their services, to America's most notorious politicians, to destroy others.

Media Matters was hired to attack Tom because he reported a felony crime committed by associates of Media Matters. One of Media Matters staff, for example, is Audrey Bowler, a Social Media Manager at character assassination-for-hire outlet Media Matters. Audrey has shared a litany of anti-male tweets, including declarations of her "love" for "*scamming men*" and her joy "when men die in movies" along with designing a state seal with "*kill all men as the motto.*"

Bowler, who's worked at the George Soros-funded group since 2018, is the latest Media Matters employee to be exposed as a hired media assassin.

Her Twitter account contains a host of derogatory and violent remarks directed towards men.

Bowler, for example, insisted she was "getting the state seal done with "kill all men as the motto" – a violent call offset with "lmao" and followed by "¯\\_(ツ)_/¯":

*"lmao right??? anyway i'm now getting the state seal done with "kill all men" as the motto ¯\\_(ツ)_/¯*

**— audrey bowler (@aud_bowler) June 17, 2017**

4

Similarly, Bowler, who also identifies herself as managing Media Matters' Chinese Communist Party-linked TikTok, described how she "loves it when men die in movies."

*" i'm watching the mummy for the first time and let me just say: i love it when men die in movies"*

**— audrey bowler (@aud_bowler) July 2, 2018**

Bowler's account is also teeming with hateful label directed towards men, including tweets saying "men are so gross" and "men are disgusting." She also declared "there are no good men" when, ostensibly, joking about what she'd "tattoo" on her forehead.

*"   tattoo it on my forehead:*

*1) never have heroes*

*2) there are no good men "*

**— audrey bowler (@aud_bowler) February 25, 2018**

Bowler also suggested that random men should "venmo her $5," followed with her openly stating that she "love[s] scamming men."

*"i love scamming men"*

**— audrey bowler (@aud_bowler) November 30, 2017**

The Media Matters director has extensive involvement in Democratic Party politics, having interned in the offices of Democratic Senator Jim Webb and Hillary Clinton's 2016 running mate Tim Kaine.

Media Matters hired misandrist scammer Audrey Bowler because her perverted hate and rage could be directed, by Media Matters, to harm others.

While Media Matters once mocked a clip of Fox Nation host Tomi Lahren insisting "feminism is less about "equal rights" and more about "man bashing and demanding free things," their own staff member appears to confirm Lahren's assertions.

What's more, Media Matters is notorious for spearheading advertiser boycotts against those that speak ill of their political clients when hosts make "controversial" remarks; reverse the genders on Bowler's comments, and she'd certainly earn a spot on the Media Matters blacklist.

Media Matters staff seem to all be hateful, raging sociopaths that can be easily mind-controlled to aim their rage anyone for a buck.

Worse than the Media Matters attackers hired to "kill" Tom, are the Gawker/Gizmodo/Jalopnik attack group hired to try to "kill" Tom.

The predominantly omnisexual staff of these publications are not only hired because they love a wiener in the butt but because they exhibit one, or another, of a common set of mental illnesses. The mind

virus types most favored by the owner: Nick Denton, are: subservience, lack-of-impluse control, bad decision-making based on anger issues, infantile perception limits and previous angst issues from abusive childhoods. Their job is to take all of the rage they harbor and aim it at the next political target that Denton is hired to kill.

Nick Denton sells his soul to the Silicon Valley oligarchs, The White House, Elon Musk, The Google Bosses and that sort of extremist oligarch kind of crazy power-hungry client.

To move high up into the vast number of facade "brands" that Denton has created, you have to spread your morals (and sometimes your butt cheeks) at bit.

Gawker, which was bankrupted by Tom and other victims, for it's crimes, has tried to revive itself and will be killed again, same for Gizmodo. This tabloid cesspool of character assassins thinks that their brand names have "value". The only value they have is to be known as "The Anus Of The Internet" for all of time.

Because the hired hit-jobs on Hulk Hogan, Sean Parker, Sandy Montenegro, Sarah Palin, and hundreds of others, were so vicious, malicious and awful; Nick Denton now has a number people who would be delighted to put an ice pick through his skull.

While many have memed pictures of Nick Denton as "The Face Of AIDS"; he does not seem to be dying quick enough for most of his victims.

It has been clearly reported in the news that Denton survives on a combination of Russian mobster cash, Money from EBAY's Pierre Omidyar and ad sales from totally fake contrived ad metrics.

Google/YouTube and the Denton tabloids are political, business and sexual partners in all of this. They cross-mingle staff, flings, cash and server targeting for the same goals. Gawker/Gizmodo/Jalopnik publishes the attack articles and Google locks them on the top line, of every Google site, forever, around the globe, in front of every person on the internet.

Read the court records and see for yourself the bribes, sex abuses, democracy manipulations and other crimes these Gawker/Gizmodo/Jalopnik people engage in.

Jason Schreier, writer at the Gawker and Gizmodo's Kotaku, posted smiling selfie with a memo stuck to his face that says, *"Palestinian children should die".*

Nick Denton sells: **"Weapons of Mass Brand Destruction"** services.

They feign a facade of "being reporters" and sprinkle some generic articles around their swamp of tabloids in order to keep up appearances.

The sole purpose of Gawker, Gizmodo, Jezebel, Valleywag, Jalopnik and the horde of other fake magazines that they created, is to be on stand-by for assigned political character assassinations.

Russian spies created the concept of "the long game pretext". As the TV show, "The Americans" details, a good scam takes ten to twenty years to properly stage. Gawker, Gizmodo, Jezebel, Valleywag, Jalopnik, etc. are a Fusion GPS-class spy game pretext that was created long ago to allow it to simmer on the pot.

The pot that Gawker-Gizmodo was designed to simmer on was the toilet bowl of tabloid journalism. The Silicon Valley campaign riggers wanted the dirtiest, scummiest outlet that nobody would question. They succeeded with glory in Gawker-Gizmodo.


Mentally ill gay Millennial kids, that could not get into college, were pulled in as worker-bees based on how much they hated society and how sexually abused by Uncle Fred they appeared to be. They were told: "Here's a keyboard, spew all of your hate and rage and Nick Denton will pick the worst of it to publish"

Denton, of course, only picked the things that maliciously damaged those who got in the way of the Silicon Valley's crony corruption schemes.

Denton uses every trick in the book to hide behind fluffy legal protections that appear to be the most extreme rationalizations in history. Denton is, himself, a sexually perverted denizen of the dark world of bizarre pizza and angry young boys who throw bricks through his window. This allows him to find synergy with the twisted perverts that he hires.

Gawker-Gizmodo kills people. They violate the Justice Department laws on Terror.

Gawker-Gizmodo has caused a number of innocent people to commit suicide by their actions. Gawker-Gizmodo works with Google and Amazon's servers to spread hate, defamation, character assassination and brand destruction around the globe and lock it on the internet, forever, in front of eight billion people. They end of the life of everyone that Gawker-Gizmodo targets.

Hulk Hogan and the other victims have probably thought about killing everyone at Gawker-Gizmodo. They certainly want to. Killing people is somewhat illegal in the USA, so Hulk erred on the side of his talent agency and chose the court-room instead. Hulk got lucky in finding the deep pockets of Peter Thiel. None of the other victims got that resource.

Gawker is spewing vile web posts around the world. Gawker, Gizmodo, Jezebel, Valleywag, Jalopnik are all the same thing; the same people; the same pretext.

The Justice Department should arrest Gawker, Gizmodo, Jezebel, Valleywag, Jalopnik, etc. for terrorism, tax evasion, money laundering, campaign finance fraud, sexual extortion and a host of other issues but they won't because James Comey, Andrew McCabe, Peter Strzok, David Oh and all of those other FBI-DOJ folks work for the Silicon Valley oligarchs.

Until there is an entirely new Department of Justice, social crimes like Gawker-Gizmodo will go un-addressed and bring society closer to crumbling. As long as the public see that criminal organizations like Gawker-Gizmodo will be allowed to freely engage in their crimes and corruptions, there can be no hope for the taxpayers.

Now, you can watch the deliciously dirty details unfold from the comfort of your own living room via the special Court website created just for the "*Die Gawker, Die*" crowd. It is located at: https://cases.primeclerk.com/gawker/Home-DocketInfo

From your prime digital perch you can read the ongoing details of $1200.00 per hour lawyers, more sex charges, organized crimes, election rigging, electric car manipulations, bribes, political paybacks and White House vendettas, money laundering and all sorts of other fun.

Judge Bernstein filed some kind of notice that orders Plaintiffs to relinquish their First Amendment rights and never speak about the case, never help other Plaintiffs and never seek restitution for the horrific acts done to them. Judge Bernstein and his staff have refused to ever allow Plaintiffs to appear in, or speak in, Court because their evidence blows an epic political corruption scheme sky high. Plaintiffs distributed their evidence to every reporter in the world, in order to prevent such freedom of speech abuse, and now the Court has no option but to deal with the fall-out.

The Federal Government and the ACLU have a different message for the New York Bankruptcy Court in the Southern District of New York and the staff therein: "*F\*CK YOU!*" Says Congress, The White House, The GAO and the top human rights organizations in the world! "...*You don't get to censor the public and abuse Human Rights, Judge Bernstein!*"

Gawker's staff assassins, John Hermann and Adrian Covert were told: "...*You really shouldn't have accepted that cash and that other "special compensation" from Obama's White House, Elon Musk and the DNC in exchange for attempting to character assassinate and "kill" people.*

*Here is what it has gotten you:*

*For the rest of your pathetic life you will be under surveillance. Nothing you do will not be documented. This surveillance of you has already been paid for, in advance. There is more than one Peter Thiel out here.*

*We are taking out every single person that you worked for so you can watch them drop like flies before we come for you.*

*Clearly, you have not fully considered the implications of our notoriously world famous "**FUCK YOU**" **PLAN** which was created decades ago for people exactly like YOU!*

*You are now going to experience the program under this Plan for the rest of your time on Earth and even into your historical legacy after you die.*

8

*We find that our 100% legal FUCK YOU Plan is far more effective.*

*The Fuck You Plan will last for the rest of your life. We will never forget about what you did and we will never forgive you. (Unless, of course, you want to pay us at least ten million dollars for the legal, personal,economic, brand and related damages you cost us).*

*Next we are putting you in our, and others, special crime prevention databases. The databases have every piece of information about you that you ever created, ie: all of your addresses, account numbers, tax records,bank accounts, dating site records, phone numbers, fax numbers, IMEI device records, IP addresses, device serial numbers, every lover you cheated on, sex service calls, drug deals, hookers, rent boys, Uber and Lyft trip addresses, neighbors, GPS records, etc. All of this information is legally acquired. You put most of it out on the web yourself.*

*Face recognition is also sourcing up every image of you on security cameras, Walmart cameras, restaurant cameras, Google and Bing image databases, social networks, dating sites, traffic cameras, hotel and motel cameras and everything that has ever recorded your face; which is public domain. Everything you are connected to will be connected to you.*

*If you ever, **for the rest of your life**, cheat on taxes, take money off-the-books, lie on an application, get arrested, get sued, buy drugs, buy sex, cheat, hide money, use off-shore conduits, set-up an illicit trust fund or shell corporation, get an STD, lie on a dating site, abuse or extort an employee, abuse a co-worker, plagiarize, break the law, run a real estate scam, hide insider stock trading,provide political campaign services without filing detailed and accurate FEC disclosures, support a political campaign, spend or receive any money that you do not report, we will find out about it and report you to the authorities.*

*There is no place on Earth you can hide from us. Our investigators and our friends in Congress, our journalist buddies, law enforcement and the intelligence community will never let you out of their sights!*

*We do not do creepy illicit things, like you do, so we have nothing to worry about. Youhave PLENTY to worry about.*

*You are, today, sitting at the edge of the same precipice that Richard Nixon, Bill Cosby, Harvey Weinstein and other scum sat at just before they slid down their filthy funnels straight to hell. Enjoy the ride!"*

Tom and the alliance of other attack victims got Gizmodo Media Group's special projects executive editor, John Cook, fired from the company.

Cook become the latest former top Gawker Media figure to exit in the year following Univision's idiotic acquisition of Gawker properties.

Cook exposed a CIA agent who was undercover, got different authors hacked and helped to arrange for Apple and others to suffer intellectual property mishaps.

In a company-wide memo obtained by Business Insider, Cook said he would be leaving GMG.

Cook said he was envious of those who took time off following Gawker's loss to Hulk Hogan and subsequent bankruptcy.

"I've watched with envy in recent months as various friends — including the occasional former colleague — have taken some time away from the news grind to clear their heads and get their bearings," Cook wrote. "After the last year and a half — even with the distance we've been able to put between ourselves the the Troubles — I could still use some head-clearing."

He added: "I'm grateful that Univision and FMG are committed to the unit and to devoting resources to aggressive (perverted) journalism."

The former executive editor of Gawker Media, Cook has overseen the special projects desk at GMG, which has focused on long-term hit-jobs.

Cook was one of the last major leadership figures involved in the Hogan trial who remained at GMG. Other top staffers like the awful Heather Dietrick — the president of Gawker Media and then of GMG — left the company in the months after the sale.

Cook and his army of trolls produced misogynist stereotypes on all of the Nick Denton sleaze-ball tabloids like Gawker, Gizmodo, Jalopnik, Deadspin etc. One reporter wrote about Denton's hit-job on Sandy Montenegro:

*"I don't care what [Sandy Montenegro Littlefield](#) is actually like; I don't know her, and I've never met her. Also, I am not intrinsically fond of superwealthy society people. Who knew that "[Gentry](#)" magazine even existed! Not me! Gentry. Wow. Weird. Lifestyles of upper class philanthropists; really beyond my comprehension – they're like aliens.*

*Anyway. Gossip is fun and I love to hear it. Dirty gossip is great. I would love to see Dirty Friendster with all the possible totally sophomoric sex gossip charts of who slept with whom and who just made out in the conference room. That said, I think that [Valleywag's post on Littlefield](#) deserves to be called out on its misogynist rhetoric about Ms. Littlefield. The article says she "used to go to tech conferences in search of husband material" and, worse:*

> *She'd arrive on her own and return on someone's private jet. She is absolutely gorgeous in person, but I don't think it took people too long to figure out she was a gold-digger.*

*I'd like to look at what stereotypes this gossip plays into and what reactions it can possibly evoke.*

*Here, who a woman sleeps with or marries is used to throw her competence as a tech executive into question. It is strongly implied that she is not a real geek, or maybe has no "real" skills at all other than her looks. When an article like this gets written, it also by association casts aspersions on all women in tech. Would this article be written about a man, a senior executive? Would there be any equivalent way to devalue and slander and ridicule a man?*

10

*It's very strange because while men are always whining about reverse sexism, and how everything should be genderblind and we should all just be human and be judged on our skills and not our gender… Then they whip out this sort of rhetoric and use it against women. The stereotypes are built in and waiting, ready to be used against any woman, from the most successful and visible to the least important. As women, none of us are immune to being objectified by exactly the sort of rhetoric used against Ms. Littlefield.*

*Notice the way that the quote above suggests that Ms. Littlefield habitually went to tech conferences alone and then left with different rich guys – and that she went to the conferences solely for the reason of wanting to pick up rich geek guys. And also implying that's how she got her jobs – by being a jet-set slut.*

*Again, I'm no expert on the upper class. But don't quite a lot of rich people work off their personal networks and backgrounds and friendships? The woman has an MBA from Harvard and she speaks five languages. What's so odd about her getting a good executive job? Didn't like 5 gazillion MBAs descend on Silicon Valley during the boom? Why shouldn't one of them be a multilingual cosmopolitan Guatemalan beauty queen from Harvard?*

*But no… instead Valleywag points to Montenegro's past achievements as a beauty pageant winner and the fact that she's from Guatemala as something further to objectify and sexualize her. Then they make fun of a newspaper article quoted on her homepage that calls her a "Latina who defies stereotype." (See Common stereotypes of Latinas for more explanation.) Hey, if you are a Latina who defies stereotype, and you're a successful senior executive in high tech, and a VC person and a bigshot international philanthropist, why not be proud of it? Valleywag evokes a stereotype in response, and stuffs her right back into it.*

*Waaah! Women in tech are toooooo sexay! That sucks! It ruins our whole homosocial male bonding geek guy thing! Get them out! Or, quick, give Sandy a reverse makeover, a pair of glasses with electrical tape on the nosepiece, and some penny loafers!*

*Everyone needs to keep in mind that when women, sluts or not, sleep with geek guys, it might just be because they like geek guys a lot. Sleeping with geek guys doesn't invalidate one's geek credentials. It's not like they have to be \*rich\* geek guys and the women have to be brainless bimbos going after their money. Trust me, geek guys, you are often super cute all on your own. It's the devastatingly sexy unhealthiness caused by hours of late night hacking, and how you get all passionate about open source, and the way that you probably got pushed around by those jock dudes in the locker room long ago. We love it. It gives you a mysterious aura, like consumptive bohemian poets from 1890 who smoked too much opium and thought they were in touch with the Divine. Heterosexual nerd chicks go for that kind of thing. It's completely natural.*

*Anyway, Valleywag tries to preempt any criticism by saying they don't really care, and they don't think Montenegro is "evil". Just mockable. Misogyny is automatically funny. Sexy women are automatically*

*dumb golddiggers. We're supposed to read that post and laugh and nod knowingly… as if we know the type. Do we really? Or do we know them from the idiotic stereotypes made up by and perpetuated in Hollywood movies?*

*It's not uncommon for writers to evoke sexist and racist stereotypes for a cheap laugh. But not all of us are laughing when we read that stuff. Instead, we're pissed off and alienated. Or we might respond by laughing at the writers for their cluelessness."*

Denton probably should not have attacked the wife of a billionaire. Payback is a bitch!

Page 13     EXHIBIT 103 – Case # 22-cv-1107-TSH, Norcal 9th District





*Figure 1: Gawker/Gizmodo/Jalopnik's self-promted "Character Assassin" is Adrian Covert. This Elon Musk sycophant derives his entire motivation in life from maliciously harming others in violent and malevolent paid attacks against those he is aid to harm.*



*Figure 2: Adrian Covert advertises his services as a hired "assassin" on his Facebook page*



*Figure 3: Victim's of Nick Denton's ruthless attacks had Denton splashed with a pie made of human shit*



*Figure 4: Adrian Covert and the other hired character assassins that work at Gawker-Gizmodo-Jalopnik seem to have strange mental health issues*



*Figure 5: Anyone with cab fare can go read revelations so shocking that Gawker Lawyers demanded that Court records be "RESTRICTED" ...BUT... if you go to the Offices of Prime Clerk at: 830 Third Avenue, 9th Floor, New York, NY 10022, ( Office Phone 212 257 5450), you can demand public access and FOIA rights read all of the records for Gawker Media LLC Federal Case # 16-11700 SMB. The Meanith Huon, XP, Terrill and Mail filings are of particular interest.*



As New York Magazine feature writer Vanessa Grigoriadas explains: Gawker-Gizmodo-Jalopnik is a tabloid trash factory full of mental deviants: *"At the risk of sounding like a wounded old-media journalist, let me share a story about my experience with the media-gossip blog Gawker.com, which I, like most journalists who cover stylish topics in New York, have read almost every day for five years. In addition to recently finding attacks on some of my female journalist friends—one of whom was described as slutty and "increasingly sundamaged"; another variously called a "tardblogger," "specialblogger," and "developmentallydisabledblogger"—as well as a friend's peppy little sister, who was put down for wanting to write a "self-actualizing screenplay or book proposal or whatever," I woke up the day after my wedding to find that Gawker hadwritten about me.*

*"The prize," said the Website, "for the most annoying romance in this week's [New York Times] 'Vows' [column] goes to the following couple," and I'll bet you can guess which newly merged partnership that was. It seems that our last names, composed of too many syllables, as well as my alma mater, Wesleyan; the place we fell in love, Burning Man; our mothers' occupations as artists; and my husband's employer, David LaChapelle—in short, the quirky graphed points of my life—added up to an unredeemably idiotic persona (the lesson here, at the least, is that talking to the Times' "Vows" column is a dangerous act of amour propre). Gawker's commenters, the unpaid vigilantes who are taking an increasingly prominent role in the site, heaved insults my way:"Grigoriadis writes for New York Magazine. Her last article was entitled, 'You Too Can Be a Celebrity Journalist!' With that kind of work and the newfound fame that comes with a Times wedding announcement, she's on the fast track to teaching a class at The Learning Annex."*

*"Sorry, but I'm obsessed with these two. The last names alone? They have nine vowels between them.*

*And can't you see it when they have their painful hyphenated named children? Does anyone out there know them? Please offer up some stories. Perhaps their trip to Nepal, or her internship with Cindy Sherman. I need more..."*

*"Those two are such easy targets they have to be made up. C'mon, Wesleyan? LaChapelle? The immigrant artist parents? No two people could be that painful." "Immigrant artist parents=house painters."*

*Are we ridiculous? Perhaps a little, and I was contemplating this, nervously, when I got a call from my new mother-in-law, who had received the news by way of a Google alert on her son's name. She was mortified, and I=pissed: High-minded citizen journalism, it seems, can also involve insulting people's ethnic backgrounds. I felt terrible about dragging my family into the foul, bloggy sewer of Gawker, one I have increasingly accepted as a normal part of participating in city media. A blog that is read by the vast majority of your colleagues, particularly younger ones, is as powerful a weapon as exists in the working world; that most of the blog is unintelligible except to a certain media class and other types of New York bitches does not diminish its impact on that group.*

*Like most journalists, I tend to have a defeatist attitude about Gawker, dismissing it as the Mystery Science Theater 3000 of journalism, or accepting its vague put-downs under the principle that any press is good press. After all, there aren't lots of other news outlets that cover the minutiae of our lives, and we're all happy for any smidge of attention and desperate for its pickups of our stories, which are increasingly essential to getting our work read. The prospect and high probability of revenge makes*

*one think twice about retaliation. Plus, only pansies get upset about Gawker, and no real journalist considers himself a pansy. But there is a cost to this way of thinking, a cost that can be as high as*

*getting mocked on your wedding day.*

*Nearly five years ago, in December 2002, Gawker made its debut under the leadership of Nick Denton, the complicated owner of the blog network Gawker Media, and Elizabeth Spiers, a 25-year-old banker turned blogger who was fragile in person but displayed a streak of dark cunning on the page. They didn't exactly invent the blog, but the tone they used for Gawker became the most important stylistic influence on the emerging field of blogging and has turned into the de facto voice of blogs today. Under Spiers's aegis, Gawker was a fun inside look at the media fishbowl by a woman who was, indeed, "snarky" but also seemed to genuinely enjoy both journalism and journalists—Spiers was a gawker at them—and took delight in putting out a sort of industry fanzine or yearbook, for which she was rewarded with fawning newspaper articles casting her as the new Dorothy Parker. Ironically enough, Spiers craved a job at a magazine. She soon left for a position here, at New York Magazine; two subsequent Gawker editors, Jesse Oxfeld and Jessica Coen, have followed in the past year.*

*To be enticed, as these writers were, by the credentials extended by an old-media publication is a source of hilarity at the Gawker offices, where, beneath a veneer of self-deprecation, the core belief is that bloggers are cutting-edge journalists—the new "anti-media." No other form has lent itself so perfectly to capturing the current ethos of young New York, which is overwhelmingly tipped towardanger, envy, and resentment at those who control the culture and apartments. "New York is a city for the rich by the rich, and all of us work at the mercy of rich people and their projects," says Choire Sicha, Gawker's top editor (he currently employs a staff of five full-time writers). "If you work at any publication in this town, you work for a millionaire or billionaire. In some ways, that's functional, and it works as a feudal society. But what's happened now, related to that, is that culture has dried up and blown away: The Weimar-resurgence baloney is hideous; the rock-band scene is completely unexciting; the young artists have a little more juice, but they're just bleak intellectual kids; and I am really dissatisfied with young fiction writers." Sicha, a handsome ex-gallerist who spends his downtime gardening on Fire Island, is generally warm and even-tempered, but on this last point, he looks truly disgusted. "Not a week goes by I don't want to quit this job," he says, "because staring at New York this way makes me sick."*

*It's long been known to magazine journalists that there's an audience out there that's hungry to see the grasping and vainglorious and undeservedly successful ("douchebags" or "asshats," in Gawker parlance) put in the tumbrel and taken to their doom. It's not necessarily a pleasant job, but someone's got to do it. Young writers have always had the option of making their name by meting out character assassinations—I have been guilty of taking this path myself—but Gawker's ad hominem attacks and piss-on-a-baby humor far outstrip even Spy magazine's. It's an inevitable consequence of living in today's New York: Youthful anxiety and generational angst about having been completely cheated out of ownership of Manhattan, and only sporadically gaining it in Brooklyn and Queens, has fostered a bloodlust for the heads of the douchebags who stole the city. It's that old story of haves and have-nots, rewritten once again.*

*Gawker is the finest mechanism to date for satisfying this craving. Two weeks ago, Gawker writer Josh Stein jumped on the 4-year-old son of satirist Neal Pollack, calling him a "horror" and "the worst" for providing his father with some cute quips about expensive cheese at a gourmet store; Pollack*

*responded by sending an e-mail blast about his feelings to his friends, but Gawker got hold of the e-mail and relentlessly dug into him again and again. When Pollock first saw the post, "my heart sank to my knees," he says. "Instinctively, and stupidly, I sent out that e-mail, which I should never have done, because it just gave them the satisfaction of knowing that they'd gotten to me. That's all bullies want, really."*

*Someone Pollack knows later sent him a link to a blog written by a woman who'd dated Stein, which he passed along to me: "It's nice to know that my antagonist is an emotionally manipulative premature ejaculator with a Serge Gainsbourg tattoo on his back," explains Pollack, who'd realized a truth of the bile culture—shame is a weapon.*

*"Only two of those things are true," jokes Stein. "Look, if I was Neal Pollack, I would be mad too. But when you create a character out of your son, and you develop that character in your prose, that character is open to criticism. I'm actually looking forward to the moment when Neal Pollack is an old person and Elijah Pollack is writing stories about him in a nursing home."*

*Journalists are both haves and have-nots. They're at the feast, but know they don't really belong—they're fighting for table scraps, essentially—and it could all fall apart at any moment. Success is not solid. That's part of the weird fascination with Gawker, part of why it still works, five years on—it's about the anxiety and class rage of New York's creative underclass. Gawker's social policing and snipe-trading sideshow has been impossible to resist as a kind of moral drama about who deserves success and who doesn't. It supplies a Manhattan version of social justice. In the past couple of years, Gawkerhas expanded its mission to include celebrity gossip, sacrificing some of its insider voice in the process, but on a most basic level, it remains a blog about being a writer in New York, with all the competition, envy, and self-hate that goes along with the insecurity of that position.*

*It's not a secret that these are hard times for journalists. In fact, the rise of Gawker over the past half-decade has dovetailed with the general decline of newspaper and magazine publishing, which, like the rest of the publishing industry, has seen revenues stagnate as advertisers are increasingly drawn to the Web. This has made for wholesale changes within magazines, including our own, with Web departments, a few years ago considered a convenient place to dump unimpressive employees, now led by the favored (our own Website now counts over 40 employees). At the same time, the $200,000-a-year print-publishing job, once an attainable goal for those who had climbed near the top of the ladder in editorial departments, has all but disappeared.*

*Consider the Gawker mind-fuck at a time of rapid deterioration of our industry: Young print journalists are depressed over the state of the industry and their inability to locate challenging work or a job with health insurance. Although the situation may not be as dire as they might imagine—a healthy magazine is constantly on the hunt for young writers, because it wants the fresh take on the world found only in the young, and because young writers tend to be cheap—they need a release, the daily dose of Schadenfreude offered by Gawker's gallows humor, its ritualistic flogging of working journalists and relentless cataloguing of the industry's fall (e.g., items like "New Republic Page Count Watch").Though reading Gawker subtly reinforces their misery, they generate an emotional bond and soon begin to tip it with their own inside information (and misinformation, as reserved for their enemies).*

*The system keeps getting stronger, a KGB of media gossip, a complex network of journalist spies and enforcers communicating via e-mail and IM, until Gawker knocks print out of the box. With Gawker,*

*there is now little need for the usual gossip players like the New York Observer, vastly diminished in its news-breaking capacity and influence, or even the New York Post's "Page Six," emasculated by the Murdoch hierarchy after the Jared Paul Stern scandal. The panopticon is complete. "Peering into my in- box in the morning is like looking at the id of every journalist in the city," says Gawker writer Emily Gould.*

*It's almost part of Gawker's business plan to ensure that its young writers, by attracting the attention of those they are sniping at, are able to leap into the waiting arms of the mainstream media before they become too expensive to employ. One afternoon, I meet Gould for tea before her early-evening meeting with an agent for appetizers at Serafina. She has the look of a studious but sexy punk rocker: 26, dirty-blond hair caught in a high ponytail that shakes back and forth like a wagging tail as she speaks, tattoos crawling over a shoulder and back exposed today by a purple-plaid jumper. "I don't even really want to be a writer, but I feel like I don't have a choice," she says quietly. "It's all I've ever known how to do."*

*Possibly, Denton is holding onto Gawker as a kind of hobby, partly for the fun of having a catalogue of the decline of print, a history of the fall. Ten or twenty years ago, Gould would have likely emulated Joan Didion, but she is trying to play the blog game now. She means to win, and to grab some attention for herself in the process. This summer, she took some time off in Maine, and before she went posted a picture of herself on Gawker in a bathing suit flipping the bird—"At least I didn't put up the ones of myself in a silver-lamé bikini. That would have been a little much," she says, laughing. She even used to do a lot of TV spots for Gawker, but then got badly beat up by Jimmy Kimmel, who told her on-air (he was subbing for Larry King), "I just want you to think about your life...because I would hate to see you arriving in hell and somebody sending a text message saying, 'Guess who's here?'" She was panicked about this at the time, but she's moved past it now. "It's funny," she drawls. "People in publishing treat you like a celebrity when you do this job, but you live in Brooklyn, make $55,000 a year, and don't feel like a celebrity until someone comes up to you on the street and says, 'Buck up, kid. Jimmy Kimmel's an asshole.'"*

*Though Gould is ruthless in pointing out other writers' shortcomings on Gawker, she is sensitive about her line of work. "In Maine, I was telling the guys I met that I was a yoga teacher," she says. "What am I supposed to say, 'I work for a media-gossip Website in New York?'" She shakes her head, and the ponytail bops around. "Who knows how this will all play out for me?" she says. "I could be ruining my life."*

*If there's one person who is most certainly a "have," it's Nick Denton, 41, the attractive, upper-class gay Jewish Briton who owns almost all of Gawker Media. He seems to control an entire Soho street, presiding over his empire from his apartment, which is around the corner from the Gawker offices and across the street from his unofficial office, Balthazar (hence his faux IM name on Gawker.com, DarkLordBalthazar). Occasional unpleasantness with employees, who describe him as "less passive-aggressive and more aggressive-aggressive," and rampant speculation as to his skyrocketing net worth fuel his image, and in fact he has a Machiavellian bent. Denton likes to say that his celebrity look-alike is Morrissey, and he does have the same enormous head, but his hair is worn short, at almost the same length as his graying stubble. The pumpkin head bobs over his uniform of hip business casual—ollarless navy T-shirt, iPhone in palm, clean dark jeans tapering off to thin-soled shiny black sneakers.*

*He's polite, quiet, and relentlessly confident, an effective, poised leader whose true nature is amoral recklessness, an unrufflable libertarian and libertine. Like Tina Brown, with whom he was intrigued in the past, he's always loved using his position to play-cast a social network with himself at the center.*

*Denton is fond of denying interview requests while secretly helping writers formulate stories about him via off-the-record conversations, then slagging their work later on his blog, calling one journalist who profiled him "about as reliable as a journalist who turns to an Iraqi exile for intelligence on Saddam's hidden nukes." The moment that he told me that he would not conduct an official interview with me, and I said I'd continue reporting without him, was perhaps the only one where I've seen him express emotion. For a split second, he was furious. His eyes flicked back and forth over mine like a metronome, searching for some clue to what I was planning, what angle I might be playing, and he spat out his denial with the intensity of a losing tennis player. "Nick loves press, but only press he can control," says a colleague.*

*A successful former journalist for the Financial Times who never quite became an opinion leader, and the co-founder of two Web 1.0 Internet companies that didn't exactly set Silicon Valley on fire, though one of them was nevertheless reported to have been sold for $50 million to Israeli venture capitalists, Denton has been jubilant over the success of Gawker, taking on the self-image of a maverick who has thumbed his nose at both of his former industries. Like most journalists trained in the British system, Denton does not believe in privacy for public figures, nor really for anyone else (except himself, apparently). "Everyone suspects Nick's motives, and he has defiantly lower print standards than any of us," says Sicha. "I'll tell him, 'That guy's gay,' or 'That guy's having an affair,' and he'll say, 'Then write that.' Well, I haven't slept with the guy, so I don't want to go to court over that. Nick communicates such things intentionally to us, to continually erode our standards." According to a post by another Gawker writer, one day Denton harangued Gawker's editors about being too mean on the site; a few minutes later, he began suggesting ideas for posts, like "Who's shorter in real life than you'd think they'd be? Who has dandruff?" "Does Nick believe in quality, or does Nick believe in respecting other people's idea of quality he doesn't believe in?" Sicha muses. "He has to believe not just in page views. But I don't know how exactly."*

*Of all the ways in which Gawker is antithetical to journalistic ethics—it's self-referential, judgmental, ad hominem, and resolutely against effecting change in the world—it pushes its writers to be honest in a way that's not always found in print publications. Little is repressed; the id, and everything else, is part of the discourse (including exhibition and narcissism). Even the Gawker office, a kind of journalistic boiler room, can serve as a metaphor for transparency, open for anyone to see, operating behind a plate-glass window in a Crosby Street storefront. Some of Denton's bloggers are onboard with this mission: "Quite frankly, fuck discretion," writes Moe Tkacik, a former newspaper reporter, on Denton's newest site, Jezebel. "Discretion is how I didn't figure out how to come until I was 24 years old; discretion is why women's magazine editors persist in treating their fellow humans like total shit; and when you've spent a career trying to catch others in their own indiscretions, discretion just feels a little dishonest and superior."*

*It's a good trick, taking the one thing that journalists have in the world—honesty—from them, and setting up Gawker.com to instill fear of being caught in their foibles. It's what someone would do if they were trying to usurp an industry, which is exactly what Denton has always wanted (do not, however, buy Gawker's tepid new book, The Gawker Guide to Conquering All Media, and think you will find*

*genuine tips on how to do this yourself, as none are forthcoming). These days, Gawker is merely the flagship property of a Gawker Media empire, one Denton likes to compare to Condé Nast.*

*Employees have started talking about his blogs as "magazines," and the company as a "stable of magazines." All fourteen Gawker blogs maintain standards of stratospherically higher writing quality than other Websites in this LOLcat era, displaying their wares on sites with hilarious, deadpan names: Fleshbot (porn), Jalopnik (cars), Gizmodo (gadgets), and Kotaku (games); an early name for Gawker was "YouNork." Half of Denton's sites are modeled on Gawker's model of pairing a mannered gossip column with the industry of a given city, including Wonkette (D.C. politics), Defamer (Hollywood), Valleywag (Silicon Valley), and the new, excellent Jezebel (women's magazines and fashion). Denton is only intermittently involved in content and gives free rein to his editors to attack anyone they'd like (only ex-employees get a pass).Denton's most successful blogs are, unsurprisingly, Gizmodo and Kotaku, at about 11 and 4 million visits per week. Or, to use the preferred metric, which has the benefit of being a higher number, the two blogs receive about 12 and 5 million "page views" per week, which is the number of times each visitor clicks on any blog page. Page views are very important: Advertisers usually pay for online ads in a unit of 1,000 ad impressions, and the number of page views a Website receives have become like points for content-driven Internet properties, a way to keep score on competitors. Gawker nearly doubled in size last year, but the rate slowed to perhaps 30 percent last year, and the site now does about 2.5 million page views per week. For years, Denton told colleagues that there was no money to be made in blogs, even providing such a quotation to the New York Times. He didn't see the advantage in talking it up.*

*Today, Gawker Media has approximately 100 employees and contractors. "Nick made us all join Facebook," says Sicha. "I think he came to the office one day and couldn't recognize anybody 'Which one are you?'" Very few Websites provide their traffic information, but Denton has chosen to do so with a link on his home page: No one can accuse him of not keeping his business transparent, at least superficially. Brightly colored traffic graphs provide the curious the illusion of being able to figure out his earnings, but without knowing the percentage of ad inventory sold across all blogs, it's impossible to generate more than a back-of-the-envelope guess of $10 to $12 million in profit annually if most of his blogs sell ads at the industry standard.*

*"How many page views are you getting?" That's Denton's favorite question to ask fellow Internet entrepreneurs at a party.*

*Denton's place is one of the great Manhattan apartments for a party, a cavernous loft that seems to be decorated only in titanium and suede in a Soho building whose other tenants include Kelly Ripa and Harvey Weinstein. Sometimes he throws open his doors to everyone in town, on Halloween and during the holiday season, but more often he plays host to a select group of entrepreneurs and writers.*

*Over the summer, at the tail end of a cocktail hour, he's cleaning up the wrappers of White Castle hamburgers he provided as hors d'oeuvre. "I had a book party for Rebecca Mead at the New York Public Library last week, and they gouged me on the catering," he says, pursing his lips slightly.*

*"These were so cheap!" Denton's boyfriend, a lovely African-American artist, begins to get ready for their next stop of the evening, a going-away party for Gawker Media managing editor Lockhart Steele, leaving to build his own blog network with Denton joining an angel investment round. "Are there going to be a lot of bloggers there?" his boyfriend asks, and Denton nods. He sighs.At Steele's party, at a dirty bar on Clinton Street, a white limousine with the license plate FILTHYNY rolls by as dozens of*

*bloggers spill onto the sidewalk, surreptitiously drinking beers until a couple of cops begin handing out tickets. Everyone has a slightly hunted look, born of spending all day at a computer with a gun to their heads: Most bloggers in Denton's network work under the most severe deadlines imaginable, with many contracted to write twelve posts per day. At the same time, they are unbelievably fulfilled: Bloggers get to experience the fantastic feeling of looking at everything in the world and then having everyone look at them through their blog, of being both subject and object, voyeur and voyeurant. To get more of that feeling, some bloggers—if we were a blog, we'd tell you who—are in the bathroom snorting cocaine, or Adderall, the ADHD drug popular among college kids on finals week, the constant use of which is one of the only ways a blogger can write that much ("We're a drug ring, not a bunch of bloggers," one Gawker Media employee tells me cheerily). Pinched nerves, carpal tunnel, swollen feet —it's all part of the dastardly job, which at the top level can involve editing one post every fifteen minutes for nine hours a day, scanning 500 Websites via RSS for news every half-hour, and on "off-hours" keeping up with the news to prepare for tomorrow.*

*Gawker's social-policing and snipe-trading sideshow is a kind of moral drama about who deserves*

*success and who doesn't — a Manhattan version of social justice.*

*The Gawker.com editors stand mostly to the side, in a cool-kid clique. Although they may in some sense be outsiders with their noses pressed to the glass, horrified by a world of New York that doesn't quite want to have them as members, in the bubble of blogs, they're the elite, especially because lots of smaller bloggers' traffic relies on "link-whoring" (i.e., Gawker editors being solicited for links by smaller sites). Sicha leans against the back of a parked car, tanned and lean, his jeans slung low enough to reveal the waistband of his underwear, talking to Alex Balk, a former copywriter who tweaks Denton's desire for lowbrow posts that generate page views by dialoguing with a character known as"My Cock" (his bitterness conceals an emo side: Balk's previous blog was named after a line from a Leonard Cohen song). One Gawker Media videographer, widely known in the office as the guy who had sex after-hours on the office couch, lurches around in tight white jeans. "I was talking to this writer from Elle Girl, and then she said, 'I heard you're a crack whore but really good in bed,'" he tells a Gawker ad-sales guy, who snickers.*

*A Town Car pulls to the curb: It's the most famous young journalist in the city, Julia Allison. "Don't write about her, don't feed into it," two female bloggers beg me, stepping out of Allison's way as she approaches.*

*Allison is what Denton likes to call a "Gawker celebrity": Like all editors of gossip publications, he enjoys thinking of himself as a star-maker and lays claim to creating the personalities that he promotes, much in the way that the New York Post's "Page Six" has always said it made Paris Hilton. But, like Paris, Allison is quite complicit in her star-making process—although she would never admit it, because that would ruin her image. She is pretty, though she looks even better on your computer screen because she chooses her outfits explicitly for the cameras: Her look is southern deb or, more precisely, an actress playing a southern deb—a polka-dot Nanette Lepore suit with no blouse underneath, a string of her grandmother's pearls, thickly applied lavender lipstick, and five-inch white platform shoes. "I'm just a small yappy dog Nick finds amusing," says Allison later, in a deep voice that projects across the room. "He's a godlike figure at the center of his universe," she says on another occasion. "The godfather! First he started a company, and now it's a culture."A recent Georgetown University grad who moved to New York to become Candace Bushnell, Allison had a little-read dating*

column in AM New York—and a list of paramours that included former Tennessee congressman Harold Ford Jr.—when she decided to change her focus. She grabbed Denton's eye by showing up at one of his Halloween parties in a bustier made entirely of Trojan Magnum XL condom wrappers and developed a sophisticated Website ("I dated a computer-science guy!"). She link-whored herself to Gawker on a daily basis, even if it meant sharing videos of herself in a white bikini riding a horse. "Freelancers are like the migrant workers of publishing—when I heard that Tom Wolfe makes $6 a word, I was like, 'Whoa,'" says Allison. "I figure if you make yourself a marquee name, you can't be replaced."

Soon, Allison landed a column in Time Out, where she was popular for her ability to get her stories linked on Gawker. Gawker was free advertising, after all: "Time Out New York dating columnist Julia Allison tackles the age-old dilemma faced by men around the world: How do you trick a chick into bed? Jules' advice: Be cheesy, surround yourself with hot ass, and buy her greasy food. (Not recommended: Yelling, 'Now suck my cock.')" Next, she was hired by Star magazine as an editor-at-large. She doesn't actually write anything, though. Her job is to go on TV and pretend that she works at Star.

The value of Allison to Denton is not only tits=page views: It's also her popularity with Gawker's commenters, the largely anonymous readers whose responses to Gawker's posts are included on every item page. Commenters are the mob sneering at the tumbrels as they pass by—their comments are sometimes hilarious but always cruel and vicious, an echo chamber of Gawker's meanness. Gawker editors let them know their place by introducing "Commenter Executions," by which they banned a few of the lamest commenters each week (e.g., "Crime: on certain days, comments on every single post—yet says nothing"). But now Denton—impressed by the microblogging capabilities of current Silicon Valley darling Facebook and crushing on its founder, young Harvard dropout Mark Zuckerberg—wants to make more of them. He spent most of the summer working with developers on new software that tailors Gawker's page to the specific commenter who visits it. In fact, he'd love to see a site where half the page is taken up with comments.

"Gawker comments, long an embarrassment, frankly, now represent one of the strongest aspects of the site," he wrote recently (in Gawker's comments!). "They reintroduce an element of anarchy, which was in danger of otherwise being lost, as the site became more professional. I *want* secrets to be exposed, memos leaked, spy photos published, arguments to fly." Noah Robischon, Gawker's new managing editor, adds, "There are no immediate plans to reward commenters, but it is a natural way for us to scout for talent. I wouldn't be surprised if commenters who are promoted regularly end up as paid contributors." But are commenters even close to being in the loop? Last week, Denton tried to get them to step up: "Okay, how about a comment from someone who was actually at the Mediabistro party?

Facts, please, people." But no one, of course, could answer such a thing—the best they could do is snipe: "Who would admit to this [being at the party], even under the cloak of i-anonymity?" sneered one.

The success of the comments has even made Denton rethink the compensation he pays his bloggers, the cows he has to pay for milk. Gawker as an automated message board, with commenters generating exponentially greater numbers of page views as they click all over the site to see reactions to their comments, could be the dream. There would then be no editors to pay, even at the rates he has to shell out. Until recently, most Gawker bloggers were paid a flat rate of $12 per post for twelve posts a day, with quarterly bonuses adding to the bottom line; these bonuses could be used to buy equity in the

27

*company, which took two years to vest. Now, Denton is moving to a pay-for-performance system. He has always tracked the page views of each individual Gawker Media writer, thinking of them like stocks in a portfolio, with whoever generates the most page views as his favorite. If each writer was only as valuable as the page views he drew, then why shouldn't Denton pay him accordingly?*

*Balk, the site's primary troublemaker, quickly posted an item on Gawker about this change with the slug "Like Rain on Your Wedding Day, Except for Instead of Rain It's Knives." Denton wasn't amused.*

*"Your item makes the argument for performance pay even stronger," he responded in the post's comments. "This awesomely self-indulgent post—of interest to you, me, and you, and me—will struggle to get 1,000 views. Which, under the new and improved pay system, Balk, will not even buy you a minute on your bourbon drip." (Balk gave notice two weeks later.)*

*Denton is a visionary tech geek, so it's not surprising that he would be fascinated by such new applications, but his relentless focus on page views may be evidence of restlessness, or even an existential crisis: Now that he's making money, really coining it, he knows he may have reached the top. There is a rush on advertising on the Web now, with TNS Media Intelligence reports showing that online advertising was up 17.7 percent for the first half of 2007, while print and TV were in decline.*

*But in its current form, it's not going to solve the publishing crisis, online or off.*

*In fact, even Gawker.com has become boring to Denton, because it doesn't get the number of page views of his more popular sites. There were probably only going to be a few big Web companies anyway, as well as Google, and even though he still entertained the notion of holding onto his blogs for posterity, word had started to leak out of his talk about selling them down the road. Eventually, New York media would be like the New York film business—there would still be a lot of work, but except for some small independents, all the platforms would be owned elsewhere, operated out of office parks in San Jose, California. Possibly, Denton is holding onto Gawker .com as a kind of hobby, partly for the fun of having a catalogue of the decline of New York print publishing, an entire history of the fall. His roots are in journalism, and he undoubtedly enjoys the notoriety that Gawker brings—he's running one of the best circuses in the city. But a business model is a business model, and increasingly, in the media business, it's hard to find one. Maybe New York was done as a media town.*

*On a chilly evening in September, Gould and I went out for sushi. She traipsed down Prince Street in a tight electric-blue shirt, the same color as her fingernail polish, and white knee-high boots she had polished up for the fall season. She had just been at her shrink's, where she says she spends all her time talking about Gawker—"It's just such a weird cross between being an artist and working in a sweatshop," she'd said earlier. She tucked her hair behind her ears and sighed. "Plus I have gotten so much flak over the past year, from everyone from random people who e-mail me that I'm a bitch and a cunt, to my family, to Jimmy Kimmel calling me the devil—to my boyfriend of six years, when we broke up and I was moving my dishes out of his apartment, asking, 'Why did you write that post about that Stevie Nicks song? Now it's obvious to everyone that you were having an affair with your co-worker.' " She shot me a lopsided smile.*

*I asked her how she felt about the upcoming changes in comments and pay at Gawker. "I can't have feelings about that kind of thing," she said. "It's kind of like you're in jail and you have feelings about the color they paint the walls." Gould published a book last spring, and wasn't sure if she should write another. "At the end of the day, your ideas in a book have less impact than if you had summed them up*

28

*in two paragraphs on the most widely read blog at the most-read time of the day, so why'd you spend two years on it?" she said, delicately picking up a piece of toro. "But there's other ways to get noticed than the Internet, right?" She laughed bitterly. "There's always TV."Recently, she'd bonded with Julia Allison—the two went to a psychic in Staten Island together, driving in a Mercedes convertible Allison had borrowed (though the guy who owned it didn't really know she had borrowed it), booming the stereo and singing along to the lyrics of Prince's "Pussy Control." The psychic told Allison that she had to be more "real" and Gould that she was on the road to love—but then she was not, so that was all a waste of time. But at least she decided Allison was cool. "It's not like Julia keeps her enemies close and her friends closer," said Gould. "She doesn't even make a distinction between the two."*

*In an insult culture, shamelessness is a crucial attribute, was part of the point. Last week at Gawker's book party, Allison appeared in a particularly revealing top and told me, "I figure if people look at my cleavage they won't listen to my words," then winked. She and Gould were both wearing polka-dots, not on purpose, and they cavorted in their outfits for a photographer, slinging their arms around Allison's boyfriend, even though Gould was sure to overdramatically grimace in some of the pictures.*

*By Gawker's rules, Allison seemed to be winning the game. Still, the question remained: Could you be successful in New York without becoming a—well, a douchebag? It was something that Gould would have to ponder."*

Nick Denton took orders directly from the Obama White House!

How do you help fix the internet (that your team helped create) when abusers try to break it?

In wrestling parlance: You "go to the mat"!

Thanks to wrestling personality Hulk Hogan, you have now heard of slasher-tabloid publisher Nick Denton and his "Gawker Media" gossip rag empire. Hulk Hogan recently won a $115 million dollar jury award against Nick Denton/Gawker for running a media character assassination "hit job" on Hogan.

"Gawker Media" is the front organization for a number of other duplicate attack publications with names such as "Gawker", "Gizmodo", "Jalopnik", "Jezebel", "Valleywag" and an army of other facade websites where Denton publishes all of his attack articles. Denton sends his money to the Cayman Islands, and from there to parts unknown. The tax collectors and other federal investigators are interested in the details of those activities.

The published news on these cases has implied that Hulk Hogan and other related and unrelated parties, were helping federal investigators, the U.S. Congress and the federal courts in a racketeering and corruption investigation of some of the nation's most esteemed politicians and their crooked campaign financiers. For their trouble, Nick Denton seems to have been hired to try to wipe them out in retribution for helping bring some of his clients to justice.

"Killing" someone in Nick Denton's Gawker Media retribution world, as we learned in the Hulk Hogan trial, involves sabotaging their brand name, career, income and social life by having Gawker Media

produce hatchet job videos and articles. In the case of many victims, Gawker made attack videos and authored false and malicious defamation articles in order to try to blockade those people from being either a public spokesperson, or a witness in front of a federal Special Prosecutor that Congress was trying to install in an attempt to reform corruption in Washington DC. Denton did this in the same manner, to multiple parties, in a methodology that reminds many lawyers of RICO statute violations.

In retrospect, now, the sequence of facts are devastating for Gawker Media. The facts are now supported by investigations by the FBI, Congress, the GAO, the FTC, the ACLU, news media and hundreds of other agencies. The facts prove that Gawker ran character assassination hit job programs. Here are some of the facts:

• The victims are the ONLY people in history to have both reported federal crimes by Gawker's client's, and gotten a series of hit jobs from Gawker Media.

• ONLY Gawker Media, out of tens of millions of publications, produced hit jobs on this handful of people.

• Nick Denton and Gawker Media have received tens of millions of dollars of payments from the very parties under investigation for the crimes.

• ONLY Gawker Media has the proven financial and lobbying connections to the subjects of the investigations.

• Gawker Media suddenly did stories and videos about these people, after never covering them in the news before, at exactly the same point as when they were supposed to testify? The timing is epically beyond coincidental.

• Gawker Media specifically never contacted the targets of their attacks prior to publishing their attacks. Gawker didn't want to hear anything that might conflict with what it had already been paid to make up about the victims.

• The Sony leaks, Snowden leaks, HSBC Swiss Leaks, Guccifer leaks and Chinese leaks demonstrate the connections.

• Gawker had a link-based arrangement with Google to lock the attacks into certain locations on the internet.

• Since the day Gawker existed until today, almost every single other hit job Gawker has done has been almost exclusively, against the enemies of Gawker's handlers.

• Investigator surveillance records of staff texts, emails and phone calls prove the connections.

• Gawker and Google's ex-staff now work for the very people that staged the attacks, and were the subjects of the law enforcement investigations.

These facts alone, when cross indexed, are enough to make Denton think about the prospect of "The Slammer". There are thousands of additional facts that lawyers are preparing to use in court. It is not likely that Denton and his crew will come out in one piece, when all is said and done.

The two "Big G's": Google and Gawker, are essentially the same entity in this matter. They partner with each other on hit jobs. Hired private forensic investigators, federal investigators, Russia, China, the EU (and pretty much anybody with a brain), has caught Google rigging the internet. You can see a non-technical description of how Google and Gawker do it on House of Cards, the TV show.

Gawker sets up and publishes the hit job videos, and Google locks them on the front page of the search results on the top lines of all Google assets, immovably, forever. Google puts hidden codes into the links saying that the links are "FACTS". This alone pretty much screws Google in court. Google does this intentionally and refuses to remove the attack links even after hundreds of written requests by lawyers and victims. Google likes its political and competitive-market revenge served cold. Plaintiffs have proven that Google's owners and executives were lying through their teeth to the EU and Congress when they claimed that Google's search results and positioning was "arbitrary". Googlesearches are staged and consciously manipulated to hype Google's investments and attack Google's enemies.

Plaintiffs have worked with investigators to set up a global forensic server analysis network to prove with forensic computers set up all over the Earth, that Google and Gawker manipulate information in a contrived manner to attack individuals. Many other investigators have had similar results in their investigations including this study: http://www.eurekalert.org/jrnls/pnas/1419828112.full.pdf

The Google/Gawker hit job system puts attack articles and videos in front of a BILLION people within a very short amount of time using billions of dollars of resources. If you live in a small Florida town, and you have a personal fight with Nick Denton, he gets to destroy you across your entire town, the entire country you live in, and the whole planet you live on. You have no option to defend yourself. You will have to come up with at least one million dollars to try to file a lawsuit, and you will never get your hands on a million dollars to defend against his attacks. Does that seem fair? Even if you are 100% on the side of the angels, Denton still gets to destroy you just because he has Google helping him "play God" with people's lives, as Hogan's lawyers pointed out.

Denton uses angst-ridden bloggers like Adrian Covert, who openly advertises himself as a "character assassin" in social media.

John Hermann, and the kinds of kids-on-the-edge that Denton dredges up on his cruises through New York, are described in this article: http://nymag.com/news/features/39319/

Gawker gets hired to do hit jobs on innocent members of the public, the media or public policy staff, when the hidden handlers of Gawker get a bug up their back-sides (Ask CBS news reporter Sharyl Attkisson). Google helps Gawker do these hit jobs. Both have the same political agendas, stock interests, friends, social connections, server suppliers, IT links and beneficiary pools. Both are

dedicated to manipulating election outcomes. Both have been publicly charged with illicit actions ranging from tax evasion, to campaign finance disclosure fraud, to defamation, to privacy abuse.

Denton has now started to see his karma come back around with the Hulk Hogan trial, but there are a number of other lawsuits lined up right behind Hogans, and that is only the beginning. Who hired Gawker Media and who ran the attacks at Google? For more evidence backing the assertions see:

*http://takimag.com/article/gawker_media_hypocrites_vs_douchecanoes/*

and

*http://theralphretort.com/vice-learns-what-gamergate-always-knew-gawker-sucks-1415/*

and

*http://slyoyster.com/newsandpolitics/2010/why-nick-denton-is-an-asshole/*

among thousands of other articles and reports on the evil empire of Nick Denton.

Page 33   EXHIBIT 103 – Case # 22-cv-1107-TSH, Norcal 9th District



*Figure 6: We have acquired most of Google/YouTube and Gawker/Gizmodo's bank records proving that Google/YouTube locked Gawker/Gizmodo's hit job attacks on the top search results in exchange for cash*



brianvan:                                    2 notes   reblog

they hack into pho...

Explore more tags

## From The Inbox

Denton might not be winning pageview bets but he sure is still making plenty of enemies out of idiots!

(Do remember that "un-American" and "foreign accounts" are not entirely off-the-mark slurs to throw at a foreign-registered business run by a Hungarian citizen. Maybe Donna ought to stick to Perez Hilton! He might be among the most distasteful people on Earth but he's a US-born citizen!)

> New comment waiting approval on Upping The Clicks for Nick
>
> **Donna Hudson commented on Typical Gawker Story**
>
> (Please re-post)
>
> Here is an organization who engages in cultural and personal terrorism.
>
> Type "gawker outs cia officers" into google and you will see that this drug-user tabloid takes pride in playing a game of exposing undercover intelligence and law enforcement officers, an act which can cost those officers their lives. Not the sort of game America should tolerate. These people are un-American.
>
> The staff of Gawker have publicly admitted that they were hired to attend the Consumer Electronics Show in Las Vegas and sabotage the corporate exhibit booths in violation of the law.
>
> This tabloid, Gawker Media, makes it's name out of being the first to show corporate prototypes. The staff of the tabloid try to get ahold of workers at technology companies and seek to influence them to lose "iphone" and other prototypes in public places where they can pick them up. Law enforcement believes that Jason Chen, Adrian Covert and Joe Brown, of Gawker, work together on this effort. The San Mateo Police Dept. has kicked in their staff's doors. Gabby Darbyshire of Gawker threatened to use legal and political intimidation to stall the San Mateo police department investigation.
>
> They hack into phone systems and servers for their "scoops".
>
> A hacker group has made a great showing of its recent break-ins to law enforcement computers. This group has deep roots and members around Gawker Media. Law enforcement suspects that at least one of the three names mentioned previously are members of this group.
>
> The IRS is looking into a report that Nick Denton hides his money offshore and evades taxes with foreign accounts.
>
> http://slyoyster.hypervocal.com/newsandpolitics/2010/why-nick-denton-is-an-asshole/
>
> http://boycott-gawker-and-gizmodo.weebly.com

#I can just picture Denton reading 2600 magazine and playing with a circuit breadbox and

# The Silicon Valley Black-Lists

**Per The United States Congress, The FBI and the FTC: The High-Tech Antitrust Black-Listing Litigation** is a United States Department of Justice (DOJ) antitrust action and a civil class action against several Silicon Valley companies for secret collusion agreements which restrained the recruitment of high-tech employees. What kinds of people were some of these high tech oligarchs? Read their divorce Court Records about their sex trafficking Epstein prostitution rings, sex slaves, tax evasions, money laundering, intern abuses, political insider trading stock market bribes to U.S. Senators and other horrors.

What would you do if you found out that Eric Schmidt, Larry Page, Elon Musk, Sergy Brin, John Doerr and other dynastic elitist insider frat boys were running a mob-like Cartel? Over 60,000 engineers in Silicon Valley took the problem to Federal Court!

The defendants are Adobe, Apple Inc., Google, Intel, Intuit, Pixar, Lucasfilm and eBay, all high-technology companies with a principal place of business in the San Francisco–Silicon Valley area of California.

The civil class action was filed by five plaintiffs, *one of whom has died*; it accused the tech companies of collusion between 2005 and 2009 to refrain from recruiting each other's employees.

Additional cases are planned for filing. Formal complaints have been filed with The SEC, The DOJ, The GAO, The FBI, The FTC and The U.S. Congress. Active investigations into 'Angelgate' and related collusion and anti-trust matters are known to be under-way by federal, news outlet and private investigators.

**Silicon Valley VC's and tech CEO's work with The White House, which they fund, to put hit-jobs on those they do not like and those who compete with them!**

# Their Tactics

*CIA, In-Q-Tel, Black Cube Mossad and other spy operatives contracted their services to White House and Senate senior officials to attack and destroy reporters, whistle-blowers and other Victim/Witnesses'.*

The United States Government and State of California senior officials own the stock in Tesla, Facebook, Google and other tech companies and take their orders from those companies. that is "criminal collusion"!

*"these are the reprisal attacks that they ran against us, in vendetta, that we are now, legally, sending straight back to each of them...."*

**Senators and oligarchs run an organized crime operation.** The Victim/Witnesses' were attacked with a $30M+ state-sponsored reprisal attack program which included the following attack tactics operated by the same WHITE HOUSE "OPPOSITION RESEARCH" AND ATTACK TEAM used to attack opposition Presidential candidates and reporters that were in disfavor.

Just like Bin Laden was caught by tracking his "relay-men", The Silicon Valley Cartel has their Steve Westly's, David Plouffe's, Jay Carney's, Nick Denton's, David Brock's, and the other little sociopath sociopolitical manipulations bastards who always seem to escape the law. They have not escaped public forensics, though.

Now the Victim/Witnesses' have demanded that the FBI, and others, bug, hack and forensically track them to expose the coordinating/colluding/conspiring structure of the same little rats nest of CPA, PAC, fake charities, trust funds, fake shell companies, tech law firms and other dirty tricks operatives that they use to run their Cartel. The Panama Papers leaks exposed one corner of their system. From there it was easy to drill into the heart of this financial and political crime operation. The forensic accounting trails all lead back to the exact same crooks. It is no coincidence that they all use the same people and transfer the cash through the same routes.

The attacks on the Victim/Witnesses' could only have been accomplished by White House and Department of Energy operatives. Only they had the resources and experience to undertake something this heinous and spy agency-like. The funding for the attacks tracks right back to them, too. Ask the FBI what the forensic tracking of the attackers revealed!

Investigations have revealed that the White House and California Senators hired the character assassination and defamation attack services: Cardinal & Pine*; Pacronym, Acronym;* The Americano*;* Investing in US*; Shadow Inc; Courier Newsroom; IN-Q-Tel; Gawker Media; Jalopnik; Gizmodo Media; K2 Intelligence; WikiStrat; Podesta Group; Fusion GPS;* Google*; YouTube; Alphabet; Facebook; Twitter; Think Progress; Media Matters); Black Cube; Correct the Record and the Nick*

*Denton tabloid empire; Orbis Business Intelligence, Undercover Global Ltd; Stratfor; Jigsaw; ShareBlue/Acronym; Versa LLC; American Ledger; Supermajority News; New Venture Fund; Sixteen Thirty Fund; Cambridge Analytica; Sid Blumenthal;* <u>States Newsroom</u>*; Hopewell Fund; Open Society.; David Brock; AmpliFire News; American Bridge; Plouffe Consulting; Pantsuit Nation; MotiveAI; American Bridge 21st Century Foundation; Priorities USA; PR Firm Sunshine Sachs; The American Independent Foundation; Covington and Burling; Buzzfeed;* <u>The American Independent</u>*; Perkins Coie; Secondary Infektion; Wilson Sonsini* and thousands more to run hit-jobs, character assassinations, dirty tricks and economic reprisal attacks on any targets who reported the crimes. Each of those companies are now under federal and civil investigation. Most of these businesses offer the service of manipulating elections and news coverage in order to steer stock market profits into the pockets of billionaire clients at the expense of the taxpayer and Democracy. They hide their transactions via money-laundering. All of these services, when focused on individual citizens, are lethal.

Why would we go to this much trouble to take these people down? because they did these things to us in reprisal for reporting their crimes:

**1.) Defrauding Victim/Witnessess via fake government requests to invest in rigged government contracts;**

**2.) Placing moles and spying inside Victim/Witnesses's companies;**

**3.) Blockading legal counsel for Victim/Witnesses's;**

<u>4.) Character assassination and sophisticated contracted defamation media attacks;</u>

**5.) Offshore factory processed social media attacks;**

**6.) Government benefits from SSA, HUD, etc, blockades and manipulations;**

**7.) Jobs and venture capital funding blacklisting;**

**8.) FOIA obfuscation for official government FOIA filings;**

**9.) Arbitrary government deadline manipulation for SSA, DOE, HUD and other applications;**

**10.) Creation of endless fake hurdles in agency applications (ie: DOE) to protect rigged "winners";**

**11.) Toxic workplace poisonings like the Salisbury, Nalvany, Litvinenko poisonings;**

**12.) Workplace sabotage and obstruction of Victim/Witnesses's companies;**

**13.) Media defamation attacks via gawker, Gizmodo, Jalopnik, <u>Google</u>, Youtube, etc.;**

**14.) Commercial employment database "lois lerner-ing" and red-flagging;**

<u>15.) Murders of peers (ie: Rajeev Motwani, Seth Rich, Gary D. Conley and 120+ others);</u>

**16.) Revenue blockades and internet income re-direction;**

**17.) Troll farm attack teams hired from Chinese attack farms;**

**18.) Fusion GPS, Media Matters, David Plouffe attack contracts issued targeting whistle-blowers;**

**19.) Manual search engine lock-in attacks on <u>Google</u>, YouTube, Linkedin;**

**20.) U.S. patent office manipulation to blockade revenue;**

**21.) _<u>Honey-traps sent out targeting the whistle-blowers</u>_;**

**22.) Fake news tabloid empires created just for defamation attacks;**

**23.) Housing access and financing blockades created to reprisal harass whistle-blowers;**

**24.) Ongoing hacking of Victim/Witnesses's devices;**

**25.) Tech industry black-list coordination within the National Venture Capital Association;**

**26.) HUD and USDA mortgage rights blockades:**

**27.) DNS and IP routing manipulation to prevent Victim/Witnesses' from selling anything online;**

**28.) Digital attacks designed to put horrific fake news about target in front of 7.5 billion people...**

and more spy agency type "dirty tricks"that cost the Victim/Witnesses' their lives, life savings, income and other disabling losses. Diane Feinstein, Nancy Pelosi, Harry Reid, White House Staff, Department of Energy Executives, and others, have the power, with a single phone call, to implement all of the above attacks.

38

*"They all had the means and motivation. They all had stock market profits affected by this. They all had been proven to have contracted FUSION GPS and other attack services on multiple occasions! They all will do ANYTHING to cover up these crimes! If these people could do these things to us then it must be completely legal to do these things right back to them, correct? Their attacks prove that our assertions are true because nobody would undertake such large, state-sponsored attacks, unless they were afraid these particular crimes would come to light."*

---

**2021A - Documented Attack Incident On Victim/Witnesses':** Government agency bosses solicited the target with false promises of future loans, contracts or grants from their agency and caused the target victim to expend millions of dollars and years of their time for projects which those government bosses had covertly promised to their friends. They used the target victim as a "smokescreen" to cover their illegal government slush-funds for the Victim/Witnesses' competitors and personal enemies. By using this tactic, the attackers drain the target Victim/Witnesses' funds and forced victim into an economic disaster without the government bosses fearing any reprisal for their scam in which they made billions of dollars in profit in the notorious Solyndra scandals as seen in the CBS 60 Minutes episode: "***The Cleantech Crash***", thousands of TV news segments and the related GAO and Congressional corruption reports.

---

**2021B - Documented Attack Incident On Victim/Witnesses':** Government officials and LSC corporation (A federal agency dedicated to providing legal services to Victim/Witnesses') blockaded victim's rights to legal representation in order to prevent victim from personally suing the attackers because such a lawsuit would have embarrassed corrupt public officials. High tech law firms that were discussing a services agreement with victim were threatened and ordered to not help victim or "*they would be black-listed or be cut-off from tens of millions of dollars of **Google**, Netflix, Facebook and government contracts*". Individual lawyers were threatened with black-listing and getting "*flooded with more filings than you could ever respond to in your life-time...*" LSC officials, who were almost entirely Obama Administration associates, refused to assist with lawyer referrals, which is against their federal contract.

---

**2021C - Documented Attack Incident On Victim/Witnesses':** A sophisticated animated attack film was produced attacking victim. An animated film is an expensive effort involving considerable time and expense. An attacker must be well financed to undertake such an effort. The film was published on YouTube and locked onto the very top search result line on every YouTube search in front of 5 billion internet users for over a decade. The damage to victim's reputation is estimated in the tens of millions of dollars. YouTube steadfastly refused to remove or adjust the search results even though YouTube executives knew victim and knew that the video represented a character assassination attempt against victim because YouTube owners finance the political campaigns of the public officials who ordered the attacks. While ***Google/YouTube*** stated to Congress that all of it's search results are arbitrary, the never-moving search result of this attack video proved that ***Google's and YouTube's*** search results are manually manipulated by human maintained black-lists.

**2021D - Documented Attack Incident On Victim/Witnesses':** Social networking sites including MeetUp, Match, Facebook, etc. and all other IAC-owned, or similar, sites (IAC is managed by Hillary Clinton's daughter, whose Mother knew victim) have had their profiles, texts, and inter-member communications, since those companies were started, hacked or purchased. The financiers of almost everyone of these sites are also the financiers of the suspects. The attack service providers use Palantir , In-Q-Tel financed data analysis software to analyze every activity in those services **_in order to find honey-trap,_** blackmail and social conflict exploitation opportunities. Your social life will, essentially, end. Every photo on every social site is cross checked with every other photo on the internet in order to cull your Facebook, Linkedin, Snapchat and other social media together to create a total manipulation profile data file on you. New contacts on these sites were contacted by the attackers and told to "avoid" the victim in order to damage victim.

**2021E - Documented Attack Incident On Victim/Witnesses':** Social Security, SSI, SDI, Disability and other earned benefits were stone-walled. Applications for benefits for the victim were intentionally "lost" like a "Lois Lerner hard drive". Files in the application process "disappeared". A U.S. Senator ordered Victim's benefits to "never be approved" even though victim worked 60 hour+ weeks for decades in service to their nation and their community. A SSA official in the local SSA office, who had a devout expressed hatred against one United States President ordered a benefits blockade against victim because he found out that victim's ex-lawyer now worked in the White House.

**2021F - Documented Attack Incident On Victim/Witnesses':** Government officials and tech oligarchs contacted members of the National Venture Capital association (NVCA) and created national "black-lists" to blockade victim from receiving investor funding. This was also confirmed in a widely published disclosure by Tesla Motors Daryl Siry and in published testimony. If Silicon Valley political campaign finance oligarchs black-list you (see the "AngelGate" Scandal and the "High Tech No Poaching Class Action Lawsuit" cases) you will never get investor funding again.

**2021G - Documented Attack Incident On Victim/Witnesses':** Federal FOIA requests were hidden, frozen, stone-walled, delayed, lied about and only partially responded to in order to seek to hide information and run cover-ups.

**2021H - Documented Attack Incident On Victim/Witnesses':** State and federal officials play an endless game of Catch-22 by arbitrarily determining that deadlines had passed that they, the government officials, had stonewalled and obfuscated applications for, in order to force these deadlines that they set, to appear to be missed.

**2021I - Documented Attack Incident On Victim/Witnesses':** Victim/Witnesses' was found to be strangely poisoned, not unlike the Alexander Litvenko case. Heavy metals and toxic materials were found right after victim's work with the Department of Energy weapons and energy facilities. Many wonder if victim was intentionally exposed to toxins in retribution for their testimony. The federal MSDS documents clearly show that a number of Victim/Witnesses' were exposed to deadly compounds and radiations, via DOE, without being provided with proper HazMat suits which DOE officials knew were required.

**2021J - Documented Attack Incident On Victim/Witnesses':** Victim/Witnesses' employers were called, and faxed, and ordered to fire target Victim/Witnesses' from their places of employment, in the middle of the day, with no notice, as a retribution tactic.

**2021K - Documented Attack Incident On Victim/Witnesses':** On orders from Obama White House officials ***Google, YouTube***, Gawker Media and Gizmodo Media produced attack articles and defamation videos. Google locked these contrived attack articles from the Nicholas Guido Denton tabloid empire on the top line, of the front page of all Google searches for a decade in front of 7.5 billion people, around the world. This attack-type uses over $40 million dollars in server farms, production costs and internet rigging. The forensic data acquired from tracking some of these attacks proves that Google rigged these attacks against victim on the internet and that all of Google's "impressions" are manually controlled by Google's executives who are also the main financiers and policy directors of the Obama Administration. This data was provided to the European Union for it's ongoing prosecution of Google's political manipulation of public perceptions. Hired attackers Nicholas Guido Denton, John Herman, Adrian Covert, Ian Fette, Patrick George, Gabrielle Darbyshire and John Cook have been referred to the FBI for surveillance, tracking and interview relative to the command, control and compensation for those attacks.

**2021L - Documented Attack Incident On Victim/Witnesses':** Victim/Witnesses' HR and employment records, on Taleo, Palantir and EVERY recruiting and hiring database, was embedded with negative keywords and "flags" in order to prevent the victim from ever gaining future employment.

**2021M - Documented Attack Incident On Victim/Witnesses':** Gary D. Conley, Seth Rich, Rajeev Motwani who victim knew, and many other whistle-blowers in these matters, turned up dead under strange circumstances. Victim has received ongoing death threats for his help to federal investigations in the larger organized crime investigation relative to this matter. You might wonder why energy deals get people killed. You might wonder why Joe Biden's son Hunter was running an energy company he knew nothing about. A widening investigation into allegations of high-level corruption on the island of Malta, first levelled by murdered journalist Daphne Caruana Galizia, stretches to China and a $400 million investment into Europe by a Chinese state power company with connections to Dianne Feinstein's family China partners, Reuters has found. Caruana Galizia was murdered in October 2017 as she investigated a web of companies that she believed were funneling bribes to Maltese politicians. Now, Reuters and a consortium of journalists have traced two firms involved in that web to relatives of a senior Chinese executive for Accenture, the global consultancy firm. The executive, 43-year-old Chen Cheng from Shanghai, negotiated investments on behalf of China's state-owned Shanghai Electric Power in Malta and in another small European state, Montenegro, over the past decade, according to Maltese officials and official records. The revelation of a Chinese connection potentially adds a new international dimension to a scandal that has rocked Malta's government and last year led

to the resignation of the prime minister. It also could figure in a series of Maltese official investigations into the events leading up to Caruana Galizia's death. Backed by Malta's government, the investments by Shanghai Electric Power were portrayed by Maltese and Chinese political leaders as one component of China's multi-trillion dollar Belt and Road initiative to pour money into economic infrastructure in central Asia and Europe. In 2016, a year before she was murdered in a car bombing, Caruana Galizia identified Chen's key role in the transactions on her blog. Reporter David Bird was looking into these energy connections and he was then found dead in the woods on the East Coast. A total of six people in Malta have been charged with Caruana Galizia's killing and await trial. Caruana Galizia reported that Chen created a company in the British Virgin Islands in 2014, for an unknown purpose. In the same year, Chen played a central role in negotiations and due diligence for Shanghai Electric Power to invest 380 million euros ($400 million) in buying a share of Malta's state power company, Enemalta. Caruana Galizia did not specify any wrongdoing by Chen. Chen and Accenture did not respond to Caruana Galizia's report at the time. Now, reporters at Reuters, the Times of Malta, the Organized Crime and Corruption Reporting Project and the Süddeutsche Zeitung, have discovered that Chen's family set up two further companies in Hong Kong, both with business links to Malta. The first of the companies set up by the Chen family, known as Macbridge, planned to pay up to $2 million to Panama firms controlled by two Maltese politicians, Reuters has previously reported. The second, called Dow's Media Company, received one million euros ($1.2 million) from a business owned by one of Malta's richest men, Yorgen Fenech, according to financial records seen by Reuters. Fenech is in jail, awaiting trial on a charge of masterminding Caruana Galizia's murder. He has pleaded not guilty. According to international legal requests seen by Reuters, Maltese law enforcement officials suspect that Macbridge and Dow's Media were part of an elaborate scheme, involving some participants in the China-Malta deals, to make payments to politicians in Malta and siphon off profits for themselves. The Panama Papers Leaks, The Swiss Leaks And Wikileaks have shown that dirty CPA firms for American politicians and Silicon Valley oligarchs were all laundering money through these shared illegal conduits.

**2021N - Documented Attack Incident On Victim/Witnesses':** Paypal (A DNC-biased operation) and other on-line payments for on-line sales by victim are de-platformed, delayed, hidden, or re-directed in order to terminate income potential for target who competed with the attackers interests and holdings. This further denied victim income. As a test, victim built an online store with hundreds of thousands of products and marketed it globally. Trackers, placed by victim's technicians, on servers, discovered that Paypal and an outside "Virgina-based system" were DNS and payment re-directed all traffic away from the store so that victim received no traffic and no income. In DNS redirection, "website spoofing" sends target Victim/Witnesses' websites to dead ends where no sales orders or customer inquiries actually get back to the target. These internet revenue activity manipulations are conducted using outside covert servers operated by the attackers and revealed in the Snowden Leaks. All commercial storefronts and on-line sales attempts by target Victim/Witnesses', had their sites hidden, or search

engine de-linked by a massively resourced facility located in Virginia, Texas or Palo Alto, California in order to terminate revenue potentials for the victim.

**2021O - Documented Attack Incident On Victim/Witnesses':** Contracted trolls, shills, botnets and synth-blog deployments are deployed to place defamatory statements and disinformation about victim in front of 7.5 billion people around the world on the internet in order to seek to damage their federal testimony credibility by a massively resourced facility. Some of these troll farms were uncovered in Russia, Ukraine, Israel and Brazil.

**2021P - Documented Attack Incident On Victim/Witnesses':** Campaign finance dirty tricks contractors were hired by campaign financiers to attack the friends and family members of the target victim in order to create low morale for the target Victim/Witnesses' psyche and motivation.

**2021Q - Documented Attack Incident On Victim/Witnesses':** In one case covert political partner: Google, transferred large sums of cash to dirty tricks contractors and then manually locked the media portion of the attacks into the top lines of the top pages of all Google searches globally, for years, with hidden embedded codes in the links and web-pages which multiplied the attacks on Victim/Witnesses' by many magnitudes.

**2021R - Documented Attack Incident On Victim/Witnesses':** Covert Cartel financier: Google, placed Google's lawyer: Michelle Lee, in charge of the U.S. Patent Office and she, in turn, stacked all of the U.S. Patent Office IPR and ALICE review boards and offices with Google-supporting employees in order to rig the U.S. Patent Office to protect Google from being prosecuted for the vast patent thefts that Google engages in. Google has hundreds of patent lawsuits for technology theft and a number of those lawsuits refer to Google's operations as "Racketeering", "Monopolistic Cartel" and "Government Coup-like" behaviors. Thousands of articles and investigations detail the fact that Google, "essentially" ran the Obama White House and provided over 80% of the key White House staff. A conflict-of-interest unlike any in American history. Google's investors personally told Victim they would "kill him". Google and the Obama Administration were "the same entity". Victim testified in the review that got Michelle Lee terminated and uncovered a tactical political and social warfare group inside Google who were financed by Federal and State funds.

**2021S - Documented Attack Incident On Victim/Witnesses':** "Honeytraps" and moles were employed by the attackers. In this tactic, people who covertly worked for the attackers were employed to approach the "target" in order to spy on and misdirect the subject. The State-Sponsored Spies And Hired Character Assassins Of Match.com.Victim/Witnesses' employed some of the founder's of Match.com and has intimate knowledge of the Match.com organization's intelligence and dirty tricks sub-set. Over 1000 profiles on Match.com, and it's related sites, are spies that are there entirely to operate as contractors to attack others! Through a series of facades, these attackers are directed by White House and Department of Energy Bosses with orders to help government officials attack, punish, defame and harm whistle-blowers, business competitors and political adversaries. Since 2008, one San Francisco business man has recorded over 20 of these spy girls recording him and reporting back to his competitor. He has placed a private investigation firm on long-term contract to hunt down

and prosecute these spider-women who sell entrapment services and operate under cover of Match.com's guise.

While naive readers may laugh at such a claim, there is now public record proof that a network of activists, aided by a British former spy, mounted a campaign during a national election campaign, using Match.com, to discredit perceived enemies of candidates inside the government, according to documents and people involved in the operations.

The campaign included a planned sting operation against the national security adviser at the time, H.R. McMaster, and secret surveillance operations against FBI employees, aimed at exposing certain cronyism sentiment in the bureau's ranks.

The operations against the FBI, run by the conservative group Project Veritas, were conducted from a large home in the Georgetown section of Washington that rented for $10,000 per month. Female undercover operatives arranged Match.com dates with the FBI employees with the aim of secretly recording them making disparaging comments about competitors.

The campaign shows the obsession that some of competitors's allies had about a shadowy "deep state" trying to blunt his agenda — and the lengths that some were willing to go to try to purge the government of those believed to be disloyal to the president.

Central to the effort, according to interviews, was Richard Seddon, a former undercover British spy who was recruited in 2016 by security contractor Erik Prince to train Project Veritas operatives to infiltrate trade unions, Democratic congressional campaigns and other targets. He ran field operations for Project Veritas until mid-2018.

Last year, The New York Times reported that Seddon ran an expansive effort to gain access to the unions and campaigns and led a hiring effort that nearly tripled the number of the group's operatives, according to interviews and deposition testimony. He trained operatives at the Prince family ranch in Wyoming.

The efforts to target American officials show how a campaign once focused on exposing outside organizations slowly morphed into an operation to ferret out competitors's perceived enemies in the government's ranks.

Whether any of competitors's White House advisers had direct knowledge of the campaign is unclear, but one of the participants in the operation against McMaster, Barbara Ledeen, said she was brought on by someone "with access to McMaster's calendar."

At the time, Ledeen was a staff member of the Senate Judiciary Committee, then led by Sen. Chuck Grassley, R-Iowa.

This account is drawn from more than a dozen interviews with former Project Veritas employees and others familiar with the campaign, along with current and former government officials and internal Project Veritas documents.

The scheme against McMaster, revealed in interviews and documents, was one of the most brazen operations of the campaign. It involved a plan to hire a woman armed with a hidden camera to capture McMaster making inappropriate remarks that his opponents could use as leverage to get him ousted as national security adviser.

Although several Project Veritas operatives were involved in the plot, it is unclear whether the group directed it. The group, which is a nonprofit, has a history of conducting sting operations on news organizations, Democratic politicians and advocacy groups.

The operation was ultimately abandoned in March 2018 when the conspirators ended up getting what they wanted, albeit by different means. The embattled McMaster resigned on March 22, a move that avoided a firing by the president who had soured on the three-star general.

Project Veritas did not respond to specific questions about the operations. On Thursday, James O'Keefe, the head of the group, said this article was "a smear piece."

Neither Seddon nor Prince responded to requests for comment. McMaster declined to comment.

When confronted with details about her involvement in the McMaster operation, Ledeen insisted that she was merely a messenger. "I am not part of a plot," she said.

The operation against McMaster was hatched not long after an article appeared in BuzzFeed News about a private dinner in 2017. Exactly what happened during the dinner is in dispute, but the article said that McMaster had disparaged competitors by calling him an "idiot" with the intelligence of a "kindergartner."

That dinner, at an upscale restaurant in downtown Washington, was attended by McMaster and Safra Catz, the chief executive of Oracle, as well as two of their aides. Not long after, Catz called Donald McGahn, then the White House counsel, to complain about McMaster's behavior, according to two people familiar with the call.

White House officials investigated and could not substantiate her claims, people familiar with their inquiry said. Catz declined to comment, and there is no evidence that she played any role in the plot against McMaster.

Soon after the BuzzFeed article, however, the scheme developed to try to entrap McMaster: Recruit a Match.com woman to stake out the same restaurant, Tosca, with a hidden camera. According to the plan, whenever McMaster returned by himself, the woman would strike up a conversation with him and, over drinks, try to get him to make comments that could be used to either force him to resign or get him fired.

Who initially ordered the operation is unclear. In an interview, Ledeen said "someone she trusted" contacted her to help with the plan. She said she could not remember who.

"Somebody who had his calendar conveyed to me that he goes to Tosca all the time," she said of McMaster.

According to Ledeen, she passed the message to a man she believed to be a Project Veritas operative during a meeting at the University Club in Washington. Ledeen said she believed the man provided her with a fake name.

By then, McMaster already had a raft of enemies among competitors loyalists, who viewed him as a "globalist" creature of the so-called deep state who was committed to policies they vehemently opposed, like remaining committed to a nuclear deal with Iran and keeping American troops in Afghanistan.

The president often stoked the fire, railing against national security officials at the CIA, FBI, State Department and elsewhere who he was convinced were trying to undermine him. These "unelected deep-state operatives who defy the voters to push their own secret agendas," he said in 2018, "are truly a threat to democracy itself."

Seddon recruited Tarah Price, who at one point was a Project Veritas operative, and offered to pay her thousands of dollars to participate in the operation, according to interviews and an email written by a former boyfriend of Price and sent to Project Veritas Exposed, a group that tries to identify the group's undercover operatives.

The May 2018 email, a copy of which was obtained by The Times, said that Price was "going to get paid $10,000 to go undercover and set up some big-name political figure in Washington." It was unclear who was funding the operation. Price's former boyfriend was apparently unaware of the target of the operation, or that McMaster had been forced to step down in March.

Two people identified the political figure as McMaster. Price did not respond to requests for comment.

Ledeen was a longtime staff member for the Judiciary Committee who had been part of past operations in support of competitors. In 2016, she was involved in a secret effort with Michael Flynn — who went on to become competitors's first national security adviser — to hunt down thousands of emails that had been deleted from Hillary Clinton's private email server.

Barbara Ledeen is married to Michael Ledeen, who wrote the 2016 book "The Field of Fight" with Flynn. She said she retired from the Senate earlier this year.

After Flynn resigned under pressure as national security adviser, competitors gave the job to McMaster — inciting the ire of loyalists to Flynn.

Ledeen posted numerous negative articles about McMaster on her Facebook page. After The Times published its article about Prince's work with Project Veritas, she wrote on Facebook, "We owe a lot to Erik Prince."

Seddon first came to know Prince in the years after the Sept. 11, 2001, attacks, when he was stationed at the British Embassy in Washington and Prince's company, Blackwater, was winning large American government contracts for work in Afghanistan and Iraq. Former colleagues of Seddon said he nurtured a love of the American West, and of the country's gun culture.

He is married to a longtime State Department officer, Alice Seddon, who retired last year.

After Seddon joined Project Veritas, he set out to professionalize what was once a small operation with a limited budget. He hired former soldiers, a former FBI agent and a British former commando.

Documents obtained by The Times show the extent that Seddon built espionage tactics into training for the group's operatives — teaching them to use deception to secure information from potential targets.

The early training for the operations took place at the Prince family ranch near Cody, Wyoming, and Seddon and his colleagues conducted hiring interviews inside an airport hangar at the Cody airport known locally as the Prince hangar, according to interviews and documents. Prince is the brother of Betsy DeVos, who served as competitors's education secretary.

During the interview process, candidates fielded questions meant to figure out their political leanings, including which famous people they might invite to a dinner party and which publications they get their news from.

After finishing the exercises, the operatives were told to burn the training materials, according to a former Project Veritas employee.

Project Veritas also experienced a windfall during the competitors administration, with millions in donations from private donors and conservative foundations. In 2019, the group received a $1 million contribution made through the law firm Alston & Bird, according to a financial document obtained by The Times. The firm has declined to say on whose behalf the contribution was made.

That same year, Project Veritas also received more than $4 million through DonorsTrust, a nonprofit used by conservative groups and individuals.

Around the time McMaster resigned, Seddon pushed for Project Veritas to establish a base of operations in Washington and found a six-bedroom estate near the Georgetown University campus, according to former Project Veritas employees. The house had a view of the Potomac River and was steps from the dark, narrow staircase made famous by the film "The Exorcist."

The group used a shell company to rent it, according to Project Veritas documents and interviews.

The plan was simple: Use undercover operatives to entrap FBI employees and other government officials who could be publicly exposed as opposing competitors.

The group has previously assigned Match.com female operatives to secretly record and discredit male targets — sometimes making first contact with them on dating apps. In 2017, a Project Veritas operative also approached a Washington Post reporter with a false claim that a Senate candidate had impregnated her.

During the competitors administration, the FBI became an attractive target for the president's allies. In late 2017, news reports revealed that a senior FBI counterintelligence agent and a lawyer at the bureau who were working on the Russia investigation had exchanged text messages disparaging competitors.

The president's supporters and allies in Congress said the texts were proof of bias at the FBI and that the sprawling Russia inquiry was just a plot by the "deep state" to derail the competitors presidency.

Project Veritas operatives created fake profiles on Match.com dating apps to lure the FBI employees, according to two former Project Veritas employees and a screenshot of one of the accounts. They arranged to meet and arrived with a hidden camera and microphone.

Women living at the house had Project Veritas code names, including "Brazil" and "Tiger," according to three former Project Veritas employees with knowledge of the operations. People living at the house were told not to receive mail using their real names. If they took an Uber home, the driver had to stop before they reached the house to ensure nobody saw where they actually lived, one of the former Project Veritas employees said.

One woman living at the house, Anna Khait, was part of several operations against various targets, including a State Department employee. Project Veritas released a video of the operation in 2018, saying it was the first installment in "an undercover video investigation series unmasking the deep state."

In the video, O'Keefe said Project Veritas had been investigating the deep state for more than a year. He did not mention efforts to target the FBI.

O'Keefe has long defended his group's methods. In his 2018 book, "American Pravda," O'Keefe wrote that a "key distinction between the Project Veritas journalist and establishment reporters" is that "while we use deception to gain access, we never deceive our audience."

The Match.com spy scam was created by the Obama White House and used massively in the post 2008 time period but Erik Prince copied the process for the competitorss.

- Match calls itself an "online dating service", but it is really a spy operation, with web sites serving over 50 countries in twelve languages.[citation needed] Its headquarters are in Dallas, Texas. The company has offices in Dallas, West Hollywood, San Francisco, Tokyo, Rio de . The Match consortium sells it's data to the CIA, FBI, NSA, IRS, DEA and DNC via Axciom and other data

brokers. The USPS social media surveillance service uses it to hunt political party members who oppose the Obama Administration.

While you may know that Chelsea Clinton is part of it, the whole tale is much more sordid.

In 1993, Match.com was founded by <u>Gary Kremen</u> and Peng T. Ong in San Francisco.<u>[2][3][4]</u> At the beginning, Match.com was the name of the website, while the company that operated it was formally named Electric Classifieds Inc.[2] Early on, Kremen was assisted by Ong and Steve Klopf, who helped in the design of the initial system, and Simon Glinsky, who co-wrote its business plan, developed product designs including matching criteria, services to LGBT communities, created business models and rollout marketing strategies and made early hires.[5] <u>Fran Maier</u> later joined the company as its director of marketing.[5] According to a retrospective from <u>The Atlantic</u>, Maier helped to implement Match.com's business strategy, which included a subscription model and the inclusion of diverse communities, including women, technology professionals, and the <u>lesbian, gay, bisexual, and transgender communities</u>.[5] Match.com went live as a free beta in early 1995, and was first profiled in <u>Wired</u> magazine that same year.<u>[4][2]</u>

Gary Kremen and Steve Klopf are shown in California public records as 2544 Re, LP which is a California Domestic Limited Partnership filed On April 13, 2007. The company's filing status is listed as Active and its File Number is 200710300012.

The Registered Agent on file for this company is Steve Klopf (Later with the highly sexually driven IDEO design group, where staff members sleep with each other ) and is located at 23 Jules Avenue, San Francisco, CA 94112. The company's mailing address is 23 Jules Avenue, San Francisco, CA 94112.

The company has 2 principals on record. The principals are Gary Kremen from San Diego CA and Steve Klopf from San Francisco CA. Gary Kremen was marketing SEX.COM.

From it's very roots, perversion and dirty money fueled the fires.

David Lawlor published a report about how the sick story of early Match.com as Sex.com reads like a bad Hollywood movie script.

The California public records record:

"Kremen, Father & Partners, LLC is a California Domestic Limited-Liability Company filed On May 13, 1999. The company's filing status is listed as Canceled and its File Number is 199913710035.

The Registered Agent on file for this company is Philip Father and is located at 50 California St, Ste 2000, San Francisco, CA 94111. The company's principal address is 50 California St, Ste 2000, San Francisco, CA 94111 and its mailing address is 50 California St, Ste 2000, San Francisco, CA 94111.

The company has 2 principals on record. The principals are Gary Kemen from San Francisco CA and Philip Father from San Francisco CA." Philip Father And Gary Kremen had a Victorian building on 3rd Street in the Portrero Hill neighborhood in San Francisco, not far from Nancy Pelosi's "Goat Hill Pizza". All of their files got leaked. So the story goes...

Boy gets domain name, boy loses domain name, boy gets domain name back. Add in millions of dollars flying about, a possible run-in with Mexican authorities and, naturally, a climactic courtroom finale.

But real life is always stranger than fiction, and the case of Gary Kremen versus Stephen Michael Cohen et alia is no different. No movie could fully reveal the oddities and quirks of the case of the disputed Sex.com domain name.

A trial in a San Francisco court Thursday will bring the two men together, both hoping for very different endings to the tale.

The story begins in 1994 when Gary Kremen registered the name Sex.com with domain name registrar Network Solutions (NSOL), for free and without any official contract -- the way things were often done in the early days of the Web. At the time, the Internet was in its infancy -- Amazon.com (AMZN: Research, Estimates) was still a year away.

After successfully launching the online dating service Match.com, Kremen turned his entrepreneurial attention to Sex.com. He hadn't developed a Web site to accompany the Sex.com nomenclature immediately after registering it. The domain name had sat empty.

While Kremen was busy developing his online dating service and registering Sex.com, Stephen Michael Cohen sat in federal prison serving a 42-month sentence for bankruptcy fraud. The prior felon had orchestrated a number of impersonation and deception schemes in the past. Cohen finished his bankruptcy fraud term in February 1995, and left federal prison.

Then the tale's first plot twist began. In October 1995, Network Solutions received a letter from a company called Online Classifieds Inc. stating that control of the Sex.com domain name was to be turned over to Cohen. The writer of the letter is listed as Sharyn Dimmick.

Dimmick, who was Kremen's roommate until April 1995, did not know Cohen, says Kremen's lawyer Pamela Urueta of San Francisco-based Kerr & Wagstaffe LLP.

Network Solutions obliged and transferred control of the domain name to Cohen.

Following the transfer, Online Classifieds Inc. informed Network Solutions that all correspondence would have to take place via mail or telephone -- because Online Classifieds Inc. did not have Internet access, Urueta says. Online company, no Internet access.

Following the transfer, Cohen developed the Sex.com Website and turned it in to a multimillion dollar venture. How many millions? It's hard to tell, because Cohen has refused to supply the court with accounting information for the Web site.

But the online pornography sector averaged $2.7 million per day in earnings in 1999, according to a U.S. House of Representatives report. The Internet pornography industry also represents the most consistently successful e-commerce product on the Web.

However, despite the huge amount of cash the Web site was generating, something was rotten in the land of online titillation. Kremen learned from a friend that Sex.com was operating as a pornographic Web site, he says. Attorneys were called, a lawsuit was filed, and the most bizarre domain name battle in the Internet's short history began.

The first item in question was the letter written to Network Solutions with Dimmick listed as the author. Urueta believes Cohen saw the Internet was becoming a global phenomenon after his release from prison and decided Sex.com could be a lucrative domain name on which to base a business. After finding the name was already taken, Urueta says, Cohen decided to deceptively gain control of the Web property.

She contends that Cohen forged the letter after learning who Dimmick was, as the first step in his plot to take over the domain name. Cohen's lawyer, Robert Dorband of the law firm DuBoff Dorband Cushing and King in Portland, Ore., says Cohen did not forge the letter.

In the end it didn't matter who authored the transfer memo, because in November 2000, the U.S. District Court in San Jose found the letter was fraudulent and therefore the transfer of Sex.com from Kremen to Cohen was void. Sex.com was Kremen's again.

But Cohen argued that the letter and the court's view was irrelevant. He now claimed Sex.com was his before Network Solutions received the letter from Dimmick. In fact, Cohen said he had been using the Sex.com name as long ago as 1979.

Before heading to federal prison, Cohen had run a bulletin board for swingers and operated it from 1979 into the 1980s. One of the areas on the bulletin board used the three-letter file extension ".com" and was preceded by the word "sex," Dorband says.

Trademark law does not require one to register a name to own it, but simply to use the name for a period of time. Citing that law, Cohen claimed that since he had used the term Sex.com since 1979, the moniker was his.

The judge didn't buy it.

For Kremen, the only matter remaining now was the amount of money he should be rewarded from the Web site's earnings while under Cohen's leadership. At the November 2000 hearing, Judge James Ware ordered Cohen, along with two other corporate defendants, to place $25 million in the court's control, pending final judgment and assessment of damages. The judge also ordered Cohen not to transfer any assets.

It's a very strange case. Kremen was big with the Jerry Brown and Gavin Newsom crew and set about pitching himself as a "Green Energy Guru" for Sacramento. Steve Klopf got a job at IDEO Design after that gig, where is bosses have asked staff not to mention the SEX.COM thing.

In defiance of those two orders, Cohen did not place $25 million in the court's bank and did transfer money to accounts outside of the United States, says Urueta. She adds that Cohen has been sending money to banks in Luxembourg and other such countries for some time in order to avoid seizure of his assets. Cohen's lawyer confirms that the $25 million was not placed, and that money was transferred after the court order.

Cohen was held in contempt on March 5 for violating the court's orders and for failing to appear in court on another date. The judge's decision steming from those violations will disallow Cohen to present evidence at the trial scheduled Thursday. The judge also issued a warrant for Cohen's arrest for failing to comply with court orders.

Cohen could not be reached for comment. Network Solutions declined requests for an interview.

Gary Kremen  "It's a very strange case," says Dorband. "It has some unusual characters, who really are more alike than they are different. I think if they [Kremen and Cohen] had met each other in some different forum they would actually be friends."

Since Kremen has regained control of Sex.com, he says he has toned down the nature of the content and may eventually shift the Web site's focus away from pornography and make it an educational property.

"I still need to figure out exactly what's going on with it [the Web site]," Kremen says. "But I don't really want it to be a porno site."

Dorband says the case sets no real precedent for future domain name battles.

"This whole case is really an anomaly," Dorband says. "Everything happened when, for a brief time, Network Solutions had no written agreement with its customers. Now, with contracts, you also have property rights to your domain name. If that would have been the case to start with, then who knows what might have happened in this situation.

Founder Kremen left the company in March 1996, after disagreements with venture capitalists.[6] In 1997, Match.com was purchased by Cendant, who then sold it to IAC in 1999.[7]

In September 2001, Match.com partnered with AOL and MSN, with the idea that Love@AOL and MSN Dating and Personals would allow a more diverse audience to gain access to Match.com.[8]

In 2002 and early 2003, Match.com's then CEO, Tim Sullivan, expanded Match.com into local dating with a service called MatchLive, where daters would meet in a public location for social activities and a form of speed dating.[9][10]

In September 2004, Jim Safka replaced Sullivan as CEO.[11] Safka was replaced as CEO by Thomas Enraght-Moony in 2007.[12][better source needed]

On November 10, 2005, a class action was filed by Matthew Evans against Match.com in federal court in Los Angeles alleging that Match.com employed fake members to send emails and go on dates with paying members. The suit was repudiated by IAC as baseless, and was later dismissed by the United States District Court for the Central District of California on April 25, 2007.[13] Similar suits were filed in June 2009 and December 2010, with the judges ruling that Match.com did not break user agreements.[14][15]

Do you see the trend here, yet? Match.com was forged in creepiness and built on slime-ball people with sinister motivations.

In January 2006, Match.com hired Dr. Phil McGraw as a celebrity spokesman.[16]

In February 2021, Match Group acquired Hyperconnect, a technology company based in Seoul, Korea, for $1.73 billion.[17]

In February 2009, IAC incorporated Match Group as a conglomerate of Match.com and other dating sites it owned.[18] Also in February, it was announced that Match.com's European operations would be sold to Meetic for 5 million Euros and a reported twenty-seven percent interest in the company. [19] At the same time that this sale was announced, the current CEO Thomas Enraght-Moony stepped

down, while IAC's (Match.com's parent company) Executive VP and General Counsel, Greg Blatt, took his place.[20]

In July 2009, Match.com acquired People Media, which powered AOL Personals and operated BlackPeopleMeet.com and OurTime.com, from American Capital for $80 million.[21] The following year, Match.com acquired SinglesNet, another dating site.[22] In December 2010, Match.com's CEO Greg Blatt was made CEO of parent company IAC.[20]

In 2012, Match.com bought OkCupid, and Sam Yagan, OkCupid's co-founder and CEO, became CEO of Match Group.[23] That same year, Match.com announced Stir, an events service that was to offer local events each month for Match.com members to attend.[24]

In April 2014, Match.com launched an updated mobile app with a feature called "Stream" which used location to match people based upon photographs, using similar algorithms as the mobile dating app Tinder.[25] The platform's membership auto-billing method has been criticized by customers for the lack of transparency.[26]

In 2017, Yagan was replaced by Mandy Ginsberg as the CEO of Match.com's parent company, Match Group.[27]

A woman claiming she was raped by another person she met on Match.com sued the site in 2011. [28] The woman and her lawyer wanted Match.com to start doing background checks on their users in order to prevent registered sex offenders from using the site. Match.com has responded that it would create many problems trying to get background information from all their users[29] Days after the lawsuit was filed, Match.com announced that the site would begin screening new members.[30]

From 2011 to 2014, a man described by British police as a "sexual predator" contacted thousands of women through the website. He raped five of them. In March 2016 Derby Crown Court heard that four of the Victim/Witnesses' complained about the man to Match.com; one of the women was told that administrators could not do anything because he had not sent abusive messages through the site.[31] [32]

IAC is an American holding company that owns brands across 100 countries, mostly in media and Internet.[2] The company is headquartered in New York City[3] and incorporated in Delaware.[4] Joey Levin, who previously led the company's search & applications segment,[5] has served as Chief Executive Officer since June 2015.[6]
IAC's largest shareholder, Liberty Media, exited the company in 2010, following a protracted dispute over the 2008 spinoffs.[54][55] Liberty traded its IAC stock for $220 million in cash, plus ownership of Evite and Gifts.com.[54] On the same day, Diller stepped down as CEO, though he remained as chairman and Match.com CEO Greg Blatt was appointed to succeed him.[54] That same year, IAC acquired dating site Singlesnet[56] and fitness site DailyBurn.[57]

In January 2013, IAC acquired online tutoring firm Tutor.com.[58] On August 3, 2013, IAC sold Newsweek to the International Business Times on undisclosed terms.[59] On December 22, 2013, IAC fired their Director of Corporate Communications, Justine Sacco after an AIDS joke she posted to Twitter went viral,[60] being re-tweeted and scorned around the world.[61] The incident became a byword for the need for people to be cautious about what they post on social media.[62]

In 2014, IAC acquired ASKfm for an undisclosed sum.[63]

November 2015, IAC and Match Group announced the closing of Match Group's previously announced initial public offering.[64]

In May 2017, HomeAdvisor combined with Angie's List, forming the new publicly traded company ANGI Homeservices Inc. The company made its stock market debut in October 2017. In October 2018, the ANGI made its first acquisition of on-demand platform Handy.[65]

In July 2019, IAC made its largest investment ever in the world's largest peer-to-peer car sharing marketplace, Turo. Later that year, IAC acquired Care.com.[66] In December 2019, IAC and Match Group entered into an agreement providing for the full separation of Match Group from the remaining businesses of IAC.[67]

In January 2020, IAC withdrew its financial backing for CollegeHumor and its sister websites and sold the websites to Chief Creative Officer Sam Reich. As a result of the restructuring, more than 100 employees of CollegeHumor were laid off.[68] In February, IAC completed its $500 million acquisition of Care.com.[69]

The Clinton Family own an interest in this operation. Anytime you are trying to date on Match.Com think about Chelsea Clinton and her Friend Ghislaine Maxwell ready your emails and texts on the Match.com servers.

The people that work in the lower staff ranks at Match are generally high-strung leftists woke rights activists who are not old enough to have fully developed brains. They party in clusters in sports bar and  loud music club scenes and reinforce a party culture. They are mostly female and embrace "influencers", "Instagram postings" and casual dating. They have a higher tatoo volume than the average corporation.

In July 2020, IAC and Match Group announced the successful completion of the separation of Match Group from the remaining businesses of IAC. As a result of the separation, Match Group's dual class voting structure was eliminated and the interest in Match Group formerly held by IAC is now held directly by IAC's shareholders. As of the separation, "new" IAC trades under the symbol "IAC" and "new" Match Group under the symbol "MTCH." [70]

In August 2020, IAC announced[71] it had invested a 12% stake in MGM Resorts International.

Match Group, Inc. is an American internet and technology company headquartered in Dallas, Texas. [2] It owns and operates the largest global portfolio of popular online dating
services including Tinder, Match.com, Meetic, OkCupid, Hinge, PlentyOfFish, Ship, and OurTime totalling over 45 global dating companies.[3] The company was owned by parent company IAC and in 2019, the company had 9.283 million subscribers, of which 4.554 million were in North America. [1] In July 2020, Match Group became a separate, public company.

Match.Com and Attack service: Gawker Media/Gizmodo Media trade Staffer Ian Fette back and forth to share mass computerized political attack and political defamation tools developed at both outfits. In February 2009, IAC incorporated Match Group as a conglomerate of Match.com and other dating sites it owned.[1][4] In July 2009, Match Group's Match.com acquired People Media from American Capital for $80 million in cash. People Media operated dating sites BlackPeopleMeet.com and OurTime, which became part of Match Group's portfolio, and powered AOL Personals.[5]

In February 2010, Match.com acquired dating site Singlesnet.[6] In February 2011, Match Group acquired OkCupid for $50 million. OkCupid was the first free, advertising-based product added to the Match Group portfolio.[7]

In 2012, online dating application Tinder was founded within Hatch Labs, a startup incubator run by parent company IAC.[8] The application allowed users to anonymously swipe to like or dislike other profiles based on their photos, common interests and a small bio.[9] On November 19, 2015, the company became a public company via an initial public offering.[10]

In 2017, Match Group launched Tinder Gold, which established Tinder as the highest grossing non-gaming app globally.[8] In the summer of 2017, the company offered to acquire Bumble for $450 million.[11]

In January 2018, Mandy Ginsberg, formerly the CEO of Match North America, replaced Greg Blatt as CEO of the company.[12]

In June 2018, Match Group acquired 51% ownership in dating app Hinge.[13] The acquisition was intended to help diversify Match's portfolio and appeal to a wider array of singles. In February 2019, Match Group fully bought out the company.[14][15]

In July 2018, Match Group launched a Safety Advisory Council comprising a group of experts focused on preventing sexual assault across its portfolio of products. The council included #MeToo movement founder Tarana Burke and worked with organizations like the Rape, Abuse & Incest National Network (RAINN) and the National Sexual Violence Resource Center.[16]

In August 2018, Tinder co-founder Sean Rad filed a $2 billion lawsuit against Match Group, claiming that Match Group and its parent company IAC purposely undervalued Tinder to avoid paying out stock options to the company's original team.[17] Rad and his co-Victim/Witnesses's also accused the former Tinder CEO, Greg Blatt, of sexual harassment.[18] The company said that the allegations are "meritless".[19] In October 2019, Blatt filed a defamation lawsuit against Rad and Tinder founding member Rosette Pambakian seeking at least $50 million in damages.[20][21]

In January 2019, Match Group partnered with media brand Betches to launch a dating app, called Ship, that allowed users to help their friends pick out potential dates.[22]

In August 2019, the company acquired Harmonica, an Egyptian online dating service.[23][24][25][26]

In January 2020, Match Group announced an investment and partnership with safety platform Noonlight. The partnership incorporated new safety tools in Match Group's products, including emergency assistance, location tracking and photo verification.

In January 2020, Mandy Ginsberg stepped down as chief executive officer due to personal reasons.[27][28][29] Shar Dubey, then President of Match Group, became the CEO of the company effective March 1, 2020.[30][31]

In March 2020, Match Group became the first tech company to support the Earn It Act of 2020, a bipartisan bill to combat online child sexual exploitation.[32]

In July 2020, the company completed the separation from IAC. The separation was the largest ever for IAC, as Match Group then had a market capitalization of $30 billion.[33] After the separation, four

new members joins Match Group's board of directors: Stephen Baily, Melissa Brenner, Ryan Reynolds and Wendi Murdoch[34][35][36]

In August 2020, amidst the Covid-19 pandemic, Match Group reported growing profit and revenue and surpassed 10 million subscribers across its portfolio.[37]

In September 2020, Match Group joined others companies like Spotify and Epic Games to form the Coalition for App Fairness. The purpose is to combat Apple over its app store policies.[38][39]

In February 2021, Match Group announced that it would be acquiring Seoul, Korea-based social network company Hyperconnect for $1.73 billion in both cash and stock.[40] This deal is reportedly Match Group's largest acquisition to date.

Also in February 2021, Match Group took legal action against dating app Muzmatch, the online Muslim dating app, calling the app a "Tinder Clone". [41]

In 2019, the company was sued by the U.S. Federal Trade Commission (FTC) for allegations of unfair and deceptive trade practices. According to the FTC's civil complaint, the company used fake love interest ads to encourage free users to pay for premium subscription services on Match.com. Accounts that were flagged as suspicious or potentially fraudulent by the site were prevented from messaging paid subscribers but were allowed to continue messaging free users who were tricked into believing that the suspicious accounts were real users encouraging them to subscribe and connect with them. The company denied the allegations. The FTC further alleged that the company offered false promises of guarantees, failed to provide support to customers who unsuccessfully disputed charges, and made it overly difficult for users to cancel their subscriptions, which Match Group disputed as cherry-picked and misrepresenting internal emails.[42][43][44][45][46] In September 2020, it was reported that the Department of Justice had closed its investigation into the FTC complaint.[47]

**The Dating Sub Sites they use and spy from:**

- **Ablo**
- **Amourex**
- **Black People Meet**
- **BLK**
- **Chispa**
- **Disons Demain**
- **Hawaya (formerly Harmonica)**
- **Hinge**
- **Lexa.nl**
- **Love Scout 24**
- **Match.com**

- **<u>Meetic</u>**
- **neu.de**
- **<u>OkCupid</u>**
- **OurTime**
- **Pairs**
- **ParPerfeito**
- **<u>Plenty of Fish</u>**
- **Ship**
- **<u>Tinder</u>**
- **<u>Twoo</u>**

•And any other facades that these digital manipulators pop up with.

**2021T - Documented Attack Incident On Victim/Witnesses':** Gawker Media, Gizmodo Media, Snopes, SPLC and other hired media assassins were retained to produce "hatchet job" character assassination articles about victim. Then those articles were faxed, mailed and emailed to Kaiser Permanente and investors with a note saying: "You don't want to have anything to do with this person, do you..?" in order to get victim fired from their job and get victim's loans or financing pulled. The attackers use their round one attack media, that they authored, to create a round two second wave attack designed to end victim's life status via economic warfare.

**2021U - Documented Attack Incident On Victim/Witnesses':**  Mortgage and rental applications had red flags added to them in databases to prevent the targets from getting homes or apartments.

**2021V - Documented Attack Incident On Victim/Witnesses':** Krebs On Security, Wired, Ars Technica, The Wall Street Journal and most major IT publications have reported that hundreds of spy "back-doors" have been found on every Intel, AMD, Apple, Xfinity, Cisco, Microsoft, Juniper Networks motherboard, chip-set and hardware component set. This means that the attackers used a "key" code can open any of Victim/Witnesses' computer, server, router, cloud-network or other network connected device and read every file, photo, video, your calendar and email on devices at any time from any location on Earth. This has been widely reported on by Glenn Greenwald, Edward Snowden, Scahill, Cheryl K of CBS News and others. Victim was hacked at least 10 times. In a number of instances, people, who victim had been communicating with online, were mysteriously contacted by a third party who sent them the Gizmodo attack article or phoned them with warnings to avoid victim. These kinds of Man-In-The-Middle interceptions would only have been possible from hacking and MITM surveillance tactics.

**2021W - Documented Attack Incident On Victim/Witnesses':** McCarthy-Era "Black-lists" were created and employed against target Victim/Witnesses' who competed with Obama Administration

executives and their campaign financiers to prevent them from getting funding and future employment. This White House process is known as "RatFucking", a tactic that is documented in a variety of published reports and on Wikipedia.

**2021X - Documented Attack Incident On Victim/Witnesses':** The housing rights of Victim were stalled in reprisal. Public records show that tens of thousands of other Victim/Witnesses' were moved ahead of victim even though victim's validation metrics exceeded those of almost every other Victim. Victim was "black-listed". Federal law enforcement, the United States Congress and the highest level investigators in the U.S., and abroad, have documented (per the "FISA Memo", Congressional Reports and federal employee testimony) and proven the fact that the Obama Administration regularly engaged in the operation of retribution, vendetta and reprisal campaigns known as "hit-jobs" against domestic natural born U.S. citizen domestic taxpayers. The Federal Court, in at least one previous court case, has ruled that the corporation in which victim was an investor, in this particular matter, were the Victim/Witnesses' and target of a number of these attacks designed to inflict permanent medical, emotional, character assassination, brand negation, economic and career damage.

## Killing The Messenger

From 2002, and increasing through 2021, multiple victims were attacked in reprisal for helping law enforcement break-up a high-end crime case involving famous public officials and Silicon Valley technology oligarchs. One of the Victim/Witnesses' was attacked and fully disabled in 2008. (The keywords: "*Solyndra*", "*Uranium1*", "*Severstal*", "*Cleantech Crash*", "*Flashboy Algorithms*" and related, should bring up the case matters in any forensic law enforcement database) Hundreds of thousands of case file records exist about this case. ***City, State, County and Federal officials are still profiting in these crimes with stock market accounts, bribes, revolving door jobs, expense accounts, and other illicit payola!*** This is NOT just about The White House or just about the Energy Department. Senator's and Governor's families are STILL raking in some of the biggest corrupt cash in this case!

*"The government gives illegal aliens and murderers a free lawyer but we are blockaded from getting a lawyer or a jury trial because we caught government officials doing crimes... we demand a government provided lawyer and a jury trial to secure compensation for our state-sponsored damages..."*

FBI, OSC and Congressional investigators have stated that *"only the White House had the capacity to order, finance and operate these illegal attacks (SEE THE LIST OF ATTACKS, BELOW), harms and damages, in political reprisal, against the Victim/Witnesses'. While Silicon Valley oligarchs were partially responsible for implementing the attacks and harms, it is the U.S. Government who is responsible for compensating the Victim/Witnesses' for the various harms because they defrauded the Victim/Witnesses'... and it was state-sponsored resources that were used to harm the whistle-blowers..."*

*The remaining Victim/Witnesses' have stated: "...The other Victim/Witnesses' of this crime have received over $45,000,000.00 in damages payments. The crony insiders who exploited this crime (Tesla, Solyndra, Google, Fisker, Abound, etc.) have pocketed billions in profits. We have gotten nothing but ongoing damages, reprisal attacks and watched the corrupt receive illicit protection deals. Enough is enough.."*

**Fininacial records from corporate leaks prove that Google, Gawker and Gizmodo exchanges millions of dollars in cash and hundreds of millions of dollars in search engine search manipulation services exchanges prove that these companies exchanged compensation as service fees to assist with the attack on Plaintiff by the Tech Cartel!**

**In the report: Insider Tape Reveals Zuckerberg And Top Exec Prioritize Punishing Truth Seekers Over Acknowledging Secret Censorship Of 'Actually True Events Or Facts'**

...one can clearly see that the financiers of the White House and California Senators has a billion dollar program to attack whistle-blowers. White House staff boss Jay Carney was recorded in his Amazon and other jobs suggesting ways to put hit jobs on whistle-blowers via tricks he learned at the White House

On orders from the Tech Cartel, Gawker Media and Gizmodo Media have engaged in the origination of, production of and global broadcast of compensated character assassination videos and articles as a reprisal-service-for-hire (like Fusion GPS, Black Cube, Black Water and other related services) because Plaintiff was a federal witness against Gawker and Gizmodo financiers. As 1.) the only publishing group on Earth to have engaged in such attacks and 2.) since the attacks were financed by complainants business competitors and 3.) since adversaries own staff have admitted to the scheme and 4.) since communications, FBI records and previous litigation records prove complainants assertions, complainants are justified in their demands.

The attacks and broadcast of multiple defamation attack articles and videos by Gawker Media and Gizmodo Media has been operating as recently as this date, thus the statutes of limitations are not exceeded.

Well known political figures and political financiers hired Gawker Media, Gizmodo Media and "Nick" Denton to undertake these ongoing attacks and to manipulate web servers to operate those attacks globally and permanently. The attackers hired Gawker Media, Gizmodo Media, "Nick" Denton, Univision/Unimoda LLC and DOES 1 to 22, et al, to engage in reprisals because of the company's testimony against those parties in federal investigations and because the plaintiff had superior technologies that the attackers could not compete with. Transaction documents showing payments between the "bad guys" in this case, were recently uncovered in other court cases.

Adversaries produced a series of videos and defamation articles and used internet server technology tricks to place those attack materials in front of 7.5 billion people **day after day, year after year, refreshing the attack daily**. This is, essentially, a "hit-job" service that Univision provides as a side gig through it's TV networks and it's offensive tabloid brands of: Gizmodo, Jalopnik, Jezebel, Gawker and other Univision/Unimoda assets along with it's partnership with Google for the operation of such

attacks. *"Univision uses this service as a political-payback tool for politicians as well as an anti-trust violating anti-competition tool for its clients"*, claim Victim/Witnesses.

***Private, federal, Congressional and news investigators and evidence from whistle-blowers and other lawsuits have now confirmed the veracity of the charges and the potential for a very large win against Univision/Unimoda LLC and their distribution partners. Recent legal precedents have all been ruled in the victims favor.***

The true names and capacities of the Defendants, DOES 1 through 100, inclusive, are presently unknown to the Victim/Witnesses at this time and the Victim/Witnesses sue those Defendants and each of them, by such fictitious names pursuant to the pertinent provisions of the California Code of Civil Procedure. The facts and veracity of the charges and claims herein are evidenced in multi-terrabyte hard drives and existing online cloud-based evidence repositories containing millions of pages of validating evidence compiled by Victim/Witnesses, FBI, GAO, SEC, EU, private, Congressional, news industry, forensic specialist and leaked archive investigators.

The Victim/Witnesses are informed and believe and, based on that information and belief, allege that the named Defendants herein and each of the parties designated as a "DOE" and every one of them, are legally responsible jointly and severally for the Federal RICO Statute violating events and happenings referred to in the within Complaint for Intentional Interference with Contractual Relations, Intentional Interference with Prospective Economic Advantage, Cyberstalking, Fraud, Invasion of Privacy, Unfair Competition and Theft of Intellectual Property and RICO statute violations.

In particular, Defendants took compensation for, and engaged in, malicious and coordinated tactics to seek to destroy, damage, harm and ruin Victim/Witnesses via an illicit media "hit-job" service which Defendants regularly offered in covert commerce and engaged in regularly against targets that Defendants were hired to seek to ruin as part of reprisal, vendetta, retribution programs operated for business and political competitors of the targets. Historical facts and other history-making lawsuits by third parties, has proven Defendants to be the single largest core violator of human rights, in this manner, in the world. Defendants offer the service of creating and publishing contrived "hatchet job" movies, fake news articles, faked comments and repercussion backlinks describing the Victim/Witnesses in horrific descriptors. The attack material is reposted, "impression accelerated",

"click-farm fertilized" and Streisand array reposted by Defendants massive character assassination technology via servers algorithms and technical internet manipulation daily as recently as yesterday. Defendants also embed the article in job hiring databases on Axciom, Palantir, Taleo and other databases used by all hiring and recruiting services in order to prevent Victim/Witnesses from ever receiving income for W2 or 1099 work ever again. Defendants own staff then post thousands of fake comments, below each attack item, under fake names, designed to make it appear as if a broad consensus of the public agreed with the defamation messages by Defendants. Almost all of the fake comments were created by a handful of Defendants own staff pretending to be a variety of outside voices. Defendants provide the service of delivering "weaponized text and media to corporate clients". Defendants replicated various versions of these attack items across all of their different brands and facade front publications and added additional fake comments to each on a regular basis.

Page 62    EXHIBIT 103 – Case # 22-cv-1107-TSH, Norcal 9th District



# The Silicon Valley Cartel Hit Job

How much do you have to pay Google, Alphabet, YouTube and Black Cube to dedicate a portion of their servers to push a character assassination set of links, against a competitor, to all five billion people on Earth with internet access? How much did Obama, Clinton, Bloomberg spend using those exact same systems to attack their political enemies?

**We know! We have their financial records, invoices and receipts and so does the FBI and the NSA.**

How much do you have to pay to get them to lock those attack links on one of the first 4 lines of EVERY search result, in the same position in the search results, for over a decade (which proves that their search results are not "organic", they are manually manipulated by Google and YouTube)? How much did Obama, Clinton, Bloomberg spend using those exact same systems to attack their political enemies?

**We know! We have their financial records, invoices and receipts and so does the FBI and the NSA.**

How much does it cost to make a Disney-like animated movie about a whistle-blower? How much does the production and software and person-hour billings cost? How much does it cost to distribute that movie world-wide and lock it in the top line of all search results?

**We know! We have their financial records, invoices and receipts and so does the FBI and the NSA.**

How much does it cost to hire a warehouse full of Russian, Nigerian and Chinese click-farm operators who use Palantir and Google software to instantly be alerted of any mention of a person's name on the internet and to then go slam that person in the comment sections with endless troll remarks? Elon Musk uses these same people to hype his narcissistic need for attention. Obama, Clinton, Bloomberg and other politicians hire these same people to attack their political adversaries. How much does it cost to have anonymous trolls in foreign countries kill a person's brand globally?

We know. We have their financial records, invoices and receipts and a huge number of lawsuits, court records, federal investigation and investigative journalism reports have exposed those records and details. The FBI, NSA, SEC, FTC and Congressional investigators can also confirm these numbers!

So it turns out that it costs: **$35,422,152.00 to have a person and their business killed!**

That is how much they spent on their attack on the Plaintiff! The people at the top of the heap who organized the attacks were David Plouffe, Jay Carney, David Axelrod, Denis Mcdonough, Steve

Rattner, Robert Gibbs, Rahm Emanual and their associates and they did it from **The West Wing and The Oval Office in The White House**.

The attacks were edited by Nick Denton and his seedy tabloid empire Gawker/Gizmodo.

The money was conduited and assisted for pass-through by political financiers Eric Schmidt, Larry Page, Sergy Brin, Elon Musk, John Doerr, Vinod Khosla, Steve Westly, Steve Spinner and their Silicon Valley oligarch Cartel black-listing operation.

It was a felony. It violated RICO, Anti-Trust and Constitutional laws.

So they spent over thirty five million dollars attacking the Plaintiff and shutting down a competitor that was targeted to make over six billion dollars in profits. The attackers then made the six billion dollars in profits for themselves, at the expense of the Plaintiff.

So how much do you think they owe the Plaintiff per previous court awards for such crimes against a member of the public?

Silicon Valley's No-poaching Case: The Growing Debate over ...

https://knowledge.wharton.upenn.edu/article/silicon-valleys-poaching-case-growing-debate-employee-mobility/

"**Silicon Valley's No-poaching** Case: The Growing Debate over Employee Mobility." Knowledge@Wharton. The Wharton School, University of Pennsylvania, 30 April, 2014.

Steve Jobs was 'central figure' in Silicon Valley's 'no ...

https://money.cnn.com/2014/08/11/technology/silicon-valley-poaching-case/index.html

Aug 11, 2014A **lawsuit** by **Silicon Valley** workers claims Steve Jobs was a ringleader in a conspiracy not to poach employees. If **Silicon Valley's** biggest companies want an embarrassing employee **lawsuit** to go ...

Apple Google Silicon Valley No Cold Calling Anti-Poaching

https://www.lieffcabraser.com/antitrust/high-tech-employees/

**Silicon Valley** firms and other **high-tech** companies owe their tremendous successes to the sacrifices and hard work of their employees, and must take responsibility for their misconduct.One of the principal means by which **high-tech** companies recruit employees is to solicit them directly from other companies in a process referred to as "cold ...

Engineers Allege Hiring Collusion in Silicon Valley - The ...

https://www.nytimes.com/2014/03/01/technology/engineers-allege-hiring-collusion-in-silicon-valley.html

Mar 1, 2014Alan Hyde, a Rutgers professor who wrote "Working in **Silicon Valley**: Economic and Legal Analysis of a **High**-Velocity Labor Market," said the **no-poaching** accusations go contrary to what has made ...

[Apple, Google and others to pay $415m to settle Silicon ...](#)

☐ [https://www.telegraph.co.uk/technology/news/11843237/Apple-Google-and-others-to-pay-415m-to-settle-Silicon-Valley-no-poaching-lawsuit.html](#)

Apple, Google and others to pay $415m to settle **Silicon Valley 'no poaching' lawsuit** US judge agrees settlement that will see thousands of technology workers receive thousands of dollars

[Dirty Secrets of Silicon Valley Poaching | Paysa](#)

☐ [https://www.paysa.com/blog/dirty-secrets-of-silicon-valley-poaching/](#)

**Silicon Valley** is a talent magnet. With prestigious **high-tech** corporations such as Google, Apple, Facebook, Netflix, and Tesla Motors among the Fortune 1000 companies and thousands of startups finding their home in the world-renowned technology hub, this comes as **no** surprise.

[Silicon Valley no-poaching deal appears headed for approval](#)

☐ [https://phys.org/news/2015-03-silicon-valley-no-poaching.html](#)

**Silicon Valley no-poaching** deal appears headed for approval. by Howard Mintz, San Jose Mercury News

[Silicon Valley's $415 million poaching settlement finalized](#)

🔢 [https://www.mercurynews.com/2015/09/03/silicon-valleys-415-million-poaching-settlement-finalized/](#)

Sep 3, 2015**Silicon Valley's** $415 million **poaching** settlement finalized ... **valley-tech**-giants-learn-from-**no-poaching**-antitrust-case/ 'When Rules Don't Apply': Did **Silicon Valley tech** giants learn from **no** ...

[Justice Department Requires Six High Tech Companies to ...](#)

🌐 [https://www.justice.gov/opa/pr/justice-department-requires-six-high-tech-companies-stop-entering-anticompetitive-employee](#)

A complaint arose out of a larger investigation by the Antitrust Division into employment practices by **high tech** firms. The division continues to investigate other similar **no** solicitation agreements. Adobe Systems Inc. is a Delaware corporation with its principal place of business in San Jose, Calif., and 2009 revenues of nearly $3 billion.

65

Cold calling is one of the main methods used by companies in the high-technology sector to recruit employees with advanced and specialised skills, such as software and hardware engineers, programmers, animators, digital artists, Web developers and other technical professionals.[1] Cold calling involves communicating directly in any manner with another firm's employee who has not otherwise applied for a job opening. Cold calling may be done in person, by phone, letter, or email.[2] According to the legal brief filed by a plaintiff in one of the class-action cases, cold calling is an effective method of recruiting for the high-technology sector because "employees of other [high-technology] companies are often unresponsive to other recruiting strategies... [and] current satisfied employees tend to be more qualified, harder working, and more stable than those who are actively looking for employment."[3]

Amy Lambert, Google's associate general counsel, noted in a blog post shortly after the DOJ's actions, that Google's definition of cold calling does not necessarily eliminate recruiting by letter or email, but only the process of calling on the telephone. By implication, recruiting through LinkedIn incurs recruiting by "InMail" - LinkedIn's own mail contact system: "In order to maintain a good working relationship with these companies, in 2005 we decided not to "cold call" employees at a few of our partner companies. Our policy only impacted cold calling, and we continued to recruit from these companies through LinkedIn, job fairs, employee referrals, or when candidates approached Google directly. In fact, we hired hundreds of employees from the companies involved during this time period."

The challenged "no cold call" agreements are alleged bilateral agreements between high technology companies not to cold call each other's employees. The DOJ alleges that senior executives at each company negotiated to have their employees added to 'no call' lists maintained by human resources personnel or in company hiring manuals. The alleged agreements were not limited by geography, job function, product group, or time period. The alleged bilateral agreements were between: (1) Apple and Google, (2) Apple and Adobe, (3) Apple and Pixar, (4) Google and Intel, (5) Google and Intuit,[4] and (6) Lucasfilm and Pixar.[5]

The civil class action further alleges that agreements also existed to (1) "provide notification when making an offer to another [company]'s employee (without the knowledge or consent of the employee)" and (2) "agreements that, when offering a position to another company's employee, neither company would counteroffer above the initial offer."[3]

The United States Department of Justice Antitrust Division filed a complaint in the US District Court for the District of Columbia alleging violations of Section 1 of the Sherman Act. In *US v. Adobe Systems Inc., et al.*, the Department of Justice alleged that Adobe, Apple, Google, Intel, Intuit, and Pixar had violated Section 1 of the Sherman Act by entering into a series of bilateral "No Cold Call" Agreements to prevent the recruitment of their employees (a similar but separate suit was filed against Lucasfilm on December 21, 2010[6]). The DOJ alleged in their Complaint that the companies had

reached "facially anticompetitive" agreements that "eliminated a significant form of competition...to the detriment of the affected employees who were likely deprived of competitively important information and access to better job opportunities." The DOJ also alleged that the agreements "were not ancillary to any legitimate collaboration," "were much broader than reasonably necessary for the formation or implementation of any collaborative effort," and "disrupted the normal price-setting mechanisms that apply in the labor setting."[4] The same day it filed the suit, the DOJ and the defendants proposed a settlement.[7]



A final judgment enforcing the settlement was entered by the court on March 17, 2011.[8] Although the DOJ Complaint only challenged the alleged "no cold call" agreements, in the settlement, the companies agreed to a more broad prohibition against "attempting to enter into, entering into, maintaining or enforcing any agreement with any other person to in any way refrain from, requesting that any person in any way refrain from, or pressuring any person in any way to refrain from soliciting, cold calling, recruiting, or otherwise competing for employees of the other person", for a period of five years; the court can grant an extension.[8] The settlement agreement does not provide any compensation for company employees affected by the alleged agreements.[9] Lucasfilm entered into a similar settlement agreement in December 2010.[5]

*In re: High-Tech Employee Antitrust Litigation* (U.S. District Court, Northern District of California 11-cv-2509 [10]) is a class-action lawsuit on behalf of over 64,000 employees of Adobe, Apple Inc., Google, Intel, Intuit, Pixar and Lucasfilm (the last two are subsidiaries of Disney) against their employer alleging that their wages were repressed due to alleged agreements between their employers not to hire employees from their competitors.[11][12] The case was filed on May 4, 2011 by a former software engineer at Lucasfilm and alleges violations of California's antitrust statute, Business and Professions Code sections 16720 et seq. (the "Cartwright Act"); Business and Professions Code section

16600; and California's unfair competition law, Business and Professions Code sections 17200, et seq. Focusing on the network of connections around former Apple CEO Steve Jobs, the Complaint alleges "an interconnected web of express agreements, each with the active involvement and participation of a company under the control of Steve Jobs...and/or a company that shared at least one member of Apple's board of directors." The alleged intent of this conspiracy was "to reduce employee compensation and mobility through eliminating competition for skilled labor."[13]

On October 24, 2013 the United States District Court for the Northern District of California granted class certification for all employees of Defendant companies from January 1, 2005 through January 1, 2010.[9]

As of October 31, 2013, Intuit, Pixar and Lucasfilm have reached a tentative settlement agreement. Pixar and Lucasfilm agreed to pay $9 million in damages, and Intuit agreed to pay $11 million in damages.[9] In May 2014, Judge Lucy Koh approved the $20 million settlement between Lucasfilm, Pixar, and Intuit and their employees. Class members in this settlement, which involved fewer than 8% of the 65,000 employees affected, will receive around $3,840 each.[14]

The trial of the class action for the remaining Defendant companies was scheduled to begin on May 27, 2014. The plaintiffs intended to ask the jury for $3 billion in compensation, a number which could in turn have tripled to $9 billion under antitrust law.[15] However, in late April 2014, the four remaining defendants, Apple Inc, Google, Intel and Adobe Systems, agreed to settle out of court. Any settlement must be approved by Judge Lucy Koh.[16][17]

On May 23, 2014, Apple, Google, Intel, Adobe agreed to settle for $324.5 million. Lawyers sought 25% in attorneys' fees, plus expenses of as much as $1.2 million, according to the filing. Additional award payments of $80,000 would be sought for each named plaintiff who served as a class representative.[18] Payouts will average a few thousand dollars based on the salary of the employee at the time of the complaint.

In June 2014, Judge Lucy Koh expressed concern that the settlement may not be a good one for the plaintiffs. Michael Devine, one of the plaintiffs, said the settlement is unjust. In a letter he wrote to the judge he said the settlement represents only one-tenth of the $3 billion in compensation the 64,000 workers could have made if the defendants had not colluded.[19]

On August 8, 2014, Judge Koh rejected the settlement as insufficient on the basis of the evidence and exposure. Rejecting a settlement is unusual in such cases. This left the defendants with a choice between raising their settlement offer or facing a trial.[20]

On September 8, 2014, Judge Koh set April 9, 2015 as the actual trial date for the remaining defendants, with a pre-trial conference scheduled for December 19, 2014. Also, as of early September 2014, the defendants had re-entered mediation to determine whether a new settlement could be reached. [21]

A final approval hearing was held on July 9, 2015.[22] On Wednesday September 2, 2015, Judge Lucy H. Koh signed an order granting Motion for Final Approval of Class Action Settlement. The settlement website stated that Adobe, Apple, Google, and Intel has reached a settlement of $415 million and other companies settled for $20 million.

According to the settlement website, Gilardi & Co., LLC distributed the settlement to class members the week of December 21, 2015.

# Eric Schmidt's Role In Illegal Agreements

Google founders Larry Page and Sergey Brin interviewed Schmidt. Impressed by him,[28] they recruited Schmidt to run their company in 2001 under the guidance of venture capitalists John Doerr and Michael Moritz.

In March 2001, Schmidt joined Google's board of directors as chair, and became the company's CEO in August 2001. At Google, Schmidt shared responsibility for Google's daily operations with founders Page and Brin. Prior to the Google initial public offering, Schmidt had responsibilities typically assigned to the CEO of a public company and focused on the management of the vice presidents and the sales organization.[29] According to Google, Schmidt's job responsibilities included "building the corporate infrastructure needed to maintain Google's rapid growth as a company and on ensuring that quality remains high while the product development cycle times are kept to a minimum."[30]

Upon being hired at Google, Eric Schmidt was paid a salary of $250,000 and an annual performance bonus. He was granted 14,331,703 shares of Class B common stock at $0.30 per share and 426,892 shares of Series C preferred stock at purchase price of $2.34.[31]

In 2004, Schmidt and the Google founders agreed to a base salary of US$1 (which continued through 2010) with other compensation of $557,465 in 2006,[32] $508,763 in 2008, and $243,661 in 2009. He did not receive any additional stock or options in 2009 or 2010.[33][34] Most of his compensation was for "personal security" and charters of private aircraft.[34]

In 2007, *PC World* ranked Schmidt as the first on its list of the 50 most important people on the Web, along with Google co-founders Page and Brin.[35]

Schmidt is one of a few people[*who?*] who became billionaires (in United States dollars) based on stock options received as employees in corporations of which they were neither the founders nor relatives of the founders, such as Meg Whitman.[36][*failed verification*]

In its 2011 'World's Billionaires' list, *Forbes* ranked Schmidt as the 136th-richest person in the world, with an estimated wealth of $7 billion.[37]

On January 20, 2011, Google announced that Schmidt would step down as the CEO of Google but would take new title as executive chairman of the company and act as an adviser to co-founders Page and Brin.[38] Google gave him a $100 million equity award in 2011 when he stepped down as CEO. [39] On April 4, 2011, Page replaced Schmidt as the CEO.[40]

On December 21, 2017, Schmidt announced he would be stepping down as the executive chairman of Alphabet.[41][42] Schmidt stated that "Larry, Sergey, Sundar and I all believe that the time is right in Alphabet's evolution for this transition."[43]

In February 2020, Schmidt left his post as technical advisor of Alphabet after 19 years with the company.[44]

In March 2016 it was announced that Eric Schmidt would chair a new advisory board for the Department of Defense,[45] titled the Defense Innovation Advisory Board.[46] The advisory board serves as a forum connecting mainstays in the technology sector with those in the Pentagon.[47]

To avoid potential conflicts of interest within the role, where Schmidt retained his role as technical adviser to Alphabet, and where Google's bidding for the multi-million dollar Pentagon cloud contract, the Joint Enterprise Defense Infrastructure, or JEDI, was ongoing: Schmidt screened emails and other communications, stating, ""There's a rule: I'm not allowed to be briefed" about Google or Alphabet business as it relates to the Defense Department".[48] He exited the position November 2020.[49]

From 2019[50] to 2021, Schmidt chaired the National Security Commission on Artificial Intelligence with Robert O. Work.[51][52][53]

While working at Google, Schmidt was involved in activities[54] that later became the subject of the High-Tech Employee Antitrust Litigation case that resulted in a settlement of $415 million paid by Adobe, Apple, Google and Intel to employees. In one incident, after receiving a complaint from Steve Jobs of Apple, Schmidt sent an email to Google's HR department saying; "I believe we have a policy of no recruiting from Apple and this is a direct inbound request. Can you get this stopped and let me know why this is happening? I will need to send a response back to Apple quickly so please let me know as soon as you can. Thanks Eric".[55] Schmidt's email led to a recruiter for Google being "terminated within the hour" for not having adhered to the illegal scheme. Under Schmidt, there was a "Do Not Call list" of companies Google would avoid recruiting from.[56] According to a court filing, another email exchange shows Google's human resources director asking Schmidt about sharing its no-cold-call agreements with competitors. Schmidt responded that he preferred it be shared "verbally, since I don't want to create a paper trail over which we can be sued later?"[54][57]

Type "*Eric Schmidt Sex Penthouse*" into any search engine and read the results. The sexual perversions of Eric Schmidt, Rubin, Page, Drummond, Cohen, Hayes and the Google execs are notorious. The sick world of the Google executives clearly defines the sick culture of Master Character Assassin: Google, itself.

71

# The Tech Cartel And The White House



 By Mark Ames

In early 2005, as demand for Silicon Valley engineers began booming, Apple's Steve Jobs sealed a secret and illegal pact with Google's Eric Schmidt to artificially push their workers wages lower by agreeing not to recruit each other's employees, sharing wage scale information, and punishing violators. On February 27, 2005, Bill Campbell, a member of Apple's board of directors and senior advisor to Google, emailed Jobs to confirm that Eric Schmidt "got directly involved and firmly stopped all efforts to recruit anyone from Apple."

Later that year, Schmidt instructed his Sr VP for Business Operation Shona Brown to keep the pact a secret and only share information "verbally, since I don't want to create a paper trail over which we can be sued later?"

These secret conversations and agreements between some of the biggest names in Silicon Valley were first exposed in a Department of Justice antitrust investigation launched by the Obama Administration

in 2010. That DOJ suit became the basis of a class action lawsuit filed on behalf of over 100,000 tech employees whose wages were artificially lowered — an estimated $9 billion effectively stolen by the high-flying companies from their workers to pad company earnings — in the second half of the 2000s. Last week, the 9th Circuit Court of Appeals denied attempts by Apple, Google, Intel, and Adobe to have the lawsuit tossed, and gave final approval for the class action suit to go forward. A jury trial date has been set for May 27 in San Jose, before US District Court judge Lucy Koh, who presided over the Samsung-Apple patent suit.

In a related but separate investigation and ongoing suit, eBay and its former CEO Meg Whitman, now CEO of HP, are being sued by both the federal government and the state of California for arranging a similar, secret wage-theft agreement with Intuit (and possibly Google as well) during the same period.

The secret wage-theft agreements between Apple, Google, Intel, Adobe, Intuit, and Pixar (now owned by Disney) are described in court papers obtained by PandoDaily as "an overarching conspiracy" in violation of the Sherman Antitrust Act and the Clayton Antitrust Act, and at times it reads like something lifted straight out of the robber baron era that produced those laws. Today's inequality crisis is America's worst on record since statistics were first recorded a hundred years ago — the only comparison would be to the era of the railroad tycoons in the late 19th century.

Shortly after sealing the pact with Google, Jobs strong-armed Adobe into joining after he complained to CEO Bruce Chizen that Adobe was recruiting Apple's employees. Chizen sheepishly responded that he thought only a small class of employees were off-limits:

> I thought we agreed not to recruit any senior level employees.... I would propose we keep it that way. Open to discuss. It would be good to agree.

Jobs responded by threatening war:

> OK, I'll tell our recruiters they are free to approach any Adobe employee who is not a Sr. Director or VP. Am I understanding your position correctly?

Adobe's Chizen immediately backed down:

> I'd rather agree NOT to actively solicit any employee from either company.....If you are in agreement, I will let my folks know.

The next day, Chizen let his folks — Adobe's VP of Human Resources — know that "we are not to solicit ANY Apple employees, and visa versa." Chizen was worried that if he didn't agree, Jobs would make Adobe pay:

> if I tell Steve [Jobs] it's open season (other than senior managers), he will deliberately poach Adobe just to prove a point. Knowing Steve, he will go after some of our top Mac talent...and he will do it in a way in which they will be enticed to come (extraordinary packages and Steve wooing).

Indeed Jobs even threatened war against Google early 2005 before their "gentlemen's agreement," telling Sergey Brin to back off recruiting Apple's Safari team:

> if you [Brin] hire a single one of these people that means war.

Brin immediately advised Google's Executive Management Team to halt all recruiting of Apple employees until an agreement was discussed.


In the geopolitics of Silicon Valley tech power, Adobe was no match for a corporate superpower like Apple. Inequality of the sort we're experiencing today affects everyone in ways we haven't even thought of — whether it's Jobs bullying slightly lesser executives into joining an illegal wage-theft pact, or the tens of thousands of workers whose wages were artificially lowered, transferred into higher corporate earnings, and higher compensations for those already richest and most powerful to begin with.

Over the next two years, as the tech industry entered another frothing bubble, the secret wage-theft pact which began with Apple, Google and Pixar expanded to include Intuit and Intel. The secret agreements were based on relationships, and those relationships were forged in Silicon Valley's incestuous boards of directors, which in the past has been recognized mostly as a problem for shareholders and corporate governance advocates, rather than for the tens of thousands of employees whose wages and lives are viscerally affected by their clubby backroom deals. Intel CEO Paul Otellini joined Google's board of directors in 2004, a part-time gig that netted Otellini $23 million in 2007, with tens of millions more in Google stock options still in his name — which worked out to $464,000 per Google board event if you only counted the stock options Otellini cashed out — dwarfing what Otellini made off his Intel stock options, despite spending most of his career with the company.

Meanwhile, Eric Schmidt served on Apple's board of directors until 2009, when a DoJ antitrust investigation pushed him to resign. Intuit's chairman at the time, Bill Campbell, also served on Apple's board of directors, and as official advisor — "consigliere" — to Google chief Eric Schmidt, until he resigned from Google in 2010. Campbell, a celebrated figure ("a quasi-religious force for good in Silicon Valley") played a key behind-the-scenes role connecting the various CEOs into the wage-theft pact. Steve Jobs, who took regular Sunday walks with Campbell near their Palo Alto homes, valued Campbell for his ability "to get A and B work out of people," gushing that the conduit at the center of the $9 billion wage theft suit, "loves people, and he loves growing people."

Indeed. Eric Schmidt has been, if anything, even more profuse in his praise of Campbell. Schmidt credits Campbell for structuring Google when Schmidt was brought on board in 2001:

> His contribution to Google — it is literally not possible to overstate. He essentially architected the organizational structure.

Court documents show it was Campbell who first brought together Jobs and Schmidt to form the core of the Silicon Valley wage-theft pact. And Campbell's name appears as the early conduit bringing Intel into the pact with Google:

> Bill Campbell (Chairman of Intuit Board of Directors, Co-Lead Director of Apple, and advisor to Google) was also involved in the Google-Intel agreement, as reflected in an email exchange from 2006 in which Bill Campbell agreed with Jonathan Rosenberg (Google Advisor to the Office of CEO and former Senior Vice President of Product Management) that Google should call [Intel CEO] Paul Otellini before making an offer to an Intel employee, regardless of whether the Intel employee first approached Google.

Getting Google on board with the wage-theft pact was the key for Apple from the start — articles in the tech press in 2005 pointed at Google's recruitment drive and incentives were the key reason why tech wages soared that year, at the highest rate in well over a decade.

Campbell helped bring in Google, Intel, and, in 2006, Campbell saw to it that Intuit — the company he chaired — also joined the pact.

From the peaks of Silicon Valley, Campbell's interpersonal skills were magical and awe-inspiring, a crucial factor in creating so much unimaginable wealth for their companies and themselves. Jobs said of Campbell:

> There is something deeply human about him.

And Schmidt swooned:

> He is my closest confidant...because he is the definition of trust.

Things — and people — look very different when you're down in the Valley. In the nearly 100-page court opinion issued last October by Judge Koh granting class status to the lawsuit, Campbell comes off as anything but mystical and "deeply human." He comes off as a scheming consigliere carrying out some of the drearier tasks that the oligarchs he served were constitutionally not so capable of arranging without him.

But the realities of inequality and capitalism invariably lead to mysticism of this sort, a natural human response to the dreary realities of concentrating so much wealth and power in the hands of a dozen interlocking board members at the expense of 100,000 employees, and so many other negative knock-off effects on the politics and culture of the world they dominate.

One of the more telling elements to this lawsuit is the role played by "Star Wars" creator George Lucas, who emerges as the Obi-Wan Kenobi of the wage-theft scheme. It's almost too perfectly symbolic that

Lucas — the symbiosis of Baby Boomer New Age mysticism, Left Coast power, political infantilism, and dreary 19th century labor exploitation — should be responsible for dreaming up the wage theft scheme back in the mid-1980s, when Lucas sold the computer animation division of Lucasfilm, Pixar, to Steve Jobs.

As Pixar went independent in 1986, Lucas explained his philosophy about how competition for computer engineers violated his sense of normalcy — and profit margins. According to court documents:

> George Lucas believed that companies should not compete against each other for employees, because '[i]t's not normal industrial competitive situation.' As George Lucas explained, 'I always — the rule we had, or the rule that I put down for everybody,' was that 'we cannot get into a bidding war with other companies because we don't have the margins for that sort of thing.'

Translated, Lucas' wage-reduction agreement meant that Lucasfilm and Pixar agreed to a) never cold call each other's employees; b) notify each other if making an offer to an employee of the other company, even if that employee applied for the job on his or her own without being recruited; c) any offer made would be "final" so as to avoid a costly bidding war that would drive up not just the employee's salary, but also drive up the pay scale of every other employee in the firm.

Jobs held to this agreement, and used it as the basis two decades later to suppress employee costs just as fierce competition was driving up tech engineers' wages.

The companies argued that the non-recruitment agreements had nothing to do with driving down wages. But the court ruled that there was "extensive documentary evidence" that the pacts were designed specifically to push down wages, and that they succeeded in doing so. The evidence includes software tools used by the companies to keep tabs on pay scales to ensure that within job "families" or titles, pay remained equitable within a margin of variation, and that as competition and recruitment boiled over in 2005, emails between executives and human resources departments complained about the pressure on wages caused by recruiters cold calling their employees, and bidding wars for key engineers.

Google, like the others, used a "salary algorithm" to ensure salaries remained within a tight band across like jobs. Although tech companies like to claim that talent and hard work are rewarded, in private, Google's "People Ops" department kept overall compensation essentially equitable by making sure that lower-paid employees who performed well got higher salary increases than higher-paid employees who also performed well.

As Intel's director of Compensation and Benefits bluntly summed up the Silicon Valley culture's official cant versus its actual practices,

While we pay lip service to meritocracy, we really believe more in treating everyone the same within broad bands.

The companies in the pact shared their salary data with each other in order to coordinate and keep down wages — something unimaginable had the firms not agreed to not compete for each other's employees. And they fired their own recruiters on just a phone call from a pact member CEO.

 77

In 2007, when Jobs learned that Google tried recruiting one of Apple's employees, he forwarded the message to Eric Schmidt with a personal comment attached: "I would be very pleased if your recruiting department would stop doing this."

Within an hour, Google made a "public example" by "terminating" the recruiter in such a manner as to "(hopefully) prevent future occurrences."

Likewise, when Intel CEO Paul Otellini heard that Google was recruiting their tech staff, he sent a message to Eric Schmidt: "Eric, can you pls help here???"

The next day, Schmidt wrote back to Otellini: "If we find that a recruiter called into Intel, we will terminate the recruiter."

One of the reasons why non-recruitment works so well in artificially lowering workers' wages is that it deprives employees of information about the job market, particularly one as competitive and overheating as Silicon Valley's in the mid-2000s. As the companies' own internal documents and statements showed, they generally considered cold-calling recruitment of "passive" talent — workers not necessarily looking for a job until enticed by a recruiter — to be the most important means of hiring the best employees.

Just before joining the wage-theft pact with Apple, Google's human resources executives are quoted sounding the alarm that they needed to "dramatically increase the engineering hiring rate" and that would require "drain[ing] competitors to accomplish this rate of hiring." One CEO who noticed Google's hiring spree was eBay CEO Meg Whitman, who in early 2005 called Eric Schmidt to complain, "Google is the talk of the Valley because [you] are driving up salaries across the board." Around this time, eBay entered an illegal wage-theft non-solicitation scheme of its own with Bill Campbell's Intuit, which is still being tried in ongoing federal and California state suits.

Google placed the highest premium on "passive" talent that they cold-called because "passively sourced candidates offer[ed] the highest yield," according to court documents. The reason is like the old Groucho Marx joke about not wanting to belong to a club that would let you join it — workers actively seeking a new employer were assumed to have something wrong with them; workers who weren't looking were assumed to be the kind of good happy talented workers that company poachers would want on their team.

For all of the high-minded talk of post-industrial technotopia and Silicon Valley as worker's paradise, what we see here in stark ugly detail is how the same old world scams and rules are still operative.

**Follow all of our Techtopus coverage here.**

Court documents below...

October 24, 2013 Class Cert Order

1.

- Singer, Bill. *"After Apple, Google, Adobe, Intel, Pixar, And Intuit, Antitrust Employment Charges Hit eBay"*. *Forbes. Retrieved 2013-12-02.*

- DOJ. *"Complaint, US v. Adobe Systems Inc., et al"* (PDF). *DOJ. Retrieved 2013-12-02.*

- *"Complaint, Hariharan v. Adobe Systems Inc., et al"* (PDF). *Lieff, Cabraser, Heimann & Bernstein. Retrieved 2013-12-02.*

- *"Complaint, US v. Adobe Systems Inc., et al"* (PDF). *Department of Justice. Retrieved 2013-12-02.*

- Richey, Warren. *"Lucasfilm settles antitrust case over wage suppression of top animators"*. *The Christian Science Monitor. Retrieved 2013-12-02.*

- *"Complaint, US v. Lucasfilm Ltd"*. *Department of Justice. Retrieved 2013-12-02.*

- *"Justice Department Requires Six High Tech Companies to Stop Entering into Anticompetitive Employee Solicitation Agreements"* (Press release). *United States Department of Justice. September 24, 2010. Retrieved 2016-01-14.*

- *"U.S. v. Adobe Systems, Inc., et al.: Final Judgment"*. *United States Department of Justice. March 17, 2011. Retrieved 14 January 2016.*

- *"Judge OKs class-action suit against Apple, Intel, Google, Adobe"*. *San Jose Mercury News. Retrieved 2013-12-02.*

- Dan Levine (2014-04-24). *"Apple, Google agree to settle lawsuit alleging hiring conspiracy"*. *Chicago Tribune. Reuters. Retrieved 2016-01-17.*

-

78

- Rosenblatt, Joel. *"Apple, Google Must Face Group Antitrust Hiring Lawsuit"*. Bloomberg. *Retrieved 2013-10-27.*

- *"Judge Grants Class-Action Status in Silicon Valley Hiring Suit"*. The Wall Street Journal. *2002-10-03. Retrieved 2013-10-27.*

- *"Complaint, Hariharan v. Adobe Systems Inc., et al"* (PDF). Lieff, Cabraser, Heimann & Bernstein. Retrieved 2013-12-02.

- Cooley, Brian (2014-05-16). *"Judge approves first payout in antitrust wage-fixing lawsuit"*. CNET. Retrieved 2016-01-17.

- *"Dockets & Filings: In re: High-Tech Employee Antitrust Litigation"*. Justia. Retrieved 2013-12-02.

- Levine, Dan (2014-04-24). *"Apple, Google agree to settle lawsuit alleging hiring, salary conspiracy"*. The Washington Post. Retrieved 2016-01-17.

- Levine, Dan (2014-04-24). *"Apple, Google agree to settle lawsuit alleging hiring conspiracy"*. Reuters. Retrieved 2016-01-17.

- *"Apple, Google, Intel, Adobe Settle for $324.5 Million"*. Bloomberg News. Retrieved 2014-05-26.

- *"Judge questions settlement in Silicon Valley no-poaching case"*. San Jose Mercury News. *2014-06-19. Retrieved 2016-01-17.*

- *"Court Rejects Deal on Hiring in Silicon Valley"*. The New York Times. 9 August 2014.

- *"Judge Koh Sets April 2015 Trial In Tech Anti-Poach Row"*. Retrieved 2015-01-13.

22. *"Court preliminarily approves $415m settlement of high-tech no-poaching lawsuit"*. Retrieved *2015-06-30.*

# Stealing Afghanistan

The Biden administration announced a series of steps it will take in order to strengthen critical U.S. supply chains, building up domestic manufacturing capabilities for key products and addressing existing vulnerabilities.

President Joe Biden in February ordered a 100-day interagency review of domestic supply chains.

The outcome of this review and the resulting policy recommendations make up a new report totaling several hundred pages, which was released on Tuesday.

The report's initial recommendations focus on four products critical to the U.S. economy: large capacity lithium batteries, rare earth minerals, semiconductors and active pharmaceutical ingredients.

- **Large capacity lithium batteries:** The Department of Energy is aiming to release a 10-year plan to develop a domestic lithium battery supply chain capable of producing the batteries that power electric vehicles. The agency's Advanced Technology Vehicles Manufacturing Loan Program will distribute $17 billion in an effort to support new research and manufacturing efforts in the United States.
- **Rare earth minerals:** The Department of Interior will lead a task force to identify sites where critical minerals could be produced and processed in the United States." The report said the U.S. will develop the capacity for "sustainable production, refining, and recycling" of the 17 rare earth metals used in cellphones, cars and magnets, while meeting high environmental standards.
- **Semiconductors:** As the nation grapples with a chip shortage that has idled major auto manufacturing plants, the White House said it will work with the private sector to increase supply-chain transparency.
- **Advanced pharmaceutical ingredients:** The Department of Health and Human Services will use authority granted under the Defense Production Act to commit approximately $60 million to "develop novel platform technologies to increase domestic manufacturing capacity for API."

In addition to these steps, designed to boost supplies of specific products, the administration also announced several broader initiatives.

To help train the workers that will be needed to staff these new projects, the White House will announce $100 million in additional grants to support state-led apprenticeship expansion efforts. The grants will be administered by the Department of Labor.

In all, the report repeats what everyone has known for 40 years:

1. There are trillions of dollars of profit in overseas rare earth minerals.

2. They who control it could become trillionaires

What the report does not clearly state is that: 90% of those who own the stock market accounts to exploit those resources are the financiers of the Obama's and Biden's political campaigns. We all saw how Jennifer, Biden's Secretary of Energy, already owned an electric car company designed to exploit these minerals. That was just the tip of the iceberg.

This knowledge is why PEOPLE GET KILLED!

This knowledge is why media assassins are working around the clock!

If you look back a decade you will see news headlines proclaiming that *"Afghanistan has trillions of dollars of lithium"* and *"Afghanistan is the Saudi Arabia of Lithium"*.

Remember our guy Tom, from the beginning of this? The U.S. Government had paid him to build a technology that obsoleted the need for lithium..AND HE DID!

Have you heard about the lies, corruption and anti-trust violating insider trading scams at the Department of Energy?

Any voyage onto the path of funding from the Department of Energy will be a road to hell.

While frozen-smile aides will shake your hand and tell you how "*excited they are to welcome your application*", behind your back they are sharpening their knives.

Over 100 past Applicants were lied to, defrauded, stone-walled, bottom-drawer'd, sabotaged, and generally screwed with by **The Department of Energy** in order to: 1.) protect campaign financiers who were their competitors and 2.) stone-wall those Applicant's for being competitive against the Elon Musk and Solyndra chosen insiders.

Almost EVERY competing Applicant was faster, cheaper, had better MPG, was easier to manufacture, had lower cost to the main-stream market, had a better set of financials, had a better debt ratio, was safer, etc. but they missed one key factor: THEY DID NOT OFFER BRIBES AS LARGE AS ELON MUSK DID!

Even in 2020 you would have to be a sucker to apply for DOE funds. There are people inside DOE who are dedicated to making sure you never get that money. You can get a faster loan from a commercial bank without thousands of hidden "gotchas" and insider trading schemes to trip you up. These tricks, built into the Department of Energy process, are created to ensure that DOE insiders have thousands of excuses to never let you get the money unless you agree to finance the correct political candidates.

**Title XVII Innovative Energy Technology Loan Guarantee Program**

DOE is supposed to support the commercial development of innovative clean energy technologies through its Loan Programs Office (LPO). Authorized by the Energy Policy Act of 2005, the Title XVII Loan Program enables the DOE to issue loans ranging from several million to more than $1 billion for advanced fossil, advanced nuclear, renewable energy and energy efficiency projects that employ "new

or significantly improved technology." And in 2018, LPO announced an open solicitation for energy projects on tribal lands. These solicitations remain open and are supposedly actively seeking qualified applicants as a result of continued congressional support and new programmatic direction but the historical facts prove that this program has been manipulated to operate as a political slush-fund to finance insider favorites and sabotage their competitors.

Under Title XVII program authority, the DOE can guarantee loans for up to 80 percent of total project costs for eligible proposals. As of March 2020, LPO maintains $25.9 billion in loan guarantee authority across the solicitations mentioned above. LPO has closed only one loan since 2011 – for the Vogtle nuclear power station in Georgia and, more than ever, seems to be simply a sham for insider political campaign financiers to get payola from. Notably, LPO is under increasing pressure from Congress to move more applications through diligence and to loan close.

**Advanced Technology Vehicles Manufacturing (ATVM) Program**

Under the ATVM Program, automobile manufacturers or advanced vehicle automobile component or material manufacturers are supposed to eligible to obtain direct loans from the DOE for projects that re-equip, expand or establish manufacturing facilities in the U.S. to produce "ultra-efficient vehicles," passenger automobiles, light duty trucks or associated components that meet the DOE's emission and fuel economy standards for "advanced technology vehicles." Political insiders will always, though, find a way to disqualify any applicant who competes with campaign financier favorites. Hundreds of highly qualified applicants were denied because Elon Musk knew they could put Tesla out of business without DOE's exclusive support of his monopoly. Tesla's own senior staff have written widely about the 'gate-keeper' insider trading scam at DOE. DOE is an anti-trust operator who is a gatekeeper of industry winners and losers based on who donated the most to certain PACs.

To date, the DOE has funded five loans under the ATVM program totaling $8.4 billion, approximately one-third of its $25 billion loan authority. The ATVM program is not subject to an expiration date, and despite previous congressional efforts to rescind ATVM's corruption-based funding, the program and its remaining $16.6 billion in loan authority remain available for insider projects that can be trusted to kick campaign financing back to certain politicians. In the most recent DOE funding bill, Congress directed LPO to "expeditiously evaluate and adjudicate all loan applications received" by the ATVM program, another sign that Congress wants to see a resumption of federal loan guarantees.

The Secretary of Energy and the Chief Counsel for the United States Department of Energy have been challenged, in writing, to provide the names of *ANY* Loan Programs Office (LPO) or Advanced Technology Vehicles Manufacturing (ATVM) Program official, reviewer, advisor or staffer who was not, from 2007 forward, either financed by, friends, with, sleeping with, dating the staff of, holding stock market assets in, promised a revolving door job or government service contracts from, partying with, personal friends with, photographed at private events with, exchanging emails with, business associates of or directed by; one of those business adversaries, or the Senators and Department of Energy politicians that those business adversaries pay campaign finances to, or supply political digital

services to. From 2008 forward, The White House and The Department Of Energy were controlled by the Silicon Valley tech oligarchs! That is a violation of the law, the Constitution and the American Way.

Department of Energy PR officials blindly push their revisionist history propaganda party-line hype that the DOE has been *"fair and successful"*. There has never been a bigger lie on Earth since the first frat boy told the first sorority girl *"don't worry, I won't get it in your mouth.."*

One group used CIA and FBI style investigation tools to hunt down every reviewer, contractor and insider involved in the Loan Programs Office (LPO) or Advanced Technology Vehicles Manufacturing (ATVM) Program since 2007. A forensic chart was produced showing the insider trading, revolving door and social engagements of each. In almost 97% of the cases, every person was found to have glaringly unethical, often criminal, conflicts of interest between beneficiary lines of connection.

In fact, multiple groups have insisted that the FBI, the NSA, The CIA and 60 Minutes conduct their own independent studies, on a name, by name basis of the DOE staff involved and publish the results of that study to Congress and the public. The forensic facts prove the following:

- Famous political figures use the ***trillions*** of dollars in government treasuries and the stock market for illicit profiteering by rigging the system exclusively for themselves and their crony insiders.

- They attacked whistle-blowers using government taxpayer funded media (Fusion GPS, Black Cube, Google, Pysops, Gizmodo, Media Matters, Blumenthal, etc.) and spy agency tools because others competed with their businesses and reported their crimes.

- San Francisco Bay Area government has as many corrupt politicians as Chicago and relies on the same RICO-violating insider corruption network to operate; as proven by deep AI searches of their financial records. Arrests of those officials is now underway.

- Silicon Valley law enforcement records prove that these tech oligarchs engage in an organized, racketeering-based, massive sex trafficking, tax evasion, anti-trust violating, spousal abuse, money laundering, black-listing, racist, ageist, political bribery, crony racketeering crime Cartel.

- Famous U.S. Senators, Governors and their staff knowingly engage in, finance, operate and benefit from these crimes in exchange for search engine manipulation and stock market assets.

- Silicon Valley and Hollywood media companies censor and cover-up news coverage of these crimes because they have a financial connection to the perpetrators.

- Most of the government officials working on this were hand-picked by the adversaries of the whistle-blowers. Whistle-blowers cases have never been fairly reviewed by non-biased, non-conflicted officials. FBI associates have not found a single entity in the case reviews, or determinations, who was

not either: financed by, friends, with, sleeping with, dating the staff of, holding stock market assets in, promised a revolving door job or government service contracts from, partying with, personal friends with, photographed at private events with, exchanging emails with, business associates of or directed by; one of those business adversaries, or the Senators and politicians that those business adversaries pay campaign finances to, or supply political digital services to.

The U.S. Department of Energy has supplied no apologies, no compensation for damages to the victims and no halt in the slush-fund payola schemes!

Do you doubt the veracity of these claims? Show this letter to Bill Cooper, the head lawyer for DOE. Ask him to provide forensic data proving any of these assertions are not true! He can't do it!

We can provide thousands of FBI agents, investigative journalists and Congressional staff to prove these assertions are true.

Dept. of Energy staff claim that they got rid of all of the bad people at DOE and that the evil ones don't work there any more but OPM confirms that to be a lie. The stock market holdings, revolving door deals, voter records and social media postings of the current Dept of Energy staff prove that the corrupt ones never left. Tell DOE to take a look at their moral construct if they contact you!

See http://www.majestic111.com for more on this.

**Jay Carney** was Obama's "Hit Man" in the Oval Office at The White House during the Cleantech Crash. It was Carney who helped order character assassinations and hit jobs on members of the public who spoke out about the crimes. Carney was recently caught, again, ordering hit jobs at Amazon, as well. In a famous magazine interview, his home was revealed to be covered in communist propaganda posters.

Leaked notes from an internal meeting of Amazon leadership obtained by VICE News reveal company executives discussed a plan to smear fired warehouse employee Christian Smalls, calling him "not smart or articulate" as part of a PR strategy to make him "the face of the entire union/organizing movement."

"He's not smart, or articulate, and to the extent the press wants to focus on us versus him, we will be in a much stronger PR position than simply explaining for the umpteenth time how we're trying to protect workers," wrote Amazon General Counsel David Zapolsky in notes from the meeting forwarded widely in the company.

The discussion took place at a daily meeting, which included CEO Jeff Bezos, to update each other on the coronavirus situation. Amazon SVP of Global Corporate Affairs Jay Carney described the purpose to CNN on Sunday: "We go over the update on what's happening around the world with our employees and with our customers and our businesses. We also spend a significant amount of time just brainstorming about what else we can do" about COVID-19.

Amazon fired the warehouse worker Smalls, after he led a walkout of a number of employees at a Staten Island distribution warehouse. Amazon says he was fired for violating a company-imposed 14-day quarantine after he came into contact with an employee who tested positive for the coronavirus.

Zapolsky's notes from the meeting detail Amazon's plan to deal with a wave of bad press and calls for investigations from elected officials following the firing of Smalls. They also show top Amazon brass wanted to make Smalls the focus of its narrative when questioned about worker safety.

"We should spend the first part of our response strongly laying out the case for why the organizer's conduct was immoral, unacceptable, and arguably illegal, in detail, and only then follow with our usual talking points about worker safety," Zapolsky wrote. "Make him the most interesting part of the story, and if possible make him the face of the entire union/organizing movement."

They discussed encouraging Amazon executives to use Smalls to discredit the wider labor movement at Amazon. Employees at the warehouse, known as JFK8, launched an effort to unionize in 2018.

In his notes, Zapolsky wrote that there was "general agreement" on this point among the other attendees of the meeting. (Zapolsky's notes also mention SVP of worldwide operations and customer service Dave Clark and SVP of human resources Beth Galetti.) This is the typical culture of the Obama crowd of insider executives who will destroy any citizen who gets in their way. Jay Carney runs a **Massive covert organized corruption team at Amazon in order to manipulate Democracy.**

**Massive covert organized corruption teams operate these kinds of manipulation of the truth and of Democracy with the cooperation of U.S. Senators and agencies like The Department of Energy.**

**Examples of these groups include Pacronym and American Bridge who are part of Arabella Advisors, a consulting firm that is not required to identify its donors.**

**Pacronym's affiliated groups create a large network of fake local news outlets that are designed to promote progressive viewpoints inside battleground states in order to rig insider trading for their top bosses.**

They are all part of a wealthy dark money network that manipulates public policy for personal profiteering.

American Bridge 21st Century and Pacronym are cutting ads thrashing outsiders as super PACs who go after people they don't like, The Washington Post reported. Both groups also have ties to two fake false-front large nonprofit groups — New Venture Fund and Sixteen Thirty Fund — connected to a massive extreme-leaning consulting group.

NVF gave one of Pacronym's nonprofits — ACRONYM — $250,000 while providing American Bridge $40,000 in 2018, according to NVF's 2018 IRS documents. IRS records also indicated American Bridge pulled in $200,000 in 2018 from nonprofit Sixteen Thirty Fund, which reportedly spent $141 million on various extreme-leaning causes during the midterm election year.

Sixteen Thirty Fund and nonprofit NVF are tied into the same sprawling network, according to an analysis by investigators. Arabella Advisors, a philanthropic consulting company based in Washington, D.C., manages four nonprofits, including the NVF, Sixteen Thirty Fund, Hopewell Fund and the Windward Fund.

Sixteen Thirty Fund has not responded to requests for comment, while NVF acknowledged making a grant to ACRONYM in 2018 but noted that it "has nothing to do with the activities at PACRONYM or American Bridge."

Arabella representative Steve Sampson called NVF merely a "client of ours," even though the consulting group shares a Washington, D.C., office with all four groups, according to NVF and Sixteen Thirty Fund's 2018 IRS records. American Bridge has not responded to requests for comment.

Other groups have raised alarms about the network as well.

"Arabella Network is the umbrella, and they have these two funds that flow toward both of these groups. A clearly full-blown extremist arm that is casting itself as a nonprofit is politiicizing this event," former Nevada Attorney General Adam Laxalt told the press.

Laxalt is the Outside Counsel to Americans for Public Trust, a group dedicated to uncovering unethical behavior. Americans for Public Trust has covered the network in the past. **(RELATED: Billionaire Allegedly Behind A False Flag Operation In Alabama Helped Finance The Group Behind Iowa Caucus Chaos)**

"American lives are more important than scoring cheap political points," he added after suggesting that the group is striking while the iron is hot and making certain they capitalize on a crisis that has so far killed thousands of people.

Laxalt is referring to Pacronym's announcement on March 17 to plow $5 million into a digital advertising campaign railing against those they hate. The ads are published through Four is Enough, a Pacronym project.

ACRONYM's founder said the campaign makes sense from a public health and national security perspective.

Democratic operative David Plouffe another Jay Carney-type "hit-man", who managed former President Barack Obama's 2008 White House bid, sits alongside McGowan on ACRONYM's board.

ACRONYM has not responded to the DCNF's repeated requests for comment. **(RELATED: Tech Firm Behind Iowa Caucus Disaster Also Played Role In Creating A Covert Democratic Propaganda Media Outfit)**

Some academics argued that orchestrating such a campaign skirts ethical rules. Running advertisements thrashing the president during a health crisis looks bad, according to Daniel Kreiss, a professor of political communication at the University of North Carolina at Chapel Hill.

"It's a very fine line between ensuring that the president has the legitimacy to speak authoritatively on what Americans must do in order to be safe, and the very real and legitimate questions to raise regarding how the president has handled this crisis given that he's on the ballot in November," Kreiss told WaPo in a March 17 report addressing the ad campaign push.

Laxalt, Nevada's former attorney general, expressed a similar position.

"The timing of attacking the president in battleground states is appalling. If they are going to do it, then you name the place. I think that doing it right this second is outrageous," he told the DCNF.

Meanwhile, ACRONYM's McGowan is also creating a constellation of local news websites that act as progressive arms targeting the president and his policies.

McGowan, a digital producer for Obama for America in 2011 and the proprietor behind ACRONYM, raised at least $25 million from wealthy liberals to create a media company called Courier Newsroom that is designed to deliver information favorable to Democrats. Courier is rolling out newspapers in swing states to counter what its founder believes is right-wing spin on Facebook and across the digital domain.

Along with the Courier Newsroom, McGowan is reportedly creating Virginia Dogwood and Arizona's Copper Courier, among others that are expected to roll out in Michigan, North Carolina, Pennsylvania, Virginia and Wisconsin, all battleground states.

**Mind the Gap** at Stanford University is an even sneakier covert group from this crowd. Their efforts haven't previously been reported. They recently petitioned some donors for at least $100,000 to support its efforts. Backers include people like Facebook co-founder Dustin Moskovitz, former Google CEO Eric Schmidt, San Francisco power broker Ron Conway, and a coterie of major Democratic donors from across Silicon Valley, including fundraiser Amy Rao. What is also unusual is that Mind the Gap is led not by highly experienced political hands, but by academics with no professional backgrounds as fundraisers. The group's leaders are a pair of Stanford law professors: Barbara Fried, who has no apparent campaign experience, and Paul Brest, the former president of the William and Flora Hewlett Foundation. Graham Gottlieb, a Stanford fellow who served in junior roles for former President Barack Obama's 2012 reelection campaign and in his White House, is its executive director.

While dressed in khaki's and acting like they are "saving the trees", the people behind these groups are cold-blooded mercenaries drunk on power, hookers, private jets and a sense of being above-the-law.

- The FBI and other law enforcement organizations define a "cartel" as: 'An association of industrialists and business firms organized covertly to establish a national, or international monopoly, via price fixing and ownership of controlling stock, to operate a trust or monopoly to reduce competition between themselves by allocating markets, censoring public knowledge, manipulating governments or controlling the price and production of media, products and/or services.' This case is about a criminal "cartel". The Silicon Valley Cartel is an organized criminal enterprise!

- "Government officials and their Silicon Valley cartel financiers are refusing to pay our damages, blocking our legal rights, operating spy agency-type reprisal attacks and running cover-ups. We demand that they pay us for our damages back fees and harms from their felony crimes... - Ask the FBI to show you the 302 reports on this case. Demand that we get a fair Jury Trial. End these bribes and payola schemes. U.S. Government : PAY OUR DAMAGES!... 'Hundreds of millions of dollars of crony bribe cash uncovered in covert family trusts, stealth real estate holdings, shell corporations, Cayman Islands hidden accounts, false-front Goldman Sachs accounts, and nepotism deals held by Harris, Boxer, Feinstein, Pelosi, Reid, Biden, etc. They were was supposed to protect us and, instead, lied to us, ran hit-jobs against us and competed with us!

EACH CITY, STATE, COUNTY AND FEDERAL OFFICIAL CHARGED IN THIS MATTER WAS RECEIVING STOCK MARKET ASSETS, DIRECT CASH PAYMENTS, POLITICAL CAREER EXCLUSIVES, SEX WORKER EXCHANGES, REAL ESTATE PERKS, PROMOTIONS AND OTHER BRIBES; AND THOSE OFFICIALS HAD INVESTMENT, PERSONAL AND POLITICAL AFFILIATIONS WITH THE ADVERSARIES CHARGED HEREIN; AND THOSE OFFICIALS HAVE BEEN FOUND, BY FEDERAL INVESTIGATORS, TO HAVE USED SPY AGENCY RESOURCES TO ATTACK PLAINTIFF IN REPRISAL AND IN ANTI-COMPETITIVE BUSINESS INTERFERENCE.

It has also been proven that most of the money in the 2008 and 2021 "Stimulus" funding was targeted to companies who were friends and financiers of The White House!

# Exhibits

# Those Who Were Killed

## THE MURDERS AND SUSPICIOUS DEATHS IN THIS CASE

All of these people are connected to the suspects in the corruption Cartel that is under investigation. These deaths are vastly outside the odds-of-coincidence. Forensic math says a large number of them are murders. The family and friends of many of these deceased persons have contacted our legal team and stated that they have "evidence of murder". Our staff and Alliance members personally knew many of these people and were told, by some of them, in advance of their deaths, of threats on their lives for whistle-blowing. The suspects are crazy enough and powerful enough to kill to try to control over six trillion dollars of federal and monopolistic funds for their stock market accounts and to get to run the White House! We knew some of these people personally!

Every one of these people are dead. **That is a fact!**

Every one of these people had knowledge of the suspects. **That is a fact!**

Many investigators have provided evidence which proves that many of these people may have been able to have the suspects arrested if they had been allowed to give testimony in court. **That is a fact!**

- **Daphne Caruana Galizia**, 53 - dubbed a "one-woman WikiLeaks" - was killed as she was driving near the village of Bidnija in northern Malta.Car bomb kills journalist behind Panama Papers offshore tax evasion investigation 'days after she received threats to her safety'. She had seen leaked documents that connected the suspects to an international money and political manipulation scheme.

- **James D Johnston**, GM lobbyist/key witness. Had was connected to the Dept. of Energy car funding scheme. He was involved in money management with the suspects. May have "known too much".

- **Rajeev Motwani** taught Google how to Google. Suddenly, in perfect health, he was found floating face-down, dead, in his Silicon Valley swimming pool. It helps certain people that he can no longer talk.
He knew the dirty secret behind Google and Youtube. Sergy Brin and Larry Page got the idea for manipulating user data from him.

- **Gary D. Conley** was the CleanTech competitor to, and whistle-blower on, the suspects. He was suddenly found with a bullet in his head behind Beale Air Force base. It helps certain people that he can no longer talk. He said he thought he was going to be killed for exposing the Silicon Valley Cartel.

- Google programmer **Forrest Hayes**, who worked on Google search engine rigging, was suddenly found dead with the story that "he was overdosed by a Google hooker on his sex yacht". He knew the dirty secret behind Google and Youtube

- Google associate and Tesla Investments founder **Ravi Kumar** was also killed by a hooker. Was involved in money management with the suspects. May have "known too much".

- Deep Google investor VC liaison and **husband of Facebook executive Cheryl Sandberg, Dave Goldberg** was suddenly found dead with a hole is his head. The "official" story is that he was the first person in history to be killed by his treadmill. He knew that Facebook was rigging elections and had used his survey system to help do it.

- **David Bird** was the Wall Street Journal energy reporter who was working on a story that involved Cleantech energy connections of some of the suspects. He was working on a story about who controlled the modern energy industry and cleantech.He went for a walk and was found a long time later, dead, floating in a pond. It helps certain people that he can no longer talk.

- One **Andrew Breitbart** was a famous blogger, who railed on the web about the political manipulations of the suspects. Suddenly, he had a "heart attack" in his shower and died. It helps certain people that he can no longer talk on the blogs. Died of a massive heart attack, walking outside late at night, alone, in the dark approximately one week before he was to produce tapes of Obama's extremist activities in college.  More speculation: Breitbart: "Wait 'Til They See What Happens March 1st", Breitbart's Footage Shows Obama 'Palling Around' With Terrorists..... Sheriff Joe Arpaio: I Spoke with Andrew Breitbart Shortly Before he Died ......An Eyewitness Speaks Out About Andrew Breitbart's Death Scene... Breitbart's skin color described as bright red. ... Was Andrew Breitbart assassinated?...More murder speculation: Was Andrew Breitbart Murdered?..........Coroner: Breitbart Died of Heart Failure...* Christopher Lasseter, Dissapears.....witness to Breitbart's death vanishes - Follows suspicious demise of member of coroner's team (possibly in hiding to avoid reporters), .... Breitbart witness: He dropped like sack of bricks Describes 'thick white band' around forehead at death ; Ex-CIA Agent Claims Obama Killed Breitbart and Clancy (story also linked here ) ; Ex-CIA Agent Claims Obama Had Breitbart and Clancy Killed ; Brandon Walker interviews Doctor Jim Garrow, philanthropist and worker for one of the largest non-profit organizations on the planet to save female children from slaughter in China.. states he knows that President Obama ordered the murders of Tom Clancy and Andrew Breitbart (Audio) **Michael Cormier**  -  respected forensic technician for the Los Angeles County Coroner died under suspicious circumstances at his North Hollywood home April 20, the same day Andrew Breitbart's cause of death was finally made public.  Medical examiners in Los

Angeles are investigating the possible poisoning death......Conspiracy theorists cry foul after Andrew Breitbart's 'coroner' dies of arsenic poisoning- ....Police Debunk Theories Linking Breitbart, L.A. Coroner Tech Deaths ; No Answers in Death of Technician Linked to Andrew Breitbart: Killed by high amounts of arsinic in his system ; Breitbart's Coroner Murdered. News From LA


- **Karl Slym**, with Tata Motors was involved in a car deal with some of the suspects for one of the biggest Indian auto-makers. Suddenly he was a stain on the sidewalk, accomplished by his fall from the top of a skyscraper hotel. It helps certain people that he can no longer talk.

- **Doug Bourn**, The senior electrical engineer at Tesla (Google's covert partner), **Andrew Ingram** of Palo Alto, a top systems electrical engineer at Tesla; and **Brian M. Finn** the senior manager of interactive electronics, at Tesla, had deep knowledge of financial misdeeds and technical cover-ups at Tesla Motors. They were key parts of the Tesla operation. For some reason, they all got into a private airplane, in perfect health, and then the airplane plowed into the ground, killing all three at once. It helps certain people that they can no longer talk. They wrote, and helped describe, in Tesla's own federal patent filings, the fact that Tesla's batteries would kill you, maim you and/or burn your house down. Tesla did not realize this when they paid the federal patent filing fees. When Tesla, later realized this, they were forced to give all of their patents away for free. These three senior engineers had deep inside knowledge of the Tesla Motors operations. Their aircraft suffered an "Engineering failure".

- The health director who approved the release of President Obama's birth certificate has died in a plane crash: **Loretta Fuddy.** She was one of the few people who could confirm data on the certificate.

- **Stanley Meyer** - Hydrogen car developer whose technology would have obsoleted Tesla Motors lithium ion battery

- **Danny Lewin**, Creator of Bulk Internet at Akamai. The Architect and Builder of the Internet Tracking System- Plane Crash 9/11

- **John Wheeler** - Washington DC- Drugged, escaped, recaptured, murdered. former presidential and Pentagon aide John Wheeler III was found in a Delaware garbage dump. Wheeler's cell phone discovered - Cause of death released in Wheeler case, blunt force trauma -- Wheeler's cell phone found in a taxi -- His family wants information - John Wheeler was assassinated by a hitman in a targeted killing, his widow has claimed - Who killed Jack Wheeler?  ;  John Wheeler III Murdered for Threatening to Expose US Military Test of Poison Gas?

- **Ashley Turton,** wife of White House liaison Daniel Turton. wife of the Obama administration's House of Representatives liaison, Dan Turton, was found dead in a burning car Monday morning, *Roll Call* and other news outlets are reporting. Fire officials said it appeared the car crashed as it was pulling in or out of the garage behind a rowhouse in the Capitol Hill neighborhood of Washington, D.C., at about 5 a.m. Neighbors dialed 911 after spotting the fire. The body was discovered after fire crews

doused the blaze. The fire also charred part of the garage. Nobody in the house was injured, fire officials said.  Ashley Turton worked as a lobbyist for the utility giant Progress Energy, according to *Politico*. She was a former staffer for U.S. Rep. Rosa DeLauro, D-Conn. The Rahm Emanuel Connection to the Deceased Ashley Turton, -- The ATF investigates - Ashley Turton Crashed Under the Influence

- **David Werner,** Former Member of the Capitol Steps

- ACLU figure **Larry Frankel** found dead in Washington creek

- **Josh Burdette**, Washington DC's, 9:30 Club manager

- **Kam Kuwata**, Washington, DC. **Kam Kuwata** -   was found dead inside his Venice home after friend — concerned that they had not heard from him for a few days — alerted police. Political consultant in California.  Democratic insider.  Possibly the Obama consultant referred to in the *Ulsterman Report*: Alledgedly viewed bizarre drug induced behavior from Obama during the the 2008 campaign.: "The Troubling Timeline".... The Death of a Political Operative – The Troubling Timeline… (UPDATED)

- **Michael Hastings**- Reporter. **Michael Hastings:** Rolling Stone Journalist, Author Believed to be Dead in Hollywood Crash... known for his interview of Gen. Stanley McCrystal: Michael Hastings death: Coroner still hasn't ID'd badly burned victim: Picture of the burned out car ; autopsy results will take weeks; Video report .. was covering a story about the defense dept. and Hollyood... nervous wreck ; Michael Hastings, journalist who helped bring down US general, dies at 33 ; WikiLeaks Claims Michael Hastings Told Them FBI Was Investigating Him Hours Before He Died ; Hastings' death in fiery car crash is just the latest in a growing list of dead investigative journos ; Michael Hastings' Chilling Final Story....-->"*Why Democrats Love to Spy on Americans*" ; Michael Hastings researching Jill Kelley case before death ; Hastings "Boston Brakes" Killing a Warning? ; FBI says journalist Michael Hastings was not under investigation ; Michael Hastings "CAUGHT ON TAPE" Running Red-Light Seconds Before Crash ; Journalist Michael Hastings Dies in Fiery Crash / Hollywood RAW FOOTAGE ; Hastings Sent Colleagues Email Hours Before Crash ; Was Michael Hastings' Car Hacked? Richard Clarke Says It's Possible ; Journalist Michael Hastings' Body Cremated by Authorities Against Family's Wishes (Video) ; Hackers Reveal Nasty New Car Attacks--With Me Behind The Wheel (Video) ; MICHAEL HASTINGS CRASH CAUGHT ON SURVEILLANCE CAMERA ; Bush advisor: Hastings crash 'consistent with a car cyberattack' ; Group sues FBI for records after Michael Hastings' mysterious death ; Report: Michael Hastings Was Investigating CIA Director John Brennan ; CIA Director Brennan Confirmed as Reporter Michael Hastings Next Target ; Coroner Classifies Michael Hastings' Death As Accidental ; Coronor: Drugs in Hastings' system. Was Bipolar ; Rolling Stone journalist feared prior to crash his car was tampered with: Report ; Mystery grows: Journalist died prepping Obama exposé Major probe tied to agent suspected of sanitizing president's passport records ; Who Killed Michael Hastings? ; Why Was the FBI Investigating Michael Hastings' Reporting on Bowe Bergdahl? - see Nachumlist file "Bad Bergdahl Bargain" ; Hastings'

article in 'Rolling Stone on Bergdail: _America's Last Prisoner of War_ (June 2012) ; **Michael Hastings:** CIA Director John Brennan Appears On Fox News Sunday – And Missing Historical Puzzle Pieces Simultaneously Fall Into Place….

- **Jody Sherman**

- **Aaron Swartz** – Silicon Valley insider running investigation research. **Aaron Swartz:** 26-year-old genius, computer prodigy, co-creator of RSS and Reddit, commits _suicide_ after Obama DOJ harassment; 'kill list' critic ; Attorney for Aaron Swartz: Prosecutors' Arguments Were "Disingenuous and Contrived" ; Aaron Swartz dead; was this brilliant internet revolutionary 'taken out?'( disclose tv ) The cause of death is currently _unconfirmed. :_   The father of information activist Aaron Swartz blames US prosecutors for his son's death: Aaron Was Killed By The Gov't ; Aaron Swartz' suicide raises questions for Eric Holder and the Justice Dept. ; Issa, Cummings press Holder for answers about Aaron Swartz trial ; Aaron Swartz files reveal how FBI tracked internet activist ; Daryl Issa (on Twitter): Very concerning allegations about DOJ's handling of Aaron Swartz case on pg. 67-68 of MIT Report ; Documents show Secret Service kept tab of Swartz ; First 100 Pages of Aaron Swartz's Secret Service File Released. This hacker stated that he had come across evidence of this corruption Cartel on University servers.

- **Ilya Zhitomirskiy,** 22-year old a co-founder of the start-up social network Diaspora, which has been described as the "anti-Facebook" for its emphasis on personal privacy and decentralized data collection. Friends and associates of Mr. Zhitomirskiy said there were indications of _suicide._

- **Jeff Joe Black:**  Found dead on a hiking trail from "blunt force trauma to the head":  Chicago activist who claimed that Emmanuel was put into place in Chicago to oversee a coming false flag event.

- **Robin Copeland,** 46, 11/4/2011: former Energy Department official who took part in several significant disarmament programs, died suddenly

- **Dominic Di-Natale;** Veteran Fox News correspondent in the middle east, _committed suicide_; covered the Arab Spring, Egypt, fall of Libya and _Benghazi_ Fox News journalist Dominic Di-Natale dead at 43 ;  I debated whether to repost this (I taped this in February 2013) ….and decided that I would like you to know my good friend and colleague Dominic Di-Natale …this is tough for many of us at Fox News (Greta Van Sustern Interview) ; Mysterious Death of Obama Critic and Reporter on Bin Laden's Death and Ferguson Labeled Suicide

- **Tyler Drumhelle**r; CIA Figure in Hillary Clinton Email Scandal Dies at 63 ; Tyler Drumheller, CIA officer who exposed U.S. reliance on discredited Iraq source 'Curveball,' dies at 63

- **Bill Gwatney,** a close friend of Bill and Hillary Clinton and a Clinton super delegate at an upcoming convention in Denver and was fatally shot in 2008.  Shooter had a post-it note with a mystery phone number.  Did Obama Assassinate Clinton delegates? Bill Gwatney and Stephanie Tubbs Jones?  Video: Bill Gwatney Murder Linked to Obama

- **Lieutenant Quarles Harris Jr.-** A key witness in a federal probe into passport information stolen from the State Department was fatally shot in front of a District church.   Obama's Passport Breach: Unanswered Questions, and an Unsolved Murder : Harris worked for a security firm run by John Brennan, later to be a terrorism advisor to Obama. Listed as a detail in Youtube video "Shocking Secrets and Verifiable Facts about Barack Obama the MSM Refuses to Report" (at approx. 22 minutes in the video);  Was an employee of John Brennan when murdered.  John Brennan confirmed to head CIA.

- **Barnaby Jack***: Hacker found dead days before he was to demonstrate how to hack a pacemaker. Claimed to have hacked White House.

- **Stephanie Tubbs Jones**: found brain dead in 2008.  Democratic Rep. Stephanie Tubbs Jones of Cleveland, a super delegate and one of Hillary Clinton's most prominent black supporters, was found in her car unconscious Also: Did Obama Assassinate Clinton Delegates?  Additional: Hollywood Producer Bettina Viviano: Bill Clinton Directly Told Me Barack Obama Not Eligible - ....Caucus death threats (audio)... also reported by Jerome Corsi at WND: Hillary supporter's untold Obama horror stories Allegations of intimidation, manipulation, sudden death

- **David Koschman**, Mudered in a Chicago Rush Street brawl by Richard J. "R.J." Vanecko, a nephew of Mayor Daley and White House Chief of Staff Bill Daley-  Homicide case involving Daley nephew closed without charges , Witness to Killing Involving Daley Nephew: Deceased Didn't Start It

- **Robert McKeon***: founder of private-equity firm Veritas Capital, dies Sept. 10, 2012 of suicide; General Dynamics bought company in August 2011 to expand influence into Obamacare IT

- **Alex Okren**t: -Apparently found dead at Obama's campaign headquarters in Chicago. Witnesses say he collapsed, found dead after.  Okrent had long been a staffer back the Obama 2004 U.S. senate campaign, on staff for eight years.  Parents immediately say the cause of death was "heart attack", but no autopsy was yet performed.  Medical examiner said the cause of death was  "inconclusive".  Internet recornds have been scrubbed. Twitter account timeline also makes no mention of his work for Obama: Okrent Twitter file (on Twitter). - Speculation as to whether he was a witness to an Obama gay connection: Who Is Dead Obama Staffer Alex Okrent?  Youtube video: Who is Dead Obama Staffer Alex Okrent? Part 1 .........-Part 2 ;   Autopsy Inconclusive for Obama Campaign Worker Who Collapsed at Chicago Campaign HQ ;  Gay opinion piece...-Alex Okrent: Equality is a Moral Equivalent;  What Do Colorado Shooter James Holmes And Obama Staffer Alex Okrent Have In Common?....no *digital footprin*t on the internet;  Was Obama Staffer Alex Okrent Murdered Because he was Going to Expose Obama's Anti-Israel Ties?

- **Seth Rich**, Supposed leaker of Podesta and Clinton emails. Seth Conrad Rich : DNC Staffer; Democratic National Committee staffer killed in Washington, D.C. shooting ; WIkileaks Offers $20K Reward for Information on Murder of DNC Staffer Seth Rich ;  Julian Assange on Seth Rich

- **Rafael Prieto**: Secret service apparent *suicide* under investigation: D.C., police are investigating the apparent suicide of a U.S. Secret Service supervisory agent assigned to President Obama's security detail.  -Was under investigation for going to prostitutes; Secret Service agent kills self amid affair probe....Prieto's apparent cause of death was carbon monoxide poisoning

- **Keith Ratliff;** ..was well known for a series of videos he produced on Youtube, known as "*FPSRussia*," in which various high-powered firearms were demonstrated. Found  with a single shot in the head - Two gun makers killed in two days, and no answers (Photos) ; Partner YouTube video-maker FPSRussia Home Raided by ATF

- **Justice Antonin Scalia** *;* Supreme Court Justice Scalia dies ; Obama "Thrilled" Over Justice Scalia's Death… ; Ranch Owner Recalls Finding Justice Antonin Scalia's Body ; Cibolo Creek Ranch owner recalls Scalia's last hours in Texas-..*We discovered the judge in bed, a pillow over his head. His bed clothes were unwrinkled," said Poindexter.;* The death of Antonin Scalia: Chaos, confusion and conflicting reports ; Presidio County Judge Cinderela Guevara, a Democrat, acknowledged that she pronounced Scalia dead by phone, without seeing his body. ; Justice Scalia Dies At Ranch Resort Owned By Democrat Party Donor & Obama Award Winner ; Scalia's Death Spares Unions From Losing Political Power; Scalia's Death Spares Unions From Losing Political Power ; Antonin Scalia Conspiracy Theories: Top 5 Questions About His Death ; ´Rest in paradise, Pop-Pop´: Scalia´s grandson leads family tributes as doctor reveals he had high blood pressure, heart problems and was too weak for surgery ; Justice Scalia Was Found Dead With A Pillow Over His Head, And His Body Was Just Cremated, Destroying Any Chance Of An Autopsy ; Obama-Poindexter pics fuel Scalia suspicions 'Conspiracy? That will be for you the readers to decide' ; (Michael Savage)  WAS SCALIA MURDERED? ; Was Scalia murdered? Forget "conspiracy theory." This is real. ; Detectives question lack of autopsy in Scalia death ; Obama skipping Scalia funeral to golf? 'The president will pay his respects at the Supreme Court on Friday'; Scalia's son calls the conspiracy theories about his dad's death a 'hurtful distraction' ; US Justice Scalia Had Secret Texas Meeting With Obama Hours Before His Death ; Report: Sheriff was told he had no authority in Scalia death ; Justice Scalia spent his last hours with members of this secretive society of elite hunters ; Timeline of Events Surrounding Scalia's Death ; Chief justice rejects plea to block air pollution rule (rumor why Justice Scalia was removed) ; Justice Antonin Scalia:   3 DAYS b4 Scalia died this Podesta email was sent, using the term "wetworks" - exclusively used in Military meaning "assassination"  ; Wikileaks exposes the Assassination of Scalia and it could bring down the Clintons and the Democratic Party

- **SEAL Team 6:**  Helicoptor shot down by terrorists.  Possibly given location by infiltrators.  Obama rules of engagement possibly lead to deaths.  Father of fallen SEAL begs for military officer to tell the truth about "criminal" rules of engagement ;  The deaths of Seal Team Six ...who never would fly an entire company in one helicopter alone.  UNBELIEVABLE: 'More Than 20 Navy SEALS *From The Unit That Killed Osama Bin Laden*' Die In Helicopter Crash ;  31 US troops, mostly elite Navy SEALs, killed in Afghanistan 7 Afghan commandos also die in attack; SEALs were from same unit but not same team that killed Osama bin Laden ; Navy SEAL Team 6 Families To Reveal Government's

Culpability In Death Of Their Sons ; OUTRAGE! Obama Administration Allowed Radical Cleric to Curse US Navy SEAL Heroes at Funeral Services (Video) ; TrentoVision 5.9.13 - Navy SEAL Extortion 17 EXPOSED - Obama Failures ; SEAL Team Six Parents Demand Obama Answer For Funeral Desecration ; UNANSWERED QUESTIONS PLAGUE SEAL TEAM 6 LOSSES Lawsuit claims Navy used for White House effort to 'coddle Islamist fundamentalists' ; Congress to probe lethal SEAL crash ; The unexplained ambush of Navy SEAL Team Six ; A Scandal Bigger Than Benghazi? ; SEAL Team 6 families' suspicions of gov't grow 'I believe someone on their side definitely made a deal with somebody on our side' ; SEAL's Parents: Obama's Rules Of Engagement Killing Our Troops ; Did SEAL Team 6 die in Afghanistan to give Obama good publicity? [VIDEO] ; Michael Savage: SEAL Team Six was set up, murdered in Afghanistan ; Senator: SEAL Team 6 At Risk After OPM Hack ; Obama stonewalls probe into deadly SEAL Team 6 helicopter crash, watchdog says Brett D. Shadle: SEAL, Special Warfare Operator Chief ; Member of SEAL Team 6 killed, another SEAL injured in parachute accident

- **Holiyah Soetoro Sobah**, aka Lia Soetoro, Obama's adopted sister: died under mysterious, sudden, and unusual circumstances just as she was getting ready to be reunited with her childhood companion and adopted brother. She spoke of many specific incidences in the household, where she grew up with "Barry" in Indonesia. She saved many items that Barry used during childhood. She was looking forward to seeing him, because she'd seen him on TV and was told that was "Barry", her little brother; however, Lia had reservations about it and so was anticipating seeing the scars he had from falling out of the mango tree and the limp she said he walked with. That was not to be because she up and died. Read about it here and watch video of here........PDF document from a web site of the Consulate General of the Republic of Indonesia appears to confirm a relationship between Lia and Barack Hussein Obama.  Update On The Sudden Death Of Obama's Sister Lia Soetoro: Information From The Consulate General Of The Republic Of Indonesia.

- **Ambassador Chris Stevens:** (*Also see the Nachumlist: "Benghazi-Gate" file* )  Killed by a mob in Libya.  The Obama administration ignored warnings two days prior to the attacks. Hillary Clinton made the decision not to post Marines.  New now comes out that Stevens was gay: meaning that Obama sent a publicly gay man to be an ambassador in a Muslim country. Obama skipped intel meetings for days leading up to the attacks despite credible information of the attacks.  Video: Libyan democratic party spokesman: amb christopher stevens was a muslim (Statement that Ambassador Chris Stevens was a Muslim is made between 1:00 & 1:20);  Col. David Hunt: "State Department just allowed our guys to get killed" :  Glenn Beck video: Stevens was a CIA operative and weapons dealer- Glenn Beck "the Blaze TV" 9-17-12 US arms terrorists in Middle East? ;  Report: Terrorist Behind Ambassador Murder 'Ally of Sorts' to Obama Admin ; Report: Murdered Ambassador Knew He Was On Al Qaeda Hit List ; Video of Stevens Murder: What Really Happened- Video which some news outlets claimed had showed Libyans trying to save Ambassador Stevens turns out to show the opposite.; Clinton: 'No Info' Amb. Stevens Was on al Qaeda 'Hit List' ;  Evidence mounts that al-Qaida group killed US ambassador to Libya ;  Obama Politicizes The Sacrifices Of The SEALs - Again ;   Did

Page 98    EXHIBIT 103 – Case # 22-cv-1107-TSH, Norcal 9th District

Hillary Clinton send a gay ambassador to Libya as intentional provocation? ; CNN obtains journal of slain ambassador, reportedly goes against his family's wishes ;  Anderson Cooper admits that CNN found slain American ambassador's journal inside U.S. consulate in Libya and 'secretly' used it in reporting ; Obama *Went to Bed* While Consulate was Under Siege ; CNN Hid Knowledge of Libya Ambassador Diary For Days ; Report: State Dept Left Consulate Unsecured Days After Ambassador Murder ; Prior attacks on the embassy...*Flashbac*k: Bomb targets U.S. mission in Libya's Benghazi ; US Consulate in Libya Bombed Twice in Run-Up to 9/11 Attack, Ambassador Known Target (+video) ; Obama to UN: It's Not My Fault Stevens is Dead ; Obama Administration Knew Libya Attack Was Terrorism Within 24 Hours ; Obama Administration Deleted State Dept. Memo From Internet After Discovering Al-Qaeda Was Behind Benghazi Attack ; Christopher Stevens, U.S. ambassador to Libya, dead body. No bruises on face.; Despite looting of the embassy and the loss of sensitive documents, CNN finds Stevens' diary. ; Benghazi: The Unanswered Question- what lapses on the part of the Obama/Clinton State Department made his murder sickeningly easy?; In Libya, Security Was Lax Before Attack That Killed U.S. Ambassador, Officials Say ; Did the White House order a cover-up over the murder of Libya's US Ambassador? ; Report: Obama Admin Rejected Military Intervention in Benghazi *During* Attack ;  Benghazigate: Obama Chose Not to Save Ambassador Stevens' Life ; Was Ambassador Stevens' death a hit? ; Mother of Slain State Dept. Official Tired of Being Lied To and Stonewalled by Obama Administration ;  Benghazi Attack Was Botched Kidnapping To Trade Blind Sheik... and *arranged* by Obama? ;   Obama Arranged Benghazi Trip That Resulted In Murder Of US AMB Chris Stevens; ... Stevens in possession of death certificate of Osama Bin Laden?, - OBL died in 2001? ; CIA operators were denied request for help during Benghazi attack, sources say: .....*Denied 3 Times* ;  John McCain: Obama Administration has Classified Benghazi Surveillance Tapes Top Secret ; Obama avoids question on whether Americans in Libya were denied requests for help ; Why Did CIA Director Petraeus Suddenly Resign … And Why Was the U.S. Ambassador to Libya Murdered? : (Ann Barnhardt) Proof Benghazi was Murder of Stevens: "Hillary (Clinton) began pushing the fake "protests against a video blaspheming the prophet" BEFORE WOODS AND DOHERTY WERE KILLED. Per the story below, the Associated Press first published a story on Hillary's official statement on Benghazi at 10:58pm Eastern, which means that the State Department must have released it BEFORE 10:58 pm EDT. Which means that is was actually written and composed hours before that. State Department press releases in the Secretary of State's name aren't written and released without all kinds of "approvals" and process. And this statement is written in nuanced prose, referencing "religious tolerance" and all kinds of bullshit. It isn't a flash bulletin. It was thought out, long and hard.  Doherty and Woods were killed by mortar fire between 11:14 and 11:26 pm EDT. *Here is the citation link.*" ; Lindsey Graham: Hillary Clinton 'got away with *murder'* ;   The secret war behind Benghazi A stealth campaign of assassinations, run by CIA nominee John Brennan, resulted in the death of the US ambassador, a new book claims...- Claim that secret war ran behind the back of  Gen. Patreus ; Video: The John Brennan puzzle is slowly being pieced together: Stevens recruited by Hillary Clinton to run guns to Syria from Libya ; Ambassador Chris Stevens didn't have to die in Benghazi – The real story of what led to his death on 9/11: Book *Benghazi: The Definitive Report* ; More evidence of slain U.S.

98

ambassador's secret activities ; Is Muslim Brotherhood working together with Amb. Chris Stevens' assassin? ; 15 Benghazi Eyewitnesses "Unable" to Testify- : Because they're dead  *RELATED*:  Colonel Ibrahim al-Senussi Akila- was shot to death in his car, in downtown Benghazi. ; Ali Ani al Harzi was killed in a U.S. airstrike in Mosul;  Why Was a Key Benghazi Suspect Free?

- **Sarah Kershaw,**  Former Times Reporter, Dies at 49 ; Former NYC journalist Sarah Kershaw found dead in Dominican Republic, told friends she planned to end her life ; Sharing Their Demons on the Web ; NY Times Reporter Murdered in Dominican Republic Spoke about Psychotronic Warfare and MK-ULTRA ;  NY Times Reporter Found Dead After Exposing MKUltra ; Occipital Neuralgia

- **Mikhail Lesin**, a close ally of The Kremlin and the man credited with "inspiring" the creation of Russia Today, was found dead on an "upper floor" in the hote*;* Putin's Multi-Millionaire Media Mogul Dies Of Mysterious "Heart Attack" In Luxury

- **Gareth Williams**:  Clinton secrets hacked by spy in bag- THE MI6 spy found dead in a holdall had illegally hacked into secret data on Bill Clinton ; MI6 spy found in holdall 'hacked into secret data about Bill Clinton' ; Spy found dead in a bag 'had infuriated his MI6 bosses by illegally hacking into secret US data on Bill Clinton' (Also see the Hillary Clinton Dead Pool)

- **Stephen Ivens** FBI special agent :  Body Found. Worked in counter terrorism.  Is the FBI Investigating Obama?  Video: What Really Happened To FBI Special Agent Stephen Ivens ? ; FBI Agent Fleeing Massive Manhunt Warns "They're All Insane" :  Speculation of a 'False Flag' operation such as Operation Northwoods.  Shortly before his death: Donald Sachtleben, former FBI agent, arrested on child pornography charges.   Note: Two Hikers happened to find Ivens' body, but over 100 FBI agents could not.

- **Bob Simon**, CBS Correspondant;  '60 Minutes' correspondent Bob Simon dies in car accident ; : Bob Simon's final 60 Minutes report airs: Ebola treatment story was finished on the day he died in tragic crash and was produced by his beloved daughter Tanya. Helped 60 Minutes create the CLEANTECH CRASH segment and was working on follow-up segment idea. When his car crashed, someone leaned into the car and sprayed something at him.

- **Don Pyle**, wife, 4 realatives:  missing after home fire. Fire guts Annapolis mansion; cybersecurity exec Don Pyle, wife, 4 relatives feared inside; Technology tycoon, wife and their four grandchildren confirmed dead in 'suspicious' fire at $9million Annapolis waterfront mansion - as police probe ruins for the hallmarks of arson: Donald Pyle is chief operating officer of ScienceLogic, a Reston-based cybersecurity company that monitors networks for private and government clients, including the Pentagon. The company last year announced a partnership with L-3 Data Tactics of McLean to bring "big data" monitoring to the U.S. intelligence community and federal government.

- **Alex Lagowitz,**  Banker plunges to his death after eating magic mushrooms. Was involved in money management with the suspects.

Page 100    EXHIBIT 103 – Case # 22-cv-1107-TSH, Norcal 9th District

- **Michael Tabacchi, wife Denise Iran Pars Tabacchi:** Baby son found abandoned in house as newly-married couple are found stabbed to death in murder-suicide ; Was an "Associate for JP Morgan Global Custody"; Another JPMorgan Banker Dies After Murder-Suicide: Chokes Wife, Stabs Himself To Death. Was involved in money management with the suspects. May have "known too much".

- **(***same event that took the life of Eric Vandercar***) Joseph Nadol,  Eric Vandercar, Aditya Tomar, Walter Liedtke, Robert Dirks** ; Six People Died in a Fiery NY Train Crash Packed with 400 People… 3 Were Top Investment Bankers. Was involved in money management with the suspects. May have "known too much".

- **Eric Vanderca**r, Dies in Rail Crash, 53, a married father-of-two, was named as the first of the train passengers who died ; 'She was not careless': Friends defend mother of three whose SUV got stuck on tracks and caused NY train crash that killed five, as witnesses describe waiting for her to reverse before tragedy struck ; Eric Vandercar, Morgan Stanley Veteran, Dies in Crash. Was involved in money management with the suspects. May have "known too much".

-  **Chris Van Eeghen;** "Cheerful" Dutch Financier Becomes 4th ABN Amro Banker Suicide. Was involved in money management with the suspects. May have "known too much".

- **Pierre Wauthier:** Senior boss at insurance giant Zurich is found dead in his apartment ; Suicide Banker's Widow Blasts Alleged "Cover-Up", Asks "Unbecoming Questions". Was involved in money management with the suspects. May have "known too much".

- **Valery Morozov** ;: Banker dies after becoming impaled on railings in 60ft fall from central London home ;  Was death plunge tycoon murdered by Russian gangsters who stitched him up for his fortune? Dissident claims mafia helped Scot Young hide £400m from his divorced wife then refused to give it back. Was involved in money management with the suspects. May have "known too much".

- **Geert Tack,** a private banker for ING who managed portfolios for wealthy individuals,  "Riddles" Surround 36th Dead Banker Of The Year. Was involved in money management with the suspects. May have "known too much".

- **Shawn D. Miller**, 42, Citigroup environmental policy expert, Banker found dead with throat slit in apparent suicide: cops. Was involved in money management with the suspects. May have "known too much".

-  **Calogero Gambino,**  Another Deutsche Bank executive commits suicide ; Another Deutsche Banker And Former SEC Enforcement Attorney Commits Suicide. Was involved in money management with the suspects. May have "known too much".

- **Thierry Leyne, a French-Israeli banker and partner of Dominique Strauss-Kahn,** Banker Suicides Return: DSK's Hedge Fund Partner Jumps From 23rd Floor Apartment. Was involved in money management with the suspects. May have "known too much".

100

Page 101    EXHIBIT 103 – Case # 22-cv-1107-TSH, Norcal 9th District

- **Nicholas Valtz,** Goldman Sachs Managing Director Nicholas Valtz Found Dead. Was involved in money management with the suspects. May have "known too much".

- **Julian Knott,** JPMorgan Executive "Blasts Wife, Kills Self" With Shotgun. Was involved in money management with the suspects. May have "known too much".

- **Andrew Jarzyk**, Body of missing New Jersey jogger, banker found in Hudson River: family. Was involved in money management with the suspects. May have "known too much".

- **An employee of the Bred-Banque Populaire**, 52-year-old female banker at France's Bred-Banque-Populaire, 52 Year-Old French Banker Jumps To Her Death In Paris (After Questioning Her Superiors). Was involved in money management with the suspects. May have "known too much".

- **Li Jianhua, director of China's Banking Regulatory Commission**; Banker Death 'Epidemic' Spreads To China. Was involved in money management with the suspects. May have "known too much".

- **Paribas Fortis,** BNP Banker, His Wife And Nephew Murdered In Belgium. Was involved in money management with the suspects. May have "known too much".

- **Juergen Frick,** CEO of local financial institution Bank Frick & Co. AG, CEO Of Liechtenstein Bank Frick Murdered. Was involved in money management with the suspects. May have "known too much".

- **Jan Peter Schmittmann, his wife and a daughter:** ABN Amro Ex-CEO Found Dead ; Ex-ABN Amro CEO Killed Family Before Hanging Himself. Was involved in money management with the suspects. May have "known too much".

- **Huibert Gerard Boumeester;** former chief financial officer of Dutch bank ABN Amro found dead with shotgun wounds near his home in Surrey, ABN Amro Ex-CEO Found Dead. Was involved in money management with the suspects. May have "known too much".

- **Kenneth Bellando** , 28-Year Old Former JPMorgan Banker Jumps To His Death, Latest In Series Of Recent Suicides. Was involved in money management with the suspects. May have "known too much".

- **Joseph A. Giampapa,** Another JP Morgan Banker Dead; JP Morgan bankruptcy lawyer killed in hit & run ; Cyclist, 56, struck by minivan in Piqua. Was involved in money management with the suspects. May have "known too much".

- **Edmund (Eddie) Reilly**, 47, a trader at Midtown's Vertical Group:  Trader kills self in finance world's latest suicide. Was involved in money management with the suspects. May have "known too much".

- **Does Obama murder people**?...Interview with Dr. Jim Garrow details support and threats he's received: "Obama does kill people" (audio) ;Blogger overhears intel officials saying NSA leaker should be 'disappeared' ( See Obama and Your Privacy) : Code name 'Verax': Snowden, in exchanges with Post reporter, made clear he knew risks- The U.S. intelligence community, he wrote, "will most certainly kill

you if they think you are the single point of failure that could stop this disclosure and make them the sole owner of this information."

- **Jason Alan Salais**, Another Sudden Death of JPMorgan Worker: 34-Year Old Jason Alan Salais,Was involved in money management with the suspects. May have "known too much".

- **Autumn Radtke, CEO of Bitcoin,** Bitcoin Claims Its First "Real" Victim ; American Bitcoin exchange CEO found dead in her Singapore home after suspected suicide at age 28. Was involved in money management with the suspects. May have "known too much".

- **James Steward Jr.**, Former National Bank of Commerce CEO, Another "Successful Banker" Found Dead. Was involved in money management with the suspects. May have "known too much".

- **Li**;  Second JPMorgan Banker Jumps To His Death: Said To Be 33 Year Old Hong Kong FX Trader. Was involved in money management with the suspects. May have "known too much".

- **Ryan Henry Crane;** Another JPMorgan Banker Dies, 37 Year Old Executive Director Of Program Trading ; Crane was an Executive Director in JPM's Global Program Trading desk ; JP Morgan Vice President's Death in London Shines Light on Banks close Ties with CIA ; JP Morgan Executive Becomes 5th Banker to Die in Last 2 Weeks. Was involved in money management with the suspects. May have "known too much".

- **Richard Talley**, founder and CEO of American Title, was found dead in his home from self-inflicted wounds - from a nail-gun. ;  4th Financial Services Executive Found Dead; "From Self-Inflicted Nail-Gun Wounds" ;  Under investigation, American Title CEO dead in grisly suicide ; "Nail Gun Suicide" Banker's Firm Probed Over Missing Millions. Was involved in money management with the suspects. May have "known too much".

- **Mike Dueker**: Russell Investments' Chief Economist (and former Fed economist); Third Banker, Former Fed Member, "Found Dead" Inside A Week ; Another American banker commits suicide as New Mexico family demand answers over workload of banking executive who jumped to his death in London ; Subud cult and a World Bank? "A Bank for Mankind" ; Subud, Obama and Laurel Canyon rock hits - a connection?  (also possible CIA links with Rubin, Geitner) Was involved in money management with the suspects. May have "known too much".

- **Gabriel Magee, JP Morgan Banker & William "Bill" Broeksmit, Duetch Bank Senior Manager:** (under working theories); Two London Bankers commit suicide on the same day ;  Suicides come on the same day as Obama's State of the Union address where he proposes government guaranteed retirement accounts offered through the US Treasury; State of the Union 2014: Obama touts 'MyRA' retirement savings proposal ; Deutsche Bank-er Explains Why He Committed Suicide. Was involved in money management with the suspects. May have "known too much".

- **Tim Dickenson,** a U.K.-based communications director at Swiss Re AG, also died last month, although the circumstances surrounding his death are still unknown.; London rocked by City suicides. Was involved in money management with the suspects. May have "known too much".

- Other financial industry deaths/missing persons possibly related? - Exposing what lies beneath the bodies of dead bankers and what lies ahead for us -->Missing Wall Stree Journal Journalist **David Bird**, and Car Executive (suicide) **Karl Slym;**  writer Doug Hagmann makes the case for "house cleaning" by connecting JP Morgan and Deutsche Bank, together with The White House, CIA and the NYPD to hide global criminal activity. Hagmann makes the assertion of a massive global banking conspiracy with transcends multuple administrations.  Karl Slym was connected to Tata Motors and Deutsche Bank, while David Bird was reporting on market manipulation of commodity markets. Was involved in money management with the suspects. May have "known too much".

- **The Krim Children**:  CNBC Exec's Children Murdered, 1 Day After CNBC Reports $43 Trillion Bankster Lawsuit ; Police: Nanny *stabbed herse*lf upon mother's arrival ; Screen Shot of original CNBC Article :  Another source for article: ...Targets of Spire Law Group;  Law Suit Documents ; Book; "Bankster Chronicles"

- **Gandy Baugh:** Attorney representing Mr. Lassater in a case concerning alleged financial misconduct. Died: January 8, 1994 Died in an alleged suicide by jumping out of a window of a multi-story building. - Mr. Lassater was a close associate of Gov. Clinton, and was later indicted on drug related charges, among other things. Baugh's law partner was "suicided" one month later on February 9, 1994.

- **Admiral Jeremy Boorda**, Chief of Naval Operations, Died May 16th, 1996. Boorda supposedly went home for lunch and decided to shoot himself in the chest twice, using two guns, rather than be interviewed by Newsweek magazine that afternoon. Explanations for Boorda's suicide focused on a claim that he was embarrassed over two "Valor" pins he was not authorized to wear. Former CNO Admiral Elmo Zumwalt said on the May 17 Larry King Live show that Admiral Boorda was not only authorized to wear the "V" on his medals, but that had personally authorized him to do so when he was serving as Commander Naval Forces Vietnam. When it turned out that Boorda was entitled to those decorations, blame shifted to stresses over the down sizing of the Navy, and even (Washington Times) the adverse affect that feminism was having on the Navy's morale. Boorda supposedly left two suicide notes, neither of which was released.
On Thursday, June 25, 1998, Navy Secretary John Dalton formally acknowledged that Boorda had been entitled to wear the decorations. So, like Brown, and like Foster, the proximate cause for the "suicide" turns out to be fraudulent.

- **Ron Brown,** Former Chairman, DNC; Commerce Secretary, Died: May 3, 1996, Ron Brown died along with 39 other people when the T-43 (a converted 737 used by the Air Force) carrying the group on a trip to Bosnia crashed while approaching the Dubrovnik airport. On the verge of being indicted and having stated publicly his willingness to make a deal with prosecutors, Ron Brown's death brought

to an end his ability to testify. The very next day, Ron Brown's personal lawyer was murdered in a drive-by shooting. A few days later, the Air Traffic Controller who had been in charge during the aircraft crash was found dead and declared a suicide. On leaving Ron Brown's funeral, President Bill Clinton was seen laughing and joking ... until he saw the camera, then he went into his sad act!

- **James Bunch**, Influential Texan, Exact date of death unknown, Died from a gunshot "suicide", similar to Vince Foster. - Was discovered to have a "little black book" containing the names of many influential persons in Texas and Arkansas who visited certain prostitutes. Claimed to know the dirt on four famous politicians.

- **Eric Butera**, Witness, Died: December 4, 1997, An informant who came forward offering information regarding the murder of White House intern Mary Mahoney. He was then sent into a known crack house to make an undercover buy for the police and was beaten to death. His mother was awarded $100 million in compensation, but a Federal Judge later slashed it to just $1 million.

- **Caetano Carani**, Witness to a shooting near the White House. Died: November 11, 1994, Suffered an unknown infection just before he was to testify. Death attributed to "apparent" food poisoning.

- **Danny Casolaro**, Journalist, Died: August 10, 1991. Casolaro had been working on a project he called "The Octopus." Casolaro had started his investigation over the Justice Department's theft of a software package called PROMIS from a company called Inslaw. PROMIS stood for "Prosecutors Management Information System" and it was a law enforcement database system that included a feature unique for the time. This was a module that could be programmed to automatically access other databases, in order to present to the user a single picture of financial transactions or suspects from multiple sources. This made it a powerful spying tool, and the US modified their version to include a back door, then made gifts of the software to other governments. All this was happening at the same time as the CIA's clandestine gun and drug running operation to supply the Nicaraguan Contras with untraceable weapons. A totally illegal operation (which violated the Boland Amendment and the Logan act) the US end of the smuggling pipeline was located in Mena, Arkansas under the protection of then-governor Bill Clinton. The arming of the Contras was funded by smuggling vast quantities of cocaine into the US (a violation of drug laws) and then laundered through various banks, land flips, and a state agency, the Arkansas Development Finance Authority, created by Webster Hubbell and signed into law by Bill Clinton.
The shoot down of one of the CIA planes by Nicaragua and the capture of CIA asset Eugene Hasenfus blew the cover off of the operation and it became known as the Iran-Contra affair. During the Congressional hearings into the scandal, attention was focused on the gun-running, and all mention of the CIA's cocaine flowing into the US was kept from the public eye by the Committee chairman, Hawaii's Senator Daniel Inouye (a fixture in Hawaii going back to the CIA's smuggling of heroin from Vietnam back to the US). Casolaro apparently stumbled over the existence of a vast network of

government operatives and politicians all linked together by the vast wealth acquired from the selling of CIA cocaine in the US and was working on a book exposing the government-sanctioned drug running when he was found in a bathtub in a hotel room, his wrists both deeply slashed in a manner that the pathologist declared did not appear to have been done by Danny himself. In particular, the deep cuts severed the tendons of the fingers, which would have made it impossible for Danny to slash his other wrist with the now useless hand. Despite this, the official verdict was suicide, although none of Danny's friends and families believed that, especially those who had been direct witnesses to the many death threats he had received. When found, the large accordion file of the notes for his new book had disappeared from his hotel room.

- **Berta Caceres**, Human Rights Activist,  Died: March 3, 2016, Killed while sleeping in her home in La Esperanza, Honduras. Berta Caceres had named Hillary Clinton as responsible for the Honduran coup which toppled democratically elected President Manuel Zelaya. Since the coup, Honduras has become one of the most violent places in the world. Growing awareness of Hillary's role in Honduras became a serious liability during Hillary's 2016 campaign.

- **William Colby**, Director of Central Intelligence (ret), Died: April 27(?), 1996, William Colby had been the DCI from 1973 to 1976 under Nixon and Ford. At age 76, Colby had found a new career and had just started writing for Strategic Investment at the time of his death. This had worried many insiders in the intelligence community who felt that Colby had already divulged too many of the CIA's secrets in the preceding years. Indeed, his dismissal by Ford because of his over-cooperation with Congressional investigations into CIA wrongdoing. It was Colby who had revealed to Congress the plans to kill Fidel Castro, the spying on American citizens (in direct violation of the CIA charter) and the conducting of biological tests by the CIA on unsuspecting citizens. George Bush replaced him. According to the original CNN report, Colby was reported missing by neighbors who "recovered" his canoe, by one story from under the dock at Colby's house, by another report, 1/4 of a mile downstream from Colby's home. Colby was by all report a methodical, tidy man, yet police found his home unlocked, his computer on, and a partly eaten dinner on the table. The official story is that Colby just put down his fork and decided to drop everything and go canoeing. Colby at 76 was still a world-traveler and consultant to many corporations. He recently became an editor of an important financial newsletter, "Strategic Investment," which covered the Vince Foster "suicide" in detail. Its editors hired three renowned handwriting experts to investigate Foster's suicide note, which hadn't been found when his briefcase was first searched, but later materialized, torn into pieces, with no fingerprints on any of the pieces. Upon comparing this document with others of Foster's writings, these experts declared it was a forgery, and a not very good one at that. Colby had old enemies as well as new, with plenty of motives for his extermination. He was in charge of the infamous Operation Phoenix during the Vietnam War, in which more than 20,000 South Vietnamese citizens -- supposedly Vietcong sympathizers -- were rounded up, tortured and executed. In the 1970s he opened some of the secrets of the CIA to Congress: "Colby insisted on going public about the agency's role in tapping the telephones and

opening the mail of Americans; plotting the assassination of Fidel Castro, and using human guinea pigs for mind-control experiments involving LSD," the Times reports. On Monday, May 6th, Colby's body was found just 20 yards from where his canoe had been recovered, in an area that had been thoroughly searched several times by helicopters and search teams. Most notable about the body was the absence of a life jacket, which according to his wife, Colby always wore on the water. As has since been proven to have happened in the JFK Jr. case false stories were being deliberately planted in the media, including one quoting Mrs. Colby herself as having been told by William Colby by phone that he was going canoeing. Mrs. Colby denied any such story. The week that he died, Colby was scheduled to meet with the Disclosure Project.

- **Suzanne Coleman**, Had affair with Clinton when he was attorney general of Arkansas. Died: February 15, 1977. Died of "suicide" with gunshot wound to the back of her head. No autopsy allowed. Was 7 months pregnant at time of her death. She had told friends it was Bill Clinton's child. (See Danny Williams). She was 26 at the time of her death.

- **Gregory Collins,** Witness to the Train Deaths, Died: January 1989 Greg had information on the Ives/Henry deaths. He died from a gunshot blast to the face. Declared a suicide.

- **Keith Coney** (or Koney), Witness to the Train Deaths, Died: May 1988, Keith had information on the Ives/Henry deaths. Died in a motorcycle accident in July 1988 while being chased by a car. Ruled a traffic accident.

- **L.J. Davis**, Reporter investigating Clinton scandals. Attacked at his hotel room in Little Rock. His notes were stolen.

- **David Drye**, Died 8/1999. Pat Matrisciana, owner of "Jeremiah Films" (which produces such vides as The Clinton Chronicles), and David Drye planned a trip to Washington DC by Private plane. At the last second, pat had to cancel and David left without him, dying when the plane crashed.

- **Daniel A. Dutko**, C-chairman of Leadership 2000, Died: July 27, 1999, Daniel A. Dutko, 54, was the co-chairman of Leadership 2000, the Democratic National Committee's main fund-raising effort. He held many other high-level political positions, including vice chairman of finance for Clinton-Gore in 1995; finance chairman of the 53rd inaugural ball; and vice chairman of finance for the DNC in 1996 (when the Chinese money poured in). Attributed to a bicycle accident in which it's claimed he struck his head on the concrete twice.

- **Klaus Eberwein**, Haitian government official, Died: July 14, 2017, Just says before Eberwein was due to appear before the Haitian Senate Ethics and Anti-Corruption Commission where he was widely expected to testify that the Clinton Foundation misappropriated Haiti earthquake donations from

international donors, he was found dead in a Miami hotyel of a gunshot to the head. Ruled a suicide. Eberwein, who had acknowledged his life was in danger, was a fierce critic of the Clinton Foundation's activities in the Caribbean island, where he served as director general of the government's economic development agency, Fonds d'assistance �conomique et social, for three years.

- **Five Navy aviators**, Clinton bodyguards/escorts, (names not determined) Died: 3/26/93 - all died in a crash of an E-2C Hawkeye in Italy. The crash occurred shortly after the plane was "waved off" from a landing attempt on the Carrier Roosevelt, due to a "foul deck". - All five men had been Clinton's escorts during Clinton's visit to the Roosevelt 2 weeks prior. Three other men, who had flown Clinton to the Roosevelt for that visit also died later in a helicopter crash.

- **Hershell Friday**, Attorney and Clinton fund raiser., Died: March 1, 1994, Killed when his plane exploded. Cause unknown.

- **Vincent Foster**, Deputy White House Counsel, Died: July 20, 1993, Found dead in Ft. Marcy Park in Washington, DC, of a supposed suicide by gunshot. A suicide note was supposedly found a few days later, torn into several pieces, in his briefcase, after his office had been entered by White House staff and materials removed. The "suicide" note, (leaked despite official efforts to keep it from view) has since been revealed to be a forgery. The gun which he supposedly used to kill himself was reported to be still in his hand, but the person who first found the body reports that there was no gun at that time. Many irregularities surround the death and the investigation of it. For one thing, neither Foster's fingerprints or blood were on the gun he supposedly inserted into his mouth and fired. There was no blood on Foster's hands. Foster was also from Hope, Ark., like Clinton, and also worked for the Rose Law firm. Foster had intimate knowledge of the Clintons' personal finances. Foster was involved in an investigation of their finances, and reportedly made a phone call to Hillary Clinton, in Los Angeles, just hours before his death. Foster had been called to testify to Congress about the records Hillary refused to turn over. Another possible motive for the murder relates to the Clinton Presidential Blind Trust, being prepared by Foster, but six months late. Testimony during the Whitewater hearings suggests the trust was fraudulent, with the Clintons retaining control over much of their finances, in order to profits from inside information. Recently, the signed report of M.E. Dr. Donald Haut was uncovered at the National Archives, proving that Foster had a previously unreported gunshot wound to his neck. Finally, an FBI memo surfaced dated the day after the date of the official autopsy, in which the pathologist informed the FBI that there was NO exit wound.

- **Aldo Franscoia, Secret Service Agent**
**Cpt. Kevin N. Earnest, Aircraft Commander**
**Cpt. Kimberly Jo Wielhouwer, Pilot**
**2Lt. Benjamin T. Hall, Navigator**
**SSgt. Michael J. SmithJr., Loadmaster**

**Sr. Airman Rick L. Merritt, Flight Engineer**
**SSgt. Michael R. York, Loadmaster**
**Sr. Airman Billy R. Ogston, Crew Chief**
**Airman Thomas A. Stevens, Loadmaster.**
Died: August 18, 1996, Killed when the C-130 carrying the Presidential Limos crashed near Jackson Hole, Wyoming. All nine people on board a White House support plane were killed late Saturday (10:48pm MDT), when it crashed into Sheep Mountain (also known as Sleeping Indian Mountain) near Jackson Hole Wyoming. The aircraft was en route from Jackson Hole to John F. Kennedy International airport. The Air Force Lockheed Martin C-130 Hercules transport aircraft was carrying a presidential vehicle and many pieces of luggage, all related to the president's vacation (50th birthday celebration in the Grand Tetons). President Clinton said Sunday afternoon that he was told the pilot was attempting to return to the Jackson Hole airport when it crashed (CNN news report). The Air Force reported finding no evidence of an in-flight mechanical emergency after examining the flight data and flight voice recorders and could not find evidence that the pilot radioed mechanical trouble before crashing into the mountainside as reported by the White House. The victims included 8 crew members and one Secret Service agent. The aircraft and crew were stationed out of Dyess Air Force Base.

- **Kathy Ferguson**, Witness, Died: May 10, 1994, Kathy Ferguson supposedly committed "suicide" May 10,1994 when she shot herself in her living room. Kathy's ex husband was Danny Ferguson, who was the Arkansas trooper who said he escorted Paula Jones to Bill Clinton's hotel room. Kathy often told friends and co-workers about how Bill had gotten Danny to bring women to him and stand watch while they had sex. Danny Ferguson was a co-defendant along with Bill Clinton in Paula Corbin Jones's sexual harassment suit. Kathy Ferguson was a corroborating witness for Ms. Jones. Oddly, next to Kathy's body were her packed bags, as if she was expecting to be going somewhere.

- **Duane Garrett**, Radio Host and Al Gore fund raiser., Died: 7/26/95, A lawyer and a talk show host for KGO-AM in San Francisco, Duane was the campaign finance chairman for Diane Fienstein's run for the senate, and was a friend and fundraiser for Al Gore. According to Garrett's lawyer, Garrett was under investigation for defrauding investors in Garrett's failed sports memorabilia venture. There was talk of a deal to evade prosecution. On July 26th, Garrett canceled an afternoon meeting with his lawyer because he had to meet some people at the San Francisco airport. Three hours later he was found floating in the bay under the Golden Gate Bridge.

- **Cpl Eric S. Fox**, Crewman for Marine One, the Presidential Helicopter., Died: March 22, 1999, Shot in the head, and declared a suicide.

- **Carlos Ghigliotti**, Thermal Imaging Expert, Died: April 28, 2000, Carlos Ghigliotti: 42, was found dead in his home just outside of Washington D.C. There was no sign of a break-in or struggle at the firm of Infrared Technology where the badly decomposed body of Ghigliotti was found. Ghigliotti had

not been seen for several weeks. Ghigliotti, a thermal imaging analyst hired by the House Government Reform Committee to review tape of the siege at Waco, Texas, said he determined the FBI fired shots on April 19, 1993. The FBI has explained the light bursts on infrared footage as reflections of sun rays on shards of glass or other debris that littered the scene.

- **Judi Gibbs,** Penthouse model, Died: January 3, 1986, Judi Gibbs (along with her sister Sharon) appeared in the December 1979 issue of Penthouse, and later worked at a bordello in Fordyce, near Mena, Arkansas which also ran a blackmail operation with photos taken of the customers with their girls. According to the Gibbs family, Bill Clinton was a regular customer of Judi, and there were photos of him having sex with her that threatened his Presidential campaign! While cooperating with law enforcement in a drug investigation, Judi died when her house burned down. No cause for the fire was found. Judy had called the fire department to report the fire, but her body was found on the floor in front of a ground floor window, near a door that would have allowed her escape. In a sworn statement, Clinton bodyguard Barry Spivey related how he had been with the governor when the governor's plane had flown over Judi Gibb's house and Clinton had shown Judi's penthouse photos on the plane and pointed out the house.

- **Paula Grober**, Clinton's speech interpreter for the deaf., Died: December 9, 1992, Died in a one-car accident with no known witnesses. Her body was thrown 33 feet from the car, indicating a very high speed. A very attractive women, Paula traveled extensively with Clinton from 1978 until her death. Clinton, through a spokesman, called Grober's death "a great personal loss." He also said, "Hillary and I extend our sincere sympathy to Paula's family. I had the privilege of working with her over many years."

- **Staff Sgt. Brian Haney**
**Marine Sgt. Tim Sabel**
**Maj. William Barkley**
**Capt. Scott Reynolds**
Clinton bodyguards, Died: May 19, 1993, All four men died when their helicopter crashed in the woods near Quantico, Va. - Reporters were barred from the site, and the head of the fire department responding to the crash described it by saying, "Security was tight," with "lots of Marines with guns." The Marines seized a videotape made by a firefighter. All four men had escorted Clinton on his flight to the carrier Roosevelt shortly before their deaths.

- **Stanley Heard,** Chairman, National Chiropractic Health Care Advisory Committee, Steve Dickson, Counsel to Mr. Heard, Died: September 10, 1993, Both died in a plane crash outside Dulles airport, after their aircraft, rented after Heard's personal craft developed troubles, crashed while attempting an emergency landing after reporting a fire on board. Let's repeat that. They took off in a plane. It developed problems. They got it back to the airport. They rented a new plane. They took off in the new

rented plane and IT developed a problem. On the way back to the airport it crashed. - Heard, in addition to serving on Clinton's advisory council, also personally treated Clinton's mother, stepfather, and brother.

- **John Hillyer**, NBC and freelance cameraman, Died: 1996, Hillyer passed away in a Dentist's office from unknown causes, despite being very health-conscious and in good physical condition. Declared a heart attack. Was working on an investigation into Mena and assisted with the "Circle of Power," and "Clinton Chronicles." Some time after his passing, his widow recalled her husband saying he felt he could be in danger.

- **Stanley Huggins**, Partner in Memphis law firm, Died: June 23, 1994, Investigating Madison Guaranty. Reported to have succumbed to viral pneumonia (See attack on Russel Welch). His 300-page report has never been released. Stanley had been at a Cotton Carnival Party on a Friday night. He was supposed to escort his wife all week during the 7 day event, but told her he couldn't as something important was going down. He has recently left the law firm in Little Rock where Hillary C worked and set up a small office in Memphis. On that Friday night I saw Stan and spoke to him briefly. He seemed extremely nervous & about to jump out of his skin. The word circulated throughout the party that he had been involved in some secretive issue that was under the microscope. Soon after that we were told by his wife that he had flown up to a NE University to give a speech on a Saturday. He checked into the provided dorm room, by the university employees that said he looked fine. When they called up to his room later in the day he didn't answer the phone, so they went to check on him and found him dead. The death was declared due to viral pneumonia. His wife has tried to get the hospital records, but they were sealed by Janet Reno under presidential orders of Clinton. Over that weekend his Memphis office was broken into and the only noticeable thing taken were his files. His 300 page report was never released.

- **Sandy Hume**, Journalist, Died: February 2, 1998, On Sunday, February 22nd, 1998, Sandy Hume, the 28-year-old son of journalist Britt Hume, was reportedly found dead in his Arlington, Virginia home. Aside from the statement that this was an "apparent" suicide, there remains in place a total media blackout on this story, possibly out of concern that the actual facts will not withstand public scrutiny. Indeed, it was reported in Associated Press that the Arlington Police were not responding to any inquiries. Hume was a reporter for The Hill magazine, newspaper about Congress for Congress, and had broken a major story in 1997 regarding the friction between House Speaker Newt Gingrich and a faction led by Representative Paxon (who announced his resignation just 24 hours after Hume's death). In addition, Sandy Hume had just joined the staff at Fox TV News and was just three weeks into a job that represented the pinnacle of his young career. Oddly enough, aside from echoing the one Associated Press story, the Fox News website has ignored the death of its newest commentator. Sandy already had a reputation for getting the story that nobody else wanted to look at. It is worth noting that his death came hard on the heels of reports that "a reporter" was about to break a story confirming the White

House's use of investigators to dig up dirt on critics. It has recently been confirmed that the man who performed the as-yet-unreleased autopsy is none other than Dr. James C. Beyer, who has a record of concealing homicides behind a ruling of suicide. Kenneth Starr's "suicidologist" Dr. Alan L. Berman has waded in again and as he did in the Foster death ruled it "100% certain that this is a suicide and can be nothing else".

- **Kevin Ives & Don Henry**, Witnesses, Died: August 23, 1987, Initial cause of death was claimed to be the result of passing out on a railroad track in Arkansas after smoking twenty marijuana cigarettes. This ruling was reported by the State medical examiner Fahmy Malak, and supported by Sheriff Jim Steed, whose "thorough" investigation of the crime scene left one of the boy's foot sitting in the open for two days! In April 1988, Kevin's body was exhumed, and another autopsy was performed, this one by Atlanta medical examiner Dr. Joseph Burton who discovered that Kevin died from a crushed skull prior to being placed on the tracks. Don Henry's body was exhumed and discovered to have been stabbed in the back prior to being placed on the tracks. Governor Bill Clinton excused Fahmy Malek's "errors" saying that Malek was "tired and stressed out." Reports indicate that Ives & Henry might have stumbled upon part of the Mena drug operation, specifically a drop site in the area of Bauxite and Alexander, Arkansas. The police chief of Alexander, John Brown, acknowledged he obtained a taped confession from one of the murderers of the two boys, which was suppressed at the request of the FBI! Jean Duffey headed up Arkansas' 7th District drug task force in 1990. She was never allowed to conduct a thorough investigation of drug running in Mena or any possible connection to the train deaths. Her task force and a federal grand jury were shut down after they started examining corruption involving public officials. Dan Harmon was a local government official, the prosecuting attorney for Saline, Grant, and Hot Springs counties in 1979 and 1980 and then again from 1991 through 1996. He was convicted in June of 1997 on drug, racketeering, and extortion charges and has started serving eight years in prison. In January 1991, long before his drug offenses became public knowledge, Harmon convinced a judge to subpoena evidence obtained by Jean Duffey's task force -- evidence gathered against him and other public officials. Ms. Duffey refused to honor the subpoena, fearing for the lives of witnesses (many of whom did turn up dead) and fled the state when a warrant was issued for her arrest.

- **Gary Johnson**, Witness, Attacked: June 26th, 1992, Beaten near death and left for dead. Someone in the Clinton organization sent 3 goons to beat up and almost murder Gary Johnson, who was Gennifer Flowers' neighbor. Gary Johnson had a security camera installed at his condominium and by chance he had many tapes of Bill entering Gennifer's condominium while governor and married to Hillary). Gary's tapes were taken.

- **John Jones**, Julian Assange's lawyer, Died: April 18, 2016, John Jones, QC, was killed when struck by a commuter train on his way to work. The police immediately declared the death as non-suspicious. The Q.C. initially said it was not suicide. Great Britain has the highest per-capita presence of

surveillance cameras of any nation in the world, yet no video has been forthcoming as to just how Jones wound up in front of that train. John Jones was working to prevent the extradition of Julian Assange to the United States. Assange and WikiLeaks have produced some of the most damaging information about Hillary Clinton's scandals.

- **John F. Kennedy Jr.**, Potential Candidate for Senator from New York., Died: July 16, 1999, Within days of an NBC Dateline story hinting at a possible run for the Senate seat currently assumed to be the property of Hillary Clinton, JFK Jr. and his wife and sister-in-law died when the Piper Saratoga II TC JFK Jr. was piloting crashed in to the ocean just short of Martha's Vineyard. The NEWSWEEK issue for the following Monday, which NBC Dateline had reported would announce JFK Jr's candidacy, was yanked from distributors and destroyed. Even before the wreckage of the plane had been found, the media was saturated with news stories declaring the weather to have been very hazy (the weather was VFR conditions, and 8 mile visibility, plus weather radar and witnesses on Martha's Vineyard all reported clear skies) making it impossible for JFK Jr. to know which way was up (he also had working instruments in the aircraft).
As was the case when TWA 800 was shot down, the United States Navy took control of the crash site, ordering an unprecedented 5 mile wide no-fly zone while the wreckage of the aircraft was recovered and taken to a military base.
Reporters Cindy Adams and Andrew Goldman have documented the planting of false information about JFK Jr. in the media in the days following his crash. The feeding of false information to the press proves there is a cover-up. The existence of a cover-up is why JFK Jr. gets an entry on the Dead Bodies List. According to some reports, Mrs. Kennedy was pregnant.

- **Jordan Kettleson,** Witness to the Train Deaths, Died: June 1990, Kettleson had information on the Ives & Henry deaths. He was found shot to death in the front seat of his pickup.

- **Johnny Franklin Lawhon, Jr**., Witness, Died: March 29, 1998, In the spring of 1997, a tornado ripped through some junked cars at Johnny's transmission and opened up the trunk of a car that proved to have a box of Whitewater records in it, including a copy of a $27,000 cashiers check drawn on Madison and payable to Bill Clinton. Johnny Franklin Lawhon, Sr. realized what he was looking at and turned the box of documents over to the FBI. According to police, Lawhon Jr. (the son) and a friend hit a telephone pole at a high rate of speed after their car had become airborne and left the road. They had driven less than 1/4 of a mile at the time of the accident. This manner of death is similar to the single vehicle accidents that killed Paula Grober, and Neil Moody.

- **Shawn Lucas**, ATTORNEY, Died: August 2, 2016, On July 3, 2016, Shawn Lucas and filmmaker Ricardo Villaba served the DNC Services Corp. and Chairperson Debbie Wasserman Schultz at DNC's headquarters in Washington, D.C., in the fraud class action suit against the Democrat Party on behalf of Bernie Sanders supporters. This was before Wikileaks released documents proving the DNC was

working against the Sanders campaign during the 2016 primary.

Shawn was found dead by his girlfriend. He had been in perfect health and did not do drugs. The authorities are refusing to disclose the cause of death even after three weeks. Meanwhile, the DNC is trying to delay the lawsuit until after the November election by saying Lucas did not "properly" serve the papers ... with Lucas conveniently unable to testify on his own behalf. Claimed that most of these deaths were committed by the CIA because they had taken over the DNC via a CIA group called IN-Q-TEL

- **Mary 'Caity' Mahoney**, White House Intern,  Died: July 6, 1997, An attractive 25-year-old woman, Mary was a former White House Intern for Bill Clinton working as the Assistant Manager at a Starbuck's Coffee shop in Georgetown. In the pre-trial publicity surrounding Paula Jones lawsuit Mike Isikoff had dropped hints that a "former White House staffer" with the initial "M" was about to go public with her story of sexual harassment at 1600 Pennsylvania. Just days later, gunmen entered the Starbuck's while the crew was cleaning up after closing. Mary's two associates, Aaron Goodrich, 18 and Emory Evans, 25, were taken to a room and shot. Mary herself had five bullets in her, from at least two different guns, most likely with silencers. A total of ten shots were fired; none of them heard by neighbors in the densely populated Georgetown section. Mary was shot in the chest, her face, and in the back of the head. Someone wanted her very dead. Or to send a message. Even though more than $4000 remained in the store, the police have categorized the triple murder as a robbery, even as they acknowledge the "execution style" killings. There was no sign of forced entry, which means that either Mary of one of the employees let the killers in (at least one hour after closing). That means that the killers included at least one person known to the victims. One report is that the Starbuck's was still locked when the bodies were found the next morning. Robbers don't bother locking doors. George Stephenopolis, Monica Lewinsky, and Chelsea Clinton were all regulars at the Starbuck's. Carl Cooper, the man charged with the Starbuck's murders on the basis of a confession has now recanted that confession, claiming that it was obtained under coercion (not unlike that of James Earl Ray). A affidavit filed by NOAA's Sonya Stewart, confirms that the Department of Commerce was selling trade mission seats in exchange for campaign donations, and illegally blocking FOIA requests. Named in the affidavit as the White House staffer directly connected to this obstruction was Doris Matsui. Doris's assigned intern during this period was Mary Mahoney.

- **Lieutenant General David J. McCloud**, Commander of Alaskan Command, 11th Air Force, and the Alaskan North American Aerospace Defense Command Region, headquartered at Elmendorf Air Force Base, Alaska. Died: July 26, 1998. On July 26, 1998, McCloud died when his YAK-54 aerobatic plane crashed, allegedly from sabotage. McCloud was one of several flag officers (including Admiral Boorda) who had assembled evidence against President Bill Clinton, leading to his arrest.

- **Christine M. Mirzayan**, White House Intern, Died: August 1, 1998, On August 1, 1998, yet another young female government intern with the initial "M", Christine M. Mirzayan, was murdered, beaten to

death with a heavy object near Georgetown University. Eventually, Mike Isikoff's "former White House staffer" finally surfaced and its NOT Mary Mahoney, or Christine M. Mirzayan, but Monica Lewinsky. If the killing of Mary Mahoney and Christine M. Mirzaan was to silence a "bimbo eruption", they got the wrong woman! (Just how many of the interns was Clinton getting oral sex from anyway??)

- **Florence Martin**, Accountant subcontracting to CIA, Died: October 30, 1994, Related to the Barry Seal case. Dead of three gunshot wounds to the head. At the time of her death she had the account numbers and PIN for a bank account in the Cayman's in the name of Barry Seal which held 1.4 million dollars. Immediately following her death, the money was moved to someplace in the Virgin Islands.

- **Gordon Matteson**, Clinton associate., Died: May 15, 1997. Shot in the head. Declared a suicide.

- **James McDougal**, Died: March 8 1998, Jim McDougal was serving his 3-year sentence for bank fraud at the Fort Worth Federal Medical Center in Texas, a facility operated by the federal Bureau of Prisons for inmates who need medical attention. Just prior to another round of testimony before Kenneth Starr's grand jury, and while the reporters who were covering that story were two hours away covering a standoff situation in Waco that just "went away", Jim McDougal suffered a heart attack while in solitary confinement. Left alone for too long, when Jim McDougal was taken out of solitary, instead of attempting to defibrillate his heart with equipment on hand at the facility, he was driven over to John Peter Smith hospital. Not the closest hospital to the Fort Worth Federal Medical Center, John Peter Smith hospital is a welfare hospital, where (in the words of one local) ,"They let interns practice on deadbeats". NEW! The Fort Worth Star-Telegram acquired the official report of the McDougal death via a Freedom Of Information Act request, and report that doctors ignored McDougal's signs of imminent death.

- **Keith McKaskle**, Witness to the Train Deaths, Died November 10, 1988, Keith had information on the Mena drug running and the henry & Ives murders. Stabbed 113 times. He had told his family someone was out to kill him and told them "good bye".

- **Charles Meissner**, Assistant Secretary of Commerce for International Economic Policy., Died: May 3, 1996 John Huang was placed on a Commerce Department contract that allowed him to retain his security clearance by Charles Meissner. Charles Meissner died on the plane with Ron Brown.

- **James "Dewey" Milam**, Witness to Mena drug operation and Henry/Ives murders, Died: 1989, Milam was decapitated. Clinton's notorious state Medical examiner, Fahmy Malak, initially ruled death due to an ulcer, claiming that the victim's small dog had eaten the head, which was later recovered from a trash bin several blocks away.

- **Charles Wilbourne Miller**, Vice President and Board Member for Alltel, Died: January 12, 1999.

Alltel was the computer company that wrote the White House "Big Brother" computer system. Found shot to death with two guns. Multiple shots had been fired. Declared a suicide.

- **Ron Miller, Witness**, Died: October 12, 1997, Ron Miller, investigated by authorities over the sale of his company, Gage Corp. to Dynamic Energy Resources, Inc. was the man who tape recorded Gene and Nora Lum and turned those tapes (and other records) over to congressional oversight investigators. The Lums were sentenced to prison for campaign finance violations, using "straw donors" to conceal the size of their contributions to various candidates. Indeed, Dynamic Energy Resources, Inc. had hired Ron Brown's son Michael solely for the purpose of funneling $60,000 through him to the Commerce Secretary, according to Nolanda Hill's testimony. Reportedly a healthy man, Ron suddenly took ill on October 3rd, and steadily worsened until his death 9 days later. (This pattern fits Ricin poisoning.) Owing to the strangeness of the illness, doctors at the Integris Baptist Medical Center referred the matter to the Oklahoma State Medical Examiner's Office. The Oklahoma State Medical Examiner's Office promptly ran tests on samples of Ron Miller's blood, but has refused to release the results or even to confirm that the tests were ever completed.

- **John Millis**, Staff Director of the House Permanent Select Committee on Intelligence Committee, Died: June 4, 2000. Millis had just helped the HPSCI complete it's "investigation" into alleged CIA cocaine smuggling which predictably (given that Millis was himself a long time CIA agent) concluded that the CIA was innocent of all allegations of wrongdoing. Fairfax, Virginia police were tipped off by an anonymous phone call claiming that "a man" was threatening suicide in a motel room. Police arrived to find Millis dead of a gunshot wound. As was the case with Vincent Foster and Sandy Hume, the death was immediately declared a suicide.

- **Joe Montano**, Chairman DNC (before Debbie Wasserman Shultz) and Regional Director for Tim Kaine, Died: July 25, 2016, Supposedly died of a heart attack right after the WikiLeaks email dump proving the DNC had worked to sabotage Bernie Sanders and hand the nomination to Hillary Clinton. Joe was 47, with no history of heart problems.

- **Neil Moody**, Died August 25, 1996, Following Vincent Foster's murder, Lisa Foster married James Moody, a judge in Arkansas, on Jan 1, 1996. Near the time Susan McDougal first went to jail for contempt, Judge Moody's son, Neil died in a car crash. There were other reports that Neil Moody had discovered something very unsettling among his stepmother's private papers and was threatening to go public with it just prior to the beginning of the Democratic National Convention. He was alleged to have been talking to Bob Woodward of the Washington Post about a blockbuster story. Witnesses said they saw Neil Moody sitting in his car arguing with another person just prior to HIS CAR SUDDENLY SPEEDING OFF OUT OF CONTROL AND HITTING A BRICK WALL.

- **Tony Moser.** Anti-Corruption Journalist. Died: June 10, 2000, Tony Moser, a critic of the Arkansas

Democratic Party political machine, was killed as he crossed a street in Pine Bluff 10 days after being named a columnist for the Democrat-Gazette newspaper and two days after writing an article which exposed the looting of programs designed to obtain money from "Dead beat" parents to then give to their children. The police declared that no crime had been committed since the anonymous driver of the 1995 Chevy Pickup truck that struck and killed Moser was not intoxicated nor was he speeding. In Arkansas, that apparently makes it legal to run down a politically unpopular journalist.

- **Paul Olson**, Federal witness in investigations to drug money corruption in Chicago politics. Died: September 8, 1994. Paul had just finished 2 days of FBI interviews when his plane ride home crashed, killing Paul and 130 others. The Sept. 15, 1994 Tempe Tribune newspaper reported that the FBI suspected that a bomb had brought down the airplane.

- **Jerry Luther Parks**, Head of Clinton's Gubernatorial security team in Little Rock.Died: September 26, 1993.Gunned down in his car at the intersection of Chenal Parkway and Cantrell Road, near Little Rock. Parks was shot through the rear window of his car. The assailant then pulled around to the driver's side of Park's car and shot him three more times with a 9mm pistol.His family reported that shortly before his death, unknown persons were following them, and their home had been broken into (despite a top quality alarm system). Parks had been compiling a dossier on Clinton's illicit activities. The dossier was stolen.When news of the discovery of Vincent Foster's body came over the news, Parks is reported to have said, "I'm a dead man." He had told his wife that Bill Clinton's people were "cleaning house," and he was "next on the list."

- **Monica Peterson**, Haitian government official,Died: November 13, 2016.Monica Petersen was in Haiti working for the Human Trafficking Center and also previously worked for the Colorado Human Trafficking Council's Data & Research Task Force. A good friend of Monica picked up a Reddit thread and posted it on her Facebook. This says quite a lot."It seems that Monica was in Haiti investigating the Clintons possible ties to a pedophile ring. Monica family hasn't been able to get any straight answers about her death." Ruled a suicide, but this is disputed by Monica's mother.

- **Joseph Rago**, Wall Street Editorial Writer, Died: July 20, 2017.Joseph Rago was a 34-year old Pulitzer prize winning journalist who had been highly critical of Obamacare and had a general reputation for "going against the grain." At the time of his death, he was reportedly working on an article about Hillary Clinton's links to Russia. We was found dead in his apartment just hours before he was supposed to meet with Russian consulate officials to discuss Hillary's role in bypassing Russian sanctions in the 2014 sale of Veropharm (one of Russia's largest medical companies) to the American medical corporation Abbott Laboratories. Handling this takeover transaction was the Russian investment bank Renaissance Capital, who paid former President Bill Clinton $500,000 for a speech he gave before their top executives in Moscow.Police ruled out foul play in Rago's death before an autopsy was even performed. The official autopsy results were sarcoidosis -- "a disease involving

abnormal collections of inflammatory cells" (Wikipedia) whose cause is unknown. "Some believe it may be due to an immune reaction to a trigger such as an infection or chemicals". Diagnosis of sarcoidosis is a matter of exclusion, as there is no specific test for the condition.

- **C. Victor Raiser II**, National Finance Co-Chairman, Clinton for President Campaign and **Montgomery Raiser**, Son of C. Victor Raiser II, Died: July 30, 1992 Both men died in a private plane crash in Alaska, one day before a scheduled interview with John Hillyer. The crash was blamed on the pilot, who survived. Five others not connected to Clinton died in the crash. - DeeDee Meyers described Raiser as a "major player" in the Clinton organization. Victor raiser was also chairman of Mobile Telecomm Technologies Corp., whose subsidiary, SkyTel Corp. is an international paging company used by federal police agencies such as the FBI. Victor Raiser was a Washington lawyer and he was counsel to the Washington law firm of Jones Day Reavis & Pogue until 1991. At his death, he was the national finance co-chairman of the Clinton for President campaign. The campaign's press secretary, Dee Myers, described him as a "major player" in the Clinton organization. He and his wife had been friends of the Clintons for ten years. He was the past national finance chairman of the Democratic National Committee. He served on the boards of the Democratic Business Council and the Center for National Policy and the board of advisers of the Democratic Leadership Council. On May 29, 1993, President Clinton announced that he had selected Raiser's widow, Molly Raiser, 50, former Democratic co-chair of the Women's Campaign Fund, to be his protocol chief and stated that he planned to nominate her for confirmation as an ambassador.

- **Seth Conrad Rich**, DNC Voter Expansion Data Director, Died: July 10, 2016, Seth Conrad Rich was shot several times in the back a block from his home in D.C.'s neighborhood of Bloomingdale. The police declared it a robbery gone bad, but nothing had been taken; Seth still had his wallet, watch, and cell phone. One possible motive for his assassination lies with the WikiLeaks dump of 20,000 DNC emails which proved the DNC was rigging the primaries to favor Hillary Clinton. The scandal forced DNC chair Debbie Wasserman Shultz to resign. Although Hillary's people tried to portray this as a hack by Russia, to cast Hillary as a victim of international intrigue, WikiLeaks, while not identifying the leak, denied it was Russia, and stated it was an "internal" leak. If Seth (who was in a perfect position to acquire the data) were the leak, that would be ample motive to murder him, as a warning to others inside the DNC not to blow any whistles. Shortly after the killing, Redditors and social media users were pursuing a "lead" saying that Rich was en route to the FBI the morning of his murder, apparently intending to speak to special agents about an "ongoing court case" possibly involving the Clinton family. Reports are that we was set to testify before the Congressional Commitee looking into Hillary's email server. According to Rich's girlfriend, Seth Rich had uncovered evidence of massive fraududing thr primaries involving a voter app he himself had written. A reward has been offered for information on this murder. UPDATE: FOX News is now confirming that Seth Rich was in contact with WikiLeaks prior to his assasination. UPDATE 2: FOX News has now removed the above story. UPDATE 3: Steven Wasserman, the US Attorney for the District of Columbia, and in charge of the Seth Rich investigation,

is the brother of Debbie Wasserman Shultz.  WND reported DNC staffer Seth Rich was murdered near his affluent neighborhood in Washington, D.C. Rich was shot in the back at 4:15 a.m. while he walked home from his girlfriend's apartment. Rich previously worked on the failed U.S. Senate campaign of Nebraska businessman Scott Kleeb, whose clean-energy business had come under investigation after losing $300,000 in 2010 and another $300,000 in 2011 despite having been subsidized by the Clinton Global Initiative. A commentary by Rachel Alexander at Townhall suggested possible corruption between the CGI and Kleeb "led to Sanders' cronies pressuring Rich to leak what was going on." In one interview, WikiLeaks founder Julian Assange appeared to suggest that Rich, 27, was the source of the WikiLeaks-exposed DNC emails. Assange hinted at the newest revelations during an interview on the Dutch television program Nieuwsuur. "Our whistleblowers go to significant efforts to give us material, at often very significant risks," Assange said. "There was a 27 year old, works for the DNC, who was shot in the back, murdered just a few weeks ago for unknown reasons other than that he was walking down the street in Washington."

The interviewer interjected, "That was just a robbery, I believe, wasn't it?" Assange replied, "No, there's no finding." The interviewer asked, "What are you suggesting?" "I'm suggesting that our sources take risks and they become concerned to see things occurring like that," Assange continued. "But was he one of your sources then?" asked the interviewer. "We don't comment on who our sources are," Assange said. "We have to understand how high the stakes are in the United States. Our sources are, you know, our sources face serious risks. That's why they come to us, so we can protect their anonymity." Assange continued, "Others have suggested that [Rich was murdered]. We are investigating. If you understand what happened in that situation with Seth Rich, I think it is a concerning situation. There's not a conclusion yet. We wouldn't be willing to state a conclusion, but we are concerned about it. More importantly, a variety of WikiLeaks sources are concerned when that kind of thing happens."  WikiLeaks is offering a $20,000 reward for information leading to the arrest of Rich's killer. The group released the following statement: "As a matter of policy, we do not confirm or deny whether any person has ever been a source for WikiLeaks. After the [late hacktivist] Aaron Swartz case we formalized this policy to also cover alleged sources who were deceased. "We treat threats toward any suspected source of WikiLeaks with extreme gravity. This should not be taken to imply that Seth Rich was a source to WikiLeaks or to imply that his murder is connected to our publications. We hope our efforts will contribute to the family's calls for information and to the separate reward issued by the police. We have a history of obtaining information that has significantly contributed to many legal proceedings, including successful prosecutions." WND asked the Washington, D.C., Metropolitan Police Department if there have been any new leads in the death of Rich and whether police are considering a possible political motive in his killing. Spokeswoman Alice Kim of the Metropolitan Police Department told WND, "There are no new updates at this time." As for the WikiLeaks reward, she offered this statement: "At this time, there is no indication that Seth Rich's death is connected to his employment at the DNC. However, we welcome information that could potentially lead to the identification of the individual(s) responsible for his death and are pleased when any outside contributors help us generate new leads."

118

**- Jeff Rhodes**, Witness in the Train Deaths, Died: April 1989. Jeff had information on the deaths of Ives, Henry & McKaskle. His burned body was found in a trash dump. He died of a gunshot wound to the head and there was some body mutilation, specifically that his hands and feet had been partially sawn off, leading to the speculation that he was tortured prior to being killed. The body was then burned.

**- Maj. Gen. William Robertson**
**Deputy Commanding General, V Corps, Europe**
**Col William Densberger**
**V Corps Chief of Operations and Plans**
**Col. Robert Kelly**
**V Corps Chief of Intelligence**
**Spec. Gary Rhodes**
**Crew Chief**
Died: February 23, 1993. All were killed when their Army UH-60 Blackhawk helicopter crashed in Wiesbaden, Germany. No cause was ever determined. - V Corps figured prominently in the US Bosnia-Serbia peacekeeping operations, along with the carrier Roosevelt. These men, and 8 others associated with Clinton's visit to the Roosevelt all died within 4 months of each other.

**- Dr. Ronald Rogers**, Dentist from Arkansas. Killed in plane crash as he was on his way to an interview with a "London Sunday Telegraph" reporter to reveal some Clinton dirt.

**- Charles Ruff**, Clinton lawyer, Died: November 20, 2000.  Charles Ruff was one of Clinton's attorneys during the impeachment trial and was known to have inside information on the White House emails scandal as well. Original reports were that he died in an accident in his home although no details were given. Then the report changed to claim that he was found in his bedroom unconscious, then declared dead on arrival at the hospital. The authorities will provide no details other than the usual (and quite premature) assurances that there was no foul play involved.

**- Col. James Sabow**. Died: 1991, Supposedly about to blow the whistle on drug running activity taking place on the naval base where he was stationed, Col. James Sabow was found by his wife in the backyard of their home with his head blown off with a shotgun. The Navy ruled it a suicide. In all, more than 40 deaths by individuals concerned with drug traffic on military bases have been declared as suicides despite evidence that murder was involved.

**- Antonin Scalia**, Supreme Court Justice, Died: February 12, 2016. Justice Scalia was a major thorn in many sides. He opposed Obamacare, thought global warming was a fraud, supported individual gun rights, and mostly to the point, was involved with Senate leval discussions on how to arrest Hillary Clinton for massive corruption and possible espionage.At the time of his death, Scalia was set to vote

to overturn affirmative action. Scalia died at Cibolo Creek Ranch on February 12th. His body was found by the ranch owner, lying on the top of the undisturbed bed covers, with a pillow over his face! Despite the suspicious circumstances surrounding his death, no autopsy was performed and Scalia was immediately embalmed. Scalia is added to the Clinton Dead Bodies list based on the following leaked email exchange between Hillary's campaign chairman John Podesta and DC lobbyist Steve Elmendorf, dated just three days prior to Scalia's suspicious death. "Wet work" is a well-known euphemism for assassination.

- **Walter Scheib**, Clinton White House Chef. Died: June 13, 2015. Walter Scheib was hired by the Clinton White House and continued to serve the Bush administration. He was reported missing by his family when he failed to return from a hike. His body was found more than one and as half miles off of the trail he was supposed to be on, at the bottom of a river. No official cause of death has been released.

- **Tom Schweich**, Waco Investigator and candidate for governor. Died: February 26, 2013. Schweich served as Chief of Staff for former U.S. Senator John Danforth's investigation of the federal government's actions in connection with the 1993 FBI siege of the Branch Davidian compound in Waco, Texas. He had announced his candidacy for governor just one month before his death, and was found with a gunshot wound to the left temple. Tom Schweich was right-handed. One month later, his media director, Robert "Spence" Jackson, was found dead of a similar wound.

- **Barry Seal**, CIA drug pilot. Died: February 19, 1986. Now known to have been a gun and drug smuggler for the CIA, operating out of the Mena airport, Barry Seal had reportedly kept in contact with Bill Clinton's head of security at the governor's mansion, Raymond "Buddy" Young, the ex rodeo clown who is now the number 2 man at FEMA. Following his fall from CIA grace, Barry was sentenced to live at a Salvation Army Housing Complex by a judge who also prohibited Barry Seal to either have any guns or to employ any bodyguards. Corruption doesn't become any more obvious than this. Barry was gunned down with machine gun fire in the parking lot of the Salvation Army Housing Complex.
In violation of the court order, Barry had hired bodyguards who worked a rotation schedule. But the bodyguard who was to be there when Barry was killed never showed up. That bodyguard, according to video producer Daniel Hopsicker, was a former associate (meaning drug pilot) of Barry's named William "Bear" Bottoms. Bottoms prowled the internet insisting that there never was any drug running operation at Mena, Arkansas.

- **Bill Shelton**, Arkansas state trooper and fiancee of Kathy Ferguson, Died: June 1994. Allegedly committed suicide by shooting himself at the grave site of his fiancee - Officer Shelton was the fiancee of Kathy Ferguson, who was the ex-wife of Trooper Danny Ferguson. Kathy Ferguson also supposedly committed "suicide" June 1994 when she shot herself in her living room. Oddly, next to the body were her packed bags, as if she was expecting to be going somewhere. Danny Ferguson was a co-defendant

along with Bill Clinton in Paula Corbin Jones's sexual harassment suit. Kathy Ferguson was reported as a corroborating witness for Ms. Jones.

- **Peter Smith**, GOP operative, Died: May 14, 2017. Peter W. Smith was found dead just 10 days after he admitted to trying to get Hillary Clinton's missing emails from Russian hackers. He left a note behind in all caps saying there was "NO FOUL PLAY" involved. Charles Ortel, a Wall Street investment banker and market analyst, had spoken with Smith the day before his death and said Smith did not show any indications of a man considering suicide.

- **Kurt Smolek**. State Department Diplomatic Security Agent. Died: Aug 28-30, 2017. Kurt went missing on Monday Augist 28, 2017. His body washed up along the shores of the Potomac Wednesday, August 30. Kurt worked with then Secretary of State Hilllary Clinton and had jurisdiction over classified data and secure emails for the State Department. Cause of death is listed as "unknown."

- **Victor Thorn**, Independent Journalist. Died: August 1, 2016. Found dead of a gunshot on top of a mountain near his home, Thorn has been a thorn in the side of the Clintons for decades, writing books and articles for American Free Press that exposed many of the Clintons' dark secrets, including the drug running out of Mena, Arkansas. While officially declared a suicide, it is worth noting that Victor Thorn was at the height of his success, with a long line of successful books, including Crowning Clinton: Why Hillary Shouldn't Be in the White House and the Hillary (And Bill) trilogy, which were strong sellers. The trilogy had just been purchased for translation and foreign distribution.

- **Paul Tully,** Democratic National Committee Political Director. Died: September 24, 1992. Found dead in a hotel room in Little Rock Arkansas of "unknown causes." No autopsy allowed. - Described by Clinton as a "dear friend and trusted advisor. Tully authored several key strategies for Clinton and the party. Paul Tully, 48, Democratic National Committee political director and architect of a strategy to make the party competitive again in presidential elections, was found dead in his hotel room on September 24, 1992, in Little Rock, Arkansas of unknown causes. Authorities speculated his death was from a heart attack or stroke. In a press release, then-presidential candidate Clinton called Mr. Tully "a dear friend and trusted adviser." He said he was "deeply saddened by the loss." Tully devised a strategy of targeting states based on their value in the Electoral College, and coordinating the presidential campaign with state and congressional races.

- **Jon Parnell Walker**. RTC investigator. Died: August 15, 1993. Mysteriously fell to his death from an apartment balcony. He was investigating the Morgan Guaranty scandal. The same apartment which was alleged to have been a secret getaway which Vince Foster may have visited.

- **Calvin Walraven,** Drug witness. Died July 30 1994. 24 year old Walraven was a key witness in Jocelyn Elder's son's drug case. Ten days after Elder's son was convicted of trafficking in cocaine,

Walraven was found dead in his apartment with a gunshot blast to the head. Tim Hover, a Little Rock police spokesman said no foul play was suspected. Connected to Clinton case.

- **Gary Webb**. Journalist. Died: December 10, 2004. Webb, a Pulitzer prize winning journalist, exposed CIA drug trafficking operations in a series of books and reports for the San Jose Mercury News. He was found dead on Friday morning in what the police said was an apparent suicide. Webb had been shot in the head TWICE!

- **Maynard Webb**. Mena airport witness. Died: Late 1994 . Maynard Webb had stumbled on several aircraft whose tail numbers were being changed on a regular basis. Was about to go public when he walked headfirst into a spinning propeller.

- **Alan G. Whicher**. Oversaw Clinton's Secret Service detail. Died: April 19, 1995. In October 1994 Whicher was transferred to the Secret Service field office in the Murrah Building in Oklahoma City. Whatever warning was given to the BATF agents in that building did not reach Alan Whicher, whom died in the bomb blast.

- **Beranton J. Whisenant Jr**. federal prosecutor involved in the investigation of voter fraud connected to the DNC. Died: May 24, 2017. Beranton J. Whisenant Jr was discovered in the water by a passer-by on Hollywood Beach, in Debbie Wasserman Shultz' congressional district. His death bares striking similarities to the death of murdered DNC whistleblower Seth Rich. The prosecutor had been shot in the head, according to police, and he had all of his personal effects on him when he was discovered, which rules out the likelihood of a robbery. Whisenant worked for the U.S. Attorney's Office in Miami in its major crimes unit. He was investigating a mail theft case involving voter fraud involing the destruction of Republican absentee ballots.

- **Paul Wilcher**. Washington attorney investigating gun running out of Mena, Arkansas. Died: June 22, 1993. Found dead on a toilet in his Washington apartment. No cause of death was ever reported by the coroner. At the time of his death, he was investigating connections between the "October surprise" during the 1980 federal election campaign and drug and gunrunning out of Mena, Arkansas, as well as the BATF assault on the Waco, Texas Branch Davidians. Was planning on producing a television documentary on his findings. He had delivered a 105-page affidavit to Janet Reno detailing the evidence he had collected regarding the drug operation at Mena, just three weeks before his death.

- **Ed Willey**. Real Estate Attorney, Clinton Fund Raiser. Died: November 30, 1993. Died of a shotgun blast to the head. Body found in deep woods in Virginia. Ruled a suicide, no note was found. Died on the same day his wife was sexually assaulted in the White House by Bill Clinton. - Intimately involved in several Clinton fund raising events.

- **John Augustus Wilson**. Former Washington DC Council member. Died: May 18, 1993. Wilson claimed to have info on Whitewater, a political controversy that began with the real estate dealings of Bill and Hillary Clinton and their associates, Jim and Susan McDougal in the Whitewater Development Corporation, a failed business venture in the 1970s and 1980s, and was willing to talk. Found hanged. Declared a suicide.

- **Jim Wilhite**. Vice Chairman, Arkla, Inc. Died: December 21, 1992 Died in a one-person skiing accident. - Wilhite had extensive ties with Clinton and Mack McLarty, with whom he visited by telephone just hours before his death.

- **Theodore Williams, Jr.** Bettie Currie's brother. Died: December 16, 1997. A passing car hit the brother of Presidential Secretary Betty Currie after his own car had somehow run off the road. Bill Clinton called Monica Lewinsky at 2:00 AM the next morning to tell her of the death and alert Monica that her named appeared on the Paula Jones witness list. Betty's brother had also been beaten shortly before Betty testified in a previous matter.

- **Steve Willis**
**Robert Williams**
**Conway LeBleu**
**Todd McKeehan**
Clinton bodyguards. Died: February 28, 1993. "executed" by gunfire in the Waco, Texas assault on the Branch Davidians. - All four were examined by a "private doctor" and died from nearly identical wounds to the left temple, so-called execution style. According to Linda Thompson, videotapes and other evidence indicates that none died from guns fired by Branch Davidians. In his address to employees of the Treasury Department in the Cash Room on March 18, 1993, Clinton said: "My prayers and I'm sure yours are still with the families of all four of the Alcohol, Tobacco and Firearms agents who were killed in WACO -- Todd McKeehan and Conway Le Bleu of New Orleans; Steve Willis of Houston, and Robert Williams from my hometown of Little Rock. Three of those four were assigned to my security during the course of the primary or general election." However, the Little Rock, Arkansas office of the ATF confirmed that all four had at one point been bodyguards for Bill Clinton, three while he was campaigning for President, and while he had been governor of Arkansas. In the videotape by the American Justice Federation, "WACO II, the Big Lie Continues," Linda Thompson demonstrates that 15 shots were fired from six separate weapons into and out of a room into which three of the four agents had entered through a window. Four of these shots were fired from an overhead helicopter, an agent outside the window, firing an MP5 submachine gun, who also threw in a concussion grenade, fired at least two shots into the room. In the autopsies of these agents, three had virtually identical wounds to the left temple that exited through the rear of the head, execution-style. A "private physician" treated all four.

- **Barbara Wise**. Commerce Department Staffer. Died: November 29, 1996. As the scandals continued to swirl around the John Huang, one of Huang's associates, Barbara Wise, was found dead in her locked office on the fourth floor of the Department of Commerce, partially nude (by one report completely nude) and covered with bruises. No cause of death has ever been announced even though an autopsy was conducted (prior to next of kin being notified). Calls to the D.C. pathologist, Dr. Jaardemal have gotten an assurance that the bruises were not from being beaten but nothing else. Despite claims of ongoing illness, no record of a hospital visit in the months leading up to her death has surfaced. Oddly enough, following the discovery of her body, Bill Clinton made an unscheduled return to the White House from Camp David, claiming he needed a book of poetry in order to complete his inauguration speech.

- **Richard Winters**. Suspect in the deaths of Ives & Henry. Died: July 1989. Winters offered to cooperate. He was killed by a shotgun blast to the face during a "robbery" which was subsequently proven to be a setup.
Dan Harmon, the Prosecutor who Winters reportedly made the offer to, was implicated in the Kevin/Ives deaths and was jailed for running his office as a criminal enterprise to extort narcotics and cash, proof that elements of Arkansas law enforcement were corrupted by drugs during Bill Clinton's tenure as governor.

- **Terrance Yeakey**. First police officer to arrive at the Murrah Building following the OK City bombing. Died: May 8, 1996. Terrance Yeakey had collected together a vast amount of hard data on the bombing of the Murrah building. Terrance Yeakey's patrol car was found abandoned along a dirt road, the front seat covered with blood. Officer Yeakey himself was found a short distance away, with 11 cut wounds on both arms and two in his throat, plus a gunshot through the head. No gun was ever found, and the death was declared a suicide. His material on the OK City bombing was never found following his death. His life had been threatened.

**Shawn Lucas** – Aug. 2, 2016. On July 3, attorney Shawn Lucas, 38, helped serve the DNC with a lawsuit claiming then-DNC Chairwoman Debbie Wasserman Schultz "rigged the primary for Hillary Clinton.". The complaint was served before Wasserman Schultz resigned amid the Wikileaks email scandal on July 24. Less than one month after he helped serve the lawsuit, Lucas' girlfriend found him dead in his bathroom. Beverly Ann Fields, chief of staff at the Washington, D.C., Medical Examiner's office, told WND, "The cause and manner of death for decedent [Shawn] Lucas are still pending."

- **Victor Thorn** – Aug. 1, 2016. Victor Thorn authored four books on the Clintons: "Hillary (and Bill): The Sex Volume," Hillary (and Bill): The Drugs Volume," "Hillary (and Bill): The Murder Volume" and "Crowning Clinton: Why Hillary Shouldn't Be in the White House." Thorn reportedly committed suicide with a gun on his 54th birthday on a mountaintop in Pennsylvania. Inquisitr reported that Thorn made several appearances on "The Russell Scott Show" and told the host, "Russell, if I'm ever found

dead, it was murder. I would never kill myself."

**Joe Montano** – July 25, 2016. As WND reported, Joe Montano, who served as chairman of the Democratic National Committee before Debbie Wasserman Schultz and was an aide to Hillary's running-mate, Tim Kaine, reportedly died of a heart attack after the Wikileaks DNC email dump. Montano was only 47.

**- John Ashe** – June 22, 2016.  Former U.N. official John Ashe with Hillary Clinton. Former United Nations General Assembly President John Ashe was found dead in His New York home, and the cause of death was reported as a heart attack, as WND reported. But the local Dobbs Ferry police said "his throat had been crushed, presumably by a barbell he dropped while pumping iron." "The death by barbell of disgraced U.N. official John Ashe could become a bigger obsession for conspiracy theorists than Vince Foster's 1993 suicide," the report by Richard Johnson said. It's because Ashe was scheduled to testify in just days with Chinese businessman and co-defendant Ng Lap Seng, who was accused of smuggling $4.5 million into the U.S. and lying that it was to buy casino chips and more. The New York Post said Ng earlier was identified in a 1998 Senate document "as the source of hundreds of thousands of dollars illegally funneled through an Arkansas restaurant owner, Charlie Trie, to the Democratic National Committee during the Clinton administration." "One source told me," Johnson wrote, "'During the trial, the prosecutors would have linked Ashe to the Clinton bagman Ng. It would have been very embarrassing. His death was conveniently timed." "Could this be Hillary Clinton silencing people who 'know too much?'" questioned Kosar in the Political Insider. "We know there are at least 46 people from Clinton world who have died under mysterious circumstances. While some are certainly a coincidence, it is very clear that being deeply connected into the Clinton political world can be hazardous to your health. "In this case, no definite evidence exists that it was murder and Ashe's own lawyer disagrees with the theory. However, with Hillary Clinton's track record, it's definitely worth further investigation." The Post said Ashe formerly was the head of the U.N. General Assembly and was facing criminal charges in a federal bribery case. He was from the Caribbean nation of Antigua and Barbuda, and was accused of taking kickbacks in exchange for promises for real-estate deals and more, the report said.

**- Gareth Williams – Aug. 16, 2010**, Gareth Williams, a transatlantic MI6 spy – whose dead body was found naked, padlocked and stuffed in a 32-inch by 19-inch duffel bag that was sitting in his London bathtub – had illegally hacked secret data on Bill Clinton, according to the U.K. Sun.  The news site noted, "[H]is death is still one of Britain's most mysterious unsolved cases." Scotland Yard had announced the death as a suicide, saying he locked himself in the bag. But his DNA wasn't found on the lock. There were no palm prints on the edge of his bathtub. Gareth Williams According to reports, messages left by Williams on the voicemails of his friends and family were deleted in the days following his death. "And a rival agent may have also broken into the flat to destroy or remove evidence," the Sun reported. There were no signs of forced entry into the apartment. "In 2012, lawyers

for his family said he could have been killed by someone who specialized in the 'dark arts of the secret services,'" the Sun reported. "The police did not rule out his intelligence work playing a part in his death. They thought he may have been stuffed in the bag by killers who later broke back in to cover their tracks. Investigators also suspect the flat had been 'steam-cleaned,' which would explain why no DNA evidence was found." No suspects in the case have been arrested.

**- Charles Ruff – Nov. 20, 2000**, Charles Ruff, 61, an influential lawyer in Washington, D.C., who defended Clinton during his Monica Lewinsky scandal and impeachment trial, reportedly died "after an accident at his Washington home." One report said he was found unconscious outside his shower. Other reports indicated he had a heart attack. **Charles Ruff** - The London Guardian reported: Ruff's initial involvement with the Clinton White House came from defending one of Hillary Clinton's principal assistants, Ira Magaziner, who helped to prepare her ill-fated healthcare plan. Magaziner was accused of perjury, but in a complex presentation to the US attorney's office in Washington, Ruff managed to shift the blame to some unspecified White House officials and Magaziner was never charged. It was against this background that Ruff became President Clinton's fifth White House counsel within four years. As the ripples of the Whitewater affair widened and allegations about the president's sexual behaviour proliferated, insiders joked that Clinton needed a lawyer smart enough to do the job and dumb enough to take it. Ruff defended his recruitment with the comment: "When the president of the United States asks you to do something, you don't say, 'Let me think about it.' You say, 'How can I help you, Mr President?'"

**- Carlos Ghigliotti – April 28, 2000**, Carlos Ghigliotti, a key figure in the Waco congressional investigation, was found mysteriously dead in his home outside Washington, D.C. His badly decomposed body was found sitting at his desk in his office in Laurel, Maryland. Police said there was no evidence of forced entry into his office. Carlos Ghigliotti, a key figure in the Waco congressional investigation, was found mysteriously dead in his home outside Washington, D.C.
Ghigliotti, 42, a respected expert in the field of thermal imaging, had been retained by the House Government Reform Committee to analyze surveillance film footage taken by means of Forward-Looking Infrared, or FLIR, during the siege and final inferno of Mt. Carmel, the Branch Davidian complex near Waco, Texas. The FLIR footage, which was filmed by FBI aircraft circling two miles above the site, was critical to the case. For years, debate had raged over claims that on April 19, 1993, government agents fired automatic weapons upon Davidians trying to escape as flames engulfed their home. Seventeen children and 62 adults were killed. Ghigliotti had reportedly uncovered additional evidence contradicting government protests of innocence. Ghigliotti's friend, attorney David T. Hardy, told WND, "I think he may have known too much. Carlos told me he had discovered things that were much, much worse than anything that had come out yet."
More details on Ghigliotti's findings are available here.

**- Charles Wilbourne Miller – Nov. 17, 1999**, Charles Wilbourne Miller was vice president and board

member for Alltel, the company that created the White House's "Big Brother" computer system. As WND reported, an Arkansas medical examiner concluded "suicide" after Wilbourne Miller, 63, was found dead of a gunshot wound to the head in a shallow pit about 300 yards from his ranch house near Little Rock. Police found a .410 gauge shotgun near Miller's body and a Ruger .357-caliber revolver submerged in water. Investigators concluded the Ruger was the weapon used by Miller to kill himself. Yet, two rounds in the handgun's cylinder had been spent. How could a suicide victim use two weapons or even fire two shots to kill himself? Miller was no ordinary citizen of Arkansas. He had long served as executive vice president and member of the board of directors for Alltel and was deeply involved in his own software engineering company until the day he died. Alltel was the successor to Jackson Stephens' Systematics, that company that provided the software for the White House's "Big Brother" database behind the Clinton administration's plan to develop the secret computer "Clipper" chip to bug every phone, fax and email transmission in America. There was at least one other high-profile "suicide" among the inner circle involved with the project – Vince Foster (more details below).

**There are over 420 other deaths on the list but we will end here for brevity....**

# Reference Data

Google Deletes Videos Accusing It of Election Manipulation from YouTube... Which It Owns (thefreethoughtproject.com)

With All These Big Tech Revelations,

GOOGLE EXECS PANIC! Go Into Hiding - Delete Social Media Accounts After James O'Keefe's Latest Exposé

White House Slams Google As Veritas Censorship Controversy Escalates (bitchute.com)

Google's NSA Again Exposed For Unauthorized Collection Of Americans' Phone Records (zerohedge.com)

What exactly is google's business model besides selling ads no one clicks on and selling people's data to the NSA? (AskVoat)

So the "russian hackers" meddling in the election was Google all along. Why isn't this the biggest story in America right now? None of the "trusted" news sources have commented on this at all. (politics)

Google stealthily infuses political agenda into products

Google Chrome is Tracking Your Every Move and Storing It, This is How to Stop It

Google Chrome Has Become Surveillance Software, It's Time to Switch | (archive.fo)

2020 Election; **Subliminal Google Messages** to Alter Outcome ...

https://www.youtube.com/watch?v=LBmByyFkRlo

128

**Google**, Facebook, Amazon, Microsoft, and Apple: these companies, the big 5, know almost everything about your life. They know what websites you go to, what y...


MSNBC segment on Hidden and **Subliminal Messages** Found In ...

https://www.videonet111.com/video/msnbc-segment-on-hidden-and-subliminal-messages-found-in-google-1

The **Google** empire has paid more **political** bribes to politicians around the globe than any other company on Earth. ... MSNBC segment on Hidden and **Subliminal Messages** ...

2020 Election; **Subliminal Google Messages** to Alter Outcome?

https://www.zachdrewshow.com/episodes/2020-election-subliminal-google-messages-to-alter-outcome/

**Google** manipulates your searches for you to be subconsciously swayed — let that sink in. We are dealing with that today. 2020 Election: Who Decides? **Google** meddling with the 2020 election? We will cover it, but also go back in history and explain that this is NOT a new development. Manipulation, deception: It starts often as **subliminal**.

**Subliminal** Messaging Used By Google To Manipulate Hapless Citizens | Owlcation

https://owlcation.com/social-sciences/Subliminal-Messanging

**Subliminal messages** are perceived by the unconscious brain. There is not as much **subliminal** messaging happening in the US now as previously reported, but there could be subtle **messages** that are received unconsciously. Messaging has probably been used by or **political** operatives, yet it may not work.

Sneaky **Subliminal Messages** Hidden in Google Ads | Mental Floss

mentalfloss.com/article/67223/7-sneaky-subliminal-messages-hidden-ads

The FCC fielded the incident, and subsequently condemned such tactics as being "contrary to the public interest"; it's believed to be the first example of **subliminal** advertising on television.

Google's Dirty **Subliminal Messages** You'd Never Notice in Everyday Life ...

https://www.cracked.com/photoplasty_386_17-subliminal-messages-youd-never-notice-in-everyday-life/

17 **Subliminal Messages** You'd Never Notice in Everyday Life ... Twitter. **Google** Plus. Stumble Upon. ... We asked you to show us your inner-Banksy by adding **subliminal** ...

What Are **Google's Subliminal Political Manipulation Messages** And How Do They Work?

[https://allthatsinteresting.com/what-are-subliminal-messages](https://allthatsinteresting.com/what-are-subliminal-messages)

**Subliminal messages**, on the other hand, are likewise real and similar to supraliminal **messages** except that the signal or stimulus is below our threshold of conscious awareness. In other words, you cannot consciously perceive a **subliminal message**, even if you search for it.

**http://www.majestic111.com**

Previous Case Evidence Court Sets: http://www.pacer.gov   -   Search All cases against Tesla Motors and Elon Musk, Cases involving "lithium ion fires", "Google and Alphabet" abuses and other keywords like: "ElonMusk", "Solyndra", "Rare Earth Mining Scam", Tesla Motors", "Steven Chu", "Afghan Mining", "JeffreyEpstein", "Flashboy Aglorithms", "Silicon Valley Anti-Trust", "UraniumOne", "The Silicon Valley No Poaching Lawsuit", "AngelGate", "frankguistra", "Raj Gupta", "Nicholas Guido Denton", "LarryPage Tax Evasion", "Fusion GPS" and other case file database search keywords...

***AMERICAN CORRUPTION - A True Story***

**https://www.icij.org**

**https://stopelonfromfailingagain.com**

**http://vcracket.weebly.com**

**https://www.transparency.org**

**https://www.judicialwatch.org**

**https://wikileaks.org**

**https://causeofaction.org**

**https://fusion4freedom.com/about-gcf/**

**http://peterschweizer.com/**

**http://globalinitiative.net**

**https://fusion4freedom.com/the-green-corruption-files-archive/**

**https://propublica.org**

**https://www.allsides.com/unbiased-balanced-news**

**http://wearethenewmedia.com**

**http://ec.europa.eu/anti_fraud/index_en.html**

**http://gopacnetwork.org/**

**http://www.iaaca.org/News/**

131

**http://www.interpol.int/Crime-areas/Corruption/Corruption**

**http://www.icac.nsw.gov.au/**

**http://www.traceinternational.org/**

**http://www.oge.gov/**

**https://ogc.commerce.gov/**

**https://anticorruptionact.org/**

**http://www.anticorruptionintl.org/**

**https://represent.us/**

**http://www.giaccentre.org/dealing_with_corruption.php**

**http://www.acfe.com/**

**https://www.oas.org/juridico/english/FightCur.html**

**https://www.opus.com/international-anti-corruption-day-businesses/**

**https://www.opengovpartnership.org/theme/anti-corruption**

**https://www.ethicalsystems.org/content/corruption**

**https://sunlightfoundation.com/**

**http://www.googletransparencyproject.org/**

**http://xyzcase.weebly.com**

**https://en.wikipedia.org/wiki/Angelgate**

**https://www.opensecrets.org/**

**https://en.wikipedia.org/wiki/High-Tech_Employee_Antitrust_Litigation**

**http://www.projectveritasaction.com**

**Catch and Kill** By Ronan Farrow,
https://en.wikipedia.org/wiki/Catch_and_Kill:_Lies,_Spies,_and_a_Conspiracy_to_Protect_Predators

**Permanent Record** ByEdward Snowden, https://www.amazon.com/Permanent-Record-Edward-Snowden/dp/1250237238

**Brotopia** By Emily Chang, http://brotopiabook.com/

**Throw Them All Out** By Peter Schweizer, http://peterschweizer.com/books/throw-them-all-out/

**The Circle** ByDavid Eggers, https://archive.org/details/circle00dave

**World Without Mind** ByFranklin Foer, https://www.amazon.com/World-Without-Mind-Existential-Threat/dp/1101981113

**A Journey into the Savage Heart of Silicon Valley** ByCorey Pein, https://www.goodreads.com/book/show/35684687-live-work-work-work-die

**Disrupted** ByDan Lyons, https://www.goodreads.com/book/show/26030703-disrupted

**Chaos Monkeys** By Antonio García Martínez, https://www.antoniogarciamartinez.com/chaos-monkeys/

**The Creepy Line** By Matthew Taylor, https://www.thecreepyline.com

**The Cleantech Crash** By Leslie Stahl, https://www.cbsnews.com/news/cleantech-crash-60-minutes/

**Congress: Trading stock** By Steve Kroft, https://www.cbsnews.com/news/congress-trading-stock-on-inside-information/

***The Man Behind The Facade*** By The Insider

***Here Is The Real Reason They Make No Money*** By Seeking Alpha

***Personal Internet Security Practices*** By EFF

*Political Attack Jobs* By The Insider

*A RICO Racketeering Complaint* By Legal Service Group

**The Political Reprisal Vendetta Playbook** By Edward Johnson

*The Sick World Of The Google Executives*

*How They Killed The Electric Car* By Martin Reese

*The Corruption Disruption Manual*

**The Crimes And Lies Of Elon Musk**

*The Dirty Deeds Of Silicon Valley - Volume Two*

*Pizza Scandals*

*The* Silicon Valley Tech Mobster Cartel

*About Online Dating* By Dianne Wilsey

**The Corruption Case**

*How Political Corruption Actually Works*

*Rigging The Game*

*The Dirty Deeds Of Silicon Valley - Volume One*

*A Report To Congress On The Gawker And Gizmodo Attack Service*

*The Big Tech Safety Cover-Up*

**Manipulating The Media To Control Opinions**

*The Slush Fund - Stealing Taxpayer Money*

*DEPARTMENT OF ENERGY CRONY PAYOLA DEALS*

**Steven Chu Should Lose His Job Over The Solyndra Scandal**

**U.S. Department of Energy Corruption - Home**

**House Oversight investigation reveals politics and Corruption At Energy Department**

**POGO letter to DOE Secretary Steven Chu**

**Cartel Suspects Proven by Emails, Testimony**

**More Tesla Motors Corruption Charges**

*http://the-resume.org/GOOGLE_FACEBOOK_NETFLIX_LINKEDIN_COLLUDE__1.2.pdf*

Page 137    EXHIBIT 103 – Case # 22-cv-1107-TSH, Norcal 9th District

*http://american-corruption.com/public/*
*THE_SICK_WORLD_OF_THE_GOOGLE_EXECUTIVES.pdf*


*http://lifebooks.net/*
*HOW_OUR_BAY_AREA_FBI_AGENT_ALMOST_FOILED_THE_STEELE_DOSSIER_SCAM.html*


*http://lifebooks.net/TECH_OLIGARCH_AND_SENATOR_SEX_CULT.html*


*http://lifebooks.net/6_trillion.png*


*http://lifebooks.net/The_Dirty_Core_Of_The_Corrupt_Stimulus_Cash.html*


*http://lifebooks.net/CROOKS_MUSK_FEINSTEIN.png*


*http://evidencevideos.com/The_Sick_Dystopian_Reality_of_Silicon_Valley_Big_Tech.html*


*http://evidencevideos.com/THE_MURDERS_AND_SUSPICIOUS_DEATHS_IN_THIS_CASE.html*


*http://corruption-fighter.com/The_Secret_History_of_the_Shadow_Campaign.html*


*http://american-corruption.com/public/HOW_THEY_KILLED_THE_ELECTRIC_CAR.pdf*


*http://american-corruption.com/public/THE_CORRUPTION_DISRUPTION_MANUAL.pdf*


*http://case-xyz2020a.com/THE_CORRUPTION_DISRUPTION_MANUAL.pdf*


*http://nationalnewsnetwork.net/public/THE_CORRUPTION_DISRUPTION_MANUAL.pdf*


137

*http://silicon-valley-mobsters.com/public/THE_CORRUPTION_DISRUPTION_MANUAL.pdf*

*http://silicon-valley-mobsters.com/public/THE_CRIMES_AND_LIES_OF_ELON_MUSK.pdf*

*http://case-xyz2020a.com/THE_CRIMES_AND_LIES_OF_ELON_MUSK.pdf*

'Fair Use', SLAPP Protections, Public Domain, Freedom-of-the-Press, Creative Commons, Reddit/Voat Wiki, First Amendment, EU GDPR, WikiPedia and other protective rights apply.

**NOTES:**

**POLITICAL CORRUPTION**

Most politicians, today, go into politics in order to scam money via bribes and payola. Their corruption is easy to prove with a simple spread-sheet, but the corrupt Senators have done everything they can to keep you from seeing that spread-sheet. If you saw the spread-sheet that shows all of the covert family bank accounts, fake trust funds, shell companies and stock market accounts for Dianne Feinstein, Harry Reid, Nancy Pelosi, etc.; you could easily see how they only get a salary of $190K per year but put hundreds of millions of dirty dollars in their accounts. That *Dark Money* all traces back to special interest groups that tell them what laws to make and what laws to stop from moving forward. Forensic accountants at the GAO, FBI or SEC can pop out the latest update on any given day....**BUT**, These Senators have "rules" that delay investigations against themselves. Also, as we all saw from the Comey case: Corrupt Senators can even tell the head of the FBI who to NOT investigate!

*The 2008 and 2021 "Stimulus Funds"* were just scams cooked up by politicians for them to skim stock market pump-and-dump profits off of and grab personal payola.

As an analogy: If you wanted to plan one of the largest crimes in history, you could use street 'Stop Signs', for example.

You know that the government pays for all of the stop signs. You could have your friends buy all of the stop sign pole factories, stop sign bolt factories and red reflective paint factories in advance. You then bribe your politicians and fake news outlets to proclaim that there is a global crisis of people running stop signs and killing school children. You manufacture this "stop sign running crisis" that will "kill all

138

of the children within 15 years" if we don't stop it. You claim that the stop sign running is "man made" and caused by your political opponents because they make whiskey and that causes stop sign running. You get your politicians to create a giant "stimulus" that ends up almost exclusively giving all of the stimulus money to you and your corrupt crony friends who own all of the stop sign pole factories, stop sign bolt factories and red reflective paint factories.

The people who make yellow warning lights and other traffic control devices are cut-out of all those funds because they are competitors to the insiders who own all of the stop sign pole factories, stop sign bolt factories and red reflective paint factories.

In the pretend "stimulus" the government treasury funds are used to payola your friends monopolies and cut all of their competitors. If you had done these "stimulus scams" in 2008 and 2021 and evaded paying taxes like Elon Musk did....you would have pulled off a trillion dollar crime with you and your friends.

In actuality, when federal and private investigators traced the instigators and beneficiaries of some other notorious "crisis" things: they and their politicians turned out to all be the exact same handful of people who owned all of the exclusive "solutions" to the ***manufactured "crisis"***.

***The Silicon Valley Cartel*** began in California. Elite arrogant asshole dynasties send their kids to Stanford University. Stanford puts the kids in asshole frat houses to train them to get away with rape and run monopolies. When they graduate they either go up the hill to Sandhill Road in Palo Alto and start an insider venture capital clone operation or they get their frat friends on Sandhill Road to racketeer-fund their start-up or political campaign using money scammed from your parents pension funds.

They only work with their frat buddies and insiders in a tribal '***old boys club***' manner.They steal all the technology and markets they want because they control all of the tech lawyers and politicians via bribes and revolving doors. Most of the money in Stanford University bank accounts is from Foreign and Hollywood oligarchs delivered as bribes meant to get their snot-nosed brats into Stanford. Stanford bosses keep all of this covered-up and covertly fund political campaigns to grease the wheels of political corruption. They then sexually extort some Stanford interns in ***Rosewood Hotel*** rooms, get the most 'trophy wife' ones pregnant, and start the cycle all over again. Alas, Stanford is the training ground for abuse, corruption and 'Bro-Crime".

In all these corruption cases, ***these corrupt people*** took the same steps to conceal their assets. They each took the money in secret ways. The main ways are 1.) via Dark Money stealth political funds; 2.) bribes paid via insider trading ( notice that most of these crooks marry an investment banker to run their dirty schemes) and 3.) getting government contracts, loans and grants for their friends that they

get kick-backs from. They then had their dirty law firms and CPA's shove the money into their standardized covert financial structure to hide it. They use family members to run the operation. Their dirty family members and lawyer/CPA teams cover up their tracks. They then have intermediaries spend the money to get them islands, yachts, mansions, hookers, Tesla's, etc.

The 2008 and 2021 "***stimulus funds"*** are quid pro quo scams to pay off political  insiders. We reported these crimes (with FBI-class evidence) to every law enforcement agency in writing ( FBI, DOJ, SEC, IG, FTC, OSC, FEC, etc.). apparently, citizens are ignored if the crimes involve politicians and their billionaires. the cover-ups are off-the-charts!these mobsters (Google, Tesla, Facebook, Linkedin, Netflix, In-q-tel, Kleiner Perkins, Greylock, etc; acting in a coordinated, collusion-based, operation) are paying billions of dollars of political bribes (...via cash, real estate, sex trafficking, pacs, search engine rigging, crony jobs, biased censoring, campaign funds, stock market manipulations, ukrainian money laundering, etc.) to delay justice and blockade our, and your, rights! There can be no question about the fact that Google, Facebook, Netflix, Tesla and the Silicon Valley Cartel control the Obama and Biden White House. For example: Elon Musk ordered the politicians who are his bitches to sabotage his competitors. He gave those political insiders: cash, stock in his cartel, revolving-door jobs, campaign funding, sex workers, off-shore money laundering, and other quid pro quo. Eric Schmidt, Larry Page, Mark Zuckerberg, and the rest of the tech mob, all worked together on these crimes.

***The hacks and leaks of their documents*** prove it. Government agency bosses are covering up these crimes to protect their jobs and their corrupt stock market holdings. Musk and Goldman Sachs have gotten over FIFTEEN BILLION DOLLARS of free taxpayer cash and monopolized exclusives to pay for ***Musk's drugs, sex parties and mansions***. This is one of the largest violations of anti-trust laws in history. The politicians and agencies that are supposed to stop him are getting money from him. Musk exists entirely from quid pro quo bribes! Musk's banks, including Deutsche Bank, have had to pay more than $100 million to settle charges related to violating anti-bribery laws and engaging in money laundering. While the Musk-controlled media bloviate on the god-like image of Musk, he and his buddies are just crooks and mobsters. It is now almost impossible for the public to reach any media source that is not controlled by the Silicon Valley Cartel via synchronized talking points. Politicians who say that their only motivation is to "save" the helpless billionaire Elon Musk and his unicorns: 1.) sabotage any companies who are not making Tesla's, 2.) have sex with Tesla lobbyists and bankers, 3.) own the stock in Tesla Motors, 4.) are venture capital partners in Kleiner Perkins (ie: Gore) and Greylock capital insiders, 5.) trade revolving door jobs with the Elon Musk cartel, 6.) gave ***Musk*** over $15B of free taxpayer money, 7.) get campaign financing from ***Musk***, 8.) order government agencies to freeze funding for ***Musk***'s competitors, 9.) and engage in a vast number of other corruption and anti-trust crimes.

U.S. Senators, Agency Heads and Congress are bribed by Google intermediaries with: Billions of dollars of Google, Twitter, Facebook, Tesla, Netflix and Sony Pictures stock and stock warrants which

is never reported to the FEC; Billions of dollars of Google, Twitter, Facebook, Tesla, Netflix and Sony Pictures search engine rigging and shadow-banning which is never reported to the FEC; Free rent; Male and female prostitutes; Cars; Dinners; Party Financing; Sports Event Tickets; Political campaign printing and mailing services "Donations"; Secret PAC Financing; Jobs in Corporations in Silicon Valley For The Family Members of Those Who Take Bribes And Those Who Take Bribes; "Consulting" contracts from McKinsey as fronted pay-off gigs; Overpriced "Speaking Engagements" which are really just pay-offs conduited for donors; Private jet rides and use of Government fuel depots (ie: Google handed out NASA jet fuel to staff); Real Estate; Fake mortgages; The use of Cayman, Boca Des Tores, Swiss and related money-laundering accounts; The use of HSBC, Wells Fargo, Goldman Sachs and Deustche Bank money laundering accounts and covert stock accounts; Free spam and bulk mailing services owned by Silicon Valley corporations; Use of high tech law firms such as Perkins Coie, Wilson Sonsini, MoFo, Covington & Burling, etc. to conduit bribes to officials. This will never end unless the public demands laws to prevent all politicians, and their families, from owning ANY stock market stocks or securities!


## LITHIUM AND RARE EARTH CORRUPT CHILD LABOR MINES FOR ELON MUSK'S DEADLY BATTERIES:

Lithium ion batteries: Cause wars, rape and genocide in the Congo, Afghanistan and Bolivia from the corrupt mining deals involved with mining lithium and cobalt; are insider trading-owned by ex-CIA boss Woolsey and DOE Boss Chu;  excrete chemicals that mutate fetuses when they burn; destroy your brain, lungs and nervous system when they burn; kill the factory workers who make them; cause Panasonic to be one of the most corrupt companies in the world; poison the Earth when disposed of; can't be extinguished by firemen; poison firemen when they burn; are based on criminally corrupt mining schemes like URANIUM ONE; Have over 61 toxic chemicals in them; come from an industry that spends billions on internet shills and trolls used to nay say all other forms of energy; are insider-trading owned by corrupt U.S. Senators who are running a SAFETY COVER-UP about their dangers. Apple products with lithium ion batteries have been exploding and setting people on fire; over time the chemical dendrites inside each battery grow worse and increase the chances of explosion as they age - LITHIUM ION BATTERIES BECOME MORE AND MORE LIKELY TO EXPLODE AS TIME GOES ON AND AS THEY AGE; "Bad Guys" have figured out how to make them explode remotely; have their dangers hidden by CNN and MSM because pretty much only the DNC people profit from them; are the heart of Elon Musk's stock market scam. The Obama Administration promised Silicon Valley oligarchs the market monopoly on lithium ion batteries and the sabotage of fuel cells in exchange for campaign financing and search engine rigging; United States Senators that are supposed to protect us from these deadly products own the stock market assets of them so they protect them and stop the FDA, OSHA, DOT & NHTSA from outlawing them. WRITE YOUR ELECTED

REPRESENTATIVE AND DEMAND THAT LITHIUM ION BATTERIES BE MADE ILLEGAL TO SELL!

NiCAD and Hundreds of other battery chemistries DO NOT have all of these problems but Lithium Ion batteries get a monopoly because of politician insider trading ownerships. A recent fire on U.S. Highway 101 near Mountain View, CA, burned the driver alive and killed him. In Florida two kids died in a Tesla, burned alive, screaming in agony. A man died in agony in a Tesla crash in Malibu that set Malibu Canyon on fire. A young woman, at the start of life, and her boyfriend were burned alive in their crashed Tesla. There are many more deaths and crashes than you have heard about. The deaths and the cover-ups are endless. Senators Dianne Feinstein, Harry Reid, Nancy Pelosi, Kamala Harris and their associates own the stock in Tesla Motors and/or it's suppliers and mining companies and they cover-up and halt investigations and laws designed to save the public. They, and their crony's, spend over $1B a year to shill and troll hype about lithium ion batteries and cover-up the dangers. Lithium ion EVs are more prone to battery fires. Experts say that their lithium-ion batteries can fuel hotter fires that release toxic fumes and are more difficult to put out. Lithium ion fires keep reigniting which explains why it takes so long and requires copious amounts of water or foam (it is an electric fire, after all) to smother the flames. Tesla employee Bernard Tse and his team warned Elon Musk about these dangers in 2008 and they got fired and/or warned to "say nothing" by Musk. Three top Tesla engineers died in a plane crash next to Tesla offices in San Carlos after two of them agreed to become whistle-blowers.Elon Musk exists because he bribed DNC politicians and Senators Feinstein, Reid, Boxer, Harris, Clinton and Pelosi to give him free taxpayer cash and government resources from the Dept. of Energy and the Calif treasury. DOE has been covering-up organized crime activities at DOE in which DOE funds are being used as a slush-fund to pay off DNC campaign financiers and to pay for CIA/GPS Fusion-Class attacks on Silicon Valley business competitors of those DNC campaign financiers who DOE staff share stock market holdings with. Elon Musk is a criminal, a mobster, an asshole, a bald fake-hair wearing, plastic surgery-addicted, douchebag, woman-abusing, sex addicted, tax evader. Musk exploits poor people and child slaves in the Congo and Afghanistan to mine his lithium and Cobalt.

Musk spends billions per year to hire Russian trolls, fake blogger fan-boys and buy fake news self-aggrandizement articles about himself. Musk thinks he is the 'Jesus' of Silicon Valley. Fake News manipulator Google is run by Larry Page and Larry is Musk's investor and bromance butt buddy. Musk uses massive numbers of shell companies and trust funds to self-deal, evade the law and hide his bribes and stock market insider trading. A huge number of Tesla drivers have been killed; pedestrians and oncoming drivers have also been killed, and Musk covers it up. The DNC and the MSM refuse to allow any articles about Musk's crimes to be printed because they benefit from Musk's crimes. Musk has been professionally diagnosed as a 'psychotic narcissist.'A 'Silicon Valley Mafia; cartel of frat boy sociopath venture capitalists like Steve Jurvetson, Tim Draper, Eric Schmidt, et al; threaten those who do not support the cult of Tesla or their political candidates. In EVERY blog that you read that mentions 'Musk', at least 1/3 of the comments have been placed their by Musk's paid shills. Musk holds the

record for getting sued for fraud by his investors, wives, former partners, employees, suppliers and co-founders. Elon Musk has gone out of his way to hire hundreds of ex-CIA staff and assign them to "dirty tricks teams" to attack his competitors and elected officials who Musk hates. Musk never founded his companies. Musk's "Starlink" satellites are domestic spy and political manipulation tools - never get your internet from one.

Musk stole Tesla in a hostile ownership take-over from Marty the true inventor of the Tesla. The same kind of EMF radiation proven to cause cancer from cell phones exists in massive amounts in a Tesla. Musk can't fix a car or build a rocket and has almost no mechanical skills. If you pull a report of every VIN# of every Tesla ever built and cross reference that with insurance, repair and lawsuit records you will find that the "per volume" fire, crash, death and defect rate is THE WORST of any car maker in history! Musk is a lying con artist and partners with Goldman Sachs to rig the stock market. Sachs has a dedicated team of 18 men who rig stocks and valuation bumps for Musk. Over 1000 witnesses can prove every one of those claims in any live televised Congressional hearing! Senators Dianne Feinstein, Harry Reid, Nancy Pelosi, Kamala Harris and their associates own the stock in Tesla Motors and/or it's suppliers and mining companies. That is why they criminally help cover-up investigations of Tesla! All of this was reported, in writing, to James Comey, Patricia Rich and David Johnson at the FBI. The DNC bosses own the stock in lithium, Solar and EV markets and use kickbacks from those markets (Especially via convoluted campaign finance laundering via Elon Musk) to finance the DNC. The DNC bosses use character assassination as their main political tool against any member of the public who speaks out against their felony stock market scams and PizzaGate-like scandals. The Harvey Weinstein reports by Ronan Farrow show that they have teams of hired goons that they pay to destroy people's lives.

They use Black Cube, Mossad, In-Q-Tel, Stratfor, Gawker Media, Gizmodo Media, Media Matters, David Brock, Sid Blumenthal, NY Times, Google servers, Facebook servers, Podesta Group, Perkins Coie, Covington & Burling and a host of "assassins". It should be a felony to hire character assassins in the USA. DEMAND A LAW and DEMAND the termination of these attack services. IE: Gawker and Gizmodo Media sets-up the attack stories and, in paid partnership with Google, Google kicks their attack links around the globe, in front of 8 Billion people, forever. Google locks the attack articles of its enemies on the front top search results of Google search results forever, on purpose! That is why Google is being terminated in the largest, most well resourced anti-corruption public service take-down in history! Tesla and Musk are protected by shareholders Harris, Pelosi, Feinstein, Brown and Newsom. Panasonic (indicted for bribery and Musk's partner) spends billions of dollars annually cover-up lithium battery fires and battery defects.


Mining lithium poses environmental risks. The Biden ...

https://dailyiowan.com/2021/06/15/mining-lithium-poses-environmental-risks-the-biden-administration-isnt-ignoring-them/

Biden and his Democratic Party offer themselves as environmental defenders. It would be a big deal if they sacrificed local environmental safety in the quest to meet national or global climate change goals. Most **lithium** mining comes with an environmental cost, and a major new Nevada project has drawn lawsuits from environmental groups.

[Without Dirty Mining, You Can't Make Clean Cars | The ...](https://spectator.org/biden-mining-green-energy/)

https://spectator.org/biden-mining-green-energy/

The message to lunch-bucket voters and their employers: a pragmatic old-school **Democrat**, Biden understood you can't make an omelet (or electric car) without breaking eggs (or mining **lithium and** ...

[Lithium Mining: The Hidden Environmental Cost of EVs ...](https://usa.streetsblog.org/2021/02/09/lithium-mining-and-the-hidden-environmental-costs-of-evs/)

https://usa.streetsblog.org/2021/02/09/lithium-mining-and-the-hidden-environmental-costs-of-evs/

**Lithium** Americas already operates a mine in Argentina, and the mineral is widely distributed around the world. To evade the Whac-a-mole trap, the fight that Falk and Wilbert are mounting in Nevada has to be waged as well in Argentina, Australia and especially Chile, the world's biggest current provider.

[The 'White Gold' Rush: Impacts of lithium mining in South ...](https://www.theyoungdiplomats.com/post/the-white-gold-rush-impacts-of-lithium-mining-in-south-america)

https://www.theyoungdiplomats.com/post/the-white-gold-rush-impacts-of-lithium-mining-in-south-america

Dylan Gaymer **Lithium**, the so-called 'white gold' of the future, is fast becoming a key driver in the modern world. It is essential in the production of **lithium**-ion batteries, used in mobile phones and electric vehicles (EVs) at a time when the demand for such devices is accelerating. In 2019, batteries accounted for 65 per cent of all **lithium** end-usage worldwide and **lithium** demand for electric ...

[The Ravages of Lithium Extraction in Chile | Dissident Voice](https://dissidentvoice.org/2020/07/the-ravages-of-lithium-extraction-in-chile/)

https://dissidentvoice.org/2020/07/the-ravages-of-lithium-extraction-in-chile/

In the **lithium mining** region of Antofagasta, the Coronavirus positivity rate was a stupendous 46.1%. Along with this sheer infliction of necropolitical violence upon the working class, the indigenous people are also reeling under the pressures of **lithium** extraction in the form of a water crisis. While singular focus has been placed on the ...

144

U.S.: Afghanistan Sitting On $1T in Minerals - CBS News

☐https://www.cbsnews.com/news/us-afghanistan-sitting-on-1t-in-minerals/

Germany admits to committing **genocide** as colonial power in Namibia ... "Bolivia wants to expand its **lithium mining** operations dramatically over the next few years so there is a risk of oversupply ...

Congo's child labor spurs demand from Apple, Tesla for ...

☐https://www.cbsnews.com/news/congo-child-labor-apple-tesla-cobalt/

Best cars for 2018 04:53. That's because outside of the Congo, there are few options. Tesla alone will require 7,800 tons of cobalt for the half-a-million Model 3 s the company expects to be ..

These are the "Khaki Pants Mobsters Of Palo Alto"! The "Silicon Valley Mafia" is comprised of The Sand Hill Road venture-capital frat boy company bosses in Palo Alto, their National Venture Capital Association (NVCA) facade (Greylock Capital; Kleiner Perkins Caufield & Byers, Draper, Khosla Ventures, etc.) and the tech companies (Google, Tesla, Facebook, Amazon, Twitter, Linkedin, etc.) that they control.

They are sometimes referred to as "The Deep State". They have purchased California, New York and Washington, DC politicians (mostly Senators) who they also control and who own stock in their operations. They hire dirty law firms like MoFo, Wilson Sonsini, Covington, Perkins, etc. and dirty lobbyists like McBee, Podesta, Blumenthal, etc. to do their dirty deeds.

They hire rogue ex-intelligence agents to operate Fusion GPS, Gawker/Gizmodo, Black Cube, ShareBlue, New America Foundation, In-Q-Tel, Podesta Group, Media Matters, etc. massive media attack programs against competitors, reporters and outsiders.

They collude with black-lists, valuation payola, election manipulation, search engine rigging, domestic spying for political manipulation, stock rigging, insider trading, Jeffrey Epstein-like executive prostitute sex-trafficking clubs, trophy wife trades, the bribery of politicians and worse. They are felons who bribe politicians to halt investigations and interdiction efforts.

They have quid-pro-quo stock market bribe deals with Senators Reid, Feinstein, Harris, Boxer, Spier, etc. In the CleanTech Crash: Every single Dept of Energy executive, and related Senator, owns stock market assets in Tesla, Fisker, Solyndra, Ener1, etc. so they blockaded and sabotaged every applicant who competed with their holdings in a RICO-violating, felony organized crime, using taxpayer funds, in order to profit at the expense of taxpayers.

They are widely covered in news media articles as: 'sex abusers, cult enthusiasts, elitists, rapists, woman beaters, probiosis practitioners, sexual work extortion operators, extremists, arrogant clones of each other, tone deaf, echo-chamber reinforcing, misogynist, racist, manipulative, insecure, covertly gay, corrupt, thieves' and other anti-social revelations. The divorce court and lawsuit federal court records on them prove that they are sex-abusing sociopaths.

They use their monopolistic control of the internet to massively and exclusively scale services that only they control and use to abuse the public's privacy, human rights, invention rights and information. They run their cartel like the old Italian Mafia once did.

Some of the top crooks and bribe-payers include: Google's Larry Page, his boyfriend Elon Musk; Google's Eric Schmidt, Andy Rubin, David Drummond, Kent Walker, Jared Cohen and Sergy Brin; Political manipulators David Plouffe, Steve Westly, Steve Spinner and Vinod Khosla; Sociopath billionaires Reid Hoffman, Richard Blum, Jeff Epstein, Tim Draper, Steve Jurvetson, etc.

They order their staff and associates to: bribe politicians; operate sex trafficking for them; manipulate stock market valuations; launder money; run off-shore tax evasion schemes; black-list employees and competitors; hide, down-rank, DNS dead-hole, shadow-ban, censor and server obfuscate enemies on the entire web; rig the U.S. Patent Office; help them cheat on their wives; and engage in massive volumes of insider, illicit, RICO and anti-trust violating crimes while bribing public officials to avoid prosecution.


**MUSK AND TESLA:**

The Musk empire has paid more bribes to politicians than almost any other modern entity. That is why no full investigation of the Musk scams has ever been completed. Google's Eric Schmidt and Larry Page have a bromance relationship with Musk and use the global resources of Alphabet to hide any negative news about Musk assets.The 2008 Department of Energy Cleantech Crash proves that a federal agency was used as just one big slush-fund to pay-off political campaign financiers, operate insider-trading stocks and sabotage those financiers competitors using taxpayer-financed resources! We have used private investigator, FBI resources and deep AI research to reveal that all government staff working on our application were getting quid-pro-quo...they were on the take. (Can anyone point out to us EVEN ONE person who was in the DOE/White House loop who was not working for, invested in, getting a future job from or other wise conflicted?) What do you do when The U.S. Government convinces you to invest millions of dollars, and your life, into one of their projects. Then their project turns out to be a scam where they had covertly hard-wired the upside to a couple of Senator's and their

campaign financier friends. The fix was in and the game was rigged to use a government program as a slush-fund for friends-with-benefits. We, and the public, got defrauded.

Now the damages must be paid for, one way, or another. Every one of the insiders who did get government funding got it in the exact same size and order as their covert political campaign funding and stock market bribes to the deciders. Chamath Palihapitiya and other Silicon Valley insiders have now exposed the fact that Greylock, Kleiner, etc. are just a VC Ponzi Scheme! in this whole mess. Musk used crooked Senators to get his funds. Those Senators and government agency bosses were financed by, friends with, sleeping with, dating the staff of, holding stock market assets in, promised a revolving door job or government service contracts from, partying with, personal friends with, photographed at private events with, making profits by consulting for, exchanging emails with, business associates of or directed by; one of those business adversaries, or the Senators and politicians that those business adversaries pay campaign finances to, or supply political search engine manipulation services to. Elon Musk is notorious for getting Department of Energy money by bribing public officials and placing his friends: Steven Chu, Matt Rogers, Steve Westly, Steve Spinner's 'special friend', etc. on the staff of the Department of Energy and in the White House. We have FBI-class records, financial tracking, emails, stock market relay records and other forensic data that proves it. We can swear, warrant, certify and prove these assertions in front of Congress in a live Congressional hearing or Civil Jury trial, given non-compromised legal backing.

If you think you have bribed the same number of Senators, bought a President and taken over most of the Department of Energy like Musk did... go for it! In this day and age, with every citizen able to track every public figure, with FBI-quality databases, on their home computers, it might be a crash-and-burn but you are welcome to try. Lithium metals, and other rare earth mining materials, are monopolized by Elon Musk and his Silicon Valley Cartel, in rare-earth corrupt mining scams. Lithium's widespread use in cars is hindered by a challenging obstacle: upon multiple charge-discharge cycles, fractal filaments called dendrites always grow through the electrolyte from the negative to the positive electrode and short-circuit the battery from the inside, thus guaranteeing that Tesla Cars will eventually all explode. Musk and Panasonic have known this since 2007 (They are "dumping" the batteries via Tesla) and have paid U.S. Senators, who own stock in Tesla, to cover it up.

The lithium fires and toxic vapors are a major safety concern because they have killed, poisoned and injured too many citizens. Musk gets away with his scams because he pays U.S. Senators bribes with stocks in his corporations and has a thousand crooked Goldman Sachs investment bankers selling his hair-brained schemes to your parents pension funds. Tesla is known as "the official car of douche-bags". The safety defect cover-ups on the Tesla are extreme. Musk's narcissistic trophy-wife mom and his extremist father (who got his young sister pregnant) are thought to be the cause of Musk's racism and sociopath behaviors. He is the #1 crony capitalist government mooch in America and has received billions of dollars of your tax money to help him buy his mansions, starlets and sex parties. His cars and rockets blow up, his tunnels are unsafe, his satellites spy on consumers and his brain chip company tortures small animals. He swiped all of his technology from someone else and has never come up with

his own inventions. Space-X is just a domestic spying company. Don't buy Musk's bullshit about Space-X doing any good deeds. Everything Space-X launches is to spy on the poor folks on the ground and monitor their internet. Also, Musk's Neuralink company tortures small animals to try out Musk's pseudo-science mind-reading chips.

**GOOGLE:**

THE INVESTIGATIONS OF THE CORRUPTION AT GOOGLE: Google exists to mass manipulate populations and run stock market scams for Google's owners. From INSIDE Google, our team saw Google manipulate the entire internet to hype up Larry Page's "boyfriend': Elon Musk and Tesla, which Google execs owned a portion of, while sabotaging Tesla's competitors. Google illicitly and illegally timed these manipulations with stock market pump-and-dump efforts to exploit insider trading. That is a felony violation of RICO, Antitrust and other laws. Every single thing that Google does is contrived to harm a competitor, a politician, an employee whistle-blower or some other business adversary. There are no "bugs", "operator errors", "server anomalies" or other media "accidents" at Google. Everything Google does is contrived, at a psychological warfare kind of level, to change a social perception.Google must show its software to FBI, SEC, FTC and our search engine optimisation experts to prove that they did not engage in these crimes. The fact is: We can prove they did the crimes and FBI experts can help us prove it! Google is known as the "Nazi's of the Internet". In a case unfolding in Britain over whether Google wrongly demoted price comparison rival Foundem from its search results in favour of paid-for adverts, Google must now decide which it values more: the algorithms that rank its search results, or its stance that manually fiddling with those results to promote its own paid-for products over rivals' sites doesn't break competition laws. The integrity of Google's ranking processes relies upon all webmasters or website owners having the same degree of access to information about Google's ranking... This will no longer be the case if information of this kind is made available to some individuals offering commercial services to assist companies to improve their Search ranking. Google is a criminal operation.

It's executives have been publicly exposed as participants in horrific sex scandals, money laundering, political bribery and racism. It is time for the bought and paid shill politicians to stop protecting them! - Google spies on competitors and steals their technology - Google runs tens of millions of dollars of defamation attacks against competitors - Google hides all media and news coverage for competitors of Larry Page's boyfriend: Elon Musk - Google lies to the public about what they really do with the public's data - Google promotes illegal immigration in order to get cheap labor and control votes - Google runs VC funding back-lists against start-ups that are competitive - Google bribes thousands of politicians - Google is a criminal RICO-violating monopoly - Google rigs the stock market with Flash-boy, Pump/Dump and Microblast SEC violating computer tricks - Google pays bribes to politicians in Google and YouTube stock - Google manipulates who gets to see what web-sites, globally, for competitor black-lists - Google has a "no poaching" Silicon Valley jobs blacklist - Google bosses

sexually abuse women and young boys - Google bosses run sex trafficking operations in the Epstein and NXVIUM cults - Google bosses control the NVCA financing cartel over start-ups - Google has placed the majority of the corporate staff in at least one White House - Google controls national elections for anti-competitive purposes - The company "Polyhop", in the HOUSE OF CARDS tv show, does all the crimes that Google actually does in reality - Google's law firms, like Wilson Sonsini, are corrupt conduits for payola and political conduit-relays - Google bribes some politicians with revolving door jobs - Google is primarily responsible for destroying the Bay Area Housing opportunities.

Google runs DDoS attacks on competitors by massively crawling their sites - Google boss Andy Rubin runs a sex slave farm according to his own family - Google boss Eric Schmidt was a philandering sex-penthouse owner according to vast news articles - Google executives hire so many hookers that one of them, Mr. Hayes, was killed by his hooker - Google executives sexually abuse so many women that the women staff of Google walked out one day - In the 2009 White House, you could not swing a cat without hitting a Google insider - Google has paid covert bribes, PAC funds, real estate and search rigging payola to every CA Senator - Google has paid bribes, through its lobby fronts, to halt FBI, SEC, FEC and FTC investigations of Google crimes - Google was funded by the CIA, via In-Q-Tel, a so called "501 c3 charity" which was caught with tons of cocaine - Google gets millions of dollars of taxpayer cash for spying on Americans inside the USA - Google's map service was a spy system paid for by taxpayers money that Google now profits off of - Nancy Pelosi and Dianne Feinstein have promised to "protect" Google because their families profit off Google stocks.

Payment receipts prove that Google and Gawker/Gizmodo exchanged cash and staff for Character Assassination attacks - Google VC's and bosses have spent $30M+ rigging the U.S. Patent Office to protect Google and harm Google competitors - Google bribed it's lawyer into position as head of the U.S. Patent office in order to have her protect Google - To rig insider stock trades, Google hides negative Tesla stories and pumps positive Tesla stories on "push days" - Google and Elon Musk Co-own, co-invest and co-market stocks covertly while running anti-trust schemes - Google rarely likes, or hires, black employees per federal and news media investigations - Google hired most of the Washington, DC K Street lobby firms and told them to "do what ever they could" - The film: "Miss Sloane" depicts only 2% of the illicit lobbying tactics Google employs daily - Demands for an FTC and FBI raid of Google, for criminal activity, securities law and election felonies have been filed - Google's David Drummond had his Woodside, CA Quail Road house bugged revealing sex and financial misdeeds.

Google, and it's Cartel (Alphabet, Youtube, and hundreds of other shell-company facades) are a criminal organization engaged in felony-class crimes. Google's bosses bribe politicians, regulators and law enforcement officials to hold off prosecution. At Google: Kent Walker, Andy Rubin, Larry Page, Eric Schmidt, Sergy Brin, Jared Cohen, Yasmin Green, David Drummond and Ian Fette are so enmeshed in sex scandals, election manipulation, and White House bribes that it is hard to comprehend how they can get any legitimate work done. Google executives came from most of the fraternity houses involved in the college rape scandals. Google sells covert character assassination services to politicians

and fellow oligarchs. Youtube/Google/Alphabet/Deep State are all the same entity. They conspire to hide news about their corruption and they control most of the internet.

**THE TECH CARTEL:**

The Silicon Valley tech Cartel (AKA: "Paypal Mafia", "Deep State") is evil because these racist, ageist, sex-trafficking, money-laundering, elitist, politician bribing, tax evaders: steal any technology they desire; They manufactured the CLEANTECH CRASH as shown in the 60 MINUTES episode of the same name; they run a prostitution ring and sexually extort young women and interns in Silicon Valley; they are 'rape culture' take-what-they-want misogynists, ageists and racists as their history of abuses has proven; their Palo Alto Cartel operates AngelGate-type collusion and stock market insider trading schemes that harm independent business and the public; their Cartel ran the "no poaching" CEO ring which was class-action sued by DOJ and tech workers; 90% of their divorce court files reveal horrific abuses and sex trafficking; They have an army of lobbyists that pay cash, stock market and revolving door bribes to U.S. Senators; They can even evade FBI & SEC investigations; They hire women to act as 'trophy wives' and 'beards'; they have lobbyists rig the U.S. Patent Office in order to block inventor patent rights because they are using stolen technologies; they have been caught on video and recordings beating, kicking and harming women hundreds of times; They have bought up all of the Tier-One tech law firms and order them to black-list, and never help, those who seek equal tech rights; they collude to abuse your privacy and make databases on the public for political control; they have to cheat to compete because they are only good with spread sheets instead of innovation; They run black-lists, character assassination attacks, collusion and other anti-trust violating acts in violation of RICO laws.

Silicon Valley has become the largest assemblage of douche-bags and yuppie frat boy criminals in human history. Theranos is not the exception, it is the standard. Tesla, Google, Theranos, Wework, Facebook are lies backed by famous political insiders to protect their insider trading and covered-up by fake news operators. They are also fronts to fund political campaigns via the ill-gotten profits from their endeavors.When the bad guys, and their lap-dog politicians, attack you because your products are better than theirs they are proving that they are frat boy scumbags, from Stanford and Yale, that operate in a little pack, like dogs! Their Sandhill Road operation should be raided by the FBI! The best thing that could come from the COVID pandemic is that they all are forced into bankruptcy! When your Senator holds stock market shares in companies that exist to profit on the backs of consumers, via corruption, then it is impossible for that Senator to ever do anything but be corrupt! We have reported this in writing to winklerm@sec.gov, sanfrancisco@sec.gov and 30+ other federal officers but have yet to see our whistle-blower rewards...or any action! Do you wonder how big politician insider stock trading is? Take a look at how many TRILLIONS of dollars pass through the stock markets annually and then look at the reported, AND UNREPORTED, securities holdings of famous U.S. Senators and government agency staff. That is what Seth Rich and the people in the "In Memory Of" section, below, were disclosing.

These are massive crimes! The perpetrators operate a massive and abusive national sex cult. The perverts in the SandHill Road Venture Capital offices, located between Highway 280 down to to Santa Cruz Avenue on Sand Hill Road in Menlo Park, California, are the main perpetrators of this global cartel. Their executives at Google, Facebook, Netflix, Linkedin, Twitter, and their related holdings, comprise the rest. The Harvey Weinstein and Ed Buck sex scandals are well known. These men's sex cult actions have been widely covered in the news individually in the Joe Lonsdale rape case, The Kleiner Perkins Ellen Pao sex abuse lawsuit, The Eric Schmidt sex penthouse stories, The Jeffrey Epstein case, The Google Forrest Hayes hooker murder case, The Andy Rubin sex slave case, The Sergy Brin 3-way sex romp scandal, The British Hydrant investigation, The Elon Musk Steve Jurvetson billionaire sex parties scandals,The NXIVM sexual slave cases, The Michael Goguen anal sex slave trial, The Tom Perkins Hooker Parties and thousands of other cases and federal divorce court filings. This group of people have proven themselves, over and over, to be sociopath control freaks not fit for participation in public commerce, public policy or media control. The Four Seasons Hotel and Rosewood Hotels in Silicon Valley are estimated to engage in over $30,000.00 of high-end escort sex trafficking per day, a portion of it managed by Eastern Bloc Mafia operators. The Elon Musk sex perversions are the tip of the iceberg.

At least 10 Ukrainian escorts fly in and out of SFO and SJO airports every week for these Cartel members. Google boss David Drummond engaged in horrible philandering sexual violations of his wife yet Google covers up every story about it on the web. Google's Eric Schmidt is under massive investigation. You hear about the female victims of this sex cult but you rarely hear about the young male victims. One of their vast numbers of prostitutes is quoted as saying that the girls and boys are paid "not just for sex but for the oligarch's endless need to feel that they can control anyone for any reason...". Multiple attorney general's controlled by their cartel, ie: Eric Schneiderman and Eliot Spitzer, are involved this these sex rings. These are the main influencers of a national political party and they are all involved in horrific sex perversions and abuses! All Silicon Valley tech cartel media companies work together to censor all news and information in order to hide coverage of their dirty deeds and to only put politicians in office that will give the Cartel political payola, kick-backs and insider stock pumps.

The Smedley Butler "Business Plot" from the past is not unlike the coup that Google and clan tried. See details in Emily Chang's book: BROTOPIA; Roan Farrow's book: CATCH & KILL; Edward Snowden's Book: PERMANENT RECORD; Peter Schwetzer's book: THROW THEM ALL OUT; Dave Eggers book: THE CIRCLE; Franklin Foer's book: WORLD WITHOUT MIND; Corey Pein's book: JOURNEY INTO THE SAVAGE HEART OF SILICON VALLEY; Dan Lyon's book: DISRUPTED; Antonio Martinez book: CHAOS MONKEYS. The Angelgate, Epstein, No-Poaching DOJ Class Action, and hundreds of other cases, prove that they meet, conspire, collude and blacklist in felony violation of anti-trust and RICO Racketeering laws. - 90% of these guys came from 100% of the fraternity houses involved in the recent college rape cases.

## THE HIRED CHARACTER ASSASSINS AND KILLING THE WHISTLE-BLOWERS

POLITICAL KILL ORDERS AND STATE-SPONSORED CHARACTER ASSASSINATIONS - How A Modern Character Assassination and Political "Kill Order" Is Executed By the Silicon Valley Oligarchs and their total control of propaganda media. Patrick George At Jalopnik attacks outsiders under contract with Elon Musk and the DNC. Silicon Valley campaign finance oligarchs hire him to run hatchet jobs on innocent outsiders and then Gawker-Gizmodo-Jalopnik uses their financial partnership with the DNC's Google to push the character assassination articles to the top of Google web products and searches. Patrick George, Adrian Covert, John Hermann and Nick Cook are the sexually degenerate cabin boys that report to boy-loving sleaze-tabloid oligarch Nick Denton. They created the Fake News crisis in the media by flooding the internet with defamation posts and reprisal hatchet job articles designed to damage political enemies of the Socialists. They coordinate a large number of the character assassination efforts at Gawker, Gizmodo, Jalopnik, CNN, New York Times and other propaganda outlets. These Millennial boys are "Media Rapists" and should be treated as abusers. - How and why did a Donald Trump stripper-date named "Stormy" or an Elon Musk sex party or a Kavanaugh drinking incident or the Moonves and Weinstein indiscretions suddenly hit the news at about the same time in news history? - In addition to actual murder, Politicians and Silicon Valley Oligarchs hire operatives to end people's lives in other creative ways. - It is all part of the modern trend in vendetta, revenge and political payback when a Senator or a tech oligarch issues a "kill order" on an opponent.

The client does not like to get their hands dirty so the actual social hit job is performed by companies such as: IN-Q-Tel - (DNC); Gawker Media - (DNC); Jalopnik - (DNC); Gizmodo Media - (DNC); K2 Intelligence - (DNC); WikiStrat - (DNC); Podesta Group - (DNC); Fusion GPS - (DNC/GOP); Google - (DNC); YouTube - (DNC); Alphabet - (DNC); Facebook - (DNC); Twitter - (DNC); Think Progress - (DNC); Media Matters - (DNC); Black Cube - (DNC); Mossad - (DNC); Correct The Record - (DNC); Sand Line - (DNC/GOP); Blackwater - (DNC/GOP); Undercover Global Ltd (DNC/GOP) Stratfor - (DNC/GOP); ShareBlue - (DNC); Wikileaks (DNC/GOP); Cambridge Analytica - (DNC/GOP); Sid Blumenthal- (DNC); David Brock - (DNC); PR Firm Sunshine Sachs (DNC); Covington and Burling - (DNC), Buzzfeed - (DNC) Perkins Coie - (DNC); Wilson Sonsini - (DNC)  and hundreds of others… These are the people and companies that except cash, revolving door jobs, political appointments, insider trading stock in Silicon Valley tech companies, prostitutes and real estate in exchange for destroying the lives of others. - These attackers deserve to be punished for the rest of their lives for taking away the lives of others in exchange for cash. Any company who is corrupt enough to hire any of these assassins should be forced out of business. These attack services are responsible for 90% of the "Fake News" problem in the world because they are the authors of most fake news. Congress must act to make these kinds of companies illegal! - These digital assassination services offer hit-jobs, character assassinations and economic reprisal programs to famous billionaires and corrupt politicians who are seeking revenge, retribution and vendetta executions. - In the case of reporters getting targeted for

attacks, President Donald Trump has been accused by the liberal corporate media of whipping up a hateful frenzy against the press. But while CNN's Jim Acosta grandstands against Trump, real journalists are still reeling from the draconian extrajudicial measures that Barack Obama and his administration used to target them for exposing truth. - This secretive targeting occurred while Obama speechwriter and hate-filled ANTIFA supporter Ben Rhodes was running "Operation Echo Chamber," which reportedly continues, in which he fed information to willing corporate media scribes. "They literally know nothing," Rhodes said of the twentysomething journalists he easily manipulated. - The Freedom of the Press Foundation's Trevor Timm published documents showing how former attorney general Eric Holder changed the rules to more effectively intimidate and surveil members of the press. - Timm writes: "Today, we are revealing—for the first time—the Justice Department's rules for targeting journalists with secret FISA court orders. The documents were obtained as part of a Freedom of Information Act lawsuit brought by Freedom of the Press Foundation and Knight First Amendment Institute at Columbia University."

Obama is also clearly linked to the plot to obtain fraudulent FISA warrants on President Trump's team, as evidenced by Peter Strzok and Lisa Page's texts confirming that Obama was overseeing their fly-by-night operation. - Larry Schweikart reported for Big League Politics: For months pundits and researchers have been pondering the mystery of the FISA approval that led to the illegal and historically titanic scandals to ever hit the U.S. government. Some have argued that Assistant Attorney General Rod Rosenstein knew the FISA was bogus when he extended it. Others have wondered if Special Counsel Robert Mueller knew about the fraudulent basis of the FISA when he used it, in part, to indict Michael Flynn. Other still, that Mueller was fooled by the FBI. This is what President Trump calls "SPYGATE". - It may well be that the surveillance that was conducted began with UK intelligence services and then was fed back to the White House of Barack Obama. Here's the kicker: President Barack Obama did not need a FISA warrant to authorize spying/electronic surveillance on Trump because Obama all along had legal authorization to by-pass the normal court vetting process. According to 50 U.S. Code 1802, the "Electronic Surveillance Authorization" () "Foreign intelligence in relation to a US person (Trump or his associates) is information that's necessary for the US to protect against attack, hostile acts, sabotage, . . . as well as other clandestine activities by a foreign power . . . OR . . . information relevant to national defense/security of the US, or the conduct of foreign affairs of the U.S." Such an authorization by Obama required certification by Attorney General Loretta Lynch that must be logged with the FISC court. ("The [AG]+ shall immediately transmit under seal to the court [FISC] a copy of his certification.") - In short, the DOJ has this. If we are correct, a copy of that certification is currently under seal at least with the DOJ and the FISC. - This is what they are hiding. - However, the Act requires the AG to keep the Select Committee on Intelligence and the Senate Committee on Intelligence informed of these authorizations and unmaskings therein. See 1803 (a) (1) (C) If indeed this is what happened, did Lynch report—or only selectively report—to the committees in a way that excluded non-friendlies? Can you see why Adam Schiff, Mark Warner, and their ilk are terrified? - These are the playbook tactics that Senators and tech oligarchs most often use to destroy the

lives of their political and business enemies: - Government agency bosses sometimes solicit the target victims with false promises of future loans, contracts or grants from their agency and cause the target victims to expend millions of dollars and years of their time for projects which those government bosses had covertly promised to their friends. They use the target victims as a "smokescreen" to cover their illegal government slush-funds for the victims competitors and personal enemies. By using this tactic, the attackers can drain the target victims funds and force them into an economic disaster in plain view of everyone without the government bosses fearing any reprisal for their scam.-

Every match.com, okcupid.com, Plenty Of Fish, Seeking Arrangements and all other IAC-owned, or similar, dating sites (IAC is managed by Hillary Clinton's daughter) have had their profiles, texts, and inter-member communications, since those companies were started, hacked or purchased. The attack service providers use Palantir and In-Q-Tel financed data analysis software to analyze every activity in those dating services in order to find honey-trap, blackmail, sextortion and social conflict exploitation opportunities. If you had a bad date with someone, that someone will be hunted down and convinced to help harm, #metoo or "rape charge" the intended target. All dates involve a search for sex, so the likelihood that a sexual disappointment experience will exist in each persons dating history is high. Searching every past dating email and text of a subject is quite easy with modern software and hacking techniques. A synthetically amplified, PR-agency optimized sex scandal can destroy any target. Your dating experiences from the 70's or 80's will come back to haunt you decades later. Most dates involve drinking alcohol and taking drugs. If you were unattractive or had bad sexual skills your bad date will be called "date rape", "drugging your date for sex" and related twisted narratives that are designed to shame you, the target. If you try to get a date in the future, your potential date will be contacted by a third party who will slander and libel you to make sure your potential first date gets cancelled. Your social life will, essentially, end. Every photo on every dating site is cross checked with every other photo on the internet in order to cull your Facebook, Linkedin, Snapchat and other social media together to create a total psychological manipulation profile data file on you. A single photo on a dating site can be cross searched on every mugshot archive, photo album and corporate database in the worth within minutes using modern super-computers. Your sex life will be on public record in a flash.- Social Security, SSI, SDI, Disability and other earned benefits are stone-walled. Applications of targets are "lost". Files in the application process "disappeared". Lois Lerner hard drive "incidents" are operated in order to seek to hide information and run cover-ups. - Government officials and tech oligarchs contact members of the National Venture Capital association (NVCA) and created national "black-lists" to blockade target victims from ever receiving investor funding. This was also confirmed in a widely published disclosure by Tesla Motors Daryl Siry and in published testimony. If Silicon Valley political campaign finance oligarchs black-list you (see the "AngelGate" Scandal and the "High Tech No Poaching Class Action Lawsuit" cases) you will never get investor funding again. - FOIA requests are hidden, frozen, stone-walled, delayed, lied about and only partially responded to in order to seek to hide information and run cover-ups.- State and federal employees will play an endless game of Catch-22 by arbitrarily determining that deadlines had passed that they, the government officials, had

stonewalled and obfuscated applications for, in order to force these deadlines that they set, to appear to be missed. This can bankrupt a target victim.- Some Victims found themselves strangely poisoned, not unlike the Alexander Litvenko case. Heavy metals and toxic materials were found right after their work with the Department of Energy weapons and energy facilities. Many wonder if these "targets" were intentionally exposed to toxins in retribution for their testimony.

The federal MSDS documents clearly show that a number of these people were exposed to deadly compounds and radiations, via DOE, without being provided with proper HazMat suits which DOE officials knew were required. - Victims employers are called, and faxed, and ordered to fire target victims from their places of employment, in the middle of the day, with no notice, as a retribution tactic. - On orders from Obama White House officials, DNC-financed Google, YouTube, Gawker Media and Gizmodo Media produce attack articles and defamation videos. Google locks this attack media on the internet on the top line, of the front page of all Google searches for a decade in front of 7.5 billion people, around the world. This attack-type uses over $40 million dollars in server farms, production costs and internet rigging. The forensic data acquired from tracking some of these attacks proves that Google rigs attacks against individuals on the internet and that all of Google's "impressions" are manually controlled by Google's executives who are also the main financiers and policy directors of the Obama Administration. This data was provided to the European Union for it's ongoing prosecution of Google's political manipulation of public perceptions. - Victims HR and employment records, on recruiting and hiring databases, are embedded with negative keywords in order to prevent the victim targets from ever gaining future employment. - Gary D. Conley, Seth Rich, Rajeev Motwani and many other whistle-blowers in these matters, turned up dead under strange circumstances. It is very possible that some of these attack services, operated by former CIA operatives, even offer discrete murder-for-sale services using high-tech assassination tools that make murders look like heart attacks and brain failures. - Disability and VA complaint hearings and benefits are frozen, delayed, denied or subjected to lost records and "missing hard drives" as in the Lois Lerner case.- Paypal (A DNC-biased operation) and other on-line payments for on-line sales are de-platformed, delayed, hidden, or re-directed in order to terminate income potential for target victims who competed with the attackers interests and holdings.- DNS redirection, "website spoofing" sends target victims websites to dead ends where no sales orders or customer inquiries actually get back to the target.

These internet revenue activity manipulations are conducted using Google and Amazon servers. All commercial storefronts and on-line sales attempts by target victims, will have had their sites hidden, or search engine de-linked by a massively resourced facility located in Virginia, Texas or Palo Alto, California in order to terminate revenue potentials for the target victims.- Over 50,000 trolls, shills, botnets and synth-blog deployments are deployed to place defamatory statements and disinformation about victims in front of 7.5 billion people around the world on the internet in order to seek to damage their federal testimony credibility by a massively resourced facility. - Campaign finance dirty tricks contractors are hired by campaign financiers to attack the friends and family members of the target victim in order to create low morale for the target victims psyche and motivation.- Are you getting

weird headaches and hearing a "buzzing sound" in your head? The U.S. Government has now acknowledged that the Cuban, Chinese and other embassy "sonic attacks" are from a known microwave beam weapon. Any one of the technical departments of the attack services listed at the top of this article can build such a biological harassment weapon. It can be aimed at the target victims office, bedroom or vehicle and, within a week, have caused biological and emotional damage using a weapon that has no visible track of trajectory. It is designed to make the target victim think they are "going crazy" or "hearing sounds in their head".- In one case covert political partner: Google, transferred large sums of cash to dirty tricks contractors and then manually locked the media portion of the attacks into the top lines of the top pages of all Google searches globally, for years, with hidden embedded codes in the links and web-pages which multiplied the attacks on Victims by many magnitudes.- Covert Cartel financier: Google, placed Google's lawyer: Michelle Lee, in charge of the U.S. Patent Office and she, in turn, stacked all of the U.S. Patent Office IPR and ALICE review boards and offices with Google-supporting employees in order to rig the U.S. Patent Office to protect Google from being prosecuted for the vast patent thefts that Google engages in. Google has hundreds of patent lawsuits for technology theft and a number of those lawsuits refer to Google's operations as "Racketeering", "Monopolistic Cartel" and "Government Coup-like" behaviors. Thousands of articles and investigations detail the fact that Google, "essentially" ran the Obama White House and provided over 80% of the key White House staff. A conflict-of-interest unlike any in American history. Google's investors personally told Applicant they would "kill him".

Google and the Obama Administration were "the same entity". Applicant testified in the review that got Michelle Lee terminated and uncovered a tactical political and social warfare group inside Google who were financed by Federal and State funds. - Honeytraps and moles were employed by the attackers. In this tactic, people who covertly worked for the attackers were employed to approach the "target" in order to spy on and misdirect the subject. - Gawker Media, Gizmodo Media, Snopes, SPLC and other hired media assassins will be retained to produce "hatchet job" character assassination articles about you. Then those articles will be faxed, mailed and emailed to your employer and investors with a note saying: "You don't want to have anything to do with this person, do you..?" in order to get you fired from your job and get your loans or financing pulled. The attackers will use their round one attack media, that they authored, to create a round two second wave attack designed to end your life via economic warfare.- Mortgage and rental applications will have had red flags added to them in databases to prevent the targets from getting homes or apartments.- Krebs On Security, Wired, Ars Technica, The Wall Street Journal and most major IT publications have reported that hundreds of spy "back-doors" have been found on every Intel, AMD, Apple, Xfinity, Cisco, Microsoft, Juniper Networks motherboard, chip-set and hardware component set. This means that any kid with the "key" code can open any computer, server, router, cloud-network or other network connected device and read every file, photo, video, your calendar and email on your devices at any time from any location on Earth.

The key codes have been released to every hacker community in the world for over ten years. There is now no government, corporate or personal data that can't be hacked, even data from decades ago. Every single one of your darkest secrets can be in the hands of your enemy within 60 minutes, or less. Important meetings you had planned with potential investors, employers, clients, dates, suppliers and others will suddenly get cancelled at the last minute. They will get cancelled because your enemies are reading your calendar remotely and covertly sending slander information to those you had hoped to engage with in order to sabotage your life. Nothing you have ever typed on a computer or Smartphone is safe. it WILL be acquired and it WILL be used against you. - McCarthy-Era "Black-lists" are created and employed against target victims who competed with Obama Administration executives and their campaign financiers to prevent them from getting funding and future employment. - *__Obama Administration__* targets were very carefully placed in a position of not being able to get jobs, unemployment benefits, disability benefits or acquire any possible sources of income. The retribution tactics were audacious, overt..and quite illegal. - There are thousands of additional Dirty Tricks tactics being used by these Attack Services yet Congress refuses to pass laws out-lawing such attack services. The cost of an attack on a person ranges from $150,000.00 to over $50,000,000.00. While a Silicon Valley billionaire can afford to launch counter-measures to these attacks, any regular taxpayer will be utterly destroyed, and incapable of fighting back, against even the smallest version of one of these "kill orders".

A number of modern office shootings are the results of these attacks against an individual who has lost everything because of the attack and has no options left. - Federal law enforcement, the United States Congress and the highest level investigators in the U.S., and abroad, have documented (per the "FISA Memo", Congressional Reports and federal employee testimony) and proven the fact that the Obama Administration regularly engaged in the operation of retribution, vendetta and reprisal campaigns known as "hit-jobs" against domestic natural born U.S. citizen domestic taxpayers. The Federal Court, in at least one previous court case,has ruled that Applicants, in this particular matter, were the victims and target of a number of these attacks designed to inflict permanent medical, emotional, character assassination, brand negation, economic and career damage. The FBI has been asked to interview John Cook, Nicholas Guido Denton, Adrian Covert, Patrick George, Ian Fette and John Hermann of Gawker/Gizmodo re: their financing, payola and hit-job attacks on third parties.