

**OFFICE OF THE INSPECTOR GENERAL**
**U.S. Department of Justice**

(202) 514-3435 | oig.justice.gov

## INVESTIGATIVE SUMMARY

### Findings of Misconduct by an FBI Special Agent for Receiving Gifts from a Former FBI Confidential Human Source, Using the Source After Deactivation, Protecting the Source and the Source's Illegal Business, Misusing FBI Assets for Personal Gain, Lack of Candor, and Computer Security Policy Violations

The Department of Justice (DOJ) Office of the Inspector General (OIG) initiated an investigation upon receipt of information from the Federal Bureau of Investigation (FBI) Inspection Division alleging that an FBI Special Agent (SA) had an inappropriate relationship with a former FBI Confidential Human Source (CHS), including receiving money and other items of value from the CHS.

The OIG investigation substantiated the allegations that the SA received gifts, including money and items of value from the CHS, in violation of federal regulations regarding standards of conduct for federal employees and FBI policy. The OIG further found that the SA: continued to use the CHS after the CHS had been deactivated by the FBI; protected the CHS and the CHS's illegal business; misused FBI assets for personal gain; and committed computer security violations, all in violation of federal regulations and FBI policy. The OIG also found that the SA improperly withheld information related to a state criminal investigation from a local police department, and provided false information to the police department regarding the CHS's status as an FBI CHS, which actions were wholly inconsistent with the SA's obligations as a federal law enforcement officer. The OIG also found that the SA lacked candor with the FBI and the OIG, in violation of FBI policy.

Criminal prosecution of the SA was declined.

The OIG has completed its investigation and provided its report to the FBI for appropriate action.

*Posted to oig.justice.gov on August 6, 2018*