Plaintiffs Proposed Witness List
Civil Jury Trial
Dated April 17, 2022

Subject to revision


**Peter D Cair** – San Francisco FBI
**Expertise** – White Collar Crime and Bay Area Corporate Cartel Operations, Case Agent

**David J. Johnson** – Special Agent In Charge – FBI
**Expertise** – White Collar Crime and Bay Area Corporate Cartel Operations, Case Agent

**Monica Lewinsky** – Political Consultant
**Expertis**e – Character Assassination and Cyber Attack Victim

**William Edward Binney** – NSA Operative
**Expertise** – Character Assassination and Cyber Attack Victim

**Edward Snowdon** – NSA Operative (Via Videophone)
**Expertise** – Character Assassination and Cyber Attack Victim

**Julian Assange** – Reporter (Via Videophone)
**Expertise** – Character Assassination and Cyber Attack Victim

**Sharyl Attkisson** – Reporter, CBS News
**Expertise** – Character Assassination and Cyber Attack Victim

**Michael Dukakis** – Political Advisor
**Expertise** – Character Assassination and Cyber Attack Victim

**Mitt Romney** – Political Candidate
**Expertise** – Character Assassination and Cyber Attack Victim

**Leslie J. Reynard** – Author/Researcher
**Expertise** - Troll Farms: Anonymity as a Weapon for Online Character Assassination

**Terry Albury** – Former FBI Special Agent/Whistleblower
**Expertise** – FBI Reticence Over Favored Politicians

**John Robertson** – FBI Special Agent
**Expertise** – High Level Sex Trafficking Involving Well Known Public Figures

[Jon Ronson](#)  - Author of the book: *So You've Been Publicly Shamed*
**Expertise** – Character Assassination and Cyber Attacks

**Terry Bollea** – Media Personality Known As "Hulk Hogan"
**Expertise** – Character Assassination and Cyber Attack Victim

**Ion Mihai Pacepa** – Author of the book: ***Disinformation***
**Expertise** – Character Assassination and Cyber Attacks

**Stephanie Hinds** – DOJ Special Agent
**Expertise** – Bay Area Organized Crime

**Michelle Lo** – DOJ Special Agent
**Expertise** – Bay Area Organized Crime

**Nicholas Guido Denton** – Hired Attacker (Hostile Witness)
**Expertise** – Operator Of The Attacks

**Adrian Covert** - Hired Attacker (Hostile Witness)
**Expertise** – Operator Of The Attacks

**Robert Gibbs** – Former White House Press Officer (Hostile Witness)
**Expertise** – Operator Of The Attacks

**Steven Chu** – Former Secretary of Energy (Hostile Witness)
**Expertise** – Operator Of The Attacks

**James Baker** – FBI Senior Lawyer (Hostile Witness)
**Expertise** – Charged By Government With Manipulation Of FBI Investigations

**Timothy Stone** - Deputy Special Agent in Charge, San Francisco FBI
**Expertise** – White Collar Crime and Bay Area Corporate Cartel Operations, Case Agent

**Craig D. Fair** - Special Agent in Charge at San Francisco Federal Bureau of Investigation (FBI)
**Expertise** – White Collar Crime and Bay Area Corporate Cartel Operations, Case Agent

**Patricia Ritch** – FBI, Special Agent
**Expertise** – Discussions With Plaintiff Regarding The Solyndra Case And FBI Raid

**John Dunne** – FBI Duty Agent
**Expertise** – FBI In-Office Interview of Plaintiff

**Robert J. McCarthy** - United States Government
**Expertise** – Character Assassination and Cyber Attack Victim - Robert J. McCarthy served as Field Solicitor for the U.S. Department of the Interior and as General Counsel, U.S. Section, International Boundary and Water Commission. The Oklahoma Bar Association honored him in 2008 with its Fern Holland Courageous Lawyer Award for helping to expose the Interior Department's mismanagement of $3.5 billion in Indian trust resources. In 2009, McCarthy disclosed massive fraud, waste and abuse by the IBWC, that imperiled the health and safety of millions of people on both sides of the U.S.- Mexico border and seriously damaged the border ecosystem. In both cases he was forced from government service, but continued to advocate for the victims of government abuse. In addition, his scholarly publications have revealed the fatal flaws in whistleblower protection laws, as well as the need for radical reform of specific government agencies.

**Hervé Falciani** - HSBC's Swiss subsidiary HSBC Private Bank
**Expertise** – Character Assassination and Government Reprisal Cyber Attack Victim - Since 2009 he has been collaborating with numerous European nations by providing information relating to more than 130,000 suspected tax evaders with Swiss bank accounts – specifically those with accounts in HSBC's Swiss subsidiary HSBC Private Bank

**Wendell Potter** - CIGNAFormer head of corporate communications at CIGNA, one of the nation's largest health insurance companies.
**Expertise** – Character Assassination and Government Reprisal Cyber Attack Victim - He testified against the HMO industry in the US Senate as a whistleblower. United States
Customs ServiceA former United States Customs Service employee who exposed rampant racial profiling against Black travellers while working at Hartsfield International Airport in Atlanta, Georgia. According to Harris's book, Flying While Black: A Whistleblower's Story, 2008–2012 Cathy Harris she personally observed numerous incidents of Black travellers being stopped, frisked, body-cavity-searched, detained for hours at local hospitals, forced to take laxatives, bowel-monitored and subjected to public and private racist/colorist humiliation. The book also details her allegations of mismanagement, abuses of authority, prohibited personnel practices, waste, fraud, violation of laws, rules and regulations, corruption, nepotism, cronyism, favoritism, workplace violence, racial and sexual harassment, sexism, intimidation, on and off the job stalking, etc., and other illegal acts that occurs daily to federal employees especially female federal employees at U.S. Customs and other federal agencies.

