Name: SD Redmond
Address: 210 S. Ellsworth Ave, #1275
San Mateo, CA 94401
Phone Number: 510-868-2862
E-mail Address: justice@majestic111.com
Case URLs With Additional Evidence Provided by Federal Agencies And Congress:
https://san-francisco-news.com
http://www.the-truth-about-the-dept-of-energy.com
https://san-francisco-news.com
*PLAINTIFF, A Pro Se, disabled, non-lawyer, federal witness who has requested Court appointed counsel*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

### (UNLIMITED CIVIL JURISDICTION)

| | |
|---|---|
| SD REDMOND, a Pro Se non-lawyer federal whistle-blower/witness<br><br>  PLAINTIFF,<br><br>  v.<br><br>UNITED STATES OF AMERICA<br><br>  DEFENDANTS.<br>_____<br>Filed:  April 29, 2022 | CASE NO.: 22-cv-1107-TSH<br><br>**CONFLICT OF INTEREST NOTICE**<br><br>**INTENTIONAL FRAUD; CONCEALMENT FRAUD; NEGLIGENT MISREPRESENTATION; INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS; RICO RACKETEERING; ANTI-TRUST/MONOPOLY;  COURT ORDER DEMANDED FOR FULL SSDI BACK PAYMENTS; AND SUCH OTHER CLAIMS LISTED HEREIN UNDER "CLAIMS" SECTION**<br><br>**DEMAND FOR JURY TRIAL**<br><br>**ADDITIONAL EXHIBITS TO BE FILED ELECTRONICALLY AND NOW AVAILABLE, ON THE WEB, TO THE PUBLIC, GLOBALLY, AT LINKS ABOVE AND MIRROR SITES** |

## CONFLICT OF INTEREST NOTICE

Due to past personal, sexual, business and active law enforcement investigations of their families by federal law enforcement and intelligence agencies, it is ILLEGAL for any member of the Feinstein

1

or Pelosi families or their staff to discuss Plaintiff's cases, interact with Plaintiffs cases, examine the records on these cases or be involved in the management of the case in any way, shape or form. All court staff shall be subpoenaed to show which parties may have violated these terms of law.

Plaintiff has been a provider of evidentiary materials to numerous law enforcement, intelligence agency, IG and AG investigations and thus has access to extraordinary tips from Congressional investigations, IG investigations and special task force investigations such as the Durham, Solyndra and Afghanistan investigations. Plaintiff has thus received verification that efforts have been underway, by the parties charged, as recently as the last day, to blockade Plaintiff's rights in these cases. Plaintiff's cases confront the "BIG TECH COMPANIES AND POLITICIANS THAT USED THEIR BUSINESS FRONTS TO OPERATE: BRIBES TO CONGRESS, TAX-EVASION, SEX-TRAFFICKING, ELECTION MANIPULATION, SHADOW-BANS, EMPLOYEE SEXSTORTION, OFF-SHORE MONEY LAUNDERING, STOCK MARKET MANIPULATION, BLACKLISTS, MONOPOLIES AND, WORST OF ALL, HIRED FUSION GPS, BLACK CUBE, IN-Q-TEL AND MEDIA MATTERS TO RUN ILLEGAL HIT-JOBS ON THEIR COMPETITORS!"

Plaintiff has been advised by investigators that parties under investigation have already sought to delay, block and defer this case matter.

Kathy Feinstein used to party at Plaintiff's house in his hot tub on Chenery Street. Her senior position at the San Francisco Superior Court is required, BY LAW, to be totally blockaded from this case!

On another occasion Plaintiff lived at the home of Dianne Feinsteins senior office manager and was privileged to case data brought to that residence.

Plaintiff also dated a Senior staff member of the Nancy Pelosi office

Due to past shared partner conflicts, Judge Paul Slavit is also conflicted out from having any involvement in these cases.

