Name: SD Redmond
Address: 210 S. Ellsworth Ave, #1275
San Mateo, CA 94401
Phone Number: 510-868-2862
E-mail Address: justice@majestic111.com
Case URLs With Additional Evidence Provided by Federal Agencies And Congress:
https://san-francisco-news.com
http://www.the-truth-about-the-dept-of-energy.com
https://san-francisco-news.com
*PLAINTIFF, A Pro Se, disabled, non-lawyer, federal witness who has requested Court appointed counsel*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### (UNLIMITED CIVIL JURISDICTION)

| | |
|---|---|
| **SD REDMOND, a Pro Se non-lawyer federal whistle-blower/witness** | ) CASE NO.: 22-cv-1107-TSH )  ) **NOTICE OF EVIDENCE LEAK** |
| **PLAINTIFF,** | ) ) **INTENTIONAL FRAUD; CONCEALMENT** |
| v. | ) **FRAUD; NEGLIGENT** ) **MISREPRESENTATION; INTENTIONAL** ) **INFLICTION OF EMOTIONAL DISTRESS;** |
| **UNITED STATES OF AMERICA** | ) **RICO RACKETEERING;** ) **ANTI-TRUST/MONOPOLY;  COURT** ) **ORDER DEMANDED FOR FULL SSDI** ) **BACK PAYMENTS; AND SUCH OTHER** ) **CLAIMS LISTED HEREIN UNDER** ) **"CLAIMS" SECTION** |
| **DEFENDANTS.** | |

Filed:  April 29, 2022

**DEMAND FOR JURY TRIAL**

**ADDITIONAL EXHIBITS TO BE FILED ELECTRONICALLY AND NOW AVAILABLE, ON THE WEB, TO THE PUBLIC, GLOBALLY, AT LINKS ABOVE AND MIRROR SITES**

## NOTICE OF EVIDENCE LEAK

On April 29, 2022, documents from a cooperative investigation to Plaintiff's cases were leaked on the internet, globally, and acquired by all major news outlets and citizen sleuth groups. Those third parties have now publicly published those documents on their news outlets. This

1

included a document set, which Plaintiff intended to use in this investigation: "**2022-04-25-durham-huge-reporter-email-list-pdf**"

From this leak, reporters and associated politicians and targeted oligarchs have publicly stated that they conclude that other, similar evidence is in hand by our peers, associates, and law enforcement. Plaintiff does hereby verify that assertion to be true and hereby calls the Durham investigation document "*2022-04-25-durham-huge-reporter-email-list-pdf*"**,** and all associated and related evidence documents in that investigation, as evidence in Plaintiffs cases. ***2022-04-25-durham-huge-reporter-email-list-pdf,*** and related documents, prove Plaintiff's assertions of government financed organized attack teams exploited against Plaintiff and other citizens.

Those documents are hereby called and presented in this case, as well.

INCLUDING CASE NUMBERS: Task Force cases known as: "Durham Investigations"; "The Solyndra Investigation"; "The Afghanistan Rare Earth Minng Corruption Investigations"; SFPD Case # 150528148 ( - Company E (Northern District) Per Officer Liu – Badge # 4742 ) is relevant. Police incident report # 25119268 is relevant. OSC Case File No. MA-19-002006 is relevant. OSC Case File DI-15-4541 is relevant. California Victim Compensation & Government Claims Board Claim # G628261 is relevant. Also relevant are: Case No. 1:20-cv-03010 ( Google monopoly and competitor attacks case); Case No. 11-CV-2509  ( https://www.cand.uscourts.gov/judges/koh-lucy-h-lhk/in-re-high-tech-employee-antitrust-litigation/ ); Task force Case No. 20-xyz2020a  ( http://www.case-xyz2020a.com/ ); Case No. 20-03664 ( https://www.insurancejournal.com/app/uploads/2020/06/brown-v-google.pdf ); Case No. 1:12-CV-00774-mms and related cases. ( https://thehill.com/blogs/congress-blog/the-administration/250109-a-case-study-in-pay-to-play-cronyism. Criminal referrals against the attackers have been filed with the FBI, DOJ, SEC, FEC, FTC ); Case No. 18-cv-8865 (S.D.N.Y.)(SEC v. Elon Musk for lies and scams ); Case No. 18-cv-8947 (S.D.N.Y.)( SEC v. Tesla, Inc. for lies and scams ); Case No. 1:14-cv-270143 ( Google racketeering charges - https://artistrightswatch.com/2017/10/08/googles-

Pg 3 of 3; 4.29.22, NOTICE OF EVIDENCE LEAK, U.S. Dist Crt Norcal Case 22-cv-1107-TSH

racketeering-challenge/ ); Case No. 1:19-cr-00490 ( United States v. Epstein - Big tech sex cult crimes case ); Case No. 129 So.3d 1196 (Fla. 2d DCA 2014); 170 So.3d 125 (Fla. 2d DCA 2015) ( Gawker Media, LLC v. Bollea in which Gawker, Deadspin, Gizmodo, Jalopnik, Jezebel, Kotaku and Lifehacker were exposed as character assassination and money-laundering fronts working for notorious third parties); Case No. 19-cv-343672 James Martin (on behalf of ALPHABET INC) v Larry Page et al (Sex Cults In Silicon Valley ); Case No. CGC-11-508414, California Superior Court, San Francisco (Plaintiff v Google ); Case No. 3:16-cv-03061 U.S. DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA, San Francisco Division ( Plaintiff V. Google/Alphabet/YouTube); Case No. 18-CIV05380 Rubin Vs. Rubin (Google sex cult and sex slave charges ); Case No. : 1:17 - cv - 06404  Vs. Rubin (Organized crime sex trafficking stock market manipulators ); Case No. D.C. No. 3:17-cv-05369 - VC (Big tech harassment of outsiders);Case No. 3:21-cv-00077  (Another of many lawsuits proving that the Silicon Valley Cartel conspires to manipulate media and markets) and the SFPD Roger Boas case records, NORTHERN CA DISTRICT COURT CASE   - PACER FILE - 22-cv-1107-TSH; SF SUPERIOR COURT CASE - CGC-22-598704-

DATED this day of the filing of 2022

Respectfully submitted,

(SIGNED ELECTRONICALLY)
**Name: SD Redmond**
**Address: 210 S. Ellsworth Ave, #1275**
**San Mateo, CA 94401**
**Phone Number: 510-868-2862**
**E-mail Address: justice@majestic111.com**
*Pro Se – A federal witness*

3