Name: SD Redmond
Address: 210 S. Ellsworth Ave, #1275
San Mateo, CA 94401
Phone Number: 510-868-2862
E-mail Address: justice@majestic111.com
Case URLs With Additional Evidence Provided by Federal Agencies And Congress:
https://san-francisco-news.com
http://www.the-truth-about-the-dept-of-energy.com
https://san-francisco-news.com
*PLAINTIFF, A Pro Se, disabled, non-lawyer, federal witness who has requested Court appointed counsel*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
### (UNLIMITED CIVIL JURISDICTION)

| | |
|---|---|
| SD REDMOND, a Pro Se non-lawyer federal whistle-blower/witness<br><br>PLAINTIFF,<br><br>v.<br><br>UNITED STATES OF AMERICA<br><br><br><br>DEFENDANTS. | CASE NO.: 22-cv-1107-TSH<br><br>CONGRESSIONAL AND COURT TESTIMONY<br><br>INTENTIONAL FRAUD; CONCEALMENT FRAUD; NEGLIGENT MISREPRESENTATION; INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS; RICO RACKETEERING; ANTI-TRUST/MONOPOLY; COURT ORDER DEMANDED FOR FULL SSDI BACK PAYMENTS; AND SUCH OTHER CLAIMS LISTED HEREIN UNDER "CLAIMS" SECTION |

Filed:  May 2, 2022                                              **DEMAND FOR JURY TRIAL**

**ADDITIONAL EXHIBITS TO BE FILED ELECTRONICALLY AND NOW AVAILABLE, ON THE WEB, TO THE PUBLIC, GLOBALLY, AT LINKS ABOVE AND MIRROR SITES**

**CONGRESSIONAL AND COURT TESTIMONY**

*This case is about organized crime in politics.*

1

*'Well, how did that happen?', you might ask.*

*In these hearings, we will go over that in great detail.*

*The mobsters involved attacked and harmed me because I did not cooperate with their crimes and I reported them to law enforcement when I witnessed those crimes.*

*Those 'mobsters' ran part of the United States Government and used the government resources, that your tax dollars paid for, to operate their crimes and to attack me for whistle-blowing.*

*The irony here is that I, and every citizen ARE the 'United States Government'. In fact on November 11, 1620, my relatives signed the Declaration of Government, on the Mayflower, which, in part, created the United States Government.*

*So it is strange that I am suing the United States Government, on behalf of the United States Government in order to fix the United States Government.*

*If that isn't a bizarre concept; consider the fact that some of the most famous politicians in the world covertly joined together to engage in a profiteering and racketeering 'enterprise' not unlike the 'Mafia'.*

*To begin at the beginning, my relatives have always worked in public service as teachers, forest rangers, and intelligence officers. I was, thus, inspired to also dedicate my life to service. In school, I, like all Americans, was taught by the Government that if you work hard you get a home, a lovely*

*family, vacations, a boat and a good quality of life. The Government, took all of those things away from me, though, because I spoke out about these crimes.*

*I was a Program Director, Inventor and Product designer. I studied criminal forensics, sociology, product development and mass media in school.*

*The Patent Office has awarded me issued federal patents as first-to-invent the core products that run Silicon Valley. I, and my partners, spent decades of our lives and millions of dollars on those inventions. I was taught in school that nothing is worth getting a patent on unless it is a ten times improvement over the old way of solving any given problem.*

*A patent is a fight with the U.S. Government over who invented a thing. You file a paper saying: "I invented this thing" and the Government generally sends you a letter saying: "We aren't sure you were the first: PROVE IT!"*

*You go back and forth with the Patent Office in a federal investigation that can last years, and spend vast amounts of money on lawyers, until you have absolutely proven to the Patent Office that you were the first to invent something. Then the Patent Office awards you the patent.*

*In my case, the patent office said that I invented the things that Google, YouTube, Netflix, Tesla and Facebook are based on. The Patent Office and my emails, contracts, NDA's and other evidence, proves that I invented those things, and launched the companies offering those products and services, years before those competing companies even existed.*

*I discovered later that those competitors hired moles to spy on my companies and their technologies. Even worse: I found out that my government officials covertly owned those companies!!! Yes, my elected officials turned out to be either financed by, friends, with, sleeping with, dating the staff of, holding stock market assets in, promised a revolving door job or government service contracts from, partying with, personal friends with, photographed at private events with, exchanging emails with, business associates of or directed by; our business adversaries, or the Senators and politicians that those business adversaries pay campaign finances to, or supply political digital search manipulation services to. Criminal U.S. Senators and White House staff coordinated and profited in these schemes.*

*Those politicians own family members have now supplied evidence against them.*

*If you have wondered why Silicon Valley has had the largest number of Congressional hearings against it, BUT the least number of regulations imposed, you can look no further than the covert ownership of Silicon Valley by your elected officials. Your politicians get paid bribes, by Silicon Valley, to keep the political corruption alive and well while they operate, with impunity, as the biggest threats to society ever manifested.*

*Your politicians protect Silicon Valley and allow it to keep producing child suicides, racism, misogyny, child mental health threats, domestic spying, data harvesting, sex trafficking, election manipulation, tax evasion, censorship, political bribery and many other crimes!*

*Why?*

*Because crime pays...for Government officials!*

*Certain Government officials, listed by name in the evidence documents, have knowingly formed a RICO-law violating 'criminal enterprise' in order to operate monopolies against the public, including me and my companies, that place criminal greed over ethical governance. The highest levels of DOJ, FEC, OSC, and other enforcement agencies have been proven, BY CONGRESS, to have been blockaded by cronyism and corruption in their required duties to arrest these officials.*

*America can no longer tolerate the crony insider protectionism for the Big Tech billionaires and their crooked Senators. Corruption in office must no longer be a* **Walk In The Park.** *It must be a* **Perp Walk!**

DATED this day of the filing of 2022

Respectfully submitted,

(SIGNED ELECTRONICALLY)
**Name: SD Redmond**
**Address: 210 S. Ellsworth Ave, #1275**
**San Mateo, CA 94401**
**Phone Number: 510-868-2862**
**E-mail Address: justice@majestic111.com**
*Pro Se – A federal witness*