UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SD DOUGLAS REDMOND,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | Case No. 22-cv-01107-TSH<br><br>**ORDER RE: EX PARTE COMMUNICATION** |

Plaintiff has repeatedly attempted to communicate with the Court via email on an ex parte basis, which is defined by Civil Local Rule 1-5(d) as "contact with the Court without the advance knowledge or contemporaneous participation of all other parties." Plaintiff is hereby advised that such communication is prohibited, unless it concerns scheduling or general case management. Specifically, Civil Local Rule 11-4(c) provides as follows:

> **Prohibition against Ex Parte Communication.** Except as otherwise provided by law or these Local Rules or otherwise ordered by the Court, an attorney or party to an action must refrain from contacting the assigned Judge or the Judge's law clerks or otherwise communicating with a Judge or the Judge's staff regarding a pending matter, without prior notice to opposing counsel.
>
> **Commentary**
> This rule is not intended to prohibit communications with Court staff regarding scheduling or general case management.

Instead, any communication with the Court must be filed, which is defined by Civil Local Rule 1-5(e) as "delivery to and acceptance by the Clerk of a document, including an electronic document, which is approved for filing and which will be included in the official files of the Court and noted in the docket of the case." Thus, any future communication from Plaintiff that is not filed will be disregarded.

The Court also advises Plaintiff that he may file an ex parte request "only if a statute, Federal Rule, local rule, or Standing Order authorizes" such a filing. *See* Civ. L.R. 7-10. Thus, if Plaintiff files such a request, it will be denied if it does not "include a citation to the statute, rule, or order which permits the use of an ex parte motion to obtain the relief sought." *Id.*

Finally, the Court reminds Plaintiff that he may wish to seek assistance from the Legal Help Center, a free service offered by the Justice & Diversity Center of the Bar Association of San Francisco. You may request an appointment by emailing fedpro@sfbar.org or calling 415-782-8982. At the Legal Help Center, you will be able to speak with an attorney who may be able to provide basic legal help but not representation. More information is available at http://cand.uscourts.gov/helpcentersf. Plaintiff may also wish to obtain a copy of this District's *Handbook for Litigants Without a Lawyer*, which provides instructions on how to proceed at every stage of your case. The handbook is available in person at the Clerk's Office and online at: http://cand.uscourts.gov/prosehandbook.

**IT IS SO ORDERED.**

Dated: May 3, 2022

_____
THOMAS S. HIXSON
United States Magistrate Judge