**Name: SD Redmond**
**Address: 210 S. Ellsworth Ave, #1275**
**San Mateo, CA 94401**
**Phone Number: 510-868-2862**
**E-mail Address: justice@majestic111.com**

**EVIDENCE/EXHIBIT COPIES AT:**
**https://www.majestic111.com**
**http://www.the-truth-about-the-dept-of-energy.com**
**https://san-francisco-news.com**
*PLAINTIFF, A Pro Se, disabled, non-lawyer, federal witness who has requested Court appointed counsel*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
### (UNLIMITED CIVIL JURISDICTION)

| | |
|---|---|
| **SD REDMOND, a Pro Se non-lawyer federal whistle-blower/witness** | ) **CASE NO.: 22-cv-1107-TSH** |
| | ) |
| | ) **CASE STATUS UPDATE** |
| **PLAINTIFF,** | ) |
| | ) **INTENTIONAL FRAUD; CONCEALMENT** |
| | ) **FRAUD; NEGLIGENT** |
| **v.** | ) **MISREPRESENTATION; INTENTIONAL** |
| | ) **INFLICTION OF EMOTIONAL DISTRESS;** |
| | ) **RICO RACKETEERING;** |
| **UNITED STATES OF AMERICA** | ) **ANTI-TRUST/MONOPOLY;  COURT** |
| | ) **ORDER DEMANDED FOR FULL SSDI** |
| | ) **BACK PAYMENTS; AND SUCH OTHER** |
| | ) **CLAIMS LISTED HEREIN UNDER** |
| **DEFENDANTS.** | ) **"CLAIMS" SECTION** |
| _____ | |
| **Filed: May 5, 2022** | **DEMAND FOR JURY TRIAL** |

**ADDITIONAL EXHIBITS TO BE FILED
ELECTRONICALLY AND NOW
AVAILABLE, ON THE WEB, TO THE
PUBLIC, GLOBALLY, AT LINKS
ABOVE AND MIRROR SITES**

## CASE STATUS UPDATE

**Table of Contents On Last Page**

NOW comes Plaintiff, *in pro per, a disabled, low-income, senior without legal representation and with no legal training who has been targeted by Government officials for reporting crimes by certain Government officials*, and files this amended civil complaint, per Plaintiff's understanding of the written orders of Judge Hixson filed by Judge Hixson on May 2, 2022. The charges are filed against Defendant, THE UNITED STATES OF AMERICA, a representative entity which has a 1.) command-and-control, 2.) financing, 3.) legal authority and 4.) management influence over the actions and claims of harm described herein and has been proven, in thousands of past court cases, to use reprisal attacks against A.) whistle-blowers and B.) the competitors to political campaign financiers of high-level government officials.

**TALKING TO COURT STAFF**

Plaintiff has now been educated to the rule meaning as to not talking to Court staff outside of the EFILE system. Based on this new education, Plaintiff will  seek to communicate entirely through EFILE, as instructed.

**SILICON VALLEY  STOCK CRASH**

On May 5, 2022 all of the stock values of all of the Big Tech companies that had assisted the corrupt United States Officials in stealing Plaintiff's intellectual property and attacking Plaintiff, ironically, crashed into the ultimate stock market valuation pit from hell. While some media outlets have suggested it was part of Plaintiff's 'ultimate payback plan.' It was probably just ultimate KARMA for a bunch of sinister corporations that Government politicians protect in Silicon Valley and allow them to keep **producing child suicides, racism, misogyny, child mental health threats, domestic spying, data harvesting, sex trafficking, election manipulation, tax evasion, Fusion GPS/Media Matters/ Black Cube hit jobs on competitors, censorship, contrived market monopolization, intellectual property theft, political bribery and many other crimes!** Why? *Because crime pays...for corrupt U.S. Senators!*

While the vast number of criminal referrals, crime reports and investigation materials that Plaintiff has provided to the FBI, DOJ, SEC, FTC, OSC, GAO, FINCEN and others may have assisted in transparency, do the readers of this status update really think the poor little Plaintiff could pull something like that off? While Plaintiff sincerely hopes that these Silicon Valley criminal organizations all do rot in hell, he probably does not have any sort of communications network that can get every bank and pension plan to realize that 'Big Tech' is just a bunch of smoke-and-mirrors, and pull out of them!

This is a case regarding the defamation of Plaintiff involving organized criminal activity that has been masquerading under corrupt governmental officials.  Plaintiff has been a victim of defamatory actions and attacks by governmental officials and he has been seriously harmed. Plaintiff has used due diligence to report criminal activity to law enforcement.  However, Plaintiff's actions have been totally disregarded.  Plaintiff has been grievously harmed and seeks to recover the damages that have been incurred.


## SIZE REDUCTION

Court officials have stated that Plaintiff's massiveness was overwhelming. Plaintiff has reduced his filing to less than 90 pages, from nearly 2000 pages (as shown in the notes herein). Plaintiff is aiming to get it down to about 30 pages in amended form


## COURT DOCUMENT STRUCTURE

Plaintiff has started to receive input from an AG that the causes of action must state the law for that cause of action and add the appropriate facts. Due to his dyslexia/dyscalculia and utter lack of comprehension of legal citations he is asking everybody he can find, who is not Court staff. If they can help rewrite the complaint in compliant form.


The reductions notes follow but this is not YET the amended complaint:

## JURISDICTION AND VENUE

1.      Venue is proper in this judicial district in that, always relevant herein, defendants resided and /or transacted business in the Counties of Alameda, Marin, Santa Clara, San Mateo and San Francisco and is within the authority of this Court for purposes of service of process. This Court has authority in that the amount in controversy exceeds the jurisdictional limits of this Court according to proof at trial.

2.      Authority and venue are proper in this Court because all the claims alleged herein arose in San Francisco, Alameda, San Mateo and Santa Clara County, and always relevant herein, all the defendants were and/or are residents of San Francisco County or were and/or are doing business in San Francisco County, and/or their principal place of business is in Santa Clara, San Francisco and San Mateo County.

3.      The Plaintiff lives in San Mateo County And Marin County and previously lived in San Francisco County until the attacks by Defendant, upon Plaintiff, began.

4.      The Defendants are a governmental entity, both overt and covert, doing business in San Francisco County and their associates also live in and/or do business there.

5.      This complaint covers issues which the Court has the power to decide, such as RICO, Anti-trust monopoly violations, 28 U.S.C. &1331; 18 U.S.C. §§ 1961(5), 1962(c),  18 U.S.C. §§ 1961(5), 1962(d) 773. ; and many other matters which attorney-less, pro-se, low-income, senior, disabled Plaintiff is not skilled enough to properly cite, at this time, but could cite, with perfection, with a great court-appointed lawyer. Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1331, as Plaintiff's claims arise under the Constitution and laws of the United States. This Court has jurisdiction to grant relief in this action pursuant to 28 U.S.C. § 1346(b), as Plaintiff brings claims under the Federal Tort Claims Act. This case also presents a federal matter within this Court's jurisdiction under Article III of the United States Constitution, 28 U.S.C. § 1331, and the Administrative Procedure Act, 5 U.S.C. § 702, and under other related law acts and precedents. This Court has authority to grant declaratory relief under the Declaratory Judgment Act, 28 U.S.C. § 2201 et seq., and to award damages, costs, and attorneys' fees under 28 U.S.C. § 2412, and under

other related acts and precedents. Venue is proper in this district under 28 U.S.C. § 1391(e), and under other related acts and precedents. The venue is proper in this district pursuant to 28 U.S.C. § 1391(b), because a substantial part of the acts or omissions that give rise to the Plaintiffs' claim occurred or will occur in the area. RICO charges by Plaintiff, against Defendant are verified as valid by Plaintiff and by reviewing third parties. Plaintiff is also requesting relief under the United States Constitution, the Federal Tort Claims Act ("FTCA"), 28 U.S.C. §§ 1346(b), 2672 and related jurisdictions and applicable rights.

## PARTIES

6.      At all times relevant herein, Plaintiff, (hereafter "plaintiff  "Plaintiff") was, and is, a resident of the County of San Mateo, Marin County And San Francisco County, State of California. Plaintiff has served his nation all of his career. Plaintiff has saved his nation hundreds of billions of dollars by halting active corruption. He has been awarded dozens of '**first-to-invent**' issued ***United States federal patents*** on products and services in use by millions of people around the globe. Supporter of ***US INVENTOR*** organizations.  He is Commended in: Citizenship Awards; writing contest awards; Deans List; Robb Report; White House letters of commendation by Vice President Al Gore; Department of Defense, Defense Advanced Research Projects Agency (DARPA)- "Scientists Helping America" Award; US Congress- Iraq War Bill, Commendation; US Dept. of Energy- Contract/grant to build America's energy back-up plan; US Department of the Interior- Commendation; California State Assembly- Proclamation; Mayors of San Francisco- Multiple proclamations; 3D Design Magazine- National Big Kahuna Award for Producer/Director; A-List, Nob Hill Gazette and hundreds of letters of reference and commendation. He has worked on top law enforcement and IC project deployments. Producer of top anti-corruption lawsuits that interdicted major bribery and political stock market manipulation efforts by public officials. Creator of citizen sleuth and open-source public forensics software and systems that track every bribe and payola red flag. He is an advocate, advisor, promoter for the Congressional ***THE STOCK ACT***, and ***THE***

*AMERICAN JOBS ACT* crowd-funding section, The *Silicon Valley Class Action Cartel Lawsuits*, The *SOLYNDRA CONGRESSIONAL investigation,* and ongoing Congressional investigations of Big Tech crimes and corruption. He is the Producer of over 100 major public programs attended by millions of participants. He has Decades of work with The White House, Congress and major community agencies. Plaintiff has been in the Bay Area Big Tech community since the 70's and participated in organizing and planning meetings for activities, politicians and events described herein; thus he has 'expert first-hand knowledge'.

7.     On information and belief, always relevant herein, the **UNITED STATES OF AMERICA (**which includes those entities that are financier/beneficiary oligarchs that have been illicitly incorporated into the government as "White House Advisors" and "Special Staff").

8.     The governmental agency is Plaintiff's former employer, contractor and competitor: The United States Government. The address for the Defendant  is: *United States; Attorney General Of The United States; Attn: Process Clerk – DOJ; 950 Pennsylvania Ave., NW, Washington, D.C. 20530*

9.     The service of process has been served at this address and associated addresses to Defendant.

## STATEMENT OF FACTS

This case is about hit-jobs and attacks on Plaintiff via the operators of a profiteering organized crime activity in government offices. Racketeering-motivated political 'mobsters', in Government offices, attacked and harmed Plaintiff, using taxpayer-paid resources because he did not cooperate with their crimes, which were based out of government offices, and because Plaintiff reported those crimes to law enforcement when Plaintiff witnessed those crimes.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

The original complaint was filed by Email on 2.22.22 . Plaintiff's income, housing, brand and businesses were attacked and cut-off in reprisal for his aid to the government in criminal '*stimulus*' scam investigations involving profiteering with foreign rare earth mining schemes, the energy and internet industries and the stock market. Defendants spent over $60+ million dollars (proven by their own banking records, comps from Presidential campaigns, and opposition research group's past billings as shown in provided EXHIBITS) using spy agency-type dirty tricks contracted from such attack services as ***Cardinal & Pine; Pacronym, Acronym;  The Americano; Investing in US; Shadow Inc; Courier Newsroom; IN-Q-Tel; Gawker Media; Jalopnik; Gizmodo Media; K2 Intelligence; WikiStrat; Podesta Group; Fusion GPS; Clearview AI Face Tracking, Google; YouTube; Alphabet; Facebook; Twitter; Think Progress; Media Matters); Black Cube; Correct The Record; Orbis Business Intelligence, Undercover Global Ltd; Stratfor; Jigsaw; ShareBlue/Acronym; Versa LLC; American Ledger; Supermajority News; New Venture Fund; Sixteen Thirty Fund; Cambridge Analytica; Sid Blumenthal; States Newsroom; Hopewell Fund; Open Society.; Palantir, Kroll, David Brock; AmpliFire News; American Bridge; Plouffe Consulting; Pantsuit Nation; MotiveAI; American Bridge 21st Century Foundation; Priorities USA; PR Firm Sunshine Sachs; The American Independent Foundation; Covington and Burling; Buzzfeed; The American Independent; Perkins Coie; Secondary Infektion; Wilson Sonsini*** and thousands more are hired to scan EVERY database, every hour to run hit-jobs, character assassinations, dirty tricks and economic reprisal attacks on Plaintiff, and any targets who reported the crimes. Defendants used former intelligence agency (ie: See Ronan Farrow's Book: ***CATCH AND KILL***) personnel to harm Plaintiff as revenge/vendetta/reprisal because Plaintiff was a whistle-blower, a direct competitor and the inventor of technologies that Defendants financiers had not, themselves, invented.

These public official racketeer 'mobsters' run part of the United States Government and used government resources, that Plaintiffs tax dollars paid for, to operate their crimes and to attack Plaintiff for whistle-blowing. These racketeering officials rely on schemes with Elon Musk, Jeff Bezos, Bill Gates, Lauren Powell Jobs, Tim Draper, Steve Jurvetson, Larry Page, Eric Schmidt, The Zuckerbergs and other windfall profiteers, coordinated by private banks such as Goldman Sachs, corrupt CPA firms like Mossack and dirty law firms like Perkins Coie as consigliere-type coordinators of the schemes.

On November 11, 1620, Plaintiff's blood relatives signed the Declaration of Government, on the Mayflower, which, in part, created the United States Government. Plaintiff is, thus, suing the United States Government, on behalf of the United States Government in order to fix the United States Government.

Some of the most famous politicians in the world covertly joined together to engage in a profiteering and racketeering 'enterprise' (not unlike the 'Mafia') in order to optimize bribes based around stock market manipulation of securities assets owned by politicians and their family members. The many thousands of news articles about the reasons for the STOCK ACT, in Congress, detail the harms of this via massive public documentation. White House and Congressional staff (ie: Plouffe, Axelrod, Mcdonough, Carney, Spinner, Emanuel, Rattner, Schmidt, Westly, et al) advised them on how to set-up and prosper in these illegal machinations in exchange for political campaign financing and percentages of said financing.

The Patent Office has awarded Plaintiff dozens of issued federal patents as first-to-invent the core products that run Silicon Valley. Plaintiff, and his partners, spent decades of their lives and

millions of dollars creating those inventions. A patent is a fight with the U.S. Government over who

invented a thing. You file a paper saying: "I invented this thing" and the Government generally

sends you a letter saying: "We aren't sure you were the first: PROVE IT!"

You go back and forth with the Patent Office in a federal investigation that can last years,

and spend vast amounts of money on lawyers, until you have absolutely proven to the Patent Office

that you were the first to invent something. Then the Patent Office awards you the patent.

In Plaintiffs case, the patent office said that he invented the things that Google, YouTube,

Netflix, Tesla and Facebook - Meta are based on. The Patent Office, Plaintiffs emails, contracts,

NDA's and other evidence; including leaks and whistle-blowers from Silicon Valley, proves that

Plaintiff invented those things, and launched the companies offering those products and services,

years before those competing companies even existed.

At the same time, federal and news media investigators discovered that Google, YouTube,

Netflix, Tesla and Facebook – Meta.et al, are the LARGEST PROVIDERS OF BRIBES TO U.S.

SENATORS AND WHITE HOUSE STAFF. It is impossible for the Court or the Plaintiffs to argue

otherwise because the public documentation confirming this fact is so vast.

Plaintiff discovered, later, that those competitors hired moles to spy on his companies and

their technologies and engage in RICO-violating anti-competitive attacks. **Even worse**: Plaintiff

found out that later after a number of broadcast *60 Minutes CBS News* reports and Congressional

tips from U.S. Senators family members, that ***his government officials covertly owned those***

***companies***!!! Yes, His elected officials turned out to be either financed by, friends, with, sleeping

with, dating the staff of, holding stock market assets in, promised a revolving door job or government service contracts from, partying with, personal friends with, photographed at private events with, exchanging emails with, business associates of or directed by; our business adversaries, or the Senators and politicians that those business adversaries pay campaign finances to, or supply political digital search manipulation services to. Criminal U.S. Senators and White House staff coordinated and profited in these schemes. For example; One California Senator's family owned and controlled A.) Government trained attack 'spies' formerly with the CIA, NSA, etc., B.) The leasing contracts for Tesla and Solyndra, C.) Their office staff that threatened Plaintiff in writing and in-person to Plaintiff's Washington DC staff, D.) the financing for Tesla and Solyndra, E.) The construction services for Tesla and Solyndra, F.) The staffing company for Tesla and Solyndra, G.) The adjacent railroad services for  Tesla and Solyndra, H.) Key suppliers for Tesla and Solyndra, I.) Goldman Sachs cooperative relationships for Tesla and Solyndra, J.) Transitions from their own Senate Office staff to revolving door jobs at Tesla and Solyndra, K.) Government decisions for Tesla and Solyndra, L.) The relationship incentives between Google, Tesla and Solyndra and that Senator's campaign financing to that Senator; and other illicit conflicts of interest. Plaintiff owned the competing electric car company and technology that would have obsoleted Tesla, Google and Solyndra and was the first to begin negotiations with the factory that Tesla later took over at the insistence of that Senator, even though Elon Musk appears in news reports, previously stating that he saw no use for the building for Tesla.

Silicon Valley has had the largest number of Congressional hearings against it, BUT the least number of regulations imposed on it. Why? You can look no further than the covert ownership of Silicon Valley by elected officials. Our politicians get paid bribes, by Silicon Valley, to keep the political corruption alive and well while they operate, with impunity, as the biggest threats to society ever manifested.

Government politicians protect Silicon Valley and allow it to keep producing child suicides, racism, misogyny, child mental health threats, domestic spying, data harvesting, sex trafficking, election manipulation, tax evasion, censorship, i*_ntellectual property theft_*, political bribery and many other crimes! Why? Because crime pays...**for U.S. Government officials!**

Certain Government officials, listed by name in the evidence documents, have knowingly formed a RICO-law violating 'criminal enterprise' in order to operate monopolies against the public, including Plaintiff and his companies, that place criminal greed over ethical governance. The highest levels of DOJ, FEC, OSC, and other enforcement agencies have been proven, BY CONGRESS, to have been blockaded by cronyism and corruption in their required duties to arrest these officials.

Plaintiff's letter to Senator Bingham and the Energy and Commerce Committee began the Solyndra and Cleantech Crash investigations as shown on the referenced *CBS NEWS 60 MINUTES* segments (Plaintiff worked with Bob Simon at 60 Minutes) and other documents in the attached and linked **EXHIBITS,** and created the **'The Stop Trading on Congressional Knowledge (STOCK) Act'** which Senator Bingham and Plaintiff both aggressively pushed to create.

There are 8 billion people in the world and over 5 million companies in the world. Why are the same 20 people; from the same 6 companies; that are all within 10 blocks of each other; that all went to the same frat houses; that all go to each other's parties; that control the same crooked *'Panama Papers'*-type CPA's, Law Firms, Media Attackers and Lobbyists; that operate all this felonious larceny connected in this way unless it is a "criminal enterprise" in violation of RICO laws?

11

1    **i.**        On top of that, Defendants confided to Plaintiffs (Later proven in their leaked emails) that

2    "*they are the new Mafia*" and produced Mafia documents and Mafia photo tributes to themselves

3    (attached herein). They said that they "*...sought to control The White House and Sacramento*

4    *Government offices so they could steer all the taxpayers public funds and power to their personal*

5    *pockets…*" , an act they fully accomplished! A deep state is a type of governance made up of

6    potentially secret and unauthorized networks of power operating independently of a state's political

7    leadership in pursuit of their own agenda and goals. In popular usage, the term carries

8    overwhelmingly negative connotations.[2] The range of possible uses of the term is similar to that

9    for shadow government. The expression state within a state is an older and similar concept.

