Name: SD Redmond
Address: 210 S. Ellsworth Ave, #1275
San Mateo, CA 94401
Phone Number: 510-868-2862
E-mail Address: justice@majestic111.com

EVIDENCE/EXHIBIT COPIES AT:
https://www.majestic111.com
http://www.the-truth-about-the-dept-of-energy.com
https://san-francisco-news.com
PLAINTIFF, A Pro Se, disabled, non-lawyer, federal witness who has requested Court appointed counsel

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

(UNLIMITED CIVIL JURISDICTION)

| | |
|---|---|
| SD REDMOND, a Pro Se non-lawyer federal whistle-blower/witness<br><br>PLAINTIFF,<br><br>v.<br><br>UNITED STATES OF AMERICA<br><br>DEFENDANTS. | CASE NO.: 22-cv-1107-TSH<br><br>CASE STATUS UPDATE<br><br>INTENTIONAL FRAUD; CONCEALMENT FRAUD; NEGLIGENT MISREPRESENTATION; INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS; RICO RACKETEERING; ANTI-TRUST/MONOPOLY;  COURT ORDER DEMANDED FOR FULL SSDI BACK PAYMENTS; AND SUCH OTHER CLAIMS LISTED HEREIN UNDER "CLAIMS" SECTION |

Filed: May 13, 2022

**DEMAND FOR JURY TRIAL**

**ADDITIONAL EXHIBITS TO BE FILED ELECTRONICALLY AND NOW AVAILABLE, ON THE WEB, TO THE PUBLIC, GLOBALLY, AT LINKS ABOVE AND MIRROR SITES**

## CASE STATUS UPDATE

**Final Amended Complaint Status**

Plaintiff **HAS NOT** submitted the final version of the Courts requested Amended Complaint. Due to death threats and previous attacks, Plaintiff was advised to submit in-progress drafts of data in case Plaintiff died, or was incapacitated, so that family members, news outlets and law enforcement could continue to follow-up on the matter via on-the-record documents.

To be clear, the FINAL AMENDED COMPLAINT has not been submitted. Plaintiff believes that his final version will be of the proper length and structure as requested by the Court.

Plaintiff has uploaded the majority of the case evidence onto global public repositories so that the evidence matter cannot be evacuated by harmful agents of the Defendants and so that the key evidence is visible to every citizen.

**Case Overview**

**WHAT WE WILL PROVE BEFORE THE JURY:**

At a high level: Trillions of dollars of stock trades and direct payola bribes were exchanged using the White House as a broker and government agencies as a stock market manipulation platform. Politicians turned the government into a cheap garage sale of cronyism! This kind of crime illicitly and illegally manipulates the power over who runs the United States Government and who profits from government decisions which are a matter of many trillions of dollars. The act and veracity of this crime enterprise will be proven to the Jury.

Based on that assertion it will then be proven that:

1.) Plaintiff exposed and reported the crime to proper authorities through proper channels.

2.) Some of those authorities used government resources to operate reprisal attacks against Plaintiff, using government resources to operate the attacks, as revenge for reporting the crimes.

3.) The state-sponsored attacks were supported by the political campaign financiers of the government authorities in order to protect their payola conduits and stock market manipulations.

4.) Over 40 harms, each to be detailed and examined in Court, were documented against Plaintiff by the actions of corrupt government authorities.

5.) In a vast number of previous lawsuits, including one won by Plaintiff and his peers, it was proven that government offices infected with corruption regularly attack and harm citizens in reprisal.

6.) The government, having been caught in these illicit actions, must now pay Plaintiff for his losses, damages, harms, back-pay fees and other compensation.

DATED this day of the filing of 2022

Respectfully submitted,

(SIGNED ELECTRONICALLY)
**Name: SD Redmond**
**Address: 210 S. Ellsworth Ave, #1275**
**San Mateo, CA 94401**
**Phone Number: 510-868-2862**
**E-mail Address: justice@majestic111.com**
*Pro Se – A federal witness*

EXHIBITS AND PROOFS ARE PROVIDED AS SEPARATE NUMBERED DOCUMENTS

(PAGES PAST THIS SENTENCE ARE INTENTIONALLY BLANK)

Pg   4 of 4,  CASE STATUS UPDATE- 5.13.22 – NorCal 9th District - CASE NO.: 22-cv-1107-TSH

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28