Name: SD Redmond
Address: 210 S. Ellsworth Ave, #1275
San Mateo, CA 94401
Phone Number: 510-868-2862
E-mail Address: justice@majestic111.com

EVIDENCE/EXHIBIT COPIES AT:
https://www.majestic111.com
http://www.the-truth-about-the-dept-of-energy.com
https://san-francisco-news.com
PLAINTIFF, A Pro Se, disabled, non-lawyer, federal witness who has requested Court appointed counsel

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

(UNLIMITED CIVIL JURISDICTION)

| | |
|---|---|
| SD REDMOND, a Pro Se non-lawyer federal whistle-blower/witness<br><br>PLAINTIFF,<br><br>v.<br><br>UNITED STATES OF AMERICA<br><br>DEFENDANTS. | CASE NO.: 22-cv-1107-TSH<br><br>LIST OF ATTACKERS EXHIBIT<br><br>INTENTIONAL FRAUD; CONCEALMENT FRAUD; NEGLIGENT MISREPRESENTATION; INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS; RICO RACKETEERING; ANTI-TRUST/MONOPOLY;  COURT ORDER DEMANDED FOR FULL SSDI BACK PAYMENTS; AND SUCH OTHER CLAIMS LISTED HEREIN UNDER "CLAIMS" SECTION |

Filed: May 16, 2022

**DEMAND FOR JURY TRIAL**

**ADDITIONAL EXHIBITS TO BE FILED ELECTRONICALLY AND NOW AVAILABLE, ON THE WEB, TO THE PUBLIC, GLOBALLY, AT LINKS ABOVE AND MIRROR SITES**

## LIST OF ATTACKERS EXHIBIT

Law enforcement agencies, intelligence agencies and private investigators have identified

1

these attackers complicit in this matter.

A lifetime analysis of the published work, payments and who paid them, often via covert payment routes, conducted at an FBI-level of research, reveals some pretty interesting illicit and overt connections between all of them.

These are the people that the tech oligarchs, The White House and U.S. Senators hire to end your life if you report their crimes. It should be against the law for these cyber assassination kill services to even exist, but Congress won't outlaw them because Senators use them every day. If they can do the things they do, to you, then it must be legal to do the same things back to them. While they spend millions of dollars and get paid millions of dollars to destroy you, the average person only has a fraction of that money, if any at all, to fight back with. Since they are hired to destroy you, you have every right to destroy them...as long as you do it legally and in the most creative and insidious ways possible. In payback for accepting compensation for trying to destroy you and your family, they must be hunted and tracked for the rest of their lives! Criminal referrals and RICO charges appear to have been filed against every party on this list:

- **A.J. Delaurio** – Defamation-for-sale blogger
- **Acronym**
- **Adam Dachis** – Defamation-for-sale blogger
- **Adam Weinstein** – Defamation-for-sale blogger
- **Adrian Covert** – Defamation-for-sale blogger
- **Adrien Chen** – Defamation-for-sale blogger
- **Al Mottur and Manuel Ortiz, Brownstein Hyatt Farber Schreck**
- **Alan Henry** – Defamation-for-sale blogger
- **Albert Burneko** – Defamation-for-sale blogger
- **Alex Balk** – Defamation-for-sale blogger
- **Alexander Pareene** – Defamation-for-sale blogger

- **Alexandra Philippides** – Defamation-for-sale blogger
- **Allison Spinner**
- **Allison Wentz** – Defamation-for-sale blogger
- **Alphabet** - Privacy abuser, spy-on-the-public, Fake News election rigger
- **American Independent Foundation** - Attack service
- **American Ledger** - Attack service
- **AmpliFire News** - News attack media network
- **American Bridge** - Spy service and attack service processor
- **American Bridge 21st Century Foundation Group** - Experts at separating rich people from their cash to fund attacks
- **Andrew Collins** – Defamation-for-sale blogger
- **Andrew Magary** – Defamation-for-sale blogger
- **Andrew McCormack**
- **Andrew Orin** – Defamation-for-sale blogger
- **Andy Barbour, Smith-Free Group**
- **Andy Bechtolsheim** – VC- Insider campaign backer
- **Aneesh Chopra**
- **Angelica Alzona** – Defamation-for-sale blogger
- **Anna Merlan** – Defamation-for-sale blogger
- **Ariana Cohen** – Defamation-for-sale blogger
- **Arnold Schwarzenegger** – Outrage media operative
- **Ashley Feinberg** – Defamation-for-sale blogger
- **Austin Lau**
- **Ava Gyurina** – Defamation-for-sale blogger
- **Barack Obama** – Chicago politician who hired 70% of the attack services available

