**Name: SD Redmond**
**Address: 210 S. Ellsworth Ave, #1275**
**San Mateo, CA 94401**
**Phone Number: 510-868-2862**
**E-mail Address: justice@majestic111.com**

**EVIDENCE/EXHIBIT COPIES AT:**
**https://www.majestic111.com**
**http://www.the-truth-about-the-dept-of-energy.com**
**https://san-francisco-news.com**
*PLAINTIFF, A Pro Se, disabled, non-lawyer, federal witness who has requested Court appointed counsel*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

### (UNLIMITED CIVIL JURISDICTION)

| | |
|---|---|
| SD REDMOND, a Pro Se non-lawyer federal whistle-blower/witness | ) CASE NO.: 22-cv-1107-TSH |
| | ) |
| PLAINTIFF, | ) **ATTACKERS EXHIBIT – PART TWO** |
| | ) |
| v. | ) **INTENTIONAL FRAUD; CONCEALMENT FRAUD; NEGLIGENT MISREPRESENTATION; INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS; RICO RACKETEERING; ANTI-TRUST/MONOPOLY;  COURT ORDER DEMANDED FOR FULL SSDI BACK PAYMENTS; AND SUCH OTHER CLAIMS LISTED HEREIN UNDER "CLAIMS" SECTION** |
| UNITED STATES OF AMERICA | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| DEFENDANTS. | ) |
| _____ | **DEMAND FOR JURY TRIAL** |

**Filed: May 16, 2022**

**ADDITIONAL EXHIBITS TO BE FILED ELECTRONICALLY AND NOW AVAILABLE, ON THE WEB, TO THE PUBLIC, GLOBALLY, AT LINKS ABOVE AND MIRROR SITES**

## ATTACKERS EXHIBIT PART TWO

The attackers, The White House and Government agency staff set-up a tentacular, layered covert payment and command/control system in order to operate and disguise their attacks. The

1

problem, for "Bad Buys" in the post-2000 era, is that nothing can be hidden because digital technology monitors everything. It is said that "DEEDS DONE IN THE DARK, ALWAYS COME TO LIGHT" and, in this case, that turns out to be quite accurate.

Law enforcement agencies, intelligence agencies and private investigators have identified these attackers complicit in this matter.

A lifetime analysis of the published work, payments and who paid them, often via covert payment routes, conducted at an FBI-level of research, reveals some pretty interesting illicit and overt connections between all of them. For example, the following chart shows a typical money-laundering, tax and government survellance evasion system for one of the attackers:



DATA VERIFIED BY FBI, SEC, INTERPOL, CIA, FORENSIC RESEARCHERS



*Figure 1: THERE ARE THOUSANDS OF BANKING RECORDS THAT SHOW THAT GAWKER AND GOOGLE TRADED CASH FOR KILLS*

16-11700-smb   Doc 769-8   Filed 02/17/17   Entered 02/17/17 18:10:48   Exhibit H - Refund Application   Pg 5 of 8

| Form **1120** | | U.S. Corporation Income Tax Return | | OMB No. 1545-0123 |
| --- | --- | --- | --- | --- |

For calendar year 2014 or tax year beginning                , ending

EXTENSION GRANTED TO 09/15/15

Department of the Treasury
Internal Revenue Service

▶ Information about Form 1120 and its separate instructions is at www.irs.gov/form1120.

**2014**

A Check if:
1a Consolidated return (attach Form 851)
b Life/nonlife consolidated return
2 Personal holding co. (attach Sch. PH)
3 Personal service corp. (see instructions)
4 Schedule M-3 attached ☒

TYPE OR PRINT

Name
GAWKER MEDIA LLC
Number, street, and room or suite no. If a P.O. box, see instructions.
114 FIFTH AVENUE, FLOOR 2
City or town, state, or province, country and ZIP or foreign postal code
NEW YORK, NY  10011

B Employer identification number

C Date incorporated
06/01/2004

D Total assets (see instructions)
$   21,692,879.

