**Name: SD Redmond**
**Address: 210 S. Ellsworth Ave, #1275**
**San Mateo, CA 94401**
**Phone Number: 510-868-2862**
**E-mail Address: justice@majestic111.com**

**EVIDENCE/EXHIBIT COPIES AT:**
**https://www.majestic111.com**
**http://www.the-truth-about-the-dept-of-energy.com**
**https://san-francisco-news.com**
*PLAINTIFF, A Pro Se, disabled, non-lawyer, federal witness who has requested Court appointed counsel*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
### (UNLIMITED CIVIL JURISDICTION)

| | |
|---|---|
| SD REDMOND, a Pro Se non-lawyer federal whistle-blower/witness<br><br>         PLAINTIFF,<br><br>   v.<br><br>UNITED STATES OF AMERICA<br><br><br><br>         DEFENDANTS.<br>_____<br>**Filed: May 17, 2022** | ) CASE NO.: 22-cv-1107-TSH<br>)<br>) **ATTACKERS EXHIBIT THREE**<br>)<br>) **INTENTIONAL FRAUD; CONCEALMENT**<br>) **FRAUD; NEGLIGENT**<br>) **MISREPRESENTATION; INTENTIONAL**<br>) **INFLICTION OF EMOTIONAL DISTRESS;**<br>) **RICO RACKETEERING;**<br>) **ANTI-TRUST/MONOPOLY;  COURT**<br>) **ORDER DEMANDED FOR FULL SSDI**<br>) **BACK PAYMENTS; AND SUCH OTHER**<br>) **CLAIMS LISTED HEREIN UNDER**<br>) **"CLAIMS" SECTION**<br><br>         **DEMAND FOR JURY TRIAL**<br><br><br>**ADDITIONAL EXHIBITS TO BE FILED**<br>**ELECTRONICALLY AND NOW**<br>**AVAILABLE, ON THE WEB, TO THE**<br>**PUBLIC, GLOBALLY, AT LINKS**<br>**ABOVE AND MIRROR SITES** |

## ATTACKERS EXHIBIT THREE

Today, nearly a million emails were publicly leaked online from major corrupt officials. Our cases *call each and every one of those emails into evidence*. At BidenLaptopEmails.com ICIJ.ORG

1  and many other sites, any person can read the evidence. For example, while White House

2  executives deny that the had any influence over the "winners" and "losers" of U.S. Department of

3  Energy funds. The emails prove Biden and Obama Administration executives and their families to

4  be bald faced lying criminals about those assertions, ie: Hunter Bidens emails about most of the

5  operations:

6

From Wayne D. Kimmel <wayne@et███turefunds.com> ⭐            ↳ Reply    ↳ Reply All ⌄   → Forward   More ⌄

7  Subject **RE: Fisker**                                                                    12/19/09, 8:57 AM

To  Eric Schwerin <eschwerin@rose██████neca.com> ☆, dfife@rosem█████neca.com ☆

8      Cc  Tony Bifano <tony@etfventure████m> ☆, hbiden@rosemonts████com ☆

9  Eric- Thanks!

David- look forward to meeting you and talking with you about Fisker.  Are you available for a call this Tuesday at 2pm?

10 Wayne

11 **From:** Eric Schwerin [mailto:eschwerin@rosem█████a.com]
   **Sent:** Friday, December 18, 2009 6:06 PM
   **To:** dfife@r██████neca.com
   **Cc:** Wayne D. Kimmel; Tony Bifano; hbiden@r█████neca.com
12 **Subject:** Fisker

13 David-

   I want to introduce you to Wayne Kimmel and Tony Bifano of ETF Venture Funds.  I am sure you have heard Hunter mention ETF before, but to remind you, Hunter and Wayne are old friends and Hunter has been involved with ETF for the past couple of years now.

14 ETF is considering making an investment in Fisker and Wayne and Tony wanted to talk to you about your due diligence on Fisker as they are trying to decide whether to make an investment.

   Do you mind talking to them?

15 Thanks,

   Eric

16

17 Eric D. Schwerin
   Rosemont Seneca Partners, LLC
   1010 Wisconsin Ave., NW
   Suite 705
   Washington, DC 20007
18 (202) 333-1█
   eschwerin@█████rtseneca.com
   🌿 Consider the environment before printing this email.

19

20

21

22

23

24

25

26

27

28

Further, when confronted about these crimes, White House officials hired CYBER ASSASSINS:

**HIRED TO KILL – THE CYBER ASSASSINS HIRED BY WHITE HOUSE STAFF**

**- A Report To Federal Investigators And The Public**

A group of companies and individuals sell cyber assassination services designed to end people's lives. When we spoke with California Senators Speier, Pelosi, Feinstein and Harris; their staff said that they refuse to regulate such activities because it would violate "*Freedom Of Speech*". We also noticed that THEY hire these cyber assassins to attack political enemies, reporters, competitors and whistle-blowers. We asked about that conflict-of-interest. They did not respond... We then asked: *"If it is OK for these people to engage in the attacks listed herein, (see the ATTACKERS PLAY-BOOK list; Below), are you OK with them doing all of these things to YOU for the next 5 years?"*
They did not respond...

## Table of Contents

THE NAMES OF THE ATTACKERS..................................................................17
THE REPRISAL ATTACK TOOLS USED ON AMERICAN CITIZENS – THE ATTACKERS PLAY-BOOK:............................................................................................33
    HARM #1: MANIPULATION AND BLOCKADE OF TARGET's EARNED GOVERNMENT FUNDS...............................................................................................33
    HARM #2: THREATS OF DEATH AND ACTUAL MURDERS OF PEERS.........................35
    HARM #3: THE GOVERNMENT DEFRAUDED A TARGET OVER AND OVER:...............37
        HARM #4: THE PLACING OF MOLES AND SPYING ON TARGET:......................37
    HARM #5: BLOCKADES OF TARGET'S ACCESS TO LEGAL COUNSEL:........................38
    HARM #6: HIRED CHARACTER ASSASSINATION AND DEFAMATION SERVICES THAT THE ATTACKERS USED TO DESTROY TARGET'S LIFE........................38
    HARM #7: The ATTACKERS USED FACTORY-PROCESSED SOCIAL MEDIA ATTACKS AGAINST THEIR TARGETS:..................................................................52
    HARM #8: GOVERNMENT OFFICIALS CAUSED SSA AND HUD BENEFITS BLOCKADES AND MANIPULATIONS AS REPRISAL AGAINST TARGET:....................53
    HARM #9: The ATTACKERS USED BLACKLISTING AGAINST TARGET:.......................59
    HARM #10: The ATTACKERS ORDERED FOIA OBFUSCATION OF TARGET'S FOIA AND STILL HAVE NOT RESPONDED TO MANY FOR YEARS BECAUSE THEY SHAME The ATTACKERS:..........................................................................................60
    HARM #11: The ATTACKERS ENGAGED IN ARBITRARY DEADLINE MANIPULATION:..............................................................................................60
    HARM #12: POLITICAL POISONING & TOXIC EXPOSURE BY The ATTACKERS HARMED TARGET:.........................................................................................62

HARM #13: WORKPLACE SABOTAGE AND OBSTRUCTION OF TARGET'S RIGHT TO WORK:................................................................................................................62
HARM #14: MEDIA ASSASSINATION PROGRAMS WERE CONTRACTED BY The ATTACKERS TO HARM TARGET:....................................................................62
HARM #15: COMMERCIAL EMPLOYMENT DATABASE POISONING AND RED-FLAGGING OF TARGET'S HR DATABASE REFERENCES WERE CREATED TO HARM TARGET'S INCOME POTENTIAL:................................................................63
HARM #16: ATTEMPTS ON THE LIVES OF WHISTLE-BLOWERS BY THE ATTACKERS WERE MEANT TO FRIGHTEN TARGET:..............................................63
HARM #17: THE ATTACKERS ENGAGED IN REVENUE BLOCKADES AND INTERNET INCOME RE-DIRECTION TO MINIMIZE TARGET RESOURCES SO HE COULD NOT FIGHT BACK:..............................................................................................................63
HARM #18: The ATTACKERS USED THE TROLL FARM DEPLOYMENTS AGAINST TARGET THAT THEY USE AGAINST PRESIDENTIAL OPPOSITION CANDIDATES:....64
HARM #19: MANUAL SEARCH ENGINE LOCK-IN ATTACKS WERE CONTRACTED FROM GOOGLE AND YOUTUBE, BY The ATTACKERS, TO HARM TARGET:...............64
HARM #20: THE U.S. PATENT OFFICE MANIPULATION WAS USED TO BLOCKADE REVENUE FROM TARGET'S INVENTIONS:...........................................................65
HARM #21: HONEY-TRAPS WERE PLACED ON SOCIAL MEDIA SITES BY The ATTACKERS SPY OPERATIVES TO HARM TARGET:................................................68
HARM #22: A FAKE NEWS TABLOID EMPIRE WAS CREATED JUST FOR DEFAMATION ATTACKS, BY THE ATTACKERS, AND USED TO HARM TARGET:......68
HARM #23: HOUSING BLOCKADES WERE DEPLOYED BY The ATTACKERS TO HARM TARGET:......................................................................................................69
HARM #24: HACKING OF TARGET's DEVICES OCCURRED ON ORDERS OF The ATTACKERS:...........................................................................................................69
HARM #25: TECH INDUSTRY BLACK-LIST COORDINATION AGAINST TARGET HAD COMMAND-AND-CONTROL OUT OF The ATTACKERS OFFICES:.................................69
HARM #26: HUD AND USDA MORTGAGE RIGHTS BLOCKADES TO HARM TARGET HOUSING IN REPRISAL AS DIRECTED BY The ATTACKERS VIA THEIR 'DIRTY TRICKS' TEAM:........................................................................................................70

REVISION DRAFT 3.7

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

The attackers, (ie: The White House and Government agency staff) set-up a tentacular, layered, covert payment and command/control system in order to operate and disguise their attacks on citizens, reporters, whistle-blowers and competitors. The problem, for these "*Bad Guys*" in the post-2000 era, is that nothing can be hidden, any longer, because digital technology monitors everything. It is said that "DEEDS DONE IN THE DARK, ALWAYS COME TO LIGHT" and, in this case, that turns out to be quite accurate.

"Have you ever wondered who's pulling the strings?"

Hired cyber assassins hide in the shadows at the tip of the spear of political and market monopoly wars. ... Anything they touch is a weapon. They are government-trained to deceive, persuade, change, influence, and inspire others to their ideology. They come in many forms: from fat gamer neck-beards to attractive business suit corporate brunettes. They are everywhere that money buys vengeance.

They spy on you to manipulate your politics, ideology and intentions and to report you to bill collectors, tax colletors, investigators and political parties. The spy, on, and harm you and your company if you speak out about corruption and if your product is better than their bosses product. They help peole who cheat rather than compete.

Google, Netflix, YouTube, Facebook, etc. exist to mass manipulate populations and run stock market scams for their sociopath owners. Even these big companies covertly sell their services as cyber assassins to certain buyers for huge amounts of government wire transfers. From INSIDE Google, our team saw Google manipulate the entire internet to hype up Larry Page's "boyfriend": Elon Musk and Tesla, which Google execs owned a portion of, while sabotaging Tesla's competitors. Google illicitly and illegally timed these manipulations with stock market pump-and-dump efforts to exploit insider trading. That is a felony violation of RICO, Antitrust and other laws. Every single thing that Google does is contrived to harm a competitor, a politician, an employee

whistle-blower or some other business adversary.

There are no "bugs", "operator errors", "server anomalies" or other media "accidents" at Google, Facebook, Youtube, Twitter, et al



Everything Google, etc, does is contrived, at a psychological warfare kind of level, to change a social perception. Google must show its software to FBI, SEC, FTC and our search engine optimisation experts to prove that they did not engage in these crimes. The fact is: We can prove they did the crimes and FBI experts can help us prove it! Google is known as the *"Nazi's of the Internet".*

In a case unfolding in Britain over whether Google wrongly demoted price comparison rival Foundem from its search results in favour of paid-for adverts, Google must now decide which it values more: the algorithms that rank its search results, or its stance that manually fiddling with those results to promote its own paid-for products over rivals' sites doesn't break competition laws.

The integrity of Google's ranking processes relies upon all webmasters or website owners having the same degree of access to information about Google's ranking… This will no longer be

the case if information of this kind is made available to some individuals offering commercial services to assist companies to improve their Search ranking.

Google is a criminal operation. It's executives have been publicly exposed as participants in horrific sex scandals, money laundering, political bribery and racism. It is time for the bought and paid shill politicians to stop protecting them! – Google spies on competitors and steals their technology – Google runs tens of millions of dollars of defamation attacks against competitors – Google hides all media and news coverage for competitors of Larry Page's boyfriend: Elon Musk – Google lies to the public about what they really do with the public's data –

Google promotes illegal immigration in order to get cheap labor and control votes – Google runs VC funding back-lists against start-ups that are competitive – Google bribes thousands of politicians – Google is a criminal RICO-violating monopoly – Google rigs the stock market with Flash-boy, Pump/Dump and Microblast SEC violating computer tricks – Google pays bribes to politicians in Google and YouTube stock – Google manipulates who gets to see what web-sites, globally, for competitor black-lists – Google has a "no poaching" Silicon Valley jobs blacklist –

Google bosses sexually abuse women and young boys – Google bosses run sex trafficking operations in the Epstein and NXVIUM cults – Google bosses control the NVCA financing cartel over start-ups – Google has placed the majority of the corporate staff in at least one White House – Google controls national elections for anti-competitive purposes – The company "Polyhop", in the HOUSE OF CARDS tv show, does all the crimes that Google actually does in reality – Google's law firms, like Wilson Sonsini, are corrupt conduits for payola and political conduit-relays –

Google bribes some politicians with revolving door jobs – Google is primarily responsible for destroying the Bay Area Housing opportunities – Google runs DDoS attacks on competitors by massively crawling their sites – Google boss Andy Rubin runs a sex slave farm according to his own family – Google boss Eric Schmidt was a philandering sex-penthouse owner according to vast news articles – Google executives hire so many hookers that one of them, Mr. Hayes, was killed by

1  his hooker –

2

3      Google executives sexually abuse so many women that the women staff of Google walked

4  out one day – In the 2009 White House, you could not swing a cat without hitting a Google insider

5  – Google has paid covert bribes, PAC funds, real estate and search rigging payola to every CA

6  Senator – Google has paid bribes, through its lobby fronts, to halt FBI, SEC, FEC and FTC

7  investigations of Google crimes – Google was funded by the CIA, via In-Q-Tel, a so called "501 c3

8  charity" which was caught with tons of cocaine – Google gets millions of dollars of taxpayer cash

9  for spying on Americans inside the USA – Google's map service was a spy system paid for by

10  taxpayers money that Google now profits off of –

11      Nancy Pelosi and Dianne Feinstein have promised to "protect" Google because their

12  families profit off Google stocks – Payment receipts prove that Google and Gawker/Gizmodo

13  exchanged cash and staff for Character Assassination attacks – Google VC's and bosses have spent

14  $30M+ rigging the U.S. Patent Office to protect Google and harm Google competitors –

15

16      Google bribed it's lawyer into position as head of the U.S. Patent office in order to have her

17  protect Google – To rig insider stock trades, Google hides negative Tesla stories and pumps positive

18  Tesla stories on "push days" – Google and Elon Musk Co-own, co-invest and co-market stocks

19  covertly while running anti-trust schemes – Google rarely likes, or hires, black employees per

20  federal and news media investigations – Google hired most of the Washington, DC K Street lobby

21  firms and told them to "do what ever they could" – The film: "Miss Sloane" depicts only 2% of the

22  illicit lobbying tactics Google employs daily –

23

24      Demands for an FTC and FBI raid of Google, for criminal activity, securities law and

25  election felonies have been filed – Google's David Drummond had his Woodside, CA Quail Road

26  house bugged revealing sex and financial misdeeds – Google, and it's Cartel (Alphabet, Youtube,

27  and hundreds of other shell-company facades) are a criminal organization engaged in felony-class

28  crimes. Google's bosses bribe politicians, regulators and law enforcement officials to hold off

1  prosecution.

2

3      At Google: Kent Walker, Andy Rubin, Larry Page, Eric Schmidt, Sergy Brin, Jared Cohen,

4  Yasmin Green, David Drummond and Ian Fette are so enmeshed in sex scandals, election

5  manipulation, and White House bribes that it is hard to comprehend how they can get any legitimate

6  work done. Google executives came from most of the fraternity houses involved in the college rape

7  scandals. Google sells covert character assassination services to politicians and fellow oligarchs.

