Name: SD Redmond
Address: 210 S. Ellsworth Ave, #1275
San Mateo, CA 94401
Phone Number: 510-868-2862
E-mail Address: justice@majestic111.com

EVIDENCE/EXHIBIT COPIES AT:
https://www.majestic111.com
http://www.the-truth-about-the-dept-of-energy.com
https://san-francisco-news.com
*PLAINTIFF, A Pro Se, disabled, non-lawyer, federal witness who has requested Court appointed counsel*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

**(UNLIMITED CIVIL JURISDICTION)**

| | |
|---|---|
| SD REDMOND, a Pro Se non-lawyer federal whistle-blower/witness <br><br> PLAINTIFF, <br><br> v. <br><br> UNITED STATES OF AMERICA <br><br> DEFENDANTS. | CASE NO.: 22-cv-1107-TSH <br><br> FACEBOOK QUESTIONS <br><br> INTENTIONAL FRAUD; CONCEALMENT FRAUD; NEGLIGENT MISREPRESENTATION; INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS; RICO RACKETEERING; ANTI-TRUST/MONOPOLY;  COURT ORDER DEMANDED FOR FULL SSDI BACK PAYMENTS; AND SUCH OTHER CLAIMS LISTED HEREIN UNDER "CLAIMS" SECTION |

Filed: May 30, 2022

**DEMAND FOR JURY TRIAL**

**ADDITIONAL EXHIBITS TO BE FILED ELECTRONICALLY AND NOW AVAILABLE, ON THE WEB, TO THE PUBLIC, GLOBALLY, AT LINKS ABOVE AND MIRROR SITES**

**FACEBOOK QUESTIONS**

When the United States Patent Office, in a federal hearing, said that I invented the core

technology operating Facebook and then refused to give me my patent paperwork, it seemed like

the game might be rigged. I hired ex FBI and CIA agents to check it out... BOY, was it ever rigged. Facebook's own staff and investors worked INSIDE the U.S. Patent Office. Then they showed me that most of the Obama and Biden Administration COVERTLY OWN FACEBOOK!!!

What U.S. judge or regulator is complaining? Who would complain aboutSands Capital's failure to file the S.E.C. Form SC 13G notices of acquisition of Facebook, Baidu and Athenahealth stock?

**Not S.E.C Chairman Mary L. Schapiro**—she held a boatload of "dark pool" Fidelity, Vanguard, AllianceBern, TIAA-CREF and T. Rowe Price funds.

**Not Commerce Secretary #1 Rebecca M. Blank**—she held TIAA-CREF, Vanguard and Fidelity funds.

**Not Commerce Secretary #2 Penny S. Pritzker**—she holds up to $23.4 million Morgan Stanley, JPMorgan and Goldman Sachs Facebook dark pools.

**Not Attorney General Eric H. Holder**—he held T. Rowe Price and Fidelity funds. In fact, Holder held Fidelity Contrafund, the largest singleFacebook mutual fund stock holder, valued at $413 million.

Who in the judiciarywould complain?

**Not Leader v. Facebook Chief Justice John G. Roberts, Jr.**—he held Microsoft, T. Rowe Price, Fidelity, Janus, Vanguard and Blackrockfunds, including Fidelity Contrafund.

**Not Leader v. Facebook Federal Circuit Judges Alan D. Lourie, KimberlyA. Moore and Evan J. Wallach**—they held Fidelity, Vanguard and T. Rowe Price funds, including Fidelity Contrafund.

**Not Leader v. Facebook District Court Judge Leonard P. Stark**—he held Vanguard and Fidelity funds.

**Not Leader v. Facebook Patent Office Director David J. Kappos**—he held over a

million dollars of Vanguard funds.

We uncovered a felony, organized crime-level of QUID PRO QUO media manipulation, RICO violations and anti-trust law violations between government officials and Facebook blockading my patent and business rights. Over 500 high level government officials own Facebook and harm it's competitors to protect their insider trading stocks.

We noticed nobody every prosecutes these people.

Can the Court or the Defendants explain that?

**DOES ANYONE IN THE COURT ASSOCIATED WITH MY CASE, OR THEIR FAMILY, OWN STOCK IN Twitter, Google - Alphabet, Facebook - Meta, Netflix or YouTube or Tesla; as that would be a MASSIVE CONFLICT OF INTEREST IN THIS CASE?**

Given the suspicious timing of the White House appointments of massively conflicted officials to oversee America's digital infrastructure:

1. How much did Defendants you know about SANDS CAPITAL'S collusion with the Chinese?

2. What Defendants you going to do about it?

3. What assurances can Defendants give us that the tech people you have hand picked are worthy of America's trust?

4. Will the new systems really protect Americans' privacy, property and security?

5. Did Defendants know that their Securities Chair held stock in Facebook and Baidu before the Facebook IPO?

6. Why didn't Defendants personal White House counsels from Perkins Coie LLP, namely Robert F. Bauer and Anita B. Dunn, husband and wife respectively, submit ethics pledges and financial disclosures? Did Defendants know that Facebook was one of their clients?

7. Where are Eric Schmidt's financial disclosures and written ethics pledges to the U.S. Government?

8. Did Defendants know that a Florida judge was ordered to recuse himself from a case where he was Facebook Friends with one of the litigating attorneys?

9. What do Defendants 50 million "likes" say about Defendants appointment of two of the four judges in the Leader v. Facebook case, not even counting all their financial holdings in Facebook, or the Patent Office's "likes"?

DATED this day of the filing of 2022

Respectfully submitted,

(SIGNED ELECTRONICALLY)
**Name: SD Redmond**
**Address: 210 S. Ellsworth Ave, #1275**
**San Mateo, CA 94401**
**Phone Number: 510-868-2862**
**E-mail Address: justice@majestic111.com**
*Pro Se – A federal witness*

EXHIBITS AND PROOFS ARE PROVIDED AS SEPARATE NUMBERED DOCUMENTS

(PAGES PAST THIS SENTENCE ARE INTENTIONALLY BLANK)