**Name: SD Redmond**
**Address: 210 S. Ellsworth Ave, #1275**
**San Mateo, CA 94401**
**Phone Number: 510-868-2862**
**http://scotts-resume.com**

**EVIDENCE/EXHIBIT COPIES AT:**
**https://www.majestic111.com**
**http://www.the-truth-about-the-dept-of-energy.com**
**https://san-francisco-news.com**
**http://www.federal-report.com**

*PLAINTIFF, A Pro Se, disabled, non-lawyer, federal witness who has requested Court appointed counsel*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

## (UNLIMITED CIVIL JURISDICTION)

| | |
|---|---|
| SD REDMOND, a Pro Se non-lawyer federal whistle-blower/witness<br><br>                PLAINTIFF,<br><br>  v.<br><br>UNITED STATES OF AMERICA<br><br><br><br>                DEFENDANTS. | ) **CASE NO.: 22-cv-1107-TSH**<br>)<br>) **EXHIBIT - DAMAGES CALCULATION**<br>) **METRICS**<br>)<br>) **INTENTIONAL FRAUD; CONCEALMENT**<br>) **FRAUD; NEGLIGENT**<br>) **MISREPRESENTATION; INTENTIONAL**<br>) **INFLICTION OF EMOTIONAL DISTRESS;**<br>) **RICO RACKETEERING;**<br>) **ANTI-TRUST/MONOPOLY; COURT**<br>) **ORDER DEMANDED FOR FULL SSDI**<br>) **BACK PAYMENTS; AND SUCH OTHER**<br>) **CLAIMS LISTED HEREIN UNDER**<br>  **"CLAIMS" SECTION** |

**Filed: June 10, 2022**                         **DEMAND FOR JURY TRIAL**

**ADDITIONAL EXHIBITS TO BE FILED**
**ELECTRONICALLY AND NOW**
**AVAILABLE, ON THE WEB, TO THE**
**PUBLIC, GLOBALLY, AT LINKS**
**ABOVE AND MIRROR SITES**

**EXHIBIT -  DAMAGES CALCULATION METRICS**

Every known law enforcement, regulatory, news outlet and citizen sleuth group in America is now, and has been, investigating this case. This has led to a massive amount of documented evidence now available to Plaintiff. While many of those entities are seeking to cover-up the facts in these crimes, corruptions and abuses of Plaintiff, the rest are doing their jobs and exposing the Defendants via hard evidence deep probe investigations.

**While the FBI, FTC, DOJ and FEC are supposed to objectively prosecute this case, it is impossible for them to be objective when their raises, promotions, house payments and stock market profits are entirely determined by the individuals we are charging with these crimes. Only an impartial jury can resolve this matter!**

As part of the resulting data, evidence and precedents have been revealed which clearly validate a monetrary value to the damages Plaintiff has suffered. This exhibit capsulizes some of those comps and validations.

Compensation is demanded by Plaintiff for damages, monies owed, witness fees, legal expenses, whistle-blower fees, informant fees and with-held benefits monies.

This case involves the sale and trading of stocks, bonds, mutual funds, and other securities; quid pro quo political bribery; election manipulation; monopoly and anti-trust law violation; bodily harm and other criminal matters applicable to every law enforcement and regulatory agency. No agency may refuse, or seek to re-direct, this case, to another agency, because it falls within the purview of every law enforcement and regulatory agency in the USA. This case also falls within the purview of multi-national enforcement under Interpol, FinCEN, EU, etc.

This is not a single-agency matter. No agency has the right to seek to shove this case off to another agency or cover-up this matter at the expense of citizen Constitutional and human rights.

This case involves different organizations who are in contest to control the United States government and the financial and power benefits therefrom.

This case involves the control of the White House and the existence, or termination, of the power in the Oval Office.

Victim witnessed an organized criminal enterprise which affected the entire U.S. Treasury. The crime scheme involved: stock market manipulation, corrupt international mining deals and media company power manipulations. When he reported the crime, millions of dollars of state-sponsored reprisal attacks were launched against him in vendetta.

Related cases shed illuminate the depths of criminality and the scope of crimes and illicit deeds by the colluding perpetrators and their crime culture:

In federal **Case No. 1:20-cv-03010** – you see proof that perpetrator Google is monopoly and runs competitor attacks. In **Case No. 11-CV-2509** - https://www.cand.uscourts.gov/judges/koh-lucy-h-lhk/in-re-high-tech-employee-antitrust-litigation/  - you see proof that the Silicon Valley Cartel colludes to harm others. In Task Force Case **No. 20-xyz2020a** - http://www.majestic111.com - you see proof that this "Silicon Valley Cartel" is a RICO law violating entity. In **Case No. 20-03664** - https://www.insurancejournal.com/app/uploads/2020/06/brown-v-google.pdf – you see further evidence  that the Google-Youtube-Alphabet organization operates as a racketeering entity that controls portions of the government.

In Case No. **1:12-CV-00774-mms** and related cases - https://thehill.com/blogs/congress-blog/the-administration/250109-a-case-study-in-pay-to-play-cronyism – You see that criminal referrals against the attackers have been filed with the FBI, DOJ, SEC, FEC, FTC and that insider cronyism at the Department of Energy is accelerating at a rapid pace up and including the recent Granholm investigations.

Additional court cases, available on www.pacer.gov, have filed extensive further evidence proving Plaintiff's assertions. Such key cases include:

**Case No. 18-cv-8865** (S.D.N.Y.)(SEC v. Elon Musk for lies and scams )

**Case No. 18-cv-8947** (S.D.N.Y.)( SEC v. Tesla, Inc. for lies and scams )

**Case No. 1:14-cv-270143** ( Google racketeering charges - https://artistrightswatch.com/2017/10/08/googles-racketeering-challenge/ )

**Case No. 1:19-cr-00490** ( United States v. Epstein - Big tech sex cult crimes case )

**Case No. 129 So.3d 1196** (Fla. 2d DCA 2014); 170 So.3d 125 (Fla. 2d DCA 2015) ( Gawker Media, LLC v. Bollea in which Gawker, Deadspin, Gizmodo, Jalopnik, Jezebel, Kotaku and Lifehacker were exposed as character assassination and money-laundering fronts working for notorious third parties)

**Case No. 19-cv-343672** James Martin (on behalf of ALPHABET INC) v Larry Page et al (Sex Cults In Silicon Valley )

**Case No. CGC-11-508414**, California Superior Court, San Francisco (Plaintiff v Google )

**Case No. 3:16-cv-03061** U.S. DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA, San Francisco Division ( Plaintiff V. Google/Alphabet/YouTube)

