**Name: SD Redmond**
**Address: 210 S. Ellsworth Ave, #1275**
**San Mateo, CA 94401**
**Phone Number: 510-868-2862**
Pro se disabled non-represented Plaintiff
**http://scottredmond.us**

**EVIDENCE/EXHIBIT COPIES AT:**
**https://www.majestic111.com**
**http://www.the-truth-about-the-dept-of-energy.com**
**https://san-francisco-news.com**
**http://www.federal-report.com**

*PLAINTIFF, A Pro Se, disabled, non-lawyer, federal witness who has requested Court appointed counsel*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

## (UNLIMITED CIVIL JURISDICTION)

| | |
|---|---|
| **SD REDMOND, a pro se non-lawyer** | ) **CASE NO.: 3:22-cv-01107-WHA** |
| | ) |
| **PLAINTIFF,** | ) |
| | ) **EXHIBIT – ACTUARIAL EVIDENCE ONE** |
|   **v.** | ) |
| | ) **INTENTIONAL FRAUD; CONCEALMENT** |
| | ) **FRAUD; NEGLIGENT** |
| **UNITED STATES OF AMERICA** | ) **MISREPRESENTATION; INTENTIONAL** |
| | ) **INFLICTION OF EMOTIONAL DISTRESS;** |
| | ) **RICO RACKETEERING;** |
| | ) **ANTI-TRUST/MONOPOLY;  COURT** |
| | ) **ORDER DEMANDED FOR FULL SSDI** |
| **DEFENDANTS.** | ) **BACK PAYMENTS; AND SUCH OTHER** |
| | ) **CLAIMS LISTED HEREIN UNDER** |
| | ) **"CLAIMS" SECTION** |

**Filed: June 21, 2022**

**DEMAND FOR JURY TRIAL**

**ADDITIONAL EXHIBITS TO BE FILED
ELECTRONICALLY AND NOW
AVAILABLE, ON THE WEB, TO THE
PUBLIC, GLOBALLY, AT LINKS
ABOVE AND MIRROR SITES**

1

Plaintiff is the only American citizen *in the world* who has suffered the 50+ attacks listed in the complaints and evidence according to actuarial forensic science . The only parties in the world who could have launched such attacks are the Defendants according to actuarial forensic science. This is proven by indisputable actuarial forensic science.

For example: experts in the field of actuarial science include **Patrick L. Brockett.** He is an endowed Chaired Professor (Gus Wortham Chair in Risk Management and Insurance) within the Information, Risk and Operations Management, Finance, and Mathematics departments at The University of Texas at Austin. He is the Director of the Risk Management and Insurance Program, Director for the Center of Risk Management and Insurance, and Director for the Minor/Certificate in Risk Management Program. He is also an Affiliated Faculty Member in the University of Texas-Austin Division of Statistics & Scientific Computation. He is known for his research in statistics, probability, actuarial science, quantitative methods in business and social sciences, and risk and insurance. The American Risk and Insurance Association (ARIA) endowed and named a research award in his honor: The Patrick Brockett & Arnold Shapiro Actuarial Research Award,[1] awarded to the actuarial journal article that makes the best contribution of interest to ARIA risk management and insurance researchers. He, and experts like him, can describe how this works, to the Jury.

**Actuarial science** is the discipline that applies mathematical and statistical methods to assess the liklihood of a set of circumstances occuring in insurance, finance, and other industries and professions. More generally, actuaries apply rigorous mathematics to model matters of uncertainty.

Actuaries are professionals trained in this discipline. In many countries, actuaries must demonstrate their competence by passing a series of rigorous professional examinations.

Actuarial science includes a number of interrelated subjects, including mathematics, probability theory, statistics, finance, economics, and computer science. Historically, actuarial

science used deterministic models in the construction of tables and premiums. The science has gone through revolutionary changes since the 1980s due to the proliferation of high speed computers and the union of stochastic actuarial models with modern financial theory.[1]

Many universities have undergraduate and graduate degree programs in actuarial science. In 2010, a study published by job search website CareerCast ranked actuary as the #1 job in the United States.[2] The study used five key criteria to rank jobs: environment, income, employment outlook, physical demands, and stress. A similar study by *U.S. News & World Report* in 2006 included actuaries among the 25 Best Professions that it expects will be in great demand in the future.[3]

In social welfare programs, the Office of the Chief Actuary (OCACT), Social Security Administration plans and directs a program of actuarial estimates and analyses relating to SSA-administered retirement, survivors and disability insurance programs and to proposed changes in those programs. It evaluates operations of the Federal Old-Age and Survivors Insurance Trust Fund and the Federal Disability Insurance Trust Fund, conducts studies of program financing, performs actuarial and demographic research on social insurance and related program issues involving mortality, morbidity, utilization, retirement, disability, survivorship, marriage, unemployment, poverty, old age, families with children, etc., and projects future workloads. In addition, the Office is charged with conducting cost analyses relating to the Supplemental Security Income (SSI) program, a general-revenue financed, means-tested program for low-income aged, blind and disabled people. The Office provides technical and consultative services to the Commissioner, to the Board of Trustees of the Social Security Trust Funds, and its staff appears before Congressional Committees to provide expert testimony on the actuarial aspects of Social Security issues.

