1
2
**Name: SD Redmond**
**Address: 210 S. Ellsworth Ave, #1275**
**San Mateo, CA 94401**
3
**Phone Number: 510-868-2862**
Pro se disabled non-represented Plaintiff
http://scottredmond.us
4
5
6
**EVIDENCE/EXHIBIT COPIES AT:**
7
https://www.majestic111.com
http://www.the-truth-about-the-dept-of-energy.com
8
https://san-francisco-news.com
http://www.federal-report.com
9
*PLAINTIFF, A Pro Se, disabled, non-lawyer, federal witness who has requested Court appointed*
10
*counsel*
11

# UNITED STATES DISTRICT COURT
12

## NORTHERN DISTRICT OF CALIFORNIA
13

### (UNLIMITED CIVIL JURISDICTION)
14

| | |
|---|---|
| 15 **SD REDMOND, a pro se non-lawyer** | ) **CASE NO.: 3:22-cv-01107-WHA** |
| | ) |
| 16                              **PLAINTIFF,** | ) **EXHIBIT – FEDERAL EVIDENCE PROVES** |
| | ) **PLAINTIFFS CASE** |
| 17     **v.** | ) |
| | ) **INTENTIONAL FRAUD; CONCEALMENT** |
| 18 **UNITED STATES OF AMERICA** | ) **FRAUD; NEGLIGENT** |
| | ) **MISREPRESENTATION; INTENTIONAL** |
| 19 | ) **INFLICTION OF EMOTIONAL DISTRESS;** |
| | ) **RICO RACKETEERING;** |
| 20 | ) **ANTI-TRUST/MONOPOLY;  COURT** |
| | ) **ORDER DEMANDED FOR FULL SSDI** |
| 21                              **DEFENDANTS.** | ) **BACK PAYMENTS; AND SUCH OTHER** |
| | ) **CLAIMS LISTED HEREIN UNDER** |
| 22 | **"CLAIMS" SECTION** |

**Filed: July 16, 2022**
23
                              **DEMAND FOR JURY TRIAL**
24
25
                              **ADDITIONAL EXHIBITS TO BE FILED**
                              **ELECTRONICALLY AND NOW**
26
                              **AVAILABLE, ON THE WEB, TO THE**
                              **PUBLIC, GLOBALLY, AT LINKS**
27
                              **ABOVE AND MIRROR SITES**
28

1

Congressional reports this week, and major news headlines, such as:



# Nancy Pelosi's Husband Buys Millions In Computer-Chip Stocks Before Big Subsidy Vote

## Pelosi Urges Support Of $50B 'CHIPS' Bill Hours After Disclosing $8M Nvidia Stake

...have proven that the top 320 government officials who had ownership, decision authority, or decision manipulation power over Plaintiff's government fundings from The Social Security Administration, The Department of Energy, The White House, Congress and related agencies were the owners, competitors, social adversaries, business adversaries and political adversaries of Plaintiff and did conspire to cheat, rather than compete, in the marketplace. For example, Plaintiff and Nvidia worked together on multiple projects and Plaintiff has personal high-level contacts at Nvidia who informed Plaintiff that "quid pro quo" will always protect Nvidia from regulation. Plaintiff worked with Nvidia to build and deliver 'the first set-top box on a PC card' with Nvidia and was a direct partner with Silicon Graphics. Silicon Graphics Inc. said it will transfer it's graphics engineers to partner Nvidia Corp. as part of an strategic alliance in visualization technology that the companies announced last month. The companies also disclosed more details about their collaboration, and SGI named Nvidia as its preferred graphics technology supplier for

systems products. The disclosure came as SGI announced plans to restructure its businesses and eliminate 1,000 to 1,500 jobs  about 11-to-16 percent of the company's worldwide workforce. As part of the restructuring, SGI said it was planning to sell off its Cray computer operation and expand its use of alliances to cut costs. Additional jobs will be eliminated at SGI when it begins transferring operations to strategic partners. To do that, SGI said it was creating separate business units to handle Cray computers and the SGI Visual Workstation line of Windows NT-based systems. A preliminary agreement has been reached with another computer maker to form a joint venture for development and distribution of the visual workstations, said SGI. SGI and Nvidia announced their partnership last month after the two companies settled a legal dispute over patents. As part of their alliance, Nvidia agreed to licensed SGI's 3-D graphics patent portfolio. In return, SGI dropped its patent suit against Nvidia and licensed the Nvidia patent portfolio. "This is an extraordinary opportunity for Nvidia and SGI," said Jen-Hsun Huang, president and chief executive officer of Nvidia (Santa Clara, Calif.). The partnership gives "Nvidia a surge of intellectual capital through the addition of a world-class team of 3-D technologists and SGI's rich patent portfolio," he said.

