| | |
|---|---|
| 1 | |
| 2 | **Name: SD Redmond**<br>**Address: 210 S. Ellsworth Ave, #1275**<br>**San Mateo, CA 94401**<br>**Phone Number: 510-868-2862**<br>Pro se disabled non-represented Plaintiff<br>**http://scottredmond.us** |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | **EVIDENCE/EXHIBIT COPIES AT:**<br>**https://www.majestic111.com**<br>**http://www.the-truth-about-the-dept-of-energy.com**<br>**https://san-francisco-news.com**<br>**http://www.federal-report.com** |
| 8 | |
| 9 | |
| 10 | *PLAINTIFF, A Pro Se, disabled, non-lawyer, federal witness who has requested Court appointed counsel* |

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
### (UNLIMITED CIVIL JURISDICTION)

| | | |
|---|---|---|
| **SD REDMOND, a pro se non-lawyer** | ) | **CASE NO.: 3:22-cv-01107-WHA** |
| PLAINTIFF, | ) | **EXHIBIT – Key Deposition Questions Exhibit A** |
| v. | ) | |
| **UNITED STATES OF AMERICA** | ) | **INTENTIONAL FRAUD; CONCEALMENT FRAUD; NEGLIGENT MISREPRESENTATION; INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS; RICO RACKETEERING; ANTI-TRUST/MONOPOLY;  COURT ORDER DEMANDED FOR FULL SSDI BACK PAYMENTS; AND SUCH OTHER CLAIMS LISTED HEREIN UNDER "CLAIMS" SECTION** |
| DEFENDANTS. | ) | |

**Filed: July 24 2022**

**DEMAND FOR JURY TRIAL**

**ADDITIONAL EXHIBITS TO BE FILED ELECTRONICALLY AND NOW AVAILABLE, ON THE WEB, TO THE PUBLIC, GLOBALLY, AT LINKS ABOVE AND MIRROR SITES**

NorCal 9th District – 7.24.22 – EXHIBIT – Key Deposition Questions Exhibit A - CASE NO.: 3:22-cv-01107-WHA

Plaintiff has previously provided a list of the individual names of the key persons in the United States Government, and the operatives they had command-and-control over, who engaged in the crimes, corruption and attacks which harmed Plaintiff.

It is well known that Plaintiff dislikes racketeers, mobsters and politically corrupt politicians and provides information about such persons to the FBI and Congress.

Whistle-blowers from famous/notorious dynastic political families have approached Plaintiff to provide information on their family members shenanigans. Family members from famous/notorious dynastic political families have approached Plaintiff to date him or solicit involvement in their schemes. News reporters who have an interest in famous/notorious dynastic political families have approached Plaintiff to provide inside information about very specific famous/notorious dynastic political families. Plaintiff's past, winning, federal anti-corruption lawsuit was managed by White House lawyers who also had inside knowledge of famous/notorious dynastic political families and their shenanigans. Thus Plaintiff, and his associates, have received voluminous data on famous/notorious dynastic political families and their crimes, corruptions, attacks and illicit deeds, all of which has now been filed with law enforcement entities.

In the course of these matters, it has been determined that 3 very simple deposition questions asked to each of the United States Government officials from The White House, Congress and the United States Department of Energy can lead to clarity in this matter.

The Court must depose each listed U.S. Senator, White House Senior Official and Department of Energy official and ask them these questions, on-the-record:

The federal deposition questions are easy enough and require simple "yes" or "no" answers:

1. *"Under penalty of imprisonment if you lie: will the FBI, The SEC, FINCEN and Interpol be able to confirm that you, or your family members **never** owned any stock in Tesla, Google, Facebook, Linkedin, Instagram, YouTube or any publishing company?"*

**2.** *"Under penalty of imprisonment if you lie: will the FBI, The SEC, FINCEN and Interpol be able to confirm that you, or your family members **never** took any action to cause government actions which would financially or politically benefit Tesla, Google, Facebook, Linkedin, Instagram, YouTube or any publishing company?"*

**3.** *"Under penalty of imprisonment if you lie: will the FBI, The SEC, the FEC, FINCEN and Interpol be able to confirm that you, or your family members **never** took any action to finance or support political campaigns in coordination with Tesla, Google, Facebook, Linkedin, Instagram, YouTube or any publishing company?"*

We look forward to certain major United States Government political figures and VC's being asked those questions in live, televised, Congressional hearings and public jury trials.

Corrupt political families conspired to give government funds, contracts, tax waivers, buildings, stock market profits and other insider perks to themselves and their friends. They also conspired to blockade, harm, sabotage and black-list Plaintiff for competing with them and their friends. These corrupt politicians are never prosecuted for their crimes, and can laugh in the face of those who point out their crimes, because they control the prosecution system. Their Quid Pro Quo criminal corruption is the single largest cause of the taxpayer hatred of Congress.

In a lawsuit overseen by a Supreme Court Justice: The Honorable Ketanji Brown Jackson, Plaintiffs won and proved that *corruption exists* in many government offices in a history-making federal court case in Washington, DC.

It is time to bring these corrupt United States Government employees and contractors to justice and make them pay Plaintiff for their crimes.

DATED this day of the filing of 2022

                                            Respectfully submitted,

                                            (SIGNED ELECTRONICALLY)

NorCal 9th District – 7.24.22 – EXHIBIT – Key Deposition Questions Exhibit A - CASE NO.: 3:22-cv-01107-WHA

Name: SD Redmond
Address: 210 S. Ellsworth Ave, #1275
San Mateo, CA 94401
Phone Number: 510-868-2862
*Pro Se – A federal witness*

EXHIBITS AND PROOFS ARE PROVIDED AS SEPARATE NUMBERED DOCUMENTS

(PAGES PAST THIS SENTENCE ARE INTENTIONALLY BLANK)