Case 3:22-cv-01107-WHA   Document 49   Filed 07/25/22   Page 1 of 4

NorCal 9th District – 7.25.22 – EXHIBIT – Tens Of Millions Of Americans Agree With Plaintiff - CASE NO.: 3:22-cv-01107-WHA

| | |
|---|---|
| 1 | |
| 2 | **Name: SD Redmond**<br>**Address: 210 S. Ellsworth Ave, #1275**<br>**San Mateo, CA 94401**<br>**Phone Number: 510-868-2862**<br>Pro se disabled non-represented Plaintiff<br>**http://scottredmond.us** |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | **EVIDENCE/EXHIBIT COPIES AT:**<br>**https://www.majestic111.com**<br>**http://www.the-truth-about-the-dept-of-energy.com**<br>**https://san-francisco-news.com**<br>**http://www.federal-report.com** |
| 8 | |
| 9 | |
| 10 | *PLAINTIFF, A Pro Se, disabled, non-lawyer, federal witness who has requested Court appointed counsel* |
| 11 | |
| 12 | # UNITED STATES DISTRICT COURT |
| 13 | ## NORTHERN DISTRICT OF CALIFORNIA |
| 14 | **(UNLIMITED CIVIL JURISDICTION)** |

| | | |
|---|---|---|
| 15 | **SD REDMOND, a pro se non-lawyer** | ) CASE NO.: **3:22-cv-01107-WHA** |
| 16 | PLAINTIFF, | ) **EXHIBIT – NATIONAL STUDY PROVES** |
| 17 | v. | ) **MOST AMERICANS AGREE WITH**<br>) **PLAINTIFF** |
| 18 | **UNITED STATES OF AMERICA** | ) **INTENTIONAL FRAUD; CONCEALMENT**<br>) **FRAUD; NEGLIGENT** |
| 19 | | ) **MISREPRESENTATION; INTENTIONAL**<br>) **INFLICTION OF EMOTIONAL DISTRESS;** |
| 20 | | ) **RICO RACKETEERING;**<br>) **ANTI-TRUST/MONOPOLY; COURT** |
| 21 | DEFENDANTS. | ) **ORDER DEMANDED FOR FULL SSDI**<br>) **BACK PAYMENTS; AND SUCH OTHER** |
| 22 | **Filed: July 25 2022** | **CLAIMS LISTED HEREIN UNDER**<br>**"CLAIMS" SECTION** |
| 23 | | |
| 24 | | **DEMAND FOR JURY TRIAL** |
| 25 | | |
| 26 | | **ADDITIONAL EXHIBITS TO BE FILED**<br>**ELECTRONICALLY AND NOW** |
| 27 | | **AVAILABLE, ON THE WEB, TO THE**<br>**PUBLIC, GLOBALLY, AT LINKS** |
| 28 | | **ABOVE AND MIRROR SITES** |

NorCal 9th District – 7.25.22 – EXHIBIT – Tens Of Millions Of Americans Agree With Plaintiff - CASE NO.: 3:22-cv-01107-WHA

Plaintiff has argued that United States Government officials operated an enterprise of corruption within the United States Government. Defendants argue that there is no corruption in the United States Government. In a report today entitled: "Most Americans Think Government Is Corrupt" by nationally published reporter Elizabeth Nolan Brown, it is revealed that the prestigous University of Chicago's Institute of Politics examined the issue in a massive national study and found that almost every American agrees with Plaintiff.

**In Another sign of growing discontent in America?** A new poll (SEE LINK) from the University of Chicago's Institute of Politics finds a majority of Americans think the government is corrupt and stacked against them.

To probably no one's surprise, 73 percent of poll respondents who identify as "strong Republican" respondents agreed with the statement that the government is "corrupt and rigged against everyday people like me." But Republicans are far from alone in this sentiment. Fifty-one percent of "very liberal" voters agreed with the same statement.

Overall, 56 percent of survey respondents said that the government is corrupt. This included 66 percent of all Republican respondents, 63 percent of independents, and 46 percent of Democrats.

The survey of 1,000 registered voters found that a significant number of people expect that extreme measures may be necessary to protect against government overreach. 28 percent of respondents agreed with the statement that "it may be necessary at some point soon for citizens to take up arms against the government." Thirty-six percent of Republicans, 35 percent of independents, and 20 percent of Democrats agreed. While some have portrayed this as a sign of increasing polarization or extremism, I think it's the kind of poll question that makes for dramatic results but doesn't really tell us much. Agreeing that armed revolution "may" (or may not!) be necessary at some unspecified point in the future doesn't mean you think it's terribly *likely* to be necessary.

NorCal 9th District – 7.25.22 – EXHIBIT – Tens Of Millions Of Americans Agree With Plaintiff - CASE NO.: 3:22-cv-01107-WHA

One interesting finding is that people across the board believed that their political opponents might agree with them if they were better informed. Asked about "people who you disagree with on political issues," half said that "the root of the problem" is that these people "are misinformed because of where they get their information." Fifty-one percent of Republicans, 52 percent of Democrats, and 37 percent of independents believed this.

And despite being a poll about political polarization, the survey actually found a number of areas of agreement.

Asked if "immigration is good for the country," only 34 percent of Republicans agreed, while 57 percent of independents and 73 percent of Democrats did. But asked if "legal immigration is good for the country," these numbers were boosted to 70 percent, 72 percent, and 82 percent, respectively.

Most respondents, regardless of political affiliation, were also in agreement that "it should be illegal for private companies such as Verizon, T-Mobile, Google and Facebook to collect information about people's phone and internet usage."

The poll was conducted at the end of May. You can find the full results (SEE THIS LINK:) here.

This means that if Plaintiff is dismissed, blockaded, or receives no further justice, then tens of millions of Americans will believe that their feelings about corruption in the United States Government are dramatically confirmed.

DATED this day of the filing of 2022

Respectfully submitted,

(SIGNED ELECTRONICALLY)
**Name: SD Redmond**
**Address: 210 S. Ellsworth Ave, #1275**
**San Mateo, CA 94401**
**Phone Number: 510-868-2862**

NorCal 9th District – 7.25.22 – EXHIBIT – Tens Of Millions Of Americans Agree With Plaintiff - CASE NO.: 3:22-cv-01107-WHA

*Pro Se – A federal witness*

EXHIBITS AND PROOFS ARE PROVIDED AS SEPARATE NUMBERED DOCUMENTS

(PAGES PAST THIS SENTENCE ARE INTENTIONALLY BLANK)