NorCal 9th District – 7.26.22 – EXHIBIT – Crony Scheme Example Of Many Thousands - CASE NO.: 3:22-cv-01107-WHA

**Name: SD Redmond**
**Address: 210 S. Ellsworth Ave, #1275**
**San Mateo, CA 94401**
**Phone Number: 510-868-2862**
Pro se disabled non-represented Plaintiff
**http://scottredmond.us**

**EVIDENCE/EXHIBIT COPIES AT:**
**https://www.majestic111.com**
**http://www.the-truth-about-the-dept-of-energy.com**
**https://san-francisco-news.com**
**http://www.federal-report.com**

*PLAINTIFF, A Pro Se, disabled, non-lawyer, federal witness who has requested Court appointed counsel*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
### (UNLIMITED CIVIL JURISDICTION)

| | |
|---|---|
| **SD REDMOND, a pro se non-lawyer** | ) CASE NO.: **3:22-cv-01107-WHA** |
| PLAINTIFF, | ) **EXHIBIT – One Crony Scheme Example Of Many Thousands Of Examples** |
| v. | ) |
| **UNITED STATES OF AMERICA** | ) **INTENTIONAL FRAUD; CONCEALMENT FRAUD; NEGLIGENT MISREPRESENTATION; INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS; RICO RACKETEERING; ANTI-TRUST/MONOPOLY;  COURT ORDER DEMANDED FOR FULL SSDI BACK PAYMENTS; AND SUCH OTHER CLAIMS LISTED HEREIN UNDER "CLAIMS" SECTION** |
| DEFENDANTS. | ) |

**Filed: July 26 2022**

**DEMAND FOR JURY TRIAL**

**ADDITIONAL EXHIBITS TO BE FILED ELECTRONICALLY AND NOW AVAILABLE, ON THE WEB, TO THE PUBLIC, GLOBALLY, AT LINKS ABOVE AND MIRROR SITES**

NorCal 9th District – 7.26.22 – EXHIBIT – Crony Scheme Example Of Many Thousands - CASE NO.: 3:22-cv-01107-WHA

Plaintiff was financed by the United States Government to build America's "Back Up" Energy plan when Congress realized that US/Middle East Relations were going to fully fail.

Plaintiff complied and the cronyism and corruption that followed, operated by senior United States Government officials, is deeply documented in the case files herein and tens of thousands of news reports.

On July 26, 2022 Plaintiff was informed, by Congressional officials, that another of many thousands of acts of Cronyism had again occurred in this matter. A sweetheart $2.5B deal from the White House was announced for White House crony's.

330! 330 Million people live in America. In every single one of the previously documented collusion and cronyism matters, the same 20 INSIDERS are involved! Isn't it incredible that of all 330 million American's, The White House can only ever find 20 of them to hand out money to. The same 20 who are friends with the White House!!!!

Hunter Biden's Chinese business partners stand to make huge profits from this deal.

The Biden administration is loaning billions of dollars to poor, broke, General Motors (A commercial business who should not need any cash from taxpayers) to make electric car batteries after months of lobbying from a top Biden adviser's brother. This loan was in top competition to Plaintiff's government loan and technology application. This loan has covert stock market ownership by White House staff, Department of Energy staff and Silicon Valley oligarchs

The Department of Energy announced it will lend $2.5 billion to the auto giant to manufacture lithium-ion batteries for electric cars, part of President Biden's goal to make the U.S. auto fleet 50 percent electric by the end of the decade. The loan is the latest Biden-era windfall for General Motors, which over the past year has paid Beltway lobbyist Jeff Ricchetti nearly $350,000 to lobby the government on federal subsidies for electric vehicles and charging stations. Ricchetti is the younger brother and former lobbying partner of White House adviser Steve Ricchetti. The longtime Biden aide, who lobbied for GM until 2008, has been directly involved in discussions with Congress about funding for electric vehicles and charging stations.

The Ricchetti relationship has long raised ethics concerns in Washington. White House

ethics lawyers forced Steve Ricchetti to recuse himself from matters involving four of his brother's clients, though not GM. The *Washington Post* reported last year that Ricchetti's work on issues related to GM undercut Biden's pledge to "restore ethics in government."

The loan to GM is the first the Department of Energy has made since 2010 under its Advanced Technology Vehicles Manufacturing Loan Program. The controversial initiative has been marred by a series of ill-advised loans, including $530 million to Fisker Automotive, a now-defunct hybrid car maker, and $50 million to a van company linked to a prominent Obama donor.

GM has enjoyed extensive access to the Biden administration. Biden in November visited a GM plant and in January praised the company for announcing plans to build a $7 billion battery manufacturing plant, the same facility now slated to receive the Department of Energy loan. The head of GM's public policy unit and its general counsel in March met at the White House with Steve Ricchetti.

