Name: SD Redmond
Address: 210 S. Ellsworth Ave, #1275
San Mateo, CA 94401
Phone Number: 510-868-2862
Pro se disabled non-represented Plaintiff
http://scottredmond.us

EVIDENCE/EXHIBIT COPIES AT:
https://www.majestic111.com
http://www.the-truth-about-the-dept-of-energy.com
https://san-francisco-news.com
http://www.federal-report.com

*PLAINTIFF, A Pro Se, disabled, non-lawyer, federal witness who has requested Court appointed counsel*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### (UNLIMITED CIVIL JURISDICTION)

| | |
|---|---|
| **SD REDMOND, a pro se non-lawyer** | ) CASE NO.: 3:22-cv-01107-WHA |
| PLAINTIFF, | ) EXHIBIT –  U.S. Congress Verifies Plaintiff Assertions |
| v. | ) |
| **UNITED STATES OF AMERICA** | ) INTENTIONAL FRAUD; CONCEALMENT FRAUD; NEGLIGENT MISREPRESENTATION; INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS; RICO RACKETEERING; ANTI-TRUST/MONOPOLY;  COURT ORDER DEMANDED FOR FULL SSDI BACK PAYMENTS; AND SUCH OTHER CLAIMS LISTED HEREIN UNDER "CLAIMS" SECTION |
| DEFENDANTS. | ) |

**Filed: July 29 2022**

**DEMAND FOR JURY TRIAL**

**ADDITIONAL EXHIBITS TO BE FILED ELECTRONICALLY AND NOW AVAILABLE, ON THE WEB, TO THE PUBLIC, GLOBALLY, AT LINKS ABOVE AND MIRROR SITES**

1

A key aspect of Plaintiff's lawsuit exists in the assertion that Plaintiff's own elected and appointed United States Government officials operated a scam enterprise within the government based around using the stock market for bribes, insider trading and quid pro quo payola.

Defendants have vehemently denied that any politicians in the government are corrupt. This flys in the face of every poll of American citizens. 99% of Americans would rather kiss a rabid dog on the lips than get near a politician.

In 2022 Lake Mead was drained by regional circumstances and a number of bodies were found from organized crime activities.

The 2022 the tech financial recession drained the politicians assets and a number of financial bodies were found from organized crime activities.

The swamp gets drained, one way, or another.

While Defendants argue that *"the average citizen is too dumb to know what is good for them…"*, and state that the public only "*thinks*" that most politicians are corrupt, the Defendants seek to argue that only Congress people are smart enough to know when a politician is truly doing something corrupt. Plaintiff hereby presents the facts provided in support of Plaintiffs assertion by:

### THE UNITED STATES CONGRESS -

**95% of the members of Congress are now involved in national law development (Like the American STOCK ACT, https://en.wikipedia.org/wiki/STOCK_Act , which Plaintiff helped create) to fully outlaw the ongoing scam enterprise within the government based around using the stock market for bribes, insider trading and quid pro quo payola.**

If it didn't exist, Congress would not be spending billions of dollars to try to make the laws against these crimes happen and the crookedest members of Congress, and their Big Tech financiers, would not be spending billions of dollars to defeat such laws. The following news and investigation links are submitted as proof of Plaintiff's Assertion:

https://en.wikipedia.org/wiki/STOCK_Act

https://www.businessinsider.com/congress-stock-act-violations-senate-house-trading-2021-9

## 66 Members of Congress Caught Violating Law on Stock Trades

**Congress** passed the law a decade ago to combat **insider trading** and conflicts of interest among their own members and force lawmakers to be more transparent ...

https://www.wsj.com/articles/no-more-insider-trading-in-congress-stocks-prices-sasse-pelosi-mccarthy-boston-dallas-fed-scandal-11644447705

## No More Insider Trading in Congress - WSJ

Sen. Ben Sasse (R., Neb.) introduced a bill on Feb. 2 to ban members of **Congress** from buying or selling individual shares of stocks.

https://www.congress.gov/bill/117th-congress/house-bill/2655

## H.R.2655 - 117th Congress (2021-2022): Insider Trading Prohibition ...

This bill generally provides statutory authority for the prohibition against securities **trading**, as well as related communications to others, by a person aware ...

https://www.forbes.com/sites/insider/2020/05/26/how-senators-may-have-avoided-insider-trading-charges/

## How Senators May Have Avoided Insider Trading Charges - Forbes

**Insider trading** by a member of **Congress** is a crime. To bring a case here, however, federal authorities must overcome two obstacles: the ...

https://campaignlegal.org/update/stock-act-failed-effort-stop-insider-trading-congress

## The STOCK Act: The Failed Effort to Stop Insider Trading in Congress

 **Congress** passed the Stop **Trading** on **Congressional** Knowledge Act (STOCK Act) in 2012, following more than 10 years of allegations of **insider** ...

