**Name: SD Redmond**
**Address: 210 S. Ellsworth Ave, #1275**
**San Mateo, CA 94401**
**Phone Number: 510-868-2862**
Pro se disabled non-represented Plaintiff
http://scottredmond.us

**EVIDENCE/EXHIBIT COPIES AT:**
https://www.majestic111.com
http://www.the-truth-about-the-dept-of-energy.com
https://san-francisco-news.com
http://www.federal-report.com

*PLAINTIFF, A Pro Se, disabled, non-lawyer, federal witness who has requested Court appointed counsel*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

### (UNLIMITED CIVIL JURISDICTION)

| | |
|---|---|
| SD REDMOND, a pro se non-lawyer | ) CASE NO.: 3:22-cv-01107-WHA |
| | ) |
| PLAINTIFF, | ) EXHIBIT – Other Court Cases Confirm |
| | ) Cartel Existence |
| v. | ) |
| | ) INTENTIONAL FRAUD; CONCEALMENT |
| | ) FRAUD; NEGLIGENT |
| UNITED STATES OF AMERICA | ) MISREPRESENTATION; INTENTIONAL |
| | ) INFLICTION OF EMOTIONAL DISTRESS; |
| | ) RICO RACKETEERING; |
| | ) ANTI-TRUST/MONOPOLY;  COURT |
| | ) ORDER DEMANDED FOR FULL SSDI |
| DEFENDANTS. | ) BACK PAYMENTS; AND SUCH OTHER |
| | ) CLAIMS LISTED HEREIN UNDER |
| | ) "CLAIMS" SECTION |

Filed: Aug 2, 2022

**DEMAND FOR JURY TRIAL**

**ADDITIONAL EXHIBITS TO BE FILED
ELECTRONICALLY AND NOW
AVAILABLE, ON THE WEB, TO THE
PUBLIC, GLOBALLY, AT LINKS
ABOVE AND MIRROR SITES**

1

A key aspect of Plaintiff's lawsuit exists in the assertion that Plaintiff's own elected and appointed United States Government officials operated a scam enterprise within the government based around using the stock market for bribes, insider trading and quid pro quo payola in coordinated cooperation with a Silicon Valley organized crime cartel.

In related news headline lawsuits by Twitter against this Cartel and another by Rumble, against Google and another by the U.S. against Google, we see these assertions to be shown to be true through the investigations of others.

In Twitter's lawsuit, Twitter exposes the Silicon Valley men who conspire together and who hire assassins to take out those who displease them. Twitter's epic lawsuit seeks to expose this cartel.

**Twitter** has issued a flurry of legal requests seeking information about an array of elite Silicon Valley investors in **Elon Musk**'s inner circle, as the company pursues its lawsuit attempting to force the billionaire to complete his $44 billion takeover.

In one subpoena issued on Monday, Twitter requested information on a wide range of Musk's inner circle, including some who were not previously reported as having any involvement with the deal, according to the **Washington Post**.

Named in the request were investors Chamath Palihapitiya, David Sacks, Steve Jurvetson, Marc Andreessen, Jason Calacanis and Keith Rabois, among others.

Investor Joe Lonsdale, an associate of Musk, said on Twitter that he had also received a subpoena from the social media firm.

Chamath Palihapitiya: A prominent venture capitalist with an estimated net worth of $1.2 billion. His connection with the deal is unclear, but he attended the All-In Summit in May with Musk's other financial backers.

David Sacks: Sacks is a member of the so-called PayPal mafia who helped found the payments startup with Musk in the late 1990s. He was said to be a key advisor in Musk's inner

circle as the takeover bid unfolded this spring.

Steve Jurvetson: Another member of Musk's reported 'brain trust' who counseled the billionaire. Jurvetson was an early investor in Tesla, where Musk is CEO. He once served on the Tesla board, and currently serves on the board of Musk's SpaceX.

Marc Andreessen: A Silicon Valley titan worth an estimated $1.6B and co-founder of the VC firm Andreessen Horowitz, which agreed to invest $400 million in Musk's takeover deal.

Jason Calacanis: Also previously reported as involved in funding the deal. Launched an investment pool known as a special purpose vehicle to raise money from smaller investors at a minimum buy-in of $250,000

Keith Rabois: Another early PayPal executive alongside Musk. His connection to the Twitter deal is unclear.

Joe Lonsdale: A partner at 8VC, a San Francisco-based VC firm. 'I have nothing to do with this aside from a few snarky comments,' he said of Musk's Twitter takeover.

– How A Modern Character Assassination and Political "Kill Order" Is Executed By the Silicon Valley Oligarchs and their total control of propaganda media. Patrick George At Jalopnik attacks outsiders under contract with Elon Musk and the DNC. Silicon Valley campaign finance oligarchs hire him to run hatchet jobs on innocent outsiders and then Gawker-Gizmodo-Jalopnik uses their financial partnership with the DNC's Google to push the character assassination articles to the top of Google web products and searches.

---- Patrick George, Adrian Covert, John Hermann and Nick Cook are the sexually degenerate cabin boys that report to boy-loving sleaze-tabloid oligarch Nick Denton. They created the Fake News crisis in the media by flooding the internet with defamation posts and reprisal hatchet job articles designed to damage political enemies of the Socialists. They coordinate a large number of the

character assassination efforts at Gawker, Gizmodo, Jalopnik, CNN, New York Times and other propaganda outlets. These Millennial boys are "Media Rapists" and should be treated as abusers.

– How and why did a Donald Trump stripper-date named "Stormy" or an Elon Musk sex party or a Kavanaugh drinking incident or the Moonves and Weinstein indiscretions suddenly hit the news at about the same time in news history?

– In addition to actual murder, Politicians and Silicon Valley Oligarchs hire operatives to end people's lives in other creative ways.

–--- It is all part of the modern trend in vendetta, revenge and political payback when a Senator or a tech oligarch issues a "kill order" on an opponent. – The client does not like to get their hands dirty so the actual social hit job is performed by companies such as: IN-Q-Tel – (DNC); Gawker Media – (DNC); Jalopnik – (DNC); Gizmodo Media – (DNC); K2 Intelligence – (DNC); WikiStrat – (DNC); Podesta Group – (DNC); Fusion GPS – (DNC/GOP); Google – (DNC); YouTube – (DNC); Alphabet – (DNC); Facebook – (DNC); Twitter – (DNC); Think Progress – (DNC); Media Matters – (DNC); Black Cube – (DNC); Mossad – (DNC); Correct The Record – (DNC); Sand Line – (DNC/GOP); Blackwater – (DNC/GOP); Undercover Global Ltd (DNC/GOP) Stratfor – (DNC/GOP); ShareBlue – (DNC); Wikileaks (DNC/GOP); Cambridge Analytica – (DNC/GOP); Sid Blumenthal- (DNC); David Brock – (DNC); PR Firm Sunshine Sachs (DNC); Covington and Burling – (DNC), Buzzfeed – (DNC) Perkins Coie – (DNC); Wilson Sonsini – (DNC) and hundreds of others…These are the people and companies that except cash, revolving door jobs, political appointments, insider trading stock in Silicon Valley tech companies, prostitutes and real estate in exchange for destroying the lives of others.

