```
 1  ISMAIL J. RAMSEY (CABN 189820)
    United States Attorney
 2  MICHELLE LO (NYRN 4325163)
    Chief, Civil Division
 3  J. WESLEY SAMPLES (CABN 321845)
    Assistant United States Attorney
 4
        450 Golden Gate Avenue, Box 36055
 5      San Francisco, California 94102-3495
        Telephone: (415) 436-7200
 6      FAX: (415) 436-7234
        wes.samples@usdoj.gov
 7
    Attorneys for Defendant United States of America
 8
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SD DOUGLAS REDMOND,<br><br>    Plaintiff,<br><br>    v.<br><br>THE UNITED STATES OF AMERICA,<br><br>    Defendant. | CASE NO.  3:22-cv-01107-WHA<br><br>**ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED; AND [PROPOSED] ORDER** |

Pursuant to Civil Local Rules 3-12 and 7-11, Defendant the United States respectfully submits this Administrative Motion to Consider Whether Cases Should Be Related. The above-captioned action is related to *Redmond v. United States,* Case No. 3:23-cv-01883-TSH, brought before the Northern District of California via a Notice of Removal on April 19, 2023.

**A.  BACKGROUND**

On May 20, 2022, Plaintiff SD Douglas Redmond filed substantively identical "Final Version Amended Complaint[s]" in both the Northern District of California and the Superior Court of California, County of San Francisco. *Compare Redmond v. United States,* Case No. 3:23-cv-01883-TSH, Dkt. No. 1-3 (N.D. Cal. Apr. 19, 2023) (Ex. B to the Notice of Removal containing the one-hundred-and-eleven page "Final Version Amended Complaint" as filed in the Superior Court of California, County of San

Francisco, Case No. CGC-22-598740, on May 20, 2022, which was the operative complaint in that case at the time of removal) *with Redmond v. United States*, No. 3:22-CV-01107-TSH, Dkt. No. 32 (N.D. Cal. May 20, 2022) (the substantively identical one-hundred-and-eleven-page "Final Version Amended Complaint" dismissed with prejudice). Pursuant to 28 U.S.C. § 1915(e)(2), this Court found that the "Final Version" of the federal complaint (Dkt. No. 32) failed to demonstrate the requisite waiver of sovereign immunity and failed to state a claim to relief that was plausible on its face. Accordingly, this Court dismissed the "Final Version" of the federal complaint (Dkt. No. 32) with prejudice. *See Redmond v. United States*, No. 3:22-CV-01107-TSH, 2022 WL 1304472 (N.D. Cal. May 2, 2022) (screening order on first amended complaint requiring a final complaint); *Redmond v. United States*, No. 3:22-CV-01107-TSH, 2022 WL 3137925 (N.D. Cal. June 13, 2022) (Report and Recommendation dismissing the "Final Complaint" without leave to amend); *Redmond v. United States*, No. 3:22-CV-01107-WHA, Dkt. No. 54 (N.D. Cal. Aug. 3, 2022) (Order Adopting Report and Recommendation, dismissing with prejudice).

### B. THE CASES SHOULD BE RELATED UNDER LOCAL RULE 3-12.

The United States has now removed the Superior Court of California, County of San Francisco, "Final Version Amended Complaint" to federal court, resulting in Case No. 3:23-cv-01883-TSH. *See Redmond v. United States,* Case No. 3:23-cv-01883-TSH, Dkt. No. 1 (N.D. Cal. Apr. 19, 2023) (Notice of Removal). As is evident from the fact that the complaints are substantively identical, the above captioned case and Case No. 3:23-01883-TSH involve the same parties and same alleged events. *Compare Redmond v. United States,* Case No. 3:23-cv-01883-TSH, Dkt. No. 1-3 (N.D. Cal. Apr. 19, 2023) *with Redmond v. United States*, No. 3:22-CV-01107-TSH, Dkt. No. 32 (N.D. Cal. May 20, 2022). Accordingly, the United States respectfully requests that the Court order the above captioned action related to Case No. 3:23-01883-TSH.

\\
\\
\\
\\
\\
\\

1  \\
2  \\
3  Dated:  April 19, 2023

Respectfully submitted,

ISMAIL J. RAMSEY
United States Attorney

 */s/ J. Wesley Samples*
J. Wesley Samples
Assistant United States Attorney
Attorney for Defendant United States