**[PROPOSED] ORDER**

The United States of America's Administrative Motion to Consider Whether Cases Should Be Related is before this Court. Having reviewed the "Final Complaint" previously dismissed with prejudice in the above captioned case (Dkt. No. 32) and the "Final Version Amended Complaint" recently removed from Superior Court of California, County of San Francisco, now in Case No. 3:23-cv-01883-TSH, the Court finds the two complaints are substantively identical. *Compare Redmond v. United States,* Case No. 3:23-cv-01883-TSH, Dkt. No. 1-3 (N.D. Cal. Apr. 19, 2023) *with Redmond v. United States*, No. 3:22-CV-01107-TSH, Dkt. No. 32 (N.D. Cal. May 20, 2022). Accordingly, the Court further finds that the above captioned case and Case No. 3:23-cv-01883-TSH involve the same parties and same alleged events. *See* Civil L.R. 3-12(a)(1).

The above captioned case and Case No. 3:23-cv-01883-TSH are hereby **ORDERED** related. The above captioned case shall remain terminated and closed. The parties are therefore further **ORDERED** to make all future filings involving Case No. 3:23-cv-01883-TSH in that case and not in the above captioned matter.

DATE: _____

_____
THE HONORABLE WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE