1  ISMAIL J. RAMSEY (CABN 189820)
   United States Attorney
2  MICHELLE LO (NYRN 4325163)
   Chief, Civil Division
3  J. WESLEY SAMPLES (CABN 321845)
   Assistant United States Attorney
4
       450 Golden Gate Avenue, Box 36055
5      San Francisco, California 94102-3495
       Telephone: (415) 436-7200
6      FAX: (415) 436-7234
       wes.samples@usdoj.gov
7
   Attorneys for Defendant United States of America
8

9                       UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11                      SAN FRANCISCO DIVISION

12  SD DOUGLAS REDMOND,                    )  CASE NO.  22-CV-01107-WHA
                                           )
13                      Plaintiff,         )
                                           )
14             v.                          )
                                           )
15  THE UNITED STATES OF AMERICA,          )  PROOF OF SERVICE RE: ADMINISTRATIVE
                                           )  MOTION TO CONSIDER WHETHER CASES
16                      Defendant.         )  SHOULD BE RELATED; AND [PROPOSED]
                                           )  ORDER
17                                         )
                                           )
18                                         )
                                           )
19                                         )
                                           )
20

21

22

23

24

25

26

27

28  PROOF OF SERVICE RE: ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED;
    AND [PROPOSED] ORDER
    USDC Case # 3:22-cv-01107-WHA
                                        1

1      The undersigned hereby certifies that he is an employee of the Office of the United States

2 Attorney for the Northern District of California and is a person of such age and discretion to be

3 competent to serve papers. The undersigned further certifies that on April 20, 2023, he caused a copy of:

4 **Administrative Motion to Consider Whether Cases Should be Related; and [Proposed] Order**

5 to be served by:

6 **[X] CERTIFIED UNITED STATES MAIL by placing such envelope(s) with postage thereon fully

7 prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice.**

8 **[X] FED EX PRIORITY OVERNIGHT by placing such envelope(s) with postage thereon fully

9 prepaid in the designated area for outgoing Fed Ex in accordance with this office's practice.**

10 **[X] COURTESY EMAIL**

11 **To the party's last known address as follows:**

12 Pro Se Plaintiff SD Redmond
210 S. Ellsworth Ave, #1275

13 San Mateo, CA 94401
Phone Number: 510-868-2862

14 Email: scott@sr1.org

15      I declare under penalty of perjury under the laws of the United States that the foregoing is true

16 and correct.

17      Executed on April 20, 2023, at San Francisco, California.

18

19

20 Dated: April 20, 2023

21                             JONATHAN BIRCH
Paralegal Specialist

22

23

24

25

26

27

28 PROOF OF SERVICE RE: ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED;
AND [PROPOSED] ORDER
USDC Case # 3:22-cv-01107-WHA

2