**Name: SD Redmond**
**Address: 210 S. Ellsworth Ave, #1275**
**San Mateo, CA 94401**
Pro se, not-attorney represented, Plaintiff requesting a Court provided lawyer

EVIDENCE/EXHIBIT/PRESS CLIPPING COPIES AVAILABLE ONLINE at Listed Web Repositories And Congressional Ethics Committee offices. Copies provided to **FBI, FTC, SEC, FIN CEN, GI, AG, GAO, Congressional Ethics Committees, EGO, US.** and **EAU. Courts**, *Interpol* and relevant offices

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

**(UNLIMITED CIVIL JURISDICTION)**

| | |
|---|---|
| **SD REDMOND, a pro se non-lawyer** | ) CASE NO.: 23-cv-01883-TSH |
| PLAINTIFF, | ) **OBJECTION TO REMOVAL OF CASE AND OBJECTION TO MAGISTRATE JUDGE USE** |
| v. | ) |
| **UNITED STATES OF AMERICA** | ) **INTENTIONAL FRAUD; CONCEALMENT FRAUD; NEGLIGENT MISREPRESENTATION; INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS; RICO RACKETEERING; ANTI-TRUST/MONOPOLY; COURT ORDER DEMANDED FOR FULL SSDI BACK PAYMENTS; AND SUCH OTHER CLAIMS LISTED HEREIN UNDER "CLAIMS" SECTION** |
| DEFENDANTS. | ) |
| **Filed: 4.27.2023** | |

**DEMAND FOR JURY TRIAL**

**ADDITIONAL EXHIBITS TO BE FILED ELECTRONICALLY AND NOW AVAILABLE, ON THE WEB, TO THE PUBLIC, GLOBALLY, AT LINKS ABOVE AND MIRROR SITES**

Plaintiff objects to removal of this case from the San Francisco Superior Court and Judge to the proposed Judge Thomas S. Hixson due to conflicts of interest.

Defendants filed a NOTICE OF REMOVAL from San Francisco Superior Court case number

NORTHERN DISTRICT CA –4.27.23 – OBJECTION  MAGISTRATE AND REQUEST FOR NEW JUDGE  - CASE NO.:  23-cv-01883-TSH

CGC-22-598704. . Filed byUnited States of America. Filed on 4/19/2023 by DOJ lawyer Samples . Plaintiff is informed that that was done by Defendants in order to remove the case from a Republican Party Judge, and place it before a Democrat Party Judge in order to accelerate bias against Plaintiff. 90% of those charged with crimes in this matter are Democrat Party public officials and their financier/beneficiaries, as proven by their finamcial records. This is a violation of Plaintiff's rights and of the Constitution. Additionally, much work has been undertaken in the San Francisco Superior Court and The Northern District Court Judges have shown bias, personal relationships and stock ownerships which cause a conflict of interest in each matter.

Plaintiff objects to Magistrate Judge Jurisdiction.

This case involves criminal charges of corruption, money laundering, quid pro pro payola and other crimes by the Democratic National Committee and their members, financiers and assocates in political election manipuation schemes. The proposed new Court parties in this case have friendships with the perperatrors charged in this case. They, and their family members, own stocks in AIG, VALIC, ESG and other quid pro quo stock market outlets which are used to pay bribes to public figures. This case should be returned to the Republican Judge in the San Francisco Superior Court or a Republican Judge in the <u>NORTHERN DISTRICT OF CALIFORNIA should be assigned.</u> House Judiciary Chairman Jim Jordan and the House Judiciary Committee are now investigating the use of public agencies to harm Plaintiff, in ths case.

This case should remain in San Francisco Superior Court.

DATED this day of the filing of 2023

Respectfully submitted,

(SIGNED ELECTRONICALLY)
**Name: SD Redmond**
**Address: 210 S. Ellsworth Ave, #1275**
**San Mateo, CA 94401**
*Pro Se – A federal witness*

2

NORTHERN DISTRICT CA –4.27.23 – OBJECTION  MAGISTRATE AND REQUEST FOR NEW JUDGE  - CASE NO.: 23-cv-01883-TSH

EXHIBITS AND PROOFS ARE PROVIDED AS SEPARATE DOCUMENTS DOCUMENTS AND VIDEOS IN THE STATED REPOSITORIES

(PAGES PAST THIS SENTENCE ARE INTENTIONALLY BLANK)