1  **Name: SD Redmond**
2  **Address: 210 S. Ellsworth Ave, #1275**
3  **San Mateo, CA 94401**
   Pro se, not-attorney represented, Plaintiff requesting a Court provided lawyer

4

5  EVIDENCE/EXHIBIT/PRESS CLIPPING COPIES AVAILABLE ONLINE at Listed Web Repositories
6  And Congressional Ethics Committee offices. Copies provided to  **FBI, FTC, SEC, FIN CEN, GI, AG, GAO, Congressional Ethics Committees, EGO, US.** and **EAU. Courts**, *Interpol* and relevant offices

7

8  # UNITED STATES DISTRICT COURT
9  # NORTHERN DISTRICT OF CALIFORNIA
10     **(UNLIMITED CIVIL JURISDICTION)**

11 | **SD REDMOND, a pro se non-lawyer** | ) | CASE NO.: 23-cv-01883-TSH |
12 |                                     | ) |                           |
   |                    **PLAINTIFF,**   | ) | **PARENT CASES AND MERGED** |
13 |  v.                                 | ) | **MATTERS**                 |
14 |                                     | ) | **INTENTIONAL FRAUD; CONCEALMENT** |
   |                                     | ) | **FRAUD; NEGLIGENT**               |
15 | **UNITED STATES OF AMERICA**        | ) | **MISREPRESENTATION; INTENTIONAL** |
   |                                     | ) | **INFLICTION OF EMOTIONAL DISTRESS;** |
16 |                                     | ) | **RICO RACKETEERING;**                |
   |                                     | ) | **ANTI-TRUST/MONOPOLY;  COURT**        |
17 |                                     | ) | **ORDER DEMANDED FOR FULL SSDI**       |
   |             **DEFENDANTS.**         | ) | **BACK PAYMENTS; AND SUCH OTHER**      |
18 |                                     |   | **CLAIMS LISTED HEREIN UNDER**         |
   |                                     |   | **"CLAIMS" SECTION**                   |
19 **Filed: 4.28.2023**

20                                              **DEMAND FOR JURY TRIAL**

21                             **ADDITIONAL EXHIBITS TO BE FILED**
                                  **ELECTRONICALLY AND NOW**
22                            **AVAILABLE, ON THE WEB, TO THE**
                                 **PUBLIC, GLOBALLY, AT LINKS**
                                  **ABOVE AND MIRROR SITES**
23

24

25     Defendants lawyers, particularly, Michelle Lo's office, know Plaintiff personally and their office,

26 has worked with Plaintiff for decades in various anti-corruption and sting operations dating back to the

27 1987 San Francisco Mayoral Campaign sting which put one candidate in prison and another was removed

28 from politics permanently. Where they argue that no FTCA or administrative resolution attempts have been

sought by Plaintiff, they are fully aware of Plaintiff's precedents set in his cases including:

Limnia, Inc. v. DOE, No. 16-5279 (D.C. Cir. 2017)

Limnia, Inc. v. DOE , 857 F.3d 379 (2017)

In The United States Court Of Federal Claims Case No. 1:22-cv-00060-EDK was processed

XP Vehicles et al. v. Department of Energy, et al., No. 13-cv-00037 (D.D.C.)

XP VEHICLES, INC. et al v. U.S. DEPARTMENT OF ENERGY et al dcdce 1:20 13-cv-00037

XP Technology v. United States, No. 12-00774 (C.F.C.)

XP VEHICLES, INC., et al. v. USA        cofce   1:20  12-cv-00774

 and many others including the cases in local Courts against the CIA operatives: IN-Q-Tel, that were hired to engage in some of the dirty tricks campaigns in this matter and the case which helped put attacker/kill-service Gawker Media out of business TWICE! It is strange and bizarre for Defendants to claim no knowledge of these past efforts in this lengthy battle.

Defendants base cases, above, which this case derives from,were created, supported and produced by White House lawyers and Congress-people. Plaintiff is an average citizen with no ability to comprehend the legal language in any of these documents. All of the original case work was done by government funded community groups.

Almost every case, by Plaintiff, on Pacer.gov is against the parties involved in these harms and attacks. It is ludicrous for Defendants to claim to know nothing of this and to ignore the many thousands of newspaper articles, Documents by Supreme Court Judge Jackson, 60 Minutes Videos and other vast documentation. The Defendants approach to simply dismiss one of the biggest anti-corruption cases in history seems to be an obvious attempt to cover-up one of the biggest anti-corruption cases in history.

NORTHERN DISTRICT CA –4.28.23 – PATENT CASES AND MERGED CASE MATTER - CASE NO.: 23-cv-01883-TSH

The case matter of all of the above and related cases should be merged and a new Judge appointed who does not have multiple political, personal and stock ownership conflicts of interest. In all of these matters, Plaintiff has never been allowed his "day in Court" and has been blocked from ever speaking before a Jury or before Congress because public officials fear he truth in his testimony.

This case should remain in San Francisco Superior Court.

DATED this day of the filing of 2023

                Respectfully submitted,

                (SIGNED ELECTRONICALLY)
**Name: SD Redmond**
**Address: 210 S. Ellsworth Ave, #1275**
**San Mateo, CA 94401**
*Pro Se – A federal witness*

EXHIBITS AND PROOFS ARE PROVIDED AS SEPARATE DOCUMENTS DOCUMENTS AND VIDEOS IN THE STATED REPOSITORIES

(PAGES PAST THIS SENTENCE ARE INTENTIONALLY BLANK)