**John Kopchinski** - Former Pfizer sales representative and West Point graduate
**Expertise** – Character Assassination and Government Reprisal Cyber Attack Victim - His whose whistleblower ("qui tam") lawsuit launched a massive government investigation into Pfizer's illegal and dangerous marketing of Bextra, a prescription painkiller. Pfizer paid $1.8 billion to the government to settle the case, including a $1.3 billion criminal fine, which was the largest criminal fine ever imposed for any matter. The Bextra settlement was part of a $2.3 billion global settlement – the largest healthcare fraud settlement in U.S. history.

Pfizer Nine sales representatives for Eli Lilly filed separate qui tam lawsuits against the company for illegally marketing the drug Zyprexa for uses not approved by the Food and Drug Administration.[185] According to the settlement, the drug was marketed for other medical conditions not approved by the FDA, known as off-label use. The Governments investigation was triggered by a lawsuit filed by nine sales representatives: **Jim Wetta, Joseph Faltaous, Steven Woodward, Jaydeen Vincente, Robert Rudolph, Hector Rosado, Robert Evan Dawitt, William Lofing, Bradly Lutz**
**Expertise** – Character Assassination and Government Reprisal Cyber Attack Victim - Eli Lilly pleaded guilty to actively promoting Zyprexa for off-label uses, particularly for the treatment of dementia in the elderly. The $1.415 billion penalty included an $800 million civil settlement and a $515 million criminal fine—the largest criminal fine for an individual corporation in United States history. Contingent upon the United States receiving the Federal Settlement amount, the nine whistle blowers shared $78,870,877, of the federal share of the civil settlement.

**Linda Almonte** - JP Morgan Chase
**Expertise** – Character Assassination and Government Reprisal Cyber Attack Victim - Filed suit under the Dodd Frank Act whistleblower program regarding alleged corrupt practices including robosigning at JP Morgan.

**Andrew Maguire** – (whistleblower)

**Expertise** – Character Assassination and Government Reprisal Cyber Attack Victim - Andrew Maguire is a British commodities trader and whistleblower. He presented evidence to United States regulators alleging that fraud had been committed, and that prices in the international gold and silver markets had been manipulated. He went public in April 2010 with assertions of market manipulation by JPMorgan Chase and HSBC of the gold and silver markets.

**Chelsea Manning** - United States Army - US Army intelligence analyst
**Expertise** – Character Assassination and Government Reprisal Cyber Attack Victim

**Cheryl D. Eckard** - GlaxoSmithKlineGlaxoSmithKline (GSK)
**Expertise** – Character Assassination and Government Reprisal Cyber Attack Victim - exposed contamination problems at GSK's pharmaceutical manufacturing operations, which led to a $750 million settlement with the U.S. government related to civil and criminal charges that the firm manufactured and sold adulterated pharmaceutical products. Eckard was awarded $96 million in 2010, a record for an individual whistleblower, since surpassed by UBS AG whistleblower Bradley Birkenfeld's $104 million award.

**Jim Wetta** - AstraZeneca
**Expertise** – Character Assassination and Government Reprisal Cyber Attack Victim

**Micheal Woodford** – Corporate President – Olympus Corporation
**Expertise** – Character Assassination and Government Reprisal Cyber Attack Victim

**Clare Rewcastle Brown** – Sarawak Report
**Expertise** – Character Assassination and Government Reprisal Cyber Attack Victim

**Blake Percival** – USIS
**Expertise** – Character Assassination and Government Reprisal Cyber Attack Victim

**Everett Stern** – HSBC
**Expertise** – Character Assassination and Government Reprisal Cyber Attack Victim

**Ted Siska** - Ward Diesel Filter Systems, Inc. of New York
**Expertise** – Character Assassination and Government Reprisal Cyber Attack Victim

**Joshua Wilson** - Captain, United States Air Force
**Expertise** – Character Assassination and Government Reprisal Cyber Attack Victim

**Carmen Segarra** - US New York Federal Reserve's appointed regulator to Goldman Sachs
**Expertise** – Character Assassination and Government Reprisal Cyber Attack Victim

**Antoine Deltour** – PricewaterhouseCoopers
**Expertise** – Character Assassination and Government Reprisal Cyber Attack Victim

**David P. Weber** - United States Securities and Exchange Commission
**Expertise** – Character Assassination and Government Reprisal Cyber Attack Victim

**John Crane** - Office of the Inspector General, U.S. Department of Defense
**Expertise** – Character Assassination and Government Reprisal Cyber Attack Victim

**Ben Strickland** - U.S. Coast Guard
**Expertise** – Character Assassination and Government Reprisal Cyber Attack Victim

**Jofi Joseph** – White House Insider, Wife Associated With Valarie Jarrett
**Expertise** – Character Assassination and Government Reprisal Cyber Attack Victim

**John Tye** – U.S. State Department
**Expertise** – Character Assassination and Government Reprisal Cyber Attack Victim

**JK** – Eye On Washington
**Expertise** – Interaction In Washington, DC With Feinstein Officials

**Joseph Y. Ting** – Radiation Oncology
**Expertise** – Character Assassination and Government Reprisal Cyber Attack Victim

**J. Kirk McGill** - United States Department of Defense – Defense Audit Agency
**Expertise** – Character Assassination and Government Reprisal Cyber Attack Victim

**John Bitterman** - U.S. Coast Guard
**Expertise** – Character Assassination and Government Reprisal Cyber Attack Victim

Additional names to be provided as vetting completes...