The Pelosi and Feinstein family members and staff including Daniel Jones (Who is under massive multi-agency federal investigation for the same kind attacks on others; and is known as "Dianne's *HIT MAN*"), the Perkins Coie law firm (An entire law office dedicated to attacks on third parties for hire) and various related parties listed in the exhibits are to be judicially banned from any interaction with this case. The Feinstein and Pelosi parties ordered, operated, financed and commanded attacks on Plaintiff and threatened Plaintiff in writing and via their Washington DC aides over their ownership of Tesla Motors, The NUMMI Factory, various real-estate and political shenanigans. Plaintiffs federal records were hacked on orders of these parties, who have already been proven to have engaged in such actions in the past voluminously. Feinstein family members such as Herb Newman, and Chinese business managers such as Mart Bailey have met with our Team.

Plaintiff has copied DOJ, FBI, SEC and Congressional contacts at his 3-letter agency centers on this alert. We seek confirmation from ALL judicial officials that such actions will lead to the arrest and indictment of all parties engaging in such actions.

INCLUDING CASE NUMBERS: SFPD Case # 150528148 ( - Company E (Northern District) Per Officer Liu – Badge # 4742 ) is relevant. Police incident report # 25119268 is relevant. OSC Case File No. MA-19-002006 is relevant. OSC Case File DI-15-4541 is relevant. California Victim Compensation & Government Claims Board Claim # G628261 is relevant. Also relevant are: Case No. 1:20-cv-03010 ( Google monopoly and competitor attacks case); Case No. 11-CV-2509  ( https://www.cand.uscourts.gov/judges/koh-lucy-h-lhk/in-re-high-tech-employee-antitrust-litigation/  ); Task force Case No. 20-xyz2020a  ( http://www.case-xyz2020a.com/ ); Case No. 20-03664 ( https://www.insurancejournal.com/app/uploads/2020/06/brown-v-google.pdf ); Case No. 1:12-CV-00774-mms and related cases. ( https://thehill.com/blogs/congress-blog/the-

3

administration/250109-a-case-study-in-pay-to-play-cronyism. Criminal referrals against the attackers have been filed with the FBI, DOJ, SEC, FEC, FTC ); Case No. 18-cv-8865 (S.D.N.Y.) (SEC v. Elon Musk for lies and scams ); Case No. 18-cv-8947 (S.D.N.Y.)( SEC v. Tesla, Inc. for lies and scams ); Case No. 1:14-cv-270143 ( Google racketeering charges - https://artistrightswatch.com/2017/10/08/googles-racketeering-challenge/ ); Case No. 1:19-cr-00490 ( United States v. Epstein - Big tech sex cult crimes case ); Case No. 129 So.3d 1196 (Fla. 2d DCA 2014); 170 So.3d 125 (Fla. 2d DCA 2015) ( Gawker Media, LLC v. Bollea in which Gawker, Deadspin, Gizmodo, Jalopnik, Jezebel, Kotaku and Lifehacker were exposed as character assassination and money-laundering fronts working for notorious third parties); Case No. 19-cv-343672 James Martin (on behalf of ALPHABET INC) v Larry Page et al (Sex Cults In Silicon Valley ); Case No. CGC-11-508414, California Superior Court, San Francisco (Plaintiff v Google ); Case No. 3:16-cv-03061 U.S. DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA, San Francisco Division ( Plaintiff V. Google/Alphabet/YouTube); Case No. 18-CIV05380 Rubin Vs. Rubin (Google sex cult and sex slave charges ); Case No. : 1:17 - cv - 06404  Vs. Rubin (Organized crime sex trafficking stock market manipulators ); Case No. D.C. No. 3:17-cv-05369 - VC (Big tech harassment of outsiders);Case No. 3:21-cv-00077  (Another of many lawsuits proving that the Silicon Valley Cartel conspires to manipulate media and markets) and the SFPD Roger Boas case records, NORTHERN CA DISTRICT COURT CASE   - PACER FILE - 22-cv-1107-TSH; SF SUPERIOR COURT CASE - CGC-22-598704-

DATED this day of the filing of 2022

Respectfully submitted,

(SIGNED ELECTRONICALLY)
**Name: SD Redmond**
**Address: 210 S. Ellsworth Ave, #1275**
**San Mateo, CA 94401**
**Phone Number: 510-868-2862**
**E-mail Address: justice@majestic111.com**
*Pro Se – A federal witness*