10   Historically, it designated a well-defined organization which seeks to function independently,[3]

11   whereas the deep state refers more to a hidden organization seeking to manipulate the public state.

12   Congressional and other government officials have confirmed that a portion of the UNITED

13   STATES OF AMERICA is operated by and organized as this Deep State operation including the

14   administrators of this section of the government, listed by name, in the related ***EXHIBITS.***

15

16          The United States Patent Office (https://uspto.gov) has awarded Plaintiff dozens of seminal

17   issued patents as first-to-invent the core technologies, of modern Silicon Valley, years before

18   Defendants sinister company partners even existed. Billions of people use Plaintiff's technologies

19   worldwide.

20          Who hasn't ordered a high-definition movie on the internet, on-demand, and watched it in

21   full-screen, full-color, on the web? ***The United States Patent Office and public records say one of***

22   ***Plaintiff's company's did it first!***

23          Who hasn't enjoyed social networking on the web. ***The United States Patent Office and***

24   ***public records say one of Plaintiff's company's did it first*** and the USPTO hearing that occurred

25   said that Plaintiff did it BEFORE Zuckerberg or Yahoo engineers had thought of it!

26          Who hasn't experienced immersive virtual reality in a fantastic synthetic computerized

27   world. ***The United States Patent Office and public records say one of Plaintiff's company's did it***

28   ***first!***

1    Who has hasn't dreamed of an electric car that can solve all of America's energy problems,

2 gets all of it's fuel from clean sources INSIDE of America, is the safest car ever made, is affordable

3 to the average person and relies on no foreign sourcing? ***The United States Patent Office and***

4 ***public records say one of Plaintiff's company's did it first!*** ...AND, on top of that, Plaintiff was

5 awarded nearly a billion dollars of issued patents in commendation by the government. ...AND on

6 top of that, Congress awarded Plaintiff a Congressional award for it in The Iraq War Bill ...AND

7 The United States Government contracted Plaintiff to build it….. BUT then the U.S. Government

8 sabotaged the whole thing, including all the patents and the rest of Plaintiff's funding because it was

9 about to obsolete their insider's car: The deadly, stock market pump-and-dumped and contrived

10 "Tesla". Law enforcement and news investigators then informed Plaintiff he had been defrauded by

11 a government scam and insider crony slush-fund.

12    There are a vast volume of other similar examples of "Firsts" created and placed on the

13 market by Plaintiff and then spied-on, stolen and copied By Defendants who then launched harms

14 against because Plaintiff refused to participate in their protection rackets.

15    Defendants broke RICO laws by, in part, attacking and destroying Plaintiff's companies

16 because he did not participate in Defendants protection rackets and because his products and

17 technologies obsoleted theirs.

18    Defendants spied on Plaintiff companies (with honey-traps, listening devices that were

19 found, hacked servers, Microsoft Outlook email re-directs, moles who actually worked for the

20 Defendants and other tricks), copied the patents, technologies and trade secrets and made hundreds

21 of billions of dollars from them. Defendants blockade Plaintiff from getting a law firm, as detailed

22 in the attached and hot-linked **EXHIBITS** and blockade his litigation attempts to get to Jury Trial

23 against him. There is even a New York Times expose' article about how Google boss: Larry Page

24 ('boyfriend' of Elon Musk – They share an apartment, lobbyists and own the same Senators), skulks

25 around at tech events stealing ideas for Google/Alphabet. Page stole many of Google's technologies

26 from Plaintiff. It is difficult for Plaintiff to watch Defendants buy mutiple homes, race cars, private

27 islands, private jets, celebrity parties, exotic resort vacations and other fine things, based on profits

28 from Plaintiff's inventions, while Plaintiff is allowed to have none of these things, and is blockaded

from even getting a single home, because Defendants Cartel 'Enterprise' won't allow him to. In full compliance with RICO requirements, Defendants attacked Plaintiffs A.) Record-breaking Global Televsion Network, B.) Energy Processing Company, C.) Electric Vehicle Manufacturing Company, D.) Social Media company and harrassed, black-listed, and put them out of business because they had products that Defendants copied and Plaintiff had them years Before Defendants efforts even existed.

In the CASE X matter, the United States agencies, university and news reports have stated that the United States and it's taxpayers lost tens of billions of dollars.

**THE UNITED STATES OF AMERICA OWES PLAINTIFF MONEY FOR SAVING THE UNITED STATES OF AMERICA MONEY**

*If not for the actions of Plaintiff, they would have lost tens of billions of dollars more. Plaintiff is OWED some consideration for serving his nation, overtly and covertly, and getting attcked and harmed for it by reprisal-oriented corrupt government officials who got caught!*

Verifications and proofs of all assertions are provided in the attached *EXHIBITS*.

Plaintiff, and his co-investors, previously sued the U.S. for political reprisal and won their (massively media covered) case under (Supreme Court nominee) Judge Ketanji Brown Jackson, wherein Plaintiff and his peers *proved that political reprisal hit-jobs had been ordered against Plaintiff* by Executives in The White House, The Department of Energy and via at least three West Coast U.S. Senators, all of whom had hundreds of millions of dollars of 'unjust gains' expected from their illicit participations in CASE X and the stock market gains they sought therefrom. The Secretary of Energy, Mutiple Attorney General's and the Director of the FBI were fired for corruption during the CASE X timeframe and according to law-firm Covington And Burling, who claims (in emails to Plaintiff) to have placed those appointees in office, they were all connected to CASE X ill-gotten gains. *Plaintiff's exposure of the crimes, notifications to the perpetrators that*

*they had been caught, lock-down of the loop-holes used to engage in the crimes, creation of massive press coverage of the corruptions, creation of legal precedents, mass posting of the evidence to citizens world-wide, and other efforts, is said to have saved the United States Of America over $200 Billion dollars in losses from future and ongoing versions of these crimes.*

Plaintiff's claims arise **not** from an alleged conspiracy to deprive Plaintiff of a grant, as presumed in the Court's first response. Plaintiff received his Congressionaly awarded grant and delivered in full, his work product, to the United States; unlike all of the other Dept of Energy program peers, who grabbed the federal money and instantly went bankrupt and profiteered on the tax write-offs. ***Plaintiff alleges reprisal, vendetta, and revenge by government officials as retribution for reporting violations of RICO laws, Anti-Trust Laws and other crimes, in a criminal program involving U.S. public officials. Plaintiff also alleges RICO-organized business harms to his companies and issued patents.***

Plaintiff's losses from said state-sponsored vendetta reprisal attacks operated The White House, government agencies and Congress wherein those bodies were infected by corruption as reported by the FBI, DOJ, SEC, OSC, FEC, FINCEN, INTERPOL, ICIJ, WIKILEAKS, CBS NEWS, CONGRESSIONAL ETHICS COMMITTEES AND hundreds of other government bodies. Plaintiff in no way aserts that the U.S. government is "bad". Plaintiff simply asserts that there are some bad people, with criminal intentions, working in the government.

Plaintiff asks the Court to **re-consider** Plaintiff's request for protection via the more detailed threat explanations, below, which proves that Plaintiff has threats of death, was attacked, has extreme vulnerability to retaliation, has already had his life destroyed by Defendants attacks and that it is in the public's interest for Plaintiff to stay alive and unharmed so that he can continue to protect taxpayers from corruption. Plaintffs attacks are now detailed in the body of the complaint as well as the attached **EXHIBITS which are part and parcel of this filing**. The details are now less broad and much more specific. The actual threats and attacks are detailed, herein, to a greater degree. Actual evidence of harassemet, shadow-bans and cyberstalking are provided. Plaintiff has

over 3 million pages of evidence and many hours of video evidence posted online. Any appearance of Plaintiff's name on any server, dating site, government site or other electronic location damages Plaintiff because these hired attack companies use computerized cyber-assassin software:  *Cardinal & Pine*; *Pacronym, Acronym;*  *The Americano*; *Investing in US*; *Shadow Inc; Courier Newsroom; IN-Q-Tel; Gawker Media; Jalopnik; Gizmodo Media; K2 Intelligence; WikiStrat; Podesta Group; Fusion GPS; Clearview AI Face Tracking, Google; YouTube; Alphabet; Facebook; Twitter; Think Progress; Media Matters); Black Cube; Correct The Record; Orbis Business Intelligence, Undercover Global Ltd; Stratfor; Jigsaw; ShareBlue/Acronym; Versa LLC; American Ledger; Supermajority News; New Venture Fund; Sixteen Thirty Fund; Cambridge Analytica; Sid Blumenthal; States Newsroom; Hopewell Fund;  Open Society.; Palantir, Kroll, David Brock; AmpliFire News; American Bridge; Plouffe Consulting; Pantsuit Nation; MotiveAI; American Bridge 21st Century Foundation; Priorities USA; PR Firm Sunshine Sachs; The American Independent Foundation; Covington and Burling; Buzzfeed; The American Independent; Perkins Coie; Secondary Infektion; Wilson Sonsini* and thousands more are hired to scan EVERY database, every hour to run hit-jobs, character assassinations, dirty tricks and economic reprisal attacks on Plaintiff, and any targets who reported the crimes. For his own security, Plaintiff has helped to place an "insurance" policy data set on servers around the globe, on in-orbit satellites launched by others and in torrent files that look like movie files but are actually encrypted data sets, residing around the globe. Agents for Plaintiff will release those data sets upon the untimely death, coma-state harm or severe interdiction harm to Plaintiff.


Plaintiff has been diagnosed with numeric dyslexia AKA Dyscalulia and Aspberger Syndrome as well as cellular-level radiation and nano-toxin blood poisoning from his Congressionally awarded work for the U.S. Department of Energy helping to build America's energy back-up plan chemistry, including solvents and micro-particulants detailed in his issued federal patents as well as EMF, beta-voltaic, terra-hertz radiations and other radiation technologies such as that associated with thorium, plutonium, uranium and other radioactives used for energy storage and deployment. The Dyscalculia prevents him from numeric processes beyond 3 digits. The

Aspberger gives him incredible investigative skills but prevents him from fully understanding legal language which is a non-organic, non-emotive communications form. The blood poisoning makes him tired at different intervals. The Court's indulgence in these medical issues is requested. Plaintiff, his entire life, has been required to use a CPA and a lawyer for all activites relating to the specialties of those two positions due to the Dyscalculia so it is odd (and "exceptional") that he is denied an attorney to represent him in this case. Plaintiff has also suffered from PTSD caused by Defendants actions, threats and harms and the suspicious deaths of those other victims/whistle-blowers known to Plaintiff and listed, by name, herein.

        Plaintiff still maintains it is in the best interest of the Court and the public to appoint a qualified lawyer, equitable to the legal counsel used by Defendants, for Plaintiff. Plaintiff can't understand "legalese', can't make a logical trial hearing sound as good as a real lawyer could, to the Jury, when the emotional stress of this case has devastated Plaintiff and Defendant has billions of dollars at their disposal while Plaintiff has none.

        Plaintiff's entire knowledge base as to when to shout out the word "objection", comes from watching a few TV episodes of "*Law and Order*". Also, Plaintiff is not articulate in such settings. Plaintiff can't recall dates and numbers in person and on-the-spot. He must go back and look at his notes. Where Plaintiffs other goal, aside from getting his money and his house back, is to expose this corruption on public record, ON BEHALF of the public, it only makes sense that a lawyer could do that best for all concerned. Plaintiff absolutely does not understand legal issues. His latest help in drafting this comes from buying law students a sandwhich at Hastings and Santa Clara law schools. That hardly counts as 'adequate legal resources'. Plaintiff is suing THE LARGEST, MOST RESOURCED, DEFENDANTS ON EARTH and has no lawyer. **Really?!!... does that actually seem like a fair fight?** Those circumstances seem pretty "exceptional" and the law says that individual, public-interest, senior, low-income, disabled plaintiffs fighting for justice on behalf of the public and themselves are "exceptional", present "exceptional" circumstances and should be given the "exception" by the Court, to be fairly represented by a Court Appointed Counsel paid for by the Court. The Court gives murderers a free Court appointed lawyer every day. Why does a

1   person, such as Plaintiff, who put his life on the line for his nation not get a lawyer from the Court

2   when scumbag animals that take the lives of innocent children get a free one from the Court all day

3   long? Plaintiff does not have the slightest clue how to look up legalese or cite case numbers or

4   which laws were violated according 'citation numbers' and lawyer codes and his Dyscalculia makes

5   it restrictively hard to do so. There is no justice for the Plaintiff if he can't understand the secret

6   language of lawyers. The CIA told Plaintiff "*Learn Russian*".. then years later they said:  "*nawwww,*

7   *forget about learning Russian. Learn Syrian*". The Court is asking Plaintiff to learn a language

8   (lawyer talk, which is as hard as learning Russian from scratch) that he will never use again, that

9   takes ten+ years to learn properly and that lawyer language changes every year with new laws.

10   Everybody else has a lawyer in these monster, giant, lawsuits. Most of them have 20+ lawyers per

11   side. Plaintiff has no desire to become a lawyer. There are plenty of lawyers. If you killed all of the

12   lawyers in one generation, there would be just as many in the next generation. Plaintiff should be

13   allowed to have at least one of those lawyers from the vast pool of already existing lawyers in

14   America. This whole case is about FAIRNESS and DISCRMINATION and REPRISAL.

15   Defendants have people representing them that are lawyers 24/7. They just sit around and fight

16   mobsters all day. They should be helping Plaintiff fight mobsters and NOT fight against Plaintiff,

17   who is fighting the same mobsters THEY are supposed to be fighting. Defendants have an unfair

18   advantage because they have a building full of lawyers, unlimited cash and they know all of the

19   legal tricks and meanings of all the legal phrases which Plaintiff has no clue about. It seems

20   discriminatory to not let Plaintiff have a lawyer after Defendants blocked EVERY possible way for

21   Plaintiff to have acesss to a lawyer because they fear his TRUTH and EVIDENCE. After going

22   through all of the state-sponsored harms and hardships detailed here, and in ***THE EXHIBITS***, it is

23   not **fair**, **just** or **reasonable** for Plaintiff to still be blockaded from having a knowledgeable legal

24   represenative. Judge Hixson is a famous and popular Judge with expert knowledge in the areas that

25   Plaintiff is suing over. It is not right to have Judge Hixson spend his valuable time teaching Plaintiff

26   lawyering 101. Just for the Judge's sake, The Court should appoint a lawyer to Plaintiff to save the

27   Judge time and frustration. The earlier drafts of parts of this complaint were written by White House

28   Lawyers, The huge Reed/Rubenstein Dinsmore law firm, and government legal people. When asked

1    about some of their top tier legal language Plaintiff will have no clue what their citations and

2    arguments means. Most of Plaintiff's past lawyers have been hired away by the Defendants. How

3    are all of these circumstances not "exceptional". Plaintiff is fighting for his rights AND for the

4    American Public. How does he not deserve a lawyer under all of these "exceptional"

5    circumstances? As the Judge pointed out, Plaintiff's get a free court appointed lawyer under

6    "exceptional" circumstances. Plaintiff has listed over 100 "exceptional" circumstances in this filing

7    supportive of his need and right to a have one and the public will always ask why the Court let

8    Plaintiff go on a "death march" against the biggest Defendants anyone on Earth could possibly sue

9    without a single qualified, unconflicted, lawyer helping in. It will look like, to the public, that

10   Plaintiff is being "set-up" by The Defendants Cartel. If ony for public optics, providing a lawyer for

11   Plaintiff will be best. It could be that the Court is thinking what the SF Bar and San Mateo bar

12   representaives told him: *"Well, it will be really hard to find a lawyer around here who isn't in the*

13   *Cartel's pocket…"* That's kind of the whole point of the lawsuit, though, isn't it. There are certainly

14   some lawyers around who are not Silicon Valley's stooges. This is an "exceptional" circumstance.

15        Plaintiff exhausted every possible, and impossible, option to obtain counsel as shown,

16   below, in the detailed section of the attached **EXHIBITS**. Under "exceptional" attack by

17   Defendants, the Defendants set out to tactially deprive Plaintiff from getting an attorney using

18   Government resources. This ALSO makes Plaintiff's situation "exceptional" in that few other

19   Plaintiff's in this Court have ever had the entire resources of the U.S. government arrayed against

20   them to try to keep them from getting justice. The Defendants are blocking Paintiff's legal right to

21   adequate counsel because some of them will go to prison, some will be shamed, some will lose their

22   jobs, some will be revealed to be sex traffickers, and some will get into other kinds of trouble.

23

24        Government officials no longer have the immunity they once thought they had. Plaintiff's

25   STOCK ACT in Congress proves part of that assertion as the STOCK ACT punishes most

26   government officials for doing the crimes Plaintiff asserts. Also, Plaintiff created a legal Precedent

27   by suing the Acting Secretary of Energy. Steven Chu and Lachlan Seward said they had "Qualified

28   immunity", yet Plaintiff got them kicked to the curb. That's a "win" for Plaintiff AND the

taxpayers! He and his investors sued Steven Chu, The Secretay of Energy, The U.S. and other government officials and got them fired for corruption. Other recent cases prove that dirty politicians will always, now be taken down, either in, or around the Court. To dismiss Plaintiffs case may discourage the public that nobody can get justice and may make the world say: "See, they ran another reprisal on him...it's Seth Rich all over again". .."there is no justice.." "Everybody that tries to DO THE RIGHT THING gets screwed by Uncle Sam.." etc. Give the people some hope and don't let this case get dismissed. EVERYBODY said: *"You can't sue the Secretary of Energy personally and get him kicked out"* Plaintiff did it! There are hundreds of things Plaintiff was told were "IMPOSSIBLE.." and Plaintiff still pulled them off. Look at Plaintiffs resume website, who else do you know that has been so productive against such impossible odds? It would be a crime to dismiss a public-interest lawsuit designed to stop corruption against the public! Plaintiff set new legal precedents which make it easier to sue public officials and hundreds of public service groups are now doing the same thing. Did you notice that 35+ Congressional members just decided to up and quit Congress just prior to the upcoming election? That is from these new "immunity reduction" efforts targeting crooks working in Plaintiff's government. Crooked officials can no longer put their dirty eggs in the "but I'm immune.." basket. Google-Alphabet-YouTube will, likely, trot out their old ploy: *"...but we work for the CIA, see all these secret wire trasnfers we get from the government..and.... and, the CIA funded us.. We are IMMUNE"*  BS!! Micheal Painter can testify about who paid for Google Maps and their sateliite sysem: The American Taxpayer! Nearly 500 ex-employes are prepared to come forward and testify to what Google REALLY is. The one thing that Google, and the other co-conspirators, are NOT is immune! Eric Schmidt, Larry Page and Elon Musk, as covert operators of the deep state within the U.S., have no such immunity. The FBI AND Plaintiff both have the evidence, training, credentialing and rapid ability to produce arrest documents for any party listed herein and those Defendant bad actors MUST be arrested and charged. Mobsters in the U.S. government engaged in RICO violations and organized crime are NOT immune from prosecution!