- **Barry Petchesky** – Defamation-for-sale blogger
- **Bill Daley** – White House strong-arm who pushed attack services at White House
- **Bill Gurley**
- **Bill Lockyer** – Calif State finance head
- **Black Cube** - Private Mossad attack service
- **Brendan I. Koerner** – Defamation-for-sale blogger
- **Brendan O'Connor** – Defamation-for-sale blogger
- **Brent Rose** – Defamation-for-sale blogger
- **Brian Goncher** – Deloitte VC intermediary that worked Big Tech mafia
- **Brian Hickey** – Defamation-for-sale blogger
- **Buzzfeed** - Attack service that convinces naive soyboys to write news clips
- **Cambridge Analytica** - Attack service, keeps changing name
- **Camila Cabrer** – Defamation-for-sale blogger
- **Carl Gordon**
- **Cardinal & Pine** - Attack service
- **Chad Hurley**
- **Cheryl Sandberg** – Facebook attack boss, reports to Larry Summers, dates Activision CEO
- **Choire Sicha** – Defamation-for-sale blogger
- **Chris Jennings**, Jennings Policy Strategies
- **Chris Mohney** – Defamation-for-sale blogger
- **Chuck Brain**, Capitol Hill Strategies Inc
- **Civis Analytics** – Social manipulation attack group
- **Clover Hope** – Defamation-for-sale blogger
- **Clearview AI** Face Tracking

- **Correct The Record** - Attack service
- **Covington & Burling** - Policy manipulation & appointee rigging lawyers
- **Courier Newsroom** - Attack service
- **Daniel Cohen** – DOE Legal maniupulation counsel
- **Daniel Morgan** – Defamation-for-sale blogger
- **Daniel Jones** - Dianne Feinsteins media "hit man"
- **Dave McClure** – VC, Hell magnet
- **David Axelrod** – White House attack boss
- **David Brock** - Master of character assassination services
- **David Danielson**
- **David Drummond** – Lawyer/Lobbyist– Google, wife cheater
- **David Matthews** – Defamation-for-sale blogger
- **David Mott**
- **David Plouffe** – White House money packager & election rigger
- **David Prend**
- **David Sacks**
- **David Sandalow**
- **Debbie Wasserman Schultz** - Attack politician advisor, election rigger
- **Denis McDonough** – White House attack coordinator
- **Diana Moskovitz** – Defamation-for-sale blogger
- **Dianne Feinstein** – California politician who hired huge numbers of attack services
- **Draper - Fisher** – VC firm (Campaign funder who received massive windfalls from Russian mining & tech start-up rigging)
- **Eleanor Shechet** – Defamation-for-sale blogger
- **Elizabeth Spiers** – Defamation-for-sale blogger