E Check if: (1) ☐ Initial return  (2) ☐ Final return  (3) ☐ Name change  (4) ☐ Address change

| Income | 1a Gross receipts or sales | | 1a | 47,134,479. | | |
| --- | --- | --- | --- | --- | --- | --- |
| | b Returns and allowances | | 1b | | | |
| | c Balance. Subtract line 1b from line 1a | | | | 1c | 47,134,479. |
| | 2 Cost of goods sold (attach Form 1125-A) | | | | 2 | |
| | 3 Gross profit. Subtract line 2 from line 1c | | | | 3 | 47,134,479. |
| | 4 Dividends (Schedule C, line 19) | | | | 4 | |
| | 5 Interest | SEE STATEMENT 1 | | | 5 | 357. |
| | 6 Gross rents | | | | 6 | |
| | 7 Gross royalties | | | | 7 | |
| | 8 Capital gain net income (attach Schedule D (Form 1120)) | | | | 8 | |
| | 9 Net gain or (loss) from Form 4797, Part II, line 17 (attach Form 4797) | | | | 9 | |
| | 10 Other income (attach statement) | SEE STATEMENT 2 | | | 10 | 100,759. |
| | 11 Total income. Add lines 3 through 10 | | | ▶ | 11 | 47,235,595. |
| Deductions (See instructions for limitations on deductions.) | 12 Compensation of officers (attach Form 1125-E) | | | ▶ | 12 | 960,299. |
| | 13 Salaries and wages (less employment credits) | | | | 13 | 21,534,818. |
| | 14 Repairs and maintenance | | | | 14 | |
| | 15 Bad debts | | | | 15 | 11,749. |
| | 16 Rents | | | | 16 | 893,866. |
| | 17 Taxes and licenses | SEE STATEMENT 3 | | | 17 | 1,675,133. |
| | 18 Interest | | | | 18 | |
| | 19 Charitable contributions | | | | | |

*Figure 2: THERE ARE TENS OF THOUSANDS OF BANK, SEC, FINCEN, IRS AND OTHER RECORDS PROVING THE CASH MOVING THROUGH THESE EFFORTS WAS HUGE AND CAME FROM GOVERNMENT CONTACTS*

5



*Figure 3: THIS SHOWS THAT ONE OF THE ATTACKERS CLEARLY SELLS HIS SERVICES ON FACEBOOK AS AN "ASSASSIN"*



**EXHIBIT H-2**

INTENTIONALLY DELETED

*Figure 4: ONE ATTACKER PAYMENT SCHEME HAD OVER 980 PASS POINTS VIA SHELLS, TRUSTS AND MONEY DROPS*

1
2
3      While the thousands of graphics that Plaintiff's investigators have acquired provide a good
4  visual tale of the crimes, corruption and attacks, the following text description of an FBI-level
5  investigation is even more shocking. It is important to keep in mind that U.S. Government officials
6  faxed, emailed, U.S. mailed and delivered the character assassination materials to Plaintiff's
7  employers, family, friends, associates, fiance and others, in order to maximize the harm to Plaintiff.
8      All of the attacks got paid cash, stock perks, job advancements and other compensation.
9  Here are some of the ways they hid the compensation transfers:
10
11      - *"Based on publicly available FEC records, repeatedly throughout the 2016 presidential*
12  *campaign, HVF would purportedly transfer funds to its constituent political committees, which*
13  *included between 34 and 40 state parties," the complaint states. "On the very same day each of*
14  *these transfers supposedly occurred, or occasionally the very next day, every single one of those*
15  *state parties purportedly contributed all of those funds to the DNC."*
16
17      - *In New York City, No. 9 East 71st Street is a well-known sex mansion used to pay off*
18  *politicians and operatives via sex favors*
19      - *On Nov. 8, Craig B. Hulet, a well known and highly respected analyst on government*
20  *policy, terrorism, and international relations, spoke on Coast to Coast AM regarding the growing*
21  *scandal involving a* lawsuit*against the Federal Reserve, major banks, and many members of the*
22  *Bush and Obama administrations.  During his one hour interview, Hulet offered the assessment that*
23  *many members of the Obama cabinet, including Hillary* Clinton*, Timothy Geithner, and Eric*
24  *Holder, were resigning their offices due to their potential roles in the TARP* money
25  laundering *lawsuit.*
26
27      - *Attorney General Jeff Sessions encouraged the DOJ to reopen the Uranium One case.*
28