8  Youtube/Google/Alphabet/Deep State are all the same entity. They conspire to hide news about

9  their corruption and they control most of the internet.

10      There are hundreds of millions of people in America. The same 120 of them are all involved

11  in operating the same crimes and corruption including: the Sony Pictures corruption; the

12  Afghanistan rare earth mine scandals operated through The Energy Department political slush fund

13  that involves the lithium battery cover-ups (headed by Elon Musk); the Big Tech Brotopia rape, sex

14  trafficking, bribery, exclusionism, racism and misogyny issues they were taught at Stanford

15  University; The Facebook – Meta – Google – Alphabet – Netflix, et al, coordinated news

16  manipulation and domestic spying that they engage in; the hiring of Fusion GPS – Black Cube –

17  Gizmodo/Gawker assassins; the destruction of the housing market by their mass real estate

18  manipulations; patent theft and industrial espionage; and the bribery of almost every politician all

19  the way up to the Oval Office.

20

21      So, while the categories covered in this investigation may seem diverse. They are connected

22  through an enterprise of criminality and illicit, coordinated operations. We list, by name, the 120

23  most complicit individuals organizing these crimes, in the evidence documents already submitted to

24  the FBI, FINCEN, DOJ, FTC, SEC, FEC, Congress, InterPol and other authorities. Digital financial

25  tracking of those persons and all of their family members should be assumed to have been under

26  way for some time. Wire-taps and device taps of those persons and all of their family members

27  should be assumed to have been under way for some time.

28

Twitter, Splunk, Google, Facebook, Netflix, YouTube and the Silicon Valley internet Cartel serve you custom manipulated content by automatically creating a covert digital dossier on you reflecting the content consumption preferences they have spied on about you. They continually evolve their dossier on you in order to steer you towards their ideology and their Democrat political party. At these companies, "data mining", "machine learning" and "AI" means computerized propaganda processing for certain political entities. They began hiring off-shore people (because they would work so cheap) but most of those people turned out to be Muslim. This created conflicts with the entire southern part of the United States (which is anti-Muslim) because those workers steered content to pro-Muslim positions.

Their spy dossier on you uses abstract content-specific features of the consumed content, such as categories, topic models, and entities, which they automatically extract using natural language processing by comparing every word you use to a giant computer library of what those words might mean about your psychology. So it's like you are getting "mind-raped" without any penis use. Their assessment of what your words might mean is based on what rich, white male, $200K/year, DNC-promoting programmers think they might mean. Their computers scale and expand their tools with algorithmic software created by those politically and socially biased frat white boys that wrote the code. It is all biased as hell. They never hire blacks or women in system creation roles so everything these companies do only supports rich white soyboy snowflake type gamer thinking.

Because the White House told them to spy on billions of people, even for these web giants, it is impractical to store the entire dynamic history of a user's interaction features. They, thus, out of greed, use algorithms that selectively decay information in order to generalize users and populations. To them, you are just a generalized data point, like cattle on a ranch, to be harvested and fed upon by Silicon Valley.

These cyber assassin attackers are often fired CIA staffers and disgruntled and naive news bloggers from Gawker, Buzzfeed, etc. They conduct influence activities to target psychological

11

1  vulnerabilities and create or intensify fissures, confusion, and doubt in adversaries.

2

3      They use all available means of dissemination – from sensitive and high tech, to low-tech, to

4  no-tech, and methods from overt, to clandestine, to deception.

5      These PSYOPS attackers are trained to confuse, mislead, redirect, and occupy your mind

6  with thoughts that a targeted candidate, reporter or whistle-blower is "bad" or to be shunned.

7

8      They are ghosts in the machine, watching and warping everything to trick you into hating

9  someone that might tell the truth about them, or their bosses,

10     A site known as The Vigilant Citizen suggests  believes their intent may be darker, and

11  possibly related to the occult. These allusions to magic are not merely figurative. PSYOPS

12  extensively researched occult and supernatural phenomenons such as ESP (extra-sensory

13  perception) and remote viewing," Vigilant Citizen reports. "There was always a 'magical',

14  supernatural element to PSYOPS. The 4th Psychological Operations Group has a Task & Purpose

15  report which is a master class in psychological warfare. A big part of the attackers psychological

16  operations is creating persuasive fake news media. One wonders who Americans should be most

17  afraid of: foreign powers or their own government.

18

19     Law enforcement agencies, intelligence agencies and private investigators have identified

20  these attackers complicit in this matter.

21     A lifetime analysis of the published work, payments and who paid them, often via covert

22  payment routes, conducted at an FBI-level of research, reveals some pretty interesting illicit and

23  overt connections between all of them. For example, the following chart shows a typical money-

24  laundering, tax and government surveillance evasion system for one of the attackers:

25

26

27

28



*Figure 1: ONE OF A VAST NETWORK OF MONEY LAUNDERING, TAX EVASION, KILL SERVICE OPS NETWORKS*



*Figure 2: THERE ARE THOUSANDS OF BANKING RECORDS THAT SHOW THAT GAWKER AND GOOGLE TRADED CASH FOR KILLS*

16-11700-smb   Doc 769-8   Filed 02/17/17   Entered 02/17/17 18:10:48   Exhibit H -
Refund Application   Pg 5 of 8

**Form 1120 — U.S. Corporation Income Tax Return — 2014**

For calendar year 2014 or tax year beginning , ending

EXTENSION GRANTED TO 09/15/15

OMB No. 1545-0123

Department of the Treasury
Internal Revenue Service

Name: GAWKER MEDIA LLC
Number, street, and room or suite no. If a P.O. box, see instructions.
114 FIFTH AVENUE, FLOOR 2
City or town, state, or province, country and ZIP or foreign postal code
NEW YORK, NY  10011

B Employer identification number

C Date Incorporated  06/01/2004

D Total assets  $ 21,692,879.

| Income | | |
|---|---|---|
| 1a Gross receipts or sales | 1a | 47,134,479. |
| b Returns and allowances | 1b | |
| c Balance. Subtract line 1b from line 1a | 1c | 47,134,479. |
| 2 Cost of goods sold (attach Form 1125-A) | 2 | |
| 3 Gross profit. Subtract line 2 from line 1c | 3 | 47,134,479. |
| 4 Dividends (Schedule C, line 19) | 4 | |
| 5 Interest   SEE STATEMENT 1 | 5 | 357. |
| 6 Gross rents | 6 | |
| 7 Gross royalties | 7 | |
| 8 Capital gain net income (attach Schedule D (Form 1120)) | 8 | |
| 9 Net gain or (loss) from Form 4797, Part II, line 17 (attach Form 4797) | 9 | |
| 10 Other income (attach statement)   SEE STATEMENT 2 | 10 | 100,759. |
| 11 Total income. Add lines 3 through 10 | 11 | 47,235,595. |

| Deductions | | |
|---|---|---|
| 12 Compensation of officers (attach Form 1125-E) | 12 | 960,299. |
| 13 Salaries and wages (less employment credits) | 13 | 21,534,818. |
| 14 Repairs and maintenance | 14 | |
| 15 Bad debts | 15 | 11,749. |
| 16 Rents | 16 | 893,866. |
| 17 Taxes and licenses   SEE STATEMENT 3 | 17 | 1,675,133. |
| 18 Interest | 18 | |
| 19 Charitable contributions | | |

*Figure 3: THERE ARE TENS OF THOUSANDS OF BANK, SEC, FINCEN, IRS AND OTHER RECORDS PROVING THE CASH MOVING THROUGH THESE EFFORTS WAS HUGE AND CAME FROM GOVERNMENT CONTACTS*



*Figure 4: THIS SHOWS THAT ONE OF THE ATTACKERS CLEARLY SELLS HIS SERVICES ON FACEBOOK AS AN "ASSASSIN"*



**EXHIBIT H-2**

**INTENTIONALLY DELETED**

*Figure 5: ONE ATTACKER PAYMENT SCHEME HAD OVER 980 PASS POINTS VIA SHELLS, TRUSTS AND MONEY DROPS*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

While the thousands of graphics, that forensic investigators have acquired, provide a good visual tale of the crimes, corruption and attacks, the following text description of an FBI-level investigation is even more shocking. It is important to keep in mind that U.S. Government officials faxed, emailed, U.S. mailed and delivered the character assassination materials to their target's employers, family, friends, associates, fiance and others, in order to maximize the harm to the targeted citizens.

All of the attackers got paid cash, stock perks, job advancements and other compensation. Here are some of the ways they hid the compensation transfers:

- *"Based on publicly available FEC records, repeatedly throughout the 2016 presidential campaign, HVF would purportedly transfer funds to its constituent political committees, which included between 34 and 40 state parties," the complaint states. "On the very same day each of these transfers supposedly occurred, or occasionally the very next day, every single one of those state parties purportedly contributed all of those funds to the DNC."*

- *In New York City, No. 9 East 71st Street is a well-known sex mansion used to pay off politicians and operatives via sex favors*

- *On Nov. 8, Craig B. Hulet, a well known and highly respected analyst on government policy, terrorism, and international relations, spoke on Coast to Coast AM regarding the growing scandal involving a lawsuit against the Federal Reserve, major banks, and many members of the Bush and Obama administrations.  During his one hour interview, Hulet offered the assessment that many members of the Obama cabinet, including Hillary Clinton, Timothy Geithner, and Eric Holder, were resigning their offices due to their potential roles in the TARP money laundering lawsuit.*

1
2
3
4
5
6
7
8
9
10
11

- *Attorney General Jeff Sessions encouraged the DOJ to reopen the Uranium One case. This indictment may be a byproduct of their investigation into the Clinton Foundation and Russia. Fitton doesn't think it's coincidental that the DOJ under Obama was "hiding this in plain sight from the American people", and certainly hiding "key elements" from congress.  Then the DOJ under "Jeff Sessions responds by saying we're going to take another look at this.  There's a new indictment to follow up on the indictment that is already out there, or a conviction... from 2015." According to Fitton, this is a follow-up investigation that started in Little Rock Arkansas.  Both the FBI and the Attorney General are looking into pay to play allegations on the part of the Clinton Foundation. "One would hope Uranium One is part of it."  He claims there were tens of millions of dollars that were laundered by the Russians through the Clinton Foundation.*

12
13
14
15
16
17

- *The Committee to Defend the President, a political action committee, filed its complaint with the FEC on Monday with the allegations that the Hillary Victory Fund (HVF) solicited cash from big-name donors, including Calvin Klein and "Family Guy" creator Seth MacFarlane -- money that was allegedly sent through state chapters and back to the DNC before ending up with the Clinton campaign.*

18
19
20
21
22
23
24
25
26
27
28

- *The FBI and FINCEN found that attacker David Brock, a professional cyber attacker and media assassin, has 7 non-profits, 3 Super PACs, one 527-committee, one LLC, one joint fundraising committee, and one unregistered solicitor crammed into his office in Washington DC. Uncovered records expose a constant flow of money between these organizations. The Bonner Group, his professional solicitor, works off a commission.  Every time money gets passed around, Bonner receives a 12.5% cut. It appears that Brock has been passing around donations quite a bit, giving The Bonner Group a handout each time. In 2014, Media Matters for America raised $10,021,188. The Bonner Group was credited for raising these funds. Media Matters paid them a $1,147,882 commission. That same year, Media Matters gave a*

*$930,000 cash grant to David Brock's Franklin Education Forum, an organization that shares office space with Media Matters. In 2014, the Franklin Education Forum reported $994,000 in total contributions.  93.6% of that total came from Media Matters! Surprisingly, though, the Franklin Education Forum gave full credit to Bonner for raising that money. They paid the fundraiser a $124,250 commission in 2014! As all of these groups exist within Brock's DC office, it would be difficult for him to claim he had no idea this was going on. The report continues:  Furthermore, the New York Times reports that David Brock shares a summer rental in the Hamptons with Mary Pat Bonner, the President of the Bonner Group!*

The above quoted sections of investigations are not the exception but, rather, the rule in money-laundering and covert payola to attackers. We have over 200,000.. let me repeat, OVER TWO HUNDRED THOUSAND OTHER EXAMPLES OF THESE ILLICIT PAYMENT SCHEMES TO POLITICAL AND ANTI-COMPETITION ATTACKERS FINANCED, SUPPORTED, ENABLED AND OPERATED BY THE U.S. GOVERNMENT! These payments occer in government offices DAILY! Government officials do not halt these methods, stop stock ownership by politicians, or delay this money laundering because THEY PROFIT FROM IT. That is WRONG, ILLICIT, CRIMINAL and a VIOLATION OF THE BASIC PRECEPTS of AMERICA!

A lifetime analysis of the published work, payments and who paid them, often via covert payment routes, conducted at an FBI-level of research, reveals some pretty interesting illicit and overt connections between all of them.

**THE NAMES OF THE ATTACKERS**

These are the people that the tech oligarchs, The White House and U.S. Senators hire to end

your life if you report their crimes. It should be against the law for these cyber assassination kill services to even exist, but Congress won't outlaw them because Senators use them every day. If they can do the things they do, to you, then it must be legal to do the same things back to them. While they spend millions of dollars and get paid millions of dollars to destroy you, the average person only has a fraction of that money, if any at all, to fight back with. Since they are hired to destroy you, you have every right to destroy them...as long as you do it legally and in the most creative and insidious ways possible. In payback for accepting compensation for trying to destroy you and your family, they must be hunted and tracked for the rest of their lives! Criminal referrals and RICO charges appear to have been filed against every party on this list:

- **A.J. Delaurio** – Defamation-for-sale blogger

- **Acronym**

- **Adam Dachis** – Defamation-for-sale blogger

- **Adam Weinstein** – Defamation-for-sale blogger

- **Adrian Covert** – Defamation-for-sale blogger

- **Adrien Chen** – Defamation-for-sale blogger

- **Al Mottur and Manuel Ortiz, Brownstein Hyatt Farber Schreck**

- **Alan Henry** – Defamation-for-sale blogger

- **Albert Burneko** – Defamation-for-sale blogger

- **Alex Balk** – Defamation-for-sale blogger

- **Alexander Pareene** – Defamation-for-sale blogger

- **Alexandra Philippides** – Defamation-for-sale blogger

- **Allison Spinner**

- **Allison Wentz** – Defamation-for-sale blogger

- **Alphabet** - Privacy abuser, spy-on-the-public, Fake News election rigger

- **American Independent Foundation** - Attack service

- **American Ledger** - Attack service

- **AmpliFire News** - News attack media network

- **American Bridge** - Spy service and attack service processor

- **American Bridge 21st Century Foundation Group** - Experts at separating rich

people from their cash to fund attacks

- **Andrew Collins** – Defamation-for-sale blogger

- **Andrew Magary** – Defamation-for-sale blogger

- **Andrew McCormack**

- **Andrew Orin** – Defamation-for-sale blogger

- **Andy Barbour, Smith-Free Group**

- **Andy Bechtolsheim** – VC- Insider campaign backer

- **Aneesh Chopra**

- **Angelica Alzona** – Defamation-for-sale blogger

- **Anna Merlan** – Defamation-for-sale blogger

- **Ariana Cohen** – Defamation-for-sale blogger

- **Arnold Schwarzenegger** – Outrage media operative

- **Ashley Feinberg** – Defamation-for-sale blogger

- **Austin Lau**

- **Ava Gyurina** – Defamation-for-sale blogger

- **Barack Obama** – Chicago politician who hired 70% of the attack services available

- **Barry Petchesky** – Defamation-for-sale blogger

- **Bill Daley** – White House strong-arm who pushed attack services at White House

- **Bill Gurley**

- **Bill Lockyer** – Calif State finance head

- **Black Cube** - Private Mossad attack service

- **Brendan I. Koerner** – Defamation-for-sale blogger

- **Brendan O'Connor** – Defamation-for-sale blogger

- **Brent Rose** – Defamation-for-sale blogger

- **Brian Goncher** – Deloitte VC intermediary that worked Big Tech mafia

- **Brian Hickey** – Defamation-for-sale blogger

- **Buzzfeed** - Attack service that convinces naive soyboys to write news clips

- **Cambridge Analytica** - Attack service, keeps changing name

- **Camila Cabrer** – Defamation-for-sale blogger

- **Carl Gordon**

- **Cardinal & Pin**e - Attack service

- **Chad Hurley**

- **Cheryl Sandberg** – Facebook attack boss, reports to Larry Summers, dates

Activision CEO

- **Choire Sicha** – Defamation-for-sale blogger

- **Chris Jennings**, Jennings Policy Strategies

- **Chris Mohney** – Defamation-for-sale blogger

- **Chuck Brain**, Capitol Hill Strategies Inc

- **Civis Analytics** – Social manipulation attack group

- **Clover Hope** – Defamation-for-sale blogger

- **Clearview AI** Face Tracking

- **Correct The Record** - Attack service

- **Covington & Burling** - Policy manipulation & appointee rigging lawyers

- **Courier Newsroom** - Attack service

- **Daniel Cohen** – DOE Legal maniupulation counsel

- **Daniel Morgan** – Defamation-for-sale blogger

- **Daniel Jones** - Dianne Feinsteins media "hit man"