**Case No. 18-CIV05380** Rubin Vs. Rubin (Google sex cult and sex slave charges )

**Case No. : 1:17 - cv - 06404**  Vs. Rubin (Organized crime sex trafficking by stock market manipulators )

**Case No. D.C. No. 3:17-cv-05369** - VC (Big tech harassment of outsiders)

**Case No. 3:21-cv-00077**  (Another of many lawsuits proving that the Silicon Valley Cartel conspires to manipulate media and markets)

This is a felony-grade criminal racketeering case. White House, Department of Energy, Department of State and other California State and Federal government agency staff coordinated with their political campaign financier/beneficiaries from Solyndra, Tesla, Fisker, Facebook, Google, YouTube, Netflix, Linkedin, Alphabet, Kleiner Perkins, Greylock, Goldman Sachs and other PAC-aligned Silicon Valley businesses to operate a RICO-law and Antitrust-law violating illicit business "Cartel". The operation of this Cartel has been proven by leaked emails, whistle-

blowers, lawsuits and FBI-type forensic accounting.

This illicit organization had planned to skim trillions of dollars of exclusive profits from government contracts, political payola, foreign rare earth mining operations, internet news and search manipulation deals, revolving-door deals and massive computerized algorithm-based stock market manipulations. The Defendants schemes, particularly, planned to exploit funds from the 2008 and 2021 "Stimulus Bills". Plaintiff's, government employee/contractors, competed with these entities, with superior technology at lower prices, and were targeted by this Cartel, for termination.

Plaintiff's became information providers and whistle-blowers for investigators in the examination of this crime. Defendants expended vast amounts of corporate and taxpayer money and resources harming Plaintiffs in reprisal vendetta attacks. Over a million pages of evidence and proof are provided on the case website. Damages and attacks on Plaintiff continue to today.

# The Blockade of Plaintiff Legal Rights And The Blockade of Their Legal Representation

## Plaintiff's demand a state-funded lawyer

**A.** Plaintiffs have been "black-listed" from getting legal representation. Even though the law in California (Cal. Lab. Code § § 1050 to 1053) says that an entity *can't* prevent or attempt to prevent former workers from getting work or representation through misrepresentation, knowingly permitting or failing to take reasonable steps to prevent blacklisting, or make a statement about why an employee was discharged or left employment, implying something other than what is explicitly

said, or providing information that was not requested: **It is done every day in Silicon Valley.** The "S*ilicon Valley No Poaching Black-List*" class-action lawsuit, the *"AngelGate Scandal Investigation"* , and many other notorious scandals and books are about this issue. Federal FAR Section 9.104-1 (d), and related laws, apply. Blacklisting is a key part of the IC Vendetta Cycle attacks. The victims also suffered damage to their rights under the Age Discrimination in Employment Act (ADEA) (29 USC Sec. 621, et seq.); the Americans with Disabilities Act (42 USC Sec. 12181, et seq.); the Civil Rights Acts - (42 USC Sec. 2000, et seq.); the Davis-Bacon Act (40 USC Sec. 276a, et seq.); the Employee Retirement Income Security Act (ERISA) (29 USC Sec. 1001, et seq.); the Equal Pay Act (29 USC Sec. 206[d]) and other violations.

**B.** Each and every law firm capable of handling Plaintiffs case has been contracted, paid and/or influenced so that they are "conflicted out" from representing Plaintiffs. Law firm Mofo was threatened if they helped Plaintiffs. Lawyer Amy Anderson was threatened and lost her license for attempting to help Plaintiffs. Every lawyer or law firm who attempts to help Plaintiffs is hired by Defendants, or their agents and threatened or compromised in order to prevent them from helping Plaintiffs because this case affects trillions of dollars of energy industry profits, the White House, billionaire oligarchs and multi millionaire corrupt Senators. In fact, this issue lies at the root of this entire corruption case. Sociopath over-moneyed Silicon Valley oligarchs have hire Morrison Foerster, Wilson Sonsini, Perkins Coie, Covington Burling and every other major law firm and lobbyist and told them to *"kill everyone and destroy everything that I don't like…".* These law firms (controlled by Mark Zuckerberg, Elon Musk, Larry Page, Eric Schmidt, Steve Westly, Vinod Khosla, Laurene Powell Jobs, Nancy Pelosi, etc. All of whom have nearly a trillion dollars of funds at their disposal) have carte blanche and unlimited payments to run coups, character assassination campaigns, money laundering and other crimes for the oligarchs. They have the staffing to do these things and zero incentive to not do crimes. These law firms are the dirty deeds teams for the

mobster-like suspects and there is no law enforcement body with the will nor resources to stop them. It is a violation of the U.S. Constitution to tell Plaintiffs to "go get a law firm" when EVERY possible, equitable, law firm works for, and is massively compensated by, the criminals that need to be sued. Both the politicians AND the tech oligarchs charged with these crimes have hired the very law firms that government agencies have told Plaintiffs to go out and hire.


**C.** There is a precedent that was set in the US Supreme Court case: Gideon v. Wainwright, (1963) that clarifies that you have a right to a lawyer even if you don't have money for one.  The Sixth Amendment, as applied to the states through the Fourteenth Amendment Due Process Clause gives one their Due Process rights. One needs to kill someone, though, to most easily get your free lawyer, since the court-appointed lawyer is rarely ever appointed, on citizens behalf, in a case like this. Even if a defendant is represented by an attorney of his or her choosing, he or she may be entitled to relief on appeal if the attorney did not provide adequate representation. A defendant must demonstrate that the attorney's performance "fell below an objective standard of reasonableness" and that this was prejudicial to the case. See:

*Strickland v. Washington* ( *https://supreme.justia.com/cases/federal/us/466/668/case.html* ) , 466 U.S. 668, 688-92 (1984).  A few "free lawyers", that victims had tried, turned out to be working for the opposition side.


**D.** The federal organization: https://www.lsc.gov is required to help but has refused because it's administrators were friends with, and appointed by, the public officials charged with corruption in this case.

**E.** Plaintiffs have personally asked the Attorney General, The Director of the FBI and the U.S. Attorney's office for representation but they have been told not to respond because the case is politically embarrassing to major public officials and their corrupt Silicon Valley financiers.

**F.** The government agencies who have told Plaintiffs that Plaintiffs should *"hire a law firm and sue them"*, in order to resolve this matter, are the same government agencies that have cut-off, or blockaded Plaintiffs income sources in order to prevent Plaintiffs from being able to afford to hire a law firm to sue them.