Acccording to The Institute of Applied Actuarial Science, IAAS, it is against all odds for the attacks on Plaintiff to be a coincidence and it is 99% likely that ONLY the Defendants could have undertaken and operated the listed attacks. IAAS experts state that:

"…Probability, by definition, is the measure of an event's likelihood. As a mathematical concept, and on actuarial

exams, the measurement is defined in two distinct and sometimes inconsistent ways. There is the frequency (**"Frequency"**) definition based on how frequently something occurs, while the other is based on one's degree of belief (**"Belief"**). The syllabus contains both conflicting definitions. Frequency for insurance claims and belief (or Bayesian) for credibility analysis. More recently, belief as a measure of probability is being increasing used along with the rise of mathematical finance in the actuarial curriculum since the financial crisis.

It's important to note that whether frequency or belief is used to measure probability, both can be consistent with the following three axiom's:

1. P(AllEvents) =1

2. 0<= P(Event_i) <=1 for all i

3. P(any union of independent events) =P(Event_1) + P(Event_2) + ... + P(Event_n) if mutually exclusive "

The liklihood that Plaintiff's Defendants who were financed by; friends with; sleeping with; dating the staff of; holding stock market assets in; promised a revolving door job or government service contracts from; partying with; personal friends with, photographed at private events with; exchanging emails with; business associates of, or directed by; applicant's business adversaries; or the Senators and agency politicians that those business adversaries pay campaign finances to, or supply political digital search manipulation (ie: Google & Facebook supply web manipulation rigging) services to and who paid for the only attacks by the only publication outlets that Defendants controlled and compensated NOT being the attackers is 600 trillion to one.

***In other words, it is more likely that Defendants attacked Plaintiff than any other possibility that could possibly exist in the entire world.***

In the fedral Iran-Contra hearings, actuarial science facts proved that an impossibly secret and covert tentacular spy operation DID, IN FACT, ILLEGALLY EXIST. Sen John Kerry proved that all of the nay-saying about "**that is just a conspiracy theory**" was just a lie, EXACTLY LIKE THE LIES DEFENDANTS ARE USING IN THS CASE! Nothing is a conspiracy "***theory***" when you have facts and witnesses such as Plaintiff has here.

The exclusive nature of the attacks and harms and the fact that ONLY the Defendants have the power, resources and past history-of-use of those exact same attacks proves who engaged in the attacks. For example, only government agents can manipulate government Social Security Administration decisions and refuse to rescind decsions that were proven to have been manipulated, as in this case. Only White House staff and their financiers had command and control of Gawker Media, Gizmodo Media, Media Matters and Google poltical and business character assassination attack vehicles.

Plaintiff is the only human being in the world to ever have received concurrent attacks by the named particular media outlet which is covertly controlled and financed by Defendants. Out of 50,000 other media outlets in the world, no other media outlets ever produced, broadcast, or deployed the videos, fake blogger comments and hatchet job articles. The fact of the media attacks and who ordered those attacks is easily proven by the FBI, who is known to have the investigation records on the named attackers. An Order by this Court, to the FBI, to name the investigated command-and-control entity and sources of compensation and and direction of the named attackers, previously supplied in these exhibits, can resolve this matter rather quickly. The FBI and FINCEN have the rsources to interview each attacker, monitor the communications of the attackers, which, at the time Plaintiff asked the FBI, to do; and confirm or disprove the assertions of those attackers is a easy task for FBI, and may have already been executed.

In other words, the nature of the attacks and the attack operations, themselves, prove that Defendants, and their direct political financiers, undertook and operated the attacks.

In Plaintiff's case # **1:12-CV-00774-mms ,** Plaintiff and his investors sued the government for corruption and Supreme Court Ketanji Brown Jackson agreed with Plaintiff that the Department of Energy and White House WERE 'infected with corruption' and we won our remand case. Over 100 government employees and contractors have been fired for corruption since then.