Plaintiff was awarded the key patents for, and founded the companies that Tesla, Google, Facebook, YouTube and the Silicon Valley Cartel were derived from.  The top 320 government officials who had ownership, decision authority, or decision manipulation power over Plaintiff's government fundings from The Social Security Administration, The Department of Energy, The White House, Congress and related agencies were the owners, competitors, social adversaries, business adversaries and political adversaries of Plaintiff and did conspire to cheat, rather than compete, in the marketplace.

This assertion is not heresey or circumstantial evidence. It is hard factual evidence based on the governmeh filings of those government officials and investigations by FINCEN, The FBI, ICIJ.ORG and HUNDREDS of other forensic investigation entities. The facts prove that Defendants employees, contractors and top executives were financed by; friends with; sleeping with; dating the

staff of; holding stock market assets in; promised a revolving door job or government service contracts from; partying with; personal friends with, photographed at private events with; exchanging emails with; business associates of, or directed by; applicant's business adversaries; or the Senators and agency politicians that those business adversaries pay campaign finances to, or supply political digital search manipulation (ie: Google & Facebook supply web manipulation rigging) services to and who paid for the only attacks by the only publication outlets that Defendants controlled and compensated.

The headline pasted into this document, above, is only one of over TEN THOUSAND news articles about corrupt quid pro quo between the 320 public officials engaged in market manipulation and anti-competitive attacks against Plaintiff.

Steven Rattner, while sitting in the White House, as the "Car Czar", told Plaintiff to "Stay away from Detroit" with his car project because he, Steven Rattner, "owned too much stock in the deal". Rattner was later indicted by the State of New York for high tech stock market manipulation yet he still remains a "White House Advisor."

Plaintiff has, in previous documents in this case, documented the threats, quid pro quo revelations and family whistle-blower revelations of the Dianne Feinstein family. The latest revelations echo the previous assertions and verify them.

The fact that Plaintiff swears to, warrants and certifies is that:

A. A cartel of corrupt government officials exists.

B. Plaintiff refused to participate in their sex parties, quid pro quo, insider trading, election manipulations, payola, kickbacks, bribes and other corrupt activities and was ostracized for not "playimg the game".

C. Plaintiff, as a reknown inventor/product developer, made products, services and tech companies which the cartel of corrupt government officials could not compete with because Plaintiff's technology was faster, safer, longer range, easier to build, lower cost, better debt-ratio-ed,

had lower overhead, was more domestically sourced, safer for national security, was faster-to-market, and, generally, beat the products of the corrupt big tech cartel on every major metric.

  D. United States Government officials, at every level, held corrupt, covert, ownership of Silicon Valley tech companies that they were funding and regulating.

  E. Those officials used government resources to attack, stall, defund and harm Plaintiff because they are cry-baby pissant's **who chose to cheat rather than compete** against Plaintiff's technologies and companies (A violation of the RICO and Anti-trust laws). They cut off Plaintiff's Social Security Administratin Funds, Department of Energy Funds, DARPA funds and sabotaged every other government funding and benefit source in reprisal for Plaintiff's reports to the police and regulatory officials.

  Never was the forensic term: "***FOLLOW THE MONEY***", more appropriate in the matter of the corrupt quid pro quo by these United States Government officials. They harmed, with intent, Plaintiff and America!


  DATED this day of the filing of 2022

          Respectfully submitted,


          (SIGNED ELECTRONICALLY) _____

          **Name: SD Redmond**
          **Address: 210 S. Ellsworth Ave, #1275**
          **San Mateo, CA 94401**
          **Phone Number: 510-868-2862**
          ***Pro Se – A federal witness***


EXHIBITS AND PROOFS ARE PROVIDED AS SEPARATE NUMBERED DOCUMENTS

  (PAGES PAST THIS SENTENCE ARE INTENTIONALLY BLANK)

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28