Jeff Ricchetti's firm and the White House did not respond to requests for comment. The brothers have previously denied that they discuss matters involving Jeff's lobbying clients but simple logic would dictate that to be a lie.

The technology being used for this $2.5B "Loan" was exposed by engineers as a failure.

sk dragged all of the biggest assholes from Silicon Valley, The DNC and Goldman Sachs into his Tech Cartel. Together they created a temporary monopoly in the electric car industry by exchanging stock market payola with Senators and White House staff who, in exchange, locked off the electric car and space industries just for Musk.

But that scheme was not sustainable. It was amazingly crooked and lucrative but, it could not last. It was Big Tech's Roman Empire and it was doomed to fail spectacularly.

Musk counted on Obama and Biden to stick with his original quid-pro-quo deal to trade

government cash for election rigging via his boyfriends at Google and Facebook. Tesla was the money conduit for a bunch of political scammery.

Biden and his cheerleader actress front girl: Jennifer Granholm, bounced into office with a Wizard of Oz promise to give everybody electric cars. They were so wrong about the pitfalls of their plan and they hired so many idiot sex freaks and unicorn fart unaware fools that their scheme blew up...instantly and literally.

Elon Musk and the Senators he owns: Pelosi, Harris and Feinstein, will lie, until their dying day about these batteries that they all own stock in! -

--- Lithium ion batteries: Cause wars, rape and genocide in the Congo, Afghanistan and Bolivia from the corrupt mining deals involved with mining lithium and cobalt; are insider trading-owned by ex-CIA boss Woolsey and DOE Boss Chu; excrete chemicals that mutate fetuses when they burn; destroy your brain, lungs and nervous system when they burn; kill the factory workers who make them; cause Panasonic to be one of the most corrupt companies in the world; poison the Earth when disposed of; can't be extinguished by firemen; poison firemen when they burn; are based on criminally corrupt mining schemes like URANIUM ONE; Have over 61 toxic chemicals in them; come from an industry that spends billions on internet shills and trolls used to nay say all other forms of energy; are insider-trading owned by corrupt U.S. Senators who are running a SAFETY COVER-UP about their dangers.

---- Apple products with lithium ion batteries have been exploding and setting people on fire; over time the chemical dendrites inside each battery grow worse and increase the chances of explosion as they age

– LITHIUM ION BATTERIES BECOME MORE AND MORE LIKELY TO EXPLODE AS TIME GOES ON AND AS THEY AGE; "Bad Guys" have figured out how to make them

explode remotely; have their dangers hidden by CNN and MSM because pretty much only the DNC people profit from them; are the heart of Elon Musk's stock market scam.

---- The Obama Administration promised Silicon Valley oligarchs the market monopoly on lithium ion batteries and the sabotage of fuel cells in exchange for campaign financing and search engine rigging; United States Senators that are supposed to protect us from these deadly products own the stock market assets of them so they protect them and stop the FDA, OSHA, DOT and NHTSA from outlawing them. WRITE YOUR ELECTED REPRESENTATIVE AND DEMAND THAT LITHIUM ION BATTERIES BE MADE ILLEGAL TO SELL! NiCAD and Hundreds of other battery chemistries DO NOT have all of these problems but Lithium Ion batteries get a monopoly because of politician insider trading ownerships.

---- A recent fire on U.S. Highway 101 near Mountain View, CA, burned the driver alive and killed him. In Florida two kids died in a Tesla, burned alive, screaming in agony. A man died in agony in a Tesla crash in Malibu that set Malibu Canyon on fire. A young woman, at the start of life, and her boyfriend were burned alive in their crashed Tesla.

---- There are many more deaths and crashes than you have heard about. The deaths and the cover-ups are endless. Senators Dianne Feinstein, Harry Reid, Nancy Pelosi, Kamala Harris and their associates own the stock in Tesla Motors and/or it's suppliers and mining companies and they cover-up and halt investigations and laws designed to save the public. They, and their crony's, spend over $1B a year to shill and troll hype about lithium ion batteries and cover-up the dangers. Lithium ion EVs are more prone to battery fires. Experts say that their lithium-ion batteries can fuel hotter fires that release toxic fumes and are more difficult to put out.

---- Lithium ion fires keep reigniting which explains why it takes so long and requires copious amounts of water or foam (it is an electric fire, after all) to smother the flames. Tesla employee Bernard Tse and his team warned Elon Musk about these dangers in 2008 and they got

fired and/or warned to "say nothing" by Musk. Three top Tesla engineers died in a plane crash next to Tesla offices in San Carlos after two of them agreed to become whistle-blowers.Elon Musk exists because he bribed DNC politicians and Senators Feinstein, Reid, Boxer, Harris, Clinton and Pelosi to give him free taxpayer cash and government resources from the Dept. of Energy and the Calif treasury.