https://en.wikipedia.org/wiki/2020_congressional_insider_trading_scandal

## 2020 congressional insider trading scandal - Wikipedia

2020 **congressional insider trading** scandal ... The Department of Justice (DOJ) initiated a

probe into the stock transactions on March 30, 2020. No charges were ...

https://www.congressionalinstitute.org/2018/08/16/can-members-of-congress-engage-in-insider-trading/

**Can Members of Congress Engage in Insider Trading?**

Even if it was possible to prosecute **congressional insider trading** before the STOCK Act, with both it and other laws in force today, it is ...

https://www.vox.com/2022/2/12/22930385/congress-bipartisan-stock-trading-ban-lawmakers-pelosi-schumer

**Congress is getting serious about banning stock trading by lawmakers**

**Insider trading** is illegal for everyone, not just members of **Congress**. But as Sherman points out, it's exceedingly hard to prove, and lawmakers ...

https://www.hawley.senate.gov/following-pelosi-trades-hawley-calls-hearing-banning-insider-trading-congress

**Following Pelosi Trades, Hawley Calls for Hearing on Banning ...**

Senator Hawley previously introduced the Banning **Insider Trading** in **Congress** Act, which would prohibit Members of **Congress** and their spouses ...

https://news.bloomberglaw.com/white-collar-and-criminal-law/why-members-of-congress-should-not-trade-stocks

**Why Members of Congress Should Not Trade Stocks - Bloomberg Law**

**Insider trading** is a felony, but it is also difficult to prove. In 2012 **Congress** passed the Stop **Trading** on **Congressional** Knowledge Act (STOCK ...

https://www.hawley.senate.gov/following-pelosi-trades-hawley-calls-hearing-banning-insider-trading-congress

**Following Pelosi Trades, Hawley Calls for Hearing on Banning ...**

For example, recent reports show that Speaker **Pelosi's** family continues to engage in what is

arguably inappropriate stock **trading** activities.

https://www.youtube.com/watch?v=OuNPbqsoDus

## Pelosi denies her husband trades stocks on insider information

shorts Speaker of the House, Nancy **Pelosi**, answers a question at her weekly press conference on Thursday, July 21st about her husband's ...

https://www.youtube.com/watch?v=N6vlCx25tWA

## Nancy Pelosi Caught Red-Handed With Insider Trading - YouTube

Nancy **Pelosi's** husband bought millions in tech stocks as Congress works on legislation that would benefit industry.

https://www.businessinsider.com/nancy-pelosi-stock-trading-husband-congress-2022-7

## Speaker Nancy Pelosi denies her husband makes stock trades ...

Speaker Nancy **Pelosi** said that her venture capitalist husband has "absolutely not" traded using **information** she's given him.

https://www.businessinsider.com/nancy-pelosi-stock-trades-congress-investments-2022-7

## Every Stock Trade Speaker Nancy Pelosi's Husband Has Made ...

**Insider** compiled each of Paul **Pelosi's trades** that the speaker has ... that her husband uses **information** she provides to make stock **trades**.

https://nypost.com/2022/07/23/nancy-and-paul-pelosi-are-trading-large-with-a-wealth-of-hypocrisy/

## Nancy and Paul Pelosi are trading large — with a wealth of hypocrisy

**Insider trading** — or **trading** stocks on material, non-public **information** — is a crime, of course. Recent legislation puts people who use ...

https://nypost.com/2022/04/11/joe-rogan-slams-nancy-pelosi-pols-for-insider-trading/

### Joe Rogan takes aim at Nancy Pelosi, pols for 'insider trading'

Joe Rogan took aim at House Speaker Nancy **Pelosi** and other members of Congress for being allowed to own stock options even though they're in ...

https://www.cbsnews.com/video/confronting-pelosi-on-insider-trading/

### Confronting Pelosi on insider trading - CBS News

When Nancy **Pelosi**, John Boehner, and other lawmakers wouldn't answer Steve Kroft's questions about **insider trading**, he headed to Washington to get some ...

https://thehill.com/opinion/finance/3571790-paul-pelosis-questionable-wall-street-windfall-spurs-bipartisan-calls-for-stock-trading-ban/

### Paul Pelosi's questionable Wall Street windfall spurs bipartisan calls ...

"Here's something we can do: ban all members of Congress from **trading** stocks and force those who do to pay their proceeds back to the American ...

https://www.foxnews.com/media/nancy-pelosi-blasted-twitter-denying-gave-info-husband-stock-trades-lies

### Nancy Pelosi blasted by Twitter users after denying she gave info to ...

A video of the interaction quickly spurred conversation online, with many Twitter users accusing **Pelosi** of lying and partaking in **insider** ...

https://www.sanjoseinside.com/politics/did-sen-feinstein-benefit-from-insider-trading-related-to-the-pandemic/