– These attackers deserve to be punished for the rest of their lives for taking away the lives of others in exchange for cash. Any company who is corrupt enough to hire any of these assassins should be forced out of business.

---- These attack services are responsible for 90% of the "Fake News" problem in the world because they are the authors of most fake news. Congress must act to make these kinds of companies illegal! – These digital assassination services offer hit-jobs, character assassinations and economic reprisal programs to famous billionaires and corrupt politicians who are seeking revenge, retribution and vendetta executions.

– In the case of reporters getting targeted for attacks, President Donald Trump has been accused by the liberal corporate media of whipping up a hateful frenzy against the press. But while CNN's Jim Acosta grandstands against Trump, real journalists are still reeling from the draconian extrajudicial measures that Barack Obama and his administration used to target them for exposing truth.

– This secretive targeting occurred while Obama speechwriter and hate-filled ANTIFA supporter Ben Rhodes was running "Operation Echo Chamber," which reportedly continues, in which he fed information to willing corporate media scribes. "They literally know nothing," Rhodes said of the twentysomething journalists he easily manipulated.

---- The Freedom of the Press Foundation's Trevor Timm published documents showing how former attorney general Eric Holder changed the rules to more effectively intimidate and surveil members of the press.

– Timm writes: "Today, we are revealing—for the first time—the Justice Department's rules for targeting journalists with secret FISA court orders. The documents were obtained as part of a Freedom of Information Act lawsuit brought by Freedom of the Press Foundation and Knight First Amendment Institute at Columbia University."

– Obama is also clearly linked to the plot to obtain fraudulent FISA warrants on President Trump's team, as evidenced by Peter Strzok and Lisa Page's texts confirming that Obama was overseeing

1   their fly-by-night operation.

2

3   – Larry Schweikart reported for Big League Politics: For months pundits and researchers have been

4   pondering the mystery of the FISA approval that led to the illegal and historically titanic scandals to

5   ever hit the U.S. government.

6

7   ---- Some have argued that Assistant Attorney General Rod Rosenstein knew the FISA was bogus

8   when he extended it. Others have wondered if Special Counsel Robert Mueller knew about the

9   fraudulent basis of the FISA when he used it, in part, to indict Michael Flynn. Other still, that

10  Mueller was fooled by the FBI. This is what President Trump calls "SPYGATE". – It may well be

11  that the surveillance that was conducted began with UK intelligence services and then was fed back

12  to the White House of Barack Obama. Here's the kicker: President Barack Obama did not need a

13  FISA warrant to authorize spying/electronic surveillance on Trump because Obama all along had

14  legal authorization to by-pass the normal court vetting process. According to 50 U.S. Code 1802,

15  the "Electronic Surveillance Authorization" () "Foreign intelligence in relation to a US person

16  (Trump or his associates) is information that's necessary for the US to protect against attack, hostile

17  acts, sabotage, . . . as well as other clandestine activities by a foreign power . . . OR . . . information

18  relevant to national defense/security of the US, or the conduct of foreign affairs of the U.S." Such

19  an authorization by Obama required certification by Attorney General Loretta Lynch that must be

20  logged with the FISC court. ("The [AG]+ shall immediately transmit under seal to the court [FISC]

21  a copy of his certification.")

22

23  – In short, the DOJ has this. If we are correct, a copy of that certification is currently under seal at

24  least with the DOJ and the FISC.

25

26  – This is what they are hiding. – However, the Act requires the AG to keep the Select Committee on

27  Intelligence and the Senate Committee on Intelligence informed of these authorizations and

28  unmaskings therein. See 1803 (a) (1) (C) If indeed this is what happened, did Lynch report—or only

selectively report—to the committees in a way that excluded non-friendlies? Can you see why
Adam Schiff, Mark Warner, and their ilk are terrified?

– These are the playbook tactics that Senators and tech oligarchs most often use to destroy the lives
of their political and business enemies: – Government agency bosses sometimes solicit the target
victims with false promises of future loans, contracts or grants from their agency and cause the
target victims to expend millions of dollars and years of their time for projects which those
government bosses had covertly promised to their friends. They use the target victims as a
"smokescreen" to cover their illegal government slush-funds for the victims competitors and
personal enemies.

---- By using this tactic, the attackers can drain the target victims funds and force them into an
economic disaster in plain view of everyone without the government bosses fearing any reprisal for
their scam.- Every match.com, okcupid.com, Plenty Of Fish, Seeking Arrangements and all other
IAC-owned, or similar, dating sites (IAC is managed by Hillary Clinton's daughter) have had their
profiles, texts, and inter-member communications, since those companies were started, hacked or
purchased. The attack service providers use Palantir and In-Q-Tel financed data analysis software to
analyze every activity in those dating services in order to find honey-trap, blackmail, sextortion and
social conflict exploitation opportunities.

If you had a bad date with someone, that someone will be hunted down and convinced to help harm,
#metoo or "rape charge" the intended target. All dates involve a search for sex, so the likelihood
that a sexual disappointment experience will exist in each persons dating history is high. Searching
every past dating email and text of a subject is quite easy with modern software and hacking
techniques. A synthetically amplified, PR-agency optimized sex scandal can destroy any target.
Your dating experiences from the 70's or 80's will come back to haunt you decades later. Most
dates involve drinking alcohol and taking drugs. If you were unattractive or had bad sexual skills
your bad date will be called "date rape", "drugging your date for sex" and related twisted narratives

that are designed to shame you, the target.

---- If you try to get a date in the future, your potential date will be contacted by a third party who will slander and libel you to make sure your potential first date gets cancelled. Your social life will, essentially, end. Every photo on every dating site is cross checked with every other photo on the internet in order to cull your Facebook, Linkedin, Snapchat and other social media together to create a total psychological manipulation profile data file on you. A single photo on a dating site can be cross searched on every mugshot archive, photo album and corporate database in the worth within minutes using modern super-computers. Your sex life will be on public record in a flash.- Social Security, SSI, SDI, Disability and other earned benefits are stone-walled. Applications of targets are "lost".

---- Files in the application process "disappeared". Lois Lerner hard drive "incidents" are operated in order to seek to hide information and run cover-ups.

– Government officials and tech oligarchs contact members of the National Venture Capital association (NVCA) and created national "black-lists" to blockade target victims from ever receiving investor funding. This was also confirmed in a widely published disclosure by Tesla Motors Daryl Siry and in published testimony. If Silicon Valley political campaign finance oligarchs black-list you (see the "AngelGate" Scandal and the "High Tech No Poaching Class Action Lawsuit" cases) you will never get investor funding again.

– FOIA requests are hidden, frozen, stone-walled, delayed, lied about and only partially responded to in order to seek to hide information and run cover-ups.- State and federal employees will play an endless game of Catch-22 by arbitrarily determining that deadlines had passed that they, the government officials, had stonewalled and obfuscated applications for, in order to force these deadlines that they set, to appear to be missed. This can bankrupt a target victim.- Some Victims found themselves strangely poisoned, not unlike the Alexander Litvenko case.

---- Heavy metals and toxic materials were found right after their work with the Department of Energy weapons and energy facilities. Many wonder if these "targets" were intentionally exposed to toxins in retribution for their testimony. The federal MSDS documents clearly show that a number of these people were exposed to deadly compounds and radiations, via DOE, without being provided with proper HazMat suits which DOE officials knew were required.