Related cases confirming Plaintiff's assertions include: Criminal Case No. **21-582 (CRC)**;

Task Force cases known as: "Durham Investigations"; "The Solyndra Investigation"; "The Afghanistan Rare Earth Minng Corruption Investigations";SFPD Case # **150528148** ( - Company E (Northern District) Per Officer Liu – Badge # 4742 ) is relevant. Police incident report # **25119268** is relevant. OSC Case File No. **MA-19-002006** is relevant. OSC Case File **DI-15-4541** is relevant. California Victim Compensation & Government Claims Board Claim # **G628261** is relevant. Also relevant are: Case No. **1:20-cv-03010** ( Google monopoly and competitor attacks case); Case No. **11-CV-2509**  ( https://www.cand.uscourts.gov/judges/koh-lucy-h-lhk/in-re-high-tech-employee-antitrust-litigation/  ); Task force Case No. **20-xyz2020a**  ( http://www.case-xyz2020a.com/ ); Case No. **20-03664** (  https://www.insurancejournal.com/app/uploads/2020/06/brown-v-google.pdf ); Case No. **1:12-CV-00774-mms** and related cases. ( https://thehill.com/blogs/congress-blog/the-administration/250109-a-case-study-in-pay-to-play-cronyism. Criminal referrals against the attackers have been filed with the FBI, DOJ, SEC, FEC, FTC ); Case No. **18-cv-8865** (S.D.N.Y.) (SEC v. Elon Musk for lies and scams ); Case No. **18-cv-8947** (S.D.N.Y.)( SEC v. Tesla, Inc. for lies and scams ); Case No. **1:14-cv-270143** ( Google racketeering charges - https://artistrightswatch.com/2017/10/08/googles-racketeering-challenge/ ); Case No. **1:19-cr-00490** ( United States v. Epstein - Big tech sex cult crimes case ); Case No. **129 So.3d 1196** (Fla. 2d DCA 2014); 170 So.3d 125 (Fla. 2d DCA 2015) ( Gawker Media, LLC v. Bollea in which Gawker, Deadspin, Gizmodo, Jalopnik, Jezebel, Kotaku and Lifehacker were exposed as character assassination and money-laundering fronts working for notorious third parties); Case No. **19-cv-343672** James Martin (on behalf of ALPHABET INC) v Larry Page et al (Sex Cults In Silicon Valley ); Case No. **CGC-11-508414**, California Superior Court, San Francisco (Plaintiff v Google ); Case No. **3:16-cv-03061** U.S. DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA, San Francisco Division ( Plaintiff V. Google/Alphabet/YouTube); Case No. **18-CIV05380** Rubin Vs. Rubin (Google sex cult and sex slave charges ); Case No. : **1:17 - cv - 06404**  Vs. Rubin (Organized crime sex trafficking stock market manipulators ); Case No. D.C. No. **3:17-cv-05369** - VC (Big tech harassment of outsiders);Case No. **3:21-cv-00077**  (Another of many lawsuits proving that the Silicon Valley Cartel conspires to manipulate media and markets) and the SFPD Roger Boas case records. David Drummond, Elon Musk, Larry Page, Eric Schmidt, David Rubin, and

1   other, oligarchs advised and, lierally, ran the White House, were charged with sex trafficking by

2   their spouses, tax evasion by the IRS, money laundering by FINCEN, DOJ, INTERPOL, or other

3   agencies. They ran the White House to such a degree that many news reports stated that *"you*

4   *couldn't swing a cat at the White House without hitting a Google or Facebook insider."* ( ie: The

5   Intercept – The Google Administration) The U.S. sought, solicited, encouraged, paid, traded

6   influence and web services with these known mobsters of the tech industry and gave these

7   sociopaths full credentials and authority under the U.S.

8

9        For over a decade, the U.S. had full and complete evidence to arrest the Cartel members

10  referenced herein yet the U.S. did not arrest them because they were "*friends of the White House*"

11  and they kept the pig trough of insider trading and crony capitalism flowing like a tsunami of skull-

12  duggery. Thus the U.S. is responsible for all harms and damages to Plaintiff in addition to the other

13  reasons mentioned, herein, as to why the U. S. must pay Plaintiff. On top of that, The U.S.

14  sponsored, operated, financed and provided the taxpayer-paid resources to harm Plaintiff. The

15  government argument that *"...oh, that was just all that crazy Eric Schmidt, Elon Musk and Larry*

16  *Page and Zuckerberg doing all that stuff.. they are just insane little frat house boyfriends that are*

17  *out-of-control…"* , does not hold water based on the facts herein. The U.S. had direct financing and

18  command-and-control executive management over all of the harms against Plaintiff. In fact, top

19  FBI, DOJ, SEC, FTC, CIA and other investigative officers have quit their agencies over this crony

20  favoritism and failure to arrest. On March 22, 2022 in a related case, # **1:21-mc-00813-AT in U.S.**

21  **District Court, Southern Division New York;** Paul A. Calli and Charles P. Short, lawyers for the

22  Plaintiffs filed a letter of the same date, provided in the EXHIBITS. In that letter to Honorable

23  Judge Analisa Torres and in related national news articles, it has been revealed that the DOJ lied to,

24  and concealed facts and evidence form the Judge. This is of concern as Plaintiff, is also a reporter

25  and nationally published news publisher. On the same day, and at nearly the same time DOJ *leaked*

26  ***government exhibit #3217 (GX 3217)*** which was admitted **under seal**, This leaked evidence

27  provided the names of 121 famous sex cult partipants in the U.S. v. Ray sex cult case. The news

28  organizations of the world have now published that list. It seems that someone at DOJ is trying to

help Plaintiff's case, while others at DOJ are trying to harm Plaintiff. These two recent occurences further prove two of Plaintiff's claims:

1. That government officials hack citizens simply in reprisal and lie to Judges about it. In that other case, simply because some girl lost her diary.

2. That an active and 'Deep State' sex cult exists nationwide. That affiliated insiders operate and sex traffic in it and the government is fully aware of it.

**The Defendants are 100% liable for the charges herein and for the harms to Plaintiff listed herein.**

# LIST OF HARMS TO PLAINTIFF BY DEFENDANTS

### HARM #1: MANIPULATION AND BLOCKADE OF PLAINTIFFS EARNED GOVERNMENT FUNDS

In 2007 and 2008, Plaintiff applied for SSDI and a HUD home certificate. In 2008, SSA stated that all 19 disabling conditions existed but that Plaintiff must confirm they will last more than a year. Plaintiffs SSDI and HUD certificate were blockaded by public officials in reprisal for Plaintiff helping law enforcement in the CASE X matter.

From, at least, 2007, forward, Plaintiff was reporting to law enforcement and regulatory officials about CASE X, the previously noted national anti-corruption matter.

In 2008, contractors from The White House and California Senators, all of whom have vast documented court and news report records of hiring attackers from spy agencies for reprisal attacks on whistle-blowers, used their resources to stop all funding in Plaintiffs SSDI funding as reprisal for whistle-blowing.  They got SSA to say that Plaintiff WAS permanently disabled, but that because he could not work, he lost his SSA credits waiting the one year and one day that SSA required to prove that his disabilites would last longer than a year. Dianne Feinsteins own staff and family, who had cohabitated with Plaintiff, confessed to these 'dirty-tricks' actions as reprisal for Plaintiff's testimony accidentally cutting off $120 million+ of potential profit the family expected in "CASE X". Her staff have been exposed by CIA staff as "*the masters of dirty tricks reprisals...even as good*

1    *as the ones we (THE CIA) pull off.."*

2           In 2007 Plaintiff applied for his HUD Mortgage coupon. It is now 2022 and he still has not

3    received it after over 100 inquiries as to the status. City and County officials have stated that they

4    have "never seen it take so long". According to all experts, the only way it could have been stone-

5    walled this long is if a public official had ordered it slow-walked as part of the politial reprisal

6    attacks on Plaintiff. Three different counties have checked on this and said that Plaintiffs records

7    'went missing' in a Lois Lerner type of error set.

8           *The cut-off of Plaintiff's finances and benefits coincides, exactly, with his whistle-blower*

9    *testimony AND to the reprisal threats and promises by THE ONLY PEOPLE IN THE WORLD*

10   *capable of accomplishing such state-sponsored attacks. Defendants were the only entity with the*

11   *means, the motivation and the proven history of such actions on a regular historical basis.*

12          *Feinstein's current and former staff members (See the Dossier on Daniel Jones) (See the*

13   *fact that Plaintiff lived with, dined with and partied with her family and senior staff) have stated*

14   *that the Feinstein and Pelosi offices commonly order citizens government funding to be cut off as*

15   *political reprisal. The White does it almost every other day. In this case they did it to Plaintiff at*

16   *least three times.*

17

18          Plaintiff, had an industry standard pay rate of $10,000.00 per month, based on Salary.com,

19   his patent issuances and accomplishment records in Silicon Valley contrasted with the salaries of

20   less experienced executives at Google, Facebook, Netflix and Tesla. The U.S. Government states,

21   via all of its agencies, that the minimum survivable cost-of-living in the Bay Area is $3200.00 per

22   month. By intentional actions of government officers, in reprisal, Plaintiffs income was reduced to

23   $300.00 per month for most of the past decades. Two SSA officials confessed to assisting in hit jobs

24   on him including Mario U from the San Mateo SSA office and an official who worked at the San

25   Francisco SSA office and who then went to work for a Senator who assisted in the attacks on

26   Plaintiff. When asked for Plaintiff's medical records SSA sent a huge number of medical records

27   for two strange women in massive violation of federal medical privacy rights. The SSA Inspector

28   General has shown Plaintiff thousands of cases of politicians using SSA for political reprisal

punishments. FBI IT experts and 'Black Hat' hackers can hack into every SSA server in minutes and change records, files and decisions. Rahm Emanual, Nancy Pelosi and Dianne Feinstein can do it with a single phone call. It should be noted by the Court that EVERY background check file in AMERICA was hacked and stolen by China within a few hours and that every hacking tool of the NSA and CIA was hacked by Russia and posted on the internet. It is IMPOSSIBLE for anyone to ever assert that "nobody can hack SSA". That would be a remarkable lie. In fact, Plaintiff has agency confimation that 95% of the Silicon Valley oligarchs entire family tax records, stock accounts, political payments and payola and pretty much everything that would destroy them, has been hacked and is in the hands of ICIJ (Panama Papers investigators), Propublica, FINCEN and pretty much everybody they would not want to have it.

*Plaintiff demands that the Court order SSA to award Plaintiff his full SSDI backpay from 2007 to today, with interest, based on the fact that SSA was used to harm Plantiff as a reprisal tool. The Inspector General has proven this happens regularly and hundreds of other whistle-blowers are prepared to confirm this fact.*

Plaintiff has received multiple threats of death, personal, resource or physical harm.


### HARM #2: THREATS OF DEATH AND ACTUAL MURDERS OF PEERS

Plaintiff has actually been attacked as enumerated below and has active cases with SFPD, FBI, OSC and other agencies. Twice Plaintiffs car was rammed. The first time the attacker performed a PIT maneuver, flipping Plaintiffs car onto the concrete median wall on the Freeway across from Marin Joe's restaurant in Marin County, causing massive damage. The attacker sped away. A car next rammed Plaintiffs parked car on Wildomar in Mill Valley and, at the same location, a man tried to drive has car through the fence into Plaintiff's cottage. Two other times, strangers pulled up along Plaintiff, pointed at him and yelled "you are dead". Plaintiff has received threats by email and voicemail and had dead animals tossed over his fence. Further proving the at-risk claims of Plaintiff. Plaintiff, and his peers, had contact with the following persons in CASE X:

*Rajeev Motwani; Gary D. Conley; Seth Rich; Philip Haney; David Bird; Doug Bourn; Misti*

*Epstein; Joshua Brown; Kenneth Bellando; Moritz Erhardt; Imran Aliev; Kate Matrosova; David Drye; Vincent Foster; Kathy Ferguson; Duane Garrett; Eric S. Fox; Judi Gibbs; Berta Caceres; Suzanne Coleman; L.J. Davis; John Hillyer; Stanley Huggins; Sandy Hume; Shawn Lucas; Gary Johnson; John Jones; John F. Kennedy, Jr.; Stephen Ivens; Mary 'Caity' Mahoney; Eric Butera; Danny Casolara; John Ashe; Tony Moser; Larry Nichols; Joseph Rago; Ron Brown; Bob Simon; Don Adams; Peter Smith; Victor Thorn; Lori Klausutis; Gareth Williams; Daphne Caruana Galizia; James D Johnston; Dave Goldberg; Loretta Fuddy; Paul Wilcher; Gary Webb; Beranton J. Whisenant Jr; Stanley Meyer; Jon Parnell Walker; Tyler Drumheller; Barnaby Jack; Dominic Di-Natale; Barbara Wise; Ilya Zhitomirskiy; Jeff Joe Black; Robin Copeland; John Wheeler; Ashley Turton; Michael Hastings; Antonin Scalia; David Koschman; David Werner; Alex Okrent; Kam Kuwata; Larry Frankel;* **And hundreds more connected to this case who suddenly, and strangely, turned up dead in this case and, ironically, their deaths all benefit the suspects in this case….Rajeev Motwani** taught Google how to Google. Suddenly, in perfect health, he was found floating face-down, dead, in his Silicon Valley swimming pool. It helps certain people that he can no longer talk. **Gary D. Conley** was the CleanTech competitor to, and whistle-blower on, the suspects. He was suddenly found with a bullet in his head behind Beale Air Force base. It helps certain people that he can no longer talk. He TOLD Plaintiff that someone from Google was going to kill him. Google programmer **Forrest Hayes**, who worked on Google search engine rigging, was suddenly found dead with the story that "he was overdosed by a Google hooker on his sex yacht". Google associate and Tesla Investments founder **Ravi Kumar** was also killed by his hooker. Deep Google investor VC liason and husband of Facebook executive **Cheryl Sandberg** was suddenly found dead with a hole is his head. The "official" story is that he was the first person in history to be killed by his treadmill. **David Bird** was the Wall Street Journal energy reporter who was working on a story that involved Cleantech energy connections of some of the suspects. He was working on a story about who controlled the modern energy industry and cleantech. He went for a walk and was found a long time later, dead, floating in a pond. It helps certain people that he can no longer talk. One **Mr. Breitbart** was a famous blogger, who railed on the web about the political manipulations of the suspects. Suddenly,

1    he had a "heart attack" in his shower and died. It helps certain people that he can no longer talk on

2    the blogs. Mr. **Karl Slym** , with Tata Motors was involved in a car deal with some of the suspects

3    for one of the biggest Indian auto-makers. Suddenly he was a stain on the sidewalk, accomplished

4    by his fall from the top of a skyscraper hotel. It helps certain people that he can no longer talk.

5    **Doug Bourn**, The senior electrical engineer at Tesla (Google's covert partner), **Andrew Ingram** of

6    Palo Alto, a top systems electrical engineer at Tesla; and **Brian M. Finn** the senior manager of

7    interactive electronics, at Tesla, had deep knowledge of financial misdeeds and technical cover-ups

8    at Tesla Motors. They were key parts of the Tesla operation. For some reason, they all got into a

9    private airplane, in perfect health, and then the airplane plowed into the ground, killing all three at

10   once. It helps certain people that they can no longer talk. They wrote, and helped describe, in Tesla's

11   own federal patent filings, the fact that Tesla's batteries would kill you, maim you and/or burn your

12   house down. Tesla did not realize this when they paid the federal patent filing fees. When Tesla,

13   later realized this, they were forced to give all of their patents away for free. These three senior

14   engineers had deep inside knowledge of the Tesla Motors operations. Their aircraft suffered an

15   "Engineering failure". This case involves potential crimes by two Presidents of The United States,

16   their staffs, U.S. Senators and the Silicon Valley oligarchs that financed and controlled them, two

17   wars and trillions of dollars of manipulated U.S. Treasury monies and stock marke monies. How

18   could anyone think this was NOT a life-endanging situation for the Plaintiff?

19         The other attacks, which only state-sponsored attackers would seem to be capable of, were:

20

21   *HARM #3:  THE GOVERNMENT DEFRAUDED PLAINTIFF OVER AND OVER:*

22         Government agency bosses solicited Plaintiff with false promises of future loans, carbon

23         credit sales, billions of dollars of stock market valuation profits, contracts and/or grants from

24         their agencies and caused the Plaintiff and his associates to expend millions of dollars and

25         years of their time for projects which those government bosses had covertly promised to

26         their friends. They used Plaintiff's 'nice guy' brand as a "smokescreen" to cover their illegal

27         government slush-funds for Plaintiffs competitors and personal enemies who were OWNED

28         by government officials. By using this tactic, the attackers drained the Plaintiff's funds and

forced Plaintiff into an economic disaster, without the government bosses fearing any reprisal for their scam. The crony insiders made hundreds of billions of dollars in profit in the notorious Solyndra-type scandals as seen in the CBS 60 Minutes episode: "***The Cleantech Crash***", thousands of TV news segments and the related GAO and Congressional corruption reports.

### HARM #4: THE PLACING OF MOLES AND SPYING ON PLAINTIFF:

White House financier Kleiner Perkins placed moles inside of Plaintiff's companies in order to sabotage, delay and misdirect operations. The moles were discovered to be staff of Kleiner Perkins. The main offices of Kleiner Perkins were broken into, per San Mateo County police reports, and records of corruption copied or duplicated by a state-sponsored intelligence agency entity, which provided further proof that Kleiner Perkins and the White House were exchanging Quid Pro Quo. Tom Perkins, one of the founders of Kleiner Perkins told Plaintiff that he was on "A government hit-list" for exposure the corruption of Silicon Valley titans and government executives. John Doerr, another partner, told Scott at a, VC conference, that he will make sure the government kills of any effort to support fuel cells (which compete with his and Elon Musk's lithium batteries)

### HARM #5: BLOCKADES OF PLAINTIFF ACCESS TO LEGAL COUNSEL:

- ***Detailed further in the EXHIBITS, below***, Defendants used every trick in the book to keep Plaintiff from gaining equitable legal justice or representation because exposure of Defendants crimes would shame them Government officials and the federal agency: Legal Services Corporation (LSC corporation -A federal agency dedicated to providing legal services to citizens) blockaded Plaintiffs rights to legal representation in order to prevent Plaintiffs from personally suing the attackers because such a lawsuit would have embarrassed corrupt public officials. High tech law firms that were discussing a services agreement with Plaintiffs were threatened and ordered to not help Plaintiffs or "*they would be black-listed or be cut-off from tens of millions of dollars of Google, Netflix, Facebook*

*and government contracts*”. Individual lawyers were threatened with black-listing and getting “*flooded with more filings than you could ever respond to in your life-time...*” LSC officials, who were almost entirely Obama Administration associates, refused to assist with lawyer referrals. That is a violation of their federal contract with The U.S. Government .