- **Elizabeth Starkey** – Defamation-for-sale blogger
- **Elon Musk** – Attack boss, has CIA staff and Mercs on payroll to attack others
- **Emerson Collective** - Steve Job's cash deployer for political intrigues
- **Emily Gould** – Defamation-for-sale blogger, sounds like an idiot on Jimmel Kimmel interview
- **Emily Herzig** – Defamation-for-sale blogger
- **Emma Carmichael** – Defamation-for-sale blogger
- **Eric Holder** – Attorney General- DOJ, indicted by Congress for contempt, ran cover-ups
- **Eric Paley**
- **Eric Schmidt** – Owner- Google. Jigsaw Boss, Dr. Strangelove level of sociopathy
- **Erin Ryan** – Defamation-for-sale blogger
- **Ethan Sommer** – Defamation-for-sale blogger
- **Eyal Ebel** – Defamation-for-sale blogger
- **Facebook** - Privacy abuse, spy-on-the-public, Fake News election rigger
- **Fusion GPS** – Defamation attack and journalist bribery service
- **Gabriel Burt**
- **Gabrielle Bluestone** – Defamation-for-sale blogger
- **Gabrielle Darbyshire** – Defamation-for-sale blogger and attack services director
- **Gawker Media** – DNC/Clinton/Obama character assassination media tool
- **Georgina K. Faircloth** – Defamation-for-sale blogger
- **Gilman Louie** – VC, founder of IN-Q-Tel spy service
- **Gizmodo** – DNC/Clinton/Obama character assassination media tool
- **Goldman Sachs** – Financial packager (Suspected of staging most of the TARP/DOE deals for personal gain & insider payouts - Elon Musk's stock manipulation partner

- **Google, Inc.** – Data harvesting company(Ran media attacks, stock market pump and dump PR hype and character assassinations - amplifies attacks by the others on this list and locks those attacks at the top of every search result for a fee
- **Gregory Howard** – Defamation-for-sale blogger
- **Greylock Capital** – Silicon Valley Insider trading operator focused on election manipulation
- **Hamilton Nolan** – Defamation-for-sale blogger
- **Hannah Keyser** – Defamation-for-sale blogger
- **Heather Deitrich** – Defamation-for-sale blogger
- **Heather Podesta**, Heather Podesta + Partners
- **Hopewell Fund** - Attack service
- **Hudson Hongo** – Defamation-for-sale blogger
- **Hugo Schwyzer** – Defamation-for-sale blogger
- **Hunter Slaton** – Defamation-for-sale blogger
- **Ian Fette** – Defamation-for-sale blogger and Google, Gawker, Jalopnik, Gizmodo media assassin
- **In-Q-Tel, Inc.** – CIA off-shoot
- **Investing in US**
- **Ira Ehrenpreis** – VC Campaign backer
- **Irin Carmon** – Defamation-for-sale blogger
- **Jalopnik** – Online defamation facade political publication. Pretends to be about cars but is hit job rag
- **James Brown Jr** – HHS Programming lead in California (Arrested for corruption)
- **James J. Cooke** – Defamation-for-sale blogger
- **James King** – Defamation-for-sale blogger

- **Jared Cohen** – Google boss and international political manipulator
- **Jared Birchell** - Elon Musk's attack dog
- **Jawed Karim**
- **JigSaw Operations** within the Google Cartel - Attack service
- **Hunter Biden**
- **Jay Carney** – White House press attack plots coordinator
- **Jeff Berman and David Russell**, Bryan Cave
- **Jeff Lieberman**
- **Jeff Peck,** Peck, Madigan, Jones & Stewart
- **Jeffrey Zients**
- **Jennifer Ouellette** – Defamation-for-sale blogger
- **Jeremy Stoppelman**
- **Jesse Oxfeld** – Defamation-for-sale blogger
- **Jessica Cohen** – Defamation-for-sale blogger
- **Jesus Diaz** – Defamation-for-sale blogger
- **Jillian Schulz** – Defamation-for-sale blogger
- **Jim Blanchard and Ilia Rodriguez**, DLA Piper
- **Jim Breyer** – VC and CIA intermediary
- **Jim Goetz**
- **Joanna Rothkopf** – Defamation-for-sale blogger
- **Joe Lonsdale** – VC, famous for rape and abuse scandal and domestic spying via Palantir
- **Joe Rhodes** – White House shill
- **Joel Johnson,** The Glover Park Group
- **Johanna Shelton** - Google's White House manipulator