This indictment may be a byproduct of their investigation into the Clinton Foundation and Russia. Fitton doesn't think it's coincidental that the DOJ under Obama was "hiding this in plain sight from the American people", and certainly hiding "key elements" from congress.  Then the DOJ under "Jeff Sessions responds by saying we're going to take another look at this.  There's a new indictment to follow up on the indictment that is already out there, or a conviction… from 2015." According to Fitton, this is a follow-up investigation that started in Little Rock Arkansas.  Both the FBI and the Attorney General are looking into pay to play allegations on the part of the Clinton Foundation. "One would hope Uranium One is part of it."  He claims there were tens of millions of dollars that were laundered by the Russians through the Clinton Foundation.

- The Committee to Defend the President, a political action committee, filed its complaint with the FEC on Monday with the allegations that the Hillary Victory Fund (HVF) solicited cash from big-name donors, including Calvin Klein and "Family Guy" creator Seth MacFarlane -- money that was allegedly sent through state chapters and back to the DNC before ending up with the Clinton campaign.

- The FBI and FINCEN found that attacker David Brock, a professional cyber attacker and media assassin, has 7 non-profits, 3 Super PACs, one 527-committee, one LLC, one joint fundraising committee, and one unregistered solicitor crammed into his office in Washington DC.

Uncovered records expose a constant flow of money between these organizations. The Bonner Group, his professional solicitor, works off a commission.  Every time money gets passed around, Bonner receives a 12.5% cut. It appears that Brock has been passing around donations quite a bit, giving The Bonner Group a handout each time. In 2014, Media Matters for America raised $10,021,188. The Bonner Group was credited for raising these funds.  Media Matters paid them a $1,147,882 commission. That same year, Media Matters gave a $930,000 cash grant to David Brock's Franklin Education

*Forum*, an organization that shares office space with Media Matters. In 2014, the
Franklin Education Forum reported $994,000 in total contributions.  93.6% of that total
came from Media Matters! Surprisingly, though, the Franklin Education Forum gave
full credit to Bonner for raising that money.  They paid the fundraiser a $124,250
commission in 2014! As all of these groups exist within Brock's DC office, it would be
difficult for him to claim he had no idea this was going on. The report continues:
Furthermore, the New York Times reports that David Brock shares a summer rental in
the Hamptons with Mary Pat Bonner, the President of the Bonner Group!*

**The above quoted sections of investigations are not the exception but, rather, the rule
in money-laundering and covert payola to attackers. We have over 200,000.. let me repeat,
OVER TWO HUNDRED THOUSAND OTHER EXAMPLES OF THESE ILLICIT
PAYMENT SCHEMES TO POLITICAL AND ANTI-COMPETITION ATTACKERS
FINANCED, SUPPORTED, ENABLED AND OPERATED BY THE U.S. GOVERNMENT!
These payments occer in government offices DAILY! Government officials do not halt these
methods, stop stock ownership by politicians, or delay this money laundering because THEY
PROFIT FROM IT. That is WRONG, ILLICIT, CRIMINAL and a VIOLATION OF THE
BASIC PRECEPTS of AMERICA!**

DATED this day of the filing of 2022

Respectfully submitted,

(SIGNED ELECTRONICALLY)
**Name: SD Redmond**
**Address: 210 S. Ellsworth Ave, #1275**
**San Mateo, CA 94401**
**Phone Number: 510-868-2862**
**E-mail Address: justice@majestic111.com**
*Pro Se – A federal witness*

EXHIBITS AND PROOFS ARE PROVIDED AS SEPARATE NUMBERED DOCUMENTS

(PAGES PAST THIS SENTENCE ARE INTENTIONALLY BLANK)