- **Dave McClure** – VC, Hell magnet

- **David Axelrod** – White House attack boss

- **David Brock** - Master of character assassination services

- **David Danielson**

- **David Drummond** – Lawyer/Lobbyist– Google, wife cheater

- **David Matthews** – Defamation-for-sale blogger

- **David Mott**

- **David Plouffe** – White House money packager & election rigger

- **David Prend**

- **David Sacks**

- **David Sandalow**

- **Debbie Wasserman Schultz** - Attack politician advisor, election rigger

- **Denis McDonough** – White House attack coordinator

- **Diana Moskovitz** – Defamation-for-sale blogger

- **Dianne Feinstein** – California politician who hired huge numbers of attack services

- **Draper - Fisher** – VC firm (Campaign funder who received massive windfalls from Russian mining & tech start-up rigging)

- **Eleanor Shechet** – Defamation-for-sale blogger

- **Elizabeth Spiers** – Defamation-for-sale blogger

- **Elizabeth Starkey** – Defamation-for-sale blogger

24

- **Elon Musk** – Attack boss, has CIA staff and Mercs on payroll to attack others

- **Emerson Collective** - Steve Job's cash deployer for political intrigues

- **Emily Gould** – Defamation-for-sale blogger, sounds like an idiot on Jimmel Kimmel interview

- **Emily Herzig** – Defamation-for-sale blogger

- **Emma Carmichael** – Defamation-for-sale blogger

- **Eric Holder** – Attorney General- DOJ, indicted by Congress for contempt, ran cover-ups

- **Eric Paley**

- **Eric Schmidt** – Owner- Google. Jigsaw Boss, Dr. Strangelove level of sociopathy

- **Erin Ryan** – Defamation-for-sale blogger

- **Ethan Sommer** – Defamation-for-sale blogger

- **Eyal Ebel** – Defamation-for-sale blogger

- **Facebook** - Privacy abuse, spy-on-the-public, Fake News election rigger

- **Fusion GPS** – Defamation attack and journalist bribery service

- **Gabriel Burt**

- **Gabrielle Bluestone** – Defamation-for-sale blogger

- **Gabrielle Darbyshire** – Defamation-for-sale blogger and attack services director

- **Gawker Media** – DNC/Clinton/Obama character assassination media tool

- **Georgina K. Faircloth** – Defamation-for-sale blogger

- **Gilman Louie** – VC, founder of IN-Q-Tel spy service

- **Gizmodo** – DNC/Clinton/Obama character assassination media tool

- **Goldman Sachs** – Financial packager (Suspected of staging most of the TARP/DOE deals for personal gain & insider payouts - Elon Musk's stock manipulation partner

- **Google, Inc.** – Data harvesting company(Ran media attacks, stock market pump and dump PR hype and character assassinations - amplifies attacks by the others on this list and locks those attacks at the top of every search result for a fee

- **Gregory Howard** – Defamation-for-sale blogger

- **Greylock Capital** – Silicon Valley Insider trading operator focused on election manipulation

- **Hamilton Nolan** – Defamation-for-sale blogger

- **Hannah Keyser** – Defamation-for-sale blogger

- **Heather Deitrich** – Defamation-for-sale blogger

- **Heather Podesta**, Heather Podesta + Partners

- **Hopewell Fund** - Attack service

- **Hudson Hongo** – Defamation-for-sale blogger

- **Hugo Schwyzer** – Defamation-for-sale blogger

- **Hunter Slaton** – Defamation-for-sale blogger

- **Ian Fette** – Defamation-for-sale blogger and Google, Gawker, Jalopnik, Gizmodo media assassin

- **In-Q-Tel, Inc.** – CIA off-shoot

- **Investing in US**

- **Ira Ehrenpreis** – VC Campaign backer

- **Irin Carmon** – Defamation-for-sale blogger

- **Jalopnik** – Online defamation facade political publication. Pretends to be about cars but is hit job rag

- **James Brown Jr** – HHS Programming lead in California (Arrested for corruption)

- **James J. Cooke** – Defamation-for-sale blogger

- **James King** – Defamation-for-sale blogger

- **Jared Cohen** – Google boss and international political manipulator

- **Jared Birchell** - Elon Musk's attack dog

- **Jawed Karim**

- **JigSaw Operations** within the Google Cartel - Attack service

- **Hunter Biden**

- **Jay Carney** – White House press attack plots coordinator

- **Jeff Berman and David Russell**, Bryan Cave

- **Jeff Lieberman**

- **Jeff Peck,** Peck, Madigan, Jones & Stewart

- **Jeffrey Zients**

- **Jennifer Ouellette** – Defamation-for-sale blogger

- **Jeremy Stoppelman**

- **Jesse Oxfeld** – Defamation-for-sale blogger

- **Jessica Cohen** – Defamation-for-sale blogger

- **Jesus Diaz** – Defamation-for-sale blogger

- **Jillian Schulz** – Defamation-for-sale blogger

- **Jim Blanchard and Ilia Rodriguez**, DLA Piper

- **Jim Breyer** – VC and CIA intermediary

- **Jim Goetz**

- **Joanna Rothkopf** – Defamation-for-sale blogger

- **Joe Lonsdale** – VC, famous for rape and abuse scandal and domestic spying via

Palantir

- **Joe Rhodes** – White House shill

- **Joel Johnson,** The Glover Park Group

- **Johanna Shelton** - Google's White House manipulator

- **John Cook** –  Defamation-for-sale blogger and director of media assassins group

- **John Doerr** – Owner – Kleiner Perkins. Tech Mafia "Godfather"

- **John Herrman** – Defamation-for-sale blogger

- **John Lindfors**

- **John Podesta** – White House attack adviser

- **John Raffaelli**, Capitol Counsel

- **Jonathan Silver** – DOE VC (Sent packing/fired/forced to resign)

- **Jordan Sargent** – Defamation-for-sale blogger

- **Joseph Keenan Trotter** – Defamation-for-sale blogger

- **Josh Ackil and Matt Tanielian**, Franklin Square Group

- **Josh Kopelman**

- **Josh Stein** – Defamation-for-sale blogger

- **Joshua Wright**

- **JP Gan**

- **Julia Allison** – Defamation-for-sale blogger

- **Julianne E. Shepherd** – Defamation-for-sale blogger

- **Julie Domenick**, Multiple Strategies LLC

- **Justin Hyde** – Defamation-for-sale blogger

- **Kamala Harris** – Defamation-for-sale hiring boss

- **K2 Intelligence** - Kill service

- **Kate Dries** – Defamation-for-sale blogger

- **Katharine Trendacosta** – Defamation-for-sale blogger

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

- **Katherine Drummond** – Defamation-for-sale blogger

- **Kathy Zoi** - DOE Quid Pro Quo operator

- **Keith Rabois** -VC

- **Kelly Stout** – Defamation-for-sale blogger

- **Ken Alex** – Adviser to Jerry Brown

- **Ken Duberstein and Marti Thomas**, The Duberstein Group

- **Ken Howery** – VC

- **Kerrie Uthoff** – Defamation-for-sale blogger

- **Kevin Draper** – Defamation-for-sale blogger

- **Kleiner Perkins** – Campaign funding VC - hires many attack services

- **Kroll** - Private CIA and attack services

- **Lacey Donohue** – Defamation-for-sale blogger

- **Lachlan Seward** – Energy Department gatekeeper for White House insiders

- **Larry O'Brien**, OB-C Group

- **Larry Page** – Google Boss accused of stealing technology for Google

- **Larry Summers** – VC and Facebook covert advisor

- **Licy Do Canto**, The DoCanto Group

- **Lisa Kountoupes**, Kountoupes Consulting

- **Lloyd Craig Blankfein** – VC and Sachs boss

- **Lucy Haller** – Defamation-for-sale blogger

- **Luke Malone** – Defamation-for-sale blogger

- **Luke Nosek**

- **Madeleine Davies** – Defamation-for-sale blogger

- **Madeline Davis** – Defamation-for-sale blogger

- **Marc Andreessen** - VC who has a kill-them-all process towards competitors

- **Mario Aguilar** – Defamation-for-sale blogger

- **Mario Rosatti** – VC

- **Mark Isakowitz**, Fierce, Isakowitz and Blalock

- **Mark Kadesh**, Kadesh & Associates

- **Mark Zuckerberg** – Facebook Boss

- **Martin LaGod** - VC Firelake Cap

- **Marty Paone**, Prime Policy Group

- **Mary Meeker** – VC

- **Matt Hardigree** – Defamation-for-sale blogger

- **Matt Novak** – Defamation-for-sale blogger

- **Matt Rogers** – VC and pass-through conduit

- **Max Levchin** -VC

- **Mckinsey Consulting** – The firm you hire to rig white papers and insider hires in government positions for the Palo Alto Mafia

- **Media Matters** - Attack service

- **Megan Smith**

- **Melissa Schulman**, The Bockorny Group

- **Michael Ballaban** – Defamation-for-sale blogger

- **Michael Dobbs** – Defamation-for-sale blogger

- **Michael Eisenberg**

- **Michael Sussmann** – attack operative

- **Michael Moritz** -VC

- **Michael Spinelli** – Defamation-for-sale blogger

- **Mikey Dickerson**

- **Mitch Feuer and Robert Griner**, Rich Feuer Group

- **Morrison and Foerster**

- **MotiveAI** - Digital attack and media manipulation service

- **Nancy Pelosi** – California politician who hires many attack services

- Nathan Parker

- **Neal Ungerleider** – Defamation-for-sale blogger

- **New America Foundation**

- **New Venture Fund** - Tricks rich people into financing attack services

- **Neerag Agrawal**

- **Nicholas Aster** – Defamation-for-sale blogger

- **Nicholas Guido Denton** – Defamation-for-sale blogger and head of the Gawker, Gizmodo, Jalopnik sleaze tabloid empire - Takes kill orders directly from White House, Elon Musk and Larry Page

- **Nick Cook** - Gawker attack services coordinator

- **Omar Kardoudi** – Defamation-for-sale blogger

- **Open Society** - George Soros own attack provider service and news manipulation outlet

- **Orbis Business Intelligence** - Attack service

- **Owen Thomas** – Defamation-for-sale blogger

- **Pacronym** - Election manipulation and attack service

- **Pantsuit Nation** - Election manipulation service

- **Palantir** - Peter Thiel's spy agency, private CIA

- **Patrick George** – Defamation-for-sale blogger and Character Assassination expert

- **Patrick Laffoon** – Defamation-for-sale blogger

- **Patrick Redford** – Defamation-for-sale blogger

- **Perkins Coie** – Campaign conduit law firm, attack and spy service

- **Peter Fenton**

- **Peter Thiel** – VC and Elon Musk boyfriend

- **Pierre Omidyar** – Defamation-for-sale blogger

- **Plouffe Consulting** - Talks rich people into funding attacks and election rigging

- **PR Firm Sunshine Sachs** - Attack service

- **Priorities USA** - Attack service

- **Rahm Emanuel** – White House boss, loves attack services

- Raj Gupta – VC, arrested

- **Rakesh Saxeena** – Canadian in-house arrest, arms dealer, western political packager

- **Ray Lane** – VC, under IRS investigation

- **Reid Hoffman** – VC and sex.com partner with Gary Kremen, also match.com

- **Rhod Shaw**, The Alpine Group

- **Rich Juzwiak** – Defamation-for-sale blogger

- **Richard Blakely** – Defamation-for-sale blogger

- **Richard Rushfield**– Defamation-for-sale blogger

- **Robert Finger**– Defamation-for-sale blogger

- **Robert Gibbs** – White press office head, ordered the hiring of attack services

- **Robert Raben**, The Raben Group

- **Robert Sorokanich** – Defamation-for-sale blogger

- **Roelof Botha**

- **Rory Waltzer** – Defamation-for-sale blogger

- **Rosa Golijan** – Defamation-for-sale blogger

- **Russel Simmons**

- **Ryan Brown** – Defamation-for-sale blogger

- **Ryan Goldberg** – Defamation-for-sale blogger

- **Sam Faulkner Biddle** – Defamation-for-sale blogger, Runs a large part of the Anti-
GOP blog programs

- **Sam Woolley** – Defamation-for-sale blogger

- **Samar Kalaf** – Defamation-for-sale blogger

- **Sanjay Wagle** – VC

- **Sarah Ramey** – Defamation-for-sale blogger

- **Scott Shleiffer**

- **Sergy Brin** – Google boss involved in sex scandal

- **Shannon Marie Donnelly**– Defamation-for-sale blogger

- **Shadow Inc** - Attack Service

- **Shareblue** - Attack Service

- **Sid Blumenthal** - Creator of Attacks-As-Service concept

- **Shep McAllister** – Defamation-for-sale blogger

- **Sixteen Thirty Fund** - Tricks rich people into financing attacks

- **Sophie Kleeman** – Defamation-for-sale blogger

- **SpaceX** – Domestic spy satellites spy on consumers

- **States Newsroom** - Media attack network

- **Secondary Infektion** - Blogger attack service

- **Stephen Totilo** – Defamation-for-sale blogger

- **Steve Chen**

- **Steve Elmendorf and Jimmy Ryan,** Elmendorf Group

- **Steve Jurvetson** – VC embroiled in sex abuse charges

- **Steve McBee**, McBee Strategic

- **Steve Perry and Andy Wright,** Dutko Grayling

- **Steve Rattner** – White House car czar, indicted for fraud

- **Steve Spinner** – Energy Department manipulation expert, Wife was Solyndra's lawyer before the FBI raid

- **Steve Westly** – VC that financed Obama campaign

- **Steven Chu** – Secretary of Energy – The most corrupt in US history

- **Stratfor Intelligence Services** - Spy and attack service

- **Supermajority News** - Attack service

- **Tamar Winberg** – Defamation-for-sale blogger

- **Taryn Schweitzer** – Defamation-for-sale blogger

- **Taylor McKnight** – Defamation-for-sale blogger

- **Ted Schlein**

- **Tesla Motors** – Car Company that conduits money to campaigns

- **The Groundwork** – Social manipulation group

- **The Americano**

- **The Agency** - Massive network of attack bloggers based out of Russia

- **The X** - Attack network Elon Musk uses that creates fake fanboys on Twitter, Facebook, Instagram, Google, etc.

- **Think Progress**

- **Thomas Jolly,** Jolly/Rissler

- **Thorin Klosowski** – Defamation-for-sale blogger

- **Tim Draper** – VC

- **Tim Marchman** – Defamation-for-sale blogger

- **Timothy Burke** – Defamation-for-sale blogger

- **Tobey Grumet Segal** – Defamation-for-sale blogger

- **Todd Park** – IT manipulator inside White House

- **Tom Ley** – Defamation-for-sale blogger

- **Tom O'Donnell**, Gephardt Government Affairs Group

- **Tom Scocca** – Defamation-for-sale blogger

- **Tom Steyer** – VC

- **Tomorrow Ventures** – Social manipulation group

- **Tony Podesta**, Podesta Group

- **Twitter** - Biased media manipulation service

- **Tracy Spicer,** Avenue Solutions

- **Veronica de Souza** – Defamation-for-sale blogger

- **Viktor Vekselberg** – Russian man who hires many services

- **Vinod Khosla** -VC

- **Wes Siler** – Defamation-for-sale blogger

- **WikiStrat** - Attack service

- **William Haisley** – Defamation-for-sale blogger

- **William Turton** – Defamation-for-sale blogger

- **Wilson, Sonsini, Goodrich and Rosatti** - Attack lawyers

- **Wordpress.org** - Censors or deletes any site that speaks against Nancy Pelosi directives, Soros funded

- **Yasmin Green** - Google's Anti-arab

- **YouTube** - Media manipulation attack service

- **Undercover Global Ltd** - Attack service

- **Versa LLC** - Attack service

Congressional and FEC investigators have a big question here. The big question is: If the

people, above, are manipulating public elections with information trickery: IS THAT TREASON?