**G.** A federal agency provided Plaintiffs with a list of "free lawyers". Upon FBI-level investigation of every "free lawyer" on the list, (via their financial contributions, voting records, leaked emails, social media postings, event attendance, public records, social connections lists online and other surveillance data) they all worked for, or with the opposition interests and could not have possibly provided unbiased services. In fact, multiple lawyers have contacted Plaintiffs who turned out to be working for the opposition. They were sent in to delay, or redirect, Plaintiffs in order to keep the cases from being filed or properly prosecuted in order to protect the suspects. This is a common infiltration procedure widely documented in CIA, British secret service, Russian FSB and Snowden leaks documents on IC dirty tricks tactics.

**H.** Agency staff were ordered to harm Applicants by manipulating their benefits in order to deny, delay, obfuscate and reduce their income as reprisal for their assistance to law enforcement in a political corruption and money laundering matter. Agency staff, ranging from the lowest level staff and up to the director headquarters offices, participated in this reprisal-vendetta-revenge action to harm Applicants.

Applicant's peers have filed DOJ and FBI criminal referrals, launched federal investigations and the assertions have been proven in numerous IG, FBI, Congressional and major news media investigations. Agency offices have failed to provide responsive FOIA requested data, hearing investigation data and fair responses because some of their staff are STILL operating a criminal cover-up which has now been update-reported to the FBI, Congress, the IG, the AG and investigative reporters.

Other federal agencies have complied, verified and provided the requested deliverables. SSA and DOE have pointed the searchlight of suspicion on themselves, laser-like, by their overt failure to comply, unlike every other agency. Ironically, the political financing of their executives and their personal relationships "happens" to be with the exact same Silicon Valley oligarchs under felony criminal investigations. The stock market brokerage records, family trust accounts, PAC trace-routing, Interpol records and SEC investigation records proves it!

Unfortunately for the crooked agency staff, some Applicants have the authority, law enforcement credentials and training to arrest any person at their home or office and remand them to the FBI, DOJ or Sheriff. For example: Every "unsigned" anonymous government email is tracked to the individual author by their IP address, device IMEI, web camera, building key card, door camera, parking lot use chart, building camera, vehicle tracking circuits, text dba records, keyboard UI/UX patterns, motherboard ID #, DNS routing, stingray read-outs and a vast number of other metrics. Applicant investigation peers know the exact person that wrote every government email or document or file request. There is no no longer such a thing as an anonymous government email. "Transparency is the Applicants middle name." The FBI and CIA people that insiders think are their "buddies" may actually be the APPLICANTS buddies as victims have a relationship with the IC!

# Agencies And Authorities Previously Contacted

For years, victim/plaintiffs, and their advocates and peers, have contacted every government agency and authority listed in government directories, which may have any jurisdiction over this case. The usual response has been cover-ups, finger-pointing, stone-walling, obfuscation, failure-to-reply or other tactics to delay the inevitable. This has forced victim/plaintiffs to use social media and novel distribution technologies to present their case to every registered voter in the public. Agency officials who were supposed to be helping victim/plaintiffs have been exposed taking bribes from victim/plaintiff's enemies and adversaries in this case. Certain California State officials, Obama White House Staff and Federal Agency staff accepted bribes from Silicon Valley Oligarchs and Investment Bank Cartels. They were bribed with: Billions of dollars of Google, Twitter, Facebook, Tesla, Netflix and Sony Pictures stock and stock warrants which is never reported to the FEC; Billions of dollars of Google, Twitter, Facebook, Tesla, Netflix and Sony Pictures search engine rigging and shadow-banning which is never reported to the FEC; Free rent; Male and female prostitutes; Cars; Dinners; Party Financing; Sports Event Tickets; Political campaign printing and mailing services "Donations"; Secret PAC Financing; Jobs in Corporations in Silicon Valley For The Family Members of Those Who Take Bribes And Those Who Take Bribes; "Consulting" contracts from McKinsey as fronted pay-off gigs; Overpriced "Speaking Engagements" which are really just pay-offs conduited for donors; Gallery art; Private jet rides and the use of Government fuel depots (ie: Google handed out NASA jet fuel to staff); Recreational drugs; Real Estate; Fake mortgages; The use of Cayman, Boca Des Tores, Swiss and related money-laundering accounts; The use of HSBC, Wells Fargo, Goldman Sachs and Deustche Bank money laundering accounts and covert stock accounts; Free spam and bulk mailing services owned by Silicon Valley corporations; Use of high tech law firms such as Perkins Coie, Wilson Sonsini, MoFo, Covington &

Burling, etc. to conduit bribes to officials; Payroll W2 and 1099 payments which were actually bribe payments for political work such as character assassinations and internet rigging; and other means now documented by us, The FBI, the FTC, The SEC, The FEC and journalists.

A partial list of such reports filed by victim/plaintiffs to report the crime and demand compensation includes. Certified mail, Fedex receipt mail and digitally tracked electronic communications were used. Hundreds of public officials have been contacted, with documented proof, to date:

**National Archives** – Case documents, demands and evidence for this case have been filed with the National Archives with reference and tracking numbers so that any member of the public can pull up copies for historical reference and future research about corruption in the 2000's.

**San Francisco Police Department** – A case number was issued and the case was referred to the Northern District Station. The case has been stalled for years as San Francisco Public officials are suspects in the crime. Recent arrests by U.S. Attorney Anderson, do indicate some progress but victim/plaintiff has had no recent out-reach.

**San Mateo Police Department** – Most of the crime organizer/beneficiary/financiers live in San Mateo County and letters have been sent to the SMPD about their actions. One of them: Elon Musk, recently moved from San Mateo, California to the State of Texas in order to delay prosecution.

**Federal Bureau of Investigation** – Victim/plaintiffs have spoken and met with the FBI on multiple occasions. Some FBI staff, and former employees have assisted but no indication of action has been revealed officially by the FBI. Victim/Plaintiffs have invoiced the FBI for witness and informant fees but the FBI has been non-responsive. Victim/plaintiffs were licensed investigators who participated in past undercover operations.

**Congressional Investigation Hearings** – Victim/plaintiffs have reported to and caused the launch of numerous Congressional hearings which validated plaintiffs assertions but Congressional

hearings do not award damages to victims. Invoices have been filed by victim for witness, whistle-blower and informant compensation. Victim provided much data to **The House Committee On Oversight And Government Reform.**

**Federal Court System** – Victim/plaintiffs have been witnesses and/or in a plaintiffs group in famous law suits and class actions and while the cases were "won" or proven in favor of plaintiff's assertions, no compensation has been forthcoming to the victim due to conflicts-of-interest with administration officials and the blockade of victim's legal representation due to the fear of political embarrassment by Administration officials and their Silicon Valley financiers!