The odds of these Defendants getting bribes which include: A.) Billions of dollars of

Google, Twitter, Facebook, Tesla, Netflix and Sony Pictures stock and stock warrants which is never reported to the FEC; B.) Billions of dollars of Google, Twitter, Facebook, Tesla, Netflix and Sony Pictures search engine rigging and shadow-banning which is never reported to the FEC; C.) Free office, airfield and condo rent; D.) Male and female prostitutes; E.) Cars; F.) Dinners; G.) Party Financing; H.) Sports Event Tickets; I.) Political campaign printing and mailing services "Donations"; J.) Secret PAC Financing; Jobs in Corporations in Silicon Valley For The Family Members of Those Who Take Bribes; K.) "Consulting" contracts from McKinsey as fronted pay-off gigs; L.) Overpriced "Speaking Engagements" which are really just pay-offs conduited for donors; M.) Private jet rides and use of Government fuel depots (ie: Google handed out NASA jet fuel to staff); N.) Real Estate; O.) Fake mortgages; P.) The use of Cayman, Boca Des Tores, Swiss and related money-laundering accounts; Q.) Bribes to Stanford officials to admit their kids to college; R.) The use of HSBC, Wells Fargo, Goldman Sachs and Deustche Bank money laundering accounts and covert stock accounts; S.) Free spam and bulk mailing services owned by Silicon Valley corporations; T.) Use of high tech law firms such as Perkins Coie, Wilson Sonsini, MoFo, Covington & Burling, etc. to conduit bribes to officials; and other means now documented by forensic experts, FINCEN, The FBI, the FTC, The SEC, The FEC and journalists and NOT being involved in a crime are 200 TRILLION TO ONE.

Per  https://www.sec.gov/files/Algo_Trading_Report_2020.pdf ; rigging-the-numbers tricks are used every minute of every day by the Defendants agents.

In fact Plaintiff used actuarial science to protect the evidence in this case. The odds of Defendants spy agency contractors hacking and deleting the evidence on Plaintiffs primary online evidence server is 50:50. By using the same kind of self-replicating, auto-propogating bots that Defendants, and their operatives, use to rig the stock market, Plaintiff has produced a vast global network of evidence repositories, made out of untraceable Bittorrent-like sections, that always move and always build more of themselves. The combined resources of every spy agency on Earth can't

delete all of those evidence copies and the 'mirrors' self-repair, with 10 clones of themselves, each time one is 'killed'.

Actuarial forensic science also reveals the financial payola tricks that Defendants were using for illicit profiteering. The tricks of Defendants, their operatives and their big tech financiers are based on cheating the numbers in the law of averages. If you roll, standard, non-loaded, dice in an alley for 5 dollars per dice roll you are fairly (yet possibly illegaly) using the law of averages for gambling. The stock market is supposed to work like non-loaded dice but Defendants use Goldman Sachs and Kleiner Perkins 'bots', Also Known as 'computerized manipulation algorithms' to cheat the system, LOAD THE DICE and make the numbers ILLICITLY bend to ONLY their will. The SEC calls that a FELONY. Some of the tricks they use to rig the actuarial process of fairness include:

**\*\* The Silicon Valley Stock Scam Called: "Pools"**

Agreements, often written, among a group of traders to delegate authority to a single manager to trade in a specific stock for a specific period of time and then to share in the resulting profits or losses."[5] In Australia section 1041B prohibits pooling. ( https://en.wikipedia.org/wiki/Market_manipulation#cite_note-5 )

**\*\* The Silicon Valley Stock Scam Called: "Churning"**

When a trader places both buy and sell orders at about the same price. The increase in activity is intended to attract additional investors, and increase the price.

**\*\* The Silicon Valley Stock Scam Called: "Stock bashing"**

This scheme is usually orchestrated by savvy online message board posters (a.k.a. "Bashers") who make up false and/or misleading information about the target company in an

attempt to get shares for a cheaper price. This activity, in most cases, is conducted by posting libelous posts on multiple public forums. The perpetrators sometimes work directly for unscrupulous Investor Relations firms who have convertible notes that convert for more shares the lower the bid or ask price is; thus the lower these Bashers can drive a stock price down by trying to convince shareholders they have bought a worthless security, the more shares the Investor Relations firm receives as compensation. Immediately after the stock conversion is complete and shares are issued to the Investor Relations firm, consultant, attorney or similar party, the basher/s then become friends of the company and move quickly to ensure they profit on a classic Pump & Dump scheme to liquidate their ill-gotten shares. (see P&D)

**\*\* The Silicon Valley Stock Scam Called: "Pump and dump"**

A pump and dump scheme is generally part of a more complex grand plan of market manipulation on the targeted security. The Perpetrators (Usually stock promoters) convince company affiliates and large position non-affiliates to release shares into a free trading status as "Payment" for services for promoting the security. Instead of putting out legitimate information about a company the promoter sends out bogus e-mails (the "Pump") to millions of unsophisticated investors (Sometimes called "Retail Investors") in an attempt to drive the price of the stock and volume to higher points. After they accomplish both, the promoter sells their shares (the "Dump") and the stock price falls, taking all the duped investors' money with it.