---- DOE has been covering-up organized crime activities at DOE in which DOE funds are being used as a slush-fund to pay off DNC campaign financiers and to pay for CIA/GPS Fusion-Class attacks on Silicon Valley business competitors of those DNC campaign financiers who DOE staff share stock market holdings with. Elon Musk is a criminal, a mobster, an asshole, a bald fake-hair wearing, plastic surgery-addicted, douchebag, woman-abusing, sex addicted, tax evader.

---- Musk exploits poor people and child slaves in the Congo and Afghanistan to mine his lithium and Cobalt. Musk spends billions per year to hire Russian trolls, fake blogger fan-boys and buy fake news self-aggrandizement articles about himself. Musk thinks he is the 'Jesus' of Silicon Valley. Fake News manipulator Google is run by Larry Page and Larry is Musk's investor and bromance butt buddy.

---- Musk uses massive numbers of shell companies and trust funds to self-deal, evade the law and hide his bribes and stock market insider trading. A huge number of Tesla drivers have been killed; pedestrians and oncoming drivers have also been killed, and Musk covers it up.

---- The DNC and the MSM refuse to allow any articles about Musk's crimes to be printed because they benefit from Musk's crimes. Musk has been professionally diagnosed as a 'psychotic narcissist.'A 'Silicon Valley Mafia; cartel of frat boy sociopath venture capitalists like Steve Jurvetson, Tim Draper, Eric Schmidt, et al; threaten those who do not support the cult of Tesla or their political candidates.

---- In EVERY blog that you read that mentions 'Musk', at least 1/3 of the comments have been placed their by Musk's paid shills. Musk holds the record for getting sued for fraud by his investors, wives, former partners, employees, suppliers and co-founders.

---- Elon Musk has gone out of his way to hire hundreds of ex-CIA staff and assign them to "dirty tricks teams" to attack his competitors and elected officials who Musk hates. Musk never founded his companies. Musk's "Starlink" satellites are domestic spy and political manipulation tools – never get your internet from one. Musk stole Tesla in a hostile ownership take-over from Marty the true inventor of the Tesla.

---- The same kind of EMF radiation proven to cause cancer from cell phones exists in massive amounts in a Tesla. Musk can't fix a car or build a rocket and has almost no mechanical skills. If you pull a report of every VIN# of every Tesla ever built and cross reference that with insurance, repair and lawsuit records you will find that the "per volume" fire, crash, death and defect rate is THE WORST of any car maker in history!

---- Musk is a lying con artist and partners with Goldman Sachs to rig the stock market. Sachs has a dedicated team of 18 men who rig stocks and valuation bumps for Musk. Over 1000 witnesses can prove every one of those claims in any live televised Congressional hearing! Senators Dianne Feinstein, Harry Reid, Nancy Pelosi, Kamala Harris and their associates own the stock in Tesla Motors and/or it's suppliers and mining companies.

---- That is why they criminally help cover-up investigations of Tesla! All of this was reported, in writing, to James Comey, Patricia Rich and David Johnson at the FBI. The DNC bosses own the stock in lithium, Solar and EV markets and use kickbacks from those markets (Especially via convoluted campaign finance laundering via Elon Musk) to finance the DNC. The DNC bosses use character assassination as their main political tool against any member of the public who speaks out against their felony stock market scams and PizzaGate-like scandals.

---- The Harvey Weinstein reports by Ronan Farrow show that they have teams of hired goons that they pay to destroy people's lives. They use Black Cube, Mossad, In-Q-Tel, Stratfor, Gawker Media, Gizmodo Media, Media Matters, David Brock, Sid Blumenthal, NY Times, Google servers, Facebook servers, Podesta Group, Perkins Coie, Covington and Burling and a host of "assassins".

---- It should be a felony to hire character assassins in the USA. DEMAND A LAW and DEMAND the termination of these attack services. IE: Gawker and Gizmodo Media sets-up the attack stories and, in paid partnership with Google, Google kicks their attack links around the globe, in front of 8 Billion people, forever. Google locks the attack articles of its enemies on the front top search results of Google search results forever, on purpose!

---- That is why Google is being terminated in the largest, most well resourced anti-corruption public service take-down in history! Tesla and Musk are protected by shareholders Harris, Pelosi, Feinstein, Brown and Newsom. Panasonic (indicted for bribery and Musk's partner) spends billions of dollars annually cover-up lithium battery fires and battery defects.