### Did Sen. Feinstein Benefit from Insider Trading Related to the ...

Jan 24, 2022 **...** It prohibits members from making **trades** based on privileged **information** and requires them to disclose any **trades** within 45 days. But the law has ...

https://www.politico.com/news/2020/05/14/dianne-feinstein-husband-stock-trades-258693

### Feinstein talks with FBI about her husband's stock trades - POLITICO

May 14, 2020 **...** ... allegations of **insider trading**. The 2012 STOCK Act prohibits

lawmakers and aides from buying and selling stocks based on **information** ...

https://www.npr.org/2020/05/26/862692569/justice-department-closes-investigations-of-3-senators-burr-inquiry-continues

## Insider-Trading Probes Of Feinstein, Loeffler, Inhofe Closed - NPR

May 26, 2020 **...** Investigators won't pursue **insider**-**trading** investigations into one Democrat and two Republicans, but Sen. Richard Burr, R-N.

https://www.washingtonpost.com/local/legal-issues/justice-dept-ends-coronavirus-insider-trading-investigations-into-us-sens-loeffler-inhofe-and-feinstein/2020/05/26/5e59b9a4-9f8b-11ea-b5c9-570a91917d8d_story.html

## Justice Dept. ends insider trading investigations into Sens. Loeffler ...

May 26, 2020 **...** The Justice Department has notified Sens. Kelly Loeffler (R-Ga.), James M. Inhofe (R-Okla.) and Dianne **Feinstein** (D-Calif.) ...

https://www.latimes.com/politics/story/2020-05-26/feinstein-cleared-by-justice-department-for-husbands-stock-trades

## Feinstein cleared by Justice Department in husband's stock trades

May 26, 2020 **...** The Justice Department on Tuesday informed Sen. Dianne **Feinstein** that she was not a target of any investigation into stock **trades**.

https://www.forbes.com/sites/andrewsolender/2020/05/14/fbi-questions-feinstein-over-stock-trades-after-seizing-burrs-phone/

## FBI Questions Feinstein Over Stock Trades After Seizing Burr's Phone

May 14, 2020 **...** The FBI has taken action on multiple cases of alleged **insider trading** by U.S. Senators, questioning Dianne **Feinstein** (D-Calif.) ...

https://nypost.com/2020/03/20/richard-burr-kelly-loeffler-urged-to-resign-for-selling-stocks-after-coronavirus-briefing/

NorCal 9th District – 7.29.22 – EXHIBIT- U.S. Congress Verifies Plaintiff Assertions - CASE NO.: 3:22-cv-01107-WHA

## Dianne Feinstein, Jim Inhofe dumped stocks before coronavirus

Mar 20, 2020 **...** **Feinstein**, a California Democrat, sold $500,001 to $1 million worth of stock in a company called Allogene Therapeutics on Jan. 31, less than a ...

https://abcnews.go.com/Politics/doj-closing-insider-trading-investigations-loeffler-feinstein-inhofe/story?id=70890955

## DOJ closing insider-trading investigations of Loeffler, Feinstein and ...

May 26, 2020 **...** Members of Congress are prohibited from using non-public **information** for personal profit under the STOCK Act which is meant to combat **insider** ...

https://www.businessinsider.com/congress-stock-act-violations-senate-house-trading-2021-9

## 66 Members of Congress Caught Violating Law on Stock Trades

The independent Office of Congressional Ethics, in part citing **Insider's** reporting, found "substantial reason to believe" that Malinowski violated federal rules ...

https://en.wikipedia.org/wiki/2020_congressional_insider_trading_scandal

## 2020 congressional insider trading scandal - Wikipedia

Participants' **insider information** of COVID-19 pandemic · Multiple United States Senators, notably, Richard Burr, Kelly Loeffler, Jim Inhofe, Dianne **Feinstein**, ...

In the interest of brevity, Plaintiff has only provided the Court, this document, with a few proof examples. There are over 22,000 !!!!!! additional links proving Plaintiffs assertions, which can be supplied to the Court and The Jury, upon request.

Plaintiff hopes that this will end question, in this case, as whether or not, politicians and United States officials do corruption.

DATED this day of the filing of 2022

             Respectfully submitted,

NorCal 9th District – 7.29.22 – EXHIBIT- U.S. Congress Verifies Plaintiff Assertions - CASE NO.: 3:22-cv-01107-WHA

| | |
|---|---|
| 1 | |
| 2 | (SIGNED ELECTRONICALLY) |
|   | **Name: SD Redmond** |
| 3 | **Address: 210 S. Ellsworth Ave, #1275** |
|   | **San Mateo, CA 94401** |
| 4 | **Phone Number: 510-868-2862** |
|   | *Pro Se – A federal witness* |

EXHIBITS AND PROOFS ARE PROVIDED AS SEPARATE NUMBERED DOCUMENTS

(PAGES PAST THIS SENTENCE ARE INTENTIONALLY BLANK)