– Victims employers are called, and faxed, and ordered to fire target victims from their places of employment, in the middle of the day, with no notice, as a retribution tactic. – On orders from Obama White House officials, DNC-financed Google, YouTube, Gawker Media and Gizmodo Media produce attack articles and defamation videos. Google locks this attack media on the internet on the top line, of the front page of all Google searches for a decade in front of 7.5 billion people, around the world.

---- This attack-type uses over $40 million dollars in server farms, production costs and internet rigging. The forensic data acquired from tracking some of these attacks proves that Google rigs attacks against individuals on the internet and that all of Google's "impressions" are manually controlled by Google's executives who are also the main financiers and policy directors of the Obama Administration. This data was provided to the European Union for it's ongoing prosecution of Google's political manipulation of public perceptions. – Victims HR and employment records, on recruiting and hiring databases, are embedded with negative keywords in order to prevent the victim targets from ever gaining future employment. – Gary D. Conley, Seth Rich, Rajeev Motwani and many other whistle-blowers in these matters, turned up dead under strange circumstances. It is very possible that some of these attack services, operated by former CIA operatives, even offer discrete murder-for-sale services using high-tech assassination tools that make murders look like heart attacks and brain failures.

---- Disability and VA complaint hearings and benefits are frozen, delayed, denied or subjected to

lost records and "missing hard drives" as in the Lois Lerner case.- Paypal (A DNC-biased operation) and other on-line payments for on-line sales are de-platformed, delayed, hidden, or re-directed in order to terminate income potential for target victims who competed with the attackers interests and holdings.- DNS redirection, "website spoofing" sends target victims websites to dead ends where no sales orders or customer inquiries actually get back to the target. These internet revenue activity manipulations are conducted using Google and Amazon servers. All commercial storefronts and on-line sales attempts by target victims, will have had their sites hidden, or search engine de-linked by a massively resourced facility located in Virginia, Texas or Palo Alto, California in order to terminate revenue potentials for the target victims.

---- Over 50,000 trolls, shills, botnets and synth-blog deployments are deployed to place defamatory statements and disinformation about victims in front of 7.5 billion people around the world on the internet in order to seek to damage their federal testimony credibility by a massively resourced facility.

– Campaign finance dirty tricks contractors are hired by campaign financiers to attack the friends and family members of the target victim in order to create low morale for the target victims psyche and motivation.- Are you getting weird headaches and hearing a "buzzing sound" in your head? The U.S. Government has now acknowledged that the Cuban, Chinese and other embassy "sonic attacks" are from a known microwave beam weapon. Any one of the technical departments of the attack services listed at the top of this article can build such a biological harassment weapon.

---- It can be aimed at the target victims office, bedroom or vehicle and, within a week, have caused biological and emotional damage using a weapon that has no visible track of trajectory. It is designed to make the target victim think they are "going crazy" or "hearing sounds in their head".

---- In one case covert political partner: Google, transferred large sums of cash to dirty tricks contractors and then manually locked the media portion of the attacks into the top lines of the top

pages of all Google searches globally, for years, with hidden embedded codes in the links and web-pages which multiplied the attacks on Victims by many magnitudes.- Covert Cartel financier: Google, placed Google's lawyer: Michelle Lee, in charge of the U.S. Patent Office and she, in turn, stacked all of the U.S. Patent Office IPR and ALICE review boards and offices with Google-supporting employees in order to rig the U.S. Patent Office to protect Google from being prosecuted for the vast patent thefts that Google engages in.

---- Google has hundreds of patent lawsuits for technology theft and a number of those lawsuits refer to Google's operations as "Racketeering", "Monopolistic Cartel" and "Government Coup-like" behaviors. Thousands of articles and investigations detail the fact that Google, "essentially" ran the Obama White House and provided over 80% of the key White House staff. A conflict-of-interest unlike any in American history. Google's investors personally told Applicant they would "kill him". Google and the Obama Administration were "the same entity". Applicant testified in the review that got Michelle Lee terminated and uncovered a tactical political and social warfare group inside Google who were financed by Federal and State funds.

---- Honeytraps and moles were employed by the attackers. In this tactic, people who covertly worked for the attackers were employed to approach the "target" in order to spy on and misdirect the subject. – Gawker Media, Gizmodo Media, Snopes, SPLC and other hired media assassins will be retained to produce "hatchet job" character assassination articles about you. Then those articles will be faxed, mailed and emailed to your employer and investors with a note saying: "You don't want to have anything to do with this person, do you..?" in order to get you fired from your job and get your loans or financing pulled. The attackers will use their round one attack media, that they authored, to create a round two second wave attack designed to end your life via economic warfare.

---- Mortgage and rental applications will have had red flags added to them in databases to prevent the targets from getting homes or apartments.- Krebs On Security, Wired, Ars Technica, The Wall Street Journal and most major IT publications have reported that hundreds of spy "back-doors" have

been found on every Intel, AMD, Apple, Xfinity, Cisco, Microsoft, Juniper Networks motherboard, chip-set and hardware component set.

---- This means that any kid with the "key" code can open any computer, server, router, cloud-network or other network connected device and read every file, photo, video, your calendar and email on your devices at any time from any location on Earth. The key codes have been released to every hacker community in the world for over ten years. There is now no government, corporate or personal data that can't be hacked, even data from decades ago.

Every single one of your darkest secrets can be in the hands of your enemy within 60 minutes, or less. Important meetings you had planned with potential investors, employers, clients, dates, suppliers and others will suddenly get cancelled at the last minute. They will get cancelled because your enemies are reading your calendar remotely and covertly sending slander information to those you had hoped to engage with in order to sabotage your life.

---- Nothing you have ever typed on a computer or Smartphone is safe. it WILL be acquired and it WILL be used against you.

– McCarthy-Era "Black-lists" are created and employed against target victims who competed with Obama Administration executives and their campaign financiers to prevent them from getting funding and future employment.

– Obama Administration targets were very carefully placed in a position of not being able to get jobs, unemployment benefits, disability benefits or acquire any possible sources of income. The retribution tactics were audacious, overt..and quite illegal.

– There are thousands of additional Dirty Tricks tactics being used by these Attack Services yet Congress refuses to pass laws out-lawing such attack services.

---- The cost of an attack on a person ranges from $150,000.00 to over $50,000,000.00. While a Silicon Valley billionaire can afford to launch counter-measures to these attacks, any regular taxpayer will be utterly destroyed, and incapable of fighting back, against even the smallest version of one of these "kill orders".

---- A number of modern office shootings are the results of these attacks against an individual who has lost everything because of the attack and has no options left. – Federal law enforcement, the United States Congress and the highest level investigators in the U.S., and abroad, have documented (per the "FISA Memo", Congressional Reports and federal employee testimony) and proven the fact that the Obama Administration regularly engaged in the operation of retribution, vendetta and reprisal campaigns known as "hit-jobs" against domestic natural born U.S. citizen domestic taxpayers.