**HARM #6: HIRED CHARACTER ASSASSINATION AND DEFAMATION SERVICES THAT DEFENDANTS USED TO DESTROY PLAINTIFF'S LIFE**

Defendants purchased over $30 Million dollars of attacks against Plaintiff with Media Matters, The Gawker/Gizmodo Tabloid empire and Google. This attack is detailed in the attached EXHIBITS. It was equal in scope and cost to an attack on a Presidential candidate by another Presidental candidates opposition research task force.A sophisticated animated attack film was produced by Google/Youtube and Nicholas Denton attacking Plaintiffs. An animated film is an expensive effort involving considerable time and expense. An attacker must be well financed to undertake such an effort. The film was published on YouTube and locked onto the very top search result line on every YouTube search in front of 7.5 billion internet users for over a decade. The damage to Plaintiffs reputation is estimated in the tens of millions of dollars. YouTube steadfastly refused to remove or adjust the search results even though YouTube executives knew Plaintiffs and knew that the video represented a character assassination attempt against Plaintiffs because YouTube owners finance the political campaigns of the public officials who ordered the attacks. While Google/YouTube stated to Congress that all of it's search results are arbitrary, the never-moving search result of this attack video proved that Google's and YouTube's search results are manually manipulated by human maintained black-lists. The corrupt officials hired Nicholas Guido Denton and his character-assassination-for-hire sleazy tabloid publication empire known as Gawker Media AKA Gizmodo Media. They own Gawker, Gizmodo, Jalopnik and a number of fake news sites based in the USA and near-Russian regions. The offshore sites are used for money laundering and tax evasion. The FBI has been asked to interview and financially trace the payments and command-and-control orders back and forth between Nicholas

Guido Denton and his attacker/operatives: Ian Fette, Adrian Covert, Nick Cook, Gabrielle Darbyshire, John Hermann, Patrick George, et al and Google. All of whom transferred payments and communications between each other to conspire, operate, produce and publish the articles, videos, blogs and server manipulations for the attacks against the victims around the world. These attacks resulted in billions of dollars of damages to the victims. The orders for these attacks can be traced back to The White House. This ended Plaintiff's life but created an enemy for the DOES and ROES that has lots of of investigator contacts and nothing to lose. The Defendents have caused the deaths of more children than any other entities. Harassment is harassment - whether it happens at school, at the playground, on the job, or on the internet. But online bullying is downplayed. Victims are stigmatized, mocked as oversensitive snowflakes who can't take a joke. Plenty of people are unwilling to accept that victims can be seriously hurt by this behavior. Internet harassment is not only real and damaging, it represents a threat to the most vulnerable among us: children. Cyberbullying statistics show the high cost of online harassment. From increased depression and suicide rates to social anxiety and alienation, the pain and consequences of online harassment are as severe as they are undeniable. Imagine every new friend, potential date, your fiance', your bank, anybody.. typing your name on the internet and seeing that Google says that you are a scumbag. Nobody will ever talk to you, hire you or help you ever again. Google, Gawker and Gizmodo are now known to partner together on character assassination efforts. One of their bloggers hired to "kill" Plaintiff even advertises himself on Facebook, globally, as an assassin-for-hire. Plaintiff has acquired the banking records of these Co-conspirators showing that they, and the U.S. government wired millions and millions of dollars between each other for these "spy agency" dirty tricks hit jobs.

Google knows Plaintiff personally. Plaintiff went to school and events with the founders. It was a lie for Google and YouTube to say over-and-over that they never heard of Plaintiff so they "can't remove the attacks because it is 'just how their algorithm works'…" The founder's teacher: Rajeev Motwani, revealed to Plaintiff that Google manually sets all of their key search results BY HAND. Rajeev died ~~was murdered~~ for telling the truth about Google's insidious plans and internet

manipulations. Investigators suspect shell fish toxin or a reverse taser-like electronic heart-attack inducing defib device was used to kill him.

Plaintiffs charges proved that Google manually rigs search results based on cronyism and that Google/YouTube lied to Congress about not doing so. This allowed Plaintiff to drive U.S. agencies and State AG's to sue Google/Alphabet/Youtube for being lying, manipulate, society-abusing, child-killing, monopolistic monsters.

Take note of this letter from one of Plaintiff's past lawyers to those attackers that were hired by THE WHITE HOUSE to produce fake articles, animated videos and fake blogger comments, all tracked back to the same servers and attackers:

## JuddLawGroup

**Jeffrey M. Judd**
PARTNER
415.597.5500
888.308.7686 FAX
jeff@JuddLawGroup.com

BY EMAIL (joe@gizmodo.com)

Mr. Joe Brown
Features Editor
GIZMODO

Re:     GIZMODO's 1/13/11 Post Entitled, *"The Greatest Scam in Tech,"* by John Herrman and Adrian
        Covert

Dear Mr. Brown:

Scott Redmond has asked me to address the harm caused by GIZMODO's self-described "exposé of Peep
Wireless," entitled "The Greatest Scam in Tech," by John Herrman and Adrian Covert. This "exposé" was
originally posted on January 13, 2011. At the time this letter was written the original post had over
207,000 views, with over 400 comments; Mr. Redmond's January 14 email to you, posted on GIZMODO
January 18, 2011, has had over 97,000 views, with almost 900 comments. The Herrman-Covert post
claims that Scott Redmond

> . . . shows up whenever there is a bubble or hot trend in the tech business world that
> has yet to make it to the marketplace. Then he strings together a bunch of technical
> jargon that hardly informs what he's doing, and presumably gets some kind of funding.
> After that, he forms not one but two companies around said bubble. (Peep Telephony
> has Peep Wireless; Limnia, a fuel cell company, Fuel Sell; Clever Homes, FabModern). All
> the companies are listed at the same address in San Francisco. Ultimately, the
> companies just disappear, legacies reduced to comically vague blurbs in Redmond's
> resume – if that. * * * Point is, these ventures rarely – if ever – work. And through the
> harsh lens of hindsight, some look like they weren't ever meant to.

While GIZMODO does not clearly engage in traditional investigative journalism, more than a few viewers
apparently consider this "exposé" to be an authoritative, fact-based report. Many comments praise this
as the kind of investigative article GIZMODO should publish more often (e.g., "I vote for more journalism
and less press releases"). When GIZMODO publishes such an article, which clearly impugns the integrity
of an individual like Mr. Redmond and subjects him to ridicule, a strong argument can be made that
GIZMODO should apply the same journalistic standards that investigative reporters follow:  At a
minimum, neither GIZMODO nor its editors or authors should recklessly ignore the truth, as has been
the case here.

GIZMODO reported a "pattern" that Mr. Redmond allegedly follows to scam investors that is
demonstrably false, as a few simple Internet searches would have revealed. First, Mr. Redmond does
not "show up whenever there is a bubble or hot trend in the tech business world that has yet to make it
to the marketplace." Mr. Redmond's companies have largely been based on his inventions. The United
States Patent & Trademark Office has to date issued 11 patents to Mr. Redmond, and additional patents
have been applied for. As I'm sure you know, a patent, by definition, describes an invention that is new,
not obvious, and is either useful or has industrial application. The inventions disclosed in his patents
have formed the technological basis for several companies that Mr. Redmond has founded. In each case
Mr. Redmond's companies have attempted to commercialize his inventions. Some ventures have been

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Page 2 – Mr. Joe Brown –

more successful commercially than others, but in every case they have been *"real."* For example:

- **Limnia, Inc.,** formerly named Fuelsell Technologies, Inc., is a Delaware corporation in good standing that was incorporated on March 5, 2002 (Del. File No. 3498785) (www.limniaenergy.com). Limnia's business address is 601 Van Ness Avenue, Suite E3613, San Francisco, CA 94102. This is the location where Mr. Redmond operates his start-up incubator, Clever Industries LLC, which has been around since 1978. Limnia used venture capital funds, Mr. Redmond's personal funds, and a U.S. Department of Energy grant (approx. $900,000) to develop a working prototype of a hydrogen fuel cassette storage and retrieval system. The venture capital investor made a substantial return on its investment when it cashed out in 2006. Limnia's hydrogen cassette prototype has been tested and verified by Sandia Labs, and is the subject of a funding proposal currently in negotiation with the U.S. Department of Energy. A non-disclosure agreement between Limnia and Scandia Labs prevents public disclosure of the Sandia document that validates Limnia's hydrogen fuel cassette and demonstrates superior performance to traditional energy storage and retrieval devices. Sandia determined that a Limnia hydrogen fuel cartridge the same size and weight of a Lithium ion battery or traditional metal hydride system stores substantially more energy than either the Li-ion battery or the MH system. Limnia's technology is based on four of Mr. Redmond's U.S. Patents:  No. 7,399,325 (Method and apparatus for a hydrogen fuel cassette distribution and recovery system—Filed 3/15/02, Issued 7/15/08); No. 7,279,222 (Solid-state hydrogen storage systems; co-inventor Andrew K. Hearley—Filed 3/21/04, Issued 10/9/07); No. 7,169,489 (Hydrogen storage, distribution, and recovery system—Filed 12/4/02, Issued 1/30/07); and No. 7,011,768 (Methods for hydrogen storage using doped alanate compositions; co-inventor Craig M. Jensen—Filed 6/16/03, Issued 3/14/06).

- **Peep Wireless Telephony Company** is a Delaware corporation in good standing that was incorporated on November 5, 2010 (Del. File No. 4894388). Peep Wireless is located at 555 California Street, 12th Floor, San Francisco, CA 94104 (www.peeptelephony.com). Peep Wireless, initially funded by Mr. Redmond personally, is an early stage company developing software intended to replace the current system of server racks and cell towers employed by wireless network carriers. In addition to the patent portfolio acquired from WiMoto, Peep's technology is based on the technology described in Mr. Redmond's application to the USPTO, entitled "Mesh Based Network Architecture." Earlier versions of the technology have been deployed by multiple companies, including the Swedish company TerraNet. According to a September 11, 2007, BBC News Report, in 2007 TerraNet launched demonstration projects in Tanzania and Ecuador and obtained £3 million in financing from the mobile phone manufacturer Ericsson to develop its wireless mesh technology. (See http://news.bbc.co.uk/2/hi/technology/6987784.stm. ) TerraNet has reportedly since been acquired by Nokia. A search of the term "wireless mesh" yields many hits, including a Wikipedia page that includes references to U.S. military use of the technology (see http://en.wikipedia.org/wiki/Wireless_mesh_network#cite_note-4; see also http://www.meshdynamics.com/military-mesh-networks.html ). Peep Wireless believes it has solved the problems that have prevented other wireless mesh companies from achieving commercial success. It is too early to determine whether there is a viable business model that can succeed, but there is no question the technology is *real*.

- **RPI Advanced Technology Group** (RPI) developed, manufactured, and sold a variety of virtual reality devices, including what at the time was the smallest wearable computer display and the first 360°

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Page 3 – Mr. Joe Brown –

personal computer-based human gyroscopic flight simulator. These devices were based on several of Mr. Redmond's U.S. Patents:  No. 5,759,044 (Method and apparatus for generating and processing absolute real time remote environments – Filed 7/6/95, Issued 6/2/98); No. 5,513,130 (Method and apparatus for generating and processing absolute real time remote environments – Filed 10/18/93, Issued 4/30/96);and No. 5,255,211 (Method and apparatus for generating and processing absolute real time remote environments—Filed 2/22/90, Issued 10/19/93). In 1996, Mr. Redmond sold RPI to a European holding company.

- **Clever Homes LLC** is an active California limited liability company that was registered December 1, 2003 (California Entity No. 200333810077). Clever Homes™ business address is 665 3rd St # 400, San Francisco, CA 94107-1968 (www.cleverhomes.net). Clever Homes™ is a designer and builder of environmentally responsible, energy efficient, prefabricated homes. Mr. Redmond founded the company and was the initial investor. The company website shows more than 20 homes have been designed, with the majority currently in residential use. In 2005, Mr. Redmond sold his interest in Clever Homes™ to the current owners. The designs and methods currently in use by Clever Homes™ are based on Mr. Redmond's inventions. A well-known green demonstration home, dubbed The NowHouse, was unveiled by Clever Homes™ at the San Francisco Giant's SBC Park in October 2004. The NowHouse was subsequently donated to the City and County of San Francisco, and is currently in use as the Bayview Hunters Point Alice Griffith Community Center. **FabModern** was not a company, but rather an online design portfolio of Mr. Redmond's green home designs and personal building site.

Mr. Redmond's projects are well-documented in scores of magazine, online, newspaper and television reports. I could go on and describe additional tech projects that Mr. Redmond has successfully developed on a contract basis for many well-known consumer product manufacturers, but the majority of these contracts were performed on a confidential basis for market-testing purposes. In any event, the four examples described above make the point: Scott Redmond has a successful track record inventing and commercializing a wide range of companies, events, services, and products. As anyone even remotely familiar with the tech industry knows, investors and product developers place a premium on discretion and privacy. This prevents Mr. Redmond from responding as fully as he could: It would simply be inappropriate to expose to the GIZMODO treatment the companies and individuals with whom Mr. Redmond has contracted in the past.

GIZMODO, John Herrman, and Adrian Covert simply got it wrong, because they failed to check the facts. Had you made even a token effort to determine whether Mr. Redmond has fleeced investors with vague, pie-in-the-sky promises followed by a disappearing act, you would have found that was decidedly *not* the case. Of course, a post about a clever, generally successful, ethical inventor does not have as much prospect of going viral as a snarky exposé of an alleged scam artist.

A brief review of the posted comments makes clear that GIZMODO's recklessness has exposed Mr. Redmond to ridicule and damaged his professional reputation. At a minimum, GIZMODO should correct the record, and provide a public apology to Mr. Redmond. Given the longevity of posts on the internet, however, it is extremely unlikely that GIZMODO could meaningfully remedy the harm it has done to Mr. Redmond, even if it is so inclined.

Please contact the undersigned if the content of this letter has not persuaded you that GIZMODO has done a terrible disservice to Scott Redmond. We will be happy to meet with you to provide further evidence of Mr. Redmond's track record as a successful and ethical inventor, entrepreneur, project

Page 4 – Mr. Joe Brown –

manager, and event organizer, among other things. Mr. Redmond has a record of achievement that even the most cynical visitors to GIZMODO would envy.

Please also provide this letter to GIZMODO's attorneys, so that they can discuss with me appropriate means by which you, GIZMODO, John Herrman, and Adrian Covert might rectify the damage you have caused Mr. Redmond. Thank you.

Sincerely,

Jeffrey M. Judd

cc:     Remy Stern (by email (remy@gawker.com))
        Brian Lam (by email (blam@gizmodo.com))
        Scott Redmond (by email (scottsfo200@gmail.com))

Even though the Google/Gawker/Gizmodo produced and hosted attack articles and animated videos were completely discredited as a "*character assassination hatchet job paid for by politicians*"; by every known expert, Defendants still post them on their servers with hidden "P8" codes covertly embedded in the search engines to trick the public, in front of 7 billion internet readers as "payback", in order to operate their reprisal attacks. No other servers or publishers in the world host and lock this attack media on their search results EXCEPT DEFENDANTS MEDIA COMPANIES. This ALONE would seem to prove that Defendants did the harms that they are charged with doing as Defendants are the only ones running, hosting and operating the attacks on Plaintiff on all of Earth!

Plaintiff has, over and over, demanded that the FBI, POLICE, FINCEN and other enforcement investigators reveal what they discovered when they traced the compensation routes and command-and-control management of these attackers. ***Plaintiff demands that this Court order the FBI, FINCEN and the NSA to reveal those compensation path records on the attackers from their investigations.***

One might wonder why it has been so hard to get this information from the authorities. If the FBI reveals that the path-of-compensation goes from Adrian Covert, Nicholas Guido Denton and John Herrman right to the Oval Office in the White House, then the question is asked and answered. White House staff members Jay Carney, David Axelrod and Robert Gibbs have said "maybe". White House staff insider Jofi Joseph has said "without a doubt". Rahm Emanual's White House staff say that, while in the White House, Rahm ordered all kinds of hit-jobs on whistle-blowers.

Gawker Media and Gizmodo Media have engaged in the origination of, production of and global broadcast of compensated character assassination videos and articles as a reprisal-service-for-hire (like Fusion GPS, Black Cube, Black Water and other related services) because we were

FBI and GAO witnesses against Gawker and Gizmodo financiers. As 1.) the only publishing group on Earth to have engaged in such attacks and 2.) since the attacks were financed by complainants business competitors and 3.) since adversaries own staff have admitted to the scheme and 4.) since communications, FBI records and previous litigation records prove complainants assertions, complainants are justified in their demands.

The attacks and broadcast of multiple defamation attack articles and videos by Gawker Media, Google, YouTube and Gizmodo Media has been operating as recently as this today, thus the statutes of limitations are not exceeded. Well known U.S. government political figures and political financiers hired Gawker Media, Gizmodo Media and "Nick" Denton to undertake these ongoing attacks and to manipulate web servers to operate those attacks globally and permanently. The attackers hired Gawker Media, Gizmodo Media, "Nick Guido Denton", Univision/Unimoda, Google and YouTube (essentially all the same people) to engage in reprisals because of the Plaintiff's testimony against the Cartel in federal investigations and because the plaintiff had superior technologies that the attackers could not compete with. Transaction documents showing payments between the "bad guys" in this case, were recently uncovered in other court cases.

Defendant adversaries produced a series of videos and defamation articles and used internet server technology tricks to place those attack materials in front of 7.5+ billion people day after day, year after year, refreshing the attack daily. This is, essentially, a "hit-job" service that Univision provides as a side gig through it's TV networks and it's offensive tabloid brands of: Gizmodo, Jalopnik, Jezebel, Gawker and other Univision/Unimoda assets along with it's partnership with Google for the operation of such attacks. "Univision uses this service as a political-payback tool for politicians as well as an anti-trust violating anti- competition tool for its clients", claim Plaintiffs. The Plaintiffs are informed and believe and, based on that information and belief, allege that the named Defendants herein and each of the parties designated as a "DOE" and every one of them, are legally responsible jointly and severally for the Federal RICO Statute violating events and happenings referred to in the within Complaint for Intentional Interference with Contractual Relations, Intentional Interference with Prospective Economic Advantage, Cyberstalking, Fraud,

Invasion of Privacy, Unfair Competition and Theft of Intellectual Property and RICO statute violations. In particular, Defendants took compensation for, and engaged in, malicious and coordinated tactics to seek to destroy, damage, harm and ruin Plaintiffs via an illicit media "hit-job" service which Defendants regularly offered in covert commerce and engaged in regularly against targets that Defendants were hired to seek to ruin as part of reprisal, vendetta, retribution programs operated for business and political competitors of the targets. Historical facts and other history-making lawsuits by third parties, has proven Defendants to be the single largest core violator of human rights, in this manner, in the world. Defendants offer the service of creating and publishing contrived "hatchet job" movies, fake news articles, faked comments and repercussion backlinks describing the Plaintiffs in horrific descriptors. Defendants media holdings manipulate national elections.

Let's be clear on this: Plaintiff does swear, warrant and certify that Google, Facebook, YouTube, The Elon Musk Group, Twitter and Linkedin plan and operate the conscious and manual manipulation of national American elections and international elections.

The attack material is reposted, "impression accelerated", "click-farm fertilized" and Streisand array cloned over-and-over by Defendants massive character assassination technology via servers, algorithms and technical internet manipulation, daily, as recently as yesterday. Defendants also embed the article in job hiring databases on Axciom, Palantir, Taleo and other databases used by all hiring and recruiting services in order to prevent Plaintiffs from ever receiving income for W2 or 1099 work ever again. Defendants own staff then post thousands of fake comments, below each attack item, under fake names, designed to make it appear as if a broad consensus of the public agreed with the defamation messages by Defendants. Almost all of the fake comments were created by a handful of Defendants own staff pretending to be a variety of outside voices. Defendants provide the service of delivering "weaponized text and media to corporate clients". Defendants replicated various versions of these attack items across all of their different brands and facade front publications and addedadditional fake comments to each on a regular basis.

A. Defendants have formed a business and political and industry manipulation "Cartel"

intended to inflict corruption upon the United States Federal Government, The State Government

and the California State authorities, as defined by law under RICO Racketeering Statutes for the

purpose of manipulating the value of stock market holdings and controlling political policy

decisions.