- **John Cook** – Defamation-for-sale blogger and director of media assassins group
- **John Doerr** – Owner – Kleiner Perkins. Tech Mafia "Godfather"
- **John Herrman** – Defamation-for-sale blogger
- **John Lindfors**
- **John Podesta** – White House attack adviser
- **John Raffaelli**, Capitol Counsel
- **Jonathan Silver** – DOE VC (Sent packing/fired/forced to resign)
- **Jordan Sargent** – Defamation-for-sale blogger
- **Joseph Keenan Trotter** – Defamation-for-sale blogger
- **Josh Ackil and Matt Tanielian**, Franklin Square Group
- **Josh Kopelman**
- **Josh Stein** – Defamation-for-sale blogger
- **Joshua Wright**
- **JP Gan**
- **Julia Allison** – Defamation-for-sale blogger
- **Julianne E. Shepherd** – Defamation-for-sale blogger
- **Julie Domenick**, Multiple Strategies LLC
- **Justin Hyde** – Defamation-for-sale blogger
- **Kamala Harris** – Defamation-for-sale hiring boss
- **K2 Intelligence** - Kill service
- **Kate Dries** – Defamation-for-sale blogger
- **Katharine Trendacosta** – Defamation-for-sale blogger
- **Katherine Drummond** – Defamation-for-sale blogger
- **Kathy Zoi** - DOE Quid Pro Quo operator
- **Keith Rabois** -VC

- **Kelly Stout** – Defamation-for-sale blogger
- **Ken Alex** – Adviser to Jerry Brown
- **Ken Duberstein and Marti Thomas**, The Duberstein Group
- **Ken Howery** – VC
- **Kerrie Uthoff** – Defamation-for-sale blogger
- **Kevin Draper** – Defamation-for-sale blogger
- **Kleiner Perkins** – Campaign funding VC - hires many attack services
- **Kroll** - Private CIA and attack services
- **Lacey Donohue** – Defamation-for-sale blogger
- **Lachlan Seward** – Energy Department gatekeeper for White House insiders
- **Larry O'Brien**, OB-C Group
- **Larry Page** – Google Boss accused of stealing technology for Google
- **Larry Summers** – VC and Facebook covert advisor
- **Licy Do Canto**, The DoCanto Group
- **Lisa Kountoupes**, Kountoupes Consulting
- **Lloyd Craig Blankfein** – VC and Sachs boss
- **Lucy Haller** – Defamation-for-sale blogger
- **Luke Malone** – Defamation-for-sale blogger
- **Luke Nosek**
- **Madeleine Davies** – Defamation-for-sale blogger
- **Madeline Davis** – Defamation-for-sale blogger
- **Marc Andreessen** - VC who has a kill-them-all process towards competitors
- **Mario Aguilar** – Defamation-for-sale blogger
- **Mario Rosatti** – VC

- **Mark Isakowitz**, Fierce, Isakowitz and Blalock
- **Mark Kadesh**, Kadesh & Associates
- **Mark Zuckerberg** – Facebook Boss
- **Martin LaGod** - VC Firelake Cap
- **Marty Paone**, Prime Policy Group
- **Mary Meeker** – VC
- **Matt Hardigree** – Defamation-for-sale blogger
- **Matt Novak** – Defamation-for-sale blogger
- **Matt Rogers** – VC and pass-through conduit
- **Max Levchin** -VC
- **Mckinsey Consulting** – The firm you hire to rig white papers and insider hires in government positions for the Palo Alto Mafia
- **Media Matters** - Attack service
- **Megan Smith**
- **Melissa Schulman**, The Bockorny Group
- **Michael Ballaban** – Defamation-for-sale blogger
- **Michael Dobbs** – Defamation-for-sale blogger
- **Michael Eisenberg**
- **Michael Sussmann –** attack operative
- **Michael Moritz** -VC
- **Michael Spinelli** – Defamation-for-sale blogger
- **Mikey Dickerson**
- **Mitch Feuer and Robert Griner**, Rich Feuer Group
- **Morrison and Foerster**