Because almost every one of them _coordinated_ to attack others and their businesses, they

broke the RICO Racketeering and anti-trust laws in America! In an FBI interview, it is believed that

every person on this list would be implicated in charges when asked, under oath: "*ARE YOU, OR

HAVE YOU EVER HIRED, A CYBER ATTACKER?*"

These were not just 'some people' who wrote something mean on a Facebook post. They

had exclusive publishing resources on a national and global network that they systematically, and in

a highly coordinated manner, operated on in exchange for compensation, to harm and attack

specific targets that they were instructed to harm.

More names will be forthcoming as investigators complete their reviews.

ATTACKERS Daniel Jones, Michael Sussmann, Nicholas Guido Denton, John Herrman, Adrian

Covert, Media Matters, John Cook, Ian Fette, Gabrielle Darbyshire, Patrick George, Eric Schmidt,

Jay Carney and David Axelrod have already been placed under federal surveillance for some time.

TARGET will request their case records from the FBI, FINCEN, Interpol, The NSA, The IRS, their

banking and stock market accounts, and other sources, which will prove the assertions about their

attacks, who hired them and the top-level command-and-control authority over their actions.

**THE REPRISAL ATTACK TOOLS USED ON AMERICAN CITIZENS – THE
ATTACKERS PLAY-BOOK:**

**HARM #1: MANIPULATION AND BLOCKADE OF TARGET's EARNED GOVERNMENT FUNDS**

In a typical reprisal case a Plaintiff (also known as a "TARGET") applied for government SSDI and a HUD home certificate. SSA stated that all of TARGET's disabling conditions existed but that TARGET must confirm they will last more than a year. TARGET's SSDI and HUD certificate were blockaded by Pelosi and Feinstein in reprisal for TARGET helping law enforcement on anti-corruption investigations that involved Pelosi, Feinstein and their political financial backers.

California Senators, all of whom have vast documented court and news report records of hiring attackers from spy agencies for reprisal attacks on whistle-blowers, used their resources to stop all funding in the TARGET's SSDI funding as reprisal for whistle-blowing.  They got SSA to say that TARGET WAS permanently disabled, but that because he could not work, he lost his SSA credits waiting the one year and one day that SSA required to prove that his disabilites would last longer than a year. Dianne Feinsteins own staff and family, who had cohabitated with TARGET, confessed to these 'dirty-tricks' actions as reprisal for TARGET's testimony accidentally cutting off $120 million+ of potential profit the family expected. Her staff have been exposed by CIA staff as "*the masters of dirty tricks reprisals...even as good as the ones we (THE CIA) pull off..*"

Another time, a TARGET applied for his HUD Mortgage coupon. He was forced to wait 15+ years and he still has not received it after over 100 inquiries as to the status. City and County officials have stated that they have "never seen it take so long". According to all experts, the only way it could have been stone-walled this long is if a public official (ie Feinstein, Pelosi, Harris...) had ordered it slow-walked as part of the politial reprisal attacks on TARGET. Three different counties have checked on this and said that TARGET's records 'went missing" in a Lois Lerner type of error set.

The cut-off of TARGET's finances and benefits coincides, exactly, with his whistle-blower testimony AND to the reprisal threats and promises by THE ONLY PEOPLE IN THE WORLD capable of accomplishing such state-sponsored attacks. The ATTACKERS were the only entity with the means, the motivation and the proven history of such actions on a regular historical basis.

Feinstein's current and former staff members (See the Dossier on Daniel Jones) (See the fact

1    that TARGET lived with, dined with and partied with her family and senior staff) have stated that

2    the Feinstein and Pelosi offices commonly order citizens government funding to be cut off as

3    political reprisal. The White does it almost every other day. In this case they did it to TARGET at

4    least three times.

5        TARGET, had an industry standard pay rate of $10,000.00 per month, based on Salary.com,

6    his high highest recorded salary and accomplishment records in Silicon Valley contrasted with the

7    salaries of less experienced executives at Google, Facebook, Netflix and Tesla. The U.S.

8    Government states, via all of its agencies, that the minimum survivable cost-of-living in the Bay

9    Area is $3200.00 per month. By intentional actions of government officers, in reprisal, TARGET's

10   income was reduced to $300.00 per month for most of the past decades. Two SSA officials

11   confessed to assisting in hit jobs on him including Mario U from the San Mateo SSA office and an

12   official who worked at the San Francisco SSA office and who then went to work for a Senator who

13   assisted in the attacks on TARGET. When asked for TARGET's medical records SSA sent a huge

14   number of medical records for two strange women in massive violation of federal medical privacy

15   rights. The SSA Inspector General has shown TARGET thousands of cases of politicians using SSA

16   for political reprisal punishments. FBI IT experts and 'Black Hat' hackers can hack into every SSA

17   server in minutes and change records, files and decisions. Rahm Emanual, Nancy Pelosi and Dianne

18   Feinstein can do it with a single phone call. It should be noted by the Court that EVERY

19   background check file in AMERICA was hacked and stolen by China within a few hours and that

20   every hacking tool of the NSA and CIA was hacked by Russia and posted on the internet. It is

21   IMPOSSIBLE for anyone to ever assert that "nobody can hack SSA". That would be a remarkable

22   lie. In fact, TARGET has agency confimation that 95% of the Silicon Valley oligarchs entire family

23   tax records, stock accounts, political payments and payola and pretty much everything that would

24   destroy them, has been hacked and is in the hands of ICIJ (Panama Papers investigators),

25   Propublica, FINCEN and pretty much everybody they would not want to have it.

26        The TARGET has demanded that the Court order SSA to award TARGET his full SSDI

27   backpay from up to today, with interest, based on the fact that SSA was used to harm Plantiff as a

28   reprisal tool. The Inspector General has proven this happens regularly and hundreds of other

whistle-blowers are prepared to confirm this fact.

**HARM #2: THREATS OF DEATH AND ACTUAL MURDERS OF PEERS**

One TARGET has actually been attacked as enumerated below and has active cases with SFPD, FBI, OSC and other agencies. Twice TARGET's car was rammed. The first time the attacker performed a PIT maneuver, flipping TARGET's car onto the concrete median wall on the Freeway, causing massive damage. The attacker sped away. A car next rammed TARGET's parked car in front of his home and, at the same location, a man tried to drive has car through the fence into TARGET's cottage. Two other times, strangers pulled up along TARGET, pointed at him and yelled "*you are dead*". TARGET has received threats by email and voicemail and had dead animals tossed over his fence. Further proving the at-risk claims of TARGET. TARGET, and his peers, had contact with the following persons in the corruption case: *Rajeev Motwani; Gary D. Conley; Seth Rich; Philip Haney; David Bird; Doug Bourn; Misti Epstein; Joshua Brown; Kenneth Bellando; Moritz Erhardt; Imran Aliev; Kate Matrosova; David Drye; Vincent Foster; Kathy Ferguson; Duane Garrett; Eric S. Fox; Judi Gibbs; Berta Caceres; Suzanne Coleman; L.J. Davis; John Hillyer; Stanley Huggins; Sandy Hume; Shawn Lucas; Gary Johnson; John Jones; John F. Kennedy, Jr.; Stephen Ivens; Mary 'Caity' Mahoney; Eric Butera; Danny Casolara; John Ashe; Tony Moser; Larry Nichols; Joseph Rago; Ron Brown; Bob Simon; Don Adams; Peter Smith; Victor Thorn; Lori Klausutis; Gareth Williams; Daphne Caruana Galizia; James D Johnston; Dave Goldberg; Loretta Fuddy; Paul Wilcher; Gary Webb; Beranton J. Whisenant Jr; Stanley Meyer; Jon Parnell Walker; Tyler Drumheller; Barnaby Jack; Dominic Di-Natale; Barbara Wise; Ilya Zhitomirskiy; Jeff Joe Black; Robin Copeland; John Wheeler; Ashley Turton; Michael Hastings; Antonin Scalia; David Koschman; David Werner; Alex Okrent; Kam Kuwata; Larry Frankel;* **And hundreds more connected to this case who suddenly, and strangely, turned up dead in this case and, ironically, their deaths all benefit the suspects in this case….Rajeev Motwani** taught Google how to Google. Suddenly, in perfect health, he was found floating face-down, dead, in his Silicon Valley swimming pool. It helps certain people that he can no longer talk. **Gary D. Conley** was the CleanTech competitor to, and whistle-blower on, the

suspects. He was suddenly found with a bullet in his head behind Beale Air Force base. It helps certain people that he can no longer talk. He TOLD TARGET that someone from Google was going to kill him. Google programmer **Forrest Hayes**, who worked on Google search engine rigging, was suddenly found dead with the story that "he was overdosed by a Google hooker on his sex yacht". Google associate and Tesla Investments founder **Ravi Kumar** was also killed by his hooker. Deep Google investor VC liason and husband of Facebook executive **Cheryl Sandberg** was suddenly found dead with a hole is his head. The "official" story is that he was the first person in history to be killed by his treadmill. **David Bird** was the Wall Street Journal energy reporter who was working on a story that involved Cleantech energy connections of some of the suspects. He was working on a story about who controlled the modern energy industry and cleantech. He went for a walk and was found a long time later, dead, floating in a pond. It helps certain people that he can no longer talk. One **Mr. Breitbart** was a famous blogger, who railed on the web about the political manipulations of the suspects. Suddenly, he had a "heart attack" in his shower and died. It helps certain people that he can no longer talk on the blogs. Mr. **Karl Slym** , with Tata Motors was involved in a car deal with some of the suspects for one of the biggest Indian auto-makers. Suddenly he was a stain on the sidewalk, accomplished by his fall from the top of a skyscraper hotel. It helps certain people that he can no longer talk. **Doug Bourn**, The senior electrical engineer at Tesla (Google's covert partner), **Andrew Ingram** of Palo Alto, a top systems electrical engineer at Tesla; and **Brian M. Finn** the senior manager of interactive electronics, at Tesla, had deep knowledge of financial misdeeds and technical cover-ups at Tesla Motors. They were key parts of the Tesla operation. For some reason, they all got into a private airplane, in perfect health, and then the airplane plowed into the ground, killing all three at once. It helps certain people that they can no longer talk. They wrote, and helped describe, in Tesla's own federal patent filings, the fact that Tesla's batteries would kill you, maim you and/or burn your house down. Tesla did not realize this when they paid the federal patent filing fees. When Tesla, later realized this, they were forced to give all of their patents away for free. These three senior engineers had deep inside knowledge of the Tesla Motors operations. Their aircraft suffered an "Engineering failure". This case involves potential crimes by two Presidents of The United States, their staffs, U.S. Senators and the Silicon Valley oligarchs that financed and

controlled them, two wars and trillions of dollars of manipulated U.S. Treasury monies and stock marke monies. How could anyone think this was NOT a life-endanging situation for the TARGET?


**HARM #3:  THE GOVERNMENT DEFRAUDED A TARGET OVER AND OVER:**

Government agency bosses solicited a TARGET with false promises of future loans, carbon credit sales, billions of dollars of stock market valuation profits, contracts and/or grants from their agencies and caused the TARGET and his associates to expend millions of dollars and years of their time for projects which those government bosses had covertly promised to their friends. They used TARGET's 'nice guy' brand as a "smokescreen" to cover their illegal government slush-funds for TARGET's competitors and personal enemies who were OWNED by government officials. By using this tactic, the attackers drained the TARGET's funds and forced TARGET into an economic disaster, without the government bosses fearing any reprisal for their scam. The crony insiders made hundreds of billions of dollars in profit in the notorious Solyndra-type scandals as seen in the CBS 60 Minutes episode: "***The Cleantech Crash***", thousands of TV news segments and the related GAO and Congressional corruption reports.


**HARM #4: THE PLACING OF MOLES AND SPYING ON TARGET:**

White House financier Kleiner Perkins placed moles inside of TARGET's companies in order to sabotage, delay and misdirect operations. The moles were discovered to be staff of Kleiner Perkins. The main offices of Kleiner Perkins were broken into, per San Mateo County police reports, and records of corruption copied or duplicated by a state-sponsored intelligence agency entity, which provided further proof that Kleiner Perkins and the White House were exchanging Quid Pro Quo. Tom Perkins, one of the founders of Kleiner Perkins told TARGET that he was on "A government hit-list" for exposure the corruption of Silicon Valley titans and government executives. John Doerr, another partner, told one TARGET at a VC conference, that he will make sure the government kills off any effort to support fuel cells (which compete with his and Elon Musk's lithium batteries)

**HARM #5: BLOCKADES OF TARGET'S ACCESS TO LEGAL COUNSEL:**

The hired cyber assassins used every trick in the book to keep Targets from gaining equitable legal justice or representation because exposure of The ATTACKERS crimes would shame them Government officials and the federal agency: Legal Services Corporation (LSC corporation -A federal agency dedicated to providing legal services to citizens) blockaded TARGET's rights to legal representation in order to prevent TARGET's from personally suing the attackers because such a lawsuit would have embarrassed corrupt public officials. High tech law firms that were discussing a services agreement with TARGET's were threatened and ordered to not help TARGET's or "*they would be black-listed or be cut-off from tens of millions of dollars of Google, Netflix, Facebook and government contracts*". Individual lawyers were threatened with black-listing and getting "*flooded with more filings than you could ever respond to in your life-time...*" LSC officials, who were almost entirely Obama Administration associates, refused to assist with lawyer referrals. That is a violation of their federal contract with The U.S. Government. Every other possible lawyer had either 1.) been threatened, by the attackers, from representing the Plaintiff, 2.) contracted by the attackers so that they were conflicted from representing the Plaintiff, 3.), or intimidated by the attackers in one of many ways.


**HARM #6: HIRED CHARACTER ASSASSINATION AND DEFAMATION SERVICES THAT The ATTACKERS USED TO DESTROY TARGET'S LIFE**


In one case the attackers purchased over $30 Million dollars of attacks against the TARGET with Media Matters, The Gawker/Gizmodo Tabloid empire and Google.  It was equal in scope and cost the amount of money Bloomberg spent IN ONE WEEK to attack Presidential candidate Trump. A sophisticated animated attack film was produced by Google/Youtube and Nicholas Denton attacking TARGET's. An animated film is an expensive effort involving considerable time and expense. An attacker must be well financed to undertake such an effort. The film was published on YouTube and locked onto the very top search result line on every YouTube search in front of 7.5 billion internet users for over a decade. The damage to TARGET's reputation is estimated in the

tens of millions of dollars. YouTube steadfastly refused to remove or adjust the search results even though YouTube executives knew TARGET personally and knew that the video represented a character assassination attempt against TARGET. YouTube owners finance the political campaigns of the public officials who ordered the attacks. While Google/YouTube stated to Congress that all of it's search results are arbitrary, the never-moving search result of this attack video proved that Google's and YouTube's search results are manually manipulated by human maintained black-lists. The corrupt officials hired Nicholas Guido Denton and his character-assassination-for-hire sleazy tabloid publication empire known as Gawker Media AKA Gizmodo Media. They own Gawker, Gizmodo, Jalopnik and a number of fake news sites based in the USA and near-Russian regions. The offshore sites are used for money laundering and tax evasion. The FBI has been asked to interview and financially trace the payments and command-and-control orders back and forth between Nicholas Guido Denton and his attacker/operatives: Ian Fette, Adrian Covert, Nick Cook, Gabrielle Darbyshire, John Hermann, Patrick George, et al and Google. Forensic data proves that the attackers transferred payments and communications between each other to conspire, operate, produce and publish the articles, videos, blogs and server manipulations for the attacks against their victims around the world. These attacks resulted in billions of dollars of damages to the victims. The orders for these attacks can be traced back to The White House. This ended the TARGET's lives but created an enemy for the attackers that has lots of of investigator contacts and nothing to lose. Silicon Valley has caused the deaths of more children than any other entities. Harassment is harassment - whether it happens at school, at the playground, on the job, or on the internet. But online bullying is downplayed. Victims are stigmatized, mocked as oversensitive snowflakes who can't take a joke. Plenty of people are unwilling to accept that victims can be seriously hurt by this behavior. Internet harassment is not only real and damaging, it represents a threat to the most vulnerable among us: children. The attacker's Cyberbullying statistics show the high cost of online harassment. From increased depression and suicide rates to social anxiety and alienation, the pain and consequences of online harassment are as severe as they are undeniable. Imagine every new friend, potential date, your fiance', your bank, anybody.. typing your name on the internet and seeing that Google says that you are a scumbag. Nobody will ever talk to you, hire you or help you

1  ever again. Google, Gawker and Gizmodo are now known to partner together on character

2  assassination efforts. One of their bloggers hired to "kill" TARGET even advertises himself on

3  Facebook, globally, as an assassin-for-hire. TARGET has acquired the banking records of these Co-

4  conspirators showing that they, and the U.S. government wired millions and millions of dollars

5  between each other for these "spy agency" dirty tricks hit jobs.