**The GAO** – Victim/plaintiff was an interviewed witness/whistle-blower for the GAO. The GAO has published multiple reports condemning some of the suspects in this case. Government Accountability Office OIG has submitted questions but has not informed victim of any definitive actions. Invoices have been filed by victim for witness, whistle-blower and informant compensation.

**Senator Dianne Feinstein** – Reported to yet involved in a conflict-of-interest in this case

**Senator Nancy Pelosi** – Reported to yet involved in a conflict-of-interest in this case

**Senator Jared Huffman** – Reported to yet involved in a conflict-of-interest in this case

**Jerry Brown's Justice Department Lead: Ken Alex** – Reported to yet involved in a conflict-of-interest in this case

**Barack Obama** – Reported to yet involved in a conflict-of-interest in this case

**U.S. Attorney General Eric Holder** – Reported to yet involved in a conflict-of-interest in this case

**FBI Director James Comey** – Reported to yet involved in a conflict-of-interest in this case

**Department of Energy Inspector General** – Reported to yet involved in a conflict-of-interest in this case

**Secretary of Energy Steven Chu** – Reported to yet involved in a conflict-of-interest in this

case

**White House Press Secretary Robert Gibbs** – Reported to yet involved in a conflict-of-interest in this case

**White House Advisor David Axelrod** – Reported to yet involved in a conflict-of-interest in this case

**California Attorney General Kamala Harris** – Reported to yet involved in a conflict-of-interest in this case

**Senator Barbara Boxer** – Reported to yet involved in a conflict-of-interest in this case

**California Secretary of State's Office** – Reported to yet involved in a conflict-of-interest in this case

**California Crime Victims Board** – vcgcb.ca.gov – Reported to yet involved in a conflict-of-interest in this case

**United States Department of Justice** – Obama Administration – Reported to yet involved in a conflict-of-interest in this case. On January 29, 2019, the DOJ OIG did cite multiple senior FBI officials were manipulating cases for special interests. The San Francisco head of the FBI that victim's had been communicating with, was recently replaced by a new person (Bennett). FBI agent Dunne told victim that this was a "multi-year investigation…". Invoices have been filed by victim for witness, whistle-blower and informant compensation.

**SEC** – Obama Administration-  – Reported to yet involved in a conflict-of-interest in this case. Invoices have been filed by victim for witness, whistle-blower and informant compensation.

**CFTC** – Obama Administration -  – Reported to yet involved in a conflict-of-interest in this case. Invoices have been filed by victim for witness, whistle-blower and informant compensation.

**Secret Service** – Obama Administration-  – Reported to yet involved in a conflict-of-interest in this case

**All news reporters** – Over 100,000 news reports, documentary films and articles, proving

the victim's assertions have been published and broadcast but such news reports do not provide cash compensation to victim

**AbilityOne** - OIG

**Board of Governors for the Federal Reserve System & Consumer Financial Protection Bureau**

**OIG**

**Commodity Futures Trading Commission OIG**

**Consumer Product Safety Commission OIG**

**Corporation for National & Community Service OIG**

**Corporation for Public Broadcasting OIG**

**Council of the Inspectors General on Integrity and Efficiency**

**Department of Agriculture OIG**

**Department of Commerce OIG**

**Department of Defense OIG**

**Department of Education OIG**

**Department of Energy OIG**

**Department of Health & Human Services OIG**

**Department of Homeland Security OIG**

**Department of Housing and Urban Development OIG**

**Department of Justice OIG**

**Department of Labor OIG**

**Department of State and Broadcasting Board of Governors OIG**

**Department of the Interior OIG**

**Department of the Treasury OIG**

**Department of Transportation OIG**

**Department of Veterans Affairs OIG**

**Election Assistance Commission OIG**

**Environmental Protection Agency OIG**

**Equal Employment Opportunity Commission OIG•**

**Export-Import Bank OIG**

**Farm Credit Administration OIG**

**Federal Communications Commission OIG**

**Federal Deposit Insurance Corporation OIG**

**Federal Election Commission OIG**

**Federal Housing Finance Agency OIG**

**Federal Labor Relations Authority OIG**

**Federal Maritime Commission OIG**

**Federal Trade Commission OIG**

**General Services Administration OIG**

**Government Publishing Office OIG**

**Intelligence Community OIG**

**International Trade Commission OIG**

**Legal Services Corporation OIG**

**Library of Congress OIG**

**National Aeronautics and Space Administration OIG**

**National Archives and Records Administration OIG**

**National Credit Union Administration OIG**

**National Endowment for the Arts OIG**

**National Endowment for the Humanities OIG**

**National Labor Relations Board OIG**

**National Science Foundation OIG**

**Nuclear Regulatory Commission OIG**

**Office of Personnel Management OIG**

**Pension Benefit Guaranty Corporation OIG**

**Postal Regulatory Commission OIG**

**Railroad Retirement Board OIG**

**Securities and Exchange Commission OIG**

**Small Business Administration OIG**

**Smithsonian Institution OIG**

**Social Security Administration OIG**

**Special Inspector General for Afghanistan Reconstruction**

**Special Inspector General for the Troubled Asset Relief Program**

**Tennessee Valley Authority OIG**

**Treasury Inspector General for Tax Administration**

**U.S. Agency for International Development OIG**

**Bill Cooper, U.S. Department of Energy General Counsel**

**San Francisco FBI officer Patricia Rich**

**San Francisco FBI office, 450 Golden Gate, Duty Officer**

**San Francisco FBI office Director David Johnson**

**42+ Different officials at GAO per their direct emails**

**16+ different officials at the SEC per their direct emails**

**Secretary of Energy Moniz**

**Margrethe Vestager, EU**

**Rep. Jackie Speier –** She sent a letter saying she had checked and federal authorities were looking  into things

1   **U.S. Attorney General Eric Holder**

2   **FBI Director James Comey**

3   **DOJ - Inspector General**

4   **Cecelia Howell, Office of Investor Education & Advocacy, SEC**

5   **Department of Energy Inspector General**

6   **Secretary of Energy Steven Chu**

7   **White House Press Secretary Robert Gibbs**

8   **White House Advisor David Axelrod**

9   **California Attorney General Kamala Harris**

10  **Senator Barbara Boxer**

11  **California Secretary of State's Office**

12  **Social Security Administration, Office of the Inspector General**

13  **Rebecca Alery, Staffer to Congressman Emmer**

14  **Carly Atchison, Communications Director to Congressman Emmer**

15  **Trey Gowdy - U.S. Congress**

16  **Anti-trust Office, USDOJ**

17  **Whistleblowers.org**

18  **Abbey Rime, press organizer for Congressman Tom Rime**

19  **Citizen Complaint Center, Antitrust Division, Department of Justice**

20  **Premerger & Division Statistics, Office of Operations, Antitrust Division - USDOJ**