**\*\* The Silicon Valley Stock Scam Called: "Runs"**

When a group of traders create activity or rumours in order to drive the price of a security up. An example is the Guinness share-trading fraud of the 1980s. In the US, this activity is usually referred to as painting the tape.[6] Runs may also occur when trader(s) are attempting to drive the price of a certain share down, although this is rare. (see Stock Bashing) (

https://en.wikipedia.org/wiki/Guinness_share-trading_fraud )

**\*\* The Silicon Valley Stock Scam Called: "Ramping (the market)"**

Actions designed to artificially raise the market price of listed securities and give the impression of voluminous trading in order to make a quick profit.[7] ( https://en.wikipedia.org/wiki/Market_manipulation#cite_note-7 )

**\*\* The Silicon Valley Stock Scam Called: "Wash trade"**

In a wash trade the manipulator sells and repurchases the same or substantially the same security for the purpose of generating activity and increasing the price.

**\*\* The Silicon Valley Stock Scam Called: "Bear raid"**

In a bear raid there is an attempt to push the price of a stock down by heavy selling or short selling.[8] ( https://en.wikipedia.org/wiki/Market_manipulation#cite_note-8 )

**\*\* The Silicon Valley Stock Scam Called: "Lure and Squeeze"**

This works with a company that is very distressed on paper, with impossibly high debt, consistently high annual losses but very few assets, making it look as if bankruptcy must be imminent. The stock price gradually falls as people new to the stock short it on the basis of the poor outlook for the company, until the number of shorted shares greatly exceeds the total number of shares that are not held by those aware of the lure and squeeze scheme (call them "people in the know"). In the meantime, people in the know increasingly purchase the stock as it drops to lower and lower prices. When the short interest has reached a maximum, the company announces it has made a deal with its creditors to settle its loans in exchange for shares of stock (or some similar kind of arrangement that leverages the stock price to benefit the company), knowing that those who have

short positions will be squeezed as the price of the stock sky-rockets. Near its peak price, people in the know start to sell, and the price gradually falls back down again for the cycle to repeat.

**\*\* The Silicon Valley Stock Scam Called: "Quote stuffing"**

Quote stuffing is made possible by high-frequency trading programs that can execute market actions with incredible speed. However, high-frequency trading in and of itself is not illegal. The tactic involves using specialized, high-bandwidth hardware to quickly enter and withdraw large quantities of orders in an attempt to flood the market, thereby gaining an advantage over slower market participants.[9] ( https://en.wikipedia.org/wiki/Market_manipulation#cite_note-9 )

**\*\* The Silicon Valley Stock Scam Called: "Cross-Product Manipulation"**

A type of manipulation possible when financial instruments are settled based on benchmarks set by the trading of physical commodities, for example in United States Natural Gas Markets. The manipulator takes a large long (short) financial position that will benefit from the benchmark settling at a higher (lower) price, then trades in the physical commodity markets at such a large volume as to influence the benchmark price in the direction that will benefit their financial position.

**\*\* The Silicon Valley Stock Scam Called: "Spoofing (finance)"**

Spoofing is a disruptive algorithmic trading entity employed by traders to outpace other market participants and to manipulate commodity markets. Spoofers feign interest in trading futures, stocks and other products in financial markets creating an illusion of exchange pessimism in the futures market when many offers are being cancelled or withdrawn, or false optimism or demand when many offers are being placed in bad faith. Spoofers bid or offer with intent to cancel before the orders are filled. The flurry of activity around the buy or sell orders is intended to attract other high-frequency traders (HFT) to induce a particular market reaction such as manipulating the

market price of a security. Spoofing can be a factor in the rise and fall of the price of shares and can be very profitable to the spoofer who can time buying and selling based on this manipulation.

**\*\* The Silicon Valley Stock Scam Called: "Price-Fixing"**

A very simple type of fraud where the principles who publish a price or indicator conspire to set it falsely and benefit their own interests. The Libor scandal for example, involved bankers setting the Libor rate to benefit their trader's portfolios or to make certain entities appear more creditworthy than they were.

**\*\* The Silicon Valley Stock Scam Called: "High Closing (finance)"**

High closing is an attempt to manipulate the price of a security at the end of trading day to ensure that it closes higher than it should. This is usually achieved by putting in manipulative trades close to closing.

**\*\* The Silicon Valley Stock Scam Called: "Cornering the market"**

In cornering the market the manipulators buy sufficiently large amount of a commodity so they can control the price creating in effect a monopoly. For example, the brothers Nelson Bunker Hunt and William Herbert Hunt attempted to corner the world silver markets in the late 1970s and early 1980s, at one stage holding the rights to more than half of the world's deliverable silver.[10] ( https://en.wikipedia.org/wiki/Market_manipulation#cite_note-TEXAS-10 ) During the Hunts' accumulation of the precious metal, silver prices rose from $11 an ounce in September 1979 to nearly $50 an ounce in January 1980.[11] ( https://en.wikipedia.org/wiki/Market_manipulation#cite_note-NYT-11 ) Silver prices ultimately collapsed to below $11 an ounce two months later,[11] much of the fall occurring on a single day now known as Silver Thursday, due to changes made to exchange rules regarding the purchase of

commodities on margin.[12] ( https://en.wikipedia.org/wiki/Market_manipulation#cite_note-TimeBubble-12 )