---- There are hundreds of millions of people in America. The same 120 of them are all involved in operating the same crimes and corruption including: the Sony Pictures corruption; the Afghanistan rare earth mine scandals operated through The Energy Department political slush fund that involves the lithium battery cover-ups (headed by Elon Musk); the Big Tech Brotopia rape, sex trafficking, bribery, exclusionism, racism and misogyny issues they were taught at Stanford University;

---- The Facebook – Meta – Google – Alphabet – Netflix, et al, coordinated news manipulation and domestic spying that they engage in; the hiring of Fusion GPS – Black Cube – Gizmodo/Gawker assassins; the destruction of the housing market by their mass real estate

manipulations; patent theft and industrial espionage; and the bribery of almost every politician all the way up to the Oval Office.

---- So, while the categories covered in this investigation may seem diverse. They are connected through an enterprise of criminality and illicit, coordinated operations. We list, by name, the 120 most complicit individuals organizing these crimes, in the evidence documents already submitted to the FBI, FINCEN, DOJ, FTC, SEC, FEC, Congress, InterPol and other authorities. Digital financial tracking of those persons and all of their family members should be assumed to have been under way for some time. Wire-taps and device taps of those persons and all of their family members should be assumed to have been under way for some time.

In Reality, All Electric Car Batteries Are Made By Forced Labor Overseas And 'Assembled' In The USA.

The lethal dirty work is done overseas. No lithium battery manufacturing could actually get past OSHA laws in the USA. Musk, Panasonic, LG and Mitsu are simply hiding the dirty labor part of the battery making process.

Increasing ties have been found between the origin of the batteries needed to power the technology and forced labor in Chinese work camps.

As many environmentalists push for a quick transition to electric vehicles and clean energy, increasing ties have been found between the origin of the batteries needed to power the technology and forced labor in Chinese work camps.

One province in particular, Xinjiang, is facing mounting criticism as more details emerge surrounding working conditions for members of the Uyghur Muslim minority.According to the New York Times, while China produces 75 percent of the world's lithium ion batteries, much of the raw material is mined elsewhere. In recent years, however, the Chinese government has set their sights on controlling all aspects of the supply chain.

In order to compete with other countries, China has ramped up production in the western province of Xinjiang, home to the nation's Uyghur Muslim minority.

As the Times reports, companies such as Xinjiang Nonferrous Metal Industry Group have partnered with the Chinese government to move hundreds of Uyghurs from the south to the industrialized north where they are put to work in mines, smelters, and factories producing lithium, nickel, manganese, beryllium, copper and gold.

While such companies deny that their workers are mistreated, reports show that Uyghurs are subject to what could easily be deemed to be forced labor.

Uyghurs who refuse to work in accordance with Chinese government policies are often sent to internment camps, and in May it was revealed that many of those camps have a "shoot-to-kill" policy for those who attempt to escape.

Thus, the official claim that "all employment is voluntary" is not supported.

In addition to forced labor, Uyghurs are also subjected to re-education, wherein government-appointed "teachers" attempt to create loyal subjects to the nation and communist regime.

On June 21, a new law will go into effect in the United States called the "Uyghur Forced Labor Prevention Act." As NPR reports, it gives the US authority to seize goods produced in Xinjiang unless companies can prove they did not engage in forced labor practices.

It's true that doing so will be resisted by Democrats who don't want to slow the deployment of solar panels and electric cars in the US, and be resisted by free market Republicans, but the evidence is clear and this is becoming a moral and national security imperative.


— Michael Shellenberger (@ShellenbergerMD) June 20, 2022

Environmental realist, author, and California gubernatorial candidate Michael Shellenberger is one of many calling on the Biden administration to go one step further and ban the importation of all goods from Xinjiang. He says the US should instead focus on manufacturing green technology at home.

As he points out, however, the decision would face pushback from both Democrats "who don't want to slow the deployment of solar panels and electric cars in the US," and "free market Republicans."

The world has shone a spotlight on the Chinese government's treatment of the Uyghurs in

Xinjiang, but it remains to be seen whether the Communist Party and the companies to which it is so closely tied will change their practices.

Thus the $2.5B Deal announced today is based on lies and corruption; safety, environmental and human rights issues are covered up and the cronyism of The White House is furthered to incredible depths. This kind of raw criminality is so overt, so over-the-top and so collusion-based that the average citizen can only wonder what happened to our Country?

DATED this day of the filing of 2022

Respectfully submitted,

(SIGNED ELECTRONICALLY)
**Name: SD Redmond**
**Address: 210 S. Ellsworth Ave, #1275**
**San Mateo, CA 94401**
**Phone Number: 510-868-2862**
*Pro Se – A federal witness*

EXHIBITS AND PROOFS ARE PROVIDED AS SEPARATE NUMBERED DOCUMENTS

(PAGES PAST THIS SENTENCE ARE INTENTIONALLY BLANK)