---- The Federal Court, in at least one previous court case,has ruled that Applicants, in this particular matter, were the victims and target of a number of these attacks designed to inflict permanent medical, emotional, character assassination, brand negation, economic and career damage. The FBI has been asked to interview John Cook, Nicholas Guido Denton, Adrian Covert, Patrick George, Ian Fette and John Hermann of Gawker/Gizmodo re: their financing, payola and hit-job attacks on third parties.

---- There are hundreds of millions of people in America. The same 120 of them are all involved in operating the same crimes and corruption including: the Sony Pictures corruption; the Afghanistan rare earth mine scandals operated through The Energy Department political slush fund that involves the lithium battery cover-ups (headed by Elon Musk); the Big Tech Brotopia rape, sex trafficking, bribery, exclusionism, racism and misogyny issues they were taught at Stanford University; The Facebook – Meta – Google – Alphabet – Netflix, et al, coordinated news manipulation and domestic spying that they engage in; the hiring of Fusion GPS – Black Cube – Gizmodo/Gawker assassins;

the destruction of the housing market by their mass real estate manipulations; patent theft and industrial espionage; and the bribery of almost every politician all the way up to the Oval Office.

---- So, while the categories covered in this investigation may seem diverse. They are connected through an enterprise of criminality and illicit, coordinated operations. We list, by name, the 120 most complicit individuals organizing these crimes, in the evidence documents already submitted to the FBI, FINCEN, DOJ, FTC, SEC, FEC, Congress, InterPol and other authorities. Digital financial tracking of those persons and all of their family members should be assumed to have been under way for some time. Wire-taps and device taps of those persons and all of their family members should be assumed to have been under way for some time.

In other recent related cases, one Judge stated: "Without real dispute," Rumble has adequately alleged that Google violated Section 2 of the Sherman Act, U.S. District Judge Haywood Gilliam wrote Friday, questioning Google's "somewhat counterintuitive premise that [Rumble] has pled too much."

It's the third censorship-related lawsuit against Big Tech pillars to win approval for legal discovery in recent months.

Last month, a federal judge ordered that social media companies Meta (Facebook), Twitter, and YouTube must turn over documents and answer questions in a suit alleging collusion between the companies and the Biden administration to censor "disfavored speakers, viewpoints, and content" on their platforms.

Twitter let former New York Times journalist Alex Berenson back on the platform last month to settle his advancing breach-of-contract suit.

YouTube has particularly targeted videos that challenge COVID orthodoxy, removing public meetings where COVID policy is debated, science-based criticisms of COVID mitigations by Sen. Rand Paul (R-Ky.), and a parent's criticisms of school COVID policy. It also labeled an anti-

Biden rap song as "medical misinformation."

Rumble can now obtain internal Google documents on "algorithmic manipulation of its search engine" and requirements that "all but force" companies reliant on its infrastructure to use YouTube, lawyer Glenn Greenwald, a progressive critic of censorship and prominent Rumble user, wrote in his newsletter Saturday.

Those thought to have conspired in this Cartel include:

A.J. Delaurio– Defamation-for-sale blogger

Abound Solar - Criminally corrupt crony campaign finance front operation. Targeted For Bankruptcy For Abuse Of The Public

Adam Dachis– Defamation-for-sale blogger

Adam Weinstein– Defamation-for-sale blogger

Adrian Covert– Defamation-for-sale blogger - Targeted For Bankruptcy For Abuse Of The Public

Adrien Chen– Defamation-for-sale blogger

Al D'Amato, Park Strategies. The former GOP New York senator has been a big advocate for online gambling as a lobbyist for the Poker Players Alliance.

Al Mottur and Manuel Ortiz, Brownstein Hyatt Farber Schreck. Mottur heads up lobbying operations at the K Street giant. Ortiz, one of Brownstein's newest hires, is a rising star in Democratic circles.

Alan Henry– Defamation-for-sale blogger

Albert Burneko– Defamation-for-sale blogger

Alex Balk– Defamation-for-sale blogger

Alexander Pareene– Defamation-for-sale blogger

Alexander Sternhell, Sternhell Group. Previously a Senate Banking Committee staffer, Sternhell's two-year-old venture is in the big leagues with clients such as Citigroup Management and PricewaterhouseCoopers.

Alexandra Philippides– Defamation-for-sale blogger

Allison Spinner – Wife of Steve Spinner and lawyer at WSGR and Solyndra who helped Feinstein

1   rig the Solyndra cash ((Under investigation. All assets being tracked and terminated.)

2   Allison Wentz– Defamation-for-sale blogger

3   Alphabet - Privacy abuse, spy-on-the-public, Fake News election rigger, Clinton/DNC scheme

4   financier (Under Federal and EU investigation) Targeted For Bankruptcy For Abuse Of The Public

5   Andrew Collins– Defamation-for-sale blogger

6   Andrew Magary– Defamation-for-sale blogger

7   Andrew McCormack

8   Andrew Orin– Defamation-for-sale blogger

9   Andy Barbour, Smith-Free Group. Smith lobbies for several financial and insurance companies but

10  is best known for his work as the lead Democratic lobbyist for the Financial Services Roundtable.

11  Andy Bechtolsheim – VC- Insider campaign backer (He is now under investigation)(accused of

12  political bribery and kickbacks; tax evasion, and more…)

13  Aneesh Chopra

14  Angelica Alzona– Defamation-for-sale blogger

15  Anna Merlan– Defamation-for-sale blogger

16  Ariana Cohen– Defamation-for-sale blogger

17  Arnold Schwarzenegger – Governor (Accused of political bribery and kickbacks; tax evasion, illicit

18  deal organization with Russians and more…)

19  Ashley Feinberg– Defamation-for-sale blogger

20  Austin Lau

21  Ava Gyurina– Defamation-for-sale blogger

22  Barack Obama – Chicago politician

23  Barry Petchesky– Defamation-for-sale blogger

24  Bill Daley – White House strong-arm (Forced to resign)(he is now under investigation)

25  Bill Gurley

26  Bill Lockyer – Calif State finance head (Under investigation and sex scandal conflicts, charged with

27  corruption by media. Assets and ownerships under investigation)

28  Bob Livingston, The Livingston Group. Republican Livingston, a former House Appropriations

1 | Committee chairman, is a statesman on K Street.

2 | Brendan I. Koerner– Defamation-for-sale blogger

3 | Brendan O'Connor– Defamation-for-sale blogger

4 | Brent Rose– Defamation-for-sale blogger

5 | Brian Goncher – Deloitte VC intermediary in the stock market rigging (He is now under

6 | investigation)(accused of political bribery and kickbacks; tax evasion, and more…)

7 | Brian Hickey– Defamation-for-sale blogger

8 | Brobeck Law Firm - Targeted For Bankruptcy For Abuse Of The Public

9 | Camila Cabrer– Defamation-for-sale blogger

10 | Carl Gordon

11 | Chad Hurley

12 | Charles Stenholm, Olsson Frank Weeda Terman Bode Matz PC. Stenholm's decades of experience

13 | on the House Committee on Agriculture will be called upon as Congress crafts the next farm bill.

14 | Cheryl Sandberg – Facebook boss, reports to Larry Summers

15 | Choire Sicha– Defamation-for-sale blogger

16 | Chris Jennings, Jennings Policy Strategies. A sage on healthcare reform, Jennings worked on

17 | President Clinton's reform push and later lobbied on Obama's bill.