   B. In exchange for financing, Defendants Clients gave Defendants Associates business

monopolies and government contract monopolies and media distribution exclusives worth trillions

of dollars. This was an illegal quid-pro-quo arrangement. Plaintiffs designed, produced, received

patent awards on, received federal commendations for, received federal funding for and first

marketed the very products which Defendants copied and made billions of dollars on and which

Defendants felt might beat them in hundreds of billions of dollars of competitive market positions

and stock market trades. Companies operated by Plaintiffs included automobile design and

manufacturing companies, global television broadcasting companies and energy companies which

are commonly known to have generated hundreds of billions of dollars in profits, revenue and stock

market transactions for Defendants competing holdings at Plaintiffs expense. Defendants operated a

criminal CARTEL as defined by RICO LAWS and that Cartel ran an an anti-trust market rigging

and crony political payola operation. Defendants spent tens of millions of dollars attacking

Plaintiffs because Defendants were not clever enough to build better products. Defendants chose to

"CHEAT RATHER THAN COMPETE" and to try to kill Plaintiffs lives, careers, brands, revenues,

assets, businesses and efforts via malicious and ongoing efforts.


   C. The U.S. Attorney General has been informed, in writing, of these charges and Plaintiffs

understand that DOJ officials have an ongoing investigation into these matters.Under  investigation

for these crimes, New York State attorney general Eric Schniderman was recently forcedto quit over

corruption and sexual cult charges involving the NXIUM group and related matters.


   D. Due to Defendants fears of the loss of up a trillion dollars of crony payola from their

illegal abuse of taxpayer funds, Defendants engaged in felonious actions in order seek to intimidate

1   others.

2

3          E. Just as, over time, the Watergate crimes are now intimately documented and detailed;

4   over time The "Cleantech Crash Scandal" as featured on CBS News 60 MINUTES TV Show, has

5   been detailed and exposed in numerous federal, news media and public investigations. Significant

6   barriers to justice were illicitly placed in front of Plaintiffs by Defendants.

7          F. Defendants organized and operated a series of malicious attacks and thefts against

8   Plaintiffs as reprisals and competitive vendettas. Defendants report to the FBI, GAO, FTC, SEC,

9   Congressional Ethics Committees, The White House and other entities on a regular basis.

10

11          G. Defendants and their associates Elon Musk, Jon Doerr, Eric Schmidt, Larry Page, Steve

12   Jurvetson, Vinod Khosla and other members of the "Silicon Valley Cartel" are documented in tens

13   of thousands of news reports, federal law enforcement reports and Congressional reports in their

14   attempts to infiltrate and corrupt the U.S. Government in an attempt to route trillions of tax dollars

15   to Defendants private accounts. Defendants perceived Plaintiffs as a threat to their crimes. Federal

16   investigators, news investigators and whistle-blowers have reported to Plaintiffs that Defendants

17   were the financiers and/or beneficiaries and/or command and control operatives for the crimes and

18   corruption disclosed in the CBS NEWS 60 Minutes investigative reports entitled: "The Cleantech

19   Crash", "The Lobbyists Playbook" and "Congress Trading on Insider Information"; The Feature

20   Film: "The Car and the Senator" Federal lawsuits with case numbers of: USCA Case #16-5279; and

21   over 50 other cases including the ongoing "Solyndra" investigation and federal and Congressional

22   investigations detailed at:

23   http://greencorruption.blogspot.com

24   and

25   https://theintercept.com/2016/04/22/googles-remarkably-close-relationship-with-the-obama-white-

26   house-in-two-charts/

27

28   … and thousands of other documentation sites. Plaintiffs are charged withengaging in these crimes

and corruptions against Plaintiffs and financing and ordering attacks on Plaintiffs. Plaintiffs engaged in U.S. commerce and did everything properly and legally. Unlike Defendants, Plaintiffs did not steal technology. Unlike Defendants, Plaintiffs did not bribe elected officials in order to get market exclusives. Unlike Defendants, Plaintiffs did not poach Defendants staff. Unlike Defendants, Plaintiffs were the original inventors of their products. Unlike Defendants, Plaintiffs did not operate "AngelGate Collusion" schemes and "High Tech No Poaching Secret Agreements" and a Mafia-like Silicon Valley exclusionary Cartel. Unlike Defendants, Plaintiffs did not place their employees in the U.S. Government, The California Government, The U.S. Patent Office and The U.S. Department of Energy in order to control government contracts to Defendants exclusive advantage. Unlike Defendants, Plaintiffs did not place moles inside of competitors companies. Unlike Defendants, Plaintiffs did not hire Gawker Media and Think Progress to seek to kill Plaintiffs careers, lives and brands. Unlike Defendants, Plaintiffs did not rig the stock market with "pump-and-dump", "Flash Boy" and "Google-stock/PR-pump" schemes. Plaintiffs engaged in hard work every day of their lives for the time-frame in question under the belief that the good old American work ethic and just rewards for your creations was still in effect in the U.S.A., and that the thieves and criminals that attempted to interdict Plaintiffs would face Justice. In a number of circumstances Defendants took advantages of Plaintiffs hard work via come-ons; Defendants then made billions of dollars from Plainiffs work at Plaintiffs expense and attacked Plaintiffs in order to reduce Plaintiffs competitive and legal recovery options.

        H. Defendants exchanged payments for services via cash, stock warrants, illicit personal services, media control and a technology known as a "Streisand Effect Massive Server Array" which can control public impressions for, or against a person, party, ideology or issue. Defendants StreisandEffect internet system was used to destroy Plaintiffs in reprisal, retribution, and vendetta for Plaintiffs help with law enf ment efforts in the case and because Plaintiffs companies competed with Defendants companies with superior technologies.

        I. Defendants have used their Streisand Effect technology to build a character assassination

ring of bloggers and hired shill "reporters" who engage in a process called a "Shiva". This process

is named after a Plaintiff in a similar case named: Shiva Ayyadurai, the husband of Actress Fran

Drescher. Shiva Ayyadurai holds intellectual property rights to part of Defendants email

technology. In fact, the people most threatened by the Shiva Ayyadurai patent right claims,

ironically turn out to be Defendants and, in particular, Defendants associates Elon Musk, Jon Doerr,

Eric Schmidt, Larry Page, Steve Jurvetson, Vinod Khosla and other members of the "Silicon Mafia"

who own most of the main companies exploiting email technology. Were Shiva Ayyadurai to

prevail in his claims, Defendants would owe him billions of dollars. "Running A Shiva" involves

the production of a series of Defamation articles by bloggers who act asif they are independent from

Defendants but are in fact, not. Defendants used "the Shiva" to attack and seek to destroy Donald

Trump, Shiva Ayyadurai, Plaintiffs, and numerous political figures. Univision, Unimoda,Jalo pnik,

Gawker Media, Gizmodo and over a hundred stealth-ed, and overt, assets of Defendants have been

using "The Shiva" network to attack Donald Trump, Shiva Ayyadurai, Plaintiffs, and numerous

political figures as recently as this morning, thus, the time bar restarts every day. Plaintiffs have

pleaded with Defendants to cease their attacks but Defendants have refused to comply. Even with

Fran Drescher's ongoing royalty payments from her popular television series, friends have reported

that the attacks on the Ayyadurai family have been devastating and have caused massive damages

and personal and emotional devastation.


    J. Defendants produced animated movies, attack articles, fake blog comments, DNS routes,

"Shiva" Campaigns, and other attack media against Plaintiffs and expended over $30 million dollars

in value, as quantified by Defendants partner: Google, in placing the attack material in front of 7.5

billion people on the planet for the rest of Plaintiffs lifetime. No person could survive such an attack

and in the case of Plaintiffs, lives were destroyed and multiple companies invested into by

Plaintiffs, which Defendants made over $50B off of the copies of, were destroyed because they

competed with Defendants.


    8. The Plaintiffs are informed and believe, and based on that information and belief allege

that at all times mentioned in the within Complaint, all Defendants were the agents, owners and employees of their affiliated insiders and, in doing the things alleged in this Complaint, were acting within the course and scope of such agency and employment.

9. As to any corporate employer specifically named, or named as a "DOE" herein, the Plaintiffs are informed and believe and therefore allege that any act, conduct, course of conduct or omission, alleged herein to have been undertaken with sufficient, malice, fraud and oppression to justify an award of punitive damages, was, in fact, completed with the advance knowledge and conscious disregard, authorization, or ratification of and by an officer, director, or managing agent of such corporation. The Statute of Limitations and time bar on this case has not expired. Plaintiffs only became aware of **all** of the facts recently due to the FBI, Congressional and hacker-exposed investigation data on Defendants operating and receiving cash, rewards and assets from an illegal and illicit set of political slush-funds established to compensate them for financing political campaigns. The Sony, Clinton, DNC, HSBC, Panama Papers and other hacks and publication of all of the relevant files and the Congressional investigation of illicit activities and the continuing issuance of federal documents to Plaintiffs confirming Plaintiffs intellectual property areall vastly WITHIN the statutes of limitations to allow this case to proceed to Jury Trial. Plaintiffs has had a long, ongoing and high-level interaction with Defendant in both the work effort and the monetization and collection effort. Plaintiffs has been continually interactive with Defendant in order to try to collect his money. Attacks and interference with Plaintiffs has occurred as recently as this week by Defendants. The Plaintiffs, whose multiple businesses ventures had already suffered significant damage as the result of the online attacks of the Defendants, contacted renowned experts, and especially Search Engine Optimization and forensic internet technology (IT) experts, to clear and clean the internet of the false, defamatory, misleading and manufactured information belittling the Plaintiffs, attacking them and discrediting their reputation as an inventor, product developer and project director from their websites.

None of the technology experts hired by the Plaintiffs, at substantial expense, were successful in their attempts to clear, manage or even modify the false, defamatory, misleading and

manufactured information belittling the Plaintiffs, attacking him and discrediting their reputation as an inventor, product developer and project director which only Defendants, the controlling entity of the internet, refused to remove. In fact, those experts were able to even more deeply confirm, via technical forensic internet analysis and criminology technology examination techniques that Defendants was rigging internet search results for its own purposes and anti-trust goals.

All efforts, including efforts to suppress or de-rank the results of a name search for "Plaintiffs" failed, and even though tests on other brands and names, for other unrelated parties did achieve balance, the SEO and IT tests clearly proved that Defendants was consciously, manually, maliciously and intentionally rigging its search engine and adjacent results in order to "mood manipulate" an attack on Plaintiffs.

In fact, the experts and all of them, instead, informed the Plaintiffs, that, not only had Defendants locked the false, defamatory, misleading and manufactured information belittling the Plaintiffs, attacking them and discrediting their reputation as an inventor, project developer and project director into its search engine so that the information could never be cleared, managed or even modified, Defendants had assigned the false, defamatory, misleading and manufactured information belittling the Plaintiffs, attacking them and discrediting their reputation as an inventor, project developer and project director "PR8" algorithmic internet search engine coding embedded in the internet information-set programmed into Defendantsinternet architecture. [See, Information received from one of over 30 IT, forensic network investigators and forensic SEO test analysts, a true and correct copy of which is attached hereto in the Exhibits.]

Per the many world-wide search engine results forensic analysis experts Plaintiff hired – They had never seen search engines results that were locked so maliciously, manually and unmovably into Google's and YouTube's search results. "It was as if the CIA, or Larry Page himself, was doing this", said one. Plaintiff placed associates inside of Google and, among other things, acquired bank records proving Google and the attackers were exchanging millions of dollar with each other.

Plaintiff even went to the effort of placing nearly a thousand virtual forensic test servers

1    around the globe, using empty space on third-party existing servers owned by hundreds of other

2    people, in order to monitor and metricize the manipulations of search results of examples of the

3    Plaintiffs name in comparison to the manipulations for PR hype for Defendants financial partners,

4    for example: the occurrence of the phrase "Elon Musk", Defendants business partner and

5    beneficiary, over a five year period. The EU, China, Russia, and numerous research groups (ie:

6    http://www.politico.com/magazine/story/2015/08/how-google-could-rig-the-2016-election-

7    121548 By Robert Epstein ) have validated these forensic studies of Defendants architect-ed

8    character assassination and partner hype system .

9      The "PR8" codes are hidden codes within the Defendants software and internet architecture

10    which profess to state that a link is a "fact" or is an authoritative factual document per Defendants

11    research. By placing "PR8" codes in the defamatory links that Defendants was manipulating about

12    Plaintiffs, Defendants was seeking to tell the world that the links pointed to "Facts" and not

13    "Opinions". Defendants embedded many covert codes in their architecture which marketing the

14    material in the attack links and video as "facts" according to Defendants.

15      The "PR8" codes are a set of codes assigned and programmed into the internet, by the

16    Defendants to matters it designates as dependable and true, thereby attributing primary status as the

17    most  Defendants is known to have provided tens of millions of dollars to this tabloid chain per

18    Defendants financial staff, SEC filings and disclosures in other legal cases.

19      Plaintiff also used CIA technology call "Steganography" to embed text-based messages and

20    codes into photos and videos in order track Google and YouTube's global impression manipulations

21    and create a significant and important link to be viewed by online researchers regarding the subject

22    of their search.

23      Defendants were fully aware that all of the information in the attack articles against

24    Plaintiffs was false,Defendants promo ted these attacks as vindictive vendetta-like retribution

25    against Plaintiff.

26      At all times Defendants maintained it had no subjective control or input into the rankings of

27    links obtained by online researchers as the result of a search on its search engines and that its search

28    engine algorithms and the functions of its media assets were entirely "arbitrary" according to the

1  owners and founders of Defendants.

2  　　　In or about April 15, 2015, The European Union Commission took direct aim at Defendants

3  charging the their Internet-search giant with skewing and rigging search engine results in order to

4  damage those who competed with Defendants business and ideological interests.

5  　　　In those proceedings, although Defendants continued to maintain that it has no subjective

6  control or input into the rankings of links obtained by online researchers as the result of a search

7  on its search engines and that its staff had no ability to reset, target, mood manipulate, arrange

8  adjacent text or links, up-rank, down-rank or otherwise engage in human input which would change

9  algorithm, search results, perceptions or subliminal perspectives of consumers, voters, or any other

10  class of users of the worldwide web, also known as The Internet, the court, in accord with evidence

11  submitted, determined that Defendants, ___**does**___ in fact have and does in fact exercise, subjective

12  control over the results of information revealed by searches on its search engine.

13  　　　Defendants has a variety of such hidden codes and has various internal names for such codes

14  besides, and in addition to, "PR8". Defendants has been proven to use these fact vs. fiction

15  rankings to affect elections, competitors rankings, ie: removing the company: NEXTAG from

16  competing with Defendants on-line; or removing political candidates from superior internet

17  exposure and it is believed by investigators and journalists, that Defendants are being protected

18  from criminal prosecution by public officials who Defendants have compensated with un-reported

19  campaign funding. As a result of receiving this information, the Plaintiffs became convinced of the

20  strength and veracity of their original opinion that the Defendants, had, in fact posted the false,

21  defamatory, misleading and manufactured information belittling the Plaintiffs, attacking them and

22  discrediting Plaintiffs reputation as inventor, project developer and project designer had been

23  intentionally designed, published, orchestrated and posted by them in retaliation to the true

24  testimony provided by the Plaintiffs, to the Government Office of Accountability of the United

25  States in May of 2005, and to the Securities and Exchange Commission, The Federal Bureau of

26  Investigation, The United States Senate Ethics Committeeand other investigating parties, and had

27  been disseminated maliciously and intentionally by them in an effort to do damage to their

28  reputation and to their business prospects and to cause him severe and irremediable emotional

1    distress.

2

3          In fact, the Plaintiffs, has suffered significant and irremediable damage to their reputation

4    and to their financial and business interests. As a natural result of this damage, as intended by the

5    Defendants, Plaintiffshas also suffered severe and irremediable emotional distress.

6

7          To this day, despite the age of the false, defamatory, misleading and manufactured

8    information belittling the Plaintiffs, attacking him and discrediting their reputation as an inventor,

9    project developer and project director, in the event any online researcher searches for information

10   regarding the Plaintiffs, the same information appears at the top of any list of resulting links.

11

12         In addition, due to their control of all major internet database interfaces, Defendants have

13   helped to load negative information about Plaintiffs on every major HR and employment database

14   that Plaintiffs might be searched on, thus denying Plaintiffs all reasonable rights to income around

15   the globe by linking every internal job, hiring, recruiter, employment, consulting, contracting or

16   other revenue engagement opportunity for Plaintiffs back to false "red flag" or negative false

17   background data which is designed to prevent Plaintiff from future income in retribution for

18   Plaintiffs assistance to federal investigators.

19

20   **HARM #7: DEFENDANTS USED FACTORY-PROCESSED SOCIAL MEDIA ATTACKS AGAINST PLAINTIFF:**

21

22         In the attached book: "***ATTACKED***", the Court will see the CIA, FSB and MI6 tactics and

23   techniques that are trained and practiced, illicitly, by political officials. Social networking

24   sites including MeetUp, Match, Facebook, etc. and all other IAC-owned, or similar, sites

25   (IAC is managed by Hillary Clinton's daughter, whose Mother knew Plaintiffs) have had

26   their profiles, texts, and inter-member communications, since those companies were started,

27   hacked or purchased. The financiers of almost everyone of these sites are also the financiers

28   of the suspects. The attack service providers use Palantir, Acronym, In-Q-Tel financed data

analysis software to analyze every activity in those services in order to find honey-trap, blackmail and social conflict exploitation opportunities. Your social life will, essentially, end. Every photo on every social site is cross checked with every other photo on the internet in order to cull your Facebook, Linkedin, Snapchat and other social media together to create a total manipulation profile data file on you. New contacts on these sites were contacted by the attackers and told to "avoid" the Plaintiffs in order to damage Plaintiffs. These attacks were all documented and operated against Plaintiff as detailed in the **EXHIBITS** and evidence repositories. Defendants bought these services from Eastern Bloc nations, China and South America. "The Agency", in Russia does much of this work. They are hard at work, even as recently as today according to the CIA, pushing a "positive spin" on Russia's invasion of the Ukraine based on Hunter Biden's computer leaks.

### HARM #8: GOVERNMENT OFFICIALS CAUSED SSA AND HUD BENEFITS BLOCKADES AND MANIPULATIONS AS REPRISAL AGAINST PLAINTIFF:

Social Security, SSI, SDI, Disability and other earned benefits were stone-walled. Applications for benefits for the Plaintiffs were intentionally "lost" like a "Lois Lerner hard drive". Files in the application process "disappeared". A U.S. Senator ordered Plaintiffs benefits to "never be approved" even though Plaintiffs worked 60 hour+ weeks for decades in service to their nation and their community. A SSA official in the local SSA office, who had a devout expressed hatred against one United States President ordered a benefits blockade against Plaintiffs because he found out that Plaintiffs ex-lawyer now worked in the White House. Forensic evidence and backgrounders on every person who worked on, or had access to, Applicants files, records, benefits decisions and related data sets shows that a number of those employees and contractors were members, financiers, web promoters or supporters of ANTIFA anarchy groups or KKK or Proud Boys related political activist-type groups. In San Francisco and Marin Counties SSA offices, in employees workspaces and on their Facebook and MySpace sites, many employees proudly display pictures of themselves wearing their pink "pussy hats", black riot gear and sporting political tattoos. FBI records

and IG investigations show that SSA has the highest percentage of political activist employees of any federal agency. Such persons are inclined to become drunk with power when allowed access to the trillions of dollars of government technology on the SSA file and decisions systems. A number of these persons have worked for, or with, U.S. Senators and other politicians who targeted Applicant in political reprisal. At least 3 persons in the San Francisco SSA office, at least 2 persons in the San Mateo SSA office and at least 2 persons in Marin SSA office are known to have engaged in such actions. Applicants funding and benefits were manipulated, so as to harm Applicant, as political reprisal as vendetta for his provision of testimony to federal investigators in a trillion dollar political corruption matter involving famous political figures featured in global news coverage. A vast number of agency abuse cases and lawsuits are now on public record in the Inspector General's offices and federal courts. It is an indisputable fact that some government agencies run "hit-jobs" on citizens on orders from certain corrupt politicians.