- **MotiveAI** - Digital attack and media manipulation service
- **Nancy Pelosi** – California politician who hires many attack services
- Nathan Parker
- **Neal Ungerleider** – Defamation-for-sale blogger
- **New America Foundation**
- **New Venture Fund** - Tricks rich people into financing attack services
- **Neerag Agrawal**
- **Nicholas Aster** – Defamation-for-sale blogger
- **Nicholas Guido Denton** – Defamation-for-sale blogger and head of the Gawker, Gizmodo, Jalopnik sleaze tabloid empire - Takes kill orders directly from White House, Elon Musk and Larry Page
- **Nick Cook** - Gawker attack services coordinator
- **Omar Kardoudi** – Defamation-for-sale blogger
- **Open Society** - George Soros own attack provider service and news manipulation outlet
- **Orbis Business Intelligence** - Attack service
- **Owen Thomas** – Defamation-for-sale blogger
- **Pacronym** - Election manipulation and attack service
- **Pantsuit Nation** - Election manipulation service
- **Palantir** - Peter Thiel's spy agency, private CIA
- **Patrick George** – Defamation-for-sale blogger and Character Assassination expert
- **Patrick Laffoon** – Defamation-for-sale blogger
- **Patrick Redford** – Defamation-for-sale blogger
- **Perkins Coie** – Campaign conduit law firm, attack and spy service

- **Peter Fenton**

- **Peter Thiel** – VC and Elon Musk boyfriend

- **Pierre Omidyar** – Defamation-for-sale blogger

- **Plouffe Consulting** - Talks rich people into funding attacks and election rigging

- **PR Firm Sunshine Sachs** - Attack service

- **Priorities USA** - Attack service

- **Rahm Emanuel** – White House boss, loves attack services

- Raj Gupta – VC, arrested

- **Rakesh Saxeena** – Canadian in-house arrest, arms dealer, western political packager

- **Ray Lane** – VC, under IRS investigation

- **Reid Hoffman** – VC and sex.com partner with Gary Kremen, also match.com

- **Rhod Shaw**, The Alpine Group

- **Rich Juzwiak** – Defamation-for-sale blogger

- **Richard Blakely** – Defamation-for-sale blogger

- **Richard Rushfield**– Defamation-for-sale blogger

- **Robert Finger**– Defamation-for-sale blogger

- **Robert Gibbs** – White press office head, ordered the hiring of attack services

- **Robert Raben**, The Raben Group

- **Robert Sorokanich** – Defamation-for-sale blogger

- **Roelof Botha**

- **Rory Waltzer** – Defamation-for-sale blogger

- **Rosa Golijan** – Defamation-for-sale blogger

- **Russel Simmons**

- **Ryan Brown** – Defamation-for-sale blogger

- **Ryan Goldberg** – Defamation-for-sale blogger
- **Sam Faulkner Biddle** – Defamation-for-sale blogger, Runs a large part of the Anti-GOP blog programs
- **Sam Woolley** – Defamation-for-sale blogger
- **Samar Kalaf** – Defamation-for-sale blogger
- **Sanjay Wagle** – VC
- **Sarah Ramey** – Defamation-for-sale blogger
- **Scott Shleiffer**
- **Sergy Brin** – Google boss involved in sex scandal
- **Shannon Marie Donnelly** – Defamation-for-sale blogger
- **Shadow Inc** - Attack Service
- **Shareblue** - Attack Service
- **Sid Blumenthal** - Creator of Attacks-As-Service concept
- **Shep McAllister** – Defamation-for-sale blogger
- **Sixteen Thirty Fund** - Tricks rich people into financing attacks
- **Sophie Kleeman** – Defamation-for-sale blogger
- **SpaceX** – Domestic spy satellites spy on consumers
- **States Newsroom** - Media attack network
- **Secondary Infektion** - Blogger attack service
- **Stephen Totilo** – Defamation-for-sale blogger
- **Steve Chen**
- **Steve Elmendorf and Jimmy Ryan,** Elmendorf Group
- **Steve Jurvetson** – VC embroiled in sex abuse charges
- **Steve McBee**, McBee Strategic