6       Google knew one TARGET personally. The TARGET went to school and events with the

7  founders. It was a lie for Google and YouTube to say over-and-over that they never heard of

8  TARGET so they "can't remove the attacks because it is 'just how their algorithm works'…" The

9  founder's teacher: Rajeev Motwani, revealed to TARGET that Google manually sets all of their key

10 search results BY HAND. Rajeev died ~~was murdered~~ for telling the truth about Google's insidious

11 plans and internet manipulations. Investigators suspect shell fish toxin or a reverse taser-like

12 electronic heart-attack inducing defibulator device was used to kill him.

13      TARGET's charges proved that Google manually rigs search results based on cronyism and

14 that Google/YouTube lied to Congress about not doing so. This allowed TARGET to drive U.S.

15 agencies and State AG's to sue Google/Alphabet/Youtube for being lying, manipulate, society-

16 abusing, child-killing, monopolistic monsters.        Even though the Google/Gawker/Gizmodo

17 produced and hosted attack articles and animated videos were completely discredited as a

18 "*character assassination hatchet job paid for by politicians*"; by every known expert, The

19 ATTACKERS still post them on their servers with hidden "P8" codes covertly embedded in the

20 search engines to trick the public, in front of 7 billion internet readers as "payback", in order to

21 operate their reprisal attacks. No other servers or publishers in the world host and lock this attack

22 media on their search results EXCEPT The ATTACKERS MEDIA COMPANIES. This ALONE

23 would seem to prove that The ATTACKERS did the harms that they are charged with doing as The

24 ATTACKERS are the only ones running, hosting and operating the attacks on TARGET on all of

25 Earth!

26

27      TARGET has, over and over, demanded that the FBI, POLICE, FINCEN and other

28 enforcement investigators reveal what they discovered when they traced the compensation routes

and command-and-control management of these attackers. ***TARGET demands that this Court order the FBI, FINCEN and the NSA to reveal those compensation path records on the attackers from their investigations.***

One might wonder why it has been so hard to get this information from the authorities. If the FBI reveals that the path-of-compensation goes from Adrian Covert, Nicholas Guido Denton and John Herrman right to the Oval Office in the White House, then the question is asked and answered. White House staff members Jay Carney, David Axelrod and Robert Gibbs have said "maybe". White House staff insider Jofi Joseph has said "without a doubt". Rahm Emanual's White House staff say that, while in the White House, Rahm ordered all kinds of hit-jobs on whistle-blowers.

Gawker Media and Gizmodo Media have engaged in the origination of, production of and global broadcast of compensated character assassination videos and articles as a reprisal-service-for-hire (like Fusion GPS, Black Cube, Black Water and other related services) because we were FBI and GAO witnesses against Gawker and Gizmodo financiers. As 1.) the only publishing group on Earth to have engaged in such attacks and 2.) since the attacks were financed by complainants business competitors and 3.) since adversaries own staff have admitted to the scheme and 4.) since communications, FBI records and previous litigation records prove complainants assertions, complainants are justified in their demands.

The attacks and broadcast of multiple defamation attack articles and videos by Gawker Media, Google, YouTube and Gizmodo Media has been operating as recently as this today, thus the statutes of limitations are not exceeded. Well known U.S. government political figures and political financiers hired Gawker Media, Gizmodo Media and "Nick" Denton to undertake these ongoing attacks and to manipulate web servers to operate those attacks globally and permanently. The attackers hired Gawker Media, Gizmodo Media, "Nick Guido Denton", Univision/Unimoda, Google and YouTube (essentially all the same people) to engage in reprisals because of the TARGET's testimony against the Cartel in federal investigations and because the TARGET had

superior technologies that the attackers could not compete with. Transaction documents showing

payments between the "bad guys" in this case, were recently uncovered in other court cases.

Defendant adversaries produced a series of videos and defamation articles and used internet

server technology tricks to place those attack materials in front of 7.5+ billion people day after day,

year after year, refreshing the attack daily. This is, essentially, a "hit-job" service that Univision

provides as a side gig through it's TV networks and it's offensive tabloid brands of: Gizmodo,

Jalopnik, Jezebel, Gawker and other Univision/Unimoda assets along with it's partnership with

Google for the operation of such attacks. "Univision uses this service as a political-payback tool for

politicians as well as an anti-trust violating anti- competition tool for its clients", claim TARGET's.

The TARGET's are informed and believe and, based on that information and belief, allege that the

named The ATTACKERS herein and each of the parties designated as a "DOE" and every one of

them, are legally responsible jointly and severally for the Federal RICO Statute violating events and

happenings referred to in the within Complaint for Intentional Interference with Contractual

Relations, Intentional Interference with Prospective Economic Advantage, Cyberstalking, Fraud,

Invasion of Privacy, Unfair Competition and Theft of Intellectual Property and RICO statute

violations. In particular, The ATTACKERS took compensation for, and engaged in, malicious and

coordinated tactics to seek to destroy, damage, harm and ruin TARGET's via an illicit media "hit-

job" service which The ATTACKERS regularly offered in covert commerce and engaged in

regularly against targets that The ATTACKERS were hired to seek to ruin as part of reprisal,

vendetta, retribution programs operated for business and political competitors of the targets.

Historical facts and other history-making lawsuits by third parties, has proven The ATTACKERS to

be the single largest core violator of human rights, in this manner, in the world. The ATTACKERS

offer the service of creating and publishing contrived "hatchet job" movies, fake news articles,

faked comments and repercussion backlinks describing the TARGET's in horrific descriptors. The

ATTACKERS media holdings manipulate national elections.

Let's be clear on this: TARGET does swear, warrant and certify that Google, Facebook,

YouTube, The Elon Musk Group, Twitter and Linkedin plan and operate the conscious and manual

manipulation of national American elections and international elections.

The attack material is reposted, "impression accelerated", "click-farm fertilized" and Streisand array cloned over-and-over by The ATTACKERS massive character assassination technology via servers, algorithms and technical internet manipulation, daily, as recently as yesterday. The ATTACKERS also embed the article in job hiring databases on Axciom, Palantir, Taleo and other databases used by all hiring and recruiting services in order to prevent TARGET's from ever receiving income for W2 or 1099 work ever again. The ATTACKERS own staff then post thousands of fake comments, below each attack item, under fake names, designed to make it appear as if a broad consensus of the public agreed with the defamation messages by The ATTACKERS. Almost all of the fake comments were created by a handful of The ATTACKERS own staff pretending to be a variety of outside voices. The ATTACKERS provide the service of delivering "weaponized text and media to corporate clients". The ATTACKERS replicated various versions of these attack items across all of their different brands and facade front publications and addedadditional fake comments to each on a regular basis.

The ATTACKERS have formed a business and political and industry manipulation "Cartel". The bosses of the the ATTACKERS intended to inflict corruption upon the United States Federal Government, The State Government and the California State authorities, as defined by law under RICO Racketeering Statutes for the purpose of manipulating the value of stock market holdings and controlling political policy decisions.

In exchange for financing, The ATTACKERS Clients gave The ATTACKERS Associates business monopolies and government contract monopolies and media distribution exclusives worth trillions of dollars. This was an illegal quid-pro-quo arrangement. TARGET's designed, produced, received patent awards on, received federal commendations for, received federal funding for and first marketed the very products which The ATTACKERS copied and made billions of dollars on and which The ATTACKERS felt might beat them in hundreds of billions of dollars of competitive market positions and stock market trades. Companies operated by TARGET's included automobile design and manufacturing companies, global television broadcasting companies and energy companies which are commonly known to have generated hundreds of billions of dollars in profits, revenue and stock market transactions for The ATTACKERS competing holdings at TARGET's

expense. The ATTACKERS operated a criminal CARTEL as defined by RICO LAWS and that

Cartel ran an an anti-trust market rigging and crony political payola operation. The ATTACKERS

spent tens of millions of dollars attacking TARGET's because The ATTACKERS were not clever

enough to build better products. The ATTACKERS chose to "CHEAT RATHER THAN

COMPETE" and to try to kill TARGET's lives, careers, brands, revenues, assets, businesses and

efforts via malicious and ongoing efforts.

The U.S. Attorney General has been informed, in writing, of these charges and TARGET's

understand that DOJ officials have an ongoing investigation into these matters.Under  investigation

for these crimes, New York State attorney general Eric Schniderman was recently forcedto quit over

corruption and sexual cult charges involving the NXIUM group and related matters.

Due to The ATTACKERS fears of the loss of up a trillion dollars of crony payola from their

illegal abuse of taxpayer funds, The ATTACKERS engaged in felonious actions in order seek to

intimidate others.

Just as, over time, the Watergate crimes are now intimately documented and detailed; over

time The "Cleantech Crash Scandal" as featured on CBS News 60 MINUTES TV Show, has

been detailed and exposed in numerous federal, news media and public investigations. Significant

barriers to justice were illicitly placed in front of TARGET's by The ATTACKERS.

The ATTACKERS organized and operated a series of malicious attacks and thefts against

TARGET's as reprisals and competitive vendettas. The ATTACKERS report to the FBI, GAO,

FTC, SEC,

Congressional Ethics Committees, The White House and other entities on a regular basis.

The ATTACKERS and their associates Elon Musk, Jon Doerr, Eric Schmidt, Larry Page,

Steve Jurvetson, Vinod Khosla and other members of the "Silicon Valley Cartel" are documented in

tens of thousands of news reports, federal law enforcement reports and Congressional reports in

their attempts to infiltrate and corrupt the U.S. Government in an attempt to route trillions of tax

dollars to The ATTACKERS private accounts. The ATTACKERS perceived TARGET's as a threat

to their crimes. Federal investigators, news investigators and whistle-blowers have reported to

TARGET's that The ATTACKERS were the financiers and/or beneficiaries and/or command and

1   control operatives for the crimes and corruption disclosed in the CBS NEWS 60 Minutes

2   investigative reports entitled: "The Cleantech Crash", "The Lobbyists Playbook" and "Congress

3   Trading on Insider Information"; The Feature Film: "The Car and the Senator" Federal lawsuits

4   with case numbers of: USCA Case #16-5279; and over 50 other cases including the ongoing

5   "Solyndra" investigation and federal and Congressional investigations detailed at:

6   http://greencorruption.blogspot.com

7   and

8   https://theintercept.com/2016/04/22/googles-remarkably-close-relationship-with-the-obama-white-

9   house-in-two-charts/

10

11   … and thousands of other documentation sites. TARGET's are charged withengaging in these

12   crimes and corruptions against TARGET's and financing and ordering attacks on TARGET's.

13   TARGET's engaged in U.S. commerce and did everything properly and legally. Unlike The

14   ATTACKERS, TARGET's did not steal technology. Unlike The ATTACKERS, TARGET's did not

15   bribe elected officials in order to get market exclusives. Unlike The ATTACKERS, TARGET's did

16   not poach The ATTACKERS staff. Unlike The ATTACKERS, TARGET's were the original

17   inventors of their products. Unlike The ATTACKERS, TARGET's did not operate "AngelGate

18   Collusion" schemes and "High Tech No Poaching Secret Agreements" and a Mafia-like Silicon

19   Valley exclusionary Cartel. Unlike The ATTACKERS, TARGET's did not place their employees in

20   the U.S. Government, The California Government, The U.S. Patent Office and The U.S.

21   Department of Energy in order to control government contracts to The ATTACKERS exclusive

22   advantage. Unlike The ATTACKERS, TARGET's did not place moles inside of competitors

23   companies. Unlike The ATTACKERS, TARGET's did not hire Gawker Media and Think Progress

24   to seek to kill TARGET's careers, lives and brands. Unlike The ATTACKERS, TARGET's did not

25   rig the stock market with "pump-and-dump", "Flash Boy" and "Google-stock/PR-pump" schemes.

26   TARGET's engaged in hard work every day of their lives for the time-frame in question under the

27   belief that the good old American work ethic and just rewards for your creations was still in effect

28   in the U.S.A., and that the thieves and criminals that attempted to interdict TARGET's would face

1   Justice. In a number of circumstances The ATTACKERS took advantages of TARGET's hard work

2   via come-ons; The ATTACKERS then made billions of dollars from Plainiffs work at TARGET's

3   expense and attacked TARGET's in order to reduce TARGET's competitive and legal recovery

4   options.

5           The ATTACKERS exchanged payments for services via cash, stock warrants, illicit

6   personal services, media control and a technology known as a "Streisand Effect Massive Server

7   Array" which can control public impressions for, or against a person, party, ideology or issue. The

8   ATTACKERS StreisandEffect internet system was used to destroy TARGET's in reprisal,

9   retribution, and vendetta for TARGET's help with law enf ment efforts in the case and because

10  TARGET's companies competed with The ATTACKERS companies with superior technologies.

11          The ATTACKERS have used their Streisand Effect technology to build a character

12  assassination ring of bloggers and hired shill "reporters" who engage in a process called a "Shiva".

13  This process is named after a TARGET in a similar case named: Shiva Ayyadurai, the husband of

14  Actress Fran Drescher. Shiva Ayyadurai holds intellectual property rights to part of The

15  ATTACKERS email technology. In fact, the people most threatened by the Shiva Ayyadurai patent

16  right claims, ironically turn out to be The ATTACKERS and, in particular, The ATTACKERS

17  associates Elon Musk, Jon Doerr, Eric Schmidt, Larry Page, Steve Jurvetson, Vinod Khosla and

18  other members of the "Silicon Mafia" who own most of the main companies exploiting email

19  technology. Were Shiva Ayyadurai to prevail in his claims, The ATTACKERS would owe him

20  billions of dollars. "Running A Shiva" involves the production of a series of Defamation articles by

21  bloggers who act asif they are independent from The ATTACKERS but are in fact, not. The

22  ATTACKERS used "the Shiva" to attack and seek to destroy Donald Trump, Shiva Ayyadurai,

23  TARGET's, and numerous political figures. Univision, Unimoda,Jalo pnik, Gawker Media,

24  Gizmodo and over a hundred stealth-ed, and overt, assets of The ATTACKERS have been using

25  "The Shiva" network to attack Donald Trump, Shiva Ayyadurai, TARGET's, and numerous

26  political figures as recently as this morning, thus, the time bar restarts every day. TARGET's have

27  pleaded with The ATTACKERS to cease their attacks but The ATTACKERS have refused to

28  comply. Even with Fran Drescher's ongoing royalty payments from her popular television series,

1  friends have reported that the attacks on the Ayyadurai family have been devastating and have

2  caused massive damages and personal and emotional devastation.

3      The ATTACKERS produced animated movies, attack articles, fake blog comments, DNS

4  routes, "Shiva" Campaigns, and other attack media against TARGET's and expended over $30

5  million dollars in value, as quantified by The ATTACKERS partner: Google, in placing the attack

6  material in front of 7.5 billion people on the planet for the rest of TARGET's lifetime. No person

7  could survive such an attack and in the case of TARGET's, lives were destroyed and multiple

8  companies invested into by TARGET's, which The ATTACKERS made over $50B off of the copies

9  of, were destroyed because they competed with The ATTACKERS.

10     The TARGET's are informed and believe, and based on that information and belief allege

11  that at all times mentioned in the within Complaint, all The ATTACKERS were the agents, owners

12  and employees of their affiliated insiders and, in doing the things alleged in this Complaint, were

13  acting within the course and scope of such agency and employment.

14     As to any corporate employer specifically named, or named as a "DOE" herein, the

15  TARGET's are informed and believe and therefore allege that any act, conduct, course of conduct or

16  omission, alleged herein to have been undertaken with sufficient, malice, fraud and oppression to

17  justify an award of punitive damages, was, in fact, completed with the advance knowledge and

18  conscious disregard, authorization, or ratification of and by an officer, director, or managing agent

19  of such corporation. The Statute of Limitations and time bar on this case has not expired.