21  **ATVMIP Staff, Loan Programs Office, U.S. D.O.E.**

22  **Representative Kate Barlow**

23  **Angelia Bowman, Program Manager, US Department of Energy**

24  **Kate Braun, Office of Congressman Tom Emmer**

25  **Marc A. Cevasco, Chief of Staff, Congressman Ted W. Lieu**

**Nate Riggins, Senior Staff, Congressman Ted W. Lieu**

**Inspector General - Social Security Administration**

**Jessica Chan, SEC**

**Director, Oak Ridge Clearinghouse, United States Department of Energy**

**Multiple Form 95 Federal Claims Forms that were stone-walled and never responded to**

**Nicholas Banasevic, Head of Unit, EU Investigations**

**FTC High Technology Task Force**

**NHTSA Safety Board Chairman**

**Jennifer Decesaro, United States Department of Energy**

**Devin O'Malley, USDOJ**

**Office of the Special Counsel Case ID # DI-19-2009 and other case #'s**

**Melissa Darr, U.S. D.O.E.**

**Tricia Evans, United States Congress**

**Docket Branch, Office of Hearings and Appeals, OHA.Filings@hq.doe.gov**

**Paul Fitzpatrick, Chief of Staff, Congressman Mark Meadows (North Carolina - 11)**

**Mart Bailey, Business Partner to the Feinstein Family**

**Robert Simon - Investigative Reporter, CBS News 60 Minutes**

**Carol Leonnig - Investigative Reporter - Washington Post**

**Inspector General - Social Security Administration (in-person and in writing)**

**Legal offices - The White House (time-stamped and receipt acknowledged by his office in writing)**

**rburnson@bloomberg.net (Receipt Confirmed)**

**dglovin@bloomberg.net (Receipt Confirmed)**

antitrust@ftc.gov (Receipt Confirmed)

Catherine McMullen - Office Of The Special Counsel <cmcmullen@osc.gov> (Multiple communications)

Tracy Biggs - Office Of The Special Counsel <TBiggs@osc.gov> (Multiple communications)

Leslie Gogen - Office Of The Special Counsel <lgogan@osc.gov> (Multiple communications)

Herb Newman, Business Partner to the Feinstein Family

The FTC FOIA Unit

Frank Rusco- GAO Lead, at (202) 512-3841 or ruscof@gao.gov

Chris Morris, FOIA Officer, Department of Energy

Communications Office, CIA

Dhillon Law Group Inc.

Matthew Haskins At the office of Rep. Hurd

Bob Haueter, Chief of Staff, U.S. Congress

Keith Holloway, NTSB

hotline@oig.treas.gov

Hotline Coordinator, U.S. Department of Energy, Office of Inspector General

Jessica Hartman at nara.gov

Gregory Krauss, Attorney, U.S. Department of Energy, Office of Hearings and Appeals

Kyle Yunaska, United States Department of Energy

Scott Lucarelli, FOIA Liaison, Office of the Chief Counsel, EMCBC, DOJ

Gosia Olczyk, Claes BENGTSSON,Friedrich Wenzel BULST, Cabinet of M. Vestager

**Cheryll Barton, SMA to Justine Johannes, Sandia National Laboratories**

**Alexander Morris, United States Department of Energy, Obama**

**Office of Policy and Coordination, Bureau of Competition, Federal Trade Commission**

**Office for Civil Rights (OCR), 200 Independence Ave., SW, DC**

**OFFICE OF GOVERNMENT INFORMATION SERVICES, National Archives & Records Administration**

**Carole Richmond, Special Aide To Rep. Carter**

**Monique C. Winkler, Associate Regional Director for Enforcement, SEC**

**Olga E. Santiago Lugo, State Policy Advisor, USDOJ**

**Sunita Satyapal, USDOE Energy Programs**

**Sydney Schneir & Jennifer DeCesaro, DOE liaison officers**

**Agent Carina Schoenberger, US DOJ**

**Gabriela Sterling & Cody Laliberte at Rep. Walters office**

**The White House press office**

**Rick Perry, United States Department of Energy**

**Office of the Victims' Rights Ombudsman, USDOJ**

**Roman Vayner, Esq., CIPP/US,OIA, U.S. Department of Energy**

**California Victim Compensation Board**

**Judiciary Committee's Oversight and Investigations staff**

**witness@theguardian.com**

**Ray Yonkura At The U.S. Congress**

**And all other known agencies with any applicable authority….**

The problem with this process is the internal corruption within agencies who have been allowed to operate without proper regulation or oversight for many years. The "SpyGate" or "FISA Abuse" case in the current White House involves the abuse of public agencies to attack those they

are politically opposed to. Average citizen SSA, IRS, HUD and other applicants suffer the same fate.

The San Mateo, California Social Security Administration offices are under investigation because one, or more, of their staff used SSA resources to attack an Applicant because a staff member (erroneously) thought that an Applicant was opposed to that SSA staffer's beliefs on "open-borders". The SSA official ordered up reprisal operations, against the Applicant, simply to vent that SSA officials political angers. That is illegal.

A vast number of agency abuse cases and lawsuits are now on public record in the Inspector General's offices and federal courts.

It is an indisputable fact that some government agencies run "hit-jobs" on citizens on orders from certain corrupt politicians. These actions are felony violations of the law.

Federal and State Agencies including SSA, FEC, DOE, HHS, VA, CIA, HUD, SA, SEC, FBI, DOJ and many others, have been charged, and found guilty, in these crimes against citizens.

In the Congressional investigation published by the United States Congress in review of the U.S. Department of Energy LGP/ATVM programs, it is clearly proven that the U.S. Department of Energy was used as a slush-fund by some DOE executives in order to pay off campaign financiers by attacking and sabotaging their competitors.

The DOE Paducah Gaseous Diffusion Plant under contracts with the Department of Energy and the government-owned U.S. Enrichment Corp paid $5M whistle-blower awards to those whistle-blowers who were attacked, using government agency resources, for reporting a crime.