**\*\* The Silicon Valley Stock Scam Called: "The Conduit Double Blind"**

In this scam, government money is given to a Tesla, Solyndra, etc. who then money launder the cash through executive-held 501 c3 and c4 charities; and company assets and then provide DARK MONEY cash and services to political campaigns like Obama and Clinton election funds. In the case of Tesla, Google (an investor and boyfriend of Musk) supplied billions of dollars of web search rigging. Stock ownership in the companies and deals is traded for campaign funds. David Brock is a master of this kind of Dark Money money-laundering for political campaigns using PACS and pass-through spoofing. Tesla and Solyndra investors have used ALL of the above tactics and more. Goldman Sachs and JP Morgan have thousands of staff who PROVIDE these stock market manipulation tricks to people like Elon Musk, Larry Page, Eric Schmidt, et al. These kinds of financial crimes and corruption account for the manipulation of over ONE TRILLION DOLLARS of ill-gotten profits annually!

If you are a citizen: DEMAND THAT THE SEC BE GIVEN THE POWER TO ARREST THESE CROOKS!

The next biggest bribe payment tactic is the character assassination of the politicians opponents and competitors via "kill services".

**THE MEDIA ASSASSINS: POLITICAL KILL ORDERS AND STATE-SPONSORED CHARACTER ASSASSINATIONS**

– How A Modern Character Assassination and Political "Kill Order" Is Executed By the Silicon Valley Oligarchs and their total control of propaganda media. Patrick George At Jalopnik attacks outsiders under contract with Elon Musk and the DNC. Silicon Valley campaign finance oligarchs hire him to run hatchet jobs on innocent outsiders and then Gawker-Gizmodo-Jalopnik uses their financial partnership with the DNC's Google to push the character assassination articles to the top of Google web products and searches.

---- Patrick George, Adrian Covert, John Hermann and Nick Cook are the sexually degenerate cabin boys that report to boy-loving sleaze-tabloid oligarch Nick Denton. They created the Fake News crisis in the media by flooding the internet with defamation posts and reprisal hatchet job articles designed to damage political enemies of the Socialists. They coordinate a large number of the character assassination efforts at Gawker, Gizmodo, Jalopnik, CNN, New York Times and other propaganda outlets. These Millennial boys are "Media Rapists" and should be treated as abusers.

– How and why did a Donald Trump stripper-date named "Stormy" or an Elon Musk sex party or a Kavanaugh drinking incident or the Moonves and Weinstein indiscretions suddenly hit the news at about the same time in news history?

– In addition to actual murder, Politicians and Silicon Valley Oligarchs hire operatives to end people's lives in other creative ways.

—--- It is all part of the modern trend in vendetta, revenge and political payback when a Senator or a tech oligarch issues a "kill order" on an opponent. – The client does not like to get their hands dirty so the actual social hit job is performed by companies such as: IN-Q-Tel – (DNC);

Gawker Media – (DNC); Jalopnik – (DNC); Gizmodo Media – (DNC); K2 Intelligence – (DNC); WikiStrat – (DNC); Podesta Group – (DNC); Fusion GPS – (DNC/GOP); Google – (DNC); YouTube – (DNC); Alphabet – (DNC); Facebook – (DNC); Twitter – (DNC); Think Progress – (DNC); Media Matters – (DNC); Black Cube – (DNC); Mossad – (DNC); Correct The Record – (DNC); Sand Line – (DNC/GOP); Blackwater – (DNC/GOP); Undercover Global Ltd (DNC/GOP) Stratfor – (DNC/GOP); ShareBlue – (DNC); Wikileaks (DNC/GOP); Cambridge Analytica – (DNC/GOP); Sid Blumenthal- (DNC); David Brock – (DNC); PR Firm Sunshine Sachs (DNC); Covington and Burling – (DNC), Buzzfeed – (DNC) Perkins Coie – (DNC); Wilson Sonsini – (DNC) and hundreds of others…These are the people and companies that except cash, revolving door jobs, political appointments, insider trading stock in Silicon Valley tech companies, prostitutes and real estate in exchange for destroying the lives of others.


– These attackers deserve to be punished for the rest of their lives for taking away the lives of others in exchange for cash. Any company who is corrupt enough to hire any of these assassins should be forced out of business.


---- These attack services are responsible for 90% of the "Fake News" problem in the world because they are the authors of most fake news. Congress must act to make these kinds of companies illegal! – These digital assassination services offer hit-jobs, character assassinations and economic reprisal programs to famous billionaires and corrupt politicians who are seeking revenge, retribution and vendetta executions.


– In the case of reporters getting targeted for attacks, President Donald Trump has been accused by the liberal corporate media of whipping up a hateful frenzy against the press. But while CNN's Jim Acosta grandstands against Trump, real journalists are still reeling from the draconian

extrajudicial measures that Barack Obama and his administration used to target them for exposing truth.