18 | Chris Mohney– Defamation-for-sale blogger

19 | Chuck Brain, Capitol Hill Strategies Inc. Once a Clinton White House aide and longtime House

20 | Ways and Means Committee staffer, Brain would make any list of the best-known Democratic

21 | lobbyists in town.

22 | Civis Analytics – Social manipulation group -Targeted For Bankruptcy For Abuse Of The Public

23 | Clover Hope– Defamation-for-sale blogger

24 | Covington & Burling - Targeted For Bankruptcy For Abuse Of The Public

25 | Dan Tate Jr., Capitol Solutions. Tate delivers stellar client relations while harnessing 10 years of

26 | upper-level Hill and administration experience.

27 | Daniel Boston, Health Policy Source. Boston's numerous healthcare clients turn to him for the

28 | policy expertise he honed as a GOP aide on Capitol Hill.

Daniel Cohen – DOE Legal counsel who assisted in the Steven Chu scam (Sent packing/fired/forced to resign)

Daniel Morgan– Defamation-for-sale blogger

Dark Money Group relay

Dave McClure – VC

David Axelrod – White House strategist who helped stage the quid-pro-quo (Sent packing/fired/forced to resign)(he is now under investigation)(accused of political bribery and kickbacks; tax evasion, and more…)

David Castagnetti and Alex Vogel, Mehlman Vogel Castagnetti. The bipartisan shop has heavy hitters on both sides of the aisle, thanks to Democrat Castagnetti.

David Danielson

David Drummond – Lawyer/Lobbyist– Google, bribes expert for DC and EU regions (Under investigation. Quail Road, Woodside, CA home bugged)

David Matthews– Defamation-for-sale blogger

David Mott

David Plouffe – White House money packager. Arranged deals between VC campaign Donors (Forced to Resign. Under investigation)

David Prend

David Sacks

David Sandalow

Debbie Wasserman Schultz

Denis McDonough – White House adviser

Diana Moskovitz– Defamation-for-sale blogger

Dianne Feinstein – California politician

Doyle Bartlett, Eris Group. Bartlett has years of Capitol Hill experience and a busy lobbying practice that is on the front lines for clients including MetLife, Genentech and eBay.

Draper - Fisher – VC firm (Campaign funder who received massive windfalls from Russian mining & tech start-up rigging) - Targeted For Bankruptcy For Abuse Of The Public

1  Eleanor Shechet– Defamation-for-sale blogger

2  Elizabeth Spiers– Defamation-for-sale blogger

3  Elizabeth Starkey– Defamation-for-sale blogger

4  Elon Musk – CEO – Tesla (He is now under investigation & in multiple lawsuits for fraud)(accused

5  of political bribery and kickbacks; tax evasion, and more…) ( All of his personal assets, investments

6  and portfolio holdings are under investigation ) Targeted For Bankruptcy For Abuse Of The Public

7  Emerson Collective - Targeted For Bankruptcy For Abuse Of The Public

8  Emily Gould– Defamation-for-sale blogger

9  Emily Herzig– Defamation-for-sale blogger

10  Emma Carmichael– Defamation-for-sale blogger

11  Eric Holder – Attorney General- DOJ (Forced to resign) (Charged with staff & VC Protections and

12  blockade of FBI and Special Prosecutor deployments in order to run the cover-up)

13  Eric Paley

14  Eric Schmidt – Owner- Google (He is now under investigation)(accused of political bribery and

15  kickbacks; tax evasion, and more…) - Targeted For Bankruptcy For Abuse Of The Public

16  Eric Strickland – Head of Auto Safety agency under DOT (Sent packing/fired/forced to resign)(he

17  is now under investigation. Charged with cover-up of Tesla and GM auto dangers he had known

18  about)

19  Erin Ryan– Defamation-for-sale blogger

20  Ethan Sommer– Defamation-for-sale blogger

21  Eyal Ebel– Defamation-for-sale blogger

22  Facebook - Privacy abuse, spy-on-the-public, Fake News election rigger, Clinton/DNC scheme

23  financier ( Failing, rapidly decreasing users and increasing fake ad stats disclosures ) - Targeted For

24  Bankruptcy For Abuse Of The Public

25  Fisker - Criminally corrupt crony campaign finance front operation. Targeted For Bankruptcy For

26  Abuse Of The Public

27  Fred Graefe, Law Offices of Frederick H. Graefe. Graefe is a force among Democratic healthcare

28  lobbyists.

1  Fusion GPS – Defamation and journalist bribery service - Targeted For Bankruptcy For Abuse Of

2  The Public

3  Gabriel Burt

4  Gabrielle Bluestone– Defamation-for-sale blogger

5  Gabrielle Darbyshire– Defamation-for-sale blogger and attack services director

6  Gawker Media – DNC/Clinton/Obama character assassination media tool - Targeted For

7  Bankruptcy For Abuse Of The Public

8  Gizmodo Media - Targeted For Bankruptcy For Abuse Of The Public

9  Georgina K. Faircloth– Defamation-for-sale blogger

10 Gerald Cassidy and Gregg Hartley, Cassidy & Associates. The trailblazing firm has regained

11 momentum by diversifying its practice following a staff shake-up late last year.

12 Gilman Louie – VC, founder on IN-Q-Tel

13 Gizmodo – DNC/Clinton/Obama character assassination media tool ( Failing, rapidly decreasing

14 users and increasing fake ad stats disclosures ) Targeted For Bankruptcy For Abuse Of The Public

15 Goldman Sachs – Financial packager (Suspected of staging most of the TARP/DOE deals for

16 personal gain & insider payouts)

17 Google, Inc. – Data harvesting company(Ran media attacks, stock market pump and dump PR hype

18 and character assassinations)(accused of political bribery and kickbacks; tax evasion, and more…)

19 (charged by EU, and most nations, with multiple abuses of the public. Has totally lost the trust of

20 the public. Revenue loss increasing geometrically.) Targeted For Bankruptcy For Abuse Of The

21 Public

22 Gregory Howard– Defamation-for-sale blogger

23 Greylock Capital – Silicon Valley Insider trading operator (Under investigation) Targeted For

24 Bankruptcy For Abuse Of The Public

25 Hamilton Nolan– Defamation-for-sale blogger

26 Hannah Keyser– Defamation-for-sale blogger

27 Harry Reid – Senator- Solar factory guru, Congress lead (Accused of political bribery and

28 kickbacks; tax evasion, and more…Forced out of Congress in shame)

1  Heather Deitrich– Defamation-for-sale blogger

2  Heather Podesta, Heather Podesta + Partners. The former congressional aide has built a solid

3  lobbying practice and helps fundraise for Democrats with her husband, Tony.