These actions are felony violations of the law. Federal and State Agencies including SSA, FEC, GOVT, HHS, VA, CIA, HUD, SA, SEC, FBI, DOJ and many others, have been charged, and found guilty, in these crimes against citizens. In the Congressional investigation published by the United States Congress in review of the U.S. Department of Energy LGP/ATVM programs, it is clearly proven that the U.S. Department of Energy was used as a slush-fund by some GOVT executives in order to pay off campaign financiers by attacking and sabotaging their competitors. The GOVT Paducah Gaseous Diffusion Plant under contracts with The U.S. Government and the government-owned U.S. Enrichment Corp paid $5M whistle-blower awards to those whistle-blowers who were attacked, using government agency resources, for reporting a crime. Dept. of Energy Hanford URS has agreed to settle a lawsuit brought by former employee Walter Tamosaitis for $4.1 million. The settlement in the whistle-blower case comes almost one year before the case was set for a jury trial in federal court in Richland and compensates Tamosaitis for attacks against him, by GOVT officials, in retribution for reporting a crime. VA officials attacked hundreds of citizens who reported corruption, ie:

https://www.thenewamerican.com/usnews/health-care/item/18610-va-whistleblowers-facing-retribution. As shown in this report: https://www.pogo.org/analysis/2018/08/new-report-confirms-whistleblower-retaliation-is-alive-and-well-at-department-of-veterans-affairs/, Agencies attack often and harshly. CIA and NSA executives have been widely shown to use spy tools to attack domestic citizens they don't like, ie: https://www.dailymail.co.uk/news/article-2435011/NSA-employees-used-phone-tapping-tools-spy-girlfriends-cheating-husbands.html , and hundreds of other news links that can be provided. Elon Musk and Tesla, as well as Eric Schmidt and Larry Page at Google, have been proven to use the CIA group: IN-Q-TEL, to run government sponsored/financed attacks on business competitors. In Civil Action No. 1:13-cv-00777-RBW GOVERNMENT AGENCIES WERE CAUGHT BEING USED FOR ATTACKS AGAINST CITIZENS AND PUNISHED IN THE COURT AND THE MEDIA! The IRS, and hordes of other government agencies have been caught and proven, IN COURT, to target and attack people for presumed political differences.

Why should we assume that the Social Security Administration is not ALSO doing this too to harm citizens who speak out? The Lois Lerner IRS attacks took many years to resolve. In an unprecedented victorious conclusion to a four year-long legal battle against the IRS, the bureaucratic agency admitted in federal court that it wrongfully targeted citizens, during the Obama Administration, because of their political viewpoints and issued an apology to those people for doing so. In addition, the IRS is consenting to a court order that would prohibit it from ever engaging in this form of unconstitutional discrimination in the future. In a proposed Consent Order filed with the Court, the IRS has apologized for its treatment of U.S. citizens including organizations from 20 states that applied for 501(c)(3) and (c)(4) tax-exempt status with the IRS between 2009 and 2012 -- during the tax-exempt determinations process. Crucially, following years of denial by the IRS and blame-shifting by IRS officials, the agency now expressly admits that its treatment of our clients was wrong and a total violation of our Democracy. As set forth in the proposed Order: "The IRS admits that its treatment of Plaintiffs during the tax-exempt determinations process, including screening

their applications based on their names or policy positions, subjecting those applications to heightened scrutiny and inordinate delays, and demanding of some Plaintiffs' information that TIGTA determined was unnecessary to the agency's determination of their tax-exempt status, was wrong.

For such treatment, the IRS expresses its sincere apology." Throughout litigation of this case, activists have remained committed to protecting the rights of the public who faced unlawful and discriminatory action by the IRS and other agencies. The objective from the very beginning has been to hold agencies accountable for corrupt practices.

This Consent Order represents a historic victory for the public and sends the unequivocal message that a government agency's targeting of citizens organizations, or any organization, on the basis of political viewpoints, will never be tolerated and that revenge will be swift and vast. The Order will put an end, once and for all, to the abhorrent practices utilized against citizens, as the agreement includes the IRS's express acknowledgment of – and apology for – its wrongful treatment of the public. While this agreement is designed to prevent any such practices from occurring again, rest assured that all public interest lawyers will remain vigilant to ensure that the IRS, SSA, DOJ or SEC does not resort to such tactics in the future. Per detailed reports, in March of 2012 lawyers began being contacted by literally dozens of citizens and groups who were being harassed by the Obama IRS after submitting applications for tax-exempt status. Their tax-exempt applications were held up for years (over seven years in some cases), and they began receiving obtrusive and unconstitutional requests for donor and member information. That began a now more than five and a half year fight with the burgeoning bureaucracy at the IRS. Then on May 10, 2013, Lois Lerner, the then head of the IRS Tax Exempt Organizations Division, publicly implicated the IRS in one of the worst political targeting scandals of the century.

This is an extraordinary victory against government agency abuse. It sends a powerful warning to the deep state bureaucracy that it will not be allowed to violate the Constitution in order to silence and shut down the whistle-blowers. In addition to the IRS's admissions of

and apology for its wrongful conduct, the Consent Order would specifically award Plaintiffs the following: - A declaration by the Court that it is wrong to apply the United States tax code to any tax-exempt applicant or entity based solely on such entity's name, any lawful positions it espouses on any issues, or its associations or perceived associations with a particular political movement, position or viewpoint; - A declaration by the Court that any action or inaction taken by the IRS must be applied evenhandedly and not based solely on a tax-exempt applicant or entity's name, political viewpoint, or associations or perceived associations with a particular political movement, position or viewpoint; and - A declaration by the Court that discrimination on the basis of political viewpoint in administering the United States tax code violates fundamental First Amendment rights.

Disparate treatment of taxpayers based solely on the taxpayers' names, any lawful positions the taxpayers espouse on any issues, or the taxpayers' associations or perceived associations with a particular political movement, position or viewpoint is unlawful. In the Order, the IRS has also agreed that (unless expressly required by law) certain actions against the Plaintiffs– i.e. the sharing, dissemination, or other use of information unnecessarily obtained by the IRS during the determinations process (such as donor names, the names of volunteers, political affiliations of an organization's officers, etc.) – would be unlawful. In addition, the IRS promises not to take any retaliatory action against our clients for exposing the targeting scheme. Finally, and of crucial significance, the IRS admits it targeted persons and groups based on their viewpoints (i.e., "policy positions") and that such viewpoint discrimination violates fundamental First Amendment rights. This is the first time the IRS has admitted that its targeting scheme was not just "inappropriate" – as TIGTA found – but, as alleged, blatantly unconstitutional. To ensure consistency and uniformity within the agency's operations going forward, the IRS is required, pursuant to the Order, to inform all employees within the Exempt Organizations Division, as well as the Commissioners and Deputy Commissioners within other divisions, of the Order's terms. This Order not only validates allegations about their treatment at the hands of the corrupt Obama-era IRS but also provides important assurances to the American public that the agency understands its

1   obligation to refrain from further such discriminatory conduct. As Attorney General

2   Sessions acknowledged in this regard, "[t]here is no excuse for [the IRS's] conduct," as it is

3   "without question" that the First Amendment prohibits the conduct that occurred here, i.e.,

4   subjecting American citizens to disparate treatment "based solely on their viewpoint or

5   ideology." Sessions further confirmed his Department's commitment to ensuring that the

6   "abuse of power" in which the IRS engaged here "will not be tolerated." It is impossible to

7   overstate the importance of this victory.

8   This marks a years-long fight for justice in defense of the constitutional rights of the public.

9   This is an extraordinary victory against abuse of power and corruption. It sends a powerful

10  warning to the deep state bureaucracy that it will not be allowed to violate the Constitution

11  and manipulate the IRS, SSA and other agencies in order to silence and shut down those

12  who speak out about political corruption crimes. In the wake of  Wisconsin Watchdog's

13  investigation into SSA staff allegations of incompetence, misconduct, and retaliation in

14  Social Security disability appeals offices, several employees have taken their complaints to a

15  Senate committee led by Wisconsin Sen. Ron Johnson.

16

17  An official with knowledge of the complaints said the Senate Homeland Security and

18  Governmental Affairs Committee, chaired by the Oshkosh Republican, has received emails

19  and other contacts from "certain people" inside the Social Security Administration's Office

20  of Disability Adjudication and Review. The initial complaints came from an employee

21  inside the Milwaukee office following Wisconsin Watchdog's opening investigative report

22  that found some claimants waiting more than 1,000 days for an appeals decision on their

23  disability benefits claim. Following Wednesday's story of a whistle-blower in the Madison

24  ODAR office, the committee has received more specific complaints about retaliation against

25  employees, the source said. Committee staff members sent the latest Watchdog piece to SSA

26  administrators hoping they will "cooperate," the source said. To date, the agency has been

27  less than cooperative. "This is an ongoing process, and they are not always as forthcoming

28  as we'd like them to be," the source said. "Hopefully with your continued reporting, this is

an issue they can't duck." A Senate committee member said officials there are working with the Office of Special Counsel on "multiple whistle-blower retaliation claims." The committee continues to request information from the SSA. The whistle-blower in the Madison office claims management retaliated against her after she was called to testify in a misconduct case.

The incident involved "inappropriate behavior" by an administrative law judge, she said. "They are so corrupt. It's absolutely horrible," said the woman, a lead case technician in the Madison Office of Disability Adjudication and Review. She spoke on condition of anonymity, fearing more retribution from her supervisors. While she said recounting her particular experiences will more than likely betray her identity anyway, the ODAR case worker insisted she has had enough. "I'm at point where they don't care about me, I don't see why I'm protecting them. This is my last resort," she said. "I want to do my work without fear of retaliation." She said she has contacted the Senate committee. "I forwarded my information to them and I got an email back from them. See these reports:

- **WSJ: 131 Federal Judges Broke Law by Hearing Cases Where They Had Financial Interest...**

  **D***irty profits from bench...*
  ***https://www.wsj.com/articles/hidden-interest-judges-financial-conflicts-graphic-11632834079***

-
  https://www.wsj.com/articles/131-federal-judges-broke-the-law-by-hearing-cases-where-they-had-a-financial-interest-11632834421

- They said people are coming out of the woodwork with their complaints (about ODAR) following your story," the whistle-blower said. Ronald Klym, a long-time senior legal assistant in the Milwaukee ODAR office, alleges he has been retaliated against by supervisors for going public with his charges of incompetence and misconduct in the agency. The federal employee, who has worked for SSA for 16 years, provided Wisconsin

Watchdog with documents showing extremely long wait times for claimants appealing their

denied applications for benefits. Doug Nguyen, SSA regional spokesman, in a previous story

said the agency acknowledges that Milwaukee ODAR has a "high average processing time

for disability appeal hearings, and we are working to address the issue." Beyond the delays

is what Klym calls the "shell game," the wholesale transferring of cases to other parts of the

country by administrators to make the Milwaukee office's numbers look better than they are.

The Madison office whistle-blower confirmed Klym's allegations, saying at one point she

saw 2,000 cases from the Milwaukee office handed off to the Oak Brook operation. There

are over 10,000 SSA disability manipulation charges against SSA executives and staff.


**HARM #9: DEFENDANTS USED BLACKLISTING AGAINST PLAINTIFF:**

ie: The U.S. Stops Silicon Valley's 'No Poaching' Deals. . . a ...

https://www.aol.com › 2010 › 09 › 26 › doj-stops-silicon-valleys-no-poaching-deals-a-few-years-t

DOJ Stops **Silicon Valley's 'No Poaching'** Deals. ... But anyone on the ground in **Silicon**

**Valley** knows that a full-blown war for talent is under way, with checkbooks blazin.


- Government officials and tech oligarchs contacted members of the National Venture Capital

  association (NVCA) and created national "black-lists" to blockade Plaintiffs from receiving

  investor funding. This was also confirmed in a widely published disclosure by Tesla Motors

  Daryl Siry and in published testimony. If Silicon Valley political campaign finance oligarchs

  black-list you (see the "AngelGate" Scandal and the "High Tech No Poaching Class Action

  Lawsuit" cases) you will never get investor funding again.


**HARM #10: DEFENDANTS ORDERED FOIA OBFUSCATION OF PLAINTIFF'S FOIA
AND STILL HAVE NOT RESPONDED TO MANY FOR YEARS BECAUSE THEY
SHAME DEFENDANTS:**

Federal FOIA requests were hidden, frozen, stone-walled, delayed, lied about and only

partially responded to in order to seek to hide information and run cover-ups. In once

instance, even though GOVT FOIA staff had the requested FOIA files in their top desk
drawers, they delayed handing the FOIA copies over for nearly a decade in order to run a
cover-up.

### HARM #11: DEFENDANTS ENGAGED IN ARBITRARY DEADLINE MANIPULATION:

Crony state and federal officials play an endless game of Catch-22 by arbitrarily determining
that deadlines had passed that they, the government officials, had stonewalled and
obfuscated applications for, in order to force these deadlines that they set, to appear to be
missed.

### HARM #12: POLITICAL POISONING & TOXIC EXPOSURE BY DEFENDANTS HARMED PLAINTIFF:

Plaintiffs were found to be strangely poisoned, not unlike the Alexander Litvenko case, The
Salisbury Case and hundreds of other political poisoning cases. Heavy metals and toxic
materials were found right after Plaintiffs work with The U.S. Government  weapons and
energy facilities. Many wonder if Plaintiffs was intentionally exposed to toxins in retribution
for their testimony. The federal MSDS documents clearly show that a number of Plaintiffs
were exposed to deadly compounds and radiations, via GOVT, without being provided with
proper HazMat suits which GOVT officials knew were required. Plaintiff was awarded an
exceptional number of issued patents on the energy technologies he had developed for the
Dept of Energy. 3rd Party outside legal valuation experts appraised the value of these
patents at over $200,000.000.00. The patents, clearly visible in full detail, on the US Patent
office website, list many of the chemicals and compounds Plaintiff was working with
without adequate hazmat resources of Sandia, Argonne or other National Labs safety
oversight.

### HARM #13: WORKPLACE SABOTAGE AND OBSTRUCTION OF PLAINTIFFS RIGHT TO WORK:

Plaintiffs contacts at ARTECH and KAISER PERMANENTE were called, and faxed, and

ordered to fire target Plaintiffs from their places of employment, in the middle of the day, with no notice, as a retribution tactic.

**HARM #14: MEDIA ASSASSINATION PROGRAMS WERE CONTRACTED BY DEFENDANTS TO HARM PLAINTIFF:**

On orders from Obama White House officials Google, YouTube, Gawker Media and Gizmodo Media produced attack articles. Google locked these contrived attack articles from the Nicholas Guido Denton tabloid empire on the top line, of the front page of all Google searches for a decade in front of 7.5 billion people, around the world. This attack-type uses over $40 million dollars in server farms, production costs and internet rigging. The forensic data acquired from tracking some of these attacks proves that Google rigged these attacks against Plaintiffs on the internet and that all of Google's "impressions" are manually controlled by Google's executives who are also the main financiers and policy directors of the Obama Administration. This data was provided to the European Union for it's ongoing prosecution of Google's political manipulation of public perceptions. Hired attackers Nicholas Guido Denton, John Herman, Adrian Covert, Ian Fette, Patrick George, Gabrielle Darbyshire and John Cook have been referred to the FBI for surveillance, tracking and interview relative to the command, control and compensation for those attacks.

**HARM #15: COMMERCIAL EMPLOYMENT DATABASE POISONING AND RED-FLAGGING OF PLAINTIFFS HR DATABASE REFERENCES WERE CREATED TO HARM PLAINTIFF'S INCOME POTENTIAL:**

Plaintiffs HR and employment records, on Taleo, Palantir and EVERY recruiting and hiring database, was embedded with negative keywords and "flags" in order to prevent the Plaintiffs from ever gaining future employment.

**HARM #16: ATTEMPTS ON THE LIVES OF WHISTLE-BLOWERS BY DEFENDANTS WERE MEANT TO FRIGHTEN PLAINTIFF:**

Gary D. Conley, Seth Rich, Rajeev Motwani who Plaintiffs knew, and many other whistle-blowers in these matters, turned up dead under strange circumstances. Plaintiffs has received

59

ongoing death threats for his help to federal investigations in the larger organized crime

investigation relative to this matter. See the list of over 120 dead victims, lower down in this

document, 1/3 of whom worked with Plaintiffs and were threatened in advance of their

deaths.

**HARM #17: DEFENDANTS ENGAGED IN REVENUE BLOCKADES AND INTERNET INCOME RE-DIRECTION TO MINIMIZE PLAINTIFF RESOURCES SO HE COULD NOT FIGHT BACK:**

Paypal, and other on-line payments for on-line sales by Plaintiffs are de-platformed,

delayed, hidden, or re-directed in order to terminate income potential for target who

competed with the attackers interests and holdings. This further denied Plaintiffs income. As

a test, Plaintiffs built an online store with hundreds of thousands of products and marketed it

globally. Trackers, placed by Plaintiffs technicians, on servers, discovered that Paypal and

an outside "Virgina-based system" were DNS and payment re-directed all traffic away from

the store so that Plaintiffs received no traffic and no income. In DNS redirection, "website

spoofing" sends target Plaintiffs websites to dead ends where no sales orders or customer

inquiries actually get back to the target. These internet revenue activity manipulations are

conducted using outside covert servers operated by the attackers and revealed in the

Snowden Leaks. All commercial storefronts and on-line sales attempts by target Plaintiffs,

had their sites hidden, or search engine de-linked by a massively resourced facility located in

Virginia, Texas or Palo Alto, California in order to terminate revenue potentials for the

Plaintiffs.

**HARM #18: DEFENDANTS USED THE TROLL FARM DEPLOYMENTS AGAINST PLAINTIFF THAT THEY USE AGAINST PRESIDENTIAL OPPOSITION CANDIDATES:**

Contracted trolls, shills, botnets and synth-blog deployments are deployed to place

defamatory statements and disinformation about Plaintiffs in front of 7.5 billion people

around the world on the internet in order to seek to damage their federal testimony

credibility by a massively resourced facility. Some of these troll farms were uncovered in

Russia, Ukraine, Israel and Brazil. Renown author Farrow writes about this technique in his book: "*Catch And Kill*".  **FUSION GPS, BLACK CUBE and MEDIA MATTERS** Brand, Reputation and Credibiity "KILL" CONTRACTS were executed by Defendants targeting Plaintiff. Campaign finance dirty tricks contractors were hired by campaign financiers to attack the friends and family members of the target Plaintiffs in order to create low morale for the target Plaintiffs psyche and motivation. The Fusion GPS Scandal implicates Gawker and Gizmodo Media In Pay-To-Publish Scheme. A court filing from the U.S. district court for DC shows that Fusion GPS paid several journalist to run hit jobs on political adversaries and was paid by a media organization. All of those players were attackers hired to attack Plaintiff. FBI interviews can verify this.

**HARM #19: MANUAL SEARCH ENGINE LOCK-IN ATTACKS WERE CONTRACTED FROM GOOGLE AND YOUTUBE, BY DEFENDANTS, TO HARM PLAINTIFF:**

In one case covert political partner: Google, transferred large sums of cash to dirty tricks contractors and then manually locked the media portion of the attacks into the top lines of the top pages of all Google searches globally, for years, with hidden embedded codes in the links and web-pages which multiplied the attacks on Plaintiffs by many magnitudes.