- **Steve Perry and Andy Wright,** Dutko Grayling
- **Steve Rattner** – White House car czar, indicted for fraud
- **Steve Spinner** – Energy Department manipulation expert, Wife was Solyndra's lawyer before the FBI raid
- **Steve Westly** – VC that financed Obama campaign
- **Steven Chu** – Secretary of Energy – The most corrupt in US history
- **Stratfor Intelligence Services** - Spy and attack service
- **Supermajority News** - Attack service
- **Tamar Winberg** – Defamation-for-sale blogger
- **Taryn Schweitzer** – Defamation-for-sale blogger
- **Taylor McKnight** – Defamation-for-sale blogger
- **Ted Schlein**
- **Tesla Motors** – Car Company that conduits money to campaigns
- **The Groundwork** – Social manipulation group
- **The Americano**
- **The Agency** - Massive network of attack bloggers based out of Russia
- **The X** - Attack network Elon Musk uses that creates fake fanboys on Twitter, Facebook, Instagram, Google, etc.
- **Think Progress**
- **Thomas Jolly,** Jolly/Rissler
- **Thorin Klosowski** – Defamation-for-sale blogger
- **Tim Draper** – VC
- **Tim Marchman** – Defamation-for-sale blogger
- **Timothy Burke** – Defamation-for-sale blogger

- **Tobey Grumet Segal** – Defamation-for-sale blogger
- **Todd Park** – IT manipulator inside White House
- **Tom Ley** – Defamation-for-sale blogger
- **Tom O'Donnell**, Gephardt Government Affairs Group
- **Tom Scocca** – Defamation-for-sale blogger
- **Tom Steyer** – VC
- **Tomorrow Ventures** – Social manipulation group
- **Tony Podesta**, Podesta Group
- **Twitter** - Biased media manipulation service
- **Tracy Spicer,** Avenue Solutions
- **Veronica de Souza** – Defamation-for-sale blogger
- **Viktor Vekselberg** – Russian man who hires many services
- **Vinod Khosla** -VC
- **Wes Siler** – Defamation-for-sale blogger
- **WikiStrat** - Attack service
- **William Haisley** – Defamation-for-sale blogger
- **William Turton** – Defamation-for-sale blogger
- **Wilson, Sonsini, Goodrich and Rosatti** - Attack lawyers
- **Wordpress.org** - Censors or deletes any site that speaks against Nancy Pelosi directives, Soros funded
- **Yasmin Green** - Google's Anti-arab
- **YouTube** - Media manipulation attack service
- **Undercover Global Ltd** - Attack service
- **Versa LLC** - Attack service

Congressional and FEC investigators have a big question here. The big question is: If the people, above, are manipulating public elections with information trickery: IS THAT TREASON?

Because almost every one of them *coordinated* to attack others and their businesses, they broke the RICO Racketeering and anti-trust laws in America! In an FBI interview, it is believed that every person on this list would be implicated in charges when asked, under oath: "*ARE YOU, OR HAVE YOU EVER HIRED, A CYBER ATTACKER?*"

These were not just 'some people' who wrote something mean on a Facebook post. They had exclusive publishing resources on a national and global network that they systematically, and in a highly coordinated manner, operated on in exchange for compensation, to harm and attack specific targets that they were instructed to harm.

More names will be forthcoming as investigators complete their reviews.

Attackers Daniel Jones, Michael Sussmann, Nicholas Guido Denton, John Herrman, Adrian Covert, Media Matters, John Cook, Ian Fette, Gabrielle Darbyshire, Patrick George, Eric Schmidt, Jay Carney and David Axelrod have already been placed under federal surveillance for some time. Plaintiff will request their case records from the FBI, FINCEN, Interpol, The NSA, The IRS, their banking and stock market accounts, and other sources, which will prove the assertions about their attacks, who hired them and the top-level command-and-control authority over their actions.

DATED this day of the filing of 2022

Respectfully submitted,

(SIGNED ELECTRONICALLY)
**Name: SD Redmond**
**Address: 210 S. Ellsworth Ave, #1275**
**San Mateo, CA 94401**
**Phone Number: 510-868-2862**
**E-mail Address: justice@majestic111.com**
*Pro Se – A federal witness*

EXHIBITS AND PROOFS ARE PROVIDED AS SEPARATE NUMBERED DOCUMENTS

(PAGES PAST THIS SENTENCE ARE INTENTIONALLY BLANK)