20  TARGET's only became aware of *all* of the facts recently due to the FBI, Congressional and hacker-

21  exposed investigation data on The ATTACKERS operating and receiving cash, rewards and assets

22  from an illegal and illicit set of political slush-funds established to compensate them for financing

23  political campaigns. The Sony, Clinton, DNC, HSBC, Panama Papers and other hacks and

24  publication of all of the relevant files and the Congressional investigation of illicit activities and the

25  continuing issuance of federal documents to TARGET's confirming TARGET's intellectual property

26  areall vastly WITHIN the statutes of limitations to allow this case to proceed to Jury Trial.

27  TARGET's has had a long, ongoing and high-level interaction with Defendant in both the work

28  effort and the monetization and collection effort. TARGET's has been continually interactive with

1   Defendant in order to try to collect his money. Attacks and interference with TARGET's has

2   occurred as recently as this week by The ATTACKERS. The TARGET's, whose multiple

3   businesses ventures had already suffered significant damage as the result of the online attacks of the

4   The ATTACKERS, contacted renowned experts, and especially Search Engine Optimization and

5   forensic internet technology (IT) experts, to clear and clean the internet of the false, defamatory,

6   misleading and manufactured information belittling the TARGET's, attacking them and discrediting

7   their reputation as an inventor, product developer and project director from their websites.

8           None of the technology experts hired by the TARGET's, at substantial expense, were

9   successful in their attempts to clear, manage or even modify the false, defamatory, misleading and

10   manufactured information belittling the TARGET's, attacking him and discrediting their reputation

11   as an inventor, product developer and project director which only The ATTACKERS, the

12   controlling entity of the internet, refused to remove. In fact, those experts were able to even more

13   deeply confirm, via technical forensic internet analysis and criminology technology examination

14   techniques that The ATTACKERS was rigging internet search results for its own purposes and anti-

15   trust goals.

16           All efforts, including efforts to suppress or de-rank the results of a name search for

17   "TARGET's" failed, and even though tests on other brands and names, for other unrelated parties

18   did achieve balance, the SEO and IT tests clearly proved that The ATTACKERS was consciously,

19   manually, maliciously and intentionally rigging its search engine and adjacent results in order to

20   "mood manipulate" an attack on TARGET's.

21           In fact, the experts and all of them, instead, informed the TARGET's, that, not only had The

22   ATTACKERS locked the false, defamatory, misleading and manufactured information belittling the

23   TARGET's, attacking them and discrediting their reputation as an inventor, project developer and

24   project director into its search engine so that the information could never be cleared, managed or

25   even modified, The ATTACKERS had assigned the false, defamatory, misleading and

26   manufactured information belittling the TARGET's, attacking them and discrediting their reputation

27   as an inventor, project developer and project director "PR8" algorithmic internet search engine

28   coding embedded in the internet information-set programmed into Defendantsinternet architecture.

1    [See, Information received from one of over 30 IT, forensic network investigators and forensic SEO
2    test analysts, a true and correct copy of which is attached hereto in the Exhibits.]

3

4        Per the many world-wide search engine results forensic analysis experts TARGET hired –
5    They had never seen search engines results that were locked so maliciously, manually and
6    unmovably into Google's and YouTube's search results. "It was as if the CIA, or Larry Page
7    himself, was doing this", said one. TARGET placed associates inside of Google and, among other
8    things, acquired bank records proving Google and the attackers were exchanging millions of dollar
9    with each other.

10        TARGET even went to the effort of placing nearly a thousand virtual forensic test servers
11    around the globe, using empty space on third-party existing servers owned by hundreds of other
12    people, in order to monitor and metricize the manipulations of search results of examples of the
13    TARGET's name in comparison to the manipulations for PR hype for The ATTACKERS financial
14    partners, for example: the occurrence of the phrase "Elon Musk", The ATTACKERS business
15    partner and beneficiary, over a five year period. The EU, China, Russia, and numerous research
16    groups (ie:

17        http://www.politico.com/magazine/story/2015/08/how-google-could-rig-the-2016-election-
18    121548 By Robert Epstein ) have validated these forensic studies of The ATTACKERS architect-ed
19    character assassination and partner hype system .

20        The "PR8" codes are hidden codes within the The ATTACKERS software and internet
21    architecture which profess to state that a link is a "fact" or is an authoritative factual document per
22    The ATTACKERS research. By placing "PR8" codes in the defamatory links that The
23    ATTACKERS was manipulating about TARGET's, The ATTACKERS was seeking to tell the
24    world that the links pointed to "Facts" and not "Opinions". The ATTACKERS embedded many
25    covert codes in their architecture which marketing the material in the attack links and video as
26    "facts" according to The ATTACKERS.

27        The "PR8" codes are a set of codes assigned and programmed into the internet, by the The
28    ATTACKERS to matters it designates as dependable and true, thereby attributing primary status as

1   the most  The ATTACKERS is known to have provided tens of millions of dollars to this tabloid

2   chain per The ATTACKERS financial staff, SEC filings and disclosures in other legal cases.

3          TARGET also used CIA technology call "Steganography" to embed text-based messages

4   and codes into photos and videos in order track Google and YouTube's global impression

5   manipulations and create a significant and important link to be viewed by online researchers

6   regarding the subject of their search.

7          The ATTACKERS were fully aware that all of the information in the attack articles against

8   TARGET's was false,The ATTACKERS promo ted these attacks as vindictive vendetta-like

9   retribution against TARGET.

10          At all times The ATTACKERS maintained it had no subjective control or input into the

11   rankings of links obtained by online researchers as the result of a search on its search engines and

12   that its search engine algorithms and the functions of its media assets were entirely "arbitrary"

13   according to the owners and founders of The ATTACKERS.

14          In or about April 15, 2015, The European Union Commission took direct aim at The

15   ATTACKERS charging the their Internet-search giant with skewing and rigging search engine

16   results in order to damage those who competed with The ATTACKERS business and ideological

17   interests.

18          In those proceedings, although The ATTACKERS continued to maintain that it has no

19   subjective control or input into the rankings of links obtained by online researchers as the result of a

20   search

21   on its search engines and that its staff had no ability to reset, target, mood manipulate, arrange

22   adjacent text or links, up-rank, down-rank or otherwise engage in human input which would change

23   algorithm, search results, perceptions or subliminal perspectives of consumers, voters, or any other

24   class of users of the worldwide web, also known as The Internet, the court, in accord with evidence

25   submitted, determined that The ATTACKERS, ***does*** in fact have and does in fact exercise,

26   subjective control over the results of information revealed by searches on its search engine.

27          The ATTACKERS has a variety of such hidden codes and has various internal names for

28   such codes besides, and in addition to, "PR8". The ATTACKERS has been proven to use these fact

1  vs. fiction

2  rankings to affect elections, competitors rankings, ie: removing the company: NEXTAG from

3  competing with The ATTACKERS on-line; or removing political candidates from superior internet

4  exposure and it is believed by investigators and journalists, that The ATTACKERS are being

5  protected

6  from criminal prosecution by public officials who The ATTACKERS have compensated with un-

7  reported campaign funding. As a result of receiving this information, the TARGET's became

8  convinced of the strength and veracity of their original opinion that the The ATTACKERS, had, in

9  fact posted the false, defamatory, misleading and manufactured information belittling the

10  TARGET's, attacking them and discrediting TARGET's reputation as inventor, project developer

11  and project designer had been intentionally designed, published, orchestrated and posted by them in

12  retaliation to the true testimony provided by the TARGET's, to the Government Office of

13  Accountability of the United States in May of 2005, and to the Securities and Exchange

14  Commission, The Federal Bureau of Investigation, The United States Senate Ethics Committeeand

15  other investigating parties, and had been disseminated maliciously and intentionally by them in an

16  effort to do damage to their reputation and to their business prospects and to cause him severe and

17  irremediable emotional distress. In fact, the TARGET's, has suffered significant and irremediable

18  damage to their reputation and to their financial and business interests. As a natural result of this

19  damage, as intended by the

20  The ATTACKERS, Plaintiffs has also suffered severe and irremediable emotional distress.

21

22        To this day, despite the age of the false, defamatory, misleading and manufactured

23  information belittling the TARGET's, attacking him and discrediting their reputation as an inventor,

24  project developer and project director, in the event any online researcher searches for information

25  regarding the TARGET's, the same information appears at the top of any list of resulting links.

26

27        In addition, due to their control of all major internet database interfaces, The ATTACKERS

28  have helped to load negative information about TARGET's on every major HR and employment

database that TARGET's might be searched on, thus denying TARGET's all reasonable rights to income around the globe by linking every internal job, hiring, recruiter, employment, consulting, contracting or other revenue engagement opportunity for TARGET's back to false "red flag" or negative false background data which is designed to prevent TARGET from future income in retribution for TARGET's assistance to federal investigators.


**HARM #7: The ATTACKERS USED FACTORY-PROCESSED SOCIAL MEDIA ATTACKS AGAINST THEIR TARGETS:**

In the book: "***ATTACKED***", the Court will see the CIA, FSB and MI6 tactics and techniques that are trained and practiced, illicitly, by political officials. Social networking sites including MeetUp, Match, Facebook, etc. and all other IAC-owned, or similar, sites (IAC is managed by Hillary Clinton's daughter, whose Mother knew TARGET's) have had their profiles, texts, and inter-member communications, since those companies were started, hacked or purchased. The financiers of almost everyone of these sites are also the financiers of the suspects. The attack service providers use Palantir, Acronym, In-Q-Tel financed data analysis software to analyze every activity in those services in order to find honey-trap, blackmail and social conflict exploitation opportunities. Your social life will, essentially, end. Every photo on every social site is cross checked with every other photo on the internet in order to cull your Facebook, Linkedin, Snapchat and other social media together to create a total manipulation profile data file on you. New contacts on these sites were contacted by the attackers and told to "avoid" the TARGET's in order to damage TARGET's. These attacks were all documented and operated against TARGET as detailed in the **EXHIBITS** and evidence repositories. The ATTACKERS bought these services from Eastern Bloc nations, China and South America. "The Agency", in Russia does much of this work. They are hard at work, even as recently as today according to the CIA, pushing a "positive spin" on Russia's invasion of the Ukraine based on Hunter Biden's computer leaks.

**HARM #8: GOVERNMENT OFFICIALS CAUSED SSA AND HUD BENEFITS BLOCKADES AND MANIPULATIONS AS REPRISAL AGAINST TARGET:**

Social Security, SSI, SDI, Disability and other earned benefits were stone-walled. Applications for benefits for the TARGET's were intentionally "lost" like a "Lois Lerner hard drive". Files in the application process "disappeared". A U.S. Senator ordered TARGET's benefits to "never be approved" even though TARGET's worked 60 hour+ weeks for decades in service to their nation and their community. A SSA official in the local SSA office, who had a devout expressed hatred against one United States President ordered a benefits blockade against TARGET's because he found out that TARGET's ex-lawyer now worked in the White House. Forensic evidence and backgrounders on every person who worked on, or had access to, Applicants files, records, benefits decisions and related data sets shows that a number of those employees and contractors were members, financiers, web promoters or supporters of ANTIFA anarchy groups or KKK or Proud Boys related political activist-type groups. In San Francisco and Marin Counties SSA offices, in employees workspaces and on their Facebook and MySpace sites, many employees proudly display pictures of themselves wearing their pink "pussy hats", black riot gear and sporting political tattoos. FBI records and IG investigations show that SSA has the highest percentage of political activist employees of any federal agency. Such persons are inclined to become drunk with power when allowed access to the trillions of dollars of government technology on the SSA file and decisions systems. A number of these persons have worked for, or with, U.S. Senators and other politicians who targeted Applicant in political reprisal. At least 3 persons in the San Francisco SSA office, at least 2 persons in the San Mateo SSA office and at least 2 persons in Marin SSA office are known to have engaged in such actions. Applicants funding and benefits were manipulated, so as to harm Applicant, as political reprisal as vendetta for his provision of testimony to federal investigators in a trillion dollar political corruption matter involving famous political figures featured in global news coverage. A vast number of agency abuse cases and lawsuits are now on public record in the Inspector General's offices and federal courts. It is an indisputable fact that some government agencies run "hit-jobs" on citizens on orders from certain corrupt politicians.

These actions are felony violations of the law. Federal and State Agencies including SSA,

1   FEC, GOVT, HHS, VA, CIA, HUD, SA, SEC, FBI, DOJ and many others, have been charged, and

2   found guilty, in these crimes against citizens. In the Congressional investigation published by the

3   United States Congress in review of the U.S. Department of Energy LGP/ATVM programs, it is

4   clearly proven that the U.S. Department of Energy was used as a slush-fund by some GOVT

5   executives in order to pay off campaign financiers by attacking and sabotaging their competitors.

6   The GOVT Paducah Gaseous Diffusion Plant under contracts with The U.S. Government and the

7   government-owned U.S. Enrichment Corp paid $5M whistle-blower awards to those whistle-

8   blowers who were attacked, using government agency resources, for reporting a crime. Dept. of

9   Energy Hanford URS has agreed to settle a lawsuit brought by former employee Walter Tamosaitis

10   for $4.1 million.

11         The settlement in the whistle-blower case comes almost one year before the case was set for

12   a jury trial in federal court in Richland and compensates Tamosaitis for attacks against him, by

13   GOVT officials, in retribution for reporting a crime. VA officials attacked hundreds of citizens who

14   reported corruption, ie: https://www.thenewamerican.com/usnews/health-care/item/18610-va-

15   whistleblowers-facing-retribution. As shown in this report:

16   https://www.pogo.org/analysis/2018/08/new-report-confirms-whistleblower-retaliation-is-alive-and-

17   well-at-department-of-veterans-affairs/, Agencies attack often and harshly. CIA and NSA

18   executives have been widely shown to use spy tools to attack domestic citizens they don't like, ie:

19   https://www.dailymail.co.uk/news/article-2435011/NSA-employees-used-phone-tapping-tools-spy-

20   girlfriends-cheating-husbands.html , and hundreds of other news links that can be provided. Elon

21   Musk and Tesla, as well as Eric Schmidt and Larry Page at Google, have been proven to use the

22   CIA group: IN-Q-TEL, to run government sponsored/financed attacks on business competitors. In

23   Civil Action No. 1:13-cv-00777-RBW GOVERNMENT AGENCIES WERE CAUGHT BEING

24   USED FOR ATTACKS AGAINST CITIZENS AND PUNISHED IN THE COURT AND THE

25   MEDIA! The IRS, and hordes of other government agencies have been caught and proven, IN

26   COURT, to target and attack people for presumed political differences.

27         Why should we assume that the Social Security Administration is not ALSO doing this too

28   to harm citizens who speak out? The Lois Lerner IRS attacks took many years to resolve. In an

unprecedented victorious conclusion to a four year-long legal battle against the IRS, the

bureaucratic agency admitted in federal court that it wrongfully targeted citizens, during the Obama

Administration, because of their political viewpoints and issued an apology to those people for

doing so. In addition, the IRS is consenting to a court order that would prohibit it from ever

engaging in this form of unconstitutional discrimination in the future. In a proposed Consent Order

filed with the Court, the IRS has apologized for its treatment of U.S. citizens including

organizations from 20 states that applied for 501(c)(3) and (c)(4) tax-exempt status with the IRS

between 2009 and 2012 -- during the tax-exempt determinations process. Crucially, following years

of denial by the IRS and blame-shifting by IRS officials, the agency now expressly admits that its

treatment of our clients was wrong and a total violation of our Democracy. As set forth in the

proposed Order: "The IRS admits that its treatment of TARGET's during the tax-exempt

determinations process, including screening their applications based on their names or policy

positions, subjecting those applications to heightened scrutiny and inordinate delays, and

demanding of some TARGET's' information that TIGTA determined was unnecessary to the

agency's determination of their tax-exempt status, was wrong.

For such treatment, the IRS expresses its sincere apology." Throughout litigation of this

case, activists have remained committed to protecting the rights of the public who faced unlawful

and discriminatory action by the IRS and other agencies. The objective from the very beginning has

been to hold agencies accountable for corrupt practices.