Dept. of Energy Hanford URS has agreed to settle a lawsuit brought by former employee Walter Tamosaitis for $4.1 million. The settlement in the whistle-blower case comes almost one year before the case was set for a jury trial in federal court in Richland and compensates Tamosaitis for attacks against him, by DOE officials, in retribution for reporting a crime.

VA officials attacked hundreds of citizens who reported corruption, ie:

https://www.thenewamerican.com/usnews/health-care/item/18610-va-whistleblowers-facing-retribution.

As shown in this report: https://www.pogo.org/analysis/2018/08/new-report-confirms-whistleblower-retaliation-is-alive-and-well-at-department-of-veterans-affairs/

, Agencies attack often and harshly.

CIA and NSA executives have been widely shown to use spy tools to attack domestic citizens they don't like, ie:  https://www.dailymail.co.uk/news/article-2435011/NSA-employees-used-phone-tapping-tools-spy-girlfriends-cheating-husbands.html , and hundreds of other news links that can be provided.

Elon Musk and Tesla, as well as Eric Schmidt and Larry Page at Google, have been proven to use the CIA group: IN-Q-TEL, to run government sponsored/financed attacks on business competitors.

In Civil Action No. 1:13-cv-00777-RBW GOVERNMENT AGENCIES WERE CAUGHT BEING USED FOR ATTACKS AGAINST CITIZENS AND PUNISHED IN THE COURT AND THE MEDIA!

The IRS, and hordes of other government agencies have been caught and proven, IN COURT, to target and attack people for presumed political differences.

Why should we assume that the Social Security Administration is not ALSO doing this too to harm citizens who speak out?

The Lois Lerner IRS attacks took many years to resolve. In an unprecedented victorious conclusion to a four year-long legal battle against the IRS, the bureaucratic agency admitted in federal court that it wrongfully targeted citizens, during the Obama Administration, because of their political viewpoints and issued an apology to those people for doing so.

In addition, the IRS is consenting to a court order that would prohibit it from ever engaging in this form of unconstitutional discrimination in the future.

In a proposed Consent Order filed with the Court, the IRS has apologized for its treatment of U.S. citizens including organizations from 20 states that applied for 501(c)(3) and (c)(4) tax-exempt status with the IRS between 2009 and 2012 -- during the tax-exempt determinations process. Crucially, following years of denial by the IRS and blame-shifting by IRS officials, the agency now expressly admits that its treatment of our clients was wrong and a total violation of our Democracy..

As set forth in the proposed Order:

"The IRS admits that its treatment of Plaintiffs during the tax-exempt determinations process, including screening their applications based on their names or policy positions, subjecting those applications to heightened scrutiny and inordinate delays, and demanding of some Plaintiffs' information that TIGTA determined was unnecessary to the agency's determination of their tax-exempt status, was wrong. For such treatment, the IRS expresses its sincere apology."

Throughout litigation of this case, activists have remained committed to protecting the rights of the public who faced unlawful and discriminatory action by the IRS and other agencies. The objective from the very beginning has been to hold agencies accountable for corrupt practices.

This Consent Order represents a historic victory for the public and sends the unequivocal message that a government agency's targeting of citizens organizations, or any organization, on the basis of political viewpoints, will never be tolerated and that revenge will be swift and vast.

The Order will put an end, once and for all, to the abhorrent practices utilized against citizens, as the agreement includes the IRS's express acknowledgment of – and apology for – its wrongful treatment of the public. While this agreement is designed to prevent any such practices from occurring again, rest assured that all public interest lawyers will remain vigilant to ensure that the IRS, SSA, DOJ or SEC does not resort to such tactics in the future.

Per detailed reports, in March of 2012 lawyers began being contacted by literally dozens of citizens and groups who were being harassed by the Obama IRS after submitting applications for tax-exempt status. Their tax-exempt applications were held up for years (over seven years in some

cases), and they began receiving obtrusive and unconstitutional requests for donor and member information. That began a now more than five and a half year fight with the burgeoning bureaucracy at the IRS. Then on May 10, 2013, Lois Lerner, the then head of the IRS Tax Exempt Organizations Division, publicly implicated the IRS in one of the worst political targeting scandals of the century.

This is an extraordinary victory against government agency abuse. It sends a powerful warning to the deep state bureaucracy that it will not be allowed to violate the Constitution in order to silence and shut down the whistle-blowers.

In addition to the IRS's admissions of and apology for its wrongful conduct, the Consent Order would specifically award Plaintiffs the following:

- A declaration by the Court that it is wrong to apply the United States tax code to any tax-exempt applicant or entity based solely on such entity's name, any lawful positions it espouses on any issues, or its associations or perceived associations with a particular political movement, position or viewpoint;

- A declaration by the Court that any action or inaction taken by the IRS must be applied evenhandedly and not based solely on a tax-exempt applicant or entity's name, political viewpoint, or associations or perceived associations with a particular political movement, position or viewpoint; and

- A declaration by the Court that discrimination on the basis of political viewpoint in administering the United States tax code violates fundamental First Amendment rights. Disparate treatment of taxpayers based solely on the taxpayers' names, any lawful positions the taxpayers espouse on any issues, or the taxpayers' associations or perceived associations with a particular political movement, position or viewpoint is unlawful.

In the Order, the IRS has also agreed that (unless expressly required by law) certain actions against the Plaintiffs– i.e. the sharing, dissemination, or other use of information unnecessarily obtained by the IRS during the determinations process (such as donor names, the names of

volunteers, political affiliations of an organization's officers, etc.) – would be unlawful. In addition, the IRS promises not to take any retaliatory action against our clients for exposing the targeting scheme.

Finally, and of crucial significance, the IRS admits it targeted persons and groups based on their viewpoints (i.e., "policy positions") and that such viewpoint discrimination violates fundamental First Amendment rights. This is the first time the IRS has admitted that its targeting scheme was not just "inappropriate" – as TIGTA found – but, as alleged, blatantly unconstitutional.

To ensure consistency and uniformity within the agency's operations going forward, the IRS is required, pursuant to the Order, to inform all employees within the Exempt Organizations Division, as well as the Commissioners and Deputy Commissioners within other divisions, of the Order's terms.

This Order not only validates allegations about their treatment at the hands of the corrupt Obama-era IRS but also provides important assurances to the American public that the agency understands its obligation to refrain from further such discriminatory conduct. As Attorney General Sessions acknowledged in this regard, "[t]here is no excuse for [the IRS's] conduct," as it is "without question" that the First Amendment prohibits the conduct that occurred here, i.e., subjecting American citizens to disparate treatment "based solely on their viewpoint or ideology." Sessions further confirmed his Department's commitment to ensuring that the "abuse of power" in which the IRS engaged here "will not be tolerated."