– This secretive targeting occurred while Obama speechwriter and hate-filled ANTIFA supporter Ben Rhodes was running "Operation Echo Chamber," which reportedly continues, in which he fed information to willing corporate media scribes. "They literally know nothing," Rhodes said of the twentysomething journalists he easily manipulated.

---- The Freedom of the Press Foundation's Trevor Timm published documents showing how former attorney general Eric Holder changed the rules to more effectively intimidate and surveil members of the press.

– Timm writes: "Today, we are revealing—for the first time—the Justice Department's rules for targeting journalists with secret FISA court orders. The documents were obtained as part of a Freedom of Information Act lawsuit brought by Freedom of the Press Foundation and Knight First Amendment Institute at Columbia University."

– Obama is also clearly linked to the plot to obtain fraudulent FISA warrants on President Trump's team, as evidenced by Peter Strzok and Lisa Page's texts confirming that Obama was overseeing their fly-by-night operation.

– Larry Schweikart reported for Big League Politics: For months pundits and researchers have been pondering the mystery of the FISA approval that led to the illegal and historically titanic scandals to ever hit the U.S. government.

---- Some have argued that Assistant Attorney General Rod Rosenstein knew the FISA was bogus when he extended it. Others have wondered if Special Counsel Robert Mueller knew about the fraudulent basis of the FISA when he used it, in part, to indict Michael Flynn. Other still, that Mueller was fooled by the FBI. This is what President Trump calls "SPYGATE". – It may well be that the surveillance that was conducted began with UK intelligence services and then was fed back to the White House of Barack Obama. Here's the kicker: President Barack Obama did not need a FISA warrant to authorize spying/electronic surveillance on Trump because Obama all along had legal authorization to by-pass the normal court vetting process. According to 50 U.S. Code 1802, the "Electronic Surveillance Authorization" () "Foreign intelligence in relation to a US person (Trump or his associates) is information that's necessary for the US to protect against attack, hostile acts, sabotage, . . . as well as other clandestine activities by a foreign power . . . OR . . . information relevant to national defense/security of the US, or the conduct of foreign affairs of the U.S." Such an authorization by Obama required certification by Attorney General Loretta Lynch that must be logged with the FISC court. ("The [AG]+ shall immediately transmit under seal to the court [FISC] a copy of his certification.")

– In short, the DOJ has this. If we are correct, a copy of that certification is currently under seal at least with the DOJ and the FISC.

– This is what they are hiding. – However, the Act requires the AG to keep the Select Committee on Intelligence and the Senate Committee on Intelligence informed of these authorizations and unmaskings therein. See 1803 (a) (1) (C) If indeed this is what happened, did Lynch report—or only selectively report—to the committees in a way that excluded non-friendlies? Can you see why Adam Schiff, Mark Warner, and their ilk are terrified?

– These are the playbook tactics that Senators and tech oligarchs most often use to destroy the lives of their political and business enemies: – Government agency bosses sometimes solicit the target victims with false promises of future loans, contracts or grants from their agency and cause the target victims to expend millions of dollars and years of their time for projects which those government bosses had covertly promised to their friends. They use the target victims as a "smokescreen" to cover their illegal government slush-funds for the victims competitors and personal enemies.

---- By using this tactic, the attackers can drain the target victims funds and force them into an economic disaster in plain view of everyone without the government bosses fearing any reprisal for their scam.- Every match.com, okcupid.com, Plenty Of Fish, Seeking Arrangements and all other IAC-owned, or similar, dating sites (IAC is managed by Hillary Clinton's daughter) have had their profiles, texts, and inter-member communications, since those companies were started, hacked or purchased. The attack service providers use Palantir and In-Q-Tel financed data analysis software to analyze every activity in those dating services in order to find honey-trap, blackmail, sextortion and social conflict exploitation opportunities.

If you had a bad date with someone, that someone will be hunted down and convinced to help harm, #metoo or "rape charge" the intended target. All dates involve a search for sex, so the likelihood that a sexual disappointment experience will exist in each persons dating history is high. Searching every past dating email and text of a subject is quite easy with modern software and hacking techniques. A synthetically amplified, PR-agency optimized sex scandal can destroy any target. Your dating experiences from the 70's or 80's will come back to haunt you decades later. Most dates involve drinking alcohol and taking drugs. If you were unattractive or had bad sexual skills your bad date will be called "date rape", "drugging your date for sex" and related twisted

narratives that are designed to shame you, the target.


       ---- If you try to get a date in the future, your potential date will be contacted by a third party who will slander and libel you to make sure your potential first date gets cancelled. Your social life will, essentially, end. Every photo on every dating site is cross checked with every other photo on the internet in order to cull your Facebook, Linkedin, Snapchat and other social media together to create a total psychological manipulation profile data file on you. A single photo on a dating site can be cross searched on every mugshot archive, photo album and corporate database in the worth within minutes using modern super-computers. Your sex life will be on public record in a flash.- Social Security, SSI, SDI, Disability and other earned benefits are stone-walled. Applications of targets are "lost".