4  Hillary Clinton – Dynastic politician

5  Hudson Hongo– Defamation-for-sale blogger

6  Hugo Schwyzer– Defamation-for-sale blogger

7  Hunter Slaton– Defamation-for-sale blogger

8  Ian Fette– Defamation-for-sale blogger and Google, Gawker, Jalopnik, Gizmodo media assassin

9  In-Q-Tel, Inc. – CIA off-shoot associated with Eric Schmidt, Google, Elon Musk and the Cartel

10  leaders. Ran "hit-jobs" on Silicon Valley VC adversaries and reporters (Sued, under investigation,

11  exposed in multiple documentaries, under investigation for Cocaine trafficking. Removal of charity

12  status demanded) - Targeted For Bankruptcy For Abuse Of The Public

13  Ira Ehrenpreis – VC Campaign backer (He is now under investigation)(accused of political bribery

14  and kickbacks; tax evasion, and more…) ( All of his personal assets, investments and portfolio

15  holdings are under investigation)

16  Irin Carmon– Defamation-for-sale blogger

17  Ivanpah Solar - Criminally corrupt crony Google campaign finance front operation. - Targeted For

18  Bankruptcy For Abuse Of The Public

19  J. Steven Hart, Williams & Jensen. Hart is a sought-after GOP fundraiser who has steered the ship

20  for more than a decade as Williams & Jensen's chairman and CEO.

21  Jack Lew

22  Jacque Littlefield – VC, Dead

23  Jalopnik – Online defamation facade political publication. Pretends to be about cars but is DNC hit

24  job rag - Targeted For Bankruptcy For Abuse Of The Public

25  James Bronkema – West Coast Money Man for David Rockefeller and Feinstein financier  -

26  Targeted For Bankruptcy For Abuse Of The Public

27  James Brown Jr – HHS Programming lead in California (Arrested for corruption)

28  James J. Cooke– Defamation-for-sale blogger

1  James King– Defamation-for-sale blogger

2  Jared Cohen – Google boss and international political manipulator

3  Jawed Karim

4  Hunter Biden

5  Jay Carney – White House press lead (Forced to resign)

6  Jeff Berman and David Russell, Bryan Cave. Berman, the former delegate counter for President

7  Obama's 2008 campaign, and Russell, a former chief of staff to the late Sen. Ted Stevens (R-

8  Alaska), are standouts on a capable lobby team.

9  Jeff Lieberman

10  Jeff Peck, Peck, Madigan, Jones & Stewart. Once an aide to then-Sen. Joe Biden (D-Del.) on the

11  Senate Judiciary Committee, Peck has carved out a niche working on the Dodd-Frank reform law.

12  Jeffrey Zients

13  Jennifer Ouellette– Defamation-for-sale blogger

14  Jeremy Stoppelman

15  Jerry Brown – California politician

16  Jesse Oxfeld– Defamation-for-sale blogger

17  Jessica Cohen– Defamation-for-sale blogger

18  Jesus Diaz– Defamation-for-sale blogger

19  Jillian Schulz– Defamation-for-sale blogger

20  Jim Blanchard and Ilia Rodriguez, DLA Piper. Blanchard, a former Democratic governor of

21  Michigan, and Rodriguez, an ex-lobbyist for the Center for American Progress, are at the vanguard

22  of a formidable K Street team.

23  Jim Breyer – VC and CIA intermediary

24  Jim Goetz

25  Jim Pitts and Chris Cox, Navigators Global. Pitts's firm has welcomed back GOP consultant Mike

26  Murphy, adding more Republican talent to pair with Cox, a skilled hand from the George W. Bush

27  White House.

28  Joanna Rothkopf– Defamation-for-sale blogger

1  Joe Lonsdale – VC, famous for rape and abuse scandal and domestic spying via Palantir

2  Joe Rhodes – White House shill

3  Joel Johnson, The Glover Park Group. The former aide to Sen. Tom Daschle (D-S.D.) helps manage

4  one of the marquee Democratic-leaning firms in town.

5  Johanna Shelton

6  John Breaux and Trent Lott, Breaux-Lott Leadership Group. Now merged with Patton Boggs, the

7  two former senators are going strong with a profitable lobbying practice anchored by several blue-

8  chip clients.

9  John Cook– Defamation-for-sale blogger and director of media assassins group

10  John Doerr – Owner – Kleiner Perkins. "Godfather" – Silicon Valley Cartel (He is now under

11  investigation)(accused of political bribery and kickbacks; tax evasion, and more…)( All of his

12  personal assets, investments and portfolio holdings are under investigation ) Targeted For

13  Bankruptcy For Abuse Of The Public

14  John Herrman – Defamation-for-sale blogger - Targeted For Bankruptcy For Abuse Of The Public

15  John Lindfors

16  John Podesta – White House adviser

17  John Raffaelli, Capitol Counsel. The former Democratic staffer has more than 25 years of expertise

18  in taxation and international trade — two issues at the top of the congressional agenda.

19  Jonathan Silver – DOE VC (Sent packing/fired/forced to resign)(he is now under investigation.

20  Shamed in media for epic failures)

21  Jordan Sargent– Defamation-for-sale blogger

22  Joseph Keenan Trotter– Defamation-for-sale blogger

23  Josh Ackil and Matt Tanielian, Franklin Square Group. With clients including Apple, Google and

24  Intel, the two Democrats are among the elite lobbyists for Silicon Valley in Washington.

25  Josh Kopelman

26  Josh Stein– Defamation-for-sale blogger

27  Joshua Wright

28  JP Gan

1  Julia Allison– Defamation-for-sale blogger

2  Julianne E. Shepherd– Defamation-for-sale blogger

3  Julie Domenick, Multiple Strategies LLC. The Democratic lobbyist, who was once targeted by the

4  K Street Project, has flourished by opening her own firm.

5  Justin Hyde– Defamation-for-sale blogger

6  Kamala Harris– Defamation-for-sale blogger

7  Kate Dries– Defamation-for-sale blogger

8  Katharine Trendacosta– Defamation-for-sale blogger

9  Katherine Feinstein

10  Katherine Drummond– Defamation-for-sale blogger

11  Kathy Zoi

12  Keith Rabois -VC

13  Kelly Stout– Defamation-for-sale blogger

14  Ken Alex – Adviser to Jerry Brown

15  Ken Duberstein and Marti Thomas, The Duberstein Group. Duberstein was floated as a candidate

16  for Obama's chief of staff before the president chose Bill Daley, while Thomas is a Democratic vet

17  who worked in the Clinton Treasury Department.

18  Ken Howery – VC

19  Kenneth Kies, Federal Policy Group. Kies will be one to watch during the corporate tax reform

20  debate because he was a key aide during the last overhaul of the tax code.

21  Kerrie Uthoff– Defamation-for-sale blogger

22  Kevin Draper– Defamation-for-sale blogger

23  Kleiner Perkins – Campaign funding VC who (Received massive windfalls from Russian mining &

24  tech start-up rigging. Sued. Under investigation. All assets being tracked )

25  Lacey Donohue– Defamation-for-sale blogger

26  Lachlan Seward – Energy Department gatekeeper - Targeted For Bankruptcy For Abuse Of The

27  Public

28  Lanny Griffith and Loren Monroe, BGR Group. Though it has added Democrats, Griffith and

Monroe's firm is known for GOP connections and has benefitted from long-standing ties to the new House leadership.

Larry O'Brien, OB-C Group. O'Brien is one of the most potent Democratic fundraisers in the country.

Larry Page – Google Boss - - Targeted For Bankruptcy For Abuse Of The Public

Larry Summers – VC

Licy Do Canto, The DoCanto Group. The former aide to Rep. Barney Frank (D-Mass.) and the late Sen. Edward Kennedy (D-Mass.) is a highly regarded healthcare lobbyist.