**HARM #20: THE U.S. PATENT OFFICE MANIPULATION WAS USED TO BLOCKADE REVENUE FROM PLAINTIFF'S INVENTIONS:**

Facebook and Google executives sit on the boards and run The United States Patent Office. That fact alone says it all. For details see https://www.usinventor.org

- Covert Cartel financier: Google, placed Google's lawyer: Michelle Lee, in charge of the U.S. Patent Office and she, in turn, stacked all of the U.S. Patent Office IPR and ALICE review boards and offices with Google-supporting employees in order to rig the U.S. Patent Office to protect Google from being prosecuted for the vast patent thefts that Google engages in. Google has hundreds of patent lawsuits for technology theft and a number of those lawsuits refer to Google's operations as "Racketeering", "Monopolistic Cartel" and "Government Coup-like" behaviors. Thousands of articles and investigations detail the fact

that Google, "essentially" ran the Obama White House and provided over 80% of the key White House staff. A conflict-of-interest unlike any in American history. Google's investors personally told Plaintiffs they would "kill him". Google and the Obama Administration were "the same entity". Plaintiffs testified in the review that got Michelle Lee terminated and uncovered a tactical political and social warfare group inside Google who were financed by Federal and State funds. For additional proof, SEE THE VIDEO at:

The_Battle_to_Save_Inventing.m4v


Silicon Valley has taken over the U.S. Patent Office with lobbyists and influence payments. Per Randy Landreneau, the President the U.S. Inventor guild: " *Independence Day is that special time when we Americans remember and celebrate our country's freedom. While it may mean different things to many people, suffice to say, it is the reason we are Free, we have Liberty.* Founder, writer, statesman and inventor Benjamin Franklin wrote, "On Historical occasions, Questions of Right and Wrong, Justice and Injustice, will naturally arise." Here, on this honored day, we take a quick look at Invention and our Independence. Towards the beginning of the Declaration of Independence, whose principal author was our eventual third president, Thomas Jefferson, the very purpose of our Founders' quest was established. It is stated: "We hold these truths to be self-evident, that all men are created equal, that they are endowed by their Creator with certain unalienable Rights, that among these are Life, Liberty and the pursuit of Happiness." These were men and women of incredible vision, of intense courage, and they succeeded in accomplishing their seemingly insurmountable task, rising up and defeating perhaps the most powerful global Empire of the time, Great Britain. The United States of America eventually became the beacon of hope and individual freedom around the world. People from virtually every land came to this country to seek the American Dream, which ideals include individual and property rights, religious freedom, liberty, equality and the opportunity for upward mobility, achieved through dedication and hard work. One of the reasons America became the world leader in nearly all categories is due, in no small part, to how our Founders recognized and

encouraged invention and innovation. They understood what builders, creators and designers could mean to a small, fledgling country with such a noble purpose. After declaring our independence and fighting a long and bloody war to establish it, our Founders gathered once again in Philadelphia for the Constitutional Convention to form a government that would embody those ideals embodied in our Declaration of Independence. The Father of our Constitution and eventual fourth President, James Madison wrote, in Federalist 43 (January 23, 1788): "A power 'to promote the progress of science and useful arts, by securing, for a limited time, to authors and inventors, the exclusive right to their respective writings and discoveries.' "The utility of this power will scarcely be questioned. The copyright of authors has been solemnly adjudged, in Great Britain, to be a right of common law. The right to useful inventions seems with equal reason to belong to the inventors. The public good fully coincides in both cases with the claims of individuals. The States cannot separately make effectual provisions for either of the cases, and most of them have anticipated the decision of this point, by laws passed at the instance of Congress." Thus, within our U.S. Constitution is that short item, located in Article I Section 8 as Clause 8: "To promote the Progress of Science and useful Arts, by securing for limited Times to Authors and Inventors the exclusive Right to their respective Writings and Discoveries." That clause is, in reality, a significant and powerful part of the American Dream, allowing people from all walks of life who have a bright and useful idea to capitalize on their innovations and creations. For more than two centuries that which our Founders established for inventors and patent holders held true, for the most part. However, the biggest blow to true Independence for Inventors came with passage of the America Invents Act of 2011 (AIA). Due to ambiguous language and loopholes in that piece of legislation, multinational conglomerates and Big Tech have all but wiped out what our Founders had set up, which they hoped would endure - patent holder property rights. When any form of poor legislation is passed and enacted we are reminded of what Samuel Adams, Sons of Liberty founder and a leader of the Boston Tea Party, said; "The grand end of civil government, from the very nature of its institution, is for the support, protection, and defense of those very rights; the principal of which, as is before observed,

are Life, Liberty, and Property."

Indeed, Jefferson states it quite succinctly, "Our legislators are not sufficiently apprized of the rightful limits of their power; that their true office is to declare and enforce only our natural rights and duties, and to take none of them from us." Madison adds to that, "A Government is instituted to protect property of every sort...This being the end of government, that alone is a just government, which impartially secures to every man, whatever is his own." As we celebrate Independence Day, and all that our Founders provided for our great country, we at US Inventor are working to correct the wrongs and injustices that have befallen inventors, particularly since the AIA was enacted, by revitalizing the spirit of our Declaration of Independence ("...Life, Liberty and the pursuit of Happiness.") through restoration of patent rights and protection as guaranteed in Article I Section 8 Clause 8 of our United States Constitution ("securing, for a limited time, to ... inventors, the exclusive right to their respective ... discoveries."). We will not rest until the rights of inventors have been restored. We're gaining ground, but our enemies are powerful. We need your help in forwarding our cause and becoming involved when it matters. This isn't just for us, it's for our children, our grandchildren, and the future existence of the American Dream."

Silcon Valley oligarchs have spent billions of dollars to put their people inside the United States Patent Office and to manipulate patent rulings in order to harm WITNESS and his peers for the purposes of: 1.) cheating instead of competing by stealing technologies and not paying for them and, 2.) operating reprisal, vendetta, retaliation campaigns against competitors and political enemies. Plaintiff was awarded an exceptional number of issued patents on the energy technologies he had developed for the Dept of Energy. 3rd Party outside legal valuation experts appraised the value of these patents at over $200,000.000.00. By it's actions, The U.S. Government made Plaintiff's patents unusable for monetization by causing black-listing of those patents with NVCA investors and by using online trolls to make the marketing for those patents close off. Plaintiff demands that the U.S. Government now purchase ALL of Plaintiff's patents at fair market value to partially offset his loss.

**HARM #21: HONEY-TRAPS WERE PLACED ON SOCIAL MEDA SITES BY DEFENDANTS SPY OPERATIVES TO HARM PLAINTIFF:**

"Honeytraps" and moles were employed by the attackers. In this tactic, people who covertly worked for the attackers were employed to approach the "target" in order to spy on and misdirect the subject. Match.com and other dating sites are owned by famous politicians and election campaign financier involved with Jeffrey Epstein and those sites were used to source girls for Epstein and Honey-traps to lure political adversaries.

**HARM #22: A FAKE NEWS TABLOID EMPIRE WAS CREATED JUST FOR DEFAMATION ATTACKS, BY DEFENDANTS, AND USED TO HARM PLAINTIFF:**

Gawker Media, Gizmodo Media, Snopes, SPLC and other hired media assassins were retained to produce "hatchet job" character assassination articles about Plaintiffs. Then those articles were faxed, mailed and emailed to Kaiser Permanente and investors with a note saying: "You don't want to have anything to do with this person, do you..?" in order to get Plaintiffs fired from their job and get Plaintiffs loans or financing pulled. The attackers use their round one attack media, that they authored, to create a round two second wave attack designed to end Plaintiffs life status via economic warfare. All of the other attack victims received between $100,000.00 to $75,000,000.00 but Plaintiff received ZERO DOLLARS because the Judge was friends with the Defendants.

**HARM #23: HOUSING BLOCKADES WERE DEPLOYED BY DEFENDANTS TO HARM PLAINTIFF:**

Mortgage and rental applications had red flags added to them in databases to prevent the targets from getting homes or apartments. HUD applications were manipulated or stalled from 2007 to today, as reprisal.

**HARM #24: HACKING OF PLAINTIFFS DEVICES OCCURRED ON ORDERS OF DEFENDANTS:**

Krebs On Security, Wired, Ars Technica, The Wall Street Journal and most major IT

publications have reported that hundreds of spy "back-doors" have been found on every
Intel, AMD, Apple, Xfinity, Cisco, Microsoft, Juniper Networks motherboard, chip-set and
hardware component set. This means that the attackers used a "key" code can open any of
Plaintiffs computer, server, router, cloud-network or other network connected device and
read every file, photo, video, your calendar and email on devices at any time from any
location on Earth. This has been widely reported on by Glenn Greenwald, Edward Snowden,
Scahill, Cheryl K of CBS News and others. Plaintiffs was hacked at least 10 times. In a
number of instances, people, who Plaintiffs had been communicating with online, were
mysteriously contacted by a third party who sent them the Gizmodo attack article or phoned
them with warnings to avoid Plaintiffs. These kinds of Man-In-The-Middle interceptions
would only have been possible from hacking and MITM surveillance tactics.

## HARM #25: TECH INDUSTRY BLACK-LIST COORDINATION AGAINST PLAINTIFF HAD COMMAND-AND-CONTROL OUT OF DEFENDANTS OFFICES:

McCarthy-Era "Black-lists" were created and employed against target Plaintiffs who
competed with Obama Administration executives and their campaign financiers to prevent
them from getting funding and future employment. This White House process is known as
"RatFucking", a tactic that is documented in a variety of published reports and on
Wikipedia. Using Gust, Google Docs, Dropbox and secret meetings, a black-list has been
maintained to attack Plaintiffs for whistle-blowing. Plaintiff has named specific individuals
to this court and demanded that the Court request the FBI 302 reports on those individuals.
Additional, Plaintiff demands the FINCEN financial mapping records for those Defendant
parties. That data, cross referenced in the XKEYSCORE database, provides indisputable,
fully incriminating, follow-the-money evidence about every single party mentioned in this
complaint.

***HARM #26: HUD AND USDA MORTGAGE RIGHTS BLOCKADES TO HARM
PLAINTIFF HOUSING IN REPRISAL AS DIRECTED BY DEFENDANTS VIA THEIR
'DIRTY TRICKS' TEAM:***

The housing rights of Plaintiffs were stalled in reprisal. Public records show that tens of

thousands of other Plaintiffs were moved ahead of Plaintiffs even though Plaintiffs

validation metrics exceeded those of almost every other Plaintiffs. Plaintiffs was "black-

listed".

1.   Additional 'dirty tricks' efforts were used per:
     https://www.justice-integrity.org/634-intelligence-agencies-use-social-media-for-dirty-tricks-propaganda-new-report
2.   https://www.commondreams.org/news/2014/02/07/gchqs-dirty-tricks-revealed-false-flags-virus-attacks-and-honey-traps
3.   https://theintercept.com/2014/02/24/jtrig-manipulation/
4.   https://www.salon.com/2011/02/11/threats_against_glenn_greenwald_wikileaks/
5.   https://www.theguardian.com/commentisfree/2013/jun/24/surveillance-us-national-security
6.   https://www.straight.com/news/482846/government-trolls-use-psychology-based-influence-techniques-social-media
7.   http://federal-report.com/public/The_Political_Reprisal_Vendetta_Playbook.pdf
8.   https://thedailybanter.com/2014/02/05/greenwalds-latest-snowden-revelation-the-british-gchq-is-waging-war-on-hackers/
9.   ***https://www.cia.gov/library/readingroom/docs/CIA-RDP89-01258R000100010002-4.pdf***
10.  ...and thousands of additional reports proving the attacker assertions.

Plaintiff is aware of the FBI procedure of the filing of FBI '302' Reports on subjects.

Plaintiff has, on multiple occasions, via the DC and SFO FBI offices, requested that the FBI

interview, observe and track the attackers and confirm the command and control communications

authority authorizing, managing and financing their attacks and the paths of compensation of those

attacks. The FBI has had the full capacity and resources to easily confirm who ordered and operated

the attacks on Plaintiff via an interview and investigation of the Defendants hired attackers,

specifically ***Nicholas Guido Denton, John Herrman, Gabrial Darbyshire, Patrick George, Jay***

***Carney, Robert Gibbs, Adrian Covert, Eric Schmidt, Larry Page, Perkins Coie, John Cook, Elon***

*Musk*, **The Secretary of Energy Jennifer Granholm,** et. al; and those other parties listed within the main complaint..

> The FBI '302' reports on those attackers is hereby requested, and a request for the Court to demand those reports is hereby requested for review by all parties concerned.
>
> **(G) Court ordered back payments from SSA from 2007 to today because public officials ordered blockade of Plaintiff's SSDI payments as political reprisal for whistle-blowing in 2007 as proven by Inspector General and attached Exhibits:**

Plaintiff hereby places a plea before the Court for the Court to order the Social Security Administration to pay Plaintiff back payments from SSA for SSDI from 2007 to today because, as proven in the Master Complaint, public officials, including White House staff and California Senators with intelligence agency access to government 'dirty tricks' teams, ordered the blockade of Plaintiff's SSDI payments as political reprisal for whistle-blowing in 2007 as proven by Inspector General and attached Exhibits in the Master Complaint. Some SSA officials now work for the charged Defendants. This illicit federal reprisal circumvention of Plaintiff's income cost him his house and all many of the damages listed, in detail, in the Master Complaint. It has been proven, in the evidence, that Senator's Pelosi, Harris, Reid, Feinstein, and other senior public officials regularly order hacking, data manipulation and de-funding of political whistle-blowers. Dianne Feinstein's staffer: Daniel Jones, is world known as the 'CIA Master of Dirty Tricks'. In fact, Plaintiff and his peers, previously won federal lawsuits, as detailed in the Master Complaint, proving that, "government agencies infected by corruption use their resources to put reprisal hit-jobs on citizens". Any Senate aide can hack or manipulate SSA, DOE, HUD and other agency decision files within minutes and order ANY citizen to have their funds cut-off with a single phone call. That happened in this case, as Plaintiff, and federal evidence has sworn, certified and verified as to the veracity of such dirty tricks operations within the Government. Senator's staff and family cohabited with Plaintiff and revealed such tactics.

68

# CLAIMS AND LIST OF CAUSES OF ACTION

## ALLEGATIONS COMMON TO ALL CAUSES OF ACTION

10. Plaintiff is a law-abiding U.S Citizen of the United State of America.

11.  Plaintiff has worked as a Business Consultant for over 10 years.

12. Plaintiff's experience and expertise have allowed him to work for a variety of clients, including the U.S. federal government, the California State government, the New York State government, and several Fortune 100 corporations.

   13.      Defendant, the U. S. Government, and DOES 1-20, who are big tech oligarchs that are their political financier/beneficiaries, formed an organized crime, quid-pro quo, insider trading RICO violating, anti-trust law violating crminal "enterprise". The Defendants are all entities that do business in, amd engage in corruption in,  the state of California.

   14. The Plaintiff has suffered emotional and financial distress including, but not limited to, emotional pain, suffering, mental anguish, humiliation, and hopelessness from the coordinated attacks and income blockades produced by the Defendants in reprisal for whistle-blowing, assisting law enforcement and placing superior products in the marketplace. ***Defendants are an illicit organized crime, felony-grade, covert market manipulation entity whose participants and 'made members' are named, individually, in the attached exhibits.***

15. The Plaintiff seeks fair and equal justice in the Court of law and from Jury members considering the facts stated in this complaint and on the facts which will be discovered during the due process of civil discovery and the trial process.

## CAUSE OF ACTION FOR
## INTENTIONAL FRAUD

16.      Plaintiff repeats the allegations contained in Paragraphs 1 through 13 this compliant, by incorporation of and reference to said allegations, as if they were set forth in full herein.

17.  Defendant committed Intentional Fraud under the laws of the state of California and the United States against Plaintiff by their actions as detailed in this full document including it's attached EXHIBITS.

    A.  There was a misrepresentation which was false, concealment, or nondisclosure:

    B.  There was knowledge of the falsity.

    C.  There was an intent to defraud.

    D.  There is justifiable reliance.

    E.  Damages

18. Defendant has harmed plaintiff because there was a false misrepresentation which was false, and they concealed and failed to disclose the true facts.

19. Defendant had knowledge of the falsity.

20. There was an intent by Defendant to defraud Plaintiff.

21. Plaintiff was justified in relying upon the information of Defendant.

22. Plaintiff is entitled to damages.


### CAUSE OF ACTION FOR
### CONCEALMENT FRAUD

23.      Plaintiff repeats the allegations contained in Paragraphs 1 through 20 this compliant, by incorporation of and reference to said allegations, as if they were set forth in full herein.

24.  Defendant has committed Concealment Fraud under the laws of the state of California and the United States against Plaintiff as detailed in this full document including it's attached EXHIBITS.

    A.  The Defendant has concealed or suppressed a material fact.

    B.  The Defendant was under a duty to disclose the fact to Plaintiff.

C.  Defendant intentionally concealed and suppressed the fact with the intent to defraud Plaintiff.

D.  The Plaintiff was unaware of the fact and would not have functioned as he did if he had known of the concealed or suppressed fact.

25. As a result of Defendant's action by the concealment or suppression, Plaintiff is entitled to damages.

26. As a proximate result of Defendant's action toward Plaintiff, Plaintiff has suffered and will continue to suffer, damages, and other pecuniary losses. Moreover, the foregoing acts of Defendant were knowingly conducted with conscious disregard for Plaintiff's rights, subjecting Plaintiff to cruel and unjust hardship.

27. Defendant's actions were egregious and continued with willful and conscious disregard of Plaintiffs' rights.

28. In accord, Plaintiff is entitled to exemplary and punitive damages from the Defendants and for which Defendants are additionally liable in their capacity either as employees, partners, joint venturers, agents, alter egos, and/or successors of Defendant

**CAUSE OF ACTION FOR
NEGLIGENT MISREPRESENTATION**

29. Plaintiff repeats the allegations contained in Paragraphs 1 through 27 of this Original Complaint about Damages, by incorporation of and reference to said allegations, as if they were set forth in full herein.

30. Defendant actions against Plaintiff are considered Negligent Misrepresentation under the laws of the state of California and the United States against Plaintiff as detailed in this full document including it's attached EXHIBITS.

71

A.  There was a misrepresentation of a past or existing material fact,

B.  It was without reasonable grounds for believing it to be true,

C.  It was with intent to induce another's reliance on the fact misrepresented,

D.  The ignorance of the truth and justifiable reliance thereon by the party to whom the the misrepresentation was directed. (*Fox v. Pollack* (1986) 181 Cal.App.3d 954, 962)

31. Plaintiff is entitled to damages.

32. As a proximate result of Defendant 's action Plaintiff has suffered and will continue to suffer, damages and other pecuniary loss. Plaintiff 's damages will be ascertained at trial according to proof.

33. In accord, Plaintiff is entitled to exemplary and punitive damages for which Defendant and for which defendants are additionally liable in their capacity either as employees, partners, joint venturers, agents, alter egos, and/or successors of Defendant,

**CAUSE OF ACTION FOR**

**INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS**

34. Plaintiff repeats the allegation contained in Paragraphs 1 through 32 of this Civil Complaint for Damages, by incorporation of and reference to said allegations, as if they were set forth under the laws of the state of California and the United States against Plaintiff as detailed in this full document including it's attached EXHIBITS.

35. Defendants' intentional and malicious actions against Plaintiff constituted severe and outrageous misconduct and caused Plaintiff extreme emotional distress.