This Consent Order represents a historic victory for the public and sends the unequivocal

message that a government agency's targeting of citizens organizations, or any organization, on the

basis of political viewpoints, will never be tolerated and that revenge will be swift and vast. The

Order will put an end, once and for all, to the abhorrent practices utilized against citizens, as the

agreement includes the IRS's express acknowledgment of – and apology for – its wrongful

treatment of the public. While this agreement is designed to prevent any such practices from

occurring again, rest assured that all public interest lawyers will remain vigilant to ensure that the

IRS, SSA, DOJ or SEC does not resort to such tactics in the future. Per detailed reports, in March of

2012 lawyers began being contacted by literally dozens of citizens and groups who were being

1   harassed by the Obama IRS after submitting applications for tax-exempt status. Their tax-exempt

2   applications were held up for years (over seven years in some cases), and they began receiving

3   obtrusive and unconstitutional requests for donor and member information. That began a now more

4   than five and a half year fight with the burgeoning bureaucracy at the IRS. Then on May 10, 2013,

5   Lois Lerner, the then head of the IRS Tax Exempt Organizations Division, publicly implicated the

6   IRS in one of the worst political targeting scandals of the century.

7

8        This is an extraordinary victory against government agency abuse. It sends a powerful

9   warning to the deep state bureaucracy that it will not be allowed to violate the Constitution in order

10  to silence and shut down the whistle-blowers. In addition to the IRS's admissions of and apology

11  for its wrongful conduct, the Consent Order would specifically award TARGET's the following: - A

12  declaration by the Court that it is wrong to apply the United States tax code to any tax-exempt

13  applicant or entity based solely on such entity's name, any lawful positions it espouses on any

14  issues, or its associations or perceived associations with a particular political movement, position or

15  viewpoint; - A declaration by the Court that any action or inaction taken by the IRS must be applied

16  evenhandedly and not based solely on a tax-exempt applicant or entity's name, political viewpoint,

17  or associations or perceived associations with a particular political movement, position or

18  viewpoint; and - A declaration by the Court that discrimination on the basis of political viewpoint in

19  administering the United States tax code violates fundamental First Amendment rights.

20        Disparate treatment of taxpayers based solely on the taxpayers' names, any lawful positions

21  the taxpayers espouse on any issues, or the taxpayers' associations or perceived associations with a

22  particular political movement, position or viewpoint is unlawful. In the Order, the IRS has also

23  agreed that (unless expressly required by law) certain actions against the TARGET's– i.e. the

24  sharing, dissemination, or other use of information unnecessarily obtained by the IRS during the

25  determinations process (such as donor names, the names of volunteers, political affiliations of an

26  organization's officers, etc.) – would be unlawful. In addition, the IRS promises not to take any

27  retaliatory action against our clients for exposing the targeting scheme. Finally, and of crucial

28  significance, the IRS admits it targeted persons and groups based on their viewpoints (i.e., "policy

1   positions") and that such viewpoint discrimination violates fundamental First Amendment rights.

2   This is the first time the IRS has admitted that its targeting scheme was not just "inappropriate" – as

3   TIGTA found – but, as alleged, blatantly unconstitutional. To ensure consistency and uniformity

4   within the agency's operations going forward, the IRS is required, pursuant to the Order, to inform

5   all employees within the Exempt Organizations Division, as well as the Commissioners and Deputy

6   Commissioners within other divisions, of the Order's terms. This Order not only validates

7   allegations about their treatment at the hands of the corrupt Obama-era IRS but also provides

8   important assurances to the American public that the agency understands its obligation to refrain

9   from further such discriminatory conduct. As Attorney General Sessions acknowledged in this

10  regard, "[t]here is no excuse for [the IRS's] conduct," as it is "without question" that the First

11  Amendment prohibits the conduct that occurred here, i.e., subjecting American citizens to disparate

12  treatment "based solely on their viewpoint or ideology." Sessions further confirmed his

13  Department's commitment to ensuring that the "abuse of power" in which the IRS engaged here

14  "will not be tolerated." It is impossible to overstate the importance of this victory.

15          This marks a years-long fight for justice in defense of the constitutional rights of the public.

16  This is an extraordinary victory against abuse of power and corruption. It sends a powerful warning

17  to the deep state bureaucracy that it will not be allowed to violate the Constitution and manipulate

18  the IRS, SSA and other agencies in order to silence and shut down those who speak out about

19  political corruption crimes. In the wake of  Wisconsin Watchdog's investigation into SSA staff

20  allegations of incompetence, misconduct, and retaliation in Social Security disability appeals

21  offices, several employees have taken their complaints to a Senate committee led by Wisconsin Sen.

22  Ron Johnson.

23          An official with knowledge of the complaints said the Senate Homeland Security and

24  Governmental Affairs Committee, chaired by the Oshkosh Republican, has received emails and

25  other contacts from "certain people" inside the Social Security Administration's Office of Disability

26  Adjudication and Review. The initial complaints came from an employee inside the Milwaukee

27  office following Wisconsin Watchdog's opening investigative report that found some claimants

28  waiting more than 1,000 days for an appeals decision on their disability benefits claim. Following

Wednesday's story of a whistle-blower in the Madison ODAR office, the committee has received more specific complaints about retaliation against employees, the source said. Committee staff members sent the latest Watchdog piece to SSA administrators hoping they will "cooperate," the source said. To date, the agency has been less than cooperative. "This is an ongoing process, and they are not always as forthcoming as we'd like them to be," the source said. "Hopefully with your continued reporting, this is an issue they can't duck." A Senate committee member said officials there are working with the Office of Special Counsel on "multiple whistle-blower retaliation claims." The committee continues to request information from the SSA. The whistle-blower in the Madison office claims management retaliated against her after she was called to testify in a misconduct case.

The incident involved "inappropriate behavior" by an administrative law judge, she said. "They are so corrupt. It's absolutely horrible," said the woman, a lead case technician in the Madison Office of Disability Adjudication and Review. She spoke on condition of anonymity, fearing more retribution from her supervisors. While she said recounting her particular experiences will more than likely betray her identity anyway, the ODAR case worker insisted she has had enough. "I'm at point where they don't care about me, I don't see why I'm protecting them. This is my last resort," she said. "I want to do my work without fear of retaliation." She said she has contacted the Senate committee. "I forwarded my information to them and I got an email back from them. See these reports:

- **WSJ: 131 Federal Judges Broke Law by Hearing Cases Where They Had Financial Interest...**

  **D*irty profits from bench...***
  **https://www.wsj.com/articles/hidden-interest-judges-financial-conflicts-graphic-11632834079**

-

  https://www.wsj.com/articles/131-federal-judges-broke-the-law-by-hearing-cases-where-they-had-a-financial-interest-11632834421

1  They said people are coming out of the woodwork with their complaints (about ODAR)

2  following your story," the whistle-blower said. Ronald Klym, a long-time senior legal assistant in

3  the Milwaukee ODAR office, alleges he has been retaliated against by supervisors for going public

4  with his charges of incompetence and misconduct in the agency. The federal employee, who has

5  worked for SSA for 16 years, provided Wisconsin Watchdog with documents showing extremely

6  long wait times for claimants appealing their denied applications for benefits. Doug Nguyen, SSA

7  regional spokesman, in a previous story said the agency acknowledges that Milwaukee ODAR has a

8  "high average processing time for disability appeal hearings, and we are working to address the

9  issue." Beyond the delays is what Klym calls the "shell game," the wholesale transferring of cases

10  to other parts of the country by administrators to make the Milwaukee office's numbers look better

11  than they are. The Madison office whistle-blower confirmed Klym's allegations, saying at one point

12  she saw 2,000 cases from the Milwaukee office handed off to the Oak Brook operation. There are

13  over 10,000 SSA disability manipulation charges against SSA executives and staff.

14

15  **HARM #9: The ATTACKERS USED BLACKLISTING AGAINST TARGET:**

16  ie: The U.S. Stops Silicon Valley's 'No Poaching' Deals. . . a ...

17  https://www.aol.com › 2010 › 09 › 26 › doj-stops-silicon-valleys-no-poaching-deals-a-few-

18  years-t

19  DOJ Stops **Silicon Valley's 'No Poaching'** Deals. ... But anyone on the ground in **Silicon**

20  **Valley** knows that a full-blown war for talent is under way, with checkbooks blazin. Government

21  officials and tech oligarchs contacted members of the National Venture Capital association (NVCA)

22  and created national "black-lists" to blockade TARGET's from receiving investor funding. This was

23  also confirmed in a widely published disclosure by Tesla Motors Daryl Siry and in published

24  testimony. If Silicon Valley political campaign finance oligarchs black-list you (see the

25  "AngelGate" Scandal and the "High Tech No Poaching Class Action Lawsuit" cases) you will never

26  get investor funding again.

27

28

**HARM #10: The ATTACKERS ORDERED FOIA OBFUSCATION OF TARGET'S FOIA AND STILL HAVE NOT RESPONDED TO MANY FOR YEARS BECAUSE THEY SHAME The ATTACKERS:**

Federal FOIA requests were hidden, frozen, stone-walled, delayed, lied about and only partially responded to in order to seek to hide information and run cover-ups. In once instance, even though GOVT FOIA staff had the requested FOIA files in their top desk drawers, they delayed handing the FOIA copies over for nearly a decade in order to run a cover-up.


**HARM #11: The ATTACKERS ENGAGED IN ARBITRARY DEADLINE MANIPULATION:**

Crony state and federal officials play an endless game of Catch-22 by arbitrarily determining that deadlines had passed that they, the government officials, had stonewalled and obfuscated applications for, in order to force these deadlines that they set, to appear to be missed. DOE's PATTERN OF SUPPORTING WHISTLEBLOWER RETALIATION:


In case # 2:11-cv-05157-LRS ECF; it was proven that when a DOE contractor employee files a complaint alleging whistleblower retaliation, it is the practice of the DOE to align itself with the contractor and to assert attorney client privilege. For example, in an eleven-TARGET whistleblower retaliation case litigated against Fluor Federal Services, Inc., DOE attorney Robert Carosino refused to disclose evidence relating to meetings between DOE and the offending contractors claiming attorney client privilege because DOE and the contractor share a common interest in the litigation. A13-18. This practice prevents the DOE from effective oversight of contractor retaliation and creates a culture of fear among the Hanford workforce.

Upon Dr. Tamosaitis filing a whistleblower complaint with the DOL in 2010, the DOE, Bechtel and URS asserted attorney client privilege as to their discussions concerning Dr. Tamosaitis' claim owing to their common interest. This fact has been verified by the sworn testimony of Jean Dunkirk in her deposition, which was taken in connection with the state claim (transcript available).

There is a practice of DOE managers, and most other government agency managers, supporting retaliation against contractor employees who oppose unsafe practices. For example, in

2008, then URS Chief Nuclear Engineer and Manager of Nuclear Safety Donna Busche, was terminated from her position at the Waste Isolation Pilot Plant in Carlsbad, New Mexico, with the approval of DOE officials, after she refused to rescind a Technical Safety Violation report that she had filed regarding the improper handling of a drum from Hanford that contained transuranic waste.

In 2009, Ms. Busche was reassigned to the WTP as Manager of Environmental and Nuclear Safety. A155-6. In October 2010, she was berated by Ines Triay, the DOE EM1, after giving truthful testimony at a hearing a by the DNFSB. A198-199. At a post-hearing meeting with Ms. Triay and numerous URS managers, Triay said, "If your intent was to piss people off, you did a very good job. You pissed people off." A199. Ms. Bushe has suffered retaliation since then, which has been compounded by her having been a witness in this case. 2.60 In 2010, DOE WTP Federal Project Director Dale Knudson submitted a sworn statement to the DOL indicating that he "did not direct BNI or URS to take any specific actions with regards to Dr. Tamosaitis." A14. In fact, Knudson was directly involved in the decision to terminate Dr. Tamosaitis from the WTP. A114. He also participated in the decision that Dr. Tamosaitis not be returned to the WTP after hearing that Dr. Tamosaitis was a whistleblower.  Throughout the Tamosaitis retaliation, DOE managers supported Bechtel and URS efforts to stop necessary design changes to the WTP so that artificial deadlines could be met, and did nothing to protect, or supported, retaliation by contractors against employees who opposed those improper decisions.

PLACING A CONTRACTOR EMPLOYEE INTO AN OVERSIGHT POSTION CREATED AN INHERENT CONELICT OF INTEREST: In 2010, DOE placed PNNL manger Dale Knudson into the position of DOE Federal Project Director of the WTP. A52-3. This created an inherent conflict of interest in that a contractor employee who, on information and belief, is not motivated by government service and placing the public interest before profit, is placed in a temporary position, overseeing the work of other contractors. On information and belief, after about two years, Knudson will return to his position at PNNL or to another position in the private sector.

## HARM #12: POLITICAL POISONING & TOXIC EXPOSURE BY The ATTACKERS HARMED TARGET:

TARGET's were found to be strangely poisoned, not unlike the Alexander Litvenko case, The Salisbury Case and hundreds of other political poisoning cases. Heavy metals and toxic materials were found right after TARGET's work with The U.S. Government  weapons and energy facilities. Many wonder if TARGET's was intentionally exposed to toxins in retribution for their testimony. The federal MSDS documents clearly show that a number of TARGET's were exposed to deadly compounds and radiations, via GOVT, without being provided with proper HazMat suits which GOVT officials knew were required. TARGET was awarded an exceptional number of issued patents on the energy technologies he had developed for the Dept of Energy. 3rd Party outside legal valuation experts appraised the value of these patents at over $200,000.000.00. The patents, clearly visible in full detail, on the US Patent office website, list many of the chemicals and compounds TARGET was working with without adequate hazmat resources of Sandia, Argonne or other National Labs safety oversight.


## HARM #13: WORKPLACE SABOTAGE AND OBSTRUCTION OF TARGET'S RIGHT TO WORK:

TARGET's contacts at ARTECH and KAISER PERMANENTE were called, and faxed, and ordered to fire target TARGET's from their places of employment, in the middle of the day, with no notice, as a retribution tactic.


## HARM #14: MEDIA ASSASSINATION PROGRAMS WERE CONTRACTED BY The ATTACKERS TO HARM TARGET:

On orders from Obama White House officials Google, YouTube, Gawker Media and Gizmodo Media produced attack articles. Google locked these contrived attack articles from the Nicholas Guido Denton tabloid empire on the top line, of the front page of all Google searches for a decade in front of 7.5 billion people, around the world. This attack-type uses over $40 million dollars in server farms, production costs and internet rigging. The forensic data acquired from tracking some of these attacks proves that Google rigged these attacks against TARGET's on the

internet and that all of Google's "impressions" are manually controlled by Google's executives who

are also the main financiers and policy directors of the Obama Administration. This data was

provided to the European Union for it's ongoing prosecution of Google's political manipulation of

public perceptions. Hired attackers Nicholas Guido Denton, John Herman, Adrian Covert, Ian Fette,

Patrick George, Gabrielle Darbyshire and John Cook have been referred to the FBI for surveillance,

tracking and interview relative to the command, control and compensation for those attacks.


**HARM #15: COMMERCIAL EMPLOYMENT DATABASE POISONING AND RED-FLAGGING OF TARGET'S HR DATABASE REFERENCES WERE CREATED TO HARM TARGET'S INCOME POTENTIAL:**

     TARGET's HR and employment records, on Taleo, Palantir and EVERY recruiting and

hiring database, was embedded with negative keywords and "flags" in order to prevent the

TARGET's from ever gaining future employment.


**HARM #16: ATTEMPTS ON THE LIVES OF WHISTLE-BLOWERS BY THE ATTACKERS WERE MEANT TO FRIGHTEN TARGET:**

     Gary D. Conley, Seth Rich, Rajeev Motwani who TARGET's knew, and many other whistle-

blowers in these matters, turned up dead under strange circumstances. TARGET's has received

ongoing death threats for his help to federal investigations in the larger organized crime

investigation relative to this matter. See the list of over 120 dead victims, lower down in this

document, 1/3 of whom worked with TARGET's and were threatened in advance of their deaths.


**HARM #17: THE ATTACKERS ENGAGED IN REVENUE BLOCKADES AND INTERNET INCOME RE-DIRECTION TO MINIMIZE TARGET RESOURCES SO HE COULD NOT FIGHT BACK:**

     Paypal, and other on-line payments for on-line sales by TARGET's are de-platformed,

delayed, hidden, or re-directed in order to terminate income potential for target who competed with

the attackers interests and holdings. This further denied TARGET's income. As a test, TARGET's

built an online store with hundreds of thousands of products and marketed it globally. Trackers,

placed by TARGET's technicians, on servers, discovered that Paypal and an outside "Virgina-based

system" were DNS and payment re-directed all traffic away from the store so that TARGET's received no traffic and no income. In DNS redirection, "website spoofing" sends target TARGET's websites to dead ends where no sales orders or customer inquiries actually get back to the target. These internet revenue activity manipulations are conducted using outside covert servers operated by the attackers and revealed in the Snowden Leaks. All commercial storefronts and on-line sales attempts by target TARGET's, had their sites hidden, or search engine de-linked by a massively resourced facility located in Virginia, Texas or Palo Alto, California in order to terminate revenue potentials for the TARGET's.