It is impossible to overstate the importance of this victory. This marks a years-long fight for justice in defense of the constitutional rights of the public.

This is an extraordinary victory against abuse of power and corruption.

It sends a powerful warning to the deep state bureaucracy that it will not be allowed to violate the Constitution and manipulate the IRS, SSA and other agencies in order to silence and shut down those who speak out about political corruption crimes.

In the wake of  Wisconsin Watchdog's investigation into SSA staff allegations of incompetence, misconduct, and retaliation in Social Security disability appeals offices, several employees have taken their complaints to a Senate committee led by Wisconsin Sen. Ron Johnson.

An official with knowledge of the complaints said the Senate Homeland Security and Governmental Affairs Committee, chaired by the Oshkosh Republican, has received emails and other contacts from "certain people" inside the Social Security Administration's Office of Disability Adjudication and Review.

The initial complaints came from an employee inside the Milwaukee office following Wisconsin Watchdog's opening investigative report that found some claimants waiting more than 1,000 days for an appeals decision on their disability benefits claim.

Following Wednesday's story of a whistleblower in the Madison ODAR office, the committee has received more specific complaints about retaliation against employees, the source said.

Committee staff members sent the latest Watchdog piece to SSA administrators hoping they will "cooperate," the source said. To date, the agency has been less than cooperative.

"This is an ongoing process, and they are not always as forthcoming as we'd like them to be," the source said. "Hopefully with your continued reporting, this is an issue they can't duck."

A Senate committee member said officials there are working with the Office of Special Counsel on "multiple whistleblower retaliation claims." The committee continues to request information from the SSA.

The whistleblower in the Madison office claims management retaliated against her after she was called to testify in a misconduct case. The incident involved "inappropriate behavior" by an administrative law judge, she said.

"They are so corrupt. It's absolutely horrible," said the woman, a lead case technician in the Madison Office of Disability Adjudication and Review.

She spoke on condition of anonymity, fearing more retribution from her supervisors. While she said recounting her particular experiences will more than likely betray her identity anyway, the ODAR case worker insisted she has had enough.

"I'm at point where they don't care about me, I don't see why I'm protecting them. This is my last resort," she said. "I want to do my work without fear of retaliation."

She said she has contacted the Senate committee.

"I forwarded my information to them and I got an email back from them. They said people are coming out of the woodwork with their complaints (about ODAR) following your story," the whistle-blower said.

Ronald Klym, a long-time senior legal assistant in the Milwaukee ODAR office, alleges he has been retaliated against by supervisors for going public with his charges of incompetence and misconduct in the agency. The federal employee, who has worked for SSA for 16 years, provided Wisconsin Watchdog with documents showing extremely long wait times for claimants appealing their denied applications for benefits.

Doug Nguyen, SSA regional spokesman, in a previous story said the agency acknowledges that Milwaukee ODAR has a "high average processing time for disability appeal hearings, and we are working to address the issue."

Beyond the delays is what Klym calls the "shell game," the wholesale transferring of cases to other parts of the country by administrators to make the Milwaukee office's numbers look better than they are.

The Madison office whistle-blower confirmed Klym's allegations, saying at one point she saw 2,000 cases from the Milwaukee office handed off to the Oak Brook operation.

There are over 10,000 SSA disability manipulation charges against SSA executives and staff. There are over 185,000 charges filed by domestic citizens against all of the parties we listed in our **reported-to** list above.

27

# Damages And Harms List

"Applicant A" and his co-workers were cooperating with agency investigations into organized crime operating within government agencies. In order to discourage, threaten and intimidate "Applicant A", he and his peers were attacked with a $30M+ state-sponsored reprisal attack which included the following attack tactics, operated by Fusion GPS, Black Cube, Psy-Ops type contractors and White House specialists, which caused quantifiable harms and damages for which "Applicant A" is owed compensation:

1.) Defrauding Applicants via fake government requests to invest in rigged government contracts, thus costing Plaintiff's their life savings;

2.) Placing moles in, and spying inside, Applicant's companies;

3.) Blockading legal counsel for plaintiffs;

4.) Character assassination and sophisticated contracted defamation media attacks;

5.) Defendants contracted off-shore "click-farm" and "troll-factory" processed social media attacks;

6.) Government benefits from SSA, HUD, etc, blockades and manipulations;

7.) Jobs and venture capital funding blacklisting;

8.) FOIA obfuscation for official government FOIA filings;

9.) Arbitrary government deadline manipulation for SSA, DOE, HUD and other applications;

10.) Creation of endless fake hurdles in agency applications (ie: DOE) to protect rigged "winners";

11.) Toxic workplace poisonings like the Salisbury, Nalvany, Litvinenko poisonings;

12.) Workplace sabotage and obstruction of Applicant's companies;

13.) Contracted media defamation attacks via Gawker, Gizmodo, Jalopnik, Google, Youtube, etc. Which have now had the payments for the attacks tracked through accounting systems

14.) Commercial employment database "Lois Lerner-ing" and red-flagging;

15.) Murders or forced deaths of peers (ie: Rajeev Motwani, Seth Rich, Gary D. Conley and 120+ others);

16.) Revenue blockades and internet income re-direction;

17.) Troll farm attack teams hired from Chinese attack farms;

18.) Fusion GPS, Media Matters, David Plouffe attack contracts issued targeting whistle-blowers;

19.) Manual search engine lock-in attacks on Google, YouTube, Linkedin;

20.) U.S. patent office manipulation to blockade revenue;

21.) Honey-traps sent out targeting the whistle-blowers;

22.) Fake news tabloid empires created just for defamation attacks;

23.) Housing access and financing blockades created to reprisal harass whistle-blowers;

24.) Ongoing hacking of plaintiffs devices;

25.) Tech industry black-list coordination within the National Venture Capital Association;

26.) HUD and USDA mortgage rights blockades:

27.) DNS and IP routing manipulation to prevent victims from selling anything online;

28.) Digital attacks designed to put horrific fake news about target in front of 7.5 billion people...

and more spy agency type "dirty tricks"that cost the victims their lives, life savings, income and other disabling losses as detailed in the related support documents on the case website.