       ---- Files in the application process "disappeared". Lois Lerner hard drive "incidents" are operated in order to seek to hide information and run cover-ups.


       – Government officials and tech oligarchs contact members of the National Venture Capital association (NVCA) and created national "black-lists" to blockade target victims from ever receiving investor funding. This was also confirmed in a widely published disclosure by Tesla Motors Daryl Siry and in published testimony. If Silicon Valley political campaign finance oligarchs black-list you (see the "AngelGate" Scandal and the "High Tech No Poaching Class Action Lawsuit" cases) you will never get investor funding again.


       – FOIA requests are hidden, frozen, stone-walled, delayed, lied about and only partially responded to in order to seek to hide information and run cover-ups.- State and federal employees will play an endless game of Catch-22 by arbitrarily determining that deadlines had passed that

they, the government officials, had stonewalled and obfuscated applications for, in order to force these deadlines that they set, to appear to be missed. This can bankrupt a target victim.- Some Victims found themselves strangely poisoned, not unlike the Alexander Litvenko case.

---- Heavy metals and toxic materials were found right after their work with the Department of Energy weapons and energy facilities. Many wonder if these "targets" were intentionally exposed to toxins in retribution for their testimony. The federal MSDS documents clearly show that a number of these people were exposed to deadly compounds and radiations, via DOE, without being provided with proper HazMat suits which DOE officials knew were required.

– Victims employers are called, and faxed, and ordered to fire target victims from their places of employment, in the middle of the day, with no notice, as a retribution tactic. – On orders from Obama White House officials, DNC-financed Google, YouTube, Gawker Media and Gizmodo Media produce attack articles and defamation videos. Google locks this attack media on the internet on the top line, of the front page of all Google searches for a decade in front of 7.5 billion people, around the world.

---- This attack-type uses over $40 million dollars in server farms, production costs and internet rigging. The forensic data acquired from tracking some of these attacks proves that Google rigs attacks against individuals on the internet and that all of Google's "impressions" are manually controlled by Google's executives who are also the main financiers and policy directors of the Obama Administration. This data was provided to the European Union for it's ongoing prosecution of Google's political manipulation of public perceptions. – Victims HR and employment records, on recruiting and hiring databases, are embedded with negative keywords in order to prevent the victim targets from ever gaining future employment. – Gary D. Conley, Seth Rich, Rajeev Motwani and

19

many other whistle-blowers in these matters, turned up dead under strange circumstances. It is very possible that some of these attack services, operated by former CIA operatives, even offer discrete murder-for-sale services using high-tech assassination tools that make murders look like heart attacks and brain failures.

    ---- Disability and VA complaint hearings and benefits are frozen, delayed, denied or subjected to lost records and "missing hard drives" as in the Lois Lerner case.- Paypal (A DNC-biased operation) and other on-line payments for on-line sales are de-platformed, delayed, hidden, or re-directed in order to terminate income potential for target victims who competed with the attackers interests and holdings.- DNS redirection, "website spoofing" sends target victims websites to dead ends where no sales orders or customer inquiries actually get back to the target. These internet revenue activity manipulations are conducted using Google and Amazon servers. All commercial storefronts and on-line sales attempts by target victims, will have had their sites hidden, or search engine de-linked by a massively resourced facility located in Virginia, Texas or Palo Alto, California in order to terminate revenue potentials for the target victims.

    ---- Over 50,000 trolls, shills, botnets and synth-blog deployments are deployed to place defamatory statements and disinformation about victims in front of 7.5 billion people around the world on the internet in order to seek to damage their federal testimony credibility by a massively resourced facility.

    – Campaign finance dirty tricks contractors are hired by campaign financiers to attack the friends and family members of the target victim in order to create low morale for the target victims psyche and motivation.- Are you getting weird headaches and hearing a "buzzing sound" in your head? The U.S. Government has now acknowledged that the Cuban, Chinese and other embassy

"sonic attacks" are from a known microwave beam weapon. Any one of the technical departments of the attack services listed at the top of this article can build such a biological harassment weapon.

---- It can be aimed at the target victims office, bedroom or vehicle and, within a week, have caused biological and emotional damage using a weapon that has no visible track of trajectory. It is designed to make the target victim think they are "going crazy" or "hearing sounds in their head".

---- In one case covert political partner: Google, transferred large sums of cash to dirty tricks contractors and then manually locked the media portion of the attacks into the top lines of the top pages of all Google searches globally, for years, with hidden embedded codes in the links and web-pages which multiplied the attacks on Victims by many magnitudes.- Covert Cartel financier: Google, placed Google's lawyer: Michelle Lee, in charge of the U.S. Patent Office and she, in turn, stacked all of the U.S. Patent Office IPR and ALICE review boards and offices with Google-supporting employees in order to rig the U.S. Patent Office to protect Google from being prosecuted for the vast patent thefts that Google engages in.