Linda Daschle, LHD & Associates. Daschle, a former administrator for the Federal Aviation Administration, remains one of Washington's top aviation lobbyists.

Linda Tarplin, Tarplin, Downs & Young. Tarplin remained among the elite healthcare lobbyists during the reform debate, and her GOP background makes the 112th Congress a prime time to display her prowess.

Lisa Kountoupes, Kountoupes Consulting. The former aide to Rep. John Dingell (D-Mich.) has her own lobby shop and contracts with Best Buy, Yahoo and Intel.

Lloyd Craig Blankfein – VC and Sachs boss

Lucy Haller– Defamation-for-sale blogger

Luke Malone– Defamation-for-sale blogger

Melanie Nutter – Pelosi Top Aide

Luke Nosek

Madeleine Davies– Defamation-for-sale blogger

Madeline Davis– Defamation-for-sale blogger

Marc Andreessen -VC - Targeted For Bankruptcy For Abuse Of The Public

Marc Lampkin and Jack Quinn, Quinn Gillespie & Associates. Republican Lampkin and Democrat Quinn make for a blockbuster pairing.

Mario Aguilar– Defamation-for-sale blogger

Mario Rosatti – VC

Mark Isakowitz, Fierce, Isakowitz and Blalock. Isakowitz and his GOP lobby shop scored a coup

1  this year when Apple and Facebook both signed up as clients in a two-week span.

2  Mark Kadesh, Kadesh & Associates. Kadesh, once chief of staff to Sen. Dianne Feinstein (D-

3  Calif.), has an A-list of California clients and a reputation as a real pro.

4  Mark Rayder, Alston + Bird. Rayder's Hill experience in appropriations and healthcare policy

5  makes for a dynamite combination.

6  Mark Zuckerberg – Facebook Boss

7  Martin LaGod -VC Firelake Cap - - Targeted For Bankruptcy For Abuse Of The Public

8  Marty Paone, Prime Policy Group. Paone spent decades on Capitol Hill working for Senate

9  Democrats and is part of the leadership team at Prime Policy, one of K Street's most successful

10  firms.

11  Mary Meeker – VC

12  Matt Hardigree– Defamation-for-sale blogger

13  Matt Keelen, The Keelen Group. The Republican lobbyist and campaign guru is a bridge to labor

14  for the GOP.

15  Matt Novak– Defamation-for-sale blogger

16  Matt Rogers – VC and pass-through conduit

17  Max Levchin -VC

18  Mckinsey Consulting – The firm you hire to rig white papers and insider hires in government

19  positions for the Palo Alto Mafia - Targeted For Bankruptcy For Abuse Of The Public

20  Megan Smith

21  Melissa Schulman, The Bockorny Group. A former aide to Rep. Steny Hoyer (D-Md.), Schulman

22  has the connections to centrist Democrats that are always prized on K Street.

23  Michael Ballaban– Defamation-for-sale blogger

24  Michael Dobbs– Defamation-for-sale blogger

25  Michael Eisenberg

26  Michael Herson, American Defense International. Herson's Pentagon and White House experience

27  has been an asset to him as president of the successful defense consulting and lobbying firm.

28  Michael Moritz -VC

1    Michael Spinelli– Defamation-for-sale blogger

2    Mike Fulton, GolinHarris. Fulton is well versed in the minutiae of the Washington bureaucracy and

3    is adept at finding federal grants for his clients.

4    Mike House, Hogan & Lovells. House leads the government relations practice at the firm and calls

5    the shots on a prized account with Nissan North America.

6    Mikey Dickerson

7    Mitch Feuer and Robert Griner, Rich Feuer Group. The two lobbyists work for first-tier clients from

8    the financial services world, including Visa and Goldman Sachs.

9    Morrison and Foerster

10    Nancy Pelosi – California politician

11    Nathan Parker

12    Neal Ungerleider– Defamation-for-sale blogger

13    Neerag Agrawal

14    Nicholas Aster– Defamation-for-sale blogger

15    Nicholas Guido Denton– Defamation-for-sale blogger and head of the Gawker, Gizmodo, Jalopnik

16    sleaze tabloid empire - Targeted For Bankruptcy For Abuse Of The Public

17    Nick Allard, Thomas Hale Boggs Jr., Micah Green, Jonathan Yarowsky and Edward Newberry,

18    Patton Boggs. The firm continues to reign on K Street thanks to its roster of seasoned power

19    brokers.

20    Nick Giordano, Washington Council Ernst & Young. A former counsel to the Senate Finance

21    Committee, Giordano is one of the best tax lobbyists in town.

22    Omar Kardoudi– Defamation-for-sale blogger

23    Owen Thomas– Defamation-for-sale blogger

24    Patrick George– Defamation-for-sale blogger and Character Assassination expert

25    Patrick Laffoon– Defamation-for-sale blogger

26    Patrick Redford– Defamation-for-sale blogger

27    Perkins Coie – Campaign conduit law firm

28    Peter Fenton

1   Peter Thiel – VC

2   Pierre Omidyar– Defamation-for-sale blogger

3   Rahm Emanuel – White House boss

4   Raj Gupta – VC, arrested

5   Rakesh Saxeena – Canadian in-house arrest, arms dealer, western political packager

6   Ray Lane – VC

7   Reid Hoffman – VC and sex.com partner with Gary Kremen, also match.com - Targeted For

8   Bankruptcy For Abuse Of The Public

9   Rhod Shaw, The Alpine Group. Shaw is an astute observer of Congress who has worked on several

10  major pieces of environmental and telecommunications legislation.

11  Rich Gold, Kathryn Lehman and Gerry Sikorski, Holland & Knight. The firm's flourishing

12  lobbying practice is plugged in to both parties.

13  Rich Juzwiak– Defamation-for-sale blogger

14  Rich Tarplin, Tarplin Strategies. Tarplin exemplifies the breed of lobbyist who makes a living by

15  out-working the competition.

16  Richard Blakely– Defamation-for-sale blogger

17  Richard Blum – VC and director/husband of Dianne Feinstein - - Targeted For Bankruptcy For

18  Abuse Of The Public

19  Richard Rushfield– Defamation-for-sale blogger

20  Rick Kessler and Steve Sayle, Dow Lohnes Government Strategies. The former House Energy and

21  Commerce Committee aides — Kessler a Democrat and Sayle a Republican — have built a well-

22  established lobbying practice.

23  Robert Finger– Defamation-for-sale blogger

24  Robert Gibbs – White press office head

25  Robert Raben, The Raben Group. Raben, a former aide to Rep. Barney Frank (D-Mass.) and

26  Clinton Justice Department official, runs one of the best Democratic-leaning lobby shops in town

27  with clients in the corporate and nonprofit world.

28  Robert Sorokanich– Defamation-for-sale blogger

Robert Van Heuvelen, VH Strategies. Van Heuvelen shrewdly surrounds himself with the best; he recently hired Stephen Ward, formerly chief of staff to Sen. Jeff Bingaman (D-N.M.), to help keep his firm among the elite.

Rodger Currie, Foley Hoag LLP. A former lobbyist for PhRMA, Currie now works for several clients at Foley Hoag in the healthcare, medical and biotechnology fields.

Roelof Botha

Rory Waltzer– Defamation-for-sale blogger

Rosa Golijan– Defamation-for-sale blogger

Russel Simmons

Ryan Brown– Defamation-for-sale blogger

Ryan Goldberg– Defamation-for-sale blogger

Sam Faulkner Biddle– Defamation-for-sale blogger, Runs a large part of the Anti-GOP blog programs

Sam Geduldig, Clark Lytle Geduldig & Cranford. The former House Republican leadership aide has seen a business boom at his firm since the GOP takeover of the lower chamber.

Sam Woolley– Defamation-for-sale blogger

Samar Kalaf– Defamation-for-sale blogger

Sander Lurie and Todd Weiss, SNR Denton. Lurie, a former chief of staff to Sen. Debbie Stabenow (D-Mich.), and Weiss, who has worked for former Sens. Tim Hutchinson (R-Texas) and Rick Santorum (R-Pa.), make for a strong one-two punch.

Sandi Stuart and Vin Weber, Clark & Weinstock. Stuart's executive experience under President Clinton and Weber's past as a GOP congressman from Minnesota have lured a diverse clientele to the firm.

Sanjay Wagle – VC

Sarah Ramey– Defamation-for-sale blogger

Scott Segal, Bracewell & Giuliani. Segal is a respected advocate for several electric utilities and energy companies and played a big part in the industry response to the Gulf of Mexico oil spill.

Scott Shleiffer

1   Sergy Brin – Google boss - Targeted For Bankruptcy For Abuse Of The Public

2   Shannon Marie Donnelly– Defamation-for-sale blogger

3   Shep McAllister– Defamation-for-sale blogger

4   Slade Gorton and Emanuel Rouvelas, K&L Gates. Gorton, an ex-GOP senator from Washington,

5   and Democrat Rouvelas are just a few of the big names at the prominent law and lobby firm.

6   Solyndra Solar Company – FBI raided corrupt Clean Tech company - Targeted For Bankruptcy For

7   Abuse Of The Public

8   Sophie Kleeman– Defamation-for-sale blogger

9   SpaceX – Elon Musk company that Obama gave part of NASA to in exchange for campaign

10  conduits - Targeted For Bankruptcy For Abuse Of The Public

11  Stephen Totilo– Defamation-for-sale blogger

12  Steve Chen

13  Steve Elmendorf and Jimmy Ryan, Elmendorf | Ryan. A former aide to ex-House Democratic

14  Leader Richard Gephardt (Mo.), Elmendorf brought in Ryan to help expand the Senate ties of his

15  thriving firm.

16  Steve Jurvetson – VC embroiled in sex abuse charges

17  Steve McBee, McBee Strategic. A former aide to Rep. Norm Dicks (D-Wash.), McBee has seen his

18  lobby firm take off.

19  Steve Perry and Andy Wright, Dutko Grayling. Perry and Wright man the roster for one of the top

20  20 lobby shops in Washington.

21  Steve Rattner – White House car czar, indicted for fraud

22  Steve Spinner – Energy Department manipulation expert, Wife was Solyndra's lawyer

23  Steve Westly – VC

24  Steven Chu – Secretary of Energy – The most corrupt in US history

25  Stu Van Scoyoc, Van Scoyoc Associates. The man who founded a top-earning lobby firm

26  specializing on taxation and appropriations will have plenty of work in the months ahead.

27  Tamar Winberg– Defamation-for-sale blogger

28  Taryn Schweitzer– Defamation-for-sale blogger

1   Taylor McKnight– Defamation-for-sale blogger

2   Ted Schlein

3   Tesla Motors – Car Company that conduits money to campaigns - Targeted For Bankruptcy For

4   Abuse Of The Public

5   The Groundwork– Social manipulation group - - Targeted For Bankruptcy For Abuse Of The Public

6   Thomas Jolly, Jolly/Rissler. Jolly is founding chairman of the Washington Caucus, a group that

7   hosts dinners with lawmakers, and a mainstay among Democratic lobbyists.

8   Theranos - Targeted For Bankruptcy For Abuse Of The Public

9   Thomas Quinn, Venable. Quinn's ebullient personality is complemented by deep knowledge of the

10   financial sector that dates back to his time as general counsel to the Comptroller of the Currency.

11   Thorin Klosowski– Defamation-for-sale blogger

12   Tim Draper – VC

13   Tim Marchman– Defamation-for-sale blogger

14   Timothy Burke– Defamation-for-sale blogger

15   Tobey Grumet Segal– Defamation-for-sale blogger

16   Todd Park – IT manipulator inside White House

17   Tom Ley– Defamation-for-sale blogger

18   Tom O'Donnell, Gephardt Government Affairs Group. O'Donnell and his former Capitol Hill boss,

19   ex-House Democratic Leader Richard Gephardt (Mo.), have done well since joining forces.

20   Tom Perkins – Dead KPCB Palo Alto Mafia founder

21   Tom Scocca– Defamation-for-sale blogger

22   Tom Sheridan, The Sheridan Group. Sheridan uses his social services and public policy experience

23   to bolster causes that don't fit the typical K Street mold.

24   Tom Steyer – VC -

25   Tomorrow Ventures – Social manipulation group - - Targeted For Bankruptcy For Abuse Of The

26   Public

27   Tony Podesta, Podesta Group. The prolific Democratic fundraiser has seen his firm rocket to the

28   echelons of the top five lobby shops.

1  Tracy Spicer, Avenue Solutions. Spicer mastered policy working for the late Sen. Edward Kennedy

2  (D-Mass.) and is a trusted adviser for a number of leading health insurers.

3  Twitter - Targeted For Bankruptcy For Abuse Of The Public

4  Veronica de Souza– Defamation-for-sale blogger

5  Victor Fazio, Joel Jankowsky, Scott Parven and Bill Paxon, Akin, Gump, Strauss, Hauer & Feld.

6  Fazio, Jankowsky, Parven and Paxon are among the lobbyists who keep Akiwn Gump humming

7  along as one of the top earners on K Street.

8  Viktor Vekselberg – Russian business entity

9  Vinod Khosla -VC

10  Wayne Berman, Drew Maloney and Moses Mercado, Ogilvy Government Relations. Ogilvy's

11  commanding K Street presence reflects the firm's deep ties to leaders in both parties.

12  Wes Siler– Defamation-for-sale blogger

13  William Haisley– Defamation-for-sale blogger

14  William Turton– Defamation-for-sale blogger

15  Wilson Sonsini Partner Club

16  Wilson, Sonsini, Goodrich and Rosatti - - Targeted For Bankruptcy For Abuse Of The Public

17  XXXX ...Plus additional persons to be named...

18

19

20

      DATED this day of the filing of 2022

21

                                    Respectfully submitted,

22

23

                                    (SIGNED ELECTRONICALLY)

24

                                    **Name: SD Redmond**

25                                      **Address: 210 S. Ellsworth Ave, #1275**

                                    **San Mateo, CA 94401**

26                                      **Phone Number: 510-868-2862**

                                    *Pro Se – A federal witness*

27

28

EXHIBITS AND PROOFS ARE PROVIDED AS SEPARATE NUMBERED DOCUMENTS

(PAGES PAST THIS SENTENCE ARE INTENTIONALLY BLANK)