36. Defendant was aware that treating Plaintiff in the manner alleged above, including depriving plaintiff of his livelihood, would devastate plaintiff and cause him extreme hardship

37. As a proximate result of Defendants' extreme and outrageous conduct, Plaintiff has

suffered and continues to suffer severe emotional distress. Plaintiff has sustained and continues to sustain substantial losses of earnings and other employment benefits because of being emotionally distressed.

38. As a proximate result of Defendants' extreme and outrageous conduct, Plaintiff has suffered and continues to suffer humiliation, emotional distress, and mental and physical pain and anguish, all to his damage in a sum according to proof.

39. Defendants' misconduct was committed intentionally, in a malicious, oppressive, fraudulent manner, entitling the plaintiff to punitive damages.

## CAUSE OF ACTION FOR

## Conduct, Conspiracy And Participation In An Organized RICO Tech Cartel '*Enterprise*' Through A Pattern of Racketeering Activity: 18 U.S.C. §§ 1961(5), 1962(c),  18 U.S.C. §§ 1961(5), 1962(d) 773.

40.    Plaintiff repeats the allegations contained in Paragraphs 1 through 20 this compliant, by incorporation of and reference to said allegations, as if they were set forth in full herein. under the laws of the state of California and the United States against Plaintiff as detailed in this full document including it's attached EXHIBITS.

## CAUSE OF ACTION FOR
## Breach Of Contract

41.    Plaintiff repeats the allegations contained in Paragraphs 1 through 20 this compliant, by incorporation of and reference to said allegations, as if they were set forth in full herein. under the laws of the state of California and the United States against Plaintiff as detailed in this full document including it's attached EXHIBITS.

## CAUSE OF ACTION FOR

### Abuse Of Process

42.     Plaintiff repeats the allegations contained in Paragraphs 1 through 20 this compliant, by
        incorporation of and reference to said allegations, as if they were set forth in full herein
under the laws of the state of California and the United States against Plaintiff as detailed in
this full document including it's attached EXHIBITS.

## CAUSE OF ACTION FOR

### FTCA Violations

43.     Plaintiff repeats the allegations contained in Paragraphs 1 through 20 this compliant, by
        incorporation of and reference to said allegations, as if they were set forth in full herein
under the laws of the state of California and the United States against Plaintiff as detailed in
this full document including it's attached EXHIBITS.

## CAUSE OF ACTION FOR

### Breach Of Contract

44.     Plaintiff repeats the allegations contained in Paragraphs 1 through 20 this compliant, by
        incorporation of and reference to said allegations, as if they were set forth in full herein
under the laws of the state of California and the United States against Plaintiff as detailed in
this full document including it's attached EXHIBITS.

## CAUSE OF ACTION FOR

### Defamation

45.     Plaintiff repeats the allegations contained in Paragraphs 1 through 20 this compliant, by incorporation of and reference to said allegations, as if they were set forth in full herein under the laws of the state of California and the United States against Plaintiff as detailed in this full document including it's attached EXHIBITS.


## CAUSE OF ACTION FOR

### Fraudulent Misrepresentation

46.     Plaintiff repeats the allegations contained in Paragraphs 1 through 20 this compliant, by incorporation of and reference to said allegations, as if they were set forth in full herein under the laws of the state of California and the United States against Plaintiff as detailed in this full document including it's attached EXHIBITS.


## CAUSE OF ACTION FOR

### Fraudulent Concealment

47.     Plaintiff repeats the allegations contained in Paragraphs 1 through 20 this compliant, by incorporation of and reference to said allegations, as if they were set forth in full herein under the laws of the state of California and the United States against Plaintiff as detailed in this full document including it's attached EXHIBITS.


## CAUSE OF ACTION FOR

### Injurious Falsehood

48.     Plaintiff repeats the allegations contained in Paragraphs 1 through 20 this compliant, by

incorporation of and reference to said allegations, as if they were set forth in full herein under the laws of the state of California and the United States against Plaintiff as detailed in this full document including it's attached EXHIBITS.


## CAUSE OF ACTION FOR

### Product Disparagement And Trade Libel

49.     Plaintiff repeats the allegations contained in Paragraphs 1 through 20 this compliant, by incorporation of and reference to said allegations, as if they were set forth in full herein under the laws of the state of California and the United States against Plaintiff as detailed in this full document including it's attached EXHIBITS.


## CAUSE OF ACTION FOR

### Civil Rights Violations And Violations Of The U.S. Constitution

50.     Plaintiff repeats the allegations contained in Paragraphs 1 through 20 this compliant, by incorporation of and reference to said allegations, as if they were set forth in full herein under the laws of the state of California and the United States against Plaintiff as detailed in this full document including it's attached EXHIBITS.


## CAUSE OF ACTION FOR

### Misappropriation Of Trade Secrets

51.     Plaintiff repeats the allegations contained in Paragraphs 1 through 20 this compliant, by incorporation of and reference to said allegations, as if they were set forth in full herein under the laws of the state of California and the United States against Plaintiff by the following actions:.

1
2
3
4
5
6
7
8
9
10
11

Sandia National Labs, A U.S. Government facility, showed Plaintiff a secret display inside of Sandia National labs that duplicated Plaintiff's federal government patent issued energy technology. The copy cat device had been built by General Motors, who had gotten the Technology from Plaintiff's application data to the U.S. Department of Energy. On another occasion, Ford Motor Company's director of Technology contact Plaintiff to say that she was leaving Ford and wanted to "help" Plaintiff with his Energy Dept and DOT funding applications. Afterwards, her Linkedin in profile and co-workers revealed that she had been working for Ford Motor Company the whole time as a government advisor. The CIA's In-Q-Tel asked Plaintiff to "help" them and then copied his technology, gave it to their Commotion group and hacked Plaintiff's servers to shut off his version and expand theirs.



12
13
14
15
16
17
18
19
20
21
22
23
24

as detailed in this full document including it's attached EXHIBITS.

25
26
27
28

## CAUSE OF ACTION FOR

**Tortious Interference Including A.) Tortious Interference With An Existing Contract, B.) Tortious Interference With Prospective, C.) Tortious Interference With Business Relations Contractual Relations**

52.     Plaintiff repeats the allegations contained in Paragraphs 1 through 20 this compliant, by incorporation of and reference to said allegations, as if they were set forth in full herein under the laws of the state of California and the United States against Plaintiff as detailed in this full document including it's attached EXHIBITS.

## CAUSE OF ACTION FOR

**Patent Infringement**

53.     Plaintiff repeats the allegations contained in Paragraphs 1 through 20 this compliant, by incorporation of and reference to said allegations, as if they were set forth in full herein under the laws of the state of California and the United States against Plaintiff as detailed in this full document including it's attached EXHIBITS.

## CAUSE OF ACTION FOR

**Personal Injury**

54.     Plaintiff repeats the allegations contained in Paragraphs 1 through 20 this compliant, by incorporation of and reference to said allegations, as if they were set forth in full herein under the laws of the state of California and the United States against Plaintiff as detailed in this full document including it's attached EXHIBITS.

## CAUSE OF ACTION FOR

### Unjust Enrichment

55.     Plaintiff repeats the allegations contained in Paragraphs 1 through 20, and all other, above, relevant allegations this compliant, by incorporation of and reference to said allegations, as if they were set forth in full herein under the laws of the state of California and the United States against Plaintiff as detailed in this full document including it's attached EXHIBITS.

56.

## CAUSE OF ACTION FOR

### Conspiracy To Monopolize

57.     Plaintiff repeats the allegations contained in Paragraphs 1 through 20, and all other, above, relevant allegations this compliant, by incorporation of and reference to said allegations, as if they were set forth in full herein under the laws of the state of California and the United States against Plaintiff as detailed in this full document including it's attached EXHIBITS.

## CAUSE OF ACTION FOR

### Anti-Trust Law Violations

58.     Plaintiff repeats the allegations contained in Paragraphs 1 through 20, and all other, above, relevant allegations this compliant, by incorporation of and reference to said allegations, as if they were set forth in full herein under the laws of the state of California and the United States against Plaintiff as detailed in this full document including it's attached EXHIBITS.

## CAUSE OF ACTION FOR

### Labor Law Violations And Other Causes

59.     Plaintiff repeats the allegations contained in Paragraphs 1 through 20, and all other, above, relevant allegations this compliant, by incorporation of and reference to said allegations, as if they were set forth in full herein under the laws of the state of California and the United States against Plaintiff as detailed in this full document including it's attached EXHIBITS.

### CAUSE OF ACTION FOR

### Failure To Timely Pay Witness Fees, Informant Fees and Whistle-Blower Awards

60.     Plaintiff repeats the allegations contained in Paragraphs 1 through 20, and all other, above, relevant allegations this compliant, by incorporation of and reference to said allegations, as if they were set forth in full herein under the laws of the state of California and the United States against Plaintiff as detailed in this full document including it's attached EXHIBITS.

### DEMANDS AND PRAYER FOR RELIEF
### (As to All Causes of Action)

**DEMAND A.** For general damages, including emotional distress damages, according to the proof of each cause of action for which such damages are available.

**DEMAND B.**  For a Court order to the Social Security Administration ordering SSA to pay Plaintiff SSDI payments, plus interest, from Jan. 1, 2007 to today as they were with-held or blockaded in reprisal for Plaintiff's assistance to the authorities. The SSA's Mario U. , a hostile

witness, and other officials have acknowledge and confirmed these attacks. The referenced reports by the Inspector General have confirmed that such abuses of the SSA being "*weaponized for political reprisals*" are now commonplace.

**DEMAND C.** For special damages, according to proof on each cause of action for which such damages are available.

**DEMAND D**. For punitive damages, according to proof on each cause of action for which such damages are available.

**DEMAND E**. For income losses from 2007 to today based on the profits from Cartel members Netflix, Google/Alphabet, Linkedin, Instagram, Tesla as averaged by their combined annual profits which were derived from Applicants patents, companies, trade secrets, business intelligence and work using well-known and standard court metrics for business income loss based on RICO interference and attacks by Defendants.

**DEMAND F**. For prejudgment interest and post-judgment interest according to the law.

**DEMAND G**. For the cost of suit incurred in this action, including attorney's fees (for such time as plaintiff is no longer blockaded from having counsel and retains an attorney to assist in this case rather than representing himself *pro per*).

**DEMAND H.** For such other and further relief that the Court deems proper and just.

**DEMAND I.** For a Court order to Google and YouTube to delete all of their server held digital attack materials on Plaintiff produced and directed by Defendants.

**DEMAND J.** Compensation for each of Plaintiff's patents, Per Patent Cafe, and other third party patent valuation services, and the loss of all revenue from monetization of those patents by Defendants. All of the patents having been RICO, Anti-Trust and interference blockaded and interfered with by Defendants and their control of the NVCA and Defendants executive positions within the United States Patent office and such other interferences as described at http://www.usinventor.org. The Court can easily look at the Patents the U.S. Government has awarded Plaintiff as the seminal first inventor of common technologies exploited by Defendants for billions of dollars of annual revenue, at http://www.uspto.gov. The Court can then allocate a portion of revenues from Defendants operational years from 1978 to today, to Plaintiff, due to Defendant's RICO and Anti-trust violating attacks on Plaintiff because he refused to join their mob empire. In any case, the Court must order Defendants to pay for Plaintiff's un-sold and/or un-monetized issued and pending patents which were blockaded, black-listed and anti-trust interfered with by Defendants. Payments to Plaintiff to be, at least, at fair market rates per comparable transactions over the last ten years.

**DEMAND K.** For witness fees, informant fees, whistle-blower fees for investigative case support to the U.S. Government. For example, the FBI and SEC have been billed $5,000,000.00 for these amounts and the case evidence files show that Plaintiff was FIRST to provide said evidence to U.S. agencies.

**DEMAND L.** For back-pay owed Plaintiff, in particular for W2 payments owed Plaintiff by companies that were attacked and put out of business, by Defendants, before they could complete all of the payments to Plaintiff.

**DEMAND M.** For a Court order to Gawker/Gizmodo Media to delete all of their server held attack materials on Plaintiff which they partnered with Google/Youtube to produce and manually place at the top of their search results for years at the behest, command and control of Defendants.

**DEMAND N**. For a Court Order to HUD and all Bay Area Counties to, today, issue Plaintiff's HUD Home Ownership certificate that Plaintiff has waited for since 2007, but that has been withheld in reprisal or blockaded in reprisal for Plaintiff's assistance to the authorities. The Court will note, that during the period from 2007, to today, over 30,000 other Applicant's, the majority of whom were less-qualified per the HUD metrics and federal laws, for the certificate, which they all received with little effort. Defendants took Plaintiff's 2 bedroom home from him in Noe Valley, San Francisco, by blockading all his SSA funds and then blockaded him from getting a home by blockading all of his HUD funds.

**DEMAND O**. A declaration pursuant to 28 U.S.C. §§ 2201 and 2202 and 5 U.S.C. § 706(2)(B) that the denial of 'PLAINTIFF'S funding and benefits applications was unlawful, and compensatory and injunctive relief directing GOVT to approve same.

**EXHIBITS** affirming each and every assertion, numbered (1) (one) through (250) (two hundred fifty) have have previously submitted to the Court and will be submitted again upon request.

### <u>JURY TRIAL DEMAND</u>

PLAINTIFF, SCOTT DOE, demands trial of this matter by jury. The amount demanded exceeds $25,000.00 (Government Code § 72055). Damages claim dollar amount of $300,000,000.00 is equal to only three hours of income for Defendants and their financiers per IRS, SEC and FINCEN records.

DATED this day of the filing of 2022

Respectfully submitted,

(SIGNED ELECTRONICALLY)
**Name: SD Redmond**
**Address: 210 S. Ellsworth Ave, #1275**
**San Mateo, CA 94401**
**Phone Number: 510-868-2862**
**E-mail Address: justice@majestic111.com**
*Pro Se – A federal witness*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# Table of Contents

CASE STATUS UPDATE..............................................................................................1
TALKING TO COURT STAFF....................................................................................2
SIZE REDUCTION.........................................................................................................3
COURT DOCUMENT STRUCTURE........................................................................3
    JURISDICTION AND VENUE..............................................................................4
    PARTIES.....................................................................................................................5
        STATEMENT OF FACTS..................................................................................6
    THE UNITED STATES OF AMERICA OWES PLAINTIFF MONEY FOR SAVING THE
UNITED STATES OF AMERICA MONEY.............................................................14
    LIST OF HARMS TO PLAINTIFF BY DEFENDANTS..................................23
        HARM #1: MANIPULATION AND BLOCKADE OF PLAINTIFFS EARNED
        GOVERNMENT FUNDS.....................................................................................23
        HARM #2: THREATS OF DEATH AND ACTUAL MURDERS OF PEERS................25
        HARM #3: THE GOVERNMENT DEFRAUDED PLAINTIFF OVER AND OVER:......27
        HARM #4: THE PLACING OF MOLES AND SPYING ON PLAINTIFF:......................28
        HARM #5: BLOCKADES OF PLAINTIFF ACCESS TO LEGAL COUNSEL:...............28
        HARM #6: HIRED CHARACTER ASSASSINATION AND DEFAMATION SERVICES
        THAT DEFENDANTS USED TO DESTROY PLAINTIFF'S LIFE................................29
        HARM #7: DEFENDANTS USED FACTORY-PROCESSED SOCIAL MEDIA
        ATTACKS AGAINST PLAINTIFF:......................................................................49
        HARM #8: GOVERNMENT OFFICIALS CAUSED SSA AND HUD BENEFITS
        BLOCKADES AND MANIPULATIONS AS REPRISAL AGAINST PLAINTIFF:........50
        HARM #9: DEFENDANTS USED BLACKLISTING AGAINST PLAINTIFF:...............57
        HARM #10: DEFENDANTS ORDERED FOIA OBFUSCATION OF PLAINTIFF'S
        FOIA AND STILL HAVE NOT RESPONDED TO MANY FOR YEARS BECAUSE
        THEY SHAME DEFENDANTS:..........................................................................57
        HARM #11: DEFENDANTS ENGAGED IN ARBITRARY DEADLINE
        MANIPULATION:................................................................................................58
        HARM #12: POLITICAL POISONING & TOXIC EXPOSURE BY DEFENDANTS
        HARMED PLAINTIFF:........................................................................................58
        HARM #13: WORKPLACE SABOTAGE AND OBSTRUCTION OF PLAINTIFFS
        RIGHT TO WORK:..............................................................................................58
        HARM #14: MEDIA ASSASSINATION PROGRAMS WERE CONTRACTED BY
        DEFENDANTS TO HARM PLAINTIFF:..............................................................59
        HARM #15: COMMERCIAL EMPLOYMENT DATABASE POISONING AND RED-
        FLAGGING OF PLAINTIFFS HR DATABASE REFERENCES WERE CREATED TO
        HARM PLAINTIFF'S INCOME POTENTIAL:....................................................59
        HARM #16: ATTEMPTS ON THE LIVES OF WHISTLE-BLOWERS BY
        DEFENDANTS WERE MEANT TO FRIGHTEN PLAINTIFF:..............................59
        HARM #17: DEFENDANTS ENGAGED IN REVENUE BLOCKADES AND
        INTERNET INCOME RE-DIRECTION TO MINIMIZE PLAINTIFF RESOURCES SO
        HE COULD NOT FIGHT BACK:.........................................................................60
        HARM #18: DEFENDANTS USED THE TROLL FARM DEPLOYMENTS AGAINST
        PLAINTIFF THAT THEY USE AGAINST PRESIDENTIAL OPPOSITION
        CANDIDATES:....................................................................................................60
        HARM #19: MANUAL SEARCH ENGINE LOCK-IN ATTACKS WERE
        CONTRACTED FROM GOOGLE AND YOUTUBE, BY DEFENDANTS, TO HARM
        PLAINTIFF:.........................................................................................................61
        HARM #20: THE U.S. PATENT OFFICE MANIPULATION WAS USED TO
        BLOCKADE REVENUE FROM PLAINTIFF'S INVENTIONS:...............................61

HARM #21: HONEY-TRAPS WERE PLACED ON SOCIAL MEDA SITES BY DEFENDANTS SPY OPERATIVES TO HARM PLAINTIFF:........................................65
HARM #22: A FAKE NEWS TABLOID EMPIRE WAS CREATED JUST FOR DEFAMATION ATTACKS, BY DEFENDANTS, AND USED TO HARM PLAINTIFF:
...............................................................................................................................65
HARM #23: HOUSING BLOCKADES WERE DEPLOYED BY DEFENDANTS TO HARM PLAINTIFF:..........................................................................................65
HARM #24: HACKING OF PLAINTIFFS DEVICES OCCURRED ON ORDERS OF DEFENDANTS:...............................................................................................65
HARM #25: TECH INDUSTRY BLACK-LIST COORDINATION AGAINST PLAINTIFF HAD COMMAND-AND-CONTROL OUT OF DEFENDANTS OFFICES:
...............................................................................................................................66
HARM #26: HUD AND USDA MORTGAGE RIGHTS BLOCKADES TO HARM PLAINTIFF HOUSING IN REPRISAL AS DIRECTED BY DEFENDANTS VIA THEIR 'DIRTY TRICKS' TEAM:........................................................................67
CLAIMS AND LIST OF CAUSES OF ACTION.................................................69
DEMANDS AND PRAYER FOR RELIEF..........................................................80

EXHIBITS AND PROOFS ARE PROVIDED AS SEPARATE NUMBERED DOCUMENTS

(PAGES PAST THIS SENTENCE ARE INTENTIONALLY BLANK)