**HARM #18: The ATTACKERS USED THE TROLL FARM DEPLOYMENTS AGAINST TARGET THAT THEY USE AGAINST PRESIDENTIAL OPPOSITION CANDIDATES:**

Contracted trolls, shills, botnets and synth-blog deployments are deployed to place defamatory statements and disinformation about TARGET's in front of 7.5 billion people around the world on the internet in order to seek to damage their federal testimony credibility by a massively resourced facility. Some of these troll farms were uncovered in Russia, Ukraine, Israel and Brazil. Renown author Farrow writes about this technique in his book: "***Catch And Kill***". **FUSION GPS, BLACK CUBE and MEDIA MATTERS** Brand, Reputation and Credibiity "KILL" CONTRACTS were executed by The ATTACKERS targeting TARGET. Campaign finance dirty tricks contractors were hired by campaign financiers to attack the friends and family members of the target TARGET's in order to create low morale for the target TARGET's psyche and motivation. The Fusion GPS Scandal implicates Gawker and Gizmodo Media In Pay-To-Publish Scheme. A court filing from the U.S. district court for DC shows that Fusion GPS paid several journalist to run hit jobs on political adversaries and was paid by a media organization. All of those players were attackers hired to attack TARGET. FBI interviews can verify this.

**HARM #19: MANUAL SEARCH ENGINE LOCK-IN ATTACKS WERE CONTRACTED FROM GOOGLE AND YOUTUBE, BY The ATTACKERS, TO HARM TARGET:**

In one case covert political partner: Google, transferred large sums of cash to dirty tricks

contractors and then manually locked the media portion of the attacks into the top lines of the top pages of all Google searches globally, for years, with hidden embedded codes in the links and web-pages which multiplied the attacks on TARGET's by many magnitudes.


**HARM #20: THE U.S. PATENT OFFICE MANIPULATION WAS USED TO BLOCKADE REVENUE FROM TARGET'S INVENTIONS:**


Facebook and Google executives sit on the boards and run The United States Patent Office. That fact alone says it all. For details see https://www.usinventor.org

Covert Cartel financier: Google, placed Google's lawyer: Michelle Lee, in charge of the U.S. Patent Office and she, in turn, stacked all of the U.S. Patent Office IPR and ALICE review boards and offices with Google-supporting employees in order to rig the U.S. Patent Office to protect Google from being prosecuted for the vast patent thefts that Google engages in. Google has hundreds of patent lawsuits for technology theft and a number of those lawsuits refer to Google's operations as "Racketeering", "Monopolistic Cartel" and "Government Coup-like" behaviors. Thousands of articles and investigations detail the fact that Google, "essentially" ran the Obama White House and provided over 80% of the key White House staff. A conflict-of-interest unlike any in American history. Google's investors personally told TARGET's they would "kill him". Google and the Obama Administration were "the same entity". TARGET's testified in the review that got Michelle Lee terminated and uncovered a tactical political and social warfare group inside Google who were financed by Federal and State funds. For additional proof, SEE THE VIDEO at: The_Battle_to_Save_Inventing.m4v


Silicon Valley has taken over the U.S. Patent Office with lobbyists and influence payments. Per Randy Landreneau, the President the U.S. Inventor guild: " *Independence Day is that special time when we Americans remember and celebrate our country's freedom. While it may mean different things to many people, suffice to say, it is the reason we are Free, we have Liberty.* Founder, writer, statesman and inventor Benjamin Franklin wrote, "On Historical occasions, Questions of Right and

Wrong, Justice and Injustice, will naturally arise." Here, on this honored day, we take a quick look at Invention and our Independence. Towards the beginning of the Declaration of Independence, whose principal author was our eventual third president, Thomas Jefferson, the very purpose of our Founders' quest was established. It is stated: "We hold these truths to be self-evident, that all men are created equal, that they are endowed by their Creator with certain unalienable Rights, that among these are Life, Liberty and the pursuit of Happiness." These were men and women of incredible vision, of intense courage, and they succeeded in accomplishing their seemingly insurmountable task, rising up and defeating perhaps the most powerful global Empire of the time, Great Britain. The United States of America eventually became the beacon of hope and individual freedom around the world. People from virtually every land came to this country to seek the American Dream, which ideals include individual and property rights, religious freedom, liberty, equality and the opportunity for upward mobility, achieved through dedication and hard work. One of the reasons America became the world leader in nearly all categories is due, in no small part, to how our Founders recognized and encouraged invention and innovation. They understood what builders, creators and designers could mean to a small, fledgling country with such a noble purpose. After declaring our independence and fighting a long and bloody war to establish it, our Founders gathered once again in Philadelphia for the Constitutional Convention to form a government that would embody those ideals embodied in our Declaration of Independence. The Father of our Constitution and eventual fourth President, James Madison wrote, in Federalist 43 (January 23, 1788): "A power 'to promote the progress of science and useful arts, by securing, for a limited time, to authors and inventors, the exclusive right to their respective writings and discoveries.' "The utility of this power will scarcely be questioned. The copyright of authors has been solemnly adjudged, in Great Britain, to be a right of common law. The right to useful inventions seems with equal reason to belong to the inventors. The public good fully coincides in both cases with the claims of individuals. The States cannot separately make effectual provisions for either of the cases, and most of them have anticipated the decision of this point, by laws passed at the instance of Congress." Thus, within our U.S. Constitution is that short item, located in Article I Section 8 as Clause 8: "To promote the Progress of Science and useful Arts, by securing for limited Times to Authors and

Inventors the exclusive Right to their respective Writings and Discoveries." That clause is, in reality, a significant and powerful part of the American Dream, allowing people from all walks of life who have a bright and useful idea to capitalize on their innovations and creations. For more than two centuries that which our Founders established for inventors and patent holders held true, for the most part. However, the biggest blow to true Independence for Inventors came with passage of the America Invents Act of 2011 (AIA). Due to ambiguous language and loopholes in that piece of legislation, multinational conglomerates and Big Tech have all but wiped out what our Founders had set up, which they hoped would endure - patent holder property rights. When any form of poor legislation is passed and enacted we are reminded of what Samuel Adams, Sons of Liberty founder and a leader of the Boston Tea Party, said; "The grand end of civil government, from the very nature of its institution, is for the support, protection, and defense of those very rights; the principal of which, as is before observed, are Life, Liberty, and Property."

Indeed, Jefferson states it quite succinctly, "Our legislators are not sufficiently apprized of the rightful limits of their power; that their true office is to declare and enforce only our natural rights and duties, and to take none of them from us." Madison adds to that, "A Government is instituted to protect property of every sort...This being the end of government, that alone is a just government, which impartially secures to every man, whatever is his own." As we celebrate Independence Day, and all that our Founders provided for our great country, we at US Inventor are working to correct the wrongs and injustices that have befallen inventors, particularly since the AIA was enacted, by revitalizing the spirit of our Declaration of Independence ("...Life, Liberty and the pursuit of Happiness.") through restoration of patent rights and protection as guaranteed in Article I Section 8 Clause 8 of our United States Constitution ("securing, for a limited time, to ... inventors, the exclusive right to their respective ... discoveries."). We will not rest until the rights of inventors have been restored. We're gaining ground, but our enemies are powerful. We need your help in forwarding our cause and becoming involved when it matters. This isn't just for us, it's for our children, our grandchildren, and the future existence of the American Dream."

Silcon Valley oligarchs have spent billions of dollars to put their people inside the United States Patent Office and to manipulate patent rulings in order to harm WITNESS and his peers for the

purposes of: 1.) cheating instead of competing by stealing technologies and not paying for them and, 2.) operating reprisal, vendetta, retaliation campaigns against competitors and political enemies. TARGET was awarded an exceptional number of issued patents on the energy technologies he had developed for the Dept of Energy. 3rd Party outside legal valuation experts appraised the value of these patents at over $200,000.000.00. By it's actions, The U.S. Government made TARGET's patents unusuable for monetization by causing black-listing of those patents with NVCA investors and by using online trolls to make the marketing for those patents close off. TARGET demands that the U.S. Government now purchase ALL of TARGET's patents at fair market value to partially offset his loss.


**HARM #21: HONEY-TRAPS WERE PLACED ON SOCIAL MEDIA SITES BY The ATTACKERS SPY OPERATIVES TO HARM TARGET:**

"Honeytraps" and moles were employed by the attackers. In this tactic, people who covertly worked for the attackers were employed to approach the "target" in order to spy on and misdirect the subject. Match.com and other dating sites are owned by famous politicians and election campaign financier involved with Jeffrey Epstein and those sites were used to source girls for Epstein and Honey-traps to lure political adversaries.


**HARM #22: A FAKE NEWS TABLOID EMPIRE WAS CREATED JUST FOR DEFAMATION ATTACKS, BY THE ATTACKERS, AND USED TO HARM TARGET:**

Gawker Media, Gizmodo Media, Snopes, SPLC and other hired media assassins were retained to produce "hatchet job" character assassination articles about TARGET's. Then those articles were faxed, mailed and emailed to Kaiser Permanente and investors with a note saying: "You don't want to have anything to do with this person, do you..?" in order to get TARGET's fired from their job and get TARGET's loans or financing pulled. The attackers use their round one attack media, that they authored, to create a round two second wave attack designed to end TARGET's life status via economic warfare. All of the other attack victims received between $100,000.00 to $75,000,000.00 but TARGET received ZERO DOLLARS because the Judge was friends with the

The ATTACKERS.

## HARM #23: HOUSING BLOCKADES WERE DEPLOYED BY The ATTACKERS TO HARM TARGET:

Mortgage and rental applications had red flags added to them in databases to prevent the targets from getting homes or apartments. HUD applications were manipulated or stalled from 2007 to today, as reprisal.

## HARM #24: HACKING OF TARGET's DEVICES OCCURRED ON ORDERS OF The ATTACKERS:

Krebs On Security, Wired, Ars Technica, The Wall Street Journal and most major IT publications have reported that hundreds of spy "back-doors" have been found on every Intel, AMD, Apple, Xfinity, Cisco, Microsoft, Juniper Networks motherboard, chip-set and hardware component set. This means that the attackers used a "key" code can open any of TARGET's computer, server, router, cloud-network or other network connected device and read every file, photo, video, your calendar and email on devices at any time from any location on Earth. This has been widely reported on by Glenn Greenwald, Edward Snowden, Scahill, Cheryl K of CBS News and others. TARGET's was hacked at least 10 times. In a number of instances, people, who TARGET's had been communicating with online, were mysteriously contacted by a third party who sent them the Gizmodo attack article or phoned them with warnings to avoid TARGET's. These kinds of Man-In-The-Middle interceptions would only have been possible from hacking and MITM surveillance tactics.

## HARM #25: TECH INDUSTRY BLACK-LIST COORDINATION AGAINST TARGET HAD COMMAND-AND-CONTROL OUT OF The ATTACKERS OFFICES:

McCarthy-Era "Black-lists" were created and employed against target TARGET's who competed with Obama Administration executives and their campaign financiers to prevent them from getting funding and future employment. This White House process is known as "RatFucking", a tactic that is documented in a variety of published reports and on Wikipedia. Using Gust, Google

Docs, Dropbox and secret meetings, a black-list has been maintained to attack TARGET's for whistle-blowing. TARGET has named specific individuals to this court and demanded that the Court request the FBI 302 reports on those individuals. Additional, TARGET demands the FINCEN financial mapping records for those Defendant parties. That data, cross referenced in the XKEYSCORE database, provides indisputable, fully incriminating, follow-the-money evidence about every single party mentioned in this complaint.


**HARM #26: HUD AND USDA MORTGAGE RIGHTS BLOCKADES TO HARM TARGET HOUSING IN REPRISAL AS DIRECTED BY The ATTACKERS VIA THEIR 'DIRTY TRICKS' TEAM:**

The housing rights of TARGET's were stalled in reprisal. Public records show that tens of thousands of other TARGET's were moved ahead of TARGET's even though TARGET's validation metrics exceeded those of almost every other TARGET's. TARGET's was "black-listed".

1. Additional 'dirty tricks' efforts were used per:
   https://www.justice-integrity.org/634-intelligence-agencies-use-social-media-for-dirty-tricks-propaganda-new-report
2. https://www.commondreams.org/news/2014/02/07/gchqs-dirty-tricks-revealed-false-flags-virus-attacks-and-honey-traps
3. https://theintercept.com/2014/02/24/jtrig-manipulation/
4. https://www.salon.com/2011/02/11/threats_against_glenn_greenwald_wikileaks/
5. https://www.theguardian.com/commentisfree/2013/jun/24/surveillance-us-national-security
6. https://www.straight.com/news/482846/government-trolls-use-psychology-based-influence-techniques-social-media
7. http://federal-report.com/public/The_Political_Reprisal_Vendetta_Playbook.pdf
8. https://thedailybanter.com/2014/02/05/greenwalds-latest-snowden-revelation-the-british-gchq-is-waging-war-on-hackers/
9. ***https://www.cia.gov/library/readingroom/docs/CIA-RDP89-01258R000100010002-4.pdf***
10. ...and thousands of additional reports proving the attacker assertions.


TARGET is aware of the FBI procedure of the filing of FBI '302' Reports on subjects. TARGET has, on multiple occasions, via the DC and SFO FBI offices, requested that the FBI interview, observe and track the attackers and confirm the command and control communications

authority authorizing, managing and financing their attacks and the paths of compensation of those attacks. The FBI has had the full capacity and resources to easily confirm who ordered and operated the attacks on TARGET via an interview and investigation of the The ATTACKERS hired attackers, specifically ***Nicholas Guido Denton, John Herrman, Gabrial Darbyshire, Patrick George, Jay Carney, Robert Gibbs, Adrian Covert, Eric Schmidt, Larry Page, Perkins Coie, John Cook, Elon Musk***, ***The Secretary of Energy Jennifer Granholm,*** et. al; and those other parties listed within the main complaint..

The FBI '302' reports on those attackers is hereby requested, and a request for the Court to demand those reports is hereby requested for review by all parties concerned.

**(G) Court ordered back payments from SSA from 2007 to today because public officials ordered blockade of TARGET's SSDI payments as political reprisal for whistle-blowing in 2007 as proven by Inspector General and attached Exhibits:**

TARGET hereby places a plea before the Court for the Court to order the Social Security Administration to pay TARGET back payments from SSA for SSDI from 2007 to today because, as proven in the Master Complaint, public officials, including White House staff and California Senators with intelligence agency access to government 'dirty tricks' teams, ordered the blockade of TARGET's SSDI payments as political reprisal for whistle-blowing in 2007 as proven by Inspector General and attached Exhibits in the Master Complaint. Some SSA officials now work for the charged The ATTACKERS. This illicit federal reprisal circumvention of TARGET's income cost him his house and all many of the damages listed, in detail, in the Master Complaint. It has been proven, in the evidence, that Senator's Pelosi, Harris, Reid, Feinstein, and other senior public officials regularly order hacking, data manipulation and de-funding of political whistle-blowers. Dianne Feinstein's staffer: Daniel Jones, is world known as the 'CIA Master of Dirty Tricks'. In fact, TARGET and his peers, previously won federal lawsuits, as detailed in the Master Complaint,

proving that, "government agencies infected by corruption use their resources to put reprisal hit-jobs on citizens". Any Senate aide can hack or manipulate SSA, DOE, HUD and other agency decision files within minutes and order ANY citizen to have their funds cut-off with a single phone call. That happened in this case, as TARGET, and federal evidence has sworn, certified and verified as to the veracity of such dirty tricks operations within the Government. Senator's staff and family cohabited with TARGET and revealed such tactics.

There are a vast number of other attack tactics. You can find those tactics listed in the, now public, CIA manuals and British JTRIG manuals.

DATED this day of the filing of 2022

Respectfully submitted,

(SIGNED ELECTRONICALLY)
**Name: SD Redmond**
**Address: 210 S. Ellsworth Ave, #1275**
**San Mateo, CA 94401**
**Phone Number: 510-868-2862**
**E-mail Address: justice@majestic111.com**
*Pro Se – A federal witness*

EXHIBITS AND PROOFS ARE PROVIDED AS SEPARATE NUMBERED DOCUMENTS

(PAGES PAST THIS SENTENCE ARE INTENTIONALLY BLANK)

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28