**Plaintiffs have currently had their rights to legal representation and a trial blockaded by government officials who fear political embarrassment in a public trial of this case. In fact, history has proven that those officials have caused a thousand-fold increase in their own**

**public media shame by delaying a settlement of this dispute!**

# Relief Options Demanded

- Victim/plaintiff demands the provision of a state-sponsored court-provided law firm to represent victim/plaintiff under the variances and human rights laws affording such provision of services.

- The finding that this matter includes a violation of RICO racketeering laws and Anti-trust laws by the combined organized efforts of the Defendants.

- Awarding Plaintiff compensatory including actual, consequential, and incidental damages for malicious defamatory conduct as alleged herein in an amount to be determined at trial and in excess of $35,000,000 U.S. Dollars.

- Awarding punitive damages for Defendant's malicious defamatory conduct based on the routine and accepted calculation of 5 percent of their invested current net worth of over $63 billion U.S. dollars. Thus, punitive damages are requested be awarded by the in an amount to exceed $3 billion U.S. dollars, which amount of punitive damages are designed to sufficiently punish Defendant in order that its illegal conduct not reoccur.

- Awarding Plaintiff attorney's fees and costs.

- Granting any such further relief as the Court deems appropriate including preliminary and permanent injunctive relief.

- Damages in excess of $225 million against Chu, Axelrod, Podesta, Carny, Biden, Emanual, Gibbs, Rattner and Seward, jointly and severally, for their violations of Plaintiff's civil rights.

- A declaration pursuant to 28 U.S.C. §§ 2201 and 2202 and 5 U.S.C. § 706(2)(B) that Plaintiff's Loan Program application was wrongfully denied and injunctive relief directing

Defendants to reconsider and/or approve same.

- A declaration pursuant to 28 U.S.C. §§ 2201 and 2202 and 5 U.S.C. § 706(2)(B) Plaintiff's ATVM Loan Program application was wrongfully denied and injunctive relief directing Defendants to reconsider and/or approve same without respect for political considerations.

- A declaration pursuant to 28 U.S.C. §§ 2201 and 2202 and 5 U.S.C. § 706(2)(B) that the rejection of  Plaintiff's LGP application without recourse was unlawful, and injunctive relief directing Defendants to accept and consider same without respect for political considerations.

- Such costs and attorney fees as Plaintiff's may be entitled to under law.

- Such other relief as this Court deems just.

- Plaintiff's have sent an invoice for "*informant and witness fees*" to the GAO, FBI, FTC and SEC in the amount of $5,000,000.00 per agency but have not had a response, relative to payment, from those agencies.


# Damages Amount Comparatives and Legal Precedents Validations


**Reference past payment examples:**

- Campbell worked as an informant for federal authorities investigating Vadim Mikerin, a Russian official in charge of U.S. operations for Tenex, a unit of Rosatom. Authorities later accused Mikerin of taking bribes from a shipping company in exchange for contracts to transport Russian uranium into the United States. He pleaded guilty in federal court in Maryland and was sentenced to prison for four years. The Justice Department had also initially charged Mikerin with extorting kickbacks from Campbell after hiring him as a $50,000-a-month lobbyist. Prosecutors alleged

Mikerin had demanded Campbell pay between one-third and half of that money back to him each month under threat of losing the contract and veiled warnings of violence from the Russians. The demand prompted Campbell to turn to the FBI in 2010, which gave its blessing for him to remain part of the scheme as a whistle-blower who was compensated for his efforts.

- The FBI has a Congressional docket which documents it's annual witness and informant expenditures for the last 20 years. Those financial on-the-record documents show the average payment for a high-ticket case RICO-type informant such as Plaintiff and are hereby placed in this case record as references of payment standards.

- In a similar case, Plaintiff Terry Bollea (AKA: Hulk Hogan) was awarded $145 million dollars in damages because of character assassination efforts by the same parties. The attacks on Plaintiffs exceeded the resources used against Terry Bollea by many magnitudes and thus, the $145 million dollar figure would be a minimum damages figure for each Plaintiff in our case as each Applicant was attacked in such a manner. Each of the parties attacked by Gawker/Gizmodo (who worked for White House operatives) received at least $170,000.00 in damages.

- The DOE Paducah Gaseous Diffusion Plant under contracts with the Department of Energy and the government-owned U.S. Enrichment Corp paid $5M whistle-blower awards to those whistle-blowers who were attacked, using government agency resources, for reporting a crime.

- Adam Lovinger, a 12-year veteran of the Pentagon's Office of Net Assessment (ONA), filed a whistleblower reprisal complaint with the Defense Department's inspector general in May against ONA boss James Baker and received compensation for his whistle-blower efforts.

- The FBI's informant in the Uranium One scandal involving the Obama administration gave written testimony to three congressional committees this week in which he accused the Obama administration of making decisions that directly benefited the Russian government and their goals of gaining geopolitical advantages over the United States. The informant, Douglas Campbell, told congressional investigators on Wednesday that Moscow sent millions of dollars to the U.S. with the

expectation that it would benefit the Clinton's, while Hillary Clinton "quarterbacked a 'reset' in US-Russian relations" in her role as Secretary of State during the Obama administration, The Hill reported. The FBI found Campbell's undercover work valuable enough to reward him with a $50,000 check in 2016.

  - Dept. of Energy Hanford URS has agreed to settle a lawsuit brought by former employee Walter Tamosaitis for $4.1 million. The settlement in the whistle-blower case comes almost one year before the case was set for a jury trial in federal court in Richland and compensates Tamosaitis for attacks against him, by DOE officials, in retribution for reporting a crime.

  - In Civil Action No. 1:13-cv-00777-RBW, government agencies were caught being used for attacks against citizens and punished in the court and the media! The IRS, and hordes of other government agencies have been caught and proven, IN COURT, to target and attack people for presumed political differences

  - Some of the biggest evidence-of-loss examples are found in the financial records from General Motors, Ford Motors, Nissan and Tesla Motors executives for the time-frame from Jan. 1, 2000 to today. Those records validate the income loss to Plaintiff.

  - Over 400+ other cases decisions, settlement records and government payment precedents are on file at http://www.pacer.gov validating the amount that Plaintiff should be compensated via known and quantified precdents.

      DATED this day of the filing of 2022

                        Respectfully submitted,

                        (SIGNED ELECTRONICALLY)

**Name: SD Redmond**
**Address: 210 S. Ellsworth Ave, #1275**
**San Mateo, CA 94401**
**Phone Number: 510-868-2862**
*Pro Se – A federal witness*

EXHIBITS AND PROOFS ARE PROVIDED AS SEPARATE NUMBERED DOCUMENTS

(PAGES PAST THIS SENTENCE ARE INTENTIONALLY BLANK)