---- Google has hundreds of patent lawsuits for technology theft and a number of those lawsuits refer to Google's operations as "Racketeering", "Monopolistic Cartel" and "Government Coup-like" behaviors. Thousands of articles and investigations detail the fact that Google, "essentially" ran the Obama White House and provided over 80% of the key White House staff. A conflict-of-interest unlike any in American history. Google's investors personally told Applicant they would "kill him". Google and the Obama Administration were "the same entity". Applicant testified in the review that got Michelle Lee terminated and uncovered a tactical political and social warfare group inside Google who were financed by Federal and State funds.

---- Honeytraps and moles were employed by the attackers. In this tactic, people who covertly worked for the attackers were employed to approach the "target" in order to spy on and misdirect the subject. – Gawker Media, Gizmodo Media, Snopes, SPLC and other hired media assassins will be retained to produce "hatchet job" character assassination articles about you. Then those articles will be faxed, mailed and emailed to your employer and investors with a note saying: "You don't want to have anything to do with this person, do you..?" in order to get you fired from your job and get your loans or financing pulled. The attackers will use their round one attack media, that they authored, to create a round two second wave attack designed to end your life via economic warfare.

---- Mortgage and rental applications will have had red flags added to them in databases to prevent the targets from getting homes or apartments.- Krebs On Security, Wired, Ars Technica, The Wall Street Journal and most major IT publications have reported that hundreds of spy "back-doors" have been found on every Intel, AMD, Apple, Xfinity, Cisco, Microsoft, Juniper Networks motherboard, chip-set and hardware component set.

---- This means that any kid with the "key" code can open any computer, server, router, cloud-network or other network connected device and read every file, photo, video, your calendar and email on your devices at any time from any location on Earth. The key codes have been released to every hacker community in the world for over ten years. There is now no government, corporate or personal data that can't be hacked, even data from decades ago.

Every single one of your darkest secrets can be in the hands of your enemy within 60 minutes, or less. Important meetings you had planned with potential investors, employers, clients, dates, suppliers and others will suddenly get cancelled at the last minute. They will get cancelled

because your enemies are reading your calendar remotely and covertly sending slander information to those you had hoped to engage with in order to sabotage your life.

---- Nothing you have ever typed on a computer or Smartphone is safe. it WILL be acquired and it WILL be used against you.

– McCarthy-Era "Black-lists" are created and employed against target victims who competed with Obama Administration executives and their campaign financiers to prevent them from getting funding and future employment.

– Obama Administration targets were very carefully placed in a position of not being able to get jobs, unemployment benefits, disability benefits or acquire any possible sources of income. The retribution tactics were audacious, overt..and quite illegal.

– There are thousands of additional Dirty Tricks tactics being used by these Attack Services yet Congress refuses to pass laws out-lawing such attack services.

---- The cost of an attack on a person ranges from $150,000.00 to over $50,000,000.00. While a Silicon Valley billionaire can afford to launch counter-measures to these attacks, any regular taxpayer will be utterly destroyed, and incapable of fighting back, against even the smallest version of one of these "kill orders".

---- A number of modern office shootings are the results of these attacks against an individual who has lost everything because of the attack and has no options left. – Federal law enforcement, the United States Congress and the highest level investigators in the U.S., and abroad,

have documented (per the "FISA Memo", Congressional Reports and federal employee testimony) and proven the fact that the Obama Administration regularly engaged in the operation of retribution, vendetta and reprisal campaigns known as "hit-jobs" against domestic natural born U.S. citizen domestic taxpayers.

---- The Federal Court, in at least one previous court case, has ruled that Applicants, in this particular matter, were the victims and target of a number of these attacks designed to inflict permanent medical, emotional, character assassination, brand negation, economic and career damage. The FBI has been asked to interview John Cook, Nicholas Guido Denton, Adrian Covert, Patrick George, Ian Fette and John Hermann of Gawker/Gizmodo re: their financing, payola and hit-job attacks on third parties.

DATED this day of the filing of 2022

Respectfully submitted,

(SIGNED ELECTRONICALLY)
**Name: SD Redmond**
**Address: 210 S. Ellsworth Ave, #1275**
**San Mateo, CA 94401**
**Phone Number: 510-868-2862**
***Pro Se – A federal witness***

EXHIBITS AND PROOFS ARE PROVIDED AS SEPARATE NUMBERED DOCUMENTS

(PAGES PAST THIS SENTENCE ARE INTENTIONALLY BLANK)

NorCal 9th District – 6.21.22 – EXHIBIT – ACTUARIAL EVIDENCE ONE - CASE NO.: 3:22-